# EXHIBIT 4

**From**: Tarbutton, J. Scott <STarbutton@cozen.com>
**To**: Cottreau, Steven (Litigation-WAS)
**Cc**: Carter, Sean <SCarter1@cozen.com>
**Sent**: Fri Jul 15 15:22:05 2011
**Subject**: 03 MDL 1570 -- DIB

Steve,

As a follow up to our conversation after the conference on July 13, 2011, I am providing you with a draft listing of the individuals and entities plaintiffs are submitting to Dubai Islamic Bank per your client's agreement to conduct a search of its records systems using both English and Arabic names, as well as alternative spellings.  It was my intention to have the complete list finalized today, but I have unfortunately encountered difficulties reaching our translators since we talked.  There are additional names we intend to include but I am still waiting to receive their Arabic names and other identifying information from our translators.  Nevertheless, in consideration of your forthcoming meetings in Dubai, I thought it would be beneficial to send the plaintiffs' draft which consists of the attached: (1) the United Nations Security Council 1267 Sanctions Committee's Consolidated List of Individuals and Entities Associated with Al Qaeda and the Taliban; and (2) Other Individuals and Entities Associated with Osama bin Laden and the Al Qaeda Terrorist Organization.  I fully anticipate the list will be finalized next week once I have had an opportunity to speak with our translators and have further discussed the same and received final approval from our co-plaintiffs.  Once we provide you with the finalized list, plaintiffs will be in touch to discuss the methodology and scope of the records systems searches to be conducted by DIB.

Safe travels.

Scott

**J. Scott Tarbutton | Cozen O'Connor**
1900 Market Street | Philadelphia, PA 19103 | P: 215.665.7255 | F: 215.701.2467
starbutton@cozen.com | www.cozen.com

**Notice:** To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

[CC]81-40478250[/CC]



# The Consolidated List established and maintained by the 1267 Committee with respect to Al-Qaida, Usama bin Laden, and the Taliban and other individuals, groups, undertakings and entities associated with them

**Last updated on: 16 June 2011**

## Composition of the List

The list consists of the four sections specified below:
**A.** Individuals associated with the **Taliban**
**B.** Entities and other groups and undertakings associated with the **Taliban**
**C.** Individuals associated with Al-Qaida
**D.** Entities and other groups and undertakings associated with Al-Qaida

The names of individuals and entities removed from the Consolidated List pursuant to a decision by the 1267 Committee and other information about de-listing may be found on the Committee's website at:
http://www.un.org/sc/committees/1267/delisting.shtml.

**A. Individuals associated with the Taliban**

**TI.A.38.01. Name:** 1: ABDUL BAQI 2: na 3: na 4: na
**Name (original script):** عبد الباقى
**Title:** a) Maulavi  b) Mullah  **Designation:** a) Governor of the provinces of Khost and Paktika under Taliban regime b) Vice-Minister of Information and Culture under Taliban regime  **c)** Consulate Dept., Ministry of Foreign Affairs under Taliban regime  **DOB:** Approximately 1962  **POB:** Jalalabad city, Nangarhar province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 7 Sep. 2007, 21 Sep. 2007)  **Other information:** Believed to be in the Afghanistan/Pakistan border area. Until 7 Sep. 2007 he was also listed under number TI.A.48.01. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**TI.A.128.01. Name:** 1: ABDUL QADEER 2: ABDUL BASEER 3: na 4: na
**Name (original script):** عبدالقدير عبد البصير
**Title:** a) General  b) Maulavi  **Designation:** Military Attache, Taliban "Embassy", Islamabad  **DOB:** 1964  **POB:** Nangarhar, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** Afghan passport number D 000974  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 23 Apr. 2007, 18 Jul. 2007, 21 Sep. 2007)  **Other information:** Repatriated to Afghanistan in February 2006. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.A.10.01. Name:** 1: ABDUL GHAFOOR 2: na 3: na 4: na
**Name (original script):** عبد الغفور
**Title:** Maulavi  **Designation:** Deputy Minister of Agriculture of the Taliban regime  **DOB:** na  **POB:** Kunar province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.A.145.10. Name:** 1: AMIR 2: ABDULLAH 3: na 4: na
**Name (original script):** امير عبد الله
**Title:** na  **Designation:** na  **DOB:** Approximately 1972  **POB:** Paktika Province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** Amir Abdullah Sahib  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** Karachi, Pakistan  **Listed on:** 20 Jul. 2010  **Other information:** Has travelled to Kuwait, Saudi Arabia, the Libyan Arab Jamahiriya and the United Arab Emirates to raise funds for the Taliban.

**TI.A.122.01. Name:** 1: ABDUL MANAN 2: na 3: na 4: na

**Name (original script):** عبدالمنان
**Title: a)** Mr **b)** Mawlawi **Designation:** Commercial Attache, Taliban Embassy, Abu Dhabi **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.A.17.01. Name:** 1: ABDUL RAZAQ 2: na 3: na 4: na

**Name (original script):** عبدالرزاق
**Title:** Maulavi **Designation:** Minister of Commerce of the Taliban regime **DOB:** Approximately 1958 **POB:** Arghandab district, Kandahar province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 20 Dec. 2005, 21 Sep. 2007) **Other information:** Arrested in 2003 in Kandhar province in Afghanistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.A.123.01. Name:** 1: ABDUL WAHAB 2: na 3: na 4: na

**Name (original script):** عبدالوهاب
**Title:** Malawi **Designation:** Taliban Chargé d'Affaires in Riyadh under the Taliban regime **DOB:** Approximately 1973 **POB:** Faryab province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.A.114.01. Name:** 1: ABDUL RAHMAN 2: AGHA 3: na 4: na

**Name (original script):** عبدالرحمان آغا
**Title:** Maulavi **Designation:** Chief Justice of Military Court of the Taliban Regime **DOB:** Approximately 1958 **POB:** Arghandab district, Kandahar province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.M.29.01. Name:** 1: ABDUL WASAY 2: MU'TASIM 3: AGHA 4: na

**Name (original script):** عبد الواسع معتصم آغا
**Title:** Mullah **Designation:** Minister of Finance of the Taliban regime **DOB:** Approximately 1968 **POB:** Kandahar city, Afghanistan **Good quality a.k.a.: a)** Mutasim Aga Jan **b)** Agha Jan **c)** Abdul Wasay Agha Jan Motasem **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007, 3 Oct. 2008) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.A.91.01. Name:** 1: JANAN 2: AGHA 3: na 4: na

**Name (original script):** جانان آغا
**Title:** Mullah **Designation:** Governor of Fariab under the Taliban regime **DOB:** Approximately 1958 **POB:** Central Uruzgan province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.A.57.01. Name:** 1: SAYED 2: MOHAMMAD 3: AZIM 4: AGHA

**Name (original script):** سید محمد عظیم آغا
**Title:** Maulavi **Designation:** Employee of the Passport and Visa Department of the Taliban regime **DOB:** Approximately 1966 **POB:** Kandahar province, Afghanistan **Good quality a.k.a.: a)** Sayed Mohammad Azim Agha **b)** Agha Saheb **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.A.72.01. Name:** 1: SAYYED GHIASSOUDDINE 2: AGHA 3: na 4: na

**Name (original script):** سيد غياث الدين آغا

**Title:** Maulavi  **Designation:** a) Minister of Haj and Religious Affairs of the Taliban regime b) Education Minister of the Taliban regime  **DOB:** Between 1958 and 1963  **POB:** Faryab province, Afghanistan  **Good quality a.k.a.: a)** Sayed Ghias **b)** Sayed Ghiasuddin Sayed Ghousuddin **c)** Sayyed Ghayasudin  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 1 Feb. 2008)  **Other information:** Taliban member responsible for Faryab province, Afghanistan as of May 2007. Involved in drug trafficking. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.A.31.01. Name:** 1: MOHAMMAD 2: AHMADI 3: na 4: na

**Name (original script):** محمد احمدى

**Title:** a) Mullah  b) Haji  **Designation:** President of Da Afghanistan Bank under the Taliban regime  **DOB:** Approximately 1963  **POB:** Daman district, Kandahar province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.A.106.01. Name:** 1: MOHAMMAD SHAFIQ 2: AHMADI 3: na 4: na

**Name (original script):** محمد شفيق احمدى

**Title:** Mullah  **Designation:** Governor of Samangan Province under the Taliban regime  **DOB:** na  **POB:** na  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.A.81.01. Name:** 1: AHMADULLAH 2: na 3: na 4: na

**Name (original script):** احمد الله

**Title:** Qari  **Designation:** Minister of Security (Intelligence) of the Taliban regime  **DOB:** Approximately 1975  **POB:** Qarabagh district, Ghazni province, Afghanistan  **Good quality a.k.a.:** Ahmadulla  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 12 Apr. 2010)  **Other information:** Reportedly deceased in Dec. 2001. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 Jul. 2010.

**TI.A.94.01. Name:** 1: ABDUL BARI 2: AKHUND 3: na 4: na

**Name (original script):** عبد البارى آخوند

**Title:** a) Maulavi  b) Mullah  **Designation:** Governor of Helmand Province under the Taliban regime  **DOB:** Approximately 1953  **POB:** Helmand province, Afghanistan  **Good quality a.k.a.:** Haji Mullah Sahib  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007)  **Other information:** Member of a seven member Taliban leadership committee in Kandahar, Afghanistan, as of May 2007. Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**TI.A.85.01. Name:** 1: AHMED JAN 2: AKHUND 3: na 4: na

**Name (original script):** احمد جان آخوند

**Title:** Maulavi  **Designation:** Minister of Water and Electricity of the Taliban regime  **DOB:** Between 1953 and 1958  **POB:** Kandahar province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.A.9.01. Name:** 1: ATTIQULLAH 2: AKHUND 3: na 4: na

**Name (original script):** عتيق الله آخوند

**Title:** Maulavi  **Designation:** Deputy Minister of Agriculture of the Taliban regime  **DOB:** Approximately 1953  **POB:** Shawali Kott district, Kandahar, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was

concluded on 23 Jul. 2010.

**TI.H.118.01. Name:** 1: HAMIDULLAH 2: AKHUND 3: na 4: na

**Name (original script):** حميد الله أخوند

**Title:** Mullah **Designation:** Head of Ariana Afghan Airlines under the Taliban regime **DOB:** Approximately 1968 **POB:** Kandahar province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.H.2.01. Name:** 1: MOHAMMAD 2: HASSAN 3: AKHUND 4: na

**Name (original script):** محمد حسن أخوند

**Title:** a) Mullah **b)** Haji **Designation:** a) First Deputy, Council of Ministers of the Taliban regime b) Foreign Minister before Wakil Ahmad Mutawakil under the Taliban regime c) Governor of Kandahar under the Taliban regime **DOB:** Approximately 1958 **POB:** Kandahar, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 20 Dec. 2005, 9 Jul. 2007, 21 Sep. 2007) **Other information:** From the Malwhavi Khaalis faction, one of the seven factions of Jihad against the Soviets, graduated from a madrrassa in Quetta Pakistan, a close associate of Mullah Omar. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.A.66.01. Name:** 1: MOHAMMAD ABBAS 2: AKHUND 3: na 4: na

**Name (original script):** محمد عباس أخوند

**Title:** Mullah **Designation:** Minister of Public Health of the Taliban regime **DOB:** Approximately 1963 **POB:** Kandahar, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.A.60.01. Name:** 1: MOHAMMAD ESSA 2: AKHUND 3: na 4: na

**Name (original script):** محمد عيسى أخوند

**Title:** a) Alhaj **b)** Mullah **Designation:** Minister of Water, Sanitation and Electricity of the Taliban regime **DOB:** Approximately 1958 **POB:** Spinboldak district, Kandahar province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.A.22.01. Name:** 1: UBAIDULLAH 2: AKHUND 3: na 4: na

**Name (original script):** عبيد الله أخوند

**Title:** a) Mullah **b)** Hadji **c)** Maulavi **Designation:** Minister of Defence of the Taliban regime **DOB:** Approximately 1968 **POB:** Kandahar province, Afghanistan **Good quality a.k.a.:** a) Obaidullah Akhund **b)** Obaid Ullah Akhund **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Is one of the deputies of Mullah Omar (TI.0.4.01) and a member of the Taliban's leadership, in charge of military operations. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.A.109.01. Name:** 1: AHMAD JAN 2: AKHUNDZADA 3: SHUKOOR 4: AKHUNDZADA

**Name (original script):** احمد جان أخوند زاده

**Title:** a) Maulavi **b)** Mullah **Designation:** Governor of Zabol Province under the Taliban regime **DOB:** na **POB:** Uruzgan province, Afghanistan **Good quality a.k.a.:** a) Ahmad Jan Akhunzada **b)** Ahmad Jan Akhund Zada **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 12 Apr. 2010) **Other information:** Taliban member in charge of Uruzgan province, Afghanistan, as at early 2007. Arrested in Apr. 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.A.77.01. Name:** 1: MOHAMMAD SEDIQ 2: AKHUNDZADA 3: na 4: na

**Name (original script):** محمد صدیق آخوند زاده

**Title:** na **Designation:** Deputy Minister of Martyrs and Repatriation of the Taliban regime  **DOB:** Between 1953 and 1958 **POB:** Kabul province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.A.101.01. Name:** 1: MOHAMMAD ESHAQ 2: AKHUNZADA 3: na 4: na

**Name (original script):** محمد اسحاق آخوند زاده

**Title:** Maulavi **Designation:** Governor of Laghman Province under the Taliban regime  **DOB:** Between 1963 and 1968 **POB:** Qarabajh district, Ghazni province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.A.148.10. Name:** 1: AGHA 2: JAN 3: ALIZAI 4: na

**Name (original script):** اغا جان علیزی

**Title:** Haji  **Designation:** na **DOB: a)** 15 Oct. 1963   **b)** 14 Feb. 1973   **c)** 1967   **d)** Approximately 1957  **POB: a)** Hitemchai Village, Helmand Province, Afghanistan  **b)** Kandahar, Afghanistan  **Good quality a.k.a.: a)** Haji Agha Jan Alizai **b)** Hajji Agha Jan **c)** Agha Jan Alazai **d)** Haji Loi Lala  **e)** Loi Agha  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 4 Nov. 2010  **Other information:** Has managed a drug trafficking network in Helmand, Afghanistan. Has regularly traveled to Pakistan.

**TI.A.21.01. Name:** 1: ALLAHDAD 2: na 3: na 4: na

**Name (original script):** الله داد

**Title:** Maulavi **Designation:** Minister of Construction of the Taliban regime  **DOB:** Approximately 1953  **POB:** Spinboldak district, Kandahar province, Afghanistan  **Good quality a.k.a.:** Akhund  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.A.107.01. Name:** 1: AMINULLAH 2: AMIN 3: na 4: na

**Name (original script):** امین الله امین

**Title:** Maulavi **Designation:** Governor of Saripul Province under the Taliban regime  **DOB:** na  **POB:** na  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.A.136.01. Name:** 1: MOHAMMAD SADIQ 2: AMIR MOHAMMAD 3: na 4: na

**Name (original script):** محمد صادق امیر محمد

**Title: a)** Alhaj  **b)** Maulavi **Designation:** Head of Afghan Trade Agency, Peshawar, under the Taliban regime  **DOB:** 1934 **POB:** Ghazni, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** Afghan passport number SE 011252  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 23 Apr. 2007, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.A.5.01. Name:** 1: MUHAMMAD 2: TAHER 3: ANWARI 4: na

**Name (original script):** محمد طاهر انوری

**Title:** Mullah  **Designation: a)** Director of Administrative Affairs of the Taliban regime **b)** Minister of Finance of the Taliban regime  **DOB:** Approximately 1961 **POB:** Zurmat district, Paktia province, Afghanistan  **Good quality a.k.a.: a)** Mohammad Taher Anwari **b)** Haji Mudir  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.A.30.01. Name:** 1: AREFULLAH 2: AREF 3: na 4: na

**Name (original script):** عارف الله عارف

**Title:** Maulavi **Designation:** Deputy Minister of Finance of the Taliban regime **DOB:** Approximately 1958 **POB:** Zurmat district, Paktia province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.A.80.01. Name:** 1: SAYED ESMATULLAH 2: ASEM 3: na 4: na

**Name (original script):** سيد عصمت الله عاصم

**Title:** Maulavi **Designation:** a) Deputy Minister of Preventing Vice and Propagating Virtue of the Taliban regime b) Secretary General of the Afghan Red Crescent Society (ARCS) under the Taliban regime **DOB:** Approximately 1967 **POB:** Ningarhar province, Afghanistan **Good quality a.k.a.:** Esmatullah Asem **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007) **Other information:** Member of the Taliban's leadership as of May 2007. Believed to be in the Afghanistan/Pakistan border area. Member of the Taliban Council of Peshawar. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**TI.A.134.01. Name:** 1: SAYED 2: ALLAMUDDIN 3: ATHEER 4: na

**Name (original script):** سيد علام الدين أثير

**Title:** na **Designation:** Second Secretary, Taliban "Consulate General", Peshawar **DOB:** 15 Feb. 1955 **POB:** Badakhshan, Afghanistan **Good quality a.k.a.:** Sayed Allamuddin Athear **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** Afghan passport number D 000994 **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 23 Apr. 2007, 21 Sep. 2007, 3 Oct. 2008) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.A.70.01. Name:** 1: ATIQULLAH 2: na 3: na 4: na

**Name (original script):** عتيق الله

**Title: a)** Hadji **b)** Molla **Designation:** Deputy Minister of Public Works of the Taliban regime **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.A.121.01. Name:** 1: AZIZIRAHMAN 2: na 3: na 4: na

**Name (original script):** عزيز الرحمان

**Title:** Mr **Designation:** Third Secretary, Taliban Embassy, Abu Dhabi **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.B.24.01. Name:** 1: ABDUL GHANI 2: BARADAR 3: na 4: na

**Name (original script):** عبدالغنى برادر

**Title:** Mullah **Designation:** Deputy Minister of Defence of the Tailban regime **DOB:** Approximately 1968 **POB:** Weetmak village, Dehrawood district, Uruzgan province, Afghanistan **Good quality a.k.a.:** Mullah Baradar Akhund **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Belongs to Popalzai tribe. Senior Taliban military commander and member of Taliban "Quetta Council" as of May 2007. Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**TI.D.131.01. Name:** 1: MOHAMMAD 2: DAUD 3: na 4: na

**Name (original script):** محمد داود

**Title:** na **Designation:** Administrative Attache, Taliban "Embassy", Islamabad **DOB:** 1956 **POB:** Kabul **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** Afghan passport number D 000732 **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was

concluded on 21 Jul. 2010.

**TI.R.46.01. Name:** 1: ARSLAN 2: RAHMANI 3: MOHAMMAD 4: DAULAT

**Name (original script):** ارسلان رحمانی محمد دولت
**Title:** Maulavi **Designation:** Deputy Minister of Higher Education of the Taliban regime **DOB:** 1941 **POB:** Khaleqdad village, Urgon district, Paktia province, Afghanistan **Good quality a.k.a.:** Arsala Rahmani **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** 106517 **Address:** Dehbori district Ward, Kabul, Afghanistan **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Member of the Upper House (Mashrano Jerga) of the Afghan Parliament and Head of the Education and Religious Committee of the House as of May 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.D.113.01. Name:** 1: SHAHABUDDIN 2: DELAWAR 3: na 4: na

**Name (original script):** شهاب الدین دلاور
**Title:** Maulavi **Designation:** Deputy of High Court of the Taliban regime **DOB:** 1957 **POB:** Logar province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.D.92.01. Name:** 1: DOST MOHAMMAD 2: na 3: na 4: na

**Name (original script):** دوست محمد
**Title:** a) Mullah  b) Maulavi **Designation:** Governor of Ghazni Province under the Taliban regime **DOB:** Between 1968 and 1973 **POB:** Daman district, Kandahar province, Afghanistan **Good quality a.k.a.:** Doost Mohammad **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** He is one the Taliban military commander as of May 2007. Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.E.63.01. Name:** 1: MOHAMMAD AZAM 2: ELMI 3: na 4: na

**Name (original script):** محمد اعظم علمی
**Title:** Maulavi **Designation:** Deputy Minister of Mines and Industries of the Taliban regime **DOB:** Approximately 1968 **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Reportedly deceased in 2005. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.F.36.01. Name:** 1: FAIZ 2: na 3: na 4: na

**Name (original script):** فیض
**Title:** Maulavi **Designation:** Head of the Information Department, Ministry of Foreign Affairs of the Taliban regime **DOB:** Approximately 1969 **POB:** Ghazni province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.F.124.01. Name:** 1: HABIBULLAH 2: FAWZI 3: na 4: na

**Name (original script):** حبیب الله فوزی
**Title:** Qazi **Designation:** a) Second Secretary, Taliban "Embassy", Islamabad  b) First Secretary, Taliban "Embassy", Islamabad  c) "Ambassador" at Large  d) Head of United Nations Department of the Ministry of Foreign Affairs of the Taliban regime **DOB:** 1961 **POB:** Atal village, Ander district, Ghazni, Afghanistan **Good quality a.k.a.:** a) Habibullah Faizi b) Habibullah Fauzi **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** a) Afghan passport number D 010678, issued on 19 Dec. 1993  b) Afghan passport number OR 733375, issued on 28 Jul. 2005 valid until 2010 **National identification no.:** na **Address:** Dehbori district Ward, Kabul, Afghanistan **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 18 Jul. 2007, 21 Sep. 2007, 3 Oct. 2008) **Other information:** His father's name is Mohammad Mangal. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.N.69.01. Name:** 1: RUSTUM 2: HANAFI 3: HABIBULLAH 4: na

**Name (original script):** رستم حنفي حبيب الله

**Title:** Maulavi **Designation:** Deputy Minister of Public Works of the Taliban regime **DOB:** Approximately 1963 **POB:** Dara Kolum, Do Aab district, Nuristan province, Afghanistan **Good quality a.k.a.:** Rostam Nuristani **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Taliban member in charge of Nuristan province, Afghanistan, as of May 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.H.140.01. Name:** 1: GUL AHMAD 2: HAKIMI 3: na 4: na

**Name (original script):** گل احمد حکیمی

**Title:** Maulavi **Designation:** Commercial Attache, Taliban "Consulate General", Karachi **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.H.141.01. Name:** 1: ABDULLAH 2: HAMAD 3: na 4: na

**Name (original script):** عبد الله حماد

**Title:** Maulavi **Designation:** Consul General, Taliban "Consulate General", Quetta **DOB:** 1972 **POB:** Helmand, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** Afghan passport number D 000857, issued on 20 Nov. 1997 **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 21 Sep. 2007, 3 Oct. 2008) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.H.143.01. Name:** 1: HAMDULLAH 2: na 3: na 4: na

**Name (original script):** حمد الله

**Title:** Maulavi **Designation:** Repatriation Attache, Taliban "Consulate General", Quetta **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.H.45.01. Name:** 1: ZABIHULLAH 2: HAMIDI 3: na 4: na

**Name (original script):** ذبیح الله حمیدی

**Title:** na **Designation:** Deputy Minister of Higher Education of the Taliban regime **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.H.43.01. Name:** 1: DIN MOHAMMAD 2: HANIF 3: na 4: na

**Name (original script):** دین محمد حنیف

**Title:** Qari **Designation:** a) Minister of Planning of the Taliban regime b) Minister of Higher Education of the Taliban regime **DOB:** Approximately 1955 **POB:** Badakhshan province, Afghanistan **Good quality a.k.a.:** Qari Din Mohammad **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.H.61.01. Name:** 1: SAYEEDUR RAHMAN 2: HAQANI 3: na 4: na

**Name (original script):** سید الرحمان حقانی

**Title:** Maulavi **Designation:** a) Deputy Minister of Mines and Industries of the Taliban regime b) Deputy Minister of Public Works of the Taliban regime **DOB:** Approximately 1952 **POB:** Kunar province, Afghanistan **Good quality a.k.a.:** Sayed Urrahman **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007) **Other information:** From Laghman Province, Afghanistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.A.34.01. Name:** 1: ABDUL JALIL 2: HAQQANI 3: na 4: na

**Name (original script):** عبد الجليل حقاني

**Title: a)** Maulavi  **b)** Mullah  **Designation:** Deputy Minister of Foreign Affairs of the Taliban regime  **DOB:** Approximately 1963  **POB:** Arghandaab district, Kandahar province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** Nazar Jan  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007)  **Other information:** Believed to be in the Afghanistan/Pakistan border area. Member of the Taliban's leadership Council as of May 2007. Member of the Financial Commission of the Taliban Council. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.H.151.11. Name:** 1: BADRUDDIN 2: HAQQANI 3: na 4: na

**Name (original script):** بدرالدين حقاني

**Title:** na  **Designation:** na  **DOB:** Approximately 1975-1979  **POB:** na  **Good quality a.k.a.:** na  **Low quality a.k.a.:** Atiqullah  **Nationality:** na  **Passport no.:** na  **National identification no.:** na  **Address:** Miram Shah, Pakistan  **Listed on:** 11 May 2011  **Other information:** Operational commander of the Haqqani Network and member of the Taliban shura in Miram Shah. Has helped lead attacks against targets in southeastern Afghanistan. Son of Jalaluddin Haqqani (TI.H.40.01.). Brother of Sirajuddin Jallaloudine Haqqani (TI.H.144.07.) and Nasiruddin Haqqani (TI.H.146.10.). Nephew of Khalil Ahmed Haqqani (TI.H.150.11.).

**TI.E.64.01. Name:** 1: EZATULLAH 2: HAQQANI 3: na 4: na

**Name (original script):** عزت الله حقاني

**Title:** Maulavi  **Designation:** Deputy Minister of Planning of the Taliban regime  **DOB:** Approximately 1957  **POB:** Laghman province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007)  **Other information:** Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**TI.H.40.01. Name:** 1: JALALUDDIN 2: HAQQANI 3: na 4: na

**Name (original script):** جلال الدين حقاني

**Title:** Maulavi  **Designation:** Minister of Frontier Affairs of the Taliban regime  **DOB:** Approximately 1942  **POB:** Khost province, Zadran district, Afghanistan  **Good quality a.k.a.: a)** Jalaluddin Haqani  **b)** Jallalouddin Haqqani  **c)** Jallalouddine Haqani  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007, 1 Feb. 2008, 31 Jul. 2008, 3 Oct. 2008)  **Other information:** Father of Sirajuddin Jallaloudine Haqqani (listed under permanent reference number TI.H.144.07.). He is an active Taliban leader. Believed to be in the Afghanistan/Pakistan border area. Although reported deceased in June 2007, still alive as of May 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.H.150.11. Name:** 1: KHALIL 2: AHMED 3: HAQQANI 4: na

**Name (original script):** خليل احمد حقاني

**Title:** Haji  **Designation:** na  **DOB: a)** 1 Jan. 1966  **b)** Between 1958 and 1964  **POB:** na  **Good quality a.k.a.: a)** Khalil Al-Rahman Haqqani  **b)** Khalil ur Rahman Haqqani  **c)** Khaleel Haqqani  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address: a)** Peshawar, Pakistan  **b)** Near Dergey Manday Madrasa in Dergey Manday Village, near Miram Shah, North Waziristan Agency (NWA), Federally Administered Tribal Areas (FATA), Pakistan  **c)** Kayla Village, near Miram Shah, North Waziristan Agency (NWA), Federally Administered Tribal Areas (FATA), Pakistan  **d)** Sarana Zadran Village, Paktia Province, Afghanistan  **Listed on:** 9 Feb. 2011  **Other information:** Senior member of the Haqqani Network, which operates out of North Waziristan in the Federally Administered Tribal Areas of Pakistan. Has previously traveled to, and raised funds in, Dubai, United Arab Emirates. Brother of Jalaluddin Haqqani (TI.H.40.01.) and uncle of Sirajuddin Jallaloudine Haqqani (TI.H.144.07.).

**TI.H.73.01. Name:** 1: MOHAMMAD 2: MOSLIM 3: HAQQANI 4: na

**Name (original script):** محمد مسلم حقاني

**Title:** Maulavi  **Designation: a)** Deputy Minister of Haj and Religious Affairs of the Taliban regime **b)** Deputy Minister of Higher Education of the Taliban regime  **DOB:** Approximately 1958  **POB:** Baghlan province,

Afghanistan **Good quality a.k.a.:** Moslim Haqqani **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 3 Oct. 2008) **Other information:** Ethnic Pashtun from Baghlan province. Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.H.79.01. Name:** 1: MOHAMMAD SALIM 2: HAQQANI 3: na 4: na

**Name (original script):** محمد سليم حقانى

**Title:** Maulavi **Designation:** Deputy Minister of Preventing Vice and Propagating Virtue of the Taliban regime **DOB:** Approximately 1967 **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** From Laghman province. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.H.146.10. Name:** 1: NASIRUDDIN 2: HAQQANI 3: na 4: na

**Name (original script):** ناصر الدين حقانى

**Title:** na **Designation:** na **DOB:** Approximately 1970-1973 **POB:** Afghanistan **Good quality a.k.a.:** a) Naseer Haqqani b) Dr. Naseer Haqqani c) Nassir Haqqani d) Nashir Haqqani **Low quality a.k.a.:** a) Naseruddin b) Dr. Alim Ghair **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** Pakistan **Listed on:** 20 Jul. 2010 **Other information:** Associated with the Haqqani Network, which operates out of North Waziristan in the Federally Administered Tribal Areas of Pakistan. Has travelled to Saudi Arabia and the United Arab Emirates to raise funds for the Taliban.

**TI.H.6.01. Name:** 1: SAYYED MOHAMMED 2: HAQQANI 3: na 4: na

**Name (original script):** سيد محمد حقانى

**Title:** Mullah **Designation:** a) Director of Administrative Affairs of the Taliban regime b) Head of Information and Culture in Kandahar province during the Taliban regime **DOB:** Approximately 1965 **POB:** Kandahar Province, Afghanistan **Good quality a.k.a.:** Sayyed Mohammad Haqqani **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 20 Dec. 2005, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Graduate of the Haqqaniya Madrrassa in Pakistan. Believed to have had close relations with Taliban Leader Mullah Mohammad Omar. Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.H.144.07. Name:** 1: SIRAJUDDIN 2: JALLALOUDINE 3: HAQQANI 4: na

**Name (original script):** سراج الدين جلال الدين حقانى

**Title:** na **Designation:** Na'ib Amir (Deputy Commander) **DOB:** Approximately 1977/1978 **POB:** a) Danda, Miramshah, North Waziristan, Pakistan b) Srana village, Garda Saray district, Paktia province, Afghanistan c) Neka district, Paktika province, Afghanistan d) Khost province, Afghanistan **Good quality a.k.a.:** a) Siraj Haqqani b) Serajuddin Haqani c) Siraj Haqani d) Saraj Haqani **Low quality a.k.a.:** Khalifa **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** a) Kela neighborhood/Danda neighborhood, Miramshah, North Waziristan, Pakistan b) Manba'ul uloom Madrasa, Miramshah, North Waziristan, Pakistan c) Dergey Manday Madrasa, Miramshah, North Waziristan, Pakistan **Listed on:** 13 Sep. 2007 **Other information:** Since 2004, major operational commander in eastern and southern regions of Afghanistan. Son of Jallaloudine Haqani (TI.H.40.01). Belongs to Sultan Khel section, Zardan tribe of Garda Saray of Paktia province, Afghanistan. Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.H.142.01. Name:** 1: ABDUL HAI 2: HAZEM 3: na 4: na

**Name (original script):** عبدالحى عظيم

**Title:** Maulavi **Designation:** First Secretary, Taliban "Consulate General", Quetta **DOB:** 1971 **POB:** Ghazni **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** Afghan passport number D 0001203 **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.H.14.01. Name:** 1: HIDAYATULLAH 2: na 3: na 4: na

**Name (original script):** هدايت الله

**Title:** na **Designation:** Deputy Minister of Civil Aviation of the Taliban regime **DOB:** Approximately 1968 **POB:** Arghandab district, Kandahar province, Afghanistan **Good quality a.k.a.:** Abu Turab **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 8 Mar. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 28 Feb. 2008, 3 Oct. 2008) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.H.49.01. Name:** 1: ABDUL RAHMAN 2: AHMAD 3: HOTTAK 4: na

**Name (original script):** عبدالرحمان احمد هوتک

**Title:** Maulavi **Designation:** Deputy (Cultural) Minister of Information and Culture of the Taliban regime **DOB:** Approximately 1957 **POB:** Ghazni province, Afghanistan **Good quality a.k.a.:** Hottak Sahib **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.H.71.01. Name:** 1: NAJIBULLAH 2: HAQQANI 3: HYDAYETULLAH 4: na

**Name (original script):** نجیب الله حقانی هدایت الله

**Title:** Maulavi **Designation:** Deputy Minister of Finance of the Taliban regime **DOB:** Approximately 1964 **POB:** na **Good quality a.k.a.:** Najibullah Haqani **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007) **Other information:** From Eastern Afghanistan. Member of Taliban "Council" in Kunar province, Afghanistan, as of May 2007. Cousin of Moulavi Noor Jalal (TI.J.56.01). Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**TI.I.147.10. Name:** 1: GUL 2: AGHA 3: ISHAKZAI 4: na

**Name (original script):** گل آغا عشاقزي

**Title:** na **Designation:** na **DOB:** Approximately 1972 **POB:** Band-e-Timor, Kandahar, Afghanistan **Good quality a.k.a.:** a) Mullah Gul Agha b) Mullah Gul Agha Akhund **Low quality a.k.a.:** a) Hidayatullah b) Haji Hidayatullah c) Hayadatullah **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** Pakistan **Listed on:** 20 Jul. 2010 **Other information:** Is part of a recently created Taliban council that coordinates the collection of zakat (Islamic tax) from Baluchistan Province, Pakistan.

**TI.J.56.01. Name:** 1: NOOR 2: JALAL 3: na 4: na

**Name (original script):** نور جلال

**Title:** Maulavi **Designation:** Deputy (Administrative) Minister of Interior Affairs of the Taliban regime **DOB:** Approximately 1960 **POB:** Kunar province, Afghanistan **Good quality a.k.a.:** Nur Jalal **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.J.47.01. Name:** 1: QUDRATULLAH 2: JAMAL 3: na 4: na

**Name (original script):** قدرت الله جمال

**Title:** Maulavi **Designation:** Minister of Information of the Taliban regime **DOB:** Approximately 1963 **POB:** Gardez, Paktia province, Afghanistan **Good quality a.k.a.:** Haji Sahib **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.K.149.10. Name:** 1: SALEH 2: MOHAMMAD 3: KAKAR 4: na

**Name (original script):** صالح محمد کاکار

**Title:** na **Designation:** na **DOB:** Approximately 1962 **POB:** Nulgham Village, Panjwai District, Kandahar, Afghanistan **Good quality a.k.a.:** Saleh Mohammad **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 4 Nov. 2010 **Other information:** Has run an organized smuggling network in Kandahar and Helmand provinces, Afghanistan. Previously operated heroin processing laboratories in Band-e-Timor, Kandahar, Afghanistan. Has owned a car dealership in Kandahar, Afghanistan.

**TI.K.137.01. Name:** 1: RAHMATULLAH 2: KAKAZADA 3: na 4: na

**Name (original script):** رحمت الله كاكا زاده

**Title: a)** Maulavi **b)** Mullah **Designation:** Consul General, Taliban "Consulate General", Karachi **DOB:** 1968 **POB:** Ghazni, Afghanistan **Good quality a.k.a.: a)** Rehmatullah **b)** Kakazada **Low quality a.k.a.:** Mullah Nasir **Nationality:** Afghan **Passport no.:** Afghan passport number D 000952 issued on 7 Jan. 1999 **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Taliban "Governor" of the province of Ghazni, Afghanistan, as of May 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.K.25.01. Name:** 1: ABDUL RAUF 2: KHADEM 3: na 4: na

**Name (original script):** عبدالروف خادم

**Title:** Mullah **Designation:** Commander of Central Corpus under the Taliban regime **DOB:** Between 1958 and 1963 **POB:** Uruzgan/Kandahar, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**TI.K.93.01. Name:** 1: KHAIRULLAH 2: KHAIRKHWAH 3: na 4: na

**Name (original script):** خيرالله خيرخواه

**Title: a)** Maulavi **b)** Mullah **Designation: a)** Governor of Herat Province under the Taliban regime **b)** Spokesperson of the Taliban regime **c)** Governor of Kabul province under the Taliban regime **d)** Minister of Internal Affairs under the Taliban regime **DOB:** Approximately 1963 **POB:** Arghistan district, Kandahar province, Afghanistan **Good quality a.k.a.:** Mullah Khairullah Khairkhwah **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008, 12 Apr. 2010) **Other information:** Apprehended. In custody as at Jun. 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.K.120.01. Name:** 1: SHAMSULLAH 2: KMALZADA 3: na 4: na

**Name (original script):** شمس الله كمال زاده

**Title:** Mr **Designation:** Second Secretary, Taliban Embassy, Abu Dhabi **DOB:** na **POB:** na **Good quality a.k.a.:** Shamsalah Kmalzada **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.A.53.01. Name:** 1: ABDUL RAZAQ 2: AKHUND 3: LALA AKHUND 4: na

**Name (original script):** عبد الرزاق آخوند لا لا آخوند

**Title:** Mullah **Designation: a)** Minister of Interior Affairs of the Taliban regime **b)** Chief of Kabul police under the Taliban regime **DOB:** Approximately 1958 **POB:** Spin Boldak District, Kandahar province, Afghanistan, in the area bordering Chaman district, Quetta, Pakistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.M.119.01. Name:** 1: JAN MOHMMAD 2: MADANI 3: na 4: na

**Name (original script):** جأن محمد مدنى

**Title:** Mr **Designation:** Charge d'Affaires, Taliban Embassy, Abu Dhabi **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.M.102.01. Name:** 1: ZIA-UR-RAHMAN 2: MADANI 3: na 4: na

**Name (original script):** ضيا الرحمان مدنى

**Title:** Maulavi **Designation:** Governor of Logar Province under the Taliban regime **DOB:** Approximately 1960 **POB:** Taliqan, Takhar province, Afghanistan **Good quality a.k.a.: a)** Ziaurrahman Madani **b)** Zaia u Rahman

Madani **c)** Madani Saheb **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007, 1 Feb. 2008) **Other information:** Involved in drug trafficking. In charge of Taliban's military affairs in Takhar province, Afghanistan, as of May 2007. In charge of Nangarhar province. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.M.7.01. Name:** 1: ABDUL LATIF 2: MANSUR 3: na 4: na

**Name (original script):** عبدالطيف منصور

**Title:** Maulavi **Designation:** Minister of Agriculture of the Taliban regime **DOB:** Approximately 1968 **POB:** Zurmat district, Paktia province, Afghanistan **Good quality a.k.a.:** Abdul Latif Mansoor **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Member of Taliban "Miram Shah Council", as of May 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.M.68.01. Name:** 1: MOHAMMADULLAH 2: MATI 3: na 4: na

**Name (original script):** محمد الله مطيع

**Title:** Maulavi **Designation:** Minister of Public Works of the Taliban regime **DOB:** na **POB:** Arghandab district, Kandahar province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.M.20.01. Name:** 1: MATIULLAH 2: na 3: na 4: na

**Name (original script):** مطيع الله

**Title:** Mullah **Designation:** Director, Kabul Custom House under the Taliban regime **DOB:** Approximately 1973 **POB:** Daman district, Kandahar province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.M.135.01. Name:** 1: AKHTAR 2: MOHAMMAD 3: MAZ-HARI 4: na

**Name (original script):** أختر محمد مظهرى

**Title:** Maulavi **Designation:** Education Attache, Taliban "Consulate General", Peshawar **DOB:** 1970 **POB:** Kunduz, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** Afghan passport number SE 012820, issued on 4 Nov. 2000 **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Reportedly deceased in 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.M.23.01. Name:** 1: FAZL MOHAMMAD 2: MAZLOOM 3: na 4: na

**Name (original script):** فضل محمد مظلوم

**Title:** Mullah **Designation:** Deputy Chief of Army Staff of the Taliban regime **DOB:** Between 1963 and 1968 **POB:** Uruzgan, Afghanistan **Good quality a.k.a.: a)** Molah Fazl **b)** Fazel Mohammad Mazloom **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.M.100.01. Name:** 1: NAZAR 2: MOHAMMAD 3: na 4: na

**Name (original script):** نظر محمد

**Title:** Maulavi **Designation:** Governor of Kunduz Province under the Taliban regime **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.W.76.01. Name:** 1: RAHMATULLAH 2: WAHIDYAR 3: FAQIR 4: MOHAMMAD

**Name (original script):** رحمت الله وحيد يار فقير محمد
**Title:** na **Designation:** Deput Minister for Martyrs and Repatriation of the Taliban regime **DOB:** 1957 **POB:** Kotakhel village, Zormat district, Paktia province, Afghanistan **Good quality a.k.a.:** Ramatullah Wahidyar **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** 110675 **Address:** Dehbori district Ward, Kabul, Afghanistan **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.M.86.01. Name:** 1: MOHAMMAD HOMAYOON 2: na 3: na 4: na

**Name (original script):** محمد همايون
**Title:** Eng. **Designation:** Deputy Minister of Water and Electricity of the Taliban regime **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.M.99.01. Name:** 1: MOHAMMAD SHAFIQ 2: MOHAMMADI 3: na 4: na

**Name (original script):** محمد شفيق محمدی
**Title:** Maulavi **Designation:** Governor of Khost Province under the Taliban regime **DOB:** Approximately 1948 **POB:** Uruzgan province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.A.3.01. Name:** 1: ABDUL KABIR 2: MOHAMMAD JAN 3: na 4: na

**Name (original script):** عبد الكبير محمد جان
**Title:** Maulavi **Designation: a)** Second Deputy, Economic affairs, Council of Ministers of the Taliban regime **b)** Governor of Nangarhar Province under the Taliban regime **c)** Head of Eastern Zone under the Taliban regime **DOB:** Approximately 1963 **POB:** Zardran tribe, Paktja province, Afghanistan **Good quality a.k.a.:** A. Kabir **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 20 Dec. 2005, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Active in terrorist operations in Eastern Afghanistan. Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.M.104.01. Name:** 1: MOHAMMAD RASUL 2: na 3: na 4: na

**Name (original script):** محمد رسول
**Title:** Maulavi **Designation:** Governor of Nimroz Province under the Taliban regime **DOB:** Between 1958 and 1963 **POB:** Spinboldak district, Kandahar province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.M.78.01. Name:** 1: MOHAMMAD WALI 2: na 3: na 4: na

**Name (original script):** محمد ولی
**Title:** Maulavi **Designation:** Minister of Department of Preventing Vice and Propagating Virtue of the Taliban regime **DOB:** Approximately 1965 **POB:** Kandahar province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.M.52.01. Name:** 1: MOHAMMAD YAQOUB 2: na 3: na 4: na

**Name (original script):** محمد يعقوب
**Title:** Maulavi **Designation:** Head of BIA under the Taliban regime **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.M.26.01. Name:** 1: AMIR KHAN 2: MOTAQI 3: na 4: na

**Name (original script):** امیر خان متقی

**Title:** Mullah **Designation:** a) Minister of Education of the Taliban regime b) Taliban representative in UN-led talks during the Taliban regime **DOB:** Approximately 1968 **POB:** Helmand province, Afghanistan **Good quality a.k.a.:** Amir Khan Muttaqi **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.M.51.01. Name:** 1: ABDULHAI 2: MOTMAEN 3: na 4: na

**Name (original script):** عبدالحی مطمئن

**Title:** Maulavi **Designation:** Director, Information and Culture Dept., Kandahar during the Taliban regime **DOB:** Approximately 1973 **POB:** Zabul province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.M.112.01. Name:** 1: RAFIULLAH 2: MUAZEN 3: na 4: na

**Name (original script):** رفیع الله مؤذن

**Title:** Maulavi **Designation:** Deputy of High Court under the Taliban regime **DOB:** Approximately 1943 **POB:** Paktia province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.T.16.01. Name:** 1: ALLAH DAD 2: TAYEB 3: WALI 4: MUHAMMAD

**Name (original script):** الله داد طیب ولي محمد

**Title: a)** Mullah **b)** Haji **Designation:** Deputy Minister of Communication of the Taliban regime **DOB:** Approximately 1963 **POB:** Kandahar City, Afghanistan **Good quality a.k.a.: a)** Allah Dad Tayyab **b)** Allah Dad Tabeeb **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.M.132.01. Name:** 1: NAJIBULLAH 2: MUHAMMAD JUMA 3: na 4: na

**Name (original script):** نجیب الله جمعه

**Title:** Maulavi **Designation:** Consul General, Taliban "Consulate General", Peshawar **DOB:** 1954 **POB:** Farah **Good quality a.k.a.:** na **Low quality a.k.a.:** Najib Ullah **Nationality:** Afghan **Passport no.:** Afghan passport number 000737, issued on 20 Oct. 1996 **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 23 Apr. 2007, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.M.115.01. Name:** 1: MOHAMMAD 2: HUSAYN 3: MUSTAS'ID 4: na

**Name (original script):** محمد حسین مستسعید

**Title:** Mullah **Designation:** Head of Academy of Sciences under the Taliban regime **DOB:** Approximately 1964 **POB:** na **Good quality a.k.a.: a)** Mohammad Hassan Mastasaeed **b)** Mstasaeed **c)** Mostas'eed **d)** Mohammad Husayn Mastasaeed **Low quality a.k.a.:** na **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 3 Oct. 2008) **Other information:** Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.N.13.01. Name:** 1: MOHAMMAD 2: NAIM 3: na 4: na

**Name (original script):** محمد نعیم

**Title:** Mullah **Designation:** Deputy Minister of Civil Aviation of the Taliban regime **DOB:** na **POB:** na **Good quality a.k.a.:** Mullah Naeem **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**TI.N.19.01. Name:** 1: NIK MOHAMMAD 2: na 3: na 4: na

**Name (original script):** نیک محمد

**Title:** Maulavi **Designation:** Deputy Minister of Commerce of the Taliban regime **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.N.44.01. Name:** 1: HAMDULLAH 2: NOMANI 3: na 4: na

**Name (original script):** حمد الله نعمانی

**Title:** Maulavi **Designation:** High Ranking Official in the Ministry of Higher Education under the Taliban regime **DOB:** Approximately 1968 **POB:** Ghazni province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.N.138.01. Name:** 1: MOHAMMAD 2: ALEEM 3: NOORANI 4: na

**Name (original script):** محمد علیم نورانی

**Title:** Mufti **Designation:** First Secretary, Taliban "Consulate General", Karachi **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.N.89.01. Name:** 1: NURULLAH 2: NURI 3: na 4: na

**Name (original script):** نور الله نوری

**Title:** Maulavi **Designation:** a) Governor of Balkh Province under the Taliban Regime b) Head of Northern Zone under the Taliban regime **DOB:** Approximately 1958 **POB:** Shahjoe district, Zabul province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.N.97.01. Name:** 1: ABDUL MANAN 2: NYAZI 3: na 4: na

**Name (original script):** عبدالمنان نیازی

**Title:** Mullah **Designation:** Governor of Kabul Province under the Taliban regime **DOB:** Approximately 1968 **POB:** Pashtoon Zarghoon district, Herat province, Afghanistan **Good quality a.k.a.: a)** Abdul Manan Nayazi **b)** Abdul Manan Niazi **Low quality a.k.a.: a)** Baryaly **b)** Baryalai **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 12 Apr. 2010) **Other information:** Taliban member responsible for Herat province. Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.O.4.01. Name:** 1: MOHAMMED 2: OMAR 3: na 4: na

**Name (original script):** محمد عمر

**Title:** Mullah **Designation:** Leader of the Faithful ('Amir ul-Mumineen'), Afghanistan **DOB:** Approximately 1966 **POB:** Uruzgan province, Adehrawood village **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.O.88.01. Name:** 1: ABDUL JABBAR 2: OMARI 3: na 4: na

**Name (original script):** عبدالجبار عمری

**Title:** Maulavi **Designation:** Governor of Baghlan Province under the Taliban regime **DOB:** Approximately 1958 **POB:** Zabul, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun.

2010.

**TI.O.42.01. Name:** 1: MOHAMMAD IBRAHIM 2: OMARI 3: na 4: na

**Name (original script):** محمد ابراهیم عمری

**Title:** Alhaj  **Designation:** Deputy Minister of Frontier Affairs of the Taliban regime  **DOB:** Approximately 1958  **POB:** Zadran valley, Khost province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.T.58.01. Name:** 1: NOORUDDIN 2: TURABI 3: MUHAMMAD 4: QASIM

**Name (original script):** نورالدین ترابی

**Title:** a) Mullah  b) Maulavi  **Designation:** Minister of Justice of the Taliban regime  **DOB:** Approximately 1963  **POB:** a) Kandahar, Afghanistan  b) Chora district, Uruzgan province, Afghanistan  **Good quality a.k.a.:** Noor ud Din Turabi  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 12 Apr. 2010)  **Other information:** Apprehended in Sep. 2006. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.H.27.01. Name:** 1: ABDUL SALAM 2: HANAFI 3: ALI MARDAN 4: QUL

**Name (original script):** عبدالسلام حنفی علی مردان قل

**Title:** a) Mullah  b) Maulavi  **Designation:** Deputy Minister of Education of the Taliban regime  **DOB:** Approximately 1968  **POB:** Darzab district, Faryab district, Afghanistan  **Good quality a.k.a.:** a) Abdussalam Hanifi  b) Hanafi Saheb  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007, 1 Feb. 2008)  **Other information:** Taliban member responsible for Northern Afghanistan as of May 2007. Involved in drug trafficking. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**TI.Q.130.01. Name:** 1: ABDUL GHAFAR 2: QURISHI 3: na 4: na

**Name (original script):** عبدالغفار قریشی

**Title:** Maulavi  **Designation:** Repatriation Attache, Taliban "Embassy", Islamabad  **DOB:** na  **POB:** na  **Good quality a.k.a.:** Abdul Ghaffar Qureshi  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.R.1.01. Name:** 1: MOHAMMAD 2: RABBANI 3: na 4: na

**Name (original script):** محمد ربانی

**Title:** Mullah  **Designation:** Chairman of the Ruling Council, Head of the Council of Ministers of the Taliban regime  **DOB:** Approximately 1961  **POB:** Kandahar, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 20 Dec. 2005, 21 Sep. 2007)  **Other information:** Reportedly deceased in April 2001. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.R.15.01. Name:** 1: YAR MOHAMMAD 2: RAHIMI 3: na 4: na

**Name (original script):** یار محمد رحیمی

**Title:** Mullah  **Designation:** Minister of Communication of the Taliban regime  **DOB:** Approximately 1953  **POB:** Panjwae district, Kandahar province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.R.96.01. Name:** 1: MOHAMMAD HASAN 2: RAHMANI 3: na 4: na

**Name (original script):** محمد حسن رحمانی

**Title:** Mullah  **Designation:** Governor of Kandahar Province under the Taliban regime  **DOB:** Approximately

1963 **POB:** Panjwae district, Kandahar province, Afghanistan **Good quality a.k.a.: na Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.R.84.01. Name:** 1: HABIBULLAH 2: RESHAD 3: na 4: na

**Name (original script):** حبيب الله رشاد

**Title:** Mullah **Designation:** Head of Investigation Department under the Taliban regime **DOB:** Between 1968 and 1973 **POB:** Ghazni province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.S.108.01. Name:** 1: ABDULHAI 2: SALEK 3: na 4: na

**Name (original script):** عبدالحی سالک

**Title:** Maulavi **Designation:** Governor of Uruzgan Province under the Taliban regime **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 24 Mar. 2009) **Other information:** Reportedly deceased. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.S.111.01. Name:** 1: SANANI 2: na 3: na 4: na

**Name (original script):** سنانی

**Title:** Maulavi **Designation:** Head of Dar-ul-Efta under the Taliban regime **DOB:** Approximately 1923 **POB:** Zabul province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.S.110.01. Name:** 1: NOOR MOHAMMAD 2: SAQIB 3: na 4: na

**Name (original script):** نور محمد ثاقب

**Title:** na **Designation:** Chief Justice of Supreme Court under the Taliban regime **DOB:** Approximately 1958 **POB:** Bagrami district, Kabul province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.M.74.01. Name:** 1: QALAMUDIN 2: SAR ANDAZ 3: na 4: na

**Name (original script):** قلم الدین سرانداز.

**Title:** Maulavi **Designation: a)** Deputy Minister of Haj Affairs of the Taliban regime **b)** Head of Olympic Committee of the Taliban regime **DOB:** Between 1958 and 1963 **POB:** Baraki Barak district, Logar province, Afghanistan **Good quality a.k.a.:** Qalamuddin **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** Baraki Barak district, Logar province **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 20 Dec. 2005, 18 Jul. 2007, 21 Sep. 2007) **Other information:** In July 2003 was in custody in Kabul, Afghanistan. Released from jail in 2005. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.S.83.01. Name:** 1: EHSANULLAH 2: SARFIDA 3: na 4: na

**Name (original script):** احسان الله سرفدا

**Title:** Maulavi **Designation:** Deputy Minister of Security (Intelligence) of the Taliban regime **DOB:** Approximately 1963 **POB:** Qarabagh district, Ghazni province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.S.87.01. Name:** 1: SADUDDIN 2: SAYYED 3: na 4: na

**Name (original script):** سعد الدين سيد
**Title: a)** Maulavi  **b)** Alhaj  **c)** Mullah  **Designation:** a) Vice-Minister of Work and Social Affairs of the Taliban regime b) Mayor of Kabul City under the Taliban regime  **DOB:** Approximately 1968  **POB:** Chaman district, Pakistan  **Good quality a.k.a.: a)** Sadudin Sayed **b)** Sadruddin  **Low quality a.k.a.:** na  **Nationality:** na **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.S.133.01. Name: 1:** QARI **2:** ABDUL WALI **3:** SEDDIQI **4:** na

**Name (original script):** قاری عبدالولی صدیقی
**Title:** na  **Designation:** Third Secretary under the Taliban regime  **DOB:** 1974  **POB:** Ghazni, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** Afghan passport number D 000769 issued on 2 Feb. 1997  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.S.98.01. Name: 1:** ABDUL WAHED **2:** SHAFIQ **3:** na **4:** na

**Name (original script):** عبد الواحد شفیق
**Title:** Maulavi  **Designation:** Deputy Governor of Kabul Province under the Taliban regime  **DOB:** Approximately 1968  **POB:** Ningarhar province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.S.125.01. Name: 1:** MOHAMMAD SOHAIL **2:** SHAHEEN **3:** na **4:** na

**Name (original script):** محمد سهيل شاهين
**Title:** na  **Designation:** Second Secretary, Taliban "Embassy", Islamabad  **DOB:** na  **POB:** na  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.S.28.01. Name: 1:** SAID AHMED **2:** SHAHIDKHEL **3:** na **4:** na

**Name (original script):** سید أحمد شاهد خیل
**Title:** Maulavi  **Designation:** Deputy Minister of Education of the Taliban regime  **DOB:** Approximately 1975  **POB:** Central Ghazni province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 20 Dec. 2005, 21 Sep. 2007)  **Other information:** In July 2003 he was in custody in Kabul, Afghanistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.M.11.01. Name: 1:** AKHTAR **2:** MOHAMMAD **3:** MANSOUR **4:** SHAH MOHAMMED

**Name (original script):** أختر محمد منصور شاه محمد
**Title: a)** Maulavi  **b)** Mullah  **Designation:** Minister of Civil Aviation and Transportation of the Taliban regime  **DOB:** Approximately 1960  **POB: a)** Kandahar, Afghanistan  **b)** Kalanko Joftian, Zurmat district, Paktia province, Afghanistan  **Good quality a.k.a.: a)** Akhtar Mohammad Mansour Khan Muhammad **b)** Akhtar Muhammad Mansoor **c)** Akhtar Mohammad Mansour  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 1 Feb. 2008)  **Other information:** Repatriated to Afghanistan in September 2006. Member of Taliban leadership. Involved in drug trafficking. Active in the provinces of Khost, Paktia and Paktika, Afghanistan as of May 2007. Taliban "Governor" of Kandahar as of May 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.S.103.01. Name: 1:** SHAMSUDIN **2:** na **3:** na **4:** na

**Name (original script):** شمس الدين
**Title:** Maulavi  **Designation:** Governor of Wardak (Maidan) Province under the Taliban regime  **DOB:** Approximately 1968  **POB:** Keshim district, Badakhshan province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed**

**on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.S.55.01. Name:** 1: MOHAMMAD 2: SHARIF 3: na 4: na

**Name (original script):** محمد شريف

**Title:** na **Designation:** Deputy Minister of Interior Affairs of the Taliban regime  **DOB:** na  **POB:** na  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.U.8.01. Name:** 1: SHAMS 2: UR-RAHMAN 3: SHER ALAM 4: na

**Name (original script):** شمس الرحمان شير آلام

**Title:** a) Mullah  b) Maulavi  **Designation:** Deputy Minister of Agriculture of the Taliban regime  **DOB:** na  **POB:** Suroobi district, Kabul province, Afghanistan  **Good quality a.k.a.: a)** Shamsurrahman **b)** Shams-u-Rahman  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 12 Apr. 2010)  **Other information:** Believed to be in the Afghanistan/Pakistan border area. Involved in drug trafficking. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.S.139.01. Name:** 1: ABDUL GHAFAR 2: SHINWARI 3: na 4: na

**Name (original script):** عبدالغفار شينوارى

**Title:** Haji **Designation:** Third Secretary, Taliban "Consulate General", Karachi  **DOB:** 29 Mar. 1965  **POB:** Kandahar, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** Afghan passport number D 000763, issued on 9 Jan. 1997  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.S.126.01. Name:** 1: MOHAMMAD 2: SARWAR 3: SIDDIQMAL 4: na

**Name (original script):** محمد سرور صديق مل

**Title:** na **Designation:** Third Secretary, Taliban "Embassy", Islamabad  **DOB:** na  **POB:** na  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.S.67.01. Name:** 1: SHER MOHAMMAD ABBAS 2: STANEKZAI 3: na 4: na

**Name (original script):** شير محمد عباس استانكزى

**Title:** na **Designation:** Deputy Minister of Public Health of the Taliban regime  **DOB:** Approximately 1963  **POB:** Logar province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.T.105.01. Name:** 1: TAHA 2: na 3: na 4: na

**Name (original script):** طه

**Title:** Maulavi **Designation:** Governor of Paktia Province under the Taliban regime  **DOB:** Approximately 1963  **POB:** Ningarhar province, Afghanistan  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**TI.T.12.01. Name:** 1: TAHIS 2: na 3: na 4: na

**Name (original script):** تاحيس

**Title:** Hadji **Designation:** Deputy Minister of Civil Aviation of the Taliban regime  **DOB:** na  **POB:** na  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007)  **Other information:** Review

pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.T.75.01. Name:** 1: ABDUL RAQIB 2: TAKHARI 3: na 4: na

**Name (original script):** عبدالرقيب تخارى

**Title:** Maulavi **Designation:** Minister of Repatriation of the Taliban regime **DOB:** Between 1968 and 1973 **POB:** Takhar province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.W.95.01. Name:** 1: WALIJAN 2: na 3: na 4: na

**Name (original script):** ولى جان

**Title:** Maulavi **Designation:** Governor of Jawzjan Province under the Taliban regime **DOB:** Approximately 1968 **POB:** Quetta, Pakistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.A.129.01. Name:** 1: NAZIRULLAH 2: HANAFI 3: WALIULLAH 4: na

**Name (original script):** نذير الله حنفى ولى الله

**Title: a)** Maulavi **b)** Haji **Designation:** Commercial Attache, Taliban "Embassy", Islamabad **DOB:** 1962 **POB:** Kandahar, Afghanistan **Good quality a.k.a.:** Nazirullah Aanafi Waliullah **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** Afghan passport number D 000912, issued on 30 Jun. 1998 **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 18 Jul. 2007, 21 Sep. 2007, 3 Oct. 2008) **Other information:** Repatriated to Afghanistan in October 2006. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.W.82.01. Name:** 1: ABDUL-HAQ 2: WASSIQ 3: na 4: na

**Name (original script):** عبد الحق وثيق

**Title:** Maulavi **Designation:** Deputy Minister of Security (Intelligence) of the Taliban regime **DOB:** Approximately 1975 **POB:** Central Ghazni province, Afghanistan **Good quality a.k.a.:** Abdul-Haq Wasseq **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 31 Jan. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**TI.W.39.01. Name:** 1: MOHAMMAD JAWAD 2: WAZIRI 3: na 4: na

**Name (original script):** محمد جواد وزيرى

**Title:** na **Designation:** UN Department, Ministry of Foreign Affairs of the Taliban regime **DOB:** na **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**TI.Z.33.01. Name:** 1: ABDUL RAHMAN 2: ZAHED 3: na 4: na

**Name (original script):** عبدالرحمان زاهد

**Title:** Mullah **Designation:** Deputy Minister of Foreign Affairs of the Taliban regime **DOB:** Between 1963 and 1968 **POB:** Logar province, Kharwar district, Afghanistan **Good quality a.k.a.:** Abdul Rehman Zahid **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**TI.Z.127.01. Name:** 1: MOHAMMAD 2: ZAHID 3: na 4: na

**Name (original script):** محمد زاهد

**Title:** Mullah **Designation:** Third Secretary, Taliban "Embassy", Islamabad **DOB:** 1971 **POB:** Logar, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** Afghan passport number D 001206, issued on 17 Jul. 2000 **National identification no.:** na **Address:** na **Listed on:** 25 Jan.

2001 (amended on 3 Sep. 2003, 25 Jul. 2006, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**TI.Z.50.01. Name:** 1: RAHIMULLAH 2: ZURMATI 3: na 4: na

**Name (original script):** رحيم الله زرمتى

**Title:** Maulavi **Designation:** Deputy (Publication) Minister of Information and Culture of the Taliban regime **DOB:** Between 1953 and 1958 **POB:** Zurmat district, Paktia province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 23 Feb. 2001 (amended on 3 Sep. 2003, 21 Sep. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010.

**B. Entities and other groups and undertakings associated with the Taliban**

**C. Individuals associated with Al-Qaida**

**QI.A.163.04. Name:** 1: MOUSTAFA 2: ABBES 3: na 4: na

**Name (original script):** مصطفى عباس

**Title:** na **Designation:** na **DOB:** 5 Feb. 1962 **POB:** Osniers, Algeria **Good quality a.k.a.: a)** Mostafa Abbes **b)** Mostafa Abbas born in France on 5 Feb. 1962 **c)** Mustafa Abbas **d)** Moustapha Abbes **Low quality a.k.a.:** na **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** Algeria **Listed on:** 17 Mar. 2004 (amended on 26 Nov. 2004, 21 Dec. 2007, 2 Dec. 2008, 25 Jan. 2010, 16 May 2011) **Other information:** Brother of Youcef Abbes (QI.A.166.04). Review pursuant to Security Council resolution 1822 (2008) was concluded on 28 Sep. 2009.

**QI.A.166.04. Name:** 1: YOUCEF 2: ABBES 3: na 4: na

**Name (original script):** يوسف عباس

**Title:** na **Designation:** na **DOB:** 5 Jan. 1965 **POB:** Bab el Oued, Algiers, Algeria **Good quality a.k.a.:** na **Low quality a.k.a.:** Giuseppe **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 17 Mar. 2004 (amended on 26 Nov. 2004, 12 Apr. 2006, 7 Apr. 2008, 25 Jan. 2010, 16 May 2011) **Other information:** Italian authorities issued bench warrant for him on 2 Jul. 2008. Considered a fugitive from justice by the Italian authorities as of 5 Jul. 2008. Reportedly deceased in 2000. Father's name is Mokhtar. Mother's name is Abbou Aicha. Brother of Moustafa Abbes (QI.A.163.04). Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jul. 2010.

**QI.A.12.01. Name:** 1: NASHWAN 2: ABD AL-RAZZAQ 3: ABD AL-BAQI 4: na

**Name (original script):** نشوان عبد الرزاق عبد الباقي

**Title:** na **Designation:** na **DOB:** 1961 **POB:** Mosul, Iraq **Good quality a.k.a.: a)** Abdal Al-Hadi Al-Iraqi **b)** Abd Al-Hadi Al-Iraqi **Low quality a.k.a.:** Abu Abdallah **Nationality:** Iraqi **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 6 Oct. 2001 (amended on 14 May 2007, 27 Jul. 2007) **Other information:** Al-Qaida senior official. In custody of the United States of America, as of July 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.A.157.04. Name:** 1: ABD AL WAHAB 2: ABD AL HAFIZ 3: na 4: na

**Name (original script):** عبد الوهاب عبد الحافظ

**Title:** na **Designation:** na **DOB:** 7 Sep. 1967 **POB:** Algiers, Algeria **Good quality a.k.a.: a)** Ferdjani Mouloud **b)** Rabah Di Roma **c)** Abdel Wahab Abdelhafid, born 30 Oct. 1968 in Algeria **Low quality a.k.a.: a)** Mourad **b)** Said **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 17 Mar. 2004 (amended on 26 Nov. 2004, 9 Sep. 2005, 21 Dec. 2007, 25 Jan. 2010, 16 May 2011) **Other information:** Sentenced in absentia in Italy to 5 years of imprisonment. Arrest warrant issued by the Italian authorities on 19 May 2005. Considered a fugitive from justice by the Italian authorities as of Jun. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 30 Jul. 2009.

**QI.A.255.08. Name:** 1: ADIL 2: MUHAMMAD 3: MAHMUD 4: ABD AL-KHALIQ

**Name (original script):** عادل محمد محمود عبد الخالق

**Title:** na **Designation:** na **DOB:** 2 Mar. 1984 **POB:** Bahrain **Good quality a.k.a.: a)** Adel Mohamed Mahmoud Abdul Khaliq **b)** Adel Mohamed Mahmood Abdul Khaled **Low quality a.k.a.:** na **Nationality:** na **Passport no.:**

Bahraini passport number 1632207 **National identification no.:** na **Address:** na **Listed on:** 10 Oct. 2008 **Other information:** Has acted on behalf of and provided financial, material and logistical support to Al-Qaida (listed under permanent reference number QE.A.4.02) and the Libyan Islamic Fighting Group (LIFG, listed under permanent reference number QE.L.11.01.), including provision of electrical parts used in explosives, computers, GPS devices and military equipment. Trained by Al-Qaida in small arms and explosives in South Asia and fought with Al-Qaida in Afghanistan. Arrested in the United Arab Emirates (UAE) in Jan. 2007 on charges of being a member of Al-Qaida and the LIFG. Following his conviction in the UAE in late 2007, he was transferred to Bahrain in early 2008 to serve out the remainder of his sentence.

**QI.A.18.01. Name:** 1: SAIYID 2: ABD AL-MAN 3: na 4: na

**Title:** na **Designation:** na **DOB:** na **POB:** na **Good quality a.k.a.:** Abdul Manan **Low quality a.k.a.: a)** Agha Haji **b)** Am **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 17 Oct. 2001 **Other information:** Pakistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.A.220.06. Name:** 1: ABU SUFIAN 2: AL-SALAMABI 3: MUHAMMED AHMED 4: ABD AL-RAZZIQ

**Title:** na **Designation:** na **DOB:** 6 Aug. 1962 **POB: a)** Al-Bawgah, Sudan **b)** Albaouga, Sudan **Good quality a.k.a.: a)** Abu Sufian Abd Al Razeq **b)** Abousofian Abdelrazek **c)** Abousofian Salman Abdelrazik **d)** Abousofian Abdelrazik **e)** Abousofiane Abdelrazik **f)** Sofian Abdelrazik **g)** Abou El Layth **h)** Aboulail **i)** Abu Juiriah **j)** Abu Sufian **k)** Abulail **l)** Djolaiba the Sudanese **m)** Jolaiba **n)** Ould El Sayeigh **Low quality a.k.a.:** na **Nationality: a)** Canadian **b)** Sudanese **Passport no.: a)** Canadian passport number BC166787 **National identification no.:** na **Address:** na **Listed on:** 31 Jul. 2006 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 6 May 2010.

**QI.A.289.11. Name:** 1: SAID JAN 2: 'ABD AL-SALAM 3: na 4: na

**Name (original script):** سعيد جان عبد السلام

**Title:** na **Designation:** na **DOB: a)** 5 Feb. 1981 **b)** 1 Jan. 1972 **POB:** na **Good quality a.k.a.: a)** Sa'id Jan 'Abd-al-Salam **b)** Dilawar Khan Zain Khan, born 1 Jan. 1972 **Low quality a.k.a.: a)** Qazi 'Abdallah **b)** Qazi Abdullah **c)** Ibrahim Walid **d)** Qasi Sa'id Jan **e)** Said Jhan **f)** Farhan Khan **g)** Aziz Cairo **h)** Nangiali **Nationality:** Afghan **Passport no.: a)** Afghan passport number OR801168, issued on 28 Feb. 2006 , expires 27 Feb. 2011, under name Said Jan 'Abd al-Salam **b)** Pakistani passport number 4117921, issued on 9 Sep. 2008 , expires 9 Sep. 2013, issued under name Dilawar Khan Zain Khan **National identification no.:** Kuwaiti Civil Identification number 281020505755, under name Said Jan 'Abd al-Salam **Address:** na **Listed on:** 9 Feb. 2011 **Other information:** In approximately 2005, ran a "basic training" camp for Al-Qaida (QE.A.4.01.) in Pakistan.

**QI.A.90.03. Name:** 1: YOUSSEF 2: BEN ABDUL BAKI 3: BEN YOUCEF 4: ABDAOUI

**Name (original script):** يوسف بن عبد الباقي بن يوسف العبداوى

**Title:** na **Designation:** na **DOB:** 4 Sep. 1966 **POB:** Kairouan, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Abdullah **b)** Abdellah **c)** Abdullah **d)** Abou Abdullah **e)** Abdullah Youssef **Nationality:** Tunisian **Passport no.:** Tunisian passport number G025057, issued on 23 Jun. 1999 , expired on 5 Feb. 2004 **National identification no.:** Italian Identity Card number AO 2879097 valid until 30 Oct. 2012 **Address:** Via Torino, Cassano Magnago (VA), Italy **Listed on:** 25 Jun. 2003 (amended on 23 Jun. 2004, 20 Dec. 2005, 17 Oct. 2007, 9 Sep. 2010, 16 May 2011) **Other information:** Italian Fiscal Code: BDA YSF 66P04 Z352Q. Inadmissible to Schengen area. Mother's name is Fatima Abdaoui. Member of an organization operating in Italy directly linked with The Organization of Al-Qaida in the Islamic Maghreb (QE.T.14.01.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.A.173.04. Name:** 1: MOHAMED 2: BEN MOHAMED 3: BEN KHALIFA 4: ABDELHEDI

**Name (original script):** محمد بن محمد بن خليفة عبد الهادى

**Title:** na **Designation:** na **DOB:** 10 Aug. 1965 **POB:** Sfax, Tunisia **Good quality a.k.a.:** Mohamed Ben Mohamed Abdelhedi **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number L965734, issued on 6 Feb. 1999 expired on 5 Feb. 2004 **National identification no.:** na **Address: a)** Via Galileo Ferraries n. 64, Varese, Italy **b)** 261 Kramdah Road (km 2), Sfax, Tunisia **Listed on:** 23 Jun. 2004 (amended on 20 Dec. 2005, 31 Jul. 2006, 17 Oct. 2007, 9 Sep. 2010) **Other information:** Italian Fiscal Code: BDL MMD 65M10 Z352S. Mother's name: Shadhliah Ben Amir. Resided in Italy as at Aug. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 9 Apr. 2010.

**QI.A.192.05. Name:** 1: ABD ALLAH 2: MOHAMED 3: RAGAB 4: ABDEL RAHMAN

**Name (original script):** عبد الله محمد رجب عبد الرحمن

**Title:** na **Designation:** na **DOB:** 3 Nov. 1957 **POB:** Kafr Al-Shaykh, Egypt **Good quality a.k.a.: a)** Abu Al-Khayr **b)** Ahmad Hasan **c)** Abu Jihad **Low quality a.k.a.:** na **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** May be living in Pakistan, Afghanistan or Iran **Listed on:** 29 Sep. 2005 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**QI.A.211.06. Name:** 1: GHUMA 2: ABD'RABBAH 3: na 4: na

**Name (original script):** جمعة عبد ربه

**Title:** na **Designation:** na **DOB:** 2 Sep. 1957 **POB:** Benghazi, Libyan Arab Jamahiriya **Good quality a.k.a.: a)** Ghunia Abdurabba **b)** Ghoma Abdrabba **c)** Abd'rabbah **d)** Abu Jamil **e)** Ghunia Abdrabba **Low quality a.k.a.:** na **Nationality:** British **Passport no.:** na **National identification no.:** na **Address:** Birmingham, United Kingdom **Listed on:** 7 Feb. 2006 (amended on 5 Dec. 2006) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Dec. 2009.

**QI.A.54.01. Name:** 1: MAJEED 2: ABDUL CHAUDHRY 3: na 4: na

**Title:** na **Designation:** na **DOB: a)** 15 Apr. 1939 **b)** 1938 **POB:** na **Good quality a.k.a.: a)** Majeed, Abdul **b)** Majeed Chaudhry Abdul **c)** Majid, Abdul **Low quality a.k.a.:** na **Nationality:** Pakistani **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 24 Dec. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**QI.A.109.03. Name:** 1: ZULKIFLI 2: ABDUL HIR 3: na 4: na

**Title:** na **Designation:** na **DOB: a)** 5 Jan. 1966 **b)** 5 Oct. 1966 **POB:** Muar Johor, Malaysia **Good quality a.k.a.: a)** Musa Abdul Hir **b)** Muslimin Abdulmotalib **c)** Salim Alombra **d)** Armand Escalante **e)** Normina Hashim **f)** Henri Lawi **g)** Hendri Lawi **h)** Norhana Mohamad **i)** Omar Salem **j)** Ahmad Shobirin **k)** Bin Abdul Hir Zulkifli **Low quality a.k.a.: a)** Abdulhir Bin Hir **b)** Hassan **c)** Hogalu **d)** Hugalu **e)** Lagu **f)** Marwan **Nationality:** Malaysian **Passport no.:** A 11263265 **National identification no.: a)** 660105-01-5297 **b)** driver license number D2161572 issued in California, USA **Address:** Seksyen 17, Shah Alam, Selangor, Malaysia **Listed on:** 9 Sep. 2003 (amended on 25 Jan. 2010) **Other information:** The Court for the Northern District of California, USA, issued a warrant of arrest for him on 1 Aug. 2007. At large in the Southern Philippines. Mother's name is Minah Binto Aogist Abd Aziz. Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Jun. 2009.

**QI.A.200.05. Name:** 1: DIEMAN 2: ABDULKADIR IZZAT 3: na 4: na

**Name (original script):** ديمان عبد القادر عزت

**Title:** na **Designation:** na **DOB:** 4 Jul. 1965 **POB:** Kirkuk, Iraq **Good quality a.k.a.:** Deiman Alhasenben Ali Aljabbari, born 4 Jul. 1965 **Low quality a.k.a.:** na **Nationality:** Iraqi **Passport no.:** German travel document ("Reiseausweise") A 0141062 **National identification no.:** na **Address:** In prison in Germany. **Listed on:** 6 Dec. 2005 (amended on 25 Jan. 2010) **Other information:** Sentenced for supporting a foreign terrorist organization and other offences on 25 Jun. 2007 to 3 years and 3 months of imprisonment. Review pursuant to Security Council resolution 1822 (2008) was concluded on 30 Jul. 2009.

**QI.A.229.07. Name:** 1: ALY 2: SOLIMAN 3: MASSOUD 4: ABDUL SAYED

**Title:** na **Designation:** na **DOB:** 1969 **POB:** Tripoli, Libyan Arab Jamahiriya **Good quality a.k.a.: a)** Ibn El Qaim **b)** Mohamed Osman **Low quality a.k.a.:** Adam **Nationality:** Libyan **Passport no.:** Libyan Passport No. 96/184442 **National identification no.:** na **Address:** Ghout El Shamal, Tripoli **Listed on:** 8 Jun. 2007 **Other information:** Married to Safia Abdul El Rahman (Sudanese citizen). Review pursuant to Security Council resolution 1822 (2008) was concluded on 24 Nov. 2009.

**QI.A.86.03. Name:** 1: MOHAMAD 2: IQBAL 3: ABDURRAHMAN 4: na

**Title:** na **Designation:** na **DOB: a)** 17 Aug. 1957 **b)** 17 Aug. 1958 **POB: a)** Korleko-Lombok Timur, Indonesia **b)** Tirpas-Selong Village, East Lombok, Indonesia **Good quality a.k.a.: a)** Rahman, Mohamad Iqbal **b)** A Rahman, Mohamad Iqbal **c)** Abu Jibril Abdurrahman **d)** Fikiruddin Muqti **e)** Fihiruddin Muqti **f)** Abdul Rahman, Mohamad Iqbal **Low quality a.k.a.:** na **Nationality:** Indonesian **Passport no.:** na **National identification no.:** 3603251708570001 **Address:** Jalan Nakula, Komplek Witana Harja III Blok C 106-107, Tangerang, Indonesia **Listed on:** 28 Jan. 2003 (amended on 26 Nov. 2004, 16 May 2011, 10 Jun. 2011) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QI.A.285.10. Name:** 1: MUHAMMAD 2: ABDALLAH 3: HASAN 4: ABU-AL-KHAYR

**Name (original script):** محمد عبدالله حسن أبو الخير

**Title:** na **Designation:** na **DOB: a)** 19 Jun. 1975 **b)** 18 Jun. 1975 **POB:** Al-Madinah al-Munawwarah, Saudi Arabia **Good quality a.k.a.: a)** Mohammed Abdullah Hassan Abul-Khair **b)** Muhammad Abdallah Hasan Abu-al-Khayr **c)** Muhammad Bin- 'Abdullah Bin-Hamd Abu-al-Khayr **d)** Abdallah al-Halabi **e)** 'Abdallah al-Halabi al-Madani **f)** Abdallah al-Makki **g)** Abdallah al-Halabi **h)** Abdallah al-Halabi **i)** Abu 'Abdallah al-Halabi **Low quality a.k.a.: a)** Abu Abdallah al-Madani **b)** Muhannad al-Jaddawi **Nationality:** Saudi Arabian **Passport no.:** Saudi Arabian passport number A741097, issued on 14 Nov. 1995 and expired on 19 Sep. 2000. **National identification no.:** Saudi Arabian national identification number 1006010555 **Address:** na **Listed on:** 24 Aug. 2010 **Other information:** Appears on a 2009 list of 85 persons wanted by the government of Saudi Arabia.

**QI.A.230.07. Name:** 1: SAID 2: YOUSSEF 3: ALI 4: ABU AZIZA

**Name (original script):** سعيد يوسف علي أبو عزيزة

**Title:** na **Designation:** na **DOB:** 1958 **POB:** Tripoli, Libyan Arab Jamahiriya **Good quality a.k.a.:** Abdul Hamid, Abu Therab **Low quality a.k.a.:** na **Nationality:** Libyan **Passport no.:** Libyan passport number 87/437555 **National identification no.:** na **Address:** na **Listed on:** 8 Jun. 2007 **Other information:** Married to Sanaa Al-Gamei'i. Review pursuant to Security Council resolution 1822 (2008) was concluded on 24 Nov. 2009.

**QI.A.130.03. Name:** 1: MOHAMED 2: GHASSAN 3: ALI 4: ABU DHESS

**Name (original script):** محمد غسان علي أبو دهيس

**Title:** na **Designation:** na **DOB:** 22 Jun. 1966 **POB:** Irbid, Jordan **Good quality a.k.a.: a)** Yaser Hassan, born 1 Feb. 1966 in Hasmija **b)** Abu Ali Abu Mohamed Dhees, born 1 Feb. 1966 in Hasmija **c)** Mohamed Abu Dhess, born 1 Feb. 1966 in Hashmija, Iraq **Low quality a.k.a.:** na **Nationality:** Jordanian **Passport no.: a)** German International travel document no.: 0695982, expired **b)** German International travel document no.: 0785146, valid until 8 Apr. 2004 **National identification no.:** na **Address:** Germany **Listed on:** 23 Sep. 2003 (amended on 23 Dec. 2008, 11 Mar. 2010, 10 Jun. 2011) **Other information:** Father's name is Mouhemad Saleh Hassan. Mother's name is Mariam Hassan, neé Chalabia. Associated with Ismail Abdallah Sbaitan Shalabi (QI.S.128.03.), Djamel Moustfa (QI.M.129.03.) and Aschraf Al-Dagma (QI.A.132.03.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Jan. 2010.

**QI.A.224.06. Name:** 1: ISMAIL 2: MOHAMED 3: ISMAIL 4: ABU SHAWEESH

**Name (original script):** اسماعيل محمد اسماعيل أبو شاويش

**Title:** na **Designation:** na **DOB:** 10 Mar. 1977 **POB:** Benghazi, Libyan Arab Jamahiriya **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Stateless Palestinian **Passport no.: a)** Egyptian travel document, passport number 0003684 **b)** Egyptian passport number 981354 **National identification no.:** na **Address:** Germany **Listed on:** 2 Aug. 2006 (amended on 11 Mar. 2010) **Other information:** In detention since 22 May 2005. On 6 Dec. 2007 he was found guilty of supporting a foreign terrorist organization. Due to his detention pending trial, the prison sentence was suspended. Review pursuant to Security Council resolution 1822 (2008) was concluded on 24 Nov. 2009.

**QI.A.201.05. Name:** 1: YASSER 2: MOHAMED 3: ISMAIL 4: ABU SHAWEESH

**Name (original script):** ياسر محمد اسماعيل أبوشاويش

**Title:** na **Designation:** na **DOB:** 20 Nov. 1973 **POB:** Benghazi, Libyan Arab Jamahiriya **Good quality a.k.a.:** Yasser Mohamed Abou Shaweesh **Low quality a.k.a.:** na **Nationality:** na **Passport no.: a)** Egyptian travel document 939254 **b)** Egyptian passport 0003213 **c)** Egyptian passport 981358 **d)** Passport substitute C00071659 issued by the Federal Republic of Germany **National identification no.:** na **Address:** Germany **Listed on:** 6 Dec. 2005 (amended on 7 Sep. 2007, 11 Mar. 2010, 28 Sep. 2010) **Other information:** On 6 Dec. 2007 he was found guilty of supporting a foreign terrorist organization and of multiple counts of fraud and attempted fraud. He received a prison sentence of 5 years and 6 months. The judgement has taken final and binding effect. His brother is Ismail Mohamed Ismail Abu Shaweesh (QI.A.224.06.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 24 Nov. 2009.

**QI.A.203.05. Name:** 1: FARHAD 2: KANABI 3: AHMAD 4: na

**Name (original script):** فرهاد كنابي أحمد

**Title:** na **Designation:** na **DOB:** 1 Jul. 1971 **POB:** Arbil, Iraq **Good quality a.k.a.: a)** Kaua Omar Achmed **b)** Kawa Hamawandi **Low quality a.k.a.:** na **Nationality:** Iraqi **Passport no.:** German travel document ("Reiseausweise") A 0139243 **National identification no.:** na **Address:** Kempten prison, Germany **Listed on:** 6 Dec. 2005 (amended on 31 Jul. 2006, 25 Jan. 2010) **Other information:** Sentenced for supporting a terrorist

organization to 5 years and 6 months of imprisonment in Germany on 9 Jul. 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 5 Oct. 2009.

**QI.A.226.06. Name:** 1: NAJMUDDIN 2: FARAJ 3: AHMAD 4: na
**Title:** na **Designation:** na **DOB: a)** 7 Jul. 1956 **b)** 17 Jun. 1963 **POB:** Olaqloo Sharbajer, Al-Sulaymaniyah Governorate, Iraq **Good quality a.k.a.: a)** Mullah Krekar **b)** Fateh Najm Eddine Farraj **c)** Faraj Ahmad Najmuddin **Low quality a.k.a.:** na **Nationality:** Iraqi **Passport no.:** na **National identification no.:** na **Address:** Heimdalsgate 36-V, 0578 Oslo, Norway **Listed on:** 7 Dec. 2006 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010.

**QI.A.237.08. Name:** 1: JABER 2: ABDALLAH 3: JABER 4: AHMAD AL-JALAHMAH
**Name (original script):** جابر عبد الله جابر أحمد الجلاهمة
**Title:** na **Designation:** na **DOB:** 24 Sep. 1959 **POB:** Al-Khitan area, Kuwait **Good quality a.k.a.: a)** Jaber Al-Jalamah **b)** Abu Muhammad Al-Jalamah **c)** Jabir Abdallah Jabir Ahmad Jalahmah **d)** Jabir 'Abdallah Jabir Ahmad Al-Jalamah **e)** Jabir Al-Jalhami **Low quality a.k.a.: a)** Abdul-Ghani **b)** Abu Muhammad **Nationality:** Kuwaiti **Passport no.: a)** 101423404 **b)** Kuwaiti passport number 2541451 , valid until 16 Feb. 2017 **c)** Kuwaiti passport number 002327881 **National identification no.:** Kuwaiti national identification number 259092401188 **Address:** Kuwait, (residence as at Mar. 2009) **Listed on:** 16 Jan. 2008 (amended on 1 Jul. 2008, 23 Jul. 2008, 25 Jan. 2010) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009.

**QI.A.14.01. Name:** 1: TARIQ 2: ANWAR 3: EL SAYED 4: AHMED
**Name (original script):** طارق أنور السيد احمد
**Title:** na **Designation:** na **DOB:** 15 Mar. 1963 **POB:** Alexandria, Egypt **Good quality a.k.a.: a)** Hamdi Ahmad Farag **b)** Amr Al-Fatih Fathi **c)** Tarek Anwar El Sayed Ahmad **Low quality a.k.a.:** na **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 6 Oct. 2001 (amended on 26 Nov. 2004, 18 Jul. 2007, 16 May 2011) **Other information:** Reportedly deceased in October 2001. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.A.193.05. Name:** 1: ZAKI 2: EZAT 3: ZAKI 4: AHMED
**Name (original script):** زكي عزت زكي احمد
**Title:** na **Designation:** na **DOB:** 21 Apr. 1960 **POB:** Sharqiyah, Egypt **Good quality a.k.a.: a)** Rif'at Salim **b)** Abu Usama **Low quality a.k.a.:** na **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** May be on the Pakistani-Afghan border **Listed on:** 29 Sep. 2005 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**QI.A.161.04. Name:** 1: FARID 2: AIDER 3: na 4: na
**Name (original script):** فريد عيدر
**Title:** na **Designation:** na **DOB:** 12 Oct. 1964 **POB:** Algiers, Algeria **Good quality a.k.a.: a)** Achour Ali **b)** Terfi Farid **Low quality a.k.a.:** Abdallah **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 17 Mar. 2004 (amended on 26 Nov. 2004, 25 Jan. 2010, 16 May 2011) **Other information:** Italian Fiscal Code DRAFRD64R12Z301C. Sentenced in Italy in Mar. 2002 to 8 years of imprisonment. Arrest warrant issued by the Italian authorities on 16 Nov. 2007. Considered a fugitive from justice by the Italian authorities as of 14 Dec. 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 30 Jul. 2009.

**QI.A.91.03. Name:** 1: MOHAMED 2: AMINE 3: AKLI 4: na
**Name (original script):** محمد أمين اكلي
**Title:** na **Designation:** na **DOB:** 30 Mar. 1972 **POB:** Bordj el Kiffane, Algeria **Good quality a.k.a.: a)** Akli Amine Mohamed **b)** Killech Shamir **c)** Kali Sami **Low quality a.k.a.:** Elias **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** Algeria **Listed on:** 25 Jun. 2003 (amended on 12 Apr. 2006, 17 Oct. 2007, 16 May 2011) **Other information:** Father's name is Lounes. Mother's name is Kadidja. Inadmissible to the Schengen area. Deported from Spain to Algeria in Aug. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.A.236.08. Name:** 1: HAMID 2: ABDALLAH 3: AHMAD 4: AL-ALI

**Name (original script):** حامد عبد الله أحمد العلي

**Title:** na **Designation:** na **DOB:** 20 Jan. 1960 **POB:** Kuwait **Good quality a.k.a.: a)** Dr. Hamed Abdullah Al-Ali **b)** Hamed Al-'Ali **c)** Hamed bin 'Abdallah Al-'Ali **d)** Hamid 'Abdallah Al-'Ali **e)** Hamid 'Abdallah Ahmad Al-'Ali **f)** Hamid bin Abdallah Ahmed Al-Ali **g)** Hamid Abdallah Ahmed Al-Ali **Low quality a.k.a.:** Abu Salim **Nationality:** Kuwaiti **Passport no.:** Kuwaiti passport number 1739010 issued in Kuwait, issued on 26 May 2003 and expired on 25 May 2008 **National identification no.:** na **Address:** Kuwait (residence as at Mar. 2009) **Listed on:** 16 Jan. 2008 (amended on 1 Jul. 2008, 23 Jul. 2008, 25 Jan. 2010) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009.

**QI.A.92.03. Name:** 1: MEHREZ 2: BEN MAHMOUD 3: BEN SASSI 4: AL-AMDOUNI

**Name (original script):** محرز بن محمود بن ساسي العمدوني

**Title:** na **Designation:** na **DOB:** 18 Dec. 1969 **POB:** Asima-Tunis, Tunisia **Good quality a.k.a.: a)** Fabio Fusco, born 25 May 1968 in Naples, Italy **b)** Fabio Fusco, born 18 Dec. 1968 in Tunisia **c)** Fabio Fusco, born 25 May 1968 in Algeria **d)** Mohamed Hassan **e)** Meherez Hamdouni **f)** Amdouni Mehrez ben Tah, born 14 Jul. 1969 in Tunisia **g)** Meherez ben Ahdoud ben Amdouni **Low quality a.k.a.:** Abu Thale **Nationality:** Tunisian **Passport no.:** Tunisian passport number G737411, issued on 24 Oct. 1990 , expired on 20 Sep. 1997 **National identification no.:** na **Address:** Italy **Listed on:** 25 Jun. 2003 (amended on 26 Nov. 2004, 20 Dec. 2005, 17 Oct. 2007, 16 Sep. 2008, 24 Mar. 2009, 12 Jul. 2010, 16 May 2011) **Other information:** Father's name is Mahmoud ben Sasi. Mother's name is Maryam bint al-Tijani. Inadmissible to the Schengen area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.A.60.02. Name:** 1: MOHAMED 2: BEN BELGACEM 3: BEN ABDALLAH 4: AL-AOUADI

**Name (original script):** محمد بن بلقاسم بن عبد الله العوادي

**Title:** na **Designation:** na **DOB:** 11 Dec. 1974 **POB:** Tunis, Tunisia **Good quality a.k.a.: a)** Aouadi, Mohamed Ben Belkacem **b)** Fathi Hannachi **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number L 191609 issued on 28 Feb. 1996, expired on 27 Feb. 2001 **National identification no.:** 04643632 issued on 18 June 1999 **Address:** 50th Street, Number 23, Zehrouni, Tunis, Tunisia **Listed on:** 24 Apr. 2002 (amended on 10 Apr. 2003, 26 Nov. 2004, 9 Sep. 2005, 20 Dec. 2005, 31 Jul. 2006, 7 Jun. 2007, 23 Dec. 2010) **Other information:** Italian Fiscal Code: DAOMMD74T11Z352Z. Mother's name is Ourida Bint Mohamed. Deported from Italy to Tunisia on 1 Dec. 2004. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.A.171.04. Name:** 1: AQEEL 2: ABDULAZIZ 3: AQEEL 4: AL-AQEEL

**Name (original script):** عقيل عبد العزيز عقيل العقيل

**Title:** na **Designation:** na **DOB:** 29 Apr. 1949 **POB:** Uneizah, Saudi Arabia **Good quality a.k.a.: a)** Aqeel Abdulaziz Al-Aqil **b)** Ageel Abdulaziz A. Alageel **Low quality a.k.a.:** na **Nationality:** Saudi Arabian **Passport no.: a)** Passport number C 1415363 - issued on 21 May 2000 (16/2/1421H) **b)** Passport number E 839024, issued on 3 Jan. 2004 , expired on 8 Nov. 2008 **National identification no.:** na **Address:** Saudi Arabia (as at Apr. 2009) **Listed on:** 6 Jul. 2004 (amended on 23 Apr. 2007, 17 Jul. 2009) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Oct. 2009.

**QI.A.291.11. Name:** 1: IBRAHIM 2: HASSAN 3: TALI 4: AL-ASIRI

**Name (original script):** إبراهيم حسن طالع العسيري

**Title:** na **Designation:** na **DOB: a)** 19 Apr. 1982   **b)** 18 Apr. 1982   **c)** 24/06/1402 (Hijri Calendar) **POB:** Riyadh, Saudi Arabia **Good quality a.k.a.: a)** Ibrahim Hassan Tali Asiri (إبراهيم حسن طالع عسيري) **b)** Ibrahim Hasan Talea Aseeri **c)** Ibrahim Hassan al-Asiri **d)** Ibrahim Hasan Tali Asiri **e)** Ibrahim Hassan Tali Assiri **f)** Ibrahim Hasan Tali'A 'Asiri **g)** Ibrahim Hasan Tali al-'Asiri **h)** Ibrahim al-'Asiri **i)** Ibrahim Hassan Al Asiri **Low quality a.k.a.: a)** Abu Saleh **b)** Abosslah **c)** Abu-Salaah **Nationality:** Saudi Arabian **Passport no.:** Saudi Arabian passport number F654645, issued on 30 Apr. 2005 , expired on 7 Mar. 2010. Issue date in Hijri Calendar 24/06/1426. Expiry date in Hijri Calendar 21/03/1431. **National identification no.:** Saudi Arabian civil identification number 1028745097 **Address:** Yemen **Listed on:** 24 Mar. 2011 **Other information:** Operative and principal bomb maker of Al-Qaida in the Arabian Peninsula (AQAP) (QE.A.129.10.). Believed to be hiding in Yemen as at Mar. 2011. Wanted by Saudi Arabia. INTERPOL Orange Notice (file #2009/52/OS/CCC, #81) has been issued for him. Also associated with Nasir 'abd-al-Karim 'Abdullah Al-Wahishi (QI.A.274.10.), Said Ali al-Shihri (QI.A.275.10.), Qasim Yahya Mahdi al-Rimi (QI.A.282.10.), and Anwar Nasser Abdulla Al-Aulaqi (QI.A.283.10.).

**QI.A.283.10. Name:** 1: ANWAR 2: NASSER 3: ABDULLA 4: AL-AULAQI

**Name (original script):** انور ناصر عبدالله العولقي

**Title:** na **Designation:** na **DOB: a)** 21 Apr. 1971 **b)** 22 Apr. 1971 **POB:** Las Cruces, New Mexico, United States of America **Good quality a.k.a.: a)** Anwar al-Aulaqi **b)** Anwar al-Awlaki **c)** Anwar al-Awlaqi **d)** Anwar Nasser Aulaqi **e)** Anwar Nasser Abdullah Aulaqi **f)** Anwar Nasser Abdulla Aulaqi **Low quality a.k.a.:** na **Nationality: a)** United States of America **b)** Yemeni **Passport no.:** na **National identification no.:** na **Address:** Yemen **Listed on:** 20 Jul. 2010 **Other information:** In hiding in Yemen as at Dec. 2007.

**QI.A.25.01. Name: 1:** SHAFIQ **2:** BEN MOHAMED **3:** BEN MOHAMED **4:** AL-AYADI

**Name (original script):** شفيق بن محمد بن محمد العيادي

**Title:** na **Designation:** na **DOB:** 21 Jan. 1963 **POB:** Sfax, Tunisia **Good quality a.k.a.: a)** Bin Muhammad, Ayadi Chafiq **b)** Ayadi Chafik, Ben Muhammad **c)** Aiadi, Ben Muhammad **d)** Aiady, Ben Muhammad **e)** Ayadi Shafig Ben Mohamed **f)** Ben Mohamed, Ayadi Chafig **g)** Chafiq Ayadi **h)** Chafik Ayadi **i)** Ayadi Chafiq **j)** Ayadi Chafik **k)** Ajadi Chafik **Low quality a.k.a.:** Abou El Baraa **Nationality:** Tunisian **Passport no.:** Tunisian passport number E 423362 issued in Islamabad, issued on 15 May 1988 , expired on 14 May 1993 **National identification no.:** 1292931 **Address:** Dublin, Ireland, (residence as at Aug. 2009) **Listed on:** 17 Oct. 2001 (amended on 10 Apr. 2003, 23 Jan. 2004, 26 Nov. 2004, 20 Dec. 2005, 25 Jul. 2006, 31 Jul. 2006, 16 Sep. 2008, 24 Mar. 2009, 25 Jan. 2010, 12 Jul. 2010) **Other information:** Father's name is Mohamed, Mother's name is Medina Abid. Associated with Al-Haramain Islamic Foundation (QE.A.71.02.). Tunisian authorities issued an arrest warrant for him on 19 Feb. 1994. Sentenced in absentia by a Military Tribunal of Tunis, Tunisia, to 10 years of imprisonment in 1995. Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Oct. 2009. List entry also amended on: 16 Dec. 2010.

**QI.A.93.03. Name: 1:** CHIHEB **2:** BEN MOHAMED **3:** BEN MOKHTAR **4:** AL-AYARI

**Name (original script):** شهاب بن محمد بن مختار العياري

**Title:** na **Designation:** na **DOB:** 19 Dec. 1965 **POB:** Tunis, Tunisia **Good quality a.k.a.: a)** Hichem Abu Hchem **b)** Ayari Chihbe **c)** Ayari Chied **d)** Adam Hussainy, born 19 Dec. 1965 in Greece **Low quality a.k.a.: a)** Hichem **b)** Abu Hichem **c)** Moktar **Nationality:** Tunisian **Passport no.:** Tunisian passport number L246084, issued on 10 June 1996, expired on 9 June 2001 **National identification no.:** na **Address:** Bardo, Tunis, Tunisia **Listed on:** 25 Jun. 2003 (amended on 20 Dec. 2005, 17 Oct. 2007, 10 Aug. 2009, 16 May 2011) **Other information:** Extradited from Italy to Tunisia on 13 Apr. 2006. Mother's name is Fatima al-Tumi. Inadmissible to the Schengen area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.A.94.03. Name: 1:** MONDHER **2:** BEN MOHSEN **3:** BEN ALI **4:** AL-BAAZAOUI

**Name (original script):** المنذر بن محسن بن علي البعزاوي

**Title:** na **Designation:** na **DOB:** 18 Mar. 1967 **POB:** Kairouan, Tunisia **Good quality a.k.a.: a)** Manza Mondher, born 18 Aug. 1968 in Tunisia **b)** Hanza Mondher, born 18 Aug. 1968 in Tunisia **c)** Al Yamani Noman, born 28 May 1961 in Yemen **Low quality a.k.a.: a)** Hamza **b)** Abdellah **Nationality:** Tunisian **Passport no.:** Tunisian passport number K602878, issued on 5 Nov. 1993, expired on 9 June 2001 **National identification no.:** na **Address:** 17 Boulevard Soustre, 04000 Digne-les-Bains, France **Listed on:** 25 Jun. 2003 (amended on 20 Dec. 2005, 17 Oct. 2007, 10 Aug. 2009, 1 Dec. 2010) **Other information:** Extradited from Italy to France on 4 Sep. 2003. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.A.179.04. Name: 1:** SULIMAN **2:** HAMD **3:** SULEIMAN **4:** AL-BUTHE

**Name (original script):** سليمان حمد سليمان البطحي

**Title:** na **Designation:** na **DOB:** 8 Dec. 1961 **POB:** Cairo, Egypt **Good quality a.k.a.:** Soliman H.S. Al Buthi **Low quality a.k.a.:** na **Nationality:** Saudi Arabian **Passport no.: a)** Passport number B049614 **b)** Passport number C 536660, issued on 5 May 2001 , expired on 11 Mar. 2006 **National identification no.:** na **Address:** na **Listed on:** 28 Sep. 2004 (amended on 23 Apr. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010.

**QI.A.138.03. Name: 1:** SAID **2:** BEN ABDELHAKIM **3:** BEN OMAR **4:** AL-CHERIF

**Name (original script):** سعيد بن عبد الحكيم بن عمر الشريف

**Title:** na **Designation:** na **DOB:** 25 Jan. 1970 **POB:** Manzil Tmim, Tunisia **Good quality a.k.a.: a)** Cherif Said, born 25 Jan. 1970 in Tunisia **b)** Binhamoda Hokri, born 25 Jan. 1970 in Sosa, Tunisia **c)** Hcrif Ataf, born 25 Jan. 1971 in Solisse, Tunisia **d)** Bin Homoda Chokri, born 25 Jan. 1970 in Tunis, Tunisia **e)** Atef Cherif, born 12 Dec. 1973 in Algeria **f)** Sherif Ataf, born 12 Dec. 1973 in Aras, Algeria **g)** Ataf Cherif Said, born 12 Dec. 1973 in Tunis, Tunisia **h)** Cherif Said, born 25 Jan. 1970 in Tunis, Tunisia **i)** Cherif Said, born 12 Dec. 1973 in Algeria **Low quality**

**a.k.a.: a)** Djallal **b)** Youcef **c)** Abou Salman **d)** Said Tmimi **Nationality:** Tunisian **Passport no.:** Tunisian passport number M307968, issued on 8 Sep. 2001 , expires on 7 Sep. 2006 **National identification no.:** na **Address:** Corso Lodi 59, Milan, Italy **Listed on:** 12 Nov. 2003 (amended on 20 Dec. 2005, 21 Dec. 2007, 30 Jan. 2009, 16 May 2011) **Other information:** Mother's name is Radhiyah Makki. Sentenced to eight years and ten months of imprisonment for membership of a terrorist association by the Appeal Court of Milan, Italy, on 7 Feb. 2008. Sentence confirmed by the Italian Supreme Court on 15 Jan. 2009, which became definitive as of Feb. 2008. Subject to expulsion from Italy to Tunisia after serving the sentence. Review pursuant to Security Council resolution 1822 (2008) was concluded on 6 May 2010.

**QI.A.231.07. Name:** 1: SALEM 2: NOR ELDIN 3: AMOHAMED 4: AL-DABSKI

**Name (original script):** سالم نور الدين امحمد الدبيسكي

**Title:** na **Designation:** na **DOB:** 1963 **POB:** Tripoli, Libyan Arab Jamahiriya **Good quality a.k.a.: a)** Abu Al-Ward **b)** Abdullah Ragab **Low quality a.k.a.: a)** Abu Naim **Nationality:** Libyan **Passport no.:** Libyan passport 1990/345751 **National identification no.:** na **Address:** Bab Ben Ghasheer, Tripoli, Libyan Arab Jamahiriya **Listed on:** 8 Jun. 2007 **Other information:** Mother's name is Kalthoum Abdul Salam Al-Shaftari. Review pursuant to Security Council resolution 1822 (2008) was concluded on 24 Nov. 2009.

**QI.A.132.03. Name:** 1: ASCHRAF 2: AL-DAGMA 3: na 4: na

**Name (original script):** اشرف الدغمة

**Title:** na **Designation:** na **DOB:** 28 Apr. 1969 **POB:** Abasan, Gaza Strip, Palestinian Territories **Good quality a.k.a.:** Aschraf Al-Dagma, born 28 Apr. 1969 in Kannyouiz, Palestinian Territories **Low quality a.k.a.:** na **Nationality:** Unresolved/Palestinian origin **Passport no.:** Refugee travel document issued by Landratsamt Altenburger Land (Altenburg County Administration Office),Germany, dated 30 Apr. 2000 **National identification no.:** na **Address:** Germany **Listed on:** 23 Sep. 2003 (amended on 23 Dec. 2008, 11 Mar. 2010, 10 Jun. 2011) **Other information:** Associated with Ismail Abdallah Sbaitan Shalabi (QI.S.128.03.), Djamel Moustfa (QI.M.129.03.) and Mohamed Abu Dhess (QI.A.130.03.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Jan. 2010.

**QI.A.278.10. Name:** 1: MUTHANNA 2: HARITH 3: AL-DARI 4: na

**Name (original script):** مثنى حارث الضاري

**Title:** Doctor **Designation:** na **DOB:** 16 Jun. 1969 **POB:** Iraq **Good quality a.k.a.: a)** Dr. Muthanna Al Dari **b)** Muthana Harith Al Dari **c)** Muthanna Harith Sulayman Al-Dari **d)** Muthanna Harith Sulayman Al-Dhari **e)** Muthanna Hareth Al-Dhari **f)** Muthana Haris Al-Dhari **g)** Doctor Muthanna Harith Sulayman Al Dari Al-Zawba' **h)** Muthanna Harith Sulayman Al-Dari Al-Zobai **i)** Muthanna Harith Sulayman Al-Dari al-Zawba'i **j)** Muthanna Hareth al-Dari **k)** Muthana Haris al-Dari **l)** Doctor Muthanna al-Dari **m)** Dr. Muthanna Harith al-Dari al-Zowbai **Low quality a.k.a.:** na **Nationality:** Iraqi **Passport no.:** na **National identification no.:** na **Address: a)** Amman, Jordan **b)** Khan Dari, Iraq (previous) **c)** Asas Village, Abu Ghurayb, Iraq (previous) **d)** Egypt (previous) **Listed on:** 25 Mar. 2010 **Other information:** Provided operational guidance financial support and other services to or in support of Al-Qaida in Iraq (QE.J.115.04.).

**QI.A.149.03. Name:** 1: NOUREDDINE 2: BEN ALI 3: BEN BELKASSEM 4: AL-DRISSI

**Name (original script):** نور الدين بن علي بن بلقاسم الدريسي

**Title:** na **Designation:** na **DOB:** 30 Apr. 1964 **POB:** Tunis, Tunisia **Good quality a.k.a.:** Drissi Noureddine **Low quality a.k.a.: a)** Abou Ali **b)** Faycal **Nationality:** Tunisian **Passport no.:** Tunisian passport number L851940, issued on 9 Sep. 1998 , expired on 8 Sep. 2003 **National identification no.:** na **Address:** Via Plebiscito 3, Cermona, Italy **Listed on:** 12 Nov. 2003 (amended on 20 Dec. 2005, 31 Jul. 2006, 21 Dec. 2007, 16 May 2011) **Other information:** Under administrative control measure in Italy until 5 May 2010. Inadmissible to the Schengen area. Mother's name is Khadijah al-Drissi. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.A.212.06. Name:** 1: ABD 2: AL-RAHMAN 3: AL-FAQIH 4: na

**Name (original script):** عبد الرحمن الفقيه

**Title:** na **Designation:** na **DOB:** 15 Dec. 1959 **POB:** Libyan Arab Jamahiriya **Good quality a.k.a.: a)** Mohammed Albashir **b)** Muhammad Al-Bashir **c)** Bashir Mohammed Ibrahim Al-Faqi **d)** Al-Basher Mohammed **e)** Abu Mohammed **f)** Mohammed Ismail **g)** Abu Abd Al Rahman **h)** Abd Al Rahman Al-Khatab **i)** Mustafa **j)** Mahmud **k)** Abu Khalid **Low quality a.k.a.:** na **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** Birmingham, United Kingdom **Listed on:** 7 Feb. 2006 **Other information:** Review pursuant to Security Council

resolution 1822 (2008) was concluded on 14 Sep. 2009.

**QI.A.181.04. Name:** 1: SAAD 2: RASHED 3: MOHAMMAD 4: AL-FAQIH

**Name (original script):** سعد راشد محمد الفقيه

**Title:** Doctor **Designation:** na **DOB: a)** 1 Feb. 1957 **b)** 31 Jan. 1957 **POB:** Al-Zubair, Iraq **Good quality a.k.a.: a)** Abu Uthman Sa'd Al-Faqih **b)** Sa'ad Al-Faqih **c)** Saad Alfagih **d)** Sa'd Al-Faqi **e)** Saad Al-Faqih **f)** Saad Al Faqih **g)** Saad Al-Fagih **h)** Saad Al-Fakih **i)** Sa'd Rashid Muhammed Al-Fageeh **Low quality a.k.a.:** na **Nationality:** Saudi Arabian **Passport no.:** Passport number 760620, issued on 15 Sep. 1991 , expired on 22 Jul. 1996 **National identification no.:** na **Address:** London, United Kingdom **Listed on:** 23 Dec. 2004 (amended on 23 Apr. 2007, 17 Jul. 2009) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.A.59.02. Name:** 1: KHALID 2: ABD AL-RAHMAN 3: HAMD 4: AL-FAWAZ

**Name (original script):** خالد عبد الرحمن حمد الفواز

**Title:** na **Designation:** na **DOB:** 24 Aug. 1962 **POB:** Kuwait **Good quality a.k.a.: a)** Al-Fauwaz, Khaled **b)** Al-Fauwaz, Khaled A. **c)** Al-Fawwaz, Khalid **d)** Al Fawwaz, Khalik **e)** Al-Fawwaz, Khaled **f)** Al Fawwaz, Khaled **g)** Khalid Abdulrahman H. Al Fawaz **Low quality a.k.a.:** na **Nationality:** Saudi Arabian **Passport no.:** Passport number 456682, issued on 6 Nov. 1990 , expired on 13 Sep. 1995 **National identification no.:** na **Address:** London, United Kingdom **Listed on:** 24 Apr. 2002 (amended on 26 Nov. 2004, 23 Apr. 2007, 21 Oct. 2010) **Other information:** In custody in the United Kingdom as at October 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.A.228.06. Name:** 1: MOHAMMED 2: AL GHABRA 3: na 4: na

**Title:** na **Designation:** na **DOB:** 1 Jun. 1980 **POB:** Damascus, Syrian Arab Republic **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** British **Passport no.:** British passport number 094629366 **National identification no.:** na **Address:** East London, United Kingdom **Listed on:** 12 Dec. 2006 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 5 Oct. 2009.

**QI.A.292.11. Name:** 1: OTHMAN 2: AHMED 3: OTHMAN 4: AL-GHAMDI

**Name (original script):** عثمان أحمد عثمان الغامدي

**Title:** na **Designation:** na **DOB:** 27 May 1979 **POB:** Saudi Arabia **Good quality a.k.a.: a)** Othman al-Ghamdi, born 27 May 1979 in Saudi Arabia **b)** Uthman al-Ghamdi, born 27 May 1979 in Saudi Arabia **c)** Uthman al-Ghamidi, born 27 May 1979 in Saudi Arabia **d)** Othman bin Ahmed bin Othman Alghamdi **e)** Othman Ahmed Othman Al Omairah, born in 1973 in Shabwa, Yemen, nationality: Yemeni **f)** Uthman Ahmad Uthman al-Ghamdi **g)** Othman Ahmed Othman al-Omirah **Low quality a.k.a.: a)** Al Umairah al-Ghamdi **b)** Othman Bin Ahmed Bin Othman **Nationality:** Saudi Arabian **Passport no.:** na **National identification no.:** Saudi Arabian national identity card number 1089516791 **Address:** Yemen **Listed on:** 16 Jun. 2011 **Other information:** Operational commander of Al-Qaida in the Arabian Peninsula (AQAP) (QE.A.129.10.). Has been involved in raising funds and stockpiling arms for AQAP operations and activities in Yemen. Known associate of Qasim Yahya Mahdi al-Rimi (QI.A.282.10.) and Fahd Mohammed Ahmed al-Quso (QI.A.288.10.). INTERPOL Orange Notice (file number 2009/52/OS/CCC, #14). INTERPOL Red Notice (Control Number A-596/3-2009, File Number 2009/3731). Father's name is Ahmed Othman Al Omirah.

**QI.A.160.04. Name:** 1: FETHI 2: BEN HASSEN 3: BEN SALEM 4: AL-HADDAD

**Name (original script):** فتحي بن حسن بن سالم الحداد

**Title:** na **Designation:** na **DOB: a)** 28 Jun. 1963 **b)** 28 Mar. 1963 **POB:** Tataouene, Tunisia **Good quality a.k.a.: a)** Fethi ben Assen Haddad **b)** Fathy Hassan al Haddad **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number L183017, issued on 14 Feb. 1996 , expired on 13 Feb. 2001 **National identification no.:** na **Address: a)** Number 184 Via Fulvio Testi – Cinisello Balsamo (MI), Italy **b)** Number 1 Via Porte Giove – Mortara (PV), Italy, (Domicile) **Listed on:** 17 Mar. 2004 (amended on 26 Nov. 2004, 20 Dec. 2005, 21 Dec. 2007, 25 Jan. 2010, 16 May 2011) **Other information:** Italian Fiscal Code HDDFTH63H28Z352V. Review pursuant to Security Council resolution 1822 (2008) was concluded on 30 Jul. 2009.

**QI.A.98.03. Name:** 1: IBRAHIM 2: BEN HEDHILI 3: BEN MOHAMED 4: AL-HAMAMI

**Name (original script):** ابراهيم بن الهذيلي بن محمد الهمامي

**Title:** na **Designation:** na **DOB:** 20 Nov. 1971 **POB:** Koubellat, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number Z106861, issued on 18 Feb. 2004,

expires on 17 Feb. 2009 **National identification no.:** na **Address:** Via Vistarini Number 3, Frazione Zorlesco, Casal Pusterlengo, Lodi, Italy **Listed on:** 25 Jun. 2003 (amended on 20 Dec. 2005, 31 Jul. 2006, 17 Oct. 2007, 16 May 2011) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.A.140.03. Name:** 1: KAMAL 2: BEN MAOELDI 3: BEN HASSAN 4: AL-HAMRAOUI

**Name (original script):** كمال بن المولدي بن حسن الحمراوي

**Title:** na **Designation:** na **DOB:** 21 Oct. 1977 **POB:** Beja, Tunisia **Good quality a.k.a.:** a) Hamroui Kamel ben Mouldi b) Hamraoui Kamel, born 21 Nov. 1977 in Morocco, c) Hamraoui Kamel, born 21 Nov. 1977 in Tunisia d) Hamraoui Kamel, born 20 Oct. 1977 in Tunisia **Low quality a.k.a.:** a) Kamel b) Kimo **Nationality:** Tunisian **Passport no.:** Tunisian passport number P229856, issued on 1 Nov. 2002 , expires on 31 Oct. 2007 **National identification no.:** na **Address:** a) Via Bertesi Number 27, Cremona, Italy b) Via Plebiscito Number 3, Cremona, Italy **Listed on:** 12 Nov. 2003 (amended on 20 Dec. 2005, 31 Jul. 2006, 21 Dec. 2007, 16 May 2011) **Other information:** Mother's name is Khamisah al-Kathiri. Subject to a decree of expulsion, suspended on 17 Apr. 2007 by the European Court of Human Rights. Re-arrested in Italy on 20 May 2008. Inadmissible to the Schengen area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 6 May 2010.

**QI.A.38.01. Name:** 1: ABBAS 2: ABDI 3: ALI 4: na

**Name (original script):** عباس عبدي على

**Title:** na **Designation:** na **DOB:** na **POB:** na **Good quality a.k.a.:** Ali, Abbas Abdi (previously listed as) **Low quality a.k.a.:** na **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 9 Nov. 2001 (amended on 16 May 2011) **Other information:** Associated with Ali Ahmed Nur Jim'ale (QI.J.41.01.). Reportedly deceased in 2004. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.A.254.08. Name:** 1: ABD AL-RAHMAN 2: MUHAMMAD 3: JAFFAR 4: 'ALI

**Name (original script):** عبد الرحمن محمد جعفر علي

**Title:** na **Designation:** na **DOB:** 15 Jan. 1968 **POB:** Muharraq, Bahrain **Good quality a.k.a.:** a) Abd al-Rahman Muhammad Jaffir b) Abd al-Rahman Muhammad Jafir 'Ali c) Abd al-Rahman Jaffir Ali d) Abdul Rahman Mohamed Jaffer Ali e) Abdulrahman Mohammad Jaffar **Low quality a.k.a.:** a) 'Ali Al-Khal b) Abu Muhammad Al-Khal **Nationality:** Bahraini **Passport no.:** na **National identification no.:** na **Listed on:** 10 Oct. 2008 **Other information:** Bahrain-based financier and facilitator for Al-Qaida (listed under permanent reference number QE.A.4.01). In Jan. 2008, convicted by the Bahraini High Criminal Court for financing terrorism, undergoing terrorist training, facilitating the travel of others to receive terrorist training abroad, and for membership in a terrorist organization. Released after Court verdict and completion of his sentence. Located in Bahrain (as of May 2008).

**QI.A.21.01. Name:** 1: AHMED 2: MOHAMMED 3: HAMED 4: ALI

**Name (original script):** احمد محمد حامد علي

**Title:** na **Designation:** na **DOB:** 13 Jan. 1967 **POB:** Badari, Asyout, Egypt **Good quality a.k.a.:** a) Abdurehman, Ahmed Mohammed b) Ahmed Hamed c) Ali, Ahmed Mohammed d) Ali, Hamed e) Hemed, Ahmed f) Shieb, Ahmed **Low quality a.k.a.:** a) Abu Fatima b) Abu Islam c) Abu Khadiijah d) Ahmed The Egyptian e) Ahmed, Ahmed f) Al-Masri, Ahmad g) Al-Surir, Abu Islam h) Shuaib **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 17 Oct. 2001 (amended on 2 Jul. 2007, 16 Dec. 2010) **Other information:** Afghanistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.A.154.04. Name:** 1: SULAIMAN 2: JASSEM 3: SULAIMAN 4: ALI ABO GHAITH

**Name (original script):** سليمان جاسم سليمان علي أبو غيث

**Title:** na **Designation:** na **DOB:** 14 Dec. 1965 **POB:** Kuwait **Good quality a.k.a.:** na **Low quality a.k.a.:** Abo Ghaith **Nationality:** Kuwaiti citizenship withdrawn in 2002 **Passport no.:** Kuwaiti passport number 849594 issued in Kuwait, issued on 27 Nov. 1998 and expired on 24 Jun. 2003 **National identification no.:** na **Address:** na **Listed on:** 16 Jan. 2004 (amended on 23 Jul. 2008, 10 Jun. 2011) **Other information:** Left Kuwait for Pakistan in June 2001. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.A.194.05. Name:** 1: MOHAMMED 2: AHMED 3: SHAWKI 4: AL ISLAMBOLLY

**Name (original script):** محمد احمد شوقي الاسلامبولي

**Title:** na **Designation:** na **DOB:** 21 Jan. 1952 **POB:** El-Minya, Egypt **Good quality a.k.a.: a)** Abu Khalid **b)** Abu Ja'far **Low quality a.k.a.:** na **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** May be living in Pakistan, Afghanistan or Iran **Listed on:** 29 Sep. 2005 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**QI.A.176.04. Name:** 1: IMAD 2: BEN BECHIR 3: BEN HAMDA 4: AL-JAMMALI

**Name (original script):** عماد بن البشير بن حمدا الجمالي

**Title:** na **Designation:** na **DOB:** 25 Jan. 1968 **POB:** Menzel Temine, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number K693812, issued on 23 Apr. 1999 , expired on 22 Apr. 2004 **National identification no.:** na **Address:** via Dubini, n. 3, Gallarate, Varese, Italy **Listed on:** 23 Jun. 2004 (amended on 20 Dec. 2005, 31 Jul. 2006, 17 Oct. 2007) **Other information:** Fiscal Code: JMM MDI 68A25 Z352D. Currently imprisoned in Tunis (Tunisia). Italian Judicial Authorities have issued a warrant of arrest against him, which had not been executed as of Sep. 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 9 Apr. 2010.

**QI.A.58.02. Name:** 1: ABU BAKR 2: AL-JAZIRI 3: na 4: na

**Name (original script):** أبوبكر الجزائري

**Title:** na **Designation:** na **DOB:** na **POB:** na **Good quality a.k.a.:** Yasir Al-Jazari **Low quality a.k.a.:** na **Nationality: a)** Algerian **b)** Palestinian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 11 Jan. 2002 (amended on 18 Jul. 2007, 1 Feb. 2008, 16 May 2011) **Other information:** Finance chief of the Afghan Support Committee (ASC) (QE.A.69.02.). Al-Qaida (QE.A.4.01.) facilitator and communication expert. Believed to be in Algeria as at Apr. 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.A.71.02. Name:** 1: RIADH 2: BEN BELKASSEM 3: BEN MOHAMED 4: AL-JELASSI

**Name (original script):** رياض بن بلقاسم بن محمد الجلاصي

**Title:** na **Designation:** na **DOB:** 15 Dec. 1970 **POB:** Al-Mohamedia, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number L276046, issued on 1 Jul. 1996 , expired on 30 Jun. 2001 **National identification no.:** na **Address:** Italy **Listed on:** 3 Sep. 2002 (amended on 20 Dec. 2005, 31 Jul. 2006, 10 Aug. 2009, 23 Dec. 2010) **Other information:** Mother's name is Reem Al-Askari. Member of Tunisian Combatant Group (QE.T.90.02). Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Apr. 2010.

**QI.A.101.03. Name:** 1: FAOUZI 2: BEN MOHAMED 3: BEN AHMED 4: AL-JENDOUBI

**Name (original script):** فوزي بن محمد بن احمد الجندوبي

**Title:** na **Designation:** na **DOB:** 30 Jan. 1966 **POB:** Tunis, Tunisia **Good quality a.k.a.:** Jendoubi Faouzi, born 30 Jan. 1966 in Morocco **Low quality a.k.a.: a)** Said **b)** Samir **Nationality:** Tunisian **Passport no.:** Tunisian passport number K459698, issued on 6 Mar. 1999 , expired on 5 Mar. 2004 **National identification no.:** na **Address:** na **Listed on:** 25 Jun. 2003 (amended on 20 Dec. 2005, 31 Jul. 2006, 17 Oct. 2007, 16 May 2011) **Other information:** Mother's name is Um Hani al-Tujani. Inadmissible to the Schengen area. Reported untraceable by the Italian authorities since June 2002. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.A.233.07. Name:** 1: FAHD 2: MUHAMMAD 3: 'ABD AL-'AZIZ 4: AL-KHASHIBAN

**Name (original script):** فهد محمد عبد العزيز الخشيبان

**Title:** na **Designation:** na **DOB:** 16 Oct. 1966 **POB:** Oneiza, Saudi Arabia **Good quality a.k.a.: a)** Fahad H. A. Khashayban **b)** Fahad H. A. al-Khashiban **c)** Fahad H. A. Kheshaiban **d)** Fahad H. A. Kheshayban **e)** Fahad H. A. al-Khosiban **f)** Fahad H. A. Khasiban **g)** Fahd Muhammad 'Abd Al-'Aziz al-Khashayban **h)** Fahd Muhammad'Abd al-'Aziz al-Khushayban **i)** Fahad al-Khashiban **j)** Fahd Khushaiban **k)** Fahad Muhammad A. al-Khoshiban **l)** Fahad Mohammad A. al-Khoshiban **m)** Fahad Mohammad Abdulaziz Alkhoshiban **Low quality a.k.a.: a)** Abu Thabit **b)** Shaykh Abu Thabit **c)** Shaykh Thabet **d)** Abu Abdur Rahman **e)** Abdur Abu Rahman **Nationality:** Saudi Arabian **Passport no.:** G477835, issued on 26 Jun. 2006 , expires on 3 May 2011 **National identification no.:** na **Address:** na **Listed on:** 9 Oct. 2007 (amended on 20 Feb. 2008) **Other information:** Involved in the financing of and otherwise provided assistance to Abu Sayyaf Group (listed under permanent reference no. QE.A.1.01.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009.

**QI.A.170.04. Name:** 1: HACENE 2: ALLANE 3: na 4: na

**Name (original script):** حسن علاني

**Title:** na **Designation:** na **DOB:** 17 Jan. 1941 **POB:** Médéa, Algeria **Good quality a.k.a.: a)** Hassan the Old **b)** Al Sheikh Abdelhay **c)** Boulahia **d)** Abu al-Foutouh **e)** Cheib Ahcéne **Low quality a.k.a.:** na **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 3 May 2004 (amended on 12 Apr. 2006, 7 Apr. 2008) **Other information:** Reportedly killed on 16 Apr. 2004 in northern Niger. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**QI.A.177.04. Name:** 1: HABIB 2: BEN 3: AHMED 4: AL-LOUBIRI

**Name (original script):** حبيب بن احمد اللوبيري

**Title:** na **Designation:** na **DOB:** 17 Nov. 1961 **POB:** Menzel Temime, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number M788439, issued on 20 Oct. 2001 , expires on 19 Oct. 2006 **National identification no.:** na **Address:** via Brughiera, n. 5, Castronno, Varese, Italy **Listed on:** 23 Jun. 2004 (amended on 20 Dec. 2005, 17 Oct. 2007, 10 Aug. 2009) **Other information:** Fiscal Code: LBR HBB 61S17 Z352F. Sentenced on 3 Dec. 2004 by Milan's first instance Court to 6 years and 6 months imprisonment. On 29 Sept. 2005, the Milan Appeal Court reduced his term to 4 years and 1 month. He was in prison from 24 Jun. 2003 to 17 Nov. 2006. He was expelled from Italian territory to Tunis (Tunisia) on 30 Aug. 2006. Review pursuant to Security Council resolution 1822 (2008) was concluded on 9 Apr. 2010.

**QI.A.74.02. Name:** 1: TAREK 2: BEN HABIB 3: BEN AL-TOUMI 4: AL-MAAROUFI

**Name (original script):** طارق بن الحبيب بن التومي المعروفي

**Title:** na **Designation:** na **DOB:** 23 Nov. 1965 **POB:** Ghardimaou, Tunisia **Good quality a.k.a.: a)** Abu Ismail **b)** Abou Ismail el Jendoubi **c)** Abou Ismail Al Djoundoubi **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number E590976, issued on 19 Jun. 1987 expiring on 18 Jun. 1992 **National identification no.:** na **Address:** Rue Léon Théodore Number 107/1, 1090 Jette, Brussels, Belgium **Listed on:** 3 Sep. 2002 (amended on 26 Nov. 2004, 20 Dec. 2005, 31 Jul. 2006, 3 Jul. 2007, 10 Aug. 2009, 25 Jan. 2010, 23 Dec. 2010) **Other information:** Belgian nationality withdrawn on 26 Jan. 2009. In detention in Nivelles, Belgium, as of Oct. 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QI.A.276.10. Name:** 1: AKRAM 2: TURKI 3: HISHAN 4: AL-MAZIDIH

**Name (original script):** أكرم تركي هاشم المزيده

**Title:** na **Designation:** na **DOB: a)** 1974 **b)** 1975 **POB:** na **Good quality a.k.a.:** Akram Turki Al-Hishan **Low quality a.k.a.: a)** Abu Jarrah **b)** Abu Akram **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** Zabadani, Syrian Arab Republic **Listed on:** 11 Mar. 2010 **Other information:** Other possible date of birth: 1979. He is a cousin of Ghazy Fezza Hishan Al Mazidih (QI.A.277.10).

**QI.A.277.10. Name:** 1: GHAZY 2: FEZZA 3: HISHAN 4: AL-MAZIDIH

**Name (original script):** غازي فيزا هاشم المزيده

**Title:** na **Designation:** na **DOB: a)** 1974 **b)** 1975 **POB:** na **Good quality a.k.a.: a)** Ghazy Fezzaa Hishan **b)** Mushari Abd Aziz Saleh Shlash **Low quality a.k.a.: a)** Abu Faysal **b)** Abu Ghazzy **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** Zabadani, Syrian Arab Republic **Listed on:** 11 Mar. 2010 **Other information:** He is a cousin of Akram Turki Hishan Al Mazidih (QI.A.276.10).

**QI.A.225.06. Name:** 1: ABD AL HAMID 2: SULAIMAN 3: MUHAMMED 4: AL-MUJIL

**Name (original script):** عبد الحميد سليمان محمد المعجل

**Title:** na **Designation:** na **DOB: a)** 28 Apr. 1949 **b)** 29 Apr. 1949 **POB:** Kuwait **Good quality a.k.a.: a)** Abd al-Hamid Sulaiman Al-Mu'jil **b)** Dr. Abd Al-Hamid Al-Mu'ajjal **c)** Abd al-hamid Mu'jil **d)** A.S.Mujel **e)** Abdulhamid Sulaiman M.Al Mojil **f)** Dr. Abd al-Hamid Al-Mujal **g)** Dr. Abd Abdul-Hamid bin Sulaiman Al-Mu'jil **Low quality a.k.a.:** Abu Abdallah **Nationality:** Saudi Arabian **Passport no.:** F 137998, issued on 18 Apr. 2004 expiring on 24 Feb. 2009 **National identification no.:** na **Address:** na **Listed on:** 4 Aug. 2006 (amended on 23 Apr. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009.

**QI.T.76.02. Name:** 1: ISAM 2: ALI 3: MOHAMED 4: ALOUCHE

**Name (original script):** عصام علي محمد علوش

**Title:** na **Designation:** na **DOB: a)** 1972 **b)** 21 Mar. 1974 **POB:** Baghdad, Iraq **Good quality a.k.a.:** Mansour Thaer, born 21 Mar. 1974 in Baghdad, Iraq **Low quality a.k.a.:** na **Nationality:** Jordanian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 3 Sep. 2002 (amended on 18 Aug. 2006, 30 Jan.

2009) **Other information:** Was deported from Germany to Jordan in Feb. 2005. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.A.273.09. Name:** 1: FAZEEL-A-TUL 2: SHAYKH ABU MOHAMMED 3: AMEEN 4: AL-PESHAWARI **Title:** na **Designation:** na **DOB: a)** Approximately 1967 **b)** Approximately 1961 **c)** Approximately 1973 **POB:** Konar Province, Afghanistan **Good quality a.k.a.: a)** Shaykh Aminullah **b)** Sheik Aminullah **c)** Abu Mohammad Aminullah Peshawari **d)** Abu Mohammad Amin Bishawri **e)** Abu Mohammad Shaykh Aminullah Al-Bishauri **f)** Shaykh Abu Mohammed Ameen al-Peshawari **g)** Shaykh Aminullah Al-Peshawari **Low quality a.k.a.:** na **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** Ganj District, Peshawar, Pakistan **Listed on:** 29 Jun. 2009 **Other information:** Associated with Al-Qaida (QE.A.4.01.). In detention as at June 2009.

**QI.A.281.10. Name:** 1: NAYIF 2: BIN-MUHAMMAD 3: AL-QAHTANI 4: na

**Name (original script):** نايف بن محمد القحطاني

**Title:** na **Designation:** na **DOB:** 25 Mar. 1988 **POB:** Saudi Arabia **Good quality a.k.a.: a)** Nayif Bin-Muhammad al-Qahtani **b)** Nayef Bin Muhammad al-Qahtani **c)** Nayf Muhammad al-Qahtani **d)** Nayf Mohammed al-Qahtani **e)** Naif Mohammad Said al-Qahtani Alkodri **f)** Naif Mohammed Saeed al-Kodari al-Qahtani **g)** Nayef Bin Mohamed el-Khatani **h)** Mohammed Naif al-Khatani **i)** Nayef bin Mohamed al-Khatany **j)** Al-Qahtani Abohemem **Low quality a.k.a.: a)** Abi Hamam **b)** Abu-Hamam **c)** Abu-Humam **d)** Abu-Hammam **e)** Abu Hammam al-Qahtani **Nationality:** Saudi Arabian **Passport no.:** Saudi Arabian passport number G449745, issued on 30 May 2006 , valid until 6 Apr. 2011 **National identification no.:** na **Address:** Yemen **Listed on:** 11 May 2010 **Other information:** Associated with Al-Qaida in the Arabian Peninsula (QE.A.129.10.) and its leader, Nasir 'abd-al-Karim 'Abdullah Al-Wahishi (QI.A.274.10.).

**QI.A.288.10. Name:** 1: FAHD 2: MOHAMMED 3: AHMED 4: AL-QUSO

**Name (original script):** فهد محمد أحمد القصع

**Title:** na **Designation:** na **DOB:** 12 Nov. 1974 **POB:** Aden, Yemen **Good quality a.k.a.: a)** Fahd Al-Quso **b)** Fahd Mohammed Ahmen al-Quso **Low quality a.k.a.: a)** Abu Huthaifah **b)** Abu Huthaifah al-Yemeni **c)** Abu Huthaifah al-Adani **d)** Abu al-Bara **e)** Abu Huthayfah al-Adani **f)** Fahd Mohammed Ahmed al-Awlaqi **g)** Huthaifah al-Yemeni **h)** Abu Huthaifah al-Abu al-Bara **i)** Fahd Muhammad Ahmad al-Kuss **Nationality:** Yemeni **Passport no.:** na **National identification no.:** Yemeni national identification number 2043 **Address:** Yemen **Listed on:** 7 Dec. 2010 **Other information:** INTERPOL File No. 2003/25507, Control No. A-652/6-2003. Operative of Al-Qaida in the Arabian Peninsula (QE.A.129.10.) and cell leader in Shabwa Province, Yemen.

**QI.A.145.03. Name:** 1: LOTFI 2: BEN ABDUL HAMID 3: BEN ALI 4: AL-RIHANI

**Name (original script):** لطفي بن عبد الحميد بن علي الريحاني

**Title:** na **Designation:** na **DOB:** 1 Jul. 1977 **POB:** Tunis, Tunisia **Good quality a.k.a.:** Lofti ben Abdul Hamid ben Ali al-Rihani **Low quality a.k.a.:** Abderrahmane **Nationality:** Tunisian **Passport no.:** Tunisian passport number L886177, issued on 14 Dec. 1998 , expired on 13 Dec. 2003 **National identification no.:** na **Address:** na **Listed on:** 12 Nov. 2003 (amended on 9 Sep. 2005, 20 Dec. 2005, 31 Jul. 2006, 30 Jan. 2009, 16 May 2011) **Other information:** Sentenced in absentia to six years of imprisonment for aiding and abetting terrorist acts by the Appeal Court of Milan, Italy, on 7 Feb. 2008. Mother's name is Habibah al-Sahrawi. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.A.282.10. Name:** 1: QASIM 2: YAHYA 3: MAHDI 4: AL-RIMI

**Name (original script):** قاسم يحيى مهدي الريمي

**Title:** na **Designation:** na **DOB:** 5 Jun. 1978 **POB:** Sanaa, Yemen **Good quality a.k.a.: a)** Qasim Al-Rimi **b)** Qasim al-Raymi **c)** Qassim al-Raymi **d)** Qasim al-Rami **Low quality a.k.a.: a)** Qasim Yahya Mahdi 'Abd al-Rimi **b)** Abu Hurayah al-Sana'ai **c)** Abu 'Ammar **Nationality:** Yemeni **Passport no.:** Yemeni passport number 00344994, issued on 3 Jul. 1999 **National identification no.:** na **Address:** Yemen **Listed on:** 11 May 2010 **Other information:** Interpol Red Notice file for AL RIMI (f/n) Qassim Yahya Mahdi # 2006/6496, Control # A-478/3-2009.

**QI.A.23.01. Name:** 1: NAZIH 2: ABDUL HAMED 3: NABIH 4: AL-RUQAI'I

**Name (original script):** نزيه عبد الحميد نبيه الراجعي

**Title:** na **Designation:** na **DOB: a)** 30 Mar. 1964 **b)** 14 May 1964 **POB:** Tripoli, Libyan Arab Jamahiriya **Good quality a.k.a.: a)** Anas Al-Liby **b)** Anas Al-Sibai **c)** Nazih Abdul Hamed Al-Raghie **Low quality a.k.a.:** na **Nationality:** Libyan **Passport no.:** 621570 **National identification no.:** 200310/I **Address:** Al Nawafaliyyin,

Jarraba Street, Taqsim Al Zuruq, Tripoli, Libyan Arab Jamahiriya **Listed on:** 17 Oct. 2001 (amended on 31 Jul. 2006, 16 Dec. 2010) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.A.198.05. Name:** 1: HANI 2: AL-SAYYID 3: AL-SEBAI 4: na

**Name (original script):** هاني السيد السباعي

**Title:** na **Designation:** na **DOB: a)** 1 Mar. 1961 **b)** 16 Jun. 1960 **POB:** Qaylubiyah, Egypt **Good quality a.k.a.: a)** Hani Yousef Al-Sebai **b)** Hani Youssef **c)** Hany Youseff **d)** Hani Yusef **e)** Hani al-Sayyid Al-Sabai **f)** Hani al-Sayyid El Sebai **g)** Hani al-Sayyid Al Siba'i **h)** Hani al-Sayyid El Sabaay **i)** El-Sababt **j)** Abu Tusnin **k)** Abu Akram **l)** Hani El Sayyed Elsebai Yusef **m)** Abu Karim **n)** Hany Elsayed Youssef **Low quality a.k.a.:** na **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** London, United Kingdom **Listed on:** 29 Sep. 2005 (amended on 6 Oct. 2005, 18 Aug. 2006) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.A.5.01. Name:** 1: SA'D 2: ABDULLAH 3: HUSSEIN 4: AL-SHARIF

**Name (original script):** سعد عبد الله حسين الشريف

**Title:** na **Designation:** na **DOB:** 11 Feb. 1964 **POB:** Al-Medinah, Saudi Arabia **Good quality a.k.a.:** Sa'd al-Sharif **Low quality a.k.a.:** na **Nationality:** Saudi Arabian **Passport no.: a)** Passport number G 649385, issued on 8 Sep. 2006 , expiring on 17 Jul. 2011 **b)** Passport number B 960789 **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 23 Apr. 2007, 16 May 2011) **Other information:** Brother-in-law and close associate of Usama bin Laden (QI.B.8.01.). Said to be head of Usama bin Laden's financial organization. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.A.275.10. Name:** 1: SAID 2: ALI 3: AL-SHIHRI 4: na

**Name (original script):** سعيد علي الشهري

**Title:** na **Designation:** na **DOB:** 12 Sep. 1973 **POB:** Riyadh, Saudi Arabia **Good quality a.k.a.: a)** Sa'id Ali Jabir al-Kathim al-Shihri **b)** Said Ali Al Shahri **c)** Said Ali Jaber Al Khasaam Al Shahri **d)** Said Ali Jaber Al Khassam **Low quality a.k.a.: a)** Abu-Sayyaf **b)** Abu-Sufyan-al-Azidi **c)** Abu-Sayyaf al-Shihri **d)** Abu Sufian Kadhdhaab Matrook **e)** Salah **f)** Salah Abu Sufyan **g)** Salah al-Din **h)** Abu Osama **i)** Abu Sulaiman **j)** Nur al-Din Afghani Azibk **k)** Alahhaddm **l)** Akhdam **m)** Abu Sufian Al Azadi **n)** Abu Asmaa **Nationality:** Saudi Arabian **Passport no.:** Saudi Arabian passport number C102432, issued on 22 Apr. 2000 , expired on 26 Feb. 2005. Issue date in Hijri Calendar 17/01/1421. Expiry date in Hijri Calendar 17/01/1426. **National identification no.:** Saudi Arabian national identification number 1008168450 **Address:** na **Listed on:** 19 Jan. 2010 **Other information:** Since Jan. 2009, deputy to Nasir 'abd-al-Karim 'Abdullah al-Wahishi (QI.A.274.10.), leader of Al-Qaida in the Arabian Peninsula (QE.A.129.10.) operating in Yemen and Saudi Arabia. Associated with senior Al-Qaida (QE.A.4.01.) leadership. Was in custody of the United States of America between 2001-2007, detainee number 372. Fugitive in Saudi Arabia among the 85 most wanted persons. Located in Yemen as at Jan. 2010.

**QI.A.253.08. Name:** 1: KHALIFA 2: MUHAMMAD 3: TURKI 4: AL-SUBAIY

**Name (original script):** خليفة محمد تركي السبيعي

**Title:** na **Designation:** na **DOB:** 1 Jan. 1965 **POB:** na **Good quality a.k.a.: a)** Khalifa Mohd Turki Alsubaie **b)** Khalifa Mohd Turki al-Subaie **c)** Khalifa Al-Subayi **d)** Khalifa Turki bin Muhammad bin al-Suaiy **Low quality a.k.a.:** na **Nationality:** Qatar **Passport no.:** Qatari passport number 00685868 issued in Doha on 5 Feb. 2006 and expiring on 4 Feb. 2011 **National identification no.:** Qatari identity card number 26563400140 **Address:** Doha, Qatar **Listed on:** 10 Oct. 2008 (amended on 25 Jan. 2010) **Other information:** Qatar-based terrorist financier and facilitator who has provided financial support to, and acted on behalf of, the senior leadership of Al-Qaida (QE.A.4.01.), including moving recruits to Al-Qaida training camps in South Asia. In Jan. 2008, convicted in absentia by the Bahraini High Criminal Court for financing terrorism, undergoing terrorist training, facilitating the travel of others to receive terrorist training abroad, and for membership in a terrorist organization. Arrested in Qatar in Mar. 2008. Served his sentence in Qatar and has been released from detention. Mother's name is Hamdah Ahmad Haidoos.

**QI.A.234.07. Name:** 1: ABDUL RAHIM 2: na 3: na 4: AL-TALHI

**Name (original script):** عبد الرحيم حماد أحمد الطلحي

**Title:** na **Designation:** na **DOB:** 8 Dec. 1961 **POB:** Al-Shefa, Al-Taif, Saudi Arabia **Good quality a.k.a.: a)** 'Abdul-Rahim Hammad al-Talhi **b)** Abd' Al-Rahim Hamad al-Tahi **c)** Abdulrheem Hammad A Altalhi **d)** Abe Al-Rahim al-Talahi **e)** Abd Al-Rahim Al Tahli **f)** 'Abd al-Rahim al-Talhi **g)** Abdulrahim Al Tahi **h)** Abdulrahim al-Talji **i)** 'Abd-Al-

Rahim al Talji **j)** Abdul Rahim Hammad Ahmad Al-Talhi **Low quality a.k.a.: a)** Abdul Rahim **b)** Abu Al Bara'a Al Naji **c)** Shuwayb Junayd **Nationality:** Saudi Arabian **Passport no.:** F275043, issued on 29 May 2004 , expires 5 Apr. 2009 **National identification no.:** na **Address:** Buraydah, Saudi Arabia **Listed on:** 9 Oct. 2007 (amended on 20 Feb. 2008) **Other information:** Involved in the financing of, arms supply to and otherwise provided assistance to Abu Sayyaf Group (listed under permanent reference no. QE.A.1.01.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009.

**QI.A.77.02. Name:** 1: AL-AZHAR 2: BEN MOHAMMED 3: BEN EL-ABED 4: AL-TLILI

**Name (original script):** الأزهر بن محمد بن العابد التليلي

**Title:** na **Designation:** na **DOB:** 26 Mar. 1969 **POB:** Feriana, Al-Kasrain, Tunisia **Good quality a.k.a.:** Lazar Ben Mohammed Tlili **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number M 351140 , expired on 16 Jun. 2005 **National identification no.:** na **Address:** Via Carlo Porta n. 97, Legnano, Italy **Listed on:** 3 Sep. 2002 (amended on 20 Dec. 2005, 31 Jul. 2006, 7 Jun. 2007, 28 Jul. 2008, 23 Dec. 2010) **Other information:** Italian Fiscal Code: TLLLHR69C26Z352G. Extradited from France to Italy on 6 Sep. 2006. Released from prison in Italy on 15 Jan. 2007. Sentenced in absentia in Tunisia to twenty years of imprisonment. Mother's name is Essayda Bint Salih Al-Tlili. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Apr. 2010.

**QI.A.178.04. Name:** 1: CHABAANE 2: BEN MOHAMED 3: BEN MOHAMED 4: AL-TRABELSI

**Name (original script):** شعبان بن محمد بن محمد الطرابلسي

**Title:** na **Designation:** na **DOB:** 1 May 1966 **POB:** Menzel Temime, Nabeul, Tunisia **Good quality a.k.a.:** Chabaane Ben Mohamed Trabelsi **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number L945660, issued on 4 Dec. 1998 , expired on 3 Dec. 2001 **National identification no.:** na **Address:** Via Salvo D'Acquisto, n. 2, Varese, Italy (as at Dec. 2009) **Listed on:** 23 Jun. 2004 (amended on 20 Dec. 2005, 17 Oct. 2007, 9 Sep. 2010) **Other information:** Italian Fiscal Code: TRB CBN 66E01 Z352O. Resided in Italy as at Dec. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010.

**QI.A.151.03. Name:** 1: MOURAD 2: BEN ALI 3: BEN AL-BASHEER 4: AL-TRABELSI

**Name (original script):** مراد بن علي بن البشير الطرابلسي

**Title:** na **Designation:** na **DOB:** 20 May 1969 **POB:** Manzil Tmim, Tunisia **Good quality a.k.a.: a)** Aboue Chiba Brahim, born 2 Sep. 1966 in Libya **b)** Arouri Taoufik, born 2 Sep. 1964 in Tunisia **c)** Ben Salah Adnan, born 2 Apr. 1966 in Tunisia **d)** Sassi Adel, born 2 Sep. 1966 in Tunisia **e)** Salam Kamel, born 2 Feb. 1963 in Tunisia **f)** Salah Adnan, born 4 Feb. 1965 in Algeria **g)** Arouri Faisel, born 2 Mar. 1965 in Tunisia **h)** Bentaib Amour, born 9 Feb. 1965 in Morocco **i)** Adnan Salah, born 1 Apr. 1966 in Tunisia **j)** Hasnaoui Mellit, born in 1972 in Morocco **k)** Arouri Taoufik ben Taieb, born 9 Feb. 1964 in Tunisia **l)** Abouechiba Brahim, born 2 Sep. 1966 in Lebanon **m)** Farid Arouri, born 2 Jun. 1964 in Tunisia **n)** Ben Magid, born 2 Jun. 1966 in Lebanon **o)** Maci Ssassi, born 2 Jun. 1972 in Libya **p)** Salah ben Anan, born 2 Apr. 1966 in Tunisia **q)** Hasnaui Mellit, born in 1972 in Morocco **Low quality a.k.a.:** Abou Djarrah **Nationality:** Tunisian **Passport no.:** Tunisian passport number G827238, issued on 1 Jun. 1996 , expired on 31 May 2001 **National identification no.:** na **Address:** Libya Street Number 9, Manzil Tmim, Nabeul, Tunisia **Listed on:** 12 Nov. 2003 (amended on 20 Dec. 2005, 10 Aug. 2009, 16 May 2011) **Other information:** Extradited from Italy to Tunisia on 13 Dec. 2008. Inadmissible to the Schengen area. Mother's name is Mabrukah al-Yazidi. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.A.172.04. Name:** 1: HASSAN 2: ABDULLAH 3: HERSI 4: AL-TURKI

**Name (original script):** حسن عبد الله حرسي التركي

**Title: a)** Sheikh **b)** Colonel **Designation:** na **DOB:** Approximately 1944 **POB:** Region V, Ethiopia, (the Ogaden Region in eastern Ethiopia) **Good quality a.k.a.: a)** Hassan Turki **b)** Hassen Abdelle Fihiye **c)** Sheikh Hassan Abdullah Fahaih **d)** Hassan Al-Turki **e)** Hassan Abdillahi Hersi Turki **f)** Sheikh Hassan Turki **g)** Xasan Cabdilaahi Xirsi **h)** Xasan Cabdulle Xirsi **Low quality a.k.a.:** na **Nationality:** Somali **Passport no.:** na **National identification no.:** na **Address:** Reported to be active in Southern Somalia, lower Juba near Kismayo, mainly in Jilibe and Burgabo as of November 2007 **Listed on:** 6 Jul. 2004 (amended on 25 Jul. 2006, 21 Dec. 2007, 12 Apr. 2010, 11 May 2010) **Other information:** Family Background: From the Ogaden clan, Reer - Abdille subclan. Part of the Al-Itihaad Al-Islamiya (AIAI) (QE.A.2.01.) leadership. Believed to have been involved in the attacks on the United States embassies in Nairobi and Dar es Salaam in August 1998. Also subject to the sanctions measures set out in Security Council resolution 1844 (2008) concerning Somalia and Eritrea (see the "Consolidated List" section of the relevant Committee's website at the following URL: http://www.un.org/sc/committees/751/index.shtml). Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010.

**QI.A.78.02. Name:** 1: HABIB 2: BEN ALI 3: BEN SAID 4: AL-WADHANI

**Name (original script):** حبيب بن علي بن سعيد الوذاني

**Title:** na **Designation:** na **DOB:** 1 Jun. 1970 **POB:** Tunis, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number L550681, issued on 23 Sep. 1997 , expired on 22 Sep. 2002 **National identification no.:** na **Address:** na **Listed on:** 3 Sep. 2002 (amended on 20 Dec. 2005, 31 Jul. 2006, 16 May 2011) **Other information:** Italian Fiscal Code: WDDHBB70H10Z352O. Member of Tunisian Combatant Group (QE.T.90.02.). Reportedly deceased. Mother's name is Aisha bint Mohamed. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.A.274.10. Name:** 1: NASIR 2: 'ABD-AL-KARIM 3: 'ABDULLAH 4: AL-WAHISHI

**Name (original script):** ناصر عبدالكريم عبدالله الوحيشي

**Title:** na **Designation:** na **DOB:** a) 1 Oct. 1976   b) 08/10/1396 (Hijri Calendar) **POB:** Yemen **Good quality a.k.a.:** a) Nasir al-Wahishi b) Abu Basir Nasir al-Wahishi c) Naser Abdel Karim al-Wahishi d) Nasir Abd al-Karim al-Wuhayshi e) Abu Basir Nasir Al-Wuhayshi f) Nasser Abdul-karim Abdullah al-Wouhichi g) Abu Baseer al-Wehaishi h) Abu Basir Nasser al-Wuhishi i) Abdul Kareem Abdullah Al-Woohaishi j) Nasser Abdelkarim Saleh Al Wahichi **Low quality a.k.a.:** a) Abu Basir b) Abu Bashir **Nationality:** Yemeni **Passport no.:** Yemeni passport number 40483, issued on 5 Jan. 1997 **National identification no.:** na **Address:** na **Listed on:** 19 Jan. 2010 **Other information:** Since 2007, leader of Al-Qaida in Yemen (AQY). Since Jan. 2009, leader of Al-Qaida in the Arabian Peninsula (QE.A.129.10.) operating in Yemen and Saudi Arabia. His deputy is Said Ali al-Shihri (QI.A.275.10.). Associated with senior Al-Qaida (QE.A.4.01.) leadership, claims he was secretary to Usama Bin Laden (QI.B.8.01.) prior to 2003. Arrested in Iran and extradited to Yemen in 2003, where he escaped from prison in 2006 and remains fugitive as at Jan. 2010. INTERPOL Orange Notice (file #2009/52/OS/CCC, #75) has been issued for him.

**QI.A.15.01. Name:** 1: MAHFOUZ 2: OULD 3: AL-WALID 4: na

**Name (original script):** محفوظ ولد الوليد

**Title:** na **Designation:** na **DOB:** 1 Jan. 1975 **POB:** Mauritania **Good quality a.k.a.:** a) Abu Hafs the Mauritanian b) Khalid Al-Shanqiti c) Mafouz Walad Al-Walid **Low quality a.k.a.:** na **Nationality:** Mauritanian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 6 Oct. 2001 (amended on 1 Jun. 2007, 10 Jun. 2011) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.A.104.03. Name:** 1: NAJIB 2: BEN MOHAMED 3: BEN SALEM 4: AL-WAZ

**Name (original script):** نجيب بن محمد بن سالم الواز

**Title:** na **Designation:** na **DOB:** 12 Apr. 1960 **POB:** Al Haka'imah, Governorate of Mahdia, Tunisia **Good quality a.k.a.:** a) Ouaz Najib b) Ouaz Nagib **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number K815205, issued on 17 Sep. 1994 , expired on 16 Sep. 1999 **National identification no.:** na **Address:** Via Tovaglie Number 26, Bologna, Italy **Listed on:** 25 Jun. 2003 (amended on 20 Dec. 2005, 17 Oct. 2007, 16 Sep. 2008, 16 May 2011) **Other information:** Mother's name is Salihah Amir. Inadmissible to the Schengen area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.A.6.01. Name:** 1: AIMAN 2: MUHAMMED 3: RABI 4: AL-ZAWAHIRI

**Name (original script):** أيمن محمد ربيع الظواهري

**Title:** a) Doctor b) Dr. **Designation:** na **DOB:** 19 Jun. 1951 **POB:** Giza, Egypt **Good quality a.k.a.:** a) Ayman Al-Zawahari b) Ahmed Fuad Salim c) Al Zawahry Aiman Mohamed Rabi Abdel Muaz d) Al Zawahiri Ayman e) Abdul Qader Abdul Aziz Abdul Moez Al Doctor f) Al Zawahry Aiman Mohamed Rabi g) Al Zawahry Aiman Mohamed Rabie h) Al Zawahry Aiman Mohamed Robi i) Dhawahri Ayman j) Eddaouahiri Ayman k) Nur Al Deen Abu Mohammed l) Ayman Al Zawahari m) Ahmad Fuad Salim **Low quality a.k.a.:** a) Abu Fatma b) Abu Mohammed **Nationality:** Egyptian **Passport no.:** a) Egyptian Passport number 1084010   b) Passport number 19820215 **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 2 Jul. 2007, 18 Jul. 2007, 13 Aug. 2007, 16 Dec. 2010) **Other information:** Former operational and military leader of Egyptian Islamic Jihad (QE.A.3.01), now a close associate of Usama Bin Laden (QI.B.8.01). Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.A.156.04. Name:** 1: ABD-AL-MAJID 2: AZIZ 3: AL-ZINDANI 4: na

**Name (original script):** عبد المجيد عزيز الزنداني

**Title:** Sheikh  **Designation:** na **DOB:** 1950 **POB:** Yemen  **Good quality a.k.a.: a)** Abdelmajid Al-Zindani **b)** Shaykh 'Abd Al-Majid Al-Zindani **c)** Sheikh Abd Al-Meguid Al-Zandani  **Low quality a.k.a.:** na  **Nationality:** Yemeni  **Passport no.:** Yemeni passport number A005487, issued on 13 Aug. 1995  **National identification no.:** na  **Address:** P.O. Box 8096, Sana'a, Yemen  **Listed on:** 27 Feb. 2004 (amended on 25 Jul. 2006, 10 Jun. 2011)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 2 Jun. 2010.

**QI.A.152.03. Name:** 1: SAIFI 2: AMMARI 3: na 4: na

**Name (original script):** سيفي عماري

**Title:** na **Designation:** na **DOB: a)** 1 Jan. 1968   **b)** 24 Apr. 1968 **POB: a)** Kef Rih, Algeria  **b)** Guelma, Algeria  **Good quality a.k.a.: a)** Abdalarak **b)** El Para (combat name) **c)** Abderrezak Le Para **d)** Abou Haidara **e)** El Ourassi **f)** Abderrezak Zaimeche **g)** Abdul Rasak ammane Abu Haidra  **Low quality a.k.a.:** na  **Nationality:** Algerian  **Passport no.:** na  **National identification no.:** na  **Address:** Algeria  **Listed on:** 4 Dec. 2003 (amended on 7 Apr. 2008, 16 May 2011)  **Other information:** In detention in Algeria since Oct. 2004. Former member of the GSPC listed as The Organization of Al-Qaida in the Islamic Maghreb (QE.T.14.01). Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**QI.A.216.06. Name:** 1: ABDULLAH 2: ANSHORI 3: na 4: na

**Title:** na **Designation:** na **DOB:** 1958 **POB:** Pacitan, East Java, Indonesia  **Good quality a.k.a.: a)** Abu Fatih **b)** Thoyib, Ibnu **c)** Toyib, Ibnu **d)** Abu Fathi  **Low quality a.k.a.:** na  **Nationality:** Indonesian  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 21 Apr. 2006  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QI.B.62.02. Name:** 1: MOHAMED 2: AOUANI 3: na 4: na

**Name (original script):** محمد عواني

**Title:** na **Designation:** na **DOB:** 5 Feb. 1970 **POB:** Tunis, Tunisia  **Good quality a.k.a.: a)** Lased Ben Heni, born 5 Feb. 1969 in Tripoli, Libyan Arab Jamahiriya **b)** Al-As'ad Ben Hani, born 5 Feb. 1969 in Tripoli, Libyan Arab Jamahiriya **c)** Mohamed Ben Belgacem Awani  **Low quality a.k.a.: a)** Mohamed Abu Abda **b)** Abu Obeida  **Nationality:** Tunisian  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 24 Apr. 2002 (amended on 26 Nov. 2004, 9 Sep. 2005, 31 Jul. 2006, 23 Dec. 2010)  **Other information:** Professor of Chemistry. Deported from Italy to Tunisia on 27 Aug. 2006. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.A.184.05. Name:** 1: MUHSIN 2: FADHIL 3: AYED 4: ASHOUR AL-FADHLI

**Name (original script):** محسن فاضل عايد عاشور الفضلي

**Title:** na **Designation:** na **DOB:** 24 Apr. 1981 **POB:** Kuwait  **Good quality a.k.a.: a)** Muhsin Fadhil 'Ayyid al Fadhli **b)** Muhsin Fadil Ayid Ashur al Fadhli **c)** Abu Majid Samiyah **d)** Abu Samia  **Low quality a.k.a.:** na  **Nationality:** Kuwaiti  **Passport no.: a)** Kuwaiti passport number 106261543   **b)** Kuwaiti passport number 1420529 issued in Kuwait and expired on 31 Mar. 2006  **National identification no.:** na  **Address:** Block Four, Street 13, House #179 Kuwait City, Al-Riqqa area, Kuwait  **Listed on:** 17 Feb. 2005 (amended on 23 Jul. 2008)  **Other information:** Wanted by the Kuwaiti Security Authorities. Fugitive as of Jul. 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**QI.A.265.08. Name:** 1: HAJI 2: MUHAMMAD 3: ASHRAF 4: na

**Title:** na **Designation:** na **DOB:** 1 Mar. 1965 **POB:** na  **Good quality a.k.a.:** Haji M. Ashraf  **Low quality a.k.a.:** na  **Nationality:** Pakistani  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 10 Dec. 2008 (amended on 17 Jul. 2009)  **Other information:** Chief of finance of Lashkar-e-Tayyiba (QE.L.118.05.). His father's name is Noor Muhammad.

**QI.A.24.01. Name:** 1: MUHSIN 2: MOUSSA 3: MATWALLI 4: ATWAH DEWEDAR

**Name (original script):** محسن موسى متولي عطوة ديدار

**Title:** na **Designation:** na **DOB:** 19 Jun. 1964 **POB:** Dakahliya, Egypt  **Good quality a.k.a.: a)** Al-Muhajir, Abdul Rahman **b)** Al-Namer, Mohammed K.A. **c)** Mohsen Moussa Metwaly Atwa Dwedar  **Low quality a.k.a.: a)** Abdel Rahman **b)** Abdul Rahman  **Nationality:** Egyptian  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 17 Oct. 2001 (amended on 26 Nov. 2004, 18 Jul. 2007, 16 May 2011)  **Other information:** Confirmed to have died in Pakistan in April 2006. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.D.42.01. Name:** 1: HASSAN 2: DAHIR 3: AWEYS 4: na

**Name (original script):** حسن ظاهرعويس

**Title: a)** Sheikh **b)** Colonel **Designation:** na **DOB:** 1935 **POB:** Somalia **Good quality a.k.a.: a)** Ali, Sheikh Hassan Dahir Aweys **b)** Awes, Shaykh Hassan Dahir **c)** Hassen Dahir Aweyes **d)** Ahmed Dahir Aweys **e)** Mohammed Hassan Ibrahim **f)** Aweys Hassan Dahir **g)** Hassan Tahir Oais **h)** Hassan Tahir Uways **i)** Hassan Dahir Awes **Low quality a.k.a.: a)** Sheikh Aweys **b)** Sheikh Hassan **c)** Sheikh Hassan Dahir Aweys **Nationality:** Somali **Passport no.:** na **National identification no.:** na **Address: a)** Somalia **b)** Also reported to be in Eritrea as of Nov. 2007 **Listed on:** 9 Nov. 2001 (amended on 21 Dec. 2007, 11 May 2010, 16 May 2011) **Other information:** Family background: from the Hawiye's Habergidir, Ayr clan. Senior leader of Al-Itihaad Al-Islamiya (AIAI) (QE.A.2.01.) and Hizbul Islam in Somalia. Since 12 April 2010, also subject to the sanctions measures set out in Security Council resolution 1844 (2008) concerning Somalia and Eritrea (see http://www.un.org/sc/committees/751/index.shtml). Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QI.A.248.08. Name:** 1: RICARDO 2: PEREZ 3: AYERAS 4: na

**Title:** na **Designation:** na **DOB:** 15 Sep. 1973 **POB:** 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Philippines **Good quality a.k.a.: a)** Abdul Kareem Ayeras **b)** Abdul Karim Ayeras **Low quality a.k.a.: a)** Jimboy **b)** Isaac Jay Galang Perez **c)** Abdul Mujib **d)** Ricky Ayeras **Nationality:** Filipino **Passport no.:** na **National identification no.:** na **Address: a)** Barangay Mangayao, Tagkawayan, Quezon, Philippines **b)** Barangay Tigib, Ayungon, Negros Oriental, Philippines **c)** Bindoy, Negros Oriental, Philippines, (previous address) **d)** 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Philippines, (previous address) **e)** Msu Compound, Marawi City, Philippines, (previous address) **Listed on:** 4 Jun. 2008 **Other information:** Member of the Rajah Solaiman Movement (listed under permanent reference number QE.R.128.04.). Arrested by the Philippine authorities on 29 Jul. 2007. Detained in the Philippines as of Jun. 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010.

**QI.B.217.06. Name:** 1: ABU BAKAR 2: BA'ASYIR 3: na 4: na

**Title:** na **Designation:** na **DOB:** 17 Aug. 1938 **POB:** Jombang, East Java, Indonesia **Good quality a.k.a.: a)** Baasyir, Abu Bakar **b)** Bashir, Abu Bakar **c)** Abdus Samad **d)** Abdus Somad **Low quality a.k.a.:** na **Nationality:** Indonesian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 21 Apr. 2006 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QI.B.210.05. Name:** 1: SAJID 2: MOHAMMED 3: BADAT 4: na

**Title:** na **Designation:** na **DOB:** 28 Mar. 1979 **POB:** Gloucester, United Kingdom **Good quality a.k.a.: a)** Abu Issa **b)** Saajid Badat **c)** Sajid Badat **d)** Muhammed Badat **e)** Sajid Muhammad Badet **f)** Saajid Mohammad Badet **g)** Muhammed Badet **h)** Sajid Muhammad Badet **i)** Sajid Mahomed Badat **Low quality a.k.a.:** na **Nationality:** British **Passport no.: a)** United Kingdom passport number 703114075 **b)** United Kingdom passport number 026725401 (expired 22 Apr. 2007) **c)** United Kingdom passport number 0103211414 **National identification no.:** na **Address:** United Kingdom **Listed on:** 15 Dec. 2005 (amended on 18 Aug. 2006, 16 May 2011) **Other information:** Released from prison in the United Kingdom in Nov. 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.B.80.02. Name:** 1: SAID 2: BAHAJI 3: na 4: na

**Name (original script):** سعيد باهاجى

**Title:** na **Designation:** na **DOB:** 15 Jul. 1975 **POB:** Haselünne, Lower Saxony, Germany **Good quality a.k.a.: a)** Zouheir Al Maghribi **Low quality a.k.a.: a)** Mohamed Abbattay **b)** Abderrahmane Al Maghribi **Nationality: a)** German **b)** Moroccan **Passport no.: a)** Provisional German Passport No.: 28642163 (issued by the city of Hamburg) **b)** Moroccan passport number 954242 issued on 28 June 1995 in Meknas, Morocco (expired) **National identification no.:** BPA Nr. 1336597587 **Address:** Formerly resident at: Bunatwiete 23, 21073 Hamburg, Germany **Listed on:** 30 Sep. 2002 (amended on 26 Nov. 2004, 9 Sep. 2005, 2 Jul. 2007, 23 Dec. 2010) **Other information:** Deputy Head of the Media Committee of Al-Qaida (QE.A.4.01) as at Apr. 2010. German authorities issued an arrest warrant for him on 21 Sep. 2001. Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010.

**QI.B.266.08. Name:** 1: MAHMOUD 2: MOHAMMAD 3: AHMED 4: BAHAZIQ

**Title:** na **Designation:** na **DOB: a)** 17 Aug. 1943 **b)** 1943 **c)** 1944 **POB:** India **Good quality a.k.a.: a)** Bahaziq Mahmoud **b)** Abu Abd al-'Aziz **c)** Abu Abdul Aziz **d)** Shaykh Sahib **Low quality a.k.a.:** na **Nationality:** Saudi

Arabian **Passport no.:** na **National identification no.:** Saudi Arabian national identification number 4-6032-0048-1 **Address:** na **Listed on:** 10 Dec. 2008 **Other information:** Financier of Lashkar-e-Tayyiba (listed under permanent reference number QE.L.118.05.). Has served as the leader of Lashkar-e-Tayyiba in Saudi Arabia.

**QI.B.55.01. Name:** 1: MAHMOOD 2: SULTAN 3: BASHIR-UD-DIN 4: na
**Title:** na **Designation:** na **DOB: a)** 1937 **b)** 1938 **c)** 1939 **d)** 1940 **e)** 1941 **f)** 1942 **g)** 1943 **h)** 1944 **i)** 1945 **POB:** na **Good quality a.k.a.: a)** Mahmood, Sultan Bashiruddin **b)** Mehmood, Dr. Bashir Uddin **c)** Mekmud, Sultan Baishiruddin **Low quality a.k.a.:** na **Nationality:** Pakistani **Passport no.:** na **National identification no.:** na **Address:** Street 13, Wazir Akbar Khan, Kabul, Afghanistan **Listed on:** 24 Dec. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**QI.B.182.04. Name:** 1: ADEL 2: ABDUL JALIL 3: IBRAHIM 4: BATTERJEE
**Name (original script):** عادل عبد الجليل ابراهيم بترجي
**Title:** na **Designation:** na **DOB: a)** 1 Jul. 1946 **b)** 1 Jun. 1946 **POB:** Jeddah, Saudi Arabia **Good quality a.k.a.: a)** 'Adil Al-Battarjee **b)** Adel Batterjee **c)** 'Adil 'Abd al Jalil Batarji **d)** Adel AbdulJaleel I. Batterjee **Low quality a.k.a.:** na **Nationality:** Saudi Arabian **Passport no.:** Passport number F 572010, issued on 22 Dec. 2004 , expiring on 28 Oct. 2009 **National identification no.:** na **Address:** 2 Helmi Kutbi Street, Jeddah, Saudi Arabia **Listed on:** 23 Dec. 2004 (amended on 23 Apr. 2007) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009.

**QI.B.279.10. Name:** 1: MOHAMED 2: BELKALEM 3: na 4: na
**Name (original script):** محمد بلكلام
**Title:** na **Designation:** na **DOB:** 19 Dec. 1969 **POB:** Hussein Dey, Algiers, Algeria **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abdelali Abou Dher ذر ابو العالي عبد **b)** El Harrachi (الحراشي) **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** Mali **Listed on:** 22 Apr. 2010 **Other information:** Convicted in absentia by Algerian tribunal on 28 Mar. 1996. Algerian international arrest warrant number 03/09 of 6 Jun. 2009 issued by the Tribunal of Sidi Mhamed, Algiers, Algeria. Algerian extradition request number 2307/09 of 3 Sep. 2009, presented to Malian authorities. INTERPOL File No. 19231/2009 of 26 June 2009; Control No. A-1819/6-2009. Father's name is Ali Belkalem. Mother's name is Fatma Saadoudi. Member of The Organization of Al-Qaida in the Islamic Maghreb (QE.T.14.01.).

**QI.B.136.03. Name:** 1: MOKHTAR 2: BELMOKHTAR 3: na 4: na
**Name (original script):** مختار بلمختار
**Title:** na **Designation:** na **DOB:** 1 Jun. 1972 **POB:** Ghardaia, Algeria **Good quality a.k.a.: a)** Abou Abbes Khaled **b)** Belaouar Khaled Abou El Abass **c)** Belaouer Khaled Abou El Abass **d)** Belmokhtar Khaled Abou El Abes **e)** Khaled Abou El Abass **f)** Khaled Abou El Abes **g)** Khaled Abou El Abes **h)** Khaled Abulabbas Na Oor **i)** Mukhtar Belmukhtar **Low quality a.k.a.: a)** Belaoua **b)** Belaoua **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 11 Nov. 2003 (amended on 12 Apr. 2006, 2 Jul. 2007, 7 Apr. 2008, 25 Jan. 2010, 16 May 2011) **Other information:** Father's name is Mohamed. Mother's name is Zohra Chemkha. Member of the Council of The Organization of Al-Qaida in the Islamic Maghreb (QE.T.14.01) (AQIM). Head of Katibat el Moulathamoune active in AQIM's 4th region (Sahel/Sahara). Review pursuant to Security Council resolution 1822 (2008) was concluded on 30 Jul. 2009.

**QI.B.69.02. Name:** 1: NABIL 2: BEN MOHAMED 3: BEN ALI 4: BEN ATTIA
**Name (original script):** نبيل بن محمد بن علي بن عطية
**Title:** na **Designation:** na **DOB:** 11 May 1966 **POB:** Tunis, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.:** Abu Salim **Nationality:** Tunisian **Passport no.:** Tunisian passport number L289032, issued on 22 Aug. 2001, expires on 21 Aug. 2006 **National identification no.:** na **Address:** Via Val Bavona, Number 1, Milan, Italy **Listed on:** 3 Sep. 2002 (amended on 20 Dec. 2005, 31 Jul. 2006, 23 Dec. 2010) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.B.162.04. Name:** 1: ABDELHADI 2: BEN DEBKA 3: na 4: na
**Name (original script):** الهادي بن دبكة
**Title:** na **Designation:** na **DOB:** 17 Nov. 1963 **POB:** Algiers, Algeria **Good quality a.k.a.: a)** L'Hadi Bendebka **b)** El Hadj ben Debka **Low quality a.k.a.: a)** Abd al Hadi **b)** Hadi **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** Algeria **Listed on:** 17 Mar. 2004 (amended on 26 Nov. 2004, 21 Dec. 2007, 7 Apr. 2008, 2 Dec. 2008, 25 Jan. 2010, 16 May 2011) **Other information:** Deported from Italy to Algeria on 13 Sep.

2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 28 Sep. 2009.

**QI.B.213.06. Name:** 1: MOHAMMED 2: BENHAMMEDI 3: na 4: na

**Name (original script):** محمد بن حمادى

**Title:** na **Designation:** na **DOB:** 22 Sep. 1966 **POB:** Libyan Arab Jamahiriya **Good quality a.k.a.: a)** Mohamed Hannadi **b)** Mohamed Ben Hammedi **c)** Muhammad Muhammad Bin Hammidi **d)** Ben Hammedi **e)** Panhammedi **f)** Abu Hajir **g)** Abu Hajir Al Libi **h)** Abu Al Qassam **i)** Hammedi Mohamedben **Low quality a.k.a.:** na **Nationality:** Libyan **Passport no.:** na **National identification no.:** na **Address:** Midlands, United Kingdom **Listed on:** 7 Feb. 2006 (amended on 22 Feb. 2006, 30 Sep. 2010) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Dec. 2009.

**QI.B.68.02. Name:** 1: ADEL 2: BEN AL-AZHAR 3: BEN YOUSSEF 4: BEN SOLTANE

**Name (original script):** عادل بن الأزهر بن يوسف بن سلطان

**Title:** na **Designation:** na **DOB:** 14 Jul. 1970 **POB:** Tunis, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.:** Zakariya **Nationality:** Tunisian **Passport no.:** Tunisian passport number M408665, issued on 4 Oct. 2000, expired 3 Oct. 2005 **National identification no.:** na **Address:** Tunisia **Listed on:** 3 Sep. 2002 (amended on 20 Dec. 2005, 7 Jun. 2007, 23 Dec. 2010) **Other information:** Italian Fiscal Code: BNSDLA70L14Z352B. Deported from Italy to Tunisia on 28 February 2004. Serving a 12-year prison sentence in Tunisia for membership in a terrorist organization abroad as at Jan. 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.B.81.02. Name:** 1: RAMZI 2: MOHAMED 3: ABDULLAH 4: BINALSHIBH

**Name (original script):** رمزي محمد عبد الله بن الشيبة

**Title:** na **Designation:** na **DOB: a)** 1 May 1972 **b)** 16 Sep. 1973 **POB: a)** Gheil Bawazir, Hadramawt, Yemen **b)** Khartoum, Sudan **Good quality a.k.a.: a)** Binalsheidah, Ramzi Mohamed Abdullah **b)** Bin Al Shibh, Ramzi **c)** Omar, Ramzi Mohamed Abdellah **d)** Mohamed Ali Abdullah Bawazir **e)** Binalshibh Ramzi Mohammed Abdullah **f)** Ramzi Binalshib **g)** Ramzi Mohamed Abdellah Omar Hassan Alassiri **h)** Binalshibh Ramsi Mohamed Abdullah **i)** Abu Ubaydah **j)** 'Umar Muhammad 'Abdallah Ba' Amar **Low quality a.k.a.:** Ramzi Omar **Nationality:** Yemeni **Passport no.:** 00085243 issued in Sanaa, Yemen, issued on 17 Nov. 1997 **National identification no.:** na **Address:** na **Listed on:** 30 Sep. 2002 (amended on 26 Nov. 2004, 25 Jul. 2006, 2 Jul. 2007, 27 Jul. 2007, 23 Dec. 2010) **Other information:** Arrested in Karachi, Pakistan, 30 Sep. 2002. In custody of the United States of America, as of May 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010.

**QI.B.8.01. Name:** 1: USAMA 2: MUHAMMED 3: AWAD 4: BIN LADEN

**Name (original script):** أسامة محمد عوض بن لادن

**Title: a)** Shaykh **b)** Hajj **Designation:** na **DOB: a)** 30 Jul. 1957 **b)** 28 Jul. 1957 **c)** 10 Mar. 1957 **d)** 1 Jan. 1957 **e)** 1956 **f)** 1957 **POB: a)** Jeddah, Saudi Arabia **b)** Yemen **Good quality a.k.a.: a)** Usama Bin Laden **b)** Usama Bin Muhammed Bin Awad, Osama Bin Laden **c)** Ben Laden Osama **d)** Ben Laden Ossama **e)** Ben Laden Usama **f)** Bin Laden Osama Mohamed Awdh **g)** Bin Laden Usamah Bin Muhammad **h)** Shaykh Usama Bin Ladin **i)** Usamah Bin Muhammad Bin Ladin **j)** Usama bin Ladin **k)** Osama bin Ladin **l)** Osama bin Muhammad bin Awad bin Ladin **m)** Usama bin Muhammad bin Awad bin Ladin **Low quality a.k.a.: a)** Abu Abdallah Abd Al-Hakim **b)** Al Qaqa **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 2 Jul. 2007, 16 Dec. 2010, 4 May 2011) **Other information:** Saudi citizenship withdrawn, Afghan nationality given by the Taliban regime. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Confirmed to have died in Pakistan in May 2011.

**QI.B.9.01. Name:** 1: BILAL 2: BIN MARWAN 3: na 4: na

**Name (original script):** بلال بن مروان

**Title:** na **Designation:** na **DOB:** 1947 **POB:** na **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 **Other information:** Senior lieutenant of UBL. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.B.117.03. Name:** 1: ZULKEPLI 2: BIN MARZUKI 3: na 4: na

**Title:** na **Designation:** na **DOB:** 3 Jul. 1968 **POB:** Selangor, Malaysia **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Malaysian **Passport no.:** A 5983063 **National identification no.:** 680703-10-5821

**Address:** Taman Puchong Perdana, State of Selangor, Malaysia **Listed on:** 9 Sep. 2003 (amended on 3 May 2004, 23 Feb. 2009, 10 Aug. 2009, 16 May 2011) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Jun. 2009.

**QI.B.63.02. Name:** 1: AL-MOKHTAR 2: BEN MOHAMED 3: BEN AL-MOKHTAR 4: BOUCHOUCHA

**Name (original script):** المختار بن محمد بن المختار بوشوشة

**Title:** na **Designation:** na **DOB:** 13 Oct. 1969 **POB:** Tunis, Tunisia **Good quality a.k.a.:** Bushusha, Mokhtar **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number K754050, issued on 26 May 1999 , expired on 25 May 2004 **National identification no.:** 04756904, issued on 14 Sep. 1984 **Address:** Via Milano Number 38, Spinadesco, (CR), Italy **Listed on:** 24 Apr. 2002 (amended on 10 Apr. 2003, 26 Nov. 2004, 20 Dec. 2005, 7 Jun. 2007, 23 Dec. 2010) **Other information:** Italian Fiscal Code: BCHMHT69R13Z352T. Mother's name is Hedia Bannour. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.B.188.05. Name:** 1: FAYCAL 2: BOUGHANEMI 3: na 4: na

**Name (original script):** فيصل بوغانمي

**Title:** na **DOB:** 28 Oct. 1966 **POB:** Tunis, Tunisia **Good quality a.k.a.:** a) Faical Boughanmi b) Faysal al-Bughanimi **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** na **National identification no.:** na **Address:** viale Cambonino, 5/B, Cremona, Italy **Listed on:** 29 Jul. 2005 (amended on 7 Jun. 2007, 10 Aug. 2009, 1 Sep. 2009) **Other information:** Fiscal code: BGHFCL66R28Z352G. He was prosecuted in 2003 in Italy for participating in a conspiracy to commit terrorist acts. Arrested on 24 Feb. 2004. Sentenced to 8 years imprisonment in Italy on 15 July 2006. The sentence was reduced to seven years on 29 Jun. 2007 by the Brescia Second Appeals Court. Detained in Italy as at Jun. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 Jul. 2009.

**QI.B.143.03. Name:** 1: HAMADI 2: BEN ABDUL AZIZ 3: BEN ALI 4: BOUYEHIA

**Name (original script):** حمادي بن عبد العزيز بن علي بويحي

**Title:** na **Designation:** na **DOB:** 29 May 1966 **POB:** Tunis, Tunisia **Good quality a.k.a.:** a) Gamel Mohamed, born 25 May 1966 in Morocco b) Abd el Wanis Abd Gawwad Abd el Latif Bahaa, born 9 May 1986 in Egypt **Low quality a.k.a.:** Mahmoud Hamid **Nationality:** Tunisian **Passport no.:** Tunisian passport number L723315, issued on 5 May 1998, expired on 4 May 2003 **National identification no.:** na **Address:** Corso XXII Marzo Number 39, Milan, Italy **Listed on:** 12 Nov. 2003 (amended on 20 Dec. 2005, 31 Jul. 2006, 30 Jan. 2009, 16 May 2011) **Other information:** In prison in Italy until 28 Jul. 2011. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.B.267.09. Name:** 1: IBRAHIM 2: ABDUL SALAM 3: MOHAMED 4: BOYASSEER

**Name (original script):** ابراهيم عبد السلام محمد بويبصير

**Title:** na **DOB:** 1961 **POB:** Benghazi, Libyan Arab Jamahiriya **Good quality a.k.a.:** a) Abu Al-Banaan b) Ibrahim Bouisir c) Ibrahim Buisir **Low quality a.k.a.:** na **Nationality:** a) Libyan b) Irish **Passport no.:** na **National identification no.:** na **Address:** Ireland **Listed on:** 4 Feb. 2009 (amended on 13 Mar. 2009) **Other information:** A close associate of Usama Muhammed Awad Bin Laden (listed under permanent reference number QI.B.8.01.). Involved in supporting Al-Qaida (QE.A.4.01.) and Al-Qaida associated groups, including the Libyan Islamic Fighting Group (QE.L.11.01.) and Egyptian Islamic Jihad (QE.A.3.01.), through funding and media relations.

**QI.B.239.08. Name:** 1: SUHAYL 2: FATILLOEVICH 3: BURANOV 4: na

**Name (original script):** Буранов Сухайл Фатиллоевич

**Title:** na **Designation:** na **DOB:** 1983 **POB:** Tashkent, Uzbekistan **Good quality a.k.a.:** Suhayl Fatilloyevich Buranov **Low quality a.k.a.:** na **Nationality:** Uzbek **Passport no.:** na **National identification no.:** na **Address:** Massiv Kara-Su-6, building 12, apt. 59, Tashkent, Uzbekistan **Listed on:** 21 Apr. 2008 **Other information:** One of the leaders of the Islamic Jihad Group (listed under permanent reference number QE.I.119.05.). Has undertaken special training on mines and explosives at the Al-Qaida camp in the Khost province. Has participated in military operations in Afghanistan and Pakistan on the Taliban side. Was one of the organizers of the terrorist attacks committed in Uzbekistan in 2004. Criminal proceedings were instituted against him in 2000 in accordance with the following articles of the Criminal Code of the Republic of Uzbekistan: Articles 159, part 3 (Attempts to Constitutional Order of the Republic of Uzbekistan), and 248 (Illegal Possession of Arms, Ammunition, Explosive Substances, or Explosive Assemblies). An order for his arrest has been issued. Review pursuant to Security Council resolution

1822 (2008) was concluded on 4 May 2009.

**QI.C.70.02. Name:** 1: YASSINE 2: CHEKKOURI 3: na 4: na

**Name (original script):** ياسين شكوري

**Title:** na **Designation:** na **DOB:** 6 Oct. 1966 **POB:** Safi, Morocco **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Moroccan **Passport no.:** Moroccan passport number F46947 **National identification no.:** Moroccan national identity card H-135467 **Address:** 7th Street, Number 7, Hay Anas Safi, Morocco **Listed on:** 3 Sep. 2002 (amended on 7 Jun. 2007, 23 Dec. 2010) **Other information:** Mother's name is Feue Hlima Bent Barka and father's name is Abderrahmane Mohammed Ben Azzouz. Deported from Italy to Morocco on 26 Feb. 2004. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.C.141.03. Name:** 1: MAXAMED 2: CABDULLAAH 3: CIISE 4: na

**Title:** na **Designation:** na **DOB:** 8 Oct. 1974 **POB:** Kismaayo, Somalia **Good quality a.k.a.: a)** Maxamed Cabdullaahi Ciise **b)** Maxammed Cabdullaahi **c)** Cabdullah Mayamed Ciise **Low quality a.k.a.:** na **Nationality:** Somali **Passport no.:** na **National identification no.:** United Kingdom identification number PX910063D **Address:** Somalia **Listed on:** 12 Nov. 2003 (amended on 9 Sep. 2005, 30 Jan. 2009, 20 Apr. 2009, 21 Oct. 2010) **Other information:** Present in Somalia as of Apr. 2009 following transfer from United Kingdom. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.M.146.03. Name:** 1: MOHAMMED 2: DAKI 3: na 4: na

**Name (original script):** محمد زكي

**Title:** na **Designation:** na **DOB:** 29 Mar. 1965 **POB:** Casablanca, Morocco **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Moroccan **Passport no.: a)** Moroccan passport number G 482731 **b)** Moroccan passport number L446524 **National identification no.:** Moroccan National Identity Card number BE-400989 **Address:** Casablanca, Morocco **Listed on:** 12 Nov. 2003 (amended on 7 Jun. 2007, 16 May 2011) **Other information:** Father's name is Lachen. Mother's name is Izza Brahim. Deported from Italy to Morocco on 10 December 2005. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.D.26.01. Name:** 1: MAMOUN 2: DARKAZANLI 3: na 4: na

**Name (original script):** مأمون دركازانلي

**Title:** na **Designation:** na **DOB:** 4 Aug. 1958 **POB:** Damascus, Syrian Arab Republic **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Ilyas **b)** Abu Ilyas Al Suri **c)** Abu Luz **d)** Abu Al Loh **e)** Abu Ylias **Nationality: a)** Syrian **b)** German **Passport no.:** German passport number 1310636262 , expired on 29 Oct. 2005 **National identification no.:** German identity card number 1312072688 , expired on 29 Oct. 2005 **Address:** Uhlenhorster Weg 34, Hamburg, 22085 Germany **Listed on:** 17 Oct. 2001 (amended on 10 Apr. 2003, 26 Nov. 2004, 2 Jul. 2007, 16 Dec. 2010) **Other information:** Father's name is Mohammed Darkazanli. Mother's name is Nur Al-Huda Sheibani Altgelbi. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.D.174.04. Name:** 1: KAMAL 2: BEN MOHAMED 3: BEN AHMED 4: DARRAJI

**Name (original script):** كمال بن محمد بن احمد الدراجي

**Title:** na **Designation:** na **DOB:** 22 Jul. 1967 **POB:** Menzel Bouzelfa, Tunisia **Good quality a.k.a.:** Kamel Darraji **Low quality a.k.a.:** na **Nationality:** Tunisian **Passport no.:** Tunisian passport number L029899, issued on 14 Aug. 1995 , expired on 13 Aug. 2000 **National identification no.: a)** Italian Fiscal Code DDR KML 67L22 Z352Q **b)** Italian Fiscal Code DRR KLB 67L22 Z352S **Address:** Via Varzi, n. 14/A - Busto Arsizio, Varese, Italy (as at Dec. 2009) **Listed on:** 23 Jun. 2004 (amended on 20 Dec. 2005, 17 Oct. 2007, 3 Jun. 2009, 9 Sep. 2010) **Other information:** Resided in Italy as at Dec. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 9 Apr. 2010.

**QI.D.183.05. Name:** 1: SULAYMAN 2: KHALID 3: DARWISH 4: na

**Name (original script):** سليمان خالد درويش

**Title:** na **Designation:** na **DOB: a)** 1976 **b)** Approximately 1974 **POB:** Outside Damascus, Syrian Arab Republic **Good quality a.k.a.:** Abu Al-Ghadiya **Low quality a.k.a.:** na **Nationality:** Syrian **Passport no.: a)** Syrian 3936712 b) Syrian 11012 **National identification no.:** na **Address:** Syria **Listed on:** 28 Jan. 2005 (amended on 2 Dec. 2008) **Other information:** Reportedly killed in 2005 in Iraq. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.D.252.08. Name:** 1: AHMED 2: DEGHDEGH 3: na 4: na

**Name (original script):** أحمد دغداغ

**Title:** na **Designation:** na **DOB:** 17 Jan. 1967 **POB:** Anser, Wilaya (province) of Jijel, Algeria **Good quality a.k.a.:** Abd El Illah **Low quality a.k.a.:** na **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 3 Jul. 2008 (amended on 24 Mar. 2009) **Other information:** Belongs to the leadership and is the finance chief of the Organization of Al-Qaida in the Islamic Maghreb (listed under permanent reference number QE.T.14.01.). Mother's name: Zakia Chebira. Father's name: Lakhdar.

**QI.D.246.08. Name:** 1: REDENDO 2: CAIN 3: DELLOSA 4: na

**Title:** na **Designation:** na **DOB:** 15 May 1972 **POB:** Punta, Santa Ana, Manila, Philippines **Good quality a.k.a.: a)** Abu Ilonggo **b)** Brandon Berusa **c)** Abu Muadz **d)** Arnulfo Alvarado **e)** Habil Ahmad Dellosa **Low quality a.k.a.: a)** Uthman **b)** Dodong **c)** Troy **Nationality:** Filipino **Passport no.:** na **National identification no.:** na **Address: a)** 3111, Ma. Bautista, Punta, Santa Ana, Manila, Philippines **b)** Manila, Philippines, (location as at Apr. 2009) **c)** Matabata, Aroroy, Masbate, Philippines, (previous address) **d)** Anda, Pangasinan, Philippines, (previous address) **e)** Jolo, Sulu, Philippines, (previous address) **f)** Pollok, Cotabato, Philippines, (previous address) **g)** Masbate, Philippines, (previous location) **Listed on:** 4 Jun. 2008 (amended on 3 Jun. 2009) **Other information:** Member of the Rajah Solaiman Movement (QE.R.128.08.) and linked to the Abu Sayyaf Group (QE.A.1.01.). Arrested by the Philippine authorities on 30 March 2004. As at Jun. 2008 under trial at the Philippines Regional Trial Court Branch 261, Pasig City. Father's name is Fernando Rafael Dellosa. Mother's name is Editha Parado Cain. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010.

**QI.D.243.08. Name:** 1: FELICIANO 2: SEMBORIO 3: DELOS REYES JR. 4: na

**Title:** Ustadz **Designation:** na **DOB:** 4 Nov. 1963 **POB:** Arco, Lamitan, Basilan, Philippines **Good quality a.k.a.: a)** Abubakar Abdillah **b)** Abdul Abdillah **Low quality a.k.a.:** na **Nationality:** Filipino **Passport no.:** na **National identification no.:** na **Address: a)** San Jose, Zamboanga City, Philippines, (previous address) **b)** Siasi, Sulu, Philippines, (previous address) **c)** Santa Barbara, Zamboanga City, Philippines, (previous address) **d)** Arco, Lamitan, Philippines, (previous location) **Listed on:** 4 Jun. 2008 (amended on 3 Jun. 2009) **Other information:** Member of the Rajah Solaiman Movement (QE.R.128.08.). Arrested by the Philippine authorities in Nov. 2006 for illegal possession of explosives, firearms and ammunition). Remained detained in the Philippines as at Jun. 2008. Father's name is Feliciano Delos Reyes Sr. Mother's name is Aurea Semborio. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010.

**QI.D.164.04. Name:** 1: OTHMAN 2: DERAMCHI 3: na 4: na

**Name (original script):** عثمان درمشي

**Title:** na **Designation:** na **DOB:** 7 Jun. 1954 **POB:** Tighennif, Algeria **Good quality a.k.a.:** na **Low quality a.k.a.:** Abou Youssef **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** Algeria **Listed on:** 17 Mar. 2004 (amended on 26 Nov. 2004, 21 Dec. 2007, 2 Dec. 2008, 3 Jun. 2009, 25 Jan. 2010, 16 May 2011) **Other information:** Italian Fiscal Code DRMTMN54H07Z301T. Deported from Italy to Algeria on 22 Aug. 2008. Father in law of Djamel Lounici (QI.L.155.04). Review pursuant to Security Council resolution 1822 (2008) was concluded on 28 Sep. 2009.

**QI.D.245.08. Name:** 1: PIO 2: ABOGNE 3: DE VERA 4: na

**Title:** na **Designation:** na **DOB:** 19 Dec. 1969 **POB:** Bagac, Bagamanok, Catanduanes, Philippines **Good quality a.k.a.:** Ismael De Vera **Low quality a.k.a.: a)** Khalid **b)** Ismael **c)** Ismail **d)** Manex **e)** Tito Art **f)** Dave **g)** Leo **Nationality:** Filipino **Passport no.:** na **National identification no.:** na **Address:** Concepcion, Zaragosa, Nueva Ecija, Philippines **Listed on:** 4 Jun. 2008 (amended on 3 Jun. 2009) **Other information:** Member of the Rajah Solaiman Movement (QE.R.128.08.), Abu Sayyaf Group (QE.A.1.01.) and Jemaah Islamiyah (QE.J.92.02.). Arrested by the Philippine authorities on 15 Dec. 2005. Remained detained in the Philippines as at Jun. 2008. Father's name is Honorio Devera. Mother's name is Fausta Abogne. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010.

**QI.D.167.04. Name:** 1: KAMEL 2: DJERMANE 3: na 4: na

**Name (original script):** كمال جرمان

**Title:** na **Designation:** na **DOB:** 12 Oct. 1965 **POB:** Oum el Bouaghi, Algeria **Good quality a.k.a.: a)** Bilal **b)** Adel **c)** Fodhil **d)** Abou Abdeljalil **Low quality a.k.a.:** na **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** Algeria **Listed on:** 3 May 2004 (amended on 7 Apr. 2008) **Other information:** Arrested in Libya on 30 Jun. 2004 and extradited to Algeria on 14 Jul. 2004. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**QI.D.249.08. Name:** 1: YAHIA 2: DJOUADI 3: na 4: na

**Name (original script):** يحي جوادي

**Title:** na **Designation:** na **DOB:** 1 Jan. 1967 **POB:** M'Hamid, Wilaya (province) of Sidi Bel Abbes, Algeria **Good quality a.k.a.: a)** Yahia Abou Ammar **b)** Abou Ala **Low quality a.k.a.:** na **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 3 Jul. 2008 **Other information:** Belongs to the leadership of the Organization of Al-Qaida in the Islamic Maghreb (listed under permanent reference number QE.T.14.01.). Located in Northern Mali as of Jun. 2008. Mother's name: Zohra Fares. Father's name: Mohamed.

**QI.D.232.07. Name:** 1: ABDELMALEK 2: DROUKDEL 3: na 4: na

**Name (original script):** عبد المالك دروكدال

**Title:** na **Designation:** na **DOB:** 20 Apr. 1970 **POB:** Meftah, Wilaya of Blida, Algeria **Good quality a.k.a.:** Abou Mossaab Abdelouadoud **Low quality a.k.a.:** na **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** Locality of Zayane, Town of Meftah, Wilaya of Blida, Algeria **Listed on:** 27 Aug. 2007 (amended on 7 Apr. 2008) **Other information:** Member of The Organization of Al-Qaida in the Islamic Maghreb (listed under permanent reference number QE.T.14.01.). The tribunal at Tizi-Ouzou (Algeria) issued a warrant for his arrest on 15 January 2005 and sentenced him in absentia to life imprisonment on 21 March 2007. Father's full name: Rabah Droukdel. Mother's full name: Z'hour Zdigha. Review pursuant to Security Council resolution 1822 (2008) was concluded on 4 May 2009.

**QI.D.95.03. Name:** 1: LIONEL 2: DUMONT 3: na 4: na

**Title:** na **Designation:** na **DOB:** 21 Jan. 1971 **POB:** Roubaix, France **Good quality a.k.a.: a)** Jacques Brougere **b)** Abu Hamza **c)** Di Karlo Antonio **d)** Merlin Oliver Christian Rene **e)** Arfauni Imad Ben Yousset Hamza **f)** Imam Ben Yussuf Arfaj **g)** Abou Hamza **h)** Arfauni Imad **Low quality a.k.a.: a)** Bilal **b)** Hamza **c)** Koumkal **d)** Kumkal **e)** Merlin **f)** Tinet **g)** Brugere **h)** Dimon **Nationality:** French **Passport no.:** na **National identification no.:** na **Address:** France **Listed on:** 25 Jun. 2003 (amended on 22 Nov. 2004, 26 Nov. 2004, 2 Jul. 2007, 17 Oct. 2007, 24 Mar. 2009, 6 Aug. 2010) **Other information:** In custody in France as of May 2004. Sentenced to 25 years imprisonment in France in 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.D.111.03. Name:** 1: AGUS 2: DWIKARNA 3: na 4: na

**Title:** na **Designation:** na **DOB:** 11 Aug. 1964 **POB:** Makassar, South Sulawesi, Indonesia **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Indonesian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 9 Sep. 2003 (amended on 26 Nov. 2004) **Other information:** Arrested 13 Mar. 2002, sentenced 12 July 2002 in the Philippines. Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010.

**QI.E.169.04. Name:** 1: DHOU 2: EL-AICH 3: na 4: na

**Name (original script):** ذو العيش

**Title:** na **Designation:** na **DOB:** 5 Aug. 1964 **POB:** Blida, Algeria **Good quality a.k.a.:** Abdel Hak **Low quality a.k.a.:** na **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 3 May 2004 (amended on 12 Apr. 2006, 7 Apr. 2008) **Other information:** Reportedly killed in Chad on 8 Mar. 2004. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**QI.E.19.01. Name:** 1: ABDULLAH 2: AHMED 3: ABDULLAH 4: EL ALFI

**Name (original script):** عبد الله احمد عبدالله الالفي

**Title:** na **Designation:** na **DOB:** 6 Jun. 1963 **POB:** Gharbia, Egypt **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Mariam **b)** Al-Masri, Abu Mohamed **c)** Saleh **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 17 Oct. 2001 (amended on 26 Nov. 2004) **Other information:** Afghanistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.E.142.03. Name:** 1: RADI 2: ABD EL SAMIE 3: ABOU EL YAZID 4: EL AYASHI

**Name (original script):** راضي عبد السميع أبواليزيد العياشي

**Title:** na **Designation:** na **DOB:** 2 Jan. 1972 **POB:** El Gharbia, Egypt **Good quality a.k.a.:** na **Low quality a.k.a.:** Mera'i **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** Via Cilea 40, Milan, Italy (Domicile) **Listed on:** 12 Nov. 2003 (amended on 9 Sep. 2005, 21 Dec. 2007, 16 May 2011) **Other information:**

Sentenced to ten years of imprisonment by the Court of first instance of Milan on 21 Sep. 2006. In custody in Italy. Due for release on 6 Jan. 2012. Subject to expulsion from Italy after serving the sentence. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.E.189.05. Name:** 1: AHMED 2: EL BOUHALI 3: na 4: na

**Name (original script):** احمد البهالي

**Title:** na **Designation:** na **DOB:** 31 May 1963 **POB:** Sidi Kacem, Morocco **Good quality a.k.a.:** Abu Katada **Low quality a.k.a.:** na **Nationality:** Moroccan **Passport no.:** na **National identification no.:** na **Address:** vicolo S. Rocco, n. 10 –Casalbuttano, Cremona, Italy **Listed on:** 29 Jul. 2005 (amended on 21 Dec. 2007) **Other information:** Fiscal code: LBHHMD63E31Z330M. Acquitted by the Cremona Court of assizes on 15 Jul. 2006. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.E.7.01. Name:** 1: SOBHI 2: ABDEL AZIZ 3: MOHAMED 4: EL GOHARY ABU SINNA

**Name (original script):** صبحي عبدالعزيز محمد الجوهري ابو سنه

**Title:** na **Designation:** na **DOB:** 17 Jan. 1958 **POB:** El Behira, Egypt **Good quality a.k.a.: a)** Sobhi Abdel Aziz Mohamed Gohary Abou Senah **b)** Mohamed Atef **c)** Sheik Taysir Abdullah **Low quality a.k.a.: a)** Abu Hafs Al Masri **b)** Abu Hafs Al Masri El Khabir **c)** Taysir **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 26 Nov. 2004, 24 Mar. 2009, 13 May 2011) **Other information:** Senior lieutenant to Usama bin Laden (QI.B.8.01.). Confirmed to have died in Pakistan in 2001. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.E.262.08. Name:** 1: REDOUANE 2: EL HABHAB 3: na 4: na

**Title:** na **Designation:** na **DOB:** 20 Dec. 1969 **POB:** Casablanca, Morocco **Good quality a.k.a.:** Abdelrahman **Low quality a.k.a.:** na **Nationality: a)** German **b)** Moroccan **Passport no.:** German passport number 1005552350, issued on 27 Mar. 2001 by Municipality of Kiel, Germany, expiring on 26 Mar. 2011 **National identification no.:** German federal identity card number 1007850441, issued on 27 Mar. 2001 by Municipality of Kiel, Germany, expiring on 26 Mar. 2011 **Address:** lltissstrasse 58, 24143 Kiel, Germany (previous address) **Listed on:** 12 Nov. 2008 (amended on 30 Jan. 2009, 24 Mar. 2009) **Other information:** Arrested in Germany on 6 Jul. 2006. Sentenced to five years and nine months of imprisonment by the Higher Regional Court of Schleswig-Holstein in Germany on 24 Jan. 2008. Currently in prison in Germany.

**QI.E.159.04. Name:** 1: ALI 2: MOHAMED 3: EL HEIT 4: na

**Name (original script):** علي محمد الحيط

**Title:** na **Designation:** na **DOB:** 20 Mar. 1970 **POB:** Rouiba, Algeria **Good quality a.k.a.: a)** Kamel Mohamed, born 30 Jan. 1971 **b)** Kamel Mohamed, born 20 Mar. 1970 in Algeria **Low quality a.k.a.: a)** Alì di Roma **b)** Ali Il Barbuto **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** Number 3 Via Ajraghi, Milan, Italy **Listed on:** 17 Mar. 2004 (amended on 26 Nov. 2004, 12 Apr. 2006, 21 Dec. 2007, 25 Jan. 2010, 16 May 2011) **Other information:** Mother's name is Hamadche Zoulicha. Review pursuant to Security Council resolution 1822 (2008) was concluded on 28 Sep. 2009.

**QI.E.82.02. Name:** 1: MOUNIR 2: EL MOTASSADEQ 3: na 4: na

**Name (original script):** منير المتصدق

**Title:** na **Designation:** na **DOB:** 3 Apr. 1974 **POB:** Marrakesh, Morocco **Good quality a.k.a.:** Mounir el Moutassadeq **Low quality a.k.a.:** na **Nationality:** Moroccan **Passport no.:** Moroccan Passport H 236483 **National identification no.:** Moroccan national identity card E-491591 **Address:** In prison in Germany **Listed on:** 30 Sep. 2002 (amended on 26 Nov. 2004, 7 Sep. 2007, 23 Dec. 2010) **Other information:** Arrested on 28 Nov. 2001 and found guilty in Germany of being an accessory to murder and of membership in a terrorist organization and sentenced to 15 years of imprisonment on 8 Jan. 2007. Father's name is Brahim Brik. Mother's name is Habiba Abbes. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010.

**QI.E.65.02. Name:** 1: ABD EL KADER 2: MAHMOUD 3: MOHAMED 4: EL SAYED

**Name (original script):** عبد القادر محمود محمد السيد

**Title:** na **Designation:** na **DOB:** 26 Dec. 1962 **POB:** Egypt **Good quality a.k.a.: a)** Es Sayed, Kader **b)** Abdel Khader Mahmoud Mohamed el Sayed **Low quality a.k.a.:** na **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 24 Apr. 2002 (amended on 26 Nov. 2004, 7 Jun. 2007, 16 May 2011) **Other information:** Italian Fiscal Code: SSYBLK62T26Z336L. Sentenced to 8 years imprisonment in Italy on 2 February 2004. Considered a fugitive from justice by the Italian authorities. Review pursuant to Security Council

resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.E.64.02. Name:** 1: SAMI 2: BEN KHAMIS 3: BEN SALEH 4: ELSSEID

**Name (original script):** سامي بن خميس بن صالح الصيد

**Title:** na **Designation:** na **DOB:** 10 Feb. 1968 **POB:** Menzel Jemil, Bizerte, Tunisia **Good quality a.k.a.:** Omar El Mouhajer **Low quality a.k.a.:** Saber **Nationality:** Tunisian **Passport no.:** Tunisian passport number K929139, issued on 14 Feb. 1995, expired on 13 Feb. 2000 **National identification no.:** 00319547 issued on 8 Dec. 1994 **Address:** Ibn Al-Haythman Street, Number 6, Manubah, Tunis, Tunisia **Listed on:** 24 Apr. 2002 (amended on 10 Apr. 2003, 26 Nov. 2004, 9 Sep. 2005, 20 Dec. 2005, 7 Jun. 2007, 21 Dec. 2007, 10 Aug. 2009, 23 Dec. 2010) **Other information:** Italian Fiscal Code: SSDSBN68B10Z352F. Mother's name is Beya Al-Saidani. Deported from Italy to Tunisia on 2 Jun. 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.E.96.03. Name:** 1: MOUSSA 2: BEN OMAR 3: BEN ALI 4: ESSAADI

**Name (original script):** موسى بن عمر بن علي السعدي

**Title:** na **Designation:** na **DOB:** 4 Dec. 1964 **POB:** Tabarka, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.:** a) Dah Dah b) Abdelrahmman c) Bechir **Nationality:** Tunisian **Passport no.:** Tunisian passport number L335915, issued on 8 Nov. 1996, expired on 7 Nov. 2001 **National identification no.:** na **Address:** Sudan **Listed on:** 25 Jun. 2003 (amended on 20 Dec. 2005, 17 Oct. 2007, 10 Aug. 2009, 16 May 2011) **Other information:** Considered a fugitive from justice by the Italian authorities (as of Nov. 2009). Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.E.83.02. Name:** 1: ZAKARYA 2: ESSABAR 3: na 4: na

**Name (original script):** زكريا الصبار

**Title:** na **Designation:** na **DOB:** 3 Apr. 1977 **POB:** Essaouria, Morocco **Good quality a.k.a.:** Zakariya Essabar **Low quality a.k.a.:** na **Nationality:** Moroccan **Passport no.:** a) Moroccan passport number M 271351 issued on 24 Oct. 2000 by the Embassy of Morocco in Berlin b) Moroccan passport number K-348486 **National identification no.:** a) Moroccan National Identity number E-189935 b) Moroccan National Identity Card number G-0343089 **Address:** na **Listed on:** 30 Sep. 2002 (amended on 26 Nov. 2004, 10 Jun. 2011) **Other information:** Father's name is Mohamed ben Ahmed. Mother's name is Sfia bent Toubali. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010.

**QI.F.27.01. Name:** 1: MUSTAFA 2: MOHAMED 3: FADHIL 4: na

**Name (original script):** مصطفى محمد فاضل

**Title:** na **Designation:** na **DOB:** a) 23 Jun. 1976 b) 1 Jan. 1976 **POB:** Cairo, Egypt **Good quality a.k.a.:** a) Al Masri, Abd Al Wakil b) Ali, Hassan c) Anis, Abu; d) Elbishy, Moustafa Ali e) Fadil, Mustafa Muhamad f) Fazul, Mustafa g) Mohammed, Mustafa h) Mustafa Ali Elbishy **Low quality a.k.a.:** a) Hussein b) Jihad, Abu c) Khalid d) Man, Nu e) Yussrr, Abu f) Al-Nubi, Abu **Nationality:** Kenyan **Passport no.:** na **National identification no.:** Kenyan ID number 12773667 ; Serial number 201735161 **Address:** na **Listed on:** 17 Oct. 2001 (amended on 2 Jul. 2007, 16 Dec. 2010) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.F.97.03. Name:** 1: RACHID 2: FETTAR 3: na 4: na

**Name (original script):** رشيد فتار

**Title:** na **Designation:** na **DOB:** 16 Apr. 1969 **POB:** Boulogin, Algeria **Good quality a.k.a.:** a) Amine di Napoli b) Amine del Belgio **Low quality a.k.a.:** a) Djaffar b) Taleb c) Abu Chahid **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** 30 Abdul Rahman Street, Mirat Bab Al-Wadi, Algeria **Listed on:** 25 Jun. 2003 (amended on 17 Oct. 2007, 3 Jun. 2009, 16 May 2011) **Other information:** Extradited from Italy to Algeria. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.G.251.08. Name:** 1: SALAH 2: GASMI 3: na 4: na

**Name (original script):** صالح قاسمي

**Title:** na **Designation:** na **DOB:** 13 Apr. 1971 **POB:** Zeribet El Oued, Wilaya (province) of Biskra, Algeria **Good quality a.k.a.:** Abou Mohamed Salah **Low quality a.k.a.:** na **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 3 Jul. 2008 (amended on 24 Mar. 2009) **Other information:** Belongs to the leadership and is a chief propagandist of the Organization of Al-Qaida in the Islamic

Maghreb (listed under permanent reference number QE.T.14.01.). Located in Northern Mali as of Jun. 2008. Mother's name: Yamina Soltane. Father's name: Abdelaziz.

**QI.G.259.08. Name:** 1: FRITZ 2: MARTIN 3: GELOWICZ 4: na
**Title:** na **Designation:** na **DOB:** 1 Sep. 1979 **POB:** Munich, Germany **Good quality a.k.a.: a)** Robert Konars, born 10 Apr. 1979 in Liege, Belgium **b)** Markus Gebert **Low quality a.k.a.: a)** Malik **b)** Benzl **c)** Bentley **Nationality:** German **Passport no.:** German passport number 7020069907 issued in Ulm, Germany , valid until 11 May 2010. **National identification no.:** German Federal Identity Card number 7020783883 issued in Ulm, Germany , expired on 10 Jun. 2008. **Address: a)** In prison in Germany (since Sep. 2007). **b)** Böfinger Weg 20, 89075 Ulm, Germany (previous address) **Listed on:** 27 Oct. 2008 **Other information:** Associated with the Islamic Jihad Union (IJU), also known as the Islamic Jihad Group (listed under permanent reference number QE.I.119.05.) since at least the beginning of 2006. Associated with Daniel Martin Schneider (QI.S.260.08.) and Adem Yilmaz (QI.Y.261.08.). Trained in the manufacture and use of explosives. Arrested on 4 Sep. 2007 in Medebach, Germany, and in detention in Germany since 5 Sep. 2007 (as of Oct. 2008).

**QI.G.28.01. Name:** 1: AHMED 2: KHALFAN 3: GHAILANI 4: na
**Title:** na **Designation:** na **DOB: a)** 14 Mar. 1974 **b)** 13 Apr. 1974 **c)** 14 Apr. 1974 **d)** 1 Aug. 1970 **POB:** Zanzibar, Tanzania **Good quality a.k.a.: a)** Ahmad, Abu Bakr **b)** Ahmed, Abubakar **c)** Ahmed, Abubakar K. **d)** Ahmed, Abubakar Khalfan **e)** Ahmed, Abubakary K. **f)** Ahmed, Ahmed Khalfan **g)** Ali, Ahmed Khalfan **h)** Ghailani, Abubakary Khalfan Ahmed **i)** Ghailani, Ahmed **j)** Ghilani, Ahmad Khalafan **k)** Hussein, Mahafudh Abubakar Ahmed Abdallah **l)** Khalfan, Ahmed **m)** Mohammed, Shariff Omar **n)** Haythem al-Kini **Low quality a.k.a.: a)** Ahmed The Tanzanian **b)** Foopie **c)** Fupi **d)** Ahmed, A **e)** Al Tanzani, Ahmad **f)** Bakr, Abu **g)** Khabar, Abu **Nationality:** Tanzanian **Passport no.:** na **National identification no.:** na **Address:** United States of America **Listed on:** 17 Oct. 2001 (amended on 27 Jul. 2007, 21 Oct. 2010) **Other information:** Apprehended in July 2004 and in custody for trial in the United States of America, as at October 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.G.218.06. Name:** 1: GUN GUN 2: RUSMAN 3: GUNAWAN 4: na
**Title:** na **Designation:** na **DOB:** 6 Jul. 1977 **POB:** Cianjur, West Java, Indonesia **Good quality a.k.a.: a)** Gunawan, Rusman **b)** Abd Al-Hadi **c)** Abdul Hadi **d)** Abdul Karim **e)** Bukhori **f)** Bukhory **Low quality a.k.a.:** na **Nationality:** Indonesian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 21 Apr. 2006 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QI.H.3.01. Name:** 1: SALIM 2: AHMAD 3: SALIM 4: HAMDAN
**Name (original script):** سالم أحمد سالم حمدان
**Title:** na **Designation:** na **DOB:** 1965 **POB: a)** Al-Mukalla, Yemen **b)** AI-Mukala, Yemen **Good quality a.k.a.: a)** Saqr Al-Jaddawi (الكنية صقر الجداوي) **b)** Saqar Al Jadawi **c)** Saqar Aljawadi **d)** Salem Ahmed Salem Hamdan **Low quality a.k.a.:** na **Nationality:** Yemeni **Passport no.:** Yemeni passport number 00385937 **National identification no.:** na **Address: a)** Shari Tunis, Sana'a, Yemen, (previous address) **b)** Located in Yemen since Nov. 2008 **Listed on:** 25 Jan. 2001 (amended on 25 Jul. 2006, 23 Apr. 2007, 30 Jan. 2009, 17 Jul. 2009, 25 Jan. 2010) **Other information:** Driver and private bodyguard to Usama bin Laden (QI.B.8.01) from 1996 until 2001. Transferred from United States custody to Yemen in Nov. 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jul. 2010.

**QI.H.250.08. Name:** 1: ABID 2: HAMMADOU 3: na 4: na
**Name (original script):** عبيد حمادو
**Title:** na **Designation:** na **DOB:** 12 Dec. 1965 **POB:** Touggourt, Wilaya (province) of Ouargla, Algeria **Good quality a.k.a.: a)** Abdelhamid Abou Zeid **b)** Youcef Adel **c)** Abou Abdellah **Low quality a.k.a.:** na **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 3 Jul. 2008 **Other information:** Associated with the Organization of Al-Qaida in the Islamic Maghreb (listed under permanent reference number QE.T.14.01.). Located in Northern Mali as of Jun. 2008. Mother's name: Fatma Hammadou. Father's name: Benabes.

**QI.H.144.03. Name:** 1: MOHAMMAD 2: TAHIR 3: HAMMID 4: na
**Name (original script):** محمد طاهر حامد
**Title:** Imam **Designation:** na **DOB:** 1 Nov. 1975 **POB:** Poshok, Iraq **Good quality a.k.a.:** Abdelhamid Al Kurdi **Low quality a.k.a.:** na **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:**

na **Listed on:** 12 Nov. 2003 (amended on 9 Sep. 2005, 21 Dec. 2007, 16 May 2011) **Other information:** A deportation order was issued by the Italian authorities on 18 Oct. 2004. Considered a fugitive from justice by the Italian authorities as of Sep. 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QI.H.204.05. Name:** 1: ISNILON 2: TOTONI 3: HAPILON 4: na
**Title:** na **Designation:** na **DOB: a)** 18 Mar. 1966 **b)** 10 Mar. 1967 **POB:** Bulanza, Lantawan, Basilan, the Philippines **Good quality a.k.a.: a)** Isnilon Hapilun **b)** Isnilun Hapilun **c)** Abu Musab **d)** Salahudin **e)** Tuan Isnilon **Low quality a.k.a.:** na **Nationality:** Filipino **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 6 Dec. 2005 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QI.H.268.09. Name:** 1: ABDUL 2: HAQ 3: na 4: na
**Title:** na **Designation:** na **DOB:** 10 Oct. 1971 **POB:** Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China **Good quality a.k.a.: a)** Maimaitiming Maimaiti **b)** Abdul Heq **c)** Abuduhake **d)** Abdulheq Jundullah **e)** 'Abd Al-Haq **f)** Memetiming Memeti **g)** Memetiming Aximu **h)** Memetiming Qekeman **i)** Maiumaitimin Maimaiti **j)** Abdul Saimaiti **k)** Muhammad Ahmed Khaliq **Low quality a.k.a.: a)** Maimaiti Iman **b)** Muhelisi **c)** Qerman **d)** Saifuding **Nationality:** Chinese **Passport no.:** na **National identification no.:** Chinese national identity card number 653225197110100533 **Address:** na **Listed on:** 15 Apr. 2009 **Other information:** Location (as at Apr. 2009): Pakistan. Overall leader and commander of the Eastern Turkistan Islamic Movement (listed under permanent reference number QE.E.88.02.). Involved in fundraising and recruitment for this organization.

**QI.H.269.09. Name:** 1: BEKKAY 2: HARRACH 3: na 4: na
**Title:** na **Designation:** na **DOB:** 4 Sep. 1977 **POB:** Berkane, Morocco **Good quality a.k.a.: a)** Abu Talha al Maghrabi **b)** al Hafidh Abu Talha der Deutsche ("the German") **Low quality a.k.a.:** na **Nationality:** German **Passport no.:** German passport number 5208116575 issued in Bonn valid until 7 Sep. 2013 **National identification no.: a)** German national identity card number (Bundespersonalausweis Nr.) 5209243072, issued in Bonn, Germany, valid until 7 Sep. 2013 **b)** German driving licence number J17001W6Z12, issued in Bonn, Germany **Address:** na **Listed on:** 27 May 2009 **Other information:** Believed to be in the Afghanistan/Pakistan border area (as at Apr. 2009). Member of Al-Qaida (QE.A.4.01.), reportedly since at least March 2007.

**QI.H.16.01. Name:** 1: NASR 2: FAHMI 3: NASR 4: HASSANNEIN
**Name (original script):** نصر فهمي نصر حسنين
**Title:** na **Designation:** na **DOB:** 30 Oct. 1962 **POB:** Cairo, Egypt **Good quality a.k.a.:** Muhammad Salah **Low quality a.k.a.:** Naser Fahmi Naser Hussein **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 6 Oct. 2001 (amended on 26 Nov. 2004, 16 May 2011) **Other information:** Reportedly deceased. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.H.88.03. Name:** 1: GULBUDDIN 2: HEKMATYAR 3: na 4: na
**Name (original script):** گلبدین حکمتیار
**Title:** na **Designation:** na **DOB:** 1 Aug. 1949 **POB:** Kunduz Province, Afghanistan **Good quality a.k.a.: a)** Gulabudin Hekmatyar **b)** Golboddin Hikmetyar **c)** Gulbuddin Khekmatyar **d)** Gulbuddin Hekmatiar **e)** Gulbuddin Hekhmartyar **f)** Gulbudin Hekmetyar **Low quality a.k.a.:** na **Nationality:** Afghan **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 20 Feb. 2003 (amended on 16 May 2011) **Other information:** Belongs to the Kharoti tribe. Believed to be in the Afghanistan/Pakistan border area as at Jan. 2011. Father's name is Ghulam Qader. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QI.H.29.01. Name:** 1: RI'AD 2: MUHAMMAD HASAN 3: MUHAMMAD 4: HIJAZI
**Name (original script):** رياض محمد حسن محمد الحجازي
**Title:** na **Designation:** na **DOB:** 30 Dec. 1968 **POB:** California, United States of America **Good quality a.k.a.: a)** Hijazi, Raed M. **b)** Al-Hawen, Abu-Ahmad **c)** Al-Shahid, Abu-Ahmad **d)** Raed Muhammad Hasan Muhammad Hijazi **Low quality a.k.a.: a)** Al-Maghribi, Rashid (The Moroccan) **b)** Al-Amriki, Abu-Ahmad (The American) **Nationality:** Jordanian **Passport no.:** na **National identification no.: a)** United States Social Security Number: 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 b) National number 9681029476 **Address:** na **Listed on:** 17 Oct. 2001 (amended on 10 Apr. 2003, 16 May 2011) **Other information:** In custody in Jordan as at Mar. 2010. Father's name is Mohammad Hijazi. Mother's name is Sakina. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.H.221.06. Name:** 1: JAMAL 2: HOUSNI 3: na 4: na

**Name (original script):** جمال حسني

**Title:** na **Designation:** na **DOB:** 22 Feb. 1983 **POB:** Morocco **Good quality a.k.a.: a)** Djamel Il marocchino **b)** Jamal Al Maghrebi **c)** Hicham **Low quality a.k.a.:** na **Nationality:** na **Passport no.:** na **National identification no.:** na **Address: a)** Via Uccelli di Nemi n. 33, Milan b) via F. De Lemene n. 50, Milan **Listed on:** 2 Aug. 2006 (amended on 1 Sep. 2009) **Other information:** He is subject to Tribunale di Milano Custody Order n. 5236/02 R.G.N.R of 25 Nov. 2003 1511/02 R.G.GIP. Convicted and sentenced on 21 Sep. 2006 to seven years of detention by the Milan Assizes Court, Italy, for belonging to a criminal association with terrorist aims and receiving stolen goods. The sentence was confirmed on 17 Jul. 2007 by the Milan Assizes Appeal Court. In custody as at 16 Jun. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 Jul. 2009.

**QI.H.10.01. Name:** 1: ZAYN 2: AL-ABIDIN 3: MUHAMMAD 4: HUSSEIN

**Name (original script):** زين العابدين محمد حسين

**Title:** na **Designation:** na **DOB:** 12 Mar. 1971 **POB:** Riyadh, Saudi Arabia **Good quality a.k.a.: a)** Abd Al-Hadi Al-Wahab **b)** Zain Al-Abidin Muhammad Husain **c)** Zayn Al-Abidin Muhammad Husayn **d)** Zeinulabideen Muhammed Husein Abu Zubeidah **Low quality a.k.a.: a)** Abu Zubaydah **b)** Abu Zubaida **c)** Tariq Hani **Nationality:** Palestinian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 10 Apr. 2003, 25 Jul. 2006, 23 Apr. 2007, 18 Jul. 2007, 27 Jul. 2007, 17 Jul. 2009, 16 Dec. 2010) **Other information:** Close associate of Usama bin Laden (QI.B.8.01) and facilitator of terrorist travel. In custody of the United States of America as at Jul. 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.H.195.05. Name:** 1: AL SAYYID 2: AHMED 3: FATHI 4: HUSSEIN ELIWAH

**Name (original script):** السيد احمد فتحي حسين عليوة

**Title:** na **Designation:** na **DOB: a)** 30 Jul. 1964 **b)** 30 Jan. 1964 **POB: a)** Suez b) Alexandria, Egypt **Good quality a.k.a.: a)** Al Sayyid Ahmed Fathi Hussein Eliwa **b)** Al Sayyid Ahmed Fathi Hussein Alaiwah **c)** Al Sayyid Ahmed Fathi Hussein Elaiwa **d)** Al Sayyid Ahmed Fathi Hussein Ilewah **e)** Al Sayyid Ahmed Fathi Hussein Alaywah **f)** El Sayed Ahmad Fathi Hussein Elaiwa **g)** Hatim **h)** Hisham **i)** Abu Umar **Low quality a.k.a.:** na **Nationality:** Egyptian **Passport no.:** United Kingdom passport number RP0185179 issued on 11 Sep. 2001, expires on 11 Sep. 2011 (in the name of Al-Sayyid Ilewah) **National identification no.:** na **Address:** United Kingdom **Listed on:** 29 Sep. 2005 (amended on 6 Oct. 2005, 18 Aug. 2006) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.I.67.02. Name:** 1: MOSTAFA 2: KAMEL 3: MOSTAFA 4: IBRAHIM

**Name (original script):** مصطفى كمال مصطفى ابراهيم

**Title:** na **Designation:** na **DOB:** 15 Apr. 1958 **POB:** Alexandria, Egypt **Good quality a.k.a.: a)** Mustafa Kamel Mustafa **b)** Adam Ramsey Eaman **c)** Kamel Mustapha Mustapha **d)** Mustapha Kamel Mustapha **e)** Abu Hamza **f)** Mostafa Kamel Mostafa **Low quality a.k.a.: a)** Abu Hamza Al-Masri **b)** Al-Masri, Abu Hamza **c)** Al-Misri, Abu Hamza **Nationality:** British **Passport no.:** na **National identification no.:** na **Address: a)** 9 Aldbourne Road, Shepherds Bush, London, W12 OLW, United Kingdom **b)** 8 Adie Road, Hammersmith, London, W6 OPW, United Kingdom **Listed on:** 24 Apr. 2002 (amended on 26 Nov. 2004, 25 Jul. 2006, 14 Mar. 2008, 21 Oct. 2010) **Other information:** In detention in the United Kingdom as at November 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010.

**QI.I.87.03. Name:** 1: NURJAMAN 2: RIDUAN 3: ISAMUDDIN 4: na

**Title:** na **Designation:** na **DOB:** 4 Apr. 1964 **POB:** Cianjur, West Java, Indonesia **Good quality a.k.a.: a)** Hambali **b)** Nurjaman **c)** Isomuddin, Nurjaman Riduan **d)** Hambali Bin Ending **e)** Encep Nurjaman (birth name) **f)** Hambali Ending Hambali **g)** Isamuddin Riduan **h)** Isamudin Ridwan **Low quality a.k.a.:** na **Nationality:** Indonesian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 28 Jan. 2003 (amended on 2 Jul. 2007, 27 Jul. 2007, 16 May 2011) **Other information:** Senior leader of Jemaah Islamiyah (QE.J.92.02.). Brother of Gun Gun Rusman Gunawan (QI.G.218.06.). In custody of the United States of America, as of July 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 Apr. 2010.

**QI.J.240.08. Name:** 1: NAJMIDDIN 2: KAMOLITDINOVICH 3: JALOLOV 4: na

**Name (original script):** Жалолов Нажмиддин Камолитдинович

**Title:** na **Designation:** na **DOB:** 1972 **POB:** Andijan Region, Uzbekistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Uzbek **Passport no.:** na **National identification no.:** na **Address:** S. Jalilov Street 14,

Khartu, Andijan Region, Uzbekistan **Listed on:** 21 Apr. 2008 **Other information:** One of the leaders of the Islamic Jihad Group (listed under permanent reference number QE.I.119.05.). Has undertaken special training on mines and explosives at Al-Qaida camps. Has participated in military operations in Afghanistan and Pakistan on the Taliban side. Was one of the organizers of the terrorist attacks committed in Uzbekistan in 1999 and 2004. Criminal proceedings were instituted against him in March 1999 in accordance with the following articles of the Criminal Code of the Republic of Uzbekistan: Articles 154 (Mercenary), 155 (Terrorism), 156 (Incitement of Ethic, Racial or Religious Hatred), 159 (Attempts to Constitutional Order of Uzbekistan), 242 (Organization of Criminal Community) and 244 (Failure to Report about Crime or Concealment thereof). An order for his arrest has been issued. Review pursuant to Security Council resolution 1822 (2008) was concluded on 4 May 2009.

**QI.J.180.04. Name:** 1: KHADAFI 2: ABUBAKAR 3: JANJALANI 4: na
**Title:** na **Designation:** na **DOB:** 3 Mar. 1975 **POB:** Isabela, Basilan, Philippines **Good quality a.k.a.: a)** Khadafy Janjalani **b)** Khaddafy Abubakar Janjalani **c)** Abu Muktar **Low quality a.k.a.:** na **Nationality:** Filipino **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 22 Dec. 2004 (amended on 23 Feb. 2009) **Other information:** Reportedly deceased in 2006. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.J.99.03. Name:** 1: KHALIL 2: BEN AHMED 3: BEN MOHAMED 4: JARRAYA
**Name (original script):** خليل بن احمد بن محمد جراية
**Title:** na **Designation:** na **DOB:** 8 Feb. 1969 **POB:** Sfax, Tunisia **Good quality a.k.a.: a)** Khalil Yarraya **b)** Ben Narvan Abdel Aziz, born 15 Aug. 1970 in Sereka, former Yugoslavia **c)** Abdel Aziz Ben Narvan, born 15 Aug. 1970 in Sereka, former Yugoslavia **Low quality a.k.a.: a)** Amro **b)** Omar **c)** Amrou **d)** Amr **Nationality:** Tunisian **Passport no.:** Tunisian passport number K989895, issued on 26 Jul. 1995 in Genoa, Italy, expired on 25 Jul. 2000 **National identification no.:** na **Address:** Nuoro, Italy **Listed on:** 25 Jun. 2003 (amended on 26 Nov. 2004, 20 Dec. 2005, 17 Oct. 2007, 16 Sep. 2008, 24 Mar. 2009, 10 Aug. 2009, 6 Aug. 2010) **Other information:** Detained in Italy since 9 Aug. 2008 for his implication in a case related to terrorism. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.J.100.03. Name:** 1: MOUNIR 2: BEN HABIB 3: BEN AL-TAHER 4: JARRAYA
**Name (original script):** منير بن الحبيب بن الطاهر جراية
**Title:** na **Designation:** na **DOB:** 25 Oct. 1963 **POB:** Sfax, Tunisia **Good quality a.k.a.:** Mounir Jarraya, born 15 Oct. 1963 in Tunisia **Low quality a.k.a.:** Yarraya **Nationality:** Tunisian **Passport no.:** Tunisian passport number L065947, issued on 28 Oct. 1995, expired on 27 Oct. 2000 **National identification no.:** na **Address:** Via Ariosto Number 8, Casalecchio di Reno (Bologna), Italy **Listed on:** 25 Jun. 2003 (amended on 20 Dec. 2005, 17 Oct. 2007, 16 May 2011) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.J.41.01. Name:** 1: ALI 2: AHMED 3: NUR 4: JIM'ALE
**Name (original script):** علي احمد نور جمالي
**Title:** Sheikh **Designation:** na **DOB:** 1954 **POB:** Somalia **Good quality a.k.a.: a)** Ahmed Ali Jimale **b)** Ahmad Nur Ali Jim'ale **c)** Ahmed Nur Jumale **d)** Ahmed Ali Jumali **e)** Ahmed Ali Jumale **f)** Sheikh Ahmed Jimale **g)** Ahmad Ali Jimale **h)** Shaykh Ahmed Nur Jimale **Low quality a.k.a.:** na **Nationality:** Somali **Passport no.:** Somali Democratic Republic passport number A0181988, issued 1 Oct. 2001 in Dubai, United Arab Emirates, and renewed 24 Jan. 2008 in Djibouti, expires 23 Jan. 2011 **National identification no.:** na **Address:** Djibouti, Republic of Djibouti (since May 2007) **Listed on:** 9 Nov. 2001 (amended on 26 Nov. 2004, 21 Dec. 2007, 23 Mar. 2009, 16 May 2011) **Other information:** Associated with Al-Itihaad Al-Islamiya (AIAI) (QE.A.2.01.). Profession: Accountant and businessman. Father's name is Ali Jumale, mother's name is Enab Raghe. Founder of the Barakaat network of companies including the Barakaat Group of Companies (QE.B.37.01.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 7 Jul. 2010.

**QI.J.79.02. Name:** 1: WA'EL 2: HAMZA 3: ABD AL-FATAH 4: JULAIDAN
**Name (original script):** وائل حمزه عبدالفتاح جليدان
**Title:** na **Designation:** na **DOB: a)** 22 Jan. 1958 **b)** 20 Jan. 1958 **POB:** Al-Madinah, Saudi Arabia **Good quality a.k.a.: a)** Wa'il Hamza Julaidan **b)** Wa'el Hamza Jalaidan **c)** Wa'il Hamza Jalaidan **d)** Wa'el Hamza Jaladin **e)** Wa'il Hamza Jaladin **f)** Wail H.A. Jlidan **Low quality a.k.a.:** Abu Al-Hasan Al Madani **Nationality:** Saudi Arabian **Passport no.: a)** Saudi Arabian passport number A-992535 **b)** Passport number B 524420, issued on 15 Jul. 1998 , expired on 22 May 2003 **National identification no.:** na **Address:** na **Listed on:** 11 Sep. 2002 (amended on 23 Apr. 2007, 23 Dec. 2010) **Other information:** Executive Director of Rabita Trust

(QE.R.21.01.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010.

**QI.J.114.03. Name:** 1: SALIM Y SALAMUDDIN 2: JULKIPLI 3: na 4: na
**Title:** na **Designation:** na **DOB:** 20 Jun. 1967  **POB:** Tulay, Jolo Sulu, Philippines  **Good quality a.k.a.: a)** Kipli Sali **b)** Julkipli Salim  **Low quality a.k.a.:** na  **Nationality:** Filipino  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 9 Sep. 2003 (amended on 23 Feb. 2009)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010.

**QI.K.50.01. Name:** 1: ABDULLAHI 2: HUSSEIN 3: KAHIE 4: na
**Name (original script):** عبد الله حسين كاحي
**Title:** na **Designation:** na **DOB:** 20 Sep. 1959  **POB:** Mogadishu, Somalia  **Good quality a.k.a.:** na  **Low quality a.k.a.:** na  **Nationality:** Norwegian  **Passport no.: a)** Norwegian passport number 26941812, issued on 23 Nov. 2008  **b)** Norwegian passport number 27781924, issued on 11 May 2010 valid until 11 May 2020  **National identification no.:** Norwegian national identification number 22095919778  **Address:** 26 Urtegata Street, Oslo, 0187, Norway  **Listed on:** 9 Nov. 2001 (amended on 16 May 2011)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QI.K.72.02. Name:** 1: MEHDI 2: BEN MOHAMED 3: BEN MOHAMED 4: KAMMOUN
**Name (original script):** المهدي بن محمد بن محمد كمون
**Title:** na **Designation:** na **DOB:** 3 Apr. 1968  **POB:** Tunis, Tunisia  **Good quality a.k.a.:** na  **Low quality a.k.a.:** Salmane  **Nationality:** Tunisian  **Passport no.:** Tunisian passport number M307707, issued on 12 Apr. 2000, expired on 11 Apr. 2005  **National identification no.:** na  **Address:** Via Masina Number 7, Milan, Italy  **Listed on:** 3 Sep. 2002 (amended on 20 Dec. 2005, 7 Jun. 2007, 23 Dec. 2010)  **Other information:** Italian Fiscal Code: KMMMHD68D03Z352N. Deported from Italy to Tunisia on 22 July 2005. Serving an eight-year prison term in Tunisia for membership of a terrorist organization abroad as at Jan. 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.K.284.10. Name:** 1: MOHAMMAD 2: ILYAS 3: KASHMIRI 4: na
**Name (original script):** محمد الياس كشميرى
**Title:** Mufti  **Designation:** na **DOB: a)** 2 Jan. 1964   **b)** 10 Feb. 1964  **POB:** Bhimber, Samahani Valley, Pakistan-administered Kashmir  **Good quality a.k.a.:** Muhammad Ilyas Kashmiri  **Low quality a.k.a.: a)** Elias al-Kashmiri **b)** Ilyas, Naib Amir  **Nationality:** na  **Passport no.:** na  **National identification no.:** na  **Address:** Thathi Village, Samahni, Bhimber District, Pakistan-administered Kashmir  **Listed on:** 6 Aug. 2010  **Other information:** Mohammad Ilyas Kashmiri is the commander of Harakat-ul Jihad Islami (QE.H.130.10.) and provides support to Al-Qaida (QE.A.4.01) operations. This individual has two titles: a) Mufti b) Maulana

**QI.K.135.03. Name:** 1: DAWOOD 2: IBRAHIM 3: KASKAR 4: na
**Title:** Sheikh  **Designation:** na **DOB:** 26 Dec. 1955  **POB: a)** Bombai  **b)** Ratnagiri, India  **Good quality a.k.a.: a)** Dawood Ebrahim **b)** Sheikh Dawood Hassan **c)** Abdul Hamid Abdul Aziz **d)** Anis Ibrahim **e)** Aziz Dilip **f)** Daud Hasan Shaikh Ibrahim Kaskar **g)** Daud Ibrahim Memon Kaskar **h)** Dawood Hasan Ibrahim Kaskar **i)** Dawood Ibrahim Memon **j)** Dawood Sabri **k)** Kaskar Dawood Hasan **l)** Shaikh Mohd Ismail Abdul Rehman **m)** Dowood Hassan Shaikh Ibrahim  **Low quality a.k.a.: a)** Ibrahim Shaikh Mohd Anis **b)** Shaikh Ismail Abdul **c)** Hizrat  **Nationality:** Indian  **Passport no.: a)** Indian passport number A-333602 issued in Bombay, India, issued on 4 Jun. 1985 (passport subsequently revoked by the Government of India)  **b)** Indian passport number M110522 issued in Bombay, issued on 13 Nov. 1978  **c)** Indian passport number R841697 issued in Bombay, issued on 26 Nov. 1981  **d)** Indian passport number F823692 (JEDDAH) issued by CGI in Jeddah, issued on 2 Sep. 1989  **e)** Indian passport number A501801 (BOMBAY), issued on 26 Jul. 1985   **f)** Indian passport number K560098 (BOMBAY), issued on 30 Jul. 1975  **g)** Passport number V57865 (BOMBAY), issued on 3 Oct. 1983  **h)** Passport number P537849 (BOMBAY), issued on 30 Jul. 1979  **i)** Passport number A717288 (MISUSE) issued in Dubai, issued on 18 Aug. 1985  **j)** Pakistani passport number G866537 (MISUSE) issued in Rawalpindi, issued on 12 Aug. 1991  **k)** Passport number C-267185 issued in Karachi in Jul.1996  **l)** Passport number H-123259 issued in Rawalpindi in Jul. 2001  **m)** Passport number G-869537 issued in Rawalpindi  **n)** Passport number KC-285901  **National identification no.:** na  **Address: a)** Karachi/Pakistan, White House, Near Saudi Mosque, Clifton  **b)** House Nu 37 - 30th Street - defence, Housing Authority Karachi Pakistan  **c)** Palatial bungalow in the hilly area of Noorabad in Karachi  **d)** Property at Margalla Raod F 6/2 Street no. 22, House number 29 in Karachi  **Listed on:** 3 Nov. 2003 (amended on 21 Mar. 2006, 25 Jul. 2006, 2 Jul. 2007, 11 Mar. 2010)  **Other information:** International arrest warrant issued by the Government of India. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010.

**QI.K.115.03. Name:** 1: ABDUL MANAF 2: KASMURI 3: na 4: na
**Title:** na **Designation:** na **DOB:** 28 May 1955 **POB:** Selangor, Malaysia **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Muhammad Al-Filipini **b)** Intan **Nationality:** Malaysian **Passport no.:** A 9226483 **National identification no.:** 550528-10-5991 **Address:** Klang. Selangor, Malaysia **Listed on:** 9 Sep. 2003 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.K.214.06. Name:** 1: ABDULBAQI 2: MOHAMMED 3: KHALED 4: na
**Name (original script):** عبد الباقي محمد خالد
**Title:** na **Designation:** na **DOB:** 18 Aug. 1957 **POB:** Tripoli, Libyan Arab Jamahiriya **Good quality a.k.a.: a)** Abul Baki Mohammed Khaled **b)** Abd' Al-Baki Mohammed **c)** Abul Baki Khaled **d)** Abu Khawla **Low quality a.k.a.:** na **Nationality:** British **Passport no.:** na **National identification no.:** na **Address:** Birmingham, United Kingdom **Listed on:** 7 Feb. 2006 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Dec. 2009.

**QI.K.158.04. Name:** 1: ABDERRAHMANE 2: KIFANE 3: na 4: na
**Name (original script):** عبد الرحمن كيفان
**Title:** na **Designation:** na **DOB:** 7 Mar. 1963 **POB:** Casablanca, Morocco **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Moroccan **Passport no.:** na **National identification no.:** na **Address:** Number 25 Via Padre Massimiliano Kolbe – Sant' Anastasia (NA), Italy **Listed on:** 17 Mar. 2004 (amended on 26 Nov. 2004, 9 Sep. 2005, 21 Dec. 2007, 25 Jan. 2010, 16 May 2011) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 30 Jul. 2009.

**QI.K.73.02. Name:** 1: SAMIR 2: ABD EL LATIF 3: EL SAYED 4: KISHK
**Name (original script):** سمير عبد اللطيف السيد كشك
**Title:** na **Designation:** na **DOB:** 14 May 1955 **POB:** Gharbia, Egypt **Good quality a.k.a.:** Samir Abdellatif el Sayed Keshk **Low quality a.k.a.:** na **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 3 Sep. 2002 (amended on 26 Nov. 2004, 7 Jun. 2007, 16 May 2011) **Other information:** Deported from Italy to Egypt on 2 July 2003. Review pursuant to Security Council resolution 1822 (2008) was concluded on 16 Jul. 2010.

**QI.L.190.05. Name:** 1: ABDELKADER 2: LAAGOUB 3: na 4: na
**Name (original script):** عبد القادر لاغوب
**Title:** na **Designation:** na **DOB:** 23 Apr. 1966 **POB:** Casablanca, Morocco **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Moroccan **Passport no.:** na **National identification no.:** na **Address:** via Europa, 4 – Paderno Ponchielli, Cremona, Italy **Listed on:** 29 Jul. 2005 (amended on 21 Dec. 2007) **Other information:** Fiscal code: LGBBLK66D23Z330U. Acquitted by the Cremona Court of assizes on 15 Jul. 2006 and released the same day. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QI.L.30.01. Name:** 1: MUFTI 2: RASHID 3: AHMAD 4: LADEHYANOY
**Title:** na **Designation:** na **DOB:** na **POB:** na **Good quality a.k.a.: a)** Ludhianvi, Mufti Rashid Ahmad **b)** Armad, Mufti Rasheed **c)** Wadehyanoy, Mufti Rashid Ahmad **Low quality a.k.a.:** na **Nationality:** Pakistani **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 17 Oct. 2001 (amended on 16 May 2011) **Other information:** Founder of Al-Rashid Trust (QE.A.5.01). Reportedly deceased in Pakistan on 18 Feb. 2002. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.L.264.08. Name:** 1: ZAKI-UR-REHMAN 2: LAKHVI 3: na 4: na
**Title:** na **Designation:** na **DOB:** 30 Dec. 1960 **POB:** Okara, Pakistan **Good quality a.k.a.: a)** Zakir Rehman Lakvi **b)** Zaki Ur-Rehman Lakvi **c)** Kaki Ur-Rehman **d)** Zakir Rehman **e)** Abu Waheed Irshad Ahmad Arshad **Low quality a.k.a.:** Chachajee **Nationality:** Pakistani **Passport no.:** na **National identification no.:** Pakistani national identification number 61101-9618232-1 **Address: a)** Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan, (location as at May 2008) **b)** Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan, (previous location) **Listed on:** 10 Dec. 2008 **Other information:** Chief of operations of Lashkar-e-Tayyiba (listed under permanent reference number QE.L.118.05.).

**QI.L.247.08. Name:** 1: RUBEN 2: PESTANO 3: LAVILLA, JR 4: na

**Title:** Sheik **Designation:** na **DOB:** 4 Oct. 1972 **POB:** Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo, Philippines **Good quality a.k.a.: a)** Reuben Lavilla **b)** Sheik Omar **c)** Mile D Lavilla **d)** Reymund Lavilla **e)** Ramo Lavilla **f)** Mike de Lavilla **g)** Abdullah Muddaris **h)** Ali Omar **i)** Omar Lavilla **j)** Omar Labella **Low quality a.k.a.: a)** So **b)** Eso **c)** Junjun **Nationality:** Filipino **Passport no.: a)** Filipino passport number MM611523 (2004) **b)** Filipino passport number EE947317 (2000-2001) **c)** Filipino passport number P421967 (1995-1997) **National identification no.:** na **Address: a)** 10th Avenue, Caloocan City, Philippines **b)** Sitio Banga Maiti, Barangay Tranghawan, Lamunao, Barangay Tranghawan, Lamunao, Iloilo, Philippines, (previous) **Listed on:** 4 Jun. 2008 (amended on 16 Sep. 2008) **Other information:** Spiritual leader of the Rajah Solaiman Movement (listed under permanent reference number QE.R.128.08.). Associated with Khadafi Abubakar Janjalani (listed under permanent reference number QI.J.180.04.) and the International Islamic Relief Organization, Philippines, branch offices (listed under permanent reference number QE.I.126.06.). Actively involved in funding and recruitment activities for the Rajah Solaiman Movement. Former chemical engineering student (University of the Philippines Visayas campus) and former overseas Filipino worker in Saudi Arabia. Arrested in Bahrain in Jul. 2008. In custody of the Philippines as of 30 Aug. 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010.

**QI.L.155.04. Name:** 1: DJAMEL 2: LOUNICI 3: na 4: na

**Name (original script):** جمال لونيسي

**Title:** na **Designation:** na **DOB:** 1 Feb. 1962 **POB:** Algiers, Algeria **Good quality a.k.a.:** Jamal Lounici **Low quality a.k.a.:** na **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** Algeria **Listed on:** 16 Jan. 2004 (amended on 7 Apr. 2008, 2 Dec. 2008, 30 Jan. 2009, 16 May 2011) **Other information:** Father's name is Abdelkader. Mother's name is Johra Birouh. Returned from Italy to Algeria where he resides since Nov. 2008. Son in law of Othman Deramchi (QI.D.164.04). Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**QI.M.116.03. Name:** 1: AMRAN 2: MANSOR 3: na 4: na

**Title:** na **Designation:** na **DOB:** 25 May 1964 **POB:** Johor, Malaysia **Good quality a.k.a.:** na **Low quality a.k.a.:** Henry **Nationality:** Malaysian **Passport no.:** A 10326821 **National identification no.:** 640525-01-5885 **Address:** Kg. Sg. Tiram, Johor, Malaysia **Listed on:** 9 Sep. 2003 (amended on 25 Jan. 2010) **Other information:** Released from detention and believed to be in Indonesia. Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Jun. 2009.

**QI.M.286.10. Name:** 1: HAKIMULLAH 2: MEHSUD 3: na 4: na

**Name (original script):** حكيم الله محسود

**Title:** na **Designation:** na **DOB:** Approximately 1979 **POB:** Pakistan **Good quality a.k.a.:** Hakeemullah Mehsud **Low quality a.k.a.:** Zulfiqar **Nationality:** Pakistani **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 21 Oct. 2010 **Other information:** Reportedly born in South Waziristan, Pakistan, and believed to be residing in Pakistan. Leader of Tehrik-i-Taliban Pakistan (not listed), an organization based in the tribal areas along the Afghanistan/Pakistan border.

**QI.M.102.03. Name:** 1: FETHI 2: BEN AL-RABEI 3: BEN ABSHA 4: MNASRI

**Name (original script):** فتحي بن الربيعي بن عبشة المنصري

**Title:** na **Designation:** na **DOB:** 6 Mar. 1969 **POB:** Al-Sanadil Farm, Nefza, Governorate of Baja, Tunisia **Good quality a.k.a.: a)** Mnasri Fethi ben Rebai, born 6 Mar. 1963 in Tunisia **b)** Mnasri Fethi ben Rebai, born 3 Jun. 1969 in Algeria **c)** Mnasri Fethi ben al-Rabai, born 6 Mar. 1969 in Algeria **d)** Mnasri Fethi ben Rebaj, born 6 Mar. 1963 in Tunisia **e)** Fethi Alic **Low quality a.k.a.: a)** Amor **b)** Abu Omar **c)** Omar Tounsi **d)** Amar **Nationality:** Tunisian **Passport no.:** Tunisian passport number L 497470 issued on 3 Jun. 1997, expired on 2 Jun. 2002 **National identification no.:** na **Address:** Birmingham, United Kingdom **Listed on:** 25 Jun. 2003 (amended on 20 Dec. 2005, 31 Jul. 2006, 17 Oct. 2007, 17 Nov. 2009, 21 Oct. 2010, 16 Dec. 2010) **Other information:** Mother's name is Fatima Balayish. Review pursuant to Security Council resolution 1822 (2008) was concluded on 16 Jul. 2010.

**QI.M.206.05. Name:** 1: IBRAHIM 2: MOHAMED KHALIL 3: na 4: na

**Name (original script):** ابراهيم محمد خليل

**Title:** na **Designation:** na **DOB:** 2 Jul. 1975 **POB:** Mosul, Iraq **Good quality a.k.a.: a)** Khalil Ibrahim Jassem, born 2 May 1972 in Baghdad, Iraq **b)** Khalil Ibrahim Mohammad, born 3 Jul. 1975 in Mosul, Iraq **c)** Khalil Ibrahim Al Zafiri, born 1972 **d)** Khalil, born 2 May 1975 **Low quality a.k.a.:** na **Nationality:** Iraqi **Passport no.:** German travel document ("Reiseausweise") A 0003900 **National identification no.:** na **Address:** Frankenthal prison,

Germany **Listed on:** 6 Dec. 2005 (amended on 25 Jan. 2010) **Other information:** In detention in Germany since Jan. 2005. Sentenced for membership in a terrorist organization and attempted organized fraud to 7 years of imprisonment in Germany on 6 Dec. 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 5 Oct. 2009.

**QI.M.33.01. Name:** 1: FAZUL 2: ABDULLAH 3: MOHAMMED 4: na

**Name (original script):** فاضل عبد الله محمد

**Title:** na **Designation:** na **DOB: a)** 25 Dec. 1974 **b)** 25 Feb. 1974 **c)** 1976 **d)** Feb. 1971 **e)** 25 Aug. 1972 **POB:** Moroni, Comoros Islands **Good quality a.k.a.: a)** Abdalla, Fazul **b)** Adballah, Fazul **c)** Ali, Fadel Abdallah Mohammed **d)** Fazul, Abdalla **e)** Fazul, Abdallah **f)** Fazul, Abdallah Mohammed **g)** Fazul, Haroon **h)** Fazul, Harun **i)** Haroun, Fadhil **j)** Mohammed, Fazul **k)** Mohammed, Fazul Abdilahi **l)** Mohammed, Fouad **m)** Muhamad, Fadil Abdallah **n)** Abdullah Fazhl **o)** Fazhl Haroun **p)** Fazil Haroun **q)** Faziul Abdallah **r)** Fazul Abdalahi Mohammed **s)** Haroun Fazil **t)** Harun Fazul **u)** Khan Fazhl **v)** Farun Fahhl **w)** Harun Fahhl **x)** Abdulah Mohamed Fadl **y)** Fadil Abdallah Muhammad **z)** Abdallah Muhammad Fadhul **aa)** Fedel Abdullah Mohammad Fazul **ab)** Fadl Allah Abd Allah **ac)** Haroon Fadl Abd Allah **ad)** Mohamed Fadl **Low quality a.k.a.: a)** Abu Aisha **b)** Abu Seif Al Sudani **c)** Haroon **d)** Harun **e)** Abu Luqman **f)** Haroun **g)** Harun Al-Qamry **h)** Abu Al-Fazul Al-Qamari **i)** Haji Kassim Fumu **j)** Yacub **Nationality:** Comorian **Passport no.:** Reported to possess multiple fraudulent Kenyan and Comorian passports. **National identification no.:** na **Address: a)** Reported to operate in Southern Somalia as of Nov. 2007 **b)** Kenya **Listed on:** 17 Oct. 2001 (amended on 2 Jul. 2007, 21 Dec. 2007, 16 May 2011) **Other information:** Senior operative of Al-Qaida (QE.A.4.01) in charge of Al-Qaida in East Africa as of 2009. Believed to have been involved in the attacks on the United States embassies in Nairobi and Dar es Salaam in August 1998, and further attacks in Kenya in 2002. Has reportedly undergone plastic surgery. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.A.202.05. Name:** 1: MAZEN 2: SALAH 3: MOHAMMED 4: na

**Name (original script):** مازن صلاح محمد

**Title:** na **Designation:** na **DOB:** 18 May 1981 **POB:** Arbil, Iraq **Good quality a.k.a.: a)** Mazen Ali Hussein, born 1 Jan. 1982 in Baghdad, Iraq **b)** Issa Salah Muhamad, born 1 Jan. 1980 **Low quality a.k.a.:** na **Nationality:** Iraqi **Passport no.:** German travel document ("Reiseausweise") A 0144378 **National identification no.:** na **Address:** In prison in Germany as of Dec. 2004. **Listed on:** 6 Dec. 2005 (amended on 21 Oct. 2008) **Other information:** Associated with Ansar Al-Islam (listed under permanent reference number QE.A.98.03). Found guilty of terrorism offences and attempted murder, and sentenced on 15 Jul. 2008 to 7 years and 6 months imprisonment in Germany. Review pursuant to Security Council resolution 1822 (2008) was concluded on 30 Jul. 2009.

**QI.Y.126.03. Name:** 1: YUNOS 2: UMPARA 3: MOKLIS 4: na

**Name (original script):** يونس أمبارا مكليس

**Title:** na **Designation:** na **DOB:** 7 Jul. 1966 **POB:** Lanao del Sur, Philippines **Good quality a.k.a.: a)** Muklis Yunos **b)** Mukhlis Yunos (previously listed as) **c)** Saifullah Mukhlis Yunos **d)** Saifulla Moklis Yunos **Low quality a.k.a.:** Hadji Onos **Nationality:** Filipino **Passport no.:** na **National identification no.:** na **Address:** Philippines **Listed on:** 9 Sep. 2003 (amended on 9 Sep. 2005, 23 Feb. 2009, 3 Jun. 2009, 16 May 2011) **Other information:** Sentenced to life without parole in the Philippines on 23 Jan. 2009 for his involvement in the bombings of 30 Dec. 2000 in Manila, the Philippines. Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010.

**QI.M.147.03. Name:** 1: MOHAMED 2: AMIN 3: MOSTAFA 4: na

**Name (original script):** محمد أمين مصطفى

**Title:** na **Designation:** na **DOB:** 11 Oct. 1975 **POB:** Kirkuk, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** Via della Martinella 132, Parma, Italy (Domicile) **Listed on:** 12 Nov. 2003 (amended on 9 Sep. 2005, 7 Jun. 2007, 16 May 2011) **Other information:** Under administrative control measure in Italy scheduled to expire on 15 Jan. 2012. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.M.129.03. Name:** 1: DJAMEL 2: MOUSTFA 3: na 4: na

**Name (original script):** جمال مصطفى

**Title:** na **Designation:** na **DOB:** 28 Sep. 1973 **POB:** Tiaret, Algeria **Good quality a.k.a.: a)** Ali Barkani, born 22 Aug. 1973 in Morocco **b)** Kalad Belkasam, born 31 Dec. 1979 **c)** Mostafa Djamel, born 31 Dec. 1979 in Maskara, Algeria **d)** Mostefa Djamel, born 26 Sep. 1973 in Mahdia, Algeria **e)** Mustafa Djamel, born 31 Dec. 1979 in Mascara, Algeria **f)** Balkasam Kalad, born 26 Aug. 1973 in Algiers, Algeria **g)** Bekasam Kalad, born 26 Aug. 1973 in Algiers, Algeria **h)** Belkasam Kalad, born 26 Aug. 1973 in Algiers, Algeria **i)** Damel Mostafa, born 31 Dec. 1979 in Algiers,

Algeria **j)** Djamal Mostafa, born 31 Dec. 1979 in Maskara, Algeria **k)** Djamal Mostafa, born 10 Jun. 1982 **l)** Djamel Mostafa, born 31 Dec. 1979 in Maskara, Algeria **m)** Djamel Mostafa, born 31 Dec. 1979 in Algiers, Algeria **n)** Fjamel Moustfa, born 28 Sep. 1973 in Tiaret, Algeria **o)** Djamel Mustafa, born 31 Dec. 1979 **p)** Djamal Mustafa, born 31 Dec. 1979 in Mascara, Algeria **Low quality a.k.a.:** Mustafa **Nationality:** Algerian **Passport no.:** a) Counterfeit Danish driving licence no. 20645897, made out to Ali Barkani, born on 22 Aug. 1973 in Morocco **b)** Algerian birth certificate, issued for Djamel Mostefa, born on 25 Sep. 1973 in Mehdia, Tiaret province, Algeria **National identification no.:** na **Address:** Algeria **Listed on:** 23 Sep. 2003 (amended on 7 Apr. 2007, 7 Apr. 2008, 25 Jan. 2010, 16 May 2011) **Other information:** Father's name is Djelalli Moustfa. Mother's name is Kadeja Mansore. Associated with Ismail Abdallah Sbaitan Shalabi (QI.S.128.03), Mohamed Abu Dhess (QI.A.130.03) and Aschraf Al-Dagma (QI.A.132.03). Deported from Germany to Algeria in Sep. 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Oct. 2009.

**QI.M.34.01. Name:** 1: FAHID 2: MOHAMMED 3: ALLY 4: MSALAAM
**Title:** na **Designation:** na **DOB:** 9 Apr. 1976 **POB:** na **Good quality a.k.a.: a)** Fahid Mohammed Ally **b)** Fahad Ally Msalam **c)** Fahid Mohammed Ali Msalam **d)** Mohammed Ally Msalam **e)** Fahid Mohammed Ali Musalaam **f)** Fahid Muhamad Ali Salem **g)** Fahid Mohammed Aly **h)** Ahmed Fahad **i)** Ali Fahid Mohammed **j)** Fahad Mohammad Ally **k)** Fahad Mohammed Ally **l)** Fahid Mohamed Ally **m)** Msalam Fahad Mohammed Ally **n)** Msalam Fahid Mohammad Ally **o)** Msalam Fahid Mohammed Ali **p)** Msalm Fahid Mohammed Ally **Low quality a.k.a.: a)** Usama Al-Kini **b)** Mohammed Ally Mohammed **c)** Ally Fahid M **Nationality:** Kenyan **Passport no.: a)** Kenyan passport number A260592 **b)** Kenyan passport number A056086 **c)** Kenyan passport number A435712 **d)** Kenyan passport number A324812 **e)** Kenyan passport number 356095 **National identification no.:** Kenyan identity card number 12771069 **Address:** na **Listed on:** 17 Oct. 2001 (amended on 2 Jul. 2007, 13 Feb. 2009, 23 Sep. 2009, 16 May 2011) **Other information:** Believed to have been involved in the attacks on the United States embassies in Nairobi and Dar es Salaam in Aug. 1998. Father's name is Mohamed Ally. Mother's name is Fauzia Mbarak. Confirmed to have died in Pakistan on 1 Jan. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.A.238.08. Name:** 1: MUBARAK 2: MUSHAKHAS 3: SANAD 4: MUBARAK AL-BATHALI
**Name (original script):** مبارك مشخص سند مبارك البذالي
**Title:** na **Designation:** na **DOB:** 1 Oct. 1961 **POB:** Kuwait **Good quality a.k.a.: a)** Mubarak Mishkhis Sanad Al-Bathali **b)** Mubarak Mishkhis Sanad Al-Badhali **c)** Mubarak Al-Bathali **d)** Mubarak Mishkhas Sanad Al-Bathali **e)** Mubarak Mishkhas Sanad Al-Bazali **f)** Mobarak Meshkhas Sanad Al-Bthaly **Low quality a.k.a.:** Abu Abdulrahman **Nationality:** Kuwaiti **Passport no.: a)** Kuwaiti passport number 101856740, issued on 12 May 2005 and expired on 11 May 2007 **b)** Kuwaiti passport number 002955916 **National identification no.:** Kuwaiti national identification number 261122400761 **Address:** Al-Salibekhat area, Kuwait, (residence as at Mar. 2009) **Listed on:** 16 Jan. 2008 (amended on 1 Jul. 2008, 23 Jul. 2008, 25 Jan. 2010) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009.

**QI.M.272.09. Name:** 1: MOHAMMED 2: YAHYA 3: MUJAHID 4: na
**Title:** na **Designation:** na **DOB:** 12 Mar. 1961 **POB:** Lahore, Punjab Province, Pakistan **Good quality a.k.a.:** Mohammad Yahya Aziz **Low quality a.k.a.:** na **Nationality:** Pakistani **Passport no.:** na **National identification no.:** Pakistani national identification number 35404-1577309-9 **Address:** na **Listed on:** 29 Jun. 2009 **Other information:** Associated with Lashkar-e-Tayyiba (QE.L.118.05.). In detention as at June 2009.

**QI.M.119.03. Name:** 1: ARIS 2: MUNANDAR 3: na 4: na
**Title:** na **Designation:** na **DOB: a)** 1 Jan. 1971 **b)** Between 1962 and 1968 **POB:** Sambi, Boyolali, Java, Indonesia **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 9 Sep. 2003 (amended on 9 Sep. 2005, 4 Oct. 2006) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010.

**QI.M.120.03. Name:** 1: ABDUL HAKIM 2: MURAD 3: na 4: na
**Name (original script):** عبد الحكيم مراد
**Title:** na **Designation:** na **DOB:** 11 Apr. 1968 **POB:** Kuwait **Good quality a.k.a.: a)** Murad, Abdul Hakim Hasim **b)** Murad, Abdul Hakim Ali Hashim **c)** Murad, Abdul Hakim al Hashim **d)** Saeed Akman **e)** Saeed Ahmed **f)** Abdul Hakim Ali al-Hashem Murad **Low quality a.k.a.:** na **Nationality:** Pakistani **Passport no.: a)** Pakistani passport number 665334 issued in Kuwait **b)** Pakistani passport number 917739 issued in Pakistan on 8 Aug. 1991, expired on 7 Aug. 1996 **National identification no.:** na **Address:** na **Listed on:** 9 Sep. 2003 (amended on 16 May 2011) **Other information:** Mother's name is Aminah Ahmad Sher al-Baloushi. In custody of the United States. Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010.

**QI.M.196.05. Name:** 1: ALI 2: SAYYID 3: MUHAMED 4: MUSTAFA BAKRI

**Name (original script):** علي السيد محمد مصطفى بكري

**Title:** na **Designation:** na **DOB:** 18 Apr. 1966 **POB:** Beni-Suef **Good quality a.k.a.: a)** Ali Salim **b)** Abd Al-Aziz **c)** Al-Masri **Low quality a.k.a.:** na **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** May be in Iran **Listed on:** 29 Sep. 2005 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**QI.M.89.03. Name:** 1: ABDELGHANI 2: MZOUDI 3: na 4: na

**Name (original script):** عبد الغني مزودي

**Title:** na **Designation:** na **DOB:** 6 Dec. 1972 **POB:** Marrakesh, Morocco **Good quality a.k.a.: a)** Abdelghani Mazwati **b)** Abdelghani Mazuti **c)** Talha **Low quality a.k.a.:** na **Nationality:** Moroccan **Passport no.:** Moroccan passport number F 879567 issued in Marrakesh, Morocco, issued on 29 Apr. 1992 **National identification no.:** Moroccan National Identity Card number E 427689 , issued on 20 Mar. 2001 by the Moroccan Consulate General in Düsseldorf, Germany **Address:** Morocco **Listed on:** 10 Jun. 2003 (amended on 26 Nov. 2004, 18 Aug. 2006, 10 Jun. 2011) **Other information:** Father's name is Abdeslam Ahmed. Mother's name is Aicha Hammou. After his acquittal he left Germany for Morocco in Jun. 2005. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.N.165.04. Name:** 1: YACINE 2: AHMED 3: NACER 4: na

**Name (original script):** ياسين احمد ناصر

**Title:** na **Designation:** na **DOB:** 2 Dec. 1967 **POB:** Annaba, Algeria **Good quality a.k.a.:** Yacine di Annaba **Low quality a.k.a.: a)** Il Lungo **b)** Naslano **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** Number 6 Rue Mohamed Khemisti, Annaba, Algeria **Listed on:** 17 Mar. 2004 (amended on 26 Nov. 2004, 21 Dec. 2007, 25 Jan. 2010, 16 May 2011) **Other information:** Reportedly residing in Algeria as of 2009. Father's name is Ahmed Nacer Abderrahmane. Mother's name is Hafsi Mabrouka. Review pursuant to Security Council resolution 1822 (2008) was concluded on 28 Sep. 2009.

**QI.N.280.10. Name:** 1: TAYEB 2: NAIL 3: na 4: na

**Name (original script):** الطيب نايل

**Title:** na **Designation:** na **DOB:** Approximately 1972 **POB:** Faidh El Batma, Djelfa, Algeria **Good quality a.k.a.: a)** Djaafar Abou Mohamed (جعفر ابو محمد) **b)** Abou Mouhadjir (ابو مهاجر) **c)** Mohamed Ould Ahmed Ould Ali, born in 1976 **Low quality a.k.a.:** na **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** Mali **Listed on:** 22 Apr. 2010 **Other information:** Convicted in absentia by Algerian tribunal on 28 Mar. 1996. Algerian international arrest warrant number 04/09 of 6 Jun. 2009 issued by the Tribunal of Sidi Mhamed, Algiers, Algeria. Algerian extradition request number 2307/09 of 3 Sep. 2009, presented to Malian authorities. INTERPOL File No. 19230/2009 of 26 June 2009; Control No. A-1818/6-2009. Father's name was Benazouz Nail. Mother's name is Belkheiri Oum El Kheir. Member of The Organization of Al-Qaida in the Islamic Maghreb (QE.T.14.01.)

**QI.N.215.06. Name:** 1: TAHIR 2: NASUF 3: na 4: na

**Name (original script):** طاهر ناصوف

**Title:** na **Designation:** na **DOB: a)** 4 Nov. 1961  **b)** 11 Apr. 1961 **POB:** Tripoli, Libyan Arab Jamahiriya **Good quality a.k.a.: a)** Tahir Mustafa Nasuf **b)** Tahar Nasoof **c)** Taher Nasuf **d)** Al-Qa'qa **e)** Abu Salima El Libi **f)** Abu Rida **g)** Tahir Moustafa Nasuf **h)** Tahir Moustafa Mohamed Nasuf **Low quality a.k.a.:** na **Nationality:** Libyan **Passport no.:** Libyan passport number RP0178772 **National identification no.:** British National Insurance Number PW548083D **Address:** Manchester, United Kingdom **Listed on:** 7 Feb. 2006 (amended on 30 Jan. 2009, 13 Feb. 2009) **Other information:** Resident in the United Kingdom as at Jan. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009.

**QI.O.11.01. Name:** 1: MUSTAPHA 2: AHMED 3: MOHAMED 4: OSMAN ABU EL YAZEED

**Name (original script):** مصطفى احمد محمد عثمان أبواليزيد

**Title:** na **Designation:** na **DOB:** 27 Feb. 1955 **POB:** El Sharkiya, Egypt **Good quality a.k.a.: a)** Mustapha Mohamed Ahmed **b)** Shaykh Sai'id **Low quality a.k.a.:** na **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 6 Oct. 2001 (amended on 26 Nov. 2004, 16 May 2011) **Other information:** Confirmed to have died in Afghanistan in May 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.P.242.08. Name:** 1: DINNO AMOR 2: ROSALEJOS 3: PAREJA 4: na
**Title:** na **Designation:** na **DOB:** 19 Jul. 1981 **POB:** Cebu City, Philippines **Good quality a.k.a.: a)** Johnny Pareja **b)** Khalil Pareja **Low quality a.k.a.: a)** Mohammad **b)** Akmad **c)** Mighty **d)** Rash **Nationality:** Filipino **Passport no.:** na **National identification no.:** na **Address: a)** Atimonana, Quezon Province, Philippines, (as at Apr. 2009) **b)** Plaridel Street, Mandaue City, Philippines, (previous address) **c)** Cebu City, Philippines, (location as at Apr. 2009) **d)** Anahawan, Leyte, Philippines, (previous location) **e)** Sariaya, Quezon, Philippines, (previous location) **f)** Dasmarinas, Cavite, Philippines, (previous location) **Listed on:** 4 Jun. 2008 (amended on 3 Jun. 2009) **Other information:** Explosives expert. Member of the Rajah Solaiman Movement (QE.R.128.08.). The Philippine judicial authority issued a warrant of arrest for him on 5 Jun. 2006. At large as at Jun. 2008. Father's name is Amorsolo Jarabata Pareja. Mother's name is Leonila Cambaya Rosalejos. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010.

**QI.Q.22.01. Name:** 1: YASIN 2: ABDULLAH 3: EZZEDINE 4: QADI
**Name (original script):** ياسين عبد الله عز الدين قاضي
**Title:** na **Designation:** na **DOB:** 23 Feb. 1955 **POB:** Cairo, Egypt **Good quality a.k.a.: a)** Kadi, Shaykh Yassin Abdullah **b)** Kahdi, Yasin **c)** Yasin Al-Qadi **Low quality a.k.a.:** na **Nationality:** Saudi Arabian **Passport no.: a)** Passport number B 751550 **b)** Passport number E 976177, issued on 6 Mar. 2004 , expired on 11 Jan. 2009 **National identification no.:** na **Address:** Farsi Center - West Tower 11th floor, Suite 1103, Wally Al-Ahd Street, Ruwais District, P.O. Box 214, Jeddah 21481, Saudi Arabia **Listed on:** 17 Oct. 2001 (amended on 23 Apr. 2007, 16 Dec. 2010) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Oct. 2009.

**QI.Q.271.09. Name:** 1: ARIF 2: QASMANI 3: na 4: na
**Title:** na **Designation:** na **DOB:** Approximately 1944 **POB:** Pakistan **Good quality a.k.a.: a)** Muhammad Arif Qasmani **b)** Muhammad 'Arif Qasmani **c)** Mohammad Arif Qasmani **d)** Arif Umer **e)** Qasmani Baba **f)** Memon Baba **g)** Baba Ji **Low quality a.k.a.:** na **Nationality:** Pakistani **Passport no.:** na **National identification no.:** na **Address:** House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Pakistan **Listed on:** 29 Jun. 2009 **Other information:** Associated with Lashkar-e-Tayyiba (QE.L.118.05.) and Al-Qaida (QE.A.4.01.). In detention as at June 2009.

**QI.R.103.03. Name:** 1: AHMED 2: HOSNI 3: RARRBO 4: na
**Name (original script):** احمد حسني راربو
**Title:** na **Designation:** na **DOB:** 12 Sep. 1974 **POB:** Bologhine, Algeria **Good quality a.k.a.: a)** Rarrbo Abdallah **b)** Rarrbo Abdullah **c)** Rarrbo Ahmed Hosni, born 12 Sep. 1974 in France **Low quality a.k.a.:** na **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** Algeria **Listed on:** 25 Jun. 2003 (amended on 17 Oct. 2007, 7 Apr. 2008, 21 Oct. 2010) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.A.199.05. Name:** 1: ATA 2: ABDOULAZIZ 3: RASHID 4: na
**Name (original script):** عطا عبد العزيز رشيد
**Title:** na **Designation:** na **DOB:** 1 Dec. 1973 **POB:** Sulaimaniya, Iraq **Good quality a.k.a.: a)** Ata Abdoul Aziz Barzingy **b)** Abdoulaziz Ata Rashid, born 1 Dec. 1973 **Low quality a.k.a.:** na **Nationality:** Iraqi **Passport no.:** German travel document ("Reiseausweise") A 0020375 **National identification no.:** na **Address:** In prison in Germany as of Dec. 2004. **Listed on:** 6 Dec. 2005 (amended on 21 Oct. 2008) **Other information:** Associated with Ansar Al-Islam (listed under permanent reference number QE.A.98.03). Found guilty of terrorism offences and attempted murder, and sentenced on 15 Jul. 2008 to 10 years imprisonment in Germany. Review pursuant to Security Council resolution 1822 (2008) was concluded on 30 Jul. 2009.

**QI.R.75.02. Name:** 1: ABDELHALIM 2: HAFED 3: ABDELFATTAH 4: REMADNA
**Name (original script):** عبدالحليم حافظ عبدالفتاح رمادنا
**Title:** na **Designation:** na **DOB:** 2 Apr. 1966 **POB:** Biskra, Algeria **Good quality a.k.a.:** Abdelhalim Remadna **Low quality a.k.a.:** Jalloul **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** Algeria **Listed on:** 3 Sep. 2002 (amended on 12 Apr. 2006, 7 Apr. 2008, 3 Jun. 2009, 25 Jan. 2010, 23 Dec. 2010) **Other information:** Deported from Italy to Algeria on 12 Aug. 2006. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Dec. 2009.

**QI.R.219.06. Name:** 1: TAUFIK 2: RIFKI 3: na 4: na

**Title:** na **Designation:** na **DOB: a)** 29 Aug. 1974  **b)** 9 Aug. 1974  **c)** 19 Aug. 1974  **d)** 19 Aug. 1980  **POB:** Dacusuman Surakarta, Central Java, Indonesia  **Good quality a.k.a.: a)** Refke, Taufek **b)** Rifqi, Taufik **c)** Rifqi, Tawfiq **d)** Ami Iraq **e)** Ami Irza **f)** Amy Erja **g)** Ammy Erza **h)** Ammy Izza **i)** Ami Kusoman **j)** Abu Obaida **k)** Abu Obaidah **l)** Abu Obeida **m)** Abu Ubaidah **n)** Obaidah **o)** Abu Obayda **p)** Izza Kusoman **q)** Yacub, Eric  **Low quality a.k.a.:** na **Nationality:** Indonesian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 21 Apr. 2006  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QI.R.150.03. Name:** 1: AL-AZHAR 2: BEN KHALIFA 3: BEN AHMED 4: ROUINE

**Name (original script):** الأزهر بن خليفة بن احمد روين

**Title:** na **Designation:** na **DOB:** 20 Nov. 1975 **POB:** Sfax, Tunisia  **Good quality a.k.a.:** na  **Low quality a.k.a.: a)** Salmane **b)** Lazhar  **Nationality:** Tunisian  **Passport no.:** Tunisian passport number P182583, issued on 13 Sep. 2003 , expired on 12 Sep. 2007  **National identification no.:** na  **Address:** Tunisia  **Listed on:** 12 Nov. 2003 (amended on 20 Dec. 2005, 21 Dec. 2007, 30 Jan. 2009, 16 May 2011)  **Other information:** Sentenced to six years and ten months of imprisonment for membership of a terrorist association by the Appeal Court of Milan, Italy, on 7 Feb. 2008. Considered a fugitive from justice by the Italian authorities as at Jul. 2008. Under administrative control measure in Tunisia as at 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.R.186.05. Name:** 1: ABU 2: RUSDAN 3: na 4: na

**Title:** na **Designation:** na **DOB:** 16 Aug. 1960 **POB:** Kudus, Central Java, Indonesia  **Good quality a.k.a.: a)** Abu Thoriq **b)** Rusdjan **c)** Rusjan **d)** Rusydan **e)** Thoriquddin **f)** Thoriquiddin **g)** Thoriquidin **h)** Toriquddin  **Low quality a.k.a.:** na **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 16 May 2005  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QI.A.2.01. Name:** 1: AMIN 2: MUHAMMAD 3: UL HAQ 4: SAAM KHAN

**Title:** na **Designation:** na **DOB:** 1960  **POB:** Nangarhar Province, Afghanistan  **Good quality a.k.a.: a)** Al-Haq, Amin **b)** Amin, Muhammad  **Low quality a.k.a.: a)** Dr. Amin **b)** Ul-Haq, Dr. Amin  **Nationality:** Afghan  **Passport no.:** na  **National identification no.:** na  **Address:** na  **Listed on:** 25 Jan. 2001 (amended on 18 Jul. 2007, 16 Dec. 2010)  **Other information:** Security coordinator for Usama bin Laden (QI.B.8.01). Repatriated to Afghanistan in February 2006. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.A.20.01. Name:** 1: MOHAMMAD 2: HAMDI 3: MOHAMMAD 4: SADIQ AL-AHDAL

**Name (original script):** محمد حمدي محمد صادق الأهدل

**Title:** na **Designation:** na **DOB:** 19 Nov. 1971 **POB:** Medina, Saudi Arabia  **Good quality a.k.a.: a)** Al-Hamati, Muhammad **b)** Muhammad Muhammad Abdullah Al-Ahdal **c)** Mohamed Mohamed Abdullah Al-Ahdal  **Low quality a.k.a.: a)** Abu Asim Al-Makki **b)** Ahmed  **Nationality:** Yemeni  **Passport no.:** Yemeni passport number 541939 issued in Al-Hudaydah, Yemen, issued on 31 Jul. 2000 in the name of Muhammad Muhammad Abdullah Al-Ahdal  **National identification no.:** Yemeni identity card number 216040  **Address:** Jamal street, Al-Dahima alley, Al-Hudaydah, Yemen  **Listed on:** 17 Oct. 2001 (amended on 30 Jan. 2009, 25 Jan. 2010)  **Other information:** Responsible for the finances of Al-Qa'ida (QE.A.4.01) in Yemen. Accused of involvement in the attack on the USS Cole in 2000. Arrested in Yemen in Nov. 2003. Sentenced to three years and one month of imprisonment by the specialized criminal court of first instance in Yemen. Released on 25 Dec. 2006 after the completion of his sentence. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jul. 2010.

**QI.S.263.08. Name:** 1: HAFIZ 2: MUHAMMAD 3: SAEED 4: na

**Title:** na **Designation:** na **DOB:** 5 Jun. 1950 **POB:** Sargodha, Punjab, Pakistan  **Good quality a.k.a.: a)** Hafiz Mohammad Sahib **b)** Hafiz Mohammad Sayid **c)** Hafiz Muhammad **d)** Hafiz Saeed **e)** Hafez Mohammad Saeed **f)** Hafiz Mohammad Sayeed **g)** Tata Mohammad Syeed **h)** Mohammad Sayed **i)** Muhammad Saeed  **Low quality a.k.a.:** Hafiz Ji **Nationality:** Pakistani **Passport no.:** na  **National identification no.:** Pakistani national identification number 3520025509842-7  **Address:** House No. 116E, Mohalla Johar, Lahore, Tehsil, Lahore City, Lahore District, Pakistan, (location as at May 2008)  **Listed on:** 10 Dec. 2008 (amended on 17 Jul. 2009)  **Other information:** Muhammad Saeed is the leader of Lashkar-e-Tayyiba (QE.L.118.05.).

**QI.S.208.05. Name:** 1: RADULAN 2: SAHIRON 3: na 4: na

**Title:** na **Designation:** na **DOB: a)** 1955  **b)** Approximately 1952 **POB:** Kaunayan, Patikul, Jolo Island, the

Consolidated List
Last updated on: 16 June 2011
Case 1:03-md-01570-GBD-SN   Document 3791-4   Filed 11/17/17   Page 63 of 86

Philippines **Good quality a.k.a.: a)** Radullan Sahiron **b)** Radulan Sahirun **c)** Radulan Sajirun **d)** Commander Putol **Low quality a.k.a.:** na **Nationality:** Filipino **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 6 Dec. 2005 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QI.S.222.06. Name:** 1: NESSIM 2: BEN ROMDHANE 3: SAHRAOUI 4: na

**Name (original script):** نسيم بن رمضان صحراوي

**Title:** na **Designation:** na **DOB:** 3 Aug. 1973 **POB:** Bizerta, Tunisia **Good quality a.k.a.: a)** Dass **b)** Nasim al-Sahrawi **Low quality a.k.a.:** na **Nationality:** na **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 2 Aug. 2006 (amended on 1 Sep. 2009, 25 Jan. 2010) **Other information:** He is subject to Tribunale di Milano Custody Order n. 36601/2001 R.G.N.R. of 17 May 2005 – 7464/2001 R.G.GIP. He was expelled from Italy in 2002. He was prosecuted for conspiracy to commit terrorist acts in Italy and abroad and sentenced on 20 Dec. 2007 to 6 years of detention by the Milan Assizes Court, Italy, for belonging to a criminal association with terrorist aims and for receiving stolen goods. The sentence was confirmed on 20 Nov. 2008 by the Milan Assizes Appeal Court. Sentenced in Tunisia to 4 years for terrorist activity and in prison in Tunisia as at Jun. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 Jul. 2009.

**QI.S.191.05. Name:** 1: ABDUL LATIF 2: SALEH 3: na 4: na

**Name (original script):** عبد اللطيف صالح

**Title:** Dr. **Designation:** na **DOB:** 5 Mar. 1957 **POB:** Baghdad, Iraq **Good quality a.k.a.: a)** Abdul Latif A.A. Saleh **b)** Abdyl Latif Saleh **c)** Dr. Abd al-Latif Saleh **d)** Abdul Latif A.A. Saleh Abu Hussein **e)** Abd al-Latif Salih **f)** Abu Amir **Low quality a.k.a.:** na **Nationality: a)** Jordanian **b)** Albanian since 1992 **Passport no.: a)** Jordanian passport number D366 871 **b)** Albanian passport number 314772, issued on 8 Mar. 1993 **c)** Albanian passport number 0334695, issued on 1 Dec. 1995 **National identification no.:** na **Address:** Last known residence: United Arab Emirates **Listed on:** 16 Sep. 2005 (amended on 26 Apr. 2007) **Other information:** Expelled from Albania in 1999. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.S.105.03. Name:** 1: NEDAL 2: MAHMOUD 3: SALEH 4: na

**Name (original script):** نضال محمود صالح

**Title:** na **Designation:** na **DOB:** 26 Mar. 1972 **POB:** Tunisia **Good quality a.k.a.: a)** Nedal Mahmoud N. Saleh **b)** Salah Nedal **c)** Tarek Naser **Low quality a.k.a.: a)** Hitem **b)** Hasim **Nationality:** Tunisian **Passport no.:** na **National identification no.:** na **Address:** Manchester, United Kingdom **Listed on:** 25 Jun. 2003 (amended on 26 Nov. 2004, 25 Jul. 2006, 17 Oct. 2007, 16 Sep. 2008, 24 Mar. 2009, 6 Aug. 2010) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 7 Jul. 2010.

**QI.S.148.03. Name:** 1: NESSIM 2: BEN MOHAMED 3: AL-CHERIF BEN MOHAMED 4: SALEH AL-SAADI

**Name (original script):** نسيم بن محمد الشريف بن محمد صالح السعدي

**Title:** na **Designation:** na **DOB:** 30 Nov. 1974 **POB:** Haidra Al-Qasreen, Tunisia **Good quality a.k.a.: a)** Nassim Saadi **b)** Dia el Haak George, born 20 Nov. 1974 in Lebanon **c)** Diael Haak George, born 30 Nov. 1974 in Lebanon **d)** El Dia Haak George, born 30 Nov. 1974 in Algeria **Low quality a.k.a.: a)** Abou Anis **b)** Abu Anis **Nationality:** Tunisian **Passport no.:** Tunisian passport number M788331, issued on 28 Sep. 2001 , expired 27 Sep. 2006 **National identification no.:** na **Address: a)** Via Monte Grappa 15, Arluno (Milan), Italy **b)** Via Cefalonia 11, Milan, Italy (Domicile, last known address) **Listed on:** 12 Nov. 2003 (amended on 20 Dec. 2005, 31 Jul. 2006, 21 Dec. 2007, 3 Jun. 2009, 16 May 2011) **Other information:** Arrested on 9 Oct. 2002. In detention in Italy until 27 Apr. 2012. Sentenced in absentia to 20 years of imprisonment by the Tunis Military Court on 11 May 2005 for membership of a terrorist organization. Father's name is Mohamed Sharif. Mother's name is Fatima. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.S.209.05. Name:** 1: JAINAL 2: ANTEL 3: SALI JR. 4: na

**Title:** na **Designation:** na **DOB:** 1 Jun. 1965 **POB:** Barangay Lanote, Bliss, Isabela, Basilan, the Philippines **Good quality a.k.a.: a)** Abu Solaiman **b)** Abu Solayman **c)** Apong Solaiman **d)** Apung **Low quality a.k.a.:** na **Nationality:** Filipino **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 6 Dec. 2005 (amended on 23 Feb. 2009) **Other information:** Reportedly deceased in 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.S.244.08. Name:** 1: HILARION 2: DEL ROSARIO 3: SANTOS III 4: na

**Title:** Amir **Designation:** na **DOB:** 12 Mar. 1966 **POB:** 686 A. Mabini Street, Sangandaan, Caloocan City,

Philippines **Good quality a.k.a.: a)** Akmad Santos **b)** Ahmed Islam **c)** Ahmad Islam Santos **d)** Abu Hamsa **e)** Hilarion Santos III **f)** Abu Abdullah Santos **g)** Faisal Santos **Low quality a.k.a.: a)** Lakay **b)** Aki **c)** Aqi **Nationality:** Filipino **Passport no.:** Filipino passport number AA780554 **National identification no.:** na **Address: a)** 50, Purdue Street, Cubao, Quezon City, Philippines **b)** 17 Camarilla Street, Murphy, Cubao, Quezon City, Philippines (previous address) **c)** Barangay Mal-Ong, Anda Pangasinan, Philippines (previous address) **Listed on:** 4 Jun. 2008 **Other information:** Founder and leader of the Rajah Solaiman Movement (listed under permanent reference number QE.R.128.08.) and linked to the Abu Sayyaf Group (listed under permanent reference number QE.A.1.01.). Founder and owner of "Fi-Sabililillah Da'awa and Media Foundation Incorporated (FSDMFI)". Arrested by the Philippine authorities in Oct. 2005. Detained in the Philippines as of Jun. 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010.

**QI.S.1.01. Name: 1:** SAYF-AL ADL **2:** na **3:** na **4:** na

**Name (original script):** سيف العدل

**Title:** na **Designation:** na **DOB:** 1963 **POB:** Egypt **Good quality a.k.a.:** Saif Al-'Adil **Low quality a.k.a.:** na **Nationality:** Thought to be an Egyptian national **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 25 Jan. 2001 (amended on 16 Dec. 2010) **Other information:** Responsible for Usama bin Laden's (QI.B.8.01) security. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QI.S.260.08. Name: 1:** DANIEL **2:** MARTIN **3:** SCHNEIDER **4:** na

**Title:** na **Designation:** na **DOB:** 9 Sep. 1985 **POB:** Neunkirchen (Saar), Germany **Good quality a.k.a.:** na **Low quality a.k.a.:** Abdullah **Nationality:** German **Passport no.:** German passport number 2318047793 issued in Friedrichsthal, Germany, issued on 17 May 2006 , valid until 16 May 2011. **National identification no.:** German Federal Identity Card number 2318229333 issued in Friedrichsthal, Germany, issued on 17 May 2006 , valid until 16 May 2011 (reported lost). **Address: a)** In prison in Germany (since Sep. 2007). **b)** Petrusstrasse 32, 66125 Herrensohr, Dudweiler, Saarbrücken, Germany (previous address) **Listed on:** 27 Oct. 2008 **Other information:** Associated with the Islamic Jihad Union (IJU), also known as the Islamic Jihad Group (listed under permanent reference number QE.I.119.05.) since at least the beginning of 2006. Associate of Fritz Martin Gelowicz (QI.G.259.08.) and Adem Yilmaz (QI.Y.261.08.). Arrested on 4 Sep. 2007 in Medebach, Germany, and in detention in Germany since 5 Sep. 2007 (as of Oct. 2008).

**QI.S.270.09. Name: 1:** ATILLA **2:** SELEK **3:** na **4:** na

**Title:** na **Designation:** na **DOB:** 28 Feb. 1985 **POB:** Ulm, Germany **Good quality a.k.a.:** na **Low quality a.k.a.:** Muaz **Nationality:** German **Passport no.:** German passport number 7020142921 issued in Ulm, Germany , valid until 3 Dec. 2011 **National identification no.:** German national identity card number (Bundespersonalausweis Nr.) 702092811, issued in Ulm, Germany, valid until 6 Apr. 2010 **Address:** Kauteräckerweg 5, 89077 Ulm, Germany **Listed on:** 18 Jun. 2009 (amended on 25 Jan. 2010) **Other information:** Arrested in Turkey on 6 Nov. 2007 and extradited to Germany. In prison in Germany since 20 Nov. 2008 (as at May 2009). Member of the Islamic Jihad Union (IJU), also known as the Islamic Jihad Group (QE.I.119.05.).

**QI.S.128.03. Name: 1:** ISMAIL **2:** ABDALLAH **3:** SBAITAN **4:** SHALABI

**Name (original script):** اسماعيل عبد الله سبيدان شلبي

**Title:** na **Designation:** na **DOB:** 30 Apr. 1973 **POB:** Beckum, Germany **Good quality a.k.a.: a)** Ismain Shalabe, born 30 Apr. 1973 in Beckum **b)** Ismail Abdallah Sbaitan Shalabi, born 30 Apr. 1973 in Beckum **Low quality a.k.a.:** na **Nationality:** Jordanian of Palestinian origin **Passport no.: a)** Passport of the Hashemite Kingdom of Jordan no. E778675, issued in Rusaifah on 23 Jun. 1996, valid until 23 Jun. 2001 **b)** Passport of the Hashemite Kingdom of Jordan no. H401056, JOR 9731050433, issued on 11 Apr. 2001, valid until 10 Apr. 2006 **National identification no.:** na **Address:** Germany **Listed on:** 23 Sep. 2003 (amended on 10 Jun. 2011) **Other information:** Father's name is Abdullah Shalabi. Mother's name is Ammnih Shalabi. Associated with Djamel Moustfa (QI.M.129.03.), Mohamed Abu Dhess (QI.A.130.03.) and Aschraf al-Dagma (QI.A.132.03.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.A.17.01. Name: 1:** THARWAT **2:** SALAH **3:** SHIHATA **4:** na

**Name (original script):** ثروت صالح شحاتة

**Title:** na **Designation:** na **DOB:** 29 Jun. 1960 **POB:** Egypt **Good quality a.k.a.: a)** Tarwat Salah Abdallah **b)** Salah Shihata Thirwat **c)** Shahata Thirwat **d)** Tharwat Salah Shihata Ali (previously listed as) **Low quality a.k.a.:** na **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 6 Oct. 2001 (amended on 26 Nov. 2004, 16 Dec. 2010) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

Case 1:03-md-01570-GBD-SN   Document 3791-4   Filed 11/17/17   Page 65 of 86

**QI.S.122.03. Name:** 1: PARLINDUNGAN 2: SIREGAR 3: na 4: na
**Title:** na **Designation:** na **DOB: a)** 25 Apr. 1957   **b)** 25 Apr. 1967   **POB:** Indonesia   **Good quality a.k.a.: a)** Siregar, Parlin **b)** Siregar, Saleh Parlindungan   **Low quality a.k.a.:** na   **Nationality:** Indonesian   **Passport no.:** na   **National identification no.:** na   **Address:** na   **Listed on:** 9 Sep. 2003   **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010.

**QI.S.124.03. Name:** 1: YAZID 2: SUFAAT 3: na 4: na
**Title:** na **Designation:** na **DOB:** 20 Jan. 1964   **POB:** Johor, Malaysia   **Good quality a.k.a.:** na   **Low quality a.k.a.: a)** Joe **b)** Abu Zufar   **Nationality:** Malaysian   **Passport no.:** A 10472263   **National identification no.:** 640120-01-5529   **Address:** Taman Bukit Ampang, State of Selangor, Malaysia (as at Apr. 2009)   **Listed on:** 9 Sep. 2003 (amended on 3 May 2004, 1 Feb. 2008, 10 Aug. 2009, 25 Jan. 2010, 16 May 2011)   **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Jun. 2009.

**QI.S.235.07. Name:** 1: MUHAMMAD 2: 'ABDALLAH 3: SALIH 4: SUGHAYR
**Name (original script):** محمد عبد الله صالح الصغير
**Title:** na **Designation:** na **DOB: a)** 20 Aug. 1972   **b)** 10 Aug. 1972   **POB:** Al-Karawiya, Oneiza, Saudi Arabia   **Good quality a.k.a.: a)** Muhammad' Abdallah Salih Al-Sughayir **b)** Muhammad' Abdallah Salih Al-Sughaier **c)** Muhammad' Abdallah Salih Al-Sughayer **d)** Mohd Al-Saghir **e)** Muhammad Al-Sugayer **f)** Muhammad 'Abdallah Salih Al-Sughair **g)** Muhammad 'Abdallah Salih Al-Sugair **h)** Muhammad 'Abdallah Salih Al-Suqayr **i)** Mohammad Abdullah S Ssughayer   **Low quality a.k.a.: a)** Abu Bakr **b)** Abu Abdullah   **Nationality:** Saudi Arabian   **Passport no.:** E864131, issued on 30 Dec. 2001 , expired on 6 Nov. 2006   **National identification no.:** na   **Address:** na   **Listed on:** 9 Oct. 2007 (amended on 20 Feb. 2008)   **Other information:** Involved in the financing of, arms supply to, recruitment for and otherwise provided assistance to Abu Sayyaf Group (listed under permanent reference no. QE.A.1.01.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009.

**QI.S.35.01. Name:** 1: SHEIKH 2: AHMED 3: SALIM 4: SWEDAN
**Name (original script):** شيخ أحمد سالم سويدان
**Title:** Sheikh **Designation:** na **DOB:** 9 Apr. 1960   **POB:** Mombasa, Kenya   **Good quality a.k.a.: a)** Ahmed Ally **b)** Sheikh Ahmad Salem Suweidan **c)** Sheikh Swedan **d)** Sheikh Ahmed Salem Swedan **e)** Ally Ahmad **f)** Muhamed Sultan **g)** Sheik Ahmed Salim Sweden **h)** Sleyum Salum **i)** Sheikh Ahmed Salam   **Low quality a.k.a.: a)** Ahmed The Tall **b)** Bahamad **c)** Sheik Bahamad **d)** Sheikh Bahamadi **e)** Sheikh Bahamad   **Nationality:** Kenyan   **Passport no.:** Kenyan passport number A163012   **National identification no.:** Kenyan identity card number 8534714, issued on 14 Nov. 1996   **Address:** na   **Listed on:** 17 Oct. 2001 (amended on 2 Jul. 2007, 21 Dec. 2007, 13 Feb. 2009, 23 Sep. 2009, 16 May 2011)   **Other information:** Believed to have been involved in the attacks on the United States embassies in Nairobi and Dar es Salaam in Aug. 1998. Confirmed to have died in Pakistan on 1 Jan. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.S.123.03. Name:** 1: YASSIN 2: SYWAL 3: na 4: na
**Title:** na **Designation:** na **DOB:** Approximately 1972   **POB:** na   **Good quality a.k.a.: a)** Salim Yasin **b)** Mochtar Yasin Mahmud **c)** Abdul Hadi Yasin **d)** Muhamad Mubarok **e)** Muhammad Syawal **Low quality a.k.a.: a)** Abu Seta **b)** Mahmud **c)** Abu Muamar   **Nationality:** Indonesian   **Passport no.:** na   **National identification no.:** na   **Address:** na   **Listed on:** 9 Sep. 2003   **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010.

**QI.T.57.02. Name:** 1: IBRAHIM 2: ALI 3: ABU BAKR 4: TANTOUSH
**Name (original script):** ابراهيم علي أبو بكر تنتوش
**Title:** na **Designation:** na **DOB:** 1966   **POB:** al Aziziyya, Libyan Arab Jamahiriya   **Good quality a.k.a.: a)** Abd al-Muhsin **b)** Ibrahim Ali Muhammad Abu Bakr **c)** Abdul Rahman **d)** Abu Anas **e)** Ibrahim Abubaker Tantouche **f)** Ibrahim Abubaker Tantoush **g)** 'Abd al-Muhsi **h)** 'Abd al-Rahman   **Low quality a.k.a.:** Al-Libi   **Nationality:** Libyan   **Passport no.:** Libyan passport number 203037 issued in Tripoli   **National identification no.:** na   **Address:** Johannesburg, South Africa   **Listed on:** 11 Jan. 2002 (amended on 31 Jul. 2006, 4 Oct. 2006, 16 May 2011)   **Other information:** Associated with Afghan Support Committee (ASC) (QE.A.69.02.), Revival of Islamic Heritage Society (RIHS)(QE.R.70.02.) and the Libyan Islamic Fighting Group (LIFG)(QE.L.11.01.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QI.T.241.08. Name:** 1: ANGELO 2: RAMIREZ 3: TRINIDAD 4: na

**Title:** na **Designation:** na **DOB:** 20 Mar. 1978 **POB:** Gattaran, Cagayan Province, Philippines **Good quality a.k.a.: a)** Calib Trinidad **b)** Kalib Trinidad **Low quality a.k.a.: a)** Abdul Khalil **b)** Abdukahlil **c)** Abu Khalil **d)** Anis **Nationality:** Filipino **Passport no.:** na **National identification no.:** na **Address:** 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines **Listed on:** 4 Jun. 2008 **Other information:** Distinguishing marks include scars on both legs. Member of the Rajah Solaiman Movement (listed under permanent reference number QE.R.128.08.), and associated with the Abu Sayyaf Group (listed under permanent reference number QE.A.1.01.) and the Jemaah Islamiyah (listed under permanent reference number QE.J.92.02.). Bomb-making specialist involved in the manufacturing and use of improvised explosive devices used in terrorist attacks in 2004 and 2005 in the Philippines. Also responsible for the procurement of arms and ammunition for other cells of the Rajah Solaiman Movement and the Abu Sayyaf Group. Arrested by the Philippine authorities on 22 Feb. 2005, and convicted for the crime of multiple murder in Oct. 2005. Detained in the Philippines as of Jun. 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010.

**QI.T.56.01. Name:** 1: MOHAMMED 2: TUFAIL 3: na 4: na

**Title:** na **Designation:** na **DOB:** 5 May 1930 **POB:** na **Good quality a.k.a.: a)** Tufail, S.M. **b)** Tuffail, Sheik Mohammed **Low quality a.k.a.:** na **Nationality:** Pakistani **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 24 Dec. 2001 (amended on 19 Jan. 2011) **Other information:** Served as a director of Ummah Tameer e-Nau (UTN) (QE.U.68.01). Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010.

**QI.U.197.05. Name:** 1: MADHAT 2: MURSI 3: AL-SAYYID 4: UMAR

**Name (original script):** مدحت مرسي السيد عمر

**Title:** na **Designation:** na **DOB:** 19 Oct. 1953 **POB:** Alexandria, Egypt **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Hasan **b)** Abu Khabab **c)** Abu Rabbab **Nationality:** Egyptian **Passport no.:** na **National identification no.:** na **Address:** May be on the Pakistani-Afghan border **Listed on:** 29 Sep. 2005 (amended on 24 Mar. 2009) **Other information:** Senior Al-Qaida expert in explosives. Reportedly deceased in Pakistan in 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.U.290.11. Name:** 1: DOKU 2: KHAMATOVICH 3: UMAROV 4: na

**Name (original script):** Умаров Доку Хаматович

**Title:** na **Designation:** na **DOB:** 12 May 1964 **POB:** Kharsenoy Village, Shatoyskiy (Sovetskiy) District, Chechenskaya Respublika, Russian Federation **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality: a)** Russian **b)** USSR (until 1991) **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 10 Mar. 2011 **Other information:** Resides in the Russian Federation as at Nov. 2010. International arrest warrant issued in the year 2000.

**QI.U.287.10. Name:** 1: WALI 2: UR REHMAN 3: na 4: na

**Name (original script):** ولی الرحمن

**Title:** na **Designation:** na **DOB:** Approximately 1970 **POB:** Pakistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Pakistani **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 21 Oct. 2010 **Other information:** Reportedly born in South Waziristan, Pakistan, and believed to be residing in Pakistan. Emir of Tehrik-i-Taliban Pakistan (not listed) for Southwest Waziristan Agency, Federally Administered Tribal Areas, Pakistan.

**QI.M.31.01. Name:** 1: OMAR 2: MAHMOUD 3: UTHMAN 4: na

**Name (original script):** عمر محمود عثمان

**Title:** na **Designation:** na **DOB: a)** 30 Dec. 1960 **b)** 13 Dec. 1960 **POB:** Bethlehem, West Bank, Palestinian Territories **Good quality a.k.a.: a)** Al-Samman Uthman **b)** Umar Uthman **c)** Omar Mohammed Othman **Low quality a.k.a.: a)** Abu Qatada Al-Filistini **b)** Abu Umr Takfiri **c)** Abu Omar Abu Umar **d)** Abu Umar Umar **e)** Abu Ismail **Nationality:** Jordanian **Passport no.:** na **National identification no.:** na **Address:** United Kingdom (since 1993) **Listed on:** 17 Oct. 2001 (amended on 14 Mar. 2008, 24 Mar. 2009, 25 Jan. 2010) **Other information:** Associated with Al-Qaida-related groups in the United Kingdom and other countries. Convicted in absentia in Jordan for involvement in terrorist acts in 1998. Arrested in Feb. 2001 in the United Kingdom, was further detained between Oct. 2002 and Mar. 2005 and between Aug. 2005 and Jun. 2008. In custody in the United Kingdom since Dec. 2008 pending the outcome of deportation proceedings (as at Mar. 2009). Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Oct. 2009.

**QI.W.125.03. Name:** 1: WAN MIN 2: WAN MAT 3: na 4: na

**Title:** na **Designation:** na **DOB:** 23 Sep. 1960 **POB:** Kelantan, Malaysia **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Hafis **b)** Wan Halim **c)** Abu Hidayah **Nationality:** Malaysian **Passport no.:** A 9703399 **National identification no.:** 600923-03-5527 **Address:** Ulu Tiram, Johor, Malaysia **Listed on:** 9 Sep. 2003 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QI.Y.37.01. Name:** 1: ABDUL RAHMAN 2: YASIN 3: na 4: na

**Name (original script):** عبد الرحمن ياسين

**Title:** na **Designation:** na **DOB:** 10 Apr. 1960 **POB:** Bloomington, Indiana, United States of America **Good quality a.k.a.: a)** Taha, Abdul Rahman S. **b)** Taher, Abdul Rahman S. **c)** Yasin, Abdul Rahman Said **d)** Yasin, Aboud **Low quality a.k.a.:** na **Nationality:** United States of America **Passport no.:** 27082171 (United States of America, issued on 21 Jun. 1992 in Amman, Jordan) **National identification no.:** SSN 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 (United States of America) **Address:** na **Listed on:** 17 Oct. 2001 (amended on 10 Apr. 2003) **Other information:** Abdul Rahman Yasin is in Iraq. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.Y.261.08. Name:** 1: ADEM 2: YILMAZ 3: na 4: na

**Title:** na **Designation:** na **DOB:** 4 Nov. 1978 **POB:** Bayburt, Turkey **Good quality a.k.a.:** na **Low quality a.k.a.:** Talha **Nationality:** Turkish **Passport no.:** Turkish passport number TR-P 614 166 , issued by the Turkish Consulate General in Frankfurt/M. on 22 Mar. 2006, valid until 15 Sep. 2009. **National identification no.:** na **Address: a)** In prison in Germany (since Sep. 2007). **b)** Südliche Ringstrasse 133, 63225 Langen, Germany (previous address) **Listed on:** 27 Oct. 2008 **Other information:** Associated with the Islamic Jihad Union (IJU), also known as the Islamic Jihad Group (listed under permanent reference number QE.I.119.05.) since at least the beginning of 2006. Associate of Fritz Martin Gelowicz (QI.G.259.08.) and Daniel Martin Schneider (QI.S.260.08.). Arrested on 4 Sep. 2007 in Medebach, Germany, and in detention in Germany since 5 Sep. 2007 (as of Oct. 2008).

**QI.M.205.05. Name:** 1: RAFIK 2: MOHAMAD 3: YOUSEF 4: na

**Name (original script):** رفيق محمد يوسف

**Title:** na **Designation:** na **DOB:** 27 Aug. 1974 **POB:** Baghdad, Iraq **Good quality a.k.a.:** Mohamad Raific Kairadin **Low quality a.k.a.:** na **Nationality:** Iraqi **Passport no.:** German travel document ("Reiseausweise") A 0092301 **National identification no.:** na **Address:** In prison in Germany as of Dec. 2004. **Listed on:** 6 Dec. 2005 (amended on 21 Oct. 2008) **Other information:** Associated with Ansar Al-Islam (listed under permanent reference number QE.A.98.03). Found guilty of terrorism offences and attempted murder, and sentenced on 15 Jul. 2008 to 8 years imprisonment in Germany. Review pursuant to Security Council resolution 1822 (2008) was concluded on 30 Jul. 2009.

**QI.T.36.01. Name:** 1: TOHIR 2: ABDULKHALILOVICH 3: YULDASHEV 4: na

**Name (original script):** Юлдашев Тахир Абдулхалилович

**Title:** na **Designation:** na **DOB:** 1967 **POB:** Namangan city, Uzbekistan **Good quality a.k.a.:** Yuldashev, Takhir **Low quality a.k.a.:** na **Nationality:** Uzbek **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 17 Oct. 2001 (amended on 16 May 2011) **Other information:** Former leader of Islamic Movement of Uzbekistan (QE.I.10.01.). Confirmed to have died in Pakistan in Aug. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QI.Z.127.03. Name:** 1: ZAINI 2: ZAKARIA 3: na 4: na

**Title:** na **Designation:** na **DOB:** 16 May 1967 **POB:** Kelantan, Malaysia **Good quality a.k.a.:** na **Low quality a.k.a.:** Ahmad **Nationality:** Malaysian **Passport no.:** A 11457974 **National identification no.:** 670516-03-5283 **Address:** Kota Bharu, State of Kelantan, Malaysia **Listed on:** 9 Sep. 2003 (amended on 23 Feb. 2009, 10 Aug. 2009, 16 May 2011) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Jun. 2009.

**QI.A.139.03. Name:** 1: IMED 2: BEN MEKKI 3: ZARKAOUI 4: na

**Name (original script):** عماد بن مكي زرقاوي

**Title:** na **Designation:** na **DOB:** 15 Jan. 1973 **POB:** Tunis, Tunisia **Good quality a.k.a.: a)** Dour Nadre, born 15 Jan. 1974 in Morocco **b)** Dour Nadre, born 15 Jan. 1973 in Morocco **c)** Daour Nadre, born 31 Mar. 1975 in Algeria **d)** Imad ben al-Mekki ben al-Akhdar al-Zarkaoui (previously listed as) **Low quality a.k.a.: a)** Zarga **b)** Nadra **Nationality:** Tunisian **Passport no.:** Tunisian passport number M174950, issued on 27 Apr. 1999, expired on 26 Apr. 2004 **National identification no.:** na **Address:** 41-45, Rue Estienne d'Orves, Pré Saint Gervais,

France **Listed on:** 12 Nov. 2003 (amended on 20 Dec. 2005, 31 Jul. 2006, 10 Aug. 2009, 16 May 2011) **Other information:** Mother's name is Zina al-Zarkaoui. Imprisoned in France since 1 Feb. 2010 on charges of criminal conspiracy in relation to a terrorist organization. Review pursuant to Security Council resolution 1822 (2008) was concluded on 6 May 2010.

**QI.Z.168.04. Name:** 1: AHMAD 2: ZERFAOUI 3: na 4: na

**Name (original script):** احمد زرفاوي

**Title:** na **Designation:** na **DOB:** 15 Jul. 1963 **POB:** Chréa, Algeria **Good quality a.k.a.: a)** Abdullah **b)** Abdalla **c)** Smail **d)** Abu Khaoula **e)** Abu Cholder **f)** Nuhr **Low quality a.k.a.:** na **Nationality:** Algerian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 3 May 2004 (amended on 12 Apr. 2006, 7 Apr. 2008) **Other information:** Member of Le Groupe Salafiste pour La Prédication et le Combat (GSPC), now known as The Organization of Al-Qaida in the Islamic Maghreb (listed under permanent reference number QE.T.14.01.). Reportedly killed in northern Mali in 2006. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.

**QI.Z.223.06. Name:** 1: MERAI 2: ZOGHBAI 3: na 4: na

**Name (original script):** مرعي زغبي

**Title:** na **Designation:** na **DOB: a)** 4 Apr. 1969 **b)** 4 Apr. 1960 **c)** 4 Jun. 1960 **POB:** Bengasi, Libyan Arab Jamahiriya **Good quality a.k.a.: a)** Mohamed Lebachir, born 14 Jan. 1968 in Morocco **b)** Meri Albdelfattah Zgbye, born 4 Jun. 1960 in Bendasi, Libyan Arab Jamahiriya **c)** Zoghbai Merai Abdul Fattah **d)** Lazrag Faraj, born 13 Nov. 1960 in Libyan Arab Jamahiriya **e)** Larzg Ben Ila, born 11 Aug. 1960 in Libyan Arab Jamahiriya **f)** Muhammed El Besir **Low quality a.k.a.: a)** F'raji di Singapore **b)** F'raji il Libico **c)** Farag **d)** Fredj, born 13 Nov. 1960 in Libyan Arab Jamahiriya **Nationality:** na **Passport no.:** na **National identification no.:** na **Address: a)** via Bordighera n. 34, Milan, Italy, (last known address) **b)** Senis, Oristano, Sardinia, Italy **Listed on:** 2 Aug. 2006 (amended on 3 Jun. 2009, 1 Sep. 2009) **Other information:** He is subject to Tribunale di Milano Custody Order n. 36601/2001 R.G.N.R. of 17 May 2005 – 7464/2001 R.G.GIP. Sentenced on 20 Dec. 2007 to 6 years of imprisonment by the Milan Assizes Court, Italy, for his involvement with an Al-Qaida-associated cell that forged documents, recruited and sent fighters to Iraq. The sentence was confirmed on 20 Nov. 2008 by the Milan Assizes Appeal Court. Fugitive as at Apr. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 Jul. 2009.

**QI.Z.187.05. Name:** 1: ZULKARNAEN 2: na 3: na 4: na

**Title:** na **Designation:** na **DOB:** 1963 **POB:** Gebang village, Masaran, Sragen, Central Java, Indonesia **Good quality a.k.a.: a)** Zulkarnan **b)** Zulkarnain **c)** Zulkarnin **d)** Arif Sunarso **e)** Aris Sumarsono **f)** Aris Sunarso **g)** Ustad Daud Zulkarnaen **h)** Murshid **Low quality a.k.a.:** na **Nationality:** Indonesian **Passport no.:** na **National identification no.:** na **Address:** na **Listed on:** 16 May 2005 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**D. Entities and other groups and undertakings associated with Al-Qaida**

**QE.A.1.01. Name:** ABU SAYYAF GROUP

**A.k.a.:** Al Harakat Al Islamiyya **F.k.a.:** na **Address:** na **Listed on:** 6 Oct. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.A.69.02. Name:** AFGHAN SUPPORT COMMITTEE (ASC)

**A.k.a.: a)** Lajnat ul Masa Eidatul Afghaniab **b)** Jamiat Ayat-ur-Rhas al Islamiac **c)** Jamiat Ihya ul Turath al Islamia **d)** Ahya ul Turas **F.k.a.:** na **Address: a)** Headquarters – G.T. Road (probably Grand Trunk Road), near Pushtoon Garhi Pabbi, Peshawar, Pakistan **b)** Cheprahar Hadda, Mia Omar Sabaqah School, Jalabad, Afghanistan **Listed on:** 11 Jan. 2002 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QE.A.121.05. Name:** AL-AKHTAR TRUST INTERNATIONAL

**A.k.a.: a)** Al Akhtar Trust **b)** Al-Akhtar Medical Centre **c)** Akhtarabad Medical Camp **d)** Pakistan Relief Foundation **e)** Pakistani Relief Foundation **f)** Azmat-e-Pakistan Trust **g)** Azmat Pakistan Trust **F.k.a.:** na **Address: a)** ST-1/A, Gulsahn-e-Iqbal, Block 2, Karachi, 25300, Pakistan **b)** Gulistan-e-Jauhar, Block 12, Karachi, Pakistan **Listed on:** 17 Aug. 2005 (amended on 10 Dec. 2008) **Other information:** Regional offices in Pakistan: Bahawalpur, Bawalnagar, Gilgit, Islamabad, Mirpur Khas, Tando-Jan-Muhammad. Akhtarabad Medical Camp is in Spin Boldak, Afghanistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009.

**QE.A.24.01. Name:** AL-BARAKAAT
**A.k.a.:** na  **F.k.a.:** na  **Address: a)** Mogadishu, Somalia  **b)** Dubai, United Arab Emirates  **Listed on:** 9 Nov. 2001  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.25.01. Name:** AL-BARAKAAT BANK
**A.k.a.:** na  **F.k.a.:** na  **Address:** Mogadishu, Somalia  **Listed on:** 9 Nov. 2001  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.23.01. Name:** AL BARAKA EXCHANGE L.L.C.
**A.k.a.:** na  **F.k.a.:** na  **Address: a)** P.O. BOX 3313 Deira Dubai, United Arab Emirates b) P.O. Box 20066, Dubai, United Arab Emirates  **Listed on:** 9 Nov. 2001 (amended on 23 Mar. 2009)  **Other information:** Reported to be owned or controlled by Ali Ahmed Nur Jim'Ale (QI.J.41.01). Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.27.01. Name:** AL-BARAKAT BANK OF SOMALIA (BSS)
**A.k.a.:** Barakat Bank Of Somalia  **F.k.a.:** na  **Address: a)** Mogadishu, Somalia  **b)** Bossaso, Somalia  **Listed on:** 9 Nov. 2001  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.28.01. Name:** AL-BARAKAT FINANCE GROUP
**A.k.a.:** na  **F.k.a.:** na  **Address: a)** Dubai, United Arab Emirates  **b)** Mogadishu, Somalia  **Listed on:** 9 Nov. 2001  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.29.01. Name:** AL-BARAKAT FINANCIAL HOLDING CO.
**A.k.a.:** na  **F.k.a.:** na  **Address: a)** Dubai, United Arab Emirates  **b)** Mogadishu, Somalia  **Listed on:** 9 Nov. 2001  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.30.01. Name:** AL-BARAKAT GLOBAL TELECOMMUNICATIONS
**A.k.a.: a)** Barakaat Globetelcompany **b)** Al Barakat Telecommunications Ltd.  **F.k.a.:** na  **Address: a)** P.O. Box 3313, Dubai, United Arab Emirates b) Mogadishu, Somalia c) Hargeysa, Somalia  **Listed on:** 9 Nov. 2001 (amended on 26 Nov. 2004)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.31.01. Name:** AL-BARAKAT GROUP OF COMPANIES SOMALIA LIMITED
**A.k.a.:** Al-Barakat Financial Company  **F.k.a.:** na  **Address: a)** P.O. Box 3313, Dubai, United Arab Emirates b) Mogadishu, Somalia  **Listed on:** 9 Nov. 2001 (amended on 25 Jul. 2006)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.32.01. Name:** AL-BARAKAT INTERNATIONAL
**A.k.a.:** Baraco Co.  **F.k.a.:** na  **Address:** Box 2923, Dubai, United Arab Emirates  **Listed on:** 9 Nov. 2001 (amended on 25 Jul. 2006)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.33.01. Name:** AL-BARAKAT INVESTMENTS
**A.k.a.:** na  **F.k.a.:** na  **Address:** P.O. Box 3313, Deira, Dubai, United Arab Emirates  **Listed on:** 9 Nov. 2001  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.107.04. Name:** AL FURQAN
**A.k.a.: a)** Dzemilijati Furkan **b)** Dzem'ijjetul Furqan **c)** Association for Citizens Rights and Resistance to Lies **d)** Dzemijetul Furkan **e)** Association of Citizens for the Support of Truth and Supression of Lies **f)** Sirat **g)** Association for Education, Culture and Building Society-Sirat **h)** Association for Education, Cultural, and to Create Society - Sirat **i)** Istikamet **j)** In Siratel **k)** Citizens' Association for Support and Prevention of lies – Furqan  **F.k.a.:**

na  **Address: a)** 30a Put Mladih Muslimana (ex Pavla Lukaca Street), 71 000 Sarajevo, Bosnia and Herzegovina  **b)** 72 ul. Strossmajerova, Zenica, Bosnia and Herzegovina  **c)** 42 Muhameda Hadzijahica, Sarajevo, Bosnia and Herzegovina  **d)** 70 and 53 Strosmajerova Street, Zenica, Bosnia and Herzegovina  **e)** Zlatnih Ljiljana Street, Zavidovici, Bosnia and Herzegovina  **Listed on:** 11 May 2004 (amended on 26 Nov. 2004, 24 Mar. 2009)  **Other information:** Registered in Bosnia and Herzegovina as a citizens' association under the name of "Citizens' Association for Support and Prevention of lies – Furqan" on 26 Sep. 1997. Al Furqan ceased its work by decision of the Ministry of Justice of the Bosnia and Herzegovina Federation (decision number 03-054-286/97 dated 8 Nov. 2002). Al Furqan was no longer in existence as at Dec. 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010.

**QE.A.16.01. Name:** AL-HAMATI SWEETS BAKERIES
**A.k.a.:** na  **F.k.a.:** na  **Address:** Al-Mukallah, Hadhramawt Governorate, Yemen  **Listed on:** 17 Oct. 2001   **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QE.A.110.04. Name:** AL-HARAMAIN: AFGHANISTAN BRANCH
**A.k.a.:** na  **F.k.a.:** na  **Address:** Afghanistan  **Listed on:** 6 Jul. 2004   **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.111.04. Name:** AL-HARAMAIN: ALBANIA BRANCH
**A.k.a.:** na  **F.k.a.:** na  **Address:** Irfan Tomini Street, #58, Tirana, Albania  **Listed on:** 6 Jul. 2004   **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.109.04. Name:** AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION
**A.k.a.: a)** Al Haramain Al Masjed Al Aqsa **b)** Al Haramayn Al Masjid Al Aqsa **c)** Al-Haramayn and Al Masjid Al Aqsa Charitable Foundation **d)** Al Harammein Al Masjed Al-Aqsa Charity Foundation  **F.k.a.:** na  **Address: a)** Branch Address: 2A Hasiba Brankovica, Sarajevo, Bosnia and Herzegovina  **b)** 14 Bihacka Street, Sarajevo, Bosnia and Herzegovina  **c)** 64 Potur mahala Street, Travnik, Bosnia and Herzegovina  **d)** Zenica, Bosnia and Herzegovina  **Listed on:** 28 Jun. 2004 (amended on 26 Nov. 2004, 16 Sep. 2008, 24 Mar. 2009)  **Other information:** Used to be officially registered in Bosnia and Herzegovina under registry number 24. Al-Haramain & Al Masjed Al-Aqsa Charity Foundation ceased its work by decision of the Ministry of Justice of the Bosnia and Herzegovina Federation (decision on cessation of operation number 03-05-2-203/04). It was no longer in existence as at Dec. 2008. Its premises and humanitarian activities were transferred under Government supervision to a new entity called Sretna Buducnost. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.112.04. Name:** AL-HARAMAIN: BANGLADESH BRANCH
**A.k.a.:** na  **F.k.a.:** na  **Address:** House 1, Road 1, S-6, Uttara, Dhaka, Bangladesh  **Listed on:** 6 Jul. 2004   **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.113.04. Name:** AL-HARAMAIN: ETHIOPIA BRANCH
**A.k.a.:** na  **F.k.a.:** na  **Address:** Woreda District 24 Kebele Section 13, Addis Ababa, Ethiopia  **Listed on:** 6 Jul. 2004   **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.103.04. Name:** AL-HARAMAIN FOUNDATION (INDONESIA)
**A.k.a.:** Yayasan Al-Manahil-Indonesia  **F.k.a.:** na  **Address:** Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440 Indonesia; Tel.: 021-86611265 and 021-86611266; Fax.: 021-8620174  **Listed on:** 26 Jan. 2004   **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.104.04. Name:** AL-HARAMAIN FOUNDATION (PAKISTAN)
**A.k.a.:** na  **F.k.a.:** na  **Address:** House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan  **Listed on:** 26 Jan. 2004   **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Oct. 2009.

**QE.A.116.04. Name:** AL-HARAMAIN FOUNDATION (UNION OF THE COMOROS)
**A.k.a.:** na  **F.k.a.:** na  **Address:** B/P: 1652 Moroni, Union of the Comoros  **Listed on:** 28 Sep. 2004   **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.117.04. Name:** AL-HARAMAIN FOUNDATION (UNITED STATES OF AMERICA)
**A.k.a.:** na **F.k.a.:** na **Address:** a) 1257 Siskiyou Blvd., Ashland, OR 97520, United States of America b) 3800 Highway 99 S, Ashland, OR 97520, United States of America c) 2151 E Division St., Springfield, MO 65803, United States of America **Listed on:** 28 Sep. 2004 (amended on 25 Jan. 2010) **Other information:** The United States-based branch of Al-Haramain Foundation was formally established by Suliman Hamd Suleiman al-Buthe (QI.A.179.04.) and another associate in 1997. Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Oct. 2009.

**QE.A.71.02. Name:** AL-HARAMAIN ISLAMIC FOUNDATION
**A.k.a.: a)** Vazir **b)** Vezir **F.k.a.:** na **Address: a)** 64 Poturmahala, Travnik, Bosnia and Herzegovina **b)** Sarajevo, Bosnia and Herzegovina **Listed on:** 13 Mar. 2002 (amended on 26 Dec. 2003, 16 Sep. 2008, 16 Jun. 2011) **Other information:** Under criminal investigation by the authorities of Bosnia and Herzegovina as of Nov. 2007. Employees and associates include Najib Ben Mohamed Ben Salem Al-Waz (listed under permanent reference number QI.A.104.03.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.72.02. Name:** AL-HARAMAIN ISLAMIC FOUNDATION
**A.k.a.:** na **F.k.a.:** na **Address:** Somalia **Listed on:** 13 Mar. 2002 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.114.04. Name:** AL-HARAMAIN: THE NETHERLANDS BRANCH
**A.k.a.:** Stichting Al Haramain Humanitarian Aid **F.k.a.:** na **Address:** Jan Hanzenstraat 114, 1053SV, Amsterdam, The Netherlands **Listed on:** 6 Jul. 2004 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 28 Jun. 2010.

**QE.A.105.04. Name:** AL-HARAMAYN FOUNDATION (KENYA)
**A.k.a.:** na **F.k.a.:** na **Address: a)** Nairobi, Kenya **b)** Garissa, Kenya **c)** Dadaab, Kenya **Listed on:** 26 Jan. 2004 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.106.04. Name:** AL-HARAMAYN FOUNDATION (TANZANIA)
**A.k.a.:** na **F.k.a.:** na **Address:** a) P.O. Box 3616, Dar es Salaam, Tanzania b) Tanga c) Singida **Listed on:** 26 Jan. 2004 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.A.2.01. Name:** AL-ITIHAAD AL-ISLAMIYA / AIAI
**Name (original script):** الاتحاد الاسلامي
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 6 Oct. 2001 (amended on 21 Dec. 2007) **Other information:** Reported to operate in Somalia and Ethiopia. Leadership includes Hassan Abdullah Hersi Al-Turki (listed under permanent reference number QI.A.172.04.) and Hassan Dahir Aweys (listed under permanent reference number QI.D.42.01.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.A.4.01. Name:** AL-QAIDA
**Name (original script):** القاعدة
**A.k.a.: a)** "The Base" **b)** Al Qaeda **c)** Islamic Salvation Foundation **d)** The Group for the Preservation of the Holy Sites **e)** The Islamic Army for the Liberation of Holy Places **f)** The World Islamic Front for Jihad Against Jews and Crusaders **g)** Usama Bin Laden Network **h)** Usama Bin Laden Organization **i)** Al Qa'ida **j)** Islamic Army **F.k.a.:** na **Address:** na **Listed on:** 6 Oct. 2001 (amended on 5 Mar. 2009) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.J.115.04. Name:** AL-QAIDA IN IRAQ
**Name (original script):** تنظيم القاعدة في بلاد الرافدين
**A.k.a.: a)** AQI **b)** al-Tawhid **c)** the Monotheism and Jihad Group **d)** Qaida of the Jihad in the Land of the Two Rivers **e)** Al-Qaida of Jihad in the Land of the Two Rivers **f)** The Organization of Jihad's Base in the Country of the Two Rivers **g)** The Organization Base of Jihad/Country of the Two Rivers **h)** The Organization Base of Jihad/Mesopotamia **i)** Tanzim Qa'idat Al-Jihad fi Bilad al-Rafidayn **j)** Tanzeem Qa'idat al Jihad/Bilad al Raafidaini **k)**

Jama'at Al-Tawhid Wa'al-Jihad l) JTJ m) Islamic State of Iraq n) ISI o) al-Zarqawi network  F.k.a.: na  Address: na  Listed on: 18 Oct. 2004 (amended on 2 Dec. 2004, 5 Mar. 2009)  Other information: Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010.

**QE.A.129.10. Name:** AL-QAIDA IN THE ARABIAN PENINSULA (AQAP)

**Name (original script):** القاعدة في جزيرة العرب

**A.k.a.: a)** Al-Qaida of Jihad Organization in the Arabian Peninsula **b)** Tanzim Qa'idat al-Jihad fi Jazirat al-Arab **c)** Al-Qaida Organization in the Arabian Peninsula (AQAP) **d)** Al-Qaida in the South Arabian Peninsula  **F.k.a.:** Al-Qaida in Yemen (AQY)  **Address:** na  **Listed on:** 19 Jan. 2010  **Other information:** AQAP is a regional affiliate of Al-Qaida (QE.A.4.01) and an armed group operating primarily in Arabian Peninsula. Location: Yemen. Alternative location: Saudi Arabia (2004 – 2006). Formed in Jan. 2009 when Al-Qaida in Yemen combined with Saudi Arabian Al-Qaida operatives. Leader of AQAP is Nasir 'abd-al-Karim 'Abdullah Al-Wahishi (QI.A.274.10.) and his deputy is Said Ali Al-Shihri (QI.A.275.10.).

**QE.A.5.01. Name:** AL RASHID TRUST

**A.k.a.: a)** Al-Rasheed Trust **b)** Al Rasheed Trust **c)** Al-Rashid Trust **d)** Aid Organization of the Ulema, Pakistan **e)** Al Amin Welfare Trust **f)** Al Amin Trust **g)** Al Ameen Trust **h)** Al-Ameen Trust **i)** Al Madina Trust **j)** Al-Madina Trust  **F.k.a.:** na  **Address: a)** Kitas Ghar, Nazimabad 4, Dahgel-Iftah, Karachi, Pakistan  **b)** Jamia Maajid, Sulalman Park, Melgium Pura, Lahore, Pakistan  **c)** Office Dha'rbi-M'unin, Opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan  **d)** Office Dha'rbi-M'unin ZR Brothers, Katcherry Road, Chowk Yadgaar, Peshawar, Pakistan  **e)** Office Dha'rbi-M'unin, Rm No. 3, Moti Plaza, Near Liaquat Bagh, Muree Road, Rawalpindi, Pakistan  **f)** Office Dha'rbi-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxae, Mingora, Swat, Pakistan  **g)** Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan, Phone 6683301; Phone 0300-8209199; Fax 6623814  **h)** 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Igbal, Karachi, Pakistan; Phone 4979263  **i)** 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; Phone 587-2545  **j)** j) 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Phone 2623818-19  **k)** Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Phone 042-6812081  **Listed on:** 6 Oct. 2001 (amended on 21 Oct. 2008, 10 Dec. 2008)  **Other information:** Headquarters are in Pakistan. Operations in Afghanistan: Herat Jalalabad, Kabul, Kandahar, Mazar Sherif. Also operations in Kosovo, Chechnya. Has two account numbers (No. 05501741 and No. 06500138) in Habib Bank Ltd. (Foreign Exchange Branch), Pakistan. Involved in the financing of Al-Qaida and the Taliban. Until 21 Oct. 2008, this entity appeared also as "Aid Organization of the Ulema, Pakistan" under permanent reference number QE.A.73.02., listed on 24 Apr. 2002 and amended on 25 Jul. 2006. Based on information confirming that the two entries Al Rashid Trust (QE.A.5.01.) and Aid Organization of the Ulema, Pakistan (QE.A.73.02.) refer to the same entity, the Al-Qaida and Taliban Sanctions Committee decided on 21 Oct. 2008 to consolidate the relevant information contained in both entries in the present entry. Review pursuant to Security Council resolution 1822 (2008) was concluded on 6 May 2010.

**QE.A.98.03. Name:** ANSAR AL-ISLAM

**Name (original script):** أنصار الاسلام

**A.k.a.: a)** Devotees of Islam **b)** Jund al-Islam **c)** Soldiers of Islam **d)** Kurdistan Supporters of Islam **e)** Followers of Islam in Kurdistan **f)** Kurdish Taliban **g)** Soldiers of God **h)** Ansar al-Sunna Army **i)** Ansar al-Sunna **j)** Supporters of Islam in Kurdistan **k)** Jaish Ansar al-Sunna  **F.k.a.:** na  **Address:** na  **Listed on:** 24 Feb. 2003 (amended on 31 Mar. 2004, 5 Mar. 2009, 18 Mar. 2009, 21 Oct. 2010)  **Other information:** Associated with Al-Qaida (QE.A.4.01.) and Al-Qaida in Iraq (QE.J.115.04). Located and primarily active in northern Iraq but maintains a presence in western and central Iraq. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.A.6.01. Name:** ARMED ISLAMIC GROUP

**Name (original script):** الجماعة الاسلامية المسلحة

**A.k.a.: a)** Al Jamm'ah Al-Islamiah Al- Musallah **b)** GIA **c)** Groupement Islamique Armé  **F.k.a.:** na  **Address:** Algeria  **Listed on:** 6 Oct. 2001 (amended on 7 Apr. 2008)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.A.7.01. Name:** ASBAT AL-ANSAR

**Name (original script):** عصبة الأنصار

**A.k.a.:** na  **F.k.a.:** na  **Address:** Ein el-Hilweh camp, Lebanon  **Listed on:** 6 Oct. 2001 (amended on 30 Jan. 2009)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.B.45.01. Name:** BARAKAAT BANK OF SOMALIA
**A.k.a.: a)** Barakaat Bank of Somalia Ltd. **b)** Baraka Bank of Somalia **c)** Barakat Banks and Remittances **F.k.a.:** na **Address: a)** Bakaara Market, Mogadishu, Somalia **b)** Dubai, United Arab Emirates **Listed on:** 9 Nov. 2001 (amended on 26 Nov. 2004, 23 Mar. 2009) **Other information:** Reported to be owned or controlled by Ali Ahmed Nur Jim'Ale (QI.J.41.01). Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.B.37.01. Name:** BARAKAAT GROUP OF COMPANIES
**A.k.a.:** na **F.k.a.:** na **Address: a)** P.O. Box 3313, Dubai, United Arab Emirates **b)** Mogadishu, Somalia **Listed on:** 9 Nov. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.B.41.01. Name:** BARAKAAT NORTH AMERICA, INC.
**A.k.a.:** na **F.k.a.:** na **Address:** a) 925 Washington Street, Dorchester, Massachusetts, United States of America b) 2019 Bank Street, Ottawa, Ontario, Canada **Listed on:** 9 Nov. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QE.B.42.01. Name:** BARAKAAT RED SEA TELECOMMUNICATIONS
**A.k.a.:** na **F.k.a.:** na **Address: a)** Bossaso, Somalia **b)** Nakhiil, Somalia **c)** Huruuse, Somalia **d)** Raxmo, Somalia **e)** Ticis, Somalia **f)** Kowthar, Somalia **g)** Noobir, Somalia **h)** Bubaarag, Somalia **i)** Gufure, Somalia **j)** Xuuxuule, Somalia **k)** Ala Aamin, Somalia **l)** Guureeye, Somalia **m)** Najax, Somalia **n)** Carafaat, Somalia **Listed on:** 9 Nov. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.B.43.01. Name:** BARAKAAT TELECOMMUNICATIONS CO. SOMALIA, LTD.
**A.k.a.:** na **F.k.a.:** na **Address:** P.O. Box 3313, Dubai, United Arab Emirates **Listed on:** 9 Nov. 2001 (amended on 23 Mar. 2009) **Other information:** Reported to be owned or controlled by Ali Ahmed Nur Jim'Ale (QI.J.41.01). Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.B.46.01. Name:** BARAKAT COMPUTER CONSULTING (BCC)
**A.k.a.:** na **F.k.a.:** na **Address:** Mogadishu, Somalia **Listed on:** 9 Nov. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QE.B.47.01. Name:** BARAKAT CONSULTING GROUP (BCG)
**A.k.a.:** na **F.k.a.:** na **Address:** Mogadishu, Somalia **Listed on:** 9 Nov. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QE.B.49.01. Name:** BARAKAT GLOBAL TELEPHONE COMPANY
**A.k.a.:** na **F.k.a.:** na **Address: a)** Dubai, United Arab Emirates **b)** Mogadishu, Somalia **Listed on:** 9 Nov. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QE.B.50.01. Name:** BARAKAT INTERNATIONAL COMPANIES (BICO)
**A.k.a.:** na **F.k.a.:** na **Address: a)** Mogadishu, Somalia **b)** Dubai, United Arab Emirates **Listed on:** 9 Nov. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.B.51.01. Name:** BARAKAT POST EXPRESS (BPE)
**A.k.a.:** na **F.k.a.:** na **Address:** Mogadishu, Somalia **Listed on:** 9 Nov. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QE.B.52.01. Name:** BARAKAT REFRESHMENT COMPANY
**A.k.a.:** na **F.k.a.:** na **Address: a)** Mogadishu, Somalia **b)** Dubai, United Arab Emirates **Listed on:** 9 Nov. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QE.B.53.01. Name:** BARAKAT TELECOMMUNICATIONS COMPANY LIMITED

**A.k.a.:** BTELCO  **F.k.a.:** na  **Address:** Bakara Market, Dar Salaam Building, Mogadishu, Somalia  **Listed on:** 9 Nov. 2001 (amended on 21 Oct. 2010)  **Other information:** Office closed and defunct in the Netherlands as at Aug. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.B.56.01. Name:** BARAKO TRADING COMPANY, LLC
**A.k.a.:** Baraka Trading Company  **F.k.a.:** na  **Address:** P.O. Box 3313, Dubai, United Arab Emirates  **Listed on:** 9 Nov. 2001 (amended on 23 Mar. 2009)  **Other information:** Until 23 Mar. 2009 this entity was also listed as Baraka Trading Company (QE.B.54.01). Reported to be owned or controlled by Ali Ahmed Nur Jim'Ale (QI.J.41.01). Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.B.93.02. Name:** BENEVOLENCE INTERNATIONAL FOUNDATION
**A.k.a.: a)** Al Bir Al Dawalia **b)** BIF **c)** BIF-USA **d)** Mezhdunarodnyj Blagotvoritel'nyl Fond  **F.k.a.:** na  **Address: a)** 8820 Mobile Avenue, IA, Oak Lawn, Illinois, 60453, United States of America  **b)** P.O. Box 548, Worth, Illinois, 60482, United States of America  **c)** (Formerly located at) 9838 S. Roberts Road, Suite 1W, Palos Hills, Illinois, 60465, United States of America  **d)** (Formerly located at) 20-24 Branford Place, Suite 705, Newark, New Jersey, 07102, United States of America  **e)** P.O. Box 1937, Khartoum, Sudan  **f)** Bangladesh  **g)** Gaza Strip **h)** Yemen  **Listed on:** 21 Nov. 2002 (amended on 24 Jan. 2003, 28 Apr. 2011)  **Other information:** Employer Identification Number (United States of America): 36-3823186. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010.

**QE.B.94.02. Name:** BENEVOLENCE INTERNATIONAL FUND
**A.k.a.:** Benevolent International Fund  **F.k.a.:** na  **Address:** a) (Last known address) 2465 Cawthra Rd., Unit 203, Mississauga, Ontario, L5A 3P2 Canada b) (Last known address) P.O. Box 1508, Station B, Mississauga, Ontario, L4Y 4G2 Canada c) (Last known address) P.O. Box 40015, 75 King Street South, Waterloo, Ontario, N2J 4V1 Canada d) (Last known address) 92 King Street, 201, Waterloo, Ontario, N2J 1P5 Canada  **Listed on:** 21 Nov. 2002  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QE.B.95.02. Name:** BOSANSKA IDEALNA FUTURA
**A.k.a.: a)** BIF-Bosnia **b)** Bosnian Ideal Future  **F.k.a.:** na  **Address:** na  **Listed on:** 21 Nov. 2002 (amended on 24 Mar. 2009, 28 Apr. 2011)  **Other information:** Bosanska Idealna Futura was officially registered in Bosnia and Herzegovina as an association and humanitarian organization under registry number 59. It was the legal successor of the Bosnia and Herzegovina offices of Benevolence International Foundation (QE.B.93.02.), doing business as BECF Charitable Educational Center, Benevolence Educational Center. Bosanska Idealna Futura was no longer in existence as at Dec. 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun.

**QE.D.102.03. Name:** DJAMAT HOUMAT DAAWA SALAFIA (DHDS)
**Name (original script):** جماعة حماة الدعوة السلفية
**A.k.a.: a)** El-Ahouel **b)** Djamaat Houmah Al-Dawah Al-Salafiat  **F.k.a.:** Katibat el Ahouel  **Address:** Located in western Algeria  **Listed on:** 11 Nov. 2003 (amended on 26 Nov. 2004, 7 Apr. 2008, 25 Jan. 2010)  **Other information:** A branch of GIA (QE.A.6.01.) formed as a result of the break that occurred in 1996 when Afghanistan veteran Kada Benchikha Larbi decided to oppose the head of GIA. As at 1999, the group was led by Mohammed Benslim. Yahia Djouadi (QI.D.249.08) subsequently made DHDS part of the Organization of Al-Qaida in the Islamic Maghreb (QE.T.14.01). Estimated in Nov. 2007 to comprise approx. 50 members. Review pursuant to Security Council resolution 1822 (2008) was concluded on 30 Jul. 2009.

**QE.E.88.02. Name:** EASTERN TURKISTAN ISLAMIC MOVEMENT
**A.k.a.: a)** The Eastern Turkistan Islamic Party **b)** The Eastern Turkistan Islamic Party of Allah **c)** Islamic Party of Turkestan **d)** Djamaat Turkistan  **F.k.a.:** na  **Address:** na  **Listed on:** 11 Sep. 2002 (amended on 3 Oct. 2008)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010.

**QE.A.3.01. Name:** EGYPTIAN ISLAMIC JIHAD
**Name (original script):** الجهاد الاسلامي المصري
**A.k.a.: a)** Egyptian Al-Jihad **b)** New Jihad **c)** Al-Jihad **d)** Egyptian Islamic Movement **e)** Jihad Group  **F.k.a.:** na  **Address:** na  **Listed on:** 6 Oct. 2001 (amended on 5 Mar. 2009)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.G.91.02. Name:** GLOBAL RELIEF FOUNDATION (GRF)
**A.k.a.: a)** Fondation Secours Mondial (FSM) **b)** Secours mondial de France (SEMONDE) **c)** Fondation Secours Mondial – Belgique a.s.b.l. **d)** Fondation Secours Mondial v.z.w. **e)** FSM **f)** Stichting Wereldhulp – Belgie, v.z.w. **g)** Fondation Secours Mondial – Kosova **h)** Fondation Secours Mondial "World Relief" **F.k.a.:** na **Address: a)** P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium **b)** Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Kosovo **c)** Ylli Morina Road, Djakovica, Kosovo **d)** Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania **e)** 9935 South 76th Avenue, Unit 1, Bridgeview, Illinois, 60455, United States of America **f)** P.O. Box 1406, Bridgeview, Illinois, 60455, United States of America **g)** 49 rue du Lazaret, 67100 Strasbourg, France **h)** Vaatjesstraat, 29, 2580 Putte, Belgium **i)** Rue des Batates 69, 1040 Etterbeek, Brussels, Belgium **Listed on:** 22 Oct. 2002 (amended on 26 Nov. 2004, 20 Dec. 2005, 25 Jul. 2006, 24 Mar. 2009, 11 Mar. 2010, 25 Mar. 2010, 28 Apr. 2011) **Other information:** Other Foreign Locations: Afghanistan, Bangladesh, Eritrea, Ethiopia, India, Iraq, West Bank and Gaza, Somalia and Syria. Federal Employer Identification Number (United States of America): 36-3804626. V.A.T. Number: BE 454,419,759. Belgian addresses incorrect: these are the addresses of Putte et Bruxelles de l'association sans but lucratif since 1998. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.H.130.10. Name:** HARAKAT-UL JIHAD ISLAMI
**Name (original script):** حرکت الجهاد الاسلامی
**A.k.a.: a)** HUJI **b)** Movement of Islamic Holy War **c)** Harkat-ul-Jihad-al Islami **d)** Harkat-al-Jihad-ul Islami **e)** Harkat-ul-Jehad-al-Islami **f)** Harakat ul Jihad-e-Islami **F.k.a.: a)** Harakat-ul-Ansar **b)** HUA **Address:** na **Listed on:** 6 Aug. 2010 **Other information:** Was established in Afghanistan in 1980. In 1993, Harakat-ul Jihad Islami merged with Harakat ul-Mujahidin to form Harakat ul-Ansar. In 1997, Harakat-ul Jihad Islami split from Harakat ul-Ansar and resumed using its former name. Operations are in India, Pakistan and Afghanistan.

**QE.H.8.01. Name:** HARAKAT UL-MUJAHIDIN / HUM
**A.k.a.: a)** Al-Faran **b)** Al-Hadid **c)** Al-Hadith **d)** Harakat Ul-Ansar **e)** HUA **f)** Harakat Ul- Mujahideen **F.k.a.:** na **Address:** na **Listed on:** 6 Oct. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.H.57.01. Name:** HEYATUL ULYA
**A.k.a.:** na **F.k.a.:** na **Address:** Mogadishu, Somalia **Listed on:** 9 Nov. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QE.I.127.06. Name:** INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, INDONESIA, BRANCH OFFICE
**A.k.a.: a)** International Islamic Relief Agency **b)** International Relief Organization **c)** Islamic Relief Organization **d)** Islamic World Relief **e)** International Islamic Aid Organization **f)** Islamic Salvation Committee **g)** The Human Relief Committee of the Muslim World League **h)** World Islamic Relief Organization **i)** Al Igatha Al-Islamiya **j)** Hayat al-Aghatha al-Alamiya **k)** Hayat al-Igatha **l)** Hayat Al-'Igatha **m)** Ighatha **n)** Igatha **o)** Igassa **p)** Igasa **q)** Igase **r)** Egassa **s)** IIRO **F.k.a.:** na **Address: a)** International Islamic Relief Organization, Indonesia Office; Jalan Raya Cipinang Jaya No. 90; East Jakarta, 13410, Indonesia b) P.O. Box 3654; Jakarta, 54021, Indonesia na **Listed on:** 9 Nov. 2006 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 28 Jun. 2010.

**QE.I.126.06. Name:** INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, PHILIPPINES, BRANCH OFFICES
**A.k.a.: a)** International Islamic Relief Agency **b)** International Relief Organization **c)** Islamic Relief Organization **d)** Islamic World Relief **e)** International Islamic Aid Organization **f)** Islamic Salvation Committee **g)** The Human Relief Committee of the Muslim World League **h)** World Islamic Relief Organization **i)** Al Igatha Al-Islamiya **j)** Hayat al-Aghatha al-Islamia al-Alamiya **k)** Hayat al-Igatha **l)** Hayat Al-'Igatha **m)** Ighatha **n)** Igatha **o)** Igassa **p)** Igasa **q)** Igase **r)** Egassa **s)** IIRO **F.k.a.:** na **Address: a)** International Islamic Relief Organization, Philippines Office; 201 Heart Tower Building; 108 Valero Street; Salcedo Village, Makati City; Manila, Philippines b) Zamboanga City, Philippines c) Tawi Tawi, Philippines d) Marawi City, Philippines e) Basilan, Philippines f) Cotabato City, Philippines **Listed on:** 4 Aug. 2006 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 28 Jun. 2010.

**QE.I.9.01. Name:** ISLAMIC ARMY OF ADEN
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 6 Oct. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 9 Jul. 2010.

**QE.I.99.03. Name:** ISLAMIC INTERNATIONAL BRIGADE (IIB)
**A.k.a.: a)** The Islamic Peacekeeping Brigade **b)** The Islamic Peacekeeping Army **c)** The International Brigade **d)** Islamic Peacekeeping Battalion **e)** International Battalion **f)** Islamic Peacekeeping International Brigade  **F.k.a.:** na  **Address:** na  **Listed on:** 4 Mar. 2003  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 17 May 2010.

**QE.I.119.05. Name:** ISLAMIC JIHAD GROUP
**A.k.a.: a)** Jama'at al-Jihad **b)** Libyan Society **c)** Kazakh Jama'at **d)** Jamaat Mojahedin **e)** Jamiyat **f)** Jamiat al-Jihad al-Islami **g)** Dzhamaat Modzhakhedov **h)** Islamic Jihad Group of Uzbekistan **i)** al-Djihad al-Islami **j)** Zamaat Modzhakhedov Tsentralnoy Asii **k)** Islamic Jihad Union  **F.k.a.:** na  **Address:** na  **Listed on:** 1 Jun. 2005 (amended on 19 Apr. 2006, 20 Feb. 2008)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010.

**QE.I.10.01. Name:** ISLAMIC MOVEMENT OF UZBEKISTAN
**A.k.a.:** IMU  **F.k.a.:** na  **Address:** na  **Listed on:** 6 Oct. 2001  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.J.19.01. Name:** JAISH-I-MOHAMMED
**A.k.a.:** Army of Mohammed  **F.k.a.:** na  **Address:** Pakistan  **Listed on:** 17 Oct. 2001  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.J.20.01. Name:** JAM'YAH TA'AWUN AL-ISLAMIA
**A.k.a.: a)** Society of Islamic Cooperation **b)** Jam'iyat Al Ta'awun Al Islamiyya **c)** Jit  **F.k.a.:** na  **Address:** Qandahar City, Afghanistan  **Listed on:** 17 Oct. 2001  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.J.92.02. Name:** JEMAAH ISLAMIYAH
**A.k.a.: a)** Jema'ah Islamiyah **b)** Jemaah Islamiya **c)** Jemaah Islamiah **d)** Jamaah Islamiyah **e)** Jama'ah Islamiyah  **F.k.a.:** na  **Address:** na  **Listed on:** 25 Oct. 2002  **Other information:** The network in South-East Asia. Founded by the late Abdullah Sungkar. Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010.

**QE.L.97.03. Name:** LAJNAT AL DAAWA AL ISLAMIYA
**Name (original script):** لجنة الدعوة الاسلامية
**A.k.a.:** LDI  **F.k.a.:** na  **Address:** na  **Listed on:** 20 Feb. 2003 (amended on 5 Mar. 2009)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Jul. 2010.

**QE.L.118.05. Name:** LASHKAR-E-TAYYIBA
**A.k.a.: a)** Lashkar-e-Toiba **b)** Lashkar-i-Taiba **c)** al Mansoorian **d)** al Mansooreen **e)** Army of the Pure **f)** Army of the Righteous **g)** Army of the Pure and Righteous **h)** Paasban-e-Kashmir **i)** Paasban-i-Ahle-Hadith **j)** Pasban-e-Kashmir **k)** Pasban-e-Ahle-Hadith **l)** Paasban-e-Ahle-Hadis **m)** Pashan-e-ahle Hadis **n)** Lashkar e Tayyaba **o)** LET **p)** Jamaat-ud-Dawa **q)** JUD **r)** Jama,at al-Dawa **s)** Jamaat ud-Daawa **t)** Jamaat ul-Dawah **u)** Jamaat-ul-Dawa **v)** Jama,at-i-Dawat **w)** Jamaiat-ud-Dawa **x)** Jama,at-ud-Da,awah **y)** Jama,at-ud-Da,awa **z)** Jamaati-ud-Dawa  **F.k.a.:** na  **Address:** na  **Listed on:** 2 May 2005 (amended on 3 Nov. 2005, 10 Dec. 2008)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QE.L.96.03. Name:** LASHKAR I JHANGVI (LJ)
**A.k.a.:** na  **F.k.a.:** na  **Address:** na  **Listed on:** 3 Feb. 2003  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.L.11.01. Name:** LIBYAN ISLAMIC FIGHTING GROUP
**Name (original script):** الجماعة الاسلامية المقاتلة الليبية
**A.k.a.:** LIFG  **F.k.a.:** na  **Address:** na  **Listed on:** 6 Oct. 2001 (amended on 5 Mar. 2009)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.M.12.01. Name:** MAKHTAB AL-KHIDAMAT
**Name (original script):** مكتب الخدمات
**A.k.a.: a)** MAK **b)** Al Kifah  **F.k.a.:** na  **Address:** na  **Listed on:** 6 Oct. 2001 (amended on 5 Mar. 2009)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.M.122.06. Name:** MEADOWBROOK INVESTMENTS LIMITED
**A.k.a.:** na  **F.k.a.:** na  **Address:** 44 Upper Belgrave Road, Clifton, Bristol, BS8 2XN, United Kingdom  **Listed on:** 7 Feb. 2006 (amended on 21 Oct. 2010)  **Other information:** Registration number: 05059698. Associated with Mohammed Benhammedi (QI.B.213.06). Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Dec. 2009.

**QE.M.89.02. Name:** MOROCCAN ISLAMIC COMBATANT GROUP
**Name (original script):** الجماعة الاسلامية المغربية المقاتلة
**A.k.a.: a)** Groupe Islamique Combattant Marocain **b)** GICM  **F.k.a.:** na  **Address:** na  **Listed on:** 10 Oct. 2002 (amended on 5 Mar. 2009)  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010.

**QE.M.120.05. Name:** MOVEMENT FOR REFORM IN ARABIA
**A.k.a.: a)** Movement for Islamic Reform in Arabia **b)** MIRA **c)** Al Islah (Reform) **d)** MRA **e)** Al-Harakat al-Islamiyah lil-Islah **f)** Islamic Movement for Reform **g)** Movement for (Islamic) Reform in Arabia Ltd **h)** Movement for Reform in Arabia Ltd  **F.k.a.:** na  **Address:** BM Box: MIRA, London WC1N 3XX, United Kingdom, Alternate Address: Safiee Suite, EBC House, Townsend Lane, London, NW9 8LL, United Kingdom  **Listed on:** 15 Jul. 2005  **Other information:** Email address: info@islah.org, Tel: 020 8452 0303, Fax: 020 8452 0808, UK Company number 03834450. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QE.O.123.06. Name:** OZLAM PROPERTIES LIMITED
**A.k.a.:** na  **F.k.a.:** na  **Address:** 88 Smithdown Road, Liverpool, L7 4JQ, United Kingdom  **Listed on:** 7 Feb. 2006 (amended on 21 Oct. 2010)  **Other information:** Registration number: 05258730. Associated with Mohammed Benhammedi (QI.B.213.06). Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Dec. 2009.

**QE.R.21.01. Name:** RABITA TRUST
**A.k.a.:** na  **F.k.a.:** na  **Address:** a) Room 9a, 2nd Floor, Wahdat Road, Education Town, Lahore, Pakistan b) Wares Colony, Lahore, Pakistan  **Listed on:** 17 Oct. 2001  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.R.128.08. Name:** RAJAH SOLAIMAN MOVEMENT
**A.k.a.: a)** Rajah Solaiman Islamic Movement **b)** Rajah Solaiman Revolutionary Movement  **F.k.a.:** na  **Address: a)** Barangay Mal-Ong, Anda, Pangasinan Province, Philippines  **b)** Sitio Dueg, Barangay Maasin, San Clemente, Tarlac Province, Philippines  **c)** Number 50, Purdue Street, Cubao, Quezon City, Philippines  **Listed on:** 4 Jun. 2008  **Other information:** Had its office at the Fi-Sabilillah Da'awa and Media Foundation Incorporated at number 50, Purdue Street, Cubao, Quezon City, which is also the residence of the entity's founder, Hilarion Del Rosario Santos III (listed under permanent reference number QI.S.244.08.). Associated with the Abu Sayyaf Group (listed under permanent reference number QE.A.1.01.) and Jemaah Islamiyah (listed under permanent reference number QE.J.92.02.) including explosives training and other support for terrorist attacks in the Philippines in 2004 and 2005. Received funding from the International Islamic Relief Organization, Philippines, branch offices (listed under permanent reference number QE.I.126.06.) through Khadafi Abubakar Janjalani (listed under permanent reference number QI.J.180.04.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010.

**QE.R.60.01. Name:** RED SEA BARAKAT COMPANY LIMITED
**A.k.a.:** na  **F.k.a.:** na  **Address: a)** Mogadishu, Somalia **b)** Dubai, United Arab Emirates  **Listed on:** 9 Nov. 2001  **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QE.R.70.02. Name:** REVIVAL OF ISLAMIC HERITAGE SOCIETY
**Name (original script):** جمعية احياء التراث الاسلامي

**A.k.a.: a)** Jamiat Ihia Al-Turath Al-Islamiya **b)** Revival of Islamic Society Heritage on the African Continent **c)** Jamia Ihya ul Turath **d)** RIHS **F.k.a.:** na **Address: a)** Pakistan **b)** Afghanistan **Listed on:** 11 Jan. 2002 (amended on 25 Jul. 2006, 5 Mar. 2009) **Other information:** NOTE: Only the Pakistan and Afghanistan offices of this entity are hereby designated. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010.

**QE.R.100.03. Name:** RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS (RSRSBCM)
**A.k.a.: a)** Riyadus-Salikhin Reconnaissance and Sabotage Battalion **b)** The Sabotage and Military Surveillance Group of the Riyadh al-Salihin Martyrs **c)** Riyadh-as-Saliheen **d)** Firqat al-Takhrib wa al-Istitla al-Askariyah li Shuhada Riyadh al-Salihin **e)** Riyadus-Salikhin Reconnaissance and Sabotage battalion of Shahids (martyrs) **F.k.a.:** na **Address:** na **Listed on:** 4 Mar. 2003 (amended on 25 Jul. 2006) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 17 May 2010.

**QE.S.124.06. Name:** SANABEL RELIEF AGENCY LIMITED
**A.k.a.: a)** Sanabel Relief Agency **b)** Sanabel L'il-Igatha **c)** SRA **d)** Sara **e)** Al-Rahama Relief Foundation Limited **F.k.a.:** na **Address: a)** 63 South Rd, Sparkbrook, Birmingham B 111 EX, United Kingdom b) 1011 Stockport Rd, Levenshulme, Manchester M9 2TB, United Kingdom c) P.O. Box 50, Manchester M19 25P, United Kingdom d) 98 Gresham Road, Middlesbrough, United Kingdom e) 54 Anson Road, London, NW2 6AD, United Kingdom **Listed on:** 7 Feb. 2006 (amended on 25 Jan. 2010) **Other information:** Charity number: 1083469. Registration number: 3713110. Review pursuant to Security Council resolution 1822 (2008) was concluded on 28 Sep. 2009.

**QE.S.125.06. Name:** SARA PROPERTIES LIMITED
**A.k.a.: a)** Sara Properties **F.k.a.:** na **Address: a)** 104 Smithdown Road, Liverpool, Merseyside L7 4JQ, United Kingdom b) 2a Hartington Road, Liverpool L8 OSG, United Kingdom **Listed on:** 7 Feb. 2006 (amended on 21 Oct. 2010) **Other information:** Registration number: 4636613. Associated with Mohammed Benhammedi (QI.B.213.06). Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Dec. 2009.

**QE.S.62.01. Name:** SOMALI INTERNET COMPANY
**A.k.a.:** na **F.k.a.:** na **Address:** Mogadishu, Somalia **Listed on:** 9 Nov. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.

**QE.S.101.03. Name:** SPECIAL PURPOSE ISLAMIC REGIMENT (SPIR)
**A.k.a.: a)** The Islamic Special Purpose Regiment **b)** The al-Jihad-Fisi-Sabililah Special Islamic Regiment **c)** Islamic Regiment of Special Meaning **F.k.a.:** na **Address:** na **Listed on:** 4 Mar. 2003 (amended on 25 Jul. 2006) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 17 May 2010.

**QE.T.108.04. Name:** TAIBAH INTERNATIONAL-BOSNIA OFFICES
**A.k.a.: a)** Taibah International Aid Agency **b)** Taibah International Aid Association **c)** Al Taibah, Intl. **d)** Taibah International Aide Association **F.k.a.:** na **Address: a)** 6 Avde Smajlovica Street, Novo Sarajevo, Bosnia and Herzegovina **b)** 26 Tabhanska Street, Visoko, Bosnia and Herzegovina **c)** 3 Velika Cilna Ulica, Visoko, Bosnia and Herzegovina **d)** 26 Tabhanska Street, Visoko, Bosnia and Herzegovina **Listed on:** 11 May 2004 (amended on 24 Mar. 2009) **Other information:** In 2002-2004, Taibah International – Bosnia offices used premises of the Culture Home in Hadzici, Sarajevo, Bosnia and Herzegovina. The organization was officially registered in Bosnia and Herzegovina as a branch of Taibah International Aid Association under registry number 7. Taibah International – Bosnia offices ceased its work by decision of the Ministry of Justice of the Bosnia and Herzegovina Federation (decision on cessation of operation number 03-05-2-70/03). Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.T.14.01. Name:** THE ORGANIZATION OF AL-QAIDA IN THE ISLAMIC MAGHREB
**Name (original script):** تنظيم القاعدة ببلاد المغرب الاسلامي
**A.k.a.:** Al Qaïda au Maghreb islamique (AQMI) **F.k.a.: a)** Le Groupe Salafiste pour La Prédication et le Combat (GSPC) **b)** Salafist Group For Call and Combat **Address:** na **Listed on:** 6 Oct. 2001 (amended on 26 Apr. 2007, 7 Apr. 2008, 17 Jul. 2009) **Other information:** Estimated in Nov. 2007 to comprise approx. 700 members regrouped in cells in Algeria and northern Mali. Its Emir is Abdelmalek Droukdel (listed under permanent reference number QI.D.232.07.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.T.90.02. Name:** TUNISIAN COMBATANT GROUP

**Name (original script):** الجماعة التونسية المقاتلة

**A.k.a.: a)** Groupe Combattant Tunisien **b)** GICT **c)** Groupe Islamiste Combattant Tunisien **F.k.a.:** na **Address:** na **Listed on:** 10 Oct. 2002 (amended on 26 Nov. 2004, 5 Mar. 2009) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 6 May 2010.

**QE.U.68.01. Name:** UMMAH TAMEER E-NAU (UTN)

**A.k.a.:** na **F.k.a.:** na **Address:** a) Street 13, Wazir Akbar Khan, Kabul, Afghanistan b) Pakistan **Listed on:** 24 Dec. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

**QE.W.15.01. Name:** WAFA HUMANITARIAN ORGANIZATION

**A.k.a.: a)** Al Wafa **b)** Al Wafa Organization **c)** Wafa Al-Igatha Al-Islamia **F.k.a.:** na **Address:** a) Jordan House No. 125, Street 54, Phase II Hayatabad, Peshawar, Pakistan b) Saudi Arabia c) Kuwait d) United Arab Emirates **Listed on:** 6 Oct. 2001 **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010.

## OTHER INDIVIDUALS AND ENTITIES ASSOCIATED WITH OSAMA BIN LADEN AND THE AL QAEDA TERRORIST ORGANIZATION

- Mustafa Ahmed al Hawsawi مصطفى الهوساوي (a/k/a Mustafa Ahmed al Hisawi; a/k/a Shaykh Said; a/k/a Mustafa Muhammed Ahmed; a/k/a Mustafa Ahmed; a/k/a Hashim Abd al Rahman; a/k/a Hashem Abdulrahman; a/k/a Hashem Abderahman; a/k/a Hashim Abdourahman; a/k/a Hashem Abdollahi; a/k/a Muhammad Adnan; a/k/a Zahir; a/k/a Zaher; a/k/a Ayyub; a/k/a Khal; a/k/a Muhammad Ahanad; a/k/a Abderahman Mustafa); 103 Shaikh Sultan Bin Saqer Street, Al Butheena, Sharjah, United Arab Emirates; DOB 5 August 1968; Telephone number: 050-5209905; Passport B686512 (Saudi Arabia).

- Ali Abdul Aziz Ali عمار البلوشية (a/k/a Ammar al Baluchi; a/k/a Aliosh; a/k/a Ali; a/k/a Ali A; a/k/a Isam Mansur; a/k/a Isam Mansar; a/k/a Isam Mansour; a/k/a Hani; a/k/a Hani (Fawaz TRDNG)); MEC Ltd. Post Office Box 16958, Jebel Ali, Dubai; Passport E911562 (Pakistan); Telephone number: 0506745651.

- Khalid Sheikh Mohammed خالد شيخ محمد (a/k/a Khalid Shaikh Mohammed; a/k/a Salem Ali; a/k/a Fahd Bin Adballah bin Khalid; a/k/a Ashraf Refaat Nabith Henin; a/k/a Khalid Adbul Wadood; a/k/a Mukhtar; a/k/a Mukhtar al Baluchi; a/k/a al Mukh; a/k/a Abdulrahman Abdullah al Ghamdi; a/k/a Salem Ali; a/k/a Abdul Majid; a/k/a Abdullah al Fak'asi al Ghamdior; a/k/a Hafiz; a/k/a Meer Akram); DOB 14 Apr 1965; alt. DOB 1 Mar 1964; POB Kuwait; citizen Kuwait.

- Abu Zubaydah ابو زبيدة (a/k/a Abu Zubaida; a/k/a Zeinulabideen Muhammed Husein Abu Zubeidah; a/k/a Abd al Hadi al Wahab; a/k/a Zain al Abidin Muhammad Husain; a/k/a Zayn al Abidin Muhammad Husayn; a/k/a Zayn al Abidin Muhammad Hussein; a/k/a Tariq; a/k/a Hani); DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Passport 484824 (Egypt)  issued 18 Jan 1984.

- Ramzi Bin Al Shibh رمزي بن الشيبة (a/k/a Ramzi Mohamed Abdullah Binalsheidah; a/k/a Ramzi Mohammed Abdullah Binalshibh; a/k/a Ramzi Mohammed Abdellah Omar; a/k/a Abu Ubaydah; a/k/a Umar Muhammad Abdallah Ba Amar); Marienstr #54, Hamburg 21073, Germany; Letzte Heller #109, Hamburg University, Hamburg  22111, Germany; Emil Anderson Strasse 5, Hamburg  22073, Germany; Billstedter Hauptstr Apt. 14, Hamburg  22111, Germany; Schleemer Ring 2, Hamburg  22117, Germany; DOB 1 May 1972; alt. DOB 16 Sep 1973; POB Hadramawt, Yemen; alt. POB Khartoum Sudan; nationality Yemen; Passport R85243 (Yemen); alt. Passport A755350 (Saudi Arabia); alt. Passport 00085243 (Yemen).

- Walid Bin Attash وليد محمد صالح بن رشيد بن عطاش (a/k/a Walid Muhammad Salih bin Attash; a/k/a Walid Muhammad Salih bin Roshayed bin Attash; a/k/a Khallad bin Attash; a/k/a Saleh Saeed Mohammed bin Yousaf; a/k/a Tawfiq Muhammad Salih bin Rashid; a/k/a Silver).

- Abd al Rahim al Nashiri عبد الرحيم النشيري (a/k/a Abd al Rahim Hussein Muhammad Abdu; a/k/a Mullah Bilal; a/k/a Bilal; a/k/a Abu Bilal al Makki; a/k/a Khalid al Safani; a/k/a

Amm Ahmad; a/k/a Mohammed Omar al Harazi; a/k/a Abdul Rahman Hussein al Nashari).

- <u>Abu Faraj al Libi</u> أبو الفرج الليبي (a/k/a Mustafa al Uzayti; a/k/a Mahfuz; a/k/a Abd al Hafiz; a/k/a Abu Hamada; a/k/a Tawfiq).

- <u>Wali Khan Amin Shah</u> والي خان أمين شاه (a/k/a Osama Turkestani; a/k/a Osama Azmurai; a/k/a Grabi Ibrahim Hahsen); DOB April 1, 1966.

- <u>Wadih El Hage</u> وديع الحاج (a/k/a Wadih al Haja; a/k/a Abd'al Sabur; a/k/a Abdel Saboor; a/k/a Abdus Sabur); DOB July 25, 1960.

- <u>Abu Akram</u> أبو أكرم (a/k/a Akram Turki Hishan al Mazidih; a/k/a Akram Turki al Hishan; a/k/a  Akram Turki Hishan al Mazidih; a/k/a Abu Jarrah); Zabadani, Syria; DOB 1974; alt. DOB 1979; alt. DOB 1975.

- <u>Khalid al Mihdhar</u> خالد المحضار (a/k/a Khalid Muhammad Abdallah al Mihdhar; a/k/a Sannan al Makki; a/k/a Khalid bin Muhammad; a/k/a Addallah al Mihdhar; a/k/a Khalid Mohammad al Saqaf); DOB May 16, 1975.

- <u>Majed Moqed</u> ماجد مشعان موقد (a/k/a Majed Mashaan Ghanem Moqed; a/k/a Majid Moqid Mushan bin Ghanim; a/k/a Majad Masha an Muqad); DOB June 18, 1977.

- <u>Nawaf al Hamzi</u> نواف الحازمي (a/k/a Nawaf Muhammed Salim al Hazmi; a/k/a Nawaf al Hazmi); DOB August 9, 1976.

- <u>Salem al Hamzi</u> سالم الحازمي (a/k/a Salem al Hazmi; a/k/a Salam al Hazmi); DOB February 2, 1981.

- <u>Hani Hanjour</u> هاني صالح حسن حنجور (a/k/a Hani Saleh Hasan Hanjour; a/k/a Hani Salih Hasan Hanjur); DOB August 30, 1972.

- <u>Satam al Suqami</u> سطام السقامي (a/k/a Satam Muhammed Abdel Rahman al Suqami; a/k/a Satam as Suqami); DOB June 28, 1976.

- <u>Waleed al Shehri</u> وليد الشهري (a/k/a Waleed Mohammed al Shehri; a/k/a Walid ash Shehri); DOB December 20, 1978.

- <u>Wail al Shehri</u> وائل الشهري (a/k/a Wail Mohammed al Shehri; a/k/a Wail ash Shehri); DOB July 31, 1973.

- <u>Mohamed Atta</u> محمد محمد الأمير عوض السيد عطا (a/k/a Mohamed Mohamed el Amir Awad el Sayed Atta; a/k/a Muhammad Muhammad al Amir Awad as Sayyid Atta; a/k/a Mohamed el Amir Awad el Sayed Atta; a/k/a Mehan Atta; a/k/a Mohammad el Amir; a/k/a Muhammad Atta; a/k/a Mohamed el Sayed; a/k/a Mohamed Elsayed; a/k/a Muhammad al Amir; a/k/a Awag al Sayyid Atta; a/k/a Muhammad al Amir; a/k/a Awad al Sayad; a/k/a Mohamed el Amir); DOB September 1, 1968.

2

- Abdulaziz al Omari عبد العزيز العمري (a/k/a Abd al Aziz al Umari); DOB May 28, 1979.

- Marwan al Shehhi مروان يوسف محمد رشيد لكراب الشحي (a/k/a Marwan Yousef Mohamed Rashid Lekrab al Shehhi; a/k/a Marwan Yusuf Muhammad Rashid Lekrab ash Shehhi); DOB May 9, 1978.

- Fayez Banihammad فايز راشد احمد حسن القاضي بني حمد (a/k/a Fayez Rashid Ahmed Hassan al Qadi Banihammad; a/k/a Fayaz Rashid Ahmad Hassan al Qadi Bani Hammad; a/k/a Fayez Ahmad; a/k/a Banihammad Fayez Abu Dhabi Banihammad; a/k/a Fayez Rashid Ahmed; a/k/a Rasid Ahmed Hassen Alqadi; a/k/a Abu Dhabi Banihammad Ahmed Fayez); DOB March 19, 1977.

- Ahmed al Ghamdi احمد صلاة سعيد الغامدي (a/k/a Ahmed Salah Said al Ghamdi; a/k/a Ahmad Salat Sa'id al Ghamdi); DOB July 2, 1979.

- Hamza Ghamdi حمزة الغامدي (a/k/a Hamza Alghamdi); DOB November 18, 1980.

- Mohand al Shehri مهند الشهري (a/k/a Mohand Muhammed Fayiz al Shehri; a/k/a Muhand ash Shehr; a/k/a Mohammed al Shehhi; a/k/a Mohald al Shehri); DOB May 7, 1979.

- Saeed al Ghamdi سعيد الغامدي (a/k/a Saeed Abdallah Ali Sulayman al Ghamdi; a/k/a Sa'id al Ghamdi); DOB November 21, 1979.

- Ahmad al Haznawi احمد ابراهيم الحزناوي (a/k/a Ahmed Ibrahim al Haznawi; a/k/a Ahmad Ibrahim al Haznawi); DOB October 11, 1980.

- Ahmed al Nami أحمد بن عبد الله النامي (a/k/a Ahmed bin Abdullah al Nami; a/k/a Ahmad bin Abdullah al Nami); DOB December 7, 1977.

- Ziad Jarrah زياد سمير جراح (a/k/a Ziad Samir Jarrah; a/k/a Ziyad Samir Garrah; a/k/a Ziad Jarrah Jarrat; a/k/a Ziad Jarrahi; a/k/a Ziad Samir al Jarrah; a/k/a Ziyad Samir Jarrah); DOB May 11, 1975.

- Saidi Madani al Tayyib سيدي مدني الطيب (a/k/a Sidi al Madani al Ghazi Mustafa al Tayyib; a/k/a Sidi Tayyib; a/k/a Sayed Tayib al Madani; a/k/a Sa'idi al Madani al Ghazi Mustfa al Tayyib; a/k/a Abu Fadl; a/k/a Abu Fadil; a/k/a Abu Fadil al Makki; a/k/a Abu Fadhl al Makkee; a/k/a Abu Amjed; a/k/a Abu Mahdi; a/k/a Abu Khalifah al Omani; a/k/a Abu Fadhl al Makkee; a/k/a Abu Anter al Masri; a/k/a Abu Omar al Makki).

- Jamal Ahmad Mohamed al Fadl جمال احمد محمد الفضل (a/k/a Jamal Ahmed Mohamed al Fadl; a/k/a Gamal Ahmed Mohamed al Fedel).

- Sharif al Din Ali Mukhtar شريف الدين علي مختار

- Abu Rida al Suri ابو رضا السوري (a/k/a Mohamed Loay Bayazid; a/k/ Mohammed Loay Baizid; a/k/a Abu Ridha al Suri; a/k/a Abu Rida the Syrian; a/k/a Nidal)

- Mamdouh Mahmoud Salim ممدوح محمود سليم (a/k/a Abu Hajer al Iraqi)

3

- <u>Wa'el Hamza Jelaidan</u> وائل حمزة جليدان (a/k/a Abu al Hasan; a/k/a Abu Hassan al Madani)

- <u>Abu Anas</u> ابو انس (a/k/a Abu Anas al Saudi)

- <u>Abu Hammam</u> ابو همام (a/k/a Abu Hamam al Saudi)

- <u>Abu Horan</u> ابو حوران (a/k/a Ali Haroun; a/k/a Abu Hassan al Sudani)

- <u>Abu Ubaidah al Banshiri</u> أبو عبيدة البنشيري (a/k/a Ali Amin al Rashidi)

- <u>Abu Hafs al Masri</u> ابو حفص المصري (a/k/a Sheikh Taysir Abdullah; a/k/a Abu Hafs; a/k/a Abu Sitta; a/k/a Abu Hafs al Kabir; a/k/a Abu Khadijah; a/k/a Abu Fatima; a/k/a Mohammed Atef).

- <u>Sheikh Said al Masri</u> سعيد المصري (a/k/a Saeed al Masri; a/k/a Mustafa Ahmed Muhammad Uthman Abu al Yazid).

- <u>Abu Yassir Sarrir</u> ابو ياسر سرير (a/k/a Abu Yassir al Jaza'iri; a/k/a Abu Yassir al Gizari).

- <u>Mohammed Yassir al Masri</u> محمد ياسر المصري

- <u>Aafia Siddiqui</u> عافية صديقي/ عافيه صديقى (a/k/a Fahrem Shahin)

- <u>Abu Hajir</u> **أبو هاجر** (a/k/a Mandour Salim)

- <u>Mohammed Jamal Khalifa</u> **محمد جمال خليفه** (a/k/a Abu Bara).

- <u>Abu Ayoub al Iraqi</u> **أبو أيوب العراقي**

- <u>Abu Hajer al Iraqi</u> **أبو هاجر العراقي**

- <u>Abu Ibrahim al Iraqi</u> **أبو إبراهيم العراقي**

- <u>Abu Hafs al Muritari</u> **أبو حفص الموريتاني**

- <u>Sa'ad al Sharif</u> **سعد الشريف** (a/k/a Abu Mohamed)

- <u>Abdellah Suliman al Awad</u> **عبدا لله سليمان العوض**

- <u>Hassan al Medini</u> **حسن ألمديني**

- <u>Abu Musab al Saudi</u> **أبو مصعب السعودي**

- <u>Abu al Shaheed al Palastini</u> **أبو الشهيد الفلسطيني**

- <u>Ali Osman Mohamed Taha</u> **علي عثمان محمد طه**

- <u>Ghazi Salah al Din</u> **غازي صلاح الدين**

- Dr. Abdullah Mohamed Yousif عبد الله محمد يوسف

- Dr. El Fathi Hassanein Ali ألفتحي حسنين علي

- Mohamed Hassan Mohamed Ahmed Imam محمد حسن محمد احمد إمام

- Amad El Din Abd el Rahman M. Ali احمد الدين عبد الرحمن م. علي

- Sukarno Ali Hassanein سوكارنو علي حسنين

- Fateh Abu Hassanein فاتح أبو حسنين

- Akram Yousif Abbass أكرم يوسف عباس

- Ihsan al Madani إحسان المدني

- Abu Naas al Saudi أبو ناس السعودي

- Abdel Rahman al Dosari عبد الرحمن الدوسري(a/k/a Hown; a/k/a Abdelrahman al Dosari; a/k/a Abd al Rahman al Dosari)

- Abu Zubair al Madani أبو زبير المدني

- Abdel Aziz Mohamed Issawi عبد العزيز محمد العيسوي (a/k/a Abu al Hassan al Sudani; a/k/a Ali Haroum)

- Abdel al Saam Suliman Saad عبد السامي سليمان سعد orعبد السام سليمان سعد

- Mohammed Suleiman al Nalfi محمد سليمان النلفي(a/k/a Abu Musab)

- Abdu al Mukhlaf عبده المخلف

- Abu Khadija al Iraqi أبو خديجة العراقي

- Usama Lubnani أسامة لبناني

- Asafi Ahmedi الصافي احمدي

- Sheikh An' Normani شيخ النورماني

- Abu Jafer al Tayar أبو جعفر الطيار

- Abu Islam al Masri أبو اسلام المصري

- Abu Talha al Sudani أبو طلحة السوداني (a/k/a Haythem)

- Haydor al Dosari حيضر الدوسري (a/k/a Hadi al Dousari)

- Salam al Masri سلام المصري

- Abu Hassan al Yemeni أبو حسن اليمني

- Abu Islam أبو اسلام

- Abu Naim al Libi أبو نعيم الليبي

- Abu Ali al Sudani أبو علي السوداني

- Ibn al Mubarak al Sharqawi ابن مبارك الشرقاوي

- Saad al Sherif سعد الشريف

- Abu Farraq al Yemeni أبو فراق اليمني

- Salah Ghash صلاح غاش

- Osman Alsaid عثمان السيد

- Mohammad Cano محمد كانوا

- Ahmed ali Mohammed Abu Ubaida احمد علي محمد أبو عبيدة

- Musab Ibrahim Abdou مصعب إبراهيم عبده

- Abu Jahla أبو جهلة

- Abu Turab al Liby أبو تراب الليبي

- Abu Musab al Saudi أبو مصعب السعودي

- Ahmad Abid al Rahman احمد عبيد الرحمن a/k/a Abu Muaz)

- Abu Katada Uganda أبو قتادة أوغندا

- Abu Omar Oswani أبو عمر اسواني؟

- Al Khalifa al Omani الخليفة العماني

- Saif al Islam al Janubi سيف الإسلام الجنوبي

- Al Muthana al Harith المثنى الحارث

- Islam Yaslim Yaman اسلام يسلم يمن (a/k/a Abu Ghazwan)

- Dr. Mubarak al Duri مبارك الدوري

- Abu Ayman al Sudani أبو أيمن السوداني

- Adel Rafeea عادل رفيعة؟ رفعي؟

- Abdul Samad Din Mohammed عبد الصمد دين محمد

- Muhammad Sulayman Barre محمد سليمان البرى(a/k/a Mohammed Soliman Barre; a/k/a Abu Yusuf alSomali; a/k/a Abu Ahmad; a/k/a Maxed Saleban Barre; a/k/a Khalil; a/k/a Mohd Soliman Barre; a/k/a Maxed Suleyman; a/k/a Abdullah al Somali; a/k/a Muhammad al-Somali)

- Wadi al Aqiq Company, Ltd. وادي العقيق

- Al Hijrah Construction and Development, Ltd. شركة الهجرة للإنشاء والتعمير

- Taba Investment Company, Ltd. طابا للاستثمار

- Al Timar al Mubarikah الثمار المباركة

- Gum Arabic Company شركة الصمغ العربي

- Bin Ladin International شركة بن لادن العالمية

- Al Qudarat Transport Company شركة القدرات للنقل

- Blessed Fruits Company شركة الثمار المباركة

- Al Ikhlas International Company شركة الإخلاص

- Al Samal al Mubaraka Company شركة السمال مباركة

- Dahabshil Hawala Company دهب شيل

- Al Wafa جمعية (الوفا) الخيرية السعودية -

PHILADELPHIA\6066620\3  117430.000