EXHIBIT 9

**C L I F F O R D**

**C H A N C E**

CLIFFORD CHANCE US LLP

2001 K STREET NW
WASHINGTON, DC 20006 - 1001

TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

**By Electronic Delivery**

Direct Dial: +1 202 912 5109
E-mail: steve.cottreau@cliffordchance.com

Sean Carter, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

August 22, 2012

**03-MD-1570: Supplemental Requests for Production to Dubai Islamic Bank**

Dear Mr. Carter:

We are writing in response to Plaintiffs' supplemental requests for production to Dubai Islamic Bank ("DIB") dated July 31, 2012. None of the requests to DIB are the consequence of newly discovered facts. We fail to see why Plaintiffs unreasonably delayed service of these requests, leaving DIB a scant 30 days to both respond to the requests and to conduct numerous searches in response to the 43 requests (in addition to the 108 requests served in 2010). We believe these requests are improper.

First, Plaintiffs served these supplemental requests on DIB on July 31, 2012. Thus, responses are due on September 4, 2012. September 4, 2012, however, is after the close of discovery. Such discovery must be served such that responses are due prior to the close of discovery. See, e.g., *Jones v. Hirschfeld*, 01-cv-7585, 2003 WL 21415323 (S.D.N.Y. June 19, 2003) ("Both sides should be aware that the discovery deadline date is the date on which discovery should be complete; it is not the last date on which a party can serve discovery requests. 'Generally, discovery requests are to be made sufficiently inside the discovery period to allow for a response prior to the discovery cut-off date. Discovery requests which are served too late in the discovery period to allow for a timely response, have been disallowed.'" (quoting *Gavenda v. Orleans County*, 182 F.R.D. 17, 20 ( W.D.N.Y. 1997))); *Fitzgibbon v. Sanyo Securities America, Inc.*, 92-cv-2818, 1994 WL 281928 (S.D.N.Y. June 22, 1994) ("Plaintiff's document request was untimely and will be disallowed for that reason" when counsel "waited until less than thirty days prior to the discovery cut-off date to serve Plaintiff's first request for the production of documents."). *Cf.* N.D.N.Y. Local Rules of Practice Rule 16.2.

**C L I F F O R D**

**C H A N C E**

CLIFFORD CHANCE US LLP

Second, most of the new requests seek account information for names of certain people and organizations. This supplemental discovery approach is inconsistent with the agreement we reached with Plaintiffs over a year ago. *See* Letter to Sean Carter dated July 7, 2011 (attached as Ex. 1). Last summer, you sent us a list of proposed search terms. On September 8, 2011, we sent Plaintiffs a revised list of search terms we planned to run on an account database. *See* Letter to Sean Carter dated September 8, 2011 (attached as Ex. 2). On September 22, 2011, we sent Plaintiffs another letter further outlining revisions and updates to this list. *See* Letter to Sean Carter dated September 22, 2011 (attached as Ex. 3). We invited you to propose additions, but you never responded. *See* Exs. 1 & 2. We then undertook an expensive process of using those search terms to find related accounts, including sending U.S. lawyers to Dubai to oversee the project on multiple occasions. Now, Plaintiffs wish to supplement those terms with new requests and force DIB to re-do the process, costing significant time, money, and resources. To re-do this process is unreasonable and unduly burdensome.

Accordingly, Plaintiffs' supplemental requests are untimely and objectionable in their entirety. Hence, DIB will not be providing documents in response to these untimely document requests.

Sincerely,

Steven T. Cottreau

Enclosures (3)

cc:     Alan Kabat
        Counsel of record (by email)

ATTACHMENT

**C L I F F O R D**

**C H A N C E**

**CLIFFORD CHANCE US LLP**

2001 K STREET NW
WASHINGTON, DC 20006 - 1001

TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

**Steven T. Cottreau
Partner**

DIRECT TEL +1 202 912 5109
DIRECT FAX +1 202 912 6000
Steve.Cottreau@Cliffordchance.com

July 7, 2011

<u>Via Email</u>

Sean P. Carter, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*Re:  In re Terrorist Attacks of September 11, 2001*, 03-md-1570 (S.D.N.Y.)

Dear Sean:

I am writing to clarify the current status of our discussions regarding Plaintiffs' Responses To Dubai Islamic Bank's First Set of Requests For Production Of Documents And Tangible Things ("Plaintiffs' Responses") and Dubai Islamic Bank's ("DIB") Responses and Objections to Plaintiffs' First Set of Document Requests ("DIB's Responses").  As you know, the parties have met and conferred several times in an effort to resolve any outstanding disputes regarding Plaintiffs' Responses and DIB's Responses.  Below is our understanding of the disputes that the parties have raised and the current status of those issues.  Please let us know if we have misstated in any way your position on any of these issues or if we have omitted any agreement that we have reached during our discussions.  We remain ready to discuss these issues further at your convenience so that we can try to resolve any remaining issues and move forward in discovery.

**I.     DUBAI ISLAMIC BANK'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS ("DIB'S REQUESTS")**

With respect to DIB's Requests, we discussed certain issues DIB had with Plaintiffs' Responses and have reached the following understandings during our meet and confer sessions.

**A.     Plaintiffs' General Objections**

DIB inquired whether Plaintiffs intend to withhold any documents responsive to DIB's Requests based on the General Objections section set forth in Plaintiffs' Responses.  Plaintiffs stated that they do not intend to withhold any responsive documents based on the General

Objections and will inform DIB if Plaintiffs actually withhold any documents based on any General Objection.

