EXHIBIT 12

**C L I F F O R D**

**C H A N C E**

**CLIFFORD CHANCE US LLP**

2001 K STREET NW
WASHINGTON, DC 20006 - 1001

TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

**By E-mail**

Direct Dial: +1 202 912 5195
E-mail: katie.barlow@cliffordchance.com

March 22, 2017

Scott Tarbutton, Esq.
Sean Carter, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
United States

Dear Scott and Sean:

I am writing in response to your March 8, 2017 search term proposal to Dubai Islamic Bank ("DIB") and previous related communications regarding our efforts to reach agreement on a search term protocol.

As you know, following the February 9, 2017 meet and confer, DIB agreed to search for 150 additional names of alleged members of al Qaeda on a UN or OFAC list or for terms of co-defendants with no standing objections, totaling 582 terms. *See* Attachment A, E-Mail from S. Cottreau to S. Carter (Feb. 9, 2017). We appreciate your efforts to narrow your initial search term list and, for the sake of compromise, we are willing to accept many of the terms you propose.

We, however, believe 114 of the proposed terms in your March 8, 2017 remain at issue between the parties. We believe those terms are objectionable for the reasons set forth in our prior correspondence, including but not limited to their exceeding the scope of Judge Maas's order, and the fact that they are overly broad, unduly burdensome, and not relevant to a claim or defense of any party. Those terms fall into three categories.

First, DIB maintains standing objections to 16 terms on plaintiffs' revised list:

1. Special Chechen Refugees Assistance Fund

2. International Islamic Relief Organization

3. International Islamic Charity Organization

4. Nablus Zakat Committee

5. Al Fujairah Charity International

6. Emirates Red Crescent

7. Al Ihsan Charitable Society

8. Dar al Bir Society

**C L I F F O R D**

**CLIFFORD CHANCE US LLP**

**C H A N C E**

   9.  Jamiat Dubai al Heiriyah

   10. Al Shamal Islamic Bank

   11. Abdullah Azzam

   12. Ali Amin al Rashidi

   13. Abu Ubaidah al Banshiri

   14. IIRO

   15. Igatha

   16. Hay'at al-Igatha al-Islamiya al-'Alamiyaa

Second, plaintiffs' list includes 52 terms that are unduly burdensome and not relevant to a claim or defense of any party, attached hereto at Appendix A.  After conducting an investigation of information available in the public domain, we were unable to determine the relevance of these terms.

Third, in the spirit of compromise, DIB would be willing to search for the 46 remaining terms at issue.  In total, DIB is willing to search for 618 terms—118 terms over the limit imposed by Judge Maas.  These terms are listed in Appendix B.  As we previously agreed, DIB will "search for exact matches on the search term in the full name accountholder field in DIB's electronic account record keeping system," Dkt. 3057, Ex. 3 at 3-4, and in the event that there is a match, DIB will produce "account opening documentation, complete account statements, and any electronic transaction data that exists in its primary legacy account record keeping system" from January 1, 1992 "through 12/31/2004."  Tr. at 59; 60.

Please let us know if you can accept this proposal.


