# EXHIBIT 15

158

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------------------------x

 3  UNITED STATES OF AMERICA

 4       v.              S(7) 98 Cr. 1023

 5  USAMA BIN LADEN, et al.,

 6          Defendants.

 7  ------------------------------------------------x

 8
                          New York, N.Y.
 9                         February 6, 2001
                            10:00 a.m.
10

11

12  Before:

13           HON. LEONARD B. SAND,

14                  District Judge

15

16

17

18

19

20

21

22

23
```

161

1  just put them down on the floor.  That's fine, too.  It's

2  simply whatever you think will be of greatest assistance to

3  you.

4         We're now in the government's case.  Government may

5  call its first witness.

6         MR. FITZGERALD:  Yes, your Honor.  The government

7  calls as its first witness, Jamal Ahmed al-Fadl.

8         THE COURT:  All right.

9  JAMAL AHMED AL-FADL,

10     called as a witness by the government,

11     having been duly sworn, testified as follows:

12         DEPUTY CLERK:  Please state your full name.

13         THE WITNESS:  My name is Jamal Ahmed Mohamed al-Fadl.

14  DIRECT EXAMINATION

15  BY MR. FITZGERALD:

16  Q.  Sir, if you could spell your first name and your last name

17  in the English language for the record.

18  A.  The first name is J-A-M-A-L.  The last name is

19  A-L-F-A-D-L.

20  Q.  If you could try to talk as you are doing now into the

21  microphone directly in front of you, if you could also speak

22  slowly, because of your accent, to make sure that everyone

23  understands what you say, and if you could try to pause if you

24   use an Arabic word or name so that we can clarify how that is

25   spelled.

251

1   A. Yes.

2   Q. And Khalid Ali Waleed, was he a member of al Qaeda?

3   A. No.

4   Q. Did you have an office in McNimr Street?

5   A. Yes.

6   Q. Where was your office?

7   A. I shared with Abu Fadhl al Makkee.

8   Q. And what I would like to do for the moment is to talk

9   about the payroll.  When you worked in the Sudan after al

10  Qaeda relocated to the Sudan, when you worked in the McNimr

11  Street office, who did you receive your salary from?

12  A. From two persons.

13  Q. Okay.  Who was the first person?

14  A. Khalid Ali Waleed.

15  Q. And what type of salary did Khalid Ali Waleed pay you?

16  A. It's around 100,000 pounds that time.

17  Q. And in dollars, roughly, what would that be?

18  A. It's around 200.

19  Q. $200 per what?

20  A. A month.

21  Q. What was your understanding of who the salary was coming

22  from?  What were you being paid for?

23         MR. SCHMIDT:  Objection.

24  A.  From the companies.

25  Q.  Which company?