```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

**In re:**

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

```
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2017

**03-MDL-1570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

This document relates to: <u>Aguilar v. Kingdom of Saudi Arabia</u>, 16-cv-9663 (GBD)(SN); <u>Addesso v. Kingdom of Saudi Arabia</u>, 16-cv-9937 (GBD)(SN); <u>Hodges v. Kingdom of Saudi Arabia</u>, 17-cv-117 (GDB)(SN); <u>Aiken v. Kingdom of Saudi Arabia</u>, 17-CV-450 (GBD)(SN); <u>Abarca v. Kingdom of Saudi Arabia</u>, 17-cv-3887 (GBD)(SN); <u>Abbate v. Kingdom of Saudi Arabia</u>, 17-cv-8617 (GBD)(SN).

      Over the past several months, Short Form Complaints have been filed in the above-listed actions, adding thousands of new plaintiffs to this already large multidistrict litigation. <u>See</u> ECF Nos. 3600–01, 3603–06, 3779. Most of these new plaintiffs allege that they sustained personal injuries in connection with the terrorist attacks on September 11, 2001, and few of the plaintiffs raise wrongful death claims.

      The parties are ORDERED to file three-page letter submissions by November 28, 2017, addressing the propriety of litigating these direct personal injury claims (i.e., non-wrongful death claims) in this multidistrict litigation. Specifically, the parties should address whether or not the claims are "related" according to the Court's Rules For the Division of Business Among District Judges. In addition, the parties should discuss whether these claims require any action by the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") under Rules 6.2, 7.1, and 7.2 of the Panel's Rules of Procedure, or under any other Rule or provision.

For purposes of these submissions, the Court requests one letter from the Plaintiffs' Executive Committee, one joint letter from those lawyers representing plaintiffs pursuing these non-wrongful death claims, and one letter from the Defendants' Executive Committee.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   November 17, 2017
         New York, New York