UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

**AFFIRMATION OF J. SCOTT TARBUTTON TRANSMITTING EVIDENCE IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT DUBAI ISLAMIC BANK TO COMPLY WITH THE COURT'S MARCH 22, 2016 ORDER**

I, J. Scott Tarbutton affirm, under penalty of perjury, as follows:

1. I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, and a member of the law firm Cozen O'Connor. I submit this Affirmation to transmit to the Court the following documents submitted in support of Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion to Compel Defendant Dubai Islamic Bank to Comply with the Court's March 22, 2016 Order.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Affirmation of Evan Francois Kohlmann, dated November 9, 2017 (ECF No. 3783-9).

3. Attached hereto as Exhibit 2 is a true and correct copy of the November 16, 2011 Discovery Hearing Transcript of Record.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the December 14, 2011 Discovery Hearing Transcript of Record.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the March 23, 2017 Discovery Hearing Transcript of Record.

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of an April 26, 2005 Memorandum authored by the Federal Bureau of Investigation.

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of the Indictment, *United States v. Usama Bin Laden, et al.*, Case No. S(2) 98 Cr. 1023 (LBS).

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of a September 20, 2004 U.S. State Department diplomatic cable.

9. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of the August 2, 2017 Transcript of Record, Deposition of Dr. Hussein Hamid Hassan.

10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of the August 3, 2017 Transcript of Record, Deposition of Dr. Hussein Hamid Hassan.

Executed in Philadelphia, Pennsylvania on November 20, 2017.

/s/
J. Scott Tarbutton, Esq.

LEGAL\33413200\1