# EXHIBIT 8

1              DR. HUSSEIN HAMID HASSAN

2

3            UNITED STATES DISTRICT COURT

4             DISTRICT OF NEW YORK

5                        03 MDL 1570 (GBD) ECF CASE

6    ---------------------------------------------------

7    In re Terrorist Attacks on September 11, 2001

8    ---------------------------------------------------

9

10

11

12

13   Videotaped Deposition of DR. HUSSEIN HAMID HASSAN, Volume 2,

14    taken by AILSA WILLIAMS, Certified Court Reporter, held at

15    the offices of Jones Day LLP, London, UK, on 2 August, 2017

16                     at 8:30 am

17

18

19

20

21

22

23

24   REPORTED BY: AILSA WILLIAMS

25   JOB NO: 127593

**Page 141**

DR. HUSSEIN HAMID HASSAN
A P P E A R A N C E S:
For the Plaintiff:
COZEN O'CONNOR
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
BY: SEAN CARTER, ESQ.

MOTLEY RICE
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
BY: ROBERT HAEFELE, ESQ.

**Page 142**

DR. HUSSEIN HAMID HASSAN
Attorneys for the Defendants:
JONES DAY
51 Louisiana Avenue Northwest
Washington DC 20001
BY: STEVEN COTTREAU, ESQ.
RAYMOND JACKSON, ESQ.

ALSO PRESENT:
JUAN MORILLO:  QUINN EMANUEL
COURT REPORTER:  AILSA WILLIAMS
VIDEOGRAPHER:  MANU ROSSI

**Page 143**

DR. HUSSEIN HAMID HASSAN
I N D E X
HUSSEIN HAMID HASSAN (Cont.)
EXAMINATION BY MR. COTTREAU:  Pg. 144

**Page 144**

DR. HUSSEIN HAMID HASSAN
THE VIDEOGRAPHER:  This is the continuation of the deposition of Dr. Hussein Hamid Hassan, regarding the September 11, 2001 terrorist attack being held on 2 August, 2017, at 8:42.  Please begin.
DR. HASSAN
Having been previously sworn,
Testified as follows:
EXAMINATION BY MR. COTTREAU:
MR. COTTREAU:  Good morning, Mr. Hassan.
A.  Good morning.
MR. COTTREAU:  Thanks for joining.  I am happy to take a break at any time that you like today.  Just let me know if you need a break.
A.  Thank you.
Q.  Okay.  And you understand you are still here under oath to tell the truth, like you were sworn in yesterday to do?
A.  Yes.
Q.  Will you tell the truth?
A.  Yes.
Q.  The whole truth?
A.  Yes.
Q.  And only the truth?

DR. HUSSEIN HAMID HASSAN

1            DR. HUSSEIN HAMID HASSAN
2      A. Only the truth.
3      Q. Do you understand English?
4      A. Yes.
5      Q. Do you have any formal training in
6 English?
7      A. I studied English in high schools
8 and in United States.
9      Q. Okay. If you don't understand any
10 of my questions, just ask me and I am happy to
11 rephrase.
12      A. Thank you, sure.
13      Q. Are there words that you don't
14 understand in English? Are there words that you
15 don't understand in English?
16      A. Are there words?
17      Q. Are there words that sometimes you
18 have difficulty understanding?
19      A. If I face it, I just ask you
20 clarification.
21      Q. Okay. I am going to be using some
22 terms today. I just want to make sure that we are
23 communicating. Sometimes I will be referring to
24 Dubai Islamic Bank as "DIB". Will you understand
25 me when I say "DIB"?

DR. HUSSEIN HAMID HASSAN

1            DR. HUSSEIN HAMID HASSAN
2      A. Yes.
3      Q. When I use the term today "Shariah
4 Board", I am referring to DIB's Fatwa and Shariah
5 Supervisory Board.
6      A. Yes, this is the formal name.
7      Q. How would you say what you have done
8 for a living during your career?
9      A. My aim for my life, from early days
10 of my education, is to know the legal systems
11 governing the world. I studied Islamic law in
12 Al-Azrah, the Islamic august famous university.
13 And I studied civil law in Cairo University Law
14 School. And I studied the common law in the
15 United States. Other than this, I was fond of
16 economics and finance. I started studying finance
17 and economics in Cairo University, because the law
18 school of Cairo University it is mixed, law and
19 economics. Before the faculty of economics was
20 established in Cairo University, it was one, law
21 and economics, one faculty, and therefore
22 I started with the Islamic financing, Islamic
23 banking from its inception. All my life was
24 dedicated to follow the Islamic financing, Islamic
25 banking. I was even volunteer, if someone asked

DR. HUSSEIN HAMID HASSAN

1            DR. HUSSEIN HAMID HASSAN
2 me to write an article to prepare in structure, to
3 do it even without being paid for that, because
4 I love it.
5      Q. All right. I want to try to talk
6 about a lot of those things as we go through your
7 deposition today. Maybe we could start just maybe
8 at the end and then we will go to the beginning
9 very quickly. How old are you?
10      A. I completed 85 on 25 July.
11      Q. You just turned 85?
12      A. Yes.
13      Q. What year did you graduate from high
14 school?
15      A. I graduated from high school '54,
16 almost. '54. Because I graduated from the
17 university in '59.
18      Q. So you graduated from high school in
19 1954?
20      A. Yes.
21      Q. You then went to university?
22      A. I graduated from high school, the
23 civil education, the Ministry of Education, and at
24 the same time, simultaneously, graduated from high
25 school of Al-Azhar Islamic education,

DR. HUSSEIN HAMID HASSAN

1            DR. HUSSEIN HAMID HASSAN
2 simultaneously. Then I joined both universities
3 at the same time in Cairo University and Al-Azhar
4 university. I got a degree after 4 years from
5 Cairo University in law and economics. I got
6 a certificate called the license from Al-Azhar
7 university. It is 4 years degree. After that
8 I continued my masters degree in both universities
9 simultaneously.
10      When I got the chance, I got a scholarship to go
11 and study in NYU. I lived in the United States where
12 I studied in the International Institute of Comparative Law.
13      Then I came back to continue in Al
14 Azhar University. I got my PhD from Al Azhar University in
15 Islamic law and jurisprudence.
16      Q. Let's talk a little bit about the
17 time that you spent at NYU. Does NYU refer to New
18 York University?
19      A. Yes, it is.
20      Q. And where is NYU located?
21      A. In Manhattan.
22      Q. Did you live in Manhattan?
23      A. No, I lived in Brooklyn.
24      Q. Before you lived in Brooklyn, did
25 you live in Manhattan?

3 (Pages 145 to 148)

DR. HUSSEIN HAMID HASSAN

1
2       A. Yes I lived for almost one year in
3   Haiden Hall.
4       Q. Haiden Hall?
5       A. Haiden Hall.
6       Q. What is Haiden Hall?
7       A. It is university residential
8   building.
9       Q. You lived in student housing?
10      A. Yes.
11      Q. At NYU?
12      A. Yes.
13      Q. After you lived in student housing
14  at NYU for a year, where did you next live?
15      A. In Brooklyn.
16      Q. Do you remember where you lived in
17  Brooklyn?
18      A. 1964.
19      Q. You lived in Brooklyn in 1964?
20      A. 64, almost.  I don't remember the
21  date.
22      Q. Do you remember the location that
23  you lived in Brooklyn?
24      A. Yes, I remember.  I remember well.
25  It is Warren Street, house 361.

DR. HUSSEIN HAMID HASSAN

1
2       Q. You lived in Warren Street in
3   Brooklyn?
4       A. Yes, in Brooklyn, yes.
5       Q. Did you live with anyone else when
6   you lived on Warren Street in Brooklyn?
7       A. My wife and my son.
8       Q. What was your son's name?
9       A. Abdul Fatah.
10      Q. Did you enjoy your time living in
11  Manhattan in Brooklyn?
12      A. Yes, really.  The best days I lived
13  in my life, me and my wife, really.
14      Q. Why did you like it?
15      A. I like it for many things.  A new
16  life for me, to come from Egyptian village to New
17  York.  And to deal with Americans, they are for
18  me, in my opinion, they are open hearted people.
19  They are very good.  You can have friends even in
20  2 hours time.  I was invited every weekend to one
21  of the officials of the university with my wife to
22  spend weekend with them, every weekend.  I was
23  invited even by the President of the University
24  one of the weekends.  I mean, they are in my
25  opinion -- that is why all members of my family

DR. HUSSEIN HAMID HASSAN

1
2   they want all of them to be Americans.  This
3   doesn't mean -- but this is one likes.  It is
4   something -- you feel it, and you want it.  This
5   is the case.
6       Q. You mentioned your wife.  Do you
7   remain married to your wife?
8       A. My wife's name is Om Kolthoom.
9       Q. How long have you been married to
10  Om Kolthoom?
11      A. I married her in 1956.
12      Q. Do you remain married to
13  Om Kolthoom?
14      A. Yes.
15      Q. Do you have any children with your
16  wife?
17      A. 11.
18      Q. All with Om Kolthoom?
19      A. Om Kolthoom only.
20      Q. Are any of your children married to
21  American citizens?
22      A. Yes.
23      Q. How many of your children are
24  married to American citizens?
25      A. One.

DR. HUSSEIN HAMID HASSAN

1
2       Q. Who is that?
3       A. Two.  No.  One, my son married to an
4   American girl, and my daughter married to an
5   American boy.
6       Q. Do you have any grandchildren?
7       A. Nine.
8       Q. You have nine grandchildren?
9       A. Yes.
10      Q. Nine grandchildren who are American
11  or nine grandchildren in total?
12      A. No, nine grandchildren American.
13  Nine are Americans, but I have others.
14      Q. Do you know how many total
15  grandchildren you have?
16      A. 44.
17      Q. 44?
18      A. Yes.
19      Q. And nine of your 44 grandchildren
20  are American?
21      A. Yes.
22      Q. Did any of your children go to
23  school in the United States?
24      A. Yes.
25      Q. How many of your children went to

Page 153

DR. HUSSEIN HAMID HASSAN

1
2  school in the United States?
3       A. Four.
4       Q. Did you encourage your children to
5  go to school in the United States?
6       A. Yes.
7       Q. Why?
8       A. Of course they should go for the
9  education, and the best way to go to education is
10  in the United States. People are striving to get
11  education in the United States. I have myself
12  tried to get education in the United States.
13       Q. Are you disappointed or embarrassed
14  in any way that you have so many American members
15  of your family?
16       A. No, I feel proud, of course.
17       Q. Why are you proud?
18       A. Yes, because I myself remember that
19  I got a lot of information, and I was open to a
20  new way of life. And I want my children, our
21  children to live in this atmosphere and this
22  society, of course. They will get -- everyone is
23  trying to get education in the United States, of
24  course.
25       Q. After you lived in New York, did you

Page 154

DR. HUSSEIN HAMID HASSAN

1
2  ever live again in the United States?
3       A. Yes, I did.
4       Q. Did you live outside of Chicago?
5       A. Yes, I did.
6       Q. When was that approximately?
7       A. I am not sure, but almost in between
8  1990 and 2000, something is like that.
9       Q. At some point in the 1990s --
10       A. Yes.
11       Q. -- you lived outside of Chicago?
12       A. Yes, I think so.
13       Q. Did you live there by yourself?
14       A. No, with my wife.
15       Q. Your wife and you lived together
16  outside of Chicago?
17       A. Yes.
18       Q. Why did you live outside of Chicago?
19       A. I was visiting a professor to teach
20  Islamic law course.
21       Q. You taught an Islamic law course in
22  the United States?
23       A. Yes.
24       Q. Have you traveled to the US besides
25  the times that you have lived in New York and

Page 155

DR. HUSSEIN HAMID HASSAN

1
2  outside of Chicago?
3       A. Many times.
4       Q. Do you enjoy traveling to the United
5  States?
6       A. Yes, yes.
7       Q. Would you ever want to see the
8  United States harmed or attacked?
9       A. Of course no. Of course no.
10       Q. Let's return to your education.
11  After you lived in New York, and you went to NYU,
12  did you obtain any more degrees in your education?
13       A. Yes, I got a PhD from Al Azhar
14  university, and I joined Cairo University as
15  a teacher, then full Professor.
16       Q. I will come back to your work
17  history. I just want to finish out your
18  educational history. Do you have any honorary
19  degrees?
20       A. Yes, I have a PhD honorary degree.
21       Q. Is your honorary degree from Durham
22  University?
23       A. Yes.
24       Q. What is Durham University?
25       A. It is a UK university. It is

Page 156

DR. HUSSEIN HAMID HASSAN

1
2  a famous one, who offer Islamic finance, and they
3  have a center for Islamic finance.
4       Q. Is Durham University based in the UK
5  or Great Britain?
6       A. Yes.
7       Q. Are you proud of your honorary
8  degree?
9       A. Yes, I am.
10       Q. Why?
11       A. Because in the citation they said
12  they are granting me this degree because I am the
13  father of the Islamic financing. What means to
14  me, that Islamic financing is not only for
15  Muslims, it was recognized for humanity, and it is
16  a way of financing which means justice and
17  fairness, and another way open for humanity.
18  Anyone who wants to go that way, these new
19  products, new ideas, that is why most of the
20  leading conventional international banks, they are
21  doing Islamic financing now. Like HSBC,
22  Deutsche Bank, all of them, they are doing Islamic
23  banking.
24       Q. Okay, and I will come back to
25  Islamic banking and try to get your full

DR. HUSSEIN HAMID HASSAN

1
2  understanding of Islamic banking in a little
3  while.  Let's go back to your work history and try
4  to give an overview of your career and understand
5  it.  What was your first job?
6        A.  Deputy Attorney General for the
7  Government of Egypt.
8        Q.  What were your responsibilities as
9  the Deputy Attorney General for the Government of
10  Egypt?
11        A.  To represent the Government of Egypt
12  in civil cases before courts.
13        Q.  You were a lawyer that worked for
14  the Government?
15        A.  Worked as a lawyer.
16        Q.  After you were Deputy Attorney
17  General for the Egyptian Government, what job did
18  you next take?
19        A.  Teacher, in Cairo University.
20        Q.  Do you remain today a teacher at
21  Cairo University?
22        A.  Yes, till now.
23        Q.  You are a college professor?
24        MR. CARTER:  Objection, form.
25        Q.  Are you a college professor or a law

DR. HUSSEIN HAMID HASSAN

1
2  teacher?
3        A.  Law teacher.
4        Q.  You mentioned Cairo University.
5  Where is that based?
6        A.  In Cairo.
7        Q.  Let me ask it this way.  In what
8  country is Cairo?
9        A.  Egypt.
10        Q.  Is Cairo University a well known
11  university?
12        A.  Yes, well known.
13        Q.  Over the course of your career, have
14  you taken leave from Cairo University to do other
15  things?
16        A.  Yes, many times.
17        Q.  Have you ever been asked by the
18  Egyptian Government to take leave from Cairo
19  University to help on other projects?
20        A.  Many times.
21        Q.  Can you give an overview of some of
22  the projects that the Egyptian Government has
23  asked you to help with?
24        A.  I was seconded by the Government of
25  Egypt to kingdom of Libya at that time, before

DR. HUSSEIN HAMID HASSAN

1
2  Gaddafi, the King Idris, to establish high studies
3  department, most regarded studies department.
4  I established the high studies department for the
5  Government of Libya in the days of Mohammed, King
6  Mohammed Idris.
7        After that I was seconded by the Egyptian
8  Government to Saudi Government to establish the postgraduate
9  studies for masters degree and PhD for Arabia.
10        After that I was seconded by Egyptian government
11  to establish the International Islamic University in
12  Pakistan.
13        After that I was seconded by the Egyptian
14  Government to help the Kazakhstan Republic, to be adviser to
15  the President, to prepare for them a constitution for the
16  country and to help them establishing the new state.  And
17  some others, I don't remember.  But most of my career I was
18  seconded to help other countries.
19        Q.  And you mentioned several times that
20  the Egyptian Government seconded you to various
21  other governments.  What does it mean to be
22  "seconded"?
23        A.  Seconded means the President of
24  Egypt deputed me, my services, lent my services to
25  that Government, and I was paid by Egypt.  I am

DR. HUSSEIN HAMID HASSAN

1
2  paid by Egypt but serve the other Government.
3        Q.  Is Cairo University a public
4  university?
5        A.  Yes, it is.
6        Q.  It is run by the Egyptian
7  Government?
8        A.  Yes.
9        Q.  During your time of working for
10  these other governments, at the request of the
11  Egyptian Government, the Egyptian Government, did
12  it continue to pay your salary?
13        A.  Yes.
14        Q.  Are you an Islamic scholar?
15        A.  Yes, I am.
16        Q.  As an Islamic scholar are you the
17  author of any articles or books?
18        A.  Yes, many.
19        Q.  Do you know how many?
20        A.  I don't remember my new articles,
21  but more than 400 articles.  I am issuing on all
22  occasions articles, many, many articles.  Even on
23  music, art, drama, films, I have research papers.
24        Q.  Let's talk a little about your
25  religion.  What is your religion?

DR. HUSSEIN HAMID HASSAN

1   A. Islam.
2   Q. What does the word "Islam" literally
3   mean?
4   A. Peace.
5   Q. And do you believe Islam is
6   a religion of peace?
7   A. Of course, I believe it.
8   Q. Why do you believe it?
9   A. Because it is a derivation -- in the
10  Sunnah of the Prophet, it is clear that in many
11  versions of the Koran, Islam is calling, inviting
12  humanity for peace. This is well known to
13  every -- not only scholars, a normal Muslims knows
14  that Islam is peace, Islam is against violence,
15  extremists. Even when it is not encouraging human
16  rights, but Islam for 10 centuries back guaranteed
17  animal rights. It was in the Sunnah of the
18  Prophet that a lady looked at a cat until it dies,
19  was admitted to hell. And the man who gave water
20  for a thirsty dog, he was admitted to paradise,
21  otherwise he was committed to hell. It means
22  there is a list of animal rights and still in
23  Cairo you have hospitals and trust only for
24  animals.

DR. HUSSEIN HAMID HASSAN

1   Q. You mentioned a couple of things in
2   that answer, and I want to make sure that
3   I understand them both, the Koran and the Sunnah.
4   Q. What is the Koran?
5   A. The Koran is the word of God
6   revealed on his Prophet Mohammed to convey it to
7   humanity.
8   Q. Is the Koran for Muslims similar to
9   the bible for Christians?
10  A. Yes.
11  Q. What is the Sunnah?
12  A. Sunnah means the sayings, actions,
13  approvals of the Prophet Mohammed.
14  Q. And what is, in Islam, the
15  difference between God and Allah?
16  A. God and Allah is the same, but the
17  name in Arabic Allah, and God is Allah.
18  Q. Allah just means God? Does Allah
19  just mean God?
20  A. Yes.
21  Q. You also mentioned "Prophet" and
22  "Mohammed". Can you explain those terms?
23  A. Prophet Mohammed is his name,
24  original name before he became Prophet. After

DR. HUSSEIN HAMID HASSAN

1   that he is a prophet, means a messenger of Allah
2   sent to human beings. I mean his parents call him
3   Mohammed, this is his name after he was born, but
4   we say he is a messenger, after he was sent as
5   a messenger.
6   Q. In the Islamic religion, who sent
7   Mohammed as a messenger?
8   A. God.
9   Q. We have talked about your role as an
10  Islamic scholar a little bit. Does Islamic mean
11  the same thing as shariah?
12  A. Islamic law means shariah, and
13  shariah means Islamic law.
14  Q. What is Islamic law?
15  A. Islamic law are the rules,
16  regulations governing the people's activities,
17  behaviors, revealed from Allah to his Prophet
18  Mohammed. It means the source is from Allah, not
19  human source.
20  Q. Let me ask it this way. As an
21  Islamic scholar, do you believe that there are
22  legal principles that come from the Islamic
23  religion?
24  A. Yes.

DR. HUSSEIN HAMID HASSAN

1   Q. Where do you find those legal
2   principles? How do you learn what the legal
3   principles are that come from the Islamic
4   religion?
5   A. It is in the Koran and the Sunnah,
6   and the interpretation of the Muslim jurist, who
7   reached the degree of scholar.
8   Q. Are you a religious leader?
9   A. No, I am a lawyer. I am
10  a Professor of Law. Law Professor, and I am
11  lawyer.
12  Q. As a shariah scholar, have you
13  studied Islam's position on violence?
14  A. Islam stands for peace in the real
15  and the full sense. Islam hates violation in all
16  its kinds, even, as I have written in my famous
17  article, even at the days of the war, when an
18  enemy attacks Muslim state, inside the Muslim
19  land, the Prophet told to the Army, the
20  official Army "Don't kill child. Don't kill
21  chirch, it means ilba. Don't kill priest, these
22  are religious people. Don't kill women. Don't
23  kill civilians. Don't kill cow, camel. Don't
24  destroy buildings." This was clear.

DR. HUSSEIN HAMID HASSAN

1  
2  In one event, it is known he found the lady nurse
3  was nursing the enemy, the fighters, was killed.  The
4  Prophet asked "Who killed this, this lady is not fighting.
5  Why you killed her?"  And he banished the leader of the
6  army.  This I have written in my research paper, and I have
7  mentioned this in front of the international forum, where
8  all scholars of the Muslim world representatives are there
9  in Mecca.
10      MR. HAEFELE:  Objection, foundation and
11  non-responsive.  Move to strike.
12      MR. CARTER:  Steve, since we are in
13  between questions, I want to just make a broader
14  objection.  We had been told that the witness
15  would be presented as a fact witness, with the
16  potential that some testimony would be elicited
17  with regard to the functions of shariah boards.
18  As I understand the questioning that is occurring,
19  he is being asked to broadly opine on areas of
20  expertise with regard to Islam, and in particular
21  his own views of whether or not Islam is
22  a religion of peace, and related subjects.  We
23  have not been provided with any of his articles or
24  books in advance of the testimony, so we are just
25  objecting on that basis.

