# EXHIBIT 9

Page 245

1           DR. HUSSEIN HAMID HASSAN

2           UNITED STATES DISTRICT COURT

3             DISTRICT OF NEW YORK

4                    03-MDL-1570 (GBD) ECF CASE

5     ---------------------------------------------------

6     In re Terrorist Attacks on September 11, 2001

7     ---------------------------------------------------

8

9

10

11

12    Videotaped Deposition of DR. HUSSEIN HAMID HASSAN, Volume 3,

13    taken by AILSA WILLIAMS, Certified Court Reporter, held at

14    the offices of Jones Day LLP, London, UK, on 3 August, 2017

15                    at 8:30 am

16

17

18

19

20

21

22

23

24

25    Job No. 127594

## Page 246

DR. HUSSEIN HAMID HASSAN
A P P E A R A N C E S:
For the Plaintiff:
COZEN O'CONNOR
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
BY: SEAN CARTER

MOTLEY RICE
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
BY: ROBERT HAEFELE

## Page 247

DR. HUSSEIN HAMID HASSAN
Attorneys for the Defendants:
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
BY: STEVEN COTTREAU
RAYMOND JACKSON

ALSO PRESENT:
JUAN MORILLO:  QUINN EMANUEL
COURT REPORTER:  AILSA WILLIAMS
VIDEOGRAPHER:  SIMON ADDINSELL

## Page 248

DR. HUSSEIN HAMID HASSAN
I N D E X
HUSSEIN HAMID HASSAN

EXAMINATION BY MR. CARTER:  Pg. 250
EXAMINATION BY MR. HAEFELE:  Pg. 318
INDEX OF EXHIBITS

Exhibit 16 Web pages, . ... ... ... ... ... ... 255
     www.hussein-hamid.com
Exhibit 17 Study prepared by Dr. .. ... ... ... 256
     Hassan

Exhibit 18 Excerpt from The 9/11 ... ... ... ... 263
     Commission Report
Exhibit 19 Document in Arabic,  ... ... ... ... ... 268
     FED-PEC0233091-93

Exhibit 20 "Muslim Jurists of . ... ... ... ... ... 269
     America: Support for
     Resistance Necessary"

## Page 249

DR. HUSSEIN HAMID HASSAN
THE VIDEOGRAPHER:  This is the beginning of DVD one in volume 3 of the deposition of Dr. Hussein Hamid Hassan.  This matter is in Re terrorist attacks on September 11, 2001.  This is in the United States District Court, Southern District of New York.  The case number is 03 MDL1570 (GBD) ECF CASE.

Today's date is 3 August 2017 and the time is 8:40 am.  The deposition is taking place at the offices of Jones Day in London.

The court reporter is Ailsa Williams, the videographer Simon Addinsell, both with TSG Reporting.  Could counsel please introduce themselves and state who they are representing today, please.

MR. CARTER:  Sean Carter, Cozen O'Connor, on behalf of plaintiffs.

MR. HAEFELE:  Robert Haefele from Motley Rice on behalf of plaintiffs.

MR. COTTREAU:  Stephen T. Cottreau, on behalf of Dubai Islamic Bank, and with me today are Ray Jackson, also of Jones Day, and Juan Morillo of Quinn Emanuel.

THE VIDEOGRAPHER:  The witness has been

DR. HUSSEIN HAMID HASSAN

sworn in on this case. So are you happy with that?

THE WITNESS: Dr. Hussein Hamid Hassan.

THE VIDEOGRAPHER: You are on the record. It is 8:40. Please begin.

DR. HUSSEIN HAMID HASSAN
Having been previously sworn
Testified as follows,

EXAMINATION BY MR. CARTER:

MR. CARTER: Good morning, Dr. Hassan.

A. Good morning.

Q. We are here today for the continuation of your testimony in this case. Do you understand that you remain under oath?

A. Yes.

Q. And pursuant to the oath you took the other day, you promise to tell the truth and the whole truth?

A. Yes.

Q. During your questioning by Mr. Cottreau yesterday, you provided some testimony concerning Islam.

A. Yes.

Q. And you were very adamant in that

DR. HUSSEIN HAMID HASSAN

testimony that Islam is a religion of peace. Do you recall that?

A. Yes.

Q. You also discussed a bit the problem of terrorism and the need to get to the root cause of that problem. Do you recall that?

A. Yes.

Q. Can we agree at the outset that with regard to those subjects we are talking about some complicated issues?

A. Again?

Q. Can we agree that with regard to those subjects we are talking about some complicated issues?

A. Yes.

Q. And let's take something like the word "Islam" itself, just to begin with. Do you recall yesterday you testified that the literal meaning of Islam is peace. Do you remember that?

A. Yes.

Q. Are there some interpreters who suggest that a more accurate interpretation is perhaps "submission to Allah"?

A. It is the same, I mean peace and

DR. HUSSEIN HAMID HASSAN

submission to Allah, will, to Allah's will.

Q. Submission to Allah's will being another way of saying peace?

A. Yes.

Q. And when we are talking about Islam, am I correct that there are actually different branches of Islam?

A. Islam covers all aspects of life, of its followers.

Q. I was asking a bit of a different question. Are there different branches of Islam? For instance, is there a Sunni Islam and then a separate branch called Shia Islam?

A. Yes.

Q. And within those different branches of Islam, do we also have different sects and schools of thought?

A. Yes.

Q. And within those different sects and within those different schools of thought, do we then have scholars who offer opinions concerning the proper interpretation of the Koran and the Sunnah?

A. Yes.

DR. HUSSEIN HAMID HASSAN

Q. And there is not universal agreement among those scholars about the proper interpretation of the Koran and the Sunnah, is there?

A. There are a lot of principles which are unanimously agreed by all kinds of schools of thoughts, we call it Ijma, unanimous agreed principles. Allah is one, prayer is compulsory obligation, zakat, fasting. There are many, many principles, Islamic principles which are common, agreed abroad by all scholars of all Muslim schools, and if one denies one of these basic fundamental principles, he is not to be considered a Muslim, means he goes out of Islam.

Q. So, setting aside the areas where there is this universal agreement, in your view, there are matters as to which there is disagreement among scholars?

A. Yes.

Q. For instance, even with regard to something like the nature of the state of relations between Islam and the non-Islamic world, there might be some disagreement?

A. If you go to the interpretation,

DR. HUSSEIN HAMID HASSAN

some scholars may misunderstand, interpret wrongly
the texts of the Koran and the Sunnah relating to
this issue, the relation between Muslims and
non-Muslims, but if you go by the majority of
schools of thoughts, during the 14 centuries, they
agree that the relation between Muslims and
non-Muslims is based on brotherhood, and that sole
protection of human rights are agreed between
Muslims of all thoughts, of all schools of all
sorts.

Q.  But there are scholars who have
a different view of that issue, are there not?

A.  Yes, you may have.

Q.  During testimony the other day, we
discussed some of the work you have done with the
Muslim World League and the Fiqh Council in Saudi
Arabia.  Do you recall that?

A.  Yes.

Q.  We also discussed that there is
a website that your son-in-law created, that is
essentially a bit of a biography of you.  Is that
correct?

A.  Yes.

Q.  I think you told me that the

DR. HUSSEIN HAMID HASSAN

materials on that website are accurate?

A.  Yes.

Q.  I am going to show you a document we
are going to mark as Exhibit 16.

(Exhibit 16 marked for identification)

I will just ask you to look at that.  It is
a paper that we pulled from the website, Hussein Hassan?

A.  Yes.

Q.  I just ask if you are familiar with
that and can identify it?

A.  Yes, this is my paper.

Q.  That is a paper that you authored?

A.  Yes.

Q.  What is the title of that paper?

A.  This, I tried to explain the
relation between Muslims and non-Muslims at the
days of peace and the days of war.  And
I presented different views of the scholars and
their own arguments and their opinions.  This is
the content of the paper.

Q.  And was this paper prepared for
a conference held by the Muslim World League
in May 2002?

A.  Yes.

DR. HUSSEIN HAMID HASSAN

Q.  Was that conference held in Mecca,
Saudi Arabia?

A.  Yes.

Q.  Did other scholars submit papers for
that conference?

A.  Yes, representatives of almost all
Muslim countries.

Q.  Did other scholars submit papers on
this same subject?

A.  Yes.

Q.  I am going to mark as Exhibit 17 an
English language translation of the paper that we
received early this morning.

(Exhibit 17 marked for identification.)

I am going to ask you some questions about the
paper, based on the English translation.  Dr. Hassan, in the
paper you author concerning the different views on the
relationship between Islam and the non-Muslim world, you
have a discussion in chapter 1 about the basis for the
relationship between Muslims and others.  I believe that
begins on page 4.  They are not numbered.  You are just
going to have to page to page 4.

MR. COTTREAU:  You can feel free to use
the Arabic, whatever you feel more comfortable

DR. HUSSEIN HAMID HASSAN

with.

MR. CARTER:  You have arrived at the
page?

A.  In the English version?

Q.  In the English version.

A.  Yes.

Q.  Within that section of your paper,
you state that:

"Some of the interpreters and commentators on the
Haziz and Fiqh jurisprudence, both ancient and modern, see
the relationship between Muslims and others as being a state
of war.  My opinion is to adhere to some recent writings on
the international relationships in Islam.  This opinion
holds that Jihad is an obligation that remains in effect
until the day of judgment.  Muslims must engage in Jihad for
the sake of Allah until the word of Allah is supreme and the
word of the unbelievers is subservient.  This occurs
according to the capabilities of the Islamic state, since
one is assigned according to their capability and according
to its higher interest, according to those in authority.
This means that the Islamic state needs no legal
justification to wage war about that which serves its
interests within its capabilities.  The principle does not
require evidence to justify war."

## Page 258

DR. HUSSEIN HAMID HASSAN

1  Do you see that?
2  A. Yes.
3  Q. Are you presenting there the views
4  of certain scholars who have opined on the subject
5  of the nature of the relationship between Islam
6  and the non-Muslim world?
7  A. Yes.
8  Q. Based on what you wrote there, do
9  you agree that there are, unfortunately, some
10  scholars who believe that the nature of the
11  relationship between the Muslim world and the
12  non-Muslim world is a state of war?
13  A. Yes.
14  Q. And do you also agree that some of
15  those scholars have advocated violence and
16  aggression against non-Muslims based on their
17  interpretations?
18  A. I don't know if they -- this is
19  theoretical. This is research. Practice is
20  different, if the scholars themselves are inviting
21  for this violation or not, but this is written
22  research. I quote their opinions but I am not
23  following their own actions or opinions. If they
24  are really practicing that in life, calling the

## Page 259

DR. HUSSEIN HAMID HASSAN

1  others, inviting the others, I didn't know.
2  Q. Just as a matter of paying attention
3  to current events, are you aware whether there are
4  any Islamic scholars who have called for violence
5  against the United States?
6  A. No.
7  Q. Do you know whether there are any
8  Islamic scholars who have called for violence
9  against Jews?
10  A. Before this preparation, I didn't
11  know.
12  Q. Do you know whether any Islamic
13  scholars have sought to justify suicide bombings
14  based on their interpretations of Islam?
15  A. No, I didn't know before.
16  Q. Do you know whether some Islamic
17  scholars have sought to justify acts of aggression
18  against civilians in the name of Islam?
19  A. I didn't know.
20  Q. You have been an Islamic scholar for
21  almost the entirety of your life, correct?
22  A. Again, please.
23  Q. You have been an Islamic scholar for
24  almost the entirety of your life, correct?

## Page 260

DR. HUSSEIN HAMID HASSAN

1  A. Again, please, reframe the question.
2  Q. Have you been an Islamic scholar for
3  many years?
4  A. Yes.
5  Q. As an Islamic scholar, have you
6  followed the writings and statements of other
7  Islamic scholars?
8  A. Almost. Almost, not necessarily,
9  but I am reading all materials written about the
10  topic.
11  Q. You don't recall ever having seen in
12  the media or anywhere else someone who claimed to
13  be an Islamic scholar calling for violence against
14  the United States?
15  A. No.
16  Q. You told Mr. Cottreau, during his
17  questioning of you, that you were familiar with
18  Alqaeda, from the media, correct?
19  A. Yes, from the media.
20  Q. From what you know about Alqaeda in
21  the media, you told him you thought it was
22  a terrorist organization, correct?
23  A. Correct.
24  Q. And you told him that you knew who

## Page 261

DR. HUSSEIN HAMID HASSAN

1  Osama Bin Laden was, correct?
2  A. Yes.
3  Q. And you felt that Bin Laden was
4  a terrorist, correct?
5  A. Again?
6  Q. You also told Mr. Cottreau in your
7  testimony that you thought that Bin Laden was
8  a terrorist?
9  A. Who?
10  Q. You testified that Osama Bin Laden
11  was a terrorist?
12  A. Yes.
13  Q. Are you aware, from what you have
14  read in the media, that Alqaeda was responsible
15  for the September 11 attacks?
16  A. Yes.
17  Q. Are you aware from what you have
18  read in the media that Alqaeda was responsible for
19  the bombings in 1998 of the US embassies in Kenya
20  and Tanzania?
21  A. Yes, from the media.
22  Q. Do you happen to know whether
23  Alqaeda seeks to justify its acts of violence,
24  based on teachings of Islamic scholars?

DR. HUSSEIN HAMID HASSAN

1
2      A.  No, I didn't know.
3      Q.  Do you know whether Alqaeda claims
4  itself to be an Islamic organization?
5      A.  Again?
6      Q.  Do you know whether Alqaeda claims
7  itself to be an Islamic organization?
8      A.  Yes, from media, I came to know they
9  claim.
10      Q.  But you are unaware that Alqaeda has
11  sought to justify its actions in the name of
12  Islam?
13      A.  I didn't know.
14      Q.  Are you familiar from what you have
15  heard in the media of an entity called "The 9/11
16  Commission"?
17      A.  Again?
18      Q.  Do you know what The 9/11 Commission
19  was?
20      A.  No.
21      Q.  You are unaware of a US
22  investigation into the September 11 attacks called
23  The 9/11 Commission?
24      A.  No.
25      Q.  I just want to mark a document as

DR. HUSSEIN HAMID HASSAN

1
2  Exhibit 18.
3          (Exhibit 18 marked for identification)
4      Dr. Hassan, the document I have marked as
5  Exhibit 18 is a page from a report that was produced by
6  Dubai Islamic Bank in discovery, and the report was authored
7  by an entity called The 9/11 Commission, which was a US
8  Government appointed commission to investigate the root
9  causes of the September 11 attacks and related issues.  It
10  was produced by Dubai Islamic Bank at Bates DIB -- this page
11  was produced at DIB000380.  I would like to draw your
12  attention about midway down the page.  There is a paragraph
13  that says:
14      "As we mentioned in chapter 2, Osama Bin
15  Laden, and other Islamist terrorist leaders, draw on
16  a long tradition of extreme intolerance within one
17  stream of Islam, (a minority tradition), from at least
18  Ibn Taimiyyah through the founders of Wahhabism,
19  through the Muslim brotherhood, to Sayyid Qutb.  That
20  stream is motivated by religion and does not
21  distinguish politics from religion, thus distorting
22  both."
23      Do you see that language?
24      A.  Yes.
25      Q.  Have you ever received or heard

DR. HUSSEIN HAMID HASSAN

1
2  information indicating that Osama Bin Laden
3  justified his actions based on views expressed by
4  scholars like Ibn Taimiyyah or Sayyid Qutb?
5      A.  I haven't got this information, just
6  before that.
7      Q.  Are you familiar with a scholar of
8  Islam named Ibn Taimiyyah?
9      A.  Yes.
10      Q.  In fact, I think you cite him
11  a number of times in your paper that you submitted
12  to the Muslim World League?
13      A.  He is a great scholar.
14      Q.  Do you view him to be a moderate?
15      A.  I think, in my opinion, he is
16  moderate compared with those who are calling for
17  violence.  He never in his writings called --
18  invited for violence, to my knowledge.
19      Q.  To your knowledge, did he ever
20  express any views that could be perceived as
21  intolerant to non-Muslims?
22      A.  No.
23      Q.  Are you familiar with Sayyid Qutb?
24      A.  Again?  The name again?
25      Q.  I apologize, my pronunciation of

DR. HUSSEIN HAMID HASSAN

1
2  Arabic names is not very good.
3      A.  No, I am sorry, because my hearing.
4  If I am asking you to repeat, forgive me.
5      Q.  Are you familiar with a scholar of
6  Islam named Sayyid Qutb?
7      A.  Yes, from media.
8      Q.  Is he Egyptian?
9      A.  He is Egyptian.
10      Q.  Was he a prominent scholar during
11  your lifetime?
12      A.  No, he was not.
13      Q.  Was he before your lifetime?
14      A.  No, he was not.
15      Q.  You don't recall having read any of
16  his writings?
17      A.  No, I didn't.
18      Q.  You mentioned that you were aware of
19  the Alqaeda organization.  Are you also aware of
20  an organization called Hamas?
21      A.  Yes, from media.
22      Q.  Do you believe from what you know
23  about Hamas from the media that it is a terrorist
24  organization?
25      A.  I believe it.

Page 266

DR. HUSSEIN HAMID HASSAN

1
2  Q.  And from what you know in the media,
3  does Hamas engage in acts of violence?
4  A.  Yes, from media also.
5  Q.  Does Hamas, from what you know in
6  the media, seek to justify its actions in the name
7  of Islam?
8  A.  No.  They never justify.  All these
9  terrorist organizations they just go and do and
10  say "we are for responsible for that".  They never
11  give base or declaration why they have done it.
12  They are doing it like that.
13  Q.  So in your view Hamasa has not
14  sought to justify its actions based in some
15  interpretation of Islam?
16  A.  No, I haven't seen.  I haven't read
17  that they are justifying.
18  Q.  Are you familiar with an
19  organization called Hezbollah?
20  A.  Yes.
21  Q.  Do you believe, based on and what
22  you know about Hezbollah that Hezbollah is
23  a terrorist organization?
24  A.  I believe it.
25  Q.  Does Hezbollah, to your knowledge,

Page 267

DR. HUSSEIN HAMID HASSAN

1
2  engage in acts of violence?
3  A.  Yes, I believe it.
4  Q.  Does Hezbollah claim itself to be an
5  Islamic organization in nature?
6  A.  They claim to be Shia Muslims.  They
7  claim to be Shia Muslims, but I can't combine
8  Islam with violence.  This is my own opinion.  To
9  combine Islam with violence, with terrorists, it
10  is impossible.
11  Q.  Just to unpack that a little,
12  Dr. Hassan, I am not asking whether you agree with
13  these organizations.  Rather, I am asking if you
14  are aware that there are organizations that engage
15  in terrorism and violence and claim to be
16  justified in doing so based in some interpretation
17  of Islam?
18  A.  What I can say, I came to know from
19  media that they are committing violence, but I am
20  not aware if they are justifying -- giving
21  evidences from shariah, from Islam, justifying
22  this evils of terrorism.
23  Q.  Have you ever given any views about
24  the activities of Hezbollah?
25  A.  Never.

