UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

*This document relates to:*

Abbate v. Kingdom of Saudi Arabia, 17-cv-8617 (GBD)(SN)

### STIPULATION ADOPTING ALLEGATIONS AS TO NATIONAL COMMERCIAL BANK, AL RAJHI BANK, AND SAUDI BINLADIN GROUP

All plaintiffs in the case styled as Abbate v. Kingdom of Saudi Arabia, 17-cv-8617 (GBD)(SN) file this Stipulation, as permitted and approved by the Court's Order of May 16, 2017, ECF No.3584, to adopt the factual, liability, and jurisdictional allegations as to defendants National Commercial Bank, Al Rajhi Bank, and Saudi Binladin Group presented in the Amended Complaint in the action captioned *Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, 16-CV-07853, ECF No. 55.

Upon filing of this Stipulation, plaintiffs in the action styled as Abbate v. Kingdom of Saudi Arabia, 17-cv-8617 (GBD)(SN) are deemed to have adopted as controlling the factual, liability, and jurisdictional allegations as to National Commercial Bank, Al Rajhi Bank, and Saudi Binladin Group set forth in Paragraphs Seventy (70) through Three-Hundred Fifty Eight (358) of the *Lloyd's I* Amended Complaint, 16-CV-07853 ECF, No. 55. This Stipulation relates solely to National Commercial Bank, Al Rajhi Bank, and Saudi Binladin Group Saudi Arabia, and does not apply to any other defendant, as to which plaintiffs' underlying Complaint and any amendments thereto are controlling.

2

Dated this 7th day of November 2017.

                Respectfully submitted,

                _____
                Christopher R. LoPalo (CL-6466)
                Napoli Shkolnik, PLLC
                400 Broadhollow Rd., Ste 305
                Melville, New York 11747
                (212) 397-1000
                clopalo@napolilaw.com

                *COUNSEL FOR PLAINTIFFS*