**WHITE & CASE**

November 24, 2017

VIA ECF & OVERNIGHT MAIL

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

*In re Terrorist Attacks on September 11, 2001*
**Case 1:03-md-01570-GBD-SN (S.D.N.Y.)**

Dear Judge Daniels:

Al Rajhi Bank objects to Plaintiffs' request to adjourn the January 18, 2018 oral argument on Al Rajhi Bank's and other non-sovereign defendants' motions to dismiss.

The January 18 oral argument has been set for over two months, since September 19, 2017, when the Court granted Plaintiffs' request for an extension of time to file their oppositions to the motions to dismiss. Altering the date for oral argument would be extremely disruptive to the Bank's counsel due to trial schedules in other cases.

Al Rajhi Bank's lead counsel Christopher M. Curran, who has been lead counsel for the Bank since this matter began in 2002, has back-to-back — indeed perhaps overlapping — trials in other cases commencing on January 25, 2018. Mr. Curran is lead counsel to Maruyasu Industries in a criminal antitrust case, *United States v. Maruyasu Industries Co., Ltd. et al.*, Case No. 16-cr-64 (S.D. Ohio). The trial is set to begin on January 25, 2018, and estimated to last six weeks. Mr. Curran is also lead counsel to Toshiba in a civil antitrust case, *In re EDNY Cathode Ray Tube Antitrust Cases*, Case No. 17-cv-04504-BMC (E.D.N.Y), which is scheduled to go to trial on March 5, 2018, and estimated to last six weeks.

Accordingly, Al Rajhi Bank requests that the Court deny Plaintiffs' request for an adjournment, and continue to hold oral argument on January 18, 2018, in keeping with the long-standing schedule.

Respectfully,

Christopher M. Curran

T +1 202 626 3643
E ccurran@whitecase.com

cc:   Counsel of Record (via ECF)