**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____   03-MDL-1570 (GBD)(SN)

**In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

### DEFENDANT JALAIDAN'S NOVEMBER 27, 2017 STATUS REPORT

The Honorable Judge Netburn,

Comes now the Defendant Jalaidan herein and reports that there is no meaningful progress regarding the collection of funds from Switzerland. As is our custom, Defense Counsel McMahon's law clerk called the Department of Treasury OFAC division (202-622-2480) on Tuesday, November 21, 2017, was asked to type in the case number (2016-330016) and left a message. On Monday, November 27, 2017, an associate for the firm called and left a message consistent with this practice, again citing the fact that we are under a court order and that we need to receive some information pertaining to the progress made regarding Defendant Wael Jalaidan. Defendant Jalaidan's counsel would respectfully submit, having served close to five years with a federal government agency, that the week of Thanksgiving becomes virtually a vacation week for most federal employees. Undersigned counsel believes that is what is occurred this past week. Again, no meaningful progress has been made on which Defendant Jalaidan can report.

Respectfully Submitted,

_____/s/_____
Martin F. McMahon, *Esq*.
Martin McMahon & Associates
*Attorney for Defendant*

1