UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 11/28/2017 __
```

In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

### DEFENDANT JALAIDAN'S NOVEMBER 27, 2017 STATUS REPORT

The Honorable Judge Netburn,

Comes now the Defendant Jalaidan herein and reports that there is no meaningful progress regarding the collection of funds from Switzerland. As is our custom, Defense Counsel McMahon's law clerk called the Department of Treasury OFAC division (202-622-2480) on Tuesday, November 21, 2017, was asked to type in the case number (2016-330016) and left a message. On Monday, November 27, 2017, an associate for the firm called and left a message consistent with this practice, again citing the fact that we are under a court order and that we need to receive some information pertaining to the progress made regarding Defendant Wael Jalaidan. Defendant Jalaidan's counsel would respectfully submit, having served close to five years with a federal government agency, that the week of Thanksgiving becomes virtually a vacation week for most federal employees. Undersigned counsel believes that is what is occurred this past week. Again, no meaningful progress has been made on which Defendant Jalaidan can report.

---

The Court deems this status report to be sufficient. Counsel is directed to continue his efforts to communicate directly and proactively with OFAC to pursue the approval of the necessary license. In light of the holiday schedule, the next status report shall be due on January 5, 2018.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

November 28, 2017
New York, New York

1