**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

IN RE:                           :

TERRORIST ATTACKS ON SEPTEMBER  :
11, 2001                          :

                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

03-MD-1570 (GBD) (SN)

GEORGE B. DANIELS, District Judge:

Plaintiffs' opposed request to adjourn oral argument on the motions to dismiss brought by

Defendants Al Rajhi Bank, Saudia Binladin Group, and National Commercial Bank is DENIED.

Oral argument will proceed as previously scheduled on January 18, 2018, at 10:00 a.m.

Dated: November 28, 2017
      New York, New York

                                SO ORDERED.

                               *George B. Daniels*

                               GEORGE B. DANIELS
                               UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 28 2017