THE LAW OFFICES OF
# KUJAWSKI & KUJA...

1637 DEER PARK AVENUE
POST OFFICE BOX 661
DEER PARK, NEW YORK 11729-0661
631.242.1600
FACSIMILE 631.242.1814
WWW.BKMKLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2017

November 28, 2017

**VIA ECF**
Magistrate Judge Sarah Netburn
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

RE:  Fraser v. Al Queda Islamic Army, et. al.
     Case No.: 17-cv-07317-GBD-SN

Dear Judge Daniels:

This firm represents plaintiff, Susanne Fraser, in the above referenced matter. We would like to advise the court that we intend to conform our pleadings to the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina.

My office apologizes for any delay as he has been in contact the Plaintiff's Executive Committee and our client. At this time, we respectfully request additional time to conform our pleadings in this matter.

---

Plaintiff Susanne Fraser is ORDERED to conform her pleadings to the Consolidated Amended Complaint no later than Friday, December 8, 2017. Plaintiff's counsel is reminded that he must carefully monitor the docket and meet all deadlines set by the Court. Any applications for extensions of time must be filed as soon as possible and in advance of the relevant deadlines. **SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

November 29, 2017
New York, New York