

United States Department of State

Washington, D.C.  20520

October 25, 2017

Ms. Ruby J. Krajick
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007



**Re: In re Terrorist Attacks on September 11, 2001, 03-MD-1570 (GBD)(FM):**
   **Ashton, et al. v. al Qaeda Islamic Army, et al., (02-CV-6977) (GBD);**
   **Bauer, et al. v. al Qaeda Islamic Army, et al., 02-cv-7236 (GBD)**

Dear Ms. Krajick:

I am writing regarding the Court's request for transmittal of the following documents to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit:
1. Order of Judgment (August 31, 2015),
2. Amended Order of Judgment (March 08, 2016),
3. Order of Further Partial Judgment (September 12, 2016),
4. Order of Further Partial Judgment (October 31, 2016),
5. Order of Further Judgment (November 29, 2016),
6. Order of Further Partial Judgment (November 30, 2016),
7. Order of Further Partial Judgment (December 01, 2016), and
8. Order of Further Partial Judgment (December 05, 2016).

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1097-IE, dated and delivered on September 19, 2017. A certified copy of the diplomatic note is enclosed.

Docketed E-File

HON. GEORGE B. DANIELS
11/30/17

Sincerely,

Jared N. Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

Cc: Dorothea M. Capone, Esq.
Baumeister & Samuels, P.C.
140 Broadway, 46th Floor
New York, New York 10005