

United States Department of State

*Washington, D.C.  20520*

November 2, 2017

Ruby Krajik
Clerk of the Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re: Terrorist Attacks on September 11, 2001, 03-MD-1570 (GBD) (FM):
Ashton, et al. v. al Qaeda Islamic Army, et al., (02-cv-6977) (GBD) (FM)**

Dear Ms. Krajik:

I am writing regarding the Court's request for transmittal of a notice of default judgment, final order of judgment (October 31, 2016), and final order of summary judgment (November 16, 2016) to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1105-IE, dated and delivered on October 4, 2017. Certified copy of the diplomatic note is enclosed.

Sincerely,

Jared N. Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 3 0 2017

Docketed
fill

HON. GEORGE B. DANIELS
11/30/17

Cc: James Kreindler
Kreindler & Associates
750 Third Ave.
New York, NY 10017