UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document relates to:

*Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al.*, Case No. 02-cv-06977
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT YASIN ABDULLAH KADI TO PROVIDE DOCUMENTS AND TESTIMONY CONCERNING HIS EFFORTS TO RESPOND TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to the Federal Rules of Civil Procedure, plaintiffs hereby move this Honorable Court for an order compelling Yasin Abdullah Kadi ("Kadi") to undertake assiduous efforts to secure and produce documents responsive to plaintiffs' discovery requests, including but not limited, to his corporate records, banking records, travel records, emails and other communications related to him and the identified Kadi charities and entities related to him that are in his possession, custody or control that reflect (1) business and money transfers within or to or from the Sudan for any of the businesses or accounts related to Osama bin Laden (OBL) and/or al Qaeda from 1996 to 2001 including but limited to entities such as Rowad, Solano and Dan Fodio; (2) any documents related to the Kingdom of Saudi Arabia's investigation of Kadi, his petition to the Kingdom of Saudi Arabia (KSA) and the KSA response to have him delisted

from the KSA designated list of terrorist supporters, including but not limited to, any and all documentation and information that the KSA had that it relied on to freeze his assets and list him as a terrorist; (3) all documents concerning KA Stan from 1996 to 2001 and its relationship and transactions with the Saudi High Commission ("SHC") as well as transactions via al Baraka Bank in Turkey; and (4) production of documents and withdrawals of redactions for documents identified on the Kadi privilege log and/or supply information to establish the privilege.

Specific requests are identified in the Memorandum of Law filed in support of this motion. In the context of proceedings relating to plaintiffs' earlier requests for documents directed to defendant Kadi, his counsel represented to plaintiffs that he provided all responsive documents he had, other than those identified in his privilege log, and that he was not in possession of any business or banking records or KSA investigative records. A substantial number of documents were produced after Kadi made a similar representation in 2014.

Plaintiffs seek an order compelling him to produce all responsive documents.

Dated:  December 1, 2017                    Respectfully Submitted,

/s/ Andrew J. Maloney, III
James P. Kreindler, Esq.
Andrew J. Maloney, III, Esq. (AM 8684)
KREINDLER & KREINDLER, LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel:  (212) 687-8181

Sean P. Carter, Esq.
J. Scott Tarbutton, Esq.
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel:  (215) 665-2000

Jodi W. Flowers, Esq.
Robert T. Haefele, Esq.
MOTLEY RICE, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Tel:  (843) 216-9000

Jerry S. Goldman, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 278-1000

Robert M. Kaplan, Esq.
FERBER CHAN ESSNER & COLLER, LLP
60 East 42nd Street, Suite 2050
New York, New York 10165
Tel:  (212) 944-2200

Christopher T. Leonardo, Esq.
ADAMS HOLCOMB LLP
1001 Pennsylvania Ave., N.W.
Suite 740-South
Washington, D.C. 20004
Tel: (202) 580-8820

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of Plaintiffs' Motion to Compel and Memorandum of Law in Support of Plaintiffs' Motion to Compel Defendant Yasin Kadi to Produce Documents and Provide Testimony Concerning His Efforts to Respond to Plaintiffs' Discovery, was filed electronically this 1st day of December 2017.  Notice of this filing will be served upon all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

    /s/ Andrew J. Maloney
Andrew J. Maloney, III, Esq. (AM 8684)