158

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA

4       v.                S(7) 98 Cr. 1023

5  USAMA BIN LADEN, et al.,

6          Defendants.

7  ------------------------------x

8
                       New York, N.Y.
9                       February 6, 2001
                         10:00 a.m.
10

11

12  Before:

13            HON. LEONARD B. SAND,

14                    District Judge

15

16

17

18

19

20

21

22

23

24

25

159

```
 1                APPEARANCES

 2  MARY JO WHITE
         United States Attorney for the
 3       Southern District of New York
    BY:  PATRICK FITZGERALD
 4       KENNETH KARAS
         PAUL BUTLER
 5       Assistant United States Attorneys

 6
    SAM A. SCHMIDT
 7  JOSHUA DRATEL
    KRISTIAN K. LARSEN
 8       Attorneys for defendant Wadih El Hage

 9  ANTHONY L. RICCO
    EDWARD D. WILFORD
10  CARL J. HERMAN
    SANDRA A. BABCOCK
11       Attorneys for defendant Mohamed Sadeek Odeh

12  FREDRICK H. COHN
    DAVID P. BAUGH
13       Attorneys for defendant Mohamed Rashed Daoud Al-'Owhali

14  JEREMY SCHNEIDER
    DAVID STERN
15  DAVID RUHNKE
         Attorneys for defendant Khalfan Khamis Mohamed
16

17

18

19

20

21
```

161

1  just put them down on the floor. That's fine, too. It's

2  simply whatever you think will be of greatest assistance to

3  you.

4       We're now in the government's case. Government may

5  call its first witness.

6       MR. FITZGERALD: Yes, your Honor. The government

7  calls as its first witness, Jamal Ahmed al-Fadl.

8       THE COURT: All right.

9  JAMAL AHMED AL-FADL,

10     called as a witness by the government,

11     having been duly sworn, testified as follows:

12        DEPUTY CLERK: Please state your full name.

13        THE WITNESS: My name is Jamal Ahmed Mohamed al-Fadl.

14  DIRECT EXAMINATION

15  BY MR. FITZGERALD:

16  Q. Sir, if you could spell your first name and your last name

17  in the English language for the record.

18  A. The first name is J-A-M-A-L. The last name is

19  A-L-F-A-D-L.

20  Q. If you could try to talk as you are doing now into the

21  microphone directly in front of you, if you could also speak

1  we go from Port Sudan to Khartoum, it's a lot of local

2  checking for the Custom and police.  Every time I show them

3  the letter and they say okay, no problem.

4  Q.  And who was the letter addressed to?

5  A.  To Wadi al Aqiq.

6  Q.  And can you tell the jury what the Wadi al Aqiq Company

7  is?

8  A.  Wadi al Aqiq Company, it's the first company established

9  for the group in Sudan.

10  Q.  When you say the first company established for the group

11  of Sudan, which group?

12  A.  Qaeda group.

13  Q.  Why don't we talk about the companies established in the

14  Sudan.  Did you work with the al Qaeda companies in the Sudan

15  yourself?

16  A.  Yes.

17  Q.  Can you tell us the names of different companies?  And if

18  you could go slow, speak clearly, and take a pause so that we

19  can spell the names.

20  A.  First company we establish Wadi al Aqiq, and after that we

21  make Wadi al Aqiq as mother of other companies, and we

22  establish Ladin International Company.

23  Q. Can you tell the jury what business Ladin International

24  engaged in?

25  A. Ladin International Company for if you want to buy stuff