بسم الله الرحمن الرحيم

الحمد لله رب العالمين والصلاة والسلام على نبينا محمد وعلى آله وصحبه أجمعين

أما بعد

أنا الموقع أدناه أسامة بن محمد بن عوض بن عبود بن لادن بالنسبة للأموال التي في السودان تصل تقريباً إل تسعة وعشرين مليون دولار استلمت منها مليون وستة ألف في السودان ثم ثمانية ألف في جلال أباد ثم مليون وربع المليون في قندهار تقريباً والقول حول الوسيط

منها اثنا عشر مليون دولار من طرف أخي أبو بكر بن محمد بن لادن بنيابة عن شركة بن لادن لاستثمارها في السودان

واني أرجو اخوتي وأخواتي وأولادي وذريتي أجمعين أوصيهم وهو أن تصرف جميع الأموال النقدية في السودان على القتال في سبيل الله تعالى بعد أن يقتطع منها واحد في المئة للمتبرعي بعلم الموريتاني مع العلم انه قد استلم منها من عشرين إل ثلاثين حكومة ألف دولار والقول قوله في ذلك وكنت قد وعدته بذلك مراراً وفي استجابة للود وكنت قد أجزت الأخ المهندس أبا ابراهيم العراقي سعد جومر بأن يقتطع منها كذلك واحد في المئة مكافأة له على أعماله في شركة ؟؟ وادي العقيق وأصبح أنه قد فعل فإن لم يبقى من ذلك فأموال ما أجزت بأنفس الحديث عن الأموال النقدية في السودان

وأوصي بمبلغ ثلاثمئة ألف ريال لأمي السيد محمد بن عمر الطالي وبنيه

وأوصي بعشرين توله ذهب لأمي على خديجة بنت عبدالله الجلالي

وأوصي لجميع أبناء وبنات عمي وعماتي وأخوالي وخالاتي بخمسين ذهب مجارية لكل واحد سبعة جنيه ذهب مجاري كل واحد منهن.

يقتطع من أموال السودان مئتا ألف ريال لكل من أخي مريم وأخت ايمان وأخت اعتدال فيصبح المجموع ستة ألف ريال، استشار مولاي وأوصي لبني سعد بن أسامة وأبني بعض نصيب الولد ولبنتي خديجة ابنة أسامة وبعض نصيب البنت

In the name of God, Most Gracious, Most Merciful

Praise be to God and prayers and peace be upon our Prophet Muhammad and his followers and companions.

I, Usama Bin Muhammad 'Awadh Bin 'Abud Bin Laden, have signed below. In regard to the money that is in Sudan, it is about 29 million dollars. According to the mediator, I have received one-million one-hundred thousand in Sudan, eight-hundred thousand in Jalalabad, and then about one-million two-hundred fifty-thousand in Qandahar. I received twelve million dollars from my brother Abu Bakir Muhammad Bin ((Laden)) on behalf of Bin Laden Company for Investment in Sudan. I hope, for my brothers, sisters, and maternal aunts, to obey my will and to spend all the money that I have left in Sudan on Jihad, for the sake of Allah. Also, I need you to take 1% from the total and give it to Shaykh Abu Hafs al-Mauritani. By the way, he has already received 20,000-30,000 dollars from it, he said. I promised him that I would reward him if he took it out of the Sudani Government. I also told brother Engineer Abu Ibrahim al-Iraqi Sa'ad ((Jawhar)) to cut 1% as a reward for his hard work in Wadi al-'Aqiq Company, and I think he has already have done that. If not, I want you to give him what I promised him.  The conversation about the money in Sudan is over. I want three-hundred thousand riyals to go to my Uncle Master Muhammad Bin Umar al-(('Attas)) and his children. I want 20 of gold to go to Khadijah Umm (mother) of 'Ali, the daughter of 'Abdullah al-((Jilani)). I want my uncle's sons, sisters, and maternal aunts to have two pounds of Hujazi's gold for each one (male) and one pound of them and Hujazi's gold for each one (female). I want you also to cut from Sudan's money 200,000 riyals for my sisters Maryam, Iman, and 'Atidal, for the total of 600,000 riyals. I want for my son Sa'ad Bin Usama and his mother to share a half of his portion and my daughter Khadijah, the daughter of Usama, half of the daughter's share.

Signed,
Usama bin Muhammad