FD-302 (Rev. 10-6-95)

**PARTICULARLY SENSITIVE**

Al-Fadl
3501-13

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription   2/4/98

On 1/8/98, 1/14/98, 1/23/98, and 2/20/98, a Co-operating Witness (CW) was interviewed at an undisclosed location. Present during the interviews on 1/8/98 and 1/14/98 were FBI Special Agents ———————————————— New York City Police Department Detective ———————— and Assistant United States Attorney (Southern District of New York) KEN KARAS. Present during the 1/23/98 interview were FBI Special Agent ———————— and AUSA KEN KARAS. Present during the 2/20/98 interview were FBI Special Agents ———————————————— and AUSA KEN KARAS.

The topic covered in this interview was MADANI AL-TAYYIB. The CW advised that AL-TAYYIB's full name is SAIDI MADANI AL-TAYYIB and that he also used the aliases ABU FADIL and ABU FADIL AL-MAKKI. The CW advised that AL-TAYYIB is Saudi Arabian of Moroccan descent, is in his early to mid 30's, approximately 5'9", fair skinned (almost pale), and has light colored hair. Furthermore, AL-TAYYIB is missing his right leg up to the knee.

The CW advised that he first met AL-TAYYIB in the early part of 1988 at the JAJI (phonetic) base located on the front lines of Afghanistan in an area called the PAKTIA state. At this time, the JAJI base was logistically run by ABU ABDUL RAHMAN AL-SAHRAHI and the military leader (Emir) for this camp was ABU UBAIDAH AL-BANSHIRI. However, the CW advised that this was an OSAMA BIN LADIN and ABDULLAH AZZAM base. The CW advised that AL-TAYYIB was using the name ABU FADIL MAKKI and that he (AL-TAYYIB) may have gotten to this base just before the CW. The CW advised that AL-TAYYIB was conducting logistical work under ABU ANTER AL-MASRI and ABU OMAR AL-MAKKI.

The CW also saw AL-TAYYIB at the AL-ARIN camp in Afghanistan. This camp was run by a Saudi Arabian known as ABU NOFUR (ph). The CW advised that ABU NOFUR's true name is MAJID AL-KAAKI (ph). The CW advised that this was also an OSAMA BIN LADIN camp and that he (BIN LADIN) also maintained a bunker at this camp. The CW explained that this camp was used for storing

Investigation on   1/8/98, etc   at UNDISCLOSED LOCATION

File #   ————————————————————————   Date dictated   2/4/98

by   ————————————————

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SNY101-0092

FD-302a (Rev. 10-6-95)

**PARTICULARLY SENSITIVE**

Continuation of FD-302 of  **CO-OPERATING WITNESS**  , On 1/8/98, etc  , Page  9

The CW advised that during this meeting he only accompanied AL-TAYYIB and AL-BANSHIRI and never handled the money.

4) (Supra) The CW advised that AL-TAYYIB gave him $50,000 USD to purchase a salt making facility near Port Sudan which was purchased under the CW's name. This facility was used by OSAMA BIN LADIN's ISLMAIC ARMY to store weapons and to move terrorists in and out of the country. Approximately $4,000 of the $50,000 was used to rent apartments that were used as guesthouses for these terrorists in the TARIB HADIL section of Port Sudan. These apartments were rented and run by ISSAWI.

5) During late 1992, AL-TAYYIB told the CW to go to AL-QADARIF and meet AKRAM YOUSIF ABBASS, the manager of the DANFUDYO COMPANY, an NIF front company. AL-TAYYIB told the CW that the DANFUDYO COMPANY would help him (CW) get started in trading sesame seeds and that the CW would pay them a commission. The CW advised that an agreement was made between the LADIN INTERNATIONAL COMPANY and the DANFUDYO COMPANY. The companies were involved in purchasing sesame from local farmers. After the CW met AKRAM YOUSIF ABBASS, he (CW) opened a bank account and told AL-TAYYIB that they were ready to do business. The CW advised that AL-TAYYIB then sent the CW in excess of $1,000,000 over the course of three weeks to purchase sesame.

The CW advised that AL-TAYYIB instructed the CW to set up the same type of businesses involving peanuts and sunflower seeds.

The CW advised that he and AL-TAYYIB were also involved in the payment aspects of the "challenge road" built by OSAMA BIN LADIN for the Sudanese government. To pay OSAMA BIN LADIN for building the road, the NIF gave BIN LADIN sesame without levying export and customs taxes, as opposed to cash because of the currency problem with the Sudanese Pound. Further payment for the "challange road" and other road construction projects included the NIF giving OSAMA BIN LADIN the KASSALLA and DAMAZIN CAMPS, as well as the KHARTOUM TANNERY.

The CW advised that MOHAMED SULIEMAN AL-NALFI, aka ABU

SNY101-0100