CONFIDENTIAL    PTO3298

```
PAGE 01      STATE   130153  082335Z
ORIGIN AF-00                                RELEASED IN FULL

INFO  LOG-00   TEDE-00  SSO-00   SS-00    SAS-00     /000R

130153
SOURCE:   KODAKB.008011
DRAFTED BY: AF/E:WHDUNCAN:WHD -- 07/08/00 (202)647-6479
APPROVED BY: AF:HJETER
                     ------------------6BCAA4  082337Z /38
O 082333Z JUL 00
FM SECSTATE WASHDC
TO AMEMBASSY LOME IMMEDIATE
```

C O N F I D E N T I A L STATE 130153

OFFICIAL INFORMAL

E.O. 12958: DECL: 07/08/10
TAGS: AMGT
SUBJECT: OFFICIAL INFORMAL FOR A/S RICE

(U) CLASSIFIED BY AF ACTING A/S HOWARD JETER, REASONS
1.5(B) AND (D)

1. (U) PLEASE PASS TO AF A/S RICE IMMEDIATELY.

2. (C) SUDAN ROADMAP MATRIX FOLLOWS:

HUMANITARIAN ISSUES
--------------------

CONFIDENTIAL

PAGE 02      STATE   130153  082335Z
-- GOS ACTION: EXTEND AND EXPAND THE HUMANITARIAN CEASE-
FIRE. THIS COULD INCLUDE EXPANSION INTO GOS OR OPPOSITION-
CONTROLLED AREAS AT RISK OF FAMINE OR LENGTHENING THE
PERIOD OF COMMITMENT TO THE CEASE-FIRE

-- U.S. RESPONSE: MAKE POSITIVE PUBLIC STATEMENTS
ENCOURAGE OPPOSITION PARTIES TO EXTEND CEASE-FIRE AND
EXPAND IT TO AREAS OF URGENT HUMANITARIAN NEED; AND
THROUGH THE TECHNICAL COMMITTEE ON HUMANITARIAN AFFAIRS
CHAIRED BY AMBASSADOR VRAALSEN, EXPLORE MODALITIES FOR

MONITORING OF THE CEASE-FIRE THAT WOULD BE SATISFACTORY TO

REVIEW AUTHORITY: Charles Daris, Senior Reviewer

ALL PARTIES.

-- GOS ACTION: ALLOW OLS TO MEET HUMANITARIAN NEEDS IN NUBA MOUNTAINS. ENSURE REGULAR OLS ACCESS AND AID TO NUBA MOUNTAINS. INCLUDE NUBA MOUNTAINS IN OLS AGREEMENT

-- U.S. RESPONSE: MAKE POSITIVE STATEMENTS. OFFER TO SECOND USAID PERSON TO UN TEAM OR SEND US TEAM TO NUBA MOUNTAINS TO VERIFY RELIEF ACTIVITIES.

-- GOS ACTION: LIFT PERMANENTLY ALL BANS ON RELIEF FLIGHTS THROUGHOUT THE ENTIRE COUNTRY WHERE THERE ARE PEOPLE IN NEED

-- U.S. RESPONSE: MAKE POSITIVE STATEMENTS. ESTABLISH HUMANITARIAN OFFICE IN EMBASSY KHARTOUM OFFICE IN NAIROBI OR IN KHARTOUM. SEND US TEAM TO EVALUATE EMERGENCY REQUIREMENTS IN GOS-CONTROLLED AREAS.

CONFIDENTIAL

PAGE 03      STATE    130153   082335Z
-- IF GOS ACCOMPLISHES THE ABOVE STEPS, THEN WE WOULD INITIATE NON-EMERGENCY ASSISTANCE PROJECTS IN NUBA MOUNTAINS AND OTHER GOS-CONTROLLED AREAS

TERRORISM
---------

-- GOS ACTION: ACCEPT PRESENCE OF U.S. TEAM FOR DIALOGUE ON COUNTER-TERRORISM AND ENGAGE SERIOUSLY WITH IT.

-- U.S. RESPONSE: ANNOUNCE THAT WE HAVE ENGAGED IN A DIALOGUE ON COUNTER TERRORISM.

