# Exhibit 241

# In re Terrorist Attack on Sept. 11, 2001

# 03-MDL-1570 (S.D.N.Y.)

# Declaration of Ali Ahmad Ali Hamad

# Regarding SHC and TWRA support to Al Qaeda

# Mar. 4, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

**DECLARATION OF ALI AHMAD ALI HAMAD**

I, Ali Ahmad Ali Hamad, being duly sworn, declare and state as follows:

1.  I am over eighteen years of age and competent to testify to the matters set forth below on the basis of my own personal knowledge.

2.  I was born on November 13, 1971, in Manama, Bahrain.

3.  When I was seventeen (17) years old, I was recruited to join Osama bin Laden's al Qaida terrorist organization.

4.  I was an active member of al Qaida from 1991 until 1997, when I was arrested and subsequently imprisoned in Bosnia-Herzegovina.

5.  I formally renounced my affiliation with al Qaida after the September 11, 2001 terrorist attack upon the United States, although I had become disillusioned with al Qaida prior to that time.

6.  On the basis of my experiences as a member and official of al Qaida, as described in greater detail below, I have personal knowledge of the inner-workings of al Qaida, its objectives and operations, and certain sources of its vast financial and logistic support.

A.  **My Training and Experiences with al Qaida in Afghanistan**

7.  In or around the beginning of 1991, representatives of al Qaida in Bahrain advised me that it was time for me to travel to Afghanistan for training to become one of "Allah's warriors."

8.  The representatives of al Qaida in Bahrain arranged for me to travel by car from Bahrain to Saudi Arabia, and by plane from Saudi Arabia to Islamabad, Pakistan, and advised me that representatives of al Qaida would greet me at the Islamabad International Airport.

9.  Upon my arrival at the Islamabad International Airport, representatives of al Qaida greeted me, and arranged for my transit to an al Qaida training camp in Afghanistan.

10. In total, I spent thirteen months in Afghanistan, during which time I received training at several different al Qaida camps.

11. While in Afghanistan, I personally met Osama bin Laden on numerous occasions, and swore an oath to al Qaida in Osama bin Laden's presence.

12. The members of al Qaida do not use their proper names within the organization. As a member of al Qaida, I was known primarily by the alias Abu Ubeidah.

13. In or around late 1991 or early 1992, I was instructed by Osama bin Laden to return to Bahrain, and await instructions from al Qaida where to go next.

PEC-KSA003502
P. 2

### B. The Bosnian War

14. In early 1992, a war broke out in Bosnia-Herzegovina, primarily between Bosnian Muslims and Bosnian Serbs, although Bosnian Croats were also involved in the conflict to a lesser degree (the Bosnian War).

15. The Bosnian War continued until the signing of the Dayton Peace Accords (Dayton Accord) in 1995.

16. Shortly after the outbreak of the Bosnian War, foreign Islamic fighters began traveling to Bosnia-Herzegovina to fight with the Bosnian Muslims and wage jihad against the Bosnian Serbs. These foreign fighters are referred to as the "mujihadeen" throughout this declaration, which was also the term used to refer to those foreign fighters during the Bosnian War.

17. At the inception of the Bosnian war, Osama bin laden and the al Qaida leadership decided that al Qaida should actively participate in that conflict, and began sending al Qaida members, including myself, to Bosnia to fight as mujihadeen.

18. Throughout the Bosnian War, the mujihadeen forces in Bosnia operated under the direction of al Qaida leadership.

19. Al Qaida's primary objective in participating in the Bosnian War was not to help the Bosnian Muslims, but rather to establish a base of operations in Bosnia to support future al Qaida operations in Europe and the West.

PEC-KSA003503

P. 3

### C.     My Experiences in Bosnia-Herzegovina as a Member of al Qaida

20.     Shortly after the outbreak of the Bosnian War in early 1992, Prince Mohammad al Fatih al Bahraini advised me that the al Qaida leadership had issued an order that I travel to Bosnia, to participate in the jihad against the Serbs.

