عناية الأخ
صلاح عبد القادر



**UNHCR**
United Nations High Commissioner for Refugees

OPERATIONAL ASSESSMENT STAFF

ID Card No. OAS 44638

Name: Hussain O. JIFRY

Title: Civil Engineer

Signed: S H C

Limited Validity           Until
07-OCT-92                 31-DEC-92           Signed