

**GLOBAL LINK LANGUAGE SERVICES, INC**
**YOUR LINK TO THE WORLD**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
(617) 451-6644 Facsimile
www.languagetranslate.com
info@languagetranslate.com

## CERTIFICATION

**Date: December 1, 2017**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic documents** presented to us, and has been translated to the best of our professional ability.

KADI0103318-103325
KADI0089825
KADI0089834-35
KADI0089839-43
KADI0089859
KADI0089865
KADI0089869-71
KADI0104343-53

Sincerely,

Anthony Federico
Global Link Language Services, Inc.

Notary Public:
My commission expires on:

CHRISTOPHER IRVING
Notary Public
Commonwealth of Massachusetts
My Commission Expires March 26, 2021