# Tarbutton, J. Scott

| | |
|---|---|
| **From:** | Martin McMahon [mm@martinmcmahonlaw.com] |
| **Sent:** | Thursday, July 07, 2011 1:45 PM |
| **To:** | Carter, Sean |
| **Cc:** | Tarbutton, J. Scott |
| **Subject:** | MWL and IIRO document production |

Dear Sean,

We have sent via Fedex overnight the latest batch of documents we have for MWL and IIRO. The documents for MWL are completely new documents, but the IIRO documents are a reproduction of documents that had duplicative bates stamps. So please treat the IIRO 004070-004839 documents as a replacement set for those. Furthermore, we finally received the Constituent Council meeting minutes, so you will receive those on the CD, and we did not redo the bates stamps on the previous documents with Constituent Council information from the MWL website. Please let me know if you have any questions.

Martin


Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, DC  20036
(202) 862-4343 office
(202) 828-4130 fax

www.martinmcmahonlaw.com


Legal Notice: This e-mail, and any attachment hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail, and any attachments hereto, is strictly prohibited.  If you have received this e-mail in error, please immediately notify me by telephone and permanently delete any printout of the message, the original, and any copy of the e-mail.