

# Annual Report
# Rapport Annuel 2000 - 2001

MUSLIM WORLD LEGAUE

## INTL. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA

IIRO 00



IIRO 000332

# CONTENTS
# CONTENUE



FOREWORD    **8**

INTRODUCTION

Domestic Offices    **14**
BUREAUX LOCAUX

Summary of Accomplishments    **22**
Rapport succinct sur les Réalisations de la
Direction des Programmes et des Projets

Urgent Relief Department    **26**
Direction des Secours d'urgence

Social Welfare Program    **36**
Programme de la Protection sociale

Engineering Department
(Cultural center and Well digging)    **44**
Direction du Génie civil
(centres sociaux et puits)

Health Care Program    **50**
Programme de la Protection sanitaire

Educational Welfare Program    **56**
Programme des Services d'Education

Teachers & Teaching Committee    **64**
Commission de Prédication et des Prédicateurs

Qur'an Memorization Program    **70**
Programme de Mémorisation
du Saint Coran (P.M.S.C)

Human Resources Development Program    **78**
Programme du Developpement des Ressources
Humaines (P.D.R.H)

Ramadan Free Meal Program    **82**
Programme de Distribution de repas aux jeûneurs

External Relations and Coordination with
Islamic as well as International Institutions    **88**
Relations extérieures et coordination avec les
Organisations internationales

IIROSA's External Bureaus, External Programs    **94**
Les Bureaux. et les Programmes a L'etrnger







Muslim World League
**International Islamic Relief
Organisation. Saudi Arabia**

**Dr. Abdullah Bin Abdul
Mohsin Al-Turki**
Secretary-General of Muslim World League &
Chairman of IIROSA's Executive Council

**Dr. Adnan Khalil Basha**
Secretary-General of IIROSA

P.O. Box 14843, Jeddah 21434
Tel: 6515411, 6512333
Fax: 6518491 - Tlx: 606775J SJ IGATHA
E-mail: relief@iirosa.org

**IIROSA's DOMESTIC OFFICES
TELEPHONE NUMBERS:**

**Jeddah**
(headquarters)
6515411, 6512333
Fax: 6518491

**Asir**
Tel: 2261111
Fax: 2261494

**Riyadh**
Tel: 4040444
Fax: 4111333

**Al-Baha**
Tel: 7252920
Fax: 7234912

**Makkah**
Tel: 5661119
Fax: 5661438

**Al-Qaseem**
Tel: 3230448
Fax: 3291250

**Jeddah Branch Office**
Tel: 6571000
Fax: 6573092

**Unaiza**
Tel: 3642613
Fax: 3620666

**Al-Taif**
Tel: 7364428
Fax: 7360896
Fax: 7360416

**Al-Jouf**
Tel: 6245060
Fax: 6245335

**Women's Committee.
Jeddah**
Tel: 6641911
Fax: 6641683

**Dammam**
Tel: 8113000
Fax: 8139800

**Jizan**
Tel: 3176333

**Madina**
Tel: 8221533
Fax: 8211986

**Najran**
Tel: 5225400

**Yanbu**
Tel: 3224293
Fax: 3211271

**Hacil**
Tel: 4489770
Fax: 5331366

**Designed and Directed by:**



P.O. Box. 8803 JEDDAH 21482, KSA
Tel. 966223648231
Fax. 966223648231 - Ext. 298

# INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA ANNUAL REPORT

2000 - 2001

# RAPPORT ANNUEL DE L'ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS (O.I.I.S.)

Pour l'excercice 2000/2001

IIRO 000334



The Custodian of the Two Holy Mosques,
King Fahd bin Abdul Aziz
Le Serviteur des Deux Saintes Mosquées,
roi Fahd ben Abd Al-Aziz Al Saoud



HRH Prince Sultan bin Abdul Aziz,
Second Deputy Premier & Minister of
Defense and Aviation

Son altesse royale le prince
Sultan ben Abd Al-Aziz Al Saoud
Deuxième vice-président du Conseil des
Ministres et ministre de la Défense.



HRH Crown Prince Abdullah bin Abdul Aziz,
Deputy Premier and Commander of the
National Guard

Son altesse royale, prince
Abd-Allah ben Abd Al-Aziz Al Saoud
Prince héritier, Premier
Vice-président du Conseil des Ministres et
Chef de la Garde nationale

IIRO 000335

**T**he International Islamic Relief Organization, Saudi Arabia (IIROSA) receives wholehearted support and encouragement from the people of Saudi Arabia, above all, the Custodian of the Two Holy Mosques, King Fahd bin Abdul Aziz , HRH Crown Prince Abdullah bin Abdul Aziz, the Deputy Premier and Commander of National Guard, HRH Prince Sultan bin Abdul Aziz, Second Deputy Premier & Minister of Defense and Aviation, the entire Royal Family, academicians, businessmen and philanthropists. It is largely due to this generous support of the people of Saudi Arabia that the IIROSA is able to carry out its humanitarian mission i.e. to supply food to the hungry, clothes to the unclothed, medical care to the sick, shelter for thousands of orphans, the homeless and tens of thousands of refugees worldwide.

**L**ouanges à Allah,Glorieux soit-Il, pour Ses bienfaits, nous Lui rendons grâce par ce qui Lui est digne, et que la Paix et la Bénédiction soient sur le dernier de Ses Prophètes, Muhammad envoyé comme miséricorde pour l'humanité entière. Lequel avait un coeur tendre pour les orphelins, les veuves et les pauvres. Il incitait ses compagnons à être tendres envers toute créature ayant une âme. Il a, en effet, dit dans un de ses nobles Hadithes: "Une femme a été punie à cause d'un chat qu'elle avait emprisonné jusqu'à sa mort, elle entra alors en l'Enfer, elle ne l'a ni nourri, ni abreuvé en l'emprisonnant, ni laissé manger des miettes de la terre."Il a dit aussi (Paix et Bénédiction sur lui): "Prenez protection contre l'Enfer ne serait-ce qu'avec une portion d'une datte".

C'est à la lumière de ces orientions, que l'action islamique s'est mise en marche pour la coopération dans le bien.



### Emergence:

The International Islamic Relief Organization, Saudi Arabia (IIROSA) is an offshoot of the Muslim World League. It came into existence on October 29, 1978 and the Royal approval No. 4834 was issued on 29/1/1979.

L'Organisation Internationale Islamique de Secours (O.I.I.S.) du royaume d'Arabie Saoudite a été créée à la Mecque grâce à l'aide et aux encouragements des citoyens généreux de ce pays, à leur tête le roi Fahd ben Abdelaziz, le prince héritier Abd-Allah ben Abdelaziz,le prince Sultan ben Abdelaziz, les autres princes membres de la famille royale, les ministres, les intellectuels, les académiciens, les hommes d'affaires et l'ensemble du peuple saoudien bienfaiteur.

L'O.I.I.S. est issue de la Ligue Islamique Mondiale sur une décision de son Conseil constitutif lors de sa 20ème session tenue à la Mecque du 17 au 29 \10\1978 avec l'approbation du Gouvernement No 4834 du 29\1\1979.

Le Statut de O.I.I.S a été adopté par le Conseil constitutif de la Ligue Islamique Mondiale lors de sa 35 ème



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000336

## The Constitution:

The constitution of the IIROSA was approved during the 35th session of the Constituent Council of the Muslim World League held in Holy Makkah between 7 - 10 December 1997.

