Table (2) shows the total amount (cash / kind) the IIROSA spent on urgent relief operations During the period between 2000- 2001

Tableau No (2): Dépenses totales de l'O.I.I.S pour les secours d'urgence en nature et en espèces pour la période du 11\10\1999 au 29\9\2000 selon les continents

| | Continent / Continents | Countries / Nombre de pays | Kilograms / Poids en kgs | Amount /SR / Valeur en riyals | Shipping/SR / Frêt en riyals | Containers / Nombre des conteneurs | | Cash/SR / Montants en riyals | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 20 pieds | 40 pieds | | |
| 1 | Africa / Afrique | 23 | 3,111,736 | 12,009,895 | 1,893,195 | 1604 | | 3,383,509 | 17,286,599 |
| 2 | Asia / Asie | 13 | 1,661,762 | 6,795,779 | 643,152 | 84 | 3 | 26,499,701.82 | 32,00)8,632.82 |
| 3 | Europe / Europe | 7 | 282,525 | 5,563,073 | 396,565 | 37 | 1 | 10,426,953.18 | 16,296,590.18 |
| | Total | 40 | 5,056,023 | 34,368,746 | 2,932,912 | 2981 | 1 | 40,320,165 | 67,631,823 |

Percentage of amounts spent on urgent relief operations within the period 2000 - 2001

Montants des dépenses sur le programme des secours d'urgence pour la période allant du 11\10\1999 au 29\9\2000



Asia 50% / Asie 50%
Europe 24% / Europe 24%
Africa 26% / Afrique 26%



Palm-dates gifted by King Fahd Bin Abdul Aziz of Saudi Arabia to IIROSA for distribution to the poor and needy in Liberia.
Des dattes offertes par Roi Fahd à l'O.I.I.S/RAS pour être distribuées aux pauvres et aux nécessiteux au Liberia.



An Afghan refugee receives blanket from IIROSA's staff member at one of the border towns of Afghanistan.
Un refugié afghan recevant une converture des mains du personnel de l'O.I.I.S /RAS ; dans l'un des villages frontaliers en Afghanistan.

28

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000356

Table (3) shows expenditure (cash/kind) on urgent relief operations worldwide in 2000-2001

Tableau No (3) Dépenses pour le programme des secours d'urgence en nature et en espèces dans divers pays pour l'exercice 2000/2001

