**Table (1) showing the total number of orphans, orphanages and supervisors
and the amounts spent on them continentally during  2000 - 2001
Tableau No (1) Nombre total d'orphelins, d'orphelinats et d'encadreurs et dépenses de
l'O.I.I.S  pour l'exercice 2000\2001 selon les continents**

| No. | Continent Continents | Orphanages Orphelinats | Number of orphans Nombre d'orphelins de familles et si orphelinats | Supervisors Nombre d'encadreurs | Countries Nombre de pays | Amounts in SR. Dépenses en riyals |
|---|---|---|---|---|---|---|
| 1 | Asia Asie | 13 | 20.655 | 16 | 19 | 20,677,964 |
| 2 | Africa Afrique | 8 | 13,569 | 11 | 29 | 12,976,000 |
| 3 | Europe Europe | - | 2136 | 1 | 5 | 3,254,.256 |
| | Total | 21 | 36360 | 28 | 53 | 26,908,220 |

**Table (2) shows programs fulfilled by the Social Welfare Department in Asia during the year 2000-2001
Tableau No (2) Réalisations des Programmes de la Protection sociale en Asie pour l'exercice 2000\2001**

| No. | Asian countries Pays | Family orphans/orphanages/supervisors orphelins de familles, orphelinats et encadreurs | Number of orphans Nombre d'orphelins | Amount in SR. Dépenses en riyals |
|---|---|---|---|---|
| 1 | Jordan Jordanie | Family orphans orphelins de familles | 3103 | 2,831.276 |
| | | (1) coordinator and (3) supervisors Un coordinateur et 3 encadreurs | - | 49.200 |
| | Total Total | | 3103 | 2,880,476 |
| 2 | Afghanistan Afghanistan | - Family orphans Orphelins de familles | -3162 | |
| | | - Imam Bukhari orphanage - Orphelinat d'Al bukhari à faïsilabad | -503 | |
| | | - Welfare Coordinator Coordinateur de la protection sociale | - | 27264 |
| | Total Total | | 3665 | 3,302114 |
| 3 | Indonesia Indonésie | Allocations for family orphans curtailed La prise en charge d'orphelins est suspendue pour une communication de rapports | | |
| | | Supervisor Un encadreur d'orphelins | | 10800 |
| | Internal orphans Orphelins de l'intérieur | Family orphans Orphelin de familles | 393 | 694.227 |
| 4 | Pakistan Pakistan | Family orphans Orphelin de familles | 485 | 423.914 |
| | | Omar bin Khattab orphonage -Peshawar Orphelinat Omar Ibn Al Khattab à Peshawar | 354 | 358360 |
| | | Al-Baraim orphamage-Mansahar Orphelinat Dar Al Baraym à Mansahrah | 250 | 255000 |
| | | Somaiyah orphanage -Guil Guit Orphelinat 'Sumaya' à Jaljt | 119 | 122400 |
| | | Ammar bin Yasser orphanage-Calicut Orphelinat 'Amar ben Yasser' à calicut | 120 | 122400 |
| | Total Total | | 1328 | 1282074 |
| 5 | Bangladesh Bangladesh | Family orphans Orphelin de familles | 791 | 677091 |
| | | Peri Seri orphanage-Dhaka Orphelinat 'Biri Siri' à Dacca | 178 | 150620 |
| | | Abdullah bin Mubarak orphanage -Dhaka Orphelinat 'Ben Mubarak' à Dacca | 217 | 209780 |
| | | Asma bint Abu Bakr orphanage-Dhaka Orphelinat 'Asma bint Abubakr' à Dacca | 158 | 134980 |
| | | Abu Bakr Siddique orphanage- Rumkaba Orphelinat 'Abubakr Assadik' au village de Ram Kaba à 25 km de Kaks Bazar | 61 | 54740 |
| | | Fatma Zahrau orphanage - Maiging Orphelinat 'Fatima Zah ra' au village de Patili dans la province de Maypuir) | 108 | 104720 |
| | | Coordinator Un encadreur d'orphelins | - | 12000 |
| | Total Total | | 1513 | 1,343.931 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE
IIRO 000366

| No. | Asian countries continued | Family orphans/orphanages/supervisors | Orphans | Amount spent in SR. |
|---|---|---|---|---|
| 6 | Thailand<br>Thaïlande | * Family orphans<br>Orphelins de familles | 49 | 54110 |
| | | * Sayida Nafisa orphanage- Bangkok<br>Orphelinat "Sayida Nafissa" à Bangkok | 112 | 171360 |
| | total<br>Total | | 161 | 225470 |
| 7 | Azerbaijan<br>Azerbaïdjan | Family orphans<br>Orphelins de familles | 532 | 521438 |
| | | Supervisor<br>Un coordinateur d'orphelins | - | 22500 |
| | total<br>Total | | 532 | 543938 |
| 8 | Sri Lanka<br>Sri Lanka | Family orphans<br>Orphelins de familles | 74 | 48291 |
| 9 | Syria<br>Syrie | Family orphans<br>Orphelins de familles | 13 | 12013 |
| 10 | Philippine<br>Philippines | Family orphans<br>Orphelins de familles | - | - |
| | | Jabir Abdullah orphanage- Cotabato<br>Orphelinat "Jaber ben abdallah" à Kutabato | 85 | 183600 |
| | | Supervisor<br>Un cadre d'orphelins | - | 18000 |
| | total<br>Total | | 85 | 201600 |
| 11 | Palestine<br>Palestine | Family orphans<br>Orphelins de familles | 1910 | 3020021 |
| | | Al-Quds orphanage<br>Orphelinat "Al Quds" | 980 | 1000000 |
| | total<br>Total | | 2890 | 4020021 |
| 12 | Iraqi-Kurdistan<br>Iraqi-Kurdisan | Family orphans<br>Orphelins de familles | 4118 | 3504543 |
| | | Coordinator and three supervisors<br>Un coordinateur et 3 encadreurs | | 24876 |
| | total<br>Total | | 4118 | 3529419 |
| 13 | Azad Kashmir<br>Cachemire libre | Family orphans<br>Orphelins de familles | 62 | 60768 |
| 14 | Lebanon<br>Liban | Family orphans<br>Orphelins de familles | 648 | 844041 |
| 15 | Nepal<br>Nepal | Family orphans<br>Orphelins de familles | 23 | 17182 |
| 16 | India<br>Inde | Family orphans<br>Orphelins de familles | 924 | 735644 |
| | | Researcher & a Secretary<br>Un chercheur et un secrétaire | - | 11250 |
| | total<br>Total | | 924 | 735644 |
| 17 | Yemen<br>Yemen | Family orphans<br>Orphelins de familles | 1123 | 911735 |
| | | Coordinator<br>Un coordinateur d'orphelins | | 14220 |
| | total<br>Total | | 1123 | 925955 |
| | Grand total<br>Total général | 12 orphanages & 16 supervisor & coordinator<br>12 orphelinats et 16 encadreurs et coordinateurs | 20655 | 20677964 |



