

# Teachers & Teaching Committee
## Commission de l'Enseignement et des Enseignants (C.E.E)

IIRO 000389

**I**N the year 2000 – 2001 the IIROSA spent about SR.1,546,999 on Teachers and Teaching Committee.

• In the year 2000 – 2001, there were about 674 teachers under IIROSA supervision.

Recently, a committee on Teachers and



Teaching comprising highly qualified academicians has been formed to undertake the following tasks:

1- Field inspection of teachers at their outposts and evaluation of teaching and teachers' efforts.

2- Submit proposals regarding lectures, symposia and refresher courses designed to improve the performance of teachers.

3- Lay down a criteria for the appointment of teachers and recommend termination of the contracts of unqualified teachers.

4- Propose useful books for the teachers.

5- Strengthen the ties of cooperation and coordination between scholars, students and teachers.

6- Propose appointment of teachers in the IIROSA - built cultural centers.

7- Revise the syllabus within the school curricula of IIROSA schools and projects and proposes texts and references

8- Propose subsidizing and strengthening IIROSA's contact with the teaching institutions.

9- Boost the status of IIROSA's website on the Internet.

10- Propose printing useful books in several languages for the purpose of education.

11- Invite parties interested in teaching to join IIROSA's teaching education, social welfare and health care activities.

12- Propose ways and means of supporting the various aspects of teaching and fund its programs as well as develop its resources.

### The Teachers and Teaching Committee:

The IIROSA has allocated a substantial budget suitable for the noble tasks and mission of the committee for the year 2000 – 2001 (Saudi Riyals 4,700,090).

The budget is intended to help insure distribution of literature, audio-visual cassettes

'O.I.I.S a dépensé, pour l'exercice 2000\2001, la somme de: 1546999 riyals sur les programmes l'enseignement. Pour l'exercice 2000\2001, l'O.I.I.S a pris en charge 674 enseignants.

Ainsi une commission d' enseignement et des prédicateurs comptant a son sein des academiciens hautement qualifiés a été constituée. La commission a été chargée de la mission que voila:

1- Visiter les enseignants sur leur lieu de travail en vue d'inspecter leurs activités.

2- Proposer des conférences, des colloques et des stages de formation en vue de valoriser les efforts des enseignants de l'O.I.I.S en service a l'etranger.

3-Proposer la candidature des enseignants selon les critères suggérés par la commission et recommender l'arrêt des services de ceux qui ne répondent pas aux critères.

4- Proposer la lecture et la distribution des livres bénéfiques aux prédicateurs en vue de relever le niveau d'aptitude professonnelle.

5- Intensifier les liens de coopération et de coordination entre les etudiants les predicateurs et les imams les savants, les étudiants, les éducateurs et les cadres.

6- Proposer le recrutement de' enseignants pour servir dans les centres sociaux construits par l'O.I.I.S à l'étranger.

7- Réviser les matieres éducatives des programmes scolaires enseignés dans les écoles de l'O.I.I.S et suggérer des textes et des références le cas échéant.

8- Octroyer des assistances aux associations éducatives des et prévoir de leur rendre des visites en vue de renforcer les relations de coopération avec elles.

9- Profiter du site d'internet de l'O.I.I.S.

10- Proposer la publication des livres axés sur l'education et leur traduction

11- Inviter les personnalités S'interessant à l'education à participer aux activités de l'O.I.I.S en matière d'education, de secours, de services sanitaires et d'actions sociales.

12- Proposer des voies et des moyens necessaires pour appuyer les activités educatives dans toutes ses formes, financer ses programmes et développer ses ressources.

### (C.E.E)

L'O.I.I.S a octroyé pour l'exercice 2000\2001 à la C.P.P. un budget important conforme à sa noble mission qui se chiffrait à 4700090 riyals.

L'objectife visé était de garantir la distribution de publications et de cassettes audios et l'organisation de stages de formation axés sur l'éducation dont les résultats auront, des

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000390

and organizing refresher courses. Moreover, in addition to sponsoring the teachers 30 books written by Saudi Arabian scholars in the Arabic language and translated into several languages have been distributed. It is hoped that 100,000 copies would be distributed in many countries at the cost of between half Riyal and three Riyals (SR.05-3) per copy including distribution costs.

