

External Relations and Coordination with
Islamic as well as International Institutions
Relations extérieures et coordination avec les
Organisations internationales

IIRO 000413

**F** IRST Membership of the International Voluntary and Umbrella Institutions and Organizations working in the Field of Relief Operations at the International Fora.
Relations with other International Organizations:

The IIROSA is very keen on maintaining excellent working relations with other international bodies with similar objectives. Thus its Bulletins are issued in the various languages of the world, and it participates constantly, and presents working papers to the various international fora and the United Nations conferences on relief issues.



### Memberships:

The International Islamic Relief Organization is a member of the following organizations:
1- International Islamic Council for Da'wa (Isl. Propagation) and Relief.
2- Heads the General Committee on Relief at the International Islamic Council on Da'wa and Relief.
3- The Economic and Social Council of the UN.
4- Conference of the Non-Governmental Organizations, (CONGO).
5- International Organization on Migration, (IOM).
6- International Council of Voluntary Organizations, (ICVA).
7- Organization of the Islamic Conference, (OIC).
8- Saudi Arabian Joint Relief Committee for Kosovo, Turkey and Chechnya.
9- Member of the domestic committees supporting relief and other humanitarian activities.



**A** dhésion de l'O.I.I.S aux Agences et organisations de secours internationales
L'O.I.I.S à travers ses activités ainsi que sa réputation internationale est liée au nom du royaume d'Arabie saoudite. Cela est en lui-même un grand honneur pour l'O.I.I.S qui a toujours veillé à affirmer cette verité et ce à travers ses publications en différentes langues étrangères et ses documents de travail présentés lors des réunions internationales et conférences des Nation unies sur le Secours et autres thèmes, afin de mettre en relief le rôle pionnier du royaume d'Arabie saoudite tant au niveau de son gouvernement que de son peuple dans les domaines d'appui et d'assistances aux actions de bienfaisance, de charité et d'aide humanitaire dans le monde. L'O.I.I.S est l'une des organisations internationales de secours qui sont invités à particiiper aux réunions des Nations unies sur les questions de réfugiés, de la maternité, de l'enfance, des catastrophes et de Secours.
L'O.I.I.S est:
1- Membre de l'Organisation islamique mondial pour l'Education et le Secours.
2- Membre de certains comités de l'Organisation islamique mondiale pour l'Education et le Secours et préside son comité de secours général.
3- Membre du Conseil économique et social de l'ONU (ECOSOC).
4- Membre de la Conférence des Organisations non gouvernementales (CONGO).
5- Membre observateur de l'Organisation mondiale de l'Immigration (OIM).
6- Membre du Conseil mondiale des organisations bénévoles (ICVA)
7- Membre observateur de l'Organisation de la Conférence islamique (OCI).
8- Membre du comité mixte saoudien de secours pour le Kosovo, la Turquie et la Tchétchénie.
9-Membre des comités mixtes locaux composés de Gouvernorats des 13 régions du royaume d'Arabie saoudite de solidarité avec la Palestine.

### II) Coopération avec les organisations internationales pour l'exécution des programmes communs en faveur des réfugiés.

L'O.I.I.S a des liens de coopération avec les organisations suivantes:
1- Programme mondial de l'Alimentation.
2- UNHCR: (Le Haut commissariat pour les réfugiés des Nations unies).
3- UNICEF (Le Fonds des Nations unies pour l'enfance).
4- OMS: (l'Organisation mondiale de la

### Second: Joint operations with other international organizations:

The IIROSA is actively cooperates with the following international organization in the field of humanitarian and relief operations:
1- World Food Program of the United Nations, (WFP).
2- United Nations High Commission for Refugees, (UNHCR).
3- United Nations International Children's Emergency Fund, (UNICEF).
4- World Health Organization, (WHO).
5- SIDA in Canada.

### Third: Cooperation with other Islamic Institutions and Organizations:

1- The International Islamic Council on Da'wa and Relief, Cairo

The IIROSA heads the General Relief Committee, and is a member of many other committees as well as the constituent body and the presidential council.

2- Organization of the Islamic Conference:

The IIROSA maintains strong ties of cooperation with the OIC. As an observer at the OIC, IIROSA participates both in the Islamic summit conferences and the Foreign Ministers' conference, during which its Secretary General submits reports concerning the relief operations of the organization in particular, and in his capacity as the president of the General Relief Committee, also submits reports on the relief activities of the Islamic relief organizations in general. Apart from its strong relations with the Islamic Solidarity Fund of the OIC, the IIROSA also participates in the meetings of the Committee on Coordination of Islamic Action of the OIC.

3- Islamic Development Bank: There are strong cooperation between the IIROSA and the Islamic Development Bank as regards the management of certain projects of the IDB. Accordingly, the IIROSA is running the health care as well as the educational projects






Santé).
SIDA du Canada, et autres Organisations similaires.

### III) Coopération avec les Organisations islamiques:

1- L'Organisation islamique mondial pour l'Education et le Secours - Le Caire.

L'O.I.I.S préside un des comités permanents de cette organisation (Comité de secours général) et est également membre d'autres comités, elle participe aussi aux réunions du Conseil constitutif et du Conseil de la présidence de Cette organisation.

2- L'OCI: L'O.I.I.S entretient des relations étroites de coopération avec l'Organisation de la Conférence Islamique, et participe aux sommets islamiques et aux conférences des ministres des Affaires étrangères des pays islamiques. Dans le cadre des réunions de travail du comité de coordination de l'action islamique relevant de l'OCI,le Secrétaire général de l'O.I.I.S a présenté des rapports sur les activités de l'O.I.I.S de manière générale et sur celles des organisations de secours islamiques de manière particulière en sa qualité de président du Comité de secours général. L'O.I.I.S a,aussi, des liens étroits de coopération avec le Fonds de Solidarité islamique de l'OCI lequel octroie quelques assistances aux projets de secours.

3- BID: Il existe une coopération étroite et permanente entre l'O.I.I.S et la Banque Islamique de Développement dans la gestion de certains projets mis en oeuvre pa la Banque. Dans ce cadre l'O.I.I.S assure la supervision sur certains programmes de santé et d'éducation en Somalie et au Kenya. L'O.I.I.S se charge aussi de distribuer les assistances financières accordées par la BID aux réfugiés rwandais et aux

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

**89**

IIRO 000415

of the IDB in Kenya and Somalia, and implements the Bank's grants to Rwandan refugees in Tanzania and also to Chechnyan refugees. The IIROSA also distributed 5,000 heads of sacrificial meat supplied by the IDB in Lebanon.

