### 22- Somalia:

In the year 2000 - 2001, IIROSA spent an amount of SR.6,380,612 to run two dispensaries and two Taiba educational complexes consisting of primary, elementary and secondary levels of education, ship educational literature and other school materials, sponsor 2,168 orphans ( male and female) and a sewing center, provid free meals during the holy month of Ramadan, and sponsor 61 instructors, extend scholarships for 38 students, distribut relief materials for the victims of the famine and draught, launch anti-cholera campaigns, ship 35 containers of relief items, about 15 of them carrying palm-dates donated by King Fahd bin Abdul Aziz. In addition to two shipments of relief items sent by IIROSA office in Sharjah and also dig several artesian and surface wells.

### 23- Ghana:

In the year 2000 - 2001, IIROSA spent an amount of SR.305,330 to sponsor 38 orphans, provide free meals during holy month of Ramadan, sponsor two instructors, help Sierra Leonean refugees in Ghana and ship three containers of palm-dates donated by King Fahd bin Abdul Aziz.

### 24- Guinea – Bissau:

In the year 2000 - 2001, IIROSA spent an amount of SR.103,643 to sponsor 46 orphans, patronize an instructor, build a cultural center and provide free meals during the month of Ramadan.

### 25- Republic of Guinea:

In the year 2000 - 2001, IIROSA spent an amount of SR.1,058,823 to patronize four instructors and four teachers, sponsor one orphan, provide free meals during the holy month of Ramadan, help Sierra Leonean refugees in Guinea, ship 12 containers of palm-dates donated by King Fahd bin Abdul Aziz and ship a container with rice and educational materials in the refugee camps.

### 22-Somalie:

Le bureau de la Somalie a dépensé,pour l'exercice 2000\2001, la somme de (6380612 ryals) pour la gestion de 2 dispensaires, et deux établissements scolaires de "Taïba" comprenant les trois cycles d'enseignement ( primaire,moyen et secondaire). Envoi de livres et d'articles scolaires, prise en charge de 2168 orphelins et orphelines, gestion d'un centre de couture distribution de repas aux jeûneurs et 2 coordinateurs pour un cout de (2947548 riyals), prise en charge de 75 cercles coraniques, prise en charge 61 prédicateurs, octroi de bourses d'etudes à 37 étudiants, campagnes de secours au profit des victimes de la secheresse et campagne de lutte contre le choléra, acheminement de 35 conteneurs de produits alimentaires dont 15 conteneurs de dattes offertes par roi Fahd ... etc.

### 23- Ghana:

L'O.I.I.S a dépensé au Ghana,pour l'exercice 2000\2001, la somme de (305330 riyals) pour la prise en charge de 38 orphelins, distribution de repas aux jeûneurs, prise en charge de 2 éducateurs, campagne Secours d'urgence a l'intention des réfugiés Sierra Léonais au Ghana, acheminement de 3 conteneurs de dattes offertes par roi Fahd.

### 24- Guinée Bissau:

L'O.I.I.S a dépensé en Guinée Bissau pour l'exercice 2000\2001, la somme de (103643 riyals) pour la prise en charge de 46 orphelin(e) et d'un prédicateur, construction d'un centre social et distribution de repas aux jeûneurs.

### 25- Guinée:

L'O.I.I.S a dépensé en Guinée, pour l'exercice 2000\2001, la somme de (1058823 riyals) pour la prise en charge de 4 prédicateurs, de 4 enseignants et d'un seul orphelin, distribution de repas aux jeûneurs, campagne de secours d'urgence aux réfugiés de Sierra Leone en Guinée, acheminement de 12 conteneurs de dattes offertes par roi Fahd en plus d'un autre conteneur de vivres(riz) et de livres dans le cadre du programme des secours d'urgence dans le camps des réfugiés.



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

103

IIRO 000429



### 26- Cameroon

In the year 2000 - 2001, IIROSA spent an amount of SR. 278,500 to build ten cultural centers and provide free meals to about 7,500 persons during the fasting month of Ramadan.



### 27- Republic of Congo – Brazzaville:

In the year 2000 - 2001, IIROSA spent an amount of SR. 15,000 to provide 7,500 persons with free meals during the month of Ramadan.

### 28- Democratic Republic of Congo:

In the year 2000 - 2001, IIROSA spent an amount of SR. 25,000 to provide 12,500 persons with free meals during the month of Ramadan.



### 29- Kenya:

In the year 2000 - 2001, IIROSA spent an amount of SR.544,178 to run a dispensary, the teachers Training College in Mombassa, sponsor 112 orphans, subsidize an orphanage, provide free meals during the holy month of Ramadan, ship cartons of educational literature weighing 509 kilograms and a computer system, and paid amounts due to the joint cooperative project with the World Food Program. (WFP).



