Source: http://www.themwl.org/Profile/default.aspx?l=AR (July 2011)

The MWL's Structure
The Secretary General
The Fiqh Academy
The Secretary General's Office
The Secretary General's office in Riyadh
The Secretary General's office in Jeddah
The Independent Organizations
The Financial Supervisor
The Advisors
The General Department for Planning and Information
Computerization
Planning and Training
The General Department for Research and Conferences
Studies and Research
The International Conventions and Organizations
The Councils' Secretariat
The General Department for Relations, Services and MWL Property
Public Relations
Services
Property & Investments
The General Department for Media and Culture
The MWL Library
Media
Culture
Assistant to the Secretary for Mosque and Da'awa Affairs
Mosque Affairs
Da'awa and Teaching
The Institute for the Preparation of Imams and Preachers
The General Department for Overseas Offices and Centers
Assistant to the Secretary General
Islamic Collaboration
The General Department for Financial and Administrative Affairs
Employee Affairs
Financial Affairs
Acquisitions and Storage
Communications, Copying and Transport
Medical Services



