**The MUSLIM WORLD LEAGUE Journal**

# Constitution of the Muslim World League

## Part I

1. This constitution shall be called **"Constitution of the Muslim World League."**

## Part II

### 2. Objectives of the League

To fulfil the duty imposed on us by God Almighty to propagate the message of Islam, explain its teachings and doctrines, refute the false charges against it, combat the dangerous plots perpetrated by the enemies of Islam to lure Muslims away from their religion and disrupt their unity and brotherhood, and deal with Islamic issues and problems in a manner that safeguards the Muslims' interests, realises their aspirations and solves their problems.

### 3. The Means

(a) To strive to have Islamic rule in all Muslim countries.

(b) To call for a general Islamic convention to be attended by prominent leading preachers of Islam in the Muslim world, who would exchange views, coordinate efforts, and develop means for propagation and preaching of Islam in the light of their collective experience in this field.

(c) The General Conference shall be convened every five years, unless the need calls for its convening earlier; the nominated members shall be notified of the agenda at least six months before the meeting thereof.

(d) To utilize to the utmost the benefits of the yearly Pilgrimage through the following measures:

1. The selection of a very competent team of Muslim missionaries and preachers who are well-versed in various languages in order to direct the pilgrims during the pilgrimages season, enliven their feelings, and remind them of their duty on their return home.

2. The holding of a large seminar with the participation of leading thinkers and men of guidance in the Islamic field. This seminar shall hold sessions, pass resolutions and exert efforts which would attract the attention of Muslims all over the world and make them aware of the importance of its activities and pay heed to its decisions concerning Islamic issues and causes.

3. Providing opportunities for acquaintance among the various pilgrimage missions by every possible means, and the assigning of special whole-time teams to explore the enlightened and dedicated elements among the pilgrims in mosques, hotels and with the *mutawifeen* (guides) and elsewhere.

4. The strengthening of the broadcasting system by providing it with personnel and programmes in many languages, in order to make the voice of Islam reach the largest number of Muslims, with the aim of making them responsive to it and ready to rally around it after realizing its strength, its mission and its continuity.

(e) Improving the publication standards through the press, printing of books in living languages, and other possible means, namely:

1. By backing morally and materially selected Islamic papers, in order to increase their circulation and render them more capable to carry the Message and prepare public opinion which will have confidence in it.

2. The establishment of an Islamic publishing house in Makkah, the capital of Islam, with the purpose of publishing high quality literary and scientific publications, carrying comparative studies and analytical and critical researches concerning various problems and subjects, such as Communism, Socialism, Nationalism and Social Justice.

3. The opening of offices entrusted to the care of competent and pious men of a high calibre, to operate as permanent centres of activity in propagating the Message of Islam. These offices will be

supervised and directed by a Central Bureau under the supervision of the Secretary-General. Africa is to be given special attention in setting up these offices.

(f) The formation of a body composed of jurists who are capable of and qualified to issue *fatwas*, who shall represent all or most of the Islamic countries. The task of this body is to express the word of Islam concerning anything that is falsely attributed to it and anything else which Islam is claimed to be devoid of while it is an essential part thereof.

(g) To work for the spread of Arabic among the Islamic peoples in order that it may become the medium of understanding among them.

(h) The organising of tours of missionaries from various countries which would make them beneficial to the Muslim world and a means for the unification and strengthening of Islamic trends.

### 4. The Budget

A financial Committee for the League shall be set up to study its requirements and draw up the draft budget to be adopted and executed accordingly. The necessary expenditures of the League shall be met by the annual subscriptions of Islamic governments, institutions and individuals.

## Part III

### Prerogatives of the Constituent Council

5. A Constituent Council is to conduct and supervise the affairs of the League, and it is the Council's right to delineate the League's policy, and determine its course in such directions as would lead to the realization of its objectives in the best interest of Islam and Muslims.

6. This Council shall be composed of its present members who number 27 and whose names are set down in the accompanying list. The membership may, however, be increased in order to ensure a fuller representation of Muslims. The new members are to be nominated by the Secretary-General and approved by the Council, provided that no more than two members may be nominated from each country.

7. A member of the Constituent Council shall be a man of learning or wide experience and remarkable activity in the service of Islam, either in his own and in other countries, whether in the field of scientific writings of general interest to mankind, or in the field of preaching for Islam, exerting personal effort for its propagation.

8. The term of membership of the Constituent Assembly is limited to five years, and is renewable by the General Islamic Congress. Membership shall not terminate save in the event of resignation, death or absence in accordance with Regulation 24 of this Constitution.

