

IIRO, SAUDI ARABIA

# IIRO Administrative Structure

## TRUSTEES COUNCIL

- Chairman
  - Secretary-General
    - Advisors
    - Deputy Sec. Gen. for Programmes
      - Educational Care Dept.
      - Social Welfare Dept.
      - Health Care Dept.
      - Dept. of Warehousing & Shipping
      - Dept. of Investment
      - Dept. of Resources Development & Donations
      - Dept. of Seasonal Programmes, Social Invements & Environmental Services
      - Our Children Programme
      - Department of Women's Committee
      - Department of Local Offices
    - Dept of External Affairs
    - Deputy Sec. Gen. for Finance
      - Director of Budget Dept.
      - Director of Estate & Assets
      - Director of Finance & Budget
      - Director of Finance Control
      - Training and Developing Human Resources Centre
    - Director of Projects Sector
      - Dept. of Urgent Relief & Refugees
      - Dept of Agriculture
      - Dept of Construction & Wells Digging
      - Dept of Architectural & Engineering Consultancy
    - Dept of Media & Information
      - Dept of Research, & Studies
      - Dept of External Offices
      - Director of Public Relations
      - Director of Volunteers Affairs

3

IIRO 000147