## The Founding Congress

The Founding Congress shall be the supreme authority at the League that approves all plans to be adopted by the General Secretariat of the League. The Founding Congress of the Muslim World League shall be comprised of (60) members from among prominent Islamic figures who represent Muslim nations and minorities and who shall be appointed according to a decision issued by the Congress.

Candidates for membership of the Founding Congress shall be advocates to God with a proven record in Islamic work.

The Congress shall meet routinely to reach decisions concerning issues brought before it by the General Secretariat of the League, or by three members of the Congress and shall take decisions in regards to those issues and in relation to the activities of the League in its endeavor to realize its goals. It shall also provide advice and counsel to countries and groups that are in need of such counsel in the service of Islam and Muslims. Service on the Founding Congress is voluntary and its members shall receive no compensation or salary in return.

*Resolutions and Recommendations*

*The Founding Congress of the Muslim World League*
*In Its 37th Session*
*Convened in Holy Mecca*
*in the period from*
*27-28 Muharram 1423 H*
*April 10-11, 2002 AD*

In the Name of God, the Merciful and the Compassionate
May thanks be to God, the lord of the universe, and may God's peace and prayers be upon the noblest of messengers, our prophet Mohammad, and upon all of his family and companions and those who followed them until the Day of Judgment.

Under the chairmanship of His Eminence Sheikh Abd al-Aziz bin Abdullah al-Alsheikh, the Grand Mufti of Saudi Arabia and Chairman of the Founding Congress of the Muslim League, the 37th session of the Founding Congress of the Muslim World League was held on the 27-28th day of Muharram, year 1423 of the Hijra, the 10th-11th of April, 2002, at the headquarters of the League in Mecca.

The Congress was attended by the following honorable members of the Founding Congress:

1. Sheikh Abu-Bachar Mahmud Job- Senegal
2. Sheikh Ibrahim Kojo Kuwii- Ghana
3. Sheikh Abu-Bachar Mekhei-al-Adin- Singapore
4. Sheikh Ahmed Banofia- Cameroon

5. Sheikh Ahmed Limu- Nigeria
6. Dr. Osama Abdullah Khai'at- Saudi Arabia
7. Mr. Ismail Nima'ia- Central Africa
8. Sheikh Hafet Mahmad Salah- Burma (Myanmar)
9. Sheikh Hassin bin Hassan Abchar- Chad
10. Sheikh Hassin bin Ali Marphak- Yemen
11. Sheikh Hamdi Youssef Sabahitch- Serbia
12. Dr. Rafat Mustafa Yujeltan- Turkish Cyprus
13. Sheikh Salah Uzjann- Turkey
14. Sheikh Salah bin Abd al-Rahman al-Hasin- Saudi Arabia
15. Sheikh Salah bin Mahmad Alalhidan- Saudi Arabia
16. Dr. Abd al-Halak Katdhi- Australia
17. Sheikh Abd al-Rahman Habenacca al-Midiani- Syria
18. Field Marshal Abd al-Rahman Su'ar al-Dahab- Sudan
19. Ton Abd al-Rahman Yakoob- Malaysia
20. Dr. Abd al-Satar Sirat- Afghanistan
21. Dr. Abd Alsabur Marzuk- Egypt
22. Dr. Abdullah bin Salah al-Abid- Saudi Arabia
23. Dr. Abdullah bin Abd al-Mohsan al-Turki- Saudi Arabia
24. Sheikh Abdullah al- Matoa- Kuwait
25. Sheikh Ali bin Amar Bona'o- Gabon
26. Sheikh Omar Ahmad Jalo- Nigeria
27. Sheikh Ghawath Watara- Ivory Coast
28. Mr. Kamel al-Sharif- Jordan
29. Sheikh Malek Zaromi- Burkina Faso
30. Mr. Mario Shalviyya- Italy
31. Sheikh Mahmad al-Amin al-Sheikh- Mauritania
32. Sheikh Mahfooth al-Nahnah- Algeria
33. Mr. Mahmad Hanifa Mahmad- Sri Lanka
34. Sheikh Mahmad Rava al-Hasani al-Nadoi- India
35. Sheikh Mahmad Rashid Kabani- Lebanon
36. Sheikh Mahmad Ratch'a Bachan- Eastern Turkmenistan
37. Mahmad Sadik Mahmad Youssef- Uzbekistan
38. Sheikh Mahmad bin Sakar al-Kasami- United Arab Emirates
39. Sheikh Mahmad bin-Abdullah al-Anatsri- Qatar
40. Sardar Mahmad Abd al-Kayum Khan- Bangladesh
41. Dr. Mahmad Abdo Yamani- Saudi Arabia
42. Sheikh Mahmad Moheii al-Adin Khan- Bangladesh

43. Engineer Mahmad Youssef Haj'er- Argentina

44. Sheikh Van Mahmad Noor Mata- Thailand

**The following apologized for not attending the meeting:**

1. Dr. Ismail Jafakhia-Thailand

2. President Bachar al-din Youssef Habibi- Indonesia

3. Mr. Daniyal Youssef Lichlarc- France

4. President Mamoun Abd al-Kayoum- Maldives

5. Sheikh Mahmad Hassin abu-Sardana- Palestine

6. Mr. Abd al-Aziz Omar- Brunei

**The following persons were absent:**

1. Mr. Khaled Kiba- Japan

2. Dr. Te Jabbar Fiatdhi Aluwani- Iraq

3. Sheikh Abdullah Tzafa- Russia

4. President Ali bin Hassan Mu'aini- Tanzania

5. Sheikh Mahmad Jamal al-din Abd al-Wahab- Pakistan

The Congress was inaugurated in the afternoon of Wednesday 27/1/1423 H by reciting the holy Quran. Then his eminence, the Grand Mufti of the Kingdom of Saudi Arabia and the President of the Founding Congress of the League Sheikh Abdel Aziz bin Abdullah Al Al-Sheikh welcomed the attendees and praised the efforts being expended by the Congress. He also called for adherence to God's holy book and the tradition of his prophet, may God's peace and prayers be upon him. In conclusion, he referred to the efforts of the Custodian of the Two Holy Shrines King Fahd Bin Abdul Aziz Al Saud and His Royal Highness Crown Prince Abdullah bin Abdul Aziz Al Saud in the service of Islam and Muslims.

After that, the names of members who could not attend and the deceased members were read out loud, while new members who participated for the first time in the Congress's meeting were welcomed.

The Congress then formed committees for this session organized as follows:

1 Islamic Affairs Committee

2 The Rules and Regulations Committee

3 The General Committee

4 The Finance Committee

The meeting was then adjourned so that the committees could meet and examine the issues presented before them.

Members of the Congress continued their meetings through the committees that were formed and through which they discussed several contemporary Islamic issues related to the affairs of Muslim nations and general issues of concern to Muslims. They also discussed some of the League's regulations and affiliated organizations and their regulations.

The Congress resumed its general meeting on the afternoon of Thursday, 28/1/1423 H, to study the conclusions reached by the committees and issued the following resolutions and recommendations:

First: Call for the Application of the Islamic Shar'ia:

1    The Founding Congress of the General Secretariat of the Muslim World League recommends that an intensified awareness campaign be launched to demonstrate justice in the Shari'a law and the significance of implementing it in the lives of people through the enactment of a comprehensive program. It also calls upon the imams of mosques and scholars to urge Muslim countries and peoples and groups to implement Islamic Shari'a in the daily lives of Muslims. It also calls on the means of education, culture and the media to expend greater efforts to raise awareness among Muslims about the essence of Islam and the foundations of legislation and to pay attention to education and to spread material that highlight the virtues of the Islamic Sharia and its impact on the realization of happiness in human societies.

2    The Founding Congress calls on Islamic countries to resort to and rely on the judgment of the Islamic Shari'a in all their affairs; it also calls upon them to abandon man-made laws that contradict Islam and to establish fixed foundations for the unity of Shari'a organizations among Muslim countries, through reliance on the source of Islamic legislation.

3    The Founding Congress recommends that the Organization of the Islamic Conference establish a permanent committee to follow up on the application of the Islamic Shari'a in member states and to extend advice and expertise to help realize this goal. It also recommends that it quickly establishes an Islamic Court of Justice that would address differences and disputes among Muslim states and groups.

4    The Founding Congress urges Islamic centers, institutes and universities to prepare specialized studies related to the various aspects of the characteristics of the Shari'a and its applications and to organize training courses to qualify judges for this mission.

Second: Islamic Solidarity:

1    The Founding Congress reminds Muslim governments and groups of the divine edict: (and join hands in God all of you and do not differ) and of the brotherhood in faith which the Almighty underscored in his holy book (The faithful are brothers). It calls on Muslims to avert disputes and side differences and calls on them to expend efforts in order to realize Islamic solidarity between them, both at the government and popular levels, out of concern for the unity of the Islamic nation and the unity of its words and to enhance cooperation, deepen understanding between the Islamic countries, strengthen brotherly relations among them at various levels and unify their positions vis a vis vital and urgent issues facing the Islamic nation, especially in this era where the Muslim nation is facing international threats and coalitions.

2    The Founding Congress calls upon the Organization of the Islamic Conference to urge Islamic countries establish a joint Islamic market, lift the restraints on trade between them, and strengthen economic ties between the member states,

Such that they are able to confront the foreign economic invasion and realize self-sufficiency for the Islamic nation.

3. The Founding Congress would like to remind people of the holy verse: (The faithful are brothers, so reconcile your brothers) and reaffirms its earlier decisions to call on Islamic governments and groups to resolve their differences and problems according to the dictates of the Islamic Shari'a. It also recommends that the General Secretariat of the Muslim World League form a committee comprised of the scholars of the Islamic nation and its leaders to mediate disputes between Muslim parties and alleviate tensions and safe lives and realize interest.

**4 – While stressing its previous decision to make the Arabic language a main language after the national language in Muslim non-Arab countries, the Founding Congress recommends that the Organization of Islamic Conference expend effort in implementing this resolution through education programs in Muslim non-Arab countries so that Muslim nations can learn Islamic sciences and culture on a first-hand basis, and such that the Arabic language would be the means of communication among them.**

**Third: The issue of Jerusalem and Palestine:**

**1 – While the Founding Congress expresses pride in the steadfastness of the fighter Palestinian people and its blessed Intifada, and the great sacrifices made by Palestinians to defend their country, and resist the imposition of a fait accompli, which the occupation authorities are attempting to impose; it calls on all Muslims, governments, organizations and individuals, to provide material, and moral support for the Intifada, and enable the Palestinian people to strife, and to liberate the occupied territories from the brutal Israeli authorities.**

**2 – Whereas the Founding Congress reaffirms its previous resolutions, which state that the issue of Jerusalem is the foremost cause of the Islamic nation as a whole, that no one has the right to forsake it in any case, and that peace will not be achieved except through the return of Jerusalem to Palestinian sovereignty as the capital of the independent State of Palestine on its entire territory, and the return of Palestinian refugees to their homes in Palestine, it calls on all Islamic governments, bodies, the imams of the mosques, and all the media to focus on the issue of Palestine as an Islamic cause, and to highlight its position in the hearts of Muslims, and to sensitize public opinion to unfair Zionist actions and distortion of historical facts and the desecration and destruction of holy sites as well as the killing, displacement and destruction that Muslims are facing.**

**3 – The Founding Congress calls upon governments that support Israel to cease their support of its crimes against humanity by killing women and children, and the destruction of Muslim homes, the demolition of mosques, and calls upon them to pressure Israel to dismantle Jewish settlements in the**

occupied territories.

4 – The Founding Congress recommends that International Islamic Relief Organization and other humanitarian agencies provide urgent assistance to save the sick, the wounded, orphans, widows and victims of the brutal Zionist attacks and calls on Muslim organizations, and individuals to donate funds for the restoration of mosques, schools, and institutions destroyed by Israel's destruction machines.

5 – The Founding Congress calls upon the United States Government to reconsider its positions vis a vis the Palestinian cause, and to look with justice and fairness at the unfair practices that the Palestinian people suffer from as a result of the oppressive Zionist entity, and to shoulder its responsibilities in working for a just peace in Palestine.


**Fourth: Muslims in Southern Philippines:**

1 – While the Founding Congress expresses its appreciation to the President of Philippines Ms. Gloria Aoréoma Oryouma Kabale for declaring Eid al-Fitr a national holiday all over the Philippines, and has participated personally in Islamic religious events, it invites her to fully implement the peace agreement that was signed in 1996 and grant all Muslims their religious and national rights, as well autonomy to realize peace in the southern Philippines. It also calls upon the Organization of Islamic Conference to pursue the issue through diplomatic contacts in order to achieve these goals.

2 – While the Founding Congress stresses its previous resolutions on the unifying the Islamic fronts in the Philippines and their positions; it recommends that the General Secretariat of the World Muslim League exert efforts to achieve this, and continue to provide financial support for mosques, schools and Islamic institutions so that they can strengthen their Islamic identity, and expand their activities and perform their duties towards Muslims.


**Fifth: Muslims in Bosnia and Herzegovina:**

1 – Whereas the Founding Congress sends its appreciation and thanks to the Custodian of the Two Holy Shrines King Fahd bin Abdul Aziz Al Saud for his efforts in building centers, mosques and homes in Bosnia and Herzegovina, and the Islamic Center in Sarajevo, it calls on Islamic countries and institutions to provide financial assistance for the restoration of the remaining mosques, the building of schools and the reconstruction of institutions devastated by war; so that Muslims can regain their basic fundamentals and enhance their national entity.

