**Twenty-sixth: The Criminal Incident in Riyadh City**
The Council recommends that the General Secretariat inform the government of the Kingdom of Saudi Arabia, headed by His Majesty, the Custodian of the Two Holy Shrines, the Council's condemnation of the criminal incident in Riyadh City and all similar events in other places, and prays to Almighty God to protect the security of the kingdom and its people, as well as Muslims all over the world, from all such criminal acts.

**Twenty-Seventh: Visits by the League Officials to Other Countries:**
1. The Council thanks the [Former] Secretary General of the Lleague, Dr. Ahmad Muhammad Ali for his efforts to strengthen cooperation relations with other government bodies and Islamic personages in the countries he visited.
2. The Council stresses the importance of continued such participation in conferences and meetings, etc. If the League finds it in the interest of Muslims and Islamic issues.
3. The Council calls for more inspection visits to sections in the world where Muslim minorities live to strengthen cooperation relations with the official authorities there for the benefit of the Muslims living in these countries, Ghana, Singapore, Argentina and other countries, that the Secretary General of the League has not yet visited.
4. The Council urges the General Secretariat to follow-up the recommendations and commitments of the League in such visits.
5. The Council also urges the General Secretariat to invite benevolent and charitable people as well as the various Islamic Organizations and entities to provide material and monetary assistance to Muslims in the Caribbean and neighboring countries.

MWL 005663

## سادساً وعشرين : الحادث الإجرامي في مدينة الرياض :

يوصي المجلس الأمانة العامة بإبلاغ حكومة المملكة العربية السعودية وعلى رأسها خادم الحرمين الشريفين تأكيد المجلس على شجب الحادث الإجرامي في مدينة الرياض وسائر الحوادث المشابهة في كل مكان مع الدعاء إلى الله سبحانه بأن يحمي أمن المملكة وسكانها من كل عمل إجرامي وجميع المسلمين في كل مكان.

## سابعاً وعشرين : زيارات مسؤولي الرابطة للخارج :

١ـ يشكر المجلس الأمين العام للرابطة [السابق] الدكتور أحمد محمد علي على ما بذله من جهود ومساع خيرة لتقوية العلاقات التعاونية مع الجهات الحكومية والشخصيات الإسلامية في البلدان التي زارها.

٢ـ يؤكد المجلس على أهمية الاستمرار في المشاركة في مثل تلك الاجتماعات والمؤتمرات وغيرها إذا رأت الرابطة مصلحة للمسلمين وللقضايا الإسلامية.

٣ـ يدعو المجلس إلى القيام بمزيد من زيارات تفقدية لمناطق المسلمين في الدول التي توجد فيها الأقليات الإسلامية لتوثيق العلاقات التعاونية مع الجهات الرسمية فيها لصالح المسلمين الموجودين في تلك الدول مثل دولة غانا وسنغافورة والأرجنتين وغيرها من الدول التي لم تحظ بعد بزيارة الأمين العام للرابطة.

٤ـ يحث المجلس الأمانة العامة على متابعة مقترحات والتزامات الرابطة في تلك الزيارات.

٥ـ يحث المجلس الأمانة العامة على دعوة المحسنين وأهل الخير وكذلك الجهات والمنظمات الإسلامية المختلفة لتقديم مساعدات مادية وأدبية لصالح المسلمين في منطقة الكاريبي والدول والمجاورة لها.

٤٥

MWL 005663