Case 1:03-md-01570-GBD-SN   Document 3826-27   Filed 12/01/17   Page 1 of 14

# International Islamic Relief Organisation, Saudi Arabia
## October-'96



**IIRO**



IIRO 000142

IIRO, SAUDI ARABIA

# Dedicated to the leaders of Hope and Goodwill



**HRH Prince Sultan Bin Abdul Aziz**
*The Second Deputy Prime Minister and Minister of Defence and Civil Aviation.*



**King Fahad Bin Abdul Aziz**
*Custodian of the Two Holy Mosques*



**HRH Crown Prince Abdullah Bin Abdul Aziz**
*First Deputy Prime Minister and Commander of the National Guard.*



**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, SAUDI ARABIA**

IIRO 000143

# CONTENTS

FOREWORD........................................................................................1
PREFACE............................................................................................2
Administrative Structure....................................................................3
INTRODUCTION, OBJECTIVE & FINANCE....................................4

**PROGRAMMES**
1. Social Welfare..................................................................5
2. Health Care.....................................................................6
3. Educational Care............................................................7

**PROJECTS:**
4. Dept. of Agriculture........................................................8
5. Our Children Prject........................................................9
6. Dept of Wells Digging...................................................10
7. Dept of Architectural & Engineering
   Consultancey................................................................11

8. Dept. of External Affairs...............................................12
9. Dept of Urgent Relief & Refugees................................13

10. Dept. of Seasonal Programmes, Social
    & Environmental Services..........................................15
12. Dept of Sanabil Al-Khair..............................................16
13. Dept of External Offices..............................................17
14. Dept of Warehousing & Shipping...............................18

14. Dept. of Finance..........................................................19
14. Dept of Fund Raising and Donations........................20

15. Dept of Adminstrative Affairs....................................21
16. Human Resources Training &
    Developing Centre......................................................21
17. Dept. of Public Relations............................................22
18. Dept of Infomation.....................................................22

**OTHERS:**
19. Women Committee of IIRO......................................23

# FOREWORD

It gives me a great pleasure to present this book of the International Islamic Relief Organisation, Saudi Arabia (IIRO) to the general readership. This organisation is regarded to be the biggest in the Islamic and Arab world. It has activities in more than 100 countries and is providing relief and humanitarian assistance to all those in need regardless of their linguistic, religious, colour or any other affiliations.

The IIRO works in the fields of Health care, Social Welfare, Orphans Support, Education, Sustainable Development, Emergency, Vocational Training and Environmental Projects. The IIRO has developed a wide international network with many Islamic and non-Islamic relief organisations and became a member of various world bodies, international umbrellas, and councils. It has joined the ECOSOC, and is a member of the Executive Committee of the Geneva based International Council for Voluntary Agency (ICVA), and also a member of CONGO, IOM, and many others.

It is also chairing the General Committee for Relief (GCR) which comprises of more than 50 major international Islamic and Arab relief organisations worldwide, and coordinate the work of humanitarian assistance between these organisations.

This book would be used as an instrumental piece of information. It could be used by researchers and kept in the libraries of various educational institutions as well as serving as a bridge between West and the East in the dialogue between the two worlds in general and between humanitarian relief and development organisations in particular.

I find myself obliged here to express my deepest thanks, appreciations and gratitude to the Custodian of the Two Holy Mosques King Fahad Bin Abdul Aziz, HRH Crown Prince Abdullah, First Deputy Prime Minister and Commander of the National Guard, HRH Prince Sultan, Second Deputy Prime Minister and Minister of Defence and Civil Aviation, the Government of Saudi Arabia, the Royal family and all the people in Saudi Arabia who has helped us tremendously in financing and encouraging the work of the IIRO which enabled us to be the lead agency in the Muslim and Arab world.

I would like to take this opportunity to thank all my colleagues and in particular Dr. Abdullah Bin Saleh Al-Obeid, Chairman of the Trustee Council of IIRO and all Council members and all my colleagues who have contributed to the success of the IIRO by their profound devotion and motivation.

Special thanks is also to the head of the External Affairs Department Dr. Mohammad Al-Najafi and his assistants who have devoted much time and effort to produce this excellent piece of work.

I hope you find this book is enjoyable.

