# Department of External Affairs (DEA)

THE Department of External Affairs represents IIRO at the international level. It participates in international and local conferences, symposia and other gatherings on behalf of IIRO.

It advises and offers guidance to the executives of IIRO on issues relating to cooperation and coordination with international organisations.

The role and activities of IIRO are well identified through DEA. IIRO is now a member of various international organisations and is gaining a distinctive status as a consultant to some international associations and organisations. Regional organisations are also coordinating with IIRO on issues of mutual concern and benefit.

### Objectives:
The objectives of the department are as follows:
■ To reflect the national and international activities and operations of IIRO.
■ To coordinate with international and regional organisations on humanitarian activities.
■ To represent the IIRO in conferences, symposia, regional and international gatherings and present position papers and relevant materials.

## Cooperation with other organisations
The DEA enjoys a wide network of international contacts with various International relief and humanitarian agencies. It has developed its relationship with organisations such as the United Nations High Commissioner for Refugees (UNHCR), International Red Cross and Red Crescent Societies, International Organisation of Migration, Norwegian Refugee Council, Federation of African Voluntary Development Organisations, OXFAM, Refugee Study Programme at Oxford, Save the Children, International NGO Working Group on Women Refugees, Conference of Non-Governmental Organisations and many others.

## Memberships
The IIRO has fully participated in the Partnership in Action (PARinAC) process. The IIRO has recently joined the International Council for Voluntary Agencies (ICVA) and held a consultative status with the Economic and Social Council of the United Nations (ECOSOC) as well as the and Conference of Non-governmental Organisations (CONGO). The IIRO has been elected to act as the focal point in the Middle East region between the UNHCR and the NGOs as well as having an observer status with IOM. IIRO is chairing the General Committee for Relief (GCR) which comprises of more than 50 International Arab and Muslim relief organisations.

The DEA attended several international conferences and highlighted IIRO's humanitarian activities and services which were rendered without discrimination on basis of religion, race, or colour. The most important international conferences recently organised by IIRO was the Sharjah Conference on Uprooted Muslim Refugee Women held in Sharjah, United Arab Emirates between 12-15 November, 1994. It has also participated in the Fourth World Conference on Women held in Beijing and its preparatory meetings during 1995. The Copenhagen Social Summit in the spring of 1995; and the international conference on "Muslim in the Western Media" in the spring of 1994, Muslim-Christian dialogue on relief and development in Ottawa, Canada 17-18 June, 1996 and many others.

## Publications
■ Producing *Newsletter* in the English language four times a year to focus on IIRO's different humanitarian activities at the national and international levels and to disseminate information.
■ Producing brochures in English and French.
■ Writing position and other papers to be published or delivered at various publications and meetings worldwide.



IIRO's Secretary-General Dr. Farid Yaseen Gurashi, centre, and Dr. Mohamamd Al-Najafi, Advisor to IIRO Secretary-General on Foreign Affairs and Coordinator with International Organisations, right, at a UNHCR-NGOs meeting in Geneva, Switzerland.

IIRO 000156

# Department of Urgent Relief and Reugees (DURR)

THE Department of Urgent Relief and Refugees, (DURR) was established in 1989 to carry out emergency relief activities to alleviate the sufferings of those affected by natural calamities or man-made disasters. DURR is a vital unit of IIRO that operates in the essential field of emergency and refugees affairs. It provides its services to all affected people.

## The objectives of the DURR are as follows:
- To identify and respond to the most urgent needs of the victims of calamities;
- To cooperate with various NGOs and international relief agencies to meet the needs as identified;
- To coordinate with international organisations to facilitate repatriation of refugees, displaced persons and reintegration of both target groups in their original communities;

## Structure
The DURR headquarter is based in Jeddah, as the liasion unit directing and supervising the multifaceted operations worldwide. It makes use of the logistical, financial and administrative facilities of external offices to monitor urgent relief operations in various parts of the globe that encounter disasters.

Usually DURR establishes a field unit in affected regions to promptly deal with calamities. This unit coordinates with the regional offices of IIRO in the respective countries or directly with the headquarter wherever there is no regional office.

## Assistance programmes
The needs of disaster victims vary from country to coutry, most of DURR operations contain the following elements:

- To provide temporary settlement, depending on locally available materials with the participation of the affected persons;
- To provide security (in coordination with concerned organisations) of affected persons and refugees both in host countries and countries of origin upon repatriation and maintain civil and human rights;
- To Provide health care ( including medicines) and facilities for conserving the environment;
- To secure domestic household needs of affected persons;
- To support social and economic development in affected regions;
- To provide educational programmes for refugees and displaced persons;
- To help in the permanent solutions of affected populations to ensure repatriation, and reintegration in the communities.



