

# FINANCIAL SYSTEM

## 1. Financial Control Prior to Payment (FCP)

The Purpose of FCP is:

· To control the expenses by controlling the correct use of the approved budget, i.e. reviewing all the payment vouchers as well to make sure (prior to payment) that every expense is made on the right item in the budget; no expenses are made on items to which credits have not been allocated and no expenses are made beyond the limits of the budget.

· To apply a financial and administrative control i.e. to make sure that the procedures (prior to payment) as per which IIROSA would be liable to a third party are done according to the existing instructions and regulations.

· To complete the required financial proceedings before any payment. This is in compliance with the existing financial and accounting regulations.

· To make sure that IIROSA's existing financial and administrative regulations are fully applied.

· To go through the existing schemes, policies and regulations and correct-if need be, the way they are being applied as well as to submit suggestions for modifying/enhancing them or adding new clauses for the good of the work.

· To review the new contracts before being signed to make sure that they include clauses that safe guard IIROSA's rights.

## 2. Internal Audit Post-Payment (IAP)

The IAP is related to the Chairman of the Board of Directors; the IIROSA's known legal statutes stipulate the establishment of IAP to meet the following targets:

· Not only analyzing, checking and improving the efficiency of the vouchers' circulation, the internal control's system as well as IIROSA's accounting books and records, but also presenting reports and suggestions to both chairman of IIROSA's Board of Directors and Secretary-General.

· To make sure that organization 's financial data and accounting as well as any other data taken from IIROSA's accounting documents.

· To make sure of the accuracy of not only the proceedings used for money collection and expenditure but also IIROSA's accounting books and records as well the way the data are recorded therein.

· To make sure of the accuracy and efficiency of the vouchers and also to make sure that the provided vouchers would guaranty a correct data recording in accordance with IIROSA's regulations.

· To make sure of the efficiency of IIROSA's assets safeguarding mechanism.

· To compare the actual accounting data with the estimative budgets in order to elaborate a report on any noticed difference between the two as well as to endeavor not only to find out the causes of the noticed difference but also the way to avoid them in the future.

· To present a quarterly report on IIROSA's income and expenditures as opposed to the estimative budget (which is approved by the Board of Directors).

## 3. Chartered Auditor

The chartered auditor is assigned by IIROSA's Board of Directors in order to not only to control the organization's financial performance but to give a neutral  technical opinion on how far the accounting data contained in IIROSA's records are accurate as well and how far the data contained in the financial lists are conformable with IIROSA's actual records. The chartered auditor is also required to give a neutral technical opinion on how far the financial lists are accurate to express both the results of IIROSA's humanitarian activities during a fiscal year as well as its financial status/standing at the end of that period.

The chartered auditor is required to take the following actions:

· To go through all the accounting documents, correct them and to make sure of their accuracy and efficiency. He is also entitled to ask for the data, information and clarifications he would deem necessary for his job. He would also have to make sure that the said data, information and clarifications are dully signed by the competent person.

· To prevent/minimize the accounting mistakes.

· Based on the facts he would find as he is meticulously auditing the accounting documents and based upon the data he would ask for and get from IIROSA's financial agency. The chartered auditor will endeavor to find out the mistakes that would have been made during the process of entering the data in the accounting books.

· To verify IIROSA's assets and liabilities toward other parties.

· To compare the achievements (and their cost) with the adopted programs and then state the differences if any.

· To analyse the closing account and then elaborate a report that would contain an analysis of the said closing account-especially with regard to the expenditures, the incomes, loans and obligations.
To present periodical reports on IIROSA's financial performance.

# Régime financier

## 1. Le contrôle financier préalable au paiement qui vise à :

Contrôler les dépenses par un suivi de l exécution du budget adopté, en vérifiant tous les bons de paiement et s assurant que ceux-ci correspondent aux rubriques budgétaires qui leurs sont affectés et qu ils n ont pas été destinés à des rubriques non-couvertes par des crédits ou qu ils ont bénéficié d un surplus de crédit, et ce avant de procéder aux formalités de déblocage et leur adoption par l autorité personne compétente.

