



## الكومبيوتر ونظام المعلومات

ما من الأهداف التي قامت عليها رابطة العالم الإسلامي فقد حرصت على تحسين
ائها بحيث يتناسب مع نمو دورها وتضاعف أعبائها من أجل خدمة المنظمات
وتقديم العون الممكن لها . من هنا رأت الرابطة ضرورة تأسيس نظام معلومات
( الحاسب الآلي ) و ( الميكروفيش ) تم اتخاذ هذه الخطوة في بداية عام ١٤٠٤ هـ
فظ المعلومات المتجمعة والمتجددة للاستعانة بها في مجال خدمة الدعوة الإسلامية
في العالم .

ف إنشاء نظام المعلومات المرتكز على الكومبيوتر والميكروفيش إلى توسيع قاعدة
بحيث تشمل جميع أوجه نشاط الرابطة في مختلف القارات الخمس وربط جميع
لرابطة ومكاتبها في العالم بشبكة اتصالات للاتصال المباشر بالمركز . . وذلك
لمعلومات والحصول عليها في أقل وقت ممكن مع عمل التطبيقات الإدارية اللازمة
عمل في أجهزة الرابطة .

بدئ العمل في المركز بيرجمة المساعدات والإعانات المالية التي تقدمها الرابطة
ت والهيئات الإسلامية في العالم .

دأ مركز الحاسب الآلي نشاطه بتركيب جهاز الحاسب من نوع ( داتا جنرال ) .
خ سعة ذاكرة التخزين الرئيسية مليون حرف يمكن زيادتها إلى ٨ ملايين حرف .
م التخزين على اسطوانة غير قابلة للنقل بسعة ٣٤٥ مليون حرف يمكن زيادتها إلى
مليون حرف .

افة إلى شاشة التحكم الرئيسية توجد خمس شاشات أخرى يمكن زيادتها إلى ٦٤
طابعة عند زيادة الذاكرة الرئيسية إلى ٨ ملايين حرف .

يجد وحدة واحدة للطباعة ذات سرعات مختلفة تصل إلى ٦٠٠ سطر في الدقيقة
العربية والإنجليزية أو ٨٠٠ سطر في الدقيقة بالإنجليزية .

١٠٤

## نظام المصغرات الفيلمية « الميكروفيلم »

أصبحت المصغرات الفيلمية في عصر التقنية الحديثة من أهم وأحدث وسائل التقنية
للحفظ والاسترجاع . . وقد اعتمدت الرابطة بهذه الوسائل فأنشأت المصغرات الفيلمية
للقيام بمختلف النشاطات .

والمركز مزود بأحدث أجهزة الميكروفيلم والميكروفيش . . ويهدف هذا النظام إلى إيجاد
مركز معلومات متكامل في الرابطة بما له من فوائد عديدة منها :

- التوفير في الحجم والمكان حيث إن الفيش الواحد يتسع لأكثر من ٤٠٠ صفحة .
- مركزية المعلومات مما يسهل الاستعانة بها لأكثر من جهة في الوقت نفسه .
- القضاء على ازدواجية الحفظ بين الإدارات للمعلومات نفسها .
- سهولة استخدام البنك لأي موظف في البحث عن المعلومات المحفوظة .
- حفظ الأوراق المهمة في حالة جيدة .



١٠٥

Page 104

## Computer and Information System

One of the goals on which the Muslim World League was established, as it strived to improve its performance so that it would be commensurate to its growing role and ever multiplying responsibilities in serving organizations and providing them with all kinds of assistance possible. It was from this perspective that the League saw the importance of establishing the information system (computer) and (Micro-fiche). This step was taken at the beginning of the year 1404H (1983G), with the aim filing the gathered and renewable information to use it in serving the Islamic faith throughout the world.

Establish the information system based on computer and micro-fiche aims to widen the base of the Leage to include all aspects of its activities in all five continents and to connect all its [cut off text] and offices around the work in a communications network to connect directly with the center .. so that information could be more readily acquired and used, while implementing all the necessary administrative applications for utilization at the League offices

Work at the center begins with first programming the monetary aids and subsidies, which the League provides to [cut off text] and Islamic organizations around the world.

The computer center begins its activity with the installation of a (Data General) computer system, with a hard drive storage capacity of one million characters upgradable to eight million characters. Storage is done on a non-transferable disk with a capacity 345 million characters, upgradable to [cut-off text] million characters.

In addition to the main control panel, there are five more panels that can be increased to 64 [cut-off text] printer when increasing the capacity of the hard drive to 8 million characters.

The system had a single printing unit with variable speeds that can reach 600 lines per minute of Arabic and English or 800 lines of English text per minute.

Page 105

## The "Micro-Film" System

Micro- Film has become one of the most important and up-to-date technologies for storing and retrieving information. The League attended to these methods and established micro-film to conduct various activities.

The Center is equipped with up-to-date advanced Micro-Film and Micro-Fiche systems, for the purpose of establishing a comprehensive information center at the League. The system's benefits are many, such as:
- Save in size and space as each Micro-Fiche can store up to 400 pages.
- Centralized information, facilitating its use by more than one entity at the same time.
- Eliminate the dual storage of the same information by various departments.
- The bank may easily use any employee to search for stored information.
- Storing and maintaining important documents in a good conditions.