MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

الرابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

م : ................................................
بغ : ................................................

الموضوع : ................................................

**محضر الاجتماع الطارىء لمجلس هيئة الإغاثة الإسلامية العالمية**
**المنعقد مساء يوم الثلاثاء ١٤١٠/٣/١٨ هـ**

بناءً على الدعوة التي وجهها معالي الأمين العام ورئيس مجلس الهيئة للسادة أعضاء المجلس لحضور الاجتماع الطارىء للمجلس مساء يوم الثلاثاء ١٤١٠/٣/١٨هـ في مقر الهيئة بجدة ، فقد حضر كل من ( ) الأعضاء التاليين : -

١ - معالي د . عبد الله عمر نصيف    الأمين العام    رئيساً
٢ - معالي د . محمد عبد يماني                    عضواً
٣ - الشيخ سليمان الراجحي                        عضواً
٤ - سعادة السيد امين عقيل عطاس                  عضواً
٥ - سعادة الشيخ عبد الله الحصيني                عضواً
٦ - سعادة الاستاذ محمد معروف الشيباني            عضواً
٧ - سعادة الاستاذ عبد الله قريب                 عضواً
٨ - سعادة الاستاذ احمد سعد الغامدي               عضواً
٩ - سعادة د . فريد ياسين قرشي     المشرف العام
١٠ - سعادة د . ابراهيم فهد الغفيلي مساعد المشرف العام للمعالية والخدمات المساندة عضواً .
١١ - سعادة د . عمر زهير حافظ مساعد المشرف العام للبرامج والإغاثة             عضواً

وقد اعتذر عن الحضور كل من معالي الاستاذ مصطفى ادريس وسعادة الشيخ ابراهيم افندي .

وقد ترأس المجلس معالي الأمين العام د . عبد الله عمر نصيف ، وقد بدأ الاجتماع بآيات من القرآن الكريم ، وبحمد الله والصلاة والسلام على رسوله صلى الله عليه وسلم .

ثم قام سعادة المشرف العام د . فريد ياسين قرش بتعريف أعضاء المجلس بالاخوة المتطوعين والموظفين الذين يشغلون مواقع قيادية بالهيئة حسب التنظيم الإداري الذي اعتمده مجلس الهيئة في اجتماعه السادس في ١٤١٠/٥/٢٤هـ وهم كالتالي : -

١ - د . ابراهيم فهد الغفيلي    مساعد المشرف العام للمعالية والخدمات المساندة .

عنوان : ص.ب : ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إي جي



| | |
|---|---|
| Dr. Faysal Iskandarani | Director, Committee for Computer and Information Development |
| Dr. Riyad Arafa | Director of Computer and Information Center |



**MUSLIM WORLD LEAGUE**
**MAKKAH AL MUKARRAMAH**
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

م :
بخ :                                              الموضوع :

