

His Excellency, Supervisor of Social Welfare        May God protect him

Attached for your consideration a technical report for the equipment currently available at your esteemed administration, some of which need replacement, while others need more memory (RAM) to increase their performance, as well as upload some new Office programs, such as Windows, Word and others.
Name: Ammar Muhammad Taswat
[Signature]
30/2/1419 H (October 12, 1988)



**Report of the Equipment available at Social Welfare**

| Kind of Equipment | Memory | Hard Disk | Monitor | |
|---|---|---|---|---|
| | | | VGA | EGA |
| 486DX2-66 | 8 | 200 | X | |
| 386SX | 2 | 20 | | X |
| 386SX | 2 | 20 | X | |
| 486DX2-66 | 8 | 200 | X | |
| 486DX2-66 | 4 | 200 | X | |
| 486DX2-66 | 4 | 200 | X | |
| 486 DX2-66 | 4 | 200 | X | |
| 386 SX | 2 | 20 | | X |
| 386 SX | 2 | 2 | | X |
| 386 SX | 2 | 20 | | |
| 486 DX2-66 | 4 | 200 | X | |

بيان بالأجهزة الموجودة في الرعاية الاجتماعية

نوع الجهاز | الذاكرة | الهاردیسك | الشاشة