


FINANCIAL REPORT 2002 / 2003
RAPPORT FINANCIER 2002 / 2003



*YOU GIVE US*

*VOUS NOUS DONNEZ*

**THE FINANCIAL ANNUAL REPORT 2002 / 2003**

**LE RAPPORT FINANCIER ANNUEL 2002 / 2003**

*THE HOPE*

*DE L' ESPOIR*

IIRO 000555



# Table of Contents

Introduction
Domestic Offices
Achievements of the Programs and Projects Sector
Emergency Relief
Social Welfare
Engineering Department
Health Care Program
Educational Care
Human Sustainable Development Program
Individual Aids Program
IIROSA's Achievements in the Five Continents

# Table des matières

Introduction
Bureaux locaux
Description succincte des réalisations des programmes et projets
Secours d'Urgence
Département des Services Sociaux
Département de Génie Civil (Puits et Mosquées)
Département de Santé
Département de l'Education (affaires scolaires)
Programme de développement des Ressources Humaines
Programme d'aides individuelles
Réalisations de l'Organisation sur les cinq continents




IIRO 000556

## INTRODUCTION

The International Islamic Relief Organization, Saudi Arabia (IIROSA) receives whole hearted support and encouragement from the people of Saudi Arabia, above all, the Custodian of the Two Holy Mosques, King Fahd Bin Abdul Aziz, HRH Crown Prince Abdullah, Deputy Premier and Commander of the National Guard, HRH Prince Sultan, the Second Deputy Premier and Minister of Defense and Aviation; the entire royal family, the academicians, businessmen and philanthropists. Thanks to the generous support of the people of Saudi Arabia, IIROSA is able to carry out its humanitarian mission i.e. feeding the hungry, providing clothes to the unclothes, providing medical care to the sick, and build shelter for thousands of orphans, the homeless and tens of thousands of refugees worldwide.

The Board of Directors of IIROSA is headed by Dr. Abdullah Bin Abdul Mohsin Al Turki, Secretary-General of the Muslim World League (MWL). The IIROSA is the Muslim World League's wing in the fields of relief operations, health care, educational, development and economic and social welfare.



The Secretariat-General of IIROSA which serves as the executive wing of the organization, is currently headed by Secretary-General Dr. Adnan Khalil Basha. The IIROSA Secretary-General attends the meetings of MWL's Constituent Council. He presents periodical report on IIROSA's various activities. The IIROSA is always prepared to reach affected regions in order to assist the suffering populations, especially the refugees and the homeless people who live in forests or in the middle of deserts. The IIROSA provides tents, medicine and food to those who have the ground as mattress, the sky as blanket and nothing to cover their naked bodies, to calm their hunger or to cure their sickness. By doing this, IIROSA's aim is to bring the smile back to faces of these disadvantaged people and also a glimmer of hope to those in desperate straits.

The difficult question which keeps IIROSA, and other relief or charity organizations on their toes is how and when to shift from emergency relief work to sustainable development work? That's because programs are directly influenced by emergency relief programs which take a big part of the donations and erode the resources that could finance charity work while wearing out the energy and efforts of charity work decision makers. What is impossible to avoid should be faced! It's a humanitarian duty to relieve the grieved, to assist the drowning, to provide medical service to the injured and food to the hungry.

Nevertheless, IIROSA has always insisted on extending health care, educational care, emergency relief and social welfare assistance to people from all walks of life, regardless of race or creed. In fact, the IIROSA has been acclaimed internationally, for not discriminating on the basis of creed or race. While assisting people in need, The international relief agencies have seen that IIROSA makes no segregation between people on the basis of religion or race. IIROSA and other Islamic relief organizations thus work in two directions i.e. emergency relief work and human sustainable development work.



5

## Introduction

Louange à Dieu le Tout Puissant,le Généreux,le Bienfaiteur et que la prière soit sur son prophète Mohammed (PSL).

L'Arabie Saoudite,terre bénie de Dieu,est l'enceinte de la Mecque et de Médine,le lieu de la révélation de IIslam,l'endroit vers le quel convergent les cœurs de tous les musulmans du monde et la source d'abondance,de bienfaisance et de charité.L'Organisation Internationale Islamique de Secours (OIIS) est le fruit de cette abondance dont bénéficient les musulmans de par le monde.OIIS est dirigée par un groupe de bienfaiteurs avec à leur tête Roi Fahd Ben Abdoul Aziz Al Saud,serviteur des lieux saints de l'Islam,Son Altesse Royale,le Prince Héritier ,Abdallah Ben Abdoul Aziz et Son Altesse Royale,Prince Soultan Ben Abdoul Aziz,vice président du Conseil des Ministres,l'ensemble des membres de la famille royale que Dieu les protège ;ainsi que toutes les catégories du peuple saoudien.

Avec l'aide de Dieu et grâce à ses dons généreux,l'OIIS a pu étendre ses activités partout dans le monde sous forme de dons alimentaires à l'intention des affamés,des vêtements pour les plus démunis, de médicaments pour les malades,de tentes pour les sans abris et de refuges pour les orphelins.Elle a pu aussi apporter une aide agricole en irriguant les champs frappés par la sécheresse.

Dr Abdallah Ben Abdoul Mohsen Al Tourki,Secrétaire Général de la Ligue du Monde Islamique (LMI),est le Président du Conseil d'Administration de l'OIIS. L'Organisation Internationale Islamique de Secours (OIIS) est une filiale de la LMI intervenant dans le domain de la propagation de l'Islam,du secours,de la protection sanitaire,l'education et du développement économique et social.L'OIIS intervient dans les régions les plus démunies du monde islamique et dans les autres régions du monde où vivent des minorités musulmanes.

Le Secrétariat Général est l'organe exécutif de l'OIIS avec à sa tête Dr Adnan Ben Khalil Bacha.Le Secrétaire Général assiste aux réunions du conseil constitutif de LMI et présente des rapports périodiques sur les activités de l'Organisation. L'OIIS brave tous les obstacles et affronte toutes les épreuves pour atteindre,jusque dans les contrées les plus éloignées et dont l'accès est difficile, les sinistrés, notamment les réfugiés et les sans-abris,leur offrant refuge, nourriture et médicaments.

