# Emergency Relief Program
# Programme de secours d'Urgence








Emergency Relief Program
Programme de secours d'Urgence



| | |
|---|---|
| SR65,995,868 | has been spent by IIROSA on Emergency Relief Program during the fiscal year 2002-2003 (in cash and kind) including dates donated by the Custodian of the Two Holy Mosques. |
| 5,653,570 Kg | Of relief items have been sent by IIROSA to the needy people worldwide including the dates donated by the Custodian of the Two Holy Mosques. |
| 1,600,000 Kg | Of dates donated by the Custodian of the Two Holy Mosques have been distributed by IIROSA to the needy people in 17 African and Asian countries at the cost of SR4,800,000; with a transportation and distribution cost of SR1,332,493. |
| 2,265,546 people | benefited from the Emergency Relief Program's services in 36 countries. |
| 1,537,570 people | benefited from the dates donated by the Custodian of the Two Holy Mosques. |

| | |
|---|---|
| 65.995.868 Rials | Dépenses de l'Organisation pour le Programme de secours urgent au cours de l'année fiscale 2001-2002 en espèces et en nature, y compris la valeur des dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde. |
| 5.653.570 Kg | Produits de secours envoyés par l'Organisation aux nécessiteux dans le monde, y compris le don en dattes du serviteur des deux villes saintes, Que Dieu le Garde. |
| 1.600.000 Kg | De dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde, distribuées par l'Organisation aux démunis dans dix sept pays africains et asiatiques, d'une valeur totale de 4.800.000 Rials et les frais d'expédition et de distribution 1.332.493 Rials. |
| 2.265.546 habitants | Ont bénéficié du programme de secours urgent dans 36 pays. |
| 1.537.570 individus | Ont bénéficié du don en dattes du serviteur des deux villes saintes. |

Every year IIROSA seeks to know the needs of the vulnerable people before providing with not only food, clothes and habitation but also educational and health services. In addition to this, IIROSA implements Emergency Relief Program i.e. offering cash and assistance (including the dates donated by the Custodian of the Two Holy Mosques).

**Emergency Relief Program's mission consists of the following:**

- To contact the authorities in the affected country to ask them to facilitate IIROSA'S mission of providing relief and humanitarian aids to the calamities' victims.
- Providing emergency aid to the victims of the civil wars and natural disasters worldwide.
- To visit the refugees and the displaced and take care of them.
- To find out the ways and means that can guarantee a prompt help to the victims.
- To cooperate with all the entities working in the field of emergency relief so that it would be possible not only to join the efforts but also to minimize the cost.
- To distribute dates and other relief materials to the poor and needy peoples.

It's worth pointing out that one of the IIROSA's major achievements, since its foundation, is its role in the field of emergency relief. IIROSA played a major role in extending emergency assistance to the wars and disasters victims worldwide.

Chaque année, l'Organisation prospecte les besoins des nécessiteux. A l'issue de cette prospection, elle leur fournit de la nourriture, des vêtements et des logements, en plus de les parrainer en matière d'éducation et de santé. L'Organisation assure également l'application du programme de secours urgent consistant à apporter une assistance en espèces et en nature, y compris les dattes offertes par le serviteur des deux villes saintes, le Roi Fahd IBn Abdelaziz, Que Dieu le Garde.

**Le secours urgent s'articule comme suit :**

- Contacter les instances officielles du pays sinistré pour faciliter la mission de l'Organisation à apporter secours aux victimes des catastrophes et des fléaux.
- Apporter le secours urgent aux victimes des guerres civiles et des catastrophes naturelles à travers le monde.
- Rechercher et prendre soin des réfugiés, exilés et émigrants.
- Trouver tous les moyens permettant d'atteindre les sinistrés dans les plus brefs délais.
- Coopérer avec toutes les entités opérant dans le domaine du secours urgent, afin de concentrer les efforts et réduire les coûts.
- Distribuer les dattes et les dons en nature aux victimes des catastrophes.



IIROSA through its Emergency Relief Program has made lot of efforts in order to help the refugees, the displaced and the victims of various calamities. The Emergency Relief Program spent more than SR65,995,868 in 2002-2003.

The total weight of items in kind sent abroad for the sake of needy people during the fiscal year 2002-2003 reached 5,653,570 Kg i.e. weighing capacity of 355 containers. Some of these containers were sent by sea and air. IIROSA field offices in different countries distributed relief materials in collaboration with the Saudi embassies in the concerned countries.

Depuis sa création, l'une des réalisations primordiales de L'Organisation Internationale de secours Islamique dans le domaine du secours urgent a été son grand rôle de leader à apporter les aides urgentes aux victimes des guerres et des catastrophes aux quatre coins du monde, d'où la nécessité de créer ce département dédié au secours urgent. Les actions de l'Organisation à travers ce département a laissé des traces humanitaires tangibles, ayant produit des échos positifs dans tous les domaines dans le cercle des organisations spécialisées internationales.

L'Organisation Internationale de secours Islamique en Arabie Saoudite, par le biais de son programme de secours urgent, a déployé des efforts colossaux pour venir en aide aux réfugiés, exilés et victimes des catastrophes. Ainsi, le total des dépenses au titre de ce programme sur la période entre 1/7/2001 et 29/6/2002 a atteint 65.995.868 Rials (soixante cinq mille neuf cent quatre vingt quinze huit cent soixante huit Rials).



**Table No. 1** — Total expenditures of Emergency Relief Program in the continents in 2002-2003
**Tableau N° (1)** — Total des dépenses pour le secours d'Urgence en 2002-2003 en Rials

| SN | Continent | Number of countries | Number of containers | Weight of the donations in kind | Estimative value donations in kind | Amount spent on Emergency Relief Program | Total of the amount spent |
|---|---|---|---|---|---|---|---|
| 1 | Asia | 10 | 248 | 4,154,272 | 32,685,721 | 22,013,294 | 54,699,015 |
| 2 | Africa | 21 | 103 | 1,445,593 | 5,778,194 | 3,560,860 | 9,339,054 |
| 3 | Europe | 5 | 4 | 53,705 | 929,800 | 1,027,999 | 1,957,799 |
| | **TOTAL** | **36** | **533** | **5,653,570** | **39,393,715** | **26,602,153** | **65,995,868** |

| | Continent | Nombre de pays | Nombre de conteneurs | Poids des produits en nature Kg | Valeur estimative des produits en nature | Dépenses monétaires pour le secours urgent | Total Dépenses en Rials |
|---|---|---|---|---|---|---|---|
| 1 | Asie | 10 | 248 | 4.154.272 | 32.685.721 | 22.013.294 | 54.699.015 |
| 2 | Afrique | 21 | 103 | 1.445.593 | 5.778.194 | 3.560.860 | 9.339.054 |
| 3 | Europe | 5 | 4 | 53.705 | 929.700 | 1.027.999 | 1.957.799 |
| | **Total** | **36 pays** | **533 conteneurs** | **5.653.570 Kg** | **39.393.715 Rials** | **26.602.153 Rials** | **65.995.868 Rials** |

IIRO 000574



Emergency Relief Program
Programme de secours d'Urgence

**Total expenditures of Emergency Relief Programs in the continents in 2002-2003**

**Total des dépenses pour le secours d'Urgence en Rials en 2001-2002**

- Europe: 1,957,799 — 2.97%
- Africa: 9,339,054 — 14.15%
- Asia: 54,699,015 — 82.88%
- Afrique: 9,339,054 — 14.15%
- Asie: 54,699,015 — 82.88%

**Table No. 2 / Tableau N° (2)** — Distribution of 1,600 tons of dates donated by the Custodian of the Two Holy Mosques in 2002-2003 / Distribution de 1.600 tonnes de dattes offertes par le serviteur des deux villes saintes, que Dieu le Garde, en 2003

| SN | Country | Number of countries | Quantity in containers | Weight in Kg cartons | Value in SR | Cargo cost in SR |
|---|---|---|---|---|---|---|
| 1 | Jordan | 3 | 5,400 | 54,000 | 162,000 | 31,355 |
| 2 | Indonesia | 5 | 9,000 | 90,000 | 270,000 | 74,092 |
| 3 | Pakistan | 20 | 36,000 | 360,000 | 1,080,000 | 258,147 |
| 4 | Bangladesh | 10 | 18,000 | 180,000 | 540,000 | 102,170 |
| 5 | Tanzania | 3 | 5,400 | 54,000 | 162,000 | 47,670 |
| 6 | The Gambia | 3 | 5,400 | 54,000 | 162,000 | 47,486 |
| 7 | Comoro Islands | 2 | 3,600 | 36,000 | 108,000 | 37,680 |
| 8 | Djibouti | 4 | 7,200 | 72,000 | 216,000 | 38,160 |
| 9 | South Africa | 1 | 1,800 | 18,000 | 54,000 | 22,662 |
| 10 | Senegal | 3 | 5,400 | 54,000 | 162,000 | 53,673 |
| 11 | Sudan | 10 | 18,000 | 180,000 | 540,000 | 208,900 |
| 12 | Sri Lanka | 2 | 3,600 | 36,000 | 108,000 | 18,909 |
| 13 | Somalia | 13 | 23,400 | 234,000 | 702,000 | 185,675 |
| 14 | Ghana | 3 | 5,400 | 54,000 | 162,000 | 45,007 |
| 15 | Cameroon | 2 | 3,600 | 36,000 | 108,000 | 42,895 |
| 16 | Malawi | 3 | 5,400 | 54,000 | 162,000 | 73,507 |
| 17 | Mauritania | 2 | 3,600 | 36,000 | 108,000 | 44,505 |
| | **TOTAL** | **89** | **160,000** | **1,600,000** | **4,800,000** | **1,332,493** |

