# Engineering Department (Cultural Centers and Water Wells)
# Département de Génie Civil (forage de puits et Construction de Centres Culturels)



40

IIRO 000592



Engineering Department
Département de Génie Civil



| | |
|---|---|
| Builds 34 cultural centers every month<br>2,589,154 Rials | i.e. the rate of 1 cultural center per day.<br>Dépenses de l'Organisation pour le forage des puits. |
| SR18,021,629<br>256,200 personnes | have been spent in building cultural center and drilling water wells.<br>Ont bénéficié des puits |
| 409 cultural centers | have been built during the fiscal year 2002-2003 at a cost of SR15,432,475 and more than 68,564 persons benefited. |
| 609 Artesian and Surface<br>609 puits | have been drilled and equipped at a cost of SR2,589,154 and more than 256,200 people benefited.<br>Superficiels et artésiens ont été forés et équipés |
| 28 Countries<br>28 pays | benefited from IIROSA's Engineering Dept. Services.<br>Ont été concernés par le forage des puits |

41

IIRO 000593



**Engineering Department**
Département de Génie Civil

The most severe hardship the people always suffer from is lack of cultural centers in villages and cities they are living in, because of poverty or because of shortage of the necessary means. The supports and encouragements of the philanthropists, IIROSA has been able to overcome the problems by constructing of hundreds of cultural centers all over the world. Similarly, refugees and poor are exposed to greatest hardships as result of drought and desertification, particularly in Africa and Asia. Therefore, IIROSA drill and equip a large number of artesian and surface water wells in Africa and Asia. The total number of water wells built by IIROSA during the fiscal year 2002-2003 was 1,651 artesian and surface water wells.

L une des afflictions majeures des musulmans au fil du temps a été l inexistence de mosquées pour qu ils s acquittent du devoir de la prière dans les villes et campagnes où ils vivent, pour des raisons pratiques ou matériels les empêchant de construire ces mosquées. L Organisation a réussi par la grâce de Dieu et par le soutien des bienfaiteurs de ce bon pays à apaiser le tourment des musulmans, en édifiant des centaines de mosquées partout dans le monde.

Les musulmans souffrent également du problème de la sécheresse et la désertification, particulièrement en Afrique et en Asie. Les récoltes s en retrouvent mortes, forçant les populations à subir des situations des plus précaires. Dans le but d alléger ces souffrances, l Organisation a procédé au forage et à l équipement d un nombre considérable de puits superficiels et artésiens en Asie et en Afrique. Ainsi, 1651 puits artésiens et superficiels ont été creusés jusqu à l an 2003.



Water Wells
Puits
2,589,154
(906)
14.37 %

Mosques
15,432,475
(409)
85.63 %

| Table 1 Tableau N° (1) | Total amount spent on cultural centers and drilling water wells in 2002-2003 Résumé des projets de Génie Civil, des dépenses et des bénéficiaires au cours de l'année 2002-2003 | | | | |
|---|---|---|---|---|---|
| SN | Continent | Number of countries Nombre de pays | Number of cultural centers Nombre de centres culturels | Number of water wells Nombre de puits | Number of beneficiary Nombre de bénéficiaires | Total expenditures in SR Total dépenses en Rials |
| 1 | Asia-Asie | 13 | 359 | 517 | 287,684 - 287,684 | 14,023,600 - 14,023,600 |
| 2 | Africa - Afrique | 15 | 50 | 92 | 37,080 - 37,080 | 3,023,029 - 3,023,029 |
| | Grand Total Total Général | 28 28 pays | 409 | 609 609 puits | 324,724 - 324,724 256.200 bénéficiaires | 18,021,629 2.589.154 Rials |

42

IIRO 000594



Engineering Department
Département de Génie Civil



Achievement summary of engineering department's
Mosques in 2002-2003

Le résumé des réalisations du department de Génie Civile
L' exercise 2002/2003

Africa
Afrique
2,165,915
14.03 %

Asia
Asie
13,266,560
85.97 %



43



### Table 3 / Tableau N° (3)
**Achievement Summary of Engineering Department's Water Wells in 2002-2003**
Réalisations du Département de Génie Civil en forage de puits au cours de l'exercice fiscal 2001-2002

