

# Educational Care Program
# Parrainage éducatif





57

IIRO 000609

Educational Care Program
Parrainage éducatif



The IIROSA has taken a number of steps to save underprivileged students from the diseases of ignorance and retardation. The most of the students who leave school because their parents cannot afford the expenses and turn out on the streets, only to be ruthlessly submerged by unemployment, disgression and neglect.

Therefore, the rational behind the idea of educational care program of the IIROSA is to see that these societies are not deprived of the potentialities of the dropouts, especially, since some of them may be very smart and intelligent. Accordingly, the organization has taken it upon itself, to build, run and subsidize schools, and other educational institutions in many parts of the world. It also sponsors teachers and offers scholarships and financial assistance to needy students.

IIROSA granted scholarships and assistance to 563 students (boys &girls) of different nationalities studying in various fields such as medicine, engineering, social sciences and natural sciences. IIROSA sponsors 79 teachers in 17 Asia and African countries. In addition, IIROSA supports and manages 41 educational institutions (school, institute, universities, colleges and campuses). Following are the most prominent among the said educational establishments: Ummul Qura educational complex (Somalia), Tiba educational complex (Somalia) with more than 4,100 students; Bilal Islamic institute (Uganda, with 850 students),the Islamic university in Afghanistan (with two branches one in Jalalabad and the other one in Herat) with 300 students, teachers training college (Kenya), teachers training college (Nigeria),Jalal Islamic college (Thailand) and Al Azalea school (Ethiopia). 32,453 students benefit from IIROSA's educational services which cover 43 countries including 20 African countries:

Ethiopia, Eritra, Uganda, Benin, Burundi, Chad, Togo, The Gambia, Comoro Islands, Ivory Coast, Senegal, Sudan, Somalia,Guinea Conakry, Cameroon, Congo, Kenya, Mali, Egypt and Nigeria.

23 Asian countries:
Azerbaijan, Jordan, Afghanistan, Indonesia, Uzbakistan, Pakistan, Bangladesh, Burma, Thailand, Turkmanistan, the expatriate communities livin in Saudi Arabia, Daghistan, Checheria, China, Tajikstan, Palestine, Kyrgyztan, Kazakhstan, Kurdistan, Malaysia, Nepal, India and Yemen.

| | |
|---|---|
| SR5,683,063<br>5.783.063 Rials | have been spent by IIROSA on Educational Care Program. During fiscal year 2002-2003.<br>Dépenses de l' Organisation en parrainage éducatif au cours de l' année 2001-2002 |
| 32,453 students (boys & girls)<br>32.453 étudiant(e)s | benefited from IIROSA's educational institutions.<br>Ont bénéficié des services des institutions éducatives |
| 563 students (boys & girls)<br>563 étudiant(e)s | Received scholarships and aids from IIROSA.<br>Ont reçu des bourses et des aides scolaires de l' Organisation |
| 79 teachers<br>89 professeurs | Are sponsored by IIROSA<br>Ont été pris en charge par l' Organisation |
| 41 educational institutions<br>41 institutions d'enseignement | Ont été parrainées par l' Organisation à travers le monde |
| 43 countries<br>43 pays | Benefited from IIROSA's educational activity<br>Ont récolté les fruits de l' activité éducative de l' Organisation |

L. Organisation a pris la responsabilité de contribuer à la diffusion de l' enseignement au sein des sociétés analphabètes, profitant aux millions de personnes issues du monde islamique en Asie et en Afrique, qui ont été privées d' opportunités d' éducation en raison de circonstances économiques et sociales dans leurs pays. Cette mission peut être accomplie par la construction et la gestion de plusieurs écoles et universités dans certains pays et sociétés des minorités, en plus de la prise en charge des enseignants et l' octroi de bourses et aides scolaires à des centaines d' étudiants de diverses spécialisations faisant défaut dans leurs sociétés.

L. Organisation a octroyé des bourses et aides scolaires à 563 étudiant(e)s de 32 nationalités et de plusieurs spécialisations dont : les études islamiques, la médecine, l' ingénierie, la langue arabe, les sciences sociales et les sciences naturelles. L. Organisation prend en charge 79 enseignants dans dix sept pays d' Asie et d' Afrique. Elle a également apporté son soutien et veillé à la gestion de 41 établissement éducatifs, dont des écoles, instituts, universités, internats... Parmi les établissement les plus importants, figurent les complexes éducatifs Oum Al Qoura et Tiba en Somalie, abritant plus de 4.100 étudiant(e)s, l' institut islamique Bilal en Ouganda qui accueille 850 étudiant(e)s, l' université islamique en Afghanistan avec ses deux branches à Jalal-Abad et Hirat, accueillant 300 étudiants, les deux universités de formation des enseignants au Kenya et Nigeria, l' université islamique à Jala en Thailande, l' école primaire en Ethiopie qui comprend 3.176 étudiant(e)s. Ainsi, 32.453 étudiant(e)s ont bénéficié des services éducatifs de l' Organisation. L' activité de l' Organisation en matière d' éducation a couvert 43 pays dans le monde, dont 20 pays d' Afrique : Ethiopie, Erythrée, Ouganda, Bénin, Burundi, Tchad, Togo, Gambie, Iles Comores, Côte d' Ivoire, Sénégal, Soudan, Somalie, Guinée Conakry, Cameroun, Congo, Kenya, Mali, Egypte et Nigeria ; et 23 pays d' Asie : Azerbaïdjan, Jordanie, Afghanistan, Indonésie, Ouzbékistan, Pakistan, Bangladesh, Birmanie, Thaïlande, Turkménistan, les émigrés en Arabie Saoudite, Daghestan, Tchétchénie, Chine, Tadjikistan, Palestine, Kirghizie, Kazakhstan, Kurdistan, Malaisie, Népal, Inde et Yémen.

Les tableaux ci-joints illustrent le type et le volume de l' activité éducative dans chaque pays, suivis de schémas explicatifs.