### B.   Other Objections

DIB inquired as to whether Plaintiffs plan to withhold any documents based upon any of the objections that are repeated throughout Plaintiffs' Responses—these objections are in some cases labeled as objections (a) though (h) (*e.g.*, Plaintiffs' Response to DIB Request No. 1), though more frequently the repeated objections are labeled (a) though (g) (*e.g.*, Plaintiffs' Response to DIB Request No. 4).  Plaintiffs confirmed that they do not intend to withhold any documents on the basis of any of these repeated objections, with the possible exception of certain documents that Plaintiffs may withhold on the basis of privilege or work product protection.  In the event that Plaintiffs withhold documents on the grounds of privilege or work product protection, Plaintiffs agreed to include those documents on a privilege log in a manner consistent with any privilege log agreement reached by the parties.

### C.   Documents Received From Third Parties

DIB asked whether Plaintiffs planned to produce all documents that they obtained from third parties that are responsive to any of DIB's Requests.  Plaintiffs agreed to produce all responsive documents they have received from third parties, including documents obtained from public sources, with the following exception: Plaintiffs may withhold documents created by consulting experts in connection with the litigation on the grounds of privilege or work product protection, in which case Plaintiffs will include such documents on a privilege log.

### D.   DIB's Request Nos. 6 and 52

DIB's Request Nos. 6 and 52 seek all documents and tangible things relevant to DIB's or any Plaintiff's claims or defenses in the case.  Plaintiffs objected to these Requests as overly broad and unduly burdensome in seeking documents and tangible things relevant to claims and defenses pertaining exclusively to defendants other than DIB.  In response, DIB agreed to narrow these Requests as follows:

> Document Request No. 6 now seeks "All documents relevant to any of DIB's defenses or any of Plaintiff's claims against DIB in the above-captioned case."

> Document Request No. 52 now seeks "Any tangible thing relevant to any of DIB's defenses or any of Plaintiff's claims against DIB in the above-captioned case."

Plaintiffs agreed to produce all documents responsive to these requests as narrowed.

### E.     DIB's Request No. 7

In Plaintiffs' Responses, Plaintiffs raised a number of objections to DIB's Request No. 7. DIB agreed to narrow that request as follows:

> Document Request No. 7 now seeks "All documents concerning DIB that are related to or relevant to any of the allegations, claims, or defenses in the above-captioned case."

Plaintiffs agreed to produce all documents responsive to this request as narrowed.

## II.    PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS ("PLAINTIFFS' REQUESTS")

With respect to Plaintiffs' Requests, we discussed certain issues Plaintiffs had with DIB's Responses and have reached the following understandings during our meet and confer sessions.

### A.     Document Request Responses

Plaintiffs inquired whether DIB intends to produce documents or to make them available for inspection in the U.A.E.  DIB stated it planned to produce the categories of documents that it agreed to produce in DIB's Responses.  Plaintiffs similarly confirmed that they also planned to produce documents responsive to DIB's Requests rather than make such documents available for inspection.

### B.     Definitions Used In Plaintiffs' Requests

#### 1.     Conformity with Local Rules

DIB objected to the definitions set forth in Plaintiffs' Requests to the extent they differ from the Local Rules of the United States District for the Southern District of New York ("Local Rules"). Plaintiffs stated their belief that their Definitions generally conform to the definitions set forth in the Local Rules.  DIB believes that the definitions in the Local Rules should prevail and will respond to the requests accordingly.

#### 2.     Definition of "United Arab Emirates" or "U.A.E."

Plaintiffs questioned DIB's objection to Plaintiffs' definition of "United Arab Emirates" or "U.A.E."  DIB explained that this definition is overly broad to the extent that it goes beyond the government and its representatives and requires DIB to identify members of various ruling families.   The parties agreed to limit the definition as follows: "The terms 'United Arab Emirates' or 'U.A.E.' shall mean the United Arab Emirates, including any agency, instrumentality, organ, political subdivision, official, representative, or agent of the United Arab Emirates."

### C.    DIB's Search Methodology

1.    <u>Search Terms</u>

Throughout DIB's Responses, DIB proposed using a search term methodology in response to a number of objections that DIB raised to Plaintiffs' Requests. See, e.g., DIB's Responses to Plaintiffs' Request Nos. 1-8, 10, 11, 15, 16-19, 24-26, 29, 30, 32, 37, 38, 43, 44, 69, and 78-82.  As set forth in DIB's Responses, DIB explained that it would search certain of its records systems using as search terms of the names of individuals and entities as identified in Plaintiffs' Requests. Plaintiffs asked that DIB include additional search terms.  DIB agreed to do so provided that the additional list of terms was not subject to a valid objection, such as unduly burdensomeness or irrelevance.  DIB also suggested that Plaintiffs include on that list (a) names in Arabic because many records are not in English and (b) alternative spellings of both English and Arabic names that it would like searched.   Plaintiffs agreed to provide for DIB's consideration a proposed list of additional search terms, including terms in Arabic and alternate spellings of terms.  We understand that you have been assembling a list of search terms.  We believe that time is now of the essence to provide us with that list so that we can attempt to conclude the search process and related pulling of records by the document discovery deadline.

2.    <u>Beneficial Ownership & Signatory Authority</u>

Several of Plaintiffs' Requests seek documents concerning beneficial ownership of and signatory authority over accounts held in the names of alleged al Qaeda members.  (*See, e.g.,* Plaintiffs' Requests Nos. 1, 3, 5, 7, 10, 11, 15, 20, and 21.)  DIB objected to these requests in part because these Requests are unduly burdensome.  Plaintiffs asked whether it was possible to use search terms to electronically search for information about beneficial ownership of accounts and signatory authority over accounts.  DIB agreed to determine whether such an electronic search was possible.