Sincerely,

   /s/

Katie Barlow

**Appendix A**

1. Dan International Trading & Investment Ltd.

2. Darbar Charity

3. Yasin Ahmed Mohamed Ali

4. Ahmed Mohamed Ali Yasin

5. Adyat Trading & Investment

6. Al Astool al Bary General Transport

7. Al Kdrow

8. Binjad Establishment

9. Binladen Overseas (Pvt Ltd)

10. Dafo Trading Co.

11. Dan Fodio

12. Dan Shipping Co.

13. Dan Trading & Investment Co. Ltd.

14. East Africa Grains

15. Ellana Company Ltd.

16. Fawaz Trading

17. Healing Miracle Center

18. Human Appeal International

19. Leemount

20. Modern Global Corporation

21. Modern Production Corporation

22. Rowad Development

23. Rumat International

24. Romat

25. Sana Trading

26. Silver Moon General Trading

27. Silver Moon Trading

28. Tejis Trading Co.

29. Third World Relief Agency

30. Twaik Est.

31. Union Beverages Company

32. Union Beverage Factory

33. World Link Exchange

34. Abdel Fattah Abu Ghadda

35. Abdelsamad Mohamed

36. Abdullah I. Lootah

37. Ahmed Ali Lootah

38. Dakhel al Firas

39. Ghulam Farooq Haidar

40. Hasan al Jabiri

41. Ibrahim Badaoud

42. Khalid Ali Walid

43. Mahmoud Hamra-Krouha

44. Mohamed Ahmed Obaid Bin Mahfouz

45. Mohamed Moustafa

46. Abu Hamada

47. Sadik Walid Awad

48. Sadiq Borrmann

49. Saleh Abdelaziz Fahad

50. Saleh Salim al Shamsi

51. Sameer Mohamed Mahmoud

52. Yasser al Otaibi

**Appendix B**

1. Al Barakat Bank of Somalia

2. Al Baraka Exchange LLC

3. Saidi Madani al Tayyib

4. Sidi al Madani al Ghazi Mustafa al Tayyib

5. Sidi Tayyib

6. Sayed Tayib al Madani

7. Sa'idi al Madani al Ghazi Mustfa al Tayyib

8. Abu Fadl

9. Abu Fadil

10. Abu Fadil al Makki

11. Abu Fadhl al Makkee

12. Abu Amjed

13. Abu Mahdi

14. Abu Khalifah al Omani

15. Abu Fadhl al Makkee

16. Abu Anter al Masri

17. Abu Omar al Makki

18. Fayez Banihammad

19. Fayez Rashid Ahmed Hassan al Qadi Banihammad

20. Fayaz Rashid Ahmad Hassan al Qadi Bani Hammad

21. Fayez Ahmad

22. Banihammad Fayez Abu Dhabi Banihammad

23. Fayez Rashid Ahmed

24. Rasid Ahmed Hassen Alqadi

25. Abu Dhabi Banihammad Ahmed Fayez

26. Ali Saleh Kahleh al Marri

27. Ali Salah Muhammad Kahlah al Marri

28. Ali Abdul Aziz Ali

29. Ammar al Baluchi

30. Aliosh

31. Ali

32. Ali A

33. Isam Mansur

34. Isam Mansar

35. Isam Mansour

36. Hani

37. Hani (Fawaz TRDNG)

38. Mamdouh Mahmoud Salim

39. Abu Hajer al Iraqi

40. Ahmed Nur Ali Jumale

41. Ahmed Nur Ali Jim'ale

42. Ahmad Nur Ali Jim'ale

43. Ahmad Ali Jimale

44. Ahmed Ali Jumali

45. A.      Kabir

46. A.      Wahed Shafiq

47. Abdul Baqi

48. Abdul Bari

49. Abdul Ghafar Qurishi

50. Abd al Ghaffar Qurayshi

51. Abdul Ghafar Shenwary

52. Abdul Ghafoor

53. Abdul Haiy Aazem

54. Abdul Hakim Monib

55. Abdul Hakim Mujahid

56. Abdul Jabbar

57. Abdul Jalil

58. Abdul Kabir

59. Abdul Latif Mansur

60. Abdul Manan

61. Abdul Qadeer

62. Abdul Rahman Agha

63. Abdul Rahman Ahmad Hottak

64. Abdul Rahman Zahed

65. Abdul Raqib Takhari

66. Abdul Rauf

67. Abdul Razaq

68. Abdul Salam Zaeef

69. Abdul Salam Zaief

70. Abdul Samad Khaksar

71. Abdul Satar Paktis

72. Abdul Wahab