DR. HUSSEIN HAMID HASSAN

1  
2      MR. COTTREAU:  I will reserve that
3  debate for another time.
4      Have you studied Islamic views on
5  violence?
6      A.  Yes.
7      Q.  And what is your view, after your
8  studies, about Islam's view on violence?
9      MR. CARTER:  Objection, foundation.
10     A.  Islam does not permit, does not
11  allow any kind of violence.  It prohibits killing,
12  hurting any human being, insulting any human
13  being.  This is well known as general rules of
14  Islam, known not only to scholars but also to the
15  normal people who know Islam.
16     Q.  Do you have a view on how
17  non-Muslims should be treated?
18     MR. CARTER:  Objection, foundation.
19     A.  Non-Muslims should be treated
20  equally to Muslims.  This I have written.  I have
21  on many occasions declared that brotherhood has
22  been established by Allah in the Koran between all
23  human beings, all human beings.  And there is
24  a verse in the Koran which says (Arabic), which
25  means we all are sons of them, regardless of their

DR. HUSSEIN HAMID HASSAN

1  
2  religion, nationality, language, race, anything.
3      Q.  Are you in favor of killing
4  civilians?
5      A.  No, not at all.  I disagree with it.
6  It is not allowed.  To kill civilians, even
7  non-Muslim civilians, is equal to kill a Muslim.
8  No difference.
9      Q.  Are you in favor of trying to
10  forcibly spread Islam through violence?
11     A.  Never.  Allah said it clear in the
12  Koran.  In the Koran (Arabic).  "No compulsion for
13  religion."  You can't enforce anyone to believe
14  how, even how one imagines to enforce one to
15  believe in heart, because Allah accept to believe
16  in heart.  How you enforce him by knife to believe
17  in heart?  It is a contradiction.  It is
18  impossible to enforce someone to believe in his
19  heart.  Allah accepts only heart, not to say, not
20  to act, but in heart.  It means this.  To fight
21  others or to pressurize them to accept some kind
22  of belief or ideas, it is not acceptable to Islam.
23  Islam declared 14 centuries back that there is
24  a freedom of religion.  Mohammed say the word, and
25  whoever wants to believe, let him believe.

DR. HUSSEIN HAMID HASSAN

1  
2  Whosoever does not want to believe, let him not to
3  believe.  That is all.
4      MR. HAEFELE:  Objection --
5      Q.  You have mentioned freedom of
6  religion.  Do you believe in religion?
7      A.  Yes, of course.
8      Q.  Do you believe in the freedom of
9  religion?
10     A.  Yes.  Non-Muslims lived 14 centuries
11  in Islamic states, lived with Muslims.  Till this
12  day, nothing happened.  Otherwise Muslims could
13  have killed non-Muslims, and non-Muslims, they
14  could kill the Muslims in their countries.
15  Nothing happened.  This happened only these days,
16  this terrorism, this Daesh, it is something we
17  should go to the roots of that.  Why are the
18  reasons?
19     Q.  And the roots of what, what are you
20  talking about?
21     A.  Of terrorism.  Why?  It should be
22  studied.  It is not only military action.
23  Military action is something else, yes, but it is
24  not sufficient.  Because these boys were not born
25  terrorists.  Why for 14 centuries nothing, and for

Page 169

DR. HUSSEIN HAMID HASSAN

1
2   a night, overnight?  This short education is
3   responsible, media is responsible, Government is
4   responsible.  Everything is responsible for that.
5   The whole world should find a real solution from
6   the roots, not only military action.  We are
7   losing, you are losing, the world is losing
8   because of that.
9           MR. HAEFELE:  Objection, foundation and
10  non-responsive.  Move to strike.
11      Q.  Are you upset that people are
12  committing terrorist acts in the world?
13      A.  Of course.  Of course.
14      Q.  Are you disappointed that some
15  people commit terrorist acts in the name of Islam?
16      A.  Of course.  Of course.
17          MR. HAEFELE:  Objection, form.
18      Q.  Are you a political man?
19      A.  No, I am not.
20      Q.  Do you believe that Muslims and
21  non-Muslims should live in peace?
22          MR. HAEFELE:  Objection, form.
23      A.  Of course.  Of course they should
24  live in peace.  In Medina, the Prophet established
25  his estate in Medina.  Medina used to have Jewish,

Page 170

DR. HUSSEIN HAMID HASSAN

1
2   and they lived together in peace.  The Prophet
3   used to have a neighbor who is Jewish.  When the
4   Prophet went to his house and he asked about the
5   child of a Jewish neighbor, he said: "Where is the
6   boy?"  They said: "Mohammed, he is ill, the
7   child."  Then the Prophet, before entering the
8   house knocked the door of his neighbor, Jewish,
9   and he went to see his son, because his son is
10  ill, and prayed for his health.
11          Also in the Khalifa, Omar, he used to find a Jew,
12  knock on the door of a Jew, begging from them.  They asked
13  him: "Why do you do this?"  He said: "My age, I am ill."  He
14  said: "No, I am not asking you about the cause why you --
15  why you knock the door of Jew?"  But I am telling you we,
16  the state, we Muslims, we are responsible for you.  Why you
17  knock the door of a Jew, but come and Omar take him in his
18  hand to the Tritian, and he asked the man to give him
19  a salary sufficient for him and his family until forever.
20  I mean, it is misunderstood that non-Muslims are equal to
21  Muslims.  They are souls.  The Prophet used to find
22  (Arabic).  Then he stands up and they told him "Prophet,
23  this is a Jew."  He was very angry.  He said: "Isn't it a
24  soul?  Yes, it is equal."
25          MR. CARTER:  Objection, foundation,

Page 171

DR. HUSSEIN HAMID HASSAN

1
2   non-responsive.
3           MR. HAEFELE:  Move to strike.
4           MR. COTTREAU:  Maybe I can just ask for
5   a simple answer.  Do you believe that Muslims and
6   non-Muslims should live in peace together?
7       A.  Yes.
8           MR. HAEFELE:  Foundation.
9           MR. COTTREAU:  What is the lack in
10  foundation on his belief?
11          MR. HAEFELE:  I guess what I am
12  suggesting is that he is not here as a religious
13  scholar, as somebody who is speaking for what
14  Islam says.  If you are asking him what his
15  personal belief is, which has absolutely no
16  relevance whatsoever, that is fine.  I don't
17  object to you asking him that, but understanding
18  that our position will be that his view on it is
19  irrelevant.
20          MR. COTTREAU:  Are you familiar with the
21  terrorist attacks of September 11, 2001?
22      A.  Yes.
23      Q.  Do you have an opinion on the
24  terrorist attacks of --
25      A.  Yes.

Page 172

DR. HUSSEIN HAMID HASSAN

1
2       Q.  I am sorry, if I could, just for the
3   court reporter's sake, if you can wait until
4   I finish the question.
5           Do you have an opinion on the terrorist attacks
6   of September 11, 2001?
7       A.  Yes.
8           MR. CARTER:  Objection, form.
9           MR. HAEFELE:  Objection.
10      Q.  Do you have a personal opinion about
11  whether it was a good thing that the terrorist
12  attacks of September 11, 2001 happened?
13          MR. HAEFELE:  Objection, form.
14      A.  It was the most criminal act
15  committed to innocent people.
16      Q.  You believe that the terrorist
17  attacks of September 11 was a criminal act?
18      A.  Criminal.  The most criminal act.
19      Q.  Most criminal act?
20          MR. CARTER:  Objection.
21      A.  I mean, if you have something more
22  than criminal act, it is crime against humanity,
23  against humanity.  It should not be like a simple
24  criminal case or criminal act.
25      Q.  Did anyone deserve to die as

9  (Pages 169 to 172)

Page 173

```
 1              DR. HUSSEIN HAMID HASSAN
 2   a result of the terrorist attacks of September 11,
 3   2001?
 4         A.  No, no.  No.  No.
 5         Q.  I hate to ask you this question but
 6   we are here today because the plaintiffs have
 7   alleged that you and others at Dubai Islamic Bank
 8   sought to bring about the terrorist attacks
 9   of September 11, 2001.  Did you in any way seek to
10   cause the terrorist attacks of 9/11?
11         MR. CARTER:  Objection, form and
12   foundation.
13         A.  Again?
14         Q.  Did you in any way seek to cause the
15   terrorist attacks of 9/11?
16         A.  Seek what?
17         MR. HAEFELE:  Same objection.
18         Q.  Let me ask it this way.
19         A.  Yes.
20         Q.  We are here today?
21         A.  Yes.
22         Q.  Because the plaintiffs have alleged
23   that Dubai Islamic Bank, where you have worked,
24   tried to cause the terrorist attacks of 9/11.  Did
25   you in any way try to cause terrorist attacks,
```

Page 174

```
 1              DR. HUSSEIN HAMID HASSAN
 2   including the terrorist attacks of 9/11?
 3         A.  Never.
 4         MR. CARTER:  Objection, form and
 5   foundation.
 6         A.  Never.  This is against my religion,
 7   against values, human values, against all
 8   religions, all values.
 9         MR. HAEFELE:  Objection, non-responsive
10   move to strike.
11         Q.  Are you familiar with an
12   organization called Alqaeda?
13         A.  I heard about it in media.  This is
14   well known for everybody now, that there is this
15   terrorist organization.
16         Q.  Other than what you have read in the
17   media, do you have any other knowledge about
18   Alqaeda?
19         A.  No.
20         Q.  Have you ever met with people that
21   you knew to be members of Alqaeda?
22         A.  No.
23         Q.  Have you ever conspired with anybody
24   that you knew was a member of Alqaeda?
25         A.  No.
```

Page 175

```
 1              DR. HUSSEIN HAMID HASSAN
 2         Q.  Have you ever tried to help Alqaeda
 3   in any way?
 4         A.  No.
 5         Q.  From what you have read in the
 6   media, do you believe that Alqaeda is a terrorist
 7   group?
 8         A.  Yes.
 9         Q.  Why do you believe that?
10         A.  Because if the news, the media,
11   repeatedly, many times all over the world, then
12   this leads anyone to believe that this is true,
13   that Alqaeda is terrorist organization.  I have
14   reason to believe it.  I have reason to believe
15   it, because this is repeated many times, many
16   occasions.  Then, one should -- we are living in
17   the world, and one has good reason to believe that
18   Alqaeda is a terrorist organization.
19         Q.  From what you have read in the
20   media, what is your opinion about Alqaeda
21   committing terrorist attacks?
22         MR. CARTER:  Objection.
23         A.  They are criminals.  They are
24   criminals.
25         Q.  Some terrorists believe that
```

Page 176

```
 1              DR. HUSSEIN HAMID HASSAN
 2   civilians deserve to die.  Do you agree with that?
 3         MR. CARTER:  Objection, foundation.
 4         A.  No.
 5         Q.  Why don't you agree that some
 6   terrorists believe that -- let me ask it this way,
 7   Dr. Hassan.  Why don't you believe that civilians
 8   deserve to die at the hands of terrorists?
 9         A.  Because Islam does not allow to
10   touch, to kill, to harm any civilians, even at the
11   time of the war.
12         Q.  Have you heard of a group called the
13   Taliban?
14         A.  Yes, I have.
15         Q.  Have you ever sought to help the
16   Taliban?
17         A.  No.
18         Q.  Do you support the Taliban?
19         A.  No.
20         MR. COTTREAU:  Could we take a break?
21         MR. CARTER:  Sure.
22         THE VIDEOGRAPHER:  Going off the record
23   at 9:26.
24              (A short break)
25         THE VIDEOGRAPHER:  Going back on the
```

TSG Reporting - Worldwide - 877-702-9580

Page 177

DR. HUSSEIN HAMID HASSAN

1    record at 9:47.
2        MR. CARTER:  Steve, before we go back to
3    questioning, we want to state for the record our
4    objection to the scope of the testimony that is
5    being solicited today.  When we spoke to the court
6    about this deposition on April 21, you had
7    indicated to Judge Netburn that it would
8    principally be about what the Shariah Board
9    actually does, and that it would be a very simple
10   deposition.  We were not apprized at any point
11   that Dr. Hassan would be presented as an expert in
12   Islamic scholarship on a broad range of issues in
13   Islam, including his views on violence and other
14   subjects.  We haven't been provided with as much
15   as a c.v for Dr. Hassan, much less any of his own
16   writings.  So we are objecting to all of that
17   testimony and, in addition, we are reserving our
18   right to request that he be brought back after we
19   have been provided with the appropriate materials,
20   to the extent that any of this testimony should
21   even be permitted.
22       MR. HAEFELE:  To be clear, we asked
23   multiple times for a delineation of scope of what
24   his testimony would be, and that statement before

Page 178

DR. HUSSEIN HAMID HASSAN

1    the judge is what we relied on.
2        MR. COTTREAU:  I will just say that
3    I told you that one of the topics of this
4    deposition were going to be the allegations that
5    you made in your two motions to compel, filed
6    in July, 2015, and I don't think any of the
7    testimony that has been elicited today has not
8    been about the allegations you made in your motion
9    to compel.  You injected these issues, we did not.
10       MR. CARTER:  Steve, just in response to
11   that, I just reiterate that whether the issues
12   have been interjected, the question of whether
13   a witness can be called as a fact witness and then
14   presented to provide expansive expert testimony on
15   incredibly complicated issues of religion and
16   other subject matters is an entirely separate
17   issue, and we object to all of the testimony that
18   is in the form of expert testimony on Islamic
19   scholarship.
20       MR. COTTREAU:  We can reserve all of
21   these issues for another day.
22       Dr. Hassan, what is Dubai Islamic Bank?
23       A.  It is a bank, but its activities are
24   based on participation between the bank and its

Page 179

DR. HUSSEIN HAMID HASSAN

1    clients in profits and losses and justice,
2    fairness and equality are not based on interest.
3    The Islamic bank is not giving interest to its
4    depositors.  It is not taking interest from its
5    clients who are seeking finance.  Just to give --
6        Q.  Dr. Hassan, if I could just ask
7    this.  Where is Dubai Islamic Bank based?
8        A.  In Dubai, in Emirate of Dubai.
9        Q.  Is Dubai in the United Arab
10   Emirates?
11       A.  Yes.
12       Q.  Do you hold a position with Dubai
13   Islamic Bank?
14       A.  Yes.
15       Q.  What is that position?
16       A.  Chairman of the Shariah Board of
17   Fatwa and Supervision.
18       Q.  Are you the Chairman of Dubai
19   Islamic Bank's Fatwa and Shariah Supervisory
20   Board?
21       MR. HAEFELE:  Object to the form.
22       A.  Yes.
23       Q.  I am going to refer to DIB's Fatwa
24   and Shariah Supervisory Board as "Shariah Board",

Page 180

DR. HUSSEIN HAMID HASSAN

1    okay?
2        A.  Yes.
3        Q.  When did you become the Chairman of
4    Dubai Islamic Bank's Fatwa and Shariah Supervisory
5    Board?
6        MR. HAEFELE:  Objection, form.
7        A.  In 1998.
8        MR. COTTREAU:  I am sorry, if I can hold
9    on one second.  You made a form objection.  What
10   was the form objection?
11       MR. HAEFELE:  It is leading.
12       MR. COTTREAU:  You believe the question
13   "when did you become the Chairman of Dubai Islamic
14   Bank's Fatwa and Shariah Supervisory Board" is
15   leading?
16       MR. HAEFELE:  Yes, because he testified
17   that he was the Chairman of the Supervisory Board
18   of Fatwa and Supervision.  You were feeding him
19   a portion of the answer to the question.
20       MR. COTTREAU:  There is nothing leading
21   about that question, Mr. Haefele.
22       MR. HAEFELE:  Okay.  All right, I would
23   say it mischaracterizes his testimony.
24       MR. COTTREAU:  That was not your

1          DR. HUSSEIN HAMID HASSAN
2  objection and it is too late.
3          MR. HAEFELE:  No, there is no other
4  question pending.
5          MR. COTTREAU:  Have you served
6  continuously as the Chairman of DIB's Shariah
7  Board since 1998?
8          A.  Yes.
9          Q.  Prior to becoming Chairman of Dubai
10  Islamic Bank's Shariah Board, did you have any
11  other roles at Dubai Islamic Bank?
12          A.  No.
13          Q.  Prior to becoming Chairman of Dubai
14  Islamic Bank's Shariah Board, did you ever give
15  any training to Dubai Islamic Bank employees?
16          A.  Yes.
17          Q.  When did you provide training to
18  Dubai Islamic Bank employees?
19          A.  I may recall.  Around 1976/77.
20          Q.  Do you recall what you trained
21  employees about in 1976 or 1977?
22          A.  Again?
23          Q.  Do you recall the topics on which
24  you trained employees in 1976 or 1977?
25          A.  It was how to train the new

1          DR. HUSSEIN HAMID HASSAN
2  employees of the bank, who are coming from
3  conventional finance, conventional banking
4  background, how to do Islamic banking.
5          Q.  Does Islamic banking have financial
6  products that they offer to customers?
7          A.  Yes.
8          Q.  Is one of the products that an
9  Islamic bank offers to customers a checking
10  account or current account?
11          A.  Yes.
12          Q.  Were you paid to do the training for
13  Dubai Islamic Bank in approximately 1976 or 1977?
14          A.  No.
15          Q.  Why did you do it?
16          A.  Because this is my mission.  I am
17  interested theoretically before in Islamic
18  financing and its institutions, and this was the
19  first serious attempt to implement the theory,
20  I believe, that a bank doing all banking
21  activities, but with a participation in profit and
22  loss, not on interest basis.
23          Q.  Thank you.  I will come back to the
24  issue of Islamic banking and its features in a few
25  moments, but I want to make sure I fully

1          DR. HUSSEIN HAMID HASSAN
2  understand what your role was at Dubai Islamic
3  Bank.  For how many days did you conduct training
4  approximately, in 1976 or 1977, for Dubai Islamic
5  Bank?
6          A.  As I recall, maybe three days.
7          Q.  Where did the training take place?
8          A.  In the building of the bank.
9          Q.  In what city is the building of the
10  bank, at which you performed training?
11          A.  In Dubai.
12          Q.  Did you have any other role or
13  relationship with Dubai Islamic Bank between 1976
14  and 1998?
15          A.  I was appointed as the sole
16  arbitrator in a case between the bank and one of
17  its customers.
18          Q.  What is an arbitrator?
19          A.  A person to decide the case,
20  a dispute between the bank and the customer.
21          Q.  Who selected you as an arbitrator in
22  the dispute between the bank and its customer?
23          A.  Both, bank and the customer.  Both
24  agreed to make me sole arbitrator.
25          Q.  In approximately what year did you

1          DR. HUSSEIN HAMID HASSAN
2  serve as the sole arbitrator in a dispute between
3  Dubai Islamic Bank and one of its customers?
4          A.  Again, please?
5          Q.  In approximately what year did you
6  serve as the sole arbitrator in a dispute between
7  Dubai Islamic Bank and one of its customers?
8          A.  I don't exactly remember, but
9  I think something like '78/79, as I recall.
10          Q.  When were you asked to take the job
11  as the Chairman of Dubai Islamic Bank's Shariah
12  Board?
13          A.  In 1998.
14          Q.  Why did you take the job as the
15  Chairman of Dubai Islamic Bank's Shariah Board in
16  approximately 1998?
17          A.  Because this is my topic --
18          MR. HAEFELE:  Objection, foundation.
19          A.  -- and of course, for the first time
20  for me to practice what I have carried,
21  researched, and it was a very interesting job to
22  be Chairman of the Shariah Board of the first
23  bank, Islamic bank, to practice what I believe in.
24          MR. COTTREAU:  Thank you.  Mr. Haefele,
25  your objections have now become disruptive.  This

1          DR. HUSSEIN HAMID HASSAN
2    deposition .
3          MR. HAEFELE:  No --
4          MR. COTTREAU:  -- I am going to speak
5    first --
6          MR. HAEFELE:  No, can I just say I am
7    reading your question back and I am withdrawing my
8    last question, last objection.  I thought it was
9    a different question to what I am reading.
10   I withdraw the last objection.  To be clear
11   I thought you asked him why he was asked, but now
12   I see you asked him what his view was.  I withdraw
13   the objection.  Okay.
14         MR. COTTREAU:  Okay.
15         MR. HAEFELE:  I am entitled to object.
16         MR. COTTREAU:  Your objections are now
17   disrupting a clean transcript, because you are not
18   making a timely objection, and by your own
19   admission making baseless objections.
20         MR. HAEFELE:  No.  As I am reading it
21   I am realizing that it was a different question
22   than what I heard.  If you want that, then I would
23   ask you to maybe mention to the witness that he
24   should allow time for objections to be made, if
25   you want a clean transcript.