Page 268

DR. HUSSEIN HAMID HASSAN

1
2  Q.  Do you know an organization called
3  Islam Online?
4  A.  No.
5  Q.  Do you recall ever having been
6  interviewed by an organization called Islam
7  Online?
8  A.  No, I don't remember.
9  Q.  Are you associated with an entity
10  called the Association Of Muslim Jurists of
11  America?
12  A.  Yes.
13  Q.  Are you the Chair of that
14  organization?
15  A.  Yes.
16  (Exhibit 19 marked for identification)
17  Q.  Dr. Hassan, we have just marked as
18  Exhibit 19 an article from a website, Islam
19  Online.net, which I understand is titled "Muslim
20  Jurists of America Support for Resistance
21  Necessity", which I understand to be an account of
22  an interview conducted by that organization of
23  individuals affiliated with the Assembly of Muslim
24  Jurists of America, and it includes what appears
25  to be statements from an interview of you, or at

Page 269

DR. HUSSEIN HAMID HASSAN

1
2  least what they are purporting to be.  I have
3  marked as Exhibit 20 an English language
4  translation of that document.
5  (Exhibit 20 marked for identification)
6  MR. COTTREAU:  Just one question for
7  you.  Did you produce this to Dubai Islamic Bank
8  as part of your production to us?
9  MR. CARTER:  My understanding is that it
10  was sent to you in the package of materials Scott
11  sent to you before we came here.  It was part of
12  the material that we found in preparation for the
13  deposition.
14  MR. COTTREAU:  I don't believe that we
15  got this document in advance.
16  MR. CARTER:  I apologize, Steve.  We did
17  produce it to you and I am now seeing that it is
18  at FED-PEC 0233091.
19  MR. COTTREAU:  I think most documents
20  that you have produced to Dubai Islamic Bank as
21  part of the litigation have a different Bates
22  number, including "DIB" in the production.
23  MR. HAEFELE:  That means it was produced
24  to everybody.  The "FED-PEC" would have been
25  produced to all defendants.

Page 270

DR. HUSSEIN HAMID HASSAN

1
2     MR. COTTREAU:  Okay.  I will look at the
3  issue, thank you.
4     MR. CARTER:  Have you had a chance to
5  read that document now?
6     A.  These documents I haven't seen
7  before, of course.
8     Q.  Let me ask you a question.  Were you
9  the Chair of the Assembly of Muslim Jurists of
10  America in 2006?
11    A.  2000?
12    Q.  2006?
13    A.  Yes.
14    Q.  Do you know an individual named
15  Dr. Wahbah Al Zoheily?
16    A.  Yes.
17    Q.  Was he the second deputy of the
18  Assembly of Muslim Jurists of America in 2006?
19    A.  Yes.
20    Q.  Do you recall, now having read that
21  document, giving an interview in 2006 on the issue
22  of the Lebanese resistance?
23    A.  Again, the question?
24    Q.  Do you recall having now read that
25  document --

Page 271

DR. HUSSEIN HAMID HASSAN

1
2     A.  Yes.
3     Q.  -- having given an interview in 2006
4  on the issue of the Lebanese resistance?
5     A.  No.
6     Q.  Do you recall ever having given an
7  interview on the issue of the Lebanese resistance?
8     A.  I have never given.
9     Q.  The article purports to quote you as
10  having stated to this outlet that the entire
11  Islamic ummah and all Arabs and free men in the
12  world should push back against aggression and be
13  united in solidarity for the victory of the
14  Lebanese and Palestinians.  The messenger, peace
15  be upon him, worked hand in hand with the infidels
16  and the Jews to demand rights from the oppressors.
17  We in the ummah believe we are advocates for truth
18  and justice, and we defend the vulnerable and
19  every oppressor should be held accountable."
20     Do you see that?
21     A.  Yes, I have seen it but I have never
22  given it to this reporter.
23     Q.  Would you agree that the nature of
24  that statement is political?
25     A.  Is?

Page 272

DR. HUSSEIN HAMID HASSAN

1
2     Q.  Political?
3     A.  The reporter, it is media reporting.
4  It is smell of political, political opinions, but
5  I have never given, this is -- this --
6  I don't know what paper or what newspaper, I don't
7  know, because I am not -- always, all my life,
8  when I became the Chairman of this Assembly of
9  Muslim Jurists of the United States, I have made
10  declaration to determine the relation between
11  Muslims and non-Muslims on brotherhood basis, and
12  in all terrorist evils I -- we have issued
13  a declaration to condemn the terrorist action acts
14  in France, in Canada, in Africa, everywhere.
15  I have this on our side, on our record.  We
16  condemn all kinds of violation, terrorism, and we
17  issue a declaration clear.  These ideas, I am
18  not -- I am sure that I have never given such
19  statements in a newspaper.
20     MR. HAEFELE:  Move to strike as
21  non-responsive.
22     MR. CARTER:  Dr. Hassan, you do agree,
23  though, that at the time the interview reported in this
24  document was alleged to have occurred, in July,
25  2006, that you were the Chair of the Assembly of

Page 273

DR. HUSSEIN HAMID HASSAN

1
2  Muslim Jurists of America, correct?
3     A.  Yes.
4     Q.  You also agree that Dr. Wahbah Al
5  Zoheily, who is identified in this article as also
6  having been interviewed and identified as the
7  second deputy of the Assembly of Muslim Jurists,
8  was in fact the second deputy of the Assembly of
9  Muslim Jurists at that time?
10    A.  Yes.
11    Q.  At the bottom of the first page of
12  the article --
13    A.  My article?
14    Q.  No, the news article --
15    A.  Second page?
16    Q.  The bottom of the first page.
17    A.  Bottom of the first page, yes.
18    Q.  There is a discussion relating to
19  Hezbollah, and the article states:
20     "On the other hand, the Jurists reject fatwas
21  that call for not supporting Hezbollah.  Hassan thinks
22  'issuing fatwas on the impermissibility of supporting
23  Hezbollah is 'fitna', by which I mean 'dissension' and
24  'division'."
25     Do you deny ever having given that quote --

DR. HUSSEIN HAMID HASSAN

1
2     A.  I deny all, even to give such
3     statements to any newspaper.  I have never done
4     it, because I have issued declaration condemning
5     violence, terrorists, in all occasions through the
6     history of this Assembly of Muslim Jurists of
7     United States.
8     Q.  Are you familiar with the
9     organization known as ISIS or Isil or Daesh?
10    A.  Again?
11    Q.  Are you familiar with the
12    organization that is called ISIS or sometimes Isil
13    or Daesh.
14    A.  ISIS?
15    Q.  Yes.
16    A.  ISIS, from media, this Daesh, from
17    media everyone in the world knows about Daesh.  We
18    issued a long declaration of 3 pages to defeat the
19    Daesh basis related to Islam, that they are not
20    Muslims, and what they say that is taking the
21    ideology from Islam, this is wrong, and we said
22    that military action is not sufficient, although
23    it is needed, but the family, the media, the
24    governments should deal with this Daesh, because
25    they spoiled the minds, they washed the brains of

DR. HUSSEIN HAMID HASSAN

1
2     the young people of the world, west and east,
3     Muslims and non-Muslims.
4     Q.  Given the issuance of that
5     statement, I take it that you were then in fact
6     aware that Daesh justified its acts of violence
7     based on interpretations of Islam?
8     A.  Yes.
9     Q.  Because I think -- maybe I am
10    wrong -- but earlier I thought you told me that
11    you were not really familiar with any
12    organizations that were justifying violence in the
13    name of Islam?
14    MR. COTTREAU:  Objection,
15    mischaracterizes prior testimony.
16    A.  No, what I mean -- when you asked me
17    about Daesh, I said we have issued this
18    declaration to defeat, to say -- make it clear
19    that they are not, as I said, they are not
20    Muslims.  If they believe to start to establish
21    Islamic state, they are not Muslims.  What they
22    are saying, to establish Islamic state, they have
23    nothing to do with Islam, with Islamic state.
24    They have no basis of that.  But in details,
25    I don't know that Daesh or others, they are saying

DR. HUSSEIN HAMID HASSAN

1
2     "our argument from Islam is one, two, three, four"
3     as I researched, but it seems that they want to
4     establish Islamic state for Iraq and Syria,
5     Islamic.  I say they are not Islam.  They are not
6     Muslims.  And therefore, to attach themselves to
7     Islam is not correct.  But I haven't gone into
8     details.  That is why I am sawing -- when I know
9     from media that the terrorist organizations, they
10    are not, when they declare they are responsible
11    for some terrorist act, they are not making in the
12    media, because this is Islamic, this verse of the
13    Koran, this is the tradition of the prophet.  They
14    never did it.  And even Daesh, they never did it.
15    They never say: "We are responsible for that
16    because Koran says, Haziz says, this, this and
17    this", like research for the -- but they consider
18    themselves as Muslims, they want to establish an
19    Islamic state.  Then we say: "No, they are not.
20    They are killing civilians, they are violating,
21    and this is against Islam."  That is why they are
22    not Muslims.
23    Q.  Do you know an individual who was at
24    least for a certain time the head of Daesh called
25    Abu Bakr al Baghdadi?  Have you heard that name in

DR. HUSSEIN HAMID HASSAN

1
2     the media?
3     A.  Yes, I heard in the media also.
4     Q.  Do you happen to know whether Abu
5     Bakr al Baghdadi has a PhD in Islamic studies?
6     A.  I don't know.
7     Q.  Do you know from the media whether
8     Abu Bakr al Baghdadi presented himself as an
9     Islamic scholar?
10    A.  No, I didn't know also.
11    Q.  Do you know from the media whether
12    Abu Bakr al Baghdadi ever gave sermons seeking to
13    justify what ISIS was doing in the name of Islam?
14    A.  No, I have not read any statement
15    from that man, al Baghdadi, but I heard his name
16    from media.  Some people even doubt that there is
17    such a name exists, even.  This is what I heard,
18    but I believe there is such a name exists.
19    Q.  Based on the discussion we have just
20    had, can we agree that there are, in fact,
21    terrorist organization which claim to be Islamic
22    in nature and which claim to justify their actions
23    in the name of Islam?
24    A.  Yes.
25    Q.  So, unfortunately, there are people

Page 278

DR. HUSSEIN HAMID HASSAN

who disagree with the testimony you gave
concerning whether the state of affairs between
Islam and the rest of the world is one of peace?

A. Again?

Q. There are people who disagree with
some of the views that you expressed yesterday,
concerning the nature of the relationship between
Islam and non-Muslims being one of peace?

A. Of course, if some people are
expressing their opinions, it is their right to
express it. But from my own paper, it is clear
evidence, the relation, I said brotherhood,
relation of Muslims and non-Muslims, and
I narrated evidences from Koran and Sunnah, and
I am sure this is what I believe it. I said my
opinion. I declare it in front of the
representatives of scholars from all over the
Muslim world in Mecca, and they agreed with it.
They said the opinion I am giving -- and it was
all agreed by Muslims who attend this conference.

Q. And the testimony you gave yesterday
on this subject was based on your opinion, based
on your scholarship?

A. Yes.

Page 279

DR. HUSSEIN HAMID HASSAN

Q. It was not a statement of
a universally held view by every Muslim scholar?

A. Again?

Q. It wasn't a statement of some
universally held view of every Muslim scholar?

A. Until now, majority. There are some
organizations, the Islamic Academy, it has
majority of Muslim scholars, but not -- all Muslim
scholars of the world, until now we don't have
such organization, until today.

Q. In response to a question
Mr. Cottreau asked you yesterday, you also I think
testified that Islam doesn't differentiate between
men and women?

A. Yes, of course.

Q. When we spoke the other day you
testified that you had lived in Saudi Arabia for
a period when you were working at the university
in Mecca, correct?

A. Yes.

Q. Based on that, and some of your
other life experiences, are you familiar with the
country of Saudi Arabia?

A. Yes, I am.

Page 280

DR. HUSSEIN HAMID HASSAN

Q. And is Saudi Arabia an Islamic
country?

A. Supposed to be like that.

Q. Does it purport to base its laws and
system of governance on shariah?

A. Supposed to be like that.

Q. Are woman permitted to drive in
Saudi Arabia?

A. For a long time, I think until now,
not allowed.

Q. Does Saudi Arabia justify that
disparate treatment of men and women on its view
of Islam?

A. No, no, never, never. Islam does
not differentiate. It has nothing to do with
Islam at all. To drive, a man, a woman, it is not
like -- this is our habits, and how you say,
customs like that has nothing to do with Islam at
all.

Q. You are unaware of any Saudi
religious scholars having issued views that
allowing women to drive would be forbidden by
Islam?

A. No, I don't know.

Page 281

DR. HUSSEIN HAMID HASSAN

Q. Are men allowed to have more than
one wife in Saudi Arabia?

A. Yes.

Q. Are women allow to have more than
one husband?

A. No, of course. How it comes? This
never happened in the world.

Q. Is that treating men and women
differently?

A. I mean, excuse me, there is
differences between a religion and the follower of
this religion. Religion is a religion revealed
from God. But followers sometimes, some of them,
extremists, misunderstand, misuse even religion.
And it is not an evidence against the religion
that some followers are misusing, misunderstand
this. Like this woman driving a car. How can you
say Allah said woman is not allowed to drive
a car? It is impossible.

Q. I think this is getting to the heart
of the matter. There are extremists?

A. Yes, there are, in all religions,
yes.

Q. And unfortunately some of those

DR. HUSSEIN HAMID HASSAN

1 extremists have supporters?

2       A.  I think so, I think so, that there

3 are extremists who are supporting extremists, but

4 all of them they are extremists, but some leaders

5 trying to wash brains of the others, and some just

6 are following blindly, executing and permitting

7 what the others ask them to do.  How do you

8 imagine that someone is killing himself, bombing

9 himself, to kill civilians and innocent people?

10 What for?  Unless he is a mental case.

11      Q.  Mr. Cottreau asked you a few

12 questions yesterday about two individuals, Ali

13 Muhyiddin Al Qaradaghi and Ajeel Jaseem Nashmi.

14 Do you recall that?

15      A.  Yes.

16      Q.  Did both of those individuals serve

17 at one time with you on Dubai Islamic Bank's

18 Shariah Board?

19      A.  Yes.

20      Q.  I know you testified to Mr. Cottreau

21 that during the time you served alongside them you

22 were unaware of any extremist or violent

23 proclamations they had made, correct?

24      A.  Yes.

DR. HUSSEIN HAMID HASSAN

1       Q.  As you sit here today, are you aware

2 of any proclamations that they have made that you

3 would regard to be extremist or violent in nature?

4       A.  Again?

5       Q.  As you are sitting here today, are

6 you aware of any proclamations by those two

7 individuals that you would regard as extremist or

8 violent in nature?

9       A.  Just, I want to make it clear,

10 I don't see any documents, any information before

11 this, before this preparation, they expressed for

12 violence.  I didn't know.  Had it been brought to

13 my notice, while they were serving with me,

14 I could have taken action.  I could have

15 instructed the management to dismiss them and to

16 report to the concerned authorities, even to the

17 Government.  I didn't know at all.

18      Q.  Based on what you know now, do you

19 believe that they ever should have been appointed

20 to the DIB Shariah Board?

21      A.  Had I known, I should have --

22 I would have asked the appointing authority to

23 dismiss them.

24      Q.  And is that because you now

DR. HUSSEIN HAMID HASSAN

1 understand that they have issued proclamations of

2 a violent nature?

3       A.  No, I didn't know.  How I know?

4 Until now I don't know.

5       Q.  No.  Is the reason you are saying

6 you would have asked to have them removed based on

7 what you know today?

8       A.  Yes, had.

9       Q.  And what you know today --

10      A.  Yes.

11      Q.  -- is that they did in fact issue

12 proclamations of a violent nature?

13      A.  This act, if it proved to be they

14 have said it, yes they deserve to be dismissed

15 from the membership of the Shariah Board.

16      Q.  What do you understand they said or

17 might have said that warranted their dismissal?

18      A.  Again?

19      Q.  What do you now understand that they

20 might have said that would have warranted their

21 dismissal?

22      A.  Again?

23      Q.  What were the kinds of things that

24 you have now heard that they said that would have

DR. HUSSEIN HAMID HASSAN

1 caused me to ask for them to be dismissed, if you

2 had known about it?

3       A.  Yes.

4       Q.  What kinds of things did they say?

5       A.  They issued articles, articles that

6 what I came to know from here, they issued an

7 article encouraging one to bomb himself, and to

8 assist terrorist organization.  That is what

9 I came to know from this preparation, now, after

10 I have seen their articles.

11      Q.  Do you remember during what years Al

12 Qaradaghi served alongside with you on the Shariah

13 Board?

14      A.  1998.  As I recall, 1998.

15      Q.  Do you recall when he was dismissed

16 or left the Board?

17      A.  I am not sure about the date, but

18 maybe he served some time, maybe 6 years, 5 or 6,

19 8 years, something.  My memory for dates is not

20 helping me.

21      Q.  What about Nashmi?  Do you recall

22 when he was appointed to the board?

23      A.  I can recollect that, after 2002/03,

24 almost.

Page 286

DR. HUSSEIN HAMID HASSAN

1
2  Q.  So am I correct that Qaradaghi
3  continued to serve on the board after
4  the September 11 attacks?
5      A.  Yes.
6      Q.  And am I also correct that Qaradaghi
7  continued to serve on the Shariah Board for
8  a number of years after the 1999 New York Times
9  article, including information alleging that DIB
10 had supported Bin Laden?
11     A.  Which?  My article?
12     Q.  I am not referring to your article,
13 Dr. Hassan, sorry.  During your testimony
14 yesterday with Mr. Cottreau, and two days ago with
15 me, we discussed the existence of a July 1999
16 article in the New York Times?
17     A.  Yes.
18     Q.  And in that article there is
19 information indicating or alleging that Dubai
20 Islamic Bank had provided assistance to Osama Bin
21 Laden.  Do you remember that?
22     A.  Yes, I remember.
23     Q.  And that article was published in
24 1999?
25     A.  Uh-huh, yes.

Page 287

DR. HUSSEIN HAMID HASSAN

1
2      Q.  Am I correct then, that
3  Dr. Qaradaghi served on the Shariah Board for
4  quite a number of years after that article was
5  published, in 1999?
6      A.  Yes.
7      Q.  Am I correct that Nashmi was
8  appointed in the first instance to DIB Shariah
9  Board after the September 11 attacks?
10     A.  Yes.
11     Q.  And was Nashmi then also appointed
12 to DIB Shariah Board a number of years after the
13 publication of the 1999 New York Times article?
14     A.  I suggest.
15     Q.  Based on the information you have
16 now received about the views that were expressed
17 by Dr. Qaradaghi and Nashmi, what steps have you
18 taken to make sure that Dubai Islamic Bank never
19 again appoints someone with views of that nature
20 to the Shariah Board?
21     A.  After the information, I may advise
22 the Board of Directors of the Bank, which has
23 appointing authority to do due diligence to make
24 sure when selecting any member of the Shariah
25 Board, and other employees of the bank, which

Page 288

DR. HUSSEIN HAMID HASSAN

1
2  I believe they are doing.  I don't believe that
3  the Board of Directors has appointed one knowingly
4  that he is supporting terrorists.  I do not
5  believe it at all.  Because normally, in all
6  organizations, we may appoint someone but we
7  didn't know that he has something in his heart,
8  and he can express some views supporting
9  terrorists, but of course I would advise the Dubai
10 Islamic Bank for sure now to be very careful, to
11 make more due diligence when appointing someone in
12 the Shariah Board or any employee, because this is
13 Islamic bank.  One condition for any employee, he
14 should be a Muslim.  Islam is against terrorists
15 supporting even expressing the opinion to support
16 terrorism.
17     Q.  Am I correct in understanding that
18 you have in fact now had the benefit of reading
19 some of the violent proclamations that were made
20 by Qaradaghi and Nashmi?
21     A.  Of course, had it been correct, and
22 they have already said it, then I got very good
23 benefit for future to instruct the bank, to advise
24 the bank to be careful, as I said.
25     Q.  I am asking a slightly different

Page 289

DR. HUSSEIN HAMID HASSAN

1
2  question.
3      A.  Yes.
4      Q.  Have you now had a chance to see and
5  read some of the violent proclamations that have
6  been made by Qaradaghi and Nashmi?
7      A.  Yes, I have seen it, but I don't
8  know if they have issued these opinions or not.
9  This is not my -- I have not investigated.  I have
10 not established this.  Only Allah knows.  All the
11 investigations should be done, just to make sure
12 that they have said it, they have written it.
13     Q.  How long ago did you receive the
14 information about the violent proclamations that
15 Qaradaghi and Nashmi have made?
16     A.  No, I haven't, only when we come to
17 preparation of this deposition.  Before that
18 I didn't know.
19     Q.  But how long ago did that happen?
20     A.  How long?
21     Q.  Yes.  How long ago did you come to
22 receive that information, in connection with
23 preparation for the deposition?
24     A.  One week back, yes.
25     Q.  In the intervening week, have you

DR. HUSSEIN HAMID HASSAN

called anyone at Dubai Islamic Bank to raise
concerns about the procedures that are being used
to evaluate candidates for the Shariah Board?