-- GOS ACTION: CLOSE DOWN AND SEIZE THE ASSETS OF TERRORIST ORGANIZATIONS INCLUDING, BUT NOT LIMITED TO (MORE DETAILED INFORMATION IS AVAILABLE FOR PRESENTATION TO GOS SUBJECT TO DECLASSIFICATION): THOSE OF USAMA BIN LADEN, HIS AL QAIDA ORGANIZATION, AND ALL RELATED ENTITIES AND ENTERPRISES, INCLUDING BUT NOT LIMITED TO ALL REMAINING ELEMENTS OF AL-HIJRA FOR CONSTRUCTION AND TABA INVESTMENTS AND ACCOUNTS AT AL-SHIMAL BANK; THE WADI AL-AQIQ AGRICULTURAL IMPORT-EXPORT COMPANY AND ALL AFFILIATED AND SUBSIDIARY AND RELATED OPERATIONS; AND THE HAMAS FRONT COMPANY OLIVE MOUNTAIN COMPANY AND THE HIZBALLAH OFFICE LOCATED IN KHARTOUM. CLOSE THE SUDAN OFFICES AND OPERATIONS OF ALL NINE TERRORIST ORGANIZATIONS OPERATING FROM THERE, COOPERATE TO DELIVER INDICTEES AND SUSPECTS TO COUNTRIES OF JURISDICTION, AND EXPEL ALL RELATED

INDIVIDUALS, INCLUDING BUT NOT LIMITED TO ABU IBRAHIM AND OTHER INDIVIDUALS TO BE NAMED. PUBLICLY FORSWEAR THE

CONFIDENTIAL

PAGE 04     STATE    130153   082335Z
PROVISION OF SAFEHAVEN, TRAINING, FINANCING OR OTHER ASSISTANCE TO GROUPS ENGAGED IN TERRORISM NOW AND IN THE FUTURE. CEASE ALL SUPPORT FOR SUCH ACTIVITIES INCLUDING THE PROVISION OF AROUND-THE-CLOCK SECURITY FOR THE ISLAMIC RESISTANCE MOVEMENT'S EL-AQSA CENTER, AND ALL TRAINING, FINANCIAL, AND LOGISTICAL SUPPORT FOR TERRORISTS. COMMIT TO INTERNATIONAL COOPERATION IN COUNTER-TERRORISM BY SHARING WITH OTHER NATIONS, ON A CASE-BY-CASE BASIS, INTELLIGENCE DATA THAT SUDAN MIGHT POSSESS OR OBTAIN ABOUT TERRORIST THREATS.

-- U.S. RESPONSE: IF IT IS CONFIRMED THAT THE GOS HAS COMPLIED IN FULL WITH THESE REQUIREMENTS, AND AFTER A PERIOD OF TIME TO CONFIRM THE GOS COMMITMENT TO COMBATING INTERNATIONAL TERRORISM, WE WOULD REMOVE SUDAN FROM THE STATE SPONSORS OF TERRORISM LIST.

-- GOS ACTION: COMPLY WITH UNSCRS 1044, 1054, AND 1070 REQUIRING PROVISION OF INFORMATION ON AND ASSISTANCE IN THE PRESENTATION FOR PROSECUTION OF THE THREE SUSPECTS IN THE 1995 ASSASSINATION ATTEMPT AGAINST PRESIDENT MUBARAK.

-- U.S. RESPONSE: WORK IN THE UN SECURITY COUNCIL TO REPEAL UN SANCTIONS ON SUDAN.

-- GOS ACTION: SIGN AND DEMONSTRATE FULL COMPLIANCE WITH ALL 11 INTERNATIONAL COUNTER-TERRORISM CONVENTIONS, AS WELL AS THE 1998 NEW YORK INTERNATIONAL CONVENTION FOR THE SUPPRESSION OF TERRORIST BOMBINGS.

-- GOS ACTION: END MATERIAL SUPPORT FOR REGIONAL

CONFIDENTIAL

PAGE 05     STATE    130153   082335Z
INSURGENCY GROUPS: LRA: CUTOFF ALL ARMS SUPPORT, FACILITATE RETURN OF KIDNAPPED CHILDREN; ADF: CUTOFF ALL ARMS SUPPORT PROVIDED THROUGH KABILA TO THE ADF; AND TURN OVER EX-FAR/INTERAHAMWE GENOCIDE SUSPECTS FOR POSSIBLE PROSECUTION.