21.     Initially, I delayed traveling to Bosnia, and Prince Mohammad al Fatih al Bahraini went ahead to Bosnia without me.

22.     Shortly thereafter, Prince Mohammad al Fatih al Bahraini was killed while commanding mujihadeen forces in Bosnia in an operation against the Serbs.

23.     Approximately three months after Prince Mohammad al Fatih al Bahraini was killed, I received a second directive from al Qaida to travel to Bosnia to participate in the jihad against the Serbs, and at that time complied with the directive of the al Qaida leadership.

24.     Before departing Bahrain, representatives of al Qaida explained that I should travel to the mosque in Zagreb, Croatia, and that I would be received at the mosque by individuals who would recognize and assist me.

25.     In accordance with the instructions provided to me by al Qaida, I traveled from Bahrain to Germany by plane, and by plane from Germany to Zagreb, Croatia, where I proceeded to the designated mosque.

26.     At the mosque in Zagreb, I was received by several individuals, including a man known by the alias Abu Ayman, the head of the Third World Relief Organization.

27.     On the following day, Abu Ayman helped me to set off for Split, Croatia by bus.

PEC-KSA003504

P. 4

28. In accordance with the instructions provided by al Qaida in advance of my trip, I then traveled by bus from Split, Croatia to Travnik, Bosnia.

29. Upon my arrival in Travnik, Bosnia, I was met by a young soldier of the Muslim forces in Travnik, who spoke Arabic perfectly.

30. I traveled with the young representative of the Muslim forces who had greeted me at the bus station, along with two other foreign fighters who had arrived on the same bus from Split, to Muslim forces command in Travnik, where I was received by a brigadier of the Muslim forces known as Asim.

31. At the time of my arrival in Travnik, the commander of the mujihadeen forces in Bosnia was Ebu Abdel Aziz, who was known within the mujihadeen forces as Abdel Aziz or "Red Beard."

32. Through my prior experiences in Afghanistan, I personally knew Ebu Abdel Aziz as one of the leaders of al Qaida.

33. Prior to leaving Bahrain for Bosnia, I had received information from al Qaida representatives in Bahrain that Ebu Abdel Aziz was being sent to Bosnia by al Qaida to organize the mujihadeen forces.

34. From the date I reached the mujihadeen forces in 1992 until the signing of the Dayton Accord in 1995, I fought as a member of the mujihadeen forces in the Bosnian War. Throughout that time, I was a member of al Qaida, acting in accordance with the directives of that terrorist organization.

PEC-KSA003505
P. 5

35. Shortly after my arrival in Bosnia, I was appointed by al Qaida to serve as a deputy commander of a unit of 107 fighters, including 70 Arabs, approximately 25 Turks, and about 12 Bosnians.

36. Following the signing of the Dayton Accord, I remained in Bosnia-Herzegovina, serving as an active member of al Qaida until my arrest in 1997.

### D. The Involvement of Ostensible Islamic Charities in Supporting al Qaida's Activities

37. I can attest on the basis of personal knowledge that al Qaida's operations in Bosnia, including the activities of the al Qaida fighters who participated in the Bosnian War, were funded and otherwise supported by purported Islamic charitable organizations and institutions, including the Third World Relief Agency, and the Saudi High Commission for Relief of Bosnia & Herzegovina (Saudi High Commission).

38. As mentioned above, upon my initial arrival in Zagreb, Croatia, I was received by Sudanese employees of the Third World Relief Agency, including Abu Ayman.

39. When he greeted me in Zagreb, Abu Ejman advised me that he had received an advance call from Bahrain informing him of my travel plans, and that he had been given the responsibility to assist me in reaching the mujihadeen forces.

40. During the course of the Bosnian War, Abu Ejman delivered truckloads of food and other supplies belonging to the Third World Relief Agency to my military unit, to sustain our activities and efforts in Bosnia.

PEC-KSA003506

P. 6

41. On the basis of my personal knowledge, I can attest that the Saudi High Commission was extensively involved in supporting al Qaida's operations in Bosnia, both before and after the Bosnian war.