## Objectives:

The objectives of the IIROSA were determined as follows:

1- Providing distressed people struck by disaster anywhere, with relief items in times of emergency and disaster.

2- Providing necessary assistance to boost the morale of disaster victims and safeguard their entities and existence.

3- Taking interest in the development of the minority communities through education and other developmental programs.

4- Extending moral and material support to the poor and the needy.

5- Providing poor people, widows, the elderly, children and orphans with com-



prehensive welfare.

## Means of achievement:

The means of achieving the objectives of the IIROSA include the following:

1- Collecting funds from businessmen and other donors, and recruiting volunteers to help further the goals of the IIROSA.

2- Using the mass media to reach out to donors.

3- Setting up educational institutions and vocational centers, organizing social, as well as training programs and offering scholarships.

4- Setting up and running hospitals and dispensaries where the need arises.

5- Setting up and running orphanages provided with educational facilities.

6- Coordinating and cooperating with

session tenue à La Mecque du 7 au 10\12\1997.



## Les objectifs de l'O.I.I.S:

1- Porter secours aux sinistrés parmi les populations et les groupes de gens victimes de catastrophes où qu'ils se trouvent, notamment ceux frappés dans leur personne, dans leurs biens,dans leur foi ou dans leur liberté.

2- Porter secours aux nécessiteux pour les protéger des pires catastrophes, améliorer leurs conditions de vie et préserver leur identité voire leur existence.

3-Aider les minorités et développer leurs communautés et leurs sociétés à travers l'éducation et les autres programmes de promotion.

4- Apporter le soutien moral et l'appui matériel et financier aux pauvres et aux démunis.

5- Assurer une prise en charge complète autant que possible aux pauvres auxveuves, aux vieillards, aux enfants et aux orphelins.

## Les moyens de l'O.I.I.S:

1- Donations des bienfaiteurs et des hommes riches, des hommes d'affaires et des hommes de coeurs charitables. Appels d'incitations aux actions bénévoles à travers l'effort et les contributions financières.



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

**9**

IIRO 000337

other relief organizations and international-al charity institutions.



## Administrative structure:

The IIROSA consists of numerous departments:

## The Board of Directors:

The Board of Directors is the highest policy-making body of the organization and its decisions are binding upon the executive body. The current chairman of the board is Dr. Abdullah bin Abdul Mohsin Al-Turki, Secretary General of the Muslim World League. The new Board of Directors, which was formed in 1995, consists of fifteen (15) members including members from Japan and Senegal. The IIRO is the Muslim World League's wing in the fields of relief operations, health care, education, development and economic and social welfare.

## The Secretariat General:

The Secretariat General is the executive wing of the IIROSA. It is currently headed by the Secretary General, Dr. Adnan Khalil Basha, who attends the biannual meetings of the Constituent Council of the Muslim World League, and submits periodical reports on the activities of the



2- Entrer en contact avec les donateurs à travers les médias; radio, télévision, presse, livres, publications et autres.

3- Construction d'infrastructures, assistance et gestion d'instituts, d'écoles, d'établissements scolaires,de centres de formation, mise en oeuvre de programmes socio-professionnels et octroi de bourses scolaires pour des etudes dans des institutions scientifiques.

4- Construction et gestion d'hopitaux et de dispensaires dans les sociétés qui en ont le plus besoin.

5- Construction, assistance et gestion des orphelinats et prise en charge de l'éducation des orphelins et des orphelines.

6- Coordination et coopération avec les organismes de secours et les organisations internationales de charité.

L'O.I.I.S se compose de plusieurs appareils,le Conseil d'administration en est son autorité suprême, ses décisions sont mises en application par l'appareil



Dr. Abdullah bin Abdul    Dr. Adnan Khalil Basha
Mohsin Al-Turki

exécutif.

L'O.I.I.S est présidée par le Secrétaire général de la Ligue islamique mondiale, Dr.Abd-Allah ben Abd Al-Muhsin Atturki qui est aussi président de son Conseil d'administration. L'O.I.I.S représente le bras droit de la Ligue dans les domaines de l'Education, du Secours, de la protection sanitaire, du développement économique et social dans les régions pauvres du monde musulman. L'Organisation est dotée d'une commission juridique pour contrôler ses activités.

Le Secrétariat général de l'O.I.I.S est son appareil exécutif et il est présidé par Dr. Adnan Ben Khalil Basha qui assiste aux réunions du Conseil constitutif de la Ligue islamique mondiale à laquelle il présente un rapport périodique sur les activités de l'Organisation.

Enfin, L'O.I.I.S s'est vue recompensée

organization.

Despite difficulties and hardships, the IIROSA spares no effort in reaching disaster areas to help the distressed, whether in the jungles, mountain tops or desert. However, the most difficult equation that faces the IIROSA as well as the other relief and charitable organizations is, how and when to transform contingency relief efforts into a sustained developmental effort. Moreover, it is wel-known that static programs are directly influenced by contingency relief operations that absorb large amounts of funds and deplete resources funding charitable efforts. Nevertheless, since both are considered as humanitarianduties, IIROSA and the other Islamic relief institutions are pursuing both courses.

**Recognition:**

During the year 2000-2001.the IIROSA



was the proud recipient of the following awards:

1- HRH Prince Muhammed bin Fahd bin Abdul Aziz's charitable efforts award 1999.

2- Letter of gratitude and appreciation received from the UNHCR for the relief efforts made during the Kosovo crisis (ref. No. EZT 3/3 dated 21/10/1999).

3- Letter of gratitude and appreciation for the IIROSA's assistance to Chechnyan refugees received from the NGOs coordinator at the UNHCR in Geneva (ref. No. 3/3 dated 30/12/1999.

4- Letter of gratitude and appreciation received from the Hon. Mr. Jose Efraimo, Minister of Justice, Government of Mozambique, for the efforts made during the disastrous floods in the country (ref. No....dated 23/3/2000.)



plusieurs fois pour ses efforts dans le cadre de ses activités. Elle a été ainsi distinguée comme il suit:

1- L'O.I.I.S a remporté, au mois de Dhul Qida 1420H (février 2000), le Prix du prince Mohamed ben Fahd ben Abd Al-Aziz pour les services et actions de bienfaisance.

2- L'O.I.I.S a reçu un méssage de remerciements et d'appréciation de la part de l'UNHCR (lettre No 3/3 EZT du 21/10/1999 correspondant au 12/7/1420pour les efforts déployés par l'Organisation en faveur des réfugiés deKosovo aux Balkans et dans d'autres régions du monde).

3- Le délégué coordinateur des organisations internationales non-gouvernementales au sein de l'UNHCR à Genève, a adressé un message de félicitation à L'O.I.I.S (message No 3/3 du 30/12/1999 correspondant au 22/9/1420 H pour les assistances offertes par L'O.I.I.S en vue d'apaiser les soufrances des déportés tchétchènes).

4- L'O.I.I.S a reçu, le 23/3/2000 correspondant au 17/12/1420H, un méssage de remerciements et d'appreciation de la part du ministre de la Justice du Mozambique, M. José Ibraimo pour les efforts de secours déployés par l'Organisation en faveur des victimes des inondations au Mozambique.



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

**11**

IIRO 000339

Relief food being unloaded by
IIROSA for distribution among
refugees and needy people in
Afghanistan.

Dechagement des vivres de sec-
ours offerts par l'O.I.I.S/RA.S
a distribuer aux refugiés et au
peuple afghan indigent.