| No. | Country Pays | Kilograms Poids en kgs | Amount/SR. Valeur en riyals | Costs Frêt en riyals | Containers - Nombre de conteneurs | | Cash Montants en riyals | Total/SR. Total des dépenses en |
|---|---|---|---|---|---|---|---|---|
| | | | | | 20 pieds | 40 pieds | | |
| 1 | Azerbaijan Azerbaïdjan | 51450 | 1863264 | 48685 | - | 3 | 1226075 | 3,138,024 |
| 2 | Ethiopia Ethiopie | 382705 | 836960 | 170356 | 15 | - | 704053 | 1,711,369 |
| 3 | Eritrea Erythrée | 228438 | 1342083 | | 16 | - | 750000 | 2,189,586 |
| 4 | Jordan Jordanie | 15 | 3750 | 95503 | - | - | 5782 | 9232 |
| 5 | Afghanistan Afghanistan | 294804 | 896380 | 2001 | 16 | - | 750000 | 1,118,909 |
| 6 | Indonesia Indonésie | 1631 | 56550 | 147529 | - | - | | 63554 |
| 7 | Uganda Ouganda | 510 | 17350 | 70034 | - | - | | 20318 |
| 8 | Pakistan Pakistan | 520021 | 1598950 | 2968 | 28 | - | 112500 | 1,883,617 |
| 9 | Bosnia-Herzegovina Bosnie-H | | - | 175162 | - | - | 97654 | 97,654 |
| 10 | Bangladesh Bangladesh | 143696 | 1030530 | | 18 | - | | 1,133,385 |
| 11 | Benin Bénin | 15 | 3750 | 103855 | - | - | 22500 | 27,385 |
| 12 | Burundi Burundi | 195 | 896380 | 1135 | - | - | | 7,472 |
| 13 | Thailand Thaïlande | 28585 | 56550 | 1872 | 2 | - | 50000 | 188996 |
| 14 | Tchad Tchad | 12725 | 17350 | 168365 | 2 | - | | 210,407 |
| 15 | Tanzania Tanzanie | 30253 | 1598950 | 50053 | 1 | - | | 85877 |
| 16 | Gambia Gambie | 70000 | 60000 | 13711 | 1 | - | | 73,500 |
| 17 | Comoros Comores | 30200 | 62400 | 15500 | 1 | - | | 79,500 |
| 18 | Djibouti Djibouti | 135370 | 1030115 | 17400 | 18 | - | | 1,166,033 |
| 19 | Saudi Arabia A. Saoudite | 11633 | 606185 | 115025 | - | - | 11350000 | 11,356,185 |
| 20 | Senegal Sénégal | 10015 | 123750 | | 2 | - | 175000 | 184,970 |
| 21 | Sudan Soudan | 677980 | 3012475 | 357701 | 35 | - | 953188 | 4308191 |
| 22 | Switzerland Suisse | | | 118538 | - | - | 270000 | 27000 |
| 23 | Sierra Leone Sierra Leone | 300000 | 900000 | | 15 | - | 375000 | 1148137 |
| 24 | Sri Lanka Sri Lanka | 117 | 6150 | 310947 | - | - | 1135 | 10800 |
| 25 | Chechnya Tchétchénie | | | 615 | - | - | 12201550 | 12291550 |
| 26 | Somalia Somalie | 615635 | 2511248 | | 35 | - | 375000 | 3111057 |
| 27 | Ghana Ghana | 59991 | 170073 | 171809 | 3 | - | 183750 | 234160 |
| 28 | Re. of Guinea Guinée | 360005 | 857105 | 15337 | 13 | - | | 1018167 |
| 29 | Philippines Philippines | 171195 | 834600 | 164062 | 15 | - | 116750 | 2108021 |
| 30 | Azad Kashmir Cachemire | 95130 | 277260 | 110051 | 5 | - | 125000 | 351100 |
| 31 | Kosovo Kosovo | 382525 | 5563072 | 36540 | 37 | 1 | 10180743 | 16130850 |
| 32 | Kenya Kenya | 510 | 1655 | 296565 | - | - | 11710 | 30177 |
| 33 | Liberia Liberia | 200000 | 745 | 15087 | 12 | - | 375000 | 877875 |
| 34 | Mali Mali | 15 | 3750 | 130375 | - | - | | 4495 |
| 35 | Mauritania Mauritanie | 205 | 8550 | 715 | 29.55 | - | 375000 | 49005 |
| 36 | Mozambique Mozambique | | | 3055 | - | - | 125000 | 375000 |
| 37 | Niger Niger | | | | - | - | 30000 | 30000 |
| 38 | Nigeria Nigeria | 510 | 98750 | | - | - | | 104330 |
| 39 | India Inde | | - | 5580 | - | - | 11635 | 11625 |
| 40 | Operational, promotional, packaging, transport and staff wages Dépenses de fonctionnement, d'activités promotionnelles, d'emballage, de transport, et salaires du personnel | | | | | | 544910 | 544910 |
| | Total | 5056023 | 24368746 | 2912912 | 290 | 4 | 40320165 | 67621823 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000357



Amounts spent (cash & kind) in Asia from 2000-2001
Dépenses de l'O.I.I.S pour les secours d'urgence en nature et en espèces en Asie pour la période allant du 2000 au 2001



Amounts spent (cash & kind) in Africa from 2000-2001
Dépenses de l'O.I.I.S pour les secours d'urgence en nature et en espèces en Afrique pour la période allant du 2000 au 2001

### Kosovo Relief operation 2000 - 2001

Following the worst incidents of aggression directed by the Serbs against the Muslims of Kosovo, the IIROSA was the first Arab-Islamic relief organization to carry out urgent relief operations amongst the people of Kosovo. On 1998, IIROSA opened the first center to receive Kosovo refugees at the Albanian border town of Kokis. As of 1999 the IIROSA has spent the sum of SR64,246,226 in cash and kind on the relief operations in Kosovo, which were carried out in three phases. The first two phases were implemented during the first half of 1999, first to receive and shelter to Kosovo refugees reaching Albania, and then to help the refugees return home after the end of the hostilities. The third phase is still under implementation in Kosovo according to the following plans:

### 2000\2001 l'année de secours du Kosovo

Suite aux événements tragiques et aux actes de destructions,de massacres et de déportations perpétrés par les Serbes contre le peuple de Kosovo, l'O.I.I.S fut la première organisation arabe et musulmane à avoir mené en date du 9\4\1999 une campagne de secours d'urgence en faveur des réfugiés kosovars à Kukes, première région d'accueil des kosovars en terre albanaise. L'O.I.I.S a poursuivi ensuite ses services de secours en faveur des kosovars au point que ces assistances, en nature et en espèces, ont atteint la somme de 64246226 riyals saoudiens au 6\4\2000. Ces assistances ont été menées sur trois phases dont deux ont été exécutées dans la première moitié de l'année 2000.