IIROSA distributes educational books to students in Tuzla, Bosnia.
L'O.I.I.S distribue des livres scolaires à des et eleves à Tuzla (Bosnie).



A student looks book provided by IIROSA in Tuzla, Bosnia.
Un eleve est en train feuilleter un livre offert par l'O.I.I.S /RAS
(Tuzla, Bosnie).

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000367

## Table shows(3) Social Welfare Programs in Africa 2000-2001
### Tableau No (3) Réalisations des Programmes de la Protection sociale en Afrique pour l'exercice 2000\2001

| No. Pays | Countries Pays | orphelins de famille/ orphelinats/ cadres | Number of o orphans orphelins | Amount in SR. dépenses (riyals) |
|---|---|---|---|---|
| 1 | Ethiopia Ethiopie | -orphelinat "Awaliya" à Adis Abeba | 57 | 81600 |
| | Total Total | | 57 | 81600 |
| 2 | Eritrea Erythrée | -orphelins de famille | 3 | 2281 |
| 3 | Uganda Ouganda | -orphelins de famille | 1682 | 1355002 |
| | | -orphelinat "Logo " au village de Logo | 463 | 463420 |
| | | -orphelinat "Arwa" à Arwa | 150 | 153000 |
| | | -un moniteur | - | 9630 |
| | Total Total | | 2295 | 1981052 |
| 4 | Burkina Faso Burkina Faso | -orphelins de famille | 401 | 322537 |
| 5 | Benin Bénin | -orphelins de famille | 3 | 3301 |
| 6 | Tchad Tchad | -orphelins de famille | 664 | 507092 |
| | | -orphelinat " Hanan " à N'Djamena | 203 | 225020 |
| | | -un moniteur | - | 7200 |
| | Total Total | | 867 | 7 39312 |
| 7 | Tanzania Tanzanie | -orphelins de famille | 86 | 70444 |
| | | -orphelinat "Al Arqam" à Dar Essalem | 107 | 101660 |
| | Total Total | | 193 | 17 2104 |
| 8 | Togo Togo | -orphelins de famille | 4 | 3267 |
| 9 | Gambia Gambie | -orphelins de famille | 145 | 130540 |
| 10 | Djibouti Djibouti | -orphelins de famille | 41 | 50282 |
| 11 | Cote d' Ivoire Côte d'Ivoire | -orphelins de famille | 58 | 42262 |
| 12 | Senegal Sénégal | -orphelins de famille | 809 | 681326 |
| | | -un coordinateur et un moniteur | - | 26400 |
| | Total Total | | 809 | 707726 |



SVJETSKA ISLAMSKA LIGA
SVJETSKA ISLAMSKA HUM. ORG.

IGASA

KRALJEVINA SAUDIJSKA ARABIJA
URED U BOSNI I HERCEGOVINI
SOCIJALNI PROGRAM
ZBRINJAVANJE JETIMA

رابطة العالم الإسلامي
هيئة الإغاثة الاسلامية العالمية
بالمملكة العربية السعودية
مكتب البوسنة و الهرسك
الرعاية الاجتماعية
برنامج كافل اليتيم

IIROSA-sponsored orphans in Bosnia-Hercegovina.
Des orphelins pris en charge par l'O.I.I.S/RAS en Bosnie Herzogovine.