In view of the wide-spread illiteracy in the societies, the committee designed a parallel program of distributing recorded cassettes containing the topics discussed in the printed material at the average cost of SR. 2 per cassette.

effets positifs sur la consolidation des efforts de l'O.I.I.S dans le domaine de prédication. En plus de la prise en charge des prédicateurs, l'O.I.I.S a procédé à la distribution de 30 livrets écrits par des Oulemas saoudiens dans différents aspects d'enseignement en langue arabe et dans les langues des pays dans lesquels seront distribués ces livrets à raison de 100000 copies de chaque, avec un coût moyen allant d'un riyal à trois riyals chacun y compris les frais de distribution.



### Total number of teachers in the various continents
### Nombre total des enseignants à travers les continents

| No. | Continent Continents | Number of Countries Nombre de Pays | Number of Teachers Nombre d'éducateurs | Amount spent in SR. Dépenses \riyals |
|---|---|---|---|---|
| 1 | Asia Asie | 6 | 446 | 979766 |
| 2 | Africa Afrique | 11 | 224 | 544694 |
| 3 | South America Amérique latine | 1 | 4 | 22539 |
| | Total | 18 | 674 | 1546999 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

**65**

IIRO 000391

PROGRAMS ACCOMPLISHED BY THE TEACHERS AND TEACHING COMMITTEE DURING THE PERIOD 2000-2001
Réalisations de la C.E.E. pour l'exercice du 2000-2001

## I- Asia - Asie

| No. | Country<br>Pays | Number of Teachers<br>Nombre d'éducateurs | Amount spent in SR.<br>Dépenses \riyals |
|---|---|---|---|
| 1 | Pakistan<br>Pakistan | 28 | 86818 |
| 2 | Bangladesh<br>Bangladesh | 61 | 209110 |
| 3 | Burmese Community Preachers in Saudi Arabia<br>A. Saoudite | 6 | 43200 |
| 4 | Kurdistan<br>Kurdisan (Iraq) | 245 | 428750 |
| 5 | Lebanon<br>Liban | 49 | 74899 |
| 6 | India<br>Inde | 57 | 136989 |
| | Total | 446 | 979766 |

## II – Africa - Afrique

| No. | Country<br>Pays | Number of Teachers<br>Nombre d'éducateurs | Amount spent in SR.<br>Dépenses \riyals |
|---|---|---|---|
| 1 | Ethiopia<br>Ethiopie | 10 | 25308 |
| 2 | Tchad<br>Tchad | 15 | 62375 |
| 3 | Gambia<br>Gambie | 4 | 7880 |
| 4 | Cote d' Ivoire<br>Côte d'Ivoire | 9 | 11872 |
| 5 | Senegal<br>Sénégal | 6 | 9481 |
| 6 | Sierra Leone<br>Sierra Leone | 2 | 684 |
| 7 | Somalia<br>Somalie | 61 | 166965 |
| 8 | Ghana<br>Ghana | 2 | 629 |
| 9 | Guinea-Bissau<br>Guinée Bissau | 1 | 2658 |
| 10 | Republic of Guinea<br>Guinée | 4 | 5997 |
| 11 | Nigeria<br>Nigeria | 111 | 250845 |
| | Total | 225 | 544694 |

## III- South America - Amérique latine

| No. | Country<br>Pays | Number of Teachers<br>Nombre d' enseignants | Amount spent in SR.<br>Dépenses \riyals |
|---|---|---|---|
| 1 | Brazil<br>Brésil | 4 | 22539 |
| | Grand total<br>Total général | 674 | 1546999 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000392

## Distribution of teachers continentally in 2000/-2001
## Distribution des enseignants par continents pour l'exercice 2000\2001



## Percentage of the distribution of teachers continentally in 2000-2001
## Taux de distribution des enseignants par continents pour l'exercice 2000\2001



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000393







INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000394



# Qur'an Memorization Program

## Programme de Mémorisation du Saint Coran (P.M.S.C)

HRO 000395

**D**URING the year 2000-2001, IIROSA spent SR.2,098,433 on Qur'an memorization program

• The Qur'an Memorization Program supervises 570 Qur'an centers worldwide and 33,884 reciters have benefitted from these programs.

• About 21 Asian and Africa nations are included in the Qur'an memorization program.