4- ISESCO: The IIROSA is actively interacting with the Islamic Educational Scientific and Cultural Organization in the field of information, participation in educational, scientific and cultural events, studies, curricula and research, films and books, refresher courses for teachers, and scholarship grants to students from the Islamic minority communities.

5- Iqra Charity Society: This society works together with the IIROSA in subsidizing and running the schools of both the Burmese refugees and the children of the African community in Makkah Al-Mukarramah. The IIROSA contributes the sum of SR.100,000 to each of the two schools while Iqra supervises and runs them.

### Fourth: The AActivities of the General Relief Committee and Coordination between member organizations:

The IIROSA heads the General Relief Committee of the International Islamic Council on Da'wa and Relief and coordinates between the member organizations. Thanks to its efforts in this regard, Islamic relief organizations are now more willing to coordinate and cooperate among themselves in the various aspects of relief activities.

### Fifth: Conferences, research and working papers:

#### (A) – Conferences:

1- IIROSA participated in the 27th conference of the International Federation of Red Crescent and Red Cross Societies which was held in Geneva between the 31st of October and the 11th of November 1999.

2- IIROSA participated in the International Conference on Refugees, which was held in Azerbaijan on 18/5/2000. The conference was inaugurated by Deputy Premier Ali Hasanov

3- IIROSA took part in symposium organized by non-profit and technology institutions in Beirut between 12-13/6/2000.

4- IIROSA participated in the meetings of the General Assembly of the Conference of Non





déportés tchétchènes. De même qu'il a distribué cinq milles carcasses de moutons offerts au Liban par la BID.

4- ISESCO: L'O.I.I.S coopère avec l'Organisation Islamique pour l'Education,les Sciences et la Culture dans le cadre des échanges d'informations et d'invitations aux activités pédagogiques, culturelles et scientifiques d'intérêt commun, dans le cadre de l'élaboration d'études, de curriculum et de recherches, la publication de livres et la production de films, l'organisation de stages de formation, l'octroi de bourses d'études universitaires aux étudiants et étudiantes issus des communautés minoritaires.

5- IQRA: (Association saoudienne de Bienfaisance): L'O.I.I.S coopère avec cette Association dans le cadre de l'assistance et de la gestion des écoles des réfugiés birmans et des communautés africaines dans la ville de Mecque.Dans ce cadre, l'O.I.I.S apporte une assistance de cent milles riyals pour chacune de ces communautés alors que l'Association prend en charge la gestion et le fonctionement des écoles.

### IV) Activités du comité de secours général et les efforts de coordination entre les organisations membres:

L'O.I.I.S préside le Comité de secours général de l'Organisation islamique mondial pour l'Education et le Secours et se charge des missions de coordination entre les organisations membres.Les organisations islamiques de secours accordent aujourd'hui plus d'importance à la coordination et à la coopération entre-elles que ce soit dans le cadre des échanges d'expériences,des participations aux réunions et aux conférences internationales ou du financement de projets communs au service des réfugiés ou des déportés dans le monde.

### V) Conférence, recherches et documents de travail.

1- Conférences:

L'O.I.I.S a participé à la 27ème conférence de l'Union internationale des Associations du croissant rouge et de la croix rouge tenue à Genève du 31\10\ au 5\11\1999 correspondant au 22-27\7\1420H.

-L'O.I.I.S a participé à la conférence internationale sur les réfugiés tenue en
Case 1:03-md-01570-GBD-SN   Document 3826-19   Filed 12/01/17   Page 4 of 16

90

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOU...

IIRO 000416

Governmental Organizations, which was held in Vienna between 5-8 November 2000. The organization gained 41 out of the 58 votes cast during the meetings.

5- The Secretary General of the IIROSA took part in the meetings of the Constituent body of the International Islamic Council on Da'wa and Relief, which was held in Cairo, between 7-7/9/2000. During the meetings, the participants lauded the efforts of the General Relief Committee as per the following recommendation: "The Constituent Body hereby applauds the efforts made by the General Relief Committee in the various fields of its activities, and reaffirms the importance of coordinating these efforts. The Constituent Body also calls upon member organizations to urge their branch offices and general committees in emergency areas, especially in the Central Asian countries, the Balkan and the Horn-of-Africa to coordinate their efforts with those of similar organizations in these areas, and to inform the General Relief Committee about these activities with a view of complementing the image of the Islamic relief efforts."

### (B)- Research

(1)- IIROSA submitted a paper on: "International Islamic Relief Organization of Saudi Arabia Against Christianization in Africa" to the 8th symposium of the committee on teaching which was held in Makkah during the month of Ramadan of the year 1999 under the patronage of HRH Prince Bandar bin Salman bin Muhammed Al-Saud.

(2)- IIROSA has prepared a paper to be submitted to the first conference on Awqaf (Islamic endowments) in Saudi Arabia. The paper is entitled: "Endowment...its concept, shapes and functions under the Islamic law".

(3)- During the conference on voluntary efforts and security which was held in Riyadh under the auspices of the Naif Academy of Security Sciences between 25-27/9/2000, IIROSA submitted a paper on "Voluntary Work in Islam and the Role of the Islamic Organization in Comprehensible Development."

(4)- IIROSA has prepared a paper to be submitted to the Fourth General Islamic Conference to be held by the Muslim World League under the theme of "The Muslim Community and Globalization" early 2002.





Azerbaidjan le 18\5\2000 correspondant au 14\2\1421H inaugurée par M. Ali Hasnov, Vice Premier ministre d'Azerbaidjan et président du comité gouvernemental chargé des Affaires des réfugiés et des déportés.

-L'O.I.I.S a participé au symposium des Associations non lucratives et technologiques, tenu à Beyrouth du 12-13\6\2000 correspondant au 10-11\3\1421H à l'invitation des Institutions de la Protection sociale du Liban et le Secrétariat général de la Conférence arabe de Bienfaisance.