### 30- Liberia:

In the year 2000 - 2001, IIROSA, in cooperation with Prince Saud bin Bandar Islamic society spent an amount of SR. 877,875 to provide about 3,000 victims of the civil war with relief items, and to distribute twelve containers of palm-dates donated by King Fahd bin Abdul Aziz to 48,000 needy, poor, refugees and destitutes.



### 31- Mali:

In the year 2000 - 2001, IIROSA spent an amount of SR.267,818 to sponsor 86 orphans, run two sewing centers, provide free meals in Ramadan, build a cultural center, sponsor five teachers and sent a computer system to the urgent relief program.

### 26- Cameroun:

L'O.I.I.S a dépensé au Cameroun, pour l'exercice 2000\2001, la somme de (278500 riyals) pour la construction de 10 centres sociaux et distribution de repas aux jeûneurs dont ont bénéficié 7500 personnes.

### 27- Congo brazzaville:

L'O.I.I.S a dépensé au Congo brazzaville, pour l'exercice 2000\2001, la somme de (15000 riyals) pour la distribution de repas aux jeûneurs dont ont bénéficié 7500 personnes.

### 28- Congo démocratique:

L'O.I.I.S a dépensé au Congo démocratique,pour l'exercice 2000\2001, la somme de (25000 riyals) pour la distribution de repas aux jeûneurs dont ont bénéficié 12500 personnes.

### 29- Kenya:

L'O.I.I.S a dépensé au Kenya,pour l'exercice 2000\2001, la somme de (544178 riyals) pour la gestion d'un dispensaire et d'une école de formation d'enseignants à Mombassa, prise en charge de 112 orphelin(e)s et gestion d'un orphelinat, distribution de repas aux jeûneurs, acheminement de 509 kgs de cartons de livres et fourniture d'un ordinateur, paiement des sommes d'argents dues au projet de coopération commune avec le Programme mondial de l'alimentation.

### 30- Liberia:

L'O.I.I.S a dépensé au Liberia,pour l'exercice 2000\2001, la somme de (877875 riyals) pour la campagne de secours aux victimes des conflits internes au Liberia avec la coopération de l'Association du prince Saoud ben Bandar au Liberia dont ont bénéficié 3000 personnes environ, acheminement de 12conteneurs de dattes offertes par roi Fahd dont ont bénéficié 48000 personnes.

### 31- Mali:

L'O.I.I.S a dépensé au Mali, pour l'exercice 2000\2001, la somme de (267818 riyals) pour la prise en charge de 87 orphelins et orphelines, distribution de repas aux jeûneurs, construction d'un centre social, prise en charge de 5 enseignants, fourniture d'un ordinateur au Programme de secours d'urgence.

Case 1:03-md-01570-GBD-SN   Document 3826-20   Filed 12/01/17   Page 3 of 13

### 32- Madagascar:

In the year 2000 - 2001, IIROSA spent an amount of SR.2,493 to run three Qur'an memorizations centers.

### 33- Egypt:

In the year 2000 - 2001, IIROSA spent an amount of SR.2,177,097 to run four buildings housing which accommodates more than 171 persons. IIROSA also sponsors students of Al-Azhar University, 2,351 orphans ( male and female), provid free meals in Ramadan, patronize one teacher and one student studying at the expense of King Fahd bin Abdul Aziz.

### 34- Morocco:

In the year 2000 - 2001, IIROSAS spent SR. 691,741 to sponsor 414 orphans and provid free meals during the month of Ramadan.

### 35- Malawi:

In the year 2000 - 2001, IIROSA spent SR.102,000 to sponsor 100 orphans and subsidize an orphanage.

### 36- Mauritania:

In the year 2000 - 2001, IIROSA spent an amount of SR.1,221,196 to run a dispensary and a nutrition center, sponsor 490 orphans ( male & female), subsidize one orphanage, run a sewing and fabrics center, provide free meals during the holy month of Ramadan, build four cultural centers, provide victims of the floods with urgent relief items and ship cartons containing educational materials weighing 295 kilograms and computer system.

### 37- Mauritius:

In the year 2000 - 2001, IIROSA spent an amont of SR.30,793 to sponsor 45 orphans.

### 38- Mozambique:

In the year 2000 - 2001 IIROSA spent an amount of SR.528,560 to sponsor 121 orphans ( female & male), provid free meals during the holy month of Ramadan, and carry out relief operations among the victims of the floods in different places.

### 32- Madagascar:

L'O.I.I.S a dépensé au Madagascar, pour l'exercice 2000\2001, la somme de (2493 riyals) pour la gestion de 3 cercles coraniques.