9. A member may, in cases of extreme necessity, delegate one of the members of the Constituent Council to act on his behalf.

10. A member may not be removed save upon the expiry of his term of membership or by resolution adopted by two-thirds of those present at the meeting of the Council.

11. A person who is nominated by the Secretary-General for membership of the Council shall be approved by two-thirds of those attending the meeting.

12. Each member shall have one vote. All votes shall be equal.

13. If an elected member dies or becomes incapable of work, the Constituent Council shall elect another person to replace him, provided he comes from the same country of his predecessor.

14. The Council shall hold its sessions once every year in Makkah. It may also meet in extraordinary or emergency sessions in any Muslim country agreed upon.

15. The Council of the League shall have the right to amend its Constitution by motion of one-third of its members. The amendment shall be effected by the vote of three-quarters of the members of the Council.

16. The Council shall elect a Secretary-General to the League, who shall be a citizen of the Kingdom of Saudi Arabia, and who shall hold office for a period of five years renewable by resolution of two-thirds of the members. He shall generally conduct the affairs of the League within the powers conferred upon him.

17. The Council of the League shall during its session consider such studies, research papers and suggestions as may be submitted by its members. It shall also consider the annual report submitted by the Secretary-General concerning the activities of the League during the preceding year.

18. The Council shall approve the budget prepared by the Secretariat-General by a two-thirds majority.

19. The members of the League Council may not interfere in politics in the name of the League. The Council of the League may however submit the appropriate advice and recommendations to a Muslim State in case it deviates from the correct and clear path.

20. The members of the present Constituent Council shall be considered members of the Council of the League, and the term of their membership shall be computed from the date of the first session of the Constitutent Assembly of the League in Dhil-Hijjah, 1381H. — 1962C.E.

21. The quorum of the Council of the League shall be established by the attendance of one-half of the members of the Council. Resolutions concerning the subjects considered shall be passed by majority of those present.

22. Members of the Council shall not receive any salary in respect of their membership.
23. The Council shall fix the salary of the Secretary-General.
24. If a member of the Constituent Council of the League absents himself for three consecutive sessions without an excuse acceptable to the Council, he shall be deemed to have resigned.
25. The suggestions of the members of the Council shall be submitted in writing to the Secretariat-General, which shall in turn refer them to the Constitutent Council and to the other authorities concerned.

### Part IV

### Chairmanship of the Constitutent Council

26. The Constitutent Council shall be presided over by the Chairman of the Congress from which this Council has emanated, namely, by His Eminence Shaikh Muhammad bin Ibrahim Al-ush-Shaikh, the Grand Mufti of the Kingdom of Saudi Arabia. In his absence, he will choose a Deputy from among the members.

### Part V
### Powers of the Secretariat-General

27. The Secretariat General of the League is the executive authority thereof. Its permanent office shall be in Makkah.
28. The Secretariat-General shall be assumed by the Secretary-General who shall be elected by two thirds majority of the Council of the League for a period of five years which is renewable, and who will be ex officio a member of the Council.
29. The following should be taken into consideration when electing the Secretary-General:
    (a) That he should have played a prominent role in the service of Islamic causes.
    (b) That he should enjoy a high degree of respect and esteem.
    (c) That he should not have been convicted in matters affecting honour and morality.
    (d) That he should not have any work commitments which would divert his attention from managing the affairs of the League and from working for the achievement of its objectives.
30. The Secreatry-General is the highest executive officer, and is responsible to the Council for the activities of the League, and for coordinating its efforts in order that it may fulfil its message.
31. The Secretary-General shall summon the Council of the League to an ordinary or to an extraordinary meeting. He shall also prepare the agenda, publish the resolutions adopted and see to it that the same are carried out.
32. The Secretariat-General, under the chairmanship of the Secretary-General, shall prepare the budget estimates, collect subscriptions from States, public bodies and individuals, and assess ordinary and extraordinary allocations.
33. The Secretary-General shall convene the Islamic Congress at the date prescribed, unless circumstances call for an extraordinary meeting, in which event it shall be convened upon approval by the Council.
34. The Secretary-General shall prepare and submit a report to the Council of the League concerning the activity of the League, its accomplishment during the preceding year, and the extent of its progress towards the achievement of its objectives.
35. The Secretary-General shall, in the light of his experience, submit to the Council the outlines of the proposed activities of the League for the next year, together with any studies, research papers, reports and suggestions that he may have.
36. The Secretary-General or any one he delegates shall represent the League before all States and at the various international meetings, conferences and committees. He shall also represent the League in cases that are raised by or against the League before the various courts.
37. The Secretary-General shall appoint the personnel of the Administration and of the Offices of the League in all countries. He may, in respect of the latter personnel, consult with the representatives of the respective countries regarding their appointment, provided that his opinion in respect of such matters shall have priority and prevalence. Such officials shall be responsible to him for all acts relating to the League which they may perform.
38. The Secretary-General of the League shall choose an Assistant Secretary who shall exercise the same powers that are conferred upon the Secretary-General in the event of the later's absence for one reason or another. The provisions of Article 29 of this Constitution shall be observed in selecting the Assistant Secretary.
39. If the Secretary-General dies or becomes unable to perform his duties, his Deputy shall assume the work until the ordinary session is held, when the Council will elect a new Secretary-General to replace him by a majority vote of those present.
40. The new Secretary-General shall not only complete the period of his predecessor, but his term of office shall be computed from the date of his election.
41. The Secretariat-General shall put the policy of the League into effect by means of the administrative machinery at the head office of the Secretariat-General and by means of the offices of the League in other countires.