2 - The Founding Congress calls upon Islamic countries and their regional and international organizations to expend efforts to take back children and orphans who are being looked after by non-Islamic organizations, help Muslims in Bosnia and Herzegovina to provide orphanages, schools, and institutes so that they can receive Islamic education, provide scholarships to the children of Muslims in various scientific disciplines, and provide material assistance to accelerate the return of refugees to their homes.

3 - The Founding Congress recommends that the International Islamic Relief Organization, and other Islamic bodies continue their humanitarian work in the provision of material, moral and cultural assistance for all Muslims who need to be rescued from disease, hunger and ignorance; and in this regard, it calls upon the Government of Bosnia and Herzegovina to continue to facilitate the work of Islamic organizations, and provide appropriate conditions for them to operate.

Sixth: Muslims in Kosovo:

1 – Whereas the Founding Congress expresses satisfaction with the results of parliamentary elections that led to the assumption by the national leadership to power in the territory of Kosovo, it calls on member states of the Organization of Islamic Conference to provide the required support to realize the demands of Muslims for self-determination, assert their Islamic identity, and establish an independent national government in their country Kosovo .

2 - The Founding Congress calls upon Islamic governments and organizations to provide aid for the construction of mosques, schools and institutions destroyed by the brutal attacks by the Serbs, and to create the conditions and possibilities for the return of refugees to their homes, as recommended by the International Islamic Relief Organization and others to continue to provide aid relief to Muslims, easing the effects of disease, hunger and ignorance, and saving them from the clutches of Christianization.

## Seventh: Muslims in Macedonia:

1 – While the Founding Congress expresses satisfaction with the agreement between the Government of Macedonia and the political leaders concerning the peaceful settlement of the demands of Muslims for constitutional changes that guarantee them equality and justice, and guarantee their legitimate national rights, which was concluded in the month of Jumada Al-Ula 1422, corresponding to August 2001, it recommends that the Islamic Conference seeks to convince the United Nations Security Council and the European Union to implement the provisions of the agreement, provide safeguards for the peace, ensure that Muslims attain their legitimate rights, and that refugees return to their homes, and are compensated for the physical and moral damages they endured.

2 - The Founding Congress calls upon Islamic countries and organizations to provide support for the reconstruction of mosques, schools and institutions destroyed by war, and to assist Muslims in their efforts to run their own institutions, and support their identity, and Islamic identity, and restore their usurped rights.

## Eighth: The Muslims in Serbia and Montenegro:

The Founding Congress recommends that the General Secretariat of the Islamic World League arranges a visit by a fact finding delegation to inspect the conditions of Muslims in the Republic of Serbia and Montenegro, and discuss with government officials and heads of Islamic organizations regarding providing the required support to meet the religious needs of Muslims and to help them support religious activities that would enhance their Islamic identity.

## Ninth: The Azari Nagorno - Karabakh Region seized by Armenia:

1 – The Founding Congress calls on the Organization of Islamic Conference to

continue its efforts to assist the Republic of Azerbaijan in its efforts to regain its territories occupied by Armenians, and to return displaced Azeris to their homes.

2 – While the Founding Congress expresses gratitude to the International Islamic Relief Organization for its efforts in helping Azerbaijani refugees, it calls on humanitarian relief organizations and Islamic charities to provide aid and assistance to displaced Azerbaijanis, to alleviate their suffering and prevent them from being displaced so as to allow them to defend their rights, and to return to their homes.

3 - The Founding Congress recommends that the constituent countries of the Organization of the Islamic Conference expend diplomatic efforts in bilateral and international meetings to press the government of the Republic of Armenia, to give the Muslim minority the right to practice their religion, repair their mosques and pay attention to their cultural identity.

**Tenth: Islamic Central Asian countries:**

**1 – While the Founding Congress calls upon the presidents, leaders and governments of Islamic Central Asian Muslim countries, regarding their glorious status in the history of humanity; especially during the immortal Islamic civilization, it calls upon them to fulfill their national duty to help their people to regain their Islamic historic identity and culture, support advocacy work to educate Muslims about the teachings of their religion, and rescue them from the clutches of Christianization and loss.**

**2 - While the Founding Congress reaffirms its previous resolutions in support of Islamic culture in Muslim Central Asian countries, it recommends that the Secretariat of the Muslim World League increase its interest in providing scholarships, the appointment of preachers, the dispatch of delegations, organization of seminars and conferences, training imams and preachers, and to forge closer relations with Islamic institutions and personalities through visits, communication and participation in Islamic events, and support of their religious work and activities.**

**Eleventh: The Question of Muslims in East Turkestan:**

**1 - While the Founding Congress re-affirms its previous resolutions on the issue of Muslims in East Turkestan (Chnjang), it calls on member states of the Organization of Islamic Conference to exert diplomatic efforts in bilateral and international meetings with the Government of China to respect the feelings of Muslims Turkestanis, give them their religious, social, cultural and political rights, and stop the transfer of Chinese emigrants into the region. It also recommends that the Organization of Islamic Conference urge its member states, and international organizations to pay increased attention to the Muslims of Turkestan, to save them from practices seeking to obliterate their Islamic identity, as well as to contact their national leaders; to learn their problems and suffering, and the possibility of mediation between them and the Government of China so as to ease the tension between the parties and achieve the demands of Muslims.**

**2 - The Founding Congress calls on Islamic countries to provide scholarships to the children of the Muslims of East Turkestan in the various disciplines, facilitate accommodations for them, admission into universities and schools, and support cultural institutions, and social development.**

**3 - Whereas Founding Congress expresses deep appreciation to the Government of the Custodian of the Two Holy Shrines King Fahd bin Abdul**

Aziz Al Saud for its efforts and great services to the pilgrims in order to facilitate the performance of the rituals of Hajj and Umrah; it seeks to facilitate the granting of Turkmanistani pilgrims from China visas from Saudi Arabian consulates in Islamabad, Almaty, Tashkent, Dubai, Istanbul, and Bangkok. It also hopes the Government of Pakistan would facilitate their passage through Pakistan.

4 – The Founding Congress recommends that the General Secretariat of the Muslim World League and others provide support for the reconstruction of mosques and schools, and assist Islamic institutions in China and provide scholarships, appoint preachers and arrange exchange visits with Islamic associations and personalities in China, thus consolidating the bonds of Islamic brotherhood.

**Twelfth: The Issue of Muslims in Myanmar (Burma):**

1 - The Founding Congress appeals to member states of the Organization of Islamic Conference, and member states of the Federation of ASEAN to exert efforts, and use their influence with the Government of Myanmar to grant Muslims their basic rights to live in security and peace in their land and their homes, religious freedom to practice their own rituals, pay attention to their mosques and schools, and guarantee their right to work, mobility and ownership of property.

2 - The Founding Congress recommends that the General Secretariat of the Muslim World League organizes a visit for a fact-finding delegation to inspect the conditions of Muslims in Burma, and contact the government of Myanmar to discuss the possibility of providing the required support to the religious needs of Muslims. It also recommends that they and other Islamic organizations provide moral and financial aid for Burmese refugees.

**Thirteenth: the issue of Somalia:**

1 - The Founding Congress affirms the unity and sovereignty of the Republic of Somalia, and its territorial integrity, and calls on leaders of the factions to respond to the call of truth and duty, renounce differences, stop the bloodshed and recognize the elected government, work to restore security and stability in all parts of Somalia. It denounces foreign interference in Somalia. It also calls upon international and Islamic countries and organizations, particularly the Organization of the Islamic Conference to support the efforts of Somalia's transitional government; to complete a comprehensive reconciliation and achieve national unity and the process of construction and reconstruction.

2 - The Founding Congress calls upon international and Islamic organizations to provide adequate support to the Government of Somalia; to rebuild its institutions and conduct its affairs. It also recommends to the International Islamic Relief Organization and others, to increase their relief assistance to save the Muslim Somali people from the clutches of hunger, disease and ignorance.

**Fourteenth: The Issue of Jammu and Kashmir:**

1 – The Founding Congress reaffirms its previous resolutions on the issue of Jammu and Kashmir, calling for the right to self-determination for the people

of Jammu and Kashmir; as stated in the relevant United Nations resolutions. It also urges the Organization of Islamic Conference to make efforts at all international levels to find a just solution to the Islamic cause, and appoint a special representative to follow up its affairs.

2 - The Founding Congress calls upon Islamic and international nations and organizations to take all necessary measures to persuade India to stop its human rights violations in Jammu and Kashmir immediately, and to enable the people of Jammu and Kashmir to exercise their inalienable right to self-determination in accordance with United Nations resolutions. It also calls on the High Commissioner for Human Rights to afford particular importance to this case.

3 - The Founding Congress appeals to Islamic and international nations and organizations to provide financial and moral support to Kashmiri Muslims in the reconstruction of mosques and schools that were damaged because of Hindu aggression, and to provide assistance and humanitarian aid to those affected by the ongoing bloody conflict.


Fifteenth: Muslims in India:

1 - The Founding Congress of the League denounces the massacres of Muslims in the State of Gujarat at the hands of Hindu extremists, and calls on the Government of India to provide adequate protection for its Muslim citizens, to protect their property and their institutions, and to treat them as citizens on an equal footing with the rest of the population.

2 - The Founding Congress reminds the Government of India of the Babri mosque which was destroyed by Hindu extremists and calls upon it in this respect to fulfill its promise to rebuild the mosque in question and to provide adequate protection to other mosques threatened by Hindu extremists.

3 - The Founding Congress calls on member states of the Organization of Islamic Conference to exert diplomatic efforts with the Government of India to convince it to rebuild the Babri mosque and to provide security and protection for the other mosques facing the threat of demolition and removal at the hands of Hindu extremists. It also calls upon it to respect the religious and worldly rights of Muslims in India.


Sixteenth: The Issue of Chechnya:

1 - The Founding Congress calls on member states of the Organization of Islamic Conference to invest their diplomatic relations with the Government of the Russian Federation in bilateral and international meetings to secure the

withdrawal of Russian troops from Chechnya, and grant the Chechen people their right to self-determination. It also recommends that the Organization of Islamic Conference set up an Islamic working group to follow up on this just Islamic cause in international forums, and in decision-making centers in the government of Russia to find a solution to the problem.

2 - The Founding Congress calls on the Government of the Russian Federation to allow Islamic relief agencies and charities to deliver food, clothing, medical aid materials, and educational services to displaced persons, widows, orphans and the disabled. It also calls upon Islamic states and organizations to provide material and moral support to the people of Chechnya struggling to rebuild what was destroyed by the Russian military aggression and to assist them in running their public institutions.

**Seventeenth: Afghanistan:**

1 – The Founding Congress affirms the territorial integrity of Afghanistan and its regional integrity, and recommend to the Organization of Islamic Conference to follow up with the concerned authorities to restore security and stability throughout Afghanistan.

2 - The Founding Congress recommends that the General Secretariat of the World Muslim League and other Islamic organizations step up humanitarian assistance to save the Muslim people of Afghanistan from the clutches of disease, hunger, and ignorance, and to provide assistance to construct mosques, schools and Islamic institutes devastated by long wars. It also calls upon Islamic and international countries and organizations to contribute to the building of Afghanistan and secure the return of displaced refugees to their country.

3 - The Founding Congress calls on the Government of the United States to observe the Geneva Convention concerning Afghani prisoners treat them humanely and ensure the prosecution of those found involved in criminal acts through a fair trial. It also calls upon the Secretary General of the United Nations and UNHCR High Commissioner for Human Rights to work on the implementation of these objectives.

4 – The Founding Congress calls on the OIC to take necessary measures in international and regional forums in order to ensure the protection of prisoners in Afghanistan from the humiliation and degradation they have received; and recommends to the General Secretariat of the World Muslim League to form a high-level delegation of Islamic organizations to meet with the Afghan leadership and urge them to take a proactive stand with respect to the issue of Afghan prisoners.

5 - The Founding Congress recommends to the International Islamic Relief Organization and other Islamic organizations to provide humanitarian assistance and care required for families of prisoners and those killed in Afghanistan. It also urges the various Islamic media outlets to dedicate programs and documentaries to publicize the issue of Afghani prisoners and the oppression and abuse they have been subjected to.


Eighteenth: The issue of Turkish Cyprus:

1 – Whereas the Founding Congress renews its support and solidarity with the Muslim people in the Republic of Northern Turkish Cyprus, it asserts that the Cyprus issue can be resolved only through the establishment of a confederation based on the political equality of the Turkish Muslim and Greek communities, and the recognition of the Cypriot Government in the north of the country on an equal footing with the Greek Cypriot government in the south of the country.

2 – The Founding Congress recommends that the General Secretariat of the World Muslim League and other Islamic organizations provide financial support for the restoration and construction of mosques and Islamic schools, sending missionaries, and provide scholarships to teach Arabic and Islamic sciences to strengthen the Islamic identity of the Turkish community.