**Dr. Farid Yaseen Gurashi (P.hD)**
Secretary-General
International Islamic Relief Organisation,
Saudi Arabia

# PREFACE

THE IIRO is regarded to be the lead agency in the Muslim and Arab world. The publication of its activities will be a case study to highlight the Islamic relief work which is conducted on a purely humanitarian and non-sectarian, to provide assistance for all those in-need in accordance with the Islamic culture and tradition. It was practiced several centuries ago but was only recently became fully international and presented itself in the international arena.

The IIRO has always believed in opening up to the outside world, transparency, moderation, and dialogue between all relief organisations to the betterment of refugees and displaced which were forced either to flee their countries or to abandon their home towns and villages to other places.

The IIRO is becoming more international and enjoying the membership of various respected international bodies such as the ECOSOC, ICVA, CONGO, IOM, GCR, and many others. It was also elected as a focal point for the Middle East for both UNHCR and ICVA. It is enjoying the respect of various governments and organisations who have worked with the IIRO in the field of humanity in different parts of the world. The IIRO has participated in many international meetings and gatherings, and has managed successfully to organise many international meetings and gatherings as well. The most important of all was the Sharjah conference on Uprooted Muslim Women which was held between 12 to 15th of November, 1994 to shed lights on the plight of uprooted Muslim women. Participants from 43 different countries participated in that conference. Refugee Muslim women themselves were invited to talk about their plights, to make the outside world understand something about their cultural and other needs, and trying to help relief and humanitarian organisations to understand their concerns.

I would like to thank Dr. Farid Yaseen Gurashi, the Secretary-General for his encouragement in all fields of external affairs, all my colleagues and specifically my two assistants Mr. Syed Abdul Aziz and Mr. Safiuddin Abdullah who worked very hard and helped me tremendously in publishing this book.

*M. Najafi,*

**Dr. Mohammad Al-Najafi ( D. Phil, Oxon)**
*Advisor to the Secretary-General
on Foreign Affairs & Coordinator with
International Organisations*

IIRO, SAUDI ARABIA

# IIRO Administrative Structure

## TRUSTEES COUNCIL

- Chairman
  - Secretary-General
    - Advisors
    - Deputy Sec. Gen. for Programmes
      - Social Welfare Dept.
        - Educational Care Dept.
        - Health Care Dept.
      - Dept. of Investment
        - Dept. of Warehousing & Shipping
      - Dept. of Resources Development & Donations
      - Dept. of Seasonal Programmes, Social Invesments & Environmental Services
    - Deputy Sec. Gen. for Finance
      - Dept of External Affairs
      - Director of Budget Dept.
        - Director of Finance & Budget
        - Director of Finance Control
      - Director of Estate & Assets
        - Training and Developing Human Resources Centre
      - Director of Projects Sector
        - Dept. of Urgent Relief & Refugees
        - Dept of Agriculture
        - Dept of Construction & Wells Digging
        - Dept of Architectural & Engineering Consultancy
    - Dept of Media & Information
      - Our Children Programme
      - Department of Women's Committee
      - Department of Local Offices
      - Dept of Research, & Studies
        - Director of Public Relations
      - Dept of External Offices
        - Director of Volunteers Affairs

3

IIRO 000147

# Introduction

THE International Islamic Relief Organisation, Saudi Arabia (IIRO) was established in 1978 as a humanitarian non-governmental organisation (NGO) in response to the increasing need for alleviating the sufferings of human beings worldwide. Its headquarter is basead in Jeddah, Kingdom of Saudi Arabia. It has more than 100 offices in the Kingdom and abroad. These offices are covering the humanitarian activities in more than 100 countries in different parts of the world. The Founding Council of the IIRO consists of distinguished members from different walks of life. Which strategies and fully plan for the activities of the IIRO and approve the budgets. The head of the executives is Dr. Farid Yaseen Gurashi and he is assisted by Deputies and Directors for the different departments.

# Objectives

The IIRO seeks to serve victims of natural disasters and wars, orphans, refugees and the displaced, all over the world. Relief work is conducted on purely humanitarian grounds, without any distinction on the basis of ethnic, linguistic, or religious considerations. The IIRO has, however, discovered that more than 80% of the refugees and victims of wars and disasters in the world today are Muslims. Some of IIRO relief programmes are, therefore, directed towards the provision of medical, educational and cultural values of those who are in desperate need of them. The IIRO also encourages entrepreneurs. It sponsors viable economic projects and small businesses that can help the victims to find employment, and earn a living.