IIRO-built water storage tank in collaboration with Unicef for Iraqi-Kurd refugees in Watsan, Iraqi-Kurdistan.



Total Number of Refugees sponsored by IIRO

- Asia: 2,857,211
- Africa: 3,093,500
- Europe: 1,070,450
- Commonwealth Independence States (CIS): 1,015,950

## Achievements
The scope of DURR involvement in relief operations have enormously increased in recent years due to increased influx of refugees and internally displaced persons in countries of armed conflicts or natural disasters.

# Department of DURR

## The Achievements s of the DURR are as follows:

■ Provided relief items to more than 3 million refugees and displaced persons all over the world;

■ Established several refugee camps and distributed food items; in Afghanistan, Roheingya and others in Bangladesh, Sri Lanka, Philippines

■ Assisted the victims of earthquakes in Indonesia, Egypt, Morocco, Kergigistan, by providing tents and relief items. It also assisted flood victims in Daghistanas well as provided tents, relief items and food;

■ Assisting people affected by war in the Balkan region by providing relief assistance;

■ Helping the victims of armed conflicts in Somalia, Rwanda and Burundi through provision of tents, clothes, food items and other relief items including educational and medical services;

■ Assisting Twariq refugees in Mali, Burkina Faso and Mauritania;

■ Assisting people affected by war in the Commonwealth of Independent States (CIS) as well as Azerbaijan, Chechniya, Tajkistan, Iraqi-Kurdistan, Angoshia, and Dagistan.

The assistance included food items, medical, sanitary services, education, vocational training and orphancare.

## The cooperation in the field is as follows:

■ It cooperated with UNHCR in acting as an implementing agency of UNHCR in Tanzania among the Rwandan and Burundian refugees.

■ It cooperated with MSF Holland in the field of medical services;

■ It cooperated with WFP for distributing food to needy people and refugees in Tanzania, Mozambique and Sierra Leone;

■ It cooperated with Unicef in the implementation of installing drinking water projects in Iraqi-Kurdistan;

■ It cooperated with HELP a German organisation for distributing food to refugees in Africa and the Commonwealth of Independent States (CIS);

■ It cooperated with Islamic Development Bank (IDB) for helping the needy people;

■ It cooperated with Emergency Department of Daghistani government to assist needy and disaster victims of Chechniya.

■ Coordinated in Sierra Leone with the National Committee for Rehabilitation (NARECOM). Its main objective is to coordinate the efforts of NGOs and the Sierra Leone government to help the displaced who fled from civil war.

 

A newly-built bakery by IIRO in Sumgait Refugee camp No.2 in Azerbaijan. Right picture shows an IIRO relief for the distribution of food to the victims of flood affected and the needy people in Sri Lanka.

# Department of Seasonal Programmes, Social and Environmental Services (DSPSES)

THE IIRO unveiled the Aluminium Cans Recycling project in June 1993 in Jeddah, Dammam, and Alkhobar which serves dual purposes. This project aims to keep the environment clean and to get additional income necessary for sustaining IIRO charitable projects.

### Achievements:
Since launching the project in the Eastern Province nearly two years ago, IIRO has collected an estimated 300,000 kilograms of empty cans. It is promoting the recycling programme in the Kingdom under the concept of "Double Charity". It has put can-collecting bins at supermarkets, fast-food outlets, schools, mosques and various other locations

### Collection Points:
The collection points are boxes with special logos on them. There are 500 collection points for the cans in Jeddah and more than 400 collection sites around Dammam and Alkhobar.

### Fighting pollution:
This project helps to protect the environment through conservation of natural resources, fighting pollution and saving energy. The Jeddah municipality has strongly contributed to the success of this project, especially during its early stages.

### Future plans:
Although, localised to Jeddah, Dammam and Al-Khobar, plans are underway to expand the scheme across the Kingdom.



Photo shows children drop empty soft drink cans established by IIRO's Aluminium Cans Recycling Project.

# Sanabil Al-Khair Trust (SKT)

The International Islamic Relief Organisation, Saudi Arabia (IIRO) designed a "Sanabil Al-Khair Trust (SKT)", which aims to generate SR1 billion funds within 10 years from the inception of this project in 1987. During the past eight years, the organisation has collected SR400 million from several sources and the funds raised have been re-invested and 50 percent of the returns have been allocated to different projects run by this organisation through the years.