· Garantir le contrôle financier et administratif en s assurant que les formalités antérieures de paiement pro duisant les engagements de l Organisation envers les tiers soient en conformité avec les schémas, les règlements et les directives en vigueur.

· Achever les procédures financières de paiement et rectifier le cours des échéances selon les articles du plan financier et des règles comptables.

· Assurer le suivi des systèmes et des plans financiers et administratifs en vigueur au sein de l Organisation pour garantir leur application.

· Etudier les programmes, les politiques et les plans financiers appliqués et évaluer les formalités de leur exé cution, soumettre des propositions à la direction générale pour les développer, et proposer la modification de certains articles ou l ajout de nouveaux, et ce dans le but de garantir une meilleure performance et un contrôle plus rigoureux.

· Réexaminer les nouveaux contrats avant leur signature, pour garantir que leurs dispositions préservent les droits de l Organisation.

## 2. Contrôle interne après- paiement :

Cette unité est liée à son excellence le président du conseil d administration. Les statuts de l Organisation prévoient ce type de contrôle financier pour atteindre les objectifs suivants :

Examiner le cycle documentaire et les systèmes de régularisation, le contrôle interne, les livres, les registres comptables au sein de l Organisation et leur évaluation en termes de suffisance et d efficacité ; soumettre des rapports et des propositions au président du conseil d administration et le secrétaire général de l Organisation.

· S assurer de la régularité des états financiers, comptables et statistiques et toutes autres informations extraites des livres, registres et documents de l Organisation.

· Examiner les procédures relatives au paiement, à la perception et à l exactitude des livres et registres comptables de l Organisation et de l opération d enregistrement.

· Examiner la régularité des documents en termes d opérations d enregistrement sur les livres, conformé ment aux plans, systèmes et procédures de l Organisation.

S assurer de la régularité et de la suffisance des procédures et des moyens de préservation des biens de l Organisation.

· Comparer les états comptables effectifs avec les budgets prévisionnels pour rédiger des rapports sur toutes les irrégularités, soit en plus ou en moins, et les étudier pour détecter leur nature, leurs causes et la manière de les éviter.

· Soumettre un rapport trimestriel sur les produits et charges de l Organisation et leur concordance avec le budget prévisionnel adopté par le conseil d administration.

## 3. Le Commissaire aux Comptes :

Il est chargé par le conseil d administration de contrôler les performances financières de l Organisation, afin d émettre une opinion technique neutre sur la régularité et l exactitude des états comptables inscrits sur les livres et les registres de l Organisation, ainsi que la concordance des états présentés dans les listes financières avec le contenu effectif de ces livres et registres, et l exactitude de ces listes pour exprimer le résultat des actions de l Organisation au cours de l exercice financier et de son centre financier à la fin de cette période.

Le Commissaire aux Comptes  a pour mission de :

a) Consulter tous les livres, registres et documents et s assurer de leur exactitude et suffisance, et réclamer les états, les informations et les clarifications qu il estime nécessaires à sa mission, et s as surer qu ils soient prêts et signés par la personne compétente.

b) Eviter ou réduire les erreurs comptables.

c) Relever les erreurs sur les livres selon ses déductions précises des registres et états comptables, et du flux des informations qu il sollicite du département financier de l organisation.

d) Consulter et s assurer des actifs de l organisation et de ses engagements envers les tiers.

e) Comparer les réalisations et les dispositions financières avec les actions décidées et les plans adoptés et détecter les irrégularités si elles existent.

f) Examiner le bilan et rédiger un rapport comprenant une analyse des dépenses, produits, prêts, engagements et consignations.

g) Rédiger des rapports périodiques sur les performances financières et comptables de l organisation.