- ٣ -

وأدارت الهيئة حسب متطلبات النظام الإداري الجديد وتم تكليف قيادات إشرافية للإشراف على ادارات الرعايات المختلفة (الصحية - الإجتماعية - التعليمية - والإغاثة العاجلة - الشئون الإدارية - رئيس قسم الحسابات - المشتريات والمستودعات - الإتصالات الإدارية - المراجع الداخلي ) . كما تم تعميم بطاقات التوصيف الوظيفي للوظائف القيادية والإشرافية ومساعديهم وللعاملين في الإدارات ورؤساء اللجان الإقليمية ومدراء المكاتب الداخلية والخارجية لتوعيتهم بأهداف ومعالم ومتطلبات التنظيم الإداري الجديد للهيئة والتعاون في تطبيقه لتحسين مستوى الأداء وتوثيق الإتصالات وتبادل المعلومات . كما أوضح بأنه تم اعادة توزيع الموظفين على ادارات وأقسام قطاعات الهيئة حسب ما حددته متطلبات التنظيم الإداري الجديد وبناء على الإحتياجات الفعلية للعمل في هذه الإدارات مما استوجب تقييم أداء الموظفين ومدى تناسب مؤهلاتهم وخبراتهم كما حددته بطاقات التوصيف الوظيفي في التنظيم الإداري الجديد ومن مؤهلات وخبرات . وهيث أن التنظيم الإداري الجديد حدد اعداد العاملين بخمس وخمسين موظفا في مقر الهيئة بجدة كما أن التنظيم الإداري الجديد يأخذ بنظام مركزية السكرتاريات الإدارية والنسخ ، ونظرا لأنه يوجد سبع وعشرون (٢٧) موظفا على وظيفة سكرتير وعشرة (١٠) على وظيفة ناسخ فانه تم الإستغناء عن ثمانية عشر من المعينين على وظائف سكرتارية وناسخين والإكتفاء بذوي الكفاءات والخبرة العالية منهم للقيام بمهام السكرتارية وأعمال النسخ المركزية لخدمة جميع قطاعات وادارات الهيئة ، كما استغني عن خدمات عشرة (١٠) موظفين متعاونين يداومون في الهيئة لفترة واحدة لأنهم أصلا موظفون في شركات أو مؤسسات أو ادارات حكومية نظرا لعدم حاجة الهيئة لخدماتهم اضافة الى الإستغناء عن خدمات عدد من الموظفين لوجود ملاحظات موثقة عن سوء سلوكهم في الهيئة أو خارجها وهذا الإجراء ادى الى توفير اكثر من ثمانين الف ريال تدفع شهريا مرتبات لهؤلاء الموظفين مما يؤدي الى تخفيض وترشيد النفقات التشغيلية للحد الأدنى في مقر الهيئة وفي

His Excellency, Dr. Faysal Iskandarani, Director, Committee for Computer and Information Development of the Organization, talked about the accomplishments of the Organization and the Computer and Information Center in the past four months as follows:
a. New computers and computer accessories were purchased and received, they were connected to a comprehensive computer network, tested and are now operational.
b. A single source code language was adopted for programming in order to maximize the benefit from the network system and the exchange of information between the different offices of the League.
c. Computer programs were prepared for the (Social Welfare – Education – Emergency Relief – Regional Affairs – Donor Affairs – Sanabel Al-Kheir Funds – Procurements and Warehouses – High Administration – Administrative Communications – Technical Consultants – Employment, Posts, and Numbering) Administrations.
d. Programs for Personnel – Media – and reports are currently being prepared.

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION



رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

رقم : ......
تاريخ : ......

الموضوع : ......

- ٦ -

٥ - وفقت الهيئة بفضل الله في عقد صلح بين المسلمين الصوماليين في اثيوبيا بعد انقسام دام خمسة عشر عاما .

ثانيا : الشئون المحلية :

بفضل الله تعالى حظيت الهيئة بثقة متزايدة من المسؤولين في المملكة وفي مقدمتهم خادم الحرمين الشريفين وولي عهده الأمين وسمو النائب الثاني وسمو الأمير سلمان وكذلك الأمير نايف وسمو ناشبه وسمو الأمير ماجد وسمو الأمير سعود بن عبد المحسن وأصحاب السمو امراء المناطق في المملكة وفي مايلي بعض النماذج :

١ - وافق خادم الحرمين الشريفين على تخصيص ٥٠٠٠ طن من التمور لتقوم الهيئة بدورها بتوزيعها على المستحقين من المسلمين في العالم .

٢ - تتويجا للدعم المتواصل من سمو الأمير سعود بن عبد المحسن بن عبد العزيز للهيئة فقد قوى الهيئة فى شراء مبنى باسم الأمير سعود واخوته ورثة الأمير عبد المحسن بن عبد العزيز رحمه الله يوقف على الهيئة طالما الهيئة تمارس نشاطها .

٣ - صدرت موافقة سمو امير المدينة المنورة وامير المنطقة الشرقية وامير منطقة عسير وامير منطقة الباحة بفتح مكاتب للهيئة في هذه المناطق .