L'OIIS,à l'instar de toutes les autres organisations de bienfaisance/secours dele par le monde, est confrontée à l'équation difficile de transformer ses actions de secours d'urgence à une action de développement durable.Des programmes arrêtés prendraient alors la place de dominance qu'occupe actuellement les actions de secours d'urgence, qui requièrent la mobilisation de la plus grande partie des dons et ressources ainsi que l'énergie des personnes oeuvrant dans le domaine des actions de bienfaisance.Cependant,le devoir religieux recommande l'assistance aux personnes démunies en leur apportant secours, médicaments et nourriture.C'est ainsi que l'OIIS apporte son service (aide sanitaire et sociale, secours d'urgence) à tous les hommes sans faire aucun cas de leur race,de la couleur de leur peau ou leur religion, et ce conformément aux recommandations des organisations humanitaire internationales ;et suivant le Hadith du Prophète Mohammed (PSL),Hadith authentifié par Sahih Al Boukhari : « Toute action de bienfaisance sera récompensée ». L'OIIS

Tout comme les autres organisations de bienfaisance tentent d'œuvrer dans les deux sens.

Cependant, force est de reconnaître qu'en dépit de l'abondance des aides et l'ampleur des efforts, les problèmes des personnes démunies ainsi que leurs besoins, aussi bien à l'intérieur qu'à l'extérieur de l'Arabie Saoudite ne cesse de s'amplifier.



IIRO 000558



In spite of the big amounts that are being spent and the efforts that are being made, the problems of the needy people both inside and outside the Kingdom are increasing in a limitless manner!

## Emergency

The International Islamic Relief Organization, Saudi Arabia (IIROSA) is an offshoot of the Muslim World League (MWL). It came into existence following a decision adopted at the 20th session of the Constitution Council of the MWL, which was held in Makkah from 17th – 29th October, 1979. A royal decree ref. No. 4734 issued on 29th January, 1979 approved the decision.

The IIROSA enjoys a legal personality and has its own organizational, administrative and financial existence according to its basic laws (constitution) and regulations.

The amended statute (constitution) of the IIROSA was approved during the 37th session of the Constitution Council of the Muslim World League held in Makkah between 10-11 April 2002. The IIROSA's modified constitutional law, which includes the following general policies, objectives and means:

## General Policies

1. The IIROSA fulfills its objectives in accordance with the provisions of its statutes and bylaws;
2. The organization is an indivisible entity and its secretariat general, domestic and external branch offices are guided by the designated mission, policies, objectives, means, regulations and statutes.
3. The organization fulfills its projects relying on its own means as far as possible.
4. The IIROSA maintains the highest standards of performance.
5. The IIROSA uses its potentials to strengthen the relationship between the humanitarian societies.
6. The IIROSA does not interfere in the internal affairs of other organizations.
7. The IIROSA endeavors to improve its income and protect its revenue against fluctuations.

## Objectives

The IIROSA endeavors to fulfill the following objectives:
1. Extending relief and help to the victims of natural disasters, flood and famine all over the world.
2. Contributing to the development of the poor and needy communities in the fields of educational, health and social aspects.
3. Maintaining the confidence of the donors.
4. Maintaining strong ties with influential peoples of the various societies.
5. Taking care of the people with special needs in term of education and rehabilitation.
6. Promoting the spirit of voluntary work and self-reliance in the underprivileged societies.
7. Cooperating with the societies, institutions and organizations having the same objectives as IIROSA, both inside and outside the Kingdom.

## Means

The means of achieving the objectives of the IIROSA include the following:
1. Receiving donations from local authorities, businessmen and the citizens and urging young people for volunteer work.
2. Extending relief materials and assistance to the needy and victims of the natural calamities and disasters.
3. Setting up and running hospitals and clinics for the sake of the needy communities.
4. Sponsoring orphans and building of orphanages as well as manages social centers to cater for their needs.
5. Setting up projects and programs that will help IIROSA to develop its resources and meet its targets.

## Création

L'Organisation Internationale Islamique de Secours (OIIS) est une fondation de bienfaisance islamique, née de la Ligue du Monde Islamique. Opérant aux quatre coins du monde, l'Organisation collabore avec les bienfaiteurs pour offrir leurs dons aux nécessiteux et sinistrés de par le monde , leur venir en aide, alléger leurs souffrances et développer leurs communautés.

Le 29 janvier 1979, l'Organisation a été fondée en vertu d'une décision de l'assemblée constituante de la Ligue à l'occasion de sa 20ème session et en vertu de l'accord N° 4734. Jouissant du statut de personne morale, l'Organisation est dotée d'une structure organisationnelle, administrative et financière propre dans le cadre de ses statuts et ses plans.

L'assemblée constituante de la Ligue du Monde Islamique a approuvé, lors de sa 37ème session tenue à la Mecque les 10-11 avril 2002, les statuts traçant les politiques générales, les objectifs et les moyens suivants :

## Politiques Générales

1. L'Organisation réalise ses objectifs et exerce ses activités conformément à l'orthodoxie musulmane (la Charia) caractérisée par le centrisme et la modération.
2. L'Organisation est une seule entité indivisible, dont le secrétariat général et les bureaux locaux et extérieurs adhèrent à la mission, aux politiques, aux objectifs, aux moyens, aux règlements, aux dispositions et aux procédures dont elle dispose.
3. L'Organisation met en œuvre ses projets avec ses propres moyens dans la mesure du possible.
4. L'Organisation fait de la qualité un point d'honneur dans ses activités .
5. L'Organisation utilise ses potentiels pour renforcer les relations entre les sociétés islamiques.
6. L'Organisation n'interfère pas dans les affaires internes des pays et des organisations.
7. L'Organisation tient à créer des moyens susceptibles de promouvoir ses revenus.

## Objectifs

L'Organisation œuvre pour réaliser les objectifs suivants :
1. Venir en aide aux populations victimes des catastrophes et des famines et apporter l'assistance aux sinistrés.
2. Contribuer au développement des sociétés islamiques dans les divers domaines (travail de missionnaire, éducation, santé, social) etc,
3. Gagner la confiance des bienfaiteurs et des bailleurs de fonds.
4. S'intéresser particulièrement à l'élite qui jouit d'une influence auprès des sociétés musulmanes.
5. Prendre soin des nécessiteux en matière d'éducation et de qualification.
6. Enraciner l'esprit d'engagement et d'autarcie dans les sociétés islamiques.
7. Collaborer avec les associations, instituons et organisations poursuivant les mêmes objectifs aussi bien à l'intérieur qu'à l'extérieur de l'Arabie Saudite.