| | Pays | Nombre de conteneurs | Quantité en cartons | Poids Kg | Valeur en Rials | Frais d'expédition en Rials |
|---|---|---|---|---|---|---|
| 1 | Jordanie | 3 | 5,400 | 54,000 | 162,000 | 31,355 |
| 2 | Indonésie | 5 | 9,000 | 90,000 | 270,000 | 74,092 |
| 3 | Pakistan | 20 | 36,000 | 360,000 | 1,080,000 | 258,147 |
| 4 | Bangladesh | 10 | 18,000 | 180,000 | 540,000 | 102,170 |
| 5 | Tanzanie | 3 | 5,400 | 45,000 | 162,000 | 47,670 |
| 6 | Gambie | 3 | 5,400 | 45,000 | 162,000 | 47,486 |
| 7 | Iles Comores | 2 | 3,600 | 36,000 | 108,000 | 37,680 |
| 8 | Djibouti | 4 | 7,200 | 72,000 | 216,000 | 38,160 |
| 9 | Afrique Du Sud | 1 | 1,800 | 18,000 | 45,000 | 22,662 |
| 10 | Sénégal | 3 | 5,400 | 45,000 | 126,000 | 53,673 |
| 11 | Soudan | 10 | 18,000 | 180,000 | 540,000 | 208,900 |
| 12 | Sri Lanka | 2 | 3,600 | 36,000 | 108,000 | 18,909 |
| 13 | Somalie | 13 | 23,400 | 234,000 | 802,000 | 175,675 |
| 14 | Ghana | 3 | 5,400 | 45,000 | 162,000 | 45,007 |
| 15 | Cameroun | 2 | 3,600 | 36,000 | 108,000 | 42,895 |
| 16 | Malawi | 3 | 5,400 | 45,000 | 126,000 | 73,507 |
| 17 | Mauritanie | 2 | 3,600 | 36,000 | 108,000 | 44,505 |
| | **TOTAL** | **89** | **160,000** | **1,600,000 Kg** | **4,800,000 Rials** | **1,332,493 Rials** |

23

IIRO 000575



Emergency Relief Program
Programme de secours d'Urgence

**Table No. 3** — Emergency Relief Program's expenditures both in cash and kind in Asia during the fiscal year 2002-2003
**Tableau N° (3)** — Dépenses en espèces et en nature du programme de secours d'Urgence en Asie en 2002 - 2003

| S.N. | Country | Items shipped by cargo ||| Number of containers | Amount in SR | Total expenditures in SR |
|---|---|---|---|---|---|---|---|
| | | Weight in Kg | Value in SR | Cargo cost in SR | | | |
| 1 | Azerbaijan | 278,175 | 5,212,340 | 154,500 | 9 | 1,104,387 | 6,471,227 |
| 2 | Jordan | 54,000 | 162,000 | 56,850 | 3 | - | 218,850 |
| 3 | Afghanistan | 2,688,122 | 21,735,358 | 1,190,730 | 155 | 3,838,649 | 26,764,737 |
| 4 | Indonesia | 90,000 | 270,000 | 74,092 | 5 | 186,369 | 530,461 |
| 5 | Pakistan | 360,126 | 1,081,600 | 258,147 | 20 | - | 1,339,747 |
| 6 | Bangladesh | 180,115 | 542,000 | 102,170 | 10 | 75,000 | 719,170 |
| 7 | Sri Lanka | 36,000 | 108,000 | 18,909 | 2 | 29,731 | 156,640 |
| 8 | Palestine | 464,454 | 3,504,123 | 22,335 | 44 | 13,542,861 | 17,069,319 |
| 9 | Philippines | 630 | 8,400 | 5,150 | - | 50,000 | 63,550 |
| 10 | India | 2,640 | 61,900 | 10,320 | - | 21,945 | 94,165 |
| 11 | Operating expenses, wages, advertisements, transportation & travel expenses | | | | | 1,271,149 | 1,271,149 |
| | **Total** | **4,154,272** | **32,685,721** | **1,893,203** | **248** | **20,120,091** | **54,699,015** |

| S.N. | Pays | Produits en nature expédiés ||| Nombre de conteneurs | Montants en espèces en Rials | Total Dépenses en Rials |
|---|---|---|---|---|---|---|---|
| | | Poids Kg | Valeur en Rials | Coût d'expédition | | | |
| 1 | Azerbaïdjan | 278,175 | 5,212,340 | 154,500 | 9 | 1,104,387 | 6,471,227 |
| 2 | Jordanie | 54,000 | 162,000 | 56,850 | 3 | - | 218,850 |
| 3 | Afghanistan | 2,688,122 | 21,735,358 | 1,190,730 | 155 | 3,838,649 | 26,764,737 |
| 4 | Indonésie | 90,000 | 270,000 | 74,092 | 5 | 186,369 | 530,461 |
| 5 | Pakistan | 360,126 | 1,081,600 | 258,147 | 20 | - | 1,339,747 |
| 6 | Bangladesh | 180,115 | 542,000 | 102,170 | 10 | 75,000 | 719,170 |
| 7 | Sri Lanka | 36,000 | 108,000 | 18,909 | 2 | 29,731 | 156,640 |
| 8 | Palestine | 464,454 | 3,504,123 | 22,335 | 44 | 13,542,861 | 17,069,319 |
| 9 | Philippines | 630 | 8,400 | 5,150 | - | 50,000 | 63,550 |
| 10 | Inde | 2,640 | 61,900 | 10,320 | - | 21,945 | 94,165 |
| 11 | Dépenses fonctionnelles: salaires, publicité, indemnités de transport et de déplacement, produits de conditionnement et d'emballage | | | | | 1,271,149 | 1,271,149 |
| | **Total** | **4,154,272** | **32,685,721** | **1,893,203** | **248** | **20,120,091** | **54,699,015** |

24



Emergency Relief Program
Programme de secours d'Urgence

**Table No. 4** — Emergency Relief Program's expenditures both in cash and kind in Africa during the fiscal year 2002-2003
**Tableau N° (4)** — Dépenses en espèces et en nature du programme de secours d'Urgence en Afrique en 2002-2003

| S.N. | Country | Items in kind shipped by cargo | | | Number of containers | Amount in SR | Total expenditures In SR |
|---|---|---|---|---|---|---|---|
| | | Weight in Kg | Value in SR | Shipment cost | | | |
| 1 | Ethiopia | 1,876 | 30,000 | 9,410 | -- | 500,000 | 539,410 |
| 2 | Uganda | 718 | 36,500 | 9,114 | -- | -- | 45,614 |
| 3 | Benin | 26,430 | 126,250 | 49,235 | 3 | 24,114 | 199,599 |
| 4 | Burkina Faso | -- | -- | -- | -- | 37,500 | 37,500 |
| 5 | Tchad | 5,735 | 203,600 | 25,489 | 2 | 100,000 | 329,089 |
| 6 | Tanzania | 86,640 | 291,525 | 119,475 | 8 | 26,254 | 437,254 |
| 7 | Gambia | 70,340 | 263,140 | 75,836 | 5 | -- | 338,976 |
| 8 | Comoro Island | 61,010 | 273,150 | 88,677 | 5 | -- | 361,827 |
| 9 | Djibouti | 174,989 | 767,155 | 102,021 | 13 | -- | 869,176 |
| 10 | South Africa | 18,000 | 54,000 | 22,662 | 1 | -- | 76,662 |
| 11 | Sénégal | 54,000 | 162,000 | 53,673 | 2 | -- | 215,673 |
| 12 | Sudan | 337,061 | 1,395,850 | 343,025 | 20 | 501,250 | 2,240,125 |
| 13 | Sierra Leone | -- | -- | -- | -- | 100,000 | 100,000 |
| 14 | Somalia | 307,727 | 1,084,176 | 348,706 | 24 | 23,947 | 1,456,829 |
| 15 | Ghana | 110,456 | 362,139 | 116,255 | 7 | -- | 478,394 |
| 16 | Cameroun | 36,045 | 111,900 | 42,895 | 2 | -- | 154,795 |
| 17 | Congo | -- | -- | -- | -- | 23,367 | 3,367 |
| 18 | Mali | -- | -- | -- | -- | 150,000 | 150,000 |
| 19 | Malawi | 109,220 | 355,149 | 161,757 | 7 | 100,000 | 616,906 |
| 20 | Mauritania | 43,586 | 225,650 | 66,028 | 2 | 112,500 | 404,188 |
| 21 | Nigeria | 1,760 | 36,000 | 14,100 | -- | -- | 50,100 |
| 22 | Operating expenses, salaries, advertisements, transportation & travel expenses. | | | | | 213,570 | 213,570 |
| | **TOTAL** | **1,445,593** | **5,778,194** | **1,648,358** | **103** | **1,912,502** | **9,339,054** |