| | Country / Pays | Water wells - Puits | | | Number of beneficiary / Nombre de bénéficiaires | Actual cost in SR / Coût en Rials |
|---|---|---|---|---|---|---|
| | | Artesian / Artésien | Surface / Superficiel | Total (water wells) / Total puits | | |
| 1 | Azerbaidjan | -- | 1 | 1 | 200 | 5,000 |
| 2 | Afghanistan | -- | 80 | 80 | 16,000 | 243,740 |
| 3 | Indonesia - Indonésie | 32 | 52 | 84 | 74,400 | 277,800 |
| 4 | Pakistan | 1 | 62 | 63 | 14,400 | 271,000 |
| 5 | Bangladesh | 20 | 109 | 129 | 61,800 | 421,000 |
| 6 | Thailand - Thaïlande | 2 | 15 | 17 | 7,000 | 73,000 |
| 7 | Sri Lanka | 11 | 17 | 28 | 25,400 | 172,000 |
| 8 | Kurdistan | 3 | 3 | 6 | 6,600 | 75,000 |
| 9 | Azad Kashmir - Cachemire | -- | 41 | 41 | 8,200 | 123,000 |
| 10 | India - Inde | -- | 68 | 68 | 13,600 | 70,500 |
| | Total Asia - Asie | 69 | 448 | 517 | 227,600 | 1,732,040 |
| 1 | Ethiopia - Ethiopie | -- | 22 | 22 | 4,400 | 211,100 |
| 2 | Uganda - Ouganda | 5 | -- | 5 | 10,000 | 143,480 |
| 3 | Burkina Faso | -- | 1 | 1 | 200 | 10,000 |
| 4 | Tanzania - Tanzanie | 1 | 15 | 16 | 5,000 | 125,000 |
| 5 | Sénégal | -- | 6 | 6 | 600 | 50,000 |
| 6 | Somalia - Somalie | -- | 14 | 14 | 2,800 | 172,174 |
| 7 | Ghana | -- | 10 | 10 | 2,000 | 47,360 |
| 8 | Niger | -- | 2 | 2 | 400 | 18,000 |
| 9 | Nigeria | -- | 16 | 16 | 3,200 | 80,000 |
| | Total Africa - Afrique | 6 | 86 | 92 | 28,600 | 857,114 |
| | **Grand total / Total Général** | 75 artesian water wells / 75 puits artésiens | 534 surface water wells / 534 puits superficiels | 609 artesian & surface water wells / 609 puits artésiens & superficiels | 256,200 bénéficiaires | 2,589,154 en Rials |



Achievement of Engineering Department's Water Well in 2002 - 2003
Réalisations du Département de Génie Civil en forage de puits 2002 - 2003

Africa / Afrique: 857,114 — 33.1 %
Asia / Asie: 1,732,040 — 66.9 %

44



# Health Care Program
# Programme de parrainage sanitaire



45

Health Care Program
Programme de parrainage sanitaire

| | |
|---|---|
| SR11,631,519 | have been spent by IIROSA on health care projects during the fiscal year 2002- 2003. SR6,055,640 out of this amount come from health care projects' incomes and the remaining SR5,575,879 are given by IIROSA. |
| 1,667,255 patients | benefited from IIROSA's medical services during the fiscal year 2002-2003. fiscal year |
| 109 health | projects including hospitals, clinics, dispensaries, specialized health centers. |
| | IIROSA health projects are established in 31 countries including 5 hospitals, 54 clinics, 28 dispensaries, 5 polyclinics, 5 specialized health centers, 4 pharmacies and 7 other health programs. It also launched vaccination and anti-Malaria camps in Afghanistan and Azerbaijan. Established the Medical Caravans in India and Cambodia as well on anti- Malaria program in Azerbaijan. |
| 11,631,519 Rials | Dépenses de l Organisation en projets de santé en 2001-2002, dont les revenus symboliques représentent 6.055.640 Rials et le soutien alloué représente 5.575.879 Rials |
| 1.667.255 patients | Ont bénéficié des services médicaux de l Organisation au cours de la même année |
| 109 projets de santé | Dont un hôpital, un dispensaire, un cabinet et un centre spécialisé |
| | Les projets de santé de l Organisation sont implantés dans 31 pays à travers le monde, notamment 5 hôpitaux en plus de deux hôpitaux en Palestine et 54 dispensaires, 28 cabinets médicaux, 5 complexes de cabinets, 5 centres médicaux spécialisés, 4 pharmacies et 7 autres programmes sanitaires: Programme de vaccination et de lutte contre la malaria en Afghanistan, les caravanes médicales en Inde et au Cambodge, programme de lutte contre la malaria en Azerbaïdjan, le comité sanitaire en Azerbaïdjan et le centre d alimentation dans le dispensaire Arafat en Mauritanie. |

Millions of people die every day as a result of diseases and epidemics and particularly as a result of lack of health care services or the incapability of the patients to afford the cost of the treatment or to buy medicines. In addition, several children in many countries and poor communities are deprived from being vaccinated. Moreover, there are many sick, injured, disabled and many other suffering people worldwide as a result of war.