58



Educational Care Program
Parrainage éducatif

### Table 1 / Tableau N° (1)
Table showing summary of Educational Care projects implemented in the continents in 2002-2003
Résumé des projets de parrainage éducatif par continent Durant l'exercice 2002/2003

| SN | Continent / Continent | Number of students receiving scholarships /aids from IIROSA / Nombre d'étudiants bénéficiaires de Bourses scholarships et aides | Number of teachers (male & female) / Nombre d'enseignants | Number of educational institutions / Nombre d'établissements éducatifs | Number of students at the educational institutions / Nombre d'étudiants auxEtabliss. Educatifs | Actual expenditures in SR / Dépenses réelles en Rials |
|---|---|---|---|---|---|---|
| 1 | Asia - Asie | 453 | 35 | 24 | 20,733 | 2,251,798 |
| 2 | Africa - Afrique | 110 | 44 | 17 | 11,720 | 3,431,265 |
|   | TOTAL | 563 | 79 | 41 | 32,453 | 5,683,063 |

### Table 2 / Tableau N° (2) — I. Asia / I. Asie
Educational Care projects in various countries in 2002-2003
Projets de parrainage éducatif distribués par pays sur la période durant l'exercice 2002/2003

| SN | Country / Pays | Number of students receiving scholarships /aids from IIROSA / Nombre d'étudiants bénéficiaires de Bourses scholarships et aides | Number of teachers (male & female) / Nombre d'enseignants | Number of educational institutions / Nombre d'établissements éducatifs | Number of students at the educational institutions / Nombre d'étudiants auxEtabliss. Educatifs | Actual expenditures in SR / Dépenses réelles en Rials |
|---|---|---|---|---|---|---|
| 1 | Azerbaijan / Azerbaïdjan | 20 | 2 | 0 | 0 | 273,367 |
| 2 | Jordan / Jordanie | 123 | 0 | 0 | 0 | 141,962 |
| 3 | Afghanistan | 0 | 0 | 0 | 300 | 194,445 |
| 4 | Indonesia / Indonésie | 0 | 0 | 1 | 163 | 470,370 |
| 5 | Uzbekistan / Ouzbékistan | 4 | 0 | 0 | 0 | 17,500 |
| 6 | Pakistan | 0 | 5 | 1 | 768 | 175,800 |
| 7 | Bangladesh | 11 | 5 | 6 | 1,561 | 107,259 |
| 8 | Burma / Birmanie | 3 | 0 | 0 | 0 | 3,500 |
| 9 | Thailand / Thaïlande | 5 | 0 | 4 | 506 | 8,167 |
| 10 | Turkmenistan / Turkménistan | 5 | 0 | 0 | 0 | 9,615 |
| 11 | Dagestan / Daghestan | 24 | 0 | 0 | 0 | 46,152 |
| 12 | The expatriate communities living in Saudi Arabia / Emigrés en Arabie Saoudite | 0 | 0 | 10 | 16,692 | 200,000 |
| | KSA / Arabie Saoudite | 3 | 0 | 0 | 0 | 8,400 |
| 13 | Chechnya / Tchétchénie | 3 | 0 | 0 | 0 | 5,769 |
| 14 | China / Chine | 57 | 0 | 0 | 0 | 79,130 |
| 15 | Tajikistan / Tadjikistan | 21 | 0 | 0 | 0 | 40,388 |
| 16 | Palestine | 3 | 0 | 0 | 0 | 3,889 |
| 17 | Kyrgyzstan / Kirghizie | 6 | 0 | 0 | 0 | 11,538 |
| 18 | Kazakhstan | 21 | 0 | 0 | 0 | 40,383 |
| 19 | Iraqi Kurdistan / Kurdistan Irak | 50 | 15 | 0 | 0 | 65,139 |
| 20 | Malaysia / Malaisie | 2 | 0 | 0 | 0 | 3,500 |
| 21 | Nepal / Népal | 2 | 2 | 0 | 0 | 8,166 |
| 22 | Yemen / Yémen | 3 | 6 | 0 | 0 | 56,000 |
| 23 | India / Inde | 87 | 0 | 4 | 743 | 282,231 |
| | Total | 453 | 35 | 24 | 20,733 | 2,252,665 |



59



Educational Care Program
Parrainage éducatif

| SN | Country / Pays | Number of students receiving scholarships/aids from IIROSA / Nombre d'étudiants bénéficaires de Bourses scholarships et aides | Number of teachers (male & female) / Nombre d'enseignants | Number of educational institutions / Nombre d'établissements éducatifs | Number of students at the educational institutions / Nombre d'étudiants aux Etabliss. Educatifs | Actual expenditures in SR / Dépenses réelles en Rials |
|---|---|---|---|---|---|---|
| 1 | Ethiopia | 2 | - | 1 | 2,315 | 562,481 |
| 2 | Eritrea | 3 | 20 | - | - | 58,028 |
| 3 | Uganda | 10 | 1 | 1 | 850 | 118,106 |
| 4 | Benin | - | 3 | - | - | 9,625 |
| 5 | Burundi | 6 | 2 | - | - | 13,093 |
| 6 | Chad | 1 | - | 1 | 456 | 272,750 |
| 7 | Togo | 1 | - | - | - | 2,333 |
| 8 | Gambia | - | 3 | - | - | 12,833 |
| 9 | Comoros | 1 | - | - | - | 1,400 |
| 10 | Ivory Coast | - | 3 | - | - | 10,500 |
| 11 | Senegal | - | - | 1 | 450 | 66,111 |
| 12 | Sudan | 41 | - | 7 | 2,739 | 969,039 |
| 13 | Somalia | 41 | - | 2 | 4,100 | 882,947 |
| 14 | Guinea | - | 4 | - | - | 17,208 |
| 15 | Cameroon | 1 | - | - | - | 1,400 |
| 16 | Kenya | - | - | 1 | 120 | 274,654 |
| 17 | Congo | 1 | - | - | - | 1,400 |
| 18 | Mali | - | 5 | - | - | 21,875 |
| 19 | Niger | 2 | 1 Coordinator | 1 | 171 | 4,920 |
| 20 | Nigeria | - | 2 | 2 | 519 | 129,695 |
|  | **Total** | **110** | **44** | **17** | **11,720** | **3,430,398** |

Table 3 / Tableau N° (3)
II. Africa / II. Afrique
Educational Care's projects in various countries in 2002-2003
Projets de parrainage éducatif distribués par pays sur la période durant l'exercice 2002/2003