3.    <u>Irrelevant Hits on Search Terms</u>

Plaintiffs asked about the meaning of DIB's use of the phrase "provided that the search for such documents does not yield a voluminous number of documents for multiple persons or entities with names containing a search term (in which case Dubai Islamic Bank will be willing to meet and confer with Plaintiffs) or documents pertaining solely to persons or entities who have not been affiliated with al Qaeda" in certain of DIB's Responses.

DIB explained that this phrase clarifies that DIB will not necessarily produce all documents that are identified using the search term methodology if it appears from the search results that certain individuals are not relevant to the claims or defense in this case.  Such a result may occur, for example, when an individual coincidentally has the same name as another individual who may be allegedly affiliated with al Qaeda.  Plaintiffs did not object to the exclusion of such irrelevant hits on search terms, but asked that DIB identify instances when it

excludes such documents from its production.  DIB agreed that it would disclose to Plaintiffs instances where it excludes information from its production despite a positive search term match.

       4.    Checks

DIB objected to the production of "cleared or canceled checks" in its Responses. Plaintiffs inquired about the objection.  DIB explained that generally checks are stored in transaction records for each branch organized by the date the transaction was processed.  As a result, checks are co-mingled with all other checks cashed on the same date by a particular branch.  Indeed, even locating the correct box in storage may be difficult.  To find a single check, if it exists, is thus very burdensome.  Given this recordkeeping situation, the parties agreed to address on a case-by-case basis at a later stage the issue of whether DIB needs to pull particular checks referenced in account statements that DIB produces.

**D.    Plaintiffs' Request No. 22**

Plaintiffs' Request No. 22 seeks certain documents concerning an alleged "July 1999 Meeting(s)" in the U.A.E. between the U.S. government, U.A.E. government, and DIB regarding Osama bin Laden.  DIB responded that it would produce certain responsive non-privileged documents.  Plaintiffs asked whether DIB intended to exclude otherwise responsive documents that concerned a meeting between the U.S. and U.A.E. government officials, if DIB officials also did not attend the meeting.  DIB agreed that Plaintiffs' definition of "July 1999 Meeting(s)" would include a meeting between U.S. and U.A.E. government officials that was not attended by DIB officials.

**E.    Plaintiffs' Request No. 26**

Plaintiffs' Request No. 26 seeks correspondence exchanged between DIB and the U.A.E. government relating to an alleged July 1999 meeting.  DIB responded that it will produce any non-privileged responsive correspondence between it and the U.A.E. government relating to any July 1999 meeting concerning allegations that DIB was associated with any individual or entity included in the Search Terms. Plaintiffs stated that this response is too narrow.  The parties agreed to the following amended Response by DIB:

    Subject to and without waiving the foregoing Specific Objections and General Objections, Dubai Islamic Bank will produce non-privileged correspondence, if any exists,

between Dubai Islamic Bank and the U.A.E. government relating to any July 1999 Meeting(s).[1]

### F.     Plaintiffs' Request No. 28

Plaintiffs' Request No. 28 seeks documents regarding any accounts discussed at an alleged July 1999 Meeting.  DIB objected to this Request as vague, ambiguous, overly broad, unduly burdensome, and uncertain.  Plaintiffs inquired about this objection.  DIB explained that it is currently unaware of any accounts allegedly discussed at the alleged meeting and therefore is unable to produce any documents responsive to this Request.

### G.     Plaintiffs' Request No. 29

The parties discussed DIB's Response to Plaintiffs' Request No. 29.  Plaintiffs expressed the concern that DIB's Response failed to capture certain communications between the U.S. government and the U.A.E.  As a result, DIB agreed to modify its Response by adding the words "or the U.A.E." following the phrase "U.S. government to Dubai Islamic Bank."

### H.     Plaintiffs' Requests Nos. 29-30 and 89-105

Plaintiffs' Requests Nos. 29-30 and 89-106 seek information concerning DIB's alleged associations with the Taliban, Hamas, and other organizations.  DIB objected to these Requests in part because they were overly broad, unduly burdensome, and sought information not relevant to a claim or defense of any party. Plaintiffs stated that they disagree with DIB's position and contend that such topics are relevant.  DIB explained that it did not believe that this information was relevant to Plaintiffs' claims and that defining the scope of responsive documents was exceedingly difficult, as evidenced by parties' experience in defining al Qaeda. The parties agreed to revisit the issue.

### I.     Plaintiffs' Requests Nos. 33-36

Plaintiffs' Requests Nos. 33-36 seek documents related to the 1998 U.S. Embassy bombings.  DIB objected to these requests in part because the information Plaintiffs seek related the 1998 Embassy bombings is overly broad, unduly burdensome and not relevant to a claim or defense of any party.  The parties agreed to revisit the issue.

---

[1] The phrase "July 1999 Meeting(s)" has the same meaning as set forth in Plaintiffs' Request No. 22 and DIB's Response thereto.

### J.      Plaintiffs' Request No. 37

Plaintiffs' Request No. 37 concerns DIB accounts frozen after the September 11, 2001 attacks.  In its response to this request, DIB raised a number of objections, but agreed to produce certain documents related to accounts held in the names of specific individuals.  Plaintiffs stated their concern that DIB's Response would exclude all documents for accounts explicitly identified as being related to al Qaeda by government officials in correspondence with DIB if those accounts failed to match one of the names specified in DIB's Response. In response, DIB agreed to produce any correspondence from the U.S. or U.A.E. governments that identifies a person as being affiliated with al Qaeda and to produce for any account in the same name of such a person the documents set forth in part (iii) of DIB's Response to Request No. 37.

### K.      Plaintiffs' Request No. 43

Plaintiffs' Request No. 43 seeks "all documents relating to any investigation, inquiry, audit, due diligence or analysis conducted by the U.A.E., relating in any way to DIB."  DIB objected to the Request on a number of grounds and, as set forth in detail in its Response, offered to produce such documents to the extent that they concern al Qaeda and certain related persons.  Plaintiffs' have asked that DIB produce documents responsive to this request that relate to terrorism financing in general.  The parties agreed to revisit the issue.