73. Abdul Wakil Mutawakil

74. Abdul Wasay Aghajan Motasem

75. Abdulhai Motmaen

76. Abdulhai Salek

77. Abdul-Haq Wasseq

78. Abdullah Murad

79. Ahmad Jan

80. Ahmed Jan Akhund

81. Akhtar Mohammad (Note: There are two different individuals with this same name on the Taliban 152 list.).

82. Alladad Tayeb

83. Aminullah Amin

84. Amir Khan Motaqi

85. Amir Khan Muttaqi

86. Arefullah Aref

87. Arsalan Rahmani

88. Atiqullah

89. Attiqullah Akhund

90. Azizirahman

91. Dadullah Akhund

92. Djallalouddine Haqani

93. Jalal ud Din Haqqani

94. Dost Mohammad

95. Ehsanullah

96. Esmatullah Asem

97. Ezatullah

98. Faiz

99. Faiz Mohammad Faizan

100.  Fazel M. Mazloom

101.  Gul Ahmad Hakimi

102.  Habibullah Fauzi

103.  Habibullah Reshad

104.  Hamdullah

105.  Hamidullah

106.  Hamidullah Nomani

107.  Hamsudin

108.  Hidayatullah Abu Turab

109.  Jalaluddine Shinwari

110.  Jan Mohmmad Madani

111.  Janan

112.  Khair Mohammad Khairkhwah

113.  M. Ahmadi

114.  M. Eshaq

115.  M. Hasan Rahmani

116.  M. Musa Hottak

117.  M. Rasul

118.  M. Shafiq

119.  Manan Nyazi

120.  Matiullah

121.  Mohamed Daud

122.  Mohammad Abbas Akhund

123.  Mohammad Aleem Noorani

124.  Mohammad Azam Elmi

125.     Mohammad Essa Akhund

126.     Mohammad Homayoon

127.     Mohammad Naim

128.     Mohammad Nasim Hanafi

129.     Mohammad Rabbani

130.     Mohammad Saddiq

131.     Mohammad Salim Haqqani

132.     Mohammad Sarwar Siddiqmal

133.     Mohammad Sediq Akhundzada

134.     Mohammad Sharif

135.     Mohammad Sohail Shaheen

136.     Mohammad Tahre Anwari

137.     Muhammad Taher Anwari

138.     Mohammad Wali

139.     Mohammad Yaqoub

140.     Mohammad Zahid

141.     Mohammadullah Mati

142.     Mohammed Omar

143.     Moslim Haqqani

144.     Muhammad Islam

145.     Mustasaed

146.     Najibullah

147.     Nazar Mohammad

148.     Nik Mohammad

149.     Noor Jalal

150.    Noor Mohammad Saqib

151.    Nooruddin Turabi

152.    Nurullah Nuri

153.    Qalamuddin

154.    Qalamudin Momand

155.    Qari Abdul Wali

156.    Qari Ahmadulla

157.    Qari Din Mohammad

158.    Qari Din Mohammad Hanif

159.    Qudratullah Jamal

160.    Rahamatullah Kakazada

161.    Rahimullah Zurmati

162.    Rahmatullah Safi

163.    Ramatullah Wahidyar

164.    Rostam Nuristani

165.    S. Ahmed Shahidkhel

166.    Sadruddin

167.    Sadudin Sayed

168.    Saed M. Azim Agha

169.    Saiduddine Sayyed

170.    Samiullah Muazen

171.    Sanani

172.    Sayed Esmatullah Asem

173.    Sayeedur Rahman Haqani

174.    Sayyed Ghiassouddine Agha

175.   Sayyed Haqqan

176.   Shafiqullah Mohammadi

177.   Shahabuddin Delawar

178.   Shams Ur-Rahman

179.   Shams·Us-Safa Aminzai

180.   Shamsalah Kmalzada

181.   Sher Abbas Stanekzai

182.   Syed Allamuddin

183.   Sayed Allamuddin Atheer

184.   Tahis

185.   Tawana

186.   Ubaidullah Akhund

187.   Walijan

188.   Yar Mohammad Rahimi

189.   Zabihullah Hamidi

190.   Zia-Ur Rahman Madani

191.   Akhtar Mohammad Mansour

192.   Shah Mohammed

193.   Baradar

194.   Abdul Ghani Baradar

195.   Mullah Baradar Akhund

196.   M. Ibrahim Omari