1          DR. HUSSEIN HAMID HASSAN
2          MR. COTTREAU:  Dr. Hassan, what is
3    Islamic banking?
4          A.  Islamic banking is banking, as we
5    know, commercial or conventional banking, except
6    that Islamic bankings is based on some principles.
7    The most important of these principles is that
8    instead of dealing with interest it is based on
9    participation in profit and loss, and justice,
10   fairness, equality, and such valuable principles.
11         Q.  I want to take each of the
12   principles that you just mentioned that are
13   primary features of Islamic banking, one by one.
14   Is an Islamic bank allowed to charge its customers
15   interest?
16         A.  No.
17         Q.  How does it work then, if a customer
18   comes to a bank and would like to purchase, say,
19   a home?
20         A.  When the bank receive depositors,
21   and they want to invest, to open investment
22   account or saving, saving account, the bank is not
23   giving them interest, but the bank invests their
24   deposits with the shareholders' capital, equity,
25   and then agree to distribute the profit, if any,

1          DR. HUSSEIN HAMID HASSAN
2    and to share the loss if any.  This is from one
3    side.  When the bank utilize these deposits, the
4    bank finance its customers, not on the basis of
5    lending/borrowing, no.  No such contract of law.
6    No lending, no borrowing.  But on the same
7    principle of participation.  Let's say you have
8    a project, you carried a feasibility study, and
9    you want to establish this project but you don't
10   have funds.  You go to an Islamic bank.  The
11   Islamic bank will enter into participation with
12   you, will provide you with the capital of the
13   project, with the finance, on the condition that
14   if you get profit it will be distributed between
15   the bank and the customer.  If there is a loss,
16   the bank will lose its financing, its principal
17   capital, and the customer will lose only its
18   fault, its work.  It means, we used to say, that
19   Islamic banking is risk sharing and not risk
20   shifting, while if you go to a conventional bank,
21   just to make it clear, the conventional bank will
22   give you a loan with interest, and you should
23   return the loan with the interest.  Even if you
24   lose in your project, you bear the risk alone, the
25   loss' alone and the bank should get the profit in

1          DR. HUSSEIN HAMID HASSAN
2    all cases.  This is Islamic banking in short, but
3    there are many other things.
4          MR. HAEFELE:  Objection, non-responsive.
5    Move to strike.
6          Q.  Is Islamic banking the same as
7    shariah banking?
8          A.  Yes.
9          Q.  And what is shariah?
10         A.  Shariah means Islamic law, revealed
11   from God to his Prophet Mohammed, to convey it to
12   its followers.
13         Q.  The prohibition of charging
14   customers interest in Islamic finance that you
15   mentioned, does that prohibition come from shariah
16   law?
17         A.  Yes.
18         Q.  You mentioned a couple of other
19   principles that were features of Islamic banking
20   one of which was fairness.  How does that
21   principle play in Islamic banking?
22         A.  Yes, fairness, for example,
23   according to Islamic finance, you can't sell what
24   you don't own.  Before you sell any asset, you
25   should have title, you should have possession.

Page 189

DR. HUSSEIN HAMID HASSAN

That means that short to say, for example, in the
conventional banking is not allowed under shariah,
because to get price or to sell something which
you don't own is not justice, is not fair.  If you
just buy something and pay price while the seller
is not able to deliver it to you, because he has
no possession of this thing, this is called
fairness and justice.  If you give price you
should get the subject of the sale.  If you lease
an asset, if there is a total loss of the asset,
rent should stop, because rent is for use.  Total
loss means that a contract terminates.  It
terminates.  No interest, no rent is to be paid.
Just I am giving examples.  But it is a set of
code of justice, ethics, should be done in Islamic
financing.
        Q.  In Islamic banking, is an Islamic
bank allowed to overcharge customers?
        A.  No.
        Q.  Is overcharging customers prohibited
by Islamic law?
        MR. CARTER:  Objection, form.
        A.  Yes.
        Q.  Under Islamic law, can an Islamic

Page 190

DR. HUSSEIN HAMID HASSAN

bank hide facts from its customers that are
relevant to transactions?
        A.  Again, again?
        Q.  Sure.  Under Islamic law, can an
Islamic bank hide facts from its customers?
        A.  No.  It is deceit and it is
prohibited.
        Q.  Besides the prohibition on interest
and the concepts that you have mentioned of
justice, fairness and equality, are there any
other primary features of Islamic banking?
        A.  As I said, the most important
feature is, as I said, the risk sharing, and not
risk shifting, because this is the most important
principle.  We, in Islamic financing, consider it
injustice just for the human being's values if you
think and you have a project, and you want to
finance it, if you seek finance with interest,
means the whole cost and risk will be borne by
you, while you have ideas good to develop the
country, but you don't have money, but Islamic
banking considers your thinking, your idea, your
knowledge, your act is equal, humanly equal to any
capital.

Page 191

DR. HUSSEIN HAMID HASSAN

        MR. HAEFELE:  Objection, non-responsive.
Move to strike.
        Q.  As I understand your testimony then,
the most important features in your opinion of
Islamic banking is that it prohibits interest,
that it requires risk sharing and not risk
shifting and that it has to promote justice,
fairness and equality.  Is that accurate?
        MR. CARTER:  Objection, form.
        A.  Yes.
        Q.  What is the role of a Shariah Board
in Islamic finance?
        A.  The role is to make sure that the
cases referred to it or submitted to it is decided
giving shariah opinions, which are consistent with
Islamic law.
        Q.  Let's talk about Dubai Islamic Bank
Shariah Board for a few minutes.
        A.  Yes.
        Q.  During your tenure and your time at
Dubai Islamic Bank Shariah Board, did you and your
fellow Board members have to review all new
contracts that Dubai Islamic Bank was going to be
entering into with its customers?

Page 192

DR. HUSSEIN HAMID HASSAN

        A.  Again?
        Q.  Sure.  During your time at Dubai
Islamic Bank, did you have to look at all new
contracts that the bank was going to be entering
into with customers?
        A.  No.
        Q.  What contracts did you have to look
at?
        A.  All kinds of financing contracts.
We approve a contract, not in specific names or
specific customers, but forms.  We approve forms,
specie contracts and then for the bank to apply.
        Q.  Does the bank have contracts with
its customers who have checking accounts?
        A.  Yes.
        Q.  Did you have to apply -- let me ask
it this way and start again.
        Did you have to approve the form of the
contract that Dubai Islamic Bank would have with
its checking account customers?
        A.  Yes.
        Q.  When you approve contracts that
Dubai Islamic Bank is going to enter into with
customers, do you issue a written opinion, as the

DR. HUSSEIN HAMID HASSAN

1
2  Board?
3      A.  Yes.
4      Q.  Is there a name for the written
5  opinion on whether the bank can issue a contract
6  or not?
7      A.  Again?
8      Q.  Let me ask it this way.  What is
9  a fatwa, as that term is used at Dubai Islamic
10  Bank?
11      A.  Islamic law opinion on a case
12  submitted to the Shariah Board.
13      Q.  Is the Islamic law opinion on cases
14  submitted to Dubai Islamic Bank Shariah Board in
15  writing?
16      A.  In writing?
17      Q.  Do you and your fellow Board members
18  collectively draft fatwas or Islamic law opinions
19  at Dubai Islamic Bank?
20      A.  Yes.
21      Q.  In reviewing contracts at Dubai
22  Islamic Bank, do you sometimes reject them as not
23  being fair to the customer?
24      A.  Yes.
25      Q.  Do you sometimes reject contracts

DR. HUSSEIN HAMID HASSAN

1
2  during your review at Dubai Islamic Bank because
3  they are not transparent to the customer?
4      MR. CARTER:  Objection, form.
5      A.  Yes.
6      Q.  Do you know whose idea it was to
7  start Dubai Islamic Bank?
8      A.  What?
9      Q.  Do you know whose idea it was to
10  start Dubai Islamic Bank?
11      MR. CARTER:  Objection, foundation.
12      A.  Sheikh Sayeed Lootah.
13      Q.  Who is Sheikh Sayeed Lootah?
14      A.  He is a businessman, Emirati
15  national, and he is a learned man.
16      Q.  He is a real what?
17      A.  Learned man, a learned man.
18      Q.  Learned?
19      A.  Learned man.
20      Q.  Does that mean educated?
21      A.  It means that he is aware, involved
22  with Islamic financing, Islamic banking, that
23  interest is prohibited, so some alternative should
24  be done.  To think of that means he is not normal
25  businessman, he is someone who is learned.  I mean

DR. HUSSEIN HAMID HASSAN

1
2  educated but by nature, I mean, in the school of
3  society, not in university.
4      Q.  Did Mr. Lootah have to receive
5  permission from the Dubai Government to start
6  Dubai Islamic Bank?
7      MR. CARTER:  Objection, foundation.
8      A.  Yes, he got ordinance.
9      Q.  He received an ordinance?
10      A.  Yes.
11      Q.  What do you mean by an ordinance?
12      A.  Ordinance means order, decreed by
13  Sheikh Rashed, the then governor of Dubai.
14      Q.  Have you ever seen a copy of that
15  decree?
16      A.  I have seen it.
17      Q.  Did Sheikh Rashed or anyone related
18  to Sheikh Rashed ever tell you about his signing
19  of the decree?
20      A.  Again?
21      Q.  How do you know that besides having
22  seen -- let me ask it again and start again.
23      Besides having seen a copy of the decree, do you
24  have any other knowledge about how the bank was founded
25  and approved by the Government?

DR. HUSSEIN HAMID HASSAN

1
2      MR. CARTER:  Objection, form.
3      A.  I remember in one meeting that
4  Sheikh Mohammed Rashed himself talked about his
5  father, who when Sheikh Saeed Lootah came to him
6  to get this permission, this decree, and his
7  father gave the decree.
8      Q.  Since your involvement with Dubai
9  Islamic Bank, beginning with training in
10  approximately 1976 or 1977, have you had
11  interactions with Sheikh Saeed Lootah?
12      A.  No.
13      Q.  What have been your interactions
14  with Sheikh Saeed Lootah over the years?
15      MR. CARTER:  Objection.
16      Q.  Let me ask it this way.  Have you
17  ever met Sheikh Saeed Lootah?
18      A.  Yes, we met.
19      Q.  How many times?
20      A.  I don't remember, but in common --
21  not individually, but in common meetings.
22      Q.  Do you know approximately how many
23  times you have been in meetings with Sheikh Saeed
24  Lootah?
25      A.  No, I don't recall how many times.

DR. HUSSEIN HAMID HASSAN
Q. Would it be many meetings?
MR. CARTER: Objection.
A. Yes.
Q. Have you met many times with Sheikh Saeed Lootah?
MR. HAEFELE: Objection.
A. Yes.
Q. In your experience, has Sheikh Saeed Lootah been honest?
MR. CARTER: Objection, foundation.
A. I believe he is honest.
Q. In all of your interactions with Sheikh Saeed Lootah, did you ever hear Mr. Lootah advocate any radical version of Islam?
MR. CARTER: Objection, form.
A. No.
Q. In all of your experience in meeting with Sheikh Saeed Lootah, did you ever hear Mr. Lootah say anything to support terrorism?
A. No.
Q. In all of your interactions with Sheikh Saeed Lootah, did you ever hear Mr. Lootah support any violence?
A. No.

DR. HUSSEIN HAMID HASSAN
Q. Has anyone ever told you at any time in your career that Dubai Islamic Bank wanted to promote terrorism?
A. No.
Q. Has anybody ever told you in all of your career that Dubai Islamic Bank should help terrorists?
A. No.
Q. When Dubai Islamic Bank was founded, in approximately 1975, to your knowledge, was it the only Islamic bank in the world?
MR. CARTER: Objection, form, foundation.
A. Yes.
Q. When you conducted training at Dubai Islamic Bank, in approximately 1976 or 1977, was Dubai Islamic Bank the only Islamic bank in the world, to your knowledge?
A. Yes, but before Dubai Islamic Bank there was an attempt by an Egyptian person, banker called Mohamed Al Nagar. Mohamed Al Nagar studied PhD in Germany, and he studied cooperative banking, which is almost similar to Islamic banking, operating not on interest basis but on

DR. HUSSEIN HAMID HASSAN
participation basis. When he came back -- he married a German lady -- when he came back to Egypt he tried to establish an Islamic bank in Egypt, and he did. Before 2 years or 3 years, I am not sure, he could establish a bank, but after that his attempt has failed.
Q. Was Professor Al Nagar's attempt to establish an Islamic bank the first attempt that you are aware of?
A. Yes.
Q. Had Professor Al Nagar's attempt to establish an Islamic bank failed by the time that Dubai Islamic Bank began its operations?
A. No, Al Nagar before, started before.
Q. You mentioned German cooperative banking. What is German cooperative banking?
MR. CARTER: Objection, foundation.
Q. Can I ask my question again. You mentioned German cooperative banking. Do you know what German cooperative banking is?
A. Yes, I know.
Q. Can you tell me what German cooperative banking is?
A. Yes. Corporation, members of this

DR. HUSSEIN HAMID HASSAN
corporation, they deposit their money, they invest it collectively. If any one of them has a project, he can get finance with some fees and to put it -- to give it to the fund, and no profit to be distributed outside the members of the cooperative banking. It means this group, they get finance, they get profit, and they bear risk. This is cooperative.
MR. CARTER: Objection, foundation.
Q. How did you learn that Dr. Al Nagar's attempt to establish an Islamic bank was inspired by German cooperative banking?
A. He himself told me this.
Q. Other than Professor Al Nagar's attempt to establish an Islamic bank, is Dubai Islamic Bank the first Islamic bank that you are aware of after Al Nagar's attempt?
A. Yes.
Q. You have testified you have spent almost two decades working as the Chairman of Dubai Islamic Bank's Shariah Board. Are you proud to have been affiliated with Dubai Islamic Bank?
A. Again?
Q. Are you proud to have been

Page 201

DR. HUSSEIN HAMID HASSAN

1                DR. HUSSEIN HAMID HASSAN
2    affiliated with Dubai Islamic Bank?
3        A. Yes, I am proud.
4        Q. Why?
5        A. Because this is the leading Islamic
6    bank and the activities of this bank and the new
7    products, innovations has been spread all over the
8    world, and now there are hundreds of Islamic banks
9    and Islamic financial institutions. Even the
10   leading international conventional banks, they are
11   practicing Islamic financing, like HSBC,
12   Deutsche Bank. I myself am a consultant to
13   Deutsche Bank.
14       Q. Does Deutsche Bank have a shariah
15   compliant financing department?
16       A. Yes.
17       Q. What role do you play at
18   Deutsche Bank?
19       A. Two roles. I am consultant to the
20   international Deutsche Bank, and also I am
21   Chairman of the Shariah Board of Deutsche Bank in
22   Malaysia, in Kuala Lumpur.
23       Q. Is Deutsche Bank a German bank?
24       A. Yes.
25       Q. Has Dubai Islamic Bank grown in size

Page 202

DR. HUSSEIN HAMID HASSAN

1                DR. HUSSEIN HAMID HASSAN
2    since you conducted your training in 1976 or 1977?
3        A. Again, the question?
4        Q. Has Dubai Islamic Bank grown in size
5    since you trained bank employees in 1976 or 1977?
6        A. Role inside?
7        Q. Let me ask it this way. Is Dubai
8    Islamic Bank bigger today than it was in 1976 or
9    1977?
10       A. Of course. Of course. Now, many
11   branches, inside and outside.
12       Q. Inside and outside of what?
13       A. UAE.
14       Q. Does Dubai Islamic Bank have
15   branches throughout the country of the United Arab
16   Emirates?
17       A. It is not branches in the sense of
18   branches, but the bank is shareholder in many
19   banks outside.
20       Q. Let me ask it this way, to make sure
21   we are communicating. Does Dubai Islamic Bank
22   operate different branches throughout the United
23   Arab Emirates?
24       A. Not branches, but shareholders --
25   sometimes the bank has a majority shareholding in

Page 203

DR. HUSSEIN HAMID HASSAN

1                DR. HUSSEIN HAMID HASSAN
2    some banks, foreign banks.
3        Q. Let me ask it this way. Does Dubai
4    Islamic Bank have offices throughout the United
5    Arab Emirates, where customers can come and
6    conduct banking transactions?
7        A. Yes.
8        Q. We have been talking about the
9    United Arab Emirates. Have you ever heard anyone
10   at the bank say that the United Arab Emirates
11   should be an enemy of the United States?
12       A. No.
13       Q. Have you ever heard anyone at the
14   bank suggest that Dubai Islamic Bank should do
15   anything to hurt the United States?
16       A. No.
17       Q. Has Dubai Islamic Bank played a role
18   in expanding Islamic finance?
19       A. Yes.
20       Q. What is that role?
21       A. As a leading bank, started the
22   Islamic financing, and it was followed by hundreds
23   of Islamic banks and financial institutions to
24   imitate the Dubai Islamic Bank. It was a leader.
25       Q. Do you know how many other Islamic

Page 204

DR. HUSSEIN HAMID HASSAN

1                DR. HUSSEIN HAMID HASSAN
2    banks have been founded after the founding of
3    Dubai Islamic Bank?
4        A. Many. I can't enumerate, but IDB is
5    an Islamic development bank. Arabic Banks,
6    Emirate banks. Many, many banks all over the
7    world.
8        Q. Have you served as the Chairman of
9    shariah boards for other Islamic banks besides
10   Dubai Islamic Bank?
11       A. Yes.
12       Q. How many different Islamic banks or
13   Islamic financial institutions have you served as
14   the Chairman for -- let me start this question
15   again. Let me ask it this way.
16       For how many different financial
17   institutions have you served as a Shariah Board
18   Chairman?
19       A. At one time, I may serve at one time
20   around 20/25 Islamic banks and financial
21   institutions. But during my life or since
22   I joined Dubai Islamic Bank, until now, maybe more
23   than this, because I served as a Chairman of a
24   Shariah Board of some banks, but I left and
25   I served for new banks. What it means is that

DR. HUSSEIN HAMID HASSAN

1
2  sometimes I leave a bank and I join a new bank.
3  But I can say that almost at one time I served as
4  a Chairman for almost 20/25 banks and financial
5  institutions, like insurance companies, Dubai
6  financial market, yes.
7       Q.  So simultaneously at one time in
8  your career you served on 20 to 25 different
9  shariah boards for financial institutions?
10      A.  Yes.  Again?
11      Q.  If you can just pause after my
12  question, so that we can make sure the court
13  reporter gets everything down.
14      The most simultaneous number of financial
15  institution that you have served as the Chairman of
16  a Shariah Board for is approximately 20 to 25, if
17  I understand your answer?
18      MR. CARTER:  Objection, form.
19      A.  I think Dubai Islamic Bank.
20      Q.  Let me ask it this way, in light of
21  the objection.  If I understand your testimony,
22  you served for 20 to 25 different shariah boards
23  for financial institutions at the same time?
24      MR. CARTER:  Objection, form.
25      A.  Yes.

DR. HUSSEIN HAMID HASSAN

1
2       Q.  At some point in your career since
3  you joined Dubai Islamic Bank, you have served for
4  20 to 25 shariah boards?
5       MR. CARTER:  Objection, form.
6       A.  Yes.
7       Q.  But you have worked for more than 20
8  to 25 different institutions over the course of
9  your career?
10      MR. CARTER:  Objection, form.
11      A.  Yes.
12      Q.  Is Islamic banking just for Muslims?
13      A.  No, not at all.  Islamic banking is
14  carrying activities of normal banks, commercial
15  banks.  It is a bank.  It is a bank.  If you go to
16  Islamic bank, the Islamic bank is doing the same
17  activities, receiving deposits, opening accounts,
18  financing its customers, the same, like any
19  conventional bank, except that the Islamic bank is
20  doing its activities based on participation, as
21  I said, justice, equality, fairness, and not on
22  interest basis.  That is the only difference.
23      Q.  Can non-Muslims be customers of an
24  Islamic bank?
25      A.  Yes, many.  Not only customers.

DR. HUSSEIN HAMID HASSAN

1
2  Non-Muslims are employees of Islamic banks.  In
3  UAE there is COO, non-Muslim American was COO of
4  Islamic bank.
5       MR. COTTREAU:  Can we take a break?
6       MR. CARTER:  Sure.
7       THE VIDEOGRAPHER:  This is the end of
8  tape one in the video deposition of Dr. Hassan.
9  Going off the record at 10:33.
10      (A short break)
11      THE VIDEOGRAPHER:  This is the beginning
12  of tape two in the video deposition of Dr. Hussein
13  Hamid Hassan.  Going back on the record at 10:56.
14      MR. COTTREAU:  Dr. Hassan, I want to try
15  to understand the role of the Shariah Board at
16  Dubai Islamic Bank in a little bit more detail.
17  When was your first meeting on the Shariah Board
18  at Dubai Islamic Bank?
19      A.  We were appointed in 1998, but the
20  first meeting -- I think in December we were
21  appointed.  I think the first meeting was in the
22  beginning of 1999.
23      Q.  Has there been any period of time
24  between 1999 and today that you have not been the
25  Chairman of Dubai Islamic Bank's Shariah Board?