A. No.  I am here for this deposition.
If in preparation I came to know something, I have
been shown some documents, I am not establishing
anything to tell the Dubai Islamic Bank.  And they
are not there anymore.  I mean there is no urgency
that I should tell Dubai Islamic Bank to remove
them.  They are not there anymore.  They have
resigned a long time ago.

Q.  In the last several years, are you
aware of Dubai Islamic Bank implementing any new
procedures for evaluating and conducting due
diligence relating to potential candidates for the
Shariah Board?

A. No.

Q.  Do you have an understanding at all
of the process that they are using to evaluate
candidates for the Shariah Board?

A. No, I didn't know.

Q.  Do you have any understanding of the
process that they were using back in 1998?

A. No, I didn't either.

DR. HUSSEIN HAMID HASSAN

MR. COTTREAU:  Can we take a break?

MR. CARTER:  Sure.

THE VIDEOGRAPHER:  Going off the record
at 9:37.

(A short break).

THE VIDEOGRAPHER:  Back on the record at
9:53.

MR. CARTER:  Dr. Hassan, before we took
a short break, we were talking about the selection
of individuals to serve on the Shariah Board.  Do
you recall that?

A. Yes.

Q.  Am I correct that it is the
responsibility of the Board of Directors to elect
members to the Shariah Board?

A. Correct.

Q.  We spoke a couple of days ago,
during the first day of your testimony, about the
Royal Decree and Articles of Association for Dubai
Islamic Bank.  Do you recall that?

A. Yes.

Q.  If I remember correctly, you said
you had familiarized yourself with the provisions
relating to the Shariah Board when you joined the

DR. HUSSEIN HAMID HASSAN

bank?

A. Yes.

Q.  I think we marked that document as
Exhibit 5.  Can you take a look at Exhibit 5 for
a moment for me.  In particular, Dr. Hassan,
I would like to direct your attention to articles
77 and 78.

A. Yes.

Q.  Is Article 77 the provision that
provides that the Board of Directors is
responsible for appointing the Shariah Board?

A. Yes.

Q.  And Article 78 says that:
"Members of the Fatwa and Shariah Supervisory
Board shall be elected from scholars specialized in
Islamic Jurisprudence in general, and financial
transactions in particular, preferably having knowledge
of economic, legal and banking systems."

Do you see that?

A. Yes.

Q.  Is that your correct understanding
of the baseline qualifications that a member of
the Board should have?

A. Yes.

DR. HUSSEIN HAMID HASSAN

Q.  Given that provision, do you agree
that the Board of Directors of Dubai Islamic Bank
should be looking for individuals with specialized
knowledge of Islamic jurisprudence in general?

A. According to the ordinance, yes,
they should.

Q.  So they should not be concerned
solely with someone's understanding of finance and
banking, but looking more broadly to whether or
not they are credible scholars on Islamic
jurisprudence in general, correct?

A. Yes.  The case that no one will be
specialized in economics or in banking
transactions, unless he is a scholar of the
general Islamic jurisprudence, by nature, because
he should study basics, fairness -- this is
general, common Islamic jurisprudence.  And after
that he is specialized in one branch of that.
Means for any scholar to be specialized in
transactions, law, for example, it is after he
passed the general education of the Islamic
general jurisprudence.  Like in any other branch,
like in medical school, he should study a few
years all medical subjects and then for heart,

Page 294

DR. HUSSEIN HAMID HASSAN

1
2 children, eyes, specialized after that. It means
3 everyone who is specialized in the law of
4 transactions, he should be -- I mean should study,
5 should have been qualified for general Islamic
6 jurisprudence.
7          Q.  Consistent with this provision,
8 assuming the Board of Directors was doing its job,
9 it must have concluded that Dr. Qaradaghi and
10 Nashmi were specialized in Islamic jurisprudence
11 in general, correct?
12          A.  Yes.
13          Q.  And you don't have any understanding
14 of what the process is within the Board of
15 Directors for making that assessment?
16          A.  I don't know.
17          Q.  Do you think it is reasonable to
18 expect that people who work at Dubai Islamic Bank
19 will look up to the members of the Shariah Board
20 as prominent scholars?
21          A.  The employees?
22          Q.  Sure, the employees, the managers?
23          A.  No, they should not -- they should
24 not be scholars.
25          Q.  I am sorry, I am not asking whether

Page 295

DR. HUSSEIN HAMID HASSAN

1
2 the employees or management should be scholars.
3 I am asking whether you think it is reasonable to
4 expect that the employees and managers will look
5 up to the members of the Shariah Board as
6 prominent scholars?
7          A.  Yes.
8          Q.  And the views of the members of the
9 Shariah Board are likely to inform the employees
10 and officials of the Bank on Islamic teaching?
11          A.  No.  Their role is to give shariah
12 opinions on the cases, agreements submitted to the
13 Shariah Board, but they are not directly or
14 permanently to educate or to instruct the
15 employees of the Bank, who are maybe 6,000 or
16 something like that, not to issue any instructions
17 for the individual employees.  They have, as
18 a matter of fact, no direct relation between
19 Shariah Board and the individuals working as
20 employees of the Bank.
21          Q.  But the more basic, I guess, issue
22 is does Dubai Islamic Bank promote the members of
23 the Shariah Board as distinguished scholars?
24          A.  Yes.
25          Q.  Do you think that the employees and

Page 296

DR. HUSSEIN HAMID HASSAN

1
2 officials of the Bank are aware that those
3 individual are being promoted as distinguished
4 Islamic scholars?
5          A.  Not all of them.  Some employees of
6 the bank, they didn't know even the names of the
7 members of the Shariah Board.
8          Q.  Just to circle back on a little
9 minor point, I would just like to confirm, you
10 have had the opportunity to read in connection
11 with your preparation for your testimony, some of
12 the proclamations that were written by or
13 allegedly written by Qaradaghi and Nashmi?
14          A.  Again?
15          Q.  I just want to confirm, in
16 connection with your preparation for your
17 testimony, did you have a chance to read some of
18 the proclamations advocating violence that were
19 attributed to Qaradaghi and Nashmi?
20          A.  Yes.
21          Q.  You spoke during your questioning by
22 Mr. Cottreau a bit about your interactions with
23 Saeed Lootah.  Do you recall that?
24          A.  Yes.
25          Q.  Am I correct that you testified that

Page 297

DR. HUSSEIN HAMID HASSAN

1
2 you never had any one on one interactions with
3 Saeed Lootah?
4          A.  Yes, you can confirm.
5          Q.  To the extent that you had any
6 interactions with him, was it always in a group
7 setting?
8          A.  Yes.
9          Q.  Were those group settings typically
10 surrounding some sort of business meeting, or
11 something of that nature?
12          A.  Yes, discussing Islamic issues,
13 Islamic finance transactions.  He is a customer of
14 the Dubai Islamic Bank himself, and comes from
15 time to time, but he has no relation with the
16 Shariah Board.   I mean no direct contact.
17          Q.  So the nature of the meetings you
18 were at, where Saeed Lootah was also present, were
19 not political in nature?
20          A.  No.
21          Q.  Is it fair to say that you don't
22 have a close personal relationship with Saeed
23 Lootah?
24          A.  No, I don't have a personal
25 relationship, yes.

DR. HUSSEIN HAMID HASSAN

1  Q. So you don't really know anything
2  about his political views, do you?
3  A. No, I don't know.
4  Q. Given the nature of the environment
5  in which you have interacted with him, and the
6  fact that it was always in the context of business
7  meetings, it is not surprising that he didn't make
8  any declarations during those meetings on
9  political issues?
10 A. No, I didn't know.
11 Q. But given the kinds of meetings
12 where you saw him, you wouldn't expect him to have
13 made any statements on political issues?
14 A. No, I didn't expect such a person to
15 deal with politics at all. He is a very simple
16 man.
17 Q. I believe you also testified, during
18 questioning by Mr. Cottreau, that you don't recall
19 ever having heard any employees of the bank
20 advocate that the bank should help Alqaeda or help
21 terrorists, correct?
22 A. Correct.
23 Q. A second ago I believe you told me
24 that there are nearly 6,000 employees at the bank?

DR. HUSSEIN HAMID HASSAN

1  A. Again?
2  Q. Am I correct that you testified
3  a moment ago that there are nearly 6,000 employees
4  of the bank?
5  A. No, this is approximately, just
6  I said as an example. For example. I didn't know
7  how many employees of the bank now.
8  Q. You don't know how many employees?
9  A. No, I don't know.
10 Q. There are quite a large number?
11 A. Quite a large number.
12 Q. Did you also tell me a moment ago
13 that the Shariah Board has essentially no
14 interaction with the employees of the bank?
15 A. Yes.
16 Q. So it is really not surprising that
17 you would not have had conversations with
18 employees of the bank on political matters, right?
19 A. Yes.
20 Q. There is no way for you to know for
21 certain whether anyone at Dubai Islamic Bank
22 working there between 1995 and 2001 knew Osama Bin
23 Laden, is there?
24 A. Again?

DR. HUSSEIN HAMID HASSAN

1  Q. There is no way for you to know for
2  certain whether or not someone working at Dubai
3  Islamic Bank in the years before the September 11
4  attacks might have known Osama Bin Laden?
5  A. No.
6  Q. There is no way for you to know for
7  certain whether there might have been someone
8  working at Dubai Islamic Bank in the years before
9  the September 11 attacks who supported Osama Bin
10 Laden?
11 A. No.
12 Q. We have spoken a number of times
13 about the 1999 New York Times article that was
14 marked as Exhibit 11 for your testimony. Do you
15 recall that article?
16 A. Yes.
17 Q. As I understand it, you testified
18 that you did not see that article contemporaneous
19 with its publication in 1999, correct?
20 A. Yes, I have not seen it.
21 Q. And you don't recall having seen
22 that article at any point before your preparation
23 for testifying in this case?
24 A. Correct.

DR. HUSSEIN HAMID HASSAN

1  Q. And you don't recall having ever
2  received, prior to your preparations for your
3  testimony in this case, the information that was
4  contained in that article, correct?
5  A. Yes.
6  Q. But I believe you said that if you
7  had been aware of that information, you would have
8  demanded that the bank take steps to defend
9  itself, correct?
10 A. Yes, I would have asked the
11 management and especially the legal department to
12 investigate and to take action, not only within
13 the bank but also to inform the Government.
14 Q. And would you have done that because
15 the accusations in that article were a pretty big
16 deal?
17 A. Again?
18 Q. Would you have taken those steps
19 because the allegations in that 1999 New York
20 Times article are a pretty big deal?
21 A. Had I known, had I known, I would
22 have done it, but it never came to my notice, even
23 this publication. To the extent that the management

DR. HUSSEIN HAMID HASSAN

did know about the article at the time it was
published, would you have expected them to take
very serious action?

A. Of course, for sure.

Q. Would you have expected the Board of
Directors to be directly involved in ensuring
there was an adequate investigation?

A. I am sure about that.

Q. And would you have expected the
Executive Committee to have been actively involved
in investigating the information?

A. I didn't know.

Q. No, would you have expected --

A. I mean, the Executive Committee or
the Board of Directors, I am not sure about the
jurisdiction between both of them, who will take
action.

Q. But someone in the --

A. Someone should take action.

Q. So someone in the senior management,
you agree, should have taken very serious action?

A. Very serious action, and otherwise,
if there is no action taken by the concerned body,
I would invite the General Assembly of the

DR. HUSSEIN HAMID HASSAN

Shareholders. This was within my power.

Q. To the extent the management knew
about this reporting, do you think it is an issue
that they should have reported to the General
Assembly, and to have reported their findings?

A. I would have called the General
Assembly if I report such cases to the management
or Board of Directors, and the Board is not taking
action.

Q. I am asking a bit of a different
question. To the extent the management of Dubai
Islamic Bank did in fact know about the 1999 New
York Times article, do you believe the management
should have informed the General Assembly about
that?

A. Yes, I believe.

Q. Is there an annual meeting of the
General Assembly?

A. Yes.

Q. So would you have expected the
management of Dubai Islamic Bank to have discussed
that issue, the New York Times article, at the
annual meeting?

A. No, I didn't know.

DR. HUSSEIN HAMID HASSAN

Q. No, would you have expected them to
do it?

A. Yes, I expected.

Q. Would you have expected -- again, to
the extent the management of Dubai Islamic Bank
knew about the 1999 New York Times article, would
you have expected them to have discussed it at
meetings of the Board of Directors?

A. I assume that. I assume.

Q. And would you expect --

A. But I am unsure. I expect.

Q. Would you expect their discussions
to have been reflected in any minutes of the
meeting of the Board of Directors?

A. I didn't know.

Q. Let's talk just for a moment about
Abdullah Azzam. Do you recall speaking about
Abdullah Azzam?

A. Yes.

Q. If I remember correctly, you first
met Abdullah Azzam when you were working at the
King Abdul Aziz University in Mecca, and he was at
that time serving as a lecturer at the university.
Is that right?

DR. HUSSEIN HAMID HASSAN

A. No. I first met Abdullah Azzam when
I was Vice Chancellor of the International Islamic
University, and he was seconded, deputed to this
university from King Abdul Aziz University.
Before that I don't know Abdullah Azzam.

Q. Do you happen to know whether the
two of you overlapped at all at King Abdul Aziz
University, even though you may not have known
him?

A. No, I have never asked.

Q. Do you remember the approximate year
when Abdullah Azzam came to the International
Islamic University in Islamabad?

A. I don't remember exactly, but
I guess something like 85/86. 85/86.

Q. And he was sent to the International
Islamic University of Islamabad by the King Abdul
Aziz University?

A. Yes, seconded by Abdul Aziz
University, paid by Abdul Aziz University.

Q. So they also paid him --

A. Yes.

Q. What kind of interactions did you
have with Azzam while he was at the International

Page 306

DR. HUSSEIN HAMID HASSAN

Islamic University in Islamabad?

A. You know that the university has
different faculties. Each faculty has a Dean, and
Vice Dean. When we receive deputed teachers from
foreign universities helping this university, the
direct relation is between the teachers and the
Dean of the faculty. Sometimes I used to visit
the faculty. The Dean used to bring the teachers
in his room, in his office, and introduce them to
me, because otherwise I didn't know this teacher
is coming from some foreign universities,
Egyptian, Jordanians, Saudis, Lebanese. I came to
know them, just "This is Mr. so and so, this is
Dr. Abdullah Azzam." I have no time, no direct
relation, nothing with my teachers, they are many,
and I am not to deal directly with every one of
them.

Q. You were in a superior position at
the International Islamic University of Islamabad
at the time?

A. Yes, I was Vice Chancellor, and the
President of Pakistan was the Chancellor. I was
given the title after that as President, instead
of Vice Chancellor.

Page 307

DR. HUSSEIN HAMID HASSAN

Q. You have testified that Azzam never
gave you a copy of his book, or it is sometimes
referred to as a fatwa "Defense of Muslim Lands".
Is that right?

A. Never.

Q. And you also testified that he did
not show it to you back in that time period when
you were working together at any point, correct?

A. Correct.

Q. And you have testified that you did
not approve it, correct?

A. Correct.

Q. Can you think of any reason why
Azzam would have included a statement in that book
that he had shown it to a scholar named
Dr. Hussein Hamid Hassan, and that Dr. Hussein
Hamid Hassan had agreed with it?

A. This is very strange. I didn't know
exactly why someone is saying this. I don't know
if it is true. But for me he has never shown me
or got my approval for his book or his articles or
his fatwa, and I doubt if this is my correct
spelling name. Maybe it is someone with my name,
because at that time I am the President of the

Page 308

DR. HUSSEIN HAMID HASSAN

University. How he dare to attribute to me
something while I am not in a position to read
articles or books of the teachers, how many
teachers, and to approve or disapprove? I mean
I don't think that -- maybe I don't even -- this
is not my name.

Q. You think that perhaps the reference
is to someone else?

A. Yes. I doubt -- I don't believe.
I don't know anything. But I think this is
another name maybe. But anyhow I haven't given my
consent. He has not shown me any article, any
book, asking my endorsement to read and endorse
his views.

Q. Were you considered a distinguished
Islamic scholar in that time period?

A. No, even less than normal.

Q. You were not considered an
accomplished scholar at that time period?

A. Yes.

Q. You were?

A. Yes, I was.

Q. Were there any other prominent,
accomplished Islamic scholars who shared the same

Page 309

DR. HUSSEIN HAMID HASSAN

name as yours?

A. In International Islamic University,
no.

Q. Or someone that you were aware of
working in the field of Islamic study during that
period?

A. No, I didn't know.

Q. Are you aware of any prominent
Islamic scholars who were working in the field
during that time period who had a name that is
similar to yours?

A. No.

Q. We have marked as an exhibit a copy
of Dr. Azzam's book and an English publication of
the book. Do you recall that?

A. Yes.

Q. I think you questioned whether or
not the reference in that English version was the
same name as your name, correct?

A. No, English, no. Different. In
English version, it was written H-I-S-S-E-M, and
"Hassan", instead of "HASSAN", it is HI. I mean
the spelling. It is not my name in English like
that spelling.

DR. HUSSEIN HAMID HASSAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Q.  So the English version that we
marked as an exhibit doesn't include a correct
English spelling of your name, correct?
      A.  No.
      Q.  Have you ever had a chance to see
the Arabic version of Azzam's book "Defense of
Muslim Lands"?
      A.  Before preparation, I haven't seen
it, but I saw it in this preparation.
      Q.  Within the Arabic version, do you
see a name identical to yours?
      A.  This spelling is correct, but three
names.  We used to have four names, Hussein Hamid
Saeed Hassan.  Hassan is a family name.  My name
usually we say Hussein Hamid Saeed Hassan.  It is
written Hussein Hamid Hassan, but it is correct
spelling in Arabic.
      Q.  Do you happen to know whether Azzam
came to achieve some notoriety?
      A.  Again?
      Q.  Do you happen to know whether Azzam
went on to become a somewhat infamous figure?
      A.  Again, the question, please?
      Q.  Do you happen to know whether Azzam

DR. HUSSEIN HAMID HASSAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

went on to become a prominent and well known
figure?
      A.  No, I don't know.
      Q.  Do you know whether Azzam had
a prominent role in the so-called Jihad in
Afghanistan in that time period?
      A.  No, I don't know.
      Q.  Have you ever, from the media or any
place else, heard that Azzam had worked with Bin
Laden during that time period?
      A.  I didn't know at that time.
      Q.  Did you at some point come to learn
that?
      A.  Yes, after he was killed.  I came to
know from media that he has a role with Jihad in
Afghanistan, because the media gave reasons why he
was bombed, he was killed, because he has a role
in the Jihad, but when he was working with me in
Islamabad, I didn't have any such information.
      Q.  During that time period, were you
aware of any recruiting activities being conducted
at the International Islamic University in
Islamabad, to try to bring young men to fight in
Afghanistan?