-- U.S. RESPONSE: MAKE POSITIVE PUBLIC STATEMENTS. NOTE POSITIVELY IN UN AND US HUMAN RIGHTS REPORTS. PROVIDE U.S. SUPPORT TO UNICEF PROGRAM TO FREE AND REINTEGRATE ABDUCTED CHILDREN.

HUMAN RIGHTS AND DEMOCRACY
---------------------------

-- GOS ACTION: PUBLICLY CONDEMN, STOP SUPPORT FOR, AND
INSTITUTE SAFEGUARDS AGAINST: ATTACKS BY POPULAR DEFENSE
FORCE (PDF) MILITIA; SLAVE-RAIDING; AND FORCED CONVERSIONS
TO ISLAM. (SAFEGUARDS SHOULD INCLUDE INTRODUCING
TRANSPARENT LEGAL MEASURES AGAINST OFFENDERS, HOLDING THEM
ACCOUNTABLE, AND ALLOWING INTERNATIONAL MONITORS TO
OPERATE FREELY.)

-- U.S. RESPONSE: PROVIDE TRAIN PARTS; ISSUE POSITIVE
PUBLIC STATEMENTS; PROVIDE RESOURCES FOR INTERNATIONAL
MONITORING OF ANY COMMITMENTS, POSSIBLY FROM DRL HUMAN
RIGHTS FUND; SUPPORT NEUTRAL INVESTIGATIONS TO VERIFY
COMPLIANCE; NOTE POSITIVE CHANGE IN HUMAN RIGHTS REPORTS
(U.S. & U.N.) AND TAKE A DIFFERENT POSTURE IN UNGA AND
UNHRC MEETINGS AND RESOLUTIONS; DISCUSS TECHNICAL
ASSISTANCE WITH GOS TO HELP PROMOTE AND ACHIEVE CREDIBLE
JUSTICE, INCLUDING LEGAL ASSISTANCE FOR PROSECUTING
                    CONFIDENTIAL

PAGE 06      STATE   130153  082335Z
OFFENDERS, MONITORING ASSISTANCE, ETC.; AND
SEND DRL A/S KOH TO KHARTOUM TO ENGAGE IN HUMAN RIGHTS
DIALOGUE WITH THE GOS.

-- GOS ACTION: ACCEPT COUNTRYWIDE HUMAN RIGHTS MONITORING
PRESENCE; SIGN MOU; OPEN UNCHR OFFICE IN KHARTOUM; AND
ALLOW MONITORS TO OPERATE THROUGHOUT THE COUNTRY.

-- U.S. RESPONSE: PROVIDE RESOURCES FOR HR MONITORS,
POSSIBLY FROM DRL HUMAN RIGHTS FUND; NOTE AS A POSITIVE
DEVELOPMENT IN HUMAN RIGHTS REPORTS (U.S. AND UNCHR); MAKE
PUBLIC STATEMENTS SUPPORTING THE DECISION; EXPLORE
CAPACITY BUILDING ASSISTANCE FOR GOS MONITORING AND
ENFORCEMENT; AND INSTITUTE IV EXCHANGES RELATED TO
DEMOCRACY BUILDING.

-- GOS ACTION: CEASE AERIAL BOMBARDMENT OF CIVILIAN
TARGETS AND ALLOW INDEPENDENT, INTERNATIONAL, TEAM TO
VERIFY ALL REPORTS OF BOMBING.

-- U.S. RESPONSE: MAKE POSITIVE PUBLIC STATEMENT AND
ENCOURAGE CONGRESS TO MAKE POSITIVE PUBLIC STATEMENTS
(GIVEN PAST RESOLUTIONS ON THIS ISSUE).

-- GOS ACTION: CONSISTENT WITH THE IGAD DOP, ALLOW FULL
FREEDOM OF SPEECH AND ASSEMBLY & FULL PARTICIPATION OF

POLITICAL PARTIES: REVIEW AND AMEND POLITICAL PARTY LAW
TO ALLOW FULL PARTICIPATION BY PARTIES AND ALLOW REOPENING
OF NEWSPAPERS CLOSED BY THE GOVERNMENT.