42. I can attest from personal knowledge that representatives of the Saudi High Commission provided extensive financial support and food to the mujihadeen forces, and also permitted the mujihadeen and al Qaida members in Bosnia to use the Saudi High Commission's offices and rented houses.

43. In addition to providing food, money and shelter to support al Qaida's operations in Bosnia, the Saudi High Commission frequently transported mujihadeen and al Qaida members throughout Bosnia-Herzegovina, in Saudi High Commission vehicles bearing the mark of the United Nations High Commission for Refugees (UNHCR), thereby allowing those mujihadeen and al Qaida members to pass military and police checkpoints.

44. I was personally transported by the Saudi High Commission in a vehicle bearing UNHCR marks in late 1994 or early 1995, along with another wounded mujihadeen, from Bosnia-Herzegovina to Zagreb, Croatia. On the occasion of that trip, a representative of the Saudi High Commission also provided me with money for further travel expenses.

45. During the Bosnian war, the Saudi High Commission appointed a number of former mujihadeen fighters to serve as officers or directors of its branch offices in Bosnia-Herzegovina.

46. For example, in 1993 the director of the Sarajevo office of the Saudi High Commission was a Saudi I knew by the name of Abu al-Miqdad al-Dusari.

7

47. Al-Dusari was among the first mujihadeen to arrive in Bosnia-Herzegovina at the beginning of the Bosnian War.

48. Al-Dusari temporarily left Bosnia-Herzegovina, but later returned to serve as the director of the Sarajevo office of the Saudi High Commission.

49. Similarly, at the request of the mujihadeen in 1994, the Chief Director of the Saudi High Commission in Zagreb appointed a man I knew by the name of Hasam al-Din to serve as the director of the Zenica office.

50. Hasam al-Din was also one of the first mujihadeen to arrive in Bosnia-Herzegovina at the beginning of the Bosnian War, and he engaged in significant military activities as a member of the mujihadeen forces placed in Tesanj, in the middle of Bosnia.

51. Hasam al-Din was wounded during the course of the war, and after recovering from his wounds, returned to Bosnia-Herzegovina as a representative of the Zenica office of the Saudi High Commission.

52. Following the conclusion of the Bosnian War, numerous al Qaida members remained in Bosnia-Herzegovina, in accordance with the wishes and directives of al Qaida leadership.

53. I myself remained in Bosnia-Herzegovina following the conclusion of the Bosnian War, and was an active member of al Qaida until my arrest in 1997.

PEC-KSA003508
P. 8

54. After the conclusion of the Bosnian War, the Saudi High Commission provided ostensible employment to a number of foreign fighters and al Qaida members who had fought in the War.

55. I myself received official documentation, certified by the stamp of the Saudi High Commission and bearing the signature of the Director of the Saudi High Commission's Mostar office, indicating that I was an employee of the Saudi High Commission.

56. At the time the director of the Mostar office of the Saudi High Commission provided me with that documentation, he was aware that I was a member of al Qaida.

57. In addition to the documentation described above, following the Bosnian War, the Saudi High Commission provided me access to vehicles with diplomatic car registrations, and vehicles registered to the UNHCR, which enabled me to move freely throughout Bosnia-Herzegovina.

58. At the times when the Saudi High Commission provided me with access to vehicles with diplomatic or UNHCR registrations, I was an active member of al Qaida, a fact which was known to the officials of the Saudi High Commission who provided me such access.

I hereby declare that all of the foregoing statements are true and correct.


    <u>/s/ Ali Ahmad Ali Hamad</u>
    Ali Ahmad Ali Hamad


Executed on March 4, 2008 in the city of Doboj, Bosnia-Herzegovina.

PEC-KSA003510

P. 10

محكمة الولايات المتحدة الأمريكية الإقليمية
الإقليم الجنوبي لولاية نيويورك

| | |
|---|---|
| الدعوى رقم: 03 (GBD) MDL 1570<br>قضية بملف إلكتروني ECF | في موضوع الهجمات الإرهابية في 11 سبتمبر 2001 |

بيان علي حمد علي حمد

أنا، علي حمد علي حمد، أصرح بعد حلف اليمين، وأعلن بما يلي:

1. يتجاوز عمري الثماني عشر سنة وأنا مؤهل للإدلاء بالشهادة في الأمور المبينة أدناه استناداً إلى معرفتي الشخصية.