Urgent relief food offered by
IIROSA to the poor, needy and
displaced people is seen
arranged for distribution in
Eritrea.

Des vivres ( sous forme de sec-
ours d'urgence) offerts par
O.I.I.S/RAS aux pauvres, aux
indigents et aux personnes
deplacées. On constate ici que
les vivres sont correctement dis-
posés en vue detre distribués
(Erythre).



A man carried relief materials
which was distributed by
IIROSA in Sudan.

Un homme portant des articles
de secours qui ont ete distribués
par l'O.I.I.S/RAS au Sudan.





## Domestic Offices

## BUREAUX LOCAUX

HRO 000341

**T**HE International Islamic Relief Organization of Saudi Arabia keeping the traditions established by the founding father, King Abdul Aziz bin Abdur Rahman Al-Saud. Saudi Arabia has become one of the leading countries in the field of charity and humanitarian assistance. As such, the IIROSA has been very eager to present the citizens of Saudi Arabia with the opportunity of taking part in its charitable activities. To further this aim, 13 branch offices of the IIROSA have been opened in various parts of Saudi Arabia. In their turn, the 13 offices have opened scores of branch offictes in the provinces and major cities. All these offices have contributed effectively in fund-raising and implementing the organization's programs and projects around the world.

**E**N harmenie avec les traditions mises en place par le Pére Fondatteur, roi Abdul Aziz Bin Abdour Rahman Al-Saud; Arabie Saudite est de venue l'un des pays cités en exemple dans le domaine de l'action bienfaisante et de secours humanitaire. C'est la raison pour la quelle, l'organisation Internationale Islamique de Secours en Arabie Saudite, O.I.I.S/AS tient à présenter au peuple Saudien l'opportunité qaui s'offre à lui de prendre part à ses activités de bienfaisance. Afin de rendre possible la réalisation de ce objectif, 13 bureaux de représntation ont été ouverts dans différentes parties en Arabie Saudite. A leur tour, les 13 bureaux ont ouvert plusieurs succursales dans les régions et villes principales en Arabie. Tous ces bureaux ont grandement contribué au financement et réalisation des programmes et projets de L'O.I.I.S à travers le monde.

## 1- Al-Baha office:

Under the supervision and patronage of HRH Prince Muhammed bin Saud, Governor of Al-Baha and his Deputy, Prince Faisal bin Muhammad, Al-Baha office of IIROSA, which is directed by Mr. Ibrahim Saeed Hamdan was able to raise SR.5,117,574 during the fiscal year 2000-2001 for social welfare programs, urgent relief, cultural centers, health care, education, well digging, free meals in Ramadan and Sanabil Al-Khair programs in the following 10 countries:

Uganda, Bosnia-Herzegovina, Somalia, Palestine, Azad Kashmir, Chechnya, Sudan, Kosovo, Ethiopia and Mozambique.

## 1- Bureau de Bahha:

Sous les directives et l'encadrement du prince Mohamed Ben Saoud ben Abd Al Aziz, gouverneur de la région de Bahha et



*HRH Prince Mohammed bin Saud*

sous le patronage de son adjoint le prince Faissal ben Mohamed ben Saoud le bureau de Bahha a pu collecté, sous la direction de M. Ibrahim Saïd Hamdane, pour l'exercice 2000\2001, le montant de 5117574 riyals dont ont bénéficié les pays suivants: Ouganda, Bosnie-Hérzégovine, Somalie, Palestine, Cachemire, Tchétchénie, Soudan, Kosovo, Ethiopie et Mozambique.

## (2)- Gizan office:

Through the constant instructions of HRH Prince Muhammed bin Nassir bin Abdul Aziz, Governor of Gizan region, and under the supervision of Sheikh Muhammed bin Hassan Al-Hazmi, the IIROSA offices in Gizan, Sabyah, Samta, Abu Areesh, Al-Darb and Beish, raised SR.6,973,434 during the fiscal year 2000-2001 for programs in favor of orphans, cultural centers, education, and urgent relief.



*HRH Prince Muhammed bin Nassir*

## 2- Bureau de Jazan:

Sous les directives continues du prince Mohamed Ben Nasser ben Abd Al Aziz, gouverneur de la région de Jazan, les bureaux de l'O.I.I.S à Jazan, Sabiya, Samta, Abu Arich, Addarb et Bich dirigés par Cheikh Mohamed ben Hassan Al Hazimi ont pu collecter, pour l'exercice 2000\2001, le montant de 6 973434 riyals qui furent affectés aux programmes suivants: prise en charge d'orphelins, programmes d'éducation, secours d'urgence, construction de centres sociaux et d'éducation.

## 3- Al-Jouf office:

Under the supervision and patronage of HRH Prince Abdul Ilah bin Abdul Aziz, Governor of Al-Jouf, and through the efforts of director Mr. Fekhri bin Hammad Al-Shallal, the IIROSA office in Al-Jouf raised

## 3- Bureau d'El Jouf:

Sous la supervision et le patronage du prince Abd El Ilah ben Abd Al Aziz,gouverneur de la région d'El Jouf, le bureau dirigé par M. Fakhri ben Hamad Ash Shallal a réussi à col

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE
IIRO 000342

SR.1,275,388 in the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:
Jordan, Chechnya and Kosovo.



*HRH Prince Abdul Ilah*

## 4- Riyadh office:

Under the generous patronage of both HRH Prince Salman bin Abdul Aziz, Governor of the Riyadh region and his deputy, Prince Satam bin Abdul Aziz, the Riyadh office, supervised by Mr. Ali bin Abdullah Al-Jurais was able to raise SR.34,094,750 in the year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, well digging, human resources development, educational care, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:
Bangladesh, Pakistan, Afghanistan, Lebanon, Azad Kashmir, Chechnya-Islamic Republics in Central Asia, Kosovo and Azerbaijan.

*HRH Prince Salman bin Abdul Aziz*

## 5 - IIROSA offices in the Eastern Region:

Under the continuous patronage of HRH Prince Muhammed bin Fahd bin Abdul Aziz, Governor of the Eastern Province and his Deputy HRH Prince Saud bin Naif bin Abdul Aziz, the seven offices of the IIROSA in Dammam, Hasa, Jubail, Hafr Al-Batin, Ras Al-Tanura, Al-Khafji and Abqaiq, which are supervised by HH Prince Turki bin Jelawi Al-Saud raised SR 4,657,148 in the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:
Indonesia, India, Thailand, Philippines, Sudan, Chechnya and Kosovo.



*HRH Prince Mohammed bin Fahd*

## 6- IIROSA offices in the Asir Region:

Through the constant interest shown by HRH Prince Khalid Al-Faisal bin Abdul Aziz in IIROSA offices' activities in Abha, Khamis Mushait, the Military Base, Bisha, Namas, Al-Majardah, Balqarn, Daharan south,

---

lecter, pour l'exercice 1999\2000,le montant de 1275388 riyals dont ont bénéficié plusieurs pays dont notamment; la Jordanie, le Kosovo et la Tchétchénie. Les programmes et les prestations réalisés par ce Bureau a l'intention des musulmans de ces pays furent divers et multiples englobant; la protection sociale, les secours d'urgence, la construction de centres sociaux, la protection sanitaire etc...etc.