### La troisième phase:

Réalisations de l'O.I.I.S à l'intérieur du Kosovo après le retour des réfugiés.
Dans le cadre de sa contribution pour la réhabilitation et la reconstruction du Kosovo l'O.I.I.S a mobilisé la somme de 11041158 dollars répartis selon le tableau suivant:

30

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROUAUME D'ARABIE SAOUDITE

IIRO 000358

Phase Three: After the return of the refugees to Kosovo: The IIRO allocated the sum of US $ 11,041,158 for rehabilitation and reconstruction projects according to the table (4) below:

Tableau No (4) Plan de réhabilitation et de reconstruction

| No. | Statement Programme | Cost/ US$ Dépenses en dollars | Remarks Observations |
|---|---|---|---|
| 1 | Cultural centers Centres sociaux | 1790539 | |
| 2 | Homes Maisons | 2432400 | |
| 3 | Education Education | 3778376 | |
| 4 | Health Santé | 1446843 | |
| 5 | Social welfare Protection sociale | 1131000 | |
| 6 | Agriculture Agriculture | 300000 | |
| 7 | Media & Culture Information et Culture | 162000 | |
| | Total | 11,041,158 | |

## I: Cultural centers reconstruction and renovation:

It is estimated that about 150 cultural centers (50% of the total) were damaged during the Serbian aggression against Kosovo. There are also a number of endowment properties that require renovation and a fixed source of income.

Haji Vasil and Essa Bey Cultural center in Metrovice have been renovated, while two cultural centers have been built in Kodar Tremvi Baradi Amal districts of Prestina, and yet another cultural center and teachers' quarters in Fuceri.

## II. Homes renovation:

Fifty seven homes were renovated and constructed in Metrovice, while 17 homes were renovated in Bia and yet another home in Djakova, as well as 43 homes in Jashari village where the anti Serbia occupation resistance movement began.

## III. Educational activities:

Six primary as well as a secondary school were renovated, and completely new school was built in Pristina. A 450 meters long flood water control canal has been built to the advantage of about 30,000 people mostly





## 1) Reconstruction et restauration des centres sociaux:

- Il y a environ (150) centres sociaux endommagés soit 50% du nombre total des centres sociaux, en plus d'un certain nombre d'immeubles appartenant aux Awqafs (Habous) endommagés qui ont besoin d'être restaurés. De même qu'il faut leur garantir une source de revenus stables pour mieux financer leurs activités.

- Restauration de deux centres sociaux, celui de Hagy Wassal et de Issa Beck à Mitrovitsa.

- Construction de deux centres sociaux, celui de Kuder Trimfi et de Baradhi Amal à Pristina et d'un autre à Fuchtri ainsi qu' un logement pour son directeur.

## 2) Restauration des maisons:

Restauration et construction de (57) maisons dans la province de Mitrovitsa, de (17) maisons dans la province de Biya, d'une maison dans la province de Jakova et de (34) maisons dans le village de la famille de Yachari d'où avait débuté le mouvement de résistance contre la domination serbe.

## 3) Activités de l'O.I.I.S dans le domaine de l'éducation:

- Restauration de (6) écoles

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROUAUME D' ARABIE SAOUDITE

31

IIRO 000359

students, at the cost of forty eight thousand (48,000) German Marks. In all, about 116 schools in 15 towns were destroyed during the Serbian aggression. 66 were totally damaged, while 23 were partially damaged. The furniture and other equipment in about 33 schools were stolen; while 13 school buildings were converted into army barracks, and destroyed before fleeing.
- Seventy teachers were given sponsorship.
- 25 copies of primary and secondary school textbooks were printed, and 21 books in the Kosovo language have been approved for printing.
- 2,000 school bags containing all what a student needs were distributed to orphan students.
- Students hostel was rented for the female students of Aladdin school.
- IIROSA signed an agreement with the educational department on cooperation in the field of education.
- About 150 students staying in the student's hostel have been given a stipend of 70 Deutch Marks a month.
- 100 Deutch Marks is paid monthly as student's registration fees at the Islamic College.
- Ten computer systems were purchased for Aladdin school
- Female instructors were appointed at a monthly salary of US$200, and an additional $100 to secure presents for the students.