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROUAUME D' ARABIE SAOUDITE

IRO-000368

| NO. | African countries continued | Family orphans/orphanages/supervisors | Orphans | Amount spent in SR. |
|---|---|---|---|---|
| 13 | Sudan | Family orphan -orphelins de famille | 1940 | 1866615 |
| | | (3) Supervisors -3 moniteurs | - | 13680 |
| | Total | | 1940 | 1880295 |
| 14 | Somalia | Family orphans -orphelins de famille | 2168 | 2160671 |
| | | Supervisor -un moniteur | - | 16800 |
| | Total | -orphelins de famille | 2168 | 2177471 |
| 15 | Guinea-Bissau | Family orphans -orphelins de famille | 46 | 35985 |
| 16 | Rep. Of Guinea | Family orphans -orphelins de famille | 1 | 290 |
| 17 | Kenya | Family orphans - orphelinat "Kissoumou" à Kissoumou | 62 | 79929 |
| | | Kisumu orphanage, Kisumu | 50 | 76500 |
| | Total | -orphelins de famille  (1) | 112 | 156429 |
| 18 | Mali | Family orphans -orphelins de famille (1) | 86 | 103728 |
| 19 | Egypt | Family orphans -un moniteur (1) | 2351 | 2118914 |
| | | Supervisor | - | 9000 |
| | Total | -orphelins de famille (1) | 2351 | 2127914 |
| 20 | Morocco | Family orphans -orphelinat "Khalid ben el Walid" à Salima | 414 | 681741 |
| 21 | Malawi | Khalid b. Walid orphanage – Sleema -orphelins de famille  (1) | 100 | 102000 |
| 22 | Mauritania | Family orphans -orphelinat "Ali ben Abi Taleb "à Nouakchott | 390 | 544859 |
| | | Ali b. Abu Talib orphanage-Nouakchott -un moniteurs | 100 | 153000 |
| | | Supervisor | - | 10800 |
| | Total | -orphelins de famille | 490 | 708659 |
| 23 | Mauritius | Family orphans -orphelins de famille | 45 | 30793 |
| 24 | Nigeria | Family orphans -un moniteur | 771 | 568866 |
| | | Supervisor -orphelins de famille | - | 6000 |
| | Total | -orphelins de famille | 771 | 574866 |
| 25 | Tunisia | Family orphans -orphelins de famille | 2 | 2151 |
| 26 | Zambia | Family orphans -orphelins de famille | 6 | 3666 |
| 27 | Ghana | Family orphans -orphelins de famille | 38 | 40541 |
| 28 | Niger | Family orphans 8 orphelinats et 11 moniteurs | 2 | 1522 |
| 29 | Mozambique | Family orphans | 121 | 111685 |
| | Grand total | Eight orphanages & eleven supervisors | 13589 | 12976000 |

**Table No. 4 shwos Social Welfare Programs in Europe 2000-2001**
**Tableau No (4) Réalisations  des Programmes  de la Protection sociale en Europe pour l'exercice 2000\2001**

| No. | Country Pays d'Europe | Family orphans/ orphanages/Supervisors Orphelins\ Orphelinats\ Cadres | Orphans Nb. \ orphelins | Amount spent in SR Dépenses (riyals) |
|---|---|---|---|---|
| 1 | Spain Espagne | Family orphans Orphelins de famille | 11 | 9416 |
| 2 | Albania Albanie | Family orphans Orphelins de famille | 800 | 707788 |
| 3 | Italy Italie | Family orphans Orphelins de famille | 1 | 5264 |
| 4 | Bosnia-Herzegovina Bosnie-Hérzégovine | Family orphans Orphelins de famille | 1321 | 2501101 |
| | | Supervisor Un moniteur | - | 26160 |
| | Total | | 1321 | 2527261 |
| 5 | Greece Grèce | Family orphans Orphelins de famille | 3 | 4527 |
| | Grand total Total | Supervisor Un moniteur | 2136 2136 orphelin(e)s | 3254256 SR riyals |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROUAUME D' ARABIE SAOUDITE

IIRO 000369

**Percentage of amounts spent on orphans in 2000 - 2001**
**Dépenses en faveur des orphelins pour exercice 2000\2001**



Asia -Asie
56%

Europe - Europe
9%

Africa - Afrique
35%

**Percentage of the distribution of IIROSA sponsored orphans worldwide
2000 - 2001**
**Taux de distribution des orphelins pris en charge par l'O.I.I.S pour l'ex-
ercice 2000\2001**



Asia 20655        Afric 13569        Europe 2136
Asie 20655 orphelins   Afrique 13569 orphelins  Europe 2136 orphelins

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAUDI
IIRO 000370



The Engineering Department
(Cultural Center and Well Digging)
Direction du Génie civil
(centres sociaux et puits)

HRO 000371

# THE ENGINEERING DEPARTMENT (CULTURAL CENTER & WELL DIGGING)
# DIRECTION DU GENIE CIVIL (centres sociaux et puits)

**I**IROSA's Engineering department builds a cultural center everyday.

• IIROSA spent SR. 13,901,788 on cultural centers construction and well digging in 2000-2001.

• SR.13,138,338 spent in building 375 cultural centers in 2000-2001.

• SR.763,450 spent in digging 235 surface and artesian wells.

Therefore, it is not strange that the Engineering Department of the IIROSA should undertake the task of cultural centers construction wherever the need arises. Moreover, apart from other construction works, such as hospitals, dispensaries and schools, the engineering department also oversees the processes of well digging in famine struck areas as follows:

During the fiscal year 2000-2001 the Engineering Department built about 375 cultural centers costing about SR. 13,138,338, that is at the rate of a cultural center each and everyday. Out of the total number of these cultural centers 319 were built in eight Asian countries at the cost of SR.10,403,834 for about 47,650 peoples, as well as 56 cultural centers in 12 African countries at the cost of SR.2,734,504 for about 12,240 peoples.

During the same period, 235 surface and artesian wells were dug at the cost of SR. 763,450. 234 wells were dug in three Asian countries for about 115,200 persons, and a surface well was dug in the African republic of Niger, for about 200 persons.

**L**'O.I.I.S a dépensé, pour exercice 1999\2000,la somme de 13901788 riyals dans le domaine de la construction de centres sociaux et le forage des puits.

• L'O.I.I.S a construit 375 centres sociaux, pour l'exercice 1999\2000,pour un coût de 13138338 riyals.

• L'O.I.I.S a réalisé le forage et l'équipement de 235 puits artésiens et de surface pour un coût de 763 450 riyals pour l'exercice 2000\2001.