### Tours and competitions:

Officials representing the Qur'an memorization program have visited Thailand, Ethiopia, Kenya, Tanzania, Pakistan and Bangladesh to help enhance the performance of the Qur'an memorization centers. As a result, activities at the Qur'an memorization centers in the Philippines have resumed. Fifty learners are expected to complete the memorization process every year.

Moreover, Qur'an memorization competitions were held in Afghanistan, Pakistan, Bangladesh, Thailand, the Philippines, Uganda and Tanzania.

### Newly Established Qur'an Memorization Centers.

Within the same period, the Qur'an memorization program took over the supervision of new Qur'an memorization circles in Jordan, Indonesia, Palestine, Lebanon, India, Sudan, Madagascar and Mozambique.

**L**'O.I.I.S a dépensé la somme de 2098433 riyals pour les besoins du P.M.S.C.

• Le Programme assure la gestion de 570 centres et cercles coraniques pour un effectif total 33884 élèves.

• 21 pays en Afrique et en Asie bénéficient du programme des services du P.M.S.C/O.I.I.S.

### Visites et concours:

Les délégués du P.M.S.C. ont effectué des visites d'inspection et de travail dans plusieurs pays: Thaïlande, Ethiopie, Kenya, Tanzanie, Pakistan et Bangladesh. Des concours ont été organisés et les lauréats ont éte recompensés.

Il a été également procédé à la réouverture de 2 centres coraniques aux Philippines. Des concours ont été organisés au niveau local dans plusieurs pays dont Afghanistan, Pakistan, Bangladesh, Thaïlande, Philippines, Ouganda et Tanzanie.

### Nouveaux centres et cercles coraniques:

Les délégués du P.M.S.C ont procédé aussi, durant la même année, à l'inauguration de nouveaux centres et cercles coraniques en Jordanie, Indonésie, Palestine, Liban, Inde, soudan Madagascar et Mozambique.



Former Pakistan President Mohammed Rafiq Tarar receives the IIROSA shield from Dr. Adnan Khalil Basha, Secretary-General of IIROSA.
L'AncienPresident Pakistanais, Mohammad Rafiq Tarar recevant le bouclier de l'O.I.I.S/A.S. des mains du Secretaire General de l'Organisation, Dr. Adnan Khalil Basha.

70

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000396

### Table (1) shows the number of Qur'an memorization centers and the learners during the year 2000 - 2001

### Tableau No (1): Cercles et centres coraniques et nombre d'élèves pour l'exercice 2000\2001

| No. | Country<br>Pays | No. of Centers & Circles<br>Cercles et centres | No. of learners<br>Nombre d' élèves | No. of staff<br>Nombre de personnel | Amount spent in SR.<br>Dépenses en riyals |
|---|---|---|---|---|---|
| 1 | Ethiopia<br>Ethiopie | 47<br>47 cercles coraniques | 3500 | 47<br>47 enseignants + un cadre | 65415 |
| 2 | Uganda<br>Ouganda | 42<br>42 cercles coraniques | 1200 | 42<br>42 enseignants | 103869 |
| 3 | Burundi<br>Burundi | 10<br>10 cercles coraniques | 200 | 10<br>10 enseignants | 23733 |
| 4 | Tchad<br>Tchad | 32<br>32 cercles coraniques | 3000 | 32<br>32 enseignants+ un cadre | 109267 |
| 5 | Tanzania<br>Tanzanie | 22<br>22 cercles coraniques | 1540 | 22<br>22 enseignants | 65415 |
| 6 | Sudan<br>Soudan | 40<br>40 cercles coraniques | 2800 | 40<br>40 enseignants | 10000 |
| 7 | Somalia<br>Somalie | 75<br>75 cercles coraniques | 7500 | 75<br>75 enseignants+ un cadre | 260191 |
| 8 | Madagascar<br>Madagascar | 3<br>3 cercles coraniques | 150 | 3<br>3 enseignants | 2493 |
| 9 | Mauritania<br>Mauritanie | 15<br>15 cercles coraniques | 900 | 15<br>15 enseignants+ un cadre | 53461 |
| 10 | Mozambique<br>Mozambique | 15<br>15 cercles coraniques | 500 | 15<br>15 enseignants | 16875 |
| 11 | Jordan<br>Jordanie | 11 cercles coraniques | 2664 | 22<br>22 enseignants | 49652 |
| 12 | Afghanistan<br>Afghanistan | 11<br>50 cercles coraniques | 1500 | 50<br>50 enseignants+un cadre | 143121 |
| 13 | Indonesia<br>Indonésie | 50<br>33 cercles coraniques | 1650 | 50<br>50 enseignants+un cadre | 20667 |
| 14 | Pakistan<br>Pakistan | 33<br>56 cercles coraniques | 1230 | 56<br>56 enseignants+un cadre | 190820 |
| 15 | Bangladesh<br>Bangladesh | 56<br>30 cercles coraniques | 1800 | 30<br>30 enseignants | 71200 |
| 16 | Bosnia – Hrzgovina<br>Bosnie-Herzégovine | 30<br>Appui à un concours de recitation du Saint Coran | - | - | 15000 |
| 17 | Thailand<br>Thaïlande | Qur'an mem. Competition<br>30 cercles coraniques | 2100 | 30<br>30 enseignants | 102825 |
| 18 | Sri Lanka<br>Sri Lanka | 30<br>15 cercles coraniques | 350 | 15<br>15 enseignants | 41745 |
| 19 | Palestine<br>Palestine | 15<br>40 cercles coraniques | 900 | 40<br>40 enseignants | 598958 |
| 20 | Lebanon<br>Liban | 40<br>4 centres coraniques | 400 | 8<br>8 enseignants | 143726 |
| 21 | India<br>Inde | 4<br>Appui à un cercle coraniques | - | - | 1000 |
| | Total | Qur'an circles subsidized 570<br>570 cercles et centre coraniques | 33884 | 592<br>592 enseignants | 2098433 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA<br>ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