- L'O.I.I.S a participé aux réunions de l'Assemblée générale de la Conférence des Organisations non-gouvernementales (Congo) tenue à Vienne du 5-8\11\2000 correspondant au 9-12\8\1421H. Au cours de cette conférence, l'O.I.I.S a été élue-membre du bureau permanent de cette conférence par 41 voix sur 58 voix. Cette élection est d'autant plus significative car ce bureau ne comptait aucun représentant arabe ou musulman.

- Le Secrétaire général de l'O.I.I.S, en sa qualité de président du comité de secours général a participé aux réunions de l'Assemblée constitutive de l'Organisation islamique mondiale pour l'Education et le Secours tenues au Caire du 6-7\9\2000 correspondant au 8-9\6\1421H. L'Assemblée constitutive a rendu hommage aux efforts du comité de secours général dans son communiqué final:

"L'Assemblée constitutive rend hommage aux efforts du comité de secours général dans ses divers domaines d'activités et souligne la nécessité de coopération dans le cadre de ces efforts. Elle appelle les organisations membres d'inciter leurs bureaux et leurs comités généraux dans les régions de secours d'urgence notamment dans les pays d'Asie centrale, dans la région des Balkans et dans la région de la Corne de l'Afrique à la nécessité de coordination avec les organisations similaires se trouvant dans la même région et de tenir le comité de secours général informé de leurs activités afin que les efforts de l'action de secours soient complémentaires".

2- Recherches:

- L'O.I.I.S a préparé une recherche sur les "Awqafs" (biens immobiliers cédés par des

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

91

IIRO 000417

### Sixth: Participation in international fairs

In its vital to get involved in all charitable efforts, IIROSA has been participating in international fairs that are held in connection with charity and relief efforts as follows:
- The International Aid & Trade 98, which was held in Geneva between 6-8 October 1998.
- The Fair on Partnership between the Executive Committee of the UNHCR and the Non-Governmental Organizations, which was held in Geneva between 29/9-1/10/1999.
- The International Aid & Trade fair on mutual assistance, which was held in New York between 31/5 -1/6/2000. IIROSA displayed some of its literature and reports concerning its activities in three languages, namely, Arabic, English and French.

morts aux services de charité) leur significations, leurs formes et leurs fonctions dans la législation islamique. Cette recherche devait être presentée à la première conférence sur les Awqafs qui devait se au royaume d'Arabie saoudite à l'Université de La Mecque, mais la Conférence a été reportée à une date ultérieure.
- L'O.I.I.S a élaboré une étude sur le volontariat en Islam et le rôle des organisations islamiques dans le développement global, présentée à la Conférence sur le volontariat et la sécurité dans les pays arabes sous le thème (la sécurité est l'affaire de tous) tenue du 25-27\9\2000 correspondant au 27-29\6\1421H à Riyadh sous le patronage de l'Académie Nayef des Sciences de sécurité.

### VI) Participation aux expositions internationales:

L'O.I.I.S a participé aux foires, aux expositions internationales et aux rencontres liées aux activités de Bienfaisance et de Secours. L'O.I.I.S a participé à l'exposition 98 sur les Assistances internationales à Genève du 6 au 8 octobre 1998 et à l'exposition du partenariat entre la commission exécutive de l'UNHCR et les ONG organisée à Genève du 29\9 au 1\10\1999. L'O.I.I.S a aussi participé à l'exposition mondiale sur le Secours mutuel de l'an 2000 organisée à New York du 31\5\ au 1\6\2000 au salon de Jacob.K.J. pavillon S302,au cours de laquelle il a exposé certaines de ses publications et autres brochures et rapports sur ses activités en arabe, en anglais et en français.





INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000418



IIROSA's Accomplishments in the Provinces:
Réalisations de l'O.I.I.S dans le monde

IIRO 000419



A photo shows a truck with, palm dates gifted by King Fahd Bin Abdul Aziz, the Custodian of the Two Holy Mosques to IIROSA for distribution to the poor and needy people in Eritrea.

Une photo montrant un camion transportant des dattes offertes par Roi Fahd Bin Abdul Aziz, le Serviteur des Deux Saintes Mosquées a l'O.I.I.S/RAS pour etre distribuées aux pauvres et aux necessiteux en Erythré.

## First: Asia

### 1- Azerbaijan:



During the year 2000 - 2001 IIROSA office in the Republic of Azerbaijan spent about SR.4,381,898 in running three clinics and a medical center, sponsoring 535 orphans and providing free meals during the month of Ramadan, building five cultural centers, subsidizing four teachers and running three refugee camps.

### 2- Jordan:



In the year 2000 - 2001, the IIROSA spent SR.3,018,796 on the following programs in Jordan:
1-Sponsoring 3,103 orphans, providing free meals in Ramadan, offering scholarships to 17 students and distributing palm-dates donated by King Fahd bin Abdul Aziz.

### 3- Afghanistan:

In the year 2000-2001, the IIROSA spent SR. 5,117,633, on the following programs in Afghanistan.

## I) Asie:

### 1- Azerbaidjan:

Le bureau d'Azerbaïdjan a dépensé, pour l'exercice 2000\2002, la somme de (4381898 riyals) pour la réalisation des programmes suivants:
- Gestion de 3 cliniques et d'un centre médical, prise en charge de 535 orphelins et orphelines, distribution de repas aux jeûneurs, construction de cinq centres sociaux, prise en charge de 4 enseignants et gestion de 3 camps de réfugiés.

### 2- Jordanie:

Le bureau de la Jordanie a dépensé,pour l'exercice 2000\2002, la somme de (3018796 riyals) pour la réalisation des programmes suivants: prise en charge de 3103 orphelins et orphelines, distribution de repas aux jeûneurs, gestion de 11 centres coraniques, octroi de boursesd'etudes à 11 étudiants et distribution de dattes offertes par roi Fahd.

### 3- Afghanistan:

L'O.I.I.S a dépensé pour l' Afghanistan,pour l'exercice 2000\2001, la somme de (5117633 riyals) pour la

94

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000420

Running a hospital and ten clinics, implementing two inoculation programs against malaria, sponsoring 3,665 orphans, subsidizing an orphanage, providing free meals in Ramadan, and the Islamic University of Science and Technology, providing urgent relief to draught victims and shipping 16 containers of palm-dates donated by King Fahd bin Abdul Aziz.