### 33- Egypte:

Le bureau de l'Egypte a dépensé, pour l'exercice 2000\2001, la somme de (2177097 ryals) pour la gestion de 4 immeubles d'hébergement de (171 étudiant(e)s) étudiants de l'Université d'al Azhar pris en charge par l'O.I.I.S, dont 13 étudiant(e)s résident avec leurs familles, prise en charge de 2351 orphelins et orphelines, distribution de repas aux jeûneurs, prise en charge d'un enseignant et d'un étudiant bénéficiant d'une bourse d'etudes du roi Fahd.

### 34- Maroc:

L'O.I.I.S a dépensé au Maroc, pour l'exercice 2000\2001, la somme de (691741 riyals) pour la prise en charge de 414 orphelins et orphelines.

### 35- Malawi:

L'O.I.I.S a dépensé au Malawi,en l'an 1999\2000,la somme de (102000 riyals) pour la prise en charge de 100 orphelins et orphelines.

### 36- Mauritanie:

Le bureau de la Mauritanie a dépensé, pour l'exercice 2000\2001, la somme de (1221196 ryals) pour la- gestion d'un dispensaire et d'un centre d'alimentation, prise en charge de 490 orphelins et orphelines et appui à un orphelinat, gestion d'un centre de couture et de tissage, distribution de repas aux jeûneurs, prise en charge de 15 cercles coraniques et construction de 4 centres sociaux, campagne de secours d'urgence au profit des victimes d'inondations, envoi de 295 cartons de livres et fourniture d'un ordinateur.

### 37-Iles Maurice:

L'O.I.I.S a dépensé aux Ile Maurice,pour l'exercice 2000\2001, la somme de (30793 riyals) pour la prise en charge de 45 orphelins et orphelines.

### 38- Mozambique:

L'O.I.I.S a dépensé au Mozambique, pour l'exercice 2000\2001, la somme de (528560 riyals) pour la prise en charge de 121 orphelins et orphelines, distribution de repas aux jeûneurs, prise en charge de 15 cercles coraniques campagne de secours d'urgence au profit des victimes des inondations.









INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

105

IIRO 000431



### 39- Niger:

In the year 2000 - 2001, IIRO spent an amount of SR. 280,343 to run a dispensary, sponsor two orphans, provid free meals during the holy month of Ramadan, build two cultural centers dig a well and distribut 360 tons of flour to more than 267 families and provid flood victims with urgent relief including rice, wheat flour, cooking oil, sugar, soap milk powder, macroni and clothes.



### 40- Nigeria:

In the year 2000 - 2001, IIROSA spent an amount of SR.1,723,161 to run two clinics and a teachers training institute, organize new courses for government school teachers, open four sewing and fabrics centers, one printing and secretarial center, sponsor 771 orphans ( male & female), provide free meal during the holy month of Ramadan, sponsor 111 instructors and four teachers, build seven cultural centers and ship 540 kilograms of medicine and medical equipment.

## Third: Europe



### 1- Spain:

In the year 2000 - 2001, IIROSA spent an amount of SR.9,416 to sponsor 11 orphans.

### 2- Albania:



In the year 2000 - 2001, IIROSA spent SR.898,294 to sponsor 800 orphans, run a computer literacy center, provide free meals in Ramadan and offer scholarships to two students.

### 3- Italy:

In the year 2000 - 2001 IIROSA spent an amount of SR.5,264 to sponsor one orphan.

### 4- Bosnia- Herzegovina:



In the year 2000 - 2001 IIROSA spent an amount of SR.2,889,379 to run a dispensary, a pharmacy and physiotherapy center, sponsor 1,321 orphans ( male & female), contribute in reconstructing the

### 39- Niger:

L'O.I.I.S a dépensé au Niger, pour l'exercice 2000\2001, la somme de (280343 riyals) pour la gestion d'un dispensaire, prise en charge de 2 orphelins, distribution de repas aux jeûneurs, construction de 2 centres sociaux et forage et équipement d'un puits, campagne de secours d'urgence au profit des victimes des inondations (distribution de 360 tonnes de millets pour 267 familles).

### 40- Nigeria:

Le bureau du Nigeria a dépensé, pour l'exercice 2000\2001, la somme de (1723161 riyals) pour la gestion de deux cliniques et d'un Institut de formation d' enseignants, organisation de stages de formation pour les enseignants du gouvernement, prise en charge de 4 centres de couture et de tissage et d'un centre de dactylographie et de secrétariat, prise en charge de 771 orphelin(e)s et de 111 prédicateurs et de 4 enseignants, construction de 7 centres sociaux, envoi de 540 kgs de médicaments et de matériels sanitaires.