Part VI

**42.** The administrative machinery of the Secretariat-General shall be composed (among others) of the following Departments:

**First — Department of Islamic Culture:** This shall have the following duties:

1. To prepare various studies and researches which expound the political, legislative, economic, social and cultural theories of Islam.

   To point out the wisdom, virtue and righteousness inherent in Islam, to indicate the evil that has been brought by the followers of alien laws to the Muslim countries, and to call upon Governments and public bodies to apply the Shariah.

3. To arrange for lectures and seminars with the participation of leading thinkers and men of guidance.

4. T call upon Muslim jurists (Ulama) of different sects to meet and debate their problems with a view to finding solutions thereto and to narrowing the scope of their differences.

5. To interpret the meaning of the Holy Qur'an as expressed in an authoritative exegesis, to all languages of the world in an easy and clear style, which would enable everybody of whatever mentality to understand the true teachings of Islam.

6. To write short biographies of the Holy Prophet and of certain pioneers of Islam.

**Second — Department of Journalism and Publication:** This shall have the following duties:

(a) To publish Islamic studies and researches and to translate them into the various major languages.

(b) To establish a publishing house for Islamic studies in Makkah the function of which shall be to issue a daily newspaper, or a weekly or a monthly magazine for the League, as well as various publications on a high level which deal with comparative world problems in general and the problems of Muslims in particular.

(c) To establish a major Islamic library.

(d) To utilize to the utmost the advantages of the pilgrimage by selecting a group of the most efficient preachers in various languages for the purpose of guiding the pilgrims and enlivening their feelings during the season, and reminding them of their duty on their return home, providing and organizing opportunities for acquaintance among pilgrims in every possible manner, and assigning a number of whole-time teams to establish contacts with the enlightened and dedicated elements.

(e) To strengthen the broadcasting systems and other information media of all kinds.

(f) To supply the offices of the League with all Islamic, religious and educational books, studies, and resolutions adopted by the Council; Arabic and Islamic papers and magazines which deal with the affairs of Islam and the Muslims; educational and religious films as may be available, and any other means which would help the offices of the League in carrying out their work.

**Third — Department of Financial Affairs:** This specializes in all financial affairs, including expenditure, organization of personnel affairs such as appointment, dismissal, transfer, leave and preparation of contracts.

Part VII

**43.** The offices of the League are considered the machinery of administration which assists the Secretary-General in his task outside the head office of the Secretariat-General.

**44.** The League shall establish such offices in Islamic and non-Islamic countries as may be required and can be afforded.

**45.** The staff of the aforementioned offices are responsible to the Secretary-General for their actions.

**46.** The following should be taken into consideration in the appointment of personnel of the offices:

(a) That they should know the language of the country in which they represent the League, in addition to the Arabic language.

(b) That they shall be well known for their zeal in spreading the doctrine of Islam and for their excellent standard of education.

(c) That they shall not have been convicted in matters affecting honour and morality.

(d) That they should enjoy high respect and esteem in the countries where they represent the League.

**47.** The Secretariat shall provide the offices with an Imam who leads the Muslims in prayer, and who enlightens them in their spiritual and secular affairs.

**48.** The offices of the League shall have the following duties:

(a) To carry out the resolutions of the League in the countries where they represent the League, and to strive by every means possible to achieve its objectives and aims.

(b) To meet the Muslim citizens of the countries where they represent the League, and to consider their affairs, settle their problems judiciously, and to unify them by providing good advice and council, and by following the teachings of the Holy Qur'an and the traditions of the Prophet (peace be upon him).

Contd. on page 17