Nineteenth: Muslims in the Ivory Coast, Sierra Leone, and Liberia:

The Founding Congress recommends that the International Islamic Relief Organization, and other Islamic organizations and institutions continue to provide humanitarian assistance to refugees, and victims of previous wars in those countries, and recommends that the General Secretariat of the Muslim World League in coordination with the Organization of Islamic Conference and other Islamic and international organizations set up a program to repatriate refugees to their homes and help them rebuild their demolished homes, mosques, schools, and institutions.


Twentieth: The bloody Unrest in Indonesia:

The Founding Congress expresses its great appreciation for the efforts exerted by the Government of the Custodian of the Two Holy Shrines King Fahd bin Abdul Aziz Al Saud in helping Muslims around the world, particularly the generous aid to help those affected in the Moluccas and Ambon islands in the reconstruction of their destroyed homes, their mosques and Islamic and civil institutions. It also recommends that the International Islamic Relief Organization, and other Islamic organizations intensify their

humanitarian assistance and financial resources to help Muslims in the restoration of their mosques, schools, and rescue them from the clutches of Christianization and homelessness.

**Twenty-one: The Case of the Baharies:**

Whereas the Founding Congress reaffirms its previous resolutions to address the issue of the Baharies, it recommends that the General Secretariat of the Muslim World League in coordination with Islamic and international organizations and bodies carry out a broad campaign to raise the funding required for the transfer and resettlement of the Baharies in Pakistan, and contact the government of Bangladesh to improve their tragic situation within it, and follow up with the Islamic Development Bank so that it would implement its previous pledge to build schools and public facilities for them.

**Twenty-Two: Muslim Minorities:**

1 – Whereas the Founding Congress reaffirms its previous resolutions on Muslim minorities, it invites the Organization of Islamic Conference to urge member states to pay attention to issues concerning Muslim minorities in international forums and to hold bilateral meetings with states in which Muslim minorities reside, thereby improving the situation of Muslims and giving them the basic freedoms and human rights on an equal footing with other citizens in their country.

2 – The Founding Congress recommends that the General Secretariat of the Islamic World League pursue the collection of information, studies and recent statistics on the situation of Muslim societies and minorities, inform public opinion about their circumstances and situations, identify their needs, and work to provide humanitarian, cultural and educational assistance to help them protect their Islamic identity.

3 - The Founding Congress calls on Islamic countries and organizations to provide material and moral support to strengthen the various Islamic activities and build centers, schools and mosques in areas where there are Muslim minorities, extend scholarships for their children, and make the contributions required to improve the conditions of Muslim communities and minorities and preserve their religious and cultural identity.

**Twenty-Three: General Issues:**
First: Reports from the managers of the League, its offices and its overseas branches.
    A   The League offices and its centers around the world:

- The Founding Congress of the Muslim World League condemns the barging into the League offices in Washington. The Congress would like to express its concern over such conduct and demands of those who committed the act to desist from any further similar actions, which harm the good name of the League and other world Islamic organizations.

- The Congress reviewed the reports of the League offices and its overseas branches and has decided the following:
  1. To thank the General Council of the League, the office managers of the League and its overseas branches for their efforts.
  2. To supply the offices and their centers with all the books, translations and publications needed.
  3. To recommend to the General Secretariat of the League to hold an annual conference in which the League main office managers and its overseas branches participate to consult and learn about the operations of the League, and to assess the goals of Islamic preaching.

  B. The League's Departments

  The founding Congress reviewed the reports of the departments of the General Secretariat of the League and the activities contained therein and extended its thanks to the General Secretariat of the Islamic World League and all its employees for their efforts in supporting Islamic advocacy within the framework of the noble goals on which it was founded.

**Second: Activities of the Islamic organizations and institutions affiliated with the League:**

1. The International Islamic Relief Organization:

The Congress reviewed the file of the IIRO's achievements for the fiscal year of 1421/1422 H and recommended the following:
  1. To thank the International Islamic Relief Organization for the work it has conducted in the area of aid and the construction of mosques and schools around the world as well as other efforts.
  2. The Congress recommended that Islamic governments and all Muslims cooperate in cooperation with the International Islamic Relief Organization and other institutions and stressed the importance of coordination and cooperation with Islamic councils and parties.

2. The Committee on the Miracles of Science in the Quran and Sunna:

The Committee reviewed the report of the Committee on the Miracles of Science in the Quran and Sunna and praised the efforts of the committee, especially in the area of lectures and seminars and the distribution of the publications of scientific centers and universities. The Committee recommends the following:
  1. To call on charitable people to allocate Awqaf charitable funds for the Organization to assist it in increasing its activities in the area of scientific research and publication.
  2. That the Committee contributes its scientific and cultural efforts in international book fairs to benefit all Muslims and familiarize them closely with the activities of the Committee.

3   To expand the activities of the Congress in the area of lectures and seminars, not just in Arab countries, but also in Islamic and other countries, provided that this takes place within the framework of the use of European languages, given the incessant desire sweeping Europe and the Americas to learn more about Islam.

4   To strengthen the Congress's role in any activity related to the issue of scientific miracles in the Quran and the tradition in the Islamic world and elsewhere and what is being written in this regard.

3. Accomplishments of the Secretariat of the Jurisprudence Coalition of the League:

The Congress reviewed the file of the Secretariat of the Jurisprudence Coalition of the League and recommended the following:

1   To thank the General Secretariat of the League for its efforts that gave the Jurisprudence Coalition its current status.

2   To thank the Secretary of the Jurisprudence Coalition and the esteemed members of the committee for their efforts and research submitted to the Committee which was well received, thanks be to God.

3   That the Secretariat of the Jurisprudence Coalition implement the resolutions and recommendations issued by the Coalition in its sixteenth session.

4   That the General Secretariat of the League publish the resolutions issued by the Coalition in adequate quantities and distribute them to Muslim minorities and visitors and translate them into several languages.

4. The charity institution "al-Haramain and the al-Aqsa mosque":

The Congress reviewed the activities of the charity organization "al- Haramain and the al-Aqsa mosque" and expressed its appreciation to those responsible for the charity. The Congress recommends that this institution's activities be publicized, and that philanthropists be encouraged to help the organization and help finance its activities.

5. Activities of the Holy Mecca Charity:

The Committee reviewed the activities of the Holy Mecca Charity, especially in the area of caring for orphans and while it thanked those responsible for the charity, it recommends that its name be widely publicized and benefactors be urged to support it and that charitable funds be found and allocated for its activities.

6.   Activities of the International Organization for the Memorization of the Holy Quran:

The Committee reviewed the report of the International Organization for the Memorization of the Holy Quran and thanked His Excellency the Secretary General for his efforts to bring this institution to the fore. It recommends that the General Secretariat support it and benefactors be urged to support it and that charitable funds be especially allocated for it so that it can maintain its independence and fund its activities.

**Third: Visits of the General Secretary of the League, his deputy and their meetings:**

First: Visits and meetings of the General Secretary of the League:

The Congress reviewed the reports concerning the General Secretary's visits to Bosnia, Lebanon, Switzerland, Ethiopia, Egypt, Sudan and Chad, and recommended the following:

1   To thank His Excellency the Secretary General for the visits he conducted and the various activities recorded in the reports.

2   The General Secretariat of the League should follow-up on the implementation of the recommendations contained in the General Secretary's reports.

3   Attention should be paid to the cultural and educational seminars sponsored by His Excellency, meetings should be held with the advocates of the League and other advocates, lectures should be organized for them, and they should be guided to what is in their best interest. The threats that the Islamic nation is currently being subjected to should also be brought to the fore. The Secretary General should also be joined in his missions with a number of experts and scholars, such that the communities visited would benefit.

4   The founding Congress shall send a letter of gratitude and appreciation to the heads of states visited by the Secretary General for their warm welcome and interest in the interests of Muslims in their countries and their constructive cooperation with the Muslim World League.

Second: Meetings of the General Secretary of the League:
The Congress reviewed the file on the meetings of the General Secretary and made the following recommendations:

1   To thank His Excellency the Secretary General for his interest, attention and welcome of Muslims of various classes.

2   It is important for the Secretary General to respond to requests to visit Islamic countries submitted by the League's guests, as appropriate.

Third: Visits by the deputy General Secretary of the League:
The Congress reviewed the reports concerning the deputy General Secretary's visits to Uzbekistan, Tajikistan and Kazakhstan, and made the following recommendations:

1   To thank the Assistant Secretary General and accompanying delegation for the visits they conducted and the aid they extended in the name of the General Secretariat of the League.

2   To send a letter to the heads of states that the delegation visited to express the committee's gratitude and appreciation for their welcome and interest in the status of Muslims in their countries.

3   The General Secretariat should follow up on the implementation of the recommendations made in the reports of the assistant secretary general.

4   It is important to continue to send delegations to Muslim areas to inspect the conditions of Muslims there.

5   Effort should be made to provide Muslim communities and minorities with books and translations of the meanings of the holy Quran

Fourth: Conferences, seminars and meetings that the League has conducted or took part in: The Congress reviewed the file concerning the League's participation in conferences and seminars and meetings in Saudi Arabia and overseas, as well as conferences and seminars and meetings held by the League in Saudi Arabia and overseas. The Congress thanks the General Secretary and senior members of the League who represented the Secretariat of the League. It also calls on the General Secretariat of the League to organize Islamic conferences in Europe and the Americas and the former Soviet republics to educate those nations about Islam and its virtues, to confront the hateful campaigns against Islam,

attempts to accuse it of terrorism, and to invite a number of neutral Western intellectuals to take part in these conferences and give lectures.

Fifth: The Final Statement of the League's conference titled: "The image of Islam in modern media": The Congress reviewed the resolution of the League's conference and gave the following recommendations:

1.    To thank His Royal Highness Crown Prince Abdullah bin Abdul Aziz Al Saud, Deputy Prime Minister and Chief of the Saudi Arabian National Guard for his sponsorship and for the consideration he has shown this seminar, and to consider his speech as one of the official documents of this Congress.

2.    To thank His Royal Highness Prince Abdel Majeed bin Abdel Aziz Al Saud, the Ruler of holy Mecca, for inaugurating the seminar.

3.    To thank His Excellency the Secretary General of the League for his attention to the status of Muslims, especially at the present time, through holding this seminar.

4.    To follow up on the implementation of the decisions and recommendations of the seminar.

5.    To publish the research studies and opinions discussed at the seminar in a booklet and distribute it to media centers and translate it into English and French.

6.    To urge His Excellency the Secretary General to hold this seminar annually and diversify its topics according to the conditions lived by the Islamic nation at the time.

Sixth: The League's media plan:

The Congress reviewed the League's media plan for the purpose of clarifying its goals and gave the following recommendations:

1.    To thank the Secretariat of the League for putting together a media plan that the Congress requested at its previous (36) session and expressed its desire to speed up the implementation of the attached media plan with all its details.

2.    The League shall participate in important international book fairs in order to publicize the League through articles and advertisements in Arabic and other languages.

3.    Allocate a number of publication introducing the League and distributing them for free.

4.    Taking advantage of the events held by the League both in Saudi Arabia and overseas for the purposes of distributing large amounts of books, publications and symbolic gifts to those participating.

5.    To hold an open day by inviting officials in the headquarter city from various educational, cultural, academic, media and professional fields to visit the League and distribute books and publications, as well as symbolic gifts to them.

6.    To commission some authors to write about the League in newspapers, magazines, or booklets.

7.    To publish a media guide about the League to be reviewed periodically and to make it available in several languages.

8.    To seek to have the competent authorities print commemorative stamps in the name of the League.

Seventh: New appointments to the Founding of the League and the resignation of some of its members:

1. New appointments:

The Congress reviewed the candidates put forward by the General Secretariat of the League to fill vacancies in the Founding and has agreed to the appointment of Dr.Ahmed Muhammad Ali for membership in the committee representing Saudi Arabia, thanks to his status in the Islamic world and his experience and efforts in the field of Islamic activism.

The Congress also agreed to the appointment of Dr. Ibrahim bin Edris Abu Bachar Jao Shilin for membership in the Founding Congress representing the Muslims of China, in light of his experience in the field of Islamic culture and education and the numerous diplomatic posts he has held.

2. The resignation of some members:

Based Article (24) of Chapter Three of the Regulations of the World Islamic League which stipulates that: "If a member of the Founding Congress of the League misses three of its sessions in a row without prior notification, he will be considered as resigned". The Congress has considered the following on whom this article applies as resigned:

| No. | Name | Country |
|-----|------|---------|
| 1 | Dr. Ahmed Alneto | Philippines |
| 2 | Dr. Abdel Karim Al-Khatib | Morocco |
| 3 | Sheikh Youssef Ahmed Al-Sediki | Bahrain |

The Congress recommends that thank you letters are sent to them for their efforts as members of the Congress and their opinions and counsel.

Twenty-Fourth: League charters and organizations:

The Founding Congress reviewed its decision issued at the thirty-sixth session held from 4-6 Sha'ban 1421H, concerning authorizing the General Secretariat to appoint a committee to study the proposed amendments to part of the League's charter and the charters of affiliated entities, and then present them to the Founding Congress of the League at its first session.