To fulfill these objectives the IIRO enjoys a wide network of national and international contacts with various Islamic and non-Islamic relief organisations, institutions and individuals. It operates as an NGO in the international arena and abides by laws and customs that govern the work of such organisations.

# Finance

The major part of financing is coming from the generous people in Saudi Arabia. The IIRO's various activities are financed by voluntary contributions given for either earmarked or unspecified projects. It accepts unconditional contributions in cash or kind. Part of its resources are derived from the Zakat (alms) paid by individuals and companies in the Kingdom of Saudi Arabia and elsewhere as well as wills made in IIRO's favour. It has established an endowment fund (Sanabil Al-Khair) which would be used to generate a stable income to finance its various activities.

# Department of Orphans and Social Welfare (DOSW)



IIRO-sponsored Azerbaijan orphans playing in an amusement park.



THE Department of Orphans and Social Welfare (DSW) is one of the IIRO's biggest departments through which it is doing useful work for the Orphans Sponsorship programmes in various parts of the world. The aim of the project is to provide basic needs like, food, clothing, education, maintenance and shelter. It has also set up a special committee to take car e of orphans. The committee visits various countries to study the conditions of orphans and seek ways and means for constant improvement of the facilities.

In addition, it has established a Destitute Child Project to assist destitute children and their mothers as well as offering a special humanitarian assistance to the disabled and old age people.

## Activities of DOSW:

- Sponsoring 83,000 orphans in 58 countries and plans to increase its sponsorship to 100,000 orphans.
- Established 25 centres for Orphans and Motherscare in 12 countries;
- Built 22 orphanages to accommodate 3,132 orphans;
- Supporting 251 orphanages;
- Supervising 125 charitable societies for orphans care worldwide;
- Cooperating with international organisation, such as its joint project with the Swiss humanitarian organisation "Hope Foundation" to build an orphanage in Bangladesh;
- Established dress making projects for poor families to benefit mothers of orphans and old women in Lebanon, Sri Lanka, Philippines, Indonesia, India, Bangladesh, Jordan, Bosnia-Hercegovina and African countries.
- Implemented 4000 development family projects to support orphans and needy families in various countries.

IIRO 000149

# Department of Health Care (DHC)



Number of patients treated by IIRO's Health Centres



Number of hospitals in 45 countries operated by IIRO

THE Department of Health Care has established the largest health care network in Africa, Asia and Europe which aims to provide health services of good quality to needy people all over the world.

The Health Department has so far implemented 279 health projects including hospitals, clinics, pharmacies and nutrition centres. So far IIRO has established 79 projects in Africa, 100 in Asia and 44 projects in Europe and the Americas. It has also provided health facilities to more than 4.1 million persons in 45 countries and supported the setting up of 90 medical laboratories throughout the world.

## Cooperation with global Organisations:

The DHC is cooperating with other international organisations to provide health services and food supplies such as:

■ World Food Programme (WFP) in North Somo, for distribution of food to clinics, and with the World Health Organisation (WHO) in North Somo for arranging health educational programmes.

■ UNHCR and WFP in different humanitarian activities for Rohingya refugees in Bangladesh.

■ IIRO-WHO cooperated in the vaccination campaign in Comoro Islands and Tanzania.

■ IIRO participated in the vaccination campaign with Unicef in Lebanon.

■ IIRO collaborated with MSF and WHO in the vaccination campaign in the Commonwealth of Independent States, (CIS).

■ IIRO collaborated with WFP for distributing food to needy patients in Sierra Leon.

## Health projects:
### Medical network in Bosnia-Hercegovina

The IIRO has the biggest medical network in Bosnia-Hercegovina. It is running 48 medical projects in Zagreb, Zentica, Sarajevo, Tuzla, Slovenia and other places.

### Sayyida Fatima Hospital in Kenya

The IIRO constructed the Sayyida Fatima Hospital in Kenya in collaboration with the Iqra Charity Association. The hospital has a capacity of 60 beds and serves 56,556 patients a year.

### Logo clinic in Uganda

IIRO's health department built the Logo clinic in Uganda which provides medical services to more than 20,700 patients a year.

### Dental services in Central Bosnia

The WHO has elected IIRO's Health Department as Coordinator for Dental services for all non-governmental organisations in Central Bosnia.



A child is seen receiving treatment in Khasavdort Osman Yort Dispensary in Daghistan.