The Sanabil Al-Khair have a yearly fund raising parties in the major cities of the Kingdom, which is usually happen under the patronage of the senior members of the Royal family who are either governors or deputy governors in these provinces. The funds raised have been invested and 50 percent of the returns have been allocated for different humanitarian projects run by IIRO, which include the building and running of schools, vocational training centres, hospitals, orphanages, support of refugee camps and urgent relief supplies.

### Objectives of SKT are as follows :
- To establish an investing mechanism to the collected fund.
- To raise a regular income for IIRO from the invested capital returns.
- To create a self sufficient humanitarian relief enterprise.

### Achievements of Project :
- The investment portfolio is in real estate, mutual fund or Unit Trust it is also establishing some companies in different fields of commerce.

### Future plan:
The future plan of the project is divided into three major areas:
Real estates , Developments, and Financial Investment

### Cooperation:
The SKT is cooperating with major other investment companies in different places of the world, suhc as:
- Dallah Al-Barkah
- Faisal Islamic Bank, Bahrain
- Al-Rajhi Investment Bank in Saudi Arabia.
- Other companies and financial institutions in Europe and America



**Relief materials donated by IIRO to Lebanon.**

# Department of External Offices (DEO)

THE Department of External Offices (DEO) is to supervise external offices of IIRO operating in various parts of the world. There are more than 40 offices representing IIRO in over 100 countries and regions. DEO is established to provide quality services and guidance to branch offices, for the purpose of enabling the latter to perform their functions smoothly, to carry out humanitarian activities in various fields and to implement projects endorsed by IIRO. Monitoring of the projects is of importance to IIRO and its donors.

These humanitarian activities comprise educational, and health care services, social welfare programmes, agricultural projects, emergency relief, construction, vocational training, seasonal projects and other activities that serve the local communities.

## Objectives of DEO
The objectives of the department are summarised as follows:

■ The Department of External Offices coordinates between the headquarters and the external offices to implement programmes and projects approved by the headquarter.

■ To Provide IIRO executives with optimal advice and provide grass root information on target groups, on host country policies, and environment of operations to enable better identification of viable activities.

■ To monitor implemented projects and activities through submission of informative reports and to alert the headquarters about possible constraints or areas of further involvement. For this purpose the department arranges periodical field visits to overseas offices to inspect various humanitarian activities.

■ To follow up implementation of projects and activities carried out by IIRO in the host countries.

■ The external offices comprises the various sections such as secretarial, communications, reports, archives, finance, and prompt relief programmes.



Tin sheets provided by IIRO to stranded Bihari refugees in Bangladesh to reconstruct their shanty town after it was hit by a storm.

IIRO 000161

# Department of Warehousing and Shipping (DWS)

THE Department of Shipping (DWS) was established to supervise different kinds of relief materials cargoed to various countries throughout the world. It is also supervising storage of various materials to be used locally or shipped abroad.

## The objectives of the DWS are as follows:

- To draw up a plan to collect and supervise corporeal donations;

- To approve bills of lading and submit to the Finance Department for affecting payments;

- To approve shipping of food items, clothes and other relief items;

- To draw a plan for freight of various regions and countries in collaboration with benefiting parties, including the measures taken to provide the least cost shipping;

- To collect data on freight agents and possible routes throughout the world;

- To use computer programmes to record bills of lading, and to produce freight reports.



A photo shows an IIRO relief boat sets off for the distribution of food to the victims of flood affected displaced people in Bangladesh.

# Department of Finance (DF)

THE Department of Finance performs the financial accounting of IIRO, including preparation and analysis of accounts records and its related reports. It carries out financial and managerial accounting, adjustment of entries, financial statements, and etc.

## Objectives of the DF:

- To register and classify donations and other incomes of IIRO.

- To register and classify expenses of various departments and projects

- To audit the expenses in order to ensure that it is consistent with the approved procedures and in accordance with the budget.

- To supervise the bank accounts of IIRO, carry out the monthly statements and ensure prompt transfer of donations from the local offices to the headquarter.

- To coordinate with local and overseas offices to apply the approved budget and to adhere to the financial policies and procedures, and to submit the accounts reports on due dates.

- To dispatch the finance instalments to local and external offices in accordance with the budget, and on the predetermined dates in coordination with the relevant departments in the headquarter.

- To follow-up with the local and external offices to send documents of expenditures and payments of due balances and to carry out the required accounts and statements.