ثالثا : داخل الهيئة :

١ - تم بفضل الله استكمال الهيكل التنظيمي ونظرا لأهمية انتقاء الرجال الذين سيصبح الهيئة هي قضيتهم وعملهم وحاضرهم ومستقبلهم فقد تم بالتشاور مع معالي رئيس المجلس ومع عدد من اعضاء المجلس بانتقاء بعض الاخوة المتطوعين الملتزمين بإعطاء الوقت الكافي للهيئة لتولي بعض المهام القيادية كما اكتسبت الهيئة بعض النوعيات المعتبرة من المتفرغين من الشباب لأعمال الهيئة .

وفي مجال الأعمال التنفيذية والقيادية كسبت الهيئة المتطوعين التاليين والذين يعمل معهم كفاءات من الاخوة المتفرغين :

د . عمر زهير حافظ        مساعد المشرف العام للبرامج

شراء ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٥٤١١/٦٥١٧٨٤٤ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box : 14843 Jeddah 21434 - Tel. 6515411/6517844 - Fax : 6518491 - Telex : 606754 IGATHA SJ

**Dr. Faysal Iskandarani,** Director, Committee for Computer and Information Development

**Dr. Riyad Arafa** Director of Computer and Information Center

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

رقم : ..........
تاريخ : ..........

- ٧ -

د . ابراهيم فهد الغفيلي    مساعد ... والإدارة المالية
د . عبد الرحيم الساعاتي    مشرف ... والاستثمار
د . خالد دفتردار    مشرف
ويساعده د . عبد الإله ...
و د . عبد ال... (مشرع)
د . عصام كوش...    مدير ... فرعين
د . عبد اللطيف بالطو    مشرف ... الاجتماعية
ويساعده د . عبـ... ولا وصفوة من الشباب ... التربية والرعاية
د . عبد الله جمع...    مشرف ... الأقاليم
د . عبد الرزاق ظف...    مشرف ... اية التعليمة
ويساعده د . عادل م...ود . سمير مسعبر وصفوة من ... الشباب المتخصص في التربية
١ . خالد من...دورة    مشرف وحدة دراسات المشاريع وبرجها
د . عبدالرحيم الزهراني    مشرف الاستشارات الفنية والمشاريع

د . فيصل اسكندراني    رئيس لجنة تطوير الحاسب الآلي والمعلومات
د . محمد رياض عرفة    مدير مركز الحاسب الآلي والمعلومات

١ . محمد سعيد ق...دا    مدير الإعلام والعلاقات العامة
د . مروان باكر م...ان    مشرف الإغاثة العاجلة ويساعده المهندس سعيد الجريسي والأستاذ سعود جستدية (مشرع).
١ . جيد أحمد حس...ان    المراجع الداخلي

٢ _ قامت الهيئة برئاسة رئيس المجلس بعقد يوم مفتوح لكافة إدارات ووحدات الهيئة ومكاتبها الداخلية في مقر كلية علوم البحار في جدة قام المشرفون على الإدارات والوحدات المختلفة

القرآن: ص ب ١٤٨٤٧ جدة ٢١٤٣٤ - ت : ٦٥١٥٤١١ / ٦٥١٧٨٤٤ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إن جي
Address : P.O. Box : 14843 Jeddah 21434 - Tel. 6515411/6517844 - Fax : 6518491 - Telex : 606754 IGATHA SJ

a. **Administration of Funds:**

   The Administration started applying computer in its work. During the period from 24/5/1409H to 24/2/1410H (January 3, 1989 to September 25, 1989) the administration was able to collect the sum of 4 million and 89 thousand Saudi Royals.

هيئة الإغاثة الإسلامية العالمية

مكة المكرمة

رقم : ..........
تاريخ : ..........