## Moyens

Pour réaliser ses objectifs, L'Organisation n'utilise que les moyens compatibles avec la Charia notamment :
1. Collecter les dons des bienfaiteurs, hommes d'affaires, citoyens haut-placés et appeler les musulmans à l'engagement par l'action et les donations matérielles.
2. Apporter l'assistance aux nécessiteux et sinistrés à tous les niveaux : incitation, secours, social, santé et développement, y compris la construction de mosquées et d'écoles.
3. Edifier les hôpitaux et dispensaires dans les sociétés islamiques qui en manquent et assurer leur gestion et développement.
4. Prendre en charge les orphelins musulmans et construire des logements et des centres sociaux, en assurant leur gestion.
5. Mettre en place des projets et programmes visant à développer les ressources et à réaliser les objectifs de L'Organisation.

IIRO 000559

Achievements Summary of Projects and Programs
Description succincte des réalisations des programmes et projets

## FINANCIAL SYSTEM

### 1. Financial Control Prior to Payment (FCP)

The Purpose of FCP is:
- To control the expenses by controlling the correct use of the approved budget, i.e. reviewing all the payment vouchers as well to make sure (prior to payment) that every expense is made on the right item in the budget; no expenses are made on items to which credits have not been allocated and no expenses are made beyond the limits of the budget.
- To apply a financial and administrative control i.e. to make sure that the procedures (prior to payment) as per which IIROSA would be liable to a third party are done according to the existing instructions and regulations.
- To complete the required financial proceedings before any payment. This is in compliance with the existing financial and accounting regulations.
- To make sure that IIROSA's existing financial and administrative regulations are fully applied.
- To go through the existing schemes, policies and regulations and correct-if need be; the way they are being applied as well as to submit suggestions for modifying/enhancing them or adding new clauses for the good of the work.
- To review the new contracts before being signed to make sure that they include clauses that safeguard IIROSA's rights.

### 2. Internal Audit Post-Payment (IAP)

The IAP is related to the Chairman of the Board of Directors; the IIROSA's known legal statutes stipulate the establishment of IAP to meet the following targets:
- Not only analyzing, checking and improving the efficiency of the vouchers' circulation, the internal control's system as well as IIROSA's accounting books and records, but also presenting reports and suggestions to both chairman of IIROSA's Board of Directors and Secretary-General.
- To make sure that organization's financial data and accounting as well as any other data taken from IIROSA's accounting documents.
- To make sure of the accuracy of not only the proceedings used for money collection and expenditure but also IIROSA's accounting books and records as well the way the data are recorded therein.
- To make sure of the accuracy and efficiency of the vouchers and also to make sure that the provided vouchers would guaranty a correct data recording in accordance with IIROSA's regulations.
- To make sure of the efficiency of IIROSA's assets safeguarding mechanism.
- To compare the actual accounting data with the estimative budgets in order to elaborate a report on any noticed difference between the two as well as to endeavor not only to find out the causes of the noticed difference but also the way to avoid them in the future.
- To present a quarterly report on IIROSA's income and expenditures as opposed to the estimative budget (which is approved by the Board of Directors).

### 3. Chartered Auditor

The chartered auditor is assigned by IIROSA's Board of Directors in order to not only to control the organization's financial performance but to give a neutral technical opinion on how far the accounting data contained in IIROSA's records are accurate as well and how far the data contained in the financial lists are conformable with IIROSA's actual records. The chartered auditor is also required to give a neutral technical opinion on how far the financial lists are accurate to express both the results of IIROSA's humanitarian activities during a fiscal year as well as its financial status/standing at the end of that period.

The chartered auditor is required to take the following actions:
- To go through all the accounting documents, correct them and to make sure of their accuracy and efficiency. He is also entitled to ask for the data, information and clarifications he would deem necessary for his job. He would also have to make sure that the said data, information and clarifications are dully signed by the competent person.
- To prevent/minimize the accounting mistakes.
- Based on the facts he would find as he is meticulously auditing the accounting documents and based upon the data he would ask for and get from IIROSA's financial agency. The chartered auditor will endeavor to find out the mistakes that would have been made during the process of entering the data in the accounting books.
- To verify IIROSA's assets and liabilities toward other parties.
- To compare the achievements (and their cost) with the adopted programs and then state the differences if any.
- To analyse the closing account and then elaborate a report that would contain an analysis of the said closing account-especially with regard to the expenditures, the incomes, loans and obligations.
To present periodical reports on IIROSA's financial performance.

## Régime financier

### 1. Le contrôle financier préalable au paiement qui vise à :

Contrôler les dépenses par un suivi de l'exécution du budget adopté, en vérifiant tous les bons de paiement et s'assurant que ceux-ci correspondent aux rubriques budgétaires qui leurs sont affectés et qu'ils n'ont pas été destinés à des rubriques non-couvertes par des crédits ou qu'ils ont bénéficié d'un surplus de crédit, et ce avant de procéder aux formalités de déblocage et leur adoption par l'autorité personne compétente.
- Garantir le contrôle financier et administratif en s'assurant que les formalités antérieures de paiement produisant les engagements de l'Organisation envers les tiers soient en conformité avec les schémas, les règlements et les directives en vigueur.
- Achever les procédures financières de paiement et rectifier le cours des échéances selon les articles du plan financier et des règles comptables.
- Assurer le suivi des systèmes et des plans financiers et administratifs en vigueur au sein de l'Organisation pour garantir leur application.
- Etudier les programmes, les politiques et les plans financiers appliqués et évaluer les formalités de leur exécution, soumettre des propositions à la direction générale pour les développer, et proposer la modification de certains articles ou l'ajout de nouveaux, et ce dans le but de garantir une meilleure performance et un contrôle plus rigoureux.
- Réexaminer les nouveaux contrats avant leur signature, pour garantir que leurs dispositions préservent les droits de l'Organisation.