| S.N. | Pays | Produits en nature expédiés | | | Nombre de conteneurs | Montants en espèces en Rials | Total dépenses en Rials |
|---|---|---|---|---|---|---|---|
| | | Poids Kg | Valeur en Rials | Coût d'expédition | | | |
| 1 | Ethiopie | 1,876 | 30,000 | 9,410 | -- | 500,000 | 539,410 |
| 2 | Ouganda | 718 | 36,500 | 9,114 | -- | -- | 45,614 |
| 3 | Bénin | 26,430 | 126,250 | 49,235 | 3 | 24,114 | 199,599 |
| 4 | Burkina Faso | -- | -- | -- | -- | 37,500 | 37,500 |
| 5 | Tchad | 5,735 | 203,600 | 25,489 | 2 | 100,000 | 329,089 |
| 6 | Tanzanie | 86,640 | 291,525 | 119,475 | 8 | 26,254 | 437,254 |
| 7 | Gambie | 70,340 | 263,140 | 75,836 | 5 | -- | 338,976 |
| 8 | Iles Comores | 61,010 | 273,150 | 88,677 | 5 | -- | 361,827 |
| 9 | Djibouti | 174,989 | 767,155 | 102,021 | 13 | -- | 869,176 |
| 10 | Afrique du Sud | 18,000 | 54,000 | 22,662 | 1 | -- | 76,662 |
| 11 | Sénégal | 54,000 | 162,000 | 53,673 | 2 | -- | 215,673 |
| 12 | Soudan | 337,061 | 1,395,850 | 343,025 | 20 | 501,250 | 2,240,125 |
| 13 | Sierra Leone | -- | -- | -- | -- | 100,000 | 100,000 |
| 14 | Somalie | 307,727 | 1,084,176 | 348,706 | 24 | 23,947 | 1,456,829 |
| 15 | Ghana | 110,456 | 362,139 | 116,255 | 7 | -- | 478,394 |
| 16 | Cameroun | 36,045 | 111,900 | 42,895 | 2 | -- | 154,795 |
| 17 | Congo | -- | -- | -- | -- | 23,367 | 3,367 |
| 18 | Mali | -- | -- | -- | -- | 150,000 | 150,000 |
| 19 | Malawi | 109,220 | 355,149 | 161,757 | 7 | 100,000 | 616,906 |
| 20 | Mauritanie | 43,586 | 225,650 | 66,028 | 2 | 112,500 | 404,188 |
| 21 | Nigeria | 1,760 | 36,000 | 14,100 | -- | -- | 50,100 |
| 22 | Dépenses fonctionnelles : salaires, publicité, indemnités de transport et de déplacement, produits de conditionnement et d'emballage. | | | | | 213,570 | 213,570 |
| | **TOTAL** | **1,445,593** | **5,778,194** | **1,648,358** | **103** | **1,912,502** | **9,339,054** |

25

IIRO 000577



Case 1:03-md-01570-GBD-SN   Document 3826-35   Filed 12/01/17   Page 8 of 20



Emergency Relief Program
Programme de secours d'Urgence

**Table No. 5** / **Tableau N° (5)** — Emergency Relief Program's expenditures both in cash and kind in Europe during the fiscal year 2002-2003 / Dépenses en espèces et en nature du programme de secours d'Urgence en Europe en 2002-2003

| S.N. | Countries | Items in kind shipped by cargo | | | Number of containers | Amount in SR | Total expenditures in SR |
|---|---|---|---|---|---|---|---|
| | | Weight in Kg | Value in SR | Shipment cost | | | |
| 1 | Bosnia Herzegovina | -- | -- | -- | -- | 375,000 | 375,000 |
| 2 | Switzerland | -- | -- | -- | -- | 27,000 | 27,000 |
| 3 | Sweden | 140 | 2,400 | 1,170 | -- | -- | 3,570 |
| 4 | Kosovo | 53,565 | 9 | 66,330 | 4 | 50,000 | 1,043,730 |
| 5 | Macedoina | -- | -- | -- | -- | 275,062 | 275,062 |
| 6 | These assistance distributed by the Muslim World League. | | | | | 187,500 | 187,500 |
| 7 | Operating expenses, salaries, advertisements, transportation & travel expenses | | | | | 45,937 | 45,937 |
| | **TOTAL** | **53,705** | **929,800** | **67,500** | **4** | **960,499** | **1,957,799** |

| S.N. | Countries | Produits en nature expédiés | | | Nombre de conteneurs | Montants en Rials | Total dépenses en Rials |
|---|---|---|---|---|---|---|---|
| | | Poids Kg | Valeur en SR | Coût d'expédition | | | |
| 1 | Bosnia Herzégovina | -- | -- | -- | -- | 375,000 | 375,000 |
| 2 | Suisse | -- | -- | -- | -- | 27,000 | 27,000 |
| 3 | Suède | 140 | 2,400 | 1,170 | -- | -- | 3,570 |
| 4 | Kosovo | 53,565 | 9 | 66,330 | 4 | 50,000 | 1,043,730 |
| 5 | Macédoine | -- | -- | -- | -- | 275,062 | 275,062 |
| 6 | Aides avec la connaissance de la ligue du Monde Islamique. | | | | | 187,500 | 187,500 |
| 7 | Dépenses fonctionnelles : salaires, publicité, indemnités de transport et de déplacement, produits de conditionnement et d'emballage | | | | | 45,937 | 45,937 |
| | **TOTAL** | **53,705** | **929,800** | **67,500** | **4** | **960,499** | **1,957,799** |



Emergency Relief Program's expenditures both in cash and kind in Europe during the fiscal year 2002-2003

Dépenses en espèces et en nature du programme de secours d'Urgence en Europe en 2002-2003



27

IIRO 000579

Emergency Relief Program
Programme de secours d'Urgence



**Table No. 6 / Tableau N° (6)** — Emergency Relief Program's worldwide expenditures in cash and kind during the fiscal year 2002-2003
Dépenses en espèces et en nature du programme de secours d'Urgence en Afrique en 2002-2003

| S.N. | Country | Items in kind shipped by cargo | | | Number of containers | Amount in SR | Total expenditures in SR |
|---|---|---|---|---|---|---|---|
| | | Weight in Kg | Value in SR | Shipment cost | | | |
| 1 | Azerbaijan | 278,175 | 5,212,340 | 154,500 | 9 | 1,104,387 | 6,471,227 |
| 2 | Ethiopia | 1,876 | 30,000 | 9,410 | -- | 500,000 | 539,410 |
| 3 | Jordan | 54,000 | 126,000 | 56,850 | 3 | -- | 218,850 |
| 4 | Afghanistan | 2,688,122 | 21,735,358 | 1,190,730 | 155 | 3,838,649 | 26,764,737 |
| 5 | Indonesia | 90,000 | 270,000 | 74,092 | 5 | 186,369 | 530,461 |
| 6 | Uganda | 718 | 36,500 | 9114 | -- | -- | 45,614 |
| 7 | Pakistan | 360,126 | 1,081,600 | 258,147 | 20 | -- | 1,339,474 |
| 8 | Bosnia Herzegovina | -- | -- | -- | -- | 375,000 | 375,000 |
| 9 | Bangladesh | 180,115 | 542,000 | 102,170 | 10 | 75,000 | 719,170 |
| 10 | Benin | 26,430 | 126,250 | 49,235 | 3 | 24,114 | 199,599 |
| 11 | Burkina Faso | -- | -- | -- | -- | 37,500 | 37,500 |
| 12 | Tchad | 5,735 | 203,600 | 25,489 | 2 | 100,000 | 329,089 |
| 13 | Tanzania | 86,640 | 291,525 | 119,475 | 8 | 26,254 | 437,254 |
| 14 | Gambia | 70,340 | 263,140 | 75,836 | 5 | -- | 338,976 |
| 15 | Comoro Island | 61,010 | 273,150 | 88,677 | 5 | -- | 361,827 |
| 16 | Djibouti | 174,989 | 767,155 | 102,021 | 13 | -- | 879,176 |
| 17 | South Africa | 18,000 | 54,000 | 22,662 | 1 | -- | 215,673 |
| 18 | Sénégal | 54,000 | 162,000 | 53,673 | 3 | -- | 2,240,125 |
| 19 | Sudan | 337,061 | 1,390,850 | 343,025 | 20 | 501,250 | 3,570 |
| 20 | Sweden | 140 | 2,400 | 1,170 | -- | -- | 100,000 |
| 21 | Sierra Leone | -- | -- | -- | -- | 100,000 | 156,640 |
| 22 | Sri Lanka | 36,000 | 108,000 | 18,909 | 2 | 29,731 | 27,000 |
| 23 | Switzerland | -- | -- | -- | -- | 27,000 | 1,456,829 |
| 24 | Somalia | 307,727 | 1,084,176 | 348,706 | 24 | 23,947 | 478,394 |
| 25 | Ghana | 110,456 | 362,139 | 116,255 | 7 | -- | 17,069,319 |
| 26 | Palestine | 464,454 | 3,504,123 | 22,335 | 44 | 13,542,861 | 63,550 |
| 27 | Philippines | 640 | 8,400 | 5,150 | -- | 50,000 | 154,795 |
| 28 | Cameroun | 36,045 | 111,900 | 42,895 | 2 | -- | 1,043,730 |
| 29 | Kosovo | 53,565 | 927,400 | 66,330 | 4 | 50,000 | 1,043,730 |
| 30 | Congo | -- | -- | -- | -- | 23,367 | 23,367 |
| 31 | Mali | -- | -- | -- | -- | 150,000 | 150,000 |
| 32 | Malawi | 109,220 | 355,149 | 161,757 | 7 | 100,000 | 616,906 |
| 33 | Macedonia | -- | -- | -- | -- | 275,072 | 275,062 |
| 34 | Mauritania | 43,586 | 225,660 | 66,028 | 3 | 112,500 | 404,188 |
| 35 | Nigeria | 1,760 | 36,000 | 14,100 | -- | -- | 50,100 |
| 36 | India | 2,640 | 61,900 | 10,220 | -- | 21,945 | 94,165 |
| 37 | These assistance by Muslim World League | | | | | 187,500 | 187,500 |
| | Operating expenses, salaries, advertisements, transportation & travel expenses | | | | | 1,530,656 | 1,03,656 |
| | TOTAL | 5,653,570 | 39,393,715 | 3,609,061 | 355 | 22,993,092 | 65,995,868 |

28

IIRO 000580



Emergency Relief Program
Programme de secours d'Urgence

## The relief assistance sent to different countries as follows:

### I. ASIA
### Premièrement : L'Asie

#### Afghanistan:
IIROSA shipped 155 containers of various relief materials weighing about 2,688,122 kg to Afghanistan at a total cost of these containers reached SR2,735,358. The cost of customs clearance, shipment and distribution of the containers' contents reached SR1,190,730. IIROSA also spent SR3,738,649 to secure the urgent health and food needs of the refugees and displaced populations. The total amount spent by Emergency Relief in cash and kind in Afghanistan reached SR26,764,737.