Through its health care program, IIROSA is concerned with establishing and managing clinics, hospitals and dispensaries; as well as to provide them with lab, x-rays, dental and ophthalmologic equipments and d midwifery units. In addition, IIROSA sets up medical caravans to the remote areas to implement vaccination campaigns; as well as to conduct medical check ups and treat those patients who are unable to travel to reach hospitals in the big cities.

It's worth mentioning here that the demands of the patients and regard to combating epidemics, the vaccination programs, prevention medicine and environmental protection, are always higher than the means available!

Des millions de gens décèdent des suites de maladies et de fléaux, en l absence de soins médicaux et l incapacité de prendre en charge les coûts du traitement et des médicaments. Des générations entières sont privées de vaccination en bas âge dans plusieurs pays en voie de développement et des sociétés démunies. Les guerres du reste, sous leurs formes les plus abjectes, ne font qu aggraver la situation, mettant fin à la vie des personnes et greffant d autres de blessures, de maladies ou de handicaps ; avivant davantage les souffrances des peuples.

Par le biais de son programme de parrainage sanitaire, l Organisation Internationale de Secours Islamique veille à l édification et la gestion de dispensaires, hôpitaux et cabinets médicaux. Elle veille aussi à les fournir en équipements de laboratoires, radiographie, dentaire, ophtalmologique, unités de maternité, en plus de la gestion des caravanes médicales dans les régions enclavées, pour mettre en place des campagnes de vaccination, d examen médical et de traitement des malades dans l incapacité de supporter les charges du déplacement et de se rendre aux hôpitaux dans les villes.



IIRO 000598



Health Care Program
Programme de parrainage sanitaire

**Table 1** — Health Care Projects in the various continents in 2002 - 2003
**Tableau N° (1)** — Résumé global des projets de parrainage sanitaire dans le monde et les dépenses en 2002 - 2003

| Continent | Number of countries / Nombre de pays | Hospitals / Hôpitaux | Clinics / Cabinets | Dispensaries / Dispensaires | Polyclinics Complexes de cabinets | Health centers / Centres médicaux | Pharmacies | Others / Autres | Total number of programs / Total programmes | Number of staff / Nombre d'employés | Number of visiting patients / Nombre de patients | Total expenditures in SR / Total Dépenses en Rials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asia - Asie | 12 | 7 | 16 | 17 | 3 | 4 | 1 | 6 | 54 | 364 | 779,397 - 779.397 | 5,353,229.8 - 5.353.229.8 |
| Africa - Afrique | 17 | 1 | 36 | 10 | 2 | - | 3 | 1 | 53 | 244 | 877,158 - 877.158 | 6,200,217.8 - 6.200.217.8 |
| Europe | 1 | - | 1 | - | - | 1 | - | - | 2 | 19 | 10,700 - 10.700 | 78,714 - 78.714 |
| TOTAL | 30 | 8 | 53 | 27 | 5 | 5 | 4 | 7 | 109 | 627 | 1,667,255 - 1.667.255 | 11,631,519 - 11.631.519 |

**Asia:**
Azerbaijan, Afghanistan, Ingoshia, Indonesia, Bangladesh, Pakistan, The Philippines, Palestine, Kurdistan, Jamo & Kashmir, Compodia, Lebanon, India, Yemen.

**Africa:**
Ethiopia, Uganda, Benin, Burkina, Fasso, Chad, Tanzania, Togo, The Gambia, Comoro Islands, Senegal, Sudan, Sierra Leon, Somalia, Kenya, Mauritania, Niger, Nigeria.

**Europe:**
Bosnia-Herzegovina.

**Asie:**
Azerbaïdjan, Afghanistan, Ingochie, Indonésie, Bangladesh, Pakistan, Philippines, Palestine, Kurdistan, et Cachemire, Cambodge, Liban, Inde, Yémen.

**Afrique:**
Ethiopie, Ouganda, Bénin, Burkina Faso, Tchad, Tanzanie, Togo, Gambie, Iles Comores, Sénégal, Sierra Leone, Somalie, Kenya, Mauritanie, Niger, Nigeria.