معمل الفيزياء بالأولية



60



Educational Care Program
Parrainage éducatif

**Table 4 / Tableau N° (4)** — **I. Asia / I. Asie**

Number of IIROSA sponsored students in Asia during fiscal year 2002-2003
Activité sanitaire détaillée dans les pays d'Asie au cours de l'exercice fiscal 2002-2003

| SN | Country / Pays | Levels of Study / Phases scolaires | | Branch | | Spécialisations | | | | TOTAL / Total général |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secondary / Secondaire | University / Universitaire | Medicine / Médecine | Engineering / Ingénierie | Natural Sciences / Sciences naturelles | Cultural studies / Etudes islamiques | Social Sciences / Sciences sociales | Arabic Language / Langue arabe | |
| 1 | Jordan | 61 | 62 | 6 | 8 | 7 | 8 | 26 | 7 | 123 |
| 2 | Azerbaijan | - | 20 | - | 6 | - | 2 | 10 | 2 | 20 |
| 3 | Uzbekistan | 1 | 3 | - | - | - | 1 | 1 | 1 | 4 |
| 4 | Bangladesh | - | 11 | - | - | - | 11 | - | - | 11 |
| 5 | Burma | - | 3 | 2 | - | - | - | - | 1 | 3 |
| 6 | Thailand | - | 5 | - | - | - | 5 | - | - | 5 |
| 7 | Turkmenistan | 1 | 4 | - | - | - | 2 | - | 2 | 5 |
| 8 | Dagestan | 9 | 15 | - | - | - | 14 | - | 1 | 24 |
| 9 | Saudi Arabia | 1 | 2 | - | - | - | - | 2 | - | 3 |
| 10 | Chechnya | - | 3 | - | - | - | 3 | - | - | 3 |
| 11 | China | - | 57 | - | - | 3 | 41 | 4 | 9 | 57 |
| 12 | Tajikistan | 14 | 7 | - | - | - | 7 | - | - | 21 |
| 13 | Palestine | - | 3 | - | - | - | - | 3 | - | 3 |
| 14 | Kyrgyzstan | 3 | 3 | - | - | - | 3 | - | - | 6 |
| 15 | Kazakhstan | 21 | - | - | - | - | - | - | - | 21 |
| 16 | Iraqi Kurdistan | - | 50 | 9 | 12 | 6 | 15 | 8 | - | 50 |
| 17 | Malaysia | - | 2 | - | - | - | 2 | - | - | 2 |
| 18 | Nepal | - | 2 | 2 | - | - | - | - | - | 2 |
| 19 | India | 87 | - | - | - | - | - | - | - | 87 |
| 20 | Yemen | - | 3 | 3 | - | - | - | - | - | 3 |
| | **Total for Asia** | 198 | 255 | 22 | 26 | 16 | 114 | 54 | 23 | 453 |

IIRO 000613

Educational Care Program
Parrainage éducatif



**Table 5 / Tableau N° (5)** — II.Africa / II.Afrique

Number of IIROSA sponsored students in Africa during fiscal year 2002-2003
Activité sanitaire détaillée dans les pays d'Afrique au cours de l'exercice fiscal 2002-2003

| SN | Country / Pays | Levels of Study / Phases scolaires | | Branch | | Spécialisations | | | | TOTAL / Total général |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secondary / Secondaire | University / Universitaire | Medicine / Médecine | Engineering / Ingénierie | Natural Sciences / Sciences naturelles | Cultural studies / Études Islamiques | Social Sciences / Sciences sociales | Arabic Language / Langue Arabe | |
| 1 | Ethiopia | - | 2 | - | - | 1 | 1 | - | - | 2 |
| 2 | Eritrea | - | 3 | 1 | - | 1 | - | 1 | - | 3 |
| 3 | Uganda | - | 10 | 10 | - | - | - | - | - | 10 |
| 4 | Burundi | - | 6 | 2 | 1 | 1 | - | 2 | - | 6 |
| 5 | Chad | - | 1 | - | - | - | - | 1 | - | 1 |
| 6 | Togo | - | 1 | - | - | - | 1 | - | - | 1 |
| 7 | Comros | - | 1 | - | - | - | 1 | - | - | 1 |
| 8 | Sudan | - | 41 | 5 | 7 | 7 | 17 | 2 | 3 | 41 |
| 9 | Somalia | - | 41 | - | - | 3 | 8 | 27 | 3 | 41 |
| 10 | Cameroon | 1 | - | - | - | - | - | - | - | 1 |
| 11 | Congo | 1 | - | - | - | - | - | - | - | 1 |
| 12 | Egypt | - | 2 | - | - | - | 1 | 1 | - | 2 |
| | **Total for Africa** | 2 | 108 | 18 | 8 | 13 | 29 | 34 | 6 | 110 |
| | **Grand Total** | 200 | 363 | 40 | 34 | 29 | 43 | 88 | 29 | 563 |

62

IIRO 000614



Educational Care Program
Parrainage éducatif

### Table 6 / Tableau N° (6) — I.Asia / I.Asie
**Expenditures on teachers during the fiscal year 2002-2003**
Détails des dépenses sur les enseignants durant l'exercice 2002/2003

| SN | Country / Pays | Name of the project / Projet | Number of teachers / Nombre d'enseignants | Name of place / Nationalité | Expenditure in SR / Montant déboursé en Rials |
|---|---|---|---|---|---|
| 1 | Azerbaijan / Azerbaïdjan | Teachers sponsoring / Prise en charge des enseignants | 2 | Jordanian, Egyptian / Jordanienne, Egyptienne | 58,500 |
| 2 | Pakistan | Teachers sponsoring / Prise en charge des enseignants | 5 | Pakistani / Pakistanaise | 18,000 |
| 3 | Bangladesh | Teachers sponsoring / Prise en charge des enseignants | 5 | Bangladeshi / Bangladeshi | 25,800 |
| 4 | Iraq / Irak | Teachers sponsoring / Prise en charge des enseignants | 15 | Iraqi / Irakienne | 27,000 |
| 5 | Nepal / Népal | Teachers sponsoring / Prise en charge des enseignants | 2 | Nepalese / Népalaise | 4,800 |
| 6 | Yemen / Yémen | Teachers sponsoring | 6 | Eritrean / Erythréenne | 57,600 |
| | TOTAL | | 35 | - | 191,700 |