### L.      Plaintiffs' Requests Nos. 46-64

The parties also have discussed DIB's Responses to Plaintiffs' Requests No. 46.64, which concern DIB's Fatwa and Shariah Supervision Board.  DIB has raised a number of objections to Plaintiffs' Requests. DIB, however, confirmed that it would not withhold any documents based on its objection that the term "Fatwa and Shariah Supervisory Board" is vague and ambiguous.  In addition, DIB agreed to consider whether it could produce to Plaintiffs a document setting forth the Board's role at DIB.  To overcome unduly burdensomeness objections, Plaintiffs also offered to propose a list of search terms for DIB to use to electronically search the Board's records.  DIB raised relevance concerns related to the records but agreed to determine whether DIB's Fatwa and Shariah Supervision Board possesses records that may be searched electronically.

### M.      Politically Exposed Persons

Plaintiffs questioned why DIB excluded documents concerning Politically Exposed Persons ("PEPs") from its Responses to certain of Plaintiffs' Requests.  DIB stated that it contends that documents concerning PEPs are not relevant to a claim or defense of any party.  Plaintiffs stated that they disagree with this position.  While DIB did not agree that documents concerning PEPs are relevant, DIB agreed to consider producing a document setting forth DIB's account policies regarding PEPs.

CLIFFORD CHANCE US LLP

* * *

We look forward to continuing our discussions with you in an effort to resolve these outstanding issues.

Sincerely,

*Steven T. Cottreau*

Steven T. Cottreau

Exhibit 2

**C L I F F O R D**

**C H A N C E**

CLIFFORD CHANCE US LLP

2001 K STREET NW
WASHINGTON, DC 20006 - 1001

TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

**Steven T. Cottreau**
**Partner**

DIRECT TEL +1 202 912 5109
DIRECT FAX +1 202 912 6000
Steve.Cottreau@Cliffordchance.com

September 8, 2011

<u>Via Email</u>

Sean P. Carter, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

**Re:  *In re Terrorist Attacks of September 11, 2001*, 03-md-1570 (S.D.N.Y.)**

Dear Sean:

I hope you are well.

I am writing in response to Plaintiffs' search term proposal of July 15, 2011.  As you know, Dubai Islamic Bank's (DIB) Responses and Objections to Plaintiffs' First Set of Document Requests (DIB's Responses) contained search term methodologies to identify responsive records to certain requests.

During our meet and confer sessions, Plaintiffs asked for the opportunity to supplement the list of search terms set forth in DIB's Responses, including providing alternative spellings of names, aliases, and Arabic spellings of names of individuals that DIB agreed to search.  As set forth in my letter to you of July 7, 2011, "DIB agreed to do so provided that the additional list of terms was not subject to a valid objection, such as unduly burdensomeness or irrelevance."

On July 15, 2011, we received from your colleague Scott Tarbutton two documents with lengthy lists of names that you requested that DIB use to search its electronic account recording keeping system: (i) a United Nations list entitled "The Consolidated List established and maintained by the 1267 Committee with respect to Al-Qaida, Usama bin Laden, and the Taliban and other individuals, groups, undertakings and entities associated with them," and (ii) a list entitled "Other Individuals and Entities Associated With Osama Bin Laden And The Al Qaeda Terrorist Organization" (collectively, "Plaintiffs' Lists").

**C L I F F O R D**                                    CLIFFORD CHANCE US LLP
**C H A N C E**

The two lists you have provided contain over 2,900 names.  A search for all of the search terms on Plaintiffs' Lists is neither reasonable nor required.  To search for every member of the Taliban or every person ever affiliated with al Qaeda—no matter the timeframe or relationship to the September 11 attacks—is simply a fishing expedition at DIB's great expense.

First, searching the more than 2,900 names on Plaintiffs' Lists is unduly burdensome. Converting these lists into database search queries is time consuming and thus expensive. Moreover, the cost does not end there.  As we noted in DIB's Responses and further clarified in my letter of July 7, 2011, each account that is identified as a result of each search may not in fact be related to the claims and defenses in this case.  This will be the case if an unrelated individual shares the exact same name as an individual included in Plaintiffs' Lists. Accordingly, DIB must sort through the results of the search for each term and determine whether the person is in fact relevant to this case.  (As we agreed previously, DIB will disclose to Plaintiffs each instance that DIB has excluded information from our production despite a positive search term match.)  To conduct this process for individuals that Plaintiffs have no reason to believe are connected to DIB in any way and are not connected to the attacks of September 11 is unduly burdensome.

Second, as highlighted by the excessive number of terms on Plaintiffs' Lists, the lists are patently overbroad and beyond the scope of discoverable information as set forth in Rule 26.  Most of the individuals and entities listed have no alleged ties to the September 11 attacks.  Rather, Plaintiffs' Lists appears to be comprised of every known or suspected member of al Qaeda, regardless of whether they were involved with the September 11 attacks or even affiliated with al Qaeda at the time of the attacks.  For example, Plaintiffs' Lists include the names of a number of individuals who were either deceased or in U.S. custody years before the September 11 attacks or were children at the time of the attacks.  Moreover, the lists include almost 400 search terms for individuals with alleged links to the Taliban with no apparent connection to al Qaeda or the September 11 attacks.

Instead, in addition to the search terms set forth in DIB's Responses, we will agree to search for the 194 names that we have included on Attachment A to this letter.  These represent the full name search terms (including alternative spellings) for the individuals on Plaintiffs' Lists that we have been able to identify as having been mentioned in the 9/11 Commission's Report as having a connection with the terrorist attacks of September 11, 2001.