197.   Mohammad Ibrahim Omari

198.   M. Jawaz Waziri

199.   Mohamed Jawad Waziri

200.    Mohammad Hassan

201.    Mohammad Hassan Rahmani

202.    Najibullah Haqqani

203.    Hydayetullah

204.    Nazirullah Anafi

205.    Nazirullah Hanafi Waliullah

206.    De Afghanistan Momtaz Bank

207.    Abbas Abdi Ali

208.    Abd al Hamid Sulaiman Muhammed al-Mujil

209.    Abd al-Hamid Sulaiman al-Mu'jil

210.    Dr. Abd Al-Hamid al-Mu'ajjal

211.    Abd al-Hamid Mu'jil

212.    A.S.Mujel

213.    Abdulhamid Sulaiman M.A Mojil

214.    Dr. Abd al-Hamid al-Mujal

215.    Dr. Abd Abdul-Hamid bin Sulaiman al-Mu'jil

216.    Abd al-Rahman Muhammad Jaffar Ali

217.    Abd-al-Majid Aziz al-Zindani

218.    Abdel Hakim Ali Hashim Murad

219.    Abdul Murad

220.    Abdel Latif Saleh

221.    Abdel Latif A.A. Saleh Abu Hussein

222.    Abdul Rahim al Talhi

223.    Abu Bakr al Jaziri

224.    Abu Yassir Sarrir

225.    Abu Yassir al Jazairi

226.    Abu Yassir al Gizari

227.    Abu Sufian al-Salamabi Muhammed Ahmed Abd al-Razziq

228.    Abu Zubaydah

229.    Abu Zubaida

230.    Zeinulabideen Muhammed Husein Abu Zubeidah

231.    Abd al Hadi al Wahab

232.    Zain al Abidin Muhammad Husain

233.    Zayn al Abidin Muhammad Husayn

234.    Zayn al Abidin Muhammad Hussein

235.    Zayn al Abdin Mohamed Hussein

236.    Tariq

237.    Hani

238.    Adel Abdul Jalil Ibrahim al Batterjee

239.    Adel Batterjee

240.    Adel Abdul Jalil Batterjee

241.    Adil Muhammad Mahmud Abd al-Khaliq

242.    Aiman Muhammed Rabi al-Zawahiri

243.    Abu Muhammad

244.    Abu Fatima

245.    Muhammad Ibrahim

246.    Abu Abdallah

247.    Anu a Mu'iz

248.    Ustaz

249.    Abu Mohammed Nur al Deen

250.    Abdel Muaz

251.    Abdel Muez

252.    Abdel Moez

253.    Aqeel Abdulaziz Al-Aqeel

254.    Ageel Abdulaziz A. Alageel

255.    Aqeel Abdulaziz Al- Aqil

256.    Dawood Ibrahim Kaskar

257.    Fahd Mohammed Ahmed al-Quso

258.    Hafez Muhammad Saeed

259.    Haji Muhammad Ashraf

260.    Hasan Abdullah Hersi al-Turki

261.    Hassan Dahir Aweys

262.    Ibrahim Abdul Salam Mohamed Boyasser

263.    Khalid Abd al-Rahman Hamd al-Fawaz

264.    Khalifa Muhammad Turki al-Subaiy

265.    Mahfouz Ould al-Walid

266.    Khalid al Shanqiti

267.    Mahmoud Mohammad Ahmed Bahaziq

268.    Mamoun Darkazanli

269.    Abu Ilyas al Suri

270.    Mufti Rashid Ahmad Ladehyanoy

271.    Muhammad Abdallah Salih Sughayr

272.    Mustafa Ahmed Muhammad Uthman Abu al Yazid

273.    Sheikh Said al Masri

274.    Saeed al Masri

275. Nasir Abd-al-Karim Abdullah al-Wahishi

276. Nazih Abdul Hammed Nabih al-Ruqai'I

277. Anas al Libi

278. Nazih Abdul Hammed al Raghie

279. Ramzi Bin Al Shibh

280. Ramzi Mohamed Abdullah Binalsheidah

281. Ramzi Mohammed Abdullah Binalshibh

282. Ramzi Mohammed Abdellah Omar

283. Abu Ubaydah

284. Umar Muhammad Abdallah Ba Amar

285. Sa'd Abdullah Hussein al Sharif

286. Said Ali al-Shihri

287. Said Bahaji

288. Salim Ahmad Salim Hamdan

289. Sayf al-Adil

290. Shafiq Ben Mohamed al Ayadi

291. Sheikh Ahmed Salim Swedan

292. Suliman Hamd al Buthe