DR. HUSSEIN HAMID HASSAN

1
2       A.  Almost I attended all meetings,
3  except I remember sometimes I was admitted to
4  hospital, and I missed the meeting.
5       Q.  Did you do anything to figure out
6  what happened at Dubai Islamic Bank's Shariah
7  Board meetings that you missed?
8       A.  Yes.  I read the minutes and the
9  minutes submitted as item of the agenda of the
10  next meeting.
11      Q.  How long does a Shariah Board
12  meeting last approximately?
13      A.  Again.
14      Q.  How long does a Shariah Board
15  meeting last approximately?
16      A.  I think from 4 to 5 hours.
17      Q.  Do you do anything in advance of the
18  meeting to prepare for the meeting?
19      A.  Of course.  The agenda items should
20  be distributed to the members of the Board 15 days
21  before the meeting.  Then we read the materials,
22  contracts and all the information, and come well
23  prepared to discuss.
24      Q.  Are you compensated for this
25  preparation and attendance of a Shariah Board

DR. HUSSEIN HAMID HASSAN

1
2  meeting?
3        A.  Yes, we are compensated per meeting,
4  including the preparation of the items before the
5  meeting.
6        Q.  Do you recall in 1998 approximately
7  what your compensation was for each meeting,
8  including the preparation work?
9        A.  Yes.
10       Q.  What was that?
11       A.  It was $1,000.
12       Q.  Do you know whether $1,000 per
13  meeting is high or low, compared to other shariah
14  institutions?
15       MR. CARTER:  Objection, foundation.
16       A.  No, it was common, but less than
17  many other Islamic banks.
18       Q.  Do you know what a shariah audit is?
19       A.  Shariah audit means a department in
20  the Islamic bank to examine the executed
21  transactions, contracts, agreements, to make sure
22  if these transactions and agreements has been
23  executed according to shariah principles and fatwa
24  and decisions of the Shariah Board.  If they have
25  any observation, they will report it to the

DR. HUSSEIN HAMID HASSAN

1
2  Shariah Board.
3        Q.  Does Dubai Islamic Bank conduct
4  shariah audits?
5        A.  Yes, the bank has shariah audits.
6        Q.  Does the Shariah Board supervise the
7  shariah audits at Dubai Islamic Bank?
8        A.  From the technical, yes, because the
9  audit reports technically to the Shariah Board,
10  but administratively they are employees of the
11  bank, they report to the management.
12       Q.  Does the Shariah Board review the
13  shariah audits at Dubai Islamic Bank?
14       A.  Again, please?
15       Q.  Does the Shariah Board review the
16  shariah audits at Dubai Islamic Bank?
17       A.  Yes.
18       Q.  Does the Shariah Board at Dubai
19  Islamic Bank prepare reports to the shareholders
20  of the bank?
21       A.  Yes.
22       Q.  What are those reports?
23       A.  Annual report to be submitted to the
24  shareholders' annual meeting through the Board of
25  Directors, to summarize the whole work of Shariah

DR. HUSSEIN HAMID HASSAN

1
2  Board, the cases submitted to the Shariah Board,
3  if Shariah Board observations that the management
4  is listening, implementing, obeying the decision
5  and fatwa of Shariah Board, or otherwise.
6        Q.  What are the proper topics of
7  a Shariah Board fatwa at a financial institution?
8        MR. CARTER:  Objection.
9        A.  Fatwa means legal opinion, but
10  Islamic legal opinion, on a matter submitted to
11  the Shariah Board from any department of the bank
12  seeking shariah Islamic law opinion.  We give our
13  opinion.
14       Q.  Did any of the Shariah Board fatwas
15  at Dubai Islamic Bank address political issues?
16       A.  Never.
17       Q.  Did any of the Shariah Board fatwas
18  at Dubai Islamic Bank seek to promote terrorism?
19       A.  No.  This is not the business of a
20  bank.  Islamic bank is a bank, doing banking
21  business, not more at all, only banking business,
22  like any bank in the world.
23       MR. HAEFELE:  Objection, non-responsive
24  after "no".  Move to strike.
25       Q.  Did any of the fatwas issued by

DR. HUSSEIN HAMID HASSAN

1
2  Dubai Islamic Bank Shariah Board promote violence?
3        A.  No.
4        Q.  Did any of the fatwas issued by
5  Dubai Islamic Bank's Shariah Board seek to help
6  any member of Alqaeda?
7        A.  No.
8        MR. CARTER:  Steve, could you just
9  clarify this is during his tenure, or clarify that
10  he has read all of them.
11       Q.  Sure.  How are you familiar with the
12  work of Dubai Islamic Bank's Shariah Board?
13       A.  I am the Chairman.  The agenda when
14  prepared, I have a look.  If there is any subject
15  not included, I give instruction to be included.
16  Then, I present the case of the agenda to the
17  members and we start discussion.  I ask them one
18  by one their opinion on the cases submitted before
19  them, and they listen to their opinions, and by
20  majority decision is taken and we record it, and
21  at the end this will be a draft, at the end we sit
22  together and we make a fair copy and sign it.
23       Q.  You sign the final copy?
24       A.  Yes.
25       Q.  Since you were appointed Chairman of

Page 213

DR. HUSSEIN HAMID HASSAN

1
2   Dubai Islamic Bank Shariah Board, in 1998, do you
3   believe that you have a good understanding of
4   everything that has happened at Dubai Islamic
5   Bank's Shariah Board?
6        A.  I have no reason to think that Dubai
7   Islamic Bank is doing something against Islamic
8   rules, Islamic principles.
9        MR. CARTER:  Objection, non-responsive.
10       Q.  Let me ask this, because I am not
11  sure you understood my question.
12       Since you became the Chairman of DIB's Shariah
13  Board, in 1998, do you think you, either through your
14  participation or your review of the minutes, have a good
15  understanding of everything that has happened at a Shariah
16  Board meeting at Dubai Islamic Bank?
17       A.  Again, please, the question?
18       Q.  Do you think you have had a good
19  understanding of everything that has happened at
20  Dubai Islamic Bank's Shariah Board since you were
21  appointed Chairman in 1998?
22       A.  If you reframe it, please?
23       Q.  I appreciate it.  Let me just ask it
24  this way.
25       A.  I am sorry.

Page 214

DR. HUSSEIN HAMID HASSAN

1
2        Q.  How many meetings of the Shariah
3   Board since you were appointed Chairman in 1998 do
4   you think you have missed?
5        A.  A few, if I am ill.
6        Q.  In the few instances where you may
7   have been ill and missed a meeting of Dubai
8   Islamic Bank's Shariah Board, did you read the
9   minutes of what happened at those meetings?
10       A.  For sure.
11       Q.  Do you think you missed any
12  meetings, from 1998 through the end of 2001, of
13  Dubai Islamic Bank's Shariah Board?
14       A.  If I am ill.
15       Q.  You are not sure?
16       A.  I am not sure, of course.
17       Q.  We have talked about an unfamiliar
18  concept to many people today, fatwas?
19       A.  Fatwa.
20       Q.  I think you have said -- maybe you
21  could just answer again.  What is a fatwa?
22       A.  Fatwa is Islamic law opinion.
23       Q.  In the context of your work at Dubai
24  Islamic Bank, what topics have you addressed in
25  fatwas?

Page 215

DR. HUSSEIN HAMID HASSAN

1
2        A.  Islamic finance, transactions,
3   agreements, contracts, new products, innovations,
4   all in the field of finance.
5        Q.  Is a fatwa a declaration of war?
6        MR. CARTER:  Objection.
7        A.  No, not at all.  Banks are not for
8   that.
9        Q.  Does the Shariah Board at Dubai
10  Islamic Bank have any role in selecting which
11  customers the bank will do business with?
12       A.  No, not at all.
13       Q.  Does the Shariah Board pick or
14  recommend customers for the bank?
15       A.  Never.
16       Q.  Does the Shariah Board review the
17  list of customers at the bank?
18       A.  No.
19       Q.  Under Shariah law should Dubai
20  Islamic Bank treat men and women customers
21  different?
22       A.  Yes -- different?  No, not at all.
23  Islam does not differentiate.
24       Q.  In your experience, does Dubai
25  Islamic Bank have a political agenda?

Page 216

DR. HUSSEIN HAMID HASSAN

1
2        A.  Never.
3        MR. CARTER:  Objection, foundation.
4        A.  Never.
5        Q.  In your experience, does Dubai
6   Islamic Bank seek to hurt non-Muslims?
7        MR. CARTER:  Objection, foundation.
8        A.  No.
9        Q.  In your experience, does Dubai
10  Islamic Bank seek to promote a radical agenda?
11       A.  No.
12       Q.  What is zakat?
13       A.  Zakat is one pillar of Islam, on
14  individuals to pay two and a half percent of their
15  wealth.  It means the principal plus the profit
16  every year.  It is imposed on every Muslim
17  individuals.  It is not imposed on organizations
18  or legal entities.  It is only individuals, but in
19  some companies, some Islamic banks, the
20  shareholders in their Articles of Association,
21  they authorize the company to pay part of their
22  zakat on their behalf.  It means the shareholders
23  pays zakat for the capital and they authorize the
24  bank to pay zakat for that portion of the retained
25  profit, I mean undistributed profit invested in

DR. HUSSEIN HAMID HASSAN

1
2  the bank, and the bank paid zakat on their behalf.
3      Q.  Is zakat similar to charity?  Is it
4  a form of charity?
5      A.  You can say obligatory charity.  It
6  is like a pillar of Islam.  Every Muslim should
7  pay zakat.
8      Q.  Is it permissible to pay zakat to
9  promote violence under shariah law?
10      A.  No.
11      MR. CARTER:  Objection, foundation.
12      Q.  In your view, zakat funds should be
13  paid to help whom?
14      A.  To?
15      Q.  In your view, who should benefit
16  from the payment of zakat?
17      A.  Needy, poor people.  Only to be paid
18  for needy people, poor people.
19      Q.  You mentioned that the obligation of
20  zakat is 2.5 percent.  Is that 2.5 percent per
21  year?
22      A.  Yes.
23      Q.  Are Muslims obligated to pay zakat
24  every year?
25      A.  Yes.

DR. HUSSEIN HAMID HASSAN

1
2      Q.  Do you report to the shareholders as
3  a Shariah Board about the payment of zakat on
4  behalf of the shareholders?
5      MR. CARTER:  Objection, foundation.
6      A.  Yes.
7      Q.  Let me ask it this way.  As Chairman
8  of DIB Shariah Board, do you have a role in
9  reporting the payment of zakat?
10      A.  No, not at all.
11      MR. CARTER:  Objection.
12      Q.  Let me ask it this way, because
13  I want to make sure we are communicating.
14      In your annual report to the
15  shareholders, does the Shariah Board address the
16  topic of zakat?
17      A.  Again?
18      Q.  In the annual reports that Dubai
19  Islamic Bank Shariah Board submits to
20  shareholders, do those reports contain information
21  about the payment of zakat?
22      A.  No.  The report submitted to the
23  shareholders is general, that the bank, the
24  management, Board of Directors, the management is
25  in accordance with shariah, and we are satisfied

DR. HUSSEIN HAMID HASSAN

1
2  that they are following our fatwa in common terms,
3  not in details.  It is one page almost.
4      Q.  To your knowledge, has any member of
5  the DIB Shariah Board ever been involved in
6  selecting the recipients of zakat paid by Dubai
7  Islamic Bank?
8      A.  No.
9      Q.  Dr. Hassan, where do you live?
10      A.  I live in Cairo.
11      Q.  I want to talk a little bit about
12  the Shariah Board department.  Is the Shariah
13  Department different from the Shariah Board?
14      A.  Yes.
15      Q.  Let me ask it this way and start
16  again.
17      As the Chairman of Dubai Islamic Bank's
18  Shariah Board, do you work closely with the
19  Shariah Department?
20      MR. CARTER:  Objection, foundation.
21      A.  Again?
22      Q.  Do you work closely with Dubai
23  Islamic Bank Shariah Department?
24      MR. CARTER:  Objection, foundation.
25      A.  Shariah Department is serving as the

DR. HUSSEIN HAMID HASSAN

1
2  department which prepares cases to be submitted to
3  the Shariah Board.  They are serving the Shariah
4  Board.
5      Q.  When did the Shariah Department at
6  Dubai Islamic Bank start?
7      A.  I am not sure when exactly but
8  a long time back.  At the beginning it was not
9  a fully-fledged department, it was maybe one or
10  two persons, I remember, if I remember, just
11  helping the Shariah Board.  I remember there were
12  maybe two persons.  But, by the passage of time,
13  it became three, four, and after that they started
14  having audit employees to audit, but I think not
15  very far that this department became
16  fully-fledged, as you say, and a strong,
17  independent Shariah Department.
18      Q.  When you say initially the Shariah
19  Department consisted of one or two employees, what
20  period of time are you referring to?
21      A.  I am talking about 1998.
22      Q.  Do you know when the department
23  became a "full-fledged", in your words,
24  department?
25      A.  I don't remember the date but not

Page 221

DR. HUSSEIN HAMID HASSAN

1 very -- I think maybe around 10, 11, 12 years,
2 almost like that.
3         Q.  10, 11, 12 years ago?
4         A.  Ago, yes.
5         Q.  So you believe the Shariah
6 Department became a full-fledged department?
7         A.  Yes.
8         Q.  In maybe approximately 2005 to 2007?
9         MR. CARTER:  Object to the form.
10        A.  I am not -- I don't remember dates.
11 My memory for dates is not very strong.
12        Q.  Pretty good for 85.
13        A.  Yes, but I mean for dates, but for
14 others it is okay, I am still working.  Very good.
15        Q.  Why do you still work at Dubai
16 Islamic Bank after almost two decades?
17        A.  Because work is life.  I will work
18 until -- I am still Professor at Cairo University.
19 I have my PhD students, 500 students.  Work is
20 life.  Why not?  The day I stay at home -- I mean
21 it is better to go to grave, yes.
22        Q.  Do you still teach at Cairo
23 University?
24        A.  Yes, I still teach and supervise
25

Page 222

DR. HUSSEIN HAMID HASSAN

1 students.
2         Q.  What is the last course that you
3 taught at Cairo University?
4         A.  What?
5         Q.  What was the last course that you
6 taught at Cairo University?
7         A.  2 weeks back, before I came to
8 London, immediately.
9         Q.  What topics did you did teach?
10        A.  I am teaching Islamic, Islamic
11 finance and its instruments.  This is one subject.
12 The other subject is Islamic financial bonds,
13 sukuk, Islamic financial bonds.  I recommended
14 these two subjects to Cairo University for the
15 first time in the history of the university.
16        Q.  You referred to Islamic financial
17 instruments.  What are those Islamic financial
18 instruments?
19        A.  It means structured investment
20 products.  We call them sukuk.  It means bonds,
21 Islamic bonds, shariah compliant bonds.  This
22 topic is a new one.  I prepared a law for each
23 also, for this sukuk, and I am teaching the same,
24 the same Islamic financial instruments and also
25

Page 223

DR. HUSSEIN HAMID HASSAN

1 I am trying to implement this because I am the
2 Chairman of the Shariah Board of Dubai financial
3 market, and I am also implementing the Islamic
4 financial instruments, which means the investment
5 certificates sukuk, bonds, like that.
6         Q.  Have you ever advised the Egyptian
7 Government?
8         A.  Again?
9         Q.  Have you ever served as an adviser
10 to the Egyptian Government?
11        A.  Yes, I was adviser to the Egyptian
12 Parliament.
13        Q.  When were you an adviser to the
14 Egyptian Parliament?
15        A.  I think near 1978, maybe '78/79,
16 almost.  The laws were to be given to me to have
17 a look and to comment my opinion before the law is
18 going to be discussed in Parliament.
19        Q.  You mentioned earlier that you
20 studied civil law?
21        A.  Yes.
22        Q.  What is civil law?
23        A.  Civil law means the laws related to
24 the family of Roman law.  I mean by civil law the
25

Page 224

DR. HUSSEIN HAMID HASSAN

1 laws of the family of the Roman law.  I mean
2 all -- most of European laws and some Asian,
3 some -- I mean which are not common law.  We have
4 Islamic law and common law and civil law.  Civil
5 law means, in my terminology, Roman law, Latin
6 law, and we have from Latin law German law,
7 Italian, this, this, this, many, many laws, come
8 near or far from the original Latin law origin.
9         Q.  Turning back to the Dubai Islamic
10 Bank Shariah Board, how often does the Shariah
11 Board report to shareholders?
12        MR. CARTER:  Objection.
13        A.  Annually.
14        Q.  I want to talk about your fellow
15 Shariah Board members at Dubai Islamic Bank.  Do
16 you have any role in selecting the fellow Board
17 members of Dubai Islamic Bank Shariah Board?
18        A.  Not at all.
19        Q.  Who do you believe selects the
20 members of Dubai Islamic Bank Shariah Board?
21        A.  Again?
22        Q.  Who do you believe selects the
23 members of Dubai Islamic Bank's Shariah Board?
24        A.  Board of Directors.
25

22  (Pages 221 to 224)

DR. HUSSEIN HAMID HASSAN

1
2  Q.  Have you been involved in any of the
3  Board Directors' meetings where they have
4  discussed the selection of a Shariah Board member?
5      A.  No.
6      Q.  Who has the power, in your
7  experience, to remove or at least initiate the
8  removal of a Shariah Board member?
9      MR. CARTER:  Objection, form.
10     A.  The Board of Directors, after taking
11  some procedures.
12     Q.  Have you ever been involved in any
13  discussions with the Board of Directors about
14  whether to remove a Shariah Board member?
15     A.  No.
16     Q.  As part of your duties on the
17  Shariah Board, do you meet with customers?
18     A.  No, never.
19     MR. COTTREAU:  Shall we take a break?
20     MR. CARTER:  Sure.
21     THE VIDEOGRAPHER:  Going off the record
22  at 11:26.
23         (A short break)
24     THE VIDEOGRAPHER:  Back on the record at
25  11:52.

DR. HUSSEIN HAMID HASSAN

1
2      MR. COTTREAU:  Dr. Hassan, I want to
3  just come back to one topic to make sure that
4  I understood you, and I realize that English is
5  not your first language.
6      Does the Shariah Board annual report
7  address the topic of zakat?
8      MR. CARTER:  Objection, foundation.
9      A.  Only to the extent that zakat has
10  been dealt with according to the Islamic
11  principles and the Shariah fatwa, that is all,
12  without any figures, without any details, nothing,
13  without any reference to distribution.  That is
14  all.
15     Q.  Did you know a man named Abdullah
16  Azzam?
17     A.  Yes.
18     Q.  Who is Abdullah Azzam?
19     A.  Ex-teacher of the International
20  Islamic University, Islamabad, who was seconded,
21  which means deputed, by King Abdul Aziz
22  University, Saudi Arabia, paid by King Abdullah
23  Aziz University.
24     Q.  What was your role at the
25  International Islamic University?

DR. HUSSEIN HAMID HASSAN

1
2      A.  I was Vice Chancellor.  The
3  Chancellor was the President of Pakistan.
4      Q.  How did you become the Vice
5  Chancellor of International Islamic University?
6      MR. CARTER:  Objection, ambiguous.
7      A.  The President of Pakistan requested
8  the President of Egypt to second my services to
9  Pakistan to establish the International Islamic
10  University.  The Egyptian President agreed to
11  second my services to this university.  I was paid
12  by Egyptian Government.
13     Q.  And when you use the word "second",
14  as you testified earlier, I think you mean lent?
15     MR. CARTER:  Objection, form.
16     A.  Lent, you can say deputed, means the
17  Egyptian Government asked me to go to serve and to
18  be paid by the Egyptian Government, not by
19  Pakistan or by the International Islamic
20  University.
21     Q.  Did you ever teach any classes with
22  Abdullah Azzam?
23     A.  No.
24     Q.  Did Abdullah Azzam ever have any job
25  with Dubai Islamic Bank?

DR. HUSSEIN HAMID HASSAN

1
2      A.  No.
3      Q.  Did you ever read Abdullah Azzam's
4  book "Defense of Muslim Lands"?
5      A.  No.
6      Q.  Did you ever tell Abdullah Azzam
7  that you ever agreed with any of his ideas?
8      A.  No.
9      Q.  Did you ever endorse any of Abdullah
10  Azzam's writings or thoughts?
11     A.  Never.
12     MR. CARTER:  Objection, foundation.
13     Q.  Let me ask it again, and if you can
14  just pause.
15     Did you ever endorse or approve of any of Abdullah
16  Azzam's writings or thoughts?
17     A.  No.
18     Q.  Have you ever endorsed or approved
19  of any concept of offensive Jihad?
20     A.  No.
21     Q.  Have you ever endorsed the thought
22  that Muslims should attack others?
23     A.  No.
24     Q.  Do you believe Muslims should attack
25  non-Muslims?

## Page 229

DR. HUSSEIN HAMID HASSAN
1
2      A.  No.
3      Q.  Do you believe that others should
4  help Muslims attack non-Muslims?
5      A.  No.
6      Q.  Do you know a man named Sheikh
7  Yousef al-Qaradawi?
8      A.  Yes.
9      Q.  How do you know Sheikh Yousef
10  al-Qaradawi?
11      A.  He is a famous scholar.  He is
12  Egyptian.
13      Q.  Has Sheikh Yusef al-Qaradawi ever
14  had any job or other role at Dubai Islamic Bank?
15      A.  No.
16      Q.  Have you ever read any of Sheikh
17  Yusef al-Qaradawi's writings related to acts of
18  violence?
19      A.  No.
20      Q.  Have you ever read any of Sheikh
21  Yusef al-Qaradawi's writings related to the
22  killing of American soldiers?
23      A.  No.
24      Q.  Do you agree with the view that --
25      A.  Not before this preparation I mean.

## Page 230

DR. HUSSEIN HAMID HASSAN
1
2      Q.  Other than in the last -- let's say
3  this.
4      Other than in 2017, in preparation for your
5  testimony today --
6      A.  Yes.
7      Q.  -- I am sorry, if you could just not
8  interrupt for one second because our court
9  reporter has to try to type us both down.
10      A.  Sure.
11      Q.  Other than in your preparation for
12  your deposition today, in 2017, have you ever
13  reviewed any of Sheikh Yusef al-Qaradawi's
14  writings related to acts of violence?
15      A.  No.
16      Q.  Prior to 2017, and your
17  participation in this case, have you ever heard
18  that Sheikh Yousef al-Qaradawi supported violence?
19      A.  No.
20      Q.  Do you agree that Muslims killed
21  fighting American forces are martyrs?
22      A.  No.
23      Q.  Do you agree that Muslims are
24  justified in killing because Americans are
25  invading troops?