DR. HUSSEIN HAMID HASSAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

      A.  No.
      Q.  Did you at any point receive
information indicating that Azzam was in many ways
the inspiration for what Bin Laden did?
      A.  No.
      Q.  I would like to just quickly shift
to another subject, just to clarify some points.
      A.  Okay.
      Q.  Mr. Cottreau, during your testimony
yesterday, asked you some questions about the
compensation you receive for serving on Dubai
Islamic Bank's Shariah Board.
      A.  Yes.
      Q.  I believe you testified that back in
the period around 1998 you would receive about
$1,000 for each meeting of the Shariah Board that
you participated in.  Correct?
      A.  Yes, meeting plus the preparations
of the documents before the meeting, because we
used to send documents to the members of the
Shariah Board 15 days before meeting.  They are to
read it, to correct it, to write their
observations, and then, when we meet, they are all
prepared to discuss it and to get shariah opinion.

DR. HUSSEIN HAMID HASSAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

      Q.  So during that 1998 time period, you
would have received $1,000 in compensation for
both your preparation for a meeting and the
attendance at that individual meeting, correct?
      MR. COTTREAU:  Objection,
mischaracterizes the testimony.
      A.  Correct.
      Q.  Did you also receive, in addition to
the compensation for the individual meetings, an
annual payment for being on the Shariah Board?
      A.  Yes.
      Q.  What was the amount of that annual
payment?
      A.  Yes.
      Q.  No, what was the amount of that
annual payment, back in 1998?
      A.  $10,000.
      Q.  And now, today, you are still
serving on the Dubai Islamic Bank Shariah Board,
correct?
      A.  Correct.
      Q.  Do you continue to receive an annual
payment for serving on the Shariah Board?
      A.  Yes.

DR. HUSSEIN HAMID HASSAN

1
2      Q.  What is the amount of the annual
3  payment today?
4      A.  30,000.
5      Q.  Do you consider to receive payments
6  for meetings of the Shariah Board?
7      A.  Yes.
8      Q.  And today, how much do you receive
9  for each meeting of the Shariah Board?
10      A.  $2,000.
11      Q.  And approximately how many meetings
12  of the Shariah Board are there a year now?
13      A.  Now, almost monthly.
14      Q.  So the total amount approximately
15  that you receive at this time for annual work on
16  the Shariah Board would include the $30,000 annual
17  payment and $2,000 for each of about 12 meetings,
18  right?
19      A.  Yes.
20      Q.  So it would come out to somewhere
21  around $55,000?
22      A.  Yes, calculating like that.  If
23  sometimes it is not regular meetings, maybe not
24  necessarily every month, maybe summer period maybe
25  we don't have monthly, maybe every two or three

DR. HUSSEIN HAMID HASSAN

1
2  months, in summer, because the bank work is very
3  small and employees take vacations, but almost
4  like that, maybe less/more, almost like that.
5      Q.  And it is not a full-time job,
6  correct?
7      A.  Not a full-time job and not
8  part-time job.  It is only to attend a meeting.
9      Q.  About how many hours a year do you
10  spend these days in connection with your work for
11  Dubai Islamic Bank Shariah Board?
12      A.  A meeting takes from 4 to 5 hours
13  for the meeting itself.  Preparation, it depends
14  on the documents.  Sometimes you have 30/40
15  documents, contracts.  One transaction sometimes
16  for sukuk you have 13 documents.  Maybe you spend
17  40 hours, sometimes 60 hours.  It depends on the
18  quantum of the work of the agenda.
19      Q.  Do you currently serve on Shariah
20  Boards of other banks, financial institutions or
21  insurance companies?
22      A.  Yes, insurance company, yes, I do.
23      Q.  Do you remember how many Shariah
24  Boards you are currently serving?
25      A.  At one time it may be something

DR. HUSSEIN HAMID HASSAN

1
2  maybe like 20/25, it happened sometimes.  But
3  sometimes I am Chairman of a Shariah Board,
4  I leave it, and sometimes I am appointed as
5  Chairman for a new bank.  For the time maybe
6  I have served as a Chairman of the Shariah Board
7  for more than this, but I remember at one time
8  I may be serving between maybe 20 to 25 at one
9  time.
10      Q.  Do you know how many you are
11  currently sitting on today?
12      A.  Yes, I can just remember -- I mean,
13  I don't remember at that moment.
14      Q.  You can approximate?
15      A.  Yes, approximate.  14, almost.
16  I could remember, now I counted, I remember now.
17  I can, yes, I can say 14.  I can say what are
18  these 14 nowadays.
19      Q.  Do you receive compensation from all
20  14 of those entities for your service as a member
21  of the Shariah Board?
22      A.  Yes.
23      Q.  So the total amount of compensation
24  you receive in a year for working in the field of
25  shariah finance includes the compensation from all

DR. HUSSEIN HAMID HASSAN

1
2  14 of those organizations?
3      A.  I can't calculate now, but most of
4  these organizations the compensation is more or
5  less very little, not like the Dubai Islamic Bank.
6  Dubai Islamic Bank is a leading bank, it has many
7  branches.   The work is a lot of work.  But the
8  other banks are small banks, and some other
9  financial institutions, small insurance companies,
10  and their payment is nominal.
11      Q.  You testified during questioning by
12  Mr. Cottreau that you were very honored to have
13  received an award that recognized you as one of
14  the fathers of Islamic finance.  Do you remember
15  that?
16      A.  Yes.
17      Q.  And you have worked in this field
18  for much of your professional life, correct?
19      A.  Yes.
20      Q.  Would it be fair to say that you
21  feel very honored to have seen the Islamic banking
22  and financial industry grow while you have been
23  working in that field?
24      A.  Yes.
25      Q.  Do you have a particular affection

Page 318

DR. HUSSEIN HAMID HASSAN

1
2  for Dubai Islamic Bank, given that it was the
3  first Islamic finance institution to operate
4  effectively?
5       A.  This is true.
6       Q.  I take it it is fair to say that you
7  would not want to see anything happen to Dubai
8  Islamic Bank that would cause it substantial harm
9  or imperil the bank?
10      A.  Correct.
11      Q.  I think that my colleague, Mr.
12  Haefele, has a few questions for you, as well, and
13  I am going to let him go.
14      A.  Welcome.
15      MR. HAEFELE:  Why don't we take a few
16  minutes and switch microphones and we will come
17  back.
18      THE VIDEOGRAPHER:  I will change the
19  tape now, yes.  End of volume one in volume three
20  of the deposition of Dr. Hassan.  Going off the
21  record at 10:31.
22          (A short break)
23      THE VIDEOGRAPHER:  This is the beginning
24  of DVD one in volume 3 of the deposition of
25  Dr. Hussein Hamid Hassan.  Back on the record at

Page 319

DR. HUSSEIN HAMID HASSAN

1
2  11:45.
3          EXAMINATION BY MR. HAEFELE:
4      MR. HAEFELE:  Good morning, Dr. Hassan.
5      A.  Good morning.
6      Q.  My name is Robert Haefele, also one
7  of the lawyers representing the plaintiff in the
8  case.  I just have a handful of questions and then
9  we should be finished for the day, unless
10  Mr. Cottreau has some questions.  Can you hear me
11  okay if I talk like this.
12      A.  Just --
13      Q.  A little louder?
14      A.  Yes.
15      Q.  I am a soft-talker, I apologize.
16      Dr. Hassan, have you in connection with your time
17  preparing for today's deposition and appearing today, have
18  you received compensation or have you received a commitment
19  for compensation for that time and your trip here?
20      A.  This time?
21      Q.  Yes.
22      A.  I have not until now.
23      Q.  Pardon me?
24      A.  I have not received.
25      Q.  Have you received a commitment to be

Page 320

DR. HUSSEIN HAMID HASSAN

1
2  compensated for it?
3      A.  No, but usually the system of the
4  bank, if I am traveling to come to another place,
5  I am compensated, tickets, hotel, and some daily
6  allowance.  Usually the system of bank is like
7  that.  But I am not promised, but the system is
8  like that.  I understand that this may happen.
9      Q.  In connection with your work on this
10 case, have you been asked to prepare for DIB or
11 for the counsel for DIB a written report?
12      A.  No.
13      Q.  I want to make sure I understand.
14 You have not prepared a written report at all,
15 either for DIB or for its counsel in connection
16 with your opinions that you have expressed today
17 or yesterday.
18      A.  I have not written.
19      Q.  Have you ever prepared a written
20 report in connection with any litigation wherein
21 you have offered your opinions as an expert?
22      A.  Again?
23      Q.  Have you ever prepared in connection
24 with any litigation a report wherein you offered
25 your opinions as an expert?

Page 321

DR. HUSSEIN HAMID HASSAN

1
2      A.  I didn't get it.
3      Q.  Have you ever been asked to write
4  a report giving your opinions as an expert in any
5  litigation?
6      A.  Yes.  I am a lawyer.  I am lawyer in
7  my country.
8      Q.  I don't mean acting as a lawyer, but
9  have you ever testified as a witness, as an expert
10 witness?
11      A.  No.  No.
12      Q.  Just to clarify, in any court in the
13 United States, have you ever testified or offered
14 an opinion in a report or in deposition testimony,
15 or in a trial, expert testimony?
16      A.  No.
17      Q.  I take it from your testimony
18 a moment ago where you -- it has been the bank's
19 practice to provide compensation for you for trips
20 such as this, you have not provided Mr. Cottreau
21 or anybody a statement as to what you anticipate
22 getting paid for your time here or in preparation,
23 correct?
24      A.  Again, the question?
25      Q.  Have you provided a statement of the

Page 322

DR. HUSSEIN HAMID HASSAN

compensation that you have received or that you
anticipate receiving with regard to your testimony
and your time in preparation?

A. No, I have not received any
statement, but as I have said, I understand that
the system in the bank, if I am sent to such
mission, that the bank is paying for according to
the rules and regulations of the bank.

Q. In connection with this case, and
your testimony over the past few days, do you have
an understanding as to whether or not counsel for
DIB knew of the opinions you were testifying about
before the deposition?

A. No.

Q. Did you have to spend time in
preparation with counsel for DIB before your
testimony today?

A. Yes, I did.

Q. When did that preparation period
start?

A. A few days back.

Q. Okay. You were previously scheduled
to testify several months ago. Do you recall
that?

Page 323

DR. HUSSEIN HAMID HASSAN

A. Again?

Q. There was some dialogue between
counsel for the plaintiffs and Mr. Cottreau,
wherein there was some discussion about having
your testimony a few months ago. Were you aware
of that?

A. Again, the question, please?

Q. All right. It is now August 1, 2
and 3, or the past three days we have been here in
deposition.

A. Yes.

Q. Were you aware of the fact that this
deposition that has happened over the past few
days was scheduled to take place several months
ago and then got adjourned?

A. I don't remember exactly seven
months or --

Q. No, several, not seven?

A. Several?

Q. A few months ago?

A. Yes, yes. I was informed at least
to prepare myself, I mean to meet my time schedule
and to be ready, and they took my opinion if I can
free myself to come here.

Page 324

DR. HUSSEIN HAMID HASSAN

Q. What did you do to prepare yourself
during that time period?

A. Just to free my schedule, because
I am busy. I have my own work. Also I am
somewhat taking medication. I am making dialysis,
three times a week I should go to the hospital,
make dialysis, and I should arrange with the
hospital in London. Before I come, I should find
a place to make dialysis. Then I am in Cromwell
Hospital. I go three times a week, after I finish
here, I go directly to the hospital to make
dialysis, and this needs arrangement. Sometimes
I ask the Cromwell Hospital, they may tell me "We
can't book you before that time". They are maybe
busy. They can tell me like that. Then I should
tell them some time before.

Q. Did you do anything else to prepare
back several months ago?

A. No, I didn't.

Q. Do you do any reading? Did you read
any documents?

A. No, nothing. I was just waiting for
the question to be asked and to answer it.

Q. If counsel for DIB had asked you to

Page 325

DR. HUSSEIN HAMID HASSAN

commit your opinions to writing in a written and
signed report months ago, could you have done
that?

A. No.

Q. Why is that?

A. If you just again repeat the
question, just to get ...

Q. Sure. If the lawyers for Dubai
Islamic Bank had asked you to commit your opinions
in writing, could you have done that?

A. No, I am not under any obligation to
give my opinions just in vague -- just for some
lawyer to come to me telling me "What do you think
about this, about that", no. My opinions are for
me, I am not to give my opinions to anybody,
unless I accept to be a witness, and then on the
spot I give my opinions.

Q. Would you have been able to do it?

A. I mean now I am giving my opinions.

Q. Would you have been capable of
writing your opinions down?

A. Again?

Q. Would you have been capable of
writing your opinions down?

DR. HUSSEIN HAMID HASSAN

1

2 A. What do you mean by "capable"?

3 Q. What I hear you saying to me is you

4 would have been unwilling to do it. What I am

5 asking you is would you have had the ability to do

6 it?

7 MR. COTTREAU: Objection,

8 mischaracterizes prior testimony.

9 A. I believe the question -- just to

10 put it in this form -- I said that if the counsel

11 came to me and asked me "Write your opinions on

12 such, such, such", and I have never done it and

13 I don't allow anyone to come to me just to tell me

14 "Give your opinions in writing." What for? Why

15 do I give my opinions? Why? I would have never

16 done it at all.

17 Q. During the course of the deposition

18 over the past few days you have testified about

19 the nature of Islam, correct?

20 A. Yes.

21 Q. And could you have written your

22 opinions on that issue in a report?

23 A. To whom?

24 Q. If the bank or if the attorneys for

25 the bank had asked you to do that, could you have

DR. HUSSEIN HAMID HASSAN

1

2 done it?

3 A. If I am asked for a conference, the

4 arrangers of the conference, they ask me to write

5 a paper, I may accept, I may reject, but yes, many

6 times I wrote a paper about many issues given to

7 me by the arranger of the conferences. If I am

8 asked in a case where I am a lawyer, then I write

9 my opinions. But I am not a volunteer for anyone

10 to come to me and to tell me "Write your opinion

11 on this issue or that issue". This never

12 happened, and I would never allow anyone to come

13 to me to open my heart and to write something,

14 volunteer to him. Why should I do? No.

15 Q. You have come here at the request of

16 Dubai Islamic Bank, correct?

17 A. Yes.

18 Q. And you have sat with us over the

19 course of three days, and in response to some

20 questions you have given your opinions, correct?

21 A. If I am asked, I am giving.

22 Q. And if someone had asked you to give

23 those opinions, as opposed to in a deposition like

24 that, just to write them down, your response to

25 the answers, could you do that? Are you capable

DR. HUSSEIN HAMID HASSAN

1

2 of doing that?

3 A. Again the question, please?

4 MR. COTTREAU: Dr. Hassan, if you could

5 please pause after his questions, that would give

6 me an opportunity to object, if I need to.

7 A. Yes.

8 MR. COTTREAU: I would just suggest

9 maybe you could speak up a little. I think he is

10 having difficulty understanding long and quieter

11 questions.

12 A. Thank you.

13 MR. HAEFELE: Over the past few days you

14 have sat with us and given your opinions orally?

15 A. Yes.

16 Q. If someone had asked you to do that

17 in writing, for example, if the bank had asked you

18 to do that in writing, could you have done that?

19 A. I could not understand -- now in

20 deposition, I accept to come as a witness. And

21 I am now -- if I am asked, I am giving my

22 testimony, and if you ask me "Please write it down

23 with your handwriting", I question why should

24 I write it? It is recorded. You can record it

25 for yourself. But it is not to give -- write

DR. HUSSEIN HAMID HASSAN

1

2 in my handwriting, and to sign it -- I have never

3 seen such a thing in a deposition, that the

4 witness should write for himself and sign for

5 himself. It is for you to write, to register.

6 I allow to record, I allow to write, but not -- if

7 you ask me, I will reject. I will say no, I am

8 not writing.

9 Q. Okay. Before the time period over

10 the past two days before this deposition, were you

11 asked at any point by either the bank or by the

12 bank's counsel to provide a complete list of the

13 data, the information that you considered in order

14 to form the opinions that you have expressed over

15 the past few days?

16 MR. COTTREAU: I am going to object to

17 the extent that it calls for the revelation of

18 privileged information. Mr. Haefele, I have given

19 you a lot of latitude, you have asked a lot of

20 silly questions. I am not going to allow you to

21 start asking the witness hypotheticals about what

22 he would say to his lawyer or what in fact he did

23 say to his lawyer, as a bank employee. So I am

24 going to instruct the witness not to answer the

25 question.

DR. HUSSEIN HAMID HASSAN

1
2      Q.  Do you have a list of the data that
3  you considered to form your opinions that you have
4  expressed over the past few days?
5      A.  Again?
6      Q.  Do you have a list of the
7  information that you have considered to form the
8  opinions that you have expressed over the past few
9  days?
10      A.  I could not get the question.
11      Q.  Sure.  Do you possess --
12      THE VIDEOGRAPHER:  Sorry, he was
13  blocking his microphone.  It was blocking the
14  sound.
15      MR. HAEFELE:  Who is.
16      THE VIDEOGRAPHER:  The attorney.  It is
17  all right.
18      MR. HAEFELE:  Do you have a list of
19  information that you have considered in order to
20  form the opinions that you have explained to us
21  over the past few days?
22      MR. COTTREAU:  Object to the extent it
23  calls for revelation of privileged information.
24  I am not going to allow questions that ask the
25  witness what documents the attorneys may have

DR. HUSSEIN HAMID HASSAN

1
2  shown him in connection with this deposition.
3  Beyond that, I will allow the witness to answer.
4      A.  I haven't prepared any list of any
5  information.  As you see now, I am not reading
6  from a list.  I don't expect -- to prepare what?
7  I cannot know what question you will raise.  Then
8  how will I know it in advance.  Only Allah knows
9  what you will ask me.  Then to prepare -- how to
10  prepare it?  To prepare it, it is not practical.
11  That is why on my oath I swear to say the truth.
12  This is in my heart, in my brains.  I am giving
13  you the answer, the truth from my brain from my
14  heart directly.  Since I could not expect any
15  question, then I can't prepare any material for
16  this deposition.  But I am ready.  I am ready,
17  willing, happy to receive any questions of any
18  kind for any time to answer, for the sake of the
19  truth.
20      MR. COTTREAU:  Can we take a quick
21  break?
22      MR. HAEFELE:  Not yet.  I just have
23  a few more minutes.
24      MR. COTTREAU:  Just a very quick break?
25      THE VIDEOGRAPHER:  Going off the record

DR. HUSSEIN HAMID HASSAN

1
2  at 11:02.
3      (Mr. Cottreau and the witness left the room.)
4      MR. HAEFELE:  For the record, tell Steve
5  to come back in.  I want to put on the record --
6  I only have a few more questions.
7      MR. MORILLO:  He just went to the
8  bathroom.
9      MR. HAEFELE:  He is not in the bathroom.
10  He went the other way.
11      MR. MORILLO:  I'm not chasing him.  You
12  can make your record.
13      MR. HAEFELE:  I am making my record
14  right now.  We are still on the record.  I have
15  not gone off the record.  I am objecting to the
16  witness leaving the room.
17      THE VIDEOGRAPHER:  Sorry, I thought you
18  said okay, that I should have gone off.
19      MR. HAEFELE:  That's okay.
20      (A short break)
21      THE VIDEOGRAPHER:  Back on the record at
22  11:07.
23      MR. COTTREAU:  I am going to note for
24  the record, I have taken a look at the record
25  after I left the room to use the restroom.  There

DR. HUSSEIN HAMID HASSAN

1
2  was a statement put on the record that I was not
3  in the restroom.  There are two restrooms on this
4  floor.  I can only assume counsel in good faith
5  did not check both, but I am going to leave that
6  for them to explain.
7      MR. CARTER:  My point was that there was
8  no reason to leave the room.
9      MR. COTTREAU:  I had an exigency that
10  required me to leave the room.
11      MR. HAEFELE:  Thank you for your time.
12  I appreciate you coming to London to meet with us.
13      A.  Please, loud?
14      MR. HAEFELE:  I am explaining to you
15  that I am appreciative of you spending the time
16  over the past few days with us and that I am done
17  asking you questions.  Thank you.
18      THE VIDEOGRAPHER:  This is the end of
19  DVD two, volume three, in the deposition of
20  Dr. Hussein Hamid Hassan.  We are going off the
21  record at 11:08.
22
23
24
25

Page 334

1            DR. HUSSEIN HAMID HASSAN

2            CERTIFICATE OF WITNESS

3

4    I, HUSSEIN HAMID HASSAN, am the witness in the

5    foregoing deposition.  I have read the foregoing

6    statement and, having made such changes and

7    corrections as I desired, I certify that the

8    transcript is a true and accurate record of my

9    responses to the questions put to me on 3 August,

10   2017.