-- U.S. RESPONSE: POSITIVE STATEMENTS AND EXAMINE

CONFIDENTIAL

PAGE 07          STATE   130153   082335Z

TECHNICAL ASSISTANCE FOR DEMOCRATIC TRANSITION (I.E. IRI,
NDI EXPLORATORY MISSIONS)

-- GOS ACTION: MAKE SERIOUS EFFORTS TO STOP RELIGIOUS
PERSECUTION AND DISCRIMINATION, SUCH AS IMPLEMENTING
CONSTITUTIONAL GUARANTEES FOR FREEDOM OF RELIGION TIED TO
ENFORCEMENT MECHANISMS FOR IMPLEMENTATION.

-- U.S. RESPONSE: ENCOURAGE VISITS BY RELIGIOUS
COMMISSION MEMBERS AND UNDERTAKE VISIT BY OUR AMBASSADOR-
AT-LARGE FOR INTERNATIONAL RELIGIOUS FREEDOM TO VERIFY AND
REPORT AND ENCOURAGE VATICAN TO DO SAME. MAKE POSITIVE
REPORT TO CONGRESS OF VERIFIABLE CHANGE.

-- GOS ACTION: HOLD DEMOCRATIC, INTERNATIONALLY MONITORED
ELECTIONS AND TRANSITION TO A NEW GOVERNMENT AS THE
CULMINATION OF THE PEACE PROCESS.

-- U.S. RESPONSE: DEVELOP PACKAGE OF DEVELOPMENT
ASSISTANCE AND SUPPORT WITHIN THE IFIS.

PEACE PROCESS
-------------

-- GOS ACTION: PERMIT NDA PARTICIPATION IN IGAD TALKS.

-- U.S. RESPONSE: WELCOME PUBLICLY GOS FLEXIBILITY

-- GOS ACTION: MAKE SERIOUS HEADWAY IN IGAD PEACE PROCESS
ON FUNDAMENTAL ISSUES. FOR EXAMPLE, AT THE NEXT MEETING

CONFIDENTIAL

PAGE 08          STATE   130153   082335Z
OF IGAD, OBSERVERS WOULD NEED TO VERIFY THAT THE GOS
NEGOTIATING TEAM WAS DEMONSTRATING FLEXIBILITY AND
SERIOUSNESS ON THE ISSUES OF RELIGION/STATE AND THE
BOUNDARY FOR SELF-DETERMINATION.

-- U.S. RESPONSE: MAKE POSITIVE PUBLIC STATEMENTS AT KEY
POINTS OF PROGRESS; ENGAGE DIRECTLY AT A HIGHER LEVEL AND
ON A MORE CONSISTENT BASIS WITH KHARTOUM ON PEACE PROCESS

ISSUES; SEND JOHNSTON TO KHARTOUM MORE FREQUENTLY; PROVIDE
FURTHER TECHNICAL AID TO THE PEACE PROCESS; AND EXPAND
PARTICIPATION IN IPF SUBCOMMITTEE PREPARING FOR FUTURE
TRANSITION.

-- GOS ACTION: SIGN AND BEGIN TO IMPLEMENT
INTERNATIONALLY MONITORED COMPREHENSIVE PEACE AGREEMENT
THAT MAPS OUT A DEMOCRATIC TRANSITION AND RESOLVES THE
STATUS OF THE SOUTH

-- U.S. RESPONSE: DEVELOP SIGNIFICANT AID PROGRAM; HIGH
LEVEL INTENSIVE DIPLOMATIC ENGAGEMENT ON IMPLEMENTATION;
SUPPORT IFI RE-ENGAGEMENT AND AID; SUPPORT WORLD BANK
POST-CONFLICT RECONSTRUCTION AID; PROVIDE SUPPORT FOR
DEALING WITH SOUTHERN STATUS (SUPPORT FOR REFERENDUM
PREPARATION, AUTONOMOUS REGIONAL ADMINISTRATION, ETC.);
PRESS SUDAN'S NEIGHBORS TO CEASE SUPPORT FOR SUDANESE
OPPOSITION FORCES; AND LIFT UNILATERAL U.S. SANCTIONS
ALBRIGHT