2. لقدٌ وُلِدتُ في 13 نوفمبر 1971، في المنامة، البحرين.

3. في أو حوالي عام 1990 أو 1991، *عندما كان عمري 17 عاماً*، تم تجنيدي للالتحاق بمنظمة القاعدة الإرهابية التابعة لأسامة بن لادن.

4. لقد كنت عضواً نشطاً فيها منذ 1991 وحتى 1997، عندما تم القبض علي ومن ثمُ سجنت في البوسنة والهرسك.

5. لقد تخليت رسمياً عن انتسابي إلى القاعدة في أعقاب *بعد* الهجوم الإرهابي على الولايات المتحدة في 11 سبتمبر 2001، مع أنها خابت آمالي بالقاعدة في وقت سابق لهذا التاريخ.

6. استناداً إلى خبرتي كعضو ومسؤول في القاعدة، كما هو موضح بتفصيل أوسع أدناه، لدي المعرفة الشخصية حول طرق العمل الداخلية للقاعدة، وأهدافها وعملياتها وبعض موارد دعمها المالي والسوقي الشاسع.

أ.   تدريبي وخبرتي مع القاعدة في أفغانستان

7.   في أو حوالي بدء عام 1991، بلغني ممثلو القاعدة في البحرين أنه حان الوقت لأن أسافر إلى أفغانستان لأتدرب وأصبح أحد أفراد "مجاهدي الله".

8.   قام ممثلو القاعدة في البحرين بالتدابير اللازمة لأسافر بالسيارة من البحرين إلى المملكة العربية السعودية، وبالطائرة من المملكة إلى إسلام آباد، الباكستان، وأعلموني بأن ممثلي القاعدة سيقومون باستقبالي في مطار إسلام آباد الدولي.

9.   عند وصولي إلى مطار إسلام آباد الدولي، رحب بي ممثلو القاعدة، وقاموا بالتدابير لنقلي إلى مخيم تدريب القاعدة في أفغانستان.

10.   لقد قضيت ما مجموعه ثلاثة عشر شهراً في أفغانستان، تلقيت خلالها التدريب في ~~ثلاثة مخيمات~~ مختلفة للقاعدة. [فيما تم تدريبه]

11.   بينما كنت في أفغانستان، التقيت شخصياً بأسامة بن لادن في مناسبات عديدة، ولقد حلفت اليمين بالولاء للقاعدة في وجود أسامة بن لادن.

12.   لا يستعمل أعضاء القاعدة أسماءهم الشخصية ضمن المنظمة. وبصفتي عضو في القاعدة، عُرفت أساساً بلقب أبو عبيدة.

13.   في أو حوالي أواخر عام 1991 أو بدء عام 1992، تلقيت تعليمات من أسامة بن لادن بأن أعود إلى البحرين وأنتظر أوامر القاعدة حول الجهة التي سأتوجه إليها فيما بعد.

PEC-KSA003512

P. 12

ب. حرب البوسنة

14. في بداية عام 1992، اندلعت حرب في البوسنة والهرسك، وفي المقام الأول بين مسلمي البوسنة وصرب البوسنة، على الرغم من أن كروات البوسنة اشتركوا أيضاً في النزاع ولكن على مستوى أقل شأناً (حرب البوسنة).

15. استمرت حرب البوسنة حتى توقيع اتفاقات السلام في ديتون (اتفاق ديتون) في 1995.

16. فترة وجيزة بعد اندلاع حرب البوسنة، بدأ مقاتلون مسلمون أجانب بالسفر إلى البوسنة والهرسك للقتال إلى جانب مسلمي البوسنة وأعلنوا الجهاد ضد صرب البوسنة. يُشار إلى هؤلاء المقاتلين الأجانب بـ "المجاهدين" طوال هذا البيان، وقد استعمل أيضاً هذا اللفظ للإشارة إلى المقاتلين الأجانب خلال حرب البوسنة.