## 4- Bureau de Riyadh:

Sous le généreux patronage du prince Salman ben Abd Al Aziz, gouverneur de la région de Riyadh et grâce au suivi de son adjoint le prince Sattam ben Abd Al Aziz,le Bureau de Riyadh, dirigé par M. Ali ben Abd-Allah al Jariss a réussi à collecter, pour l'exercice 2000\2001, le montant de 34094750 riyals dont ont bénéficié neuf pays,à savoir; Bangladesh, Pakistan, Afghanistan, Liban, Cachemire, Tchétchénie, Kosovo, Azerbaidjan et les républiques islamiques de l'ex URSS.

A citer également le projet pionnier pris en charge par le Bureau de Riyadh,à savoir la gestion d'un centre culturel multiforme en plus de sa contribution au projet de l'aumône courante (épis du Bien).

## 5- Bureaux de la région de l'Est:

Sous le suivi continu du prince Mohamed Ben Fahd ben Abd Al Aziz, gouverneur de la région de l'Est et de son adjoint le prince Saoud Ben Naif ben Abd Al Aziz,les Bureaux de la région de l'Est, au nombre de 7 bureaux à savoir: Dammam, Al Ahsa, Jubail, Hafr al Batan, Ras Tanura, Al Khafji et Baqiq ont réussi,sous la direction du prince Turki ben Fahd ben Jalwi Al Saoud à collecter, pour l'exercice 2000\2001, le montant de 4657148 riyals dont ont bénéficié sept pays, à savoir:
Indonésie, Inde, Thaïlande, Philippines, Soudan, Kosovo et Tchétchénie, pour la réalisation des programmes educationnels, culturels, de santé etc... tec...

## 6- Bureaux de la région de Assire:

Sous les directives continues du prince Khaled Al Faissal ben Abd Al Aziz, gouverneur de la région de Assire, les bureaux de l'O.I.I.S dans cette région au nombre de 14 bureaux: Abha, Khamis Mouchaît, la ville

**15**

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000343

Maha'il, Al-Wadiyain, Sarh, Ballasmar, Sha'bain and Baariq, which are directed by

Mr. Muhammed Hamidi Al - Sarhani an amount of SR.28,582,840 was raised during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects, in addition to palm dates, various food items, medicine, medical equipment, new clothes and blankets distributed in Nigeria, Tchad, Chechnya and Kosovo. The Asir offices also participated in the consumer goods exhibition in Abha, and the book exhibition organized by Obaikan book shops in Asir.



HRH Prince Khalid Al-Faisal

## 7 - Al-Qasim offices:
### (i)- Buraida office:

HRH Prince Faisal bin Bandar bin Abdul Aziz, Governor of Al-Qasim Region has continued to patronize the activities of HROSA, and through his support Buraida, Asyah, Bikairiah, Al-Ras, Riyadh Al-Khabra, Maznab and Oyoonm Al-Jawa branch offices were able to raise up to SR.5,664,135 in 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:

Somalia, Bosnia-Herzegovina, Eritrea, Palestine, Chechnya, Ethiopia and Sri Lanka.

In addition 21 containers carrying with food items and clothes were shipped for distribution in different countries . The Buraida office also held seven static and mobile exhibitions in collaboration with the Girl's Summer Homes and the Department of Education.

### (ii)- Enaiza office:

Under the patronage of HRH Prince Faisal bin Bandar bin Abdul Aziz, Governor of Al-Qasim Province extends to the Unaiza office, which is supervised by Sheikh Abdullah bin Hamad Al-Jabr. During the fiscal year 2000-2001, the Unaiza office raised an amount of SR.1,743,491 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging.

militaire, Balqarn, Bisha, Namas, El Moujarada, Dhahran al Janoub, Mouhaïl, Wadaïn.

Assarh, Bellasmar, Chaabaïn et Bariq ont réussi sous la direction exécutive de M. Mohamed ben Houmaïdi Sarhani à collecter, pour l'exercice 2000\2001, le montant de 28582840 riyals dont ont bénéficié quatre pays,à savoir; Nigeria, Tchad, Tchétchénie et Kosovo et la province du Kurdistan.

Les programmes et les prestations réalisés par ce Bureau a l'interntion des musulmans de ces pays furent divers et multiples et ont englobé; la protection sociale, les secours d'urgence, la construction de centres sociaux, la protection sanitaire, les programmes d'enseignement, l'éducation,les cours de lecture,le forage de puits, la promotion humaine, les distributions de repas aux jeûneurs durant le mois de Ramadhan, et autres.

## 7-Bureau de la région d'El Qassim:
### 1) Le Bureau de Buraïda:

Sous le patronage permanent du prince Faissal ben Bandar ben Abd Al Aziz, gouverneur de la région d'El Qassim le Bureau de l'O.I.I.S de Buraïda auquel sont affiliés les bureaux annexes de; Assiah, Bakiria, Rass, Riyadh Khabra, Madhnab et Ouyoun Jawa', sous la direction du Dr. ouleymane ben Hamed Saqri, a pu collecter, pour l'exercice 2000\2001, le montant de 5664135 riyals dont ont bénéficié huit pays,à savoir; Somalie, Bosnie-Hérzégovine, Erythrée, Palestine,Tchétchénie, Kosovo, Sri Lanka et Ethiopie.
Parmi les activités de ce Bureau on peut citer : l'envoi de 21 gros camions de dons en nature englobant divers produits alimentaires et vestimentaires. Le Bureau a,par ailleurs, organisé sept expositions fixes et mobiles avec les centres de vacances d'été et les auberges de vacances d'été pour jeunes filles en coordination avec la direction de l'éducation.



HRH Prince Faisal bin Bandar

### 7-2) Le Bureau de Ounaïza:

Sous le patronage du prince Faissal ben Bandar ben Abd Al Aziz, gouverneur de la région d'El Qassim,le Bureau de Ounaïza dirigé par M. Abd-Allah ben Hamed Jabr, a pu collecté pour l'exercice 2000\2001, le montant de 1743491 riyals dont ont bénéficié quatre pays,à savoir; Kenya, Soudan, Tchétchénie et Kosovo. Les programmes

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROUAUME D'ARABIE SAUDITE

HRO 000344

human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:

Kenya, Sudan, Chechnya and Kosovo. The Enaiza office also held exhibitions in various schools and shipped more than 500 tons of palm-dates, over 150 tons of clothes and about 30 tons of wheat to the organization's headquarters in Jeddah, in addition to school equipment.

## 8 - Madinah area offices:
### (i) Madinah office:

Under the supervision and the instructions of HRH Prince Muqrin bin Abdul Aziz, Governor of Madinah Provine, the Madinah office, which is directed by Dr. Hamza bin Zuhair Hafiz was able to raise SR.13,771,733 during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following 19 countries:



*HRH Prince Muqrin bin Abdul Aziz*

Albania, Bosnia-Herzegovina, Baluchistan, Palestine, Chechnya, Kosovo, Ethiopia, Turkistan, Mozambique, Senegal, Saudi Arabia, Mauritania, Yemen, Benin, Cote d'Ivoire, Gambia, Guinea, Central African Republic, Azad Kashmir and Malawi.