### iv: Cultural Activities:
- A ten-day refresher course in specialized subjects was held for a number of students.
- Copies of the scripture and other booklets were distributed at Bia districts.
- Daily lessons for the staff and the volunteers working with IIROSA.
- Maintenance of the Metrovice cultural center.
- Giving material assistance to the regular participants in the lessons given in the cultural center.
- About 150 instructors have been sponsored by IIROSA, at a monthly salary of US $250 for university graduates, and US $ 200 for non-graduates
- 115,000 copies of various books were printed and about 215,000 Albanian books were insured.
- A study is under way to provide every Albanian home with a library containing a set of about fourteen books.

### v: Health care:
- Subsidizing and providing the central pharmacy in Metrovice with necessary medicine.
- Providing some handicapped Kosovo inhabitants with wheel chairs.



primaries et d'un lycée et construction d'une autre école dans la province de Pristina.
- Construction d'un aquaduc pour l'évacuation des eaux de torrents et de pluies d'une longueur de 450 metres d'un coût de 48000 Marks allemand dont bénéficieront 30000 personnes, les écoliers en particulier.
- Il existe 116 écoles endommagées par la guerre dans 15 villes du Kosovo dont 46 écoles complètements détruites, 23 écoles partiellement détruites, 34 écoles dépouillées de leurs mobiliers et d'autres équipements et 13 écoles utilisées comme casernes par les soldats serbes durant la guerre puis dilapidées après leur évacuation. L'O.I.L.S aura à jouer un grand rôle pour leur réhabilitation.
- Prise en charge de (70) directeurs de centres sociaux dans les régions relevant de l'O.I.L.S à Pristina, Mitrovitsa.
- Impression de 25000 exemplaires de manuels scolaires du primaire et du secondaire et accord de principe pour l'impression prochaine de 21 autres livres en langue kosovare.
- Fourniture de (2000) cartables scolaires portant le sigle de l'O.I.L.S remplis d'affaires scolaires aux écoliers orphelins et autres nécessiteux.
- Location d'une habitation pour les étudiantes de l'école Alaa Eddine de concert avec la chefferie locale.
- Signature d'un accord de coopération entre l'O.I.L.S et l'autorité locale de Kosovo dans le domaine de l'éducation.
- Octroi d'une bourse scolaire mensuelle d'un montant de 70 Marks aux étudiants internes seulement dont le nombre a atteint aujourd'hui 150 étudiants. La somme à été remise à la direction de ladite école
- Paiement des frais d'inscription des étudiants à la faculté locale d'un montant mensuel de (100 Marks) en fonction d'une liste nominale des étudiants effectivement inscrits.
- Achat de 10 ordinateurs pour l'école Alaa Eddine.
- Recrutement d'enseignantes avec une prime mensuelle de 200 dollars en plus de l'achat de cadeaux pour les étudiantes pour un montant de 100 dollars.

### 4) Activités d'éducation:
- Organisation d'un stage de 10 jours pour des étudiants dans les domaines de l'éducation et de la bonne morale.
- Distribution par le Bureau de l'O.I.L.S à Biya, de livres et de brochures d'information.
- Organisation de cours quotidiens de lecture pour le personel et les agents coopérants dans le Bureau de l'O.I.L.S au Kosovo.
- Restauration de l'électricité dans la mosquée de Mitrovitsa, participation à l'élaboration du sermon de Vendredi (Khutba) et organisation de cours de recitation du Saint coran.
- Octroi d'assistances aux étudiants persévérants aux cours de recitation du saint coran.
- Le nombre de cadres, d'éducateurs et d'enseignants pris en charge par l'O.I.L.S a atteint (170) personnes.les universitaires bénéficient d'une prime men-

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE

IIRO 000360

- Renovating three hospitals and rehabilitating maternity sections.
- Providing hospitals with desperately needed 3,000 bedsheets, 3,000 blankets and 3,000 pillows.
- Setting up at least one primary health care center in every region.
- Providing psychotherapy in collaboration with the experts of International Association of Trauma and Psychological Pressure, and Kosovo Institute of Mental Health, and the Kosovo Trauma and Psychological Pressure Union.
- IIROSA signed a Memorandum of Understanding to secure medical equipment worth one million Saudi Riyals for Prestina hospital.