La Direction du Génie civil:

La Direction du Génie civil s'attelle à la construction de centres sociaux dans les pays qui en ont le plus besoin et dans les régions des communautés minoritaires de même qu'elle s'attelle au forage de puits (artésiens et de surface) dans les régions arides menacées par la sécheresse en plus d'autres projets d'infrastructures; hôpitaux, dispensaires, écoles, orphelinats et cela grâce aux dons des bienfaiteurs du royaume d'Arabie saoudite.

Réalisations: La Direction du Génie civil de l'O.I.IS a construit 375 centres sociaux, pour l'exercice 2000\2001, pour un coût total de 13 138 338 riyals soit, en moyenne, la construction d'un centre social par jour. Ainsi 319 centres sociaux construits dans 8 pays d'Asie pour un coût total de 10403834 riyals dont ont bénéficié 47560: personnes et 56 centres sociaux dans 12 pays d'Afrique pour un coût total de 2734504 riyals dont ont bénéficié 12240 personnes.

Par ailleurs, l'O.I.I.S a réalisé, pour l'exercice 2000\200, le forage et l'équipement de 235 puits artésiens et de surface pour un coût total de 763450 riyals dont 234 puits dans 3 pays d'Asie dont ont bénéficié 115200 personnes et un seul puits de surface en Afrique au Niger dont ont bénéficié 200 personnes.

IIROSA-built cultural center in Iraqi-Kurdistan.

Un Centre Culturel Construit par l'O.I.I.S/RAS Iraqi-Krudistan.



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE     IIRO.000372

**The Engineering Department: Cultural center construction projects
Completed by the Engineering Dept. in 2000-2001
Tableau No (1) Réalisations de la Direction du génie civil en construction
de centres sociaux pour l'excercice 2000\2001**

| No. | Country / Pays | Cultural centers / Nombre de centres sociaux | Amount in SR / Coût (riyals) | Number of persons / Nombre de bénéficiaires |
|---|---|---|---|---|
| 1 | Azerbaijan / Azerbaïdjan | 5 | 510000 | 1600 |
| 2 | Indonesia / Indonésie | 79 | 1989200 | 10560 |
| 3 | Pakistan / Pakistan | 14 | 745000 | 2400 |
| 4 | Bangladesh / Bangladesh | 99 | 2827697 | 11360 |
| 5 | Thailand / Thaïlande | 4 | 434000 | 1120 |
| 6 | Iraqi - Kurdistan / Kurdistan | 90 | 3324017 | 17760 |
| 7 | India / Inde | 27 | 478620 | 2560 |
| 8 | Yemen / Yemen | 1 | 95300 | 200 |
| Total | | 319 | 10403834 | 47560 |
| 9 | Uganda / Ouganda | 6 | 490004 | 2560 |
| 10 | Burkina Faso / Burkina Faso | 2 | 100000 | 320 |
| 11 | Tchad / Tchad | 20 | 589000 | 3840 |
| 12 | Gambia / Gambie | 1 | 75000 | 240 |
| 13 | Senegal / Sénégal | 1 | 75000 | 240 |
| 14 | Sudan / Soudan | 1 | 237000 | 480 |
| 15 | Guinea-Bissau / Guinée Bissau | 1 | 50000 | 160 |
| 16 | Cameroon / Cameroun | 10 | 263500 | 1680 |
| 17 | Mali / Mali | 1 | 75000 | 240 |
| 18 | Mauritania / Mauritanie | 4 | 305000 | 960 |
| 19 | Niger / Niger | 2 | 100000 | 320 |
| 20 | Nigeria / Nigeria | 7 | 375000 | 1200 |
| Total | | 56 | 2734504 | 12240 |
| Total | | 375 / 375 centres sociaux | 13138338 SR / 13 138 338 riyals | 59800 / 59 800 bénéficiaires * |

\* Le nombre des bénéficiaires a été calculé comme suit: le total des dépenses sur les centres sociaux du pays, coût de construction d'un metre carré 0,6 du metre carré du bénéficiaires = nombre des bénéficiaires.

### Well digging project completed by the Engineering Department in 2000-2001
### Tableau No (2) Réalisations de la Direction du génie civil en forage de puits pour l'exercice 2000\2001

| No. | Country<br>Pays | Artesian well<br>Puits artésiens | Surface well<br>Puits de surface | Total<br>Total des puits | Amount in SR.<br>Coût (riyals) | Beneficiaries<br>Nombre de bénéficiaires |
|---|---|---|---|---|---|---|
| 1 | Bangladesh<br>Bangladesh | 38 | 109 | 147 | 609000 | 97800 |
| 2 | Iraqi – Kurdistan<br>Kurdistan | - | 15 | 15 | 73950 | 3000 |
| 3 | Niger<br>Niger | - | 1 | 1 | 10000 | 200 |
| 4 | India<br>Inde | - | 72 | 72 | 70500 | 14400 |
| | Total | 38 | 197 | 235 | 763450 | 115400<br>115.400 * |

Le nombre de bénéficiaires a été calculé sur la base de 200 bénéficiaires pour chaque puits de surface et 2000 bénéficiaires pour chaque puits artésiens pour augmenter la puissance de production des puits artésiens.