**71**

IIRO 000397

### Table (2) shows carton weights of copies of Holy Qur'an shipped to
### Qur'an centers during the year 2000-2001
### Tableau No(2) Poids des cartons de livres enoyes aux cercles coraniques pour l'exercice 2000\2001

| No. | Country Pays | Kilograms Poids en kgs | Costs in SR. Dépenses en riyals | Beneficiaries - Nombre de bénéficiaires | |
|---|---|---|---|---|---|
| | | | | Teachers - Enseignants | Students - élèves |
| 1 | Ethiopia Ethiopie | 490 | 1853 | 47 | 1350 |
| 2 | Indonesia Indonésie | 1589 | 6773 | 33 | 2300 |
| 3 | Afghanistan Afghanistan | 544 | 1586 | 50 | 1500 |
| 4 | Uganda Ouganda | 485 | 2700 | 42 | 1260 |
| 5 | Pakistan Pakistan | 1576 | 3980 | 41 | 4100 |
| 6 | Bangladesh Bangladesh | 576 | 1480 | 30 | 4500 |
| 7 | Burundi Burundi | 195 | 1872 | 10 | 500 |
| 8 | Thailand Thaïlande | 261 | 1086 | 70 | 2100 |
| 9 | Tchad Tchad | 730 | 6975 | 32 | 3200 |
| 10 | Tanzania Tanzanie | 345 | 2110 | 22 | 1100 |
| 11 | Sri Lanka Sri Lanka | 67 | 410 | 15 | 525 |
| 12 | Somalia Somalie | 1037 | 5508 | 75 | 7500 |
| 13 | Philippines Philippines | 295 | 1984 | 40 | 1200 |
| 14 | Kenya Kenya | 464 | 1664 | 37 | 1850 |
| 15 | Mauritania Mauritanie | 250 | 2395 | 11 | 550 |
| | Total | 8904 8904 kgs | 42376 | 555 | 33535 |



IIROSA-built orphanage King Faisal University in Tchad.
L'Universite Roi Faisal Construite par l'O.I.I.S/A.S au Tchad.



IIROSA-built orphanage center in Ethiopia.
Un orphalinat construit par l'O.I.I.S/A.S en Ethiopie.

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000398

**Amount spent on the Qur'an Memorization Program during the year 2000-2001**
**Depenses  pour les besoins du P.M.C.S pour l'exercice 2000-2001**



**Kilogram weights of cartons containing copies of the Qur'an shipped to Qur'an memorization centers and centers in 2000-2001**

**Poids en kgs des cartons aux centres et aux cercles coraniques pour l'exercice 2000- 2001**



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

**73**

IIRO 000399

**Percentage of actual amounts spent on Qur'an memorization program during the year 2000 - 2001**

**Les Dépenses pour les besoins du P.M.S.C pour l'exercice 2000\2001**



**Percentage of learners enrolled in the Qur'an memorization program during the year 2000 - 2001**

**Taux des élèves du P.M.S.C en Asie et en Afrique pour l'exercice 2000\2001**



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000400



IIROSA-sponsored students
listen Quran memorization
lecture in Philippines.