### 4- Indonesia:

In the year 2000-2001, IIROSA spent about SR.2,478,394 on the following programs in Indonesia:
Running two dispensaries, one institute, Free meals in Ramadan, constructing of 79 cultural centers, sponsoring of 3,665 male and female orphans and patronizing a supervisor.

### 5- Uzbekistan:

During the year 2000 - 2001, IIROSA offered scholarships to two Uzbek students from different Uzbek colleges, at the cost of SR4,667.

### 6- Pakistan:

In the year 2000-2001, IIROSA spent SR.4,723,307 on the following programs in Pakistan:
Running two hospitals and two clinics, sponsoring 1,328 orphans, 28 instructors, subsidizing four orphanages, free meals in Ramadan, constructing 14 cultural centers, sponsoring two students, providing urgent relief to draught victims and shippied 28 containers of palm-dates donated by King Fahd bin Abdul Aziz.

### 7- Bangladesh:

In the year 2000 - 2000, IIROSA spent SR.7,139,793 on the following programs in Bangladesh:
Running seven dispensaries, six primary schools, sponsoring 1,513 orphans, subsidizing five orphanages and a sewing and embroidery center, free meals in Ramadan, sponsors 61 instructors, five teachers, constructing 99 cultural centers, digging 147 wells, shipped 16 containers of palm-dates donated by King Fahd bin Abdul Aziz and 60 cartons containing literature.

### 8- Thailand:

In the year 2000-2001, IIROSA spent SR.1,669,361 on the following programs in Thailand:
1- Running a clinic, the Jala Islamic College, the Islamic Center of the North.

réalisation des programmes suivants: gestion d'un hôpital et de 10 cliniques, mise en oeuvre de deux programmes de vaccination et de lutte contre le malaria, prise en charge de 3665 orphelins et orphelines, appui à un orphelinat, appui à 50 cercles coranique, assistances à l'Université des sciences et de technologies, et Acheminement de 16 conteneurs de dattes offertes par roi Fahd etc...

### 4-Indonésie:

Le bureau d'Indonésie a dépensé, pour l'exercice 2000\2001, la somme de (2478394 riyals) pour la réalisation des programmes suivants: gestion de deux dispensaires et d'un institut secondaire, distribution de repas aux jeûneurs, prise en charge de 3665 orphelins et orphelines, construction de 79 centres sociaux

### 5- Ouzbékistan:

L'O.I.I.S a octroyé deux bourses d'etudes à deux étudiants Ouzbèkes, pour l'exercice 2000\2001, pour un montant de (4667 riyals)

### 6- Pakistan:

Le bureau du Pakistan a dépensé,pour l'exercice 2000\2001, la somme de (4723307 riyals) pour la réalisation des programmes suivants:gestion de deux hôpitaux et de deux cliniques, prise en charge de 1328 orphelins et orphelines, assistances à 4 orphelinats, distribution de repas aux jeûneurs, prise en charge de 28 éducateurs, construction de 14 centres sociaux et acheminement de 28 conteneurs de dattes offertes par roi Fahd.

### 7- Bangladesh:

Le bureau du Bangladesh a dépensé, pour l'exercice 2000\2001, la somme de (7139793 riyals) pour la réalisation des programmes suivants, gestion de 7 dispensaires et de 6 écoles primaires, prise en charge de 1513 orphelins assistances à 5 orphelinats, distribution de repas aux jeûneurs, apui à 30 cercles coraniques, acheminement de 2 conteneurs de secours, de 16 conteneurs de dattes offertes par roi Fahd et de 60 cartons de livres ... etc.

### 8- Thaïlande:

Le bureau de Thaïlande a dépensé, pour l'exercice 2000\2001, la somme de (1669361 riyals) pour la réalisation des programmes suivants: gestion d'une clinique, de l'Université de Jala et d'un






INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

95

IIRO 000421







sponsoring 161 orphans, subsidizing an orphanage, free meals in Ramadan, building four cultural centers in addition to urgent relief operations among the victims of the floods that affected the southern parts of the country.

### 9- Daghistan:
In the year 2000-2001, IIROSA spent SR.65,333 on sponsoring of 28 Daghistani students.

### 10- Sri Lanka:
In the year 2000-2001, IIROSA spent SR.186,426 on the following programs in Sri Lanka:
Sponsoring 74 orphans (male & female), Ramadan free meal program to the needy and poor people, purchasing of a bus for instructors and assisting 22 needy families.

### 11- Saudi Arabia:



In the year 2000-2001, IIROSA spent SR.11,507,785 on the following programs in Saudi Arabia:
Subsidizing six schools belonging to the Burmese community and four schools belonging to the African community, patronizing six Burmese instructors, sponsoring three students. It also extended financial assistance to the poor and needy expatriate families and distribution of 44,634 kilograms of foodstuff and clothes through the Women's Committee and other charity organizations.

### 12- Siberia:



In the year 2000-2001, IIROSA spent SR.20,000 providing Ramadan Free Meal to more than 15,000 people, including poor, refugees, orphans and needy in Siberia.

### 13- Chechnya:
In the year 2000 - 2001, IIROSA spent SR.12,300,883 on the following programs:
Distributing 100 tons of food items including rice, wheat flour, sugar, cooking oil, macroni, milk powder, 54,150 food baskets, 7,000 health items, children and women's materials, 21,360 blankets, constructing four cultural centers for Chechnya refugees in Azerbaijan with relief items including food, clothes and blankets. It also provided medicines and artificial limbs to the poor and needy people in Azerbaijan.

Lycée au Nord, prise en charge de 161 orphelins et orphelines, assistances à un orphelinat, distribution de repas aux jeûneurs, construction de 4 centres sociaux ...etc.

### 9- Daghestan:
L'O.I.I.S a pris en charge, pour l'exercice 2000\2001, 28 étudiants du Daghestanpour un montant de (65333 riyals)

### 10- Sri-Lanka:
Ce bureau a dépensé, pour l'exercice 2000\2002, la somme de (186426 riyals) pour la réalisation des programmes suivants, prise en charge de 74 orphelins et orphelines, distribution de repas aux jeûneurs, acquisition d'un autobus pour transporter des prédicateurs ...etc.