## III) Europe:

### 1- Espagne:

L'O.I.I.S a financé en Espagne, pour l'exercice 2000\2001, la prise en charge de 11 orphelin(e)s pour un montant de (9416 riyals)

### 2- Albanie:

Le bureau de l'Albanie a dépensé, pour l'exercice 2000\2001, la somme de (898294 riyals) pour la prise en charge de 800 orphelins et orphelines, gestion d'un centre de formation en Informatique, distribution de repas aux jeûneurs, octroi de bourses scolaires à 2 étudiants.

### 3- Italie:

L'O.I.I.S a financé en Italie, pour l'exercice 2000\2001, la prise en charge d'un orphelin pour un montant de (52464 riyals)

### 4- Bosnie-Hérzégovine:

L'O.I.I.S a dépensé en Bosnie-Hérzégovine,pour l'exercice 2000\2001, la somme de (2889379 riyals) pour la gestion d'un dispensaire, d'une pharmacie et d'un centre médical, prise en charge de 1321 orphelins et orphelines, organisation d'un concours de recitation

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDI

IIRO 000432

homes of destitute Bosnian people and provid urgent relief to more than 1,500 old age persons and pensioners at Djep Gorazde, pay the subscription fees of the coordination council for the relief of the people of Bosnia.

### 5- Belgium:

In the year 2000 - 2001, IIROSA spent SR.15,000 to provide 2,000 persons with free meals during the month of Ramadan.

### 6- Turkey:

In the year 2000 - 2001, IIROSA spent SR.100,000 to provide 15,000 persons with free meals during the month of Ramadan

### 7- Denmark:

In the year 2000 - 2001, IIROSA spent an amount of SR. 20,000 to provide 2,000 persons free meals during the holy month of Ramadan.

### 8- Switzerland:

In the year 2000 - 2001, IIROSA spent an amount of SR.27,000 on its representative in Geneva in order to maintain direct relations with the UNHCR, the ICVA and the ECOSOC as well as other international organizations concerned with humanitarian services.

### 9-Kosovo:

In the year 2000 - 2001, IIROSA spent an amount of SR.16,289,850 to distribute 49,840 liters of milk to the handicapped, the elderly, orphans, poor and needy families as well as 12,320 kilograms of presents to Kosovo children on the occasion of the Eid festivals. Moreover, IIROSA distributed large amounts of foodstuff including kitchen utensils, shoes, ready-made garments, clothes and bedsheets weighing about 120,000 kilograms, and shipped 38 containers carrying medicines

du Saint Coran et participation dans la reconstruction des maisons de réfugiés déportés, octroi d'une assistance de secours d'urgence a de 1500 familles et vieillards et de retraités dans la région de Goradja et paiement des droits de participation du Conseil de coordination pour le secours du peuple bosniaque.

### 5- Belgique:

L'O.I.I.S a financé en Belgique, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (15000 riyals) dont ont bénéficié 2000 personnes.

### 6- Turquie:

L'O.I.I.S a financé en Turquie, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (100000 riyals) dont ont bénéficié 15 000 personnes.

### 7- Danemark:

L'O.I.I.S a financé au Danemark, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (20000 riyals) dont ont bénéficié 2000 personnes.

### 8- Suisse:

L'O.I.I.S a dépensé, pour l'excercice 2000/2001, une somme de 27000 SR sur son bureau de représentation à Genève afin promouvoir une relation directe avec HCR, ICVA et Conseil économique et social des Nations unies et autres organisations concernées par l'aide humanitaire.

### 9- Kosovo:

L'O.I.I.S a dépensé au Kosovo, pour l'exercice 2000\2001, la somme de (16289850 riyals) pour la distribution de 49840 litres de lait pour les handicapés, les vieillards, les orphelins, les familles pauvres, les maternités, les camps de réfugiés, les hôpitaux et les centres de sante, distribution de 12320 kgs de cadeaux aux enfants et aux orphelins du Kosovo à l'occasion de la fête de l'Aid, distribution de produits alimentaires, ustensiles ménagers, chaussures, vêtements neufs, tissus et couvertures d'un poid de 120000kgs, acheminement de 38 conteneurs (d'un poid total de 282525 kgs)chargés de médicaments, d'appareils et d'équipements sanitaires, d'articles d'hygiène, des vivres, de lait,







INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE    **107**

IIRO 000433

and medical equipment, detergents, foodstuff and milk, tents, blankets, clothes, kitchen utensils, two vehicles (land cruiser jeeps), carpets for the cultural center, public address systems and computer systems weighing 282,525 in ToTo. Besides, IIROSA spent an amount of SR.150,000 to provide free meals during the holy month of Ramadan.

### 10- Austria:

In the year 1200 - 2001, IIROSA spent an amount of SR.20,000 to provide 1,500 persons with free meals during the month of Ramadan.

### 11- The Netherlands:

In the year 2000 - 2001, IIROSA spent an amount of SR.20,000 to provide 2,000 persons with free meals during the fasting month of Ramadan.