The Congress reviewed the recommendations of that committee and after making some amendments, it resolved the following :

First: The Congress approved the following charters:

1/1-The World Islamic League charter

2/1—The World Supreme Council on Mosques charter

3/1—The charter of "the Islamic Jurisprudence Coalition" (al-Majma'a al-Fakhi al-Islami)

A committee shall be appointed comprised of:
-His Excellency the Secretary General of the Muslim World League
- His Excellency Sheikh Saleh bin Abdul Rahman Al-Hasin
- His Excellency Dr. Ahmad Mohammad Ali
- His Excellency Dr. Abdullah bin Saleh Al-Obaid

To draft the final wording of the charters.

Second
Approve the following charters in there formula:

2/1 The statute of the International Islamic World Relief Organization.

The Congress also approved the members of the General Secretariat of the
Organization appointed by the Congress according to the attached schedule.

2/2 The statute of the International Organization for the Scientific Miracles of the
Quran and Sunna

2/3 The statute of the Holy Mecca Charitable Association.


Third:

The Congress was briefed about the following regulations adopted by the
General Secretariat which have been approved by the Secretary General and
approved these regulations. It also authorized the General Secretariat of the
League to standardize these regulation, with the exception of the objectives and
means, which shall be tailored according to the particulars of each organization.
These regulations are:


3/1 The statute of the International Islamic Organization for Teaching the holy
Quran

3/2 The statute of the International Islamic Organization for Education

3/3 The statute for the International Organization of New Muslims

3/4 The statute for the International Organization for the Family, Women and
Children

3/5 The statute of the International Islamic Media Organization.


**Twenty-Fifth: The financial charter and the charter of employees affairs:**

The Congress reviewed these two charters, approved during the 22nd session in
the period from 13-15 Safar 1408H, and the amendments recommended by the
General Secretariat of the League to these two charters, for the purposes of
improving its financial and managerial activities.

The Congress decided to approve the two charters according to the
formulation attached and in accordance with clause 6 of the financial
charter. The Congress decided to appoint:
1. Sheikh Salah bin Abd al-Rahman al-Hasin.

2. Dr. Ahmed Muhammad Ali.
3. Dr. Abdullah bin Salah al-Abid
as members of the executive committee.

Twenty-Sixth: Recommendations of the coordination meeting of the
International Center for Faith Studies held in Khartoum in Sha'ban 1422 Hegira
in cooperation with the League:
The Congress reviewed the recommendations of this meeting and decided to
refer these recommendations to the International Organization for the Scientific
Miracles of the Quran and Sunna to be studied as necessary.

Twenty-Seventh: The Final Account of the League:
The Congress reviewed the League's financial report and final account for the
years 1419/1420H 1998-1999 and 1420/1421H 1999-2000 and decided the
following:

First: To thank the Saudi government, the Custodian of the Two Holy
Shrines King Fahd bin Abdul Aziz and Crown Prince Abdullah bin Abdul
Aziz for the continuous financial and moral support that they give to the
World Islamic League and its member organizations.

Second: To thank the General Secretariat of the League for balancing its
accounts and regulating its income and expenditures.

Third: To ask the General Secretariat to help supplement the League's budget to
increase some clauses that require additional resources. The General Secretariat
must also hold many seminars and conferences to clarify the image of Islam in
the West in the wake of recent world developments, and to create training
courses for the preachers and functionaries of the League overseas.
Fourth: To approve the financial report and final account of the League for the
years 1419/1420H 1998-1999 and 1420/1421H 1999-2000.
May God's peace and prayers be upon his messenger and subject

Secretary of the Founding Congress of the League Ahmed bin Abdullah Banjar

General Secretary of the League Dr. Abdullah bin Abd al- Mohsan al-Turki

President of the Founding Congress Abd al-Aziz bin Abdullah Al al-Sheikh

# المجلس التأسيسي

المجلس التأسيسي هو السلطة العليا في الرابطة التي تعتمد كافة الخطط التي تتبناها الأمانة العامة للرابطة..
ويتكون المجلس التأسيسي لرابطة العالم الإسلامي من (60) عضواً؛ من الشخصيات الإسلامية المرموقة، يمثلون الشعوب والأقليات المسلمة ويعينون بقرار من المجلس .

ويشترط في المرشح لعضوية المجلس التأسيسي أن يكون من الدعاة الى الله ممن له نشاط مشهود في العمل الإسلامي .
ويجتمع المجلس دوريـاً لاتخـاذ القـرارات فيمـا يـعرض علـيه مـن البحـوث والقضايـا التي تقدمهـا الأمـانـة العـامـة للرابطـة، أو يقدمها ثـلاثة من أعضاء المجلس واتخـاذ قرارات بشأنها، وذلك فيما يتعلق بمسيرة نشاط الرابطة لتحقيق أهدافها وتقديم النصح والتوصيات والمشورة للدول، والجماعات التي تحتاج إليها في خدمة الإسلام والمسلمين ، والعمـل في المجلس التـأسيسي تطـوعي، لا يتقاضى أعضاؤه عنـه راتبا ولا مكافأة .

*قرارات وتوصيات*

*المجلس التأسيسي لرابطة العالم الإسلامي*

*في دورته السابعة والثلاثين*

*المنعقدة في مكة المكرمة*

*في الفترة من*

*27–28 محرم 1423هـ*

*10–11 أبريل 2002م*

بسم الله الرحمن الرحيم

الحمد لله رب العالمين، والصلاة والسلام على أشرف المرسلين نبينا محمد وعلى آله وصحبه أجمعين، ومن تبعهم بإحسان إلى يوم الدين. أما بعد:

فإنه برئاسة سماحة الشيخ عبد العزيز بن عبد الله آل الشيخ المفتي العام للمملكة العربية السعودية ورئيس المجلس التأسيسي للرابطة، تم عقد الدورة السابعة والثلاثين للمجلس التأسيسي للرابطة وذلك في الفترة من 27–28 محرم 1423هـ الذي يوافقه 10–11 أبريل 2002م في مقر الرابطة بمكة المكرمة.

وقد شارك في هذه الدورة أصحاب الفخامة والسماحة والمعالي والفضيلة والـ سعادة أعضـاء المجـ لس التأسيسي التالية أسماؤهم:

| | |
|---|---|
| 1– الشيخ أبو بكر محمود جوب | السنغال |
| 2–الشيخ إبراهيم كوجو كواي | غانا |
| 3– الشيخ أبو بكر محيى الدين | سنغافورة |
| 4– الشيخ أحمد بنوفيه | الكاميرون |
| 5– الشيخ أحمد ليمو | نيجيريا |

| | |
|---|---|
| 6– الدكتور أسامة عبدالله خياط | المملكةالعربية السعودية |
| 7– الأستاذ إسماعيل نياغا | أفريقيا الوسطى |
| 8– الشيخ حافظ محمد صالح | بورما(ماينمار) |
| 9– الشيخ حسين بن حسن أبكر | تشاد |
| 10– الشيخ حسين بن علي مرفق | اليمن |
| 11– الشيخ حمدي يوسف سباهيتش | صربيا |
| 12– الدكتور رفعت مصطفى يوجلتن | قبرص التركية |
| 13– الشيخ صالح أوزجان | تركيا |
| 14– الشيخ صالح بن عبدالرحمن الحصين | المملكةالعربية السعودية |
| 15– الشيخ صالح بن محمد اللحيدان | المملكةالعربية السعودية |
| 16– الدكتور عبدالخالق قاضي | استراليا |
| 17– الشيخ عبدالرحمن حبنكةالميداني | سوريا |
| 18– المشير عبدالرحمن سوار الذهب | السودان |
| 19– تون عبدالرحمن يعقوب | ماليزيا |
| 20– الدكتور عبدالستار سيرت | أفغانستان |
| 21– الدكتور عبدالصبور مرزوق | مصر |
| 22– الدكتور عبدالله بن صالح العبيد | المملكةالعربية السعودية |
| 23–الدكتورعبدالله بن عبدالمحسن التركي | المملكةالعربية السعودية |
| 24–الشيخ عبدالله المطوع | الكويت |
| 25– الشيخ علي بن عمر بونغو | الجابون |
| 26– الشيخ عمر أحمد جلو | النيجر |
| 27– الحاج غوث واتارا | ساحل العاج |
| 28– الأستاذ كامل الشريف | الأردن |
| 29– الشيخ مالك زرومي | بوركينافاسو |
| 30– الأستاذ ماريو شالويا | إيطاليا |
| 31– الشيخ محمد الأمين الشيخ | موريتانيا |
| 32– الشيخ محفوظ النحناح | الجزائر |
| 33– الأستاذ محمد حنيفة محمد | سريلانكا |
| 34– الشيخ محمد رابع الحسني الندوي | الهند |
| 35– الشيخ محمد رشيد قباني | لبنان |
| 36– الشيخ محمد رضا بكن | تركستان الشرقية |
| 37– محمد صادق محمد يوسف | أوزبكستان |
| 38– الشيخ محمد بن صقر القاسمي | الإمارات العربية المتحدة |

| | |
|---|---|
| قطر | 39–الشيخ محمد بن عبدالله الأنصاري |
| كشمير الحرة | 40– السردار محمد عبد القيوم خان |
| المملكةالعربية السعودية | 41– الدكتور محمد عبده يماني |
| بنجلاديش | 42– الشيخ محمد محيى الدين خان |
| الأرجنتين | 43– المهندس محمد يوسف هاجر |
| تايلند | 44– الشيخ وان محمد نور ماتا |

واعتذر عن عدم المشاركة كل من:

| | |
|---|---|
| تايلاند | 1– الدكتور إسماعيل جافاكيا |
| أندونيسيا | 2– الرئيس بحر الدين يوسف حبيبي |
| فرنسا | 3– الأستاذ دانيال يوسف ليكلارك |
| المالديف | 4– الرئيس مأمون عبد القيوم |
| فلسطين | 5– الشيخ محمد حسين أبو سردانة |
| بروناي | 6– الأستاذ عبدالعزيز عمر |

وتغيب عن المشاركة كل من:

| | |
|---|---|
| اليابان | 1– الأستاذ خالد كيبا |
| العراق | 2– الدكتور طه جابر فياض علواني |
| روسيا | 3–الشيخ عبدالله صفا |
| تنزانيا | 4– الرئيس علي بن حسن موئيني |
| باكستان | 5– الشيخ محمد جمال الدين عبدالوهاب |

وقد تم افتتاح أعمال هذه الدورة بعد ظهر يوم الأربعاء 1423/1/27هـ بالقرآن الكريم ثم تحدث سماحة المفتي العام للمملكة العربية السعودية رئيس المجلس التأسيسي للرابطة الشيخ عبدالعزيز بن عبدالله آل الشيخ مرحباً بالمشاركين، وأشاد بالجهود التي تبذل من قبل هذا المجلس. ودعا إلى التمسك بكتــاب الله وسنة نبيه صلى الله عليه وسلم، وفي ختام كلمته نوه بالجهود التي يبذلها   خادم الحـرمين الـ شريفين الملك فهد بن عبدالعزيز آل سعود، وسمو ولي عهده الأمين الأمير عبدالله بن عبدالعزيز آل سعود، فــي سبيل خدمة الإسلام والمسلمين.

وبعد ذلك تم استعراض أسماء الأعضاء المعتذرين والمتوفين والترحيب بالأعضاء الجدد الذين يشاركون لأول مرة في اجتماعات المجلس.

ثم كون المجلس لجان هذه الدورة على النحو التالي:

| | | |
|---|---|---|
| **1-** | لجنة القضايا الإسلامية. | |
| **2-** | لجنة الأنظمة واللوائح. | |
| **3-** | اللجنة العامة. | |
| **4-** | اللجنة المالية. | |

ومن ثم رفعت الجلسة لتجتمع اللجان وتدرس الموضوعات المعروضة عليها0

وتابع أعضاء المجلس اجتماعاتهم من خلال اللجان التي كونت وتم خلالها مناقشة العديد من القضـايا الإسلامية المعاصرة والمتعلقة بشؤون الشعوب الإسلامية، والموضوعات العامة التي تـ هم الـ سلمين، ومناقشة عدد من أنظمة الرابطة والهيئات التابعة لها ولوائحها.

ثم استأنف المجلس اجتماعه العام بعد ظهر يوم الخميس 1423/1/28هـ لدراسة   ما توصـلت إلـ يه اللجان، وأصدر حيالها القرارات والتوصيات التالية:

أولا: الدعوة إلى تطبيق الشريعة الإسلامية:

1– يوصي المجلس التأسيسي الأمانة العامة لرابطة العالم الإسلامي بالقيام بحملة توعية مكثـ فة تبيـــن عدالة الشريعة، وأهمية تطبيقها في حياة الناس، من خلال وضع برنامج شامل، كما يدعو أئمة المساجد والعلماء؛ إلى حث الحكومات، والشعوب والجماعات المسلمة على تطبيق الشريعة الإسلامية   في حـ ياة المسلمين؛ كذلك يدعو وسائل التعليم، والثقافة والإعلام؛ إلى بذل المزيد من الجهود في توعية المسلمين بجوهر الدين الإسلامي، وأسس التشريع  والاهتمام بتعليم ونشر ما يدعو إلى إبراز فـ ضائل الشـريعة الإسلامية، وأثرها في إسعاد المجتمعات البشرية0

2– يدعو المجلس التأسيسي الدول الإسلامية إلى تحكيم الشريعة الإسلامية في جميع شـؤون حياتـ ها، والاحتكام إليها ؛ و يطالبها  بترك القوانين الوضعية المنافية للإسلام، ووضـع أ سس ثابـ تة لوحـدة التنظيمات الشرعية بين الدول الإسلامية معتمدة على مصادر التشريع الإسلامي.