IIRO 000150

# Department of Education (DE)

THE Department of Education (DE) was established in 1985 for the purpose of improving educational, social and economic standard of people worldwide. Education is the key to the development of human resources. Confronting illiteracy is a precondition for social and human development in all societies. The IIRO's education programmes include building schools, sponsoring educational institutions and teachers. It is also providing scholarships to needy students to gain higher education in order to ensure a better future for themselves and their societies

## The Objectives of the Education Programme:
- To secure educational opportunities for children in poor communities to enable them to improve their future.
- Providing university education for students within target groups throughout the world.
- To confront illiteracy in the developing communities.

## Educational projects:
The educational projects comprise of the following:
- Building and financially supporting educational institutions such as kindergartens, primary and secondary schools, universities and institutes.
- Sponsoring teachers by paying their salaries and other related benefits.
- Sponsoring students at various levels including post-graduate studies.
- The programme provides training for teachers at various grades and boarding facilities for students.
- DE is publishing educational books on languages, mathematics, natural and social sciences and other subjects which are being used as part of the curriculum, with main emphasis on children's books.

## Educational Institutions:
- IIRO supports more than 347 educational institutions and schools including 20 colleges and 5 boarding schools in 39 countries.

## Teachers and Students sponsorship programme
The teacher's sponsorship programme provides qualified teachers to minority institutions in Asia, Africa and South America. It is currently sponsoring 983 teachers in 39 countries and also providing scholarships for 2,094 university students in 67 countries.



The International Islamic Relief Organisation, Saudi Arabia provided school bags to children in Russia.



The total number of students and teachers sponsored by IIRO worldwide.

# Department of Agricultural Projects (DAP)

THE Department of Agricultural Projects (DAP) was established in 1993 to promote agricultural production through providing financial and technical packages to beneficiary groups. It provides financial assistance on profit sharing basis through creating a system of revolving credit with the objective of providing self sufficiency for a large number of farmers all over the world.

The main objective of the DAP is to encourage economic self sufficiency, which will facilitate resettlement of displaced persons, refugees and other beneficiary groups and minimise their dependence on relief provisions of temporary nature. Settlement of these groups makes the implementation of other projects carried out by the IIRO and other relief and development organisations possible, such as the setting up of schools and hospitals.

Applicants should submit a feasibility study together with the application form provided by the DAP. A summary of feasibility study of the project or the activity sought enables DAP to evaluate the economic viability and technical feasibility of the projects taking into account ranking based on social parameters. The DAP has produced standardised forms of follow-up on projects sent to overseas offices to enable them to monitor the projects implementation.

## Objectives:
The objectives of the DAP are as follows:
- To support target groups by providing financial and technical assistance,
- To provide a continuous source of funding through revolving credit facilities based on interest free transactions.
- To participate in the economic development of priority regions through implementation of viable projects,
- To help in the rehabilitation of the refugees and displaced persons.

## Administrative structure of DAP
The administrative structure of the DAP is headed by Director and Deputy Director. The daily functions of the Department are supervised by the Coordinator assisted by an Agro-economist, they constitute a committee which evaluates projects qualifying for technical and financial assistance.

## DAP achievements:
The DAP has supported some agricultural projects including the following:
**Bosnia-Hercegovina:** Vegetables production, bees rearing, mushroom project, rabbits rearing, animal husbandry, production of potato seeds.

**Iraqi-Kurdistan:** Bees rearing, animal husbandry, and production of grains.

**Azerbaijan:** Vegetables project (camp 1) vegetables project (camp 2), Agdash wheat project.



The IIRO-sponsored potato seeds production project in Bosnia-Hercegovina

IIRO 000152

# 'Our Children' Project (OCP)

AS children are the assets for the future, the IIRO has established the project of "Our Children". It is to serve children by providing them with cultural and educational materials as well as raising their consciousness of the environment all of which is necessary for children in order to ensure a better and brighter future.

## Objectives of the project:
- To dissipate the correct values and morals among children;
- To encourage the values of co-operation compassion and the the spirit of charity;
- To improve cultural awareness and tolerance among children.

## Achievements of the project:
### Publications:
The IIRO has produced books and audio-visual programmes which directly help in providing modern and scientific methods of education. The project has so far published 150 books in various subjects as children stories with photos and graphics.