- To submit the periodical reports of the financial performance and the statements of income and expenditure and carry out the required financial analysis,

- To carry out the monthly balances as well as the quarterly and annual financial statements.

# Department of Fund Raising and Donations

THE Department of Fund Raising and Donations (DFRD) was established in 1993 to promote and develop the resources of IIRO at the national and international levels. The fund raised by this department have been allocated for different IIRO's humanitarian projects, which include the building and running of schools, vocational training centres, hospitals, orphanages, refugee camps and urgent relief supplies.

## Objectives:
The objectives of the DFRD are as follows:
- To enhance the awareness of donors on the activities and achievements of IIRO'

- To attract charitable persons or institutions, both form Saudi Arabia and abroad, to contribute to the varios activities;

- To gain the confidence of donors by varios means and to enhance the prositive relations with those donors, which would ultimately leads up to an increased number of donors;

- To organise campaigns for donors;

- To follow-up and report on projects financed by donors;

- To set up strategies and plans to increase donations.

## Administrative structure of DFRD
The administrative structure of the DFRD is composes of Director and Deputy Director, Donors Affaris, Donations Centres, Charitable Works, including Project Finance, Collection of Boxes and Bonds Section.



**A picture shows IIRO-Built and run orphanage in Asia.**

IIRO 000164

# Department of Administrative Affairs (DAA)

THE Department of Administrative Affairs (DAA) offers a package of administrative policies and supervises various administrative sections. It is entrusted with performing manpower planning at the departmental level, defining staff requirements by functions and categories in collaboration with recruitment committee and relevant departments.

The DAA is to ensure adherence to the main provisions of labour legislation covering industrial relations, procedures of recruitment and discharge, as well as wage levels and annual or sick leaves for employees. It also providing stationery and other materials to all departments, as well as providing tanslation facilities in Arabic, English and French.

# Human Resources, Training and Developing Centre

THE Centre for Training and Developing Human Resources was established by IIRO to demonstrate the importance and usefulness of training. It arranges several courses for the staff. Computer courses offered by the centre provide conceptual, technical and interpersonal skills that are required in a computer environment. In addition to different courses in management and administration.

The following courses are offered such as:
- Excel-4
- Windows
- Microsoft
- Principles of Modern Management
- How to prepare budget and balance sheet
- Fund raising skills.
- Time Management



A Computer Based Training centre established by the IIRO to train its employees.

# Department of Information (DI)

THE Department of Information was established to highlights various IIRO's humanitarian activities through Arab and international media in the Arabic language.

### The objectives of the DI are as follows:
- To highlight the role of IIRO and its activities to raise the awareness of potentially charitable people;

- To spread the awareness of the need of various beneficiary groups throughout the world;

### Press section:
- To contact various national and international newspapers and other mass media;

- To publish magazine and brochures reflecting the activities of IIRO in the Arabic language.

### Publications section:
It provides all published works (in the Arabic language) of IIRO including brochures, posters, advertisements and publications produced by the departments of IIRO in cooperation with commercial printing houses.

### Department of Television production:
The Department of Television Production was established to focus various humanitarian activities of IIRO. It established a film library and archieves to reserve video tapes of these films and documents.

It has already produced several documentary films distributed throughout Saudi Arabia and other countries. The department has distributed 20,000 copies of film "IIRO- the achievements and the challenge", 15000 copies of the " Passage of Hope", 25000 copies of "Late Night", 25000 copies of "Hell", and film of the "Schools of education", 10,000 copies of "Reap" and 10,000 copies of film of "Work". The section is documenting IIRO achievements in more than 100 countries and its international relations and achievements.

# Department of Public Relations ( DPR )

THE Department of Public Relations (DPR) was established to retain the image of IIRO at the national level. It carries out various tasks such as arrangement of meetings, conferences, press conferences and many other programmes. It also receives visiting dignitaries from Saudi Arabia and abroad. These include ministers and high ranking officials, consuls and ambassadors, representatives of national and international organisations, from the mass media and other distinguished personalities.

### The sections of DPR are as follows:
Photography section: The department has established a Photography section to cover vital events, ceremonies, to maintain archives, to provide photos for the IIRO magazine and Newsletter, and for the purpose of the international exhibitions in which IIRO participates in Saudi Arabia and abroad. These photos are also provided to the department of donations to facilitate their campaigns of fund raising.

### Travel and accommodation:
It maintains contacts with various airlines to obtain free ( or discounted) tickets to be used for official visits abroad, and also provides accommodation for the IIRO visitors.