في الهيئة بإعداد ...
ونوقشت في ذلك ال...
أداء إدارات الهيئة

1- إدارة الاستثمار :
على الرغم من الإمكانيات المحدودة فقد استطاعت إدارة الاستثمار إدارة واستثمار عدة شنابل الكبير والتبرعات العامة للهيئة بكفاءة جيدة إذ ارتفع العائد للحجم الكلي للأرصدة المستثمرة من 87.3 عام 88 إلى 89.5 لعام 89

ب - إدارة الصناديق :
بدأت الإدارة تطبيق الحاسب الآلي في أعمالها وقد حققت الإدارة في الفترة من 24/5/1409هـ إلى 24/2/1410هـ مبلغ وقدره أربعة ملايين وتسع وثمانون ألف ريال

ج - إدارة الرعاية الصحية :
قام مشرف الرعاية الصحية د. خالد دفتردار بعدة جولات ميدانية في أفريقيا لتفقد المشاريع الصحية ومن أبرز أنشطة الإدارة الصحية البرنامج الذي نظمته الإدارة والذي استمر يومان وحضره أطباء من مختلف أنحاء المملكة وافتتحه معالي رئيس المجلس وقد تم خلال ذلك البرنامج تكوين عدة حلقات عمل مارست نشاطها في مركز أبوزيد نبلا وشهارا وانتهت بالعديد من التوصيات والتي تم تنفيذ بعضها وكان البرنامج وبفضل الله تجربة رائدة سوف تخطط إدارات الرعاية الأخرى بالهيئة لتنفيذه .

د - الإدارة التعليمية :
ساهمت هذه الإدارة مساهمة فعالة في تطوير النشاط التعليمي للهيئة وتضم الإدارة الوحدات التالية :
لجنة المعلمين والدعاة ولجنة الإعانات الدراسية ولجنة المناهج الدراسية ولجنة القرآن الكريم والمساجد ولجنة المؤسسات التعليمية كما شكلت لجنة الدعوة برئاسة الشيخ عبد الله المطلق وتتولى التخطيط للبرامج الدعوية لنشر الإسلام وتوعية المسلمين بأمور دينهم وقضاياهم الإسلامية ونظرا لأهمية

العنوان : ص.ب 14843 جدة 21434 - ت : 6515411/6517844 - فاكس : 6518491 - تلكس : 606754 IGATHA SJ
Address : P.O. Box : 14843 Jeddah 21434 - Tel. 6515411/6517844 - Fax : 6518491 - Telex : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

بسم الله الرحمن الرحيم

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

رقم : ........
تاريخ : ........

الموضوع : ........
: ........

- ٩ -

هذه اللجنة فهي مرتبطة بالمشرف العام لدعم وتسهيل مهامها .
وقد كان لهذه الإدارة أدوارا كبيرة في تطوير الأكاديمية
الأفغانية للعلوم والتقنية ، كما أقامت الإدارة دورة لتعليم
النساء في بروندي .

هـ - **وحدة ترويج المشاريع وإعداد الدراسات :**
وقد نجحت هذه الوحدة في إعداد المشاريع وتحويل المعاملات ال[..]
التي تعتمدها الهيئة إلى سلعة تباع لرجال الأعمال .

و - **إدارة شئون المتبرعين :**
من أهم أهداف هذه الإدارة التصدي لشكاوى المتبرعين والإجابة
على استفساراتهم ومعرفة رغباتهم وتوسيع دائرة الاتصال
بالمتبرعين داخل وخارج المملكة .

ز - **إدارة الشئون الاجتماعية :**
تكفل الهيئة أكثر من عشرة الآف يتيم وهناك ستة الآف يتيم في
دور كفالتهم قريبا بإذن الله وقد قام مساعد مدير الإدارة
ومعه لجنة بجولة تفقدية إلى عدة دول أفريقية (أثيوبيا ،
أغندا ، كينيا ، وتشاد) ويتبع الهيئة عدة ملاجىء للأيتام
منها سبعة ملاجىء في أفغانستان ويعتبر ملجأ الأيتام في
أوغندا من الملاجىء التي تفتخر بها الحكومة الأوغندية .

ح - **إدارة المراجعة الداخلية :**
بدأت الإدارة بفضل الله عملها بعد للإشراف على تطبيق اللوائح
المالية والإدارية على أعمال ومشاريع الهيئة .