### 2. Contrôle interne après- paiement :

Cette unité est liée à son excellence le président du conseil d'administration. Les statuts de l'Organisation prévoient ce type de contrôle financier pour atteindre les objectifs suivants :
Examiner le cycle documentaire et les systèmes de régularisation, le contrôle interne, les livres, les registres comptables au sein de l'Organisation et leur évaluation en termes de suffisance et d'efficacité ; soumettre des rapports et des propositions au président du conseil d'administration et le secrétaire général de l'Organisation.
- S'assurer de la régularité des états financiers, comptables et statistiques et toutes autres informations extraites des livres, registres et documents de l'Organisation.
- Examiner les procédures relatives au paiement, à la perception et à l'exactitude des livres et registres comptables de l'Organisation et de l'opération d'enregistrement.
- Examiner la régularité des documents en termes d'opérations d'enregistrement sur les livres, conformément aux plans, systèmes et procédures de l'Organisation.
S'assurer de la régularité et de la suffisance des procédures et des moyens de préservation des biens de l'Organisation.
- Comparer les états comptables effectifs avec les budgets prévisionnels pour rédiger des rapports sur toutes les irrégularités, soit en plus ou en moins, et les étudier pour détecter leur nature, leurs causes et la manière de les éviter.
- Soumettre un rapport trimestriel sur les produits et charges de l'Organisation et leur concordance avec le budget prévisionnel adopté par le conseil d'administration.

### 3. Le Commissaire aux Comptes :

Il est chargé par le conseil d'administration de contrôler les performances financières de l'Organisation, afin d'émettre une opinion technique neutre sur la régularité et l'exactitude des états comptables inscrits sur les livres et les registres de l'Organisation, ainsi que la concordance des états présentés dans les listes financières avec le contenu effectif de ces livres et registres, et l'exactitude de ces listes pour exprimer le résultat des actions de l'Organisation au cours de l'exercice financier et de son centre financier à la fin de cette période.
Le Commissaire aux Comptes a pour mission de :
a) Consulter tous les livres, registres et documents et s'assurer de leur exactitude et suffisance, et réclamer les états, les informations et les clarifications qu'il estime nécessaires à sa mission, et s'assurer qu'ils soient prêts et signés par la personne compétente.
b) Eviter ou réduire les erreurs comptables.
c) Relever les erreurs sur les livres selon ses déductions précises des registres et états comptables, et du flux des informations qu'il sollicite du département financier de l'organisation.
d) Consulter et s'assurer des actifs de l'organisation et de ses engagements envers les tiers.
e) Comparer les réalisations et les dispositions financières avec les actions décidées et les plans adoptés et détecter les irrégularités si elles existent.
f) Examiner le bilan et rédiger un rapport comprenant une analyse des dépenses, produits, prêts, engagements et consignations.
g) Rédiger des rapports périodiques sur les performances financières et comptables de l'organisation.

8

IIRO 000560





## IIROSA's DOMESTIC OFFICES
## LES BUREAUX LOCAUX DE L' OIIS



Domestic Offices · Bureaux Locaux

The IIROSA spent more than SR15.9 million during the physical year 2002-2003. The donations collected from philanthropists who are willing to be in keeping with an efficient relief and humanitarian collective action.

Indeed, the donations came through IIROSA's 18 field offices located in the Kingdom's different regions as well as several branch offices that are subsidiary to the said 18 field offices. This is to give chance to all Saudi citizens who would be willing to make an act of goodness. It is worth stating that this mechanism contributed a lot in financing IIROSA's relief, health, educational and other projects, not only inside the Kingdom but outside it as well. This process of fund-raising through IIROSA's domestic offices works under the supervision of their royal highnesses, the princes of the regions and governorates in cooperation with the different government officials.

IIROSA Domestic Offices with the income of each one of them during fiscal year 2002-2003

Au cours de l'exercice 2001-2002, l'OIIS a déboursé 169.135.656 Rials, fruit des dons de citoyens bienfaiteurs de ce pays béni, dans le cadre des efforts d'aide humanitaire efficace.

La collecte de ces dons s'est faite grâce aux 18 bureaux que compte L'Organisation dans les différentes régions du royaume, en plus des agences au niveau des préfectures et des villes pour donner l'opportunité à tout citoyen du royaume désireux d'aider son prochain. Tous ont contribué dans le financement et l'exécution des projets de secours, de santé, d'éducation, de génie civil, ainsi que dans les programmes saisonniers et de développement aussi bien à l'intérieur qu'à l'extérieur du royaume.

Ces actions ont pu voir le jour grâce à l'orientation et la supervision de leurs altesses les princes des régions et préfectures, que Dieu les garde, avec la collaboration des responsables de divers secteurs gouvernementaux et le soutien des bienfaiteurs de ce bon pays, que Dieu les récompense.

### IIROSA Domestic Offices With the Income of Each One of Them During Fiscal Year 2002-2003
### Tableau des bureaux locaux de L'Organisation et leurs revenus pour l'exercice 2002-2003

1. Al-Baha Region: IIROSA's Al-Baha branch offices collected an amount of SR6,595,479.
2. Tabuk Region: IIROSA's Tabuk office collected an amount of SR349,478.
3. Hail Region: IIROSA's Hail office collected an amount of SR1,031,546.
4. Jizan Region: IIROSA's Jizan branch offices including Sebiya office, Abu Aleesh office, Al Darb office, Bisha office, Ohud Al Mussarahat office, Bani Malik office, Dhamd office, Al Shuqair office, Sameta office, Fursan office and The Women Committee (they are subsidiary to IIROSA Jizan regional office) collected an amount of SR10,789,446.
5. Al Jouf Region: IIROSA's Al Jouff office collected an amount of SR1,436,522.
6. Riyadh Region: IIROSA's Riyadh office collected an amount of SR29,433,500.
7. Eastern Region: IIROSA's Eastern Region branch offices including (Dammam office, Al Jubail office, Alkhobar office, Abqaeq office, Al-Ahsa office, Hafr Al-Batin office, Al Khafji office and Ras Tanoura office) collected an amount of SR 8,148,648.
8. Asir Region: IIROSA's Asir Region branch offices collected an amount of SR22,079,711.
9. Al Qasim Region: IIROSA's Buraidah office collected an amount of SR5,965,612 while IIROSA Unaiza office collected an amount of SR3,144,793.
10. Madinah Region: IIROSA's Madinah office collected an amount of S12,654,191 while IIROSA Yanbu office collected an amount of SR4,175,782.
11. Makkah Region:
    - IIROSA's Makkah office collected an amount of SR10,077,378.
    - IIROSA's Jeddah office collected an amount of SR 29,708,981.
    - IIROSA's Taif office collected an amount of SR5,997,296.
    - IIROSA's Jeddah-based Women Committee collected an amount of SR5,485,166.
12. Najran Region: IIROSA's Najran and Sharoura office collected an amount of SR3,281,309.