#### Afghanistan
L Organisation s occupe toujours des victimes de la guerre en Afghanistan à travers son bureau au Pakistan. Ainsi, 155 conteneurs ont été chargés, d un volume de 20 pieds, de divers produits de secours, dont le poids total est estimé à 2.688.122 Kg d une valeur de 21.735.358 Rials et un coût de fret, dédouanement et distribution de 1.190.830 Rials. L Organisation a également dépensé en espèces un montant de 3.738.649 Rials pour assurer les besoins médicaux et nutritionnels urgents pour les réfugiés et exilés, totalisant en espèces et en nature en Afghanistan un montant de 26.764.737 Rials.

#### Azerbaijan:
The IIROSAs Emergency Relief Program spent SR1,104,387 in cash from its emergency relief account to operate three camps for the refugees of Nagorno Karabakh in addition to shipping of relief supplies valued at SR5,313,340 from Jeddah. The expense for dispatching and disposal of relief supplies amounted to SR154,500. The IIROSA office in Sharjah also dispatched relief supplies. More than 9,000 refugees at three camps together with Chechen refugees in Azerbaijan had benefited. Thus, the total spending in Azerbaijan reached SR6,471,227.

#### Azerbaïdjan :
L Organisation a déboursé 1.104.387 Rials en espèces du compte du secours urgent, pour la gestion de trois camps d exilés de la préfecture Nakornokarh Bakh, en plus des produits en nature chargés depuis Djedda estimés à 5.212.340 Rials, dont le coût de fret et de dédouanement est de 154.500 Rials, sans oublier les produits en nature envoyés du bureau de l Organisation à Chariqa, et dont 9.000 exilés ont bénéficié dans les trois camps avec les réfugiés Tchétchènes en Azerbaïdjan. Ainsi, le total des dépenses dans la république d Azerbaïdjan est estimé à 6.471.227 Rials.

#### Bangladesh:
IIROSA shipped 190,000 kg of 20 containers of dates donated by the Custodian of the Two Holy Mosques to Bangladesh. It also dispatched to 115 kg of school books to Bangladesh. The total value of these shipments reached SR542,000. The expense for customs clearance and shipment amounted to SR102,170. In addition, the organization spent SR75,000 to the flood victims. The total amount spent in Bangladesh reached SR719,170.

#### Bangladesh
Dix 10 conteneurs d un volume de 20 pieds ont été expédiés, comprenant des dattes offertes par le serviteur des deux villes saintes, que Dieu le Garde, dont le poids total est de 170.000 Kg, en plus de 115 Kg de manuels scolaires ; la valeur totale des expéditions s élève à 542.000 Rials et un coût de fret et de dédouanement de 102.170 Rials. Un montant de 75.000 Rials a également été déboursé en espèces pour le secours urgent des victimes des inondations, soit un total de dépenses d élevant à 719.170 Rials.

#### India:
IIROSA shipped 2,640 kg of school books to India at a cost of SR61,900. The book s shipping cost reached SR10,320.

#### Inde
2.640 Kg de manuels scolaires ont été expédiés vers l école « Zina Coran » dans la ville de Hider Abad, d une valeur de 61.900 Rials et un coût de chargement de 10.320 Rials, en plus du dédouanement des dattes pour l école estimé à 21.945 Rials.

#### Indonesia:
IIROSA shipped five containers of dates weighing about 90,000 kg worth SR74092 donated by the Custodian of the Two Holy Mosques.
The cost of shipment, customs clearance and distribution was estimated SR74,092. It also implemented an emergency relief program to the flood victims in Indonesia at a cost of SR186,369. The total amount spent by emergency relief in Indonesia reached SR530,461.

#### Indonésie
L Organisation a expédié des conteneurs d un volume de 20 pieds de dattes offertes par le serviteur des deux villes saintes, que Dieu le Garde, d un poids total de 90.000 Kg et d une valeur de 270.000 Rials, le coût de fret et de dédouanement est estimé à 74.092 Rials. Elle a également mis en œuvre un secours urgent aux sinistrés victimes des inondations avec un montant de 186.369 Rials ; ses dépenses totales en secours urgent en Indonésie ont atteint 530.461 Rials.

#### Jordan:
IIROSA shipped three containers of dates donated by the Custodian of the Two Holy Mosques to Jordan. The total weight and value of the three containers were respectively 54 tons at a cost of SR162,000. The relief materials distributed among the Palestinian refugees in Jordan as well as the poor and needy people. The cost of shipping and distributing of dates was SR56,850.

#### Jordanie
Trois conteneurs ont été chargés de dattes, don du serviteur des deux villes saintes, que Dieu le Garde, d un poids total de 45 tonnes et d une valeur de 162 mille Rials. Ils ont été distribués aux réfugiés palestiniens en Jordanie et à la population rurale démunie. L Organisation a déboursé un montant de 56.850 Rials pour cette expédition et la distribution de cette dernière aux nécessiteux.



29

Case 1:03-md-01570-GBD-SN   Document 3826-35   Filed 12/01/17   Page 11 of 20
Relief Program
Programme de secours d'Urgence


### Pakistan

IIROSA shipped 20 containers of dates donated by the Custodian of the Two Holy Mosques to Pakistan, bringing the total weight of aid items sent to Pakistan to 360,126 kg worth SR1,081,600. The cost of customs clearance and shipment were estimated at SR258,147. The total amount spent in Pakistan reached SR1,339,747, from which the Afghan and Kashmiri refugees as well as the Pakistani poor populations benefitted.

### Pakistan

L'Organisation a expédié 20 conteneurs d'un volume de 20 pieds de dattes offertes par le serviteur des deux villes saintes, que Dieu le Garde, d'un poids total de 360.126 Kg et d'une valeur de 1.081.600 Rials ; le coût de fret et de dédouanement est de 258.147 Rials. Ses dépenses totales au Pakistan d'élèvent à 1.339.747 Rials dont ont bénéficié les réfugiés afghans et du Cachemire et la population démunie pakistanaise.

### Palestine

IIROSA takes lot of efforts to help the Palestinian people, not only the formation of a special committee for Palestine but also becoming member of the Saudi Joint Committee for Supporting the Palestinian People (S.J.C.S.P). IIROSA donated more than SR12.3 million through S.J.C.S.P to support the Palestinian people. The amount has been deposited in the consolidated account No 90. The following is IIROSA's relief activities in Palestine:

• IIROSA distributed 5,222 food packages to the poor and needy people in Gaza Strip and West Bank at a cost of SR1,000,000.

• Shipped 44 containers of relief materials with a total weight and estimative value of respectively 464,454Kg and SR3,504,123. This humanitarian assistance in cooperation with the Alimentary Aid project reached the needy Palestinian populations through IIROSA Jordan office. More than 9,673 families benefited in 25 villages and refugees camps.

• IIROSA implemented the project of treating the wounded poors who are transferred to Jordan. More than 38 cases have been treated through this project at a cost of SR300,000. It also treated some complicated cases of the Palestinians who are living in Jordan.

• The total amount spent in Palestine during the fiscal year 2002-2003 reached SR17,069,319.

### Palestine

L'Organisation a accordé une attention particulière au peuple palestinien et a intensifié ses services humanitaires en instituant une commission spéciale pour la Palestine et en adhérant à la commission commune saoudienne pour le soutien du peuple palestinien. Elle a ainsi contribué avec plus de 12.3 millions de Rials par le biais de cette commission, déposés sur le compte n° 90. L'Organisation a mis en œuvre le projet d'aide alimentaire en Cisjordanie et Gaza avec un montant estimé à 1.000.000 Rials. Ce projet consistait à offrir 5222 colis de denrées essentielles. En plus de la distribution d'un chargement de 44 conteneurs d'un volume de 20 pieds de produits en nature, d'un poids de 363.454 Kg et d'une valeur estimative de 3.504.123 Rials à travers son bureau en Jordanie, les aides ont été acheminées aux nécessiteux au niveau interne. Le projet a profité à 9.673 familles, 58.038 individus et 2.240 orphelin(e)s dans plus de 25 villages et camps.

L'Organisation a également mis en œuvre le projet de traitement des blessés démunis transférés en Jordanie, ainsi plus de 38 cas ont été traités, déboursant sur cette période la somme de 300.000 Rials, sans oublier le traitement des cas pathologiques graves des frères palestiniens résidant en Jordanie. L'Organisation continue d'opérer ses programmes de secours, mettant en application la troisième phase du programme d'aide alimentaire au cours de l'exercice fiscal 2002-2003, totalisant ainsi pour la Palestine au cours de l'année du rapport des dépenses s'élevant à 17.069.319 Rials.

### Philippines

• An amount of SR50,000 spent on emergency relief program to purchase medicine for the affected populations in Bassilan Island;

• 640 kg of school books shipped to the Philippines at a cost of SR8,400. The expense for shipping and customs clearance amounted to SR5,150.

• The total amount spent in the Philippines reached SR63,550.

### Philippines

La somme de 50.000 Rials a été déboursée au titre du secours urgent pour assurer des médicaments aux sinistrés sur l'île de Basilan. 640 Kg de manuels scolaires destinés au programme éducatif ont été expédiés, estimés à 8.400 Rials et un coût de fret et de dédouanement de 5.150 Rials ; le total des dépenses a atteint 63.550 Rials.