**Europe :**
Bosnie-Herzégovine.



Europe
78,714
78.714
0.02 %

Asia / Asie
5,353,229.8
5.353.229.8
78.714
46.3 %

Africa / Afrique
6,200,217.8
6.200.217.8
53.63%

47

IIRO 000599



Health Care Program
Programme de parrainage sanitaire

## Table 2 / Tableau N° (2)
### IIROSA's Health activities during fiscal year 2002-2003 in Asia
### Activité sanitaire détaillée dans les pays d'Asie au cours de l'exercice fiscal 2002-2003

| SN | Country / Pays | Name of the project / Nom du projet | Number of visiting patients / Nombre de patients | Total expenditures in SR / Total dépenses en Rials |
|---|---|---|---|---|
| 1 | Azerbaijan / Azerbaïdjan | Al Mawadah Clinics (3) - Clinique Al Awda au nombre de 3 | 33,956 - 33.956 | 212,891 - 212.891 |
| | | Malaria Program - Programme de lutte contre la malaria | 6,300 - 6.300 | 31,875 - 31.875 |
| | | Clinic for Chechnian Refugees - Cabinet des réfugiés tchétchènes | 0 | 187,500 - 187.500 |
| | | Health Committee - Comité sanitaire | 0 | 54,000 - 54.000 |
| | | Health Coordinator - Coordinateur de santé | 0 | 26,250 - 26.250 |
| | | **Total** | **40,256 - 40.256** | **512,516 - 512.516** |
| 2 | Afghanistan | Fatima Zahra Hospital (Jalal Abad) - Hôpital Fatima Zahra (Jalal Abad) | 41,556 - 41.556 | 6,496 - 6.496 |
| | | Luqman Clinics (3) - Clinique Laghman au nombre de 3 | 13,332 - 13.332 | 34,024 - 34.024 |
| | | Kawthar Clinics (3) - Clinique Kouner au nombre de 3 | 16,794 - 16.794 | 28,361 - 28.361 |
| | | Malaria Program - Programme de lutte contre la malaria | 114,185 - 114.185 | 53,812 - 53.812 |
| | | Vaccination Program | 4,788 - 4.788 | 39,545 - 39.545 |
| | | Nanjarhar Clinics (3) | 23,091 - 23.091 | 32,604 - 32.604 |
| | | **Total** | **213,666 - 213.666** | **410,791 - 410.791** |
| 3 | Indonesia / Indonésie | Al-Wihda Polyclinic - Dispensaire de l'institution Al Wahda | 0 | 43,896 - 43.896 |
| | | Al Safwa Polyclinic - Dispensaire de l'institution Assafwa | 0 | 7,517 - 7.517 |
| | | **Total** | **0** | **51,413 - 51.413** |
| 4 | Pakistan | Uhud Hospital - Hôpital Ouhoud | 40,248 - 40.248 | 393,148 - 393.148 |
| | | Badr Hospital - Hôpital Bad | 29,568 - 29.568 | 176,447 - 176.447 |
| | | Shamshtu Clinic - Clinique Chimchtou | 23,986 - 23.986 | 14,773 - 14.773 |
| | | Al Khaleej Center - Centre Al Khalij (Golf) | 12,480 - 12.480 | 563,800 - 563.800 |
| | | Miran Shah Clinic - Clinique Miran Chah | 0 | 16,633 - 16.633 |
| | | **Total** | **106,282 - 106.282** | **1,164,801 - 1.164.801** |

IIRO 000600



Health Care Program
Programme de parrainage sanitaire

**Table 2 / Tableau N° (2)** — IIROSA's Health activities during fiscal year 2002-2003 in Asia / Activité sanitaire détaillée dans les pays d'Asie au cours de l'exercice fiscal 2002-2003