### Table 7 / Tableau N° (7) — II.Africa / II.Afrique
**Expenditures on teachers during the fiscal year 2002-2003**
Détails des dépenses sur les enseignants durant l'exercice 2002/2003

| SN | Country / Pays | Name of the project / Projet | Number of teachers / Nombre d'enseignants | Name of place / Nationalité | Expenditure in SR / Montant déboursé en Rials |
|---|---|---|---|---|---|
| 1 | Eritrea / Erythrée | Teachers sponsoring / Prise en charge des enseignants | 20 | Eritrean, Erythréenne | 61,920 |
| 2 | Uganda / Ouganda | Teachers sponsoring / Prise en charge des enseignants | 1 | Ugandan / Ougandais | 6,000 |
| 3 | Benin / Bénin | Teachers sponsoring / Prise en charge des enseignants | 3 | from Benin / Béninoise | 9,900 |
| 4 | Burundi | Teachers sponsoring / Prise en charge des enseignants | 2 | Burundi / Burundais | 4,800 |
| 5 | The Gambia / Gambie | Teachers sponsoring / Prise en charge des enseignants | 3 | Gambian / Gambienne | 13,200 |
| 6 | Ivory Coast / Côte d'Ivoire | Teachers sponsoring | 3 | Ivorian / Ivoirienne | 10,800 |
| 7 | Guinea / Guinée | Teachers sponsoring / Prise en charge des enseignants | 4 | Guinean / Guinéenne | 17,700 |
| 8 | Mali | Teachers & coordinator sponsoring / Prise en charge des enseignants et coordinateur | 5 | From Mali / Malienne | 22,500 |
| 9 | Egypt / Egypte | Schooling coordinator / Coordinateur éducatif | 1 | Egyptian / Egyptienne | 12,000 |
| 10 | Nigeria | Teachers sponsoring / Prise en charge des enseignants | 2 | Nigerian / Nigériane | 23,400 |
| | TOTAL | | 44 | - | 182,220 |
| | Grand total - Total Général | | 79 | - | 373,920 |

IIRO 000615



Educational Care Program
Parrainage éducatif

**Table 7 / Tableau N° (7) — II.Africa / II.Afrique**

**IIROSA-sponsored schools and institutes during the fiscal year 2002-2003**
**Ecoles et Instituts pris en charge par L'OIIS/AS durant l'exercice 2002/2003**

| SN | Country / Pays | Name of the project / Projet | Level of study / cycle d'etudes | Number of students / Nombre d'etudiants | Name of Branch / Branche |
|---|---|---|---|---|---|
| 1 | Ethiopia / Ethiopie | Al Awalia school (boys & girls) / Ecole primaire mixte | Primary+Intermediate+Secondary / P+M+S | 2,315 / 2,315 | |
| 2 | Uganda / Ouganda | Bilal islamic institute (boys & girls) / Institut islamique Bilal mixte | Intermediate.Secondary / M+S | 850 / 850 | |
| 3 | Chad / Tchad | Computer engineering College (boys & girls) / Faculté mixte des sciences informatiques | University / Universitaire | 456 / 456 | Computer Engineering / Sciences informatiques |
| 4 | Senegal / Sénégal | Darul Hikmat Complex (boys & girls) / Complexe Dar Al Hikma mixte | Kindergarden + Primary / Maternelle + P | 450 / 450 | |
| 5 | Sudan / Soudan | Bilal students campus (boys & girls) / Internat Bilal mixte | Secondary / S | 58 | |
| | | Malkal institute (boys & girls) / Institut Milkal mixte | Primary+Intermediate / P+M | 985 / 985 | |
| | | Waw scientific institute (boys & girls) / Institut scientifique Waou mixte | Primary+Intermediate+Secondary / P+M+S | 466 / 466 | |
| | | Joba scientific institute (boys & girls) / Institut scientifique Jouba mixte | Primary+Intermediate+Secondary / P+M+S | 1,060 / 1,060 | |
| | | Higher studies institute / Institut mixte des Etudes Supérieures | University / Universitaire | 90 / 90 | |
| | | Arabic language institute (boys & girls) / Institut mixte de langue arabe | Secondary / S | 80 / 80 | |
| 6 | Somalia / Somalie | Ummul Qura complex (boys & girls) / Complexe Oum Qoura mixte | Primary+Intermediate+Secondary / P+M+S | 3,000 / 3,000 | |
| | | Teaba educative complex (boys & girls) / Complexe mixte Tiba | Primary+Intermediate+Secondary / P+M+S | 1,100 / 1,100 | |
| 7 | Kenya / Kenya | Teachers training college (Mombassa) (boys & girls) / Faculté mixte de formation des enseignants à Mombassa | University / Universitaire | 120 / 120 | |
| 8 | Egypt / Egypte | Students' campus (boys & girls) / Internat mixte pour étudiants | University / Universitaire | 170 / 170 | |
| 9 | Nigeria | Ummul Qura teachers training institute (boys & girls) / Institut Oum Qoura mixte pour la qualification des enseignants | | 235 / 235 | |
| | | Training courses for teachers (male & female) / Cycles de formation pour enseignant(e)s | Post-Secondary / Après secondaire | 284 / 284 | |
| | **TOTAL (for Africa) / Total Afrique** | | | **11,720** | |