We will conduct the search for these additional 194 search terms in the same fashion as we have agreed to search the other terms in DIB's Responses: we will search for exact matches on the search term in the full name accountholder field in DIB's electronic account record keeping

**C L I F F O R D**
**C H A N C E**                                                                    CLIFFORD CHANCE US LLP

system and will produce for each match any non-privileged account opening and closing documents, Know-Your-Customer or other customer due diligence reports, suspicious activity or transaction reports, account numbers, monthly account statements, annual account statements, account notices, real estate records, records of assets, loan records, audit work papers, audit reports, and wire transfers, if any exist, from January 1, 1992 to September 11, 2001.  The agreement is subject to the same provisos that we have previously discussed and that were included in DIB's responses: we will not produce such information if a search term yields a voluminous number of documents for multiple persons or entities with the same name as a search term (in which case DIB will meet and confer with Plaintiffs) or if the documents pertain solely to a person or entity that is not affiliated with al Qaeda.

We are happy to discuss the issue further with you at your convenience.  In addition, if we have omitted any individual on Plaintiffs' Lists that was identified by the 9/11 Commission as being connected with the terrorist attacks of September 11, 2001, please let us know and we will include the search terms related to that individual in our search.

Sincerely,

Steven T. Cottreau

- 3 -

# Attachment A

أسامة محمد عوض بن لادن

Usama Muhammed Awad Bin Laden
Usama Bin Laden
Usama Bin Muhammed Bin Awad, Osama Bin Laden
Ben Laden Osama
Ben Laden Ossama
Ben Laden Usama
Bin Laden Osama Mohamed Awdh
Bin Laden Usamah Bin Muhammad
Shaykh Usama Bin Ladin
Usamah Bin Muhammad Bin Ladin
Usama bin Ladin
Osama bin Ladin
Osama bin Muhammad bin Awad bin Ladin
Usama bin Muhammad bin Awad bin Ladin
Abu Abdallah Abd Al-Hakim
Al Qaqa

خالد شيخ محمد

Khalid Sheikh Mohammed
Khalid Shaikh Mohammed
Salem Ali
Fahd Bin Adballah bin Khalid
Ashraf Refaat Nabith Henin
Khalid Adbul Wadood
Mukhtar al Baluchi
al Mukh
Abdulrahman Abdullah al Ghamdi
Salem Ali
Abdul Majid
Abdullah al Fak'asi al Ghamdior
Meer Akram

ابو حفص المصري

Abu Hafs al Masri
Sheikh Taysir Abdullah
Abu Hafs
Abu Sitta
Abu Hafs al Kabir
Abu Khadijah
Abu Fatima
Mohammed Atef

محمد محمد الأمير عوض السيد عطا

Mohamed Atta
Mohamed Mohamed el Amir Awad el Sayed Atta
Muhammad Muhammad al Amir Awad as Sayyid Atta
Mohamed el Amir Awad el Sayed Atta
Mehan Atta
Mohammad el Amir
Muhammad Atta
Mohamed el Sayed
Mohamed Elsayed
Muhammad al Amir
Awag al Sayyid Atta
Muhammad al Amir
Awad al Sayad
Mohamed el Amir

<div dir="rtl">مصطفى الهوساوي</div>

Mustafa Ahmed al Hawsawi
Mustafa Ahmed al Hisawi
Shaykh Said
Mustafa Muhammed Ahmed
Mustafa Ahmed
Hashim Abd al Rahman
Hashem Abdulrahman
Hashem Abderahman
Hashim Abdourahman
Hashem Abdollahi
Muhammad Adnan
Muhammad Ahanad
Abderahman Mustafa

<div dir="rtl">عمار البلوشية</div>

Ali Abdul Aziz Ali
Ammar al Baluchi
Isam Mansur
Isam Mansar
Isam Mansour
Hani (Fawaz TRDNG))

<div dir="rtl">رمزي بن الشيبة</div>

Ramzi Bin Al Shibh
Ramzi Mohamed Abdullah Binalsheidah
Ramzi Mohammed Abdullah Binalshibh
Ramzi Mohammed Abdellah Omar
Abu Ubaydah
Umar Muhammad Abdallah Ba Amar

<div dir="rtl">مروان يوسف محمد رشيد لكراب الشحي</div>

Marwan al Shehhi

Marwan Yousef Mohamed Rashid Lekrab al Shehhi
Marwan Yusuf Muhammad Rashid Lekrab ash Shehhi

نواف الحازمي

Nawaf al Hamzi
Nawaf Muhammed Salim al Hazmi
Nawaf al Hazmi

سعيد باهاجي

Said Bahaji
Zouheir Al Maghribi
Mohamed Abbattay
Abderrahmane Al Maghribi

زياد سمير جراح

Ziad Jarrah
Ziad Samir Jarrah
Ziyad Samir Garrah
Ziad Jarrah Jarrat
Ziad Jarrahi
Ziad Samir al Jarrah
Ziyad Samir Jarrah

هاني صالح حسن حنجور

Hani Hanjour
Hani Saleh Hasan Hanjour
Hani Salih Hasan Hanjur

خالد المحضار

Khalid al Mihdhar
Khalid Muhammad Abdallah al Mihdhar
Sannan al Makki
Khalid bin Muhammad
Addallah al Mihdhar
Khalid Mohammad al Saqaf

زكريا الصبار

Zakarya Essabar
Zakariya Essabar

أنور ناصر عبدالله العولقي

Anwar Nasser Abdulla Al-Aulaqi
Anwar al-Aulaqi
Anwar al-Awlaki
Anwar al-Awlaqi
Anwar Nasser Aulaqi