293. Soliman Al-Buthe

294. Usama Bin Laden

295. Usama bin Mohammed bin Awad bin Laden

296. Abu Abdullah

297. Mujahid Shaykh

298. Hajj

299. Abdul Hay

300.  al Qaqa

301.  Wa'el Hamza Julaidan

302.  Abu Hassan al Madani

303.  Abu al Hasan

304.  Wa'el Hamza Abd al Fatah Julaidan

305.  Jelaidan

306.  Yasin Abdullah Ezzedine Kadi

307.  Yassin Abdullah Kadi

308.  Yasin A. Kahdi

309.  Yasin al Qadi

310.  Zaki-ur-Rehman Lakhvi

311.  Al Akhtar Trust International

312.  Al Barakaat

313.  Al Barakaat Global Telecommunications

314.  Barakaat Globetelcompany

315.  Al Barakaat Group Of Companies Somalia Limited

316.  al Barakat Financial Company

317.  Al Barakaat International

318.  Baraco Co.

319.  Al Barakaat Investments

320.  Al Hamati

321.  Al Haramain & Al Masjed Al Aqsa Charity Foundation

322.  Al Haramain Islamic Foundation

323.  Al Rashid Trust

324.  Baraka Trading Company

325.     Barakaat Construction Company

326.     Barakaat Group Of Companies

327.     Barakaat Telecommunications Co.

328.     Barakat Banks and Remittances

329.     Benevolence International Foundation

330.     al Bir al Dawalia

331.     Jamiat Ihya ul Turath al Islamia

332.     Afghan Support Committee

333.     Revival of Islamic Heritage

334.     Lajnat al Dawa al Islamiya

335.     Islamic World Committee

336.     Abdul Jalil Haqqani

337.     Abdul Kabir Mohammad Jan

338.     Abdullah Hamad

339.     Agha Jan Alizai

340.     Amir Abdullah

341.     Badruddin Haqqani

342.     Ehsanullah Sarfida

343.     Gul Agha Ishakzai

344.     Khalil Ahmed Haqqani

345.     Najibullah Muhammad Juma

346.     Nasiruddin Haqqani

347.     Qalamuddin Sar Andaz

348.     Saleh Mohammad Kakar

349.     Sayid Mohammed Haqqani

350.  Sirajuddin Jallaloudine Haqqani

351.  Akida Bank

352.  Akida Investment

353.  Al Ansari Exchange Establishment

354.  Al Hijrah Construction and Development

355.  Al Ikhlas International Company

356.  Al Qudarat Transport Company

357.  Al Samal al Mubaraka Company

358.  Al Timar al Mubarikah

359.  Ariana Airlines

360.  Ba Taqwa for Commerce

361.  Bank al Taqwa

362.  Barako Trading Company

363.  Bin Ladin International

364.  Blessed Fruits Company

365.  Dahabshill

366.  Dahab Shil

367.  Farmers Commercial Bank

368.  Global Relief Foundation

369.  Foundation Secours Mondial

370.  Gum Arabic Company

371.  Lajnat al Bir al Islami

372.  Lashkar e Taiba

373.  Mamoun Darkazanli Import and Export Co.

374.  Darkazanli Co.

375.   Darkazanli Export-Import Sonderposton

376.   MIGA-Malaysian Swiss Gulf and African Chamber)

377.   Muslim World League

378.   MWL

379.   Rabita al Islam al Islami.

380.   Nada International

381.   NASCO

382.   Nasreddin Holding

383.   Parka Trading Company

384.   Red Sea Barakat Company Limited

385.   Sanabel al Kheer

386.   Taba Investment Company, Ltd.

387.   Wadi al Aqiq Company, Ltd.

388.   Wafa Humanitarian Organization

389.   al Wafa Al Igatha Al Islamia

390.   World Assembly of Muslim Youth

391.   WAMY

392.   Aafia Siddiqui

393.   Fahrem Shahin

394.   Abdel Aziz Mohamed Issawi