## Page 231

DR. HUSSEIN HAMID HASSAN
1
2      MR. CARTER:  Objection.
3      A.  No.
4      Q.  Do you agree that Americans have
5  invaded the Middle East?
6      MR. CARTER:  Objection.
7      A.  No.
8      MR. CARTER:  Steve, can you just clarify
9  that he is expressing his personal views?
10      MR. COTTREAU:  That is why I am asking
11  him does he agree.
12      MR. CARTER:  I just want to be clear, he
13  is not expressing as a scholar.
14      MR. COTTREAU:  He is expressing his own
15  view.
16      In your experience at Dubai Islamic
17  Bank, has -- let me start again.
18      In your experience at Dubai Islamic
19  Bank, has Sheikh Yusef al-Qaradawi's views on
20  violence had any influence on Dubai Islamic Bank's
21  banking operations?
22      MR. CARTER:  Objection.
23      A.  No.
24      Q.  Turning to a third gentleman now, do
25  you know a man named Ajeel Jaseem Al Nashmi?

## Page 232

DR. HUSSEIN HAMID HASSAN
1
2      A.  Yes.
3      Q.  How do you know Ajeel Jaseem Al
4  Nashmi?
5      A.  He is an ex-member of the Shariah
6  Board of Dubai Islamic Bank.
7      Q.  Did you serve with Ajeel Jaseem Al
8  Nashmi on the Shariah Board of Dubai Islamic Bank?
9      A.  Yes.
10      Q.  For the entire time that Ajeel
11  Jaseem Al Nashmi served on Dubai Islamic Bank,
12  were you the Chairman?
13      A.  Yes.
14      Q.  Did you ever discuss with Ajeel
15  Jaseem Al Nashmi his views on Islamic finance
16  outside of board meetings?
17      A.  No.
18      Q.  Did you ever discuss in any context
19  Ajeel Jaseem Al Nashmi's views on martyrdom?
20      A.  No.
21      Q.  Were you ever aware of Ajeel Jaseem
22  Al Nashmi's views on martyrdom, prior to your
23  preparation for today in 2017?
24      A.  No.
25      Q.  Prior to your preparation for today,

DR. HUSSEIN HAMID HASSAN

1
2 in 2017, were you ever aware of Ajeel Jaseem Al
3 Nashmi's views on violence?
4        A.  No.
5        Q.  In your view is it permissible under
6 Islam to be a suicide bomber?
7        A.  No.
8        Q.  In your view do you agree that
9 Muslims should use violence to establish an
10 Islamic state?
11        A.  No.
12        Q.  In your view should Muslims give
13 zakat to people who commit acts of violence?
14        A.  No.
15        Q.  If you found out while you were
16 serving with Ajeel Jaseem Al Nashmi that he was
17 writing in favor of violence, what would you have
18 done?
19        A.  I would have informed, reported to
20 the management of the bank, to remove him, and if
21 the management is not taking action, I will have
22 reported to the Government, because this is
23 against not only shariah and Islamic law, but
24 against the law of the country.
25        Q.  Do you know of a Dr. Ali Muhyiddin

DR. HUSSEIN HAMID HASSAN

1
2 Al Qaradaghi?
3        A.  Yes.
4        Q.  Who is Dr. Ali Muhyiddin Al
5 Qaradaghi?
6        A.  He was ex-member of the Shariah
7 Board of the Dubai Islamic Bank.
8        Q.  During the entire time that
9 Dr. Qaradaghi was on the Shariah Board of Dubai
10 Islamic Bank, were you the Chairman?
11        A.  Yes.
12        Q.  While you served with Dr. Al
13 Qaradaghi on Dubai Islamic Bank's Shariah Board,
14 did you ever hear him make any statements in favor
15 of violence or Jihad?
16        A.  No.
17        Q.  While you served with Dr. Al
18 Qaradaghi on the Dubai Islamic Bank Shariah Board,
19 did you ever read any statements by Dr. Qaradaghi
20 advocating violence or Jihad?
21        A.  No.
22        Q.  Do you agree that Jihad in Palestine
23 is the greatest Jihad?
24        A.  No.
25        Q.  Do you agree that it is a great

DR. HUSSEIN HAMID HASSAN

1
2 honor to perform Jihad in Palestine?
3        A.  No.
4        Q.  Did Dr. Qaradaghi ever tell you he
5 supported Jihad in Palestine?
6        A.  Again?
7        Q.  Did Dr. Qaradaghi ever tell you that
8 he supported Jihad in Palestine?
9        A.  No.
10        Q.  If you had found out while you were
11 serving with Dr. Al Qaradaghi on the Dubai Islamic
12 Bank Shariah Board that he supported violent
13 Jihad, what would you have done?
14        A.  I would have reported to the
15 management of the bank, asking them to take
16 action.  If they are not taking action, I would
17 have reported to the Government of Dubai.
18        Q.  Why?
19        A.  Because it is against Islam.  Number
20 two, it is against the law of the country.  If it
21 came to my notice, it is my obligation,
22 Islamically, and as living in Dubai, to defend the
23 country.
24        Q.  While you were serving with Mr. Al
25 Nashmi and Dr. Qaradaghi on Dubai Islamic Bank's

DR. HUSSEIN HAMID HASSAN

1
2 Shariah Board, did anyone ever tell you that those
3 gentlemen supported violence or terrorism in any
4 way?
5        A.  Never.
6        Q.  Have you ever met Osama Bin Laden?
7        A.  Never.
8        Q.  Have you ever talked to Osama Bin
9 Laden?
10        A.  Never.
11        Q.  Have you ever had any communications
12 with Osama Bin Laden?
13        A.  No.
14        Q.  Is Osama Bin Laden a terrorist?
15        A.  Of course.
16        Q.  What is your view on Osama Bin
17 Laden's terrorist activities?
18        MR. CARTER:  Objection, foundation.
19        A.  He is (Arabic) terrorist.
20        Q.  Could you repeat your answer for the
21 court reporter?
22        A.  Again the question?
23        Q.  What is your view on Osama Bin
24 Laden's terrorist activities.
25        MR. CARTER:  Objection, foundation.

DR. HUSSEIN HAMID HASSAN
1
2        MR. HAEFELE:  And form?
3        A.  He is terrorist, and not only
4  leading the evil, and leading what we are
5  suffering in the whole world now.
6        Q.  Has anyone ever expressed to you
7  that Dubai Islamic Bank should help Osama Bin
8  Laden or Alqaeda?
9        A.  No.
10        Q.  Did anyone ever tell you that Dubai
11  Islamic Bank knowingly held accounts for
12  terrorists?
13        A.  No.
14        Q.  Did anybody at Dubai Islamic Bank
15  ever tell you that the bank had terrorist
16  customers?
17        A.  No.
18        Q.  Had you been alerted that the
19  bank -- let me start again.
20        If you had been alerted that Dubai
21  Islamic Bank held an account for somebody
22  affiliated with terrorism, what would you have
23  done?
24        A.  I should have -- I would have
25  advised the management to close the account and to

DR. HUSSEIN HAMID HASSAN
1
2  take action and to inform the Government.  If the
3  management is not informing the Government, I will
4  do it myself, because this is not only against
5  Islam but against the law of the country.
6        Q.  I am going to show you what has been
7  marked Exhibit 11 to your deposition.  It is
8  a newspaper article dated July 8, 1999.  It also
9  bears a July 7 date.  It appears to be an article
10  from the New York Times, that is entitled "US
11  officials say aid for terrorists came through
12  2 Persian Gulf nations", and it bears Bates Stamp
13  PEC-DIB000839 through 842.  I know you had the
14  chance to review it yesterday but please take any
15  amount of time that you need to review it again.
16        A.  I have got an idea.
17        Q.  Prior to your preparation for
18  today's deposition, which took place in 2017, had
19  you ever seen the article that has been marked as
20  Exhibit 11 to your deposition, the New York Times
21  article from July 8, 1999?
22        A.  No, I have not seen it.
23        Q.  Were you personally involved at
24  Dubai Islamic Bank in taking steps in response to
25  the publication of that article in 1999 or

DR. HUSSEIN HAMID HASSAN
1
2  thereafter?
3        A.  I am not aware.  I don't know.
4        Q.  Are you aware of all the steps that
5  Dubai Islamic Bank did take in response to the
6  publication of the New York Times article that is
7  Exhibit 11 to your deposition?
8        MR. CARTER:  Objection, foundation.
9        A.  I am not aware.
10        Q.  Dr. Hassan, I appreciate you
11  traveling here with us to the UK to do your
12  deposition from Cairo.  I just have a few more
13  questions for you.
14        Have you ever heard anyone at Dubai Islamic Bank
15  take a position in favor of violence or terrorism?
16        A.  Again the question?
17        Q.  Have you ever heard anyone at Dubai
18  Islamic Bank take a position in favor of violence
19  or terrorism?
20        A.  No.
21        Q.  In your view, is it against Islamic
22  law to promote terrorism?
23        A.  For sure, yes, it is against.
24        Q.  Do you believe that it is consistent
25  with Islam to ever attack civilians?

DR. HUSSEIN HAMID HASSAN
1
2        A.  No, not at all.
3        Q.  Why?
4        A.  Because this is clear in the Koran
5  itself and the Sunnah of the Prophet and the
6  practice of all Muslims.
7        Q.  Would you ever be part of an
8  organization that sought to help Alqaeda?
9        A.  Never.
10        Q.  Do you have any reason to believe in
11  all of your years of experience with Dubai Islamic
12  Bank that the bank sought to help terrorists or
13  Alqaeda?
14        A.  Never.
15        Q.  If you ever learned that Dubai
16  Islamic Bank was in fact intentionally assisting
17  terrorists, what would you have done?
18        A.  I would have taken very strong
19  action, I mean, to direct to give order to the
20  management, and if they don't take the appropriate
21  action, I will go myself, informing the Government
22  of Dubai to take action.  As I said before, this
23  is against Islam, against the cause of Islamic
24  bank, against the law of the country, against the
25  human -- the whole universe is fighting terrorism

## Page 241

1          DR. HUSSEIN HAMID HASSAN
2    now.  The whole world is fighting terrorism.
3          MR. COTTREAU:  Thank you.  Can we take
4    a break?
5          MR. CARTER:  Sure.
6          THE VIDEOGRAPHER:  Going off the record
7    at 12:15.
8              (A short break).
9          MR. COTTREAU:  We are done.  Do you have
10   anything today or do you want to just start
11   tomorrow?
12         MR. CARTER:  Let's just start tomorrow.
13         MR. COTTREAU:  Can we just end the
14   deposition without wheeling him back in here?
15         MR. CARTER:  Yes.
16         THE VIDEOGRAPHER:  This is the end of
17   tape two in the deposition of Dr. Hussein Hamid
18   Hassan.  Going off the record at 12:27.
19
20
21
22
23
24
25

## Page 242

1          DR. HUSSEIN HAMID HASSAN
2          CERTIFICATE OF WITNESS
3
4    I, HUSSEIN HAMID HASSAN, am the witness in the
5    foregoing deposition.  I have read the foregoing
6    statement and, having made such changes and
7    corrections as I desired, I certify that the
8    transcript is a true and accurate record of my
9    responses to the questions put to me on 2 August,
10   2017.
11
12
13
14
15   Signed:  ........................
16   Name:   HUSSEIN HAMID HASSAN
17   Date:  ........................
18
19
20
21
22
23
24
25

## Page 243

1          DR. HUSSEIN HAMID HASSAN
2          CERTIFICATE OF COURT REPORTER
3
4    I, AILSA WILLIAMS, an Accredited LiveNote
5    Reporter, hereby certify that HUSSEIN HAMID HASSAN
6    was duly sworn, that I took the Stenograph notes
7    of the foregoing deposition and that the
8    transcript thereof is a true and accurate record
9    transcribed to the best of my skill and ability.
10   I further certify that I am neither counsel for,
11   related to, nor employed by any of the parties to
12   the action in which the deposition was taken, and
13   that I am not a relative or employee of any
14   attorney or counsel employed by the parties
15   hereto, nor financially or otherwise interested in
16   the outcome of the action.
17
18
19
20
21
22   Signed:  ........................
23   AILSA WILLIAMS
24   DATED: AUGUST 14, 2017
25

## Page 244

1    NAME OF CASE:
2    DATE OF DEPOSITION:
3    NAME OF WITNESS:
4    Reason Codes:
5       1. To clarify the record.
6       2. To conform to the facts.
7       3. To correct transcription errors.
8    Page _____ Line _____ Reason _____
9    From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24
                 _____
25

## A

**$1,000** 209:11,12
**Abdul** 150:9
226:21
**Abdullah** 226:15
226:18,22 227:22
227:24 228:3,6,9
228:15
**ability** 243:9
**able** 189:7
**absolutely** 171:15
**accept** 167:15,21
**acceptable** 167:22
**accepts** 167:19
**account** 182:10,10
186:22,22 192:21
237:21,25
**accounts** 192:15
206:17 237:11
**Accredited** 243:4
**accurate** 191:9
242:8 243:8
**act** 167:20 172:14
172:17,18,19,22
172:24 190:24
**action** 168:22,23
169:6 233:21
235:16,16 238:2
240:19,21,22
243:12,16
**actions** 162:13
**activities** 163:17
178:24 182:21
201:6 206:14,17
206:20 236:17,24
**acts** 169:12,15
229:17 230:14
233:13
**addition** 177:18
**address** 211:15
218:15 226:7
**addressed** 214:24
**administratively**
210:10
**admission** 185:19
**admitted** 161:20,21
208:3
**advance** 165:24

208:17
**advised** 223:7
237:25
**adviser** 159:14
223:10,12,14
**advocate** 197:15
**advocating** 234:20
**affiliated** 200:23
201:2 237:22
**age** 170:13
**agenda** 208:9,19
212:13,16 215:25
216:10
**ago** 221:4,5
**agree** 176:2,5
186:25 229:24
230:20,23 231:4
231:11 233:8
234:22,25
**agreed** 183:24
227:10 228:7
**agreements** 209:21
209:22 215:3
**aid** 238:11
**AILSA** 140:14,24
142:14 243:4,23
**aim** 146:9
**Ajeel** 231:25 232:3
232:7,10,14,19,21
233:2,16
**Al** 148:13,14
155:13 198:22,22
199:8,12,15
200:11,15,18
231:25 232:3,7,11
232:15,19,22
233:2,16 234:2,4
234:12,17 235:11
235:24
**Al-Azhar** 147:25
148:3,6
**Al-Azrah** 146:12
**al-Qaradawi** 229:7
229:10,13 230:18
**al-Qaradawi's**
229:17,21 230:13
231:19
**alerted** 237:18,20

**Ali** 233:25 234:4
**Allah** 162:16,17,18
162:18,19,19
163:2,18,19
166:22 167:11,15
167:19
**allegations** 178:5,9
**alleged** 173:7,22
**allow** 166:11 176:9
185:24
**allowed** 167:6
186:14 189:3,19
**Alqaeda** 174:12,18
174:21,24 175:2,6
175:13,18,20
212:6 237:8 240:8
240:13
**alternative** 194:23
**ambiguous** 227:6
**American** 151:21
151:24 152:4,5,10
152:12,20 153:14
207:3 229:22
230:21
**Americans** 150:17
151:2 152:13
230:24 231:4
**amount** 238:15
**angry** 170:23
**animal** 161:18,23
**animals** 161:25
**annual** 210:23,24
218:14,18 226:6
**Annually** 224:14
**answer** 162:3 171:5
180:20 205:17
214:21 236:20
**anybody** 174:23
198:6 237:14
**appears** 238:9
**apply** 192:13,17
**appointed** 183:15
207:19,21 212:25
213:21 214:3
**appreciate** 213:23
239:10
**apprized** 177:11
**appropriate** 177:20

240:20
**approvals** 162:14
**approve** 192:11,12
192:19,23 228:15
**approved** 195:25
228:18
**approximately**
154:6 182:13
183:4,25 184:5,16
196:10,22 198:11
198:17 205:16
208:12,15 209:6
221:9
**April** 177:7
**Arab** 179:10
202:15,23 203:5,9
203:10
**Arabia** 159:9
226:22
**Arabic** 162:18
166:24 167:12
170:22 204:5
236:19
**arbitrator** 183:16
183:18,21,24
184:2,6
**areas** 165:19
**army** 164:20,21
165:6
**art** 160:23
**article** 147:2
164:18 238:8,9,19
238:21,25 239:6
**articles** 160:17,20
160:21,22,22
165:23 216:20
**Asian** 224:3
**asked** 146:25
158:17,23 165:4
165:19 170:4,12
170:18 177:23
184:10 185:11,11
185:12 227:17
**asking** 170:14
171:14,17 231:10
235:15
**asset** 188:24 189:11
189:11

**assisting** 240:16
**Association** 216:20
**atmosphere** 153:21
**attack** 144:5
228:22,24 229:4
239:25
**attacked** 155:8
**attacks** 140:7
164:19 171:21,24
172:5,12,17 173:2
173:8,10,15,24,25
174:2 175:21
**attempt** 182:19
198:21 199:7,8,9
199:12 200:12,16
200:18
**attendance** 208:25
**attended** 208:2
**attorney** 157:6,9,16
243:14
**Attorneys** 142:2
**audit** 209:18,19
210:9 220:14,14
**audits** 210:4,5,7,13
210:16
**august** 140:15
144:5 146:12
242:9 243:24
**author** 160:17
**authorize** 216:21
216:23
**Avenue** 142:4
**aware** 194:21
199:10 200:18
232:21 233:2
239:3,4,9
**Azhar** 148:14,14
155:13
**Aziz** 226:21,23
**Azzam** 226:16,18
227:22,24 228:6
**Azzam's** 228:3,10
228:16

## B

**back** 148:13 155:16
156:24 157:3
161:17 167:23

176:25 177:3,19
182:23 185:7
199:2,3 207:13
220:8 222:8
224:10 225:24
226:3 241:14
**background** 182:4
**banished** 165:5
**bank** 145:24
156:22 173:7,23
178:23,24,25
179:4,8,14 181:11
181:15,18 182:2,9
182:13,20 183:3,5
183:8,10,13,16,20
183:22,23 184:3,7
184:23,23 186:14
186:18,20,22,23
187:3,4,10,11,15
187:16,20,21,25
189:19 190:2,6
191:18,22,24
192:4,5,13,14,20
192:24 193:5,10
193:14,19,22
194:2,7,10 195:6
195:24 196:9
198:3,7,10,12,17
198:18,18,20
199:4,6,9,13,14
200:12,16,17,17
200:23 201:2,6,6
201:12,13,14,18
201:20,21,23,23
201:25 202:4,5,8
202:14,18,21,25
203:4,10,14,14,17
203:21,24 204:3,5
204:10,22 205:2,2
205:19 206:3,15
206:15,16,16,19
206:19,24 207:4
207:16,18 209:20
210:3,5,7,11,13
210:16,19,20
211:11,15,18,20
211:20,20,22
212:2 213:2,7,16

214:24 215:10,11
215:14,17,20,25
216:6,10,24 217:2
217:2 218:19,23
219:7,23 220:6
221:17 224:11,16
224:18,21 227:25
229:14 231:17,19
232:6,8,11 233:20
234:7,10,18
235:12,15 237:7
237:11,14,15,19
237:21 238:24
239:5,14,18
240:12,12,16,24
**Bank's** 179:20
180:5,15 181:10
181:14 184:11,15
200:22 207:25
208:6 212:5,12
213:5,20 214:8,13
219:17 224:24
231:20 234:13
235:25
**banker** 198:21
**banking** 146:23,25
156:23,25 157:2
182:3,4,5,20,24
186:3,4,4,5,13
187:19 188:2,6,7
188:19,21 189:3
189:18 190:12,23
191:6 194:22
198:24,25 199:17
199:17,20,21,24
200:7,13 203:6
206:12,13 211:20
211:21 231:21
**bankings** 186:6
**banks** 156:20 201:8
201:10 202:19
203:2,2,23 204:2
204:5,6,6,9,12,20
204:24,25 205:4
206:14,15 207:2
209:17 215:7
216:19
**based** 156:4 158:5

178:25 179:3,8
186:6,8 206:20
**baseless** 185:19
**basis** 165:25
182:22 187:4
198:25 199:2
206:22
**Bates** 238:12
**bear** 187:24 200:8
**bears** 238:9,12
**becoming** 181:9,13
**began** 199:14
**begging** 170:12
**beginning** 147:8
196:9 207:11,22
220:8
**behalf** 216:22
217:2 218:4
**behaviors** 163:18
**being's** 190:17
**beings** 163:3
166:23,23
**belief** 167:22
171:10,15
**believe** 161:6,8,9
163:22 167:13,15
167:15,16,18,25
167:25 168:2,3,6
168:8 169:20
171:5 172:16
175:6,9,12,14,14
175:17,25 176:6,7
180:13 182:20
184:23 197:12
213:3 221:6
224:20,23 228:24
229:3 239:24
240:10
**benefit** 217:15
**best** 150:12 153:9
243:9
**better** 221:22
**bible** 162:10
**bigger** 202:8
**Bin** 236:6,8,12,14
236:16,23 237:7
**bit** 148:16 163:11
207:16 219:11