11

12

13

14

15   Signed:  ........................

16   Name:   HUSSEIN HAMID HASSAN

17   Date:   ........................

18

19

20

21

22

23

24

25

Page 335

1            DR. HUSSEIN HAMID HASSAN

2        CERTIFICATE OF COURT REPORTER

3

4    I, AILSA WILLIAMS, an Accredited LiveNote

5    Reporter, hereby certify that HUSSEIN HAMID HASSAN

6    was duly sworn, that I took the Stenograph notes

7    of the foregoing deposition and that the

8    transcript thereof is a true and accurate record

9    transcribed to the best of my skill and ability.

10   I further certify that I am neither counsel for,

11   related to, nor employed by any of the parties to

12   the action in which the deposition was taken, and

13   that I am not a relative or employee of any

14   attorney or counsel employed by the parties

15   hereto, nor financially or otherwise interested in

16   the outcome of the action.

17

18

19

20

21

22   Signed:  ........................

23   AILSA WILLIAMS

24   Dated: August 15, 2017

25

Page 336

1            DR. HUSSEIN HAMID HASSAN

2

3          E R R A T A

4      Deposition of HUSSEIN HAMID HASSAN

5    (Please show all corrections on this page, not in

6    the transcript.)

7    Page/Line No.     Description      Reason for

8    change

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   Signed:  ...................

24   Name:   HUSSEIN HAMID HASSAN

25   Date:    ...................

**A**

**$1,000 (2)**
312:17 313:3
**$10,000 (1)**
313:18
**$2,000 (2)**
314:10,17
**$30,000 (1)**
314:16
**$55,000 (1)**
314:21
**Abdul (6)**
304:23 305:5,8,18,20
305:21
**Abdullah (7)**
304:18,19,22 305:2,6
305:13 306:15
**ability (2)**
326:5 335:9
**able (1)**
325:19
**abroad (1)**
253:12
**Abu (4)**
276:25 277:4,8,12
**Academy (1)**
279:8
**accept (3)**
325:17 327:5 328:20
**accomplished (2)**
308:20,25
**account (1)**
268:21
**accountable (1)**
271:19
**Accredited (1)**
335:4
**accurate (4)**
251:23 255:2 334:8
335:8
**accusations (1)**
301:16
**achieve (1)**
310:20
**act (2)**
276:11 284:14
**acting (1)**
321:8
**action (13)**
272:13 274:22 283:15
301:13 302:4,18,20
302:22,23,24
303:10 335:12,16
**actions (6)**
258:24 262:11 264:3
266:6,14 277:22

**actively (1)**
302:11
**activities (2)**
267:24 311:22
**acts (6)**
259:18 261:24 266:3
267:2 272:13 275:6
**adamant (1)**
250:25
**Addinsell (2)**
247:15 249:13
**addition (1)**
313:9
**adequate (1)**
302:8
**adhere (1)**
257:13
**adjourned (1)**
323:16
**advance (2)**
269:15 331:8
**advise (3)**
287:21 288:9,23
**advocate (1)**
298:21
**advocated (1)**
258:16
**advocates (1)**
271:17
**advocating (1)**
296:18
**affairs (1)**
278:3
**affection (1)**
317:25
**affiliated (1)**
268:23
**Afghanistan (3)**
311:7,17,25
**Africa (1)**
272:14
**agenda (1)**
315:18
**aggression (3)**
258:17 259:18 271:12
**ago (16)**
286:14 289:13,19,21
290:12 291:18
298:24 299:4,13
321:18 322:24
323:6,16,21 324:19
325:3
**agree (12)**
251:9,13 254:7
258:10,15 267:12
271:23 272:22

273:4 277:20 293:2
302:22
**agreed (7)**
253:7,8,12 254:9
287:19,21 307:18
**agreement (2)**
253:2,17
**agreements (1)**
295:12
**Ailsa (5)**
245:13 247:14 249:12
335:4,23
**Ajeel (1)**
282:14
**al (9)**
270:15 273:4 276:25
277:5,8,12,15
282:14 285:12
**Ali (1)**
282:13
**Allah (8)**
251:24 252:2 253:9
257:17,17 281:19
289:10 331:8
**Allah's (2)**
252:2,3
**allegations (1)**
301:20
**alleged (1)**
272:24
**allegedly (1)**
296:13
**alleging (2)**
286:9,19
**allow (8)**
281:5 326:13 327:12
329:6,6,20 330:24
331:3
**allowance (1)**
320:6
**allowed (3)**
280:11 281:2,19
**allowing (1)**
280:23
**alongside (2)**
282:22 285:13
**Alqaeda (10)**
260:19,21 261:15,19
261:24 262:3,6,10
265:19 298:21
**America (7)**
248:14 268:11,20,24
270:10,18 273:2
**amount (5)**
313:13,16 314:2,14
316:23

**ancient (1)**
257:11
**annual (9)**
303:18,24 313:11,13
313:17,23 314:2,15
314:16
**answer (5)**
324:24 329:24 331:3
331:13,18
**answers (1)**
327:25
**anticipate (2)**
321:21 322:3
**anybody (2)**
321:21 325:16
**anymore (2)**
290:9,11
**apologize (3)**
264:25 269:16 319:15
**appearing (1)**
319:17
**appears (1)**
268:24
**appoint (1)**
288:6
**appointed (7)**
263:8 283:20 285:23
287:8,11 288:3
316:4
**appointing (4)**
283:23 287:23 288:11
292:12
**appoints (1)**
287:19
**appreciate (1)**
333:12
**appreciative (1)**
333:15
**approval (1)**
307:22
**approve (2)**
307:12 308:5
**approximate (3)**
305:12 316:14,15
**approximately (3)**
299:6 314:11,14
**Arabia (8)**
254:18 256:3 279:18
279:24 280:2,9,12
281:3
**Arabic (6)**
248:12 256:25 265:2
310:7,11,18
**Arabs (1)**
271:11
**areas (1)**

253:16
**argument (1)**
276:2
**arguments (1)**
255:20
**arrange (1)**
324:8
**arrangement (1)**
324:13
**arranger (1)**
327:7
**arrangers (1)**
327:4
**arrived (1)**
257:3
**article (30)**
268:18 271:9 273:5
273:12,13,14,19
285:8 286:9,11,12
286:16,18,23 287:4
287:13 292:10,14
300:14,16,19,23
301:5,16,21 302:2
303:14,23 304:7
308:13
**articles (7)**
285:6,6,11 291:20
292:7 307:22 308:4
**aside (1)**
253:16
**asked (24)**
275:16 279:13 282:12
283:23 284:7
301:11 305:11
312:11 320:10
321:3 324:24,25
325:10 326:11,25
327:3,8,21,22
328:16,17,21
329:11,19
**asking (12)**
252:11 265:4 267:12
267:13 288:25
294:25 295:3
303:11 308:14
326:5 329:21
333:17
**aspects (1)**
252:9
**Assembly (13)**
268:23 270:9,18
272:8,25 273:7,8
274:6 302:25 303:6
303:8,15,19
**assessment (1)**
294:15

**assigned (1)**
257:20
**assist (1)**
285:9
**assistance (1)**
286:20
**associated (1)**
268:9
**Association (2)**
268:10 291:20
**assume (3)**
304:10,10 333:4
**assuming (1)**
294:8
**attach (1)**
276:6
**attacks (9)**
245:6 249:5 261:16
    262:22 263:9 286:4
    287:9 300:5,10
**attend (2)**
278:21 315:8
**attendance (1)**
313:5
**attention (3)**
259:3 263:12 292:7
**attorney (2)**
330:16 335:14
**attorneys (3)**
247:2 326:24 330:25
**attribute (1)**
308:2
**attributed (1)**
296:19
**August (5)**
245:14 249:9 323:9
    334:9 335:24
**author (1)**
256:18
**authored (2)**
255:13 263:6
**authorities (1)**
283:17
**authority (3)**
257:21 283:23 287:23
**Avenue (1)**
247:4
**award (1)**
317:13
**aware (18)**
259:4 261:14,18
    265:18,19 267:14
    267:20 275:6 283:2
    283:7 290:14 296:2
    301:8 309:5,9
    311:22 323:6,13

**Aziz (6)**
304:23 305:5,8,19,20
    305:21
**Azzam (16)**
304:18,19,22 305:2,6
    305:13,25 306:15
    307:2,15 310:19,22
    310:25 311:5,10
    312:4
**Azzam's (2)**
309:15 310:7

---

**B**

**back (14)**
271:12 289:24 290:24
    291:7 296:8 307:8
    312:15 313:17
    318:17,25 322:22
    324:19 332:5,21
**Baghdadi (5)**
276:25 277:5,8,12,15
**Bakr (4)**
276:25 277:5,8,12
**bank (65)**
249:22 263:6,10
    269:7,20 286:20
    287:18,22,25
    288:10,13,23,24
    290:2,8,10,14
    291:21 292:2 293:3
    294:18 295:10,15
    295:20,22 296:2,6
    297:14 298:20,21
    298:25 299:5,8,15
    299:19,22 300:4,9
    301:9,14 303:13,22
    304:6 313:20 315:2
    315:11 316:5 317:5
    317:6,6 318:2,8,9
    320:4,6 322:7,8,9
    325:10 326:24,25
    327:16 328:17
    329:11,23
**bank's (4)**
282:18 312:13 321:18
    329:12
**banking (4)**
292:19 293:10,14
    317:21
**banks (3)**
315:20 317:8,8
**base (2)**
266:11 280:5
**based (18)**
254:8 256:17 258:9
    258:17 259:15

**261:25 264:3**
266:14,21 267:16
    275:7 277:19
    278:23,23 279:22
    283:19 284:7
    287:15
**baseline (1)**
292:23
**basic (2)**
253:13 295:21
**basics (1)**
293:17
**basis (4)**
256:20 272:11 274:19
    275:24
**Bates (2)**
263:10 269:21
**bathroom (2)**
332:8,9
**beginning (2)**
249:2 318:23
**begins (1)**
256:22
**behalf (3)**
249:18,20,22
**believe (24)**
256:21 258:11 265:22
    265:25 266:21,24
    267:3 269:14
    271:17 275:20
    277:18 278:16
    283:20 288:2,2,5
    298:18,24 301:7
    303:14,17 308:10
    312:15 326:9
**benefit (2)**
288:18,23
**best (1)**
335:9
**Beyond (1)**
331:3
**big (2)**
301:16,21
**Bin (13)**
261:2,4,8,11 263:14
    264:2 286:10,20
    299:23 300:5,10
    311:10 312:5
**biography (1)**
254:22
**bit (5)**
251:5 252:11 254:22
    296:22 303:11
**blindly (1)**
282:7
**blocking (2)**

**330:13,13**
**board (59)**
282:19 283:21 284:16
    285:14,17,23 286:3
    286:7 287:3,9,12,20
    287:22,25 288:3,12
    290:4,17,21 291:11
    291:15,16,25
    292:11,12,16,24
    293:3 294:8,14,19
    295:5,9,13,19,23
    296:7 297:16
    299:14 302:6,16
    303:9,9 304:9,15
    312:13,17,22
    313:11,20,24 314:6
    314:9,12,16 315:11
    316:3,6,21
**Boards (2)**
315:20,24
**body (1)**
302:24
**bomb (1)**
285:8
**bombed (1)**
311:18
**bombing (1)**
282:9
**bombings (2)**
259:14 261:20
**book (8)**
307:3,15,22 308:14
    309:15,16 310:7
    324:15
**books (1)**
308:4
**bottom (3)**
273:11,16,17
**Boulevard (1)**
246:13
**brain (1)**
331:13
**brains (3)**
274:25 282:6 331:12
**branch (3)**
252:14 293:19,23
**branches (4)**
252:8,12,16 317:7
**break (7)**
291:2,6,10 318:22
    331:21,24 332:20
**Bridgeside (1)**
246:13
**bring (2)**
306:9 311:24
**broadly (1)**

**293:10**
**brotherhood (4)**
254:8 263:19 272:11
    278:13
**brought (1)**
283:13
**business (2)**
297:10 298:7
**busy (2)**
324:5,16

---

**C**

**C (1)**
246:2
**calculate (1)**
317:3
**calculating (1)**
314:22
**call (2)**
253:8 273:21
**called (16)**
252:14 259:5,9
    262:15,22 263:7
    264:17 265:20
    266:19 268:2,6,10
    274:12 276:24
    290:2 303:7
**calling (3)**
258:25 260:14 264:16
**calls (2)**
329:17 330:23
**Canada (1)**
272:14
**candidates (3)**
290:4,16,21
**capabilities (2)**
257:19,24
**capability (1)**
257:20
**capable (4)**
325:21,24 326:2
    327:25
**car (2)**
281:18,20
**careful (2)**
288:10,24
**Carter (14)**
246:8 248:4 249:17
    249:17 250:10,11
    257:3 269:9,16
    270:4 272:22 291:3
    291:9 333:7
**case (13)**
245:4 249:7,8 250:2
    250:14 282:11
    293:13 300:24

301:4 319:8 320:10
322:10 327:8
**cases (2)**
295:12 303:8
**cause (2)**
251:6 318:8
**caused (1)**
285:2
**causes (1)**
263:9
**centuries (1)**
254:6
**certain (5)**
258:5 276:24 299:22
300:3,8
**CERTIFICATE (2)**
334:2 335:2
**Certified (1)**
245:13
**certify (3)**
334:7 335:5,10
**Chair (3)**
268:13 270:9 272:25
**Chairman (4)**
272:8 316:3,5,6
**chance (4)**
270:4 289:4 296:17
310:6
**Chancellor (4)**
305:3 306:22,23,25
**change (2)**
318:18 336:8
**changes (1)**
334:6
**chapter (2)**
256:20 263:14
**chasing (1)**
332:11
**check (1)**
333:5
**children (1)**
294:2
**circle (1)**
296:8
**cite (1)**
264:10
**civilians (3)**
259:19 276:20 282:10
**claim (7)**
262:9 267:4,6,7,15
277:21,22
**claimed (1)**
260:13
**claims (2)**
262:3,6
**clarify (2)**

312:8 321:12
**clear (4)**
272:17 275:18 278:12
283:10
**close (1)**
297:22
**colleague (1)**
318:11
**combine (2)**
267:7,9
**come (15)**
289:16,21 311:13
314:20 318:16
320:4 323:25 324:9
325:14 326:13
327:10,12,15
328:20 332:5
**comes (2)**
281:7 297:14
**comfortable (1)**
256:25
**coming (2)**
306:12 333:12
**commentators (1)**
257:10
**commission (6)**
248:11 262:16,18,23
263:7,8
**commit (2)**
325:2,10
**commitment (2)**
319:18,25
**Committee (2)**
302:11,15
**committing (1)**
267:19
**common (2)**
253:11 293:18
**companies (2)**
315:21 317:9
**company (1)**
315:22
**compared (1)**
264:16
**compensated (2)**
320:2,5
**compensation (11)**
312:12 313:3,10
316:19,23,25 317:4
319:18,19 321:19
322:2
**complete (1)**
329:12
**complicated (2)**
251:11,15
**compulsory (1)**

253:9
**concerned (3)**
283:17 293:8 302:24
**concerning (5)**
250:23 252:22 256:18
278:3,8
**concerns (1)**
290:3
**concluded (1)**
294:9
**condemn (2)**
272:13,16
**condemning (1)**
274:4
**condition (1)**
288:13
**conducted (2)**
268:22 311:22
**conducting (1)**
290:15
**conference (6)**
255:23 256:2,6
278:21 327:3,4
**conferences (1)**
327:7
**confirm (3)**
296:9,15 297:4
**connection (11)**
289:22 296:10,16
315:10 319:16
320:9,15,20,23
322:10 331:2
**consent (1)**
308:13
**consider (2)**
276:17 314:5
**considered (7)**
253:14 308:16,19
329:13 330:3,7,19
**Consistent (1)**
294:7
**contact (1)**
297:16
**contained (1)**
301:5
**contemporaneous (1)**
300:19
**content (1)**
255:21
**context (1)**
298:7
**continuation (1)**
250:14
**continue (1)**
313:23
**continued (2)**

286:3,7
**contracts (1)**
315:15
**conversations (1)**
299:18
**copy (2)**
307:3 309:14
**correct (55)**
252:7 254:23 259:22
259:25 260:19,23
260:24 261:2,5
273:2 276:7 279:20
282:24 286:2,6
287:2,7 288:17,21
291:14,17 292:22
293:12 294:11
296:25 298:22,23
299:3 300:20,25
301:5,10 307:9,10
307:12,13,23
309:20 310:3,4,13
310:17 312:18,23
313:5,8,21,22 315:6
317:18 318:10
321:23 326:19
327:16,20
**corrections (2)**
334:7 336:5
**correctly (2)**
291:23 304:21
**Cottreau (35)**
247:6 249:21,21
250:22 256:24
260:17 261:7 269:6
269:14,19 270:2
275:14 279:13
282:12,21 286:14
291:2 296:22
298:19 312:10
313:6 317:12
319:10 321:20
323:4 326:7 328:4,8
329:16 330:22
331:20,24 332:3,23
333:9
**Council (1)**
254:17
**counsel (12)**
249:14 320:11,15
322:12,17 323:4
324:25 326:10
329:12 333:4
335:10,14
**counted (1)**
316:16
**countries (1)**

256:8
**country (3)**
279:24 280:3 321:7
**couple (1)**
291:18
**course (9)**
270:7 278:10 279:16
281:7 288:9,21
302:5 326:17
327:19
**court (7)**
245:2,13 247:14
249:6,12 321:12
335:2
**covers (1)**
252:9
**Cozen (2)**
246:4 249:18
**created (1)**
254:21
**credible (1)**
293:11
**Cromwell (3)**
324:10,14
**current (1)**
259:4
**currently (3)**
315:19,24 316:11
**customer (1)**
297:13
**customs (1)**
280:19