                    CONFIDENTIAL

<< END OF DOCUMENT >>

```
                        SECRET          PTO5642

PAGE 01         STATE    117658   202113Z
ORIGIN SCT-00

INFO   LOG-00    NP-00     AF-00     AID-00    AMAD-00   A-00      ACQ-00
       CA-02     CCO-00    CG-00     CIAE-00   SMEC-00   COME-00   CTME-00
       INL-01    DODE-00   DOEE-00   DOTE-00   WHA-00    SRPP-00   DS-00
       EB-00     EUR-00    OIGO-02   FAAE-00   FBIE-00   VC-00     HHS-01
       H-01      TEDE-00   INR-00    INSE-00   IO-00     JUSE-00   L-00
       VCE-00    MMP-00    M-00      AC-01     NEA-00    DCP-01    NRCE-00
       NSAE-00   NSCE-00   OCS-03    OES-01    OIC-02    OMB-01    PA-00
       PM-00     PRS-00    ACE-00    P-00      SP-00     IRM-00    SS-00
       TRSE-00   T-00      USIE-00   USSS-00   SA-00     ASDS-01   R-00
       IIP-00    SNIS-00   NISC-00   PMB-00    DSCC-00   PRM-01    DRL-02
       G-00      SAS-00              /020R

117658
SOURCE:   KODAKB.020088
DRAFTED BY: S/CT:SKASHKETT -- 06/20/00 647-8944
APPROVED BY: S/CT:EHULL
IO/UNP:WSTANTON      P:EBARKS-RUGGLES      AF/E:MHARRINGTON
EUR/WE:MSULLIVAN     WHA/BSC:JIRWIN        SA/PAB:BPHIPPS
                     ------------------650BD6  202114Z /38

O 202110Z JUN 00
FM SECSTATE WASHDC
TO AMEMBASSY PARIS IMMEDIATE
AMEMBASSY THE HAGUE
AMEMBASSY BUENOS AIRES
AMEMBASSY DHAKA
INFO AMEMBASSY NAIROBI IMMEDIATE
USMISSION USUN NEW YORK IMMEDIATE


                        SECRET

PAGE 02         STATE    117658   202113Z
S E C R E T STATE 117658

NAIROBI FOR EMBASSY KHARTOUM OFFICE

E.O. 12958: DECL: 6/20/10
TAGS: PTER, PREL, UNSC, SU, FR, NL, AR, BG
SUBJECT: SUDANESE INVOLVEMENT IN TERRORISM

CLASSIFIED BY: EDMUND HULL, DEPUTY COORDINATOR FOR
COUNTERTERRORISM, S/CT. REASON: 1.5 (B) (C) (D)

REF: STATE 113624
```

REVIEW AUTHORITY: Charles Daris, Senior Reviewer

1. (S) THIS IS AN ACTION CABLE.

2. (S) DEPARTMENT UNDERSTANDS THAT THE HOST GOVERNMENTS AT ADDRESSEE POSTS MAY BE RELUCTANT TO ENDORSE THE USG POSITION AGAINST LIFTING SUDAN SANCTIONS BECAUSE THEY LACK EVIDENCE THAT THE SUDANESE GOVERNMENT STILL SUPPORTS TERRORISM. THE FOLLOWING NON-PAPER, WHICH IS CLASSIFIED SECRET/RELEASABLE TO FRANCE, ARGENTINA, BANGLADESH, AND THE NETHERLANDS, CONTAINS USG INFORMATION IMPLICATING KHARTOUM IN CONTINUING SUPPORT FOR TERRORISM. EMBASSIES ARE

REQUESTED TO SHARE THIS NON-PAPER WITH HOST GOVERNMENT INTERLOCUTORS AT AN APPROPRIATE SENIOR LEVEL IN AN ATTEMPT TO PERSUADE THEM THAT UNSC SANCTIONS SHOULD NOT BE LIFTED AT THIS TIME.