17. عند بدء حرب البوسنة، قرر أسامة بن لادن وقيادة القاعدة أنه يتوجب على القاعدة أن تشترك بصورة فعالة في هذا النزاع، وبدأوا بإرسال أعضاء القاعدة، بما في ذلك أنا، إلى البوسنة للقتال كمجاهدين.

18. طوال حرب البوسنة، عملت قوات المجاهدين في البوسنة تحت أمرة قيادة القاعدة.

19. عند اشتراكها في حرب البوسنة، لم يكن هدف القاعدة الرئيسي مساعدة مسلمي البوسنة بل إنشاء قاعدة عمليات في البوسنة لدعم عمليات القاعدة في أوروبا والغرب في المستقبل.

3

ج.	الخبرة التي اكتسبتها في البوسنة والهرسك كعضو في القاعدة

20.	فترة وجيزة بعد اندلاع حرب البوسنة وفي أوائل عام 1992، أعلمني الأمير محمد الفاتح البحريني أن قيادة القاعدة أصدرت أمراً لأسافر إلى البوسنة للاشتراك في الجهاد ضد الصرب.

21.	في بادئ الأمر، أخرت سفري إلى البوسنة، وتوجه الأمير محمد الفاتح البحريني إلى البوسنة بدوني.

22.	فترة وجيزة في أعقاب هذا، قُتل الأمير محمد الفاتح البحريني بينما كان يقود قوات المجاهدين في البوسنة في عملية ضد الصرب.

23.	ثلاثة أشهر تقريباً بعد مقتل الأمير محمد الفاتح البحريني، تلقيت توجيهاً ثانياً من القاعدة لكي أسافر إلى البوسنة للاشتراك في الجهاد ضد الصرب، فأذعنت آنذاك لتوجيه قيادة القاعدة.

24.	قبل مغادرتي البحرين، فسر لي ممثلو القاعدة أنه يجب أن أسافر إلى مسجد زغرب، في كرواتيا وأنه سيتم استقبالي في المسجد من قبل أشخاص سيتعرفون علي ويساعدونني.

25.	وفقاً للتعليمات التي زودتني بها القاعدة، سافرت بالطائرة من البحرين إلى ألمانيا، وبالطائرة أيضاً من ألمانيا إلى زغرب، كرواتيا، حيث توجهت إلى المسجد المشار إليه.

26.	في المسجد في زغرب، استقبلني عدد من الأشخاص، بينهم رجل يعرف بلقب أبو عجمان [أبو أيمن]، رئيس منظمة إغاثة العالم الثالث.

27.	في اليوم التالي، ساعدني أبو عجمان [أبو أيمن] على التوجه بالباص إلى سبليت في كرواتيا.

28.	ووفقاً للتعليمات التي زودتني بها القاعدة في وقت سابق لرحلتي، سافرت من ثمَّ بالباص من سبليت في كرواتيا إلى ترافنيك في البوسنة.

29.	عند وصولي إلى ترافنيك في البوسنة، استقبلني جندي شاب من القوات المسلمة في ترافنيك كان يتكلم العربية ببراعة.

4

PEC-KSA003514

P. 14

30. سافرت مع الممثل الشاب للقوات المسلمة الذي رحب بي في محطة الباص، وبرفقة مقاتلين أجنبيين آخرين كانا قد وصلا على نفس الباص من سبليت، وتوجهت إلى قيادة القوات المسلمة في ترافنيك، حيث استقبلني قائد برتبة عميد في القوات المسلمة كان معروفاً باسم عاصم.

31. عند وصولي إلى ترافنيك، كان أبو عبد العزيز هو قائد قوات المجاهدين في البوسنة وكان معروفاً ضمن قوات المجاهدين باسم عبد العزيز أو "اللحية الحمراء".

32. من خلال خبرتي السابقة في أفغانستان، أعرف شخصياً بأن أبو عبد العزيز هو أحد زعماء القاعدة.