Three delegations representing the Madinah office also visited the headquarters and held discussions with the finance department and the social welfare department. The delegation also attended the meetings of the domestic offices, and visited Badr area to arrange the opening of a branch office in Badr. They attended the annual function of the Al-Qasim office and undertook three visits to Burkina Faso, Cote d'Ivoire and Azerbaijan for the purpose of delivering allocations for orphans. The Madinah office also held a one-week exhibition and five charity functions. One of the functions, which was held in collaboration with the World Assembly of Muslim Youth in support of the people of Chechnya raised an amount of SR.1,694,000. Besides, the Madinah office also activated the paper collection project, which collects two big truck loads of paper monthly, and yields an income, which is estimated at SR.10,000.

### (ii)- Yanbu office:

HRH Prince Muqrin bin Abdul Aziz's patronage of the activities of the IIROSA extends to the Yanbu office as well, under the directorship of Engineer Abdullah bin Ibrahim Al-

---

offerts par ce Bureau aux musulmans de ces pays ont englobé: la protection sociale, les secours d'urgence, la construction de centres sociaux,la protection sanitaire.les programmes d'enseignement,les cours de lecture.le forage de puits, la promotion humaine.les distributions de repas aux jeûneurs durant le mois de Ramadhan, le programme "épis du Bien". Le Bureau a organisé plusieurs expositions dans des écoles et envoyé plus de 500 tonnes dattes et plus de 150 tonnes de vêtements, 30 tonnes de blé ... etc..

## 8- Les deux Bureaux de la région de Médine
### 8-1 Bureau de Médine

Sous les directives et le haut patronage du prince Maqrin ben Abd Al Aziz,gouverneur de la région de Médine el Mounawwara,le bureaux de L'O.I.I.S à Médine dirigé par Dr. Hamza Zuhair Hafedh,a pu collecter, pour l'exercice 2000/2001, le montant de 13771733 riyals dont ont bénéficié 19 pays,à savoir: Albanie, Bosnie Hérzégovine, Balustan, Palestine, Tchétchénie, Kosovo, Ethiopie, Turkistan, Mozambique, Arabie saoudite, Sénégal, Mauritanie, Yemen, Bénin, Guinée, Côte d'Ivoire, Gambie, Centreafrique, Malawi, et la province du Cachemire.

Parmi les activités de ce Bureau on peut citer: la protection sociale, les secours d'urgence, la construction de centres sociaux etc... etc...

Une visite a,également,été effectuée dans la province de Badr en vue de préparer l'inauguration d'un nouveau Bureau de l'O.I.I.S dans cette province. Une autre visite a été effectuée au Bureau d'El Qassime pour assister au festival annuel de celui-ci. Trois visites ont,également, été effectuées à l'étranger au Burkina Faso, en Côte d'Ivoire et en Azerbaidjan pour distribuer des dons aux orphelins. Par ailleurs, le Bureau a organisé une exposition d'une semaine et cinq fêtes de bienfaisance dont l'une avec la coopération de l'Agence mondial de la Jeunesse musulmane en solidarrité avec les musulmans de Tchétchénie et le montant collecté a l'occasion de cette feteetait de (1694000 riyals). Enfin, le Bureau a lancé une campagne de redynamisation de collecte de papier avec une moyenne de chargement de deux gros camions environ par mois d'une recette de (10000 riyals).

### 8-2) Bureau de Yanbou

Sous le haut patronage du prince Maqrin ben Abd Al Aziz,gouverneur de la région de Médine el Mounawwara,le Bureau de Yanbou, dirigé par l'ingénieur Abd-Allah Ibrahim Sharif, a pu collecter, pour

**17**

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROUAUME D' ARABIE SAOUDITE

IIRO 000345

Sheriff. During the fiscal year 2000-2001, the Yanbu office was able to raise the amount of SR.4,990,822 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following 11 countries:

Bosnia-Herzegovina, Palestine, Chechnya, Kosovo, Ethiopia, Mozambique, Tajikstan, Somalia, Afghanistan, Malawi, India and Azad Kashmir.

## 9- Offices in the Makkah Province:
### (i)- Makkah office:

Thanks to the profound attention of HRH Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah Region, the Makkah office directed by Dr. Ahmed bin Naafea Al-Muraei, collected the sum of SR.10,557,152 during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following 19 countries:



*HRH Prince Abdul Majeed bin Abdul Aziz*

Chechnya, Kosovo, Bangladesh, Ethiopia, Eritrea, Somalia, Sudan, Yemen, Pakistan, Palestine, Philippines, Indonesia, Sri Lanka, Burma, Afghanistan, Bosnia-Herzegovina, Thailand, Nigeria, Turkey and Iraqi-Kurdistan.

### (ii)- Jeddah office:

Through HRH Prince Abdul Majeed bin Abdul Aziz's attention and the constant interest shown by HRH Prince Mish'al bin Majid bin Abdul Aziz, Governor of Jeddah, the IIROSA office in Jeddah, which is directed by Mr. Saleh Ahmed Ba-Abood raised the sum of SR.30,962,899 during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:

Kosovo, Pakistan, Egypt, Palestine,Yemen, Chechnya, Sudan, Tchad, Somalia, Djibouti, Uganda, Kashmir, Eritrea, Turkey, Albania, Afghanistan, Philippines, Burma, Bangladesh, Sri Lanka, Russia, Ethiopia, Mozambique, India, Indonesia, Nigeria, Thailand, Mauritania, Iraqi-Kurdistan, Azad Kashmir and the Tuareg region in Algeria as well as the Balkans.

L'exercice 2000\2001, le montant de 4990822 riyals dont ont bénéficié 11 pays,à savoir: Bosnie-Hérzégovine, Palestine, Tchétchénie, Kosovo, Ethiopie, Mozambique, Tadjikistan, Somalie, Afghanistan, Malawi, Inde et la province du Cachemire.

Les programmes offerts par ce Bureau aux musulmans de ces pays ont englobé: la protection sociale, les secours d'urgence, la construction de centres sociaux,la protection sanitaire, les programmes d'éducation ,les cours de lecture, le forage de puits, la promotion humaine, les aumônes,les distributions de repas aux jeûneurs durant le mois de Ramadhan.

## 9- Les Bureaux de la région de La Mecque
### 1 Bureau de La Mecque

Sous l'encadrement et le suivi du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque, le Bureau de l'O.I.I.S à La Mecque, dirigé par le Dr. Ahmed ben Nafa'a al Mouryi a pu collecter,pour l'exercice 1999\2000, le montant de 10557152 riyals dont ont bénéficié 19 pays,à savoir: Tchétchénie, Kosovo, Bangladesh, Ethiopie, Erythrée, Somalie, Soudan, Yemen, Pakistan, Palestine, Philippines, Indonésie, SriLanka, Birmanie, Afghanistan, Bosnie Hérzégovine, Thaïlande, Nigeria,Turquie et la province du Kurdistan.

### 9-2) Bureau de Djeddah:

Sous le haut patronage du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque, le Bureau de l'O.I.I.S à Djeddah,dirigé par M. Saleh Ahmed Baahoud, a pu sous le suivi et l'attention du prince Mash'al ben Majed ben Abd Al Aziz, gouverneur de Djeddah, collecter, pour l'exercice 2000\2001, le montant de 30962899 riyals dont ont bénéficié plusieurs pays,à savoir: Kosovo, Pakistan, Egypte, Palestine, Yemen, Tchétchénie, Soudan, Tchad, Somalie, Djibouti, Ouganda, Cachemire, Erythrée, Yougoslavie, Turquie, Albanie, Afghanistan, Philippines, Birmanie, Bangladesh, Sri Lanka, Russie, Ethiopie, Mozambique, Inde, Indonésie, Nigeria, Thaïlande, Mauritanie, la province du Kurdistan, la province du Cachemire et Algérie (région des Touaregs) et dans certaines régions des Balkans. Les montants collectés ont été affectés au financement des programmes de l'O.I.I.S.