### VI: Social welfare:

- The IIROSA has sponsored 3,000 orphans, and is running an orphanage in Metrovice coordination with the municipality. It is also holding rehabilitation courses for those mothers in charge of orphans.

### VII: Development Projects (agricultural):

- The IIROSA has provided 10 tractors, enhanced seeds and other agricultural equipment to ten villages, and insured plastic coverings for green houses in about 30 villages respectively.

### VIII: Subsidizing media projects:

- Including the radio station and a translation center.

### XI: Relief activities

- The IIROSA distributed about 6,467 baskets of food to about 32,335 persons in Klina, Dushan, Stok and Bia and the remote villages.
- During the Eid festival of 1999 IIROSA distributed about 12,320 kilograms of presents to 16,920 children.
- During the above mentioned period, IIROSA distributed 49,840 kilograms of milk to the handicapped, the invalid and orphans and the underprivileged families, in addition to about 1,20,000 kilograms of garments and clothes, bedsheets, cooking utensils and shoes.
- The overall weight of material assistance sent by the IIROSA was estimated at about 2,82,525 kilograms including medicine, medical equipment, detergents, food, milk, palm-dates, tents, blankets, clothes, 2 land cruiser jeeps, public address systems






suelle de 250 dollars et les non universitaires de 200 dollars chacun.
- Distribution aux réfugiés de 2800 livres en langue Albanaise.
- Impression de 115000 livres d'éducation et fourniture de 215000 livres scolaires en langue albanaise.
- D'autres livres sont actuellement en cours d'examen en vue d'être imprimés dans la deuxième phase de cette opération dont le but est de constituer une bibliothèque dans chaque maison kosovare.

### 5) Activités de l'O.I.I.S dans le secteur de la santé:

- Appui à la pharmacie centrale de la ville de Mitrovitsa à travers la fourniture des médicaments nécessaires.
- Fourniture de fauteuils roulants à certains handicapés kosovars.
- Restauration de 3 hôpitaux et réhabilitation des services de maternités.
- Fourniture de 3000 draps, de 3000 couvertures et de 3000 oreillés aux hôpitaux qui en ont cruellement besoin.
- Prestation des services de soins de santé primaires dans un centre de santé par province en moyenne.
- Mise en oeuvre du projet de traitement des malades souffrant des problèmes psychiques en coopération avec l'Union internationale des Experts en chocs et en dépressions psychiques et avec l'Institut de la santé psychique du Kosovo et l'Union kosovare des Experts en chocs et en dépressions psychiques.
- Signature par l'O.I.I.S d'un accord d'entente avec l'hôpital de Pristina pour la fourniture d'équipements médicaux pour un montant de 1 million de riyals saoudiens.

### 6) activités de l'O.I.I.S dans le domaine de la protection sociale:

- Prise en charge de 3000 orphelins et orphelines et gestion d'un orphelinat à Mitrovitsa en coopération avec l'autorité locale et la municipalité de cette ville, et organisation de stages pour la réhabilitation des mères d'orphelins.

### 7) Projets de développement (agricole):

- Fourniture de tracteurs et de matériels agricoles, des semences et d'engrais pour (10) villages, et des toiles en plastique pour des unités agricoles sous serres pour (30) villages.

### 8) Appuis aux projets culturels:

Appui à une station de radiodiffusion, à des pro-

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

**33**

IIRO 000361

and computers. These were dispatched by cargo, through one 40-foot container and thirty seven 20-foot containers. Besides, the IIROSA spent about SR.150,000 to provide free meal during the month of Ramadan 2000.

• Representing King Fahd bin Abdul Aziz of Saudi Arabia, His Excellency Dr. Ibrahim bin Ali Al-Namlah, Minister of Labour and Social Affairs, paid a five day visit to Kosovo, during which he opened IIROSA projects in Kosovo including HRH Prince Naif bin Abdul Aziz's village out of which 43 homes were renovated by the IIROSA, at a cost of about 13,50,000 German Marks. A cultural center was also built at Vosteri at a cost of SR.1,000,000, and an teachers quarters was constructed at a cost of SR. 1,40,000. SR.3,50,000 was also spent on building the Sulaiman Reza primary school, and German Marks 48,000 was spent on the construction of a 450 flood water canal on the Fush-Kosovo road used by some 30,000 persons including students.

grammes radio-diffusés et à un centre de traduction.