### Number of Cultural centers built in Asia & Africa during the year 2000 - 2001
### Nombre de centres sociaux construits en Asie et en Afrique pour l'excercice 2000\2001



| Banglades... | Johore... | Ing. Sulfana... | Indu... | Yamen... | Pakistan... | Uganda... | Mauritanus... | Nigeria... | Azerbaijan... | Thailand... | Burkina-Faso... | Tchad... | Gambia... | Sudan... | S.Illinoiy... | Comoros... | Mali... | Niger... | Senegal... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 79 | 90 | 27 | 1 | 14 | 6 | 4 | 7 | 5 | 4 | 2 | 20 | 1 | 1 | 1 | 10 | 1 | 2 | 1 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE   IIRO 000374

## Table (3) shows list of the value of cultural centers & well digging
### Tableau No (3) Coûts de construction des centres sociaux et de forage de puits pour l'excercice 2000\2001

| No. | Country / Pays | Cultural center values according to space shown below / Coût des centres sociaux selon les superficies | | | | | Bore-holes / Puits | | Observations |
|---|---|---|---|---|---|---|---|---|---|
| | | 100 sqm | 150 sqm | 200 sqm | 100 sqm | 100 sqm | Surface 10-30 / de surface 10-30m | Artesian 30-100 / artésien 30-100m | |
| **Asia - Asie** | | | | | | | | | |
| 1 | Bangladesh / Bangladesh | 40000 | 60000 | 80000 | 100000 | 160000 | 2000 | 10000 | |
| 2 | Kurdistan / Kurdistan(Iraq) | 30000 | 45000 | 60000 | 75000 | 120000 | | 70000 | |
| 3 | Philippines / Philippines | 80000 | 115000 | 140000 | 175000 | 265500 | 600 | - | |
| 4 | Sri Lanka / Sri Lanka | 35000 | 50000 | 70000 | 85000 | 140000 | 8000 | 9000 | |
| 5 | Pakistan / Pakistan | 50000 | 75000 | 10000 | 125000 | 200000 | 3000 | 85000 | |
| 6 | Thailand / Thaïlande | 70000 | 105000 | 140000 | 175000 | 280000 | 5000 | 18000 | |
| 7 | Indonesia / Indonésie | 30000 | 45000 | 60000 | 75000 | 120000 | 2000 | 5500 | |
| 8 | Tartaristan / Tatarstan | 45000 | 70000 | 90000 | 115000 | 180000 | - | - | |
| **Africa - Afrique** | | | | | | | | | |
| 1 | Ethiopia / Ethiopie | 160000 | 240000 | 320000 | 400000 | 640000 | 15000 | 60000 | |
| 2 | Uganda / Ouganda | 60000 | 90000 | 120000 | 150000 | 240000 | 25000 | - | |
| 3 | Sudan / Soudan | 80000 | 120000 | 160000 | 200000 | 320000 | - | - | |
| 4 | Senegal / Sénégal | 50000 | 75000 | 100000 | 125000 | 200000 | 8000 | - | |
| 5 | Cameroon / Cameroun | 25000 | 38000 | 50000 | 63000 | 100000 | - | - | |
| 6 | Tchad / Tchad | 25000 | 38000 | 50000 | 63000 | 100000 | - | - | |
| 7 | Tanzania / Tanzanie | 100000 | 150000 | 200000 | 250000 | 400000 | 5000 | 50000 | |
| 8 | Mauritania / Mauritanie | 70000 | 105000 | 140000 | 175000 | 280000 | 80000 | 265000 | |
| 9 | Nigeria / Nigeria | 50000 | 75000 | 100000 | 125000 | 200000 | 2000 | 145000 | |

Les coûts ont été calculés sur la base des rapports communiqués par les Bureaux de l'O.I.I.S
à l'étranger, ces coûts sont revus chaque année.

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000375

### Percentage of IIROSA's cultural centers in Asia & Africa
### during the year 2000 - 2001



Africa - Afrique
15%

56 Cultural centers

319 Cultural centers

Asia - Asie
85%

### Percentage of beneficiaries of IIROSA's cultural center projects in Asia & Africa
### during the year 2000 - 2001
### Taux de construction des centres sociaux en Asie et en Afrique pour l'excercice 2000/2001



Africa - Afrique
20%

12240 Persons

47560 Persons

Asia - Asie
80%

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SEOUDITE    IIRO 000376



The Health Care Program

Programme de la Protection
sanitaire

IIRO 000377

THE HEALTH CARE PROGRAM — PROGRAMME DE LA PROTECTION SANITAIRE

**T**HE IIROSA is running and taking care of about 104 health care projects worldwide, including hospitals, dispensaries, clinic and specialized centers in 29 countries.

• During the year 2000 - 2001 about 1,711,938 patients were visited at the IIROSA health facilities.

• During the fiscal year 2000-2001, the IIROSA spent about SR.8,210,282 on health care projects. Out of this sum, SR. 5,761,251, Or 70 percent of the health care budget came from the nominal income of the health care projects.

Millions of people are dying every year due to disease and lack of medical care, or because of inability to bear the costs of medical treatment. In the developing countries, generations of children are deprived of immunization at an early age, while horrible wars destroy lives and left many others either maimed or disabled.

As a result, acting in accordance with its sense of humanitarian duty, the IIROSA, through its health care program has been acting vigorously to provide medical services as well as primary health care facilities in many parts of the world. Accordingly, has been able to spare the lives of tens of thousands of the victims of disasters and wars, and other ailments in the various parts of the world.

**L**'O.I.I.S assure la gestion et le suivi de 104 structures de santé qui lui sont affiliés à travers le monde entre hôpitaux, dispensaires, cliniques et centres sanitaires spécialisés dans 29 pays.

- 1711938 patient(e)s avaient profité, pour l'exercice 1999\2000, des services ces programmes sanitaires.

- L'O.I.I.S a dépensé sur les structures de santé, pour l'exercice 2000\2001,le montant de 8210282 riyals dont 5761251 riyals provenant des revenus réalisés par de ses infrastructuresde santé, soit 70% du budget de la protection sanitaire.