Des éleves pris en charge par
l'O.I.I.S\RAS s'instruisent en
siuvant un cours de memori-
sation du Saint Coran
(Philippines)



IIROSA-sponsored students
listen Quran memorization
lecture in Somalia

Des éleves pris en charge par
l'O.I.I.S\RAS s'instruisent en
siuvant un cours de memori-
sation du Saint Coran
(Somalie)



A young girl holding a wood-
en plate on which Quran vers-
es are written, in Somalia.

Une jeune fille tient une
petite planche de bois tenant
lieu d'ardoise sur la quelle
sont ecrits quelques versets
ceraniques.

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

**75**

IIRO 000401



IIROSA-sponsored student recites Quran in Bangladesh.

Des eleves pris en charge par l'O.I.I.S\RAS récitent du coran (Bangladesh)

IIROSA-sponsored students attend Quran memorization lecture in Indonesia.

Des eleves pris en charge par l'O.I.I.S sinvent un cours de memorisation du saint Coran (Indonésie)



**76**

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000402



The Human Resources Development Program
Programme du Developpement des Ressources Humaines (P.D.R.H)

HRO 000403

**T**HIS program, initiated by the IIROSA, supervises more than 15 vocational training projects including computer literacy and sewing.

• The amount of money spent on the program during the year 2000 - 2001 is estimated at SR.214,360.

• The total number of male and female learners was 1,315.

• The program covered nine countries.

The importance of education as a backbone of real development, the IIROSA through its Human Resources Development Program been establishing, subsidizing and running a number of vocational training centers and institutes in various parts of the world. Poor and needy students are trained at these centers and institutes to become carpenters, blacksmiths, auto mechanics, electricians, tailors, knitters and computer literates.

Programme du Devloppement des Ressources Humaines de L'O.I.I.S dirige 15 programmes de formation professionnelle, en'informatique et de couture à travers le monde.

- Le P.D.R.H a dépensé pour l'exercice 2000\2001 la somme de

214 360 riyals pour les besoins des projets developpement des ressources humaines.

- Le nombre des stagiaires garçons et filles confondus a atteint 1315 élèves.

- 9 pays ont bénéficié des des structures de P.D.R.H.

Consciente de l'importance de la formation en tant que facteur essentiel du vrai développement, l'O.I.I.S du royaume d'Arabie Saoudite s'est attelée,à travers des programmes de la promotion humaine, à implanter, à appuyer et à gérer de nombreux centres et instituts formation professionnelle pour former les enfants des pauvres et des nécessiteux dans diverses professions ou métiers manuels tels que: la menuiserie, la soudure, la mécanique, l'éléctricité, la couture, le tricotage, l'informatique.

L'O.I.I.S tend à travers ces programmes à aider ces enfants pauvres à sortir des ténèbres de l'ignorance et du sous développement pour une meilleure et décente vie loin de l'humiliation de la mendicité et du chômage.



IIROSA-established human sustainable development project in Egypt.

Un projet de developpement mis en place par l'O.I.I.S\RAS (Egypte)

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000404

**This table shows the achievements of the Human Resources Development
Program during the year 2000-2001
Réalisations du P.D.R.H pour l'exercice 2000\2001**