### 11- Royaume d'Arabie Saoudite:
L'O.I.I.S a dépensé à l'intérieur du royaume d'Arabie Saoudite, pour l'exercice 2000\2001, la somme de (11507785 riyals) pour la réalisation des programmes suivants: gestion de 6 écoles de la communauté birmane et de 4 écoles des communautés africaines, prise en charge de 6 prédicateurs de la communauté birmane et octroi d'une bourse d'etudesà 3 étudiants, assistances financières aux familles pauvres résidentes en Arabie saoudite et non résidentes, distribution de 44634 kgs de produits alimentaires et de vêtements remis par les Comités des femmes.

### 12- Sibérie:
L'O.I.I.S a mis en oeuvre un programme de distribution de repas aux jeûneurs en Sibérie, pour l'exercice 2000\2001,pour un montant de (20,000 riyals) dont ont bénéficié 15,000 personnes.

### 13- Tchétchénie:
L'O.I.I.S a dépensé, pour l'exercice 2000\2001, un programme de secours pour les réfugiés tchétchènes d'un montant de (12300833 RS) pour la réalisation des programmes suivants: distribution de 100 tonnes de produits alimentairres et de 54510 paniers de nourritures et de 7000 sacs de produits sanitaires et d'articles divers nécessaires aux femmes et aux enfants dont 21360 couvertures, construction de 4 centres sociaux pour les réfugiés tchétchènes en Azerbaidjan ...etc.

96 — INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA / ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000422

### 14- China:

In the year 2000 - 2001, IIROSA spent SR.83.193 in China, to support 74 students and to implement free meal program for 7,000 persons during the month of Ramadan

### 15- Tajikstan:

In the year 2000 - 2001, IIROSA spent SR.32.667 to sponsor fourteen students, ( male and female).

### 16- Iraq:

In the year 2000 -2001, IIROSA allocated an amount of SR.56.250 for Free Meal Program that was set up to the benefit of 28,000 persons during the holy month of Ramadan.

### 17- Philippines:

In the year 2000 - 2001, IIROSA spent SR.2.249.374 on running two dispensaries and sponsoring 80 orphans, in addition to providing free meals during the holy month of Ramadan, carrying out relief operations among the victims of the civil war and refugges, distributing 15 containers of palm-dates donated by King Fahd bin Abdul Aziz and 295 kilograms of literature to different schools and colleges..

### 18- Palestine:

In the year 2000 - 2001, IIROSA spent SR.4.618.979 to sponsor 2.890 orphans ( male and female) and subsidize one orphanage.

### 19- Vietnam:

In the year 2000 - 2001, IIROSA spent an amount of SR.10,000 on providing more than 4,000 needy peoples with Free Meals during the holy month of Ramadan.

### 20- Kirghizia:

In the year 2000 - 2001, IIROSA spent SR.4.667 to sponsor two students from Kirghizia.

### 21- Iraqi-Kurdistan:

In the year 2000 - 2001, IIROSA spent an amount of SR.8,101,180 on running six health care projects, sponsoring 4,118 orphans ( male & female), providing free meal to the poor and needy peoples dur-

### 14- Chine:

L'O.I.I.S a affecté en Chine, pour l'exercice 2000\2001, la somme de (83193 riyals)pour la prise en charge de 74 étudiants et la mise en oeuvre d'un programme de distribution de repas aux jeûneurs dont ont bénéficié 7000 personnes.

### 15- Tadjikistan:

L'O.I.I.S a affecté au Tadjikistan,pour l'exercice 2000\2001, la somme de (32667 riyals) pour la prise en charge de 14 étudiants.

### 16- Iraq:

L'O.I.I S a affecté en Iraq,pour l'exercice 2000\2001, la somme de (56250 riyals) pour la mise en oeuvre d'un programme de distribution de repas aux jeûneurs dont ont bénéficié 28000 personnes.

### 17- Philippines:

Le bureau des Philippines a dépensé,pour l'exercice 2000\2001, la somme de (2249374 riyals) pour la réalisation des programmes suivants: gestion de 2 dispensaires, prise en charge de 85 orphelins et orphelines et appui à un orphelinat, distribution de repas aux jeûneurs, campagne de secours en faveur des victimes de la guerre civile, acheminement de 15 conteneurs de dattes offertes par roi Fahd et de 295 kgs de cartons contenant des livres.

### 18- Palestine:

L'O.I.I.S a dépensé en faveur de la Palestine, pour l'exercice 2000\2001, la somme de (4618979 RS) pour la prise en charge de 2890 orphelins et appui à un orphelinat.

### 19-Viêt-nam:

L'O.I.I.S a dépensé au Viêt-nam, pour l'exercice 2000\2001, la somme de (10000 riyals) pour le programme de distribution de repas aux jeûneurs (4000 personnes).

### 20- Kirghizia:

L'O.I.I.S a dépensé au Kirghizia, pour l'exercice 2000\2001, la somme de (4667 riyals) pour la prise en charge de 2 étudiants.

### 21-Kurdistan (Irak):

Le bureau du Kurdisan a dépensé, pour l'exercice 2000\2001, la somme de (8101180 riyals) pour la réalisation des programmes suivants: gestion de 6 projets sanitaires, prise en charge de 4118










INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE                               97

IIRO 000423




ing the holy month of Ramadan, constructing of 90 cultural centers, digging 15 wells, sponsoring of 245 instructors and 15 teachers and offering scholarships to 50 students from different schools and colleges.

### 22- Azad Kashmir:

In the year 2000 - 2001, IIROSA spent an amount of SR.461,868 on sponsoring of more than 62 orphans, providing free meals during the month of Ramadan and urgent relief items to the victims of the conflict between India and Kashmir as well as shipped five containers of palm-dates donated by King Fahd Bin Abdul Aziz.

### 23- Cambodia:



In the year 2000 - 2001, IIROSA spent an amount of SR.20,000 to provide 8,000 persons with free meals during the holy month of Ramadan.

### 24- Laos:

In the year 2000 - 2001, IIROSA spent an amount of SR.10,000 to provide 4,000 poor and needy people with free meals during the month of Ramadan.

### 25- Lebanon:



In the year 2000 - 2001, IIROSA spent an amount of SR.2,063,828 on the following programs:

Running three clinic complexes, a dispensary, an institute, two secondary schools, sponsoring 648 orphans, providing free meals during the month of Ramadan and sponsors 49 instructors and two teachers.