### 12 - Greece:

In the year 2000 - 2001, IIROSA spent an amount of SR.4,527 to sponsor three orphans.

## Fourth: The Americas:

### 1- Brazil:

In the year 2000 - 2001, IIROSA spent an amount of SR. 22,539 to sponsor four instructors.

### 3- South Guyana:

In the year 2000 - 2001, IIROSA spent an amount of SR10,000 to provide 2,000 persons with free meals during the holy month of Ramadan.

### 4- Canada:

In the year 2000 - 2001, IIROSA spent an amount of SR.15,000 to provide 1,000 persons with free meals during the fasting month of Ramadan.

de couvertures, de tentes, de vêtements, d'ustensiles ménagers, 2 véhicules "Jeep Land cruiser",d'équipements de sonorisation et de tapis aux centres sociaux et d'un micro-ordinateur, distribution de repas aux jeûneurs pour un montant de 150000 riyals, inauguration de quelques projets de l'O.I.I.S par le Dr. Ali Annamla ministre saoudien du Travail et des Affaires sociales, lors de sa visite au Kosovo le correspondant au 6-10\5\2001, notamment au village du prince Nayef où l'O.I.I.S a restauré 34 maisons, le centre social de Fuchtri.

### 10- Autriche:

L'O.I.I.S a financé en Autriche, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (20000 riyals) dont ont bénéficié 1500 personnes.

### 11- Hollande:

L'O.I.I.S a financé en Hollande, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (20000 riyals) dont ont bénéficié 2000 personnes.

### 12- Grèce:

L'O.I.I.S a financé en Grèce, pour l'exercice 2000\2001, la prise en charge de 3 orphelins pour un montant de (4527 riyals).

## IV) Amérique du Sud:

### 1- Brésil:

L'O.I.I.S a financé au Brésil,pour l'exercice 2000\2001, la prise en charge de 4 éducateurs pour un montant de (22539 riyals)

### 2- Guyane du Sud:

L'O.I.I.S a financé en Guyane du Sud,pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (10000 riyals) dont ont bénéficié 2000 personnes.

### 3- Canada:

L'O.I.I.S a financé au Canada, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (15000 riyals) dont ont bénéficié 1000 personnes.






INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROUAUME D'ARABIE SAOU

IIRO 000434

# Fifth: Australia:

### 1- Australia:
In the year 2000 - 2001 IIROSA spent SR 20,000 to provide 4,000 persons with free meals in Ramadan.

### 2- Papua New Guinea:
In the year 2000-2001 IIROSA spent an amount of SR. 15,000 to provide 3,000 needy, poor, orphans, refugees and destitute with free meals during the holy month of Ramadan.

# V) Australie:

### 1- Australie:
L'O.I.I.S a financé en Australie, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (20000 riyals) dont ont bénéficié 4000 personnes.

### 2- Papouasie - Nouvelle Guinée:
L'O.I.I.S a financé en Nouvelle Guinée, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (15000 riyals) dont ont bénéficié 3000 personnes.




INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROUAUME D'ARABIE SAOUDITE

109

IIRO 000435



| Sadaqa and General Donations | Compte des donations et des aumônes générales | Sadaqa and General Donations | Compte des donations et des aumônes générales |
| --- | --- | --- | --- |
| 7/77700 | 7/77700 | 7/77700 | 7/77700 |
| Zakat | Compte de Zakat | Zakat | Compte de Zakat |
| 5/77701 | 5/77701 | 5/77701 | 5/77701 |
| Refugees & Disaster victims | Compte des rapatriés, des réfugiés et des victimes de catastrophes | Refugees & Disaster victims | Compte des rapatriés, des réfugiés et des victimes de catastrophes |
| 3/77702 | 3/77702 | 3/77702 | 3/77702 |
| Orphans | Compte des orphelins | Orphans | Compte des orphelins |
| 1/77703 | 1/77703 | 1/77703 | 1/77703 |
| Treatment by Sadaqa | Compte de la cure avec les aumônes | Treatment by Sadaqa | Compte de la cure avec les aumônes |
| 6/77705 | 6/77705 | 6/77705 | 6/77705 |
| Schools and Qur'an memorization | Compte des écoles et des cours de lecture | Schools & Qur'an Memorization | Compte des écoles et des cours de lecture |
| 4/77706 | 4/77706 | 4/77706 | 4/77706 |
| Sanabi Al-Khair | Compte des épis du Bien | Sanabi Al-Khair | Compte des épis du Bien |
| 2/77707 | 2/77707 | 2/77707 | 2/77707 |
| Cultural centers | Compte des Centres sociaux | Cultural Centers | Compte des Centres sociaux |
| 4/77792 | 4/77792 | 4/77792 | 4/77792 |
| Well Digging | Compte des puits | Well Digging | Compte des puits |
| 9/77718 | 9/77718 | 9/77718 | 9/77718 |
| Useful Knowledge | Compte de la science utile | Useful Knowledge | Compte de la science utile |
| 5/77720 | 5/77720 | 5/77720 | 5/77720 |
| Vocational Training | Compte de la formation professionnelle | Vocational Training | Compte de la formation professionnelle |
| 0/77770 | 0/77770 | 0/77770 | 0/77770 |
| Free Meals in Ramadan | Compte de distribution de repas au jeûneur | Free Meals in Ramadan | Compte de distribution de repas au jeûneur |
| 4/77730 | 4/77730 | 4/77730 | 4/77730 |
| Sacrificial Ram | Compte du mouton de l'Aid | Sacrificial Ram | Compte du mouton de l'Aid |
| 2/77750 | 2/77750 | 2/77750 | 2/77750 |
| Needy Families in Saudi Arabia | Compte des familles pauvres en Arabie saoudite | Needy Families in Saudi Arabia | Compte des familles pauvres en Arabie saoudite |
| 0/77713 | 0/77713 | 0/77713 | 0/77713 |