3–يوصي المجلس التأسيسي منظمة المؤتمر الإسلامي بتكوين لجنة دائمة لمتابعـة مو  ضوع تطبـ يق الشريعة الإسلامية في الدول الأعضاء، وتقديم المشورة، والخبرات التي تساعد على تحقيق ذلك ؛ كـ ما يوصيها بسرعة إنشاء محكمة العدل الإسلامية التي تعالج الخصومات والخلافات بين الدول والجماعـات المسلمة.

4– يحث المجلس التأسيسي المراكز والمعاهد والجامعات الإسلامية على إعداد الدراسات الخاصة بالجوانب المختلفة لمزايا الشريعة، وتطبيقاتها، وإقامة الدورات التدريبية لتأهيل القضاة لهذه المهمة.

ثانيا: التضامن الإسلامي:

1–إذ يذكر المجلـس التأسيسي المسلمين حكومات، وجماعات بالأمر الإلهي:(واعتصموا بحبل الله جميعا و لا تفرقوا) وبالأخوة الإيمانية التي عَقَد المولى سبحانه عُراها في محكم كتابه:(إنما المؤمنون إخوة)؛ فإنه يطالب المسلمين بنبذ الخلافات، والنزاعات الجانبية، ويطالبهم ببذل الجهود في تحق يق التـ ضامن الإسلامي بينهم على المستويين الحكومي والشعبي؛ حرصا على وحدة الأمة الإسلامية، وجمع كلمة هـا، وتعزيز التعاون، وتعميق التفاهم بين الدول الإسلامية، وتقوية العلاقات الأخو  ية بين ها  في مخت لف الصعد، وتوحيد المواقف إزاء القضايا الحيوية والملحة للأمة الإسلامية، ولاسيما في هذا العصر الـذي تواجه الأمة فيه الأخطار والتكتلات الدولية.

2– يدعو المجلس التأسيسي منظمة المؤتمر الإسلامي لحث ا لدول الإسـلامية ع لى إقا مة الـ سوق الإسلامية المشتركة، وتحرير التجارة البينية بينها، وتعزيز العلاقات الاقتصادية بين الدول الأعضاء؛ بما

يؤدي إلى مواجهة الغزو الاقتصادي الأجنبي، ويحقق الاكتفاء الذاتي للأمة الإسلامية.

3– إذ يستذكر المجلس التأسيسي الآية الكريمة: (إنما المؤمنون أخوة فأصلحوا بين أخويكم) و إذ يؤكـد على قراراته السابقة في دعوة الحكومات، والجماعات الإسلامية إلى حل خلافاتها، ومشكلاتها وفق    ما تقرره الشريعة الإسلامية؛ فإنه يوصي الأمانة العامة لرابطة العالم الإسلامي بتكوين لجنة مـن علمـاء الأمة الإسلامية، وزعمائها تقوم بالتوسط لحل النزاعات بين الأطراف المسلمة، و تخفيف حدة التو  تر، وحقن الدماء، وتحقيق المصالحة0

4– إذ يؤكد المجلس التأسيسي على قراره السابق بجعل اللغة العربية لغة أساسية بعد اللغة الوطنية في الدول الإسلامية غير العربية ؛ فإنه يوصي منظمة المؤتمر الإسلامي ببذل الجهد  في تنفيذ  هذا الـ قرار من خلال برامج التعليم في الدول الإسلامية غير العربية حتى تتلقى الشعوب الإسلامية علـوم الإسـلام وثقافته من منابعه الأصلية، وتكون اللغة العربية صلة التواصل والتعارف بينها.

ثالثا: قضية القدس، وفلسطين:

1– إذ يعرب المجلس التأسيسي عن اعتزازه بصمود الشعب الفلسطيني المجاهد وانتفاضته المباركة، و التضحيات الكبيرة التي يبذلها الفلسطينيون في الذود عن بلادهم، ومقاومة فرض الأمر الواقع الذى تحاول سلطات الاحتلال فرضه ؛ فإنه يدعو المسلمين كافة حكومات، وهيئات، وأفرادا إلى تقديم العون المادي، والمعنوي لدعم الانتفاضة، و تمكين الشعب الفلسطيني من الصمود، وتخليص الأراضي المحتلة من السلطات الإسرائيلية الغاشمة.

2–وإذ يؤكد المجلس التأسيسي على قراراته السابقة التي تنص على أن قضية الـ قدس هـي الق ضية الأولى للأمة الإسلامية جمعاء، وأنه لا يحق لأحد التفريط فيها في أي حال من الأحوال، وأن السلام لـن يتحقق إلا بعودة مدينة القدس إلى السيادة الفلسطينية عاصمة لدولة فل سطين المسـتقلة علـى كامـل أراضيها، وبعودة اللاجئين الفلسطينيين إلى ديارهم في فلسطين، فإنه يدعو الحكومات والهيئات، وأئ مة المساجد، وكافة أجهزة الإعلام الإسلامية إلى التركيز على أن قضية فلسطين قضية إسـلامية، وإ براز مكانتها في نفوس المسلمين، وتوعية الرأي العام بما تمارسه الصهيونية من إجراءات ظالمة، وت شويه لحقائق التاريخ، وبما تتعرض له المقدسات من تدنيس، و تدمير، وما يواجهـه المـ سلمون  من ق تل وتهجير وتدمير.

3–يطالب المجلس التأسيسي الحكومات التي تدعم إسرائيل بالكف عن دعمها في جرائمها ضد الإنسانية بقتل النساء، والأطفال، وتخريب بيوت المسلمين، وهدم مساجدهم، ويطالب  ها بال ضغط ع لى حكومـة إسرائيل لإزالة المستوطنات اليهودية في الأراضي المحتلة.

4– يوصي المجلس التأسيسي هيئة الإغاثة الإسلامية العالمية، وغيرها من هيئات الإغاثـة الإ نسانية بتقديم المساعدات العاجلة؛ لإنقاذ المرضى، والجرحى، والأيتام، والأرامل، والمتضررين من الاع تداءات الصهيونية الغاشمة، كما يدعو المسلمين هيئات، وأفرادا إلى التـبرع لـترميم المسـاجد، والـ مدارس، والمؤسسات التي دمرتها الآت الدمار الإسرائيلية.

5– يدعو المجلس التأسيسي حكومة الولايات المتحدة الأمريكية إلى مراجعة مواقفهـا تـ جاه الق ضية

الفلسطينية، و أن تنظر بعين العدل، والإنصاف إلى الممارسات الجائرة التي يعانيها الشعب الفلســطيني من الكيان الصهيوني الغاشم، وتتحمل مسؤولياتها في العمل على تحقيق السلام العادل في فلسطين.

رابعا: قضية المسلمين في جنوب الفلبين:

1-إذ يعرب المجلس التأسيسي عن تقديره لرئيسة الفلبين السيدة جلوريا اوريوما كابالي التي جعلت عيد الفطر يوم إجازة وطنية في جميع أنحاء الفلبين، وشاركت شخصيا في مناسبات المسلمين الدينية، فإنه يدعوها إلى التطبيق الكامل لإتفاقية السلام التي تم توقيعها في عام 1996 ومنح المسلمين كافة حقوقهم الدينية والوطنية وتحقيق الحكم الذاتي، وإحلال السلام في جنوب الفلبين، كما يطالب منظ مة المؤت مر الإسلامي بمتابعة القضية من خلال الاتصالات الدبلوماسية حتى يتحقق ذلك.

2-إذ يؤكد المجلس التأسيسي على قراراته السابقة بشأن توحيد الجبهات الإسلامية في الفلبين وجـ مع كلمتها؛ فإنه يوصي الأمانة العامة لرابطة العالم الإسلامي ببذل الجهود في تحقيق ذلك، والاستمرار فـــي تقديم الدعم المادي للمساجد، والمدارس، والمؤسسات الإسلامية لتتمكن من تعزيز هويت ها الإ سلامية، وتوسيع نشاطها، وأداء واجباتها نحو المسلمين.

خامسا: المسلمون في البوسنة والهرسك:

1- إذ يرفع المجلس التأسيسي تقديره وشكره إلى خادم الحرمين الشريفين الملك فهد بن عبد العزيز آل سعود على جهوده في بناء المراكز والمساجد ودور الرعاية في البو سنة والهرســك وبنـــاء المر كز الإسلامي في سراييفو، فإنه يدعو الدول، والهيئات الإسلامية إلى تقديم المساعدات المالية لـــترميم مـــا تبقى من المساجد و بناء الـــمدارس و تعمير المؤسسات التي دمرتها الحروب ؛ حتى يستعيد المسلمون مقوماتهم الأساسية، ويعززون كيانهم الوطني.

2- يدعو المجلس التأسيسي الدول الإسلامية ومنظماتها الإقليمية والدولية إلى بذل جهـــودها لا ستعادة الأطفال، والأيتام الذين تتولى رعايتهم هيئات غير إسلامية، ومساعدة المسلمين في البوسنة والهر سك على توفير دور الأيتام والمدارس، والمعاهد لتربيتهم تربية إسلامية وتوفير الم نح الدراســـية لأب ناء المسلمين في مختلف التخصصات العلمية، وتقديم العون المادي لتعجيل عودة اللاجئين إلى ديارهم.

3-يوصي المجلس التأسيسي هيئة الإغاثة الإسلامية العالمية، وغيرها من الهيئات الإسلامية بالاستمرار في أعمالها الإنسانية في تقديم العون المادي والمعنوي والثقافي لكافة المسلمين الذين يحتاجون لإنقاذهم من المرض والجوع والجهل ؛ وفي هذا الصدد يدعو حكومة البوسنة والهرسك للإستمرار في تـ سهيل عمل الهيئات الإسلامية، وتهيئة الظروف الملائمة لها.

سادسا: قضية المسلمين في كوسوفا:

1- إذ يعرب المجلس التأسيسي عن ارتياحه لنتائج الانتخابات البرلمانية التي أدت إلى تو لي القيـــادات الوطنية زمام الحكم في إقليم كوسوفا، فإنه يدعو دول منظمة المؤتمر الإسلامي إلى بذل الدعم المطلوب لتحقيق مطالب المسلمين في تقرير مصيرهم، وهويتهم الإسلامية، وإقامة حكومتهم الوطنية المستقلة في بلادهم كوسوفا.

2- يدعو المجلس التأسيسي الحكومات والهيئات الإسلامية إلى تـ قديم المـ ساعدات لأع مار المسـاجد والمدارس والمؤسسات التي دمرتها الاعتداءات الصربية الغاشمة، وتهيئة الظروف والإمكانيات لـ عودة اللاجئين إلى ديارهم، كما يوصي هيئة الإغاثة الإسلامية العالمية وغيرها بالاستمرار في تـ قديم الـ عون الإغاثي إلى المسلمين مما يخفف من آثار المرض والجوع والجهل،  و يخلصهم من براثن التنصير.

سابعا: المسلمون في مقدونيا:

1- إذ يعرب المجلس التأسيسي عن ارتياحه للاتفاق الذي تم بين حكومة مقدونيا  والزعماء السياسيين حول التسوية السلمية لمطالب المسلمين في التغييرات  الدستورية التي تكفل لهم المسـاواة والعدالـة، وتؤمن حقوقهم الوطنية المشروعة  والذي جرى في شهر جمادى الأو لى 1422هـ ــ الـذي يوافقـه أغسطس 2001م   فإنه يوصي منظمة المؤتمر الإسلامي بالسعي لدى مجلس الأمن الـدولي والاتـ حاد الأوربي إلى تنفيذ بنود الاتفاقية، وتوفير الضمانات الكفيلة بتحقيق السلام، وحصـول المـ سلمين ع لى حقوقهم المشروعة،  وعودة اللاجئين منهم إلى ديارهم، وتعويضهم عما لحق بهم من أ ضرار ماد ية ومعنوية

2- يدعو المجلس التأسيسي الدول  والمنظمات الإسلامية إلى تقديم الدعم للمساعدة في إ عادة أع مار المساجد  والمدارس  والمؤسسات التي دمرتها الحرب، وإعانة المسلمين على تسيير مؤسساتهم، ودعم كيانهم، وهويتهم الإسلامية، وإستعادة حقوقهم المغتصبة.

ثامنا: المسلمون في صربيا والجبل الأسود:

يوصي المجلس التاسيسي الأمانة العامة لرابطة العالم الإسلامي بترتيب زيارة وفـد اسـتطلاعي لتفقـد أحوال المسلمين في جمهورية صربيا والجبل الأسود، والتباحث مع المسـؤولين الحـ كوميين ورؤ ساء المنظمات الإسلامية في تقديم الدعم المطلوب لاحتياجات المسلمين الدينـ ية ومسـاعدتهم علـى دعـم مناشطهم الدينية التي تعزز من هويتهم الإسلامية.

تاسعاً: موضوع إقليم ناغورني- قره باغ الآذاري الذي استولت عليه أرمينيا:

1- يدعو المجلس التأسيسي دول منظمة المؤتمر الإسلامي إلى بذل جهودها لمساعدة جمهورية أذربيجان ؛  لإستعادة أراضيها المحتلة من قبل الأرمن، وإعادة المهجرين الآذاريين إلى ديارهم.