### Visual products
This project has produced the children series of "Relief Team" which consists of seven parts. The theme of each part is centred on the activities of a team of children assigned to exhort others to adopt an attitude of cooperation and compassion and the spirit of charity through an interesting narration style. In addition, to the animated film Peace Tour that tells historic stories on similar themes.

### Audio products:
The project produced the collection of songs on cassette of " Sanabil Al-Khair", which is featured in national and international fairs in, UAE, Lebanon, Qatar, Egypt, Morocco, and Saudi Arabia.

The project comprises of expert team of authors, writers and artists who are experienced in the field of children literature. The project formed a marketing committee in Jeddah and Cairo to upgrade the employees skills and improve their efficiency to become distinguished in this field of mass media.

### Future plan:
The future plan of the project is to translate its products into English and French languages in order to enlarge the beneficiency groups and gain wider market shares.



**Children visiting "Our Children" exhibition in Saudi Arabia.**

# Department of Wells (DW)



The IIRO-built drinking water network in Somalia

THE Department of Wells (DW) was established in 1990 for the purpose of drilling and maintaining of surface and artesian wells in drought regions throughout the world. The department also provides supportive activities of canalisation, building dams, rehabilitation of existing wells and construction of water distribution nets. Thus the department help providing water for domestic use and for irrigation and farming purposes.

## The objectives of the DW are as follows:

■ To drill deep and surface wells to the needy people and for farming. Its activities are concentrated in underdeveloped areas which are affected by droughts and famines in Asia and Africa. To help poor people in where is a strong need for water. It is also rehabilitating old wells to continue their water supplies to the needy people.

■ To appoint engineers in the field of Geology to conduct studies of plans with the local government including representatives of the local people. The department is adopting an ambitious plan to dig wells in various countries which suits the prevailing environmental conditions.

## Achievements:

The DW has drilled 23 deep wells, 251 surface wells and 15 pipeline projects in Asia and Africa, such as: Gana, Ethiopia, Mauritania, Eritrea, Mali, Uganda, Sudan, Zambia, Sengal, Albania, Indonesia, Afghanisan, China, Yeman, India and Iraqi-Kurdistan.

IIRO, SAUDI ARABIA

# Department of Architectural and Engineering Consultancy (DAEC)

THE Department of Architectural and Engineering Consultancy (DAEC) was established in 1987 as technical unit for implementing various IIRO construction projects using materials and skills locally available and at the minimum cost within the shortest time possible. As time is a limiting factor in construction projects the DAEC expedite its operations especially in countries where costs are high and time is a costly element.

## Objectives of the department:
- To supervise the study, design and follow-up construction projects.
- To establish and follow up local and overseas projects at the optimal level, least cost and the highest efficiency attainable;
- To coordinate between various departments of IIRO to agglomorate projects in particular locality to achieve efficiency in construction and operation;
- To construct self sufficient projects based on economic, cultural and natural setting of project site and procedure;

## Means of realising the objectives:
- The projects are divided on regional basis and each region is assigned to architect/ engineer of the department to facilitate follow up and prompt implementation;
- Devised a project implementation mechanism based on specifying responsibilities and the capacities of relevant parties involved in project implementation;
Recruited engineers to supervise projects per geographical regions;
- Use of local materials and local technology to reduce cost of construction.

## Tasks:
- Produce preliminary layouts of the projects, follow-up and coordination with the local consultant offices in the relevant country through the Department of External Offices (DEO)
- Assist DEO in recruiting architects/engineers to monitor projects and coordinate the activities between the department and DEO.
- Request the Finance Department of IIRO to transfer instalments in accordance with the project's predetermined budget, time schedule, actual construction cost and assurance of quality control as well as the appropriate measurers to control expenditures.
- Carry out full-fledged feasibility studies of projects and prepare projects budget to be financed by IIRO.
- Carry out field trips to follow up all phases of projects implementation.
- Review and prepare construction documents for all construction projects.
- Prepare and appraise contracts (with building contractors, consultants and designers), etc.
- Produce administrative, technical and financial measures to control the operations of the projects.
- Provide architectural and engineering consultancy for projects under preparation or implementation of various sectors of IIRO.
- Preparation of studies for projects based on the concept of sustainability to achieve compatible community and social setting in architechtural as bio-sphere, techno-sphere and socio-sphere.



Photo shows a general view of IIRO's warehouses built recently to store different relief materials.

IIRO 000155