### Meetings:
It organises and facilitates internal meetings and conferences, ceremonies, social gatherings and events for staff. It also organises Sanabil Alkhair fund raising annual party.

# The Women's Committee (TWC)

THE Women's Committee of the International Islamic Relief Organisation, Saudi Arabia (IIRO) was established in 1988 and has been extremely active in the field of charity work. It has 300 working members and the vast majority of them are volunteers. The committee is divided into nine sub-committees on regional bases, and is enjoying full participation of women members who are active in fund raising and supervision of various activities and humanitarian programmes. It also organises cultural activities and holds weekly meetings.

Members come from different walks of life and include university professors, teachers, doctors, students and housewives. The Women's Committee of IIRO, through the fund raising and donation efforts has so far financed 70 health, education and social welfare projects and sponsored more than 4,017 orphans over the past eight years in different parts of the world.

## The activities of the committee are summarised as follows:

The committee has developed a strategy and provides means of financial support to several projects, which include:

- The fund raising project of Sanabil Al-Khair through various activities.

- The support of 1,000 orphans a year.

- Coordination with various subcommittees to support programmes for women and children.

- Sponsoring of various humanitarian projects in the field of education, health care, and sustainable development projects.

- Building hospitals and clinics, schools and vocational training centres in cooperation with other charitable organisations in Saudi Arabia.

- Inagurated the exhibition of the committee which highlights activities of IIRO in general and those of the committee in particular.

- Established a sub-committee of girls to upgrade their capabilities.

- Established a special honorary membership for major women donors.



Children sponsored by IIRO Women's Committee.

# IIRO hails Kingdom's humanitarian role



HRH Prince Sultan Bin Abdul Aziz, Second Deputy Prime Minister and Minister of Defence and Civil Aviation visits IIRO shop at the International Environmental Exhibition held in Riyadh.



Minister of Interior HRH Prince Naif Bin Abdul Aziz receives IIRO's shield from Dr. Ahmad Al-Muraie, Director of IIRO's Makkah office. Also seen in picture: Prince Majed Bin Abdul Aziz, (left), Governor of Makkah.



HRH Prince Salman Bin Abdul Aziz, Governor of Riyadh is seen with former Muslim World League Secretary General Dr. Ahmad Mohammad Ali (left), at the Sanabel Al-Kahir fund raising event in Riyadh



HRH Prince Majed Bin Abdul Aziz, Governor of Makkah touring the exhibition.



HRH Prince Saud Bin Naif, Deputy Governor of Eastern Province, delivers his speech during Sanabel Al-Kair's fund raising ceremony held in Dammam.



HRH Prince Saud Bin Abdul Mohsin, Deputy Governor of Makkah receives IIRO's plaque at the Sanabel Al-Kahir fund raising event in Jeddah. Also seen in the picture, Dr. Abdallah Bin Obeid, Secretary General of the Muslim World League.

IIRO 000168

# IIRO, SAUDI ARABIA

# Dignitaries visit IIRO's headquarter




Dr. Farid Yaseen Gurashi, Secretary General of IIRO presents HRH Prince Abdul Aziz with a plaque during the Prince's visit.

Madam Sadako Ogata, the United Nations High Commissioner for Refugees endorses in IIRO's visitors book during her visit to Saudi Arabia and beside seen here the IIRO's Secretary General.




Dr. Gurashi, (right), explains a meritorious point on IIRO leaflet to Dr. Guido Bertalaso, (left), Deputy Executive Director of Unicef.

Mr. Hani Yemani, (centre), Chairman of Switzerland - based HOPE Foundation, accompanied by Executive Director of Hope Foundation Jeddah office and a high level Swiss delegation visited the IIRO's headquarter.




Secretary-General of IIRO Dr. Gurashi talks with Mr. Stuart Laing, Deputy Head of Mission, British Embassy in Riyadh during his visit to IIRO's headquarter, Jeddah.

South African Consul General holds talks with Dr. Gurashi Secretary General, during his visit to IIRO headquarter.

IIRO 000169


**SAUDI ARABIA**



# Relief for Orphans, Refugees, and victims of disasters

**For further enquiries :**

International Islamic Relief Organisation, Saudi Arabia
P.O.Box : 14843
Jeddah - 21431 - Saudi Arabia,
Tel : 6519035/6517170
Fax: 6518491
E-Mail enquiries @ iiro. org
Inter-net. http:// www. iiro. org

**Please send your donations to :**

Al-Rajhi Banking and Investment Corporation
Jeddah, Saudi Arabia
Account No. 77707/2
77702/3
77700/7

IIRO 000170