بعد انتهاء الوقت للجلسة الافتتاحية العامة طلب سعادة المشرف
العام من القيادات الإدارية من المتطوعين والموظفين مغادرة قاعة
الاجتماع كما طلب من كل من د . ابراهيم فهد الغفيلي مساعد المشرف
العام للمالية والخدمات المساندة ، و د . عمر زهير حافظ
مساعد المشرف العام للبرامج والإغاثة المشاركة في اجتماع مجلس
الهيئة كعضوين وذلك حسب لائحة الهيئة والنظام الإداري الجديد ... ثم
أعلن الأمين العام ورئيس المجلس بداية الجلسة حيث تم مناقشة
وتداول المواضيع التالية :-

١ - تقدم الشيخ عبد الله الحصيني بعقد يحوي مجموعة من الملاحظات

العنوان: ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٨٤٩١/٦٥١٥٤١١ - فاكس : ٦٥١٧٨٤٤/٦٥١٥٤١١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جى
Address : P.O. Box : 14843 Jeddah 21434 - Tel. 6515411/6517844 - Fax : 6518491 - Telex : 606754 IGATHA SJ

بسم الله الرحمن الرحيم

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION



رابطة العالم الإسلامي
مكة المكرمة
منة الإغاثة الإسلامية العالمية

م : ........................................                الموضوع : ........................................
ع : ........................................     - ١٠ -    ........................................

والوثائق والشكاوي عن الهيئة ، وقدم مجموعة من النسخ لمعالي رئيس المجلس ولبعض الأعضاء وقد اتخذ المجلس القرار التالي :-

**قرار رقم ٢٤ - ٣ - ١٤١٤هـ**

تشكيل لجنة برئاسة سعادة السيد أمين عقيل عطاس وعضوية
١ - د. إبراهيم فهد الغفيلي
٢ - الشيخ عبد الله الحصيني
٣ - الأستاذ عبد الله فريد

لدراسة الملاحظات والشكاوي والوثائق التي يحتويها الملف وتعرض تقرير عن ذلك على المجلس في اجتماعه القادم .

٢ - تقدم الشيخ عبد الله الحصيني ورئيس مجلس إدارة شركة حلال للتنمية العمرانية والتجارية بالمذكرة رقم ١-٨٩٠٤٢٨ ج وتاريخ ١٤١٠/٣/١٨هـ التي يعرض فيها بعض المعلومات عن الاتفاق الذي وقع بين شركة حلال للتنمية العمرانية والتجارية وسعادة المشرف العام لمنح شركة حلال حق استخدام اسم وعلامة سنابل الخير على معاملاتها التجارية الخاصة بتسويق وإنتاج السلع لعدة عشر سنوات مقابل عمولة قدرها ٢% من المبيعات ...

ثم استعرض في مذكرته الاستشارات المخصصة لهذا المشروع التي قامت به شركة حلال ونظراً لأن المجلس الأعلى للاستثمار في اجتماعه الثاني بتاريخ ١٣ رمضان ١٤٠٩هـ أبدى عدة ملاحظات على هذا الاتفاق ثم طلب سعادته في نهاية مذكرته موافقة المجلس على تسجيل علامة سنابل الخير لصالح شركة حلال للمواد الغذائية فقط وبالفئتين ٢٩ ، ٣٠ من نظام العلامات التجارية مع أحقية الهيئة في إعطاء علامة سنابل الخير لشركات أخرى على مواد أخرى غير السلع الغذائية . .

ثم تداول أعضاء المجلس هذا الموضوع فأبدى الشيخ سليمان الراجحي بأن مجلس الهيئة أو المجلس الأعلى للاستثمار لم يفوض أي جهة لتوقيع ذلك الاتفاق ولا يعتبر ذلك الاتفاق ملزماً إلا بعد الرجوع للمجلس وموافقته عليه كما بين بأن بنود ذلك الاتفاق كانت مفتوحة لجميع السلع والبضائع ... ثم أبدى معالي الدكتور محمد عبده يماني حرصه على حماية حقوق الهيئة لأنها

نوأن : صيب ١٨٨٤٢ جدة ١٤٣٤ - ت : ٦٥١٥٤١١ ٦٥١٧٨٤٤ / ٦٥١٧٨٤٤ ، فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box : 14843 Jeddah 21434 - Tel. 6515411/6517844 - Fax : 6518491 - Telex : 606754 IGATHA SJ




MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

رقم : ..................
تاريخ : ..................
الموضوع : ..................
: ..................