1. Région de Baha : Les bureaux locaux de L'Organisation relevant du bureau régional à Baha ont réussi à récolter la somme de 6.603.678 Rials.
2. Région de Tabouk : Le bureau de l'Organisation a récolté à Tabouk 349.478 Rials.
3. Région de Hail : Le bureau de l'Organisation a récolté à Hail 1.031.545 Rials.
4. Région de Jazan : Les bureaux locaux de L'Organisation relevant du bureau régional à Jazan, à savoir : Bureau de Sibia, Abou Arich, Derb, Bich, Ahad Masariha, Beni Malik, Damdad, Chaqir, Samita, Foursan et le Comité Féminin ont réussi à récolter la somme de 10.789.695 Rials.
5. Région de Jaouf : Le bureau de l'Organisation à Jaouf a réussi à récolter la somme de 1.436.522 Rials.
6. Région de Riad : Le bureau de l'Organisation à Riad a réussi à récolter la somme de 29.463.202 Rials.
7. Région Orientale : Les bureaux de l'Organisation dans la Région Orientale, notamment : Damam, Jabil, Khabar, Abqiq, Ahsa , Hafr Batin, Khafaji, Ras Tanoura ont réussi à récolter la somme de 8.148.648 Rials.
8. Région d'Assir : Les bureaux de l'Organisation relevant du bureau régional dans la région d'Assir, à savoir : Abha, Khemiss Mchit, Madina Askaria, Bicha, Namass, Mjarda, Qarn, Dahran Sud, Mhail, Wadiyin, Sarh, Samar, Chaâbiyin, Bariq, Rijal Alma  ont réussi à récolter la somme de 22.079.713 Rials.
9. Région de Qassim : Les bureaux de l'Organisation dans la région de Qassim, à savoir : Banda, Aniza, Asyah, Bakiriu, Ros, Riad Khabra, Moudanab, Ouyoun Jaoua et le Comité Féminin ont réussi à récolter la somme de 9.124.777 Rials.
10. Région de Médine La Lumineuse : Les bureaux relevant du bureau régional de l'Organisation dans Médine La Lumineuse, à savoir : Badr, Oula, Mahd Dahab, Yanbeâ Sinaïa, Yanbaâ Bahr ont réussi à récolter la somme de 21.729.297 Rials.
11. Région de La Mecque : Les bureaux de l'Organisation à la Mecque, à savoir : Djedda, le bureau du Comité Féminin à Djedda et le bureau de Taif ont réussi à récolter la somme de 55.093.192 Rials.
12. Région de Najran : Le bureau de l'Organisation à Najran et Charwa a récolté la somme de 3.285.762 Rials.



IIRO 000563








IIRO 000564

12

# Achievements Summary of Projects and Programs

# Description succincte des réalisations des programmes et projets





IIRO 000565

Achievements Summary of Projects and Programs
Description succincte des réalisations des programmes et projets

The following table shows achievements summary of projects and programs
Les détails sont illustrés dans le tableau suivant

## Achievements summary of Projects and Programs for the fiscal year 2002-2003
## Résumé des réalisations des programmes et projets de l'exercice 2002-2003

| | |
|---|---|
| SR158,637,386 | Is the total amount spent by IIROSA on its different programs during the fiscal year 2002-2003. |
| SR104,463,689 | Is the total amount spent by IIROSA on its different programs in Asia during the fiscal year 2002-2003. |
| SR50,092,348 | Is the total amount spent by IIROSA on its different programs in Africa during the fiscal year 2002-2003. |
| SR4,016,349 | Is the total amount spent by IIROSA on its different programs in Europe during the fiscal year 2002-2003. |
| SR5,000 | Is the total amount spent by IIROSA on Ramadan Free Meals Program in Australia during the fiscal year 2002-2003. |
| 6,341756 | The number of people who benefited from IIROSA's programs and projects during the fiscal year 2002-2003. |
| 2,833 projects | The number of projects run by IIROSA during the fiscal year 2002-2003. |
| 92 countries | The number of countries worldwide benefited from IIROSA's programs and projects. |
| 158.637.386 Rials | Dépenses de l Organisation pour divers projets en 2001-2002 |
| 104.463.689 Rials | Dépenses de l Organisation pour divers projets en Asie au cours de l année. |
| 50.092.348 Rials | Dépenses de l Organisation pour divers projets en Afrique au cours de l année. |
| 4.016.349 Rials | Dépenses de l Organisation pour divers projets en Europe au cours de l année. |
| 65.000 Rials | Dépenses de l Organisation pour le projet Ramadan en Australie au cours de l année. |
| 6.341.756 personnes | Ont bénéficié des services des programmes et projets de l Organisation au cours de l année |
| 2833 projets | Ont été gérés par l Organisation durant la période |
| 92 pays | Au monde concernés par les programmes et projets de l Organisation |

## Achievements of the Programs and Projects Sector:

The IIROSA is assisting the person calling for help and comforting the needy person, carrying with it food and medicine for the sake of the miserable and poor people, wiping off the orphans tears, treating the sick people, providing tents to the homeless people (as a result of war, earthquake, flood or drought). The IIROSAs humanitarian work includes education, health, social welfare and development.

The IIROSA is not only laid down ways of communication with the donors/philanthropists but also works with the domestic and international charities with the sole aim of serving humanity, away from exaggeration and segregation. This is why IIROSA is highly respected worldwide.

Emergency Relief Program tops the six major programs to which went most of IIROSA's funds during the fiscal year 2002-2003. The money spent on this program was more than SR65 million. After Emergency Relief Program (with regard to money expenditure) is Social Welfare Department with a total expenditures amounting to more than SR42 million and then comes Engineering Projects (water wells & cultural centers) with a total expenditures of more than SR18 million.

Amount spent on the various welfare programs are as shown below:
• Health Care: With a total expenditures of more than SR11 million.
• Educational Care: With a total expenditures of more than SR5 million.