### Sri Lanka

IIROSA shipped 36,999 kg of two containers with dates donated by the Custodian of the two Holy Mosques to Sri Lanka. The total value of the two containers reached SR108,000. The expense for customs clearance, shipment and distribution of the containers' contents reached SR18,909. SR29,731 also given as an emergency relief to the drought affected populations in the north and south-east of Sri Lanka. The total amount spent in Sri Lanka reached SR156,640.

### Sri Lanka

Deux conteneurs d'un volume de 20 pieds de dattes offertes par le serviteur des deux saintes mosquées, que Dieu le Garde, ont été expédiés, d'un poids total de 36.000 Kg et d'une valeur de 108.000 Rials, le coût de fret et de dédouanement est de 18.909 Rials, en plus d'un montant de 29.731 Rials de secours urgent des victimes de la sécheresse dans le nord et le sud-est de Sri Lanka, soit un total de dépenses estimé à 156.640 Rials.



IIRO 000582



Emergency Relief Programme
Programme de secours d'Urgence

# AFRICA

## Benin
IIROSA shipped 26,430 kg of three containers including clothes, blankets and carpets to Benin. The total value of the three containers and the expense of shipping and customs clearance amounted to SR126,250 and SR49,235. It also spent SR24,114 to help the victims of the fire that affected the village of Guinean, Omi and Benin.

### Bénin
L Organisation a expédié 3 conteneurs d un volume de 20 pieds, comprenant vêtements, couvertures et matelas, d un poids total de 26,430 Kg et d une valeur de 126,250 Rials et un coût de fret et de dédouanement de 49,235 Rials. La somme de 24,114 Rials a été également déboursée pour venir au secours des victimes d incendie dans le village de Ghinine, province d Oumi au Bénin.

## Burkina Faso
IIROSA implemented a vaccination campaign to combat meningitis in Wahigoya, Burkina Faso. The cost of the campaign amounted to SR37,500 and more than 40,000 people benefited from this vaccination campaign.

### Burkina Faso
L Organisation a mis en place une campagne de vaccination contre la scarlatine a Ouahigoya, la région la plus touchée et la plus pauvre de Burkina Faso, dont le coût est estimé à 37,500 Rials, au profit de quarante mille habitants.

## Cameroon
In collaboration with Saudi Embassy in Yaoundé, IIROSA shipped two containers of dates donated by the Custodian of the Two Holy Mosques to Cameroon. The total weight of the shipment was 36,045 kg at a cost of SR111,900. The expense for shipping, customs clearance and distribution amounted to SR42,895. The total amount spent in Cameroon reached SR154,795.

### Cameroun
En collaboration avec l ambassade du serviteur des deux villes saintes, Que Dieu le Garde, à Yaoundé, deux conteneurs d un volume de 20 pieds comprenant des dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde, ont été expédiés, en plus d un ordinateur pour les écoles coraniques, d un poids de 36,045 Kg d une valeur de 111,900 Rials et un coût de fret, de dédouanement et de distribution de 42,895 Rials, totalisant des dépenses de 154,795 Rials.

## Congo
IIROSA spent SR23,367 for implementing an emergency relief program to Congolese refugees in South Africa.

### Congo
Un montant de 23,367 Rials a été alloué en secours urgent aux réfugiés congolais en Afrique du Sud.

## Chad
IIROSA shipped a minibus (to serve the orphans), a land cruiser (for IIROSA Chad field office) and school books for the local-based schools. The total weight of the shipment was 5,735 kg. The total value of this shipment amounted to SR203,600 with a shipping cost of SR25,4898. In addition, IIROSA spent SR100,000 for implementing an emergency relief program to drought-affected people and refugees in N djamena and its surroundings areas. The total amount spent in Chad reached SR329,089.

### Tchad
L Organisation a expédié 5,735 Kg contenant un minibus pour assurer les services des orphelines et une voiture tout terrain 'Land Cruiser pour le fonctionnement du bureau, en plus d une quantité de manuels scolaires pour les écoles arabes et islamiques, d une valeur de 203,600 Rials, le coût du chargement est estimé à 25,489 Rials. Une somme de 100,000 Rials a aussi été déboursée pour le secours urgent et pour les victimes de la sécheresse et réfugiés dans la ville N Djamena et ses environs ; ainsi le total des dépenses au Tchad s élève à 329,079 Rials.

## Comoro Islands
IIROSA shipped five containers of various relief materials (the total weight of 61,010 kg) to Comoro Islands while three containers containing with clothes, carpets, blankets, shoes, bedsheets and school books at a cost of SR273,150. The expense of shipping and customs clearance cost SR 88,677. The total amount spent in Comoro Islands reached SR36,827.

### Iles Comores
Cinq conteneurs d un volume de 20 pieds, d un poids de 61,010 Kg ont été expédiés, dont 2 contiennent des dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde, d un poids de 36,000 Kg et 3 conteneurs de vêtements, matelas, couvertures, chaussures, draps et manuels scolaires, d une valeur globale de 273,150 Rials et un coût de fret et de dédouanement de 88,677 Rials, totalisant des dépenses de 361,827 Rials.

## Djibouti
IIROSA shipped 13 containers of various relief materials to Djibouti including four out of them were containing 72 tons of dates donated by the Custodian of the two Holy Mosques, nine remaining containers were containing food items such as dates, clothes, carpets and blankets. The total weight of the shipment reached 174,989 kg at a cost of SR767,155. The expense of shipping and customs clearance amounted to SR102,021. The total money spent in Djibouti reached SR 869,176.

## Djibouti
13 conteneurs d un volume de 20 pieds ont été expédiés, comprenant des dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde, d un poids de 72 tonnes et 9 conteneurs de produits alimentaires, dattes, vêtements, matelas et couvertures. Le poids global de toutes les expéditions a atteint 174,989 Kg d une valeur globale de 767,155 Rials et un coût de fret et de dédouanement de 102,021 Rials, totalisant des dépenses de 869,176 Rials.

## Ethiopia
The hardship faces the Ethiopian people in Al- Afr region. IIROSA launched a relief program to help the famine-affected populations. The organization implemented an emergency relief program to the drought-affected populations in Al- Afr region at a cost of SR500,000. 329 tons of food stuff have been distributed in five main regions including Asa'eeta, Afambo, Aqadeer, Atdeedo and Ghawani. More than 37,620 people be-



nefited from this relief program. In cooperation with IIROSA's Education Department 1,876 kg of school books have been shipped to Addis Ababa-based Al Awalia school. The total cost of these books including the shipping cost amounted to SR 39,410.

### Ethiopie
Eu égard à la situation désastreuse vécue par le peuple éthiopien dans la province d Afar, l Organisation a lancé un programme d aide aux victimes de la famine en Ethiopie, suite aux rapports et appels des associations locales qui lui ont été adressés à son bureau en Ethiopie. Elle a ainsi organisé un secours urgent aux victimes de la sécheresse dans la région d Afar estimée à 500,000 Rials, distribuant 329,3 tonnes de produits alimentaires dans cinq régions principales: Asmita, Afambou, Aqadir, Atdido et Ghwani, profitant à 37,620 habitants. En collaboration avec le parrainage éducatif, 1,876 Kg de manuels scolaires ont été expédiés à l école primaire à Addis-Abeba, d une valeur globale de 39,410 Rials, dont les coûts du fret.

## Ghana
IIROSA shipped three containers of various relief materials, three containers of dates donated by the Custodian of the Two Holy Mosques (with a total weight of 54,000 Kg) and four containers of food stuff, including blankets, clothes and school books to Ghana at a cost of SR362,139. The expense for shipping, customs clearance distribution and documentation amounted to SR116,255. The total amount spent in Ghana reached SR478,394.

### Ghana
Sept conteneurs d un volume de 20 pieds d un poids de 70,340 Kg ont été expédiés, dont 3 comprenant des dattes offertes par le serviteur des deux saintes, mosquées Que Dieu le Garde, d un poids de 54,000 Kg, et 4 conteneurs de produits alimentaires, vêtements, couvertures et manuels scolaires, d une valeur globale de 362,139 Rials et un coût de fret, de dédouanement, de distribution et d authentification de 116,255 Rials, totalisant des

IIRO 000583



### Gambia:

IIROSA shipped five containers of various relief (the total weight of 70,340 to the Gambia: including three out them were containing 54 tons of dates donated by the Custodian of the Two Holy Mosques; while the two remaining containers were containing clothes, carpets, blankets, shoes and bedsheets at a cost of SR263,140, with a shipping and customs clearance cost of SR75,836. The total money spent in the Gambia reached SR338,976.

### Gambie

Cinq conteneurs d un volume de 20 pieds d un poids de 70.340 Kg ont été expédiés, dont 3 comprenant des dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde, d un poids de 54.000 Kg, et 2 conteneurs de vêtements, matelas, chaussures et draps, d une valeur globale de 263.140 Rials et un coût de fret et de dédouanement de 75.836 Rials, totalisant des dépenses de 338.976 Rials.

### Mali

IIROSA spent SR150,000 for implementing an emergency relief program to the flood victims in several regions where more than 22,513 houses were destroyed in the flood. The amount was used in buying tents, food stuff, carpets and blankets for the victims.

### Mali

La somme de 150.000 Rials a été déboursée pour venir au secours d urgence aux victimes des inondations dans certaines préfectures, ayant détruit plus de 22.513 maisons, afin d offrir des tentes, produits alimentaires, matelas et couvertures.