| SN | Country / Pays | Name of the project / Nom du projet | Number of visiting patients / Nombre de patients | Total expenditures in SR / Total dépenses en Rials |
|---|---|---|---|---|
| 5 | Bangladesh | Shokoria Clinic - Dispensaire Chkouria | 10,213 | 41,534 |
| | | Qutbidya Clinic - Dispensaire Qatbidia | 5,105 | 43,007 |
| | | Kholna Clinic - Dispensaire Khoulna | 3,108 | 28,395 |
| | | Anwara Clinic - Dispensaire Anwara | 4,924 | 29,790 |
| | | Bashkali Clinic - Dispensaire Bachakli | 9,360 | 36,496 |
| | | Medical check up center - Centre d'examen médical | 1,145 | 209,045 |
| | | Beeri Seeri Clinic - Dispensaire Biri Sir | 0 | 38,852 |
| | | Yunami Khalich Four dispensary - Cabinet grec Khlich Four | 0 | 3,357 |
| | | Yunami Mirfor dispensary - Cabinet grec Mirfour | 0 | 2,400 |
| | | Health Coordinator - Coordinateur de santé | 0 | 16,458 |
| | | **Total** | **38,817** | **449,334** |
| 6 | Philippines | Taiba Polyclinic & Pharmacy - Dispensaire et pharmacie médicale | 3,268 | 76,977 |
| | | Al Makhdoom Poly Clinic - Dispensaire Al Makhdoum | 2,945 | 122,158 |
| | | Omar Bin Khatab Clinic - Clinique Omar Ibn Al Khattab | 1,368 | 80,914 |
| | | **Total** | **7,581** | **280,049** |
| 7 | Palestine | Medical supplies, Labs, Medicines & Hospitals / Equipements médicaux, laboratoires, médicaments et 2 hôpitaux | Soutien arrêté une seule fois. **Lump Sum** | 704,495 |
| | | **Total** | | **704,495** |
| 8 | Kurdistan | Health Center Zakhu - Centre de santé Zakhou | 51,600 | 104,678 |
| | | Health Center Irbil - Centre de santé Arbil | 43,400 | 78,064 |
| | | Central Lab - Sulemania - Laboratoire central Soulaimania | 38,000 | 98,596 |
| | | Central Lab - Dhuk - Laboratoire central Dahouk | 51,167 | 111,438 |
| | | Health Center - Sayed Sadik - Centre de santé Said Sadik | 58,200 | 107,469 |
| | | Charity Clinics - Bezaf - Clinique caritatifs Bezzaf | 45,600 | 83,563 |
| | | End Of Service Entitlements - Droits fin de service | 0 | 1,515 |
| | | **Total** | **287,967** | **585,323** |
| 9 | Cambodia / Cambodge | Health Caravans / Caravanes de santé | 0 | 38,889 |
| | | **Total** | -- | **38,889** |

Health Care Program
Programme de parrainage sanitaire



## Table 2 / Tableau N° (2)
### IIROSA's Health activities during fiscal year 2002-2003 in Asia
### Activité sanitaire détaillée dans les pays d'Asie au cours de l'exercice fiscal 2002-2003

| SN | Country / Pays | Name of the project / Nom du projet | Number of visiting patients / Nombre de patients | Total expenditures in SR / Total dépenses en Rials |
|---|---|---|---|---|
| 10 | Lebanon / Liban | Salahudin Clinic Complex - Complexe de cabinets Salah Eddine | 2,490 | 59,490 |
|  |  | Ishem clinic - Dispensaire Achhim | 5,969 | 90,100 |
|  |  | Baalabak polyclinic complex - Complexe de cabinets Baalbek | 5,159 | 98,516 |
|  |  | Al Abrar polyclinic Complex - Complexe de cabinets Al Abrar | 6,369 | 371,913 |
|  |  | Health Coordinator - Coordinateur de santé | 0 | 17,450 |
|  |  | **Total** | **19,987** | **637,469** |
| 11 | India / Indie | Al Hayat Hospital - Hôpital Al Hayatt | 6,989 | 85,213 |
|  |  | Health Caravans - Caravanes médicales | 26,540 | 39,000 |
|  |  | Al Tawheed & Al Hasa clinics - Dispensaires Attawhid et Ihsae | 0 | 77,778 |
|  |  | **Total** | **33,529** | **201,991** |
| 12 | Yemen / Yémen | Jibilah Hospital - Dispensaire Jabla | 16,298 | 48,611 |
|  |  | Al Dahi Hospita - Hôpital Addahil | 15,014 | 48,102 |
|  |  | **Total** | **31,312** | **96,713** |
|  |  | Allocations for the health projects | 0 | 219,445,8 |
|  |  | A total money spent in Asia | 779,397 | 5,353,229,8 |
|  |  | Allocations centrales | | 219.445.8 |
|  |  | Total des dépenses en Asie | 779.397 | 5.353.229.8 |