IIRO 000616




Educational Care Program
Parrainage éducatif

Summary of Educational Care Department's Projects 2002 - 2003

Résumé des Projets du Département du Parrainage Educatif 2002 - 2003

Africa / Afrique: 3,431,265 — 60.38%
Asia / Asie: 2,251,798 — 39.62%

Educational Care Program
Parrainage éducatif

**Table 8 / Tableau N° (8) — II.Asia / II.Asie**
**IIROSA-sponsored schools and institutes during the fiscal year 2002-2003**
**Ecoles et Instituts pris en charge par L'OIIS/AS durant l'exercice 2002/2003**

| SN | Country / Pays | Name of the project / Projet | Level of study / Cycle d'etudes | Number of students / Nombre d'enseignants | Name of Branch / Branche |
|---|---|---|---|---|---|
| 1 | Afghanistan / Afghanistan | Islamic university for sciences and technology (boys) / Université islamique des sciences et technique avec ses deux branches – garçons | Secondary Universitaire | 300 | Arabic/Islamic Law/Economy Langue arabe/Charia/Economie |
| 2 | Indonesia / Indonésie | Al Fourqan institute (boys) / Institut Fourqan – garçons | Secondary S | 163 | |
| 3 | Pakistan / Pakistan | Archaeological university (girls) / Université Atharya - jeunes filles | Kindergarden+Primary S | 768 | |
| 4 | Bangladesh / Bangladesh | Ta'ameer Al Millat school (boys & girls) / Ecole Taâmir Al Mala – mixte | Kindergarden+Primary Maternelle + P | 320 | |
| | | Admajee school No 1 (boys & girls) / Ecole Admaji (1) – mixte | Kindergarden+Primary Maternelle + P | 190 | |
| | | Admajee school No 2 (boys & girls) / Ecole Admaji (2) – mixte | Kindergarden+Primary Maternelle + P | 177 | |
| | | Al Falah Academy school (boys & girls) / Ecole académique Al Falah – mixte | Kindergarden+Primary Maternelle + P | 330 | |
| | | Al Othmania school,Marborka (boys & girls) / Ecole Ottomane à Marbourka – mixte | Kindergarden+Primary Maternelle + P | 363 | |
| | | Dar Al Salam school(boys & girls) / Ecole Dar Salam mixte | Kindergarden+Primary Maternelle + P | 181 | |
| 5 | Burma / Birmanie | 6 schools for the Burma community in Makka (boys & girls) / 6 écoles pour Birmans à la Mecque - mixtes | Primary+Intermediate+Secondary P+M+S | 12.531 | Arabic/Islamic law Langue arabe/Charia |
| 6 | Thailand / Thaïlande | Islamic college,Jala (boys &girls) / Université islamique à Jala - mixte | University Universitaire | 506 | |
| 7 | Saudi Arabia / Arabie Saoudite | 4 schools for the African community in Makkah(boys & girls) / 4 écoles pour africains à la Mecque - mixtes | Primary+Intermediate+Secondary P+M+S | 4.161 | |
| 8 | India / Inde | 4 schools and institutes(boys & girls) / 4 écoles et instituts mixtes | Primary+Intermediate+Secondary P+M+S | 470 | |
| | **TOTAL (for Asia) / Total Asie** | | | **20.733** | |
| | **Final Grand Total / Total définitif** | | | **32.453** | |



# Seasonal Projects
# Projets Saisonniers



IIRO 000619

Seasonal Projects
Projets Saisonniers



# Ramadan Free Meals Program:
# Programme des repas offers au mois de Ramadan:

### 1. Ramadan Free Meals Program:
### 1. Programme des repas offers au mois de Ramadan

IIROSA every year make the necessary arrangements prior to the fasting month of Ramadan, in order to make it possible for it to get access to the thousands of the poor and needy people scattered all over the world; particularly the poor and victims of the natural calamities. So, through its Ramadan Free Meals Program, IIROSA endeavors to make the fasting people happy on the occasion of the Holy month of Ramadan.

Avant le mois sacré du Ramadan, l'Organisation s'est accoutumée à prendre les dispositions nécessaires pour atteindre les milliers de personnes abstinentes répandues à travers les quatre coins du monde, et plus particulièrement celles qui subissent des catastrophes et souffrent d'une situation précaire. Ainsi, ils se voient offrir le repas du « Iftar » en ce mois sacré.

Par le biais du programme Ramadan, l'Organisation du secours islamique tente d'illuminer l'existence des musulmans abstinents en leur rendant le sourire et la joie de vivre pendant ce mois sacré, se reposant sur la grâce de Dieu et sur le soutien des bienfaiteurs de ce pays, qui ne ménagent aucun effort pour venir en aide à leur prochain dans le monde musulman.

### 1. Ramadan Free Meals Program
### 1. Programme des repas offers au mois de Ramadan

| | |
|---|---|
| SR3,633,158<br><br>3,633,158 Rials Ramadan en 2001 | Have been spent by IIROSA on Ramadan Free Meals Program, for the year 2002 -2003.<br>Dépenses de l'Organisation au titre du programme |
| 1,339,700 fasting people<br><br>1.339.700 abstinent(e)s | Benefited from IIROSA's Ramadan Free Meals Program.<br>Ont bénéficié du programme Ramadan de l'Organisation |
| 63 Countries<br>63 pays | Implemented Ramadan Free Meals Program.<br>Ont été concernés par le programme |

**Table 1 / Tableau N° (1)** — Total expenditures and number of beneficiaries in continents during fiscal year 2002 - 2003.
Total des dépenses et nombre des bénéficiaires du programme Ramadan en 2001

| S.N. | Continent | Number of beneficiary countries / Nombre de pays bénéficiaires | Number of beneficiary people / Nombre de bénéficiaires | Actual expenditure in SR / Dépenses réelles en Rials |
|---|---|---|---|---|
| 1 | Asia<br>Asie | 23<br>23 | 671,000<br>671,000 | 1,724,140<br>1,724,140 |
| 2 | Africa<br>Afrique | 21<br>21 | 546,500<br>546,500 | 1,144,018<br>1,144,018 |
| 3 | Europe | 15 | 108,700 | 700,000 |
| 4 | Australia<br>Australie | 4<br>4 | 13,500<br>13,500 | 65,000<br>65,000 |
| | TOTAL | 63 | 1,339,700 | 3,633,158 |