Anwar Nasser Abdullah Aulaqi
Anwar Nasser Abdulla Aulaqi

سعيد الغامدي

Saeed al Ghamdi
Saeed Abdallah Ali Sulayman al Ghamdi
Sa'id al Ghamdi

احمد صلاة سعيد الغامدي

Ahmed al Ghamdi
Ahmed Salah Said al Ghamdi
Ahmad Salat Sa'id al Ghamdi

حمزة الغامدي

Hamza al Ghamdi
Hamza Alghamdi

مهند الشهري

Mohand al Shehri
Mohand Muhammed Fayiz al Shehri
Muhand ash Shehr
Mohammed al Shehhi
Mohald al Shehri

ماجد مشعان موقد

Majed Moqed
Majed Mashaan Ghanem Moqed
Majid Moqid Mushan bin Ghanim
Majad Masha an Muqad

سطام السقامي

Satam al Suqami
Satam Muhammed Abdel Rahman al Suqami
Satam as Suqami

أحمد بن عبد الله النامي

Ahmed al Nami
Ahmed bin Abdullah al Nami
Ahmad bin Abdullah al Nami

عبد العزيز العمري

Abdulaziz al Omari
Abd al Aziz al Umari

سالم الحازمي

Salem al Hamzi
Salem al Hazmi
Salam al Hazmi

وائل الشهري

Wail al Shehri
Wail Mohammed al Shehri
Wail ash Shehri

وليد الشهري

Waleed al Shehri
Waleed Mohammed al Shehri
Walid ash Shehri
فايز راشد احمد حسن القاضي بني حمد
Fayez Banihammad
Fayez Rashid Ahmed Hassan al Qadi Banihammad
Fayaz Rashid Ahmad Hassan al Qadi Bani Hammad
Fayez Ahmad
Banihammad Fayez Abu Dhabi Banihammad
Fayez Rashid Ahmed
Rasid Ahmed Hassen Alqadi
Abu Dhabi Banihammad Ahmed Fayez
احمد ابراهيم الحزناوي
Ahmad al Haznawi
Ahmed Ibrahim al Haznawi
Ahmad Ibrahim al Haznawi
وليد محمد صالح بن رشيد بن عطاش
Walid Bin Attash
Walid Muhammad Salih bin Attash
Walid Muhammad Salih bin Roshayed bin Attash
Khallad bin Attash
Saleh Saeed Mohammed bin Yousaf
Tawfiq Muhammad Salih bin Rashid
منير المتصدق
Mounir el Motassadeq
Mounir el Moutassadeq

Exhibit 3

**C L I F F O R D**

**C H A N C E**

**CLIFFORD CHANCE US LLP**

2001 K STREET NW
WASHINGTON, DC 20006 - 1001

TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

**Steven T. Cottreau**
**Partner**

DIRECT TEL +1 202 912 5109
DIRECT FAX +1 202 912 6000
Steve.Cottreau@Cliffordchance.com

<u>Via E-mail</u>

September 22, 2011

Sean P. Carter, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*Re: In re Terrorist Attacks of September 11, 2001, 03-md-1570 (S.D.N.Y.)*

Dear Sean:

I am writing to follow up on my letter to you of September 8, 2011, which detailed Dubai Islamic Bank's ("DIB") plan to search its electronic account record keeping system for the 194 search terms listed on Attachment A to that letter and the terms set forth in DIB's Responses to Plaintiffs' First Set of Document Requests. In preparing to search for those terms, we have made the following revisions to the list of search terms that DIB is in the process of searching ("DIB List").

First, we have removed the duplicate instances of two search terms: "Salem Ali" and "Muhammad al Amir." Both were listed twice on the lists provided to us by Plaintiffs. As we have only removed the duplicates, this alteration will have no effect on the results of the search.

Second, the search term "Hani (Fawaz TRDNG))" was erroneously transcribed on Attachment A to my prior letter with an extra parenthesis. We have corrected that term to "Hani (Fawaz TRDNG)."

Third, we believe that the United Nations list provided to us by Plaintiffs erroneously lists the search term "Usama Bin Muhammed Bin Awad, Osama Bin Laden" as a single name. We have therefore split this term into two separate search terms: "Usama Bin Muhammed Bin Awad" and "Osama Bin Laden."

Fourth, we believe that DIB's electronic account record keeping system, at various points in time, may not have reflected special characters present in certain search terms (such as hyphens, periods, parentheses, commas, and accent marks). Accordingly, for each term

**C L I F F O R D**                                    CLIFFORD CHANCE US LLP

**C H A N C E**

containing such special characters, we have added additional search terms that attempt to take into account alternative ways in which these names could have been stored.

As a result of these modifications and the inclusion of the search terms set forth in DIB's Responses to Plaintiffs' First Set of Document Requests, the total number of search terms on the revised DIB List is 261.  We are in the process of searching this revised list of 261 search terms using the methodology that we set forth previously.