395.   Abu Horan

396.   Ali Haroun

397.   Abu Hassan al Sudani

398.   Haroum

399.   Abdel Wahab Osman

400.    Abdelghani Mzoudi

401.    Abu Akram

402.    Akram Turki Hishan al Mazidih

403.    Akram Turki al Hishan

404.    Akram Turki Hishan al Mazidih

405.    Abu Jarrah

406.    Abu Rida al Suri

407.    Mohamed Loay Bayazid

408.    Mohammed Loay Baizid

409.    Abu Ridha al Suri

410.    Abu Rida the Syrian

411.    Nidal

412.    Abdulaziz al Rahman Mohamed al Omari

413.    Abd al Aziz al Umari

414.    Abu Anas

415.    Abu Anas al Saudi

416.    Abu Bakr Mohamed Boulghiti

417.    Abu Yasir al Jizairi

418.    Abu Hajir

419.    Mandour Salim

420.    Abu Hammam

421.    Abu Hamam al Saudi

422.    Abu Walid al Masri

423.    Ahmad al Haznawi

424.    Ahmed Ibrahim al Haznawi

425.  Ahmad Ibrahim al Haznawi

426.  Ahmed al Ghamdi

427.  Ahmed Salah Said al Ghamdi

428.  Ahmad Salat Sa'id al Ghamdi

429.  Ahmed al Nami

430.  Ahmed bin Abdullah al Nami

431.  Ahmad bin Abdullah al Nami

432.  Aris Munandar

433.  Bukhary Said Abu Tahir

434.  Dr. El Fathi Hassanein Ali

435.  Farid Ahmed

436.  Faruk Osman Abdel Mukaram

437.  Hamza al Ghamdi

438.  Hamza Alghamdi

439.  Hamza al Qatari

440.  Hani Hanjour

441.  Hani Saleh Hasan Hanjour

442.  Hani Salih Hasan Hanjur

443.  Hussein Mohamed Abdu

444.  Abd al Rahim Hussein Muhammad Abdu

445.  Mullah Bilal

446.  Bilal

447.  Abu Bilal al Makki

448.  Khalid al Safani

449.  Amm Ahmad

450. Mohammed Omar al Harazi

451. Abdul Rahman Hussein al Nashari

452. Abd Rahim al Nashiri

453. Bilal Bin Marwan

454. Mullah Bilal

455. Ibrahim Ahmed Mahmoud Qosi

456. Ibrahim Ali Mohamed

457. Abdelmuhsen al Libi

458. Ibrahim Sayid Ahmed

459. Jamal Ahmad Mohamed al Fadl

460. Jamal Ahmed Mohamed al Fadl

461. Gamal Ahmed Mohamed al Fedel

462. Khalid al Mihdhar

463. Khalid Muhammad Abdallah al Mihdhar

464. Sannan al Makki

465. Khalid bin Muhammad

466. Addallah al Mihdhar

467. Khalid Mohammad al Saqaf

468. Khalid Mohamed al Juhani

469. Muawiya al Madani

470. Khalid Sheikh Mohammed

471. Khalid Shaikh Mohammed

472. Salem Ali

473. Fahd Bin Adballah bin Khalid

474. Ashraf Refaat Nabith Henin

475.     Khalid Adbul Wadood

476.     Mukhtar

477.     Mukhtar al Baluchi

478.     al Mukh

479.     Abdulrahman Abdullah al Ghamdi

480.     Salem Ali

481.     Abdul Majid

482.     Abdullah al Fak'asi al Ghamdior

483.     Hafiz

484.     Meer Akram

485.     Khalifa al Omani

486.     Majed Moqed

487.     Majed Mashaan Ghanem Moqed

488.     Majid Moqid Mushan bin Ghanim

489.     Majad Masha an Muqad

490.     Marwan al Shehhi

491.     Marwan Yousef Mohamed Rashid Lekrab al Shehhi

492.     Marwan Yusuf Muhammad Rashid Lekrab ash Shehhi

493.     Mohamed Atef

494.     Abu Hafs al Masri

495.     Sheikh Taysir Abdullah

496.     Abu Hafs

497.     Abu Sitta

498.     Abu Hafs al Kabir

499.     Abu Khadijah

500.     Abu Fatima

501.     Mohamed Atta

502.     Mohamed Mohamed el Amir Awad el Sayed Atta

503.     Muhammad Muhammad al Amir Awad as Sayyid Atta

504.     Mohamed el Amir Awad el Sayed Atta