**board** 146:4,5
177:9 179:17,21
179:25,25 180:6
180:15,18 181:7
181:10,14 184:12
184:15,22 191:12
191:19,22,23
193:2,12,14,17
200:22 201:21
204:17,24 205:16
207:15,17,25
208:7,11,14,20,25
209:24 210:2,6,9
210:12,15,18,24
211:2,2,3,5,7,11
212:12 213:2,5,13
213:16,20 214:3,8
214:13 215:9,13
215:16 218:3,8,15
218:19,24 219:5
219:12,13,18
220:3,4,11 223:3
224:11,12,16,17
224:18,21,24,25
225:3,4,8,10,13
225:14,17 226:6
232:6,8,16 234:7
234:9,13,18
235:12 236:2
**boards** 165:17
204:9 205:9,22
206:4
**bomber** 233:6
**bonds** 222:13,14,21
222:22,22 223:6
**book** 228:4
**books** 160:17
165:24
**born** 163:4 168:24
**borne** 190:20
**borrowing** 187:6
**Boulevard** 141:13
**boy** 152:5 170:6
**boys** 168:24
**branches** 202:11
202:15,17,18,22
202:24

**break** 144:14,15
176:20,24 207:5
207:10 225:19,23
241:4,8
**Bridgeside** 141:13
**bring** 173:8
**Britain** 156:5
**broad** 177:13
**broader** 165:13
**broadly** 165:19
**Brooklyn** 148:23
148:24 149:15,17
149:19,23 150:3,4
150:6,11
**brotherhood**
166:21
**brought** 177:19
**building** 149:8
183:8,9
**buildings** 164:25
**business** 211:19,21
211:21 215:11
**businessman**
194:14,25
**buy** 189:6

---
### C
**C** 141:2
**c.v** 177:16
**Cairo** 146:13,17,18
146:20 148:3,5
155:14 157:19,21
158:4,6,8,10,14
158:18 160:3
161:24 219:10
221:19,23 222:4,7
222:15 239:12
**call** 163:3 222:21
**called** 148:6 174:12
176:12 178:14
189:8 198:22
**calling** 161:12
**camel** 164:24
**capital** 186:24
187:12,17 190:25
216:23
**career** 146:8 157:4
158:13 159:17

198:3,7 205:8
206:2,9
**carried** 184:20
187:8
**carrying** 206:14
**CARTER** 141:8
157:24 165:12
166:9,18 170:25
172:8,20 173:11
174:4 175:22
176:3,21 177:3
178:11 189:23
191:10 194:4,11
195:7 196:2,15
197:3,11,16
198:13 199:18
200:10 205:18,24
206:5,10 207:6
209:15 211:8
212:8 213:9 215:6
216:3,7 217:11
218:5,11 219:20
219:24 221:10
224:13 225:9,20
226:8 227:6,15
228:12 231:2,6,8
231:12,22 236:18
236:25 239:8
241:5,12,15
**case** 140:5 151:5
172:24 183:16,19
193:11 212:16
230:17 244:1
**cases** 157:12 188:2
191:15 193:13
211:2 212:18
220:2
**cat** 161:19
**cause** 170:14
173:10,14,24,25
240:23
**center** 156:3
**centuries** 161:17
167:23 168:10,25
**certificate** 148:6
242:2 243:2
**certificates** 223:6
**Certified** 140:14

**certify** 242:7 243:5
243:10
**Chairman** 179:17
179:19 180:4,14
180:18 181:6,9,13
184:11,15,22
200:21 201:21
204:8,14,18,23
205:4,15 207:25
212:13,25 213:12
213:21 214:3
218:7 219:17
223:3 232:12
234:10
**chance** 148:10
238:14
**Chancellor** 227:2,3
227:5
**changes** 242:6
**charge** 186:14
**charging** 188:13
**charity** 217:3,4,5
**checking** 182:9
192:15,21
**Chicago** 154:4,11
154:16,18 155:2
**child** 164:21 170:5
170:7
**children** 151:15,20
151:23 152:22,25
153:4,20,21
**chirch** 164:22
**Christians** 162:10
**citation** 156:11
**citizens** 151:21,24
**city** 183:9
**civil** 146:13 147:23
157:12 223:21,23
223:24,25 224:5,5
**civilians** 164:24
167:4,6,7 176:2,7
176:10 239:25
**clarification**
145:20
**clarify** 212:9,9
231:8 244:5
**classes** 227:21
**clean** 185:17,25

**clear** 161:11
164:25 167:11
177:23 185:10
187:21 231:12
240:4
**clients** 179:2,6
**close** 237:25
**closely** 219:18,22
**code** 189:16
**Codes** 244:4
**collectively** 193:18
200:3
**college** 157:23,25
**come** 150:16
155:16 156:24
163:23 164:4
170:17 182:23
188:15 203:5
208:22 224:8
226:3
**comes** 186:18
**coming** 182:2
**comment** 223:18
**commercial** 186:5
206:14
**commit** 169:15
233:13
**committed** 161:22
172:15
**committing** 169:12
175:21
**common** 146:14
196:20,21 209:16
219:2 224:4,5
**communicating**
145:23 202:21
218:13
**communications**
236:11
**companies** 205:5
216:19
**company** 216:21
**Comparative**
148:12
**compared** 209:13
**compel** 178:6,10
**compensated**
208:24 209:3

**compensation**
209:7
**completed** 147:10
**compliant** 201:15
222:22
**complicated**
178:16
**compulsion** 167:12
**concept** 214:18
228:19
**concepts** 190:10
**condition** 187:13
**conduct** 183:3
203:6 210:3
**conducted** 198:16
202:2
**conform** 244:6
**consider** 190:16
**considers** 190:23
**consisted** 220:19
**consistent** 191:16
239:24
**conspired** 174:23
**constitution** 159:15
**consultant** 201:12
201:19
**Cont** 143:3
**contain** 218:20
**context** 214:23
232:18
**continuation** 144:3
**continue** 148:13
160:12
**continued** 148:8
**continuously** 181:6
**contract** 187:5
189:13 192:11,20
193:5
**contracts** 191:24
192:5,8,10,13,14
192:23 193:21,25
208:22 209:21
215:3
**contradiction**
167:17
**conventional**
156:20 182:3,3
186:5 187:20,21

189:3 201:10
206:19
**convey** 162:7
188:11
**COO** 207:3,3
**cooperative** 198:23
199:16,17,20,21
199:24 200:7,9,13
**copy** 195:14,23
212:22,23
**corporation** 199:25
200:2
**correct** 244:7
**corrections** 242:7
**cost** 190:20
**COTTREAU**
142:6 143:4
144:10,11,13
166:2 171:4,9,20
176:20 178:3,21
180:9,13,21,25
181:5 184:24
185:4,14,16 186:2
207:5,14 225:19
226:2 231:10,14
241:3,9,13
**counsel** 243:10,14
**countries** 159:18
168:14
**country** 158:8
159:16 190:22
202:15 233:24
235:20,23 238:5
240:24
**couple** 162:2
188:18
**course** 153:8,16,22
153:24 154:20,21
155:9,9 158:13
161:8 168:7
169:13,13,16,16
169:23,23 184:19
202:10,10 206:8
208:19 214:16
222:3,6 236:15
**court** 140:3,14
142:14 172:3
177:6 205:12

230:8 236:21
243:2
courts 157:12
cow 164:24
COZEN 141:4
crime 172:22
criminal 172:14,17
172:18,18,19,22
172:24,24
criminals 175:23
175:24
current 182:10
customer 183:20
183:22,23 186:17
187:15,17 193:23
194:3
customers 182:6,9
183:17 184:3,7
186:14 187:4
188:14 189:19,21
190:2,6 191:25
192:6,12,15,21,25
203:5 206:18,23
206:25 215:11,14
215:17,20 225:17
237:16

D
D 143:2
Daesh 168:16
date 149:21 220:25
238:9 242:17
244:2
dated 238:8 243:24
dates 221:11,12,14
daughter 152:4
day 140:15 142:3
168:12 178:22
221:21
days 146:9 150:12
159:5 164:18
168:15 183:3,6
208:20
DC 142:5
deal 150:17
dealing 186:8
dealt 226:10
debate 166:3

decades 200:21
221:17
deceit 190:7
December 207:20
decide 183:19
decided 191:15
decision 211:4
212:20
decisions 209:24
declaration 215:5
declared 166:21
167:23
decree 195:15,19
195:23 196:6,7
decreed 195:12
dedicated 146:24
defend 235:22
Defendants 142:2
Defense 228:4
degree 148:4,7,8
155:20,21 156:8
156:12 159:9
164:8
degrees 155:12,19
delineation 177:24
deliver 189:7
department 159:3
159:3,4 201:15
209:19 211:11
219:12,13,19,23
219:25 220:2,5,9
220:15,17,19,22
220:24 221:7,7
deposit 200:2
deposition 140:13
144:3 147:7 177:7
177:11 178:5
185:2 207:8,12
230:12 238:7,18
238:20 239:7,12
241:14,17 242:5
243:7,12 244:2
depositors 179:5
186:20
deposits 186:24
187:3 206:17
deputed 159:24
226:21 227:16

Deputy 157:6,9,16
derivation 161:10
deserve 172:25
176:2,8
desired 242:7
destroy 164:25
detail 207:16
details 219:3
226:12
Deutsche 156:22
201:12,13,14,18
201:20,21,23
develop 190:21
development 204:5
DIB 145:24,25
218:8 219:5
DIB's 146:4 179:24
181:6 213:12
die 172:25 176:2,8
dies 161:19
difference 162:16
167:8 206:22
different 185:9,21
202:22 204:12,16
205:8,22 206:8
215:21,22 219:13
differentiate
215:23
difficulty 145:18
direct 240:19
Directors 210:25
218:24 224:25
225:3,10,13
disagree 167:5
disappointed
153:13 169:14
discuss 208:23
232:14,18
discussed 223:19
225:4
discussion 212:17
discussions 225:13
dispute 183:20,22
184:2,6
disrupting 185:17
disruptive 184:25
distribute 186:25
distributed 187:14

200:6 208:20
distribution 226:13
DISTRICT 140:3,4
dog 161:21
doing 156:21,22
182:20 206:16,20
211:20 213:7
door 170:8,12,15
170:17
Dr 140:1,13 141:1
142:1 143:1 144:1
144:3,7 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1,7 177:1,12
177:16 178:1,23
179:1,7 180:1
181:1 182:1 183:1
184:1 185:1 186:1
186:2 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
200:11 201:1
202:1 203:1 204:1
205:1 206:1 207:1
207:8,12,14 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1,9
220:1 221:1 222:1
223:1 224:1 225:1
226:1,2 227:1
228:1 229:1 230:1
231:1 232:1 233:1
233:25 234:1,4,9
234:12,17,19
235:1,4,7,11,25

236:1 237:1 238:1
239:1,10 240:1
241:1,17 242:1
243:1
draft 193:18
212:21
drama 160:23
Dubai 145:24
173:7,23 178:23
179:8,9,9,10,13
179:19 180:5,14
181:9,11,13,15,18
182:13 183:2,4,11
183:13 184:3,7,11
184:15 191:18,22
191:24 192:3,20
192:24 193:9,14
194:10 195:5,6,13
196:8 198:3,7,10
198:16,18,20
199:14 200:16,22
200:23 201:2,25
202:4,7,14,21
203:3,14,17,24
204:3,10,22 205:5
205:19 206:3
207:16,18,25
208:6 210:3,7,13
210:16,18 211:15
211:18 212:2,5,12
213:2,4,6,16,20
214:7,13,23 215:9
215:19,24 216:5,9
218:18 219:6,17
219:22 220:6
221:16 223:3
224:10,16,18,21
224:24 227:25
229:14 231:16,18
231:20 232:6,8,11
234:7,9,13,18
235:11,17,22,25
237:7,10,14,20
238:24 239:5,14
239:17 240:11,15
240:22
duly 243:6

**Durham** 155:21,24
  156:4
**duties** 225:16

**E**

**E** 141:2,2 143:2
**earlier** 223:20
  227:14
**early** 146:9
**East** 231:5
**ECF** 140:5
**economics** 146:16
  146:17,19,19,21
  148:5
**educated** 194:20
  195:2
**education** 146:10
  147:23,23,25
  153:9,9,11,12,23
  155:10,12 169:2
**educational** 155:18
**Egypt** 157:7,10,11
  158:9,25 159:24
  159:25 160:2
  199:4,5 227:8
**Egyptian** 150:16
  157:17 158:18,22
  159:7,10,13,20
  160:6,11,11
  198:21 223:7,11
  223:12,15 227:10
  227:12,17,18
  229:12
**either** 213:13
**elicited** 165:16
  178:8
**EMANUEL** 142:13
**embarrassed**
  153:13
**Emirate** 179:9
  204:6
**Emirates** 179:11
  202:16,23 203:5,9
  203:10
**Emirati** 194:14
**employed** 243:11
  243:14
**employee** 243:13

**employees** 181:15
  181:18,21,24
  182:2 202:5 207:2
  210:10 220:14,19
**encourage** 153:4
**encouraging**
  161:16
**endorse** 228:9,15
**endorsed** 228:18
  228:21
**enemy** 164:19
  165:3 203:11
**enforce** 167:13,14
  167:16,18
**English** 145:3,6,7
  145:14,15 226:4
**enjoy** 150:10 155:4
**enter** 187:11
  192:24
**entering** 170:7
  191:25 192:5
**entire** 232:10 234:8
**entirely** 178:17
**entities** 216:18
**entitled** 185:15
  238:10
**enumerate** 204:4
**equal** 167:7 170:20
  170:24 190:24,24
**equality** 179:3
  186:10 190:11
  191:9 206:21
**equally** 166:20
**equity** 186:24
**errors** 244:7
**ESQ** 141:8,15
  142:6,7
**establish** 159:2,8
  159:11 187:9
  199:4,6,9,13
  200:12,16 227:9
  233:9
**established** 146:20
  159:4 166:22
  169:24
**establishing** 159:16
**estate** 169:25
**ethics** 189:16

**European** 224:3
**event** 165:2
**everybody** 174:14
**evil** 237:4
**ex-member** 232:5
  234:6
**Ex-teacher** 226:19
**exactly** 184:8 220:7
**EXAMINATION**
  143:4 144:10
**examine** 209:20
**example** 188:22
  189:2
**examples** 189:15
**executed** 209:20,23
**Exhibit** 238:7,20
  239:7
**expanding** 203:18
**expansive** 178:15
**experience** 197:9
  197:18 215:24
  216:5,9 225:7
  231:16,18 240:11
**expert** 177:12
  178:15,19
**expertise** 165:20
**explain** 162:23
**expressed** 237:6
**expressing** 231:9
  231:13,14
**extent** 177:21
  226:9
**extremists** 161:16

**F**

**face** 145:19
**fact** 165:15 178:14
  240:16
**facts** 190:2,6 244:6
**faculty** 146:19,21
**failed** 199:7,13
**fair** 189:5 193:23
  212:22
**fairness** 156:17
  179:3 186:10
  188:20,22 189:9
  190:11 191:9
  206:21

**familiar** 171:20
  174:11 212:11
**family** 150:25
  153:15 170:19
  223:25 224:2
**famous** 146:12
  156:2 164:17
  229:11
**far** 220:15 224:9
**Fatah** 150:9
**father** 156:13
  196:5,7
**fatwa** 146:4 179:18
  179:20,24 180:5
  180:15,19 193:9
  209:23 211:5,7,9
  214:19,21,22
  215:5 219:2
  226:11
**fatwas** 193:18
  211:14,17,25
  212:4 214:18,25
**fault** 187:18
**favor** 167:3,9
  233:17 234:14
  239:15,18
**feasibility** 187:8
**feature** 190:14
**features** 182:24
  186:13 188:19
  190:12 191:5
**feeding** 180:19
**feel** 151:4 153:16
**fees** 200:4
**fellow** 191:23
  193:17 224:15,17
**field** 215:4
**fight** 167:20
**fighters** 165:3
**fighting** 165:4
  230:21 240:25
  241:2
**figure** 208:5
**figures** 226:12
**filed** 178:6
**films** 160:23
**final** 212:23
**finance** 146:16,16

**familiar** 156:2,3 179:6
  182:3 187:4,13
  188:14,23 190:19
  190:19 191:13
  200:4,8 203:18
  215:2,4 222:12
  232:15
**financial** 182:5
  201:9 203:23
  204:13,16,20
  205:4,6,9,14,23
  211:7 222:13,14
  222:17,18,25
  223:3,5
**financially** 243:15
**financing** 146:22
  146:24 156:13,14
  156:16,21 182:18
  187:16 189:17
  190:16 192:10
  194:22 201:11,15
  203:22 206:18
**find** 164:2 169:5
  170:11,21
**fine** 171:16
**finish** 155:17 172:4
**first** 157:5 182:19
  184:19,22 185:5
  199:9 200:17
  207:17,20,21
  222:16 226:5
**follow** 146:24
**followed** 203:22
**followers** 188:12
**following** 219:2
**follows** 144:9
**fond** 146:15
**forces** 230:21
**forcibly** 167:10
**foregoing** 242:5,5
  243:7
**foreign** 203:2
**forever** 170:19
**form** 157:24
  169:17,22 172:8
  172:13 173:11
  174:4 178:19
  179:22 180:7,10

180:11 189:23
191:10 192:19
194:4 196:2
197:16 198:13
205:18,24 206:5
206:10 217:4
221:10 225:9
227:15 237:2
**formal** 145:5 146:6
**forms** 192:12,12
**forum** 165:7
**found** 165:2 233:15
235:10
**foundation** 165:10
166:9,18 169:9
170:25 171:8,10
173:12 174:5
176:3 184:18
194:11 195:7
197:11 198:14
199:18 200:10
209:15 216:3,7
217:11 218:5
219:20,24 226:8
228:12 236:18,25
239:8
**founded** 195:24
198:10 204:2
**founding** 204:2
**four** 153:3 220:13
**freedom** 167:24
168:5,8
**friends** 150:19
**front** 165:7
**full** 155:15 156:25
164:16
**full-fledged** 220:23
221:7
**fully** 182:25
**fully-fledged** 220:9
220:16
**functions** 165:17
**fund** 200:5
**funds** 187:10
217:12
**further** 243:10

**G**

**Gaddafi** 159:2
**GBD** 140:5
**general** 157:6,9,17
166:13 218:23
**gentleman** 231:24
**gentlemen** 236:3
**German** 199:3,16
199:17,20,21,23
200:13 201:23
224:7
**Germany** 198:23
**girl** 152:4
**give** 157:4 158:21
170:18 179:6
181:14 187:22
189:9 200:5
211:12 212:15
233:12 240:19
**given** 223:17
**giving** 179:4
186:23 189:15
191:16
**go** 147:6,8 148:10
152:22 153:5,8,9
156:18 157:3
168:17 177:3
187:10,20 206:15
221:22 227:17
240:21
**God** 162:6,16,17,18
162:19,20 163:9
188:11
**going** 145:21
176:22,25 178:5
179:24 185:4
191:24 192:5,24
207:9,13 223:19
225:21 238:6
241:6,18
**good** 144:11,12
150:19 172:11
175:17 190:21
213:3,14,18
221:13,15
**governing** 146:11
163:17
**government** 157:7
157:9,11,14,17

158:18,22,24
159:5,8,8,10,14
159:20,25 160:2,7
160:11,11 169:3
195:5,25 223:8,11
227:12,17,18
233:22 235:17
238:2,3 240:21
**governments**
159:21 160:10
**governor** 195:13
**graduate** 147:13
**graduated** 147:15
147:16,18,22,24
**grandchildren**
152:6,8,10,11,12
152:15,19
**granting** 156:12
**grave** 221:22
**great** 156:5 234:25
**greatest** 234:23
**group** 175:7 176:12
200:7
**grown** 201:25
202:4
**guaranteed** 161:17
**guess** 171:11
**Gulf** 238:12

**H**

**Haefele** 141:15
165:10 168:4
169:9,17,22 171:3
171:8,11 172:9,13
173:17 174:9
177:23 179:22
180:7,12,17,22,23
181:3 184:18,24
185:3,6,15,20
188:4 191:2 197:7
211:23 237:2
**Haiden** 149:3,4,5,6
**half** 216:14
**Hall** 149:3,4,5,6
**Hamid** 140:1,13
141:1 142:1 143:1
143:3 144:1,4
145:1 146:1 147:1

148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
207:13 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
241:17 242:1,4,16
243:1,5
**hand** 170:18
**hands** 176:8
**happened** 168:12
168:15,15 172:12
208:6 213:4,15,19
214:9
**happy** 144:14
145:10
**harm** 176:10
**harmed** 155:8
**Hassan** 140:1,13
141:1 142:1 143:1
143:3 144:1,4,7
144:11 145:1

146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1,7 177:1,12
177:16 178:1,23
179:1,7 180:1
181:1 182:1 183:1
184:1 185:1 186:1
186:2 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1,8,13,14
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
219:9 220:1 221:1
222:1 223:1 224:1
225:1 226:1,2
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1,10 240:1
241:1,18 242:1,4
242:16 243:1,5
**hate** 173:5
**hates** 164:16
**health** 170:10
**hear** 197:14,19,23
234:14
**heard** 174:13
176:12 185:22
203:9,13 230:17
239:14,17
**heart** 167:15,16,17
167:19,19,20