**D**

**D (1)**
248:2
**Daesh (11)**
274:9,13,16,17,19,24
275:6,17,25 276:14
276:24
**daily (1)**
320:5
**dare (1)**
308:2
**data (2)**
329:13 330:2
**date (4)**
249:9 285:18 334:17
336:25
**Dated (1)**
335:24
**dates (1)**
285:20
**day (10)**
245:14 247:3 249:11
249:23 250:18

254:15 257:16
279:17 291:19
319:9
**days (19)**
255:18,18 286:14
291:18 312:22
315:10 322:11,22
323:10,15 326:18
327:19 328:13
329:10,15 330:4,9
330:21 333:16
**DC (1)**
247:5
**deal (5)**
274:24 298:16 301:17
301:21 306:17
**Dean (4)**
306:4,5,8,9
**declaration (7)**
266:11 272:10,13,17
274:4,18 275:18
**declarations (1)**
298:9
**declare (2)**
276:10 278:17
**Decree (1)**
291:20
**defeat (2)**
274:18 275:18
**defend (2)**
271:18 301:9
**defendants (2)**
247:2 269:25
**Defense (2)**
307:4 310:7
**demand (1)**
271:16
**demanded (1)**
301:9
**denies (1)**
253:13
**deny (2)**
273:25 274:2
**department (1)**
301:12
**depends (2)**
315:13,17
**deposition (26)**
245:12 249:3,10
269:13 289:17,23
290:5 318:20,24
319:17 321:14
322:14 323:11,14
326:17 327:23
328:20 329:3,10
331:2,16 333:19

334:5 335:7,12
336:4
**deputed (2)**
305:4 306:5
**deputy (3)**
270:17 273:7,8
**Description (1)**
336:7
**deserve (1)**
284:15
**desired (1)**
334:7
**details (2)**
275:24 276:8
**determine (1)**
272:10
**dialogue (1)**
323:3
**dialysis (4)**
324:6,8,10,13
**DIB (12)**
263:10 269:22 283:21
286:9 287:8,12
320:10,11,15
322:13,17 324:25
**DIB000380 (1)**
263:11
**differences (1)**
281:12
**different (16)**
252:7,11,12,16,17,20
252:21 254:13
255:19 256:18
258:21 269:21
288:25 303:11
306:4 309:21
**differentiate (2)**
279:14 280:16
**differently (1)**
281:10
**difficulty (1)**
328:10
**diligence (3)**
287:23 288:11 290:16
**direct (5)**
292:7 295:18 297:16
306:7,15
**directly (5)**
295:13 302:7 306:17
324:12 331:14
**Directors (12)**
287:22 288:3 291:15
292:11 293:3 294:8
294:15 302:7,16
303:9 304:9,15
**disagree (2)**

278:2,6
**disagreement (2)**
253:19,24
**disapprove (1)**
308:5
**discovery (1)**
263:6
**discuss (1)**
312:25
**discussed (6)**
251:5 254:16,20
286:15 303:22
304:8
**discussing (1)**
297:12
**discussion (4)**
256:20 273:18 277:19
323:5
**discussions (1)**
304:13
**dismiss (2)**
283:16,24
**dismissal (2)**
284:18,22
**dismissed (3)**
284:15 285:2,16
**disparate (1)**
280:13
**dissension (1)**
273:23
**distinguish (1)**
263:21
**distinguished (3)**
295:23 296:3 308:16
**distorting (1)**
263:21
**District (4)**
245:2,3 249:6,7
**division (1)**
273:24
**document (11)**
248:12 255:4 262:25
263:4 269:4,15
270:5,21,25 272:24
292:4
**documents (11)**
269:19 270:6 283:11
290:7 312:20,21
315:14,15,16
324:22 330:25
**doing (6)**
266:12 267:16 277:13
288:2 294:8 328:2
**doubt (3)**
277:16 307:23 308:10
**Dr (121)**

245:1,12 246:1 247:1
248:1,9 249:1,4
250:1,4,7,11 251:1
252:1 253:1 254:1
255:1 256:1,17
257:1 258:1 259:1
260:1 261:1 262:1
263:1,4 264:1 265:1
266:1 267:1,12
268:1,17 269:1
270:1,15 271:1
272:1,22 273:1,4
274:1 275:1 276:1
277:1 278:1 279:1
280:1 281:1 282:1
283:1 284:1 285:1
286:1,13 287:1,3,17
288:1 289:1 290:1
291:1,9 292:1,6
293:1 294:1,9 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1,15
307:1,17,17 308:1
309:1,15 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1,20,25
319:1,4,16 320:1
321:1 322:1 323:1
324:1 325:1 326:1
327:1 328:1,4 329:1
330:1 331:1 332:1
333:1,20 334:1
335:1 336:1
**draw (2)**
263:11,15
**drive (4)**
280:8,17,23 281:19
**driving (1)**
281:18
**Dubai (33)**
249:22 263:6,10
269:7,20 282:18
286:19 287:18
288:9 290:2,8,10,14
291:20 293:3
294:18 295:22
297:14 299:22
300:3,9 303:12,22
304:6 312:12
313:20 315:11
317:5,6 318:2,7
325:9 327:16
**due (3)**

287:23 288:11 290:15
**duly (1)**
335:6
**DVD (3)**
249:3 318:24 333:19

_____

E

**E (4)**
246:2,2 248:2 336:3
**earlier (1)**
275:10
**early (1)**
256:14
**east (1)**
275:2
**ECF (2)**
245:4 249:8
**economic (1)**
292:19
**economics (1)**
293:14
**educate (1)**
295:14
**education (1)**
293:22
**effect (1)**
257:15
**effectively (1)**
318:4
**Egyptian (3)**
265:8,9 306:13
**either (3)**
290:25 320:15 329:11
**elect (1)**
291:15
**elected (1)**
292:16
**Emanuel (2)**
247:13 249:24
**embassies (1)**
261:20
**employed (2)**
335:11,14
**employee (4)**
288:12,13 329:23
335:13
**employees (19)**
287:25 294:21,22
295:2,4,9,15,17,20
295:25 296:5
298:20,25 299:4,8,9
299:15,19 315:3
**encouraging (1)**
285:8
**endorse (1)**
308:14

endorsement (1)
308:14
engage (4)
257:16 266:3 267:2
267:14
English (12)
256:13,17 257:5,6
269:3 309:15,19,21
309:22,24 310:2,4
ensuring (1)
302:7
entire (1)
271:10
entirety (2)
259:22,25
entities (1)
316:20
entity (3)
262:15 263:7 268:9
environment (1)
298:5
especially (1)
301:12
essentially (2)
254:22 299:14
establish (4)
275:20,22 276:4,18
established (1)
289:10
establishing (1)
290:7
evaluate (2)
290:4,20
evaluating (1)
290:15
events (1)
259:4
everybody (1)
269:24
evidence (3)
257:25 278:13 281:16
evidences (2)
267:21 278:15
evils (2)
267:22 272:12
exactly (3)
305:15 307:20 323:17
EXAMINATION (4)
248:4,5 250:10 319:3
example (4)
293:21 299:7,7
328:17
Excerpt (1)
248:10
excuse (1)
281:11

executing (1)
282:7
Executive (2)
302:11,15
exhibit (21)
248:7,9,10,12,13
255:5,6 256:12,15
263:2,3,5 268:16,18
269:3,5 292:5,5
300:15 309:14
310:3
EXHIBITS (1)
248:6
exigency (1)
333:9
existence (1)
286:15
exists (2)
277:17,18
expect (9)
294:18 295:4 298:13
298:15 304:11,12
304:13 331:6,14
expected (9)
302:3,6,10,14 303:21
304:2,4,5,8
experiences (1)
279:23
expert (5)
320:21,25 321:4,9,15
explain (2)
255:16 333:6
explained (1)
330:20
explaining (1)
333:14
express (3)
264:20 278:12 288:8
expressed (8)
264:3 278:7 283:12
287:16 320:16
329:14 330:4,8
expressing (2)
278:11 288:15
extent (7)
297:5 301:25 303:3
303:12 304:6
329:17 330:22
extreme (1)
263:16
extremist (3)
282:23 283:4,8
extremists (6)
281:15,22 282:2,4,4,5
eyes (1)
294:2

---

F

fact (11)
264:10 273:8 275:5
277:20 284:12
288:18 295:18
298:7 303:13
323:13 329:22
faculties (1)
306:4
faculty (3)
306:4,8,9
fair (3)
297:21 317:20 318:6
fairness (1)
293:17
faith (1)
333:4
familiar (11)
255:10 260:18 262:14
264:7,23 265:5
266:18 274:8,11
275:11 279:23
familiarized (1)
291:24
family (2)
274:23 310:15
fasting (1)
253:10
fathers (1)
317:14
fatwa (3)
292:15 307:4,23
fatwas (2)
273:20,22
FED-PEC (2)
269:18,24
FED-PEC0233091-... 
248:12
feel (3)
256:24,25 317:21
felt (1)
261:4
field (5)
309:6,10 316:24
317:17,23
fight (1)
311:24
figure (2)
310:23 311:3
finance (5)
293:9 297:13 316:25
317:14 318:3
financial (4)
292:17 315:20 317:9
317:22
financially (1)

335:15
find (1)
324:9
findings (1)
303:6
finish (1)
324:11
finished (1)
319:9
Fiqh (2)
254:17 257:11
first (8)
273:11,16,17 287:8
291:19 304:21
305:2 318:3
fitna (1)
273:23
floor (1)
333:4
followed (1)
260:7
follower (1)
281:12
followers (3)
252:10 281:14,17
following (2)
258:24 282:7
follows (1)
250:9
forbidden (1)
280:23
foregoing (3)
334:5,5 335:7
foreign (2)
306:6,12
forgive (1)
265:4
form (5)
326:10 329:14 330:3
330:7,20
found (1)
269:12
founders (1)
263:18
four (2)
276:2 310:14
France (1)
272:14
free (4)
256:24 271:11 323:25
324:4
front (1)
278:17
full-time (2)
315:5,7
fundamental (1)

253:14
further (1)
335:10
future (1)
288:23

---

G

GBD (2)
245:4 249:8
general (14)
292:17 293:5,12,16
293:18,22,23 294:5
294:11 302:25
303:5,7,15,19
getting (2)
281:21 321:22
give (11)
266:11 274:2 295:11
325:13,16,18
326:14,15 327:22
328:5,25
given (19)
267:23 271:3,6,8,22
272:5,18 273:25
275:4 293:2 298:5
298:12 306:24
308:12 318:2 327:6
327:20 328:14
329:18
giving (8)
267:23 270:21 278:20
321:4 325:20
327:21 328:21
331:12
go (7)
253:25 254:5 266:9
318:13 324:7,11,12
God (1)
281:14
goes (1)
253:15
going (16)
255:4,5 256:12,16,23
291:4 318:13,20
329:16,20,24
330:24 331:25
332:23 333:5,20
good (7)
250:11,12 265:2
288:22 319:4,5
333:4
governance (1)
280:6
Government (3)
263:8 283:18 301:14
governments (1)

274:24
**great (1)**
264:13
**group (2)**
297:6,9
**grow (1)**
317:22
**guess (2)**
295:21 305:16

**H**

**H-I-S-S-E-M (1)**
309:22
**habits (1)**
280:18
**Haefele (22)**
246:15 248:5 249:19
249:19 269:23
272:20 318:12,15
319:3,4,6 328:13
329:18 330:15,18
331:22 332:4,9,13
332:19 333:11,14
**Hamas (4)**
265:20,23 266:3,5
**Hamasa (1)**
266:13
**Hamid (109)**
245:1,12 246:1 247:1
248:1,3 249:1,4
250:1,4,7 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1,17,18
308:1 309:1 310:1
310:14,16,17 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1,25 319:1
320:1 321:1 322:1

323:1 324:1 325:1
326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1,20
334:1,4,16 335:1,5
336:1,4,24
**hand (3)**
271:15,15 273:20
**handful (1)**
319:8
**handwriting (2)**
328:23 329:2
**happen (9)**
261:23 277:4 289:19
305:7 310:19,22,25
318:7 320:8
**happened (4)**
281:8 316:2 323:14
327:12
**happy (2)**
250:2 331:17
**harm (1)**
318:8
**Hassan (128)**
245:1,12 246:1 247:1
248:1,3,9 249:1,4
250:1,4,7,11 251:1
252:1 253:1 254:1
255:1,8 256:1,17
257:1 258:1 259:1
260:1 261:1 262:1
263:1,4 264:1 265:1
266:1 267:1,12
268:1,17 269:1
270:1 271:1 272:1
272:22 273:1,21
274:1 275:1 276:1
277:1 278:1 279:1
280:1 281:1 282:1
283:1 284:1 285:1
286:1,13 287:1
288:1 289:1 290:1
291:1,9 292:1,6
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
307:17,18 308:1
309:1,23,23 310:1
310:15,15,16,17
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1,20,25
319:1,4,16 320:1
321:1 322:1 323:1

324:1 325:1 326:1
327:1 328:1,4 329:1
330:1 331:1 332:1
333:1,20 334:1,4,16
335:1,5 336:1,4,24
**Haziz (2)**
257:11 276:16
**head (1)**
276:24
**hear (2)**
319:10 326:3
**heard (9)**
262:15 263:25 276:25
277:3,15,17 284:25
290:20 311:10
**hearing (1)**
265:3
**heart (6)**
281:21 288:7 293:25
327:13 331:12,14
**held (6)**
245:13 255:23 256:2
271:19 279:3,6
**help (2)**
298:21,21
**helping (2)**
285:21 306:6
**hereto (1)**
335:15
**Hezbollah (9)**
266:19,22,22,25
267:4,24 273:19,21
273:23
**HI (1)**
309:23
**higher (1)**
257:21
**history (1)**
274:6
**holds (1)**
257:15
**honored (2)**
317:12,21
**hospital (5)**
324:7,9,11,12,14
**hotel (1)**
320:5
**hours (4)**
315:9,12,17,17
**human (1)**
254:9
**husband (1)**
281:6
**Hussein (110)**
245:1,12 246:1 247:1
248:1,3 249:1,4

250:1,4,7 251:1
252:1 253:1 254:1
255:1,8 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1,17,17
308:1 309:1 310:1
310:14,16,17 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1,25 319:1
320:1 321:1 322:1
323:1 324:1 325:1
326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1,20
334:1,4,16 335:1,5
336:1,4,24
**hypotheticals (1)**
329:21

**I**

**Ibn (3)**
263:18 264:4,8
**ideas (1)**
272:17
**identical (1)**
310:12
**identification (5)**
255:6 256:15 263:3
268:16 269:5
**identified (2)**
273:5,6
**identify (1)**
255:11
**ideology (1)**
274:21
**Ijma (1)**
253:8
**imagine (1)**
282:9
**imperil (1)**

318:9
**impermissibility (1)**
273:22
**implementing (1)**
290:14
**impossible (2)**
267:10 281:20
**include (2)**
310:3 314:16
**included (1)**
307:15
**includes (2)**
268:24 316:25
**including (2)**
269:22 286:9
**INDEX (1)**
248:6
**indicating (3)**
264:2 286:19 312:4
**individual (6)**
270:14 276:23 295:17
296:3 313:5,10
**individuals (7)**
268:23 282:13,17
283:8 291:11 293:4
295:19
**industry (1)**
317:22
**infamous (1)**
310:23
**infidels (1)**
271:15
**inform (2)**
295:9 301:14
**information (20)**
264:2,5 283:11 286:9
286:19 287:15,21
289:14,22 301:4,8
302:12 311:20
312:4 329:13,18
330:7,19,23 331:5
**informed (2)**
303:15 323:22
**innocent (1)**
282:10
**inspiration (1)**
312:5
**instance (3)**
252:13 253:21 287:8
**institution (1)**
318:3
**institutions (2)**
315:20 317:9
**instruct (3)**
288:23 295:14 329:24
**instructed (1)**

283:16
**instructions (1)**
295:16
**insurance (3)**
315:21,22 317:9
**interacted (1)**
298:6
**interaction (1)**
299:15
**interactions (4)**
296:22 297:2,6
305:24
**interest (1)**
257:21
**interested (1)**
335:15
**interests (1)**
257:24
**international (8)**
257:14 305:3,13,17
305:25 306:20
309:3 311:23
**interpret (1)**
254:2
**interpretation (6)**
251:23 252:23 253:4
253:25 266:15
267:16
**interpretations (3)**
258:18 259:15 275:7
**interpreters (2)**
251:22 257:10
**intervening (1)**
289:25
**interview (6)**
268:22,25 270:21
271:3,7 272:23
**interviewed (2)**
268:6 273:6
**intolerance (1)**
263:16
**intolerant (1)**
264:21
**introduce (2)**
249:14 306:10
**investigate (2)**
263:8 301:13
**investigated (1)**
289:9
**investigating (1)**
302:12
**investigation (2)**
262:22 302:8
**investigations (1)**
289:11
**invite (1)**

302:25
**invited (1)**
264:18
**inviting (2)**
258:21 259:2
**involved (2)**
302:7,11
**Iraq (1)**
276:4
**Isil (2)**
274:9,12
**ISIS (5)**
274:9,12,14,16
277:13
**Islam (52)**
250:23 251:2,18,20
252:6,8,9,12,13,14
252:17 253:15,23
256:19 257:14
258:6 259:15,19
262:12 263:17
264:8 265:6 266:7
266:15 267:8,9,17
267:21 268:3,6,18
274:19,21 275:7,13
275:23 276:2,5,7,21
277:13,23 278:4,9
279:14 280:14,15
280:17,19,24
288:14 326:19
**Islamabad (4)**
305:14,18 306:2,20
311:20,24
**Islamic (90)**
249:22 253:11 257:19
257:22 259:5,9,13
259:17,21,24 260:3
260:6,8,14 261:25
262:4,7 263:6,10
267:5 269:7,20
271:11 275:21,22
275:23 276:4,5,12
276:19 277:5,9,21
279:8 280:2 282:18
286:20 287:18
288:10,13 290:2,8
290:10,14 291:21
292:17 293:3,5,11
293:16,18,22 294:5
294:10,18 295:10
295:22 296:4
297:12,13,14
299:22 300:4,9
303:13,22 304:6
305:3,14,18 306:2
306:20 308:17,25

309:3,6,10 311:23
312:13 313:20
315:11 317:5,6,14
317:21 318:2,3,8
325:10 327:16
**Islamist (1)**
263:15
**issuance (1)**
275:4
**issue (15)**
254:4,13 270:3,21
271:4,7 272:17
284:12 295:16,21
303:4,23 326:22
327:11,11
**issued (9)**
272:12 274:4,18
275:17 280:22
284:2 285:6,7 289:8
**issues (7)**
251:11,15 263:9
297:12 298:10,14
327:6
**issuing (1)**
273:22

**———————————**

**J**
**Jackson (2)**
247:7 249:23
**Jaseem (1)**
282:14
**Jews (2)**
259:10 271:16
**Jihad (5)**
257:15,16 311:6,16
311:19
**job (5)**
245:25 294:8 315:5,7
315:8
**joined (1)**
291:25
**Jones (4)**
245:14 247:3 249:11
249:23
**Jordanians (1)**
306:13
**Juan (2)**
247:13 249:23
**judgment (1)**
257:16
**July (2)**
272:24 286:15
**jurisdiction (1)**
302:17
**jurisprudence (9)**
257:11 292:17 293:5

293:12,16,18,23
294:6,10
**Jurists (12)**
248:13 268:10,20,24
270:9,18 272:9
273:2,7,9,20 274:6
**justice (1)**
271:18
**justification (1)**
257:23
**justified (3)**
264:3 267:16 275:6
**justify (11)**
257:25 259:14,18
261:24 262:11
266:6,8,14 277:13
277:22 280:12
**justifying (4)**
266:17 267:20,21
275:12