3. (S/RELEASABLE TO FRANCE, ARGENTINA, BANGLADESH, AND THE
                              SECRET

PAGE 03      STATE    117658    202113Z
NETHERLANDS ONLY - ENTIRE TEXT) BEGIN TEXT OF NON-PAPER:

CURRENT STATUS OF SUDAN'S SUPPORT FOR TERRORISM

WE HAVE OBSERVED NO SIGNIFICANT CHANGES IN SUDAN'S SUPPORT FOR TERRORISM SINCE THE DECEMBER 1999 POLITICAL SHAKEUP IN WHICH PRESIDENT OMAR AL-BASHIR CONSOLIDATED POWER AND SIDELINED NATIONAL ISLAMIC FRONT (NIF) LEADER HASSAN AL-TURBAI. TERRORISTS FROM A VARIETY OF ISLAMIC EXTREMIST GROUPS---SUCH AS USAMA BIN LADIN'S ORGANIZATION, EGYPTIAN ISLAMIC JIHAD (EIJ), AND HAMAS---CONTINUE TO USE SUDAN FOR SAFEHAVEN, TRAINING, AND, IN SOME CASES, AS A PLATFORM TO PLAN OPERATIONS.

USAMA BIN LADIN

SUDAN'S CHANGE IN GOVERNMENT APPEARS TO HAVE HAD LITTLE EFFECT ON BIN LADIN OPERATIVES, WHO CONTINUE TO OPERATE FREELY FROM KHARTOUM. SEVERAL BIN LADIN BUSINESSES--- INCLUDING ATYAF INVESTMENTS AND THE KHARTOUM TANNERYE---ARE RUN BY AL-QA'IDA LIEUTENANTS AND STILL OPERATE IN SUDAN, ALTHOUGH THEY ARE TRYING TO KEEP A LOW PROFILE

-- SUDAN MAINTAINS A FINANCIAL STAKE IN SOME OF THESE COMPANIES AND HAS TRIED TO OBSCURE BIN LADIN'S COMMERCIAL TIES BY CHANGING THE NAME OF AT LEAST ONE OF HIS COMPANIES.

EGYPTIAN GROUPS

                              SECRET

PAGE 04          STATE    117658    202113Z

THE EIJ AND AL-GAMA'AT AL-ISLAMIYYA ALSO RECEIVE SAFEHAVEN
AND SUPPORT IN SUDAN. MORE THAN 20 EIJ AND GAMA'AT MEMBERS
AFFILIATED WITH BIN LADIN ARE OPERATING IN SUDAN AND MEET
ON A REGULAR BASIS TO DISCUSS COMMON ISSUES OF CONCERN.

-- SENIOR GAMA'AT LEADER RIFA'I TAHA MUSA---WHO IS ALLIED
WITH BIN LADIN AND LST OCTOBER CALLED FOR AN INCREASE IN
ANTI-US ATTACKS---TRAVELED TO SUDAN IN APRIL TO RALLY LOCAL
GAMA'AT SUPPORT FOR HIS PLAN TO RETURN THE GROUP TO VIOLENT
OPERATIONS.

PALESTINIAN GROUPS

SEVERAL PALESTINIAN EXTREMIST GROUPS---SUCH AS HAMAS, THE
PALESTINE ISLAMIC JIHAD (PIJ) AND THE ABU NIDAL
ORGANIZATION (ANO)--MAINTAIN A PRESENCE IN SUDAN AND
CONTINUE TO CONDUCT A WIDE RANGE OF ACTIVITIES, INCLUDING
FUNDRAISING, RECRUITMENT, IDEOLOGICAL AND PARAMILITARY
TRAINING, AND OTHER LOGISTICAL SUPPORT ACTIVITIES.

-- HAMAS--WHICH HAS A FEW HUNDRED SUPPORTERS AMONG THE
LOCAL PALESTINIAN POPULATION--HAS AN OFFICIAL
REPRESENTATIVE IN KHARTOUM, OPERATES AT LEAST ONE SMALL
FRONT COMPANY, AND IS ASSOCIATED WITH SEVERAL NGOS THERE.

-- THE PIJ MAINTAINS A SMALLER PRESENCE THAN HAMAS IN
SUDAN BUT HAS AN OFFICE AND PERMANENT REPRESENTATION IN
KHARTOUM. ITS MEMBERSHIP IS PRIMARILY COMPOSED OF
UNIVERSITY STUDENTS, AND IT ALSO OPERATES SMALL COMMERCIAL
                         SECRET

PAGE 05         STATE    117658    202113Z
VENTURES.