33. قبل مغادرتي البحرين للبوسنة، كنت قد تلقيت معلومات من ممثلي القاعدة في البحرين تفيد بأن القاعدة قد أرسلت أبو عبد العزيز إلى البوسنة لتنظيم قوات المجاهدين.

34. منذ تاريخ التحاقي بقوات المجاهدين في 1992 وحتى توقيع اتفاق ديتون في 1995، قاتلت بصفتي عضو في قوات المجاهدين في حرب البوسنة. طوال هذه الفترة، كنت عضواً في القاعدة، وتصرفت وفقاً لتوجيهات هذه المنظمة الإرهابية.

35. فترة وجيزة بعد وصولي إلى البوسنة، عينتني القاعدة لأعمل كنائب قائد لوحدة تضم 107 مقاتلين، بما في ذلك 70 عربياً، و25 تركياً تقريباً وحوالي 12 بوسنياً.

36. في أعقاب توقيع اتفاق ديتون، بقيت في البوسنة والهرسك وعملت كعضو نشط في القاعدة حتى تاريخ إيقافي عام 1997.

د.    اشتراك المؤسسات الخيرية الإسلامية المزعومة في دعم نشاطات القاعدة

37. يمكنني أن أشهد استناداً إلى معرفتي الشخصية أن عمليات القاعدة في البوسنة، بما في ذلك نشاطات مقاتلي القاعدة الذين اشتركوا في حرب البوسنة، قد تم تمويلها وبطريقة أخرى دعمها من قبل المنظمات والمؤسسات الخيرية الإسلامية المزعومة، والتي تشمل وكالة إغاثة العالم الثالث والهيئة السعودية العليا لمساعدة البوسنة والهرسك (الهيئة السعودية العليا).

5

PEC-KSA003515

P. 15

38. وكما ذكرت أعلاه، عند وصولي أولاً إلى زغرب، كرواتيا، استقبلني موظفون سودانيون تابعون لوكالة إغاثة العالم الثالث، بما فيهم أبو عجمان‎ ابو ايمن.

39. عندما استقبلني أبو عجمان في زغرب، أعلمني أنه استلم في وقت سابق مكالمة من البحرين تعلمه عن مخططات سفري وأنه ُكلّف بمسؤولية مساعدتي على الوصول إلى قوات المجاهدين.

40. خلال حرب البوسنة، سلم أبو عجمان شاحنات محملة بالمواد الغذائية والمؤونة الأخرى التابعة لوكالة إغاثة العالم الثالث إلى وحدتي العسكرية لدعم نشاطاتنا وجهودنا في البوسنة.

41. استناداً إلى معرفتي الشخصية، يمكنني أن أشهد أن الهيئة السعودية العليا اشتركت على نحو واسع في دعم عمليات القاعدة في البوسنة، قبل حرب البوسنة وبعدها على حدٍ سواء.

42. يمكنني أن أشهد استناداً إلى معرفتي الشخصية أن ممثلي الهيئة السعودية العليا قد وفروا الدعم المالي الواسع والمواد الغذائية إلى قوات المجاهدين، وسمحوا أيضاً للمجاهدين وأعضاء القاعدة في البوسنة باستخدام المكاتب والمنازل المستأجرة التابعة للهيئة السعودية العليا.

43. وبالإضافة إلى توفير المواد الغذائية والمال والملجأ لدعم عمليات القاعدة في البوسنة، نقلت الهيئة السعودية العليا في كثير من الأحيان المجاهدين وأعضاء القاعدة في جميع أنحاء البوسنة والهرسك، في سيارات تابعة للهيئة السعودية العليا حاملة شارات المفوضية السامية للأمم المتحدة لشؤون اللاجئين، وأجازت بذلك لهؤلاء المجاهدين وأعضاء القاعدة بمرور حواجز تفتيش عسكرية وبوليسية.

44. لقد تم نقلي شخصياً من قبل الهيئة السعودية العليا في سيارة تحمل شارات المفوضية السامية للأمم المتحدة لشؤون اللاجئين في أواخر عام 1994 وبدء 1995، مع مجاهد آخر مجروح وذلك من البوسنة إلى زغرب، كرواتيا. وبمناسبة هذه الرحلة، زودني ممثل من الهيئة السعودية العليا بالمال لمزيد من نفقات السفر.