### 9-3) Bureau de Taïf:

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE

### (iii)- Taif office:

The IIROSA office in Taif, which is directed by Dr. Talal bin Obaid Zafar enjoys the wholehearted support of HRH Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah Province and Mr. Fahad bin Abdul Aziz bin Moamar, Mayor of Taif. During the fiscal year 2000-2001, the IIROSA office in Taif collected the sum of SR.5,925,542 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following 12 countries:

Comoro Islands, Somalia, Chechnya, Kosovo, Pakistan, Afghanistan, Nigeria, India, Nepal, Burundi, Rwanda, Ethiopia and Iraqi-Kurdistan. Besides, the Taif office also shipped food items such as palm-dates.

### (iv)- Women's Committee:

Supported by a number of their Royal Highnesses the Princesses, the IIROSA has been very keen in involving the female element in its activities. According to the Women's Committee in Jeddah which is directed by Mrs. Baheeja Ezzi was collected the sum of SR.4,072,793 during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following 33 countries: Gambia, Kosovo, Albania, Somalia, Sudan, Lebanon, Kenya, Mali, Afghanistan, Uganda, Ethiopia, Egypt, Syria, Bosnia-Herzegovina, Jordan, Ghana, Mauritania, Nigeria, Burkina Faso, Senegal, Bangladesh, Bulgaria, Tchad, Yemen, Eritrea, Mozambique, Malawi, Chechnya, Turkey, Palestine, Indonesia, Djibouti, Iraqi-Kurdistan and Azad Kashmir.

## 10- Najran office:

Thanks to the continuous instructions from HRH Prince Mish'al bin Saud bin Abdul Aziz, the Governor of Najran Province, the Najran office, which is directed by Sheikh Khalid Saud Al-Faris was able to raise SR.2,055,194 during the fiscal year 2000-2001 for soical welfare program, urgent relief operation, educational care, heatlh care, and cultural centers.



HRH Prince Mish'al bin Saud bin Abdul Aziz

Sous le haut patronage du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque, le Bureau de l'O.I.I.S à Taïf a pu, sous le suivi du gouverneur de Taïf M.Fahd Ben Abd Al Aziz ben Moammar et la direction de M. Talal ben Obeid Dhafr, collecter, pour lexercice 2000\2001, le montant de 5925542 riyals dont ont bénéficié 12 pays,à savoir: Iles comores, Somalie, Tchétchénie, Kosovo, Pakistan, Afghanistan, Nigeria, Inde, Népal, Burundi, Rwanda, Ethiopie et la province du Kurdisan.

Parmi les activités du Bureau on peut aussi citer: sociale, les secours d'urgence, la construction de centres sociaux,les programmes d'éducation, les cours de lecture,le forage de puits le programme "épis du Bien". Le Bureau a,par ailleurs, distribué une grande quantité de dattes et de produits alimentaires.

### 9-4) La Commission des femmes :

L'O.I.I.S a tenu à faire participer les femmes dans ses efforts,ce domaine a bénéficier du haut patronage de plusieurs princesses. La Commission sous la direction de Mme Bahija Bahaa Azzi a pu collecter, pour l'exercice 2000\2001, le montant de 4072793 riyals dont ont bénéficié 33 pays,à savoir: Gambie, Kosovo, Albanie, Somalie, Soudan, Liban, Kenya, Mali, Afghanistan, Ouganda, Ethiopie, Egypte, Syrie, Bosnie-Hérzégovine, Jordanie, Ghana, Mauritanie, Nigeria, Burkina Faso, Sénégal, Bangladesh, Bulgarie, Tchad, Yemen, Érythree, Mozambique, Malawi, Tchétchénie, Turquie, Palestine, Indonésie, Djibouti et les provinces du Kurdistan et du Cachemire.

Les programmes offerts par ce Bureau aux musulmans de ces pays ont été divers et ont englobé: la protection sociale, les secours d'urgence, la construction de centres sociaux, la protection sanitaire,les programmes d'enseignement etc..etc...

## 10- Bureau à Najran

Sous les orientations permanentes du prince Mashaal ben Saoud ben Abd Al Aziz, gouverneur de la région de Najran, le Bureau de l'O.I.IS à Najran, dirigé par Cheikh Khaled Saoud Fares, a pu collecter, pour l'exercice 2000\2001,le montant de 2055194 riyals qui ont été affecté aux programmes suivants: Prise en charge d'orphelins, secours d'urgence, construction de centres sociaux et cours de lecture.



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

**19**

IIRO 000347

The IIROSA received HRH
Prince Muhammed bin
Fahad's
award for charity work.

L'OILS remporte le prix
du prince Mohammed Ben
Fahd
pour les services rendus aux
actions de bienfaisance



HRH Prince Abdul Majeed Bin
Abdul Aziz, Governor of
Makkah, left, is seen with Dr.
Abdullah Bin Abdul Mohsen
Al-Turki, Secretary-General of
the Muslim World League and
Chairman of the IIROSA's
Executive Council, 2nd left, at
the Sanabel Al-Khair fund-rais-
ing fuction in Jeddah.

Son Altesse Royale, Abdoul Majeed
Ben Abdoul Aziz, governeur de la
Mecque ( a gauche); on le voit ici en
compagnie de Dr. Abdallah Ben
Abdoul Mohsen Al-Tourki,
Secretaire General de la Ligue
Islamique Mondiale et president du
Conseil Executif de l'O.I.I.S/A.S (
2e a gauche), c'etait lors de la fete
de Sanabel Al-Khair pour la collecte
de dons, qui a ete organisee a
Jeddah.



Part of the activities of the
domestic officesduring
annual fund-raising cevent in
Unaiza.

Aspect des activités des
Bureaux locaux
lors des cérémonies annuelles
de collecte de dons

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D' ARABIE IIRO 000348



Summary of Accomplishments
Rapport succinct sur les
Réalisations de la Direction des
Programmes et des Projets

IIRO 000349

**T**HE International Islamic Relief Organization of Saudi Arabia aims basically at providing the distressed with relief items and consoling the grieved. It strives to provide food, medicine and clothes to the poor and the needy, and give shelter, as well as social and educational welfare and health care, to persons displaced by war, natural disasters such as earthquakes, floods, and famine.

It is always in touch with donors, and coordinates with other charity organizations at the local, regional and international levels in providing humanitarian services without prejudice or discrimination.

The following are the IIROSA'S accomplishments in the various spheres of humanitarian services:

The IIROSAS spent about SR.137,266,018 on various programs in the fiscal year 2000-2001.

The IIROSA runs about 2,190 projects.

The projects and programs of the IIROSA cover 86 countries.

More than 10,788,026 persons benefited from these projects.

**L**'O.I.I.S du royaume d'Arabie saoudite s'élance de la terre des deux Saintes mosquées, inspiré par l'exemple du Prophète (Pbsl) à secourir le nécessiteux, à sauvegarder le noyé et à réconforter le sinistré. Dans ce cadre, l'O.I.I.S s'est engagé à distribuer de la nourriture,des médicaments, et des vêtements aux pauvres, aux misérables et aux nécessiteux,à secourir les orphelins, à soigner les malades, et à assurer un abri décent aux réfugié et autres exilés du fait de la guerre, des catastrophes naturelles,des inondations, des séismes, de la famine ou de la sécheresse à travers des aides humanitaires et sociales ou à travers des programmes d'enseignement, de santé et de développement.