### 9) Activités de secours:

- Distribution par l'O.I.I.S de 6467 paniers alimentaires dans les villes de Klina Duchan, Stuk et Biya notamment dans les quartiers et villages avoisinants. 32335 personnes ont profite de ces panieys alimentaires.
- Distribution par l'O.I.I.S de 12320 kgs de cadeaux aux enfants à l'occasion de la fête de l'Aïd al Fitr de 1420H (8\1\2000) dont ont bénéficié 16920 enfants.
- Distribution par l'O.I.I.S de 49840 litres de laits aux familles des handicapés, des vieillards, d'orphelins et de pauvres, en plus de quantités de vêtements, de tissus de draps, d'ustensiles ménagers et de chaussures d'un poids total de 120000 kgs.
- Le poids total des assistances en nature affrêtées de Djeddah au Kosovo a atteint 282525 kgs comprenant; des médicaments, des appareils et des produits sanitaires, des produits d'hygiène, des produits alimentaires, du lait, des tentes, des couvertures, des vêtements, des ustensiles ménagers, deux véhicules Jeep Land Cruiser, des tapis et des microphones, des ordinateurs, d'un chargement de 38 conteneurs dont un conteneur de (40 pieds) et 37 autres de (20 pieds) affrêtés par mer.
- Allocation d'un montant de 150000 riyals pour l'exécution du programme "repas du Jeûneur" durant le mois de Ramadhan 1420H (décembre1999).

Le représentant du roi Fahd, le ministre des Affaires sociales le docteur Ibrahim ben Ali Namla a inauguré lors de sa visite au Kosovo du 12-16\2\1421H (6-10\5\2001) un certains nombre de projets de l'O.I.I.S dont le village du prince Nayef où l'O.I.I.S a restauré 43 maisons d'un coût d'un million 350 Marks allemands. De même qu'il y a construit un centre social d'un coût d'un million de riyals saoudiens et un logement pour son directeur pour un montant de 140000 riyals saoudiens, l'école primaire "Slimane Ridha" d'un coût de 350000 riyals saoudiens, un aquaduc d'évacuation d'eaux des torrents et des pluies qui innondent la seule route conduisant vers Fuch Kosovo d'une longueur de 450 metres pour un montant de 48000 Marks allemands dont ont bénéficié 30000 personnes notamment les élèves du cycle primaire vu leurs déplacements quotidiens en provenance et envers les écoles.



A picture shows IIROSA offers relief food to the Kosovo refugees in Albania.

La photo ci dessous . l'O.I.I.S/RAS en train d'offrir des aides d'urgence aux refugiés Kosoveens en Albanie.

**Amounts spent on Kosovo relief operations in (reconstruction & rehabilitation) in US$**
**Dépenses sur les programmes de secours au Kosovo en dollars (construction et réhabilitation)**



34

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000362



# Social Welfare Program

## Programme de la Protection sociale

IIRO 000363

**D**URING the fiscal year 2000 - 2001, the IIROSA spent an estimated SR. 36,908,220.
- About 36,360 orphans were sponsored worldwide.
- The IIROSA runs 21 orphanages in Asia and Africa.
- About 21 supervisors and coordinators help the IIROSA in sponsoring the orphans.
- IIRO SA sponsored orphans are accommodaed in 53 African, Asian and European countries.

The Social Welfare Department carries out a number of programs with the aim of helping the distressed and underprivileged classes in our societies, especially those deprived of parental care. At the top of these programs is the orphan sponsorship program, which, besides providing maximum care to the orphans, aims at preparing the orphan professionally to face the tough realities of life. Accordingly, the Social Welfare Department has joind hands with the Department of Human Resources Development in providing the orphans with vocational training that would help them earn a decent living, and protect them against poverty and begging. It also cooperates with the Education Department in helping the orphans acquire knowledge in the various fields. Moreover, in order to ease the financial burden of families taking care of orphans, small scale projects such as sheep breeding and poultry farming and the cow dairy farm have been established to help these families secure fixed income to take care of the orphans. Besides, mothers taking care of orphans are trained in certain trades such as embroidery and sewing to help them make ends meet decently. IIROSA plans opening social welfare centers to take care of children from all aspects, such as health, education and talent development.