- Des millions de personnes meurent chaque années dans de nombreux pays en développement ou dans les communautés pauvres à cause de maladies et d'épidémies, du manque de protection sanitaire,de l'incapacité de payer les charges de soins ou d'acheter les médicaments nécessaires, ou à cause de la privation des nouvelles générations du vaccin dans leur enfance. Les guerres sous toutes leurs formes viennent à leur tour enlever la vie à des millions de personnes laissant parmi les survivants d'autres victimes entre blessés,malades ou handicapés pour multiplier encore plus les drames et les misères des plus démunis de ceux qui en souffrent. Conscient de son son devoir humanitaire, la Direction de la protection sanitaire de l'O.I.I.S oeuvre par tous ses moyens en vue d'offrir des services médicaux, de soins de sané. Elle a pu ainsi apporter sa contribution pour sauver la vie à de dizaines de milliers de personnes victimes de catastrophes, de guerres ou d'épidémies dans diverses régions du monde.



A doctor hands over medicine to a patient at IIROSA-built Al-Afia polyclinic in Uganda.

Un docteur remet des medicametns à un patient au dispensaire Al-Afia qui a ele construit par l'O.I.I.S en Uganda.

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000378

### Table (1) showing a summary of the Health Care projects during the year 2000 - 2001
### Tableau (1) Résumé des des structures de santé relevant du Departement de la Protection Saintaire pour l'exercice 2000\2001, selon les continents

| Continent Continents | Staff Nombre sde fonctionnaires | Hospitals Hôpitaux | Dispensary dispensaires | Clinics Cliniques | Clinic complex Groupes de cliniques | Med. enter Centres sanitaires | Pharmacy pharmacies | Other programs Autres * programmes | Program total Total des pro grammes | Bneficiary Nombre de béné- ficiires | Total spent Total des dépenses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Asia Asie | 343 | 6 | 14 | 17 | 3 | 4 | 1 | 4 | 49 | 757330 | 3135001 |
| Africa Afrique | 367 | - | 36 | 10 | 2 | - | 3 | 1 | 52 | 893408 | 4925817 |
| Europe Europe | 20 | - | 1 | - | - | 1 | 1 | - | 3 | 61200 | 149464 |
| Total | 730 | 6 | 51 | 27 | 5 | 5 | 5 | 5 | 104 | 1.711.938 | 8210282 |

• Other programs include the following:

1- Inoculation campaign in Afghanistan.
2- Anti-malaria campaign in Afghanistan.
3- Treatment of major health cases in Palestine.
4- Medical caravans in India.
5- Nutrition center at Aright dispensary in Nouakchott.

• * Parmi les autres programmes on peut citer:

1-Programme de vaccination en Afghanistan
2- Programme anti-malaria en Afghanistan
3- Traitement des grandes maladies en palestine
4- Caravanes médicales en Inde
5-Centre d'alimentation au dispensaire "Arafat" en Mauritanie

### Health Care Program around the world during the year 2000 - 2001
### Programmes de la Protection sanitaire dans le monde pour l'exercice 2000\2001



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

51

IIRO 000379

### Table (2) shows Health Care Programs in Asia during the year 2000 - 2001
### Tableau No (2) structures de sante pour l'exercice 2000\2001

| No. | Country Pays | Number of projects Nombre de projets | Beneficiaries Nombre de bénéficiaires | Staff - Nombre de fonctionnaires médecins\ patients\ techniciens | Amount spent in SR Dépenses en ryals |
|---|---|---|---|---|---|
| 1 | Afghanistan Afghanistan | 13 | 251825 | 106 | 257379 |
| 2 | Pakistan Pakistan | 4 | 75665 | 55 | 411913 |
| 3 | Bangladesh Bangladesh | 7 | 32257 | 25 | 757067 |
| 4 | Azerbaijan Azerbaidjan | 4 | 20277 | 34 | 101636 |
| 5 | Philippines Philippines | 2 | - | 15 | 99753 |
| 6 | Iraqi - Kurdistan Kurdistan | 7 | 295100 | 16 | 438822 |
| 7 | Lebanon Liban | 4 | 29021 | 15 | 785720 |
| 8 | India Inde | 2 | 39295 | 10 | 98320 |
| 9 | Yemen Yemen | 2 | 13890 | 6 | 89855 |
| 10 | Thailand Thaïlande | 1 | - | 1 | 14583 |
| 11 | Palestine Palestine | 1 | - | - | 49500 |
| 12 | Indonesia Indonésie | 2 | - | 8 | 30453 |
| | Total | 49 | 757330 | 343 | 3135001 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

NRO 000380

### Table (3) showing Health Care Programs in Africa during the year 2000 - 2001
### Tableau No (3) Projets sanitaires en Afrique en l'an 2000 - 2001