| No. | Country Pays | Project Nombre de projets | Beneficiaries Bénéficiaires | Staff Personnel | Amounts spent in SR. Dépenses (riyals) |
|---|---|---|---|---|---|
| 1 | Albania Albanie | Computer literacy center Centre de formation en Informatique | 120 | | 37000 |
| 2 | Uganda Ouganda | Computer literacy center Centre de formation en Informatique | 150 | | 13000 |
| 3 | Bangladesh Bangladesh | Asma sewing center Centre "Asma" de couture | 65 | 5 | 21400 |
| 4 | Tchad Tchad | Vocational training institute Institut secondaire de formation professionnelle | 100 | 5 | 27400 |
| | | Al-Madina computer center Centre "Madina" de formation en Informatique * | 250 | - | Self-reliant autonome |
| 5 | Djibouti Djibouti | Sewing and fabrics center Centre de couture et de tissage | 60 | 1 | 8000 |
| 6 | Somalia Somalie | Sewing and fabrics center Centre de couture et de tissage | 50 | 1 | 7000 |
| 7 | Mali Mali | Fatima sewing center Centre "Fatima" de couture | 40 | 4 | 12360 |
| | | Khadijah sewing center Centre "Khadija" de couture | 30 | 5 | 15360 |
| 8 | Mauritania Mauritanie | Ummahat sewing center Centre "Oumahat al moumnine" de couture | 80 | 3 | 15000 |
| 9 | Nigeria Nigéria | Printing & secretarial center - Kaduna Centre de formation en secrétariat et en dactylographie à Kaduna | 80 | 7 | 22080 |
| | | Sewing training center-Kaduna Centre de couture à Kaduna | 70 | 6 | 11640 |
| | | Sewing training center- Lagos Centre de couture à Lagos | 75 | 6 | 10020 |
| | | Sewing training center- Ilorin Centre de couture à Ilorin | 75 | 4 | 8340 |
| | | Sewing training center- Ibadan Centre de couture à Ibadan | 60 | 3 | 7560 |
| Total | | 15 15 | 1315 | | 216160 |

\* Le centre "Madina" de formation en Informatique a été remis à l'Université du roi
Faissal au profit des étudiants universitaires.




A tailoring center established by IIROSA in Bangladesh.

Un centre de couture mis en plce par l'O.I.I.S\RAS au Bangladesh.

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

**79**

IIRO 000405

## Beneficiaries of the Human Resources Development Program
## during the year 2000 - 2001
## Nombre des bénéficiaires du Programme de la Promotion humaine pour l'exercice 2000\2001



## Percentage of beneficiaries of the Human Resources Development Program  in 2000-2001
## Taux des bénéficiaires  des services du P.D.R.H et du Programme de la Promotion humaine pour l'exercice 2000\2001



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAME D' ARABIE SAOUDITE

IIRO 000406



Ramadan Free Meal Program
Programme de Distribution
de repas aux jeûneurs

HRO 000407

**F** REE Meal Program in the Fasting month of Ramadan.

• In the year 2000 - 2001, the IIROSA spent about SR.3,062,590 in providing people fasting during the month of Ramadan with free meals to break their fasting.

• About 1,200,000 persons have benefited from these program.

• The program was implemented in about 66 countries extending from Australia in the east to South Guyana in the west.



Shortly before the advent of the month of Ramadan, the IIROSA sets the ball rolling in preparation to provide free meals to thousands of peoples observing the Ramadan fasting around the world, especially those in areas affected by natural disasters and calamities as well as those afflicted with poverty.

In fact the program has become so popular among many underprivileged societies in the world, where people joyously await the arrival and the beginning of the program every year.

**L** 'O.I.I.S a dépensé la somme de 3 062 590 riyals pour le Programme de Distribution de repas aux jeûneurs pour l'exercice 2000\2001.

• 1200 000 jeûneurs et jeûneuses ont bénéficié du Programme de Distribution de repas aux jeûneurs pour l'exercice 2000\2001.

• Le Programme de Distribution de repas aux jeûneurs a été mis en oeuvre dans 66 pays de l'Australie à l'Est jusqu'en Guinée à l'Ouest.

Avant l'avénement du mois béni du Ramadhan de quelques jours, l'O.I.I.S



procède à l'équipement de certaines de ses structures de secours en vue de se préparer pour avoir acces aux milliers de personnes à travers le monde notamment ceux qui sont victimes des catastrophes et d'autres sinistres, ceux qui souffrent de pauvreté ou autres nécessiteux. L'O.I.I.S oeuvre par là à fournir des repas aux pauvres pendant le mois du Ramadhan afin qu'ils sentent qu'ils ont des frères à travers le monde qui pensent à eux et ressentent à leurs égards de l'amour et de la solidarité.

Ce programme de l'O.I.I.S est devenu notoire auprès de nombreuses communautés minoritaires pauvres qui l'attendent chaque année avec une grande impatience et une joie immense.