### 26- Malaysia:



In the year 2000 - 2001, IIROSA spent an amount of SR.2,630 to sponsor two students.

### 27- Nepal:



In the year 2000 - 2001, IIROSA spent an amount of SR.56,982 to sponsor 23 orphans (female & males), and two teachers as well as provide free meals to more than 1,200 to the needy and poor people during the holy month of Ramadan.

### 28- India:



In the year 2000 - 2001, IIROSA spent an amount of SR.1,601,698 to run a hos-

orphelins et orphelines, distribution de repas aux jeûneurs, construction de 90 centres sociaux et forage et équipement de 15 puits, prise en charge de 245 prédicateurs et de 15 enseignants et octroi de bourses d'etudes à 50 étudiants.

### 22-Cachemire (Srinagar):

Le Cachemire libre a bénéficié, pour l'exercice 2000\2001, d'une assistance de (461868 riyals) pour la réalisation des pro grammes suivants: prise en charge de 62 orphelins et orphelines, distribution de repas aux jeûneurs, campagne de secours d'urgence aux déportés de guerre entre l'Inde et le Cachemire, acheminement de 5 conteneurs de dattes offertes par roi Fahd.

### 23-Cambodge:

L'O.I.I.S a accordé à ce pays,pour l'exercice 2000\2001, une assistance de (20000 RS) pour la mise en oeuvre d'un programme de distribution de repas (20000 RS) dont ont bénéficié (8000 personnes)

### 24-Laos:

L'O.I.I.S a accordé à ce pays, pour l'exercice 2000\2001, une assistance de (10000 riyals) pour un programme de distribution de repas dont ont bénéficié (4000 personnes).

### 25-Liban:

L'O.I.I.S a accordé au Liban, pour l'exercice 1999\2000, une assistance de (2063828 riyals) pour la réalisation des programmes suivants: gestion de 3 centres médicaux, d'un dispensaire, d'un Institut et d'un Lycéem prise en charge de 648 orphelins et orphelines, distribution de repas aux jeûneurs, appui à 4 Centres coraniques...etc.

### 26- Malaisie:

L'O.I.I.S a accordé, pour l'exercice 2000\2001, des bourse d'études à deux étudiants malaisiens pour un montant de (2630 riyals).

### 27- Népal:

L'O.I.I.S a accordé à ce pays, pour l'exercice 2000\2001,une assistance de (56982 RS) pour la réalisation des programmes suivants: prise en charge de 23 orphelins, prise en charge de 2 enseignants (4800 riyals), distribution de repas à 1200 jeûneurs.

### 28- Inde:

L'O.I.I.S à dépensé en Inde, pour l'exercice 2000\2001, la somme de (1601698

98

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOU

IIRO 000424

pital and medical convoys, sponsor 924 orphans, provide free meals in Ramadan, build 27 cultural centers, dig 72 wells, sponsor 57 instructors and distribute 18 tons of palm-dates to the needy, poor, destitute and displaced people which was donated by King Fahad bin Abdul Aziz Al-Saud.

### 29- Yemen:

In the year 2000 - 2001, IIROSA spent an amount of SR.1,280,935 to sponsor 1,123 orphans, run two dispensaries, patronize seven teachers, build one cultural center and provide 32,000 persons with free meals during the month of Ramadan.

## Second: Africa

### 1- Ethiopia:

In the year 2000 - 2001, IIROSA spent an amount of SR.2,703,984 to run four dispensaries, a school, one training institute, sponsor 57 orphans (male & female), subsidize an orphanage, provide free meals in Ramadan, and sponsor nine instructors, extend financial assistance to two students, provide victims of the famine with urgent relief items, shipped 15 containers of foodstuff and 655 cartons containing educationary materials.

### 2- Eritrea:

In the year 2000-2001, IIROSA spent an amount of SR.2,258,924 to sponsor three orphans, three students and 20 teachers, carry out relief operations among the displaced inside the country, and the refugees in eastern Sudan. Sixteen (16) containers containing palm-dates donated by King Fahd bin Abdul Aziz, including different food items milk, blankets and carpets were shipped to the country, while another eight containers were shipped to IIROSA established two refugee camps in Kalsa and Alafa. More than 1500 refugees have benefitted from these urgent relief aid

### 3- Uganda:

In the year 2000 - 2001, IIROSA spent an amount of SR.2,872,147 to run two dispensaries and one institute, sponsor 2,295 orphans, extend financial assistance to two orphanages and a sewing and computer center, provide free meals during the holy month of Ramadan, build six cultural centers, sponsor one teacher, offer scholarships to ten students (female & male) and shipped more than 530 cartons of educational literature.

riyals) pour la réalisation des programmes suivants: gestion d'un hôpital et des campagnes médicales, prise en charge de 924 orphelins et orphelines, distribution de repas aux jeûneurs, construction de 27 centres sociaux et forage et équipement 72 puits, prise en charge de 57 prédicateurs, distribution de 18 tonnes de dattes.

### 29- Yemen:

L'O.I.I.S à dépensé au Yemen, pour l'exercice 2000\2001, la somme de (1280935 riyals) pour prise en charge de 1123 orphelins, gestion de 2 dispensaires et prise en charge de de 7 enseignants, construction d'un centre social, distribution de repas à 3200 jeûneurs.

## II) Afrique:

### 1-Ethiopie:

Le bureau de l'Ethiopie a dépensé, pour l'exercice 2000\2001, la somme de (2703984 riyals) pour la gestion de 4 dispensaires, d'une école et d'un Institut scientifique, prise en charge de 57 orphelins et gestion d'un orphelinat, distribution de repas aux jeûneurs, appui à 47 cercles de lecture, prise en charge de 9 prédicateurs et octroi d'une bourse d'études à 2 étudiants, campagnes de secours à l'intention des victimes de la secheresse ...etc.

### 2- Erythrée:

L'O.I.I.S a dépensé en Erythrée, pour l'exercice 2000\2001, la somme de (225894 riyals) pour la réalisation des programmes suivants: prise en charge de 3 orphelins,de 3 étudiants et de 20 enseignants, campagnes de secours aux déportés de la guerre réfugiés à l'intérieur de l'Erythrée et aux réfugiés d'Erythrée à l'Est du Soudan (1500 refugiés) acheminement à l'intérieur de l'Erythrée,de 16 conteneurs, dont 8 chargés de dattes offertes par roi Fahd et 8 conteneurs chargés de produits alimentaires,lait, couvertures...etc.