IIRO 000436

## Donation Form

I have the honor to support IIROSA's programs aimed at catering for needy people and alleviating their suffering

**I am glad to donate SR** [ ]

**Name:** ..............................................

**Address:** ..............................................

..............................................

**Tel:** [ ]

**Signature:** [ ]

## Coupon pour Donateur

Je suis heureux de contribuer aux projets de l'O.I.I.S dont l'objectif est de subvenir aux besoins des musulmans.

Je suis heureux de faire un don d'un montant de [ ]

**Nom du donateur:** ..............................................

**Nom de la donatrice:** ..............................................

**Adresse:** ..............................................

..............................................

**Téléphone:** [ ]

**Signature:** [ ]

### A/C No. For Sadaqa and General Alms
### Compte des donations et des aumônes générales

# 77700

For further information, please contact us at:
P.O.Box, 1285, Jeddah-21431
Tel: 6512333/6515411
Fax: 6518491 – TLX: 606754 Igatha SJ
E-mail: relif@iirosa.org.
Or at any of the following branches of IIROSA
Riyadh: 4930033 – Makkah: 5664449
Jeddah: 6514353/ Womens Committee: 6611921
Taif: 7384228 – Madina: 8221353- Yanbu: 3224253
Dammam: 8429758 – Hail: 348977-Al-Jouf: 6245168
Buraida: 3251035 – Enaiza: 3642613- Abha: 2263333
Al-Baha: 7252840 – Gizan: 3226241 – Najran: 5225408

Pour plus d'informations sur les activités de l'O.I.I.S veuillez nous contacter à l'adressse suivante:
B.P 1285 Djeddah 21431
Téléphone: 65 15 411 \ 65 12 333
Fax:65 18 491, Telex:606754 Ighatha S.G.
E-mail: relif@ iirosa.org
Ou aux bureaux de l'O.I.I.S suivants:
Riyadh:4939933- La Mecque: 5664449
Djeddah:6514353- Comité des femmes à Djeddah:6611921- Taif:7384228-
Médine:8221353
Yanbou:3224253- Dammam:8429758- Hail:3489770
Al Jouf:6245168- Buraida:3251035-Oumaiza:3642613- Abha:2263333- Al Baha:7252840
Jizan:3226241-Najran:5225408

## Donation Form

I have the honor to support IIROSA's programs aimed at catering for needy people and alleviating their suffering

**I am glad to donate SR** [ ]

**Name:** ..............................................

**Address:** ..............................................

..............................................

**Tel:** [ ]

**Signature:** [ ]

## Coupon pour Donateur

Je suis heureux de contribuer aux projets de l'O.I.I.S dont l'objectif est de subvenir aux besoins des musulmans.

Je suis heureux de faire un don d'un montant de [ ]

**Nom du donateur:** ..............................................

**Nom de la donatrice:** ..............................................

**Adresse:** ..............................................

..............................................