2- إذ يشكر المجلس التأسيسي هيئة الإغاثة الإسلامية العالمية على جهودها   في مـ ساعدة اللاجئـ ين الآذاريين، فإنه يطالب المنظمات الإغاثية والخيرية الإسلامية الأخرى بتـ قديم الـ عون والمـ ساعدة إلـى المهجرين الآذاريين، لإنقاذهم من معاناتهم  بما يحفظهم من التشرد حتى يتيسر لهم الدفاع عن حقوقهم، والعودة إلى ديارهم.

3- يوصي المجلس التأسيسي دول منظمة المؤتمر الإسلامي بأن تبذل جهودها الدبلوماسية في اللقاءات الثنائية والدولية لحمل حكومة جمهورية أرمينيا، على إعطاء الأقلية المسلمة حقها في ممارسة شعائرها الدينية، وترميم مساجدها والاهتمام بهويتها الثقافية.

عاشراً: دول آسيا الوسطى الإسلامية:

1–إذ يذكر المجلس التأسيسي رؤساء وزعماء وحكومات دول آسيا الو سطى المسلمة بمـا كـان لشعوبها في الماضي من مكانة حضارية مجيدة في تاريخ الإنسانية؛وبخاصة في الحـ ضارة الإسـلامية الخالدة فإنه يطالبهم بتحقيق واجبهم الوطني، لمساعدة شعوبهم على اسـتعادة هـويتهم التاريخيـة، و ثقافتهم الإسلامية وبدعم العمل الدعوي لتوعية المسلمين بتعاليم دينهم الحنيف، وإنقاذهم مـن بـراثـن التنصير والضياع.

2– إذ يؤكد المجلس التأسيسي على قراراته السابقة في دعم العمل الإسلامي الثقافي لأق طار آ سيا الوسطى المسلمة ؛ فإنه يوصي الأمانة العامة لرابطة العالم الإسلامي بزيادة الاهتمـام بتقـديم الـم نح الدراسية، وتعيين الدعاة، وإرسال الوفود، وإقامة الندوات والمؤتمرات، ودورات تدريب الأئمة والدعاة، وتوثيق العلاقات مع المؤسسات والشخصيات الإسلامية بالزيارة، والاتصالات والمشاركة في المناسبات الإسلامية، ودعم أعمالهم ومناشطهم الدينية.

حادي عشر: قضية المسلمين في تركستان الشرقية:

1–إذ يؤكد المجلس التأسيسي على قراراته السابقة بشان قضية الـم سلمين فـي ترك ستان الـ شرقية (شنجانغ)، فإنه يدعو دول منظمة المؤتمر الإسلامي إلى بذل مساعيها الدبلوماسية في اللقاءات الثنائيـة، والدولية لدى حكومة الصين الشعبية لاحترام مشاعر المسلمين التركستانيين، و منحهم الحقوق الدينيـة والاجتماعية والثقافية والسياسية، وإيقاف إغراق بلادهم بالمهجرين الـ صينيين كـ ما يوصـي منظمـة المؤتمر الإسلامي بحث الدول الأعضاء فيها، و المنظمات الدولية بالاهتمام بالشعب التركستاني الـم سلم، لإنقاذه من الممارسات الرامية إلى طمس هويته الإسلامية، وكذلك بالاتصال بزعمائهم الوطنيين ؛ لمعرفة مشكلاتهم ومعاناتهم، وإمكانية تحقيق الوساطة بينهم، و بين حكومة الصين الشعبية بما يخ فف حدة التوتر بين الطرفين ويحقق مطالب المسلمين.

2–يدعو المجلس التأسيسي الدول الإسلامية إلى توفير المنح الدراسية لأبناء مسلمي تركستان الـ شرقية في مختلف التخصصات، وتسهيل الإقامة لهم، والتحاقهم بالجامعات والمـدارس، ود عم مؤسـ ساتهم الثقافية، والاجتماعية.

3– إذ يعرب المجلس التأسيسي عن تقديره الكبير لحكومة خادم الحرمين الـ شريفين الملـك فـ هد بـن عبدالعزيز آل سعود لما تبذله من جهود وخدمات عظيمة لضيوف الرحمن في سبيل تسهيل أداء مناسـك الحج والعمرة ؛ فإنه يلتمس تسهيل منح الحجاج والمعتمرين التركستانيين القادمين من الصين الـ شعبية تأشيرات الدخول لهم من الممثليات السعودية في إسلام آباد، والمآتآ، وط شقند ود بي، واسـتانبول، وبانكوك. كما يأمل من حكومة باكستان تسهيل مرورهم في باكستان.

4– يوصي المجلس التأسيسي الأمانة العامة لرابطة العالم الإسلامي، وغيرها بتقـديم ا لدعم لأعمـار المساجد والمدارس، وعون المؤسسات الإسلامية في الصين الشعبية وتوفير المنح الدرا سية، وتعي ين الدعاة وتبادل الزيارات مع الجمعيات والشخصيات الإسلامية في الصين بما يعزز من عرى الإ خوة

الإسلامية.

ثاني عشر: قضية المسلمين في ميانمار (بورما):

1-يناشد المجلس التأسيسي دول منظمة المؤتمر الإسلامي، والدول الإسلامية الأعضاء في اتحاد آسيان ببذل مساعيها، واستخدام نفوذها لدى حكومة ميانمار لإعطاء المسلمين حقوقهم الأساسية للعيش بأمن، وسلام في أرضهم وديارهم، وتحقيق الحرية الدينية لممارسة شعائرهم، والاهتمام بمساجدهم ومدارسهم وتأمين حقهم في العمل، والتنقل والامتلاك0

2-يوصي المجلس التأسيسي الأمانة العامة لرابطة العالم الإسلامي بترتيب زيارة وفد استطلاعي لتفقد أحوال المسلمين في بورما، والاتصال بحكومة ميانمار لبحث إمكانية تقديم الدعم المطلوب  لاحتياجـات المسلمين الدينية، كما يوصيها وغيرها من المنظمات الإسلامية بتقديم المساعدات الماد ية والمعنويــة للاجئين البرماويين.

ثالث عشر: قضية الصومال:

1- يؤكد المجلس التأسيسي على وحدة وسيادة جمهورية الصومال، وسلامتها الإقليمية، ويدعو زعماء الفصائل كلها للاستجابة لدعوة الحق والواجب، ونبذ الخلافات، وحقن ا لدماء والا اعتراف بالحكومـــة المنتخبة، والعمل على إعادة الأمن، والاستقرار في جميع ربوع الصومال، ويستنكر التداخلات الأجنبيـة في الصومال، ويدعو الدول والمنظمات الدولية والإسلامية، وفي مقدمتها منظمة المؤتمر الإسلامي لدعم جهود حكومة الصومال الانتقالية ؛ لاستكمال المصالحة الشاملة و تحقيق الوحدة الوطنيـة، و مسـيرة البناء والتعمير.

2- يطالب المجلس التأسيسي الدول والمنظمات الإسلامية والدولية بت قديم الـدعم الكـافي لحكومـــة الصومال ؛ لإعادة بناء مؤسساتها، وتسيير شئونها، ويوصي هيئة الإغاثة الإسلامية العالمية وغير  ها، بتكثيف مساعدتها الإغاثية ؛ لإنقاذ الشعب الصومالي المسلم من براثن الجوع والمرض والجهل.

رابع عشر: قضية جامو وكشمير:

1- يؤكد المجلس التأسيسي على قراراته السابقة بشأن قضية جامو وكشمير  الداعية إلى مـ نح حــق تقرير المصير لشعب جامو وكشمير ؛ حسبما ورد في قرارات الأمم المتحدة ذات الصلة، ويوصي منظمة المؤتمر الإسلامي ببذل جهودها على كافة المستويات الدولية ؛ لإيجاد حل عادل لهذه القضية الإسلامية، وتعيين ممثل خاص لمتابعة شؤونها.

2- يدعو المجلس التأسيسي الدول والمنظمات الإسلامية والدولية لاتخاذ جميع التدابير اللازمة لإق ناع اله ند بوقف انتهاكات حقوق الإنسان في جامو وكشمير فورا، وتمكين شعب جامو وكشمير من ممارسة حقه الثابـت في تقرير المصير وفقا لقرارات الأمم المتحدة، كما يدعو المفوضية السامية لحقوق الإنسان لإعطـاء أهميـة خاصة لهذه القضية.

3- يناشد المجلس التأسيسي الدول والمنظمات والهيئات الإسلامية تقديم الدعم المادي والمعنــوي للمسـلمين الكشميريين في تعمير مساجدهم ومدارسهم التي تضررت بسبب العدوان الهندوسي، وتقديم العون والمساعدات

الإنسانية للمتضررين من الصراع الدامي المستمر

خامس عشر: المسلمون في الهند:

1–يستنكر المجلس التأسيسي للرابطة المذابح التي تعرض لها المسلمون في ولاية كوجـرات علـى أيـدي الهندوس المتطرفين، ويطالب حكومة الهند بتوفير الحماية الكافية لمواطنيهـا المسـلمين، وحمايـة أملاكهـم ومؤسساتهم، وأن تعاملهم على أساس أنهم مواطنون على قدم المساواة مع غيرهم.

2–يذكر المجلس التأسيسي حكومة الهند بالمسجد البابري الذي دمره المتطرفون الهندوس، ويطالبها في هـذا الشأن بالوفاء بوعدها ؛ بإعادة بناء المسجد المذكور، كما يطالبها بفرض الحماية الكافية لغيره مـن المسـاجد التي يتهددها المتطرفون الهندوس بالتخريب.

3–يطالب المجلس التأسيسي دول منظمة المؤتمر الإسلامي بالسعي الدبلوماسي لدى حكومة الهند لحملها على إعادة بناء المسجد البابري  و  بتوفير الحماية الأمنية للمساجد الأخرى التي يتهددها المتطرفون الهنادكة بالهدم والإزالة، وكذلك مطالبتها باحترام حقوق المسلمين في شؤونهم الدينية والدنيوية في الهند.

سادس عشر: قضية الشيشان:

1– يدعو المجلس التأسيسي دول منظمة المؤتمر الإسلامي لاستثمار علاقاتها الدبلوماسية مع حكومة روسـيا الاتحادية في اللقاءات الثنائية والدولية ؛ لسحب الجيش الروسي من بلاد الشيشان، ومنح الشـعب الشيشـاني المسلم حقه في تقرير مصيره، ويوصي منظمة المؤتمر الإسلامي بتكوين فريق عمل إسلامي لمتابعـة هـذه القضية الإسلامية العادلة في المحافل الدولية، و في مراكز صنع القرار في حكومة روسيا لإيجاد حل لها.

2– يطالب المجلس التأسيسي حكومة روسيا الاتحادية بالسماح لهيئات الإغاثة، والجمعيات الخيرية الإسلامية ؛ لإيصال مساعداتها من الغذاء، والكساء، والمواد الطبية، والتعليمية إلى المشردين، والمهجـرين، والأرامـل، والأيتام، والمعوقين، كما يناشد الدول والمنظمات الإسلامية تقديم الدعم المادي، والمعنوي لشـعب الشيشـان المناضل لإعمار ما دمره الجيش الروسي المعتدي، والإعانة على تسيير مؤسساته العامة.

سابع عشر: أفغانستان:

1-    يؤكد المجلس التأسيسي على وحدة أراضي أفغانستان وسـلامتها الإقليميـة، ويوصـي منظمة المؤتمر الإسلامي بالسعي مع الجهات المعنية لإعادة الأمن والاسـتقرار فـي جميـع ربـوع أفغانستان.

2-    يوصي المجلس التأسيسي الأمانة العامة لرابطة العالم الإسلامي  وغيرها من المنظمات الإسلامية بتكثيف المساعدات الإنسانية ؛ لإنقاذ الشعب الأفغاني المسلم من براثن المرض، والجـوع، والجهل، وتقديم الإعانات ؛ لأعمار المساجد، والمدارس، والمعاهد الإسلامية التي دمرتهـا الـ حروب الطويلة، كما يطالب الدول، والمنظمات الإسلامية، والدولية بالإسهام في بناء أفغانستان، والعمل على عودة اللاجئين المشردين إلى بلادهم.

3-    يطالب المجلس التأسيسي حكومة الولايات المتحدة الأمريكية بتطبيق اتفاقية جنيف بحق

الأسرى الأفغانيين، ومعاملتهم معاملة إنسانية، والتكفل بمحاكمة من ثبت تورطه في أعمال إجراميــة منهم محاكمة عادلة ؛ كما يطالب الأمين العام لهيئة الأمم المتحدة والمفوضية السامية العليــا لحقــوق الإنسان بالعمل على تنفيذ ذلك.

4-      يدعو المجلس التأسيسي منظمة المؤتمر الإسلامي إلى اتخاذ الوسائل اللازمة في المحافل الدولية والإقليمية من أجل ضمان سلامة الأسرى في أفغانستان من الذل والإ هوان الــذي يلقونــه ؛ ويوصي الأمانة العامة لرابطة العالم الإسلامي بتكوين وفد عال من المنظمات الإسلامية لمقابلة القيادة الأفغانية وحثها على اتخاذ موقف مناصر لقضية الأسرى الأفغان.