- ١١ -

تحتوي اموال المسلمين وفي نفس الوقت حرصه على حماية حقوق الشيخ عبد الله الحصيني وعدم الإضرار به وان هدف المجلس هو الوصول الى الحق لكلا الطرفين لذلك فقد قرر المجلس القرار التالي :

**قرار رقم ٣٥ ر٣ - ١٤١٠هـ**

تشكيل لجنة برئاسة الشيخ سليمان الراجحي وعضوية كل من :

١ -   معالي الدكتور محمد عبده يماني
٢ -   سعادة الدكتور عمر زهير حافظ
٣ -   سعادة الدكتور ابراهيم فهد الغفيلي

وتتولى اللجنة دراسة الاتفاق الذي وقع بين المشرف العام للهيئة وشركة حلال للتنمية العمرانية والتجارية لمنح شركة حلال حق استخدام اسم وعلامة سنابل الخير على المواد الغذائية ودراسة المذكرة التي تقدم بها رئيس مجلس ادارة شركة حلال ووزعت على اعضاء مجلس الهيئة وسترفع اللجنة اقتراحاتها وتوصياتها لمجلس الهيئة في اجتماعه القادم .

٣ -   تحديد وتوضيح صلاحيات لجنة الرقابة الشرعية بالهيئة وعلاقتها مع الجهاز الاداري التنفيذي للهيئة وبعد الاطلاع على خطاب سماحة الرئيس العام لإدارات البحوث العلمية والإفتاء والدعوة والإرشاد رقم ١/١٨٤٩ وتاريخ ١٤٠٨/٧/٦ هـ وقرار الامين العام رقم (٨٩) وتاريخ ١٤٠٨/٨/٢٣ هـ وقرار الامين العام ورئيس المجلس رقم ٤٤٦ وتاريخ ١٤٠٩/١٢/٢ هـ وحيث نص القرار ٨٩ على ان تتولى اللجنة دراسة مشاريع واستثمارات وبرامج الهيئة وفقا للشريعة الاسلامية الغراء والنظر في القضايا التي تحيلها الهيئة اليها كما نص القرار رقم (٤٤٦) اضافة اعضاء جدد للجنة ورغبة في تسهيل مهام لجنة الرقابة الشرعية لممارسة دورها وصلاحياتها في الأمور التي تحتاج الى فتوى شرعية من معاملات واستثمارات تجارية فان اعضاء المجلس تبادلوا فيما بينهم اهمية تحديد صلاحيات لجنة الرقابة الشرعية بالهيئة مع الحرص على عدم زيادة العدد عن خمسة اشخاص وكذلك تحديد علاقتها مع الجهاز الاداري التنفيذي

عنوان: حيب ١٤٨٤٣ جدة ٢١٤٣٤ - ت: ٦٥١٧٨٤٤/٦٥١٥٤١١ - فاكس: ٦٥١٨٤٩١ - تلكس: ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box : 14843 Jeddah 21434 - Tel. 6515411/6517844 - Fax : 6518491 - Telex : 606754 IGATHA SJ

بسم الله الرحمن الرحيم

| MUSLIM WORLD LEAGUE | | رابطة العالم الإسلامي |
| MAKKAH AL MUKARRAMAH |  | مكة المكرمة |
| INTERNATIONAL ISLAMIC RELIEF ORGANIZATION | | هيئة الإغاثة الإسلامية العالمية |

رقم : .................................                                                  الموضوع : ..............................

تاريخ : .................................