## Description succincte des réalisations des programmes et projets

L OIIS vient en aide aux affligés et secourit et console les nécessiteux. Elle offre nourriture, médicaments et vêtements aux démunis, en essuyant les larmes des orphelins, guérissant les malades, offrant un toit aux personnes ayant perdu leur demeure suite aux guerres, séisme, inondations, crues ou sécheresse, en leur fournissant des services humanitaires dans les domaines éducatif, sanitaire, social et de développement.

L Organisation établit des liens de communication avec les philanthropes et travail de concert avec les organisations et les associations caritatives sur le plan local, régional et territorial, pour servir l humanité faisant fi de toute forme de discrimination, ce qui lui a valu le respect et la considération de tous.

Le programme de secours d urgence a occupé la tête de liste de six vastes programmes de l Organisation en termes de dépenses au cours de l exercice 2001-2002, avec un total de plus de 65 millions de Rials, suivi par le parrainage social, soit plus de 42 millions de Rials, ensuite les programmes de génie civil (puits), plus de 18 millions de Rials. le parrainage sanitaire, avec de 11 millions de Rials, le parrainage éducatif, plus de 5,5 millions de Rials.

14



Achievements Summary of Projects and Programs
Description succincte des réalisations des programmes et projets

## 1 Achievement's Summary Of Emergency Relief Program
### Résumé des réalisations du Programme de secours d'Urgence



| | |
|---|---|
| SR65,995,868 | IIROSA spent in cash and in kind on Emergency Relief Program during the fiscal year 2002-2003 including the dates donated by the custodian of the Two Holy Mosques. |
| 65,995,868 Rials | Dépenses de l'Organisation au titre du programme de secours urgent en espèces et en nature au cours de l'exercice fiscal 2001-2002, y compris la valeur des dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde. |
| 5,653,570 Kilograms | is the total weight of the relief items sent by IIROSA to the needy people worldwide including the dates donated by the Custodian of the Two Holy Mosques. |
| 5,653,570 Grammes | De produits de secours envoyés par l'Organisation aux démunis du monde, y compris une donation du serviteur des deux villes saintes, Que Dieu le Garde. |
| 1,600,000 kg | is the part of dates donated by the Custodian of the Two Holy Mosque that has been distributed by IIROSA to needy people in 17 African and Asian countries. The value of which is SR4800,000, as for the shipment and distribution cost of the dates is SR1,332,49 |
| 1,600,000 Kg | De dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde, distribuées par l'Organisation aux démunis dans dix sept pays d'Afrique et d'Asie, valeur estimée 4,800,000 Rials, coût d'expédition et de distribution 1,332,493 Rials |
| 2,265,546 people | in 36 countries benefited from Emergency Relief Program. |
| 2,265,046 personnes | Ont bénéficié du programme de secours urgent |
| 1,537,570 people | benefited from the dates donated by the Custodian of the Two Holy Mosques. |
| 1,537,570 particuliers | Ont bénéficié du don (dattes) du serviteur des deux villes saintes, Que Dieu le Garde. |

## 2 Achievement Summary of Social Welfare Program
### Résumé des réalisations du Programme des Secours Sociaux

| | |
|---|---|
| SR42,758,390 | is spent by IIROSA on orphans-related services during the fiscal year 2002-2003. |
| 42,758,390 RS | Dépenses de l'Organisation pour la prise en charge des orphelins au cours de l'exercice fiscal 2002-2003 |
| 54,308 orphans (boys &girls) | are sponsored by IIROSA. |
| 54,308 orphelin(e)s | Pris en charge par l'Organisation au cours de la même année |
| 47 African, Asian and European countries | benefited from IIROSA orphans sponsoring program. |
| 47 pays | D'Afrique et d'Asie dont les orphelins sont pris en charge par l'Organisation |
| 22 orphanages | are supervised by IIROSA in Africa (8 orphanages) and Asia (14 orphanages). |
| 22 orphelinats | Pour enfants supervisés par l'Organisation en Asie : 14 orphelinats et en Afrique : 8 orphelinats |
| 30 supervisors & coordinators | Work in IIROSA-run overseas orphanages. |
| 30 superviseurs et coordinateurs | Pour les orphelins à l'étranger |

## 3 Achievement Summary of Engineering Department.
### (cultural centers and water wells)
### Résumé des réalisations du Département de Génie Civil
### (Puits et Centres Culturels)

| | |
|---|---|
| IIROSA builds 34 cultural center per month | i.e. at the rate of one cultural center per day |
| L'OIIS/AS construit 34 centres culturels par mois | C'est à dire 1 centre culturel par moi en moyenne. |
| SR18,021,629 | spent by IIROSA on building of cultural center and drilling water well during the fiscal year 2002-2003. |
| Un montant de 18,021,629 RS | A été dépensé sur la construction de centres culturels et forage de puits durant l'exercice 2002-2003 |
| 409 cultural centers | built during the fiscal year 2002-2003 at the cost of SR15,432,475 from which 68,564 people benefited. |
| 409 centres culturels | Ont été construits durant l'exercice 2002-2003,pour un coût de 15,432,475,dont ont bénéficié 68,564 personnes. |
| 609 artesian and surface water wells | have been built and equipped during the fiscal year 2002-2003 at the cost of SR 2,589,154 and 256,200 people benefited from these projects. |
| 609 Puits | Artésiens et superficiels ont été forés et équipés, durant l'exercice 2002-2003,pour un coût de 2,589,154 dont ont bénéficié 256,200 |

IIRO 000567

Achievements Summary of Projects and Programs
Description succincte des réalisations des programmes et projets