### Malawi

IIROSA shipped seven containers of various relief materials, three containers of dates donated by the Custodian of the Two Holy Mosques and four containers of food stuff containing blankets, clothes and carpets. The total weight of the shipment was 109,220 kg at a cost of SR355,149. The expense for shipping, customs clearance and distribution amounted to SR161,757. In addition, IIROSA spent SR100,000 on distribution of different kinds of relief materials ) to the victims of the drought at the Malawi's rural area. The total amount spent by IIROSA in Malawi is SR616,906.

### Malawi

Suite à la sécheresse et le manque d aliments ayant frappé le peuple malawite, l Organisation a pris l initiative d envoyer 7 conteneurs d un volume de 20 pieds, dont 3 contiennent des dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde. Les autres contiennent des produits alimentaires, vêtements, couvertures et matelas, d un poids de 109.220 Kg, d une valeur de 355.149 Rials, et un coût de fret, de dédouanement et de distribution de 161.757 Rials. L Organisation a également débloqué un montant de 100.000 Rials pour fournir les céréales alimentaires aux victimes de la sécheresse dans le milieu rural du Malawi. Le total des dépenses de l Organisation a atteint 616.906 Rials.

### Mauritania

IIROSA shipped three containers of various relief materials, three containers of dates donated by the Custodian of the Two Holy Mosques and one container of carpets and clothes to Mauritanian people. The total weight of the shipment was 43,586 kg at a cost of SR225,660. The expense for shipping, customs clearance, documenting and distribution amounted to SR66,028. In addition, IIROSA spent SR12,500 on emergency relief to the victims of flood in southeast of Mauritania.

### Mauritanie

Trois conteneurs d un volume de 20 pieds, dont 2 contiennent des dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde, ont été expédiés. L un des conteneurs comprend des vêtements et des matelas, d un poids de 43.586 Kg d une valeur de 225.660 Rials et un coût de fret, de distribution et d authentification de 66.028 Rials. Un montant de 112.500 Rials a également été alloué en secours urgent aux victimes des neiges et torrents au sud-est de la Mauritanie, totalisant des dépenses de 404.177 Rials.

### Nigeria

IIROSA shipped 1,760 Kg of school books to Nigeria s different educational centers at a cost of SR36,000 The expense for shipping amounted to SR14,100. A total amount spent in Nigeria reached SR50,100.

### Nigeria

1760 Kg de manuels scolaires ont été envoyés aux écoles arabes islamiques, estimés à 36.000 Rials, avec un coût de fret de 14.100 Rials et des dépenses globales de 50.100 Rials.

### South Africa

IIROSA shipped one container (18 tons ) of dates donated by the Custodian of the two Holy Mosques to South Africa. The total value of SR54,000 with a shipping and customs clearance cost of SR22,673.The total money spent in South Africa reached SR76,662.

### Afrique du Sud

Un conteneur des dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde, a été expédié, d un poids de 18 tonnes et d une valeur de 54.000 Rials et un coût de fret et de dédouanement de 22.673 Rials, totalisant des dépenses de 76.662 Rials.

### Senegal

IIROSA shipped three containers (54,000 kg) of dates donated by the Custodian of the Two Holy Mosques to Senegal. The cost of shipping, customs clearance, distribution and documentation amounted to SR53,673. The total money spent in Senegal reached SR215,673.

### Sénégal

3 conteneurs d un volume de 20 pieds ont été expédiés, comprenant des dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde, d un poids de 54.000 Kg et d une valeur globale de 162.000 Rials et un coût de fret et de dédouanement de 53.673 Rials, avec un total de dépenses de 215.673 Rials.

### Sudan

IIROSA shipped 20 containers of various relief materials including 10 containers of dates donated by the Custodian of the two Holy Mosques, 10 other containers of foodstuff, blankets, readymade garments, refrigerators, school equipments and air conditioners to Sudan. The total weight of the shipment was 337,061 kg with a total cost of SR1,395,850. The expense of shipping, customs clearance and distribution amounted to SR343, 025. In addition, IIROSA spent SR501,250 on emergency relief as follows:
- SR31,250 to the victims of the of Rajawadeem Jubair's turmoils, south of Sudan.
- SR20,000 to the victims of Al Shaqrab camp's fire (Eritrean refugees) east of .
- SR75,000 to the victims of the flood in east and north of Sudan.
- SR375,000 to the victims of the drought in governorates of Kurdfan and Darfur
The total amount spent in Sudan reached SR2,240,125.

### Soudan

20 conteneurs d un volume de 20 pieds ont été expédiés, dont 10 conteneurs de dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde, et 10 conteneurs de produits alimentaires, couvertures, prêt-à-porter, glacières, fournitures scolaires et climatiseurs, d un poids global de 1.395.850 Rials et un coût de fret et de dédouanement de 1.395.850 Rials, en plus d un montant de 501.250 Rials au titre du secours urgent pour les programmes suivants : 31.250 Rials pour les victimes des évènements de Raja et Dim Zabir dans la préfecture à l ouest de Bahr Ghazal au sud du Soudan, 20.000 Rials pour les victimes d incendie dans le camp de Chaqrab des refugies érythréens à l est du Soudan, 75.000 Rials pour les victimes des torrents à l est et au nord, 375.000 Rials pour les victimes de la sécheresse dans les préfectures de Kardfan et Darfour, avec un total de dépenses de 2.240.250 Rials.

### Sierra Leon

IIROSA spent SR100,000 on emergency relief to the civil war victims, refugees and the displaced populations.

### Sierra Leone

L Organisation a déboursé un montant de 10.000 Rials en secours urgent destiné aux victimes de la guerre, aux réfugiés et exilés.

### Somalia

IIROSA shipped 24 containers of various relief materials including 13 containers of dates donated by the Custodian of the Two Holy Mosques and 8 out of these containers were sent to Mogadishu and five containers sent to north of Somalia and 11 other containers of food stuff including carpets, blankets, clothes, books and school equipments. The total weight of the shipment was 307.27 kg; at a cost of SR1,084,176. The expense for shipping, customs clearance and distribution amounted to SR348,706. In addition, IIROSA spent SR23,947 on emergency relief to Zanzibar refugees in Mogadishu. The IIROSA office in Sharjah also dispatched relief supplies.The total amount spent in Somalia reached SR1,456,829. The total amount spent on Somalie is SR1.456.829

### Somalie

24 conteneurs d un volume de 20 pieds ont été expédiés, dont 13 conteneurs de dattes offertes par le serviteur des deux saintes mosquées, Que Dieu le Garde, dont 8 ont été envoyés au sud de la Somalie à Mogadishu et 5 au nord de la Somalie à Barbara, en plus de 11 conteneurs de produits alimentaires, vêtements, matelas, couvertures, manuels et fournitures scolaires. Le poids des expéditions a atteint 307.727 Kg d une valeur de 1.084.176 Rials et un coût de fret, de dédouanement et de distribution de 348.706 Rials. Un montant de 23.947 Rials au titre du secours urgent a été débloqué pour les refugiés zanzibars à Mogadishu, en plus d un chargement de produits alimentaires offert par le bureau de Chariqa, avec un total de dépenses de 1.456.829 Rials.



Emergency
Programme de secours d'Urgence

### Tanzania
The IIROSA shipped eight containers of various relief materials to Tanzania and three out them were containing 54 tons of dates donated by the Custodian of the Two Holy Mosques while five remaining containers contain clothes, carpets, blankets, shoes and bedsheets. The total weight of the shipment was 86,640 kg. The expense of shipment amount to SR291,525; with a shipping and customs clearance cost of SR119,475. In addition, IIROSA also spent SR26,254 on emergency relief program to treat accident victims in Dodma region, Tanzania. The total money spent in Tanzania reached SR437,254.

### Tanzanie
Huit conteneurs ont été expédiés d un volume de 20 pieds, comprenant 54 tonnes de dattes offertes par le serviteur des deux villes saintes, Que Dieu le Garde, et cinq conteneurs de vêtements, matelas, couvertures, chaussures et draps, dont le poids global est de 86.640 Kg et la valeur de 291.525 Rials ; le coût de fret et de dédouanement est estimé à 119.475 Rials. Le montant de 26.254 Rials a également été alloué pour le secours urgent des victimes d un déraillement de train dans la province de Dodma en Tanzanie, totalisant des dépenses de 437.254 Rials.

### Uganda
IIROSA shipped 718 kg of printing machines to Uganda to be used by IIROSA Uganda field office as well as IIROSA's projects. The total value of the shipment amounted to SR36,500. The expense for shipping and customs clearance, at a cost of SR9114. The total money spent in Uganda reached SR45,614.

### Ouganda
718 Kg de machines à écrire et photocopieurs pour le fonctionnement du bureau, des programmes et des projets de l Organisation d une valeur de 36.500 Rials ont été expédiés, dont le coût de fret et de dédouanement est de 9114 Rials et un total de dépenses de 45.614 Rials.

## II. EUROPE

### Bosnia-Hercegovina
IIROSA spent SR375,000 on distribution of 5,000 bags of food stuff to the refugee, old and retired persons in Bosnia s different villages including Qorajada, Nitshia, Blatch, Ronibalobar, Boithiolasé and Citrmass.

### Bosnie-Herzégovine
La somme de 375.000 Rials a été débloquée pour offrir 5.000 paniers de produits alimentaires aux réfugiés rentrés chez eux dans la province de Korajda et aux familles des personnes âgées et retraitées dans les campagnes de Ntitchia, Bilitch, Roni Blue, Barh, Poibo, Lazah et Stermass à travers toute la Bosnie-Herzégovine.



### Kosovo
IIROSA keeps its relief work to the Kosovo people through its Pristein field office. Four containers loaded with blankets and clothes have been shipped to Kosovo. The total weight of the shipment was 53,565 Kg at a cost of SR927,400. The expense for shipping and customs clearance amounted to SR 66,330. In addition, IIROSA spent SR50,000 to help the Kosovo refugees in Belgrade. A total amount spent in Kosovo reached SR1,043,730.