50

IIRO 000602



Health Care Program
Programme de parrainage sanitaire

**Table 3 / Tableau N° (3)** — IIROSA's Health activities during fiscal year 2002-2003 in Africa / Activité sanitaire détaillée dans les pays d'Afrique au cours de l'exercice fiscal 2002-2003

| SN | Country / Pays | Name of the project / Nom du projet | Number of visiting patients / Nombre de patients | Total expenditures in SR / Total dépenses en Rials |
|---|---|---|---|---|
| 1 | Ethiopia / Ethiopie | Al Waliya Clinic - Dispensaire Al Awalia<br>Harar Clinic - Dispensaire Harar<br>Asa'eita clinic - Dispensaire Asaita<br>Alixo clinic - Dispensaire Alksou<br>**Total** | 61,600<br>27,880<br>5,250<br>10,500<br>**105,230** | 239,444<br>99,706<br>46,820<br>35,544<br>**421,322** |
| 2 | Uganda / Ouganda | Lojo Clinic - Dispensaire Logo<br>Al Noor Clinic - Dispensaire Masjid Annour<br>**Total** | 5,000<br>2,800<br>**7,800** | 52,470<br>67,153<br>**119,623** |
| 3 | Benin / Bénin | Kotono clinic - Dispensaire Kotono<br>Portonovo Clinic - Dispensaire Porto Novo<br>Equipments and Labs - Equipements et laboratoires<br>**Total** | 22,000<br>5,500<br>0<br>**27,500** | 104,660<br>111,962<br>54,024<br>**270,646** |
| 4 | Burkina Faso | Wahigu Clinic - Dispensaire Wahijou<br>Dori Clinic - Dispensaire Dori<br>Bobodilasu Clinic - Dispensaire Bobodilaso<br>Wagadugu Clinic - Dispensaire Ouagadougou<br>Omar Bin Abdul Aziz - Dispensaire Omar Ibn Abdelaziz Clinic<br>Al Ridwan Clinic - Dispensaire Ridwan<br>Medical equipments - Equipements médicaux<br>**Total** | 7,500<br>900<br>9,500<br>9,800<br>6,600<br>9,800<br>0<br>**45,100** | 31,520<br>25,415<br>50,413<br>45,446<br>28,894<br>50,222<br>233,784<br>**465,694** |
| 5 | Chad / TChad | Al Khobar Poly Clinic - Dispensaire Al Khair<br>Health Coordinator - Coordinateur de santé<br>**Total** | 45,000<br>0<br>**45,000** | 82,137<br>28,331<br>**110,468** |
| 6 | Tanzania / Tanzanie | Bilal ibn Rabah Clinic - Dispensaire Bilal Ibn Rabah<br>**Total** | 56,300<br>**56,300** | 184,500<br>**184,500** |

IIRO 000603




Health Care Program
Programme de parrainage sanitaire

**Table 3 / Tableau N° (3)**

**IIROSA's Health activities during fiscal year 2002-2003 in Africa**
Activité sanitaire détaillée dans les pays d'Afrique au cours de l'exercice fiscal 2002-2003