68

IIRO 000620



Seasonal Projects
Projets Saisonniers

**Table 2 / Tableau N° (2) — 1 ASIA / 1 ASIE**
Total expenditures and number of beneficiaries in continents during fiscal year 2002 - 2003.
Total des dépenses et nombre des bénéficiaires du programme Ramadan Durant l'exercice 2002 / 2003

| S.N. | Countries / Pays | Number of beneficiary / Nombre de bénéficiaires | Actual expenditure in SR / Dépenses réelles en Rials |
|---|---|---|---|
| 1 | Azerbaijan / Azerbaïdjan | 7,000 | 50,000 |
| 2 | Jordan / Jordanie | 25,000 | 80,000 |
| 3 | Azad Kashmir / Azad-Cachemire | 20,000 | 50,000 |
| 4 | Afghanistan | 100,000 | 50,000 |
| 5 | Indonesia / Indonésie | 50,000 | 100,000 |
| 6 | Pakistan | 80,000 | 120,000 |
| 7 | Bangladesh | 70,000 | 120,000 |
| 8 | Thailand / Thaïlande | 18,000 | 50,000 |
| 9 | Saudi Arabia / Arabie Saoudite | 40,000 | 264,140 |
| 10 | Siberia / Sibérie | 2,000 | 20,000 |
| 11 | Sri Lanka | 35,000 | 60,000 |
| 12 | Chechnya / Tchétchénie | 9,000 | 70,000 |
| 13 | People of Republic of China / Chine populaire | 5,000 | 25,000 |
| 14 | Iraq / Irak | 8,000 | 25,000 |
| 15 | Philippines | 20,000 | 70,000 |
| 16 | Palestine | 80,000 | 170,000 |
| 17 | Vietnam | 3,000 | 10,000 |
| 18 | Cambodia / Cambodge | 6,000 | 20,000 |
| 19 | Lebanon / Liban | 10,000 | 50,000 |
| 20 | India / Inde | 30,000 | 60,000 |
| 21 | Laos | 3,000 | 10,000 |
| 22 | Nepal / Népal | 15,000 | 50,000 |
| 23 | Yemen / Yémen | 35,000 | 100,000 |
| | **TOTAL** | **671,000** | **SR1,724,140** |

**Table 3 / Tableau N° (3) — 2 AFRICA / 2 AFRIQUE**
Total expenditures and number of beneficiaries in continents during fiscal year 2002 - 2003.
Total des dépenses et nombre des bénéficiaires du programme Ramadan Durant l'exercice 2002 / 2003

| S.N. | Countries / Pays | Number of beneficiary / Nombre de bénéficiaires | Actual expenditure in SR / Dépenses réelles en Rials |
|---|---|---|---|
| 1 | Ethiopia / Ethiopie | 35,000 | 100,000 |
| 2 | Burundi | 7,000 | 14,370 |
| 3 | Chad / Tchad | 50,000 | 100,000 |
| 4 | Tanzania / Tanzanie | 12,000 | 25,000 |
| 5 | The Gambia / Gambie | 10,000 | 20,000 |
| 6 | Djibouti | 20,000 | 90,000 |
| 7 | Rwanda | 7,000 | 15,000 |
| 8 | Sénégal / Senegal | 25,000 | 50,000 |
| 9 | Sudan / Soudan | 65,000 | 120,0009 |
| 10 | Sierra Leon / Sierra Leone | 17,000 | 35,000 |
| 11 | Somalia / Somalie | 40,000 | 80,000 |
| 12 | Ghana | 18,000 | 30,000 |
| 13 | Guinea Bissau / Guinée-Bissau | 13,000 | 20,000 |
| 14 | Cameroon / Cameron | 20,000 | 45,000 |
| 15 | Republic Democratic of Congo / Congo démocratique | 7,500 | 15,000 |
| 16 | Kenya | 30,000 | 80,000 |
| 17 | Mali | 17,500 | 50,000 |
| 18 | Egypt / Egypte | 12,500 | 50,000 |
| 19 | Maroc / Morocco | 10,000 | 20,000 |
| 20 | Mauritanie / Mauritania | 17,000 | 34,648 |
| 21 | Nigeria | 112,000 | 150,000 |
| | **Total** | **546,500** | **SR1,144,018** |



Seasonal Projects
Projets Saisonniers

### Table 4 / Tableau N° (4) — 3 AFRICA / 3 AFRIQUE
Total expenditures and number of beneficiaries in continents during fiscal year 2002 - 2003.
Total des dépenses et nombre des bénéficiaires du programme Ramadan Durant l'exercice 2002 / 2003

| S.N. | Countries / Pays | Number of beneficiary / Nombre de bénéficiaires | Actual expenditure in SR / Dépenses réelles en Rials |
|---|---|---|---|
| 1 | Albania / Albanie | 22,000 | 150,000 |
| 2 | Spain / Espagne | 6,000 | 30,000 |
| 3 | Italy / Italie | 5,000 | 20,000 |
| 4 | Great Britain / Grande Bretagne | 25,000 | 35,000 |
| 5 | Bosnia Herzegovina / Bosnie-Herzégovine | 30,000 | 200,000 |
| 6 | Belgium / Belgique | 2,000 | 15,000 |
| 7 | Turkey / Turquie | 10,000 | 50,000 |
| 8 | Czechoslovakia / Tchécoslovaquie | 15,000 | 7,500 |
| 9 | Denmark / Danemark | 2,500 | 20,000 |
| 10 | Slovakia / Slovaquie | 15,000 | 7,500 |
| 11 | Slovenia / Slovénie | 2,000 | 10,000 |
| 12 | Sweden / Suède | 22,000 | 15,000 |
| 13 | Kosovo | 15,000 | 100,000 |
| 14 | Austria / Autriche | 4,000 | 20,000 |
| 15 | Holland / Hollande | 2,500 | 20,000 |
|  | **TOTAL** | **108,700** | **700,000** |



### Table 5 / Tableau N° (5) — 3 AUSTRALIA / 3 AUSTRALIE
Total expenditures and number of beneficiaries in continents during fiscal year 2002 - 2003.
Total des dépenses et nombre des bénéficiaires du programme Ramadan Durant l'exercice 2002 / 2003

| S.N. | Continent / Pays | Number of beneficiary / Nombre de bénéficiaires | Actual expenditure in SR / Dépenses réelles en Rials |
|---|---|---|---|
| 1 | Australia / Australie | 4,000 | 20,000 |
| 2 | New Guinea / Papoua Nouvelle Guinée | 3,000 | 15,000 |
| 3 | Fiji Island / Ile Fidji | 4,000 | 20,000 |
| 4 | Vanvalivo Island / Ile Vanua Levu | 2,500 | 10,000 |
|  | TOTAL | 13,500 | 65,000 |

70

IIRO 000622



Seasonal Projects
Projets Saisonniers

# Ramadan Free Meals Program:
# Projet repas Hadj

Haji Free Meal Program is one of the seasonal projects IIROSA is carrying out every Haj (Pilgrimage) season. The program is aimed to serve the philanthropist who wish to have their donations (in form of meals) reached the pilgrims.