Sincerely,

Steven T. Cottreau

Enclosure

## DIB List

| | |
|---|---|
| 1 | أسامة محمد عوض بن لادن |
| 2 | Usama Muhammed Awad Bin Laden |
| 3 | Usama Bin Laden |
| 4 | Usama Bin Muhammed Bin Awad |
| 5 | Osama Bin Laden |
| 6 | Ben Laden Osama |
| 7 | Ben Laden Ossama |
| 8 | Ben Laden Usama |
| 9 | Bin Laden Osama Mohamed Awdh |
| 10 | Bin Laden Usamah Bin Muhammad |
| 11 | Shaykh Usama Bin Ladin |
| 12 | Usamah Bin Muhammad Bin Ladin |
| 13 | Usama bin Ladin |
| 14 | Osama bin Ladin |
| 15 | Osama bin Muhammad bin Awad bin Ladin |
| 16 | Usama bin Muhammad bin Awad bin Ladin |
| 17 | Abu Abdallah Abd Al-Hakim |
| 18 | Abu Abdallah Abd Al Hakim |
| 19 | Abu Abdallah Abd AlHakim |
| 20 | Al Qaqa |
| 21 | خالد شيخ محمد |
| 22 | Khalid Sheikh Mohammed |
| 23 | Khalid Shaikh Mohammed |
| 24 | Salem Ali |
| 25 | Fahd Bin Adballah bin Khalid |
| 26 | Ashraf Refaat Nabith Henin |
| 27 | Khalid Adbul Wadood |
| 28 | Mukhtar al Baluchi |
| 29 | al Mukh |
| 30 | Abdulrahman Abdullah al Ghamdi |
| 31 | Abdul Majid |
| 32 | Abdullah al Fak'asi al Ghamdior |
| 33 | Abdullah al Fakasi al Ghamdior |
| 34 | Abdullah al Fak asi al Ghamdior |
| 35 | Abdullah al Fak̓asi al Ghamdior |
| 36 | Meer Akram |
| 37 | ابو حفص المصري |
| 38 | Abu Hafs al Masri |
| 39 | Sheikh Taysir Abdullah |
| 40 | Abu Hafs |
| 41 | Abu Sitta |

| | |
|---|---|
| 42 | Abu Hafs al Kabir |
| 43 | Abu Khadijah |
| 44 | Abu Fatima |
| 45 | Mohammed Atef |
| 46 | محمد محمد الأمير عوض السيد عطا |
| 47 | Mohamed Atta |
| 48 | Mohamed Mohamed el Amir Awad el Sayed Atta |
| 49 | Muhammad Muhammad al Amir Awad as Sayyid Atta |
| 50 | Mohamed el Amir Awad el Sayed Atta |
| 51 | Mehan Atta |
| 52 | Mohammad el Amir |
| 53 | Muhammad Atta |
| 54 | Mohamed el Sayed |
| 55 | Mohamed Elsayed |
| 56 | Muhammad al Amir |
| 57 | Awag al Sayyid Atta |
| 58 | Awad al Sayad |
| 59 | Mohamed el Amir |
| 60 | مصطفى الهوساوي |
| 61 | Mustafa Ahmed al Hawsawi |
| 62 | Mustafa Ahmed al Hisawi |
| 63 | Shaykh Said |
| 64 | Mustafa Muhammed Ahmed |
| 65 | Mustafa Ahmed |
| 66 | Hashim Abd al Rahman |
| 67 | Hashem Abdulrahman |
| 68 | Hashem Abderahman |
| 69 | Hashim Abdourahman |
| 70 | Hashem Abdollahi |
| 71 | Muhammad Adnan |
| 72 | Muhammad Ahanad |
| 73 | Abderahman Mustafa |
| 74 | عمار البلوشية |
| 75 | Ali Abdul Aziz Ali |
| 76 | Ammar al Baluchi |
| 77 | Isam Mansur |
| 78 | Isam Mansar |
| 79 | Isam Mansour |
| 80 | Hani (Fawaz TRDNG) |
| 81 | Hani Fawaz TRDNG |
| 82 | Hani  Fawaz TRDNG |
| 83 | رمزي بن الشيبة |

| | |
|---|---|
| 84 | Ramzi Bin Al Shibh |
| 85 | Ramzi Mohamed Abdullah Binalsheidah |
| 86 | Ramzi Mohammed Abdullah Binalshibh |
| 87 | Ramzi Mohammed Abdellah Omar |
| 88 | Abu Ubaydah |
| 89 | Umar Muhammad Abdallah Ba Amar |
| 90 | مروان يوسف محمد رشيد لكراب الشحي |
| 91 | Marwan al Shehhi |
| 92 | Marwan Yousef Mohamed Rashid Lekrab al Shehhi |
| 93 | Marwan Yusuf Muhammad Rashid Lekrab ash Shehhi |
| 94 | نواف الحازمي |
| 95 | Nawaf al Hamzi |
| 96 | Nawaf Muhammed Salim al Hazmi |
| 97 | Nawaf al Hazmi |
| 98 | سعيد باهاج |
| 99 | Said Bahaji |
| 100 | Zouheir Al Maghribi |
| 101 | Mohamed Abbattay |
| 102 | Abderrahmane Al Maghribi |
| 103 | زياد سمير جراح |
| 104 | Ziad Jarrah |
| 105 | Ziad Samir Jarrah |
| 106 | Ziyad Samir Garrah |
| 107 | Ziad Jarrah Jarrat |
| 108 | Ziad Jarrahi |
| 109 | Ziad Samir al Jarrah |
| 110 | Ziyad Samir Jarrah |
| 111 | هاني صالح حسن حنجور |
| 112 | Hani Hanjour |
| 113 | Hani Saleh Hasan Hanjour |
| 114 | Hani Salih Hasan Hanjur |
| 115 | خالد المحضار |
| 116 | Khalid al Mihdhar |
| 117 | Khalid Muhammad Abdallah al Mihdhar |
| 118 | Sannan al Makki |
| 119 | Khalid bin Muhammad |
| 120 | Addallah al Mihdhar |
| 121 | Khalid Mohammad al Saqaf |
| 122 | زكريا الصبار |
| 123 | Zakarya Essabar |
| 124 | Zakariya Essabar |