505.     Mehan Atta

506.     Mohammad el Amir

507.     Muhammad Atta

508.     Mohamed el Sayed

509.     Mohamed Elsayed

510.     Muhammad al Amir

511.     Awag al Sayyid Atta

512.     Muhammad al Amir

513.     Awad al Sayad

514.     Mohamed el Amir

515.     Mohamed Bahaiah

516.     Mohamed Galeb Kalaje Zouaydi

517.     Mohamed Haydar Zammar

518.     Mohamed Manea Ahmed al Shalan al Qahtani

519.     Mohamed Sami Muheidine

520.     Mohamed Sulaiman Barre

521.     Mohamed Tufail

522.     Sheikh Mohamed Tufail

523.     Mohammed Yassir al Masri

524.     Mohand al Shehri

525.    Mohand Muhammed Fayiz al Shehri

526.    Muhand ash Shehr

527.    Mohammed al Shehhi

528.    Mohald al Shehri

529.    Mounir Motassadeq

530.    Muhammad Sulayman Barre

531.    Mohammed Soliman Barre

532.    Abu Yusuf al Somali

533.    Abu Ahmad

534.    Maxed Saleban Barre

535.    Khalil

536.    Mohd Soliman Barre

537.    Maxed Suleyman

538.    Abdullah al Somali

539.    Muhammad al-Somali

540.    Mustafa Ahmed al Hawsawi

541.    Mustafa Ahmed al Hisawi

542.    Shaykh Said

543.    Mustafa Muhammed Ahmed

544.    Mustafa Ahmed

545.    Hashim Abd al Rahman

546.    Hashem Abdulrahman

547.    Hashem Abderahman

548.    Hashim Abdourahman

549.    Hashem Abdollahi

550. Muhammad Adnan

551. Zahir

552. Zaher

553. Ayyub

554. Khal

555. Muhammad Ahanad

556. Abderahman Mustafa

557. Mustafa al Uzayti

558. Abu Faraj al Libi

559. Mahfuz

560. Abd al Hafiz

561. Tawfiq

562. Nawaf al Hazmi

563. Nawaf Muhammed Salim al Hazmi

564. Nawaf al Hamzi

565. Omar Hassan Sayid al Jaralla

566. Pacha Wazir

567. Reda Seyam

568. Saeed al Ghamdi

569. Saeed Abdallah Ali Sulayman al Ghamdi

570. Sa'id al Ghamdi

571. Saeed Ahmad Lootah

572. Saifullah Abdullah Paracha

573. Salem al Hazmi

574. Salem al Hamzi

575.    Salam al Hazmi

576.    Sami Muheidine Mohamed

577.    Satam Mohamed al Suqami

578.    Satam Muhammed Abdel Rahman al Suqami

579.    Satam al Suqami

580.    Sharif al Din Ali Mukhtar

581.    Sher Khan Saraf

582.    Sukarno Ali Hassanein

583.    Sulaiman al Ali

584.    Tareq M. al Swaidan

585.    Wadih el Hage

586.    Wadih al Haja

587.    Abd'al Sabur

588.    Abdel Saboor

589.    Abdus Sabur

590.    Wail al Shehri

591.    Wail Mohammed al Shehri

592.    Wail ash Shehri

593.    Waleed al Shehri

594.    Waleed Mohammed al Shehri

595.    Walid ash Shehri

596.    Wali Khan Amin Shah

597.    Osama Turkestani

598.    Osama Azmurai

599.    Grabi Ibrahim Hahsen

600. Wali Mohamed Saraf

601. Yarkin Mohamed

602. Walid Mohamed Salih Bin Attash

603. Walid Muhammad Salih bin Roshayed bin Attash

604. Khallad bin Attash

605. Saleh Saeed Mohammed bin Yousaf

606. Tawfiq Muhammad Salih bin Rashid

607. Silveraka Khallad Bin Attash

608. Saleh Saeed Mohammed bin Yousaf

609. Tawfiq Muhammad Salih bin Rashid

610. Zahid Sheikh Mohamed

611. Zakariya Essabar

612. Ziad Jarrah

613. Ziad Samir Jarrah

614. Ziyad Samir Garrah

615. Ziad Jarrah Jarrat

616. Ziad Jarrahi

617. Ziad Samir al Jarrah

618. Ziyad Samir Jarrah