**hearted** 150:18
**held** 140:14 144:5
    237:11,21
**hell** 161:20,22
**help** 158:19,23
    159:14,16,18
    175:2 176:15
    198:7 212:5
    217:13 229:4
    237:7 240:8,12
**helping** 220:11
**hereto** 243:15
**hide** 190:2,6
**high** 145:7 147:13
    147:15,18,22,24
    159:2,4 209:13
**history** 155:17,18
    157:3 222:16
**hold** 179:13 180:9
**home** 186:19
    221:21
**honest** 197:10,12
**honor** 235:2
**honorary** 155:18
    155:20,21 156:7
**hospital** 208:4
**hospitals** 161:24
**hours** 150:20
    208:16
**house** 149:25 170:4
    170:8
**housing** 149:9,13
**HSBC** 156:21
    201:11
**human** 161:16
    163:3,20 166:12
    166:12,23,23
    174:7 190:17
    240:25
**humanity** 156:15
    156:17 161:13
    162:8 172:22,23
**humanly** 190:24
**hundreds** 201:8
    203:22
**hurt** 203:15 216:6
**hurting** 166:12
**Hussein** 140:1,13

141:1 142:1 143:1
143:3 144:1,3
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
207:12 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
241:17 242:1,4,16
243:1,5

---
                    **I**
**IDB** 204:4
**idea** 190:23 194:6,9
    238:16
**ideas** 156:19
    167:22 190:21
    228:7
**Idris** 159:2,6
**ilba** 164:22
**ill** 170:6,10,13

214:5,7,14
**imagines** 167:14
**imitate** 203:24
**immediately** 222:9
**implement** 182:19
    223:2
**implementing**
    211:4 223:4
**important** 186:7
    190:13,15 191:5
**imposed** 216:16,17
**impossible** 167:18
**inception** 146:23
**included** 212:15,15
**including** 174:2
    177:14 209:4,8
**incredibly** 178:16
**independent**
    220:17
**indicated** 177:8
**individually** 196:21
**individuals** 216:14
    216:17,18
**influence** 231:20
**inform** 238:2
**information** 153:19
    208:22 218:20
**informed** 233:19
**informing** 238:3
    240:21
**initially** 220:18
**initiate** 225:7
**injected** 178:10
**injustice** 190:17
**innocent** 172:15
**innovations** 201:7
    215:3
**inside** 164:19 202:6
    202:11,12
**inspired** 200:13
**instances** 214:6
**Institute** 148:12
**institution** 205:15
    211:7
**institutions** 182:18
    201:9 203:23
    204:13,17,21
    205:5,9,23 206:8

209:14
**instruction** 212:15
**instruments** 222:12
    222:18,19,25
    223:5
**insulting** 166:12
**insurance** 205:5
**intentionally**
    240:16
**interactions** 196:11
    196:13 197:13,22
**interest** 179:3,4,5
    182:22 186:8,15
    186:23 187:22,23
    188:14 189:14
    190:9,19 191:6
    194:23 198:25
    206:22
**interested** 182:17
    243:15
**interesting** 184:21
**interjected** 178:13
**international**
    148:12 156:20
    159:11 165:7
    201:10,20 226:19
    226:25 227:5,9,19
**interpretation**
    164:7
**interrupt** 230:8
**invaded** 231:5
**invading** 230:25
**invest** 186:21 200:2
**invested** 216:25
**investment** 186:21
    222:20 223:5
**invests** 186:23
**invited** 150:20,23
**inviting** 161:12
**involved** 194:21
    219:5 225:2,12
    238:23
**involvement** 196:8
**irrelevant** 171:19
**Islam** 161:2,3,6,12
    161:15,15,17
    162:15 164:15,16
    165:20,21 166:10

166:14,15 167:10
    167:22,23 169:15
    171:14 176:9
    177:14 197:15
    215:23 216:13
    217:6 233:6
    235:19 238:5
    239:25 240:23
**Islam's** 164:14
    166:8
**Islamabad** 226:20
**Islamic** 145:24
    146:11,12,22,22
    146:24,24 147:25
    148:15 154:20,21
    156:2,3,13,14,21
    156:22,25 157:2
    159:11 160:14,16
    163:7,11,11,13,14
    163:15,16,22,23
    164:4 166:4
    168:11 173:7,23
    177:13 178:19,23
    179:4,8,14,20
    180:5,14 181:10
    181:11,14,15,18
    182:4,5,9,13,17
    182:24 183:2,4,13
    184:3,7,11,15,23
    186:3,4,6,13,14
    187:10,11,19
    188:2,6,10,14,19
    188:21,23 189:16
    189:18,18,22,25
    189:25 190:5,6,12
    190:16,22 191:6
    191:13,17,18,22
    191:24 192:4,20
    192:24 193:9,11
    193:13,14,18,19
    193:22 194:2,7,10
    194:22,22 195:6
    196:9 198:3,7,10
    198:12,17,18,18
    198:20,24 199:4,9
    199:13,14 200:12
    200:16,17,17,22
    200:23 201:2,5,8

201:9,11,25 202:4
202:8,14,21 203:4
203:14,17,18,22
203:23,24,25
204:3,5,9,10,12
204:13,20,22
205:19 206:3,12
206:13,16,16,19
206:24 207:2,4,16
207:18,25 208:6
209:17,20 210:3,7
210:13,16,19
211:10,12,15,18
211:20 212:2,5,12
213:2,4,7,7,8,16
213:20 214:8,13
214:22,24 215:2
215:10,20,25
216:6,10,19
218:19 219:7,17
219:23 220:6
221:17 222:11,11
222:13,14,17,18
222:22,25 223:4
224:5,10,16,18,21
224:24 226:10,20
226:25 227:5,9,19
227:25 229:14
231:16,18,20
232:6,8,11,15
233:10,23 234:7
234:10,13,18
235:11,25 237:7
237:11,14,21
238:24 239:5,14
239:18,21 240:11
240:16,23
**Islamically** 235:22
**issue** 178:18 182:24
192:25 193:5
**issued** 211:25
212:4
**issues** 177:13
178:10,12,16,22
211:15
**issuing** 160:21
**Italian** 224:8
**item** 208:9

**items** 208:19 209:4

---

**J**

**JACKSON** 142:7
**Jaseem** 231:25
232:3,7,11,15,19
232:21 233:2,16
**Jew** 170:11,12,15
170:17,23
**Jewish** 169:25
170:3,5,8
**Jihad** 228:19
234:15,20,22,23
235:2,5,8,13
**job** 140:25 157:5
157:17 184:10,14
184:21 227:24
229:14
**join** 205:2
**joined** 148:2
155:14 204:22
206:3
**joining** 144:13
**Jones** 140:15 142:3
**JUAN** 142:13
**judge** 177:8 178:2
**July** 147:10 178:7
238:8,9,21
**jurisprudence**
148:15
**jurist** 164:7
**justice** 156:16
179:2 186:9 189:5
189:9,16 190:11
191:8 206:21
**justified** 230:24

---

**K**

**Kazakhstan** 159:14
**Khalifa** 170:11
**kill** 164:21,21,22
164:23,24,24
167:6,7 168:14
176:10
**killed** 165:3,4,5
168:13 230:20
**killing** 166:11
167:3 229:22
230:24

**kind** 166:11 167:21
**kinds** 164:17
192:10
**King** 159:2,5
226:21,22
**kingdom** 158:25
**knew** 174:21,24
**knife** 167:16
**knock** 170:12,15,17
**knocked** 170:8
**know** 144:15
146:10 152:14
160:19 166:15
186:5 194:6,9
195:21 196:22
199:20,22 203:25
209:12,18 220:22
226:15 229:6,9
231:25 232:3
233:25 238:13
239:3
**knowingly** 237:11
**knowledge** 174:17
190:24 195:24
198:11,19 219:4
**known** 158:10,12
161:13 165:2
166:13,14 174:14
**knows** 161:14
**Kolthoom** 151:8,10
151:13,18,19
**Koran** 161:12
162:4,5,6,9 164:6
166:22,24 167:12
167:12 240:4
**Kuala** 201:22

---

**L**

**lack** 171:9
**Laden** 236:6,9,12
236:14 237:8
**Laden's** 236:17,24
**lady** 161:19 165:2,4
199:3
**land** 164:20
**Lands** 228:4
**language** 167:2
226:5

**late** 181:2
**Latin** 224:6,7,9
**law** 146:11,13,13
146:14,17,18,20
148:5,12,15
154:20,21 157:25
158:3 163:13,14
163:15,16 164:11
164:11 187:5
188:10,16 189:22
189:25 190:5
191:17 193:11,13
193:18 211:12
214:22 215:19
217:9 222:23
223:18,21,23,24
223:25,25 224:2,4
224:5,5,5,6,6,7,7
224:7,9 233:23,24
235:20 238:5
239:22 240:24
**laws** 223:17,24
224:2,3,8
**lawyer** 157:13,15
164:10,12
**leader** 164:9 165:5
203:24
**leading** 156:20
180:12,16,21
201:5,10 203:21
237:4,4
**leads** 175:12
**learn** 164:3 200:11
**learned** 194:15,17
194:17,18,19,25
240:15
**lease** 189:10
**leave** 158:14,18
205:2
**left** 204:24
**legal** 146:10 163:23
164:2,3 211:9,10
216:18
**lending** 187:6
**lending/borrowing**
187:5
**lent** 159:24 227:14
227:16

**let's** 148:16 155:10
157:3 160:24
187:7 191:18
230:2 241:12
**Liberty** 141:5
**Libya** 158:25 159:5
**license** 148:6
**life** 146:9,23 150:13
150:16 153:20
204:21 221:18,21
**light** 205:20
**likes** 151:3
**Line** 244:8,10,12
244:14,16,18,20
244:22
**list** 161:23 215:17
**listen** 212:19
**listening** 211:4
**literally** 161:3
**little** 148:16 157:2
160:24 163:11
207:16 219:11
**live** 148:22,25
149:14 150:5
153:21 154:2,4,13
154:18 169:21,24
171:6 219:9,10
**lived** 148:11,23,24
149:2,9,13,16,19
149:23 150:2,6,12
153:25 154:11,15
154:25 155:11
168:10,11 170:2
**LiveNote** 243:4
**living** 146:8 150:10
175:16 235:22
**LLP** 140:15
**loan** 187:22,23
**located** 148:20
**location** 149:22
**London** 140:15
222:9
**long** 151:9 208:11
208:14 220:8
**look** 192:4,8 212:14
223:18
**looked** 161:19
**Lootah** 194:12,13

195:4 196:5,11,14
196:17,24 197:6
197:10,14,14,19
197:20,23,23
**lose** 187:16,17,24
**losing** 169:7,7,7
**loss** 182:22 186:9
187:2,15,25
189:11,13
**losses** 179:2
**lot** 147:6 153:19
**Louisiana** 142:4
**love** 147:4
**low** 209:13
**Lumpur** 201:22

**M**

**majority** 202:25
212:20
**making** 185:18,19
**Malaysia** 201:22
**man** 161:20 169:18
170:18 194:15,17
194:17,19 226:15
229:6 231:25
**management**
210:11 211:3
218:24,24 233:20
233:21 235:15
237:25 238:3
240:20
**Manhattan** 148:21
148:22,25 150:11
**MANU** 142:15
**marked** 238:7,19
**market** 141:6
205:6 223:4
**married** 151:7,9,11
151:12,20,24
152:3,4 199:3
**martyrdom** 232:19
232:22
**martyrs** 230:21
**masters** 148:8
159:9
**materials** 177:20
208:21
**matter** 211:10

**matters** 178:17
**MDL** 140:5
**mean** 150:24 151:3
159:21 161:4
162:20 163:3,11
170:20 172:21
194:20,25 195:2
195:11 216:25
221:14,21 223:25
224:2,4 227:14
229:25 240:19
**means** 156:13,16
159:23 161:22
162:13,19 163:2
163:13,14,19
164:22 166:25
167:20 187:18
188:10 189:2,13
190:20 194:21,24
195:12 200:7
204:25 209:19
211:9 216:15,22
222:20,21 223:5
223:24 224:6
226:21 227:16
**Mecca** 165:9
**media** 169:3
174:13,17 175:6
175:10,20
**Medina** 169:24,25
169:25
**meet** 225:17
**meeting** 196:3
197:18 207:17,20
207:21 208:4,10
208:12,15,18,18
208:21 209:2,3,5
209:7,13 210:24
213:16 214:7
**meetings** 196:21,23
197:2 208:2,7
214:2,9,12 225:3
232:16
**member** 174:24
212:6 219:4 225:4
225:8,14
**members** 150:25
153:14 174:21

191:23 193:17
199:25 200:6
208:20 212:17
224:16,18,21,24
**memory** 221:12
**men** 215:20
**mention** 185:23
**mentioned** 151:6
158:4 159:19
162:2,22 165:7
168:5 186:12
188:15,18 190:10
199:16,20 217:19
223:20
**messenger** 163:2,5
163:6,8
**met** 174:20 196:17
196:18 197:5
236:6
**Middle** 231:5
**military** 168:22,23
169:6
**Ministry** 147:23
**minutes** 191:19
208:8,9 213:14
214:9
**mischaracterizes**
180:24
**missed** 208:4,7
214:4,7,11
**mission** 182:16
**misunderstood**
170:20
**mixed** 146:18
**Mohamed** 198:22
198:22
**Mohammed** 159:5
159:6 162:7,14,23
162:24 163:4,8,19
167:24 170:6
188:11 196:4
**moments** 182:25
**money** 190:22
200:2
**MORILLO** 142:13
**morning** 144:11,12
**motion** 178:9
**motions** 178:6

**MOTLEY** 141:12
**Mount** 141:14
**move** 165:11
169:10 171:3
174:10 188:5
191:3 211:24
**Muhyiddin** 233:25
234:4
**multiple** 177:24
**music** 160:23
**Muslim** 164:7,19
164:19 165:8
167:7 216:16
217:6 228:4
**Muslims** 156:15
161:14 162:9
166:20 168:11,12
168:14 169:20
170:16,21 171:5
206:12 217:23
228:22,24 229:4
230:20,23 233:9
233:12 240:6

**N**

**N** 141:2 143:2
**Nagar** 198:22,22
199:15
**Nagar's** 199:8,12
200:12,15,18
**name** 146:6 150:8
151:8 162:18,24
162:25 163:4
169:15 193:4
242:16 244:1,3
**named** 226:15
229:6 231:25
**names** 192:11
**Nashmi** 231:25
232:4,8,11,15
233:16 235:25
**Nashmi's** 232:19
232:22 233:3
**national** 194:15
**nationality** 167:2
**nations** 238:12
**nature** 195:2
**near** 223:16 224:9

**need** 144:15 238:15
**needy** 217:17,18
**neighbor** 170:3,5,8
**neither** 243:10
**Netburn** 177:8
**never** 167:11 174:3
174:6 211:16
215:15 216:2,4
225:18 228:11
236:5,7,10 240:9
240:14
**new** 140:4 148:17
150:15,16 153:20
153:25 154:25
155:11 156:18,19
159:16 181:25
191:23 192:4
201:6 204:25
205:2 215:3
222:23 238:10,20
239:6
**news** 175:10
**newspaper** 238:8
**night** 169:2
**nine** 152:7,8,10,11
152:12,13,19
**non-Muslim** 167:7
207:3
**non-Muslims**
166:17,19 168:10
168:13,13 169:21
170:20 171:6
206:23 207:2
216:6 228:25
229:4
**non-responsive**
165:11 169:10
171:2 174:9 188:4
191:2 211:23
213:9
**normal** 161:14
166:15 194:24
206:14
**Northwest** 142:4
**notes** 243:6
**notice** 235:21
**number** 205:14
235:19

nurse 165:2
nursing 165:3
NYU 148:11,17,17
  148:20 149:11,14
  155:11

**O**

O'CONNOR 141:4
oath 144:18
obeying 211:4
object 171:17
  178:18 179:22
  185:15 221:10
objecting 165:25
  177:17
objection 157:24
  165:10,14 166:9
  166:18 168:4
  169:9,17,22
  170:25 172:8,9,13
  172:20 173:11,17
  174:4,9 175:22
  176:3 177:5 180:7
  180:10,11 181:2
  184:18 185:8,10
  185:13,18 188:4
  189:23 191:2,10
  194:4,11 195:7
  196:2,15 197:3,7
  197:11,16 198:13
  199:18 200:10
  205:18,21,24
  206:5,10 209:15
  211:8,23 213:9
  215:6 216:3,7
  217:11 218:5,11
  219:20,24 224:15
  225:9 226:8 227:6
  227:15 228:12
  231:2,6,22 236:18
  236:25 239:8
objections 184:25
  185:16,19,24
obligated 217:23
obligation 217:19
  235:21
obligatory 217:5
observation 209:25

observations 211:3
obtain 155:12
occasions 160:22
  166:21 175:16
occurring 165:18
offensive 228:19
offer 156:2 182:6
offers 182:9
offices 140:15
  203:4
official 164:21
officials 150:21
  238:11
okay 144:17 145:9
  145:21 156:24
  180:2,23 185:13
  185:14 221:15
old 147:9
Om 151:8,10,13,18
  151:19
Omar 170:11,17
open 150:18 153:19
  156:17 186:21
opening 206:17
operate 202:22
operating 198:25
operations 199:14
  231:21
opine 165:19
opinion 150:18,25
  171:23 172:5,10
  175:20 191:5
  192:25 193:5,11
  193:13 211:9,10
  211:12,13 212:18
  214:22 223:18
opinions 191:16
  193:18 212:19
order 195:12
  240:19
ordinance 195:8,9
  195:11,12
organization
  174:12,15 175:13
  175:18 240:8
organizations
  216:17
origin 224:9

original 162:25
  224:9
Osama 236:6,8,12
  236:14,16,23
  237:7
outcome 243:16
outside 154:4,11,16
  154:18 155:2
  200:6 202:11,12
  202:19 232:16
overcharge 189:19
overcharging
  189:21
overnight 169:2
overview 157:4
  158:21

**P**

P 141:2,2
PA 141:7
page 219:3 244:8
  244:10,12,14,16
  244:18,20,22
paid 147:3 159:25
  160:2 182:12
  189:14 217:2,13
  217:17 219:6
  226:22 227:11,18
Pakistan 159:12
  227:3,7,9,19
Palestine 234:22
  235:2,5,8
paper 165:6
papers 160:23
paradise 161:21
parents 163:3
Parliament 223:13
  223:15,19
part 216:21 225:16
  240:7
participation
  178:25 182:21
  186:9 187:7,11
  199:2 206:20
  213:14 230:17
particular 165:20
parties 243:11,14
passage 220:12

pause 205:11
  228:14
pay 160:12 189:6
  216:14,21,24
  217:7,8,23
payment 217:16
  218:3,9,21
pays 216:23
peace 161:5,7,13
  161:15 164:15
  165:22 169:21,24
  170:2 171:6
PEC-DIB000839
  238:13
pending 181:4
people 150:18
  153:10 164:23
  166:15 169:11,15
  172:15 174:20
  214:18 217:17,18
  217:18 233:13
people's 163:17
percent 216:14
  217:20,20
perform 235:2
performed 183:10
period 207:23
  220:20
permissible 217:8
  233:5
permission 195:5
  196:6
permit 166:10
permitted 177:22
Persian 238:12
person 183:19
  198:21
personal 171:15
  172:10 231:9
personally 238:23
persons 220:10,12
Pg 143:4
PhD 148:14 155:13
  155:20 159:9
  198:23 221:20
Philadelphia 141:7
pick 215:13
pillar 216:13 217:6

place 141:5 183:7
  238:18
Plaintiff 141:3
plaintiffs 173:6,22
play 188:21 201:17
played 203:17
Pleasant 141:14
please 144:6 184:4
  210:14 213:17,22
  238:14
plus 216:15
point 154:9 177:11
  206:2
political 169:18
  211:15 215:25
poor 217:17,18
portion 180:20
  216:24
position 164:14
  171:18 179:13,16
  239:15,18
possession 188:25
  189:8
postgraduate 159:8
potential 165:16
power 225:6
practice 184:20,23
  240:6
practicing 201:11
prayed 170:10
preparation 208:25
  209:4,8 229:25
  230:4,11 232:23
  232:25 238:17
prepare 147:2
  159:15 208:18
  210:19
prepared 208:23
  212:14 222:23
prepares 220:2
present 142:12
  212:16
presented 165:15
  177:12 178:15
President 150:23
  159:15,23 227:3,7
  227:8,10
pressurize 167:21

**Pretty** 221:13
**previously** 144:8
**price** 189:4,6,9
**priest** 164:22
**primary** 186:13
190:12
**principal** 187:16
216:15
**principally** 177:9
**principle** 187:7
188:21 190:16
**principles** 163:23
164:3,4 186:6,7
186:10,12 188:19
209:23 213:8
226:11
**prior** 181:9,13
230:16 232:22,25
238:17
**procedures** 225:11
**products** 156:19
182:6,8 201:7
215:3 222:21
**professor** 154:19
155:15 157:23,25
164:11,11 199:8
199:12 200:15
221:19
**profit** 182:21 186:9
186:25 187:14,25
200:5,8 216:15,25
216:25
**profits** 179:2
**prohibited** 189:21
190:8 194:23
**prohibition** 188:13
188:15 190:9
**prohibits** 166:11
191:6
**project** 187:8,9,13
187:24 190:18
200:4
**projects** 158:19,22
**promote** 191:8
198:4 211:18
212:2 216:10
217:9 239:22
**proper** 211:6