**———————————**

**K**
**Kenya (1)**
261:20
**kill (1)**
282:10
**killed (2)**
311:15,18
**killing (2)**
276:20 282:9
**kind (2)**
305:24 331:18
**kinds (5)**
253:7 272:16 284:24
285:5 298:12
**King (4)**
304:23 305:5,8,18
**knew (5)**
260:25 299:23 303:3
304:7 322:13
**know (86)**
258:19 259:2,8,12,13
259:16,17,20
260:21 261:23
262:2,3,6,8,13,18
265:22 266:2,5,22
267:18 268:2
270:14 272:6,7
275:25 276:8,23
277:4,6,7,10,11
280:25 282:21
283:13,18,19 284:4
284:4,5,8,10 285:7
285:10 288:7 289:8
289:18 290:6,22
294:16 296:6 298:2

293:12,16,18,23
294:6,10
298:4,11 299:7,9,10
299:21 300:2,7
302:2,13 303:13,25
304:16 305:6,7
306:3,11,14 307:19
307:20 308:11
309:8 310:19,22,25
311:4,5,8,12,16
316:10 331:7,8
**knowingly (1)**
288:3
**knowledge (5)**
264:18,19 266:25
292:18 293:5
**known (8)**
274:9 283:22 285:3
300:5 301:22,22
305:9 311:2
**knows (3)**
274:17 289:10 331:8
**Koran (6)**
252:23 253:4 254:3
276:13,16 278:15

**———————————**

**L**
**Laden (13)**
261:2,4,8,11 263:15
264:2 286:10,21
299:24 300:5,11
311:11 312:5
**Lands (2)**
307:4 310:8
**language (3)**
256:13 263:23 269:3
**large (2)**
299:11,12
**latitude (1)**
329:19
**law (2)**
293:21 294:3
**laws (1)**
280:5
**lawyer (7)**
321:6,6,8 325:14
327:8 329:22,23
**lawyers (2)**
319:7 325:9
**leaders (2)**
263:15 282:5
**leading (1)**
317:6
**League (3)**
254:17 255:23 264:12
**learn (1)**
311:13
**leave (4)**

316:4 333:5,8,10
**leaving (1)**
332:16
**Lebanese (5)**
270:22 271:4,7,14
306:13
**lecturer (1)**
304:24
**left (3)**
285:17 332:3,25
**legal (3)**
257:22 292:19 301:12
**less/more (1)**
315:4
**let's (2)**
251:17 304:17
**Liberty (1)**
246:5
**life (7)**
252:9 258:25 259:22
259:25 272:7
279:23 317:18
**lifetime (2)**
265:11,13
**list (6)**
329:12 330:2,6,18
331:4,6
**literal (1)**
251:19
**litigation (4)**
269:21 320:20,24
321:5
**little (5)**
267:11 296:8 317:5
319:13 328:9
**lived (1)**
279:18
**LiveNote (1)**
335:4
**LLP (1)**
245:14
**London (4)**
245:14 249:11 324:9
333:12
**long (9)**
263:16 274:18 280:10
289:13,19,20,21
290:12 328:10
**look (6)**
255:7 270:2 292:5
294:19 295:4
332:24
**looking (2)**
293:4,10
**Lootah (4)**
296:23 297:3,18,23

**lot (4)**
253:6 317:7 329:19
329:19
**loud (1)**
333:13
**louder (1)**
319:13
**Louisiana (1)**
247:4

_____

**M**
**majority (3)**
254:5 279:7,9
**making (4)**
276:11 294:15 324:6
332:13
**man (3)**
277:15 280:17 298:17
**management (11)**
283:16 295:2 301:12
301:25 302:21
303:3,8,12,14,22
304:6
**managers (2)**
294:22 295:4
**mark (3)**
255:5 256:12 262:25
**marked (12)**
255:6 256:15 263:3,4
268:16,17 269:3,5
292:4 300:15
309:14 310:3
**Market (1)**
246:6
**material (2)**
269:12 331:15
**materials (3)**
255:2 260:10 269:10
**matter (4)**
249:4 259:3 281:22
295:18
**matters (2)**
253:18 299:19
**MDL1570 (1)**
249:8
**mean (15)**
251:25 273:23 275:16
281:11 290:9 294:4
297:16 302:15
308:5 309:23
316:12 321:8
323:23 325:20
326:2
**meaning (1)**
251:20
**means (5)**

253:15 257:22 269:23
293:20 294:2
**Mecca (4)**
256:2 278:19 279:20
304:23
**media (30)**
260:13,19,20,22
261:15,19,22 262:8
262:15 265:7,21,23
266:2,4,6 267:19
272:3 274:16,17,23
276:9,12 277:2,3,7
277:11,16 311:9,16
311:17
**medical (2)**
293:24,25
**medication (1)**
324:6
**meet (3)**
312:24 323:23 333:12
**meeting (14)**
297:10 303:18,24
304:15 312:17,19
312:20,22 313:4,5
314:9 315:8,12,13
**meetings (10)**
297:17 298:8,9,12
304:9 313:10 314:6
314:11,17,23
**member (3)**
287:24 292:23 316:20
**members (8)**
291:16 292:15 294:19
295:5,8,22 296:7
312:21
**membership (1)**
284:16
**memory (1)**
285:20
**men (6)**
271:11 279:15 280:13
281:2,9 311:24
**mental (1)**
282:11
**mentioned (2)**
263:14 265:18
**messenger (1)**
271:14
**met (2)**
304:22 305:2
**microphone (1)**
330:13
**microphones (1)**
318:16
**midway (1)**
263:12

**military (1)**
274:22
**minds (1)**
274:25
**minor (1)**
296:9
**minority (1)**
263:17
**minutes (3)**
304:14 318:16 331:23
**mischaracterizes (3)**
275:15 313:7 326:8
**mission (1)**
322:8
**misunderstand (2)**
254:2 281:15
**misunderstanding (1)**
281:17
**misuse (1)**
281:15
**misusing (1)**
281:17
**moderate (2)**
264:14,16
**modern (1)**
257:11
**moment (6)**
292:6 299:4,13
304:17 316:13
321:18
**month (1)**
314:24
**monthly (2)**
314:13,25
**months (8)**
315:2 322:24 323:6
323:15,18,21
324:19 325:3
**Morillo (4)**
247:13 249:24 332:7
332:11
**morning (5)**
250:11,12 256:14
319:4,5
**motivated (1)**
263:20
**Motley (2)**
246:12 249:19
**Mount (1)**
246:14
**Move (1)**
272:20
**Muhyiddin (1)**
282:14
**Muslim (27)**
248:13 253:12,15

254:17 255:23
256:8 258:12
263:19 264:12
268:10,19,23 270:9
270:18 272:9 273:2
273:7,9 274:6
278:19 279:3,6,9,9
288:14 307:4 310:8
**Muslims (19)**
254:4,7,10 255:17
256:21 257:12,16
267:6,7 272:11
274:20 275:3,20,21
276:6,18,22 278:14
278:21

_____

**N**
**N (2)**
246:2 248:2
**N.W (1)**
247:4
**name (27)**
259:19 262:11 264:24
266:6 275:13
276:25 277:13,15
277:17,18,23
307:24,24 308:7,12
309:2,11,20,20,24
310:4,12,15,15
319:6 334:16
336:24
**named (4)**
264:8 265:6 270:14
307:16
**names (4)**
265:2 296:6 310:14
310:14
**narrated (1)**
278:15
**Nashmi (11)**
282:14 285:22 287:7
287:11,17 288:20
289:6,15 294:10
296:13,19
**nature (18)**
253:22 258:6,11
267:5 271:23
277:22 278:8 283:4
283:9 284:3,13
287:19 293:16
297:11,17,19 298:5
326:19
**nearly (2)**
298:25 299:4
**necessarily (2)**
260:9 314:24

**Necessary (1)**
248:14
**Necessity (1)**
268:21
**need (2)**
251:6 328:6
**needed (1)**
274:23
**needs (2)**
257:22 324:13
**neither (1)**
335:10
**never (27)**
264:17 266:8,10
267:25 271:8,21
272:5,18 274:3
276:14,14,15
280:15,15 281:8
287:18 297:2
301:23 305:11
307:2,6,21 326:12
326:15 327:11,12
329:2
**new (12)**
245:3 249:7 286:8,16
287:13 290:14
300:14 301:20
303:13,23 304:7
316:5
**news (1)**
273:14
**newspaper (3)**
272:6,19 274:3
**nominal (1)**
317:10
**non-Islamic (1)**
253:23
**non-Muslim (3)**
256:19 258:7,13
**non-Muslims (9)**
254:5,8 255:17
258:17 264:21
272:11 275:3 278:9
278:14
**non-responsive (1)**
272:21
**normal (1)**
308:18
**normally (1)**
288:5
**note (1)**
332:23
**notes (1)**
335:6
**notice (2)**
283:14 301:23

**notoriety (1)**
310:20
**nowadays (1)**
316:18
**number (9)**
249:7 264:11 269:22
286:8 287:4,12
299:11,12 300:13
**numbered (1)**
256:22

**O**

**O'Connor (2)**
246:4 249:18
**oath (3)**
250:15,17 331:11
**object (3)**
328:6 329:16 330:22
**objecting (1)**
332:15
**Objection (3)**
275:14 313:6 326:7
**obligation (3)**
253:10 257:15 325:12
**observations (1)**
312:24
**occasions (1)**
274:5
**occurred (1)**
272:24
**occurs (1)**
257:18
**offer (1)**
252:22
**offered (3)**
320:21,24 321:13
**office (1)**
306:10
**offices (2)**
245:14 249:11
**officials (2)**
295:10 296:2
**okay (7)**
270:2 312:9 319:11
322:23 329:9
332:18,19
**Online (2)**
268:3,7
**Online.net (1)**
268:19
**open (1)**
327:13
**operate (1)**
318:3
**opined (1)**
258:5

**opinion (12)**
257:13,14 264:15
267:8 278:17,20,23
288:15 312:25
321:14 323:24
327:10
**opinions (34)**
252:22 255:20 258:23
258:24 272:4
278:11 289:8
295:12 320:16,21
320:25 321:4
322:13 325:2,10,13
325:15,16,18,20,22
325:25 326:11,14
326:15,22 327:9,20
327:23 328:14
329:14 330:3,8,20
**opportunity (2)**
296:10 328:6
**opposed (1)**
327:23
**oppressor (1)**
271:19
**oppressors (1)**
271:16
**orally (1)**
328:14
**order (2)**
329:13 330:19
**ordinance (1)**
293:6
**organization (18)**
260:23 262:4,7
265:19,20,24
266:19,23 267:5
268:2,6,14,22 274:9
274:12 277:21
279:11 285:9
**organizations (9)**
266:9 267:13,14
275:12 276:9 279:8
288:6 317:2,4
**Osama (8)**
261:2,11 263:14
264:2 286:20
299:23 300:5,10
**outcome (1)**
335:16
**outlet (1)**
271:10
**outset (1)**
251:9
**overlapped (1)**
305:8

**P**

**P (2)**
246:2,2
**PA (1)**
246:7
**package (1)**
269:10
**page (12)**
256:22,23,23 257:4
263:5,10,12 273:11
273:15,16,17 336:5
**Page/Line (1)**
336:7
**pages (2)**
248:7 274:18
**paid (3)**
305:21,22 321:22
**Pakistan (1)**
306:23
**Palestinians (1)**
271:14
**paper (15)**
255:8,12,13,15,21,22
256:13,17,18 257:8
264:11 272:6
278:12 327:5,6
**papers (2)**
256:5,9
**paragraph (1)**
263:12
**Pardon (1)**
319:23
**part (3)**
269:8,11,21
**part-time (1)**
315:8
**participated (1)**
312:18
**particular (3)**
292:6,18 317:25
**parties (2)**
335:11,14
**passed (1)**
293:22
**pause (1)**
328:5
**paying (2)**
259:3 322:8
**payment (7)**
313:11,14,17,24
314:3,17 317:10
**payments (1)**
314:5
**peace (8)**
251:2,20,25 252:4
255:18 271:14

278:4,9
**people (7)**
275:2 277:16,25
278:6,10 282:10
294:18
**perceived (1)**
264:20
**period (15)**
279:19 307:8 308:17
308:20 309:7,11
311:7,11,21 312:16
313:2 314:24
322:20 324:3 329:9
**permanently (1)**
295:14
**permitted (1)**
280:8
**permitting (1)**
282:7
**person (1)**
298:15
**personal (2)**
297:22,24
**Pg (2)**
248:4,5
**PhD (1)**
277:5
**Philadelphia (1)**
246:7
**place (6)**
246:5 249:10 311:10
320:4 323:15
324:10
**plaintiff (2)**
246:3 319:7
**plaintiffs (3)**
249:18,20 323:4
**Pleasant (1)**
246:14
**please (12)**
249:14,16 250:6
259:23 260:2
310:24 323:8 328:3
328:5,22 333:13
336:5
**plus (1)**
312:19
**point (7)**
296:9 300:23 307:9
311:13 312:3
329:11 333:7
**points (1)**
312:8
**political (9)**
271:24 272:2,4,4
297:19 298:3,10,14

299:19
**politics (2)**
263:21 298:16
**position (2)**
306:19 308:3
**possess (1)**
330:11
**potential (1)**
290:16
**power (1)**
303:2
**practical (1)**
331:10
**practice (2)**
258:20 321:19
**practicing (1)**
258:25
**prayer (1)**
253:9
**preferably (1)**
292:18
**preparation (18)**
259:11 269:12 283:12
  285:10 289:17,23
  290:6 296:11,16
  300:23 310:9,10
  313:4 315:13
  321:22 322:4,17,20
**preparations (2)**
301:3 312:19
**prepare (9)**
320:10 323:23 324:2
  324:18 331:6,9,10
  331:10,15
**prepared (7)**
248:9 255:22 312:25
  320:14,19,23 331:4
**preparing (1)**
319:17
**present (2)**
247:12 297:18
**presented (2)**
255:19 277:8
**presenting (1)**
258:4
**President (3)**
306:23,24 307:25
**pretty (2)**
301:16,21
**previously (2)**
250:8 322:23
**principle (1)**
257:24
**principles (5)**
253:6,9,11,11,14
**prior (3)**

275:15 301:3 326:8
**privileged (2)**
329:18 330:23
**problem (2)**
251:5,7
**procedures (2)**
290:3,15
**process (3)**
290:20,24 294:14
**proclamations (10)**
282:24 283:3,7 284:2
  284:13 288:19
  289:5,14 296:12,18
**produce (2)**
269:7,17
**produced (6)**
263:5,10,11 269:20
  269:23,25
**production (2)**
269:8,22
**professional (1)**
317:18
**prominent (7)**
265:10 294:20 295:6
  308:24 309:9 311:2
  311:6
**promise (1)**
250:18
**promised (1)**
320:7
**promote (1)**
295:22
**promoted (1)**
296:3
**pronunciation (1)**
264:25
**proper (2)**
252:23 253:3
**prophet (1)**
276:13
**protection (1)**
254:9
**proved (1)**
284:14
**provide (2)**
321:19 329:12
**provided (4)**
250:22 286:20 321:20
  321:25
**provides (1)**
292:11
**provision (3)**
292:10 293:2 294:7
**provisions (1)**
291:24
**publication (4)**

287:13 300:20 301:24
  309:15
**published (3)**
286:23 287:5 302:3
**pulled (1)**
255:8
**purport (1)**
280:5
**purporting (1)**
269:2
**purports (1)**
271:9
**pursuant (1)**
250:17
**push (1)**
271:12
**put (4)**
326:10 332:5 333:2
  334:9

Q

**Qaradaghi (12)**
282:14 285:13 286:2
  286:6 287:3,17
  288:20 289:6,15
  294:9 296:13,19
**qualifications (1)**
292:23
**qualified (1)**
294:5
**quantum (1)**
315:18
**question (20)**
252:12 260:2 269:6
  270:8,23 279:12
  289:2 303:12
  310:24 321:24
  323:8 324:24 325:8
  326:9 328:3,23
  329:25 330:10
  331:7,15
**questioned (1)**
309:18
**questioning (5)**
250:21 260:18 296:21
  298:19 317:11
**questions (15)**
256:16 282:13 312:11
  318:12 319:8,10
  327:20 328:5,11
  329:20 330:24
  331:17 332:6
  333:17 334:9
**quick (2)**
331:20,24
**quickly (1)**

312:7
**quieter (1)**
328:10
**Quinn (2)**
247:13 249:24
**quite (3)**
287:4 299:11,12
**quote (3)**
258:23 271:9 273:25
**Qutb (4)**
263:19 264:4,23
  265:6

R

**R (3)**
246:2 336:3,3
**raise (2)**
290:2 331:7
**Ray (1)**
249:23
**RAYMOND (1)**
247:7
**read (16)**
261:15,19 265:15
  266:16 270:5,20,24
  277:14 289:5
  296:10,17 308:3,14
  312:23 324:21
  334:5
**reading (4)**
260:10 288:18 324:21
  331:5
**ready (3)**
323:24 331:16,16
**really (4)**
258:25 275:11 298:2
  299:17
**reason (4)**
284:6 307:14 333:8
  336:7
**reasonable (2)**
294:17 295:3
**reasons (1)**
311:17
**recall (24)**
251:3,7,19 254:18
  260:12 265:15
  268:5 270:20,24
  271:6 282:15
  285:15,16,22
  291:12,21 296:23
  298:19 300:16,22
  301:2 304:18
  309:16 322:24
**receive (14)**
289:13,22 306:5

312:3,12,16 313:9
  313:23 314:5,8,15
  316:19,24 331:17
**received (12)**
256:14 263:25 287:16
  301:3 313:3 317:13
  319:18,18,24,25
  322:2,5
**receiving (1)**
322:3
**recognized (1)**
317:13
**recollect (1)**
285:24
**record (22)**
250:6 272:15 291:4,7
  318:21,25 328:24
  329:6 331:25 332:4
  332:5,12,13,14,15
  332:21,24,24 333:2
  333:21 334:8 335:8
**recorded (1)**
328:24
**recruiting (1)**
311:22
**reference (2)**
308:8 309:19
**referred (1)**
307:4
**referring (1)**
286:12
**reflected (1)**
304:14
**reframe (1)**
260:2
**regard (6)**
251:10,13 253:21
  283:4,8 322:3
**register (1)**
329:5
**regular (1)**
314:23
**regulations (1)**
322:9
**reject (3)**
273:20 327:5 329:7
**related (3)**
263:9 274:19 335:11
**relating (4)**
254:3 273:18 290:16
  291:25
**relation (10)**
254:4,7 255:17
  272:10 278:13,14
  295:18 297:15
  306:7,16

**relations (1)**
253:23
**relationship (8)**
256:19,21 257:12
258:6,12 278:8
297:22,25
**relationships (1)**
257:14
**relative (1)**
335:13
**religion (9)**
251:2 263:20,21
281:12,13,13,13,15
281:16
**religions (1)**
281:23
**religious (1)**
280:22
**remain (1)**
250:15
**remains (1)**
257:15
**remember (17)**
251:20 268:8 285:12
286:21,22 291:23
304:21 305:12,15
315:23 316:7,12,13
316:16,16 317:14
323:17
**remove (1)**
290:10
**removed (1)**
284:7
**repeat (2)**
265:4 325:7
**report (13)**
248:11 263:5,6
283:17 303:8
320:11,14,20,24
321:4,14 325:3
326:22
**reported (3)**
272:23 303:5,6
**reporter (7)**
245:13 247:14 249:12
271:22 272:3 335:2
335:5
**reporting (3)**
249:14 272:3 303:4
**representatives (2)**
256:7 278:18
**representing (2)**
249:15 319:7
**request (1)**
327:15
**require (1)**