SOME INFORMATION INDICATES THAT THESE GROUPS HAVE BEEN WARY
OF POSSIBLE CHANGES IN SUDANESE POLICY FOR SEVERAL MONTHS,
SUGGESTING THEY HAVE MADE PREPARATIONS TO LEAVE SUDAN.
OTHER SOURCES INDICATE, HOWEVER, THAT PIJ OPERATIVES
MAINTAIN CLOSE TIES TO THE SUDANESE REGIME DESPITE THE
CHANGE IN GOVERNMENT.

IRAN AND NGO'S

SUDAN ALSO PROVIDES A PLATFORM FOR IRAN TO MEET WITH
EXTREMIST GROUPS AND SUPPORTS VARIOUS NON-GOVERNMENTAL
ORGANIZATIONS THAT PROMOTE TERRORIST ACTIVITY.

-- IRAN COUNTS ON SUDAN'S GEOGRAPHIC PROXIMITY AND BENIGN OPERATING ENVIRONMENT TO ALLOW IRANIAN AGENTS TO MEET WITH AND CHANNEL FUNDS, WEAPONS, AND TRAINING TO ISLAMIC EXTREMISTS.

-- KHARTOUM'S WILLINGNESS TO CONTINUE PROVIDING SAFEHAVEN FOR VARIOUS RADICAL PALESTINIAN GROUPS FACILITATES IRAN'S EFFORTS TO SUPPORT THEIR TERRORIST OPERATIONS AGAINST ISRAEL AND TO IMPROVE THEIR OPERATIONAL CAPABILITIES.

AFRICAN OPPOSITIONISTS

BASHIR HAS TAKEN SOME INITIAL STEPS TO IMPROVE RELATIONS WITH ERITREA AND ETHIOPIA SINCE TAKING OFFICE, BUT A VARIETY OF REPORTS SUGGEST THAT SUDAN STILL AIDS OPPOSITION
                              SECRET

PAGE 06        STATE   117658   202113Z
GROUPS FROM THESE COUNTRIES AND OTHERS---INCLUDING SOMALIA AND UGANDA. KHARTOUM PROVIDES THESE GROUPS WITH FUNDING, ARMS, MILITARY ASSISTANCE, AND SAFEHAVEN.

LIMITED PROSPECTS FOR CHANGE

BASHIR WILL MOVE AGAINST SOME EXTREMIST GROUPS ONLY IF IT SERVES SUDAN'S BROADER ECONOMIC AND POLITICAL INTERESTS AND ASSISTS HIM IN HIS ONGOING BATTLE WITH TURABI'S NIF FACTION. PROGRESS WILL ONLY COME SLOWLY. WE CANNOT CONFIRM THAT KHARTOUM HAS DEPORTED ANY TERRORIST GROUPS OR INDIVIDUALS ASSOCIATED WITH THEM.

-- BASHIR'S OUSTER OF THE POPULAR ARAB AND ISLAMIC CONFERENCE (PAIC) IS AN EARLY INDICATOR THAT HE COULD PLACE TRAVEL AND OTHER RESTRICTIONS ON SOME EXTREMISTS TO ISOLATE TURABI FURTHER AND TO PLACATE THE UNITED STATES AND OTHER GOVERNMENTS, SUCH AS SAUDI ARABIA AND KUWAIT, WHICH HAVE CRITICIZED SUDAN'S SUPPORT FOR TERRORISM.

-- BASHIR HAS TAKEN SOME STEPS--SUCH AS SIGNING INTERNATIONAL CONVENTIONS TO COMBAT TERRORISM--IF ONLY TO ATTRACT MORE WESTERN EUROPEAN AND MODERATE ARAB BUSINESSMEN AND TO GAUGE THE RESIDUAL STRENGTH OF TURABI'S SUPPORTERS. BUT HE NONETHELESS HAS NOT TAKEN ACTION CONSISTENT WITH THOSE CONVENTIONS.

(END TEXT OF NON-PAPER)
ALBRIGHT
                              SECRET

PAGE 07        STATE   117658   202113Z

SECRET

<< END OF DOCUMENT >>