45. خلال حرب البوسنة، عينت الهيئة السعودية العليا عدداً من المقاتلين المجاهدين السابقين ليعملوا كمسؤولين ومدراء في مكاتب فروعها في البوسنة والهرسك.

PEC-KSA003516

P. 16

46. على سبيل المثال، في 1993، كان مدير مكتب سراييفو للهيئة السعودية العليا مواطناً سعودياً عرفته ويدعى أبو الجهاد الدوسارييدا ابو اهقراد

ابو اهقراد

47. كان الدوسارييدا من بين المجاهدين الأول الذين وصلوا إلى البوسنة والهرسك في بداية حرب البوسنة.

48. ترك الدوسارييدا البوسنة مؤقتاً ولكنه رجع إليها فيما بعد ليعمل كمدير لمكتب الهيئة السعودية العليا في سراييفو.

49. وبصورة مماثلة، وعند طلب من المجاهدين في عام 1994، عين مدير الهيئة السعودية العليا في زغرب رجلاً يدعى حسام الدين ليعمل كمدير لمكتب الهيئة في زينيكا.

ز بنتكا

50. كان حسام الدين أيضاً من بين أول المجاهدين الذين وصلوا إلى البوسنة والهرسك في بداية حرب البوسنة، ولقد اشترك بنشاطات عسكرية مهمة كعضو في قوات المجاهدين المتمركزة في طيسنج، وسط البوسنة.

51. أصيب حسام الدين بجروح أثناء الحرب، وبعد شفائه من إصاباته رجع إلى البوسنة والهرسك كممثل لمكتب الهيئة السعودية العليا في زينيكا.

52. في أعقاب نهاية حرب البوسنة، بقى العديد من أعضاء القاعدة في البوسنة والهرسك وفقاً لرغبات قيادة القاعدة وتوجيهاتها.

53. لقد بقيت أنا في البوسنة والهرسك في أعقاب نهاية حرب البوسنة ولقد كنت عضواً نشطاً في القاعدة إلى أن تم إيقافي عام 1997.

54. بعد نهاية حرب البوسنة، وفرت الهيئة السعودية العليا التوظيف الظاهري لعدد من المقاتلين الأجانب وأعضاء القاعدة الذين قاتلوا أثناء الحرب.

55. لقد استلمت شخصياً وثائق رسمية مصدقة بختم الهيئة السعودية العليا وتحمل توقيع مدير مكتب الهيئة السعودية العليا في موستار، يُشار فيها إلى أنني موظف في الهيئة السعودية العليا.

7

56. عندما زودني مدير مكتب الهيئة السعودية العليا في موستار بهذه الوثيقة، كان على علم بأنني كنت عضواً في القاعدة.

57. بالإضافة إلى الوثيقة الموصوفة أعلاه، وفي أعقاب حرب البوسنة، منحتني الهيئة السعودية العليا إمكانية استخدام سيارات تحمل أشارات دبلوماسية وسيارات مسجلة باسم المفوضية السامية للأمم المتحدة لشؤون اللاجئين، مما مكنني أن أنتقل بحرية في جميع أنحاء البوسنة والهرسك.

58. عندما منحتني الهيئة السعودية العليا إمكانية استخدام سيارات تحمل شارات دبلوماسية أو مسجلة باسم المفوضية السامية للأمم المتحدة لشؤون اللاجئين، كنت آنذاك عضواً نشطاً في القاعدة، وكان هذا أمراً معروفاً من مسؤولي الهيئة السعودية العليا الذين وفروا لي هذه الإمكانية.

8

أعلن بموجب هذا البيان أن التصريحات أعلاه هي صحيحة وصادقة.

_____

علي حمد علي حمد

الموقع بتاريخ ٤ / ٣ 2008، في البوسنة والهرسك
مدينة دوبوي

9

PEC-KSA003519

P. 19