Cela faisant, l'O.I.I.S jette de solides ponts de solidarité avec les généreux donateurs et bienfaiteurs et coordonne ses efforts avec les agences et organisations de charité aux niveaux local, régional et international au service de l'humanité loin de tout extrémisme, d'opportunisme ou de ségrégation. En vérité,cela lui a valu le respect et l'estime de tous.

Voici maintenant un aperçu sur les réalisations de l'O.I.I.S à travers ses différentes actions humanitaires:

- 137266018 riyals ont été dépensés par l'O.I.I.S pour financer ses différents programmes pour l'exercice 1999\2000.

- 2190 projets ont été gérés par l'O.I.I.S pour l'exercice 1999\2000.

- 86 pays dans le monde ont bénéficie des projets et programmes de l'O.I.I.S à travers le monde pour l'exercice 1999\2000.

- 10788026 personnes ont bénéficié des programmes et des projets de l'O.I.I.S pour l'exercice 2000\2001.

An Afghan refugee receives blanket from IIROSA's staff member at one of the border towns of Afghanistan

Un refugié afghan recoit un paquet de produits alimentaires des mains du directeur de l'O.I.I.S/RAS, dans l'un des villages frontaliers en Afghnistan.



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000350

**Table No. (1) shows the amounts of money spent on the various programs and projects according to type of welfare**
**Tableau No (1) Volume des dépenses sur les différents programmes et projets de l'O.I.IS pour l'exercice 2000\2001 selon les programmes**

| No. | Program/welfare<br>Programmes | No. of projects<br>Nombre de projets | Beneficiaries<br>Nombre de bénéficiaires | Countries<br>Pays | Amounts-Riyals<br>Dépenses (riyals) |
|---|---|---|---|---|---|
| 1 | Urgent relief<br>Secours d'urgence | 39<br>39 projets de secours | 7.601.420<br>7601420 bénéficiaires | 39<br>39 pays | 67.621.823 |
| 2 | Social welfare<br>Protection sociale | 53+21 orphans<br>53 + 21 projets d'orphelins | 36.360<br>36360 bénéficiaires | 53<br>53 pays | 36.908.220 |
| 3 | Cultural centers<br>Construction de centres sociaux | 375<br>375 centres sociaux | 59.800<br>59800 bénéficiaires | 20<br>20 pays | 13.138.338 |
| 4 | Health care<br>Protection sanitaire | 104<br>104 projets sanitaires | 1.711.938<br>1711938 malades | 29<br>29 pays | 8.210282 |
| 5 | Educational care<br>Programmes d'éducation | 38<br>38 institutions scolaires | 266 students + 83 teachers 26.887 students<br>266 étudiants et 82 enseignant(e)s et 26887 élèves | 40<br>40 pays | 3.701.523 |
| 6 | Teaching<br>Commission de Prédication et des Prédicateurs | 674<br>674 projets d'éducation | 674<br>674 éducateurs | 18<br>18 pays | 1.546.999 |
| 7 | Qur'an circles<br>Cours de lecture | 570<br>570 centres et cercles de culture | 33.884<br>33884 étudiant(e)s | 21<br>21 pays | 3.098.433 |
| 8 | Ramadan free meal<br>Programme de distribution de repas | 66<br>66 projets de distribution de repas | 1.200.000<br>1200000 personnes | 66<br>66 pays | 3.062.590 |
| 9 | Well digging<br>Forage de puits | 38+197 Well digging<br>38 puits artésiens et 197 puits de surface | 115.400<br>115400 personnes | 4<br>4 pays | 763.450 |
| 10 | Human resources dev.<br>Promotion humaine | 15 vocational training centers<br>15 centres de formation professionnelle | 1315<br>1315 étudiant(e)s | 9<br>9 pays | 214.360 |
|  | Total<br>Total général | 2.190<br>2190 projets | 10.788.026<br>10788026 personnes | 86<br>86 pays | 137.266.018 |



IIROSA-built refugees camp for Afghan people.

L'O.I.I.S avait construit un camps de refugiés à l'intention du peuple afghan.

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

**23**

IIRO 000351

**Table No. 2 shows the amounts of money spent on the various programs and projects continentally**
**Tableau No (2) volume des dépenses (en riyals) sur les différents programmes et projets**
**de l'O.I.I.S pour l'exercice 1999\2000 selon les continents**

| No. | Activity / Programmes | Asia / Asie | Africa / Afrique | Europe | South America / Amérique latine | Australia / Australie | Total |
|---|---|---|---|---|---|---|---|
| 1 | Urgent relief / Secours d'urgence | 33,938,632,82 | 17,286,599 | 16,396,590,18 | - | - | 67,621,823 |
| 2 | Social welfare / Protection sociale | 20,677,964 | 12,976,000 | 3,254,256 | - | -- | 36,908,220 |
| 3 | Cultural centers / Construction de centres sociaux | 10,403,834 | 2,734,504 | - | - | - | 13,138,338 |
| 4 | Health care / Protection sanitaire | 3,135,001 | 4,925,817 | 149,464 | - | - | 3,701,523 |
| 5 | Educational welfare / Programmes d'éducation | 19,137,000 | 1,786,317 | 3,506 | - | - | 3,701,523 |
| 6 | Instructors C.P.P* | 979,766 | 544,694 | - | 22,539 | - | 1,546,999 |
| 7 | Qur'an circles / Cours de lecture | 1,372,714 | 710,719 | 15,000 | - | - | 2,098,433 |
| 8 | Ramadan meals / Repas de Ramadan | 1,281,250 | 1,161,340 | 575,000 | 10,000 | 35,000 | 3,062,590 |
| 9 | Well digging / Forage de puits | 753,450 | 10,000 | - | - | - | 763,450 |
| 10 | Human resources / Promotion humaine | 21,400 | 155,960 | 37,000 | - | - | 214,360 |
| | Total / Total général | 74,477,712,82 | 42,289,950 | 20,430,816,18 | 32,539 | 35,000 | 137,266,018 |

* Commission de Prédication et des Prédicateurs




IIROSA-sponsored orphans in Bosnia.
Un orphalinat pris en chrage par l'O.I.I.S/RAS.

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE IIRO 000352



Urgent Relief Department
Direction des Secours d'urgence

IIRO 000353

**D** URING the fiscal year 2000-2001, the IIROSA spent about SR. 67,621,823 both in cash and kind (including palm-dates donated by King Fahd bin Abdul Aziz) on urgent relief operations.

• The IIROSA also shipped about 5,056,023 kilograms of relief items to the needy around the world including palm-dates donated by King Fahd bin Abdul Aziz.

• It also shipped about 3,496,430 kilograms of King Fahd's donation of palm-dates worth SR.10,489,290 including shipping costs of about SR.1,766,429 to the various parts of the world.

• In the year 2000-2001, about 7,601,420 persons in 39 countries benefited from the urgent relief program.

• About 6,896,784 persons received free gifts of palm-dates donated by King Fahd bin Abdul Aziz.

• The organization also shipped about 8,904 kilograms of cartons containing educational literature to about 555 teachers and 33,535 learners of IIROSA's centers around the world.