### Projects undertaken by the Department of Social Welfare:

#### 1- Sponsorship of orphans living with relatives:

Under this scheme, the orphan receives the amount allocated by his sponsor while he continues to live with his relatives.

#### 2- Establishing and running orphanages:



**L**es dépenses sur les orphelins ont atteint, pour l'exercice 1999\2000,le montant de 36908220 riyals saudiens.
- Le nombre d'orphelins pris en charge, pour l'exercice 1999\2000, par l'O.I.I.S a atteint 36360 orphelin(e)s.
- L'O.I.I.S assure la gestion de 21 orphelinats en Asie et en Afrique.
- L'O.I.I.S dispose de 28 encadreurs et coordinateurs d'orphelins à l'étranger.
- Les orphelins pris en charge par l'O.I.I.S sont éparpiés entre 53 pays en Afrique, en Asie et en Europe.

La Direction de la Protection sociale s'attelle à réaliser un certains nombre de programmes visant à apporter des services d'assistance et de secours aux communautés pauvres,nécessiteuses et déshérités dans les sociétés des pays en développement dont notamment les orphelins. La prise en charge et la protection des orphelins se trouve en tête de ces programmes. En plus de la prise en charge complète des orphelins et de l'intérêt particulier qu'il leur accorde en vue de les sauvegarder de l'abandon,le programme de la Protection sociale de concert avec le programme de la Promotion humaine au niveau de l'O.I.I.S s'attelle aussi à leur assurer une formation professionnelle en vue de leur faire acquérir un métier à même de leur permettre d'exercer un travail honorable et de les éloigner de la pauvreté et de la mendicité.Il leur assure aussi,en coopération avec le programme pédagogique de l'O.I.I.S l'accès à un enseignement régulier.

En vue de trouver des ressources financières pour aider les familles d'orphelins dans leurs charges vis-à-vis de leurs enfants, l'O.I.I.S a lancé au profit de ces familles des petits projets d'investissements pour leur permettre d'en tirer profit et pouvoir ainsi subvenir aux besoins des orphelins. À citer à titre d'exemple, les projets: d'élevage ovin, d'aviculture,d'élevage de vaches laitières....etc. L'O.I.I.S tend également à améliorer les conditions de vie des mères d'orphelins à travers des stages de formation professionnelle depuis certains métiers tels que la broderie et la couture afin de leur permettre de gagner honorablement leur vie.

L'O.I.I.S a, par ailleurs,mis en place des centres d'action sociale pour prendre en charge les enfants orphelins depuis leur bas âge dans le cadre de la protection sanitaire,des activités pédagogiques et de la promotion des vocations.

Programmes de la Direction de la Protection sociale ayant besoin de marketing

1- Programme de prise en charge d'orphelins vivant avec leur famille (orphelins de famille)

Il s'agit d'un programme qui permet de prendre en charge l'orphelin tout en le laissant vivre au sein de sa famille. Le montant de cette prise en charge est fixé en fonction du niveau de vie dans chaque pays. Le rôle de l'O.I.I.S dans le cadre de ce programme ne se limite pas à remettre seulement l'allocation de prise en charge offerte par le bienfaiteur à l'orphelin mais le dépasse bien au-delà et englobe l'ancadrement de l'orphelin sur les plans pédagogique,sanitaire, social et professionnel. En plus, la famille de l'orphelin est également aidée par l'Organisation, à travers les orientations et les services d'assistances qui lui sont proposés en vue d'améliorer le niveau de ses revenus à travers la formation de la mère de l'orphelin ou de sa soeur qui sont en mesure de travailler dans des centres de formation professionnelle pour femmes,affiliés aux centres sociaux de la protection et de la réhabilitation des orphelins de l'O.I.I.S.

2- Programme de Construction et de Gestion d'orphelinats:

Ce programme veille à la protection des orphelins (privés de pères et de mères ou ceux dont les conditions de leurs familles ne permettent pas de leurs assurer un développement de vie normal et une éducation moralement saine) dans des orphelinats ou dans des camps de réfugiés où leur sont accordés dif-

36

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000364

This scheme provides orphanages that take care of those orphans who have lost both parents or those whose families are unable to bring the up in a proper manner due to circumstances.