| No. | Country Pays | Number of projects Nombre destructures | Beneficiaries Nombre de bénéficiaires | Staff - Nombre de fonctionaires Physician/Nurse/Technician - médecins patients techniciens | Amount spent in SR. Dépenses en riyals |
|---|---|---|---|---|---|
| 1 | Ethiopia Ethiopie | 4 | 128000 | 72 | 480577 |
| 2 | Uganda Ouganda | 2 | 12700 | 15 | 134848 |
| 3 | Benin Bénin | 2 | 20400 | 6 | 183500 |
| 4 | Burkina Faso Burkina Faso | 6 | 43360 | 20 | 143178 |
| 5 | Gambia Gambie | 2 | 7200 | 7 | 80174 |
| 6 | Comoros Comores | 4 | 52600 | 29 | 283572 |
| 7 | Senegal Sénégal | 3 | 57660 | 27 | 280018 |
| 8 | Sudan Soudan | 18 | 340628 | 63 | 2522336 |
| 9 | Somalia Somalie | 2 | - | 8 | 110449 |
| 10 | Nigeria Nigeria | 2 | 41200 | 63 | 119929 |
| 11 | Niger Niger | 1 | 4560 | 3 | 118821 |
| 12 | Tchad Thad | 1 | 50100 | 7 | 59919 |
| 13 | Kenya Kenya | 1 | 7800 | 6 | 35072 |
| 14 | Tanzania Tanzanie | 1 | 40000 | 21 | 154032 |
| 15 | Togo Togo | 1 | 9500 | 4 | 64321 |
| 16 | Mauritania Mauritanie | 2 | 5670567000 | 12 | 55071 |
| | Total | 52 | 893408 | 363 | 4925817 |

### Table (3) shows the number of Health Care projects in Europe during the year 2000 - 2001
### Tableau No (4) structures de sante pour l'exercice 2000\2001

| No. | Country Pays | Number of projects Nombre de structures | Beneficiaries Nombre de bénéficiaires | Staff - Nombre de fonctionaires Physician/Nurse/Technician - médecins patients techniciens | Amounts spent SR. Dépenses en riyals |
|---|---|---|---|---|---|
| 1 | Bosnia-Herzegovina Bosnie-Hérzégovine | 3 | 61200 | 20 | 149464 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000381

**53**

The Health Care Program percentage of amounts spent on Health Care Programs worldwide in the year 2000 - 2001

Taux des dépenses sur les projets sanitaires pour l'exercice 2000\2001



Percentage of minimal income Of Health Care Programs as compared to subsidies sent by The Health Care Program in 2000- 2001

Taux des revenus symboliques par rapport aux assistances mises en place pour l'exercice 2000\2001



Percentage of beneficiaries of IIROSA Health Care Programs worldwide during 2000-2001

Taux des bénéficiaires des services de santé de l'O.I.I.S pour l'exercice 2000\2001



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000382



The Educational Welfare
Program
Programme des Services
d'Education

HRO 000383

**T**HE IIROSA spent about SR.5,248,522 on educational and teaching efforts.
• IIROSA offers scholarships and stipends to about 266 students.
• IIROSA sponsors about 82 teachers.
• IIROSA patronizes about 66 educational institutions around the world.
• About 26,887 students and pupils were covered by IIROSA's educational welfare program.
• About 40 different countries are benefitted from the educational activities of the IIROSA.

Despite the increasing world concern about education, millions of peoples in Asia and Africa are still deprived of the opportunities to acquire education because of the economic circumstances prevailing in these two continents.

It is this reality that has prompted the IIROSA to take upon its shoulders, the responsibility of contributing vigorously to the educational programs in the various countries. The organization has built a number of schools and universities in the various parts of the world, sponsored teachers and instructors and placed hundreds of poor and needy students under its scholarship and stipend schemes.

**L**'O.I.I.S a dépensé, pour l'exercice 2000\2001,la somme de 5248522 riyals pour le P.S.E.
programme d'Enseignement.
• 266 étudiant(e)s bénéficient de bourses scolaires ou d'assistances financières de l'O.I.I.S.
• L'O.I.I.S encadre 38 établissements scolaires à travers le monde.
• 26887 étudiant(e)s bénéficient des services des établissements scolaires de l'O.I.I.S.
• 40 pays à travers le monde bénéficient des services du P.S.E. de l'O.I.I.S.



Children getting education in a school sponsored by IIROSA in Tchad.

Des enfants recevant une education dans une école prise en charge par l'O.I.I.S au Tchad.

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000384

Table (1) summary of the Educational Welfare Programs in the various continents during the year 2000- 2001
Résumé des Projets du Programme d'Enseignement et de la Commission d'Education pour l'exercice 2000\2001 par continents

| No. | Continent Continents | Number of instructors Nb. d'éducateurs | No. of students on scholarships Nb. d'éducateurs | No. of teachers Nb. d'étudiants boursiés | No. of institutions Nb. d'enseignant(e)s | Students in the educational institutions Nb.d'Etablissements scolaires | Actual amount spent dépenses réelles |
|---|---|---|---|---|---|---|---|
| 1 | Asia Asie | 446 | 203 | 35 | 23 | 15051 | 2893466 |
| 2 | Africa Afrique | 224 | 61 | 47 | 15 | 11836 | 2329011 |
| 3 | Americas Amérique | 4 | - | - | - | - | 22539 |
| 4 | Europe Europe | - | 2 | - | - | - | 3506 |
|  | Total | 674 | 266 | 82 | 38 | 26887 | 5248522 |



Amounts spent on educational programs continentally in 2000-2001

Dépenses sur les projets du P.S.E pour l'exercice 2000\2001 par continents



Beneficiaries of IIROSA Educational Programs during the year 2000- 2001

Nombre de bénéficiaires des Programmes d'Enseignement et d'Éducation pour l'exercice 1999\2000