**Table (1) shows total amount spent on the Ramadan Free Meal Program during the year 2000-2001 continentally.**

**Tableau No (1) Total des dépenses pour le besoin du programme de Distribution de repas aux jeûneurs pour l'exercice 2000\2001 selon les continents**

| No. | Continent Continent | Actual expenditure Dépenses réelles | Beneficiary countries Pays bénéficiaires | Beneficiaries Nombre de bénéficiaires |
|---|---|---|---|---|
| 1 | Asia Afrique | 1161340 | 33 | 535000 |
| 2 | Africa Asie | 1281250 | 21 | 576500 |
| 3 | Europe Europe | 575000 | 8 | 78500 |
| 4 | The Americas Amériques | 10000 | 2 | 3000 |
| 5 | Australia Australie | 35000 | 2 | 7000 |
| | Total | 2062590 | 66 | 1200000 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000408

Table (2) shows African countries that benefited from the Ramadan Free Meal Program in the year 2000-2001
Tableau No (2) Dépenses effectuees pour les besoins du programme de Distribution de repas aux jeûneurs en Afrique pour l'exercice 2000.2001

| No. | Country Pays | Amount spent Dépenses réelles | Beneficiaries Nombre de bénéficiaires |
|---|---|---|---|
| 1 | Ethiopia Ethiopie | 50000 | 10000 |
| 2 | Eritrea Erythrée | 30340 | * |
| 3 | Uganda Ouganda | 50000 | 20000 |
| 4 | Burkina Faso Burkina Faso | 30000 | 20000 |
| 5 | Burundi Burundi | 15000 | 7000 |
| 6 | Benin Bénin | 15000 | 6000 |
| 7 | Tchad Tchad | 100000 | 45000 |
| 8 | Tanzania Tanzanie | 25000 | 12000 |
| 9 | Togo Togo | 15000 | 8000 |
| 10 | Gabon Gabon | 35000 | 17500 |
| 11 | Gambia Gambie | 20000 | 10000 |
| 12 | South Africa Afrique du Sud | 20000 | 10000 |
| 13 | Djibouti Djibouti | 35000 | 17000 |
| 14 | Rwanda Rwanda | 25000 | 12000 |
| 15 | Cote d'Ivoire Côte d'Ivoire | 1500 | 7500 |
| 16 | Senegal Sénégal | 50000 | 25000 |
| 17 | Sudan Soudan | 70000 | 35000 |
| 18 | Sierra Leone Sierra Leone | 35000 | 17500 |
| 19 | Somalia Somalie | 55000 | 25000 |
| 20 | Ghana Ghana | 30000 | 18000 |
| 21 | Guinea Bissau Guinée Bissau | 15000 | 10000 |
| 22 | Republic of Guinea Guinée | 20000 | 10000 |
| 23 | Cameroun Cameroun | 15000 | 10000 |
| 24 | Congo Brazzaville Congo Brazzaville | 15000 | 7500 |
| 25 | D.Republic of Congo Congo Démocratique | 25000 | 12500 |
| 26 | Kenya Kenya | 60000 | 30000 |
| 27 | Mali Mali | 35000 | 17500 |
| 28 | Egypt Egypte | 25000 | 12500 |
| 29 | Morocco Maroc | 10000 | 5000 |
| 30 | Mauritania Mauritanie | 35000 | 17500 |
| 31 | Mozambique Mozambique | 25000 | 12500 |
| 32 | Niger Niger | 20000 | 10000 |
| 33 | Nigeria Nigeria | 140000 | 60000 |
| | Total | 1161340 | 535000 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

**83**

IIRO 000409

Table (3) shows Asian countries that benefited from the Ramadan Free Meal Program in the year 2000- 2001

Tableau No (3) Dépenses sur le programme de Distribution de repas aux jeûneurs en Asie pour l'exercice 20002001