### 3- Ouganda:

Le bureau d'Ouganda a dépensé, pour l'exercice 2000\2001, une somme de (2872147 riyals) pour la réalisation des programmes suivants:gestion de 2 dispensaires, d'un Institut (de cycles moyen et secondaire), prise en charge de 2295 orphelins et orphelines et d'un orphelinat, d'un centre de formation d'informatique, distribution de repas aux jeûneurs, construction de 6 centres socix aux, prise en charge d'un enseignant et octroi de bourses d'etudes à 10 étudiants... etc.







INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

**99**

IIRO 000425



### 4- Benin:

In the year 2000-2001, IIROSA spent an amount of SR.238,811 to run two dispensaries, sponsor three orphans, provide free meals in the holy month of Ramadan, sponsor three teachers, provide urgent relief assistance to the victims of the outbreak of fire in Gaqinmin, assist eight families in rebuilding of their huts as well as 74 refugees from Tchad and dispatch a computer system to IIROSA office.



### 5- Burkina Faso:

In the year 2000 - 2001, IIROSA spent an amount of SR.695,715 to run six dispensaries, sponsor 401 orphans (male & female), provide free meals during the holy month of Ramadan and build two cultural centers.



### 6- Burundi:

In the year 2000 - 2001, IIROSA spent SR.56,583, to offer scholarships to six students, provide free meals in Ramadan and ship 195 kilograms of educational literature.



### 7- Tchad:

In the year 2000 - 2001, IIROSA spent an amount of SR.1,943,705 to run a dispensary and the King Faisal University, sponsor 867 orphans ( male & female), subsidize an orphanage and a vocational training and computer centers, provide free meals during the holy month of Ramadan, sponsor 15 instructors, build 20 cultural centers, shipped two containers of clothes and carpets to cultural centers and cartons containing 775 kilograms of educational literature.



### 8- Tanzania:

In the year 2000 - 2001, IIROSA spent an amount of SR.502,428 to run a dispensary and sponsorse193 orphans, patronize an orphanage, provide free meals in Ramadan, and shipped a container containing palm-dates and cartons of eucational literature weighing about 390 kilograms.

### 4- Bénin:

L'O.I.I.S a dépensé au Bénin, pour l'exercice 2000\2001, la somme de (238811 riyals) pour la : gestion de 2 dispensaires, prise en charge de 3 orphelins, distribution de repas aux jeûneurs, prise en charge de 3 enseignants, porter secours aux victimes d'un incendie dans le village de Ghinine, assistances accordées à 8 familles pour reconstruire leur maisons brulées, assistances à 74 réfugiés tchadien, acquisition d'un ordinateur pour le bureau de l'O.I.I.S au Bénin.

### 5- Burkina Faso:

L'O.I.I. S a dépensé au Burkina Faso, pour l'exercice 2000\2001, la somme de (795715 riyals) pour la réalisation des programmes suivants: gestion de 6 dispensaires, prise en charge de 401 orphelins, distribution de repas aux jeûneurs, onstruction de 2 centres sociaux.

### 6- Burundi:

Le bureau du Burundi a dépensé,pour l'exercice 2000\2001, la somme de (56583 riyals) pour la prise en charge de 2 enseignants, octroi de bourses d'etudes à 6 étudiants, distribution de repas aux jeûneurs, acheminement de 195 kgs de carton de livres.

### 7- Tchad:

Le bureau de Tchad a dépensé, pour l'exercice 2000\2001, la somme de (1943705 riyals) pour la gestion d'un dispensaire et de l'Université du roi Faissal, la prise en charge de 867 orphelins et appui à un orphelinat, à un centre de formation professionnelle et à un centre de formation en informatique, distribution de repas aux jeûneurs, prise en charge de15 prédicateurs, construction de 20 centres sociaux, acheminement de 2 conteneurs de vêtements et de couvertures a des centres culturels et de 770 kilograms de cartons de livres.

### 8- Tanzanie:

Le bureau de Tanzanie a dépensé, pour l'exercice 2000\2001, la somme de (502428 riyals) pour la gestion d'un dispensaire et prise en charge de 193 orphelins et orphelines et d'un orphelinat, distribution de repas aux jeûneurs, prise en charge de 22 cercles coraniques, acheminement d'un conteneur dé dattes et 390 kgs de cartons de livres.

100

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROUAUME D' ARABIE SAOUDITE

IIRO 000426

### 9- Togo:

In the year 2000 - 2001, IIROSA spent an amount of SR.82,588 to run a dispensary, sponsor four orphans and provide free meal in Ramadan.

### 10- Tunisia:

In the year 2000 - 2001, IIROSA spent an amount of SR.2,151 to sponsor two orphans.

### 11- Gabon:

In the year 2000 - 2001, IIROSA spent an amount of SR.35,000 to provide free meals to about 17,500 persons during the holy month of Ramadan.

### 12- Gambia:

In the year 2000 - 2001, IIROSA spent an amount of SR.399,487 to run a dispensary and a dental clinic, sponsor 145 orphans, provide free meals during the holy month of Ramadan, patronize four instructors and four teachers, construct a cultural and ship a container of palm-dates donated by King Fahd bin Abdul Aziz.

### 13- Comoro Island:

In the year 2000 - 2001 IIROSA spent an amount of SR.363,072 to run four dispensaries and ship a container of palm-dates donated by King Fahd bin Abdul Aziz.

### 14- South Africa:

In the year 2000 - 2001, IIROSA spent an amount of SR. 20,000 to provide 10,000 persons with free meals during the month of Ramadan.

### 15- Djibouti:

In the year 2000 - 2001, IIROSA spent an amount of SR.1,259,325 to sponsor 41 orphans, run a sewing center, provide free meals during the holy month of Ramadan and ship 18 containers of palm-dates donated by King Fahd bin Abdul Aziz.