**Téléphone:** [ ]

**Signature:** [ ]

### A/C No. For Sadaqa and General Alms
### Compte des donations et des aumônes générales

# 77700

For further information, please contact us at:
P.O.Box, 1285, Jeddah-21431
Tel: 6512333/6515411
Fax: 6518491 – TLX: 606754 Igatha SJ
E-mail: relif@iirosa.org.
Or at any of the following branches of IIROSA
Riyadh: 4930033 – Makkah: 5664449
Jeddah: 6514353/ Women's Committee: 6611921
Taif: 7384228 – Madinah: 8221353- Yanbu: 3224253
Dammam: 8429758 – Hail: 348977-Al-Jouf: 6245168
Buraida: 3251035 – Enaiza: 3642613- Abha: 2263333
Al-Baha: 7252840 – Gizan: 3226241 – Najran: 5225408

Pour plus d'informations sur les activités de l'O.I.I.S veuillez nous contacter à l'adressse suivante:
B.P 1285 Djeddah 21431
Téléphone: 65 15 411 \ 65 12 333
Fax:65 18 491, Telex:606754 Ighatha S.G.
E-mail: relif@ iirosa.org
Ou aux bureaux de l'O.I.I.S suivants:
Riyadh:4939933- La Mecque: 5664449
Djeddah:6514353- Comité des femmes à Djeddah:6611921- Taif:7384228-
Médine:8221353
Yanbou:3224253- Dammam:8429758- Hail:3489770
Al Jouf:6245168- Buraida:3251035-Oumaiza:3642613- Abha:2263333- Al Baha:7252840
Jizan:3226241-Najran:5225408

IIRO 000437



INTL. ISLAMIC RELIEF ORG. THE KINGDOM OF SAUDI ARABIA — MUSLIM WORLD LEAGUE

International Islamic Relief Organization of Saudi Arabia
Appeals to well wishers all over the world to come to the aid
of their brothers and sisters worldwide.
Every drop of sacrifice would yield good and be useful.
Donation may be deposited through the following IIROSA unified accounts at
Al-Rajhi Company for Banking and Investment

L'ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS
du royaume d'Arabie saoudite
appelle tous les Musulmans à aider leurs frères et sœurs à travers le monde.
Un don fut-il une goutte d'eau est toujours le bienvenu
Les dons sont virés dans les comptes de l'O.I.I.S suivants dans toutes les branches de la
Banque d'Investissements d'Arrajhi:

| Account | Number |
|---|---|
| Sadaqa and General Donations / Compte des donations et des aumônes générales | 7/77700 |
| Zakat / Compte de Zakat | 5/77701 |
| Refugees & Disaster victims / Compte des expatriés des réfugiés et des victimes de catastrophes | 3/77702 |
| Orphans / Compte des orphelins | 1/77703 |
| Treatment by Sadaqa / Compte de la cure avec les aumônes | 6/77705 |
| Schools and Qur'an memorization / Compte des écoles et des cours de lecture | 4/77706 |
| Sanabi Al-Khair / Compte des épis du Bien | 2/77707 |
| Cultural centers / Compte des Centres sociaux | 4/77792 |
| Well Digging / Compte des puits | 9/77718 |
| Useful Knowledge / Compte de la science utile | 5/77720 |
| Vocational Training / Compte de la formation professionnelle | 0/77770 |
| Free Meals in Ramadan / Compte de distribution de repas au jeûneur | 4/77730 |
| Sacrificial Ram / Compte du mouton de l'Aïd | 2/77750 |
| Needy Families in Saudi Arabia / Compte des familles pauvres en Arabie saoudite | 0/77713 |

IIRO 000438

## Donation Form

I have the honor to support IIROSA's programs aimed at catering for needy people and alleviating their suffering

I am glad to donate SR [        ]

Name:................................................................

Address:............................................................

........................................................................

Tel: [        ]

Signature: [        ]

## Coupon pour Donateur

Je suis heureux de contribuer aux projets de l'O.I.I.S dont l'objectif est de subvenir aux besoins des musulmans.

Je suis heureux de faire un don d'un montant de [        ]

Nom du donateur:...............................................

Nom de la donatrice:..........................................

Adresse:..............................................................

........................................................................

Téléphone: [        ]

Signature: [        ]

### A/C No. For Sadaqa and General Alms
### Compte des donations et des aumônes générales

# 77700

For further information, please contact us at:
P.O.Box, 1285, Jeddah-21431
Tel: 6512333/6515411
Fax: 6518491 – TLX: 606754 Igatha SJ
E-mail: relif @iirosa.org.
Or at any of the following branches of IIROSA
Riyadh: 4930033 – Makkah: 5664449
Jeddah: 6514353/ Women's Committee: 6611921
Taif: 7384228 – Madina: 8221353- Yanbu: 3224253
Dammam: 8429758 – Hail: 348977-Al-Jouf: 6245168
Buraida: 3251035 – Enaiza: 3642613- Abha: 2263333
Al-Baha: 7252840 – Gizan: 3226241 – Najran: 5225408

Pour plus d'informations sur les activités de l'O.I.I.S veuillez nous contacter à l'adressse suivante:
B.P 1285 Djeddah 21431
Téléphone: 65 15 411 \ 65 12 333
Fax:65 18 491, Telex:606754 Ighatha S.G.
E-mail: relif@ iirosa.org
Ou aux bureaux de l'O.I.I.S suivants:
Riyadh:4939933- La Mecque: 5664449
Djeddah:6514353- Comité des femmes à Djeddah:6611921- Taif:7384228- Médine:8221353
Yanbou:3224253- Dammam:8429758- Hail:3489770
Al Jouf:6245168- Buraida:3251035-Ounaiza:3642613- Abha:2263333- Al Baha:7252840
Jizan:3226241-Najran:5225408

## Donation Form

I have the honor to support IIROSA's programs aimed at catering for needy people and alleviating their suffering

I am glad to donate SR [        ]

Name:................................................................