5-      يوصي المجلس التأسيسي هيئة الإغاثة الإسلامية العالمية، وغيرها من الهيئات الإسلامية بتقديم المساعدات الإنسانية والرعاية المطلوبة لأسر الأسرى والمقتولين في أفغانستان ؛ كمــا يـ حث أجهزة الإعلام الإسلامية المختلفة على تخصيص برامج وثائقية للتعريف بقضية الأسرى الأفغان وما وصلت إليه أوضاعهم في ظل الاضطهاد والتعسف الذي يلقونه.

ثامن عشر: قضية قبرص التركية:

1-إذ يجدد المجلس التأسيسي دعمه وتضامنه مع الشعب المسلم في جمهورية قبرص التركية الشمالية، فإنــه يؤكد على أن القضية القبرصية  لا يمكن حلها إلا من خلال إقامة دولة كونفدراليــة مبنيــة علــى المساواة السياسية للطائفتين التركية المسلمة واليونانية، والاعتراف بقيام الحكومة التركية القبرصية في شــمال البــلاد على قدم المساواة مع الحكومة القبرصية اليونانية في جنوب البلاد0

2-يوصي المجلس التأسيسي الأمانة العامة لرابطة العالم الإسلامي، وغيرها من المنظمات الإسلامية بتقديــم الدعم المادي لترميم، وبناء المساجد والمدارس الإسلامية، وإرسال الدعاة، وتوفير المنح الدراسية لتعليم اللغــة العربية، والعلوم الإسلامية مما يعزز الهوية الإسلامية لأبناء الطائفة التركية.

تاسع عشر: المسلمون في ساحل العاج

و سيراليون وليبيريا:

يوصي المجلس التأسيسي هيئة الإغاثة الإسلامية العالمية، و غيرها من المنظمات والهيئات الإسلامية بالاستمرار في تقديم المساعدات الإنسانية إلى اللاجئين، والمتضررين من الحروب السابقة في تلــك البـ لدان، ويوصي الأمانة العامة لرابطة العالم الإسلامي بالتنسيق مع منظمة المؤتمر الإسلامي، و غيرها من المنظمات الإسلامية  والدولية  في إيجاد برنامج لإعادة اللاجئين إلى ديارهم ومساعدتهم على إعمار مــا تخــرب مــن مساكنهم، ومساجدهم، ومدارسهم، ومؤسساتهم.

عشرون: الاضطرابات الدامية في إندونيسيا:

يعرب المجلس التأسيسي عن تقديره الكبير لما تبذله حكومة خادم الحرمين الشريفين الملك فهـد بــن عبد العزيز آل سعود في مساعدة المسلمين في أنحاء العالم، وبخاصة على العون السخي الذى قدمته لمساعدة

المتضررين في جزر الملوك، وأمبون على تعمير ما تخرب من بيوتهم، ومساجدهم، ومؤسساتهم الإسلامية والمدنية، ويوصي هيئة الإغاثة الإسلامية العالمية، وغيرها من المنظمات الإسلامية بتكثيف مساعداتها الإنسانية والمالية ؛ لمعاونة المسلمين على ترميم مساجدهم، ومدارسهم، وإنقاذهم من براثن التنصير والتشرد.

### واحد وعشرون: قضية البهاريين:

إذ يؤكد المجلس التأسيسي على قراراته السابقة لمعالجة قضية البهاريين فإنه يوصي الأمانة العامة لرابطة العالم الإسلامي بالتنسيق مع المنظمات، والهيئات الإسلامية والدولية ؛بالقيام بحملة واسعة لجمع التمويل المطلوب لنقل وتوطين البهاريين في باكستان، والاتصال بحكومة بنجلاديش لتحسين أوضاعهم المأساوية داخلها، ومتابعة البنك الإسلامي للتنمية لتنفيذ إلتزاماته السابقة بشأن بناء المدارس والمرافق العامة لهم.

### ثاني وعشرون: الأقليات المسلمة:

1-إذ يؤكد المجلس التأسيسي على قراراته السابقة بشأن الأقليات المسلمة، فإنه يدعو منظمة المؤتمر الإسلامي إلى حث الدول الأعضاء على الاهتمام بقضايا الأقليات المسلمة في المحافل الدولية، واللقاءات الثنائية مع الدول التي تعيش فيها أقليات مسلمة، بما يؤدي إلى تحسين أوضاع المسلمين فيها ومنحهم الحريات الأساسية، والحقوق الإنسانية على قدم المساواة مع بقية المواطنين في بلادهم.

2-يوصي المجلس التأسيسي الأمانة العامة لرابطة العالم الإسلامي بمتابعة جمع المعلومات والدراسات والإحصاءات الحديثة عن أوضاع المجتمعات، والأقليات المسلمة، وتعريف الرأي العام بظروفها وأوضاعها، والتعرف إلى احتياجاتها، والعمل على تقديم المساعدات الإنسانية والثقافية والتعليمية لإعانتها على حماية هويتها الإسلامية.

3-يطالب المجلس التأسيسي الدول والمنظمات الإسلامية بتقديم الدعم المادي والمعنوي لتقوية المناشط الإسلامية المختلفة وبناء المراكز والمدارس والمساجد في مناطق الأقليات المسلمة، وتوفير المنح الدراسية لأبنائها، وتقديم الإسهامات المطلوبة لتحسين أحوال المجتمعات والأقليات المسلمة، والحفاظ على هويتها الدينية والثقافية.

### ثالث وعشرون: موضوعات عامة:

أولاً: تقارير إدارات الرابطة ومكاتبها ومراكزها في الخارج

أ-مكاتب الرابطة ومراكزها في الخارج:

- يستنكر المجلس التأسيسي لرابطة العالم الإسلامي ما حدث من مداهمة مكتب الرابطة في واشنطن، وأن المجلس يشعر بالقلق إزاء هذه التصرف، ويطالب الجهات التي قامت بذلك بالكف عن مثل هذه الأعمال التي تسيء إلى سمعة الرابطة والهيئات الإسلامية العالمية الأخرى0

- واطلع المجلس على تقارير مكاتب الرابطة ومراكزها في الخارج وقرر ما يلي:

1- شكر معالي الأمين العام للرابطة ومديري مكاتب الرابطة ومراكزها الخارجية للجهـود التي بذلوها.

2- متابعة تزويد المكاتب والمراكز بما تحتاجه من المصاحف والتراجم والكتب والنشرات.

3- توصية الأمانة العامة للرابطة بعقد لقاء سنوي يضم مديري مكاتب الرابطة ومراكزهـا في الخارج للتشاور والتدارس مع أجهزة الرابطة فيما يحقق مصلحة الدعوة الإسلامية.

ب-إدارات الرابطة:

اطلع المجلس على ملف تقارير إدارات الأمانة العامة للرابطة، وما تضمنه من مناشط، ويقدم المجلس شــكره للأمانة العامة لرابطة العالم الإسلامي وكافة منسوبيها على ما يبذلونه من جهد لدعم مسيرة الدعوة الإســلامية في إطار الأهداف الكريمة التي قامت عليها.

ثانياً: مناشط الهيئات والمؤسسات الإسلامية التابعة للرابطة

1-هيئة الإغاثة الإسلامية العالمية:

اطلع المجلس على ملف إنجازات هيئة الإغاثة الإسلامية العالمية خلال العام المالي 1422/1421هـ ويوصي بما يلي:

1- شكر هيئة الإغاثة الإسلامية العالمية على الأعمال التي قامت بها الهيئة فـي مجـالات الإغاثة وإعمار المساجد والمدارس في العالم وغيرها0

2- يوصي المجلس حكومات الدول الإسلامية وعموم المسلمين بالتعاون مع هيئة الإغاثـة الإسلامية العالمية وشد أزرها ودعمها إلى جانب الهيئات الإسلامية الأخـرى، وضـرورة التنسـيق والتعاون مع الجهات والمجالس الإسلامية.

2-هيئة الإعجاز العلمي في القرآن والسنة:

اطلع المجلس على تقرير هيئة الإعجاز العلمي في القرآن والسنة  وأبدى إعجابه بالجهود التي  تقوم بها الهيئة خاصة في مجال المحاضرات والندوات، وكذلك في مجال توزيع الإصدارات للمراكـز العلميـة والجامعـات وغيرها، ويوصي المجلس بما يلي:

1- دعوة أهل الخير لتخصيص أوقاف خيرية لصالح الهيئة تساعد على زيادة مناشطها فـي مجال البحوث العلمية ونشرها.

2- مشاركة هيئة الإعجاز بجهدها العلمي والثقافي في معارض الكتب الدولية لتعميم الفائـدة على المسلمين وليتعرفوا عن قرب على مناشط الهيئة.

3-   توسيع مناشط الهيئة في مجال المحاضرات والندوات، ليس في البلدان العربيـة فـ قط، وإنما في الدول الإسلامية وغيرها، على أن يكون ذلك ضمن نطاق استخدام اللغات الأوروبية، نظــراً للرغبة الشديدة التي تجتاح أوروبا والأمريكتين في التعرف على الإسلام.

4-   تقوية اتصال الهيئة بكل ذي نشاط في موضوعات الإعجاز العلمي في القرآن والسنة في العالم الإسلامي وغيره واستكتابهم في موضوعات الإعجاز 0

3-إنجازات أمانة المجمع الفقهي للرابطة:

اطلع المجلس على الملف الخاص بإنجازات أمانة المجمع الفقهي للرابطة وأوصى بما يلي:

1-   شكر الأمانة العامة للرابطة للجهود التي بذلتها وتبذلها حتى وصل المجمع الفقهي إلــى المكانة اللائقة به.

2-   شكر الأمين للمجمع الفقهي الإسلامي وأصحاب المعالي والفضيـلة أعضـاء المجلـس للجهود التي قاموا بها والأبحاث التي تقدموا بها للمجلس والتي وجدت لها صدى كبيراً ولله الحمد0

3-   متابعة أمانة المجمع الفقهي إنفاذ القرارات والتوصيات التي صدرت عن المجمـع فـي دورته السادسة عشرة.

4-   قيام الأمانة العامة للرابطة بطباعة القرارات الصادرة عن المجمـع بكميـات مناسـبة، وتوزيعها على الأقليات المسلمة، والزائرين لها والعمل على ترجمتها إلى عدة لغات.

4-مؤسسة الحرمين والمسجد الأقصى الخيرية:

اطلع المجلس على الملف الخاص بمناشط مؤسسة الحرمين والمسجد الأقصى الخيرية، وإذ يشـكر القائميـن عليها، فإنه يوصي بالتعريف بمناشط هذه المؤسسة وحث أهل الخير على دعمهـا، وإيجـاد أو قاف خيريـة للصرف منها على مناشطها.

5-مناشط مؤسسة مكة المكرمة الخيرية:

اطلع المجلس على الملف الخاص بمناشط مؤسسة مكة المكرمة الخيرية خاصة في مجال رعاية الأي تام، وإذ يشكر القائمين على المؤسسة، فإنه يوصي بالتعريف بها، وحث أهل الخير على دعمها ومحاولة إيجاد أوقاف خيرية للصرف منها على مناشطها.

6-مناشط الهيئة العالمية لتحفيظ القرآن الكريم:

اطلع المجلس على ما ورد في تقرير الهيئة العالمية لتحفيظ القرآن الكريم، ويشكر لمعالي الأمين العام جهوده المبذولة التي أدت إلى إظهار هذه الهيئة، ويوصي الأمانة العامة بدعمها، ومناشدة أهـل الخيـر بتخصـيص أوقاف خيرية لصالح الهيئة للمحافظة على استقلالها ومواجهة مصاريفها.

ويشكر المجلس الأمين العام للهيئة على الجهود الخيرة التي بذلها.

ثالثاً: زيارات معالي الأمين العام للرابطة واستقبالاته، وزيارات معالي الأمين العام المساعد:

أولاً: زيارات معالي الأمين العام للرابطة واستقبالاته:

اطلع المجلس على التقارير الخاصة بزيارات معالي الأمين العام إلى كل مــن البوسـنة والهرسـك، وليد يا، وسويسرا، وأثيوبيا، ومصر  والسودان، وتشاد  وأوصى بما يلي:

1-   شكر معالي الأمين العام على الزيارات التي قام بها، وكذلك على المناشط المتنوعة التي سجلتها التقارير.

2-   اهتمام الأمانة العامة للرابطة بمتابعة إنفاذ التوصيات التي وردت ضمن تقارير معالــي الأمين العام0

3-   العناية بالندوات الثقافية والعلمية التي تتم برعاية معاليه خلال زيارته وكذلك الاجتماع بدعاة الرابطة وغيرهم من الدعاة، وإلقاء المحاضرات عليهم، وتوجيههم، وإرشادهم لما فيه صــلاح أمرهم، وإيضاح الأخطار التي تمر بها الأمة الإسلامية في الوقت الحاضر، وأن يكون معه في مهماته عدد من أهل العلم والخبرة، لكي تستفيد منهم المجتمعات التي تتم زيارتها.

4-   رفع شكر وتقدير المجلس التأسيسي إلى أصحاب الفخامة رؤساء الدول الــتي زارهــا معالي الأمين العام، لحسن استقبالهم لمعاليه واهتمامهم بمصالح المسلمين في دولهم ولتعاونهم البناء مع رابطة العالم الإسلامي.