- ١٢ -

للهيئة تسهيلا لأعمال اللجنة مما يدعم التوسع الكبير الذي حدث في نشاطات الهيئة لذا فإن المجلس اتخذ القرار التالي :

**قرار رقم ٣٦ - ٣ - ١٤١٠هـ**

تفويض معالي الدكتور عبد الله عمر نصيف الأمين العام ورئيس المجلس لإصدار قرار بتحديد أعضاء لجنة الرقابة الشرعية وتحديد صلاحيات اللجنة وذلك بالتنسيق مع سماحة الشيخ عبد العزيز بن باز الرئيس العام لإدارات البحوث العلمية والإفتاء والدعوة والإرشاد ومعالي الشيخ محمد بن جبير وزير العدل والعرض على مجلس الهيئة في اجتماع قادم .

٤ - اختيار مراجع حسابات خارجي لمراجعة حسابات وميزانية الهيئة وحسابها الختامي .

**قرار رقم ٣٧ - ٣ - ١٤١٠هـ**

وافق المجلس على اختيار المحاسب القانوني إبراهيم أبو الشعر للقيام بمراجعة حسابات وميزانية الهيئة .

٥ - تحويل مبلغ أربعة ملايين ريال من حساب التبرعات العامة إلى حساب شركة الراجحي للاستثمار والصيرفة وذلك كحساب جاري .

ناقش أعضاء المجلس موضوع القرض الحسن الذي تقدم به الشيخ سليمان الراجحي للرابطة وقدره مبلغ عشرة ملايين ريال وذلك لنقل البهاريسن المسلمين القطيعين في بنجلاديش في أوضاع مأساوية لا تليق بكرامة الإنسان ونظرا لأن هذا المشروع طبيعته إغاثية فقد تقرر سابقا أن تقوم الهيئة بدعم هذا المشروع الإغاثي بمبلغ أربعة ملايين ريال ولكن نظرا لتفضل الشيخ سليمان الراجحي بتقديم القرض الحسن فقد قامت الهيئة بتأجيل تبرعها ، ثم بناء على أمر معالي رئيس المجلس ثم تقديم مبلغ مليوني ريال لتسديد القرض الحسن ، وأعد المجلس القرار التالي :-

**قرار ٣٨ - ٣ - ١٤١٠هـ**

تتولى الهيئة تحويل مبلغ أربع ملايين ريال من حساب التبرعات العامة للحساب الجاري لشركة الراجحي للاستثمار والصيرفة . وتباشر الرابطة بتدبير المبلغ المتبقي بالتعاون مع الهيئة مع القيام بحملة تبرعات خاصة لهذا الغرض تتولاها الهيئة .

عنوان : حيب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٥٤١١/٦٥١٧٨٤٤ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إن جي
Address : P.O. Box : 14843 Jeddah 21434 - Tel. 6515411/6517844 - Fax : 6518491 - Telex : 606754 IGATHA SJ

بسم الله الرحمن الرحيم

**MUSLIM WORLD LEAGUE**
**MAKKAH AL MUKARRAMAH**
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

الموضوع : ..................

قم : ..................

اريخ : ..................

- ١٣ -

٦ - زيـادة اجتـماعـات مجلس الـهيئـة وتحديد جداول اعمـالـها وتـوزيع مذكـراتـها بـوقت سـابـق وكـافي على اعضـاء الـمجلس .

**قرار رقم ٣٩ - ٣ - ١٤١٠ هـ**

المـوافـقـة على زيـادة اجتـماعـات مجلس الـهيئـة ووضع جدول زمني لتـواريـخ انـعـقـادهـا وتحديد جداول اعمـالـها وتـوزيع مذكـراتـها بـوقت سـابـق وكـاف على جميع اعضاء الـمجلس .

واختتم الاجتماع بتسبيح الله وبحمده ( سبحانك اللهم وبحمدك استغفرك وأتوب اليك )

الأمين العام
ورئيس مجلس الهيئة

د . عبد الله عمر نصيف

المشرف العام
على مجلس الهيئة

د . فريد ياسين قرشي

العنوان : صيب ١٤٨٤٢ جدة ٢١٤٣٤ - ت : ٦٥١٥٤١١ / ٦٥١٧٨٤٤ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box : 14843 Jeddah 21434 - Tel. 6515411/6517844 - Fax : 6518491 - Telex : 606754 IGATHA SJ