## 4 Achievements Summary of Health Care Department
### Résumé des réalisations du Programme de parrainage dans le domaine de la santé

| | |
|---|---|
| SR11,631,519 / 11,631,519 Rials | have been spent by IIROSA on the health projects during the fiscal year 2002-2003. SR6,055,640 out of this amount came from the health projects incomes while SR5,575,879 out of this amount represents a support given by IIROSA. Dépenses de l'Organisation en projets de santé en 2001-2002, dont les revenus symboliques représentent 6.055.640 Rials et le soutien alloué représente 5.575.879 Rials |
| 1,667,255 patients / 1,667,255 patients | benefited from IIROSA's health services during the fiscal year 2002-2003. Ont bénéficié des services médicaux de l'Organisation au cours de la même année |
| 109 health projects / 109 projets de santé | i.e. hospitals, poly clinics, dispensaries and specialized health centers. Dont un hôpital, un dispensaire, un cabinet et un centre spécialisé |
| | IIROSA health projects established in 30 countries worldwide including 6 hospitals (plus 2 IIROSA-supported hospitals in Palestine) 53 clinics, 27 dispensaries, 5 polyclinics, 5 specialized health centers, 4 pharmacies plus 7 other health programs: vaccination and Malaria-combating programs in Afghanistan, medical caravans in both India and Cambodia, Malaria-combating in Azerbaijan, the health committee in Azerbaijan, nutrition center in Arafat clinic, Mauritania. Les projets de santé de l'Organisation sont implantés dans 30 pays à travers le monde, notamment 6 hôpitaux en plus de deux hôpitaux publics en Palestine et 53 dispensaires, 27 cabinets médicaux, 5 centres médicaux spécialisés, 4 pharmacies et 7 autres programmes : Programme de vaccination et de lutte contre la malaria en Afghanistan, les caravanes médicales en Inde et au Cambodge, programme de lutte contre la malaria en Azerbaïdjan, le comité sanitaire en Azerbaïdjan et le centre d'alimentation dans le dispensaire Arafat en Mauritanie. |



## 5 Achievements Summary of Education Department
### Résumé des réalisations du parrainage en matière d'éducation



| | |
|---|---|
| SR5,683,063 / 5,783,063 Rials | have been spent by IIROSA on its educational programs during the fiscal year 2002-2003. Dépenses de l'Organisation en parrainage éducatif au cours de l'année 2001-2002 |
| 32,453 students / 32,453 étudiant(e)s | benefited from the IIROSA-sponsored schools services Ont bénéficié des services des institutions éducatives |
| 563 students / 563 étudiant(e)s | received scholarships and assistance from IIROSA. Ont reçu des bourses et des aides scolaires de l'Organisation |
| 79 teachers / 89 professeurs | are sponsored by IIROSA. Ont été pris en charge par l'Organisation |
| 41 schools / 41 institutions d'enseignement | are being run by IIROSA worldwide Ont été parrainées par l'Organisation à travers le monde |
| 43 countries / 43 pays | benefited from IIROSA's educational activities. Ont récolté les fruits de l'activité éducative de l'Organisation |

## 6 Achievements Summary of Seasonal Projects
### Ramadan Free Meals Program and Hajj (Pilgrims) Free Meals Program
### Résumé des réalisations du programme des aides individuelles



**Ramadan Free Meals Program:**

| | |
|---|---|
| SR3,633,158 / 836,594 Rials | have been spent by IIROSA on Ramadan Free Meals Program in the year 2003. Dépenses de l'Organisation en aides individuelles au cours de l'exercice fiscal 2001-2002 |
| 1,339,700 fasting people / 1,561 personnes | benefited from Ramadan Free Meals Program. Ont bénéficié du programme des aides individuelles au cours de la même année appartenant à 34 pays d'Asie, d'Afrique et d'Europe |
| 63 countries | benefited from Ramadan Free Meals Program implementation |

**C  Hajj's (Pilgrims) Free Meal Program:**

| | |
|---|---|
| SR 353,100 | (Have been spent to implement) Hajj's Free Meals Program |
| 96,144 individuals from various Asian and African countries | Benefited from Hajj's Free Meals Program. |



Achievements Summary of Projects and Programs
Description succincte des réalisations des programmes et projets

## 7 Achievements Summary of Holy Quran Memorization program
### Résumé des réalisations du programme de développement humain

| | |
|---|---|
| SR736,346 | Have been spent by the Holy Quran Memorization Program, for the fiscal year 2002-2003 for running Quran circles & centers |
| 626.573 Rials | Ont été déboursés pour le programme de développement humain au cours de l'exercice fiscal 2001-2002 |
| 21,867 students | are regular students attending IIROSA's Holy Quran centers |
| 1,398 étudiant(e)s | Ont bénéficié des centres professionnels relevant de l'Organisation |
| 666 Quran circles & centers | Are being run by the Holy Quran Memorization Program |
| 26 projets professionnels | Ont été gérés par l'Organisation consistant en des centres de formation professionnelle, sciences informatiques, imprimerie, secrétariat, couture et broderie |
| 652 teachers & superintendents | work at the Quran circles |
| 20 African and Asian countries | enjoy the illumination of Quran |
| 15 pays | D'Asie, d'Afrique et d'Europe ont récolté les fruits de l'enseignement professionnel de l'Organisation |

## 8 Achievement Summary of Individual Aids Program

| | |
|---|---|
| SR836,594 | have been spent by IIROSA on Individual Aids Program during the fiscal year 2002-2004. |
| 1,561 individuals from 34 Asian, African and European countries | Benefited from Individual Aids Program |

## 9 Achievements Summary of Human Sustainable Development Program

| | |
|---|---|
| SR626,573 | have been spent on Human Sustainable Development Program, during the fiscal year 2002-2003. |
| 1,398 students | Benefited from IIROSA's vocational training centers. |
| 26 vocational training projects | are run by IIROSA including computer training centers, typing & secretarial work centers, tailoring and embroidery centers. |
| 15 Asian, African and European countries | Benefited from IIROSA's vocational training centers. |



Achievements Summary of Projects and Programs
Description succincte des réalisations des programmes et projets