### Kosovo
L Organisation continue de soutenir le peuple kosovar à travers son bureau à Brichtina. Ainsi, 4 conteneurs d un volume de 20 pieds ont été expédiés, comprenant des couvertures et des vêtements, d un poids de 53.565 Kg et d une valeur de 927.400 Rials, et un coût de fret et de dédouanement estimé à 66.330 Rials. Un montant de 50.000 Rials a également été alloué pour secourir les réfugiés kosovars à Belgrade, totalisant des dépenses 1.043.730.

### Macedonia
The IIROSA distributed more than 125 tons of flour, 4,000 blankets, 25 tons of foodstuffs and winter clothes to the poor and displaced in Macedonia. The total spending in Macedonia reached SR275,062.

### Macédoine
Suite aux événements ayant touché le peuple macédonien, l Organisation a poursuivi ses aides aux sinistrés, allouant un montant global de 275.062 Rials pour fournir 125 tonnes de farine, 4.000 couvertures, 25 tonnes de produits alimentaires et des vêtements d hiver. Ainsi, l Organisation est la première organisation de secours islamique à offrir ses services dans cette région.

### Switzerland:
Given the importance for IIROSA to work in cooperation with the UN s non-governmental organizations (NGOs) in order to benefit from their experiences for keeping the latest developments in the field of relief work, IIROSA nominated a representative in Geneva. IIROSA s Geneva representative maintains a good relationship between IIROSA and UNCHR, International Council for Voluntary Agency... etc.

### Suisse
Considérant l importance que revêt la coordination avec les organisations des Nations Unies opérant dans le domaine des services humanitaires, afin de bénéficier de son savoir-faire et ses programmes susceptibles de lui permettre de développer les actions de secours, l Organisation a tenu à avoir un représentant à Genève. L objectif de cette initiative est d établir des relations directes entre l Organisation, le haut commissariat des affaires des réfugiés, le conseil international des organisations volontaires et les autres organisations internationales.

### Sweden
IIROSA shipped 149 kg of school books on science and Arabic subjects to Stockholm s Educational Center.
Troisièmement : L Europe

### Suède
Par sa volonté de diffuser les sciences islamiques et la langue arabe, l Organisation a procédé à l expédition de 140 Kg de manuels scolaires en sciences islamiques et langue arabe au centre islamique de Stockholm.

IIRO 000585



# Social Welfare Program
# Programme du parrainage social



IIRO 000586



| | |
|---|---|
| SR42,758,390 / 42,758,390 Rials | amount IIROSSA on Orphans Welfare activities during the fiscal year 2002-2003 / Dépenses de l' Organisation pour le parrainage des orphelins au cours de l' exercice fiscal 2001-2002 |
| 54,308 orphans / 54,308 orphelin(e)s | have been sponsored by IIROSA during the fiscal year 2002-2003. / Ont été pris en charge au cours de la même année |
| 47 countries / 47 pays | benefited from IIROSAs orphans sponsorship programs in African, Asian and European. / D' Afrique, d' Asie et d' Europe ont bénéficié de la prise en charge des orphelins par l' Organisation |
| 22 orphanages / 22 orphelinats | are supervised by IIROSA in Asia (14 orphanages) and Africa (8 orphanages) / Supervisés par l' Organisation en Asie 14 orphelinats, Afrique 8 orphelinats |
| 30 supervisers & coordinators / 30 superviseurs | work for IIROSA abroad / Et coordinateurs des orphelins à l' étranger |

35

Social Welfare Program
Programme du parrainage social



The IIROSA is concerned with not only setting up but also management of orphanages as well as providing the orphans with education, health and cultural activities in order to make it possible for them to rely upon themselves when they release from orphanages. In addition, IIROSA sponsors orphans and families together and support the orphanages of certain bonafide charities. It also used to establish and manage orphans services centers in order to provide orphans with recreational and cultural services after school hours. In addition IIROSA implemented the Deprived Child Project, which aim to help the children who are separated from their families as a result of war, forced migration or calamities.

Sponsorship project is also one of the IIROSA's social projects. It's designed for those children who exceed the legal age of being sponsored who are, however, immature and need to be looked after.

L Organisation veille à la construction et la gestion des orphelinats et au parrainage éducatif, sanitaire, culturel et aux activités de divertissement des orphelins, ainsi qu'à leur qualification professionnelle, afin de les doter d'une auto-dépendance durant la période post-parrainage. Elle soutient également les orphelinats relevant de quelques associations caritatives fiables et prend en charge les orphelins et leurs familles. L Organisation tient aussi à édifier et gérer les centres destinés aux orphelins, pour leur offrir des services et des programmes culturels et récréatifs hors des heures scolaires.

L Organisation a mis en œuvre un projet de parrainage des enfants défavorisés, visant à parrainer les enfants séparés de leurs familles à cause de la guerre, de l'expulsion coercitive ou des catastrophes, dans le cas où le décès du père de famille demeure incertain. Par conséquent, le projet leur fournit une atmosphère sûre au sein des foyers ou centres d'assistance sociale spécialisée, pour assurer leur avenir.



**Table 1** — Achievement summary of Social Welfare Dept. in different continent in 2002-2003.
**Tableau N° (1)** — Résumé des réalisations en parrainage social de l'exercice fiscal 2002-2003 par continent

| S.No. | Continent | Number of country | Number of orphans | Number of orphanages | Amount spent on orphans | Funds pertaining to previous years, but spent in 2002-2003 | Allocations for orphanages during in 2002-2003 | Total expenditures in SR |
|---|---|---|---|---|---|---|---|---|
| 1 | Asia | 18 | 38,371 | 14 | 11,508,203 | 4,896,835 | 2,493,671 | 18,898,709 |
| 2 | Africa | 27 | 2,317 | 8 | 13,040,500 | 7,560,453 | 2,393,924 | 22,994,877 |
| 3 | Europe | 2 | 2,620 | 200,121 | 564,936 | 99,747 | 864,804 | |
| | **Grand Total** | 47 | 54,308 | 22 | 24,748,824 | 13,022,224 | 4,987,342 | 42,758,390 |

| S.No. | Pays | Nombre de pays | Nombre d'orphelins | Nombre de foyers | Dépenses pour les orphelins du budget 01-02 | Echéances des années précédentes dépensées en 01-02 | Allocations centrales en 01-02 | Total dépenses en Rials |
|---|---|---|---|---|---|---|---|---|
| 1 | Asie | 18 | 38.371 | 14 | 11.508.203 | 4.896.835 | 2.493.671 | 18.898.709 |
| 2 | Afrique | 27 | 2.317 | 8 | 13.040.500 | 7.560.453 | 2.393.924 | 22.994.877 |
| 3 | Europe | 2 | 2.620 | 200.121 | 564.936 | 99.747 | 864.804 | |
| | **Total Général** | 47 | 54.308 | 22 | 24.748.824 | 13.022.224 | 4.987.342 | 42.758.390 |

IIRO 000588



**Table 2 / Tableau N° (2)** — Achievement summary of Social Welfare Department fiscal year 2002-2003 in Asia. / Résumé des réalisations en parrainage social de l'exercice fiscal 2002-2003 par continent

| S.No. | Country | Number of orphans | Number of orphanages | Expenditures for orphans from 2002-2003 budget | Previous year's allocations, paid during 2002-2003 | Allocations payable to the orphanages in 2002-2003 | Total expenditures in SR |
|---|---|---|---|---|---|---|---|
| 1 | Jordan | 6,319 | -- | 3,695,376 | 1,470,102 | -- | 5,165,478 |
| 2 | Afghanistan | 4,003 | 1 | 306,700 | -- | -- | 306,700 |
| 3 | Indonesia | 1 | -- | 200 | -- | -- | 200 |
| 4 | In-house orphans | 592 | -- | 758,930 | 119,210 | -- | 878,140 |
| 5 | Pakistan | 1,285 | 4 | 895,217 | 184,814 | -- | 1,080,031 |
| 6 | Bangladesh | 1,664 | 7 | 699,718 | 78,640 | -- | 778,358 |
| 7 | Thailand | 133 | 1 | 160,880 | 5,475 | -- | 166,355 |
| 8 | Azerbaijan | 1,066 | -- | 216,850 | -- | -- | 216,850 |
| 9 | Sri Lanka | 126 | -- | 106,455 | 27,004 | -- | 133,459 |
| 10 | Syria | 15 | -- | 9,621 | 3,547 | -- | 13,168 |
| 11 | Philippines | 120 | 1 | 125,000 | -- | -- | 125,000 |
| 12 | Palestine | 2,498 | -- | 165,430 | 85,752 | -- | 251,182 |
| 13 | Kurdistan | 7,150 | -- | 3,751,757 | 2,917,797 | -- | 6,669,554 |
| 14 | Lebanon | 148 | -- | 18,950 | -- | -- | 18,950 |
| 15 | Nepal | 8 | -- | 5,080 | 4,494 | -- | 9,574 |
| 16 | India | 1,234 | 16,208 | -- | -- | -- | 16,208 |
| 17 | Yemen | 2,026 | -- | 574,331 | -- | -- | 574,331 |
| 18 | China | Aides | -- | 1,500 | -- | -- | 1,500 |
| 19 | Central Allocations | -- | -- | -- | -- | 2,493,671 | 2,493,671 |
|  | **Total Asia** | **28,371** | **14** | **SR11,508,203** | **SR4,896,835** | **SR2,493,671** | **SR18,898,709** |