| SN | Country / Pays | Name of the project / Nom du projet | Number of visiting patients / Nombre de patients | Total expenditures in SR / Total dépenses en Rials |
|---|---|---|---|---|
| 7 | Togo | Skudi Poly Clinic - Dispensaire Skoudi | 10,800 | 68,497 |
| | | Supplies & Labs - Equipements et laboratoires | 0 | 54,024 |
| | | **Total** | **10,800** | **122,521** |
| 8 | Gambia | Al Salam Clinics - Dispensaire Salam | 3,500 | 40,106 |
| | | Dental Clinic - Cabinet dentaire | 4,200 | 40,006 |
| | | Previous Year Expenses - Dépenses années précédentes | 0 | 10,561 |
| | | **Total** | **7,700** | **90,673** |
| 9 | Comoros / Iles Comores | Washili Polyclinic - Dispensaire Wachili | 27,200 | 134,445 |
| | | Tsinbihu Polyclinic - Dispensaire Tasmbihou | 8,000 | 0 |
| | | New Mashu Polyclinic - Dispensaire Niumachou | 7,000 | 21,875 |
| | | Health Coordinator - Coordinateur de santé | 0 | 65,628 |
| | | Previous Yea expenses, Pertanent, Advance Against Electric Bills / Dépenses années précédentes et crédit permanent contre factures d'électricité | 0 | 8,922 |
| | | **Total** | **42,200** | **230,867** |
| 10 | Senegal / Sénégal | Al Afia Polyclinic - Dispensaire Al Afia | 17,500 | 112,036 |
| | | Malik Bin Anas Polyclinic - Dispensaire Malek Ibn Anas | 22,500 | 110,926 |
| | | AL- Jamaa Polyclinic - Dispensaire Jamâa Muslimin | 17,200 | 56,630 |
| | | Supplies, Labs & Previuos Year Expenses / Equipements, laboratoires et dépenses des années précédentes | 0 | 121,967 |
| | | **Total** | **57,200** | **401,559** |
| 11 | Sudan | Al Ubaid Hospital - Hôpital Al Abyad | Support - Soutien | 200,000 |
| | | Al Thawa Health Clinic Complex - Complexe sanitaire de cabinets Hay Tarwa | 51,000 | 310,232 |
| | | Al Gadar Health Clinic Complex - Complexe sanitaire de cabinets Hay Qadarif | 64,000 | 33,700 |
| | | Kashm Al Qaryah Clinic - Cabinet Khachm Qorba | 35,000 | 10,000 |
| | | Wad Sharifi Clinic - Dispensaire Wad Chrifi | 32,400 | 10,000 |
| | | Haii Al Sheiba Polyclinic - Dispensaire Hay Chaabia | 9,000 | 44,844 |
| | | Abu Alaga Clinics - Cabinet Abou Alqa | 6,000 | 10,000 |
| | | Um Qarkur Clinic - Cabinet Oum Qarqour | 12,000 | 10,000 |
| | | Al Shuhrab Al Janubi Clinic - Cabinet Chajrab sud | 21,000 | 10,000 |
| | | Al Shuhrab Al Shumali Clinic - Cabinet Chajrab nord | 20,000 | 10,000 |
| | | Deem Al Noor Health Polyclinic - Dispensaire de santé Dim Annour | 30,200 | 145,908 |
| | | Malkal Health Polyclinic - Dispensaire de santé Milkal | 9,912 | 93,420 |
| | | Juba Health Polyclinic - Dispensaire de santé Jouba | 9,056 | 93,420 |

52

IIRO 000604



Health Care Program
Programme de parrainage sanitaire

**Table 3 / Tableau N° (3)** — IIROSA's Health activities during fiscal year 2002-2003 in Africa / Activité sanitaire détaillée dans les pays d'Afrique au cours de l'exercice fiscal 2002-2003

| SN | Country / Pays | Name of the project / Nom du projet | Number of visiting patients / Nombre de patients | Total expenditures in SR / Total dépenses en Rials |
|---|---|---|---|---|
| 11 | Sudan | Waw Health Polyclinic - Dispensaire de santé Waou | 13,260 | 93,420 |
|  |  | Maravit Health Polyclinic - Dispensaire de santé Mrafit | 7,000 | 104,948 |
|  |  | Sinkat Clinic - Cabinet Sanakat | 9,800 | 78,840 |
|  |  | Health Coordinator - Coordinateur de santé | 0 | 24,000 |
|  |  | Three Pharmacies - Trois pharmacies | 0 | 1,440,000 |
|  |  | Clinic Environments Health & Staff Dues Cabinets et projet de santé de l'environnement et liquidation des dus des employés | 0 | 108,640 |
|  |  | **Total** | **331,628** | **2,830,967** |
| 12 | Sierra Leone | Al Shifa Polyclinic - Dispensaire Achifa | 0 | 48,000 |
|  |  | **Total** | **0** | **48,000** |
| 13 | Somalia | North Mogadishu Polyclinic - Dispensaire Nord Mogadishu | 22,500 | 53,958 |
|  |  | South Mogadishu Polyclinic - Dispensaire Sud Mogadishu | 9,250 | 53,958 |
|  |  | Medical Supplies - Equipements médicaux | 0 | 68,871 |
|  |  | Previous Year Expenses - Dépenses années précédentes | 0 | 19,464 |
|  |  | **Total** | **31,750** | **196,251** |
| 14 | Kenya | Kisomo Polyclinic - Dispensaire Kisomo | 7,500 | 36,000 |
|  |  | **Total** | **7,500** | **36,000** |
| 15 | Mauritania / Mauritanie | Arafat Polyclinic & Nutrition Cente / Dispensaire Arafat et centre d'alimentation | 44,700 | 62,989 |
|  |  | Previous Year Expenses - Dépenses années précédentes | 0 | 8,684 |
|  |  | **Total** | **44,700** | **71,673** |