The program is implemented through IIROSA's Makkah office. It consists of two meals per day as one hot meal (a quarter of a chicken+fruits+drinking water) and one dry meal (crosson+biscuit+drinking water+fruit juice+cake). 8,000 hot meals are distributed per day and dry meals per day for a period of 6 days. The meals are contained in bags with IIROSA's logo. More than 96,144 Asian and African pilgrims have benefited from the free meals program.

Le projet repas Hadj constitue l'un des projets saisonniers dans lequel l'Organisation tient à jouer un rôle primordial. C'est également un service pour les bienfaiteurs désireux d'acheminer leurs dons en repas aux convives de Dieu durant la période du pèlerinage.

Ce projet est mis en œuvre à la sainte Mecque à travers le bureau de l'Organisation, en offrant deux repas par jour qui consistent en un repas chaud et un repas sec. Le repas chaud comprend un quart de poulet, des fruits et de l'eau en bouteille. Quant au repas sec, il contient un croissant, des biscuits, de l'eau en bouteille, un jus et un cake. 8.000 repas chauds et 8.000 repas secs sont distribués en moyenne sur une période de six jours, emballés dans des boîtes ou sachets portant le nom et le logo de l'Organisation.

Le nombre des bénéficiaires de ces repas offerts aux pèlerins s'élève à 96.144 repas, à savoir que les pèlerins d'Afrique sont estimés à 65% et les pèlerins d'Asie à 35%



| | |
|---|---|
| SR 353,100 | Have been spent to implement Haji (pilgrims) Free Meal Program, during fiscal year 2002 - 2003. |
| 353.100 Rials | Dépenses pour mettre en place le projet repas Hadj en 2001 |
| 96,144 individual from various African and Asian countries | Benefited from Haji Free Meal Program. |
| 96.144 personnes | Ont bénéficié du projet repas Hadj de plusieurs pays d'Asie et d'Afrique |

Fig.5 Number of beneficiaries from Haji Free Meal Program, during the year 2002 - 2003.

| SN SR | Continent Pays | Number of beneficiaries Nombre de bénéficiaires | Actual expenditure in Dépenses réelles en rials |
|---|---|---|---|
| 1 | Africa Afrique | 62,494 | 229,515 |
| 2 | Asia Asie | 33,650 | 123,585 |
| | TOTAL | 96,144 | 353,100 |

71

IIRO 000623



# Human Resources Sustainable Program
# Programme de développement Humain







IIRO 000624

Human Resources Sustainable Program
Programme de développement Humain

| | |
|---|---|
| SR 626,573<br><br>626.573 Rials | Have been spent on HRSP during the fiscal year 2002 - 2003.<br>Ont été déboursés pour le programme de développement humain au cours de l'exercice fiscal 2001-2002 |
| 1,398 students<br>1,398 étudiant(e)s | Benefited from IIROSA-run vocational training centers.<br>Ont bénéficié des centres professionnels relevant de l'Organisation |
| 26 vocational training centers including computer, secretarial, tailoring and embroidery.<br>26 projets professionnels | Have been run by IIROSA during fiscal year 2002 - 2003.<br><br>Ont été gérés par l'Organisation consistant en des centres de formation professionnelle, sciences informatiques, imprimerie, secrétariat, couture et broderie |
| 15 African, Asian and European countries<br>15 pays D'Asie, d'Afrique et d'Europe | Benefited from IIROSA's vocational training activities.<br>ont récolté les fruits de l'enseignement professionnel de l'Organisation |

One of IIROSA's major concern is the development of the poor societies. Therefore, it establishes and supports so many vocational training centers and institutes in order to rehabilitate and train the poor and needy people's sons and daughters in the fields of carpentry, smith craft, mechanics, electricity, tailoring, computer and secretarial work. After being trained in different skills, these young girls and boys become productive individuals in their respective societies and capable of not only relying upon themselves to make a living in a decent manner, but contributing to the development of their countries as well.

Le développement des sociétés souffrant de la pauvreté représente l'une des préoccupations de l'Organisation. Elle assure l'édification, le soutien et la gestion de plusieurs centres et instituts professionnels, dans le but de qualifier et de former les tranches démunies à divers métiers manuels, tels que la menuiserie, la ferronnerie, la mécanique, l'électricité, la couture, le stylisme, le tricotage, l'informatique, l'imprimerie et le secrétariat. En acquérant ce savoir-faire, les jeunes filles et garçons pourront aspirer à devenir des individus productifs indépendants et des acteurs actifs dans la spirale du progrès et du développement de leur pays.

## Table 1 / Tableau N° (1)
### Human Resource Sustainable Development Program
### Programme de développement Humain

| SN | Continent | Number of beneficiary countries<br>Nombre de pays bénéficiaires | Number of projects<br>Nombre de projets | Number of trainees<br>Nombre d'étudiants | Symbolic income in SR<br>Revenus symboliques | Program's expenditures in SR<br>Dépenses du programme | Program's total expenditures in SR<br>Total dépenses |
|---|---|---|---|---|---|---|---|
| 1 | Africa / Afrique | 9 | 16 | 930 | 106,950 | 327,589.25 | 434,539.25 |
| 2 | Asia / Asie | 5 | 8 | 348 | 30,400 | 92,736.40 | 123,136.40 |
| 3 | Europe | 1 | 2 | 120 | 37,500 | 31,397.35 | 68,897.35 |
| | Grand Total | 15 | 26 | 1,398 | 174,850 | 451,723 | 626,573 |

73

IIRO 000625

Human Resources Sustainable Program
Programme de développement Humain

### Table 1 / Tableau N° (1) — 1 Africa / 1 Afrique
### Human Resources Development Program in Africa. / Programme de Developpement des Ressources Humainne en Afrique.