| | |
|---|---|
| 125 | أنور ناصر عبدالله العولقي |
| 126 | Anwar Nasser Abdulla Al-Aulaqi |
| 127 | Anwar Nasser Abdulla Al Aulaqi |
| 128 | Anwar Nasser Abdulla AlAulaqi |
| 129 | Anwar al-Aulaqi |
| 130 | Anwar al Aulaqi |
| 131 | Anwar alAulaqi |
| 132 | Anwar al-Awlaki |
| 133 | Anwar al Awlaki |
| 134 | Anwar alAwlaki |
| 135 | Anwar al-Awlaqi |
| 136 | Anwar al Awlaqi |
| 137 | Anwar alAwlaqi |
| 138 | Anwar Nasser Aulaqi |
| 139 | Anwar Nasser Abdullah Aulaqi |
| 140 | Anwar Nasser Abdulla Aulaqi |
| 141 | سعيد الغامدي |
| 142 | Saeed al Ghamdi |
| 143 | Saeed Abdallah Ali Sulayman al Ghamdi |
| 144 | Sa'id al Ghamdi |
| 145 | Said al Ghamdi |
| 146 | Sa id al Ghamdi |
| 147 | Sáid al Ghamdi |
| 148 | احمد صلاة سعيد الغامدي |
| 149 | Ahmed al Ghamdi |
| 150 | Ahmed Salah Said al Ghamdi |
| 151 | Ahmad Salat Sa'id al Ghamdi |
| 152 | Ahmad Salat Said al Ghamdi |
| 153 | Ahmad Salat Sa id al Ghamdi |
| 154 | Ahmad Salat Sáid al Ghamdi |
| 155 | حمزة الغامدي |
| 156 | Hamza al Ghamdi |
| 157 | Hamza Alghamdi |
| 158 | مهند الشهري |
| 159 | Mohand al Shehri |
| 160 | Mohand Muhammed Fayiz al Shehri |
| 161 | Muhand ash Shehr |
| 162 | Mohammed al Shehhi |
| 163 | Mohald al Shehri |
| 164 | ماجد مشعان موقد |
| 165 | Majed Moqed |

166    Majed Mashaan Ghanem Moqed
167    Majid Moqid Mushan bin Ghanim
168    Majad Masha an Muqad
169                                           سطام السقامي
170    Satam al Suqami
171    Satam Muhammed Abdel Rahman al Suqami
172    Satam as Suqami
173                             أحمد بن عبد الله النامي
174    Ahmed al Nami
175    Ahmed bin Abdullah al Nami
176    Ahmad bin Abdullah al Nami
177                              عبد العزيز العمري
178    Abdulaziz al Omari
179    Abd al Aziz al Umari
180                               سالم الحازمي
181    Salem al Hamzi
182    Salem al Hazmi
183    Salam al Hazmi
184                                 وائل الشهري
185    Wail al Shehri
186    Wail Mohammed al Shehri
187    Wail ash Shehri
188                               وليد الشهري
189    Waleed al Shehri
190    Waleed Mohammed al Shehri
191    Walid ash Shehri
192                فايز راشد احمد حسن القاضي بني حمد
193    Fayez Banihammad
194    Fayez Rashid Ahmed Hassan al Qadi Banihammad
195    Fayaz Rashid Ahmad Hassan al Qadi Bani Hammad
196    Fayez Ahmad
197    Banihammad Fayez Abu Dhabi Banihammad
198    Fayez Rashid Ahmed
199    Rasid Ahmed Hassen Alqadi
200    Abu Dhabi Banihammad Ahmed Fayez
201                         احمد ابراهيم الحزناوي
202    Ahmad al Haznawi
203    Ahmed Ibrahim al Haznawi
204    Ahmad Ibrahim al Haznawi
205               وليد محمد صالح بن رشيد بن عطاش

206    Walid Bin Attash
207    Walid Muhammad Salih bin Attash
208    Walid Muhammad Salih bin Roshayed bin Attash
209    Khallad bin Attash
210    Saleh Saeed Mohammed bin Yousaf
211    Tawfiq Muhammad Salih bin Rashid
212                                              منير المتصدق
213    Mounir el Motassadeq
214    Mounir el Moutassadeq
215    Sharif al Din Ali Mukhtar
216    Abu Rida al Sufi
217    Mohamed Loay Bayazid
218    Mohammed Loay Baizid
219    Abu Ridha al Suri
220    Abu Rida the Syrian
221    Wa'el Hamza Jelaidan
222    Wael Hamza Jelaidan
223    Wa el Hamza Jelaidan
224    Wáel Hamza Jelaidan
225    Abu al Hasan
226    Abu Hassan al Madani
227    Abu Anas
228    Abu Anas al Saudi
229    Abu Hammam
230    Abu Horan
231    Ali Haroun
232    Abu Hassan al Sudani
233    Sheikh Said al Masri
234    Saeed al Masri
235    Mustafa Ahmed Muhammad Uthman Abu al Yazid
236    Abu Yassir Sarrir
237    Abu Yassir al Jaza'iri
238    Abu Yassir al Jazairi
239    Abu Yassir al Jaza iri
240    Abu Yassir al Jazáiri
241    Mohammed Yassir al Masri
242    Aafia Siddiqui
243    Fahrem Shahin
244    Shaykh Sa'id
245    Shaykh Sa id
246    Shaykh Sáid
247    Wadi al Aqiq Company, Ltd.
248    Wadi al Aqiq Company Ltd

249    Wadi al Aqiq Company  Ltd
250    Al Hijrah Construction and Development, Ltd.
251    Al Hijrah Construction and Development Ltd
252    Al Hijrah Construction and Development  Ltd
253    Taba Investment Company, Ltd.
254    Taba Investment Company Ltd
255    Taba Investment Company  Ltd
256    Al Timar al Mubarikah
257    Gum Arabic Company
258    Bin Ladin International
259    Al Qudarat Transport Company
260    Blessed Fruits Company
261    Saeed Ahmad Lootah