**prophet** 161:11,19
162:7,14,22,24,25
163:2,18 164:20
165:4 169:24
170:2,4,7,21,22
188:11 240:5
**proud** 153:16,17
156:7 200:22,25
201:3
**provide** 178:15
181:17 187:12
**provided** 165:23
177:15,20
**public** 160:3
**publication** 238:25
239:6
**purchase** 186:18
**put** 200:5 242:9

---
**Q**
---
**Qaradaghi** 234:2,5
234:9,13,18,19
235:4,7,11,25
**question** 172:4
173:5 178:13
180:13,20,22
181:4 185:7,8,9
185:21 199:19
202:3 204:14
205:12 213:11,17
236:22 239:16
**questioning** 165:18
177:4
**questions** 145:10
165:13 239:13
242:9
**quickly** 147:9
**QUINN** 142:13

---
**R**
---
**R** 141:2
**race** 167:2
**radical** 197:15
216:10
**range** 177:13
**Rashed** 195:13,17
195:18 196:4
**RAYMOND** 142:7
**reached** 164:8

**read** 174:16 175:5
175:19 208:8,21
212:10 214:8
228:3 229:16,20
234:19 242:5
**reading** 185:7,9,20
**real** 164:15 169:5
194:16
**realize** 226:4
**realizing** 185:21
**really** 150:12,13
**reason** 175:14,14
175:17 213:6
240:10 244:4,8,10
244:12,14,16,18
244:20,22
**reasons** 168:18
**recall** 181:19,20,23
183:6 184:9
196:25 209:6
**receive** 186:20
195:4
**received** 195:9
**receiving** 206:17
**recipients** 219:6
**recognized** 156:15
**recommend** 215:14
**recommended**
222:14
**record** 176:22
177:2,4 207:9,13
212:20 225:21,24
241:6,18 242:8
243:8 244:5
**refer** 148:17
179:24
**reference** 226:13
**referred** 191:15
222:17
**referring** 145:23
146:4 220:20
**reframe** 213:22
**regard** 165:17,20
**regarded** 159:3
**regarding** 144:4
**regardless** 166:25
**regulations** 163:17
**reiterate** 178:12

**reject** 193:22,25
**related** 165:22
195:17 223:24
229:17,21 230:14
243:11
**relationship** 183:13
**relative** 243:13
**relevance** 171:16
**relevant** 190:3
**relied** 178:2
**religion** 160:25,25
161:7 163:7,24
164:5 165:22
167:2,13,24 168:6
168:6,9 174:6
178:16
**religions** 174:8
**religious** 164:9,23
171:12
**remain** 151:7,12
157:20
**remember** 149:16
149:20,22,24,24
153:18 159:17
160:20 184:8
196:3,20 208:3
220:10,10,11,25
221:11
**removal** 225:8
**remove** 225:7,14
233:20
**rent** 189:12,12,14
**repeat** 236:20
**repeated** 175:15
**repeatedly** 175:11
**rephrase** 145:11
**report** 209:25
210:11,23 218:2
218:14,22 224:12
226:6
**reported** 140:24
233:19,22 235:14
235:17
**reporter** 140:14
142:14 205:13
230:9 236:21
243:2,5
**reporter's** 172:3

**reporting** 218:9
**reports** 210:9,19,22
218:18,20
**represent** 157:11
**representatives**
165:8
**Republic** 159:14
**request** 160:10
177:19
**requested** 227:7
**requires** 191:7
**research** 160:23
165:6
**researched** 184:21
**reserve** 166:2
178:21
**reserving** 177:18
**residential** 149:7
**response** 178:11
238:24 239:5
**responses** 242:9
**responsibilities**
157:8
**responsible** 169:3,3
169:4,4 170:16
**result** 173:2
**retained** 216:24
**return** 155:10
187:23
**revealed** 162:7
163:18 188:10
**review** 191:23
194:2 210:12,15
213:14 215:16
238:14,15
**reviewed** 230:13
**reviewing** 193:21
**RICE** 141:12
**right** 147:5 177:19
180:23
**rights** 161:17,18,23
**risk** 187:19,19,24
190:14,15,20
191:7,7 200:8
**ROBERT** 141:15
**role** 163:10 183:2
183:12 191:12,14
201:17 202:6

203:17,20 207:15
215:10 218:8
224:17 226:24
229:14
**roles** 181:11 201:19
**Roman** 223:25
224:2,6
**roots** 168:17,19
169:6
**ROSSI** 142:15
**rules** 163:16
166:13 213:8
**run** 160:6

**S**

**S** 141:2
**Saeed** 196:5,11,14
196:17,23 197:6,9
197:14,19,23
**sake** 172:3
**salary** 160:12
170:19
**sale** 189:10
**satisfied** 218:25
**Saudi** 159:8 226:22
**saving** 186:22,22
**Sayeed** 194:12,13
**sayings** 162:13
**says** 166:24 171:14
**SC** 141:14
**scholar** 160:14,16
163:11,22 164:8
164:13 171:13
229:11 231:13
**scholars** 161:14
165:8 166:14
**scholarship** 148:10
177:13 178:20
**school** 146:14,18
147:14,15,18,22
147:25 152:23
153:2,5 195:2
**schools** 145:7
**scope** 177:5,24
**SEAN** 141:8
**second** 180:10
227:8,11,13 230:8
**seconded** 158:24

159:7,10,13,18,20
159:22,23 226:20
**see** 155:7 170:9
185:12
**seek** 173:9,14,16
190:19 211:18
212:5 216:6,10
**seeking** 179:6
211:12
**seen** 195:14,16,22
195:23 238:19,22
**selected** 183:21
**selecting** 215:10
219:6 224:17
**selection** 225:4
**selects** 224:20,23
**sell** 188:23,24
189:4
**seller** 189:6
**sense** 164:16
202:17
**sent** 163:3,5,7
**separate** 178:17
**September** 140:7
144:4 171:21
172:6,12,17 173:2
173:9
**serious** 182:19
**serve** 160:2 184:2,6
204:19 227:17
232:7
**served** 181:5 204:8
204:13,17,23,25
205:3,8,15,22
206:3 223:10
232:11 234:12,17
**services** 159:24,24
227:8,11
**serving** 219:25
220:3 233:16
235:11,24
**set** 189:15
**share** 187:2
**shareholder** 202:18
**shareholders**
186:24 202:24
210:19,24 216:20
216:22 218:2,4,15

218:20,23 224:12
**shareholding**
202:25
**shariah** 146:3,4
163:12,13,14
164:13 165:17
177:9 179:17,20
179:25,25 180:5
180:15 181:6,10
181:14 184:11,15
184:22 188:7,9,10
188:15 189:3
191:12,16,19,22
193:12,14 200:22
201:14,21 204:9
204:17,24 205:9
205:16,22 206:4
207:15,17,25
208:6,11,14,25
209:13,18,19,23
209:24 210:2,4,5
210:6,7,9,12,13
210:15,16,18,25
211:2,3,5,7,11,12
211:14,17 212:2,5
212:12 213:2,5,12
213:15,20 214:2,8
214:13 215:9,13
215:16,19 217:9
218:3,8,15,19,25
219:5,12,12,13,18
219:19,23,25
220:3,3,5,11,17
220:18 221:6
222:22 223:3
224:11,11,16,18
224:21,24 225:4,8
225:14,17 226:6
226:11 232:5,8
233:23 234:6,9,13
234:18 235:12
236:2
**sharing** 187:19
190:14 191:7
**Sheikh** 194:12,13
195:13,17,18
196:4,5,11,14,17
196:23 197:5,9,14

197:19,23 229:6,9
229:13,16,20
230:13,18 231:19
**shifting** 187:20
190:15 191:8
**short** 169:2 176:24
188:2 189:2
207:10 225:23
241:8
**show** 238:6
**side** 187:3
**sign** 212:22,23
**Signed** 242:15
243:22
**signing** 195:18
**similar** 162:9
198:24 217:3
**simple** 171:5
172:23 177:10
**simultaneous**
205:14
**simultaneously**
147:24 148:2,9
205:7
**sit** 212:21
**size** 201:25 202:4
**skill** 243:9
**society** 153:22
195:3
**soldiers** 229:22
**sole** 183:15,24
184:2,6
**solicited** 177:6
**solution** 169:5
**somebody** 171:13
237:21
**son** 150:7 152:3
170:9,9
**son's** 150:8
**sons** 166:25
**sorry** 172:2 180:9
213:25 230:7
**sought** 173:8
176:15 240:8,12
**soul** 170:24
**souls** 170:21
**source** 163:19,20
**speak** 185:4

**speaking** 171:13
**specie** 192:13
**specific** 192:11,12
**spend** 150:22
**spent** 148:17
200:20
**spoke** 177:6
**spread** 167:10
201:7
**Stamp** 238:12
**stands** 164:15
170:22
**start** 147:7 192:18
194:7,10 195:5,22
204:14 212:17
219:15 220:6
231:17 237:19
241:10,12
**started** 146:16,22
199:15 203:21
220:13
**state** 159:16 164:19
170:16 177:4
233:10
**statement** 177:25
242:6
**statements** 234:14
234:19
**states** 140:3 145:8
146:15 148:11
152:23 153:2,5,10
153:11,12,23
154:2,22 155:5,8
168:11 203:11,15
**stay** 221:21
**Stenograph** 243:6
**steps** 238:24 239:4
**Steve** 165:12 177:3
178:11 212:8
231:8
**STEVEN** 142:6
**stop** 189:12
**Street** 141:6 149:25
150:2,6
**strike** 165:11
169:10 171:3
174:10 188:5
191:3 211:24

striving 153:10
strong 220:16
  221:12 240:18
structure 147:2
structured 222:20
student 149:9,13
students 221:20,20
  222:2
studied 145:7
  146:11,13,14
  148:12 164:14
  166:4 168:22
  198:22,23 223:21
studies 159:2,3,4,9
  166:8
study 148:11 187:8
studying 146:16
subject 178:17
  189:10 212:14
  222:12,13
subjects 165:22
  177:15 222:15
submits 218:19
submitted 191:15
  193:12,14 208:9
  210:23 211:2,10
  212:18 218:22
  220:2
suffering 237:5
sufficient 168:24
  170:19
suggest 203:14
suggesting 171:12
suicide 233:6
sukuk 222:14,21,24
  223:6
summarize 210:25
Sunnah 161:11,18
  162:4,12,13 164:6
  240:5
supervise 210:6
  221:25
Supervision 179:18
  180:19
Supervisory 146:5
  179:20,25 180:5
  180:15,18
support 176:18

197:20,24
supported 230:18
  235:5,8,12 236:3
sure 145:12,22
  154:7 162:3
  176:21 182:25
  190:5 191:14
  192:3 199:6
  202:20 205:12
  207:6 209:21
  212:11 213:11
  214:10,15,16
  218:13 220:7
  225:20 226:3
  230:10 239:23
  241:5
sworn 144:8,19
  243:6
systems 146:10

                 T
take 144:14 157:18
  158:18 170:17
  176:20 183:7
  184:10,14 186:11
  207:5 225:19
  235:15 238:2,14
  239:5,15,18
  240:20,22 241:3
taken 140:14
  158:14 212:20
  240:18 243:12
Taliban 176:13,16
  176:18
talk 147:5 148:16
  160:24 191:18
  219:11 224:15
talked 163:10
  196:4 214:17
  236:8
talking 168:20
  203:8 220:21
tape 207:8,12
  241:17
taught 154:21
  222:4,7
teach 154:19
  221:23,25 222:10

227:21
teacher 155:15
  157:19,20 158:2,3
teaching 222:11,24
technical 210:8
technically 210:9
tell 144:18,21
  164:20 195:18
  199:23 228:6
  235:4,7 236:2
  237:10,15
telling 170:15
tenure 191:21
  212:9
term 146:3 193:9
terminates 189:13
  189:14
terminology 224:6
terms 145:22
  162:23 219:2
terrorism 168:16
  168:21 197:20
  198:4 211:18
  236:3 237:22
  239:15,19,22
  240:25 241:2
terrorist 140:7
  144:5 169:12,15
  171:21,24 172:5
  172:11,16 173:2,8
  173:10,15,24,25
  174:2,15 175:6,13
  175:18,21 236:14
  236:17,19,24
  237:3,15
terrorists 168:25
  175:25 176:6,8
  198:8 237:12
  238:11 240:12,17
testified 144:9
  180:17 200:20
  227:14
testimony 165:16
  165:24 177:5,18
  177:21,25 178:8
  178:15,18,19
  180:24 191:4
  205:21 230:5

Thank 144:16
  145:12 182:23
  184:24 241:3
Thanks 144:13
theoretically
  182:17
theory 182:19
thereof 243:8
thing 163:12
  172:11 189:8
things 147:6
  150:15 158:15
  162:2 188:3
think 154:12 178:7
  184:9 190:18
  194:24 205:19
  207:20,21 208:16
  213:6,13,18 214:4
  214:11,20 220:14
  221:2 223:16
  227:14
thinking 190:23
third 231:24
thirsty 161:21
thought 185:8,11
  228:21
thoughts 228:10,16
three 183:6 220:13
till 157:22 168:11
time 144:14 147:24
  148:3,17 150:10
  150:20 158:25
  160:9 166:3
  176:11 184:19
  185:24 191:21
  192:3 198:2
  199:13 204:19,19
  205:3,7,23 207:23
  220:8,12,20
  222:16 232:10
  234:8 238:15
timely 185:18
times 154:25 155:3
  158:16,20 159:19
  175:11,15 177:24
  196:19,23,25
  197:5 238:10,20
  239:6

title 188:25
today 144:15
  145:22 146:3
  147:7 157:20
  173:6,20 177:6
  178:8 202:8
  207:24 214:18
  230:5,12 232:23
  232:25 241:10
today's 238:18
told 165:14 170:22
  178:4 198:2,6
  200:14
tomorrow 241:11
  241:12
topic 184:17
  218:16 222:23
  226:3,7
topics 178:4 181:23
  211:6 214:24
  222:10
total 152:11,14
  189:11,12
touch 176:10
train 181:25
trained 181:20,24
  202:5
training 145:5
  181:15,17 182:12
  183:3,7,10 196:9
  198:16 202:2
transactions 190:3
  203:6 209:21,22
  215:2
transcribed 243:9
transcript 185:17
  185:25 242:8
  243:8
transcription 244:7
transparent 194:3
traveled 154:24
traveling 155:4
  239:11
treat 215:20
treated 166:17,19
tried 153:12 173:24
  175:2 199:4
Tritian 170:18

troops 230:25
true 175:12 242:8
    243:8
trust 161:24
truth 144:18,21,23
    144:25 145:2
try 147:5 156:25
    157:3 173:25
    207:14 230:9
trying 153:23
    167:9 223:2
turned 147:11
Turning 224:10
    231:24
two 152:3 178:6
    200:21 201:19
    207:12 216:14
    220:10,12,19
    221:17 222:15
    235:20 241:17
type 230:9

**U**

UAE 202:13 207:3
UK 140:15 155:25
    156:4 239:11
understand 144:17
    145:3,9,14,15,24
    157:4 162:4
    165:18 183:2
    191:4 205:17,21
    207:15
understanding
    145:18 157:2
    171:17 213:3,15
    213:19
understood 213:11
    226:4
undistributed
    216:25
unfamiliar 214:17
United 140:3 145:8
    146:15 148:11
    152:23 153:2,5,10
    153:11,12,23
    154:2,22 155:4,8
    179:10 202:15,22
    203:4,9,10,11,15

universe 240:25
universities 148:2
    148:8
university 146:12
    146:13,17,18,20
    147:17,21 148:3,4
    148:5,7,14,14,18
    149:7 150:21,23
    155:14,14,22,24
    155:25 156:4
    157:19,21 158:4
    158:10,11,14,19
    159:11 160:3,4
    195:3 221:19,24
    222:4,7,15,16
    226:20,22,23,25
    227:5,10,11,20
upset 169:11
use 146:3 189:12
    227:13 233:9
utilize 187:3

**V**

valuable 186:10
values 174:7,7,8
    190:17
various 159:20
verse 166:24
version 197:15
versions 161:12
Vice 227:2,4
video 207:8,12
VIDEOGRAPH...
    142:15 144:2
    176:22,25 207:7
    207:11 225:21,24
    241:6,16
Videotaped 140:13
view 166:7,8,16
    171:18 185:12
    217:12,15 229:24
    231:15 233:5,8,12
    236:16,23 239:21
views 165:21 166:4
    177:14 231:9,19
    232:15,19,22
    233:3
village 150:16

violation 164:16
violence 161:15
    164:14 166:5,8,11
    167:10 177:14
    197:24 212:2
    217:9 229:18
    230:14,18 231:20
    233:3,9,13,17
    234:15,20 236:3
    239:15,18
violent 235:12
visiting 154:19
Volume 140:13
volunteer 146:25

**W**

wait 172:3
want 145:22 147:5
    151:2,4 153:20
    155:7,17 162:3
    165:13 168:2
    177:4 182:25
    185:22,25 186:11
    186:21 187:9
    190:18 207:14
    218:13 219:11
    224:15 226:2
    231:12 241:10
wanted 198:3
wants 156:18
    167:25
war 164:18 176:11
    215:5
Warren 149:25
    150:2,6
Washington 142:5
water 161:20
way 153:9,14,20
    156:16,17,18
    158:7 163:21
    173:9,14,18,25
    175:3 176:6
    192:18 193:8
    196:16 202:7,20
    203:3 204:15
    205:20 213:24
    218:7,12 219:15
    236:4

wealth 216:15
weekend 150:20,22
    150:22
weekends 150:24
weeks 222:8
went 147:21 152:25
    155:11 170:4,9
whatsoever 171:16
wheeling 241:14
Whosoever 168:2
wife 150:7,13,21
    151:6,7,16 154:14
    154:15
wife's 151:8
WILLIAMS
    140:14,24 142:14
    243:4,23
withdraw 185:10
    185:12
withdrawing 185:7
witness 165:14,15
    178:14,14 185:23
    242:2,4 244:3
women 164:23
    215:20
word 161:3 162:6
    167:24 227:13
words 145:13,14,16
    145:17 220:23
work 155:16 157:3
    186:17 187:18
    209:8 210:25
    212:12 214:23
    219:18,22 221:16
    221:18,18,20
worked 157:13,15
    173:23 206:7
working 160:9
    200:21 221:15
world 146:11 165:8
    169:5,7,12 175:11
    175:17 198:12,19
    201:8 204:7
    211:22 237:5
    241:2
write 147:2
writing 193:15,16
    233:17

writings 177:17
    228:10,16 229:17
    229:21 230:14
written 164:17
    165:6 166:20
    192:25 193:4

**X**

X 143:2

**Y**

year 147:13 149:2
    149:14 183:25
    184:5 216:16
    217:21,24
years 148:4,7
    196:14 199:5,5
    221:2,4 240:11
yesterday 144:19
    238:14
York 140:4 148:18
    150:17 153:25
    154:25 155:11
    238:10,20 239:6
Yousef 229:7,9
    230:18
Yusef 229:13,17,21
    230:13 231:19

**Z**

zakat 216:12,13,22
    216:23,24 217:2,3
    217:7,8,12,16,20
    217:23 218:3,9,16
    218:21 219:6
    226:7,9 233:13

**0**

03 140:5

**1**

1 244:5
10 161:17 221:2,4
10:33 207:9
10:56 207:13
11 140:7 144:4
    151:17 171:21
    172:6,12,17 173:2
    173:9 221:2,4

238:7,20 239:7
**11:26** 225:22
**11:52** 225:25
**12** 221:2,4
**12:15** 241:7
**12:27** 241:18
**127593** 140:25
**14** 167:23 168:10
168:25 243:24
**144** 143:4
**15** 208:20
**1570** 140:5
**1650** 141:6
**19103** 141:7
**1954** 147:19
**1956** 151:11
**1964** 149:18,19
**1975** 198:11
**1976** 181:21,24
182:13 183:4,13
196:10 198:17
202:2,5,8
**1976/77** 181:19
**1977** 181:21,24
182:13 183:4
196:10 198:17
202:2,5,9
**1978** 223:16
**1990** 154:8
**1990s** 154:9
**1998** 180:8 181:7
183:14 184:13,16
207:19 209:6
213:2,13,21 214:3
214:12 220:21
**1999** 207:22,24
238:8,21,25

---
**2**
---
**2** 140:13,15 144:5
150:20 199:5
222:8 238:12
242:9 244:6
**2.5** 217:20,20
**20** 205:8,16,22
206:4,7
**20/25** 204:20 205:4
**2000** 154:8

**20001** 142:5
**2001** 140:7 144:4
171:21 172:6,12
173:3,9 214:12
**2005** 221:9
**2007** 221:9
**2015** 178:7
**2017** 140:15 144:5
230:4,12,16
232:23 233:2
238:18 242:10
243:24
**21** 177:7
**25** 147:10 205:8,16
205:22 206:4,8
**28** 141:13
**29464** 141:14

---
**3**
---
**3** 199:5 244:7
**361** 149:25

---
**4**
---
**4** 148:4,7 208:16
**400** 160:21
**44** 152:16,17,19

---
**5**
---
**5** 208:16
**500** 221:20
**51** 142:4
**54** 147:15,16
**59** 147:17

---
**6**
---
**64** 149:20

---
**7**
---
**7** 238:9
**78/79** 184:9 223:16

---
**8**
---
**8** 238:8,21
**8:30** 140:16
**8:42** 144:6
**842** 238:13
**85** 147:10,11
221:13

---
**9**
---
**9/11** 173:10,15,24
174:2
**9:26** 176:23
**9:47** 177:2