257:25
**required (1)**
333:10
**research (3)**
258:20,23 276:17
**researched (1)**
276:3
**resigned (1)**
290:12
**resistance (5)**
248:14 268:20 270:22
271:4,7
**response (3)**
279:12 327:19,24
**responses (1)**
334:9
**responsibility (1)**
291:15
**responsible (6)**
261:15,19 266:10
276:10,15 292:12
**rest (1)**
278:4
**restroom (2)**
332:25 333:3
**restrooms (1)**
333:3
**revealed (1)**
281:13
**revelation (2)**
329:17 330:23
**Rice (2)**
246:12 249:20
**right (8)**
278:11 299:19 304:25
307:5 314:18 323:9
330:17 332:14
**rights (2)**
254:9 271:16
**Robert (3)**
246:15 249:19 319:6
**role (4)**
295:11 311:6,16,18
**room (6)**
306:10 332:3,16,25
333:8,10
**root (2)**
251:6 263:8
**Royal (1)**
291:20
**rules (1)**
322:9

———————
**S**
———————
**S (1)**
246:2

**Saeed (6)**
296:23 297:3,18,22
310:15,16
**sake (2)**
257:17 331:18
**sat (2)**
327:18 328:14
**Saudi (9)**
254:17 256:3 279:18
279:24 280:2,9,12
280:21 281:3
**Saudis (1)**
306:13
**saw (2)**
298:13 310:10
**sawing (1)**
276:8
**saying (6)**
252:4 275:22,25
284:6 307:20 326:3
**says (4)**
263:13 276:16,16
292:14
**Sayyid (4)**
263:19 264:4,23
265:6
**SC (1)**
246:14
**schedule (2)**
323:23 324:4
**scheduled (2)**
322:23 323:15
**scholar (17)**
259:21,24 260:3,6,14
264:7,13 265:5,10
277:9 279:3,6
293:15,20 307:16
308:17,20
**scholars (34)**
252:22 253:3,12,19
254:2,12 255:19
256:5,9 258:5,11,16
258:21 259:5,9,14
259:18 260:8
261:25 264:4
278:18 279:9,10
280:22 292:16
293:11 294:20,24
295:2,6,23 296:4
308:25 309:10
**scholarship (1)**
278:24
**school (1)**
293:24
**schools (6)**
252:18,21 253:7,13

254:6,10
**Scott (1)**
269:10
**Sean (2)**
246:8 249:17
**second (5)**
270:17 273:7,8,15
298:24
**seconded (2)**
305:4,20
**section (1)**
257:8
**sects (2)**
252:17,20
**see (12)**
257:11 258:2 263:23
271:20 283:11
289:4 292:20
300:19 310:6,12
318:7 331:5
**seeing (1)**
269:17
**seek (1)**
266:6
**seeking (1)**
277:12
**seeks (1)**
261:24
**seen (11)**
260:12 266:16 270:6
271:21 285:11
289:7 300:21,22
310:9 317:21 329:3
**selecting (1)**
287:24
**selection (1)**
291:10
**send (1)**
312:21
**senior (1)**
302:21
**sent (4)**
269:10,11 305:17
322:7
**separate (1)**
252:14
**September (9)**
245:6 249:5 261:16
262:22 263:9 286:4
287:9 300:4,10
**serious (3)**
302:4,22,23
**sermons (1)**
277:12
**serve (5)**
282:17 286:3,7

291:11 315:19
**served (5)**
282:22 285:13,19
287:3 316:6
**serves (1)**
257:23
**service (1)**
316:20
**serving (7)**
283:14 304:24 312:12
313:20,24 315:24
316:8
**setting (2)**
253:16 297:7
**settings (1)**
297:9
**seven (2)**
323:17,19
**shared (1)**
308:25
**Shareholders (1)**
303:2
**shariah (49)**
267:21 280:6 282:19
283:21 284:16
285:13 286:7 287:3
287:8,12,20,24
288:12 290:4,17,21
291:11,16,25
292:12,15 294:19
295:5,9,11,13,19,23
296:7 297:16
299:14 312:13,17
312:22,25 313:11
313:20,24 314:6,9
314:12,16 315:11
315:19,23 316:3,6
316:21,25
**Shia (3)**
252:14 267:6,7
**shift (1)**
312:7
**short (4)**
291:6,10 318:22
332:20
**show (3)**
255:4 307:8 336:5
**shown (5)**
290:7 307:16,21
308:13 331:2
**side (1)**
272:15
**sign (2)**
329:2,4
**signed (4)**
325:3 334:15 335:22

336:23
silly (1)
329:20
similar (1)
309:12
Simon (2)
247:15 249:13
simple (1)
298:16
sit (1)
283:2
sitting (2)
283:6 316:11
skill (1)
335:9
slightly (1)
288:25
small (3)
315:3 317:8,9
smell (1)
272:4
so-called (1)
311:6
soft-talker (1)
319:15
sole (1)
254:8
solely (1)
293:9
solidarity (1)
271:13
someone's (1)
293:9
somewhat (2)
310:23 324:6
son-in-law (1)
254:21
sorry (5)
265:3 286:13 294:25
330:12 332:17
sort (1)
297:10
sorts (1)
254:11
sought (4)
259:14,18 262:11
266:14
sound (1)
330:14
Southern (1)
249:6
speak (1)
328:9
speaking (1)
304:18
specialized (8)

292:16 293:4,14,19
293:20 294:2,3,10
spelling (6)
307:24 309:24,25
310:4,13,18
spend (3)
315:10,16 322:16
spending (1)
333:15
spoiled (1)
274:25
spoke (3)
279:17 291:18 296:21
spoken (1)
300:13
spot (1)
325:18
start (3)
275:20 322:21 329:21
state (13)
249:15 253:22 257:9
257:12,19,22
258:13 275:21,22
275:23 276:4,19
278:3
stated (1)
271:10
statement (11)
271:24 275:5 277:14
279:2,5 307:15
321:21,25 322:6
333:2 334:6
statements (5)
260:7 268:25 272:19
274:3 298:14
states (8)
245:2 249:6 259:6
260:15 272:9
273:19 274:7
321:13
Stenograph (1)
335:6
Stephen (1)
249:21
steps (3)
287:17 301:9,19
Steve (2)
269:16 332:4
STEVEN (1)
247:6
strange (1)
307:19
stream (2)
263:17,20
Street (1)
246:6

strike (1)
272:20
studies (1)
277:5
study (5)
248:9 293:17,24
294:4 309:6
subject (4)
256:10 258:5 278:23
312:8
subjects (3)
251:10,14 293:25
submission (3)
251:24 252:2,3
submit (2)
256:5,9
submitted (2)
264:11 295:12
subservient (1)
257:18
substantial (1)
318:8
sufficient (1)
274:22
suggest (3)
251:23 287:14 328:8
suicide (1)
259:14
sukuk (1)
315:16
summer (2)
314:24 315:2
Sunnah (4)
252:24 253:4 254:3
278:15
Sunni (1)
252:13
superior (1)
306:19
Supervisory (1)
292:15
support (3)
248:14 268:20 288:15
supported (2)
286:10 300:10
supporters (1)
282:2
supporting (6)
273:21,22 282:4
288:4,8,15
Supposed (2)
280:4,7
supreme (1)
257:17
sure (15)
272:18 278:16 285:18

287:18,24 288:10
289:11 291:3
294:22 302:5,9,16
320:13 325:9
330:11
surprising (2)
298:8 299:17
surrounding (1)
297:10
swear (1)
331:11
switch (1)
318:16
sworn (3)
250:2,8 335:6
Syria (1)
276:4
system (5)
280:6 320:3,6,7 322:7
systems (1)
292:19

_____
T
_____

T (2)
249:21 336:3
Taimiyyah (3)
263:18 264:4,8
take (15)
251:17 275:5 291:2
292:5 301:9,13
302:3,17,20 315:3
318:6,15 321:17
323:15 331:20
taken (8)
245:13 283:15 287:18
301:19 302:22,24
332:24 335:12
takes (1)
315:12
talk (2)
304:17 319:11
talking (4)
251:10,14 252:6
291:10
Tanzania (1)
261:21
tape (1)
318:19
teacher (1)
306:11
teachers (6)
306:5,7,9,16 308:4,5
teaching (1)
295:10
teachings (1)
261:25

tell (10)
250:18 290:8,10
299:13 324:14,16
324:17 326:13
327:10 332:4
telling (1)
325:14
terrorism (5)
251:6 267:15,22
272:16 288:16
terrorist (16)
245:6 249:5 260:23
261:5,9,12 263:15
265:23 266:9,23
272:12,13 276:9,11
277:21 285:9
terrorists (6)
267:9 274:5 288:4,9
288:14 298:22
testified (18)
250:9 251:19 261:11
279:14,18 282:21
296:25 298:18
299:3 300:18 307:2
307:7,11 312:15
317:11 321:9,13
326:18
testify (1)
322:24
testifying (2)
300:24 322:13
testimony (25)
250:14,23 251:2
254:15 261:8
275:15 278:2,22
286:13 291:19
296:11,17 300:15
301:4 312:10 313:7
321:14,15,17 322:3
322:11,18 323:6
326:8 328:22
texts (1)
254:3
thank (4)
270:3 328:12 333:11
333:17
theoretical (1)
258:20
thereof (1)
335:8
thing (1)
329:3
things (2)
284:24 285:5
think (23)
254:25 264:10,15

269:19 275:9
279:13 280:10
281:21 282:3,3
292:4 294:17 295:3
295:25 303:4
307:14 308:6,8,11
309:18 318:11
325:14 328:9
**thinks (1)**
273:21
**thought (6)**
252:18,21 260:22
261:8 275:10
332:17
**thoughts (2)**
253:8 254:6,10
**three (9)**
276:2 310:13 314:25
318:19 323:10
324:7,11 327:19
333:19
**tickets (1)**
320:5
**time (44)**
249:10 272:23 273:9
276:24 280:10
282:18,22 285:19
290:12 297:15,15
302:2 304:24
306:15,21 307:8,25
308:17,20 309:11
311:7,11,12,21
313:2 314:15
315:25 316:5,7,9
319:16,19,20
321:22 322:4,16
323:23 324:3,15,17
329:9 331:18
333:11,15
**times (13)**
264:11 286:8,16
287:13 300:13,14
301:21 303:14,23
304:7 324:7,11
327:6
**title (2)**
255:15 306:24
**titled (1)**
268:19
**today (15)**
249:16,22 250:13
279:11 283:2,6
284:8,10 313:19
314:3,8 316:11
319:17 320:16
322:18

**today's (2)**
249:9 319:17
**told (7)**
254:25 260:17,22,25
261:7 275:10
298:24
**topic (1)**
260:11
**total (2)**
314:14 316:23
**tradition (3)**
263:16,17 276:13
**transaction (1)**
315:15
**transactions (5)**
292:18 293:15,21
294:4 297:13
**transcribed (1)**
335:9
**transcript (3)**
334:8 335:8 336:6
**translation (3)**
256:13,17 269:4
**traveling (1)**
320:4
**treating (1)**
281:9
**treatment (1)**
280:13
**trial (1)**
321:15
**tried (1)**
255:16
**trip (1)**
319:19
**trips (1)**
321:19
**true (4)**
307:21 318:5 334:8
335:8
**truth (6)**
250:18,19 271:17
331:11,13,19
**try (1)**
311:24
**trying (1)**
282:6
**TSG (1)**
249:13
**two (9)**
276:2 282:13 283:7
286:14 305:8
314:25 329:10
333:3,19
**typically (1)**
297:9

| **U** |
| --- |

**Uh-huh (1)**
286:25
**UK (1)**
245:14
**ummah (2)**
271:11,17
**unanimous (1)**
253:8
**unanimously (1)**
253:7
**unaware (4)**
262:10,21 280:21
282:23
**unbelievers (1)**
257:18
**understand (11)**
250:15 268:19,21
284:2,17,20 300:18
320:8,13 322:6
328:19
**understanding (9)**
269:9 288:17 290:19
290:23 292:22
293:9 294:13
322:12 328:10
**unfortunately (3)**
258:10 277:25 281:25
**united (8)**
245:2 249:6 259:6
260:15 271:13
272:9 274:7 321:13
**universal (2)**
253:2,17
**universally (2)**
279:3,6
**universities (2)**
306:6,12
**university (19)**
279:19 304:23,24
305:4,5,5,9,14,18
305:19,21,21 306:2
306:3,6,20 308:2
309:3 311:23
**unpack (1)**
267:11
**unsure (1)**
304:12
**unwilling (1)**
326:4
**urgency (1)**
290:9
**use (2)**
256:24 332:25
**usually (3)**
310:16 320:3,6

| **V** |
| --- |

**vacations (1)**
315:3
**vague (1)**
325:13
**verse (1)**
276:12
**version (7)**
257:5,6 309:19,22
310:2,7,11
**Vice (4)**
305:3 306:5,22,25
**victory (1)**
271:13
**videographer (15)**
247:15 249:2,13,25
250:5 291:4,7
318:18,23 330:12
330:16 331:25
332:17,21 333:18
**Videotaped (1)**
245:12
**view (7)**
253:17 254:13 264:14
266:13 279:3,6
280:13
**views (15)**
255:19 256:18 258:4
264:3,20 267:23
272:5 278:7 280:22
287:16,19 288:8
295:8 298:3 308:15
**violating (1)**
276:20
**violation (2)**
258:22 272:16
**violence (18)**
258:16 259:5,9
260:14 261:24
264:17,18 266:3
267:2,8,9,15,19
274:5 275:6,12
283:13 296:18
**violent (8)**
282:23 283:4,9 284:3
284:13 288:19
289:5,14
**visit (1)**
306:8
**volume (6)**
245:12 249:3 318:19
318:19,24 333:19
**volunteer (2)**
327:9,14
**vulnerable (1)**
271:18

| **W** |
| --- |

**wage (1)**
257:23
**Wahbah (2)**
270:15 273:4
**Wahhabism (1)**
263:18
**waiting (1)**
324:23
**want (8)**
262:25 276:3,18
283:10 296:15
318:7 320:13 332:5
**war (5)**
255:18 257:13,23,25
258:13
**warranted (2)**
284:18,21
**wash (1)**
282:6
**washed (1)**
274:25
**Washington (1)**
247:5
**wasn't (1)**
279:5
**way (5)**
252:4 299:21 300:2,7
332:10
**ways (1)**
312:4
**Web (1)**
248:7
**website (4)**
254:21 255:2,8
268:18
**week (4)**
289:24,25 324:7,11
**Welcome (1)**
318:14
**went (4)**
310:23 311:2 332:7
332:10
**west (1)**
275:2
**wife (1)**
281:3
**Williams (5)**
245:13 247:14 249:12
335:4,23
**willing (1)**
331:17
**witness (15)**
249:25 250:4 321:9
321:10 325:17
328:20 329:4,21,24

330:25 331:3 332:3
    332:16 334:2,4
**woman (4)**
280:8,17 281:18,19
**women (5)**
279:15 280:13,23
    281:5,9
**word (3)**
251:18 257:17,18
**work (10)**
254:16 294:18 314:15
    315:2,10,18 317:7,7
    320:9 324:5
**worked (3)**
271:15 311:10 317:17
**working (12)**
279:19 295:19 299:23
    300:3,9 304:22
    307:9 309:6,10
    311:19 316:24
    317:23
**world (15)**
253:23 254:17 255:23
    256:19 258:7,12,13
    264:12 271:12
    274:17 275:2 278:4
    278:19 279:10
    281:8
**wouldn't (1)**
298:13
**write (14)**
312:23 321:3 326:11
    327:4,8,10,13,24
    328:22,24,25 329:4
    329:5,6
**writing (8)**
325:2,11,22,25
    326:14 328:17,18
    329:8
**writings (4)**
257:13 260:7 264:17
    265:16
**written (13)**
258:22 260:10 289:12
    296:12,13 309:22
    310:17 320:11,14
    320:18,19 325:2
    326:21
**wrong (2)**
274:21 275:10
**wrongly (1)**
254:2
**wrote (2)**
258:9 327:6
**www.hussein-hami...**
248:8

**X**

**X (1)**
248:2

**Y**

**year (4)**
305:12 314:12 315:9
    316:24
**years (11)**
260:4 285:12,19,20
    286:8 287:4,12
    290:13 293:25
    300:4,9
**yesterday (9)**
250:22 251:19 278:7
    278:22 279:13
    282:13 286:14
    312:11 320:17
**York (10)**
245:3 249:7 286:8,16
    287:13 300:14
    301:20 303:14,23
    304:7
**young (2)**
275:2 311:24

**Z**

**zakat (1)**
253:10
**Zoheily (2)**
270:15 273:5

**0**

**0233091 (1)**
269:18
**03 (1)**
249:7
**03-MDL-1570 (1)**
245:4

**1**

**1 (2)**
256:20 323:9
**10:31 (1)**
318:21
**11 (10)**
245:6 249:5 261:16
    262:22 263:9 286:4
    287:9 300:4,10,15
**11:02 (1)**
332:2
**11:07 (1)**
332:22
**11:08 (1)**
333:21
**11:45 (1)**

319:2
**12 (1)**
314:17
**127594 (1)**
245:25
**13 (1)**
315:16
**14 (6)**
254:6 316:15,17,18
    316:20 317:2
**15 (2)**
312:22 335:24
**16 (3)**
248:7 255:5,6
**1650 (1)**
246:6
**17 (3)**
248:9 256:12,15
**18 (4)**
248:10 263:2,3,5
**19 (3)**
248:12 268:16,18
**19103 (1)**
246:7
**1995 (1)**
299:23
**1998 (7)**
261:20 285:15,15
    290:24 312:16
    313:2,17
**1999 (10)**
286:8,15,24 287:5,13
    300:14,20 301:20
    303:13 304:7

**2**

**2 (2)**
263:14 323:9
**20 (4)**
248:13 269:3,5 316:8
**20/25 (1)**
316:2
**2000 (1)**
270:11
**20001 (1)**
247:5
**2001 (3)**
245:6 249:5 299:23
**2002 (1)**
255:24
**2002/03 (1)**
285:24
**2006 (6)**
270:10,12,18,21
    271:3 272:25
**2017 (4)**

245:14 249:9 334:10
    335:24
**25 (1)**
316:8
**250 (1)**
248:4
**255 (1)**
248:7
**256 (1)**
248:9
**263 (1)**
248:10
**268 (1)**
248:12
**269 (1)**
248:13
**28 (1)**
246:13
**29464 (1)**
246:14

**3**

**3 (8)**
245:12,14 249:3,9
    274:18 318:24
    323:10 334:9
**30,000 (1)**
314:4
**30/40 (1)**
315:14
**318 (1)**
248:5

**4**

**4 (3)**
256:22,23 315:12
**40 (1)**
315:17

**5**

**5 (4)**
285:19 292:5,5
    315:12
**51 (1)**
247:4

**6**

**6 (2)**
285:19,19
**6,000 (3)**
295:15 298:25 299:4
**60 (1)**
315:17

**7**

**77 (2)**

292:8,10
**78 (2)**
292:8,14

**8**

**8 (1)**
285:20
**8:30 (1)**
245:15
**8:40 (2)**
249:10 250:6
**85/86 (2)**
305:16,16

**9**

**9/11 (5)**
248:10 262:15,18,23
    263:7
**9:37 (1)**
291:5
**9:53 (1)**
291:8