• The year 2000-2001 was characterized by crisis and disasters befalling a number of third world countries:

**L** 'O.I.I.S a dépensé la somme de 76621823 riyals pour financer les programmes des secours d'urgence pour l'exercice 1999\2000 en nature et en espèces dont la distribution de dattes offertes par le roi Fahd. (voir tableau 2 et 3).

• 5056023 kgs de produits de secours ont été acheminés par l'O.I.I.S aux nécessiteux dans diverses régions du monde pour l'exercice 1999\2000 dont les dattes offertes par le roi Fahd.

• 3496430 kgs de dattes offertes par roi Fahd ont été acheminés et distribués aux nécessiteux à travers le monde pour l'exercice 1999\2000 d'une valeur de 10489290 riyals avec des charges de transport d'une valeur de 1766429 riyals. (voir tableau 1)

• 7601420 personnes ont bénéficié des programmes des secours d'urgence, pour l'exercice 1999\2000,dans 39 pays.

• 6896784 personnes ont bénéficié de la distribution de dattes offertes par roi Fahd l'année passée.

• 8904 kgs de cartons de livres ont été distribués aux centres et cercles de lecture affiliés à l'O.I.I.S à l'étranger dont ont bénéficié 555 enseignants et 33535 élèves.

---

1)- War: In Chechnya, Palestine, Eritrea-Ethiopian, Azad Kashmir, Sierra Leone, Southern Sudan, Southern Philippines and Indonesia.

2)- Famine and draught: During the year 2000-2001, many people and livestock died in south east Asia and East Africa as a result of draught and famine, which posed a serious threat to human beings and animals alike.

3)- Floods: In Sudan, Bangladesh and Mozambique, floods caused enormous damage to life and property. In fact a strong relationship has been established between famine and poverty on the one hand, and internal conflicts and border wars on the other, with the resultant instability and lack of security which are inconducive with farming and other aspects of development. Therefore, the IIROSA raised this question during the meeting of the constituent body of the Islamic World Council on Da'wa and Relief, which was held in Cairo to discuss and examine all aspects of the problem, and find ways and means of confronting it either by charity organizations or governments.



L'exercice 2000\2001 a été marqué par le phénomène de crises et de catastrophes dans certains pays dont notamment:
1) Guerres et conflits:dans les régions et pays suivants: Tchétchénie, Palestine, Ethiopie, Erythrée, Cachemire, Sierra Leone, Sud Soudan, Sud Philippines, Indonésie.
2) Secheresses: La secheresse a frappé un certains nombre de pays à travers le monde, notamment dans le Sud-Est asiatique, les régions de l'Est et du Sud de l'Asie et les régions d'Afrique orientale.
3) Inondations: Des inondations ont frappé plusieurs regions à travers le monde causant la perte de plusieurs vies humaines et d'un grand nombre de têtes de bétails, provoquant des dégats matériels considérables, mettant en danger la vie de millions de personnes et menaçant des régions entières de disparition, notamment au Mozambique, au Soudan et au Bangladesh.
Cela a poussé l'O.I.I.S à soumettre cet état de fait à la réunion de l'assemblée constitutive de l'Organisme islamique mondial pour l'Education et le Secours tenue au Caire du 7 au 6-8\9\2000 pour permettre aux interéssés qu'ils soient individus, centres de recherches spécialisés ou centres d'études de catastrophes d'explorer, de débattre et d'étudier ce problème en vue de tirer la sonnette d'alarme avant qu'il ne soit trop tard, afin de montrer les conséquences qui en résultent à présent et à l'avenir, et afin de trouver les meilleurs moyens d'y faire face et de proposer les solutions qui s'im-

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE          IIRO 000354

## King Fahd bin Abdul Aziz's donation of palm-dates:

The IIROSA was assigned the responsibility of distributing the King Fahd's gift of palm dates to more than 6,896,784 the poor and nedy in the poor countries. The distribution was carried out successfully by the organization despite the some times adverse circumstances of war, lack of security, rough terain. In many cases, Saudi Arabian diplomatic missions took part in the distribution in the following countries:

posent.

**Dattes offertes par roi Fahd:**

L'O.I.I.S a bénéficié, pour la onzième fois consécutive,depuis 1988 ,de la confiance du roi Fahd pour distribuer son cadeau sous forme de dattes offertes aux milliers de pauvres, nécessiteux, réfugiés, déportés, exilés, orphelins, vieillards, handicapés, veuves et à toutes les catégories de démunis dans les pays pauvres. Bien que ce cadeau ne représente qu'une partie modeste des dons du roi Fahd aux pauvres à travers le monde, les bénéficiaires (6896784 personnes) l'ont reçue avec beaucoup joie. Les ambassades d'Arabie saoudite ont contribué aux operations de distribution de ces dattes notamment dans les pays suivants:

## Table (1) showing the distribution of King Fahd's donation of palm-dates
## Tableau (1) Distribution des dattes offertes par roi Fahd.

| No. | Country Pays | Containers Nombre de conteneurs | Quantity Quantité de cartons | Weight/Kg Poids/Kgs | Amount/ SR. Valeur/ riyals | Shipping/SR Fret/riyals | Beneficiaries Bénéficiaires |
|---|---|---|---|---|---|---|---|
| 1 | Eritrea Erythrée | 8 | 14,448 | 144,480 | 433,440 | 17,250 | 305,920 |
| 2 | Afghanistan Afghanistan | 16 | 28,502 | 304,260 | 882,780 | 115,780 | 588,520 |
| 3 | Pakistan Pakistan | 28 | 51,840 | 518,400 | 1,555,200 | 168,035 | 1,036,800 |
| 4 | Bangladesh Bangladesh | 16 | 30,592 | 305,920 | 917,760 | 87,000 | 611,840 |
| 5 | Thailand Thailande | 2 | 3832 | 3832 | 114,960 | 15,750 | 114,960 |
| 6 | Gambia Gambie | 1 | 1000 | 20000 | 60,000 | 14,500 | 45,000 |
| 7 | Djibouti Djibouti | 8 | 14,448 | 11,118 | 433,440 | 73,500 | 288,960 |
| 8 | Senegal Sénégal | 5 | 2000 | 10,000 | 120,000 | 22,330 | 90,000 |
| 9 | Sudan Soudan | 20 | 33,187 | 378,870 | 1,136,610 | 287,500 | 757,740 |
| 10 | Sierra Leone Sierra Leone | 15 | 15000 | 300,000 | 900,000 | 211,937 | 600,000 |
| 11 | Somalia Somalie | 33 | 37,508 | 375,160 | 1,275,240 | 353,125 | 850,160 |
| 12 | Ghana Ghana | 5 | 2000 | 40,000 | 120,000 | 23,620 | 80,000 |
| 13 | Rep. of Guinea Guinée | 12 | 12000 | 240,000 | 720,000 | 156,750 | 480,000 |
| 14 | Philippines Philippines | 18 | 27,420 | 274,200 | 822,600 | 108,937 | 548,400 |
| 15 | Azad Kashmir Cachemire | 4 | 9,242 | 92,170 | 277,260 | 46,310 | 18,484 |
| 16 | Liberia Liberia | 12 | 12000 | 480,000 | 720,000 | 120,325 | 480,000 |
| | Total | 185 | 295,019 | 4,896,440 | 10,489,290 | 1,766,429 | 6,896,784 |

## King Fahd's donation of palm-dates
## Graphique montrant les poids (kgs) des dattes offertes par roi Fahd



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000355