### 3- Subsidizing orphanages run by other charity organizations:

This scheme provides material as well as moral assistance to charitable and humanitarian organizations through sponsorship by the IIROSA.

### 4- The deprived child welfare:

This scheme aims at providing children who have lost their parents either through natural causes or through disaster and war with care inside social centers, where they receive all kinds of care; from shelter and clothing to vocational training.

### 5- Opening and running social xenters for the well-being and rehabilitation of orphans:

The idea of the social center is based on the concept of providing the orphan with the services and the guidance and instructions he needs, while keeping him with his family, so long as the family is socially and economically capable of taking care of him and bringing him up in a proper way.

### 6- Subsequent stage care:

The role of this scheme starts after the orphan has reached the age of fifteen and his sponsorship comes to an end. Under this scheme, the orphan continues to receive attention, either with regard to theoretical education or vocational training.

### 7- The orphan festival present:

This scheme aims at playing the role of the parents in bringing happiness to the orphan during festivities such as the Eid-ul-Fitr and Eid-ul-Adh'ha. It also aims at making the orphan conscious of the fact that society is a closely knitted society.



férentes formes de protection: pédagogique, sanitaire, sociale, culturelle...et ce en plus des programmes de formation professionnelle élaborés par l'O.I.I.S à leur intention.

3- Programme de soutien aux orphelinats relevant d'autres organismes de bienfaisance
Ce programme vise comme son nom l'indique à apporter des assistances matérielles aux organisations humanitaires et de bienfaisance gérant des orphelinats ou des abris pour orphelins et ce à travers la prise en charge par l'O.I.I.S de plusieurs de leurs orphelins.

4- Programme de protection de l'enfant déshérité
Ce programme concerne les enfants privés de familles parmi ceux ayant perdu leur père ou mère suite à une mort naturelle ou résultant d'une catastrophe ou d'une conséquence de guerre, et permet d'accueillir des orphelins dans un cadre épris d'affection et de sécurité dans des orphelinats ou des centres sociaux spéciaux où ils leur sont accordés toutes les formes de protection à commencer par l'abri, la nourriture et les vêtements en passant par l'éducation ou la formation professionnelle.

5- Programme de construction et de gestion de centres sociaux de protection et de réhabilitation pour orphelins. L'idée de centre social s'appuie sur le principe d'apporter à l'orphelin tout ce dont il a besoin comme services et orientations tout en le laissant vivre au sein de sa famille si les conditions socio-économiques de celle-ci permettent de lui garantir une protection adéquate et de l'élever dans de bonnes conditions conformes aux principes et aux valeurs de la société. L'orphelin bénéficie dans ces centres, en plus d'une allocation financière (allocation de prise en charge) de nombreux services complémentaires en matière d'éducation, d'enseignement, de santé ou de protection sociale, culturelle, professionnelle et de loisirs). Ces services ne se limitent pas seulement à l'orphelin mais touchent également sa famille (mère, frères et soeurs).

6- Programme de la protection postérieure
Ce programme s'intéresse à l'orphelin(e) et suit l'évolution de ses conditions générales et particulières. Il permet de lui apporter une assistance matérielle et une orientation psychique, pédagogique, professionnelle et sociale dans la phase qui suit l'âge de 15 ans. C'est d'ailleurs, à cet âge là que doit prendre fin légalement la prise en charge de l'orphelin(e). Ce programme se base sur la vérité selon laquelle l'âge de 15 ans n'est pas l'âge de la maturité spirituelle ou affective de l'adolescent(e). Partant, abandonner l'orphelin(e) à cet âge critique risque de l'exposer aux dérives et aux déviations. Si cela arriverait par malheur cela ruinerait tous les efforts consentis pour l'orphelin(e) lors des premières phases de sa vie. Grâce à ce programme, il est possible de continuer la prise en charge de l'orphelin(e) et de poursuivre les efforts avec lui elle où qu'il se trouve selon ses aptitudes mentales et physiques et en fonction des études de son choix (enseignement général ou une formation professionnelle) jusqu'à ce que l'orphlin devienne adulte et soit à même de subvenir à soit besoins par lui-mêmes.

7- Programme de visites aux orphelins
Ce programme tend à introduire la joie dans les coeurs des orphelins à l'occasion des jours de fêtes pour compenser leur manque d'affection maternelle ou paternelle, et les sensibiliser sur la solidarité et la sympathie de la société à leur égard.
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

37

IIRO 000365