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000385

57

## Table (2) showing Educational Welfare Programs in Asia 2000-2001
## Tableau (2) Projets du P.S.E en Asie pour l'exercice 2000\2001

| No. | Country Pays | Instructors Educateurs | pihsraloics no streelutS Etudiants boursiés | Teachers Enseignant(e)s | Educational institutions Etablissements scolaires | Student-a educatoval mutitions Bres d'alriseant solum | Amounts spent in SR. dépenses réelles |
|---|---|---|---|---|---|---|---|
| 1 | Azerbaijan Azerbaidjan | - | - | 4 | - | - | 38200 |
| 2 | Jordan Jordanie | - | 71 | - | - | - | 19436 |
| 3 | Afghanistan Afghanistan | - | - | - | 2 | 260 | 146110 |
| 4 | Indonesia Indonésie | - | - | - | 1 | 163 | 263720 |
| 5 | Uzbekistan Ouzbékistan | - | 2 | - | - | - | 4667 |
| 6 | Pakistan Pakistan | 28 | 3 | - | - | - | 89883 |
| 7 | Bangladesh Bangladesh | 61 | - | 5 | 6 | 1561 | 256113 |
| 8 | Thailand Thailande | - | 5 | - | 2 | 506 | 653487 |
| 9 | Daghistan Daghestan | - | 82 | - | - | - | 65333 |
| 10 | Saudia Arabia A.Saoudite | 6 | 3 | - | 10 | 12100 | 151600 |
| 11 | Sri Lanka Sri Lanka | Valeur d'un autobus pour les besoins d'un programme d'éducation | | | | | 25500 |
| 12 | Chechnya Tchétchénie | - | 4 | - | - | - | 9333 |
| 13 | China Chine | - | 47 | - | - | - | 58193 |
| 14 | Tajikstan Tadjikistan | - | 41 | - | - | - | 32667 |
| 15 | Kirghizia Kirghizistan | - | 2 | - | - | - | 4667 |
| 16 | Iraqi - Kurdistan Kurdistan(Ira) | 245 | 05 | 15 | - | - | 584972 |
| 17 | Lebanon Liban | 49 | - | 2 | 2 | 461 | 275341 |
| 18 | Malaysia Malaysie | - | 2 | - | - | - | 2630 |
| 19 | Nepal Népal | - | - | 2 | - | - | 4800 |
| 20 | India Inde | 57 | - | - | - | - | 136989 |
| 21 | Yemen Yemen | - | - | 7 | - | - | 69825 |
| | Total | 446 | 302 | 35 | 23 | 15051 | 2893466 |



Children getting education in a school sponsored by IIROSA in Somalia.

Des enfants recevant une education dans une école prise en charge par l'O.I.I.S (Somalie).

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000386

### Table (3) shows Educational Welfare Programs in Africa 2000-2001
### Tableau No (3) Projets du P.S.E. en Afrique pour l'exercice 2000-2001

| No. | Country Pays | Instructors Éducateurs | Students on scholarship Etudiants boursiés | Teachers Enseignant(e)s | Educational institutions Etablissements scolaires | Students in educational institutions Elèves d'établissement scolaires | Amounts spent in SR dépenses réelles |
|---|---|---|---|---|---|---|---|
| 1 | Ethiopia Ethiopie | 9 | 2 | - | 2 | 2555 | 315023 |
| 2 | Eritrea Erythrée | - | 3 | 20 | - | - | 67057 |
| 3 | Uganda Ouganda | - | 10 | 1 | 1 | 850 | 79056 |
| 4 | Benin Bénin | - | - | 3 | - | - | 9625 |
| 5 | Burundi Burundi | - | 6 | 2 | - | - | 10378 |
| 6 | Tchad Tchad | 15 | - | - | 1 | 456 | 46025 |
| 7 | Gambia Gambie | 4 | - | 4 | - | - | 20273 |
| 8 | Cote d' Ivoire Côte d'Ivoire | 9 | - | 3 | - | - | 29211 |
| 9 | Senegal Sénégal | 6 | - | - | 1 | 450 | 72215 |
| 10 | Sudan Soudan | - | 1 | - | 4 | 2499 | 335927 |
| 11 | Sierra Leone Sierra Leone | 2 | - | - | - | - | 684 |
| 12 | Somalia Somalie | 61 | 38 | - | 2 | 4100 | 659444 |
| 13 | Ghana Ghana | 2 | - | - | - | - | 1315 |
| 14 | Guinea-Bissau Guinée Bissau | 1 | - | - | - | - | 2658 |
| 15 | Rep. Of Guinea Guinée | 4 | - | 4 | - | - | 20366 |
| 16 | Kenya Kenya | - | - | - | 1 | 120 | 262500 |
| 17 | Mali Mali | - | - | 5 | - | - | 21875 |
| 18 | Egypt Egypte | - | 1 | 1 | 1 | 171 | 24183 |
| 29 | Nigeria Nigeria | 111 | - | 4 | 2 | 635 | 351196 |
| | Total | 224 | 61 | 47 | 15 | 11836 | 2329011 |

### Table (4) shows Educational Welfare Programs in Europe & Latin America during the year 2000-2001
### Tableau No (4) Projets du P.S.E en Europe et en Amérique latine pour l'exercice 2000\2001

| No. | Country Pays | Instructors Educateurs | Scholarship students Etudiants boursiés | Teachers Enseignant(e)s | Institutions Etablissements scolaires | Students in the institutions Elèves d'établissement scolaires | Expenditure in SR. Dépenses réelles |
|---|---|---|---|---|---|---|---|
| 1 | Albania Albanie | - | 2 | - | - | - | 3506 |
| 2 | Brazil Brésil | 4 | - | - | - | - | 22539 |
| | Total | 674 | 266 | 82 | 38 | 26887 | 5248522 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000387   59

### Percentage of IIROSA teachers distributed continentally
### Taux de distribution des enseignants de l'O.I.I.S selon les continents pour l'exercice 2000\2001





Children getting education in a school sponsored by IIROSA in Somalia.

Des enfants recevant une education dans une école prise en charge par l'O.I.I.S (Somalie).

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAME D' ARABIE SAOUDITE

IIRO 000388