| No. | Country Pays | Amount spent in SR. Dépenses réelles | Beneficiaries Nombre de bénéficiaires |
|---|---|---|---|
| 1 | Jordan Jordanie | 60000 | 17000 |
| 2 | Afghanistn Afghanistan | 150000 | 95000 |
| 3 | Indonesia Indonésie | 100000 | 50000 |
| 4 | Pakistan Pakistan | 120000 | 65000 |
| 5 | Bangladesh Bangladesh | 120000 | 60000 |
| 6 | Thailand Thaïlande | 50000 | 15000 |
| 7 | Isl. Reps./ Central Asia Rép. islamiques | 50000 | 7000 |
| 8 | Siberia Sibérie | 20000 | 1500 |
| 9 | Sri Lanka Sri Lanka | 60000 | 35000 |
| 10 | Peoples Republic of China Chine populaire | 25000 | 7000 |
| 11 | Iraq Iraq | 56250 | 28000 |
| 12 | Philippines Philippines | 20000 | 8000 |
| 13 | Vietnam Viêt-nam | 10000 | 4000 |
| 14 | Iraqi - Kurdistan Kurdisan | 150000 | 75000 |
| 15 | Azad Kashmir Cachemire libre | 50000 | 20000 |
| 16 | Cambodia Cambodge | 20000 | 8000 |
| 17 | Lebanon Liban | 15000 | 3000 |
| 18 | Nepal Népal | 35000 | 12000 |
| 19 | India Inde* | 60000 | 30000 |
| 20 | Laos Laos | 10000 | 4000 |
| 21 | Yemen Yemen | 100000 | 32000 |
| | Total | 1281250 | 576500 |

* Associations chargées de l'exécution de ce programme en Inde: Association Azahra des orphelines, Commission de coordination avec les orphelinats, Université Assalihat, Dar Moussanafine,Université de Riyadh al Ulom.

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000410

Table (4) shows European countries that benefited from the Ramadan Free Meal Program in the year 2000-2001
Tableau No (4) Pays européens bénéficiaires du programme de Distribution
de repas aux jeûneurs pour l'exercice 2000\2001

| No. | Country<br>Pays | Amounts spent in SR<br>Dépenses réelles | Beneficiaries<br>Nombre de bénéficiaires |
|---|---|---|---|
| 1 | Albania<br>Albanie | 150000 | 22000 |
| 2 | Bosnia-Herzegovina<br>Bosnie-Hérzégovine | 100000 | 14000 |
| 3 | Belgium<br>Belgique | 15000 | 2000 |
| 4 | Turkey<br>Turquie | 100000 | 15000 |
| 5 | Denmark<br>Danemark | 200000 | 2000 |
| 6 | Kosovo<br>Kosovo | 150000 | 20000 |
| 7 | Austria<br>Autriche | 200000 | 1500 |
| 8 | Holland<br>Hollande | 200000 | 2000 |
| | Total | 575000 | 78500 |

Table (5)-showing countries in the Americas that benefited
from the Ramadan Free Meal Program in the year 2000 - 2001
Tableau No (5) Pays d'Amérique bénéficiaires du programme
de Distribution de repas aux jeûneurs pour l'exercice 2000\2001

| No. | Country<br>Pays | Amount spent in SR.<br>Dépenses réelles | Beneficiaries<br>Nombre de bénéficiaires |
|---|---|---|---|
| 1 | Southern Guyana<br>Guinée du Sud | 10000 | 2000 |
| 2 | Canada<br>Canada | Surplus since 1419<br>Excédent de l'année écoulée(2000) | 1000 |
| | Total | 10000 | 3000 |

Table (6) shows countries that benefited from the Ramadan Free Meal Program
in the Australian continent in the year 2000 - 2001
Tableau No (6) Pays bénéficiaires du programme de Distribution de repas aux jeûneurs en
Australie pour l'exercice 2000\2001

| No. | Country<br>Pays | Amounts spent in SR.<br>Dépenses réelles | Beneficiaries<br>Nombre de bénéficiaires |
|---|---|---|---|
| 1 | Australia<br>Australie | 20000 | 4000 |
| 2 | Papua New Guinea<br>Papouasie-Nouvelle Guinée | 15000 | 3000 |
| | Total | 35000 | 7000 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

**85**

IIRO 000411

**Statement of the beneficiaries of the Free Meal Program In the various continents in the year 2000-2001**
**Nombres personnes de bénéficiaires du Programme de Distribution de repas aux jeûneurs selon les continents**



Percentage of the amounts spent on the Free Meal Program continentally in the year 2000-2001
Depenses effectuees pour les besoins du Programme de Distribution de repas aux jeûneurs pour exercice 2000\2001 selon les continents





HROSA supplies free meals to the poor and needy
people in India.
L'O.I.I.S\RAS sert des repas gratuits aux pauvres et
aux nécessiteux (Inde)



HROSA supplies free meals to the poor and needy
people in Pakistan.
L'O.I.I.S\RAS sert des repas gratuits aux pauvres et
sux nécessiteux (Pakistan)

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 000412