### 16- Rwanda:

In the year 2000 - 2001, IIROSA spent an amount of SR.25,000 to provide 12,000

### 9- Togo:

L'O.I.iS a dépensé au Togo, pour l'exercice 2000\2001, la somme de (82588 riyals) pour la gestion d'un dispensaire, prise en charge de 4 orphelins et distribution de repas aux jeûneurs.

### 10-Tunisie:

L'O.I.I.S a pris en charge, pour l'exercice 2000\2001, 2 orphelins pour une assistance de (2151 riyals).

### 11-Gabon:

L'O.I.I.S a dépensé au Gabon, pour l'exercice 2000\2001, la somme de (35000 riyals) pour l'exécution d'un programme de distribution de repas aux jeûneurs dont ont bénéficié 17500 personnes.

### 12-Gambie:

L'O.I.I.S a dépensé en Gambie, pour l'exercice 2000\2001, la somme de (399487 riyals)pour la gestion d'un dispensaire et d'une clinique dentaire, prise en charge de 145 orphelins et orphelines, distribution de repas aux jeûneurs, prise en charge de 4 prédicateurs et de 4 enseignants, construction d'un centre social, acheminement d'un conteneur de dattes offertes par roi Fahd.

### 13- Comores:

L'O.I.I.S a dépensé aux Comores pour l'exercice 2000\2001, la somme de (363072 riyals) pour la gestion de 4 dispensaires, acheminement d'un conteneurs de dattes.

### 14-Afrique du Sud:

L'O.I.I.S a dépensé en Afrique du Sud,pour l'exercice 2000\2001, la somme de (20000 riyals) pour l'exécution d'un programme de distribution de repas aux jeûneurs dont ont bénéficié 10 000 personnes.

### 15-Djibouti:

L'O.I.I.S a dépensé au Djibouti, pour l'exercice 2000\2001, la somme de (1259325 riyals) pour la prise en charge de 41 orphelins et , gestion d'un centre de couture, distribution de repas aux jeûneurs, acheminement de 18 conteneurs de produits alimentaires (dattes et lait) dont 8 offerts par roi Fahd.

### 16- Rwanda:

L'O.I.I.S a dépensé au Rwanda, pour l'exercice 2000\2001, la somme de (25000 riyals)pour l'exécution d'un pro-








INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROUAUME D'ARABIE SAOUDITE

**101**

IIRO 000427



needy and poor people with free meals during the holy month of Ramadan

### 17- Zambia:
In the year 2000 - 2001, IIROSA spent an amount of SR.3,666 to sponsor six orphans.

### 18- Cote d'Ivoire:
In the year 2000 - 2001, IIROSA spent SR.86,473 to sponsor 48 orphans, provide free meals in Ramadan and patronize nine instructors and three teachers.

### 19- Senegal:
In the year 2000 - 2001, IIROSA spent an amount of SR.1,360448 to run three dispensaries, sponsor 809 orphans, run a primary education institute, provide free meals in Ramadan, sponsor six instructors, build one cultural center, shipped urgent relief items to flood victims and shipped two containers of palm-dates donated by King Fahd bin Abdul Aziz.

### 20- Sudan:
In the year 2000 - 2001, IIROSA spent an amount of SR.8,381,413 to run eight dispensaries and eight clinics as well as three pharmacies, three institutes in the south consisting of primary, elementary and secondary school levels, a students hostel in Khartoum, sponsor 1,940 orphans (male & female), provide free meals during the holy month of Ramadan, build a cultural center, distributed relief materials to the victims of the war in the south and the victims of the floods in the north, shipped 35 containers of relief items including 20 containers of palm-dates donated by King Fahad bin Abdul Aziz . It also shipped educational literature, carpets and one electric generator to an educational institute in Malakal.

### 21- Sierra Leone:
In the year 2000 - 2001, IIROSA spent an amount of SR.1,184,121 to sponsor two instructors, provide free meals during the holy month of Ramadan, provide victims of the civil war with urgent relief, open a refugee camp for 7,000 refugees in Freetown, distributed seed, fertilizers and other agricultural equipments to more than 500 families and shipped 15 containers of palm-dates donated by King Fahad bin Abdul Aziz.

gramme de distribution de repas a 12000 jeûneurs.

### 17- Zambie:
L'O.I.I.S a pris en charge, pour l'exercice 2000\2001, 6 orphelins en Zambie pour une assistance de (3666 riyals)

### 18- Côte d'Ivoire:
L'O.I.I.S a dépensé en Côte d'Ivoire, pour l'exercice 2000\2001, la somme de (86 473 riyals) pour la prise en charge de 58 orphelins, prise en charge de 9 prédicateurs et 3 enseignants...etc.

### 19- Sénégal:
Le bureau du Sénégal a dépensé,pour l'exercice 2000\2001, la somme de (1360448 ryals) pour la gestion de 3 dispensaires et prise en charge de 809 orphelins et orphelines, gestion d'une école primaire ( Dar al Hikma), distribution de repas aux jeûneurs, prise en charge de 6 prédicateurs, construction d'un centre social, campagne de secours aux victimes d'inondations... etc.

### 20- Soudan:
Le bureau du soudan a dépensé,pour l'exercice 2000\2001, la somme de (8 381 413 ryals) pour la gestion de 8 dispensaires, de 7 cliniques,de 3 pharmacies et de 3 instituts scolaires(primaire, moyen et secondaire) au Sud du pays, gestion d'un habitat pour étudiants à Khartoum, prise en charge de 1940 orphelins et orphelines, distribution de repas aux jeûneurs, gestion de 40 cercles coraniques, construction d'un centre social, campagnes de secours aux victimes fuyant la guerre aux Sud et les victimes d'inondations aux Nord, acheminement de 35 conteneurs de produits de secours dont 20 conteneurs de dattes offertes par roi Fahd, envoi de livres, de couvertures et d'un groupe electrogéne à l' Institut de Malkal.

### 21-Sierra Leone:
Le bureau de la Sierra Leone a dépensé, pour l'exercice 2000\2001, la somme de (1184121 ryals) pour la prise en charge de 2 prédicateurs et distribution de repas aux jeûneurs, campagne de secours secours d'urgence aux victimes fuyant la guerre, et gestion d'un camp de réfugiés à Freetown (7000 personnes), distribution de semences, d'engrais et de matériels agricoles à 500 familles d'agriculteurs...ect.

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 000428