Address:............................................................

........................................................................

Tel: [        ]

Signature: [        ]

## Coupon pour Donateur

Je suis heureux de contribuer aux projets de l'O.I.I.S dont l'objectif est de subvenir aux besoins des musulmans.

Je suis heureux de faire un don d'un montant de [        ]

Nom du donateur:...............................................

Nom de la donatrice:..........................................

Adresse:..............................................................

........................................................................

Téléphone: [        ]

Signature: [        ]

### A/C No. For Sadaqa and General Alms
### Compte des donations et des aumônes générales

# 77700

For further information, please contact us at:
P.O.Box, 1285, Jeddah-21431
Tel: 6512333/6515411
Fax: 6518491 – TLX: 606754 Igatha SJ
E-mail: relif @iirosa.org.
Or at any of the following branches of IIROSA
Riyadh: 4930033 – Makkah: 5664449
Jeddah: 6514353/ Women's Committee: 6611921
Taif: 7384228 – Madinah: 8221353- Yanbu: 3224253
Dammam: 8429758 – Hail: 348977-Al-Jouf: 6245168
Buraida: 3251035 – Enaiza: 3642613- Abha: 2263333
Al-Baha: 7252840 – Gizan: 3226241 – Najran: 5225408

Pour plus d'informations sur les activités de l'O.I.I.S veuillez nous contacter à l'adressse suivante:
B.P 1285 Djeddah 21431
Téléphone: 65 15 411 \ 65 12 333
Fax:65 18 491, Telex:606754 Ighatha S.G.
E-mail: relif@ iirosa.org
Ou aux bureaux de l'O.I.I.S suivants:
Riyadh:4939933- La Mecque: 5664449
Djeddah:6514353- Comité des femmes à Djeddah:6611921- Taif:7384228- Médine:8221353
Yanbou:3224253- Dammam:8429758- Hail:3489770
Al Jouf:6245168- Buraida:3251035-Ounaiza:3642613- Abha:2263333- Al Baha:7252840
Jizan:3226241-Najran:5225408

IIRO 000439



International Islamic Relief Organization of Saudi Arabia
Appeals to Muslims all over the world to come to the aid
Of their brothers and sisters worldwide.
Every drop of sacrifice would yield good and be useful.

Donation may be deposited through the following IIRO unified accounts at
Al-Rajhi Company for Banking and Investment

L'ORGANISME ISLAMIQUE MONDIAL DE SECOURS
du royaume d'Arabie saoudite
appelle tous les Musulmans à aider leurs frères et soeurs à travers le monde.
Un don fut-il une goutte d'eau est toujours le bienvenu
Les dons sont virés dans les comptes suivants de l'OIMS dans toutes les branches de la
Banque d'Investissements d'Arrajhi:

| Sadaqa and General Donations | Compte des donations et des aumônes générales |
|---|---|
| 7/77700 | 7/77700 |
| Zakat | Compte de Zakat |
| 5/77701 | 5/77701 |
| Refugees & Disaster victims | Compte des expatriés des réfugies et des victimes de catastrophes |
| 3/77702 | 3/77702 |
| Orphans | Compte des orphelins |
| 1/77703 | 1/77703 |
| Treatment by Sadaqa | Compte de la cure avec les aumônes |
| 6/77705 | 6/77705 |
| Schools & Qur'an Memorization | Compte des écoles et des cours de lecture |
| 4/77706 | 4/77706 |
| Sanabi Al-Khair | Compte des épis du Bien |
| 2/77707 | 2/77707 |
| Cultural Centers | Compte des Centres sociaux |
| 4/77792 | 4/77792 |
| Well Digging | Compte des puits |
| 9/77718 | 9/77718 |
| Useful Knowledge | Compte de la science utile |
| 5/77720 | 5/77720 |
| Vocational Training | Compte de la formation professionnelle |
| 0/77770 | 0/77770 |
| Free Meals in Ramadan | Compte de distribution de repas au jeûneur |
| 4/77730 | 4/77730 |
| Sacrificial Ram | Compte du mouton de l'Aid |
| 2/77750 | 2/77750 |
| Needy Families in Saudi Arabia | Compte des familles pauvres en Arabie saoudite |
| 0/77713 | 0/77713 |

IIRO 000407713