ثانياً: استقبالات معالي الأمين العام للرابطة:

أطلع المجلس على الملف الخاص باستقبالات معالي الأمين العام للرابطة وأوصى بما يلي:

1-   شكر معالي الأمين العام على اهتمامه ورعايته واستقباله للمسلمين بمختلف طبقاتهم.

2-   أهمية استجابة معالي الأمين العام للطلبات المقدمة لزيارة البلــدان الإســلامية والتــي يقدمها إليه ضيوف الرابطة بحسب ما تسمح به ظروفه.

ثالثاً: زيارات معالي الأمين العام المساعد:

اطلع المجلس على تقارير معالي الأمين العام المساعد عن زيارته لكل من أوزبكستان، تاجيكستان، قازاقستان، ويوصي بما يلي:

1-   شكر معالي الأمين العام المساعد والوفد الذي معه علــى الزيــارات الــتي قــام بهــا والمساعدات التي قدموها باسم الأمانة العامة للرابطة.

2-   رفع شكر وتقدير المجلس لرؤساء الدول التي زارها الوفد لحسن الاستقبال الذي لقيــه الوفد واهتمامهم بأوضاع المسلمين في بلادهم.

3-   اهتمام الأمانة العامة للرابطة بمتابعة انفاذ ما ورد من توصيات بتقارير معالي الأميــن العام المساعد0

4-   أهمية متابعة إرسال الوفود إلى مناطق المسلمين لتفقد أوضاعهم.

5-   السعي لتزويد أبناء الدول والأقليات المسلمة بالكتب وتراجم معاني القرآن الكريم.

رابعاً: المؤتمرات والندوات واللقاءات التي عقدتها أو شاركت فيها الرابطة

اطلع المجلس على الملف الخاص بمشاركة الرابطة في المؤتمرات والندوات واللقاءات الخارجية والداخليــة، وإلى المؤتمرات والندوات واللقاءات التي عقدتها الرابطة في الداخل والخارج، وإذ يوجــه المجلــس الشــكر لمعالي الأمين العام والمسؤولين الذين مثلوا الأمانة العامة للرابطة في هذه المناسبات، فإنه يدعو الأمانة العامة للرابطة لإقامة عدد من المؤتمرات الإسلامية في كل من أوربا والأمريكيتين والدول المستقلة عن روسيا مــن أجل تعريف الشعوب هناك بحقيقة الدين الإسلامي وبيان محاسنه والتصدي للحملات المغرضة عن الإســلام

وإلصاق تهمة الإرهاب به ودعوة عدد من المفكرين الغربيين المحايدين للمشاركة في إلقاء المحاضرات.

خامساً: البيان الختامي لندوة الرابطة (صورة الإسلام في الإعلام المعاصر)

اطلع المجلس على البيان الختامي لندوة الرابطة (صورة الإسلام في الإعلام المعاصر) وأوصى بما يلي:

1– رفع شكر وتقدير المجلس لصاحب السمو الملكي الأمير عبدالله ابن عبدالعزيز آل سعود ولي العهد، نائب رئيس مجلس الوزراء  رئيس الحرس الوطني بالمملكة العربية السعودية على رعايته واهتمامه بندوة " صورة الإسلام في الإعلام المعاصر"  واعتبار كلمة سموه وثيقة من وثائق الندوة.

2– رفع شكر وتقدير المجلس لصاحب السمو الملكي الأمير عبدالمجيد بن عبدالعزيز آل سعود أمــير منطقــة مكة المكرمة لافتتاحه الندوة.

3– شكر معالي الأمين العام للرابطة على اهتمامه بأوضاع المسلمين خاصة في الوقت الحاضر مــن   خلال إقامته لهذه الندوة.

4–العمل على متابعة إنفاذ القرارات والتوصيات التي صدرت عن الندوة.

5–طباعة البحوث والآراء التي عرضت ونوقشت في كتيب وتوثيقه وتوزيعه على المراكز الإعلامية وترجمته إلى اللغات الإنجليزية والفرنسية للاستفادة منه0

6–حث معالي الأمين العام على الاستمرار سنوياً في عقد مثل هذه الندوة وتنويع محاورها بحسب الأوضــاع التي تمر بها الأمة الإسلامية.

سادساً: الخطة الإعلامية للرابطة:

اطلع المجلس على ملف الخطة الإعلامية للرابطة لشرح أهدافها وأوصى بما يلي:

1-          شكر الأمانة العامة للرابطة على اهتمامها وإنجازها للخطة الإعلامية التي طا  لب بهــا المجلس في دورته السابقة الدورة (36) ويعرب المجلس عن رغبته في أن تسرع الرابطة إلى إنفــاذ الخطة الإعلامية المرفقة بتفاصيلها.

2-          مشاركة الرابطة في معارض الكتب الدولية المهمة للتعر  يف بالرابطــة   عن طريـــق الكتيبات والنشرات باللغة العربية واللغات الأجنبية الأخرى.

3-          تخصيص عدد من أعداد دعوة الحق للتعريف بالرابطة وتوزيعها مجاناً0

4-          استغلال المناسبات التي تقيمها الرابطة في الداخل والخارج لتوزيع أكــبر كميــة مــن الكتب والنشرات والهدايا الرمزية إلى الحاضرين.

5-          إقامة اليوم المفتوح، وذلك بتوجيه الدعوة للمسؤولين داخل مدينة المقر في المجــالات التربوية والتعليمية والفكرية والأكاديمية والإعلامية والمهنية لزيارة الرابطة وتوزيع الكتب والنشرات والهدايا الرمزية.

6-          تكليف بعض الكتاب بالكتابة عن الرابطة سواء في الصحف أو المجــلات أو كتيبــات صغيرة.

7-  طباعة دليل إعلامي عن الرابطة يراجع كل فترة وتوفيره بعدة لغات.

8-  السعي لدى الجهات المختصة لإصدار طوابع بريدية تذكارية باسم الرابطة.

سابعاً: الترشيحات الجديدة للمجلس التأسيسي للرابطة، واستقالة بعض الأعضاء:

1- الترشيحات الجديدة:

اطلع المجلس على الترشيحات المقدمة من الأمانة العامة للرابطة لشغل بعض المقاعد الشاغرة في المجلـس التأسيسي، ووافق المجلس على ترشيح معالي الدكتور أحمد محمد علي لعضوية المجلس عن المملكة العربيـة السعودية، نظراً للمكانة التي يشغلها معاليه في الساحة الإسلامية، ولخبراتـه وجهـوده فـي مجـال العمـل الإسلامي.

كما وافق المجلس على ترشيح سعادة الدكتور إبراهيم بن إدريس أبو بكر جـاو شـيلين لعضـوية المجـ لس التأسيسي عن مسلمي الصين الوطنية لخبراته في مجال التربية والتعليم والتوعيـة الإسـلامية وتنقلـه فـي المناصب الدبلوماسية.

2- استقالة عضوية بعض الأعضاء:

استناداً إلى المادة (24) من الباب الثالث من نظام رابطة العالم الإسلامي التي تنص على ما يلي: (إذا تغيـب أحد أعضاء المجلس التأسيسي للرابطة ثلاث دورات متتالية دون عذر مقبول لدى المجلس يعد مستقيلاً)0

فقد اعتبر المجلس من تنطبق عليهم هذه المادة مستقيلين، وهم:

| الرقم | الاسم | البلد |
|---|---|---|
| 1 | الدكتور أحمد النتو | الفلبين |
| 2 | الدكتور عبدالكريم الخطيب | المغرب |
| 3 | الشيخ يوسف أحمد الصديقي | البحرين |

ويوصي المجلس بتوجيه خطابات شكر وتقدير لهم على ما بذلوه من جهد خـلال مشـاركتهم فـي عـ ضوية المجلس والاستفادة من آرائهم ومشوراتهم.

أربعة وعشرون: أنظمة الرابطة وهيئاتها:

استعرض المجلس قراره الصادر في الدورة السادسة والثلاثين المنعقدة في الفترة من 4-6 شـعبان 1421هــ بشأن تفويض الأمانة العامة للرابطة بتكوين لجنة لدراسة التعديلات المقترحة على بعض نظم الرابطة، وأنظمة الهيئات التابعة لها، ومن ثم عرضها على المجلس التأسيسي للرابطة في أول دورة له.

وبعد النظر فيها وإجراء بعض التعديلات فإن المجلس يقرر ما يلي:

أولاً:

الموافقة على الأنظمة التالية:

1/1 – النظام الأساس لرابطة العالم الإسلامي0

1/ 2– النظام الأساس للمجلس الأعلى العالمي للمساجد0

1 /3–  النظام الأساس للمجمع الفقهي الإسلامي0

وتكوين لجنة من كل من:

– معالي الأمين العام لرابطة العالم الإسلامي0

– معالي الشيخ صالح بن عبدالرحمن الحصين.

– معالي الدكتور أحمد محمد علي.

– معالي الدكتور عبدالله بن صالح العبيد.

لوضع هذه الأنظمة في صيغتها النهائية.

ثانياً:

الموافقة على الأنظمة التالية بصيغتها المرافقة:

1/2– النظام الأساس لهيئة الإغاثة الإسلامية العالمية، كما وافق المجلس على أعضاء الجمعية العمومية للهيئة الذين يعينهم المجلس وذلك حسب البيان المرافق.

2/2– النظام الأساس للهيئةالعالميةللإعجازالعلمي في القرآن والسنة0

3/2– النظام الأساس لمؤسسة مكة المكرمة الخيرية.

ثالثاً:

أحيط المجلس علماً بما اتخذته الأمانة العامة للرابطة من إعداد أنظمة الهيئات التالية، واعتمادها مــن معالـــي الأمين العام، وقرر الموافقة على ذلك، وتفويض الأمانة العامة للرابطة في توحيد مواد هذه الأنظمــة، ماعـدا الأهداف والوسائل، وما له خصوصية في هيئة دون غيرها، وهي:

1/3 – النظام الأساس للهيئةالإسلامية العالمية لتعليم القرآن الكريم.

2/3 – النظام الأساس للهيئة الإسلامية العالمية للتعليم.

3/3 – النظام الأساس للهيئة العالمية للمسلمين الجدد.

4/3– النظام الأساس للهيئة العالمية للأسرة والمرأة والطفل0

5/3 – النظام الأساس للهيئة الإسلامية العالمية للإعلام.

خامس وعشرون: اللائحة المالية ولائحة شؤون الموظفين:

اطلع المجلس على اللائحة المالية للرابطة ولائحة شؤون الموظفين التي تمت الموافقة عليهما في الدورة الثانية والعشرين، في الفترة من 13–15 صفر 1408هـ0 والتعديلات التي اقترحتـها الأمانة العامة للرابطة علـى هاتين اللائحتين لتطوير أعمالها المالية والإدارية.

وقرر المجلس الموافقة على هاتين اللائحتين وفق الصيغة المرافقة، ووفقاً للمادة السادسة من اللائحة المالية فقد قرر المجلس تعيين:

1-      معالي الشيخ صالح بن عبدالرحمن الحصين

2-      معالي الدكتور أحمد محمد علي

3-      معالي الدكتور عبدالله بن صالح العبيد

أعضاء في اللجنة التنفيذية0

سادس وعشرون: توصيات الاجتماع التنسيقي للمركز العالمي لأبحاث الإيمان المنعقد في الخرطوم في شــهر شعبان 1422هـ بالتعاون مع الرابطة:

اطلع المجلس على توصيات هذا الاجتماع وقرر إحالة هذه التوصيات إلى الهيئة العالمية للإعجـــاز العلمي في القرآن والسنة لدراستها واتخاذ ما يلزم بشأنها.

سابع وعشرون: الحساب الختامي للرابطة

استعرض المجلس التقرير المالي والحساب الختامي للرابطة للعـــامين 1420/1419هـــ و1421/1420هـــ وقرر ما يلي:

أولاً:

توجيه الشكر والعرفان لحكومة المملكة العربية السعودية وعلى رأسها خادم الحرمين الشريفين الملك فهد بـــن عبدالعزيز وسمو ولي عهده الأمين الأمير عبدالله بن عبدالعزيز على دعمها المادي والمعنوي المستمر لرابطة العالم الإسلامي والهيئات التابعة لها.

ثانياً:

توجيه الشكر للأمانة العامة للرابطة على ضبطها الحسابات والتناسق في الصرف والإيرادات.

ثالثاً:

مطالبة الأمانة العامة للرابطة على أن تعمل على دعم ميزانية الرابطة لزيادة بعض البنود التي تحتـــاج إلـــى زيادة، والعمل على إقامة مزيد من الندوات والمؤتمرات التي توضح صورة الإسلام في الغـــرب فـــي ظـــل التطورات العالمية الجديدة وإقامة الدورات التأهيلية للدعاة وموظفي الرابطة في الخارج.

رابعاً:

المصادقة على التقرير المالي والحساب الختامي للرابطة للعامين الماضيين 1420/1419هـــ و1421/1420 هـــ.

وصلى الله وسلم على عبده ورسوله.

| رئيس المجلس التأسيسي للرابطة | الأمين العام للرابطة | سكرتير المجلس التأسيسي |
|---|---|---|
| عبدالعزيز بن عبدالله آل الشيخ | د0عبدالله بن عبدالمحسن التركي | أحمد بن عبدالله باتجار |