## Table No.1 / Tableau N° (1)
### Statement on Projects, Expenditure and Beneficiaries During the Fiscal Year 2002-2003
### Volume des dépenses et le nombre des projets et bénéficiaires au cours de l'exercice fiscal 2001-2002

| No. / N° | Department/Program Programme | Number of projects Nombre de projets | Number of beneficiary Nombre de bénéficiaires | Number of countries Nombre de pays | Total expenditures in SR Dépenses en Rial |
|---|---|---|---|---|---|
| 1 | Emergency Relief Program / Programme de secours d'Urgence | 36 relief projects / 36 projets de secours | 2,265,546 people / 2.265.546 personnes | 36 countries / 36 pays | 65,995,868 / 65.995.868 |
| 2 | Social Welfare Dept. / Parrainage social | 47 projects/22 orphanages / 47 projets ou 22 orphelinats | 54,308 orphans / 45.308 orphelin(e)s | 47 countries / 47 pays | 42,758,390 / 42.758.390 |
| 3 | Engineering Dept. (cultural centers & water wells) / Département de Génie Civil | 409 cultural centers, 609 puits superficiels et artésiens | 609 artesian and surface water wells 324,724 peoples / 256.200 personnes | 28 countries / 28 pays | 18,021,629 / 2.589.153 |
| 4 | Health Care Dept. / Parrainage sanitaire | 109 health projects / 109 projets de santé | 1,667,255 patients / 1.667.255 patients | 30 countries / 30 pays | 11,631,519 / 11.631.519 |
| 5 | Educational Care Dept. / Parrainage éducatif | 41 schools / 41 institutions éducatives | Sponsored 563 students, 79 teachers and 32,453 students enrol in IIROSA-run schools / 563 étudiants pris en charge, 79 enseignant(e)s, 32.453 étudiant(e)s dans les institutions éducatives parrainées et soutenues par l'Organisation | 43 countries / 43 pays | 5,683,063 / 5.683.063 |
| 6 | Ramadan Free Meals Program / La Propagande Islamique &les Missionnaires de l'Islam | 63 projects / 15 stages de formation et 713 projets relatifs à la Propagande islamique | 1,339,700 fasting peoples / 2468 étudiants, 713 Missionnaires de l'Islam | 63 countries / 41 pays | 3,633,158 / 5.058.009 |
| 7 | Holy Qu'ran Memorization Program / Programme des Repas Gratuits du Ramadan | 666 Qu'ran circles & centers / 63 projets | 652 teachers, 21,867 students / 1.339.700 musulmans en jeûn | 20 countries / 63 pays | 1,736,346 / 3.633.158 |
| 8 | Individual Aids Program / Mouton de Sacrifice (pour l'Aaid) | 33 projects / 39 projets | 1,561 peoples / 528.060 personnes | 23 countries / 39 pays | 836,594 / 2.303.138 |
| 9 | Human Sustainable Development Program / Programme de la Mémorisation du Saint Coran | 26 projects / 666 circles et centres Coraniques | 1,398 peoples / 652 enseignants et 21.867 étudiants | 16 countries / 20 pays | 626,573 / 1.736.346 |
| 10 | Hajj's Free Meal Program / Programme des Aides Individuelles | 1 project / 33 projets | 96,144 peoples / 1.561 personnes | 23 pays | 353,100 / 836.594 |
| | **TOTAL** | **2,833 / 2833 projets** | **6,341,756 peoples / 6.341.756 personnes** | **92 countries / 92 pays** | **151,276,220 / 151.276.220** |


Achievements Summary of Projects and Programs
Description succincte des réalisations des programmes et projets



L EUROPE
4,016,349
2.53 %

AFRICA CONTINENT / L AFRIQUE
50,092,348
31.58 %

AUSRALIA CONTINENT / AUSRALIE
65,555
0.03 %

ASIA CONTINENT / L ASIE
104,463,689
25.85 %

**Table No.2 / Tableau N° (2)** — Statement of amounts spent on programs and projects in the various continents 2002-2003 (in Saudi Riyals) / Dépenses des programmes et projets au cours de l'exercice fiscal 2001-2002 distribuées sur les cinq continents en Rials

| SN | Activity | Asia | Africa | Europe | Australia | Total in Riyals |
|---|---|---|---|---|---|---|
| 1 | Emergency Relief Program | 54,699,015 | 9,339,054 | 1,957,799 | – | 65,995,868 |
| 2 | Social Welfare Dept. | 18,98,709 | 22,994,877 | 864,804 | – | 42,758,390 |
| 3 | Engineering Dept. (cultural centers & water wells) | 14,998,600 | 3,023,029 | – | – | 18,021,629 |
| 4 | Health Care Dept. | 5,353,230 | 6,200,218 | 78,071 | – | 11,631,519 |
| 5 | Educational Care Dept. | 2,251,796 | 3,431,265 | – | – | 5,683,063 |
| 6 | Ramadan Free Meals Program | 1,724,140 | 1,144,018 | 700,000 | 65,000 | 3,633,158 |
| 7 | Holy Quran Memorization Program | 933,022 | 803,324 | – | – | 1,736,346 |
| 8 | Individual Aids Program | 387,594 | 444,253 | 4,747 | – | 836,594 |
| 9 | Human Sustainable Development Program | 123,136.4 | 434,539.3 | 68,897.4 | – | 626,573 |
| 10 | Haji's Free Meals Program | 123,585 | 229,515 | – | – | 353,100 |
|  | **TOTAL** | **104,463,689** | **50,092,348** | **4,016,349** | **65,000** | **151,276,239** |

| | Activité | Asie | Afrique | Europe | Australie | Total en Rials |
|---|---|---|---|---|---|---|
| 1 | Programme de secours urgent | 54,699,015 | 9,339,054 | 1,957,799 | – | 65,995,868 |
| 2 | Parrainage social | 18,898,709 | 22,994,877 | 864,804 | – | 42,758,390 |
| 3 | Département génie civil (Puits & Centres culturels) | 14,998,600 | 3,023,029 | – | – | 18,021,629 |
| 4 | Parrainage sanitaire | 5,353,230 | 6,200,218 | 78,071 | – | 11,631,519 |
| 5 | Parrainage éducatif | 2,251,798 | 3,431,265 | – | – | 5,683,063 |
| 6 | Programme d'incitation | 3,429,347 | 1,402,256 | 226,406 | – | 5,058,009 |
| 7 | Projet Ramadan | 1,724,140 | 1,144,018 | 700,000 | 65,000 | 3,633,158 |
| 8 | Programme fête du sacrifice | 1,541,513 | 646,000 | 115,625 | – | 2,303,138 |
| 9 | Programme d'enseignement du Coran | 933,022 | 803,324 | – | – | 1,736,346 |
| 10 | Programme des aides individuelles | 387,594 | 444,253 | 4,747 | – | 836,594 |
| 11 | Programme de développement humain | 123,136.4 | 434,529.3 | 68,897.4 | – | 626,573 |
| 12 | Projet repas Hadj | 123,585 | 229,515 | – | – | 353,100 |
|  | **TOTAL GENERAL** | **104,463,689** | **50,092,348** | **4,016,349** | **65,000** | **158,637,386** |
19

IIRO 000571