| S.No. | Pays | Nombre d'orphelins | Nombre de foyers | Dépenses pour les orphelins du budget 01-02 | Echéances des années précédentes dépensées en 01-02 | Allocations centrales en 01-02 | Total dépenses en 01-02 en Rials |
|---|---|---|---|---|---|---|---|
| 1 | Jordanie | 6,319 | -- | 3,695,376 | 1,470,102 | -- | 5,165,478 |
| 2 | Afghanistan | 4,003 | 1 | 306,700 | -- | -- | 306,700 |
| 3 | Indonésie | 1 | -- | 200 | -- | -- | 200 |
| 4 | Orphelins - interne | 592 | -- | 758,930 | 119,210 | -- | 878,140 |
| 5 | Pakistan | 1,285 | 4 | 895,217 | 184,814 | -- | 1,080,031 |
| 6 | Bangladesh | 1,664 | 7 | 699,718 | 78,640 | -- | 778,358 |
| 7 | Thaïlande | 133 | 1 | 160,880 | 5,475 | -- | 166,355 |
| 8 | Azerbaïdjan | 1,066 | -- | 216,850 | -- | -- | 216,850 |
| 9 | Sri Lanka | 126 | -- | 106,455 | 27,004 | -- | 133,459 |
| 10 | Syrie | 15 | -- | 9,621 | 3,547 | -- | 13,168 |
| 11 | Philippines | 120 | 1 | 125,000 | -- | -- | 125,000 |
| 12 | Palestine | 2,498 | -- | 165,430 | 85,752 | -- | 251,182 |
| 13 | Kurdistan | 7,150 | -- | 3,751,757 | 2,917,797 | -- | 6,669,554 |
| 14 | Liban | 148 | -- | 18,950 | -- | -- | 18,950 |
| 15 | Népal | 8 | -- | 5,080 | 4,494 | -- | 9,574 |
| 16 | Inde | 1,234 | 16,208 | -- | -- | -- | 16,208 |
| 17 | Yémen | 2,026 | -- | 574,331 | -- | -- | 574,331 |
| 18 | Chine | Aides | -- | 1,500 | -- | -- | 1,500 |
| 19 | Allocations centrales | -- | -- | -- | -- | 2,493,671 | 2,493,671 |
|  | **Total Asie** | **28,371 orphelin(e)s** | **14 foyers** | **11,508,203 Rials** | **4,896,835 Rials** | **2,493,671 Rials** | **18,898,709 Rials** |

IIRO 000589

Social Welfare Program
Programme du parrainage social



## Table 3 / Tableau N° (3)
### Achievements summary of Social Welfare Dept. for the Fiscal year 2002-2003 in Africa.
### Résumé des réalisations en parrainage social de l'exercice fiscal 2002-2003 par continent

| S.No. | Country / Pays | Number of orphans / Nombre d'orphelins | Number of orphanages / Nombre de foyers | Expenditures for orphans from 2002-2003 budget / Dépenses pour les orphelins du budget 01-02 | Previous year's allocations, paid during fiscal year 2002-2003 / Echéances des années précédentes dépensées en 01-02 | Allocations payable to the orphanages during fiscal year in 2002-2003 / Allocations centrales en 01-02 | Total expenditures in SR during fiscal year 2002-2003 / Total dépenses en 01-02 en Rials |
|---|---|---|---|---|---|---|---|
| 1 | Ethiopia - Ethiopie | 1800 | 1 | 178,885 - 178.885 | -- | -- | 178,885 - 178.885 |
| 2 | Eritrea - Erythrée | 3 | -- | 5,260 - 5.260 | 714 | -- | 5,974 - 5.974 |
| 3 | Uganda - Ouganda | 3394 | 2 | 2,758,436 - 2.758.436 | 885,927 - 885.927 | -- | 3,644,363 - 3.644.363 |
| 4 | Burkina Faso - Burkina Faso | 619 | -- | 611,490 - 611.490 | 211,646 - 211.646 | -- | 823,136 - 823.136 |
| 5 | Bénin - Bénin | 3 | -- | 1,020 - 1.020 | 684 | -- | 1,704 - 1.704 |
| 6 | Chad - Tchad | 1734 | 1 | 995,614 - 995.614 | 848,621 - 848.621 | -- | 1,844,235 - 1.844.235 |
| 7 | Tanzania - Tanzanie | 187 | 1 | 245,953 - 245.953 | -- | -- | 245,953 - 245.953 |
| 8 | Togo - Togo | 10 | -- | 10,200 - 10.200 | 1,521 - 1.521 | -- | 11,721 - 11.721 |
| 9 | Gambia - Gambie | 256 | -- | 180,979 - 180.979 | 216,969 - 216.969 | -- | 397,948 - 397.948 |
| 10 | Djibouti - Djibouti | 234 | -- | 226,940 - 226.940 | 143,012 - 143.012 | -- | 369,952 - 369.952 |
| 11 | Ivory Coast - Côte d'Ivoire | 86 | -- | 114,842 - 114.842 | 32,747 - 32.747 | -- | 147,589 - 147.589 |
| 12 | Sénégal - Sénégal | 1069 | -- | 458,603 - 458.603 | 435,935 - 435.935 | -- | 894,538 - 894.538 |
| 13 | Soudan - Soudan | 2860 | -- | 165,336 - 165.336 | 1,965 - 1.965 | -- | 167,301 - 167.301 |
| 14 | Somalia - Somalie | 3376 | -- | 2,523,482 - 2.523.482 | 2,164,535 - 2.164.535 | -- | 4,688,017 - 4.688.017 |
| 15 | Guinéa-Bissau - Guinée-Bissau | 65 | -- | 23,100 - 23.100 | 29,317 - 29.317 | -- | 52,417 - 52.417 |
| 16 | Kenya - Kenya | 134 | 1 | 26,160 - 26.160 | 6,064 - 6.064 | -- | 32,224 - 32.224 |
| 17 | Egypt - Egypte | 4987 | -- | 2,546,378 - 2.546.378 | 1,380,193 - 1.380.193 | -- | 3,926,571 - 3.926.571 |
| 18 | Malawi - Malawi | 100 | 1 | 98,000 - 98.000 | -- | -- | 98,000 - 98.000 |
| 19 | Mauritania - Mauritanie | 727 | 1 | 757,132 - 757.132 | 111,953 - 111.953 | -- | 869,085 - 869.085 |
| 20 | Nigeria - Nigeria | 1521 | -- | 1,058,799 - 1.058.799 | 998,690 - 998.690 | -- | 2,057,489 - 2.057.489 |
| 21 | Tunisia - Tunisie | 8 | -- | 11,343 - 11.343 | 3,472 - 3.472 | -- | 14,815 - 14.815 |
| 22 | Zambia - Zambie | 9 | -- | 3,060 - 3.060 | 4,111 - 4.111 | -- | 7,171 - 7.171 |
| 23 | Ghana - Ghana | 32 | -- | 32,448 - 32.448 | 10,105 - 10.105 | -- | 42,553 - 42.553 |
| 24 | Niger - Niger | 2 | -- | 2,040 - 2.040 | 161 | -- | 2,201 - 2.201 |
| 25 | Mali - Mali | 144 | -- | 5,000 - 5.000 | 44,027 - 44.027 | -- | 49,027 - 49.027 |
| 26 | Sierra Leon - Sierra Leone | -- | -- | -- | 1,500 - 1.500 | -- | 1,500 - 1.500 |
| 27 | Mauritius - Ile Maurice - Ligue | 55 | -- | -- | 26,584 - 26.584 | -- | 26,584 - 26.584 |
| 28 | Central Allocations - Allocations centrales | -- | -- | -- | -- | 2,393,924 - 2.393.924 | 2,393,924 - 2.393.924 |
| | **Total for Africa / Total Afrique** | **23,318** orphelin(e)s | **8** foyers | **SR13,040,500** / 13.040.500 Rials | **SR 7,560,453** / 7.560.453 Rials | **SR2,393,924** / 2.393.924 Rials | **SR22,994,877** / 22.994.877 Rials |

38

IIRO 000590



Social Welfare Programme
Programme du parrainage social



Europe
864,804
864.804
2.02 %

Asia
Asie
22,994,877
22.994.877
44.2%

Africa
Afrique
22,994,877
22.994.877
53.78 %



**Table 4** — Achievements Summary of Social Welfare Dept. for the Fiscal Year 2002-2003 in Europe.
**Tableau N° (4)** — Réalisations en parrainage social de l'exercice fiscal 2002-2003 en Europe

| SN | Country / Pays | Number of orphans / Nombre d'orphelins | Expenditures for orphans from 2002-2003 budget / Dépenses pour les orphelins du budget 01-02 | Previous year's allocations paid during fiscal year 2002-2003 / Echéances des années précédentes dépensées en 01-02 | Allocations payable to the orphanages during fiscal year 2002-2003 / Allocations centrales en 01-02 | Total expenditures in SR during fiscal year 2002-2003 / Total dépenses en 01-02 en Rials |
|---|---|---|---|---|---|---|
| 1 | Albania - Albanie | 674 | 174,760 - 174.760 | 191,472 - 191.472 | -- | 366,232 - 366.232 |
| 2 | Bosnia-Herzegovina / Bosnie-Herzégovine | 1,946 - 1.946 | 25,361 | 373,646 | -- | 398,825 - 398.825 |
| 3 | Allocations payable to the orphanages / Allocations centrales | -- | -- | -- | 99,747 | 99,747 - 99.747 |
| | **Total for Europe / Total Europe** | 2,620 / 2.620 orphelin(e)s | 200,121 / 200.121 Rials | 564,939 / 564.939 Rials | 99,747 / 99.747 Rials | 864,804 / 864.804 Rials |

IIRO 000591