IIRO 000605

Health Care Program
Programme de parrainage sanitaire



**Table 3 / Tableau N° (3)** — IIROSA's Health activities during fiscal year 2002-2003 in Africa / Activité sanitaire détaillée dans les pays d'Afrique au cours de l'exercice fiscal 2002-2003

| SN | Country / Pays | Name of the project / Nom du projet | Number of visiting patients / Nombre de patients | Total expenditures in SR / Total dépenses en Rials |
|---|---|---|---|---|
| 16 | Niger | Lamurdi Polyclinic - Dispensaire Lamordi | 3,500 | 92,511 |
| | | Total | 3,500 | 92,511 |
| 17 | Nigeria | Orphans Clinic - Cabinet Al Aytam | 45,750 | 185,000 |
| | | Kalinju Clinic - Cabinet Kalinjou | 7,500 | 53,458 |
| | | Differences Of Payments To Nigeria / Différences des versements au Nigeria | 0 | 1,875 |
| | | Health Coordinator - Coordinateur de santé | 0 | 10,330 |
| | | Total | 53,250 | 250,663 |
| | | Allocations for IIROSA health projects in Africa | 254,270.8 | |
| | | Total Expenditures in Africa | 1,667,255 | 620,217.8 |
| | | Allocations centrales pour l'Afrique | 254.270.8 | |
| | | Total général pour l'Afrique | 1.667.255 patients | 620.217.8 Rials |



Health Care Program
Programme de parrainage sanitaire

| Table 4 / Tableau N° (4) | IIROSA's Health activities during fiscal year 2002-2003 in Europe / Activité sanitaire détaillée dans les pays d'Europe au cours de l'exercice fiscal 2002-2003 |||
|---|---|---|---|
| SN | Country / Pays | Name of the project / Nom du projet | Number of visiting patients / Nombre de patients | Total expenditures in SR / Total dépenses en Rials |
| 1 | Bosnia Herzegovina / Bosnie | Center of natural therapeutics - Centre de traitement naturel | 10,700 | 74,732 |
| | | Allocations for IIROSA health centers in Bosnia / Allocations centrales pour la Bosnie | 3,339,4 | |
| | | Total expenditures in Europe - Total général pour l'Europe | 10,700 | 78,071,4 |
| | | Grand total of expenditures on the 3 continents / Total général des dépenses sur les continents en Rials | 1,677,255 patients | SR 11,631,519 |




55

IIRO 000607

**Table 5 / Tableau N° (5)** — The medicines and medical equipments donated by IIROSA to Saudi charitable organizations in 2002-2003. / Relevé des médicaments et quelques équipements médicaux offerts par l'OIIS/AS durant l'exercice 2002/2003

| SN | Name of the beneficiary entity | Country | Number of cartons | Kind of the medical equipment | Weight in Kg | Estimative value in SR |
|---|---|---|---|---|---|---|
| 1 | Al Bir Society, Jeddah / Association Al Bir - Djedda | KSA / Arabie Saoudite | 191 / 191 | Various medicines and medical material / Divers médicaments et consommables médicaux | 900 / 900 | 145,500 / 145,500 |
| 2 | Al Bir Society, / Association Al Bir – La Mecque | KSA / Arabie Saoudite | 381 / 381 | Various medicines and medical material / Divers médicaments et consommables médicaux | 1,500 / 1,500 | 238,000 / 238,000 |
| 3 | Al Mansour Charity polyclinic, Jeddah / Cabinets Al Mansour Al Khayria | KSA / Arabie Saoudite | 373 / 373 | Various medicines and medical material / Divers médicaments et consommables médicaux (bonnes œuvres) – Djedda | 1,350 / 1,350 | 236,500 / 236,500 |
| 4 | Ruhanjia Arakan social charity society for the Burma community in Jeddah / Association Rahnjia – Bonnes œuvres des Birmans - Djedda | KSA / Arabie Saoudite | 80 / 80 | Various medicines / Divers médicaments | 350 / 350 | 40,000 / 40,000 |
| 5 | Amal Development Center for Speaking Anomalies Treatment / Centre Al Amal de croissance et d'orthophonie – Djedda | | 2 | Chairs for disabled people / Fauteuils roulants | | 1,200 |
|  |  |  | 1 | Clinical bed / Lit médical | | 1,500 |
|  |  |  | 4 | Medical cupboard / Ceinture médicale | | 1,000 |
|  |  |  | 1 | Stomach belt / Ceinture médicale | | 50 |
|  |  |  | 2 | Muscles massage machine / Machine massage musculaire | | 200 |
|  |  |  | 1 | Walking machine for sporting / Tapis roulant de rééducation | | 5,000 |
| | | **Total** | **1,036** | | **4,100** | **668,950** |



56

IIRO 000608