| SN | Country / Pays | Name of the project / Nom du projet | Number of trainees / Nombre d'étudiants | The center's symbolic income in SR / Revenus symboliques | Amount spent on HRSP inSR / Dépenses programme | Total amount spent on HRSP / Total dépenses | Observations |
|---|---|---|---|---|---|---|---|
| 1 | Uganda / Ouganda | Zaid Ibn Thabet Center for computer training, Kampala / Centre Zaid Ibn Tabit d'informatique à Kambala | 150 | 13,000 | - | 13,000 | Self reliant / Autonome |
| 2 | Chad / Tchad | Secondary institute for vocational training, N'Djamena / Institut secondaire de formation professionnelle à N'Djamena | 100 | 17,000 | 26,900 | 43,900 | |
| 3 | Djibouti / Djibouti | Tailoring center, Djibouti city / Centre de couture à Djibouti | 60 | 9,200 | 7,833 | 17,033 | |
| 4 | Senegal / Sénégal | Computer training center, Dakar / Centre d'informatique à Dakar | - | - | 71,000 | 71,000 | Founding budget / Budget constitution |
| 5 | Sudan / Soudan | Computer training center, Khartoum / Centre d'informatique à Khartoum | - | - | 38,000 | 38,000 | |
| 6 | Somalia / Somalie | 2 Computer training center: One in Maqgishu the other in Baladween Tailoring center, Maqdeshio / Deux centres d'informatique à Mogadiscio – Beledweyne Centre de couture à Mogadiscio | - / 50 | - / 1,000 | 40,000 / 6,833 | 40,000 / 7,833 | |
| 7 | Mali / Mali | 2 Tailoring & Embroidery training center: One in Gawo and the other in Mobety / Deux centres de couture et broderie à Gao - Mopti | 70 | 14,000 | 27,366 | 41,366 | |
| 8 | Mauritania / Mauritanie | Omuhatel Moumeneen center for training on tailoring &textile, Nouackshot / Centre Oumahat El Mouminine de couture et textile à Nouakchott | 80 | 11,000 | 14,667 | 25,867 | |
| 9 | Nigeria | 4 tailoring and textile training centers: Kaduna, Al Joss, Aloran, Abadan / Typing &secretarial work training center, Kaduna Nigeria 4 centres de couture et textile dans les villes de Kaduna, Jos, Oron, Ibadan | 350 / 70 | 35,450 / 6,100 | 34,767 / 21,467 | 70,217 / 27,567 | |
| 10 | | Total funds given to the African training centers / Total Afrique Allocations centrales Afrique | | | 38,756,25 | 38,756,25 | |
| Total (for Africa) | | 16 projects | 930 | 106,950 | 327,859,25 | 434,539,25 | |



Europe 68,898,35 — 11%
Asia / Asie 123,136,40 — 19.65%
Africa / Afrique 6,200,217.8 / 6,200,217.8 — 53.63%

74

IIRO 000626


Human Resources Sustainable Program
Programme de développement Humain

## Table 2 / Tableau N° (2) — 2 Asia / 2 Asie
### Human Resources Development Program in Asia. / Programme de Developpement des Ressources Humainne en Asie.

| SN | Country / Pays | Name of the project / Nom du projet | Number of trainees / Nombre d'étudiants | The center's symbolic income in SR / Revenus symboliques | Amount spent on HRSP in SR / Dépenses programme | Total amount spent on HRSP / Total dépenses | Observations |
|---|---|---|---|---|---|---|---|
| 1 | Azerbaijan / Azerbaïdjan | 3 Tailoring shops for the refugees camps / 3 ateliers de couture pour les camps des réfugiés | - | - | 5,688 / 5,688 | 5,688 / 5,688 | Disbursed from Emergency relief's budget / Disposition du secours urgent |
| 2 | Bangladesh | ASMA Bint Abubakr tailoring & embroidery center, Dhaka / Centre Asmae bent Abi Bakr de couture et broderie à Dacca | 130 | 9,000 | 29,900 | 20,900 |  |
| 3 | Sri Lanka | 2 Computer training centers: one in Botalam city, the other in Mawnela city / Deux centres d'informatique à Puttalam -Maunela | 158 | 5,000 | - | 15,000 | Self reliant / Autonome |
| 4 | Philippines | Maternity & childhood center, Manila / Foyer de maternité et enfance à Manille | 60 | 6,400 | 15,167 | 21,567 |  |
| 5 | India / Indie | Computer training center, Assam region / Centre d'informatique dans la région d'Assam | - | - | 40,000 | 40,000 | Founding budget |
|  |  | Total funds given to the Asian training centers |  |  | 10,981.40 | 10,981.40 |  |
|  |  | **Total (for Asia) / Total Asie** | 348 / 8 projets | 30,400 / 348 étudiant(e)s | 92,736.40 / 30.400 Rials | 123,136.40 / 92.736.40 Rials | 123.136.40 Rials |

## Table 3 / Tableau N° (3) — 3 Europe
### Human Resources Development Program in Europe. / Programme de Developpement des Ressources Humainne en Europe.

| SN | Country / Pays | Name of the project / Nom du projet | Number of trainees / Nombre d'étudiants | The center's symbolic income in SR / Revenus symboliques | Amount spent on HRSP in SR / Dépenses programme | Total amount spent on HRSP / Total dépenses | Observations |
|---|---|---|---|---|---|---|---|
| 1 | Albania / Albanie | Computer training center in Tirana / Centre d'informatique à Tirana | 120 | 37,500 | - | 37,500 | Self reliant |
|  |  | Tailoring center, Tirana / Centre de couture et stylisme à Tirana |  |  | 25,250 | 25,250 | Founding budget |
|  |  | Total funds given to the Asian training centers / Allocations centrales Europe |  |  | 6,147.35 | 6,147.35 |  |
|  |  | **Total (for Europe) / Total Europe** | 2 projects / 2 projets | 120 / 120 étudiant(e)s | 37,500 / 37.500 Rials | 31,397.35 / 31.397.35 Rials | 68,897,35 / 68.898.35 Rials |

IIRO 000627