

## Personal Assistance Program
## Programme des aides individuelles





IIRO 000628

76



| SR836,594 | have been spent by IIROSA on Personal Assistance Program during fiscal year 2002-2003. |
|---|---|
| 836.594 Rials | Dépenses de l´Organisation en aides individuelles au cours de l´exercice fiscal 2001-2002 |

| 1.561 individuals from 33 African, Asian and European countries | benefited from Personal Assistance Program. |
|---|---|
| 1.561 personnes | Ont bénéficié du programme des aides individuelles au cours de la même année appartenant à 34 pays d´Asie, d´Afrique et d´Europe |

Certaines personnes démunies, malades, handicapées ou autres n´ayant plus aucun recours, se dirigent vers l´Organisation pour demander de l´aide. Les dépenses au cours de l´année 2001-2002 ont ainsi atteint 836.594 Rials au titre de la Zakat et des offrandes profitant à 1.561 individus dans 33 pays, comme illustré dans les tableaux suivants :



| Table 1 Tableau N° (1) | Beneficiaries from Personal Assistance Program Bénéficié du programme Des aides | | | |
|---|---|---|---|---|
| SN | Continents | Number of beneficiary Countries Nombre de pays | Number of beneficiary people Nombre de bénéficiaires du programme d´aides individuelles | Actual expenditures in SR Dépenses réelles en Riales |
| 1 | Asia Asie | 16 | 706 | 387,594 |
| 2 | Africa Afrique | 16 | 852 | 444,253 |
| 3 | Europe Europe | 1 | 3 | 4,747 |
| | **Total** | **33** | **1561** | **836,594** |

IIRO 000629

Personal Assistance Program
Programme des aides individuelles

| Table 2 Tableau N° (2) | Number of beneficiary people from Personal Assistance Program during fiscal year 2002-2003. Nobre de Bénéficiaires du programme des aides individuelles durant l'exercice 2002/2003 | | |
|---|---|---|---|
| **I.ASIA: ASIE:** | | | |
| **SN** | **Countries Pays** | **Number of beneficiary people Nombre de bénéficiaires** | **Actual expenditures in SR Dépenses réelles** |
| 1 | Jordan Jordanie | 2 | 400 |
| 2 | Azerbaijan Azerbaïdjan | 450 | 225,000 |
| 3 | Afghanistan Afghanistan | 2 | 700 |
| 4 | Indonesia Indonésie | 2 | 250 |
| 5 | Pakistan Pakistan | 10 | 2,000 |
| 6 | Bangladesh Bangladesh | 11 | 3,275 |
| 7 | Thailand Thaïlande | 2 | 400 |
| 8 | Saudi Arabia Arabie Saoudite | 101 | 54,767 |
| 9 | Syria Syrie | 6 | 3,400 |
| 10 | Sri Lanka Sri Lanka | 13 | 7,150 |
| 11 | China Chine | 12 | 7,711 |
| 12 | Philippines Philippines | 1 | 7,500 |
| 13 | Lebanon Liban | 2 | 1,500 |
| 14 | Nepal Népal | 2 | 1,000 |
| 15 | India Inde | 12 | 10,319 |
| 16 | Yemen Yémen | 78 | 62,222 |
| | **Total** | **706** | **387,594** |



Europe
4,747
57%

Asia
Asie
387,594
46.33%

Africa
Afrique
444,253
53.1%



IIRO 000630



Personal Assistance Program
Programme des aides individuelles

## Table 3 / Tableau N° (3)

**Number of beneficiary people from Personal Assistance Program during fiscal year 2002-2003. Nobre de Bénéficiaires du programme des aides individuelles durant l'exercice 2002/2003**

### II. AFRICA: AFRIQUE:

| SN | Countries Pays | Number of beneficiary people Nombre de bénéficiaires | Actual expenditures in SR Dépenses réelles |
|---|---|---|---|
| 1 | Ethiopia Ethiopie | 232 | 119,400 |
| 2 | Eritrea Erythrée | 6 | 2,200 |
| 3 | Chad Tchad | 17 | 8,400 |
| 4 | Tanzania Tanzanie | 2 | 1,700 |
| 5 | Gambia Gambie | 7 | 15,275 |
| 6 | Djibouti Djibouti | 7 | 3,200 |
| 7 | Senegal Senegal | 2 | 600 |
| 8 | Sudan Soudan | 314 | 147,370 |
| 9 | Sierra Leone Sierra Leone | 1 | 1,500 |
| 10 | Somalia Somalie | 21 | 8,383 |
| 11 | Ghana Ghana | 1 | 100 |
| 12 | Guinea Guinée Conakry | 1 | 2,000 |
| 13 | Kenya Kenya | 1 | 900 |
| 14 | Mali Mali | 1 | 5,000 |
| 15 | Egypt Egypte | 237 | 126,928 |
| 16 | Mauritania Mauritanie | 2 | 1,300 |
| | **Total** | **852** | **444,253** |

## Table 4 / Tableau N° (4)

**Number of beneficiary people from Personal Assistance Program during fiscal year 2002-2003. Nobre de Bénéficiaires du programme des aides individuelles durant l'exercice 2002/2003**

### III. EUROPE: EUROPE:

| SN | Countries Pays | Number of beneficiary people Nombre de bénéficiaires | Actual expenditures in SR Dépenses réelles |
|---|---|---|---|
| 1 | Bosnia Bosnie | 3 | 4,747 |
| | **Grand Total Total Global** | **1,561** | **836,594** |



79

IIRO 000631



## IIROSA ACHIEVEMENTS IN THE CONTINENTS
## Réalisations de l'Organisation sur les Continents







80







IIROSA has been striving to have its activity extended world-wide, so that the whole mankind can benefit from its relief work, regardless of race, religion or political considerations.
Following are IIROSAs three main programs:
1. Human Resources Sustainable Development
2. Holy Quran Memorization
3. Seasonal Projects ( Free Meals Program )

Thanks to support and encouragement from the philanthropists, IIROSA could implement these programs for the sake of the needy people worldwide.
In appreciation of the IIROSAs achievements and global activity in supporting the charity and humanitarian work, IIROSA is nowadays an active member of the world relief body. It enjoys international prestige so that it is invited to all UN relief-related meetings and conferences. IIROSA is now a member of 19 international organizations.

L Organisation Internationale de Secours Islamique tient à ce que ses activités couvrent les quatre coins du monde, apportant l aide nécessaire à tous les peuples où qu ils se trouvent, sans discrimination ethnique, religieuse ou politique. La tolérance de l Islam, sa globalité, ses préceptes et ses lois dépassent toutes les frontières et ses bonnes actions concernent tout un chacun.

Les activités de l Organisation ont ainsi concerné les cinq continents, en mettant l accent sur l Asie, l Afrique et l Europe.

Les projets de bonnes œuvres de l Organisation s articulent autour de quatre programmes majeurs :

1. Développement humain (parrainage éducatif, parrainage sanitaire et social, aides individuelles)
2. Incitation
3. Enseignement du Coran
4. Projets saisonniers (projet Ramadan, sacrifices)

L Organisation a réussi par la grâce de Dieu et par le soutien des bienfaiteurs à mettre en place ces programmes et à atteindre ceux qui se trouvent dans le besoin sur ces continents. Les lecteurs peuvent les consulter en détail sur les pages suivantes :

En hommage aux actions de l Organisation et ses activités dans le soutien des bonnes œuvres dans le monde, dont le nom s est lié à l Arable Saoudite, l Organisation est considérée telle un acteur efficace au sein du système de secours mondial, occupant une place internationale de premier ordre, ce qui lui a valu d être conviée aux réunions et conférences des Nations Unies concernées par l aide humanitaire. L Organisation est actuellement membre dans 19 organisations internationales.

81

IIRO 000633

## ASIA
## ASIE

### THE PHILIPPINES:

The IIROSA spent about SR720999 in Philippines on its following programs and projects:
**Health Care :** Running of 2 clinics, one dispensary and one pharmacy at a cost of SR280,049. More than 7,581 patients benefited from these health centers.
**Social Welfare:** Sponsoring 120 orphans (boys & girls) at a cost of SR125,000.
**Ramadan Free Meals Program:** Distributing of Ramadan Free Meals program at a cost of SR70,000 and more than 20,000 fasting people have benefited.
**Human Resources Sustainable:** Running a tailoring center with 60 trainees at a cost of SR21,567.
**Individual Aid:** Provided SR7,500 financial assistance to individual.
**Emergency Relief:** Distribution of 640 kg of relief materials at a cost of SR63,550.
**Cultural Center :** Constructions of one cultural center at a cost of SR80,000.

### INDONESIA:

The IIROSA office in Indonesia spent about SR5,055,553 on its following programs and projects:
**Educational Care:** Supporting one educational institution and sponsoring 163 students studding in other schools and colleges at a cost of SR470.370.
**Health Care:** Running two clinics at a cost of SR5,413.
**Social Welfare:** Sponsoring of one orphan at a cost of SR200.
**Cultural Center:** Construction of 104 cultural centers at a cost of to SR2,979,855.
**Water Wells:** Drilling 84 water wells at a cost of SR277,800.
**Ramadan Free Meals Program:** SR100,000 spent on Ramadan Free Meals program from which 50,000 persons have benefited.
**Individual Aids:** Extended SR250 financial assistance to two persons.
**Emergency Relief:** Distribution of 90,000 kg of relief materials in kind at a cost of SR530,461.

### INDIA:

Total amount spent by IIROSA on its following projects and programs in India amounted to SR1043610:
**Education Care:** Granted scholarships and assistance to 87 students (boys &girls) supporting four educational institutions and sponsoring 743 students (boys & girls) studding in other schools and colleges at a cost of SR282,231.
**Health Care:** Supporting and running one hospital and two clinics at a cost of SR209,991 and implement medical caravans program from which 33,529 patients have benefited.
**Social Welfare:** Sponsoring 1,234 orphans at a cost of SR16,208.
**Ramadan Free Meals Program:** SR60,000 spent on Ramadan Free Meals program from which 30,000 persons have benefited.
**Human Resources Sustainable:** Establishing a computer training center at a cost of SR40,000.
**Emergency Relief:** Distribution of 2,640 kg of relief materials at a cost of SR64,165.
**Individual Aids:** Extending SR10,319 financial assistance to 12 persons.
**Cultural Center:** Construction of 9 cultural centers at a cost of SR 227,030.
**Water Wells:** Drilling 68 water wells at a cost of SR70,500.

### Philippines :

Le total des dépenses de l Organisation au titre de ses projets et programmes aux Philippines s élève à 72.999 Rials détaillés comme suit :
**Santé** Soutien, construction et gestion de deux dispensaires, d une cabinet médical et d une pharmacie, fréquentés par 7.581 patients à un coût estimé à 280.049 Rials.
**Social** Prise en charge de 120 orphelin(e)s à un coût estimé à 125.000 Rials.
**Projet Ramadan** Repas « Iftar » à 20.000 personnes à un coût de 70.000 Rials.
**Développement humain** Création d un centre de couture et stylisme comprenant 60 étudiantes à un coût de 21.567 Rials.
**Aides individuelles** Aide financière à une personne d un montant de 7.500 Rials.
**Secours d'Urgence** Distribution de 640 Kg de produits en nature estimés à un coût 63.550 Rials
**Centres Culturels** Edification d un centre culturel pour un coût estimé à 80.000 Rials.

### Indonésie :

Le total des dépenses de l Organisation pour ses projets et programmes en Indonésie a atteint 5.055.553 Rials décomposés comme suit :
**Education** Soutien d une institution éducative et prise en charge de 163 étudiant(e)s dans certaines institutions à un coût de 470.370 Rials.
**Santé** Soutien et gestion de deux dispensaires à un coût estimé à 51.413 Rials.
**Social** Prise en charge d un orphelin par un montant de 200 Rials.
**Centres Culturels** Construction de 104 mosquées à un coût estimé à 2.979.800 Rials.
**Puits** Forage de 84 puits à un coût estimé à 277.800 Rials.
**Projet Ramadan** Repas « Iftar » à 50.000 personnes à un coût de 100.000 Rials.
**Aides financières** Aide financière à deux personnes d un montant de 250 Rials.
**Secours d'Urgence** Distribution de 90.000 Kg de produits en nature estimés à un coût 530.461 Rials.

### Inde :

Les dépenses de l Organisation au titre de ses projets et programmes en Inde sont estimées à 1.043.610 Rials décomposés comme suit :
**Education** Octroi de bourses et aides à 87 étudiant(e)s, soutien de 4 institutions éducatives, prise en charge de 743 étudiant(e)s dans certains établissements éducatifs à un coût global estimé à 282.231 Rials.
**Santé** Soutien et gestion d un hôpital et deux dispensaires, organisation de caravanes médicales ayant profité à 33.529 malades à un coût global estimé à 201.991 Rials.
**Social** Prise en charge de 1.234 orphelin(e)s à un coût de 16.208 Rials.
**Projet Ramadan** Repas « Iftar » à 30.000 personnes à un coût de 60.000 Rials.
**Développement humain** Création d un centre d informatique à un coût estimé à 40.000 Rials.
**Secours d'Urgence** Distribution de 2.640 Kg de produits en nature à un coût estimé à 64.165 Rials.
**Aides individuelles** Aides à 12 personnes d un montant de 10.319 Rials.
**Centres Culturels** Construction de 9 mosquées à un coût estimé à 227.030 Rials.
**Puits** Forage de 68 puits d un montant de 70.500 Rials.

IIRO 000634

## VIETNAM:

**Ramadan Free Meals Program:** SR10,000 spent on Ramadan Free Meals program from which 3,000 persons have benefited.

## LAOS:

**Ramadan Free Meals Program:** SR10,000 spent on Ramadan Free Meals Program from which 3,000 persons have benefited.

## AZAD KASHMIR:

The IIROSA spent SR273,000 on its following projects and programs in Azad Kashmir:

**Ramadan Free Meals Program:** SR50,000 spent on Ramadan Free Meals program from which 20,000 persons have benefited.

**Cultural Center:** Construction of one cultural center at a cost of SR50,000.

**Water Wells:** Drilling 41 water wells at a cost of SR123,000.

## CHINA:

The IIROSA spent SR273,000 on its following projects and programs in China:

**Education Care:** Granted scholarships to 57 students at a cost of SR79,130.

**Social Welfare:** Offered SR1,500 financial assistances to orphans.

**Ramadan Free Meals Program:** SR25,000 spent on Ramadan Free Meals Program from which 5,000 persons have benefited.

**Individual Aids:** Extended SR7,711 financial assistance to 12 persons.

## DAGHISTAN:

**Educational Care:** Granted scholarships and financial help to 24 students at a cost of SR46,153.

## TURKMENISTAN:

**Educational Care:** Granted scholarships and financial assistance to 5 students at a cost of SR9,615.

## TAJKISTAN:

**Educational Care:** Granted scholarships to 21 students at a cost of SR40,383.

## KYRGIZTHAN:

The IIROSA spent about SR29,393 in Kyrgizthan on its following programs and projects:

**Educational Care:** Granted scholarships to 6 students at a cost of SR11,538.

## YEMEN:

Total amount spent by IIROSA on its following projects and programs in Yemen reached SR1,227,259:

**Educational Care:** Granted scholarships and aids to three students and sponsoring six teachers at a cost of SR56,000.

**Health Care:** Supporting and running one hospital and one clinic at a cost of SR96,713 from which 31,312 patients have benefited.

### Vietnam

**Projet Ramadan** Repas « Iftar » à 3.000 personnes à un coût de 10.000 Rials.

### Laos

**Projet Ramadan** Repas « Iftar » à 3.000 personnes à un coût de 10.000 Rials.

### Cachemire Libre

Le total des dépenses de l Organisation pour ses projets et programmes au Cachemire Libre est estimé à 273.000 Rials décomposés comme suit :

**Projet Ramadan** Repas « Iftar » à 20.000 personnes à un coût de 50.000 Rials.

**Centres Culturels** Construction d un centre culturel pour un coût estimé à 50.000 Rials.

**Puits** Forage de 41 puits à un coût estimé à 123.000 Rials.

### Chine

Les dépenses de l Organisation au titre de ses projets et programmes en Chine sont estimées à 113.341 Rials décomposés comme suit :

**Education** Octroi de 57 bourses scolaires d un montant de 79.130 Rials.

**Social** Aides aux orphelins pour un montant de 1.500 Rials.

**Projet Ramadan** Repas « Iftar » à 5.000 personnes pour un coût de 25.000 Rials.

**Aides individuelles** Aides à 12 personnes d un montant de 7.711 Rials

### Daghestan

**Education** Octroi de bourses et aides à 24 étudiant(e)s d un montant de 46.152 Rials.

### Turkménistan

**Education** Octroi de bourses et aides à 5 étudiant(e)s d un montant de 9.615 Rials.

### Tadjikistan

**Education** Octroi de 21 bourses d un montant de 40.383 Rials.

### Kirghizstan

Les dépenses de l Organisation au titre de ses projets et programmes au Kirghizstan sont estimées à 29.393 Rials décomposés comme suit :

**Education** Octroi de 6 bourses scolaires d un montant de 11.538 Rials.



IIRO 000635



**Social Welfare:** Sponsoring 2,036 orphans at a cost of SR574,331.

**Ramadan Free Meals Program:** SR100,000 spent on Ramadan Free Meals program from which 35,000 persons have benefited .

**Individual Aids:** Extending SR62,222 financial assistance to 78 persons.

## SYRIA:

The IIROSA spent SR16,568 on its following programs in Syria:

**Social Welfare:** Sponsoring 15 orphans at a cost of SR3,400.

## SRI.LANKA:

The IIROSA spent SR2,232,233on its following projects and programs in Sri Lanka:

**Social Welfare:** Sponsoring of 126 orphans at a cost of SR133,459.

**Ramadan Free Meals Program:** SR60,000 spent on Ramadan Free Meals program from which 35,000 persons have benefited.

**Human Resources Sustainable:** Establishing two computer training centers with 158 apprentices at a cost of SR15,000.

**Individual Aids:** Extending SR7,150 financial assistance to 13 persons.

**Emergency Relief:** Distributed 36,000 kg of relief materials at a cost of SR156,640.

**Cultural Centers:** Construction of 38 cultural centers at a cost of to SR1,468,000.

**Water Wells:** Drilling 28 water wells at a cost of SR172,000.

## THAILAND:

The IIROSA spent SR564,046 on its following projects and programs in Thailand.

**Educational Care:** Offered scholarships to five students, supporting an educational institution and sponsoring 506 students (boys &girls) studding in schools and colleges at a cost of SR8,167.

**Social Welfare:** Sponsoring of 133 orphans at a cost of SR166,355.

**Ramadan Freed Meals Program:** SR50,000 spent on Ramadan Free Meals program from which 18,000 persons have benefited.

**Individual Aids:** Extending SR400 financial assistance to 2 persons.

**Cultural Centers:** Construction of one cultural center at a cost of SR70,000

**Water Wells:** Drilling 17 water wells at a cost of SR73,000.



### Yémen

Les dépenses de l Organisation au titre de ses projets et programmes au Yémen sont estimées à 1.227.259 Rials décomposés comme suit :

**Education** Octroi de bourses et aides à 3 étudiants et prise en charge de 6 enseignants à un coût global estimé à 65.000 Rials.

**Santé** Soutien et gestion d un hôpital et d un dispensaire dont ont bénéficié 31.312 patients à un coût global estimé à 96.713 Rials.

**Social** Prise en charge de 2.036 orphelin(e)s à un coût de 574.331 Rials.

**Projet Ramadan** Repas « Iftar » à 35.000 personnes à un coût de 100.000 Rials.

**Aides individuelles** 78 personnes ont bénéficié d aides individuelles estimées à 62.222 Rials.

### Syrie

Les dépenses de l Organisation au titre de ses projets et programmes en Syrie sont estimées à 16.568 Rials décomposés comme suit :

**Social** Prise en charge de 15 orphelin(e)s à un coût de 13.168 Rials.

### Sri Lanka

Les dépenses de l Organisation au titre de ses projets et programmes au Sri Lanka sont estimées à 2.232.233 Rials décomposés comme suit :

**Social** Prise en charge de 126 orphelin(e)s à un coût de 133.459 Rials.

**Projet Ramadan** Repas « Iftar » à 35.000 personnes à un coût de 60.000 Rials.

**Développement humain** Création de deux centres d informatique accueillant 158 étudiants, les dépenses globales sont estimées à 15.000 Rials.

**Aides individuelles** Aides financières ayant profité à 13 personnes d un montant de 7.150 Rials.

**Secours d'Urgence** Distribution de 36.000 Kg de produits en nature à un coût estimé à 106.640 Rials.

**Centres Culturels** Construction de 38 centres culturels pour un coût estimé à 1.468.000 Rials.

**Puits** Forage de 28 puits à un coût estimé à 172.000 Rials.

### Thaïlande

Les dépenses de l Organisation au titre de ses projets et programmes en Thaïlande sont estimées à 564.046 Rials décomposés comme suit :

**Education** Octroi de bourses et aides à 5 étudiant(e)s, soutien d une institution éducative, et prise en charge de 506 étudiant(e)s dans certains établissements éducatifs à un coût global estimé à 8.167 Rials.

**Social** Prise en charge de 133 orphelin(e)s à un coût de 166.355 Rials.

**Projet Ramadan** Repas « Iftar » à 18.000 personnes à un coût de 50.000 Rials.

**Aides individuelles** 2 personnes ont bénéficié d un montant de 400 Rials.

**Centres Culturels** Construction d un centre culturel pour un coût estimé à 70.000 Rials.

**Puits** Forage de 17 puits d un montant de 73.000 Rials.

IIRO 000636

## PAKISTAN:

The IIROSA spent SR5864398 on its following projects and programs in Pakistan:

**Educational Care:** Sponsoring of five teachers, supporting one educational institution and sponsoring of 768 students (boys &girls) studding in schools and colleges at a cost of SR175,800.

**Health Care:** Running two hospitals, two dispensaries and one health center at cost of SR1,164,801 from which 106,282 patients have benefited.

**Social Welfare:** sponsoring 1258 orphans to the amount of SR 1,080,031.

**Ramadan Free Meals Program:** SR120,000 spent on Ramadan Free Meals program from which 80,000 persons have benefited.

**Individual Aids:** Extending SR2,000 financial assistance to 10 persons.

**Emergency Relief:** Distribution of 36,126kg of relief items in kind at cost of SR 1,339,747.

**Cultural Center:** Construction of 46 cultural centers at a cost SR1,325,000.

**Water Wells:** Drilling 63 water wells at cost of SR271,000.

## BANGLADESH:

Total amount spent by IIROSA on its following projects and programs in Bangladesh reached SR4,460,668:

**Educational Care:** Granted scholarships and aids to 11 students, sponsoring five teachers and 1,561 students (boys &girls) studding in schools and colleges as well as supporting six educational institutions at a cost of SR107,259.

**Health Care:** Running six clinics, one medical center and two dispensaries that have been visited by 38,817 patients at a cost of SR 49,334.

**Social Welfare:** Sponsoring of 1664 orphans at a cost of SR778,358.

**Cultural Center:** Construction of 26 cultural centers at a cost of SR1,245,000.

**Water wells:** Drilling 129 water wells at a cost of SR421,000.

**Ramadan Free Meals Program:** SR120,000 spent on Ramadan Free Meals program from which 70,000 persons have benefited.

**Human Resources Sustainable:** Establishing one tailoring and embroidery center with 130 female trainees at a cost of SR29,900.

**Individual Aids:** Extending SR3,275 financial assistance to 11 persons.

**Emergency Relief:** distribution of 180,115 kg of relief items in kind at a cost of SR719,170.

## JORDAN:

The IIROSA spent SR4460668 on its following projects and programs in Bangladesh:

**Educational Care:** Granted scholarships and aids to 123 students at a cost of SR141,962.

**Social Welfare:** Sponsoring of 6319 orphans at a cost of SR5,165,478.

**Ramadan Free Meals Program:** SR80,000 spent on Ramadan Free Meals program from which 70,000 persons have benefited.

**Individual Aids:** Extending SR400 financial assistance to two persons.

**Emergency Relief:** Distribution of 54,000 kg of relief items in kind at a cost of SR218,850.

**Cultural Center:** Construction of two cultural centers at a cost of SR125,000.

## AFGHANISTAN:

The IIROSA spent SR28530113 on its following projects and programs in Afghanistan:

**Educational Care:** Sponsoring of 300 students (boys &girls) studying in other schools and colleges,supporting one educational institution at a cost of SR194,445.

**Health Care:** Running one hospital and two dispensaries as well as implementing an anti-malaria and vaccination program. Also, supporting other dispensaries at a cost of SR410,791.

**Social Welfare:** Sponsoring of 4,003 orphans at a cost of SR306,700.

**Ramadan Free Meals Program:** SR150,000 spent on Ramadan Free Meals program from which 100,000 persons have benefited.

**Individual Aids:** Extending SR700 financial assistance to two persons.

**Emergency Relief:** Distribution of 2,688,122 kg of relief materials at a cost of SR26,764,737.

## Pakistan

Les dépenses de l'Organisation au titre de ses projets et programmes au Pakistan sont estimées à 5.864.398 Rials décomposés comme suit :

**Education** Prise en charge de 5 enseignants, prise en charge de 768 étudiant(e)s dans certains établissements à un coût estimé à 175.800 Rials.

**Santé** Soutien et gestion de deux hôpitaux, deux cabinets médicaux et d'un centre médical, dont le nombre de patients a atteint 106.272 à un coût estimé à 1.164.801 Rials.

**Social** Prise en charge de 1.258 orphelin(e)s à un coût de 1.080.031 Rials.

**Projet Ramadan** Repas « Iftar » à 80.000 personnes à un coût de 120.000 Rials.

**Aides individuelles** 10 personnes ont bénéficié d'un montant de 2.000 Rials

**Secours d'Urgence** Distribution de 36.126 Kg de produits en nature à un coût estimé à 1.339.747 Rials.

**Centres Culturels** Construction de 46 centre culturel pour un coût estimé à 1.325.000 Rials.

**Puits** Forage de 63 puits d'un montant de 271.000 Rials.

## Bangladesh

Les dépenses de l'Organisation pour ses projets et programmes au Bangladesh sont estimées à 4.460.668 Rials décomposés comme suit :

**Education** Bourses et aides à 11 étudiant(e)s, prise en charge de 5 enseignants et de 1561 étudiant(e)s dans certains établissements et soutien de 6 institutions éducatives à un coût estimé à 107.259 Rials.

**Santé** Soutien et gestion de 6 dispensaires, d'un centre d'examen médical et de 2 cabinets fréquentés par 38.817 patients à un coût de 449.334 Rials.

**Social** Prise en charge de 1.664 orphelin(e)s à un coût de 778.358 Rials.

**Centres Culturels** Construction de 26 centres culturels pour un coût estimé à 1.245.000 Rials.

**Puits** Forage de 129 puits d'un montant de 421.000 Rials.

**Projet Ramadan** Repas « Iftar » à 70.000 personnes à un coût de 120.000 Rials.

**Développement humain** Création d'un centre de couture et broderie accueillant 130 étudiantes à un coût de 29.900 Rials.

**Aides individuelles** 11 personnes ont bénéficié d'un montant de 3.275 Rials

**Secours d'Urgence** Distribution de 180.115 Kg de produits en nature à un coût estimé à 719.170 Rials.

## Jordanie

Les dépenses de l'Organisation pour ses projets et programmes au Bangladesh sont estimées à 5.773.356 Rials décomposés comme suit :

**Education** Bourses et aides à 123 à un coût estimé à 141.962 Rials.



IIRO 000637

ACHIEVEMENTS IN THE CONTINENTS
Réalisations de l'Organisation sur les Continents



## SAUDI ARABIA:

The IIROSA spent SR1795660 on its following projects and programs in Saudi Arabia:
**Education Care:** Supporting 10 educational institutions and 16,692 students of expatriate communities as well as granting three scholarships at a cost of SR208,400.
**Social Welfare:** Sponsoring of 592 orphans at a cost of SR878,140.
**Ramadan Free Meals Program:** SR264,140 spent on Ramadan Free Meals program from which 40,000 persons have benefited.
**Cultural Center:** Construction of one cultural center at a cost of SR150,000.

## NEPAL:

The IIROSA spent SR147993 on its following projects and programs in Nepal:
**Educational Care:** Offered scholarships and aids to two students as well as sponsoring two teachers at a cost of SR8,166.
**Social Welfare:** Sponsoring of eight orphans at a cost of SR9,547.
**Ramadan Free Meals Program:** SR50,000 spent on Ramadan Free Meals program from which 15,000 persons have benefited.
**Individual Aids:** Extending SR1,500 financial assistance to two persons at a cost of SR,500.

## LEBANON:

The IIROSA spent SR1090262 on its following projects and programs in Lebanon:
**Health Care:** Running three polyclinics and one clinic that have been visited by 19,987 patients at a cost of SR637,469.
**Social Welfare:** Sponsoring of 148 at a cost of SR18,950.
**Ramadan Free Meals Program:** SR50,000 spent on Ramadan Free Meals program from which 10,000 persons have benefited.
**Individual Aids:** Extending SR1,500 financial assistance to two persons.

## UZBEKISTAN:

**Educational Care:** Offered scholarships to four students at a cost of SR17,500.

## CHECHNYA:

The IIROSA spent SR75,769 on its following projects and programs in Chechnya:
**Education Care:** Offered scholarships to three students at a cost of SR5,769.
**Ramadan Free Meals Program:** SR70,000 spent on Ramadan Free Meals program from which 9,000 persons have benefited.

## CAMBODIA:

The IIROSA spent SR95825 on its following projects and programs in Cambodia:
**Health Care:** Organizing medical caravans at a cost of SR38,889.
**Ramadan Free Meals Program:** SR20,000 spent on Ramadan Free Meals program from which 6,000 persons have benefited

## SIBERIA:

**Ramadan Free Meals Program:** SR20,000 spent on Ramadan Free Meals program from which 2,000 persons have benefited.

## BURMA:

The IIROSA spent SR89,900 on its following projects and programs in Burma:
**Education Care:** Offered scholarships and aids to three students at a cost of SR3,500.

## Arabie Saoudite

Les dépenses de l'Organisation pour ses projets et programmes en Arabie Saoudite sont estimées à 1.795.660 Rials décomposés comme suit :
**Education** Soutien de 10 établissements éducatifs et de 16.692 étudiant(e)s issus des communautés d'émigrés, octroi de 3 bourses scolaires à un coût estimé à 208.400 Rials.
**Social** Prise en charge de 592 orphelin(e)s à un coût de 878.140 Rials.
**Projet Ramadan** Repas « Iftar » à 40.000 personnes à un coût de 264.140 Rials.
**Aides individuelles** 101 personnes ont bénéficié d'un montant de 54.767 Rials.
**Centres Culturels** Construction d'un un centre culturel pour un coût estimé à 150.000 Rials.

## Népal

Les dépenses de l'Organisation pour ses projets et programmes au Népal sont estimées à 147.993 Rials décomposés comme suit :
**Education** Octroi de bourses et aides et prise en charge d'enseignants à un coût estimé à 8.166 Rials.
**Social** Prise en charge de 8 orphelin(e)s à un coût de 9.547 Rials.
**Projet Ramadan** Repas « Iftar » à 15.000 personnes à un coût de 50.000 Rials.
**Aides individuelles** 2 personnes ont bénéficié d'un montant de 1.000 Rials.

## Liban

Les dépenses de l'Organisation pour ses projets et programmes au Liban sont estimées à 1.090.262 Rials décomposés comme suit :
**Santé** Création et soutien de 3 complexes de cabinets et d'un dispensaire fréquentés par 19.987 patients, à un coût estimé à 637.469 Rials.
**Social** Prise en charge de 148 orphelin(e)s à un coût de 18.950 Rials.
**Projet Ramadan** Repas « Iftar » à 10.000 personnes à un coût de 50.000 Rials.
**Aides individuelles** 2 personnes ont bénéficié d'un montant de 1.500 Rials.

## Tchétchénie

Les dépenses de l'Organisation pour ses projets et programmes en Tchétchénie sont estimées à 75.769 Rials décomposés comme suit :
**Education** Octroi de 3 bourses et aides scolaires à un coût estimé à 5.769 Rials.
**Projet Ramadan** Repas « Iftar » à 9.000 personnes à un coût de 70.000 Rials.

## Cambodge

Les dépenses de l'Organisation pour ses projets et programmes au Cambodge sont estimées à 95.825 Rials décomposés comme suit :
**Santé** Gestion de caravanes de santé à un coût de 38.889 Rials.
**Projet Ramadan** Repas « Iftar » à 6.000 personnes à un coût de 20.000 Rials.

## Sibérie

**Projet Ramadan** Repas « Iftar » à 2.000 personnes à un coût de 20.000 Rials.

## Birmanie

Les dépenses de l'Organisation pour ses projets et programmes en Birmanie sont estimées à 89.900 Rials décomposés comme suit :
**Education** Octroi de bourses et aides à 3 étudiants à un coût estimé à 3.500 Rials.

IIRO 000638


## MALAYSIA:
**Educational Care:** Offered scholarships two students at a cost of SR3,500.

## KAZAKHSTHAN:
**Educational Care:** Offered scholarships 21 students at a cost of SR40,383.

## IRAQI-KURDISTAN:
The IIROSA spent SR13188216 on its following projects and programs in Iraqi-Kurdistan:
**Educational Care:** Granting scholarships and aids to 50 students as well as sponsoring of 15 teachers at a cost of SR65,139.
**Health Care:** Running three health centers, two laboratories and one dispensary at a cost of SR585,323. More than 287,967 persons have benefited from these health facilities.
**Social Welfare:** Sponsoring of 7150 orphans at a cost of SR6,669,554.
**Ramadan Free Meals Program:** SR25,000 spent on Ramadan Free Meals program from which 8,000 persons have benefited.
**Cultural Center:** Constructions of 126 cultural centers at a cost of SR5,126,175.
**Water Wells:** Drilling six water wells at a cost of SR75,000.

## AZERBAIJAN:
The IIROSA spent SR8118948 on its following projects and programs in Azerbaijan:
**Educational Care:** Offered scholarships and aids to 20 students as well as sponsoring teachers at a cost of SR273,367.
**Health Care:** Running 5 dispensaries that have been visited by 40,256 patients as well as implementing an anti-malaria program at a cost of SR512.516.
**Social Welfare:** Sponsoring of 1066 orphans at a cost of SR 216,850.
**Ramadan Free Meals Program:** SR50,000 spent on Ramadan Free Meals program from which 7,000 persons have benefited.
**Human Resources Sustainable:** Establishing three tailoring centers in the refugees camp at a cost of SR5,688.
**Individual Aids:** Extending SR225,000 financial assistance to 450 persons.
**Emergency Relief:** Distribution of 278,175 kg of relief materials at a cost of SR6,471,227.

## PALESTINE:
Total amount spent by IIROSA on its projects and programs in Palestine reached SR18,198,885. They are:
**Educational Care:** Granting scholarships and aids to three students at a cost of SR3,889.
**Health Care:** Shipped medical equipments and medicine to hospitals at a cost of SR704,495.
**Social Welfare:** Sponsoring of 2498 orphans at a cost of SR251,182.
**Ramadan Free Meals Program:** SR170,000 spent on Ramadan Free Meals program from which 80,000 persons have benefited.
**Emergency Relief:** Distribution of 464,454 kg of relief materials at a cost of SR17,069,319.



### Malaisie
**Education** Octroi de bourses et aides aux étudiants à un coût estimé à 3.500 Rials.

### Kazakhstan
**Education** Octroi de 21 bourses et aides d un montant de 40.383 Rials.

### Kurdistan – Irak
Les dépenses de l Organisation eu titre de ses projets et programmes au Kurdistan-Irak sont estimées à 13.188.216 Rials décomposés comme suit :
**Education** Octroi de bourses et aides à 50 étudiant(e)s, prise en charge de 15 enseignants à un coût estimé à 65.139 Rials.
**Santé** Création et gestion de 3 centres de santé et d un cabinet fréquentés par 287.967 patients à un coût estimé à 585.323 Rials.
**Social** Prise en charge de 7.150 orphelin(e)s à un coût de 6.669.554 Rials.
**Projet Ramadan** Repas « Iftar » à 8.000 personnes à un coût de 25.000 Rials.
**Centres Culturels** Construction de 126 centres culturels pour un coût estimé à 5.136.175 Rials.
**Puits** Forage de 6 puits d un montant de 75.000 Rials.

### Azerbaïdjan
Les dépenses de l Organisation pour ses projets et programmes en Azerbaïdjan sont estimées à 8.118.948 Rials décomposés comme suit :
**Education** Octroi de bourses et aides à 20 étudiant(e)s, prise en charge d enseignants à un coût estimé à 273.367 Rials.
**Santé** Création, gestion et soutien de 5 cabinets fréquentés par 40.256 patients et application du programme de lutte contre la malaria à un coût estimé à 512.516 Rials.
**Social** Prise en charge de 1.066 orphelin(e)s à un coût de 216.850 Rials.
**Projet Ramadan** Repas « Iftar » à 7.000 personnes à un coût de 50.000 Rials.
**Développement humain** Création de 3 ateliers de couture dans les camps des réfugiés d un montant de 5.688 Rials.
**Aides individuelles** 450 personnes ont bénéficié d un montant de 225.000 Rials.
**Secours d'Urgence** Distribution de 278.175 Kg de produits en nature à un coût estimé à 6.471.227 Rials.

### Palestine
Les dépenses de l Organisation au titre de ses projets et programmes en Palestine sont estimées à 18.198.885 Rials décomposés comme suit :
**Education** Octroi de bourses et aides à 3 étudiants à un coût estimé à 3.889 Rials.
**Santé** Don d équipements médicaux et médicaments aux hôpitaux à un coût estimé à 704.495 Rials.
**Social** Prise en charge de 2.498 orphelin(e)s pour un coût de 251.182 Rials.
**Projet Ramadan** Repas « Iftar » à 80.000 personnes pour un coût de 170.000 Rials.
**Secours d'Urgence** Distribution de 464.454 Kg de produits en nature pour un coût estimé à 17.069.319 Rials.

IIRO 000639



## EUROPE

### ALBANIA:

The IIROSA spent SR578307 on its following projects and programs in Albania:
**Social Welfare:** Sponsoring of 674 orphans at a cost of SR366,232.
**Ramadan Free Meals Program:** SR150,000 spent on Ramadan Free Meals program from which 22,000 persons have benefited.
**Human Resources Sustainable:** Establishing a computer training center and a tailoring center with 120 trainees (boys &girls) at a cost of SR62,075.

### BOSNIA HERCEGOVINA:

The IIROSA spent SR578307on its following projects and programs in Bosnia:
**Health Care:** Establishing a natural therapeutics center from which 10,700 patients have benefited at a cost of SR78,072.
**Social Welfare:** Sponsoring of 1946 orphans at a cost of SR398,825.
**Ramadan Free Meals Program:** SR200,000 spent on Ramadan Free Meals program from which 32,000 persons have benefited.
**Individual Aids:** Extending SR4,747 financial assistance to three persons.
**Emergency Relief:** Distribution of 464,454 kg of foodstuffs at cost of SR375,000.

### MACEDONIA:

The IIROSA spent SR325,062 on its following projects and programs in Macedonia:
**Emergency Relief:** Distribution of food stuffs at a cost of SR275,062.

### SWEDEN:

The IIROSA spent SR18,570 on its following projects and programs in Sweden:
**Ramadan Free Meals Program:** SR15,000 spent on Ramadan Free Meals program from which 2,200 persons have benefited.
**Emergency Relief:** Distribution of relief materials at a cost of SR3,570.

### DENMARK:

**Ramadan Free Meals Program:** SR20,000 spent on Ramadan Free Meals program from which 2,500 persons have benefited.

### HOLLAND:

The IIROSA spent SR48,300 on its following projects and programs in Holland.
**Islamic propaganda:** sponsoring 1 missionary at a cost of SR28,300.
**Ramadan Fee Meals Program:** SR80,000 spent on Ramadan Free Meals program from which 2,500 persons have benefited

### SLOVANIA:

**Ramadan Free Meals Program:** SR10,000 spent on Ramadan Free Meals program from which 2,000 persons have benefited.

### KOSOVO:

The IIROSA spent SR1,201,267.on its following projects and programs in Kosovo:
**Ramadan Free Meals Program:** SR100,000 spent on Ramadan Free Meals program from which 15,000 persons have benefited.

### Albanie

Le total des dépenses de l Organisation au titre de ses projets et programmes en Albanie s élève à 578.307 Rials détaillés comme suit :
**Social** Prise en charge de 674 orphelin(e)s pour un coût estimé à 366.232 Rials.
**Projet Ramadan** Repas « Iftar » à 22.000 personnes pour un coût 150.000 Rials.
**Développement humain** Création d un centre informatique et un centre de couture accueillant 120 étudiant(e)s à un coût de 62.075 Rials.

### Bosnie

Le total des dépenses de l Organisation au titre de ses projets et programmes en Bosnie s élève à 1.107.269 Rials détaillés comme suit :
**Santé** Création d un centre de traitement naturel dont ont bénéficié 10.700 personnes à un coût estimé à 78.072 Rials.
**Social** Prise en charge de 1.946 orphelin(e)s pour un coût estimé à 398.825 Rials.
**Projet Ramadan** Repas « Iftar » à 30.000 personnes pour un coût 200.000 Rials.
**Aides individuelles** 3 personnes ont bénéficié d un montant de 4.747 Rials.
**Secours d'Urgence** Distribution de produits alimentaires pour un coût estimé à 375.000 Rials.

### Macédoine

Le total des dépenses de l Organisation au titre de ses projets et programmes en Macédoine s élève à 325.062 Rials détaillés comme suit :
**Secours d'Urgence** Distribution de produits de secours pour un coût estimé à 275.062 Rials.

### Suède

Le total des dépenses de l Organisation au titre de ses projets et programmes en Suède s élève à 18.570 Rials détaillés comme suit :
**Projet Ramadan** Repas « Iftar » à 2.200 personnes pour un coût 15.000 Rials.
**Secours d'Urgence** Distribution de produits de secours pour un coût estimé à 3.570 Rials.

### Danemark

**Projet Ramadan** Repas « Iftar » à 2.500 personnes à un coût 20.000 Rials.

### Hollande

**Projet Ramadan** Repas « Iftar » à 2.500 personnes pour un coût 20.000 Rials.

### Slovénie

**Projet Ramadan** Repas « Iftar » à 2.000 personnes pour un coût 10.000 Rials.

### Kosovo

Le total des dépenses de l Organisation au titre de ses projets et programmes au Kosovo s élève à 1.201.267 Rials détaillés comme suit :
**Projet Ramadan** Repas « Iftar » à 15.000 personnes pour un coût 100.000 Rials.
**Secours d'Urgence** Distribution de 53.565 Kg de produits en nature pour un coût estimé à 1.043.730 Rials.

IIRO 000640



**Emergency Relief:** Distribution of 53.565 kg of relief materials at a cost of SR1,043,730.

### AUSTRIA:
**Ramadan Free Meals Program:** SR20,000 spent on Ramadan Free Meals program from which 4,000 persons have benefited.

### CZEC REPUBLIC:
**Ramadan Free Meals Program:** SR7.500 spent on Ramadan Free Meals program from which 1,500 persons have benefited.

### GREAT BRITAIN:
**Ramadan Feeding Program:** SR35,000 spent on Ramadan Free Meals program from which 2,500 persons have benefited.

### ITALY:
**Ramadan Free Meals Program:** SR20,000 spent on Ramadan Free Meals program from which 5,000 persons have benefited.

### SPAIN:
**Ramadan Feeding Program:** SR80,000 spent on Ramadan Free Meals program from which 6,000 persons have benefited.

### TURKEY:
The IIROSA spent SR125,000 on its following projects and programs in Turkey.
**Ramadan Free Meals Program:** SR50,000 spent on Ramadan Free Meals program from which 10,000 persons have benefited.

### BELGIUM & GERMAN:
The IIROSA spent SR46,000 on its projects and programs in Belgium and German.
**Ramadan Free Meals Program:** SR15,000 spent on Ramadan Free Meals program from which 2,000 persons have benefited.

### Ramadan Free Meals Program implemented in:
**Australia:** 4,000 fasting people benefited from the Program at a cost of SR20,000.
**New Guinea:** 3,000 fasting people benefited from the Program at cost of SR15,000.
**Fiji Islands:** 4,000 fasting people benefited from the Program at a cost of SR20,000.
**Vanlivo Island:** 2,500 fasting people benefited from the Program at a cost of SR10,000.

### Autriche
**Projet Ramadan** — Repas « Iftar » à 4.000 personnes pour un coût 20.000 Rials.

### Tchéquie
**Projet Ramadan** — Repas « Iftar » à 1.500 personnes pour un coût 7.500 Rials

### Grande Bretagne
**Projet Ramadan** — Repas « Iftar » à 2.500 personnes pour un coût 35.000 Rials

### Italie
Le total des dépenses de l Organisation au titre de ses projets et programmes en Italie s élève à 20.000 Rials détaillés comme suit :
**Projet Ramadan** — Repas « Iftar » à 5.000 personnes pour un coût 20.000 Rials

### Espagne
**Projet Ramadan** — Repas « Iftar » à 6.000 personnes pour un coût 30.000 Rials

### Turquie
Le total des dépenses de l Organisation au titre de ses projets et programmes en Turquie s élève à 125.000 Rials détaillés comme suit :
**Projet Ramadan** — Repas « Iftar » à 10.000 personnes pour un coût 50.000 Rials.
**Fête du sacrifice** — 3.000 personnes ont en bénéficié pour un coût de 15.000 Rials.

### Belgique et Allemagne
Le total des dépenses de l Organisation au titre de ses projets et programmes en Belgique s élève à 46.000 Rials détaillés comme suit :
**Projet Ramadan** — Repas « Iftar » à 2.000 personnes pour un coût 15.000 Rials.

### Projet Ramadan en :
**Australie :** 4.000 personnes en ont bénéficié d un montant de 20.000 Rials
**Papoua-Nouvelle Guinée :** 3.000 personnes en ont bénéficié d un montant de 15.000 Rials
**Iles Fidji :** 4.000 personnes en ont bénéficié d un montant de 20.000 Rials
**le Vanua Levu :** 2.500 personnes en ont bénéficié d un montant de 10.000 Rials

IIRO 000641



## AFRICA

### DJIBOUTI:

The IIROSA spent SR1384361 on its following projects and programs in Djibouti:

**Social Welfare:** Sponsoring 234 orphans at a cost of SR369,952.

**Ramadan Free Meals Program:** SR90,000 spent on Ramadan Free Meals program from which 820,000 persons have benefited.

**Human Resources Sustainable:** Establishing of a tailoring training center from which 60 girls have benefited at a cost of SR17,033.

**Individual Aids:** Extending SR3,200 financial assistance to seven persons.

**Emergency Relief:** Distribution of 174,989 kg of relief materials at a cost of SR869,176.

### MALI:

The IIROSA spent SR337268 on its following projects and programs in Mali:

**Social Welfare:** Sponsoring of 144 orphans at a cost of SR49,027.

**Educational Care:** Sponsoring of five students at a cost of SR21,875.

**Ramadan Free Meals Program:** SR50,000 spent on Ramadan Free Meals program from which 17,500 persons have benefited.

**Human Resources Sustainable:** Establishing a tailoring training center at a cost of SR41,366 from which 70 girls have benefited.

**Individual Aids:** Extending SR5,000 financial help to one person.

**Emergency Relief:** distribution of relief materials at a cost of SR150,000.



### Djibouti

Le total des dépenses de l Organisation au titre de ses projets et programmes à Djibouti s élève à 1.384.361 Rials détaillés comme suit :

| | |
|---|---|
| **Social** | Prise en charge de 234 orphelin(e)s pour un coût estimé à 369.952 Rials |
| **Projet Ramadan** | Repas « Iftar » à 20.000 personnes pour un coût 90.000 Rials |
| **Développement humain** | Création d  un centre de couture accueillant 60 étudiantes à un coût de 17.033 Rials |
| **Aides individuelles** | Distribution de 3.200 Rials à 7 personnes. |
| **Secours d'Urgence** | Distribution de 174.989 Kg de produits en nature pour un coût estimé à 869.176 Rials. |

### Mali

Le total des dépenses de l Organisation au titre de ses projets et programmes au Mali s élève à 337.268 Rials détaillés comme suit :

| | |
|---|---|
| **Social** | Prise en charge de 144 orphelin(e)s pour un coût estimé à 49.027 Rials. |
| **Projet Ramadan** | Repas « Iftar » à 17.500 personnes pour un coût 50.000 Rials. |
| **Développement humain** | Création d  un centre de couture accueillant 70 étudiantes pour un coût de 41.366 Rials. |
| **Aides individuelles** | Une personne a bénéficié d  un montant de 5.000 Rials. |
| **Secours d'Urgence** | Distribution de produits de secours pour un coût estimé à 150.000 Rials. |

### Ethiopie

Les dépenses de l Organisation pour ses projets et programmes en Ethiopie sont estimées à 2.593.096 Rials décomposés comme suit :

| | |
|---|---|
| **Social** | Prise en charge de 1800 orphelin(e)s et construction d  orphelinats à un coût global de 178.885 Rials. |
| **Santé** | Gestion de 3 dispensaires fréquentés par 105.230 patients à un coût global de 421.322 Rials. |
| **Education** | Prise en charge de 2.315 étudiant(e)s dans certains établissements éducatifs et octroi de bourses aux étudiants pour un coût estimé à 562.481 Rials. |
| **Projet Ramadan** | Repas « Iftar » à 35.000 personnes pour un coût de 100.000 Rials. |
| **Aides individuelles** | 232 personnes ont bénéficié d  un montant de 119.400 Rials. |
| **Secours d'Urgence** | Distribution de 1.676 Kg de produits en nature pour un coût estimé à 539.410 Rials. |
| **Centres Culturels** | Construction de 5 centres culturels pour un coût estimé à 221.918 Rials. |
| **Puits** | Forage de 22 puits d  un montant de 211.100 Rials. |

### Soudan

Les dépenses de l Organisation pour ses projets et programmes au Soudan sont estimées à 6.729.643 Rials décomposés comme suit :

| | |
|---|---|
| **Social** | Prise en charge de 2.860 orphelin(e)s à un coût global de 167.301 Rials. |
| **Santé** | Gestion de 19 projets de santé, à savoir un hôpital, dispensaire, cabinets, centres, etc. à un coût de 2.830.976 Rials, fréquentés par 331 628 patients. |
| **Education** | Soutien, création et gestion de 8 établissements éducatifs et octroi de bourses scolaires à 41 étudiants pour un coût estimé à 969.039 Rials. |
| **Projet Ramadan** | Repas « Iftar » à 65.000 personnes pour un coût de 120.000 Rials. |

IIRO 000642











IIROSA ACHIEVEMENTS IN THE CONTINENTS
Réalisations de l'Organisation sur les Continents

## ETHIOPIA:

The IIROSA spent SR2593096 on its following projects and programs in Ethiopia :

**Social Welfare:** Sponsoring of 1,800 orphans and establishing an orphanage at a cost of SR178,885.

**Health Care:** Running four clinics at a cost of SR421,322 and more than 105,230 patients benefited from these health centers.

**Educational Care:** Sponsoring of 2,315 students who are studding in different educational institutions and also granted scholarships to two students; at a cost of SR562,481.

**Ramadan Free Meals Program:** SR100,000 spent on Ramadan Free Meals program from which 35,000 persons have benefited .

**Individual Aids:** Extending SR119,408 financial assistance to 232 persons.

**Emergency Relief:** Distribution of 1,876 kg of relief materials at a cost of SR539,410.

**Cultural Center:** Construction of five cultural centers at a cost of SR221,918.

**Water Wells:** Drilling 22 water wells at a cost of SR211,100.

## SUDAN:

The IIROSA spent SR6729643 on its following projects and programs in Sudan:

**Social Welfare:** Sponsoring of 2,860 orphans at a cost of SR167,301.

**Health Care:** Running 19 health projects including hospitals, clinics, dispensaries and health centers at a cost of SR2,830,976. The number of visiting patients reached 331,628.

**Educational Care:** Establishing, and running seven educational institutions and granting scholarships and aids to 41 students at a cost of SR969,039.

**Ramadan Free Meals Program:** SR120,000 spent on Ramadan Free Meals program from which 65,000 persons have benefited .

**Human Resources Sustainable:** Establishing of a tailoring training center at a cost of SR38,000.

## IVORY COAST:

The IIROSA spent SR210,458 on its following projects and programs in Ivory Coast:

**Social Welfare:** Sponsoring of 86 orphans at a cost of SR147,589.

**Educational Care:** Sponsoring of three teachers at a cost of SR10.500.

## COMORO ISLANDS

The IIROSA spent SR594,094 on its following projects and programs in Comoro Islands:

**Health Care:** Running three clinics at a cost of SR230,867 and more than that 42,200 patients have benefited from these centers.

**Educational Care:** Granting scholarship to one student at a cost of SR1,400.

**Emergency Relief:** Distribution of 61,010 kg of relief materials at a cost of SR361,827.

## GUINEA CONAKRY:

The IIROSA spent SR28,921on its following projects and programs in Guinea Conakry:

**Educational Care:** Sponsoring of four teachers at a cost of SR17,208.

**Individual Aids:** Extending SR2,000 financial help to one person.

## RWANDA:

The IIROSA spent SR27,500 on its following program in Rwanda:

**Ramadan Free Meals Program:** Providing fast-breaking meals to 7,000 fasting Muslims, at the cost of SR15,000.

| | |
|---|---|
| **Développement humain** | Création d un centre de couture pour un coût de 38.000 Rials. |
| **Aides individuelles** | 314 personnes ont bénéficié d un montant de 147.370 Rials |
| **Secours d'Urgence** | Distribution de 337.061 Kg de produits en nature pour un coût estimé à 2.240.125 Rials. |
| **Centres Culturels** | Achèvement de la construction d un centre culturel pour un coût estimé à 28.500 Rials. |

### Côte d'Ivoire

Les dépenses de l Organisation pour ses projets et programmes en Côte d Ivoire sont estimées à 210.458 Rials décomposés comme suit :

| | |
|---|---|
| **Social** | Prise en charge de 76 orphelin(e)s à un coût global de 147.589 Rials. |
| **Education** | Prise en charge de 3 enseignants à un coût estimé à 10.500 Rials. |

### Iles Comores

Les dépenses de l Organisation pour ses projets et programmes aux Iles Comores sont estimées à 594.094 Rials décomposés comme suit :

**Santé** Soutien et gestion de 3 dispensaires fréquentés par 42.200 patients pour un coût de 230.867 Rials.

**Education** Octroi de bourses scolaires à un étudiant pour un coût estimé à 1.400 Rials.

**Secours d'Urgence** Distribution de 61.010 Kg de produits en nature pour un coût estimé à 361.827 Rials.

### Guinée Conakry

Les dépenses de l Organisation pour ses projets et programmes en Guinée Conakry sont estimées à 28.921 Rials décomposés comme suit :

**Education** Prise en charge de 4 enseignants pour un coût estimé à 17.208 Rials.
Aides individuelles 1 personne a bénéficié d un montant de 2.000 Rials.

### Rwanda

Les dépenses de l Organisation pour ses projets et programmes au Rwanda sont estimées à 27.500 Rials décomposés comme suit :

**Projet Ramadan** Repas « Iftar » à 7.000 personnes à un coût de 15.000 Rials.

### Maroc

Les dépenses de l Organisation pour ses projets et programmes au Maroc sont estimées à 25.000 Rials décomposés comme suit :

**Projet Ramadan** Repas « Iftar » à 10.000 personnes à un coût de 20.000 Rials.

### Togo

Les dépenses de l Organisation pour ses projets et programmes au Togo sont estimées à 146.575 Rials décomposés comme suit :

**Social** Prise en charge de 10 orphelin(e)s à un coût global de 11.721 Rials.

**Santé** Soutien et gestion d un dispensaire fréquenté par 10.800 patients et distribution de laboratoires et des équipements médicaux à un coût de 122.521 Rials.

**Education** Octroi de bourses scolaires à un étudiant à un coût estimé à 2.333 Rials.

91

IIRO 000643



## MOROCCO:

The IIROSA spent SR20,000 on its following program in Morocco:

**Ramadan Free Meals Program:** SR20,000 spent on Ramadan Free Meals program from which 10,000 persons have benefited .

## TOGO:

The IIROSA spent SR146575 on its following  projects and programs in Togo:

**Social Welfare:** Sponsoring of 10 orphans at a cost of  SR11,721.

**Health Care:** Establishing and running one clinic at a cost of SR122,521. More than 10,000 people have benefited from this health center.

**Educational Care:** Granting scholarship to one student at a cost of SR2,333.

## BURKINA FASO:

The IIROSA spent SR1458920 on its following projects and programs in Burkina Faso:

**Social Welfare:** Sponsoring of 619 orphans at a cost of SR823,136.

**Health Care:** Running and supporting  six  clinics at a cost of SR465,694. More than 45,100 patients have visited these health centers.

**Emergency Relief:** Distribution of relief materials at a cost of SR37,500.

**Cultural Center:** Construction of two cultural centers at a cost of SR100,000.

**Water wells:** Drilling one water well at a cost of SR10,000.

## BURUNDI:

The IIROSA spent SR68363 on its following  projects and programs in Burundi:

**Ramadan Free Meals Program:** SR14,370 spent on Ramadan Free Meals program from which 7,000 persons have benefited.

**Education Care:** Granting scholarships and aids to six students and sponsoring teachers at a cost of SR13,093.

## CHAD:

The IIROSA spent SR3229170 on its following projects and programs in Chad:

**Social Welfare:** Sponsoring of 1,724 orphans and establishing orphanages at a cost of SR1,844,235.

**Health Care:** Running one clinic at a cost of SR110,468 and more than 45,000 patients have benefited.

**Education Care:** Sponsoring of 456 students and granting scholarship to one student at a cost of SR272,750.

**Ramadan Free Meals Program:** SR100,000 spent on Ramadan Free Meals program from which  5,000 persons have benefited .

**Human Resources Sustainable:** Establishing the secondary institute for vocational training at in N  Djamena with 100 trainees at a cost of SR43,900.

**Individual Aids:** Extending SR8,400 financial help to 17 persons at a cost of SR8,400.

**Emergency Relief:** Distribution of 5,735 kg of relief materials at a cost of SR329,089.

**Cultural Center:** Construction of 11 cultural centers at a cost of SR288,000.

## SIERRA LEON:

The IIROSA spent SR196,000 on its following projects and programs in Sierra Leon:

**Social Welfare:** Paid SR1500 previous allocations to orphans.

**Health Care:** Running one  clinic at a cost of  SR48,000.

## Burkina Faso

Les dépenses de l  Organisation pour ses projets et programmes au Burkina Faso sont estimées à 1.458.920 Rials décomposés comme suit :

**Social**  Prise en charge de 619 orphelin(e)s à un coût global de 823.136 Rials.

**Santé**  Soutien et gestion de 6 dispensaires fréquentés par 45.100 patients à un coût de 465.694 Rials.

**Secours d'Urgence**  Distribution de produits en nature à un coût estimé à 37.500 Rials.

**Centres Culturels**  Construction de 2 centres culturels pour un coût estimé à 100.000 Rials.

**Puits**  Forage d  un puits d  un montant de 10.000 Rials.

## Burundi

Les dépenses de l  Organisation pour ses projets et programmes au Burundi sont estimées à 68.363 Rials décomposés comme suit :

**Projet Ramadan**  Repas « Iftar » à 7.000 personnes pour un coût de 14.370 Rials.

**Education**  Octroi d  aides scolaires à 6 étudiants et prise en charge d  enseignants à un coût estimé à 13.093 Rials.

## Tchad

Les dépenses de l  Organisation pour ses projets et programmes au Tchad sont estimées à 3.229.170 Rials décomposés comme suit :

**Social**  Prise en charge de 1,724 orphelin(e)s et construction d  orphelinats à un coût de 1.844.235 Rials.

**Santé**  Gestion d  un dispensaire fréquenté par 45.000 patients à un coût estimé de 110.468 Rials.

**Education**  Prise en charge de 456 étudiant(e)s et bourse scolaire à un étudiant à un coût estimé à 272.750 Rials.

**Projet Ramadan**  Repas « Iftar » à 50.000 personnes à un coût de 100.000 Rials.

**Développement humain**  Création d  un institut secondaire de formation professionnelle à N  Djamena, accueillant 100 étudiants à un coût de 43.900 Rials.

**Aides individuelles**  17 personnes ont bénéficié d  un montant de 8.400 Rials

**Secours d'Urgence**  Distribution de 5.735 Kg de produits en nature pour un coût estimé à 329.089 Rials.

**Centre Culturels**  Construction de 11 centres culturels pour un coût estimé à 288.000 Rials.

## Sierra Leone

Les dépenses de l  Organisation pour ses projets et programmes à Sierra Leone sont estimées à 196.000 Rials décomposés comme suit :

**Social**  Dépense de précédentes échéances pour les orphelins d  un montant de 1.500 Rials.

**Santé**  Soutien d  un dispensaire de santé pour un coût estimé de 48.000 Rials.

**Projet Ramadan**  Repas « Iftar » à 17.000 personnes pour un coût de 35.000 Rials.

**Aides individuelles**  1 personne a bénéficié d  un montant de 1.500 Rials

**Secours d'Urgence**  Distribution de produits en nature pour un coût estimé à 100.000 Rials.

## Erythrée

Les dépenses de l  Organisation pour ses projets et programmes en Erythrée sont estimées à 70.792 Rials décomposés comme suit :

IIRO 000644

**Health Care:** Running one clinic at a cost of SR48,000.

**Ramadan Free Meals Program:** SR35,000 spent on Ramadan Free Meals program from which 17,000 persons have benefited .

**Individual Aids:** Extending SR1500 financial help to one person.

**Emergency Relief:** Distribution of relief items at a cost of SR100,000.

## ERITREA:

The IIROSA spent SR70,792 on its following projects and programs in Eritrea:

**Social Welfare:** Sponsoring of three orphans at a cost of SR 5,974.

**Educational Care:** Offering scholarships and aids to three students and sponsoring 20 teachers at a cost of SR58,028.

**Individual Aids:** Extending SR2,200 financial help to six persons SR2,200.

**Cultural Center:** Repairing of one cultural center at a cost of SR4,590.

teachers at a cost of SR58,028.

**Individual Aids:** Extending SR2,200 financial help to six persons SR2,200.

**Cultural Center:** Repairing of one cultural center at a cost of SR4,590.

## EGYPT:

The IIROSA spent SR4,158,419 on its following projects and programs in Egypt:

**Social Welfare:** Sponsoring of 4,987 orphans at a cost of SR3,926,571.

**Educational Care:** Granting scholarships and aids to two students and sponsoring of 171 students who are studding in certain educational institutions at a cost of SR4,920.

**Ramadan Free Meals Program:** SR50,000 spent on Ramadan Free Meals program from which 12,500 persons have benefited .

**Individual Aids:** Extending SR126,928 financial help to 237 persons.

## THE GAMBIA:

The IIROSA spent SR904,205 on its following projects and programs in the Gambia:

**Social Welfare:** Sponsoring of 258 orphans at a cost of SR397,948.

**Health Care:** Running one clinic and one dental dispensary that have been visited by 7,700 patients at a cost of SR90,673.

**Educational Care:** Sponsoring of three students at a cost of SR12,833.

**Ramadan Free Meals Program:** SR20,000 spent on Ramadan Free Meals program from which 10,000 persons have benefited .

**Individual Aids:** Extending SR15,275 financial help to seven persons at a cost of SR15,275.

**Emergency Relief:** Distribution of 70,340 kg of relief materials at a cost of SR338,976.

## ZAMBIA:

**Social Welfare:** Sponsoring of nine orphans at a cost of SR7,171

## UGANDA:

The IIROSA spent SR47873371 on its following projects and programs in Uganda:

**Social** Prise en charge de 3 orphelins à un coût de 5.974 Rials.

**Education** Bourses et aides scolaires à 3 étudiants et prise en charge de 20 enseignant(e)s à un coût estimé à 58.028 Rials.

**Aides individuelles** 6 personnes ont bénéficié d un montant de 2.200 Rials

**Centres Culturels** Restauration d un centre culturel pour un coût estimé à 4.590 Rials.

## Egypte

Les dépenses de l Organisation pour ses projets et programmes en Egypte sont estimées à 4.158.419 Rials décomposés comme suit :

**Social** Prise en charge de 4.987 orphelins pour un coût de 3.926.571 Rials.

**Education** Bourses et aides scolaires à des étudiants et prise en charge de 171 étudiant(e)s dans certains établissements éducatifs pour un coût estimé à 4.920 Rials.

**Projet Ramadan** Repas « Iftar » à 12.500 personnes pour un coût de 50.000 Rials.

**Aides individuelles** 237 personne ont bénéficié d un montant de 126.928 Rials

## Gambie

Les dépenses de l Organisation pour ses projets et programmes en Gambie sont estimées à 904.205 Rials décomposés comme suit :

**Social** Prise en charge de 258 orphelin(e)s à un coût de 397.948 Rials.

**Santé** Soutien et gestion d un dispensaire et d un cabinet dentaire fréquentés par 7.700 patients à un coût de 90.673 Rials.

**Education** Prise en charge de 3 enseignants à un coût estimé à 12.833 Rials.

**Projet Ramadan** Repas « Iftar » à 10.000 personnes à un coût de 20.000 Rials.

**Aides individuelles** 7 personnes ont bénéficié d un montant de 15.275 Rials.

**Secours d'Urgence** Distribution de 70.340 Kg de produits en nature à un coût estimé à 338.976 Rials.



IIRO 000645

ACHIEVEMENTS IN THE CONTINENTS
Réalisations de l'Organisation sur les Continents

**Social Welfare:** Sponsoring of 3,294 orphans at a cost of SR3,644,363.

**Health Care:** Running two clinics at a cost of SR119,623 and more than 7,800 patients benefited from these health facilities.

**Educational Care:** Sponsoring of 850 students who are studding in different educational institutions as well as granting scholarships and aids to 10 students at a cost of SR118,106.

**Human Resources Sustainable:** Establishing Zaid Ibn Thabet computer training center in Kampala with 150 trainees at a cost of SR13,000.

**Emergency Relief:** Distribution of 718 kg of relief materials at cost of SR48,614.

**Cultural Center:** Construction of nine cultural centers at a cost of SR578,481.

**Water Wells:** Drilling five water wells at a cost of SR143,480

### BENIN:

The IIROSA spent SR497,391on its following projects and programs in Benin:

**Social Welfare:** Sponsoring of three orphans at a cost of SR1,704.

**Health Care:** Running two clinics and distributing equipments to some laboratories at a cost of SR270,646. More than 27,500 patients benefited from these health centers.

**Educational Care:** Sponsoring of three teachers at a cost of SR9,625.

**Emergency Relief:** Distribution of 26,430 kg of relief materials at a cost of SR199,599.

### SENEGAL

The IIROSA spent SR1,802,864 on its following projects and programs in Senegal:

**Social Welfare:** Sponsoring of 1069 orphans at a cost of SR894,538.

**Health Care:** Running three clinics (that have been visited by 57,200 patients) and distributing equipments and medical laboratories at a cost of SR404,559. More than 57,200 patients benefited from these health facilities.

**Cultural Center:** Construction of one cultural center at a cost of SR6,800.

**Water Wells:** Drilling six water wells at a cost of SR60,000.

**Educational Care:** Establishing one school and sponsoring of 450 students who are studding in different schools at a cost of SR66,111.

**Ramadan Free Meals Program:** SR50,000 spent on Ramadan Free Meals program from which 25,000 persons have benefited .

**Human Resources Sustainable :** Establishing a computer training center in Dakar at a cost of SR71,000.

**Emergency Relief:** Distribution of 54,000 kg of relief items materials at a cost of SR215,673.

**Individual Aids:** Extending SR600 financial helps to two persons.

### GUINEA BISAU

The IIROSA spent SR76,780 on its following projects and programs in Guinea Bisau:

**Social Welfare:** Sponsoring of 65 orphans at a cost of SR52,417.

**Ramadan Free Meals Program:** SR20,000 spent on Ramadan Free Meals program from which13,000 persons have benefited .

### Zambie

**Social** Prise en charge de 9 orphelin(e)s à un coût de 7.171 Rials.

### Ouganda

Les dépenses de l Organisation pour ses projets et programmes en Ouganda sont estimées à 47.873.371 Rials décomposés comme suit :

**Social** Prise en charge de 3394 orphelin(e)s à un coût de 3.644.363 Rials.

**Santé** Gestion de 2 dispensaires à un coût de 119.623 Rials fréquentés par 7.800 patients.

**Education** Prise en charge de 850 étudiant(e)s dans certains établissements éducatifs, octroi de bourses et aides scolaires à 10 étudiants, à un coût global estimé à 118.106 Rials.

**Développement humain** Création du centre d informatique Zaid Ibn Tabit dans la vile de Kambala accueillant 150 étudiants à un coût de 13.000 Rials.

**Secours urgent** Distribution de 718 Kg de produits en nature à un coût estimé à 45.614 Rials.

**Centres Culturels** Construction de 9 centres culturels pour un coût estimé à 578.481 Rials.

**Puits** Forage de 5 puits d un montant de 143.480 Rials.

### Mozambique

**Fête du sacrifice** 4.000 personnes ont bénéficié du projet estimé à 6.000 Rials.

**Centres Culturels** Construction de 5 centres culturels pour un coût estimé à 432.551 Rials.

### Tanzanie

Les dépenses de l Organisation pour ses projets et programmes en Tanzanie sont estimées à 1.083.390 Rials décomposés comme suit :

**Social** Prise en charge de 178 orphelin(e)s et construction d orphelinats à un coût de 245.953 Rials.

**Santé** Soutien et gestion d un dispensaire à un coût de 184.500 Rials fréquenté par 56.300 patients.

**Projet Ramadan** Repas « Iftar » à 12.000 personnes pour un coût de 25.000 Rials.

**Aides individuelles** 2 personnes ont bénéficié d un montant de 1.700 Rials.

**Secours d'Urgence** Distribution de 86.640 Kg de produits en nature pour un coût estimé à 437.254 Rials.

**Puits** Forage de 16 puits d un montant de 125.000 Rials.



IIRO 000646



Case 1:03-md-01570-GBD-SN   Document 3826-38   Filed 12/01/17   Page 20 of 23

## SOMALIA:

The IIROSA spent SR80007469 on its following projects and programs in Somalia:

**Social Welfare:** Sponsoring of 3,376 orphans at a cost of SR4,688,017.

**Health Care:** Running two clinics at a cost of SR196,251 and more than 31,750 patients have benefited.

**Educational Care:** Offering scholarships and aids to 41 students, running two schools and sponsoring of 4,100 students at a cost of SR882,947.

**Ramadan Free Meals Program:** SR80,000 spent on Ramadan Free Meals program from which 40,000 persons have benefited.

**Human Resources Sustainable :** Establishing two tailoring training centers at a cost of SR7,833.

**Individual Aids:** Extending SR8,383 financial helps to 12 persons.

**Emergency Relief:** Distribution of 307,727 kg of relief materials at a cost of SR1,456,829.

**Water Wells:** Drilling 14 water wells at the cost of SR172,174.

## NIGER:

The IIROSA spent SR314712 on its following projects and programs:

**Social Welfare:** Sponsoring of two orphans at a cost of SR2,201.

**Health Care:** Running one clinic at a cost of SR94,511 and more than 3,500 patients have visited this health center.

**Cultural Center:** Construction of four cultural centers at a cost of SR200,000.

**Water Wells:** Drilling two water wells at a cost of SR18,000.

## GHANA:

The IIROSA spent SR675537 on its following projects and programs in Ghana:

**Social Welfare:** Sponsoring of 32 orphans at a cost of SR42,553.

**Ramadan Free Meals Program:** SR30,000 spent on Ramadan Free Meals program from which 18,000 persons have benefited.

**Individual Aids:** Extending SR100 financial help to one person.

**Emergency Relief:** Distribution of 110,456 kg of relief materials at a cost of SR478,364.

**Cultural Center:** Construction of one cultural center at a cost of SR63,200.

**Water Wells:** Drilling 10 water wells at a cost of SR47,360.

## NIGERIA:

The IIROSA spent SR3454233 on its following projects and programs in Nigeria;

**Social Welfare:** sponsoring OF 1521 orphans at a cost of SR2,057,489.

**Health Care:** Running two clinics at a cost of SR250,663 and more than 53,250 patients visited these health centers.

**Educational Care:** Sponsoring of two teachers, running two schools with 519 students at a cost of SR129,695.

**Ramadan Free Meals Program:** SR150,000 spent on Ramadan Free Meals program from

## Bénin

Les dépenses de l'Organisation pour ses projets et programmes au Bénin sont estimées à 497.391 Rials décomposés comme suit :

**Social** Prise en charge de 3 orphelin(e)s à un coût de 1.704 Rials.

**Santé** Soutien et gestion de 2 dispensaires, et don d'équipements à certains laboratoires pour un coût de 270.646 Rials fréquentés par 27.500 patients.

**Education** Prise en charge de 3 enseignants pour un coût global estimé à 9625 Rials.

**Secours d'Urgence** Distribution de 26.430 Kg de produits en nature pour un coût estimé à 199.599 Rials.

## Sénégal

Les dépenses de l'Organisation pour ses projets et programmes au Sénégal sont estimées à 1.802.864 Rials décomposés comme suit :

**Social** Prise en charge de 1.069 orphelin(e)s à un coût de 894.537 Rials.

**Santé** Soutien et gestion de 3 dispensaires et distribution d'équipements et de laboratoires médicaux à un coût de 401.559 Rials fréquentés par 57.200 patients.

**Centres Culturels** Achèvement de la construction d'un centre culturel pour un coût estimé à 6.800 Rials.

**Puits** Forage de 6 puits d'un montant de 60.000 Rials.

**Education** Création d'une institution éducative et prise en charge de 450 étudiant(e)s de certains établissements éducatifs à un coût global estimé à 66.111 Rials.

**Projet Ramadan** Repas « Iftar » à 25.000 personnes pour un coût de 50.000 Rials.

**Développement humain** Création d'un centre d'informatique à Dakar pour un coût de 71.000 Rials.

**Secours d'Urgence** Distribution de 54.000 Kg de produits en nature pour un coût estimé à 215.673 Rials.

**Aides individuelles** 2 personnes ont bénéficié d'un montant de 600 Rials.

## Guinée-Bissau

Les dépenses de l'Organisation pour ses projets et programmes en Guinée-Bissau sont estimées à 76.780 Rials décomposés comme suit :

**Social** Prise en charge de 65 orphelin(e)s pour un coût de 52.417 Rials.

**Projet Ramadan** Repas « Iftar » à 13.000 personnes pour un coût de 20.000 Rials.

## Somalie

Les dépenses de l'Organisation pour ses projets et programmes en Somalie sont estimées à 8.007.469 Rials décomposés comme suit :

**Social** Prise en charge de 3.376 orphelin(e)s pour un coût de 4.688.017 Rials.

**Santé** Soutien et gestion de 2 dispensaires fréquentés par 31.750 patients à un coût estimé à 196.251 Rials.

**Education** Octroi de bourses et d'aides scolaires à 41 étudiant(e)s, gestion de 2 établissements éducatifs, prise en charge de 4.100 étudiant(e)s à un coût estimé à 882.947 Rials.

**Projet Ramadan** Repas « Iftar » à 40.000 personnes pour un coût de 80.000 Rials.

IIRO 000647



which 112.000 persons have benefited.

**Human Resources Sustainable:** Establishing of four tailoring &textile training centers and another training center for typing & secretarial work with 420 trainees at a cost of SR97,784.

**Emergency Relief:** Distribution of 1,760 kg of relief materials at a cost of SR50,100.

**Water Wells:** Drilling 16 water wells at a cost of SR80,000.

## TUNISIA:

**Social Welfare:** Sponsoring of eight orphans at a cost of SR14,815.

## MALAWI:

The IIROSA spent SR814,906 on its following projects and programs in Malawi:

**Social Welfare:** Sponsoring of 100 orphans at a cost of SR98,000.

**Emergency Relief:** Distribution of 109,220 kg of relief materials at a cost of SR109,907.

## MAURITANIA:

The IIROSA spent SR1,470,556 on its following projects and programs in Mauritania:

**Social Welfare:** Sponsoring of 727 orphans at a cost of SR869,085.

**Health Care:** Running one clinic and one nutrition center at a cost of 71,673 and more than 44,700 patients visited.

**Ramadan Free Meals Program:** SR34,648 spent on Ramadan Free Meals program from which 17,000 persons have benefited.

**Human Resources Sustainable:** Establishing one tailoring and textile training centers in Nouakchott with 80 trainees at a cost of SR25,867.

**Individual Aids:** Extending SR1,300 financial help to two persons.

**Emergency Relief:** Distribution of 43,586 kg of relief materials at a cost of SR404,188.

## REPUBLIC OF CONGO:

The IIROSA spent SR39767 on its following projects and programs in Republic of Congo.

**Education Care:** Granting an assistance to one student at a cost of SR1,400.

**Ramadan Free Meals Program:** SR15,000 spent on Ramadan Free Meals program from which 7,500 persons have benefited.

**Emergency Relief:** Distribution of relief materials at a cost of SR23,367.

## CAMEROON:

The IIROSA spent SR514175 on its following projects and programs in Cameroon:

**Educational Care:** Offered SR1,400 financial assistance to one student.

**Ramadan Free Meals Program:** SR5,000 spent on Ramadan Free Meals program from which 20,000 persons have benefited.

**Développement humain** Création de 2 centres de couture pour un coût de 7.833 Rials.

**Aides individuelles** 21 personnes ont bénéficié d'un montant de 8.383 Rials.

**Secours d'Urgence** Distribution de 307.727 Kg de produits en nature pour un coût estimé à 1.456.829 Rials.

**Puits** Forage de 14 puits d'un montant de 172.174 Rials.

### Niger

Les dépenses de l'Organisation pour ses projets et programmes en Niger sont estimés à 314.712 Rials décomposés comme suit :

**Social** Prise en charge de 2 orphelin(e)s pour un coût de 2.201 Rials.

**Santé** Gestion d'un dispensaire fréquenté par 3.500 patients pour un coût de 94.511 Rials.

**Centres culturels** Construction de 4 centres culturels pour un coût estimé à 200.000 Rials.

**Puits** Forage de 2 puits d'un montant de 18.000 Rials.

### Ghana

Les dépenses de l'Organisation pour ses projets et programmes au Ghana sont estimées à 675.537 Rials décomposés comme suit :

**Social** Prise en charge de 32 orphelin(e)s pour un coût de 42.553 Rials.

**Projet Ramadan** Repas « Iftar » à 18.000 personnes à un coût de 30.000 Rials.

**Aides individuelles** 1 personne a bénéficié d'un montant de 100 Rials.

**Secours d'Urgence** Distribution de 110.456 Kg de produits en nature pour un coût estimé à 478.364 Rials.

**Centres culturels** Construction d'un centre culturel pour un coût estimé à 63.200 Rials.

**Puits** Forage de 10 puits d'un montant de 47.360 Rials.

### Nigeria

Les dépenses de l'Organisation pour ses projets et programmes au Nigeria sont estimées à 3.454.233 Rials décomposés comme suit :

**Social** Prise en charge de 1521 orphelin(e)s à un coût de 2.057.489 Rials.

**Santé** Soutien et gestion de 2 cabinets fréquentés par 53.250 patients à un coût estimé à 250.663 Rials.

**Education** Prise en charge de 2 enseignants et gestion de 2 établissements éducatifs accueillant 519 étudiant(e)s pour un coût estimé à 129.695 Rials.

**Projet Ramadan** Repas « Iftar » à 112.000 personnes à un coût de 150.000 Rials.

**Développement humain** Création de 4 centres de couture et textile, d'un autre centre d'imprimerie et secrétariat avec 420 étudiants à un coût de 97.784 Rials.

**Secours d'Urgence** Distribution de 1.760 Kg de produits en nature pour un coût estimé à 50.100 Rials.

**Puits** Forage de 16 puits d'un montant de 80.000 Rials.

### Tunisie

**Social** Prise en charge de 8 orphelin(e)s à un coût de 14.815 Rials.

IIRO 000648



IIROSA ACHIEVEMENTS IN THE CONTINENTS
Réalisations de l'Organisation sur les Continents

**Cultural Center:** Construction of nine cultural centers at a cost of SR240,000.

### KENYA:

The IIROSA spent SR423,778 on its following projects and programs in Kenya:

**Social Welfare:** Sponsoring of 134 orphans at a cost of SR32,224.

**Health Care:** Running one clinic at a cost of SR36,000. More than 7,500 patients have benefited from this health center.

**Educational Care:** Running one educational institution and sponsoring 120 students in different educational institutions at a cost of SR274,654.

**Ramadan Free Meals Program:** SR80,000 spent on Ramadan Free Meals program from which 30,000 persons have benefited.

**Individual Aids:** Extending SR900 financial help to one person.

### SOUTH AFRICA:

**Emergency Relief:** Distribution of 18,000 kg of relief materials at a cost of SR76,662.

**Cultural Center:** Repairing of one cultural center at a cost of SR1,875.



### Malawi

Les dépenses de l'Organisation pour ses projets et programmes au Malawi sont estimées à 814.906 Rials décomposés comme suit :

**Social** Prise en charge de 100 orphelin(e)s pour un coût de 98.000 Rials.

**Secours d'Urgence** Distribution de 109.220 Kg de produits en nature pour un coût estimé à 616.906 Rials.

### Mauritanie

Les dépenses de l'Organisation pour ses projets et programmes en Mauritanie sont estimées à 1.470.556 Rials décomposés comme suit :

**Social** Prise en charge de 727 orphelin(e)s à un coût de 869.085 Rials.

**Santé** Soutien et gestion d'un dispensaire et d'un centre d'alimentation fréquentés par 44.700 patients à un coût estimé à 71.673 Rials.

**Projet Ramadan** Repas = Iftar = à 17.000 personnes pour un coût de 34.648 Rials.

**Développement Humain** Création d'un centre de couture et textile à Nouakchott accueillant 80 étudiantes à un coût de 25.867 Rials.

**Aides individuelles** 2 personnes ont bénéficié d'un montant de 1.300 Rials.

**Secours d'Urgence** Distribution de 43.586 Kg de produits en nature pour un coût estimé à 404.188 Rials.

### Congo Démocratique

Les dépenses de l'Organisation pour ses projets et programmes au Congo Démocratique sont estimées à 39.767 Rials décomposés comme suit :

**Education** Aide scolaire à un étudiant à un coût estimé à 1.400 Rials.

**Projet Ramadan** Repas = Iftar = à 7.500 personnes pour un coût de 15.000 Rials.

**Secours d'Urgence** Distribution de produits en nature pour un coût estimé à 23.367 Rials.

### Cameron

Les dépenses de l'Organisation pour ses projets et programmes au Cameron sont estimées à 514.175 Rials décomposés comme suit :

**Education** Aide à un étudiant à un coût estimé à 1.400 Rials.

**Projet Ramadan** Repas = Iftar = à 20.000 personnes à un coût de 5.000 Rials.

**Secours d'Urgence** Distribution de 36.045 Kg de produits en nature pour un coût estimé à 154.795 Rials.

**Centres Culturels** Construction de 9 centres culturels pour un coût estimé à 240.000 Rials.

### Kenya

Les dépenses de l'Organisation pour ses projets et programmes au Kenya sont estimées à 423.778 Rials décomposés comme suit :

**Social** Prise en charge de 134 orphelin(e)s à un coût de 32.224 Rials.

**Santé** Gestion d'un dispensaire à un coût estimé à 36.000 Rials fréquenté par 7.500 patients.

**Education** Gestion d'un établissement éducatif et prise en charge de 120 étudiant(e)s dans certains institutions à un coût estimé à 274.654 Rials.

**Projet Ramadan** Repas = Iftar = à 30.000 personnes à un coût de 80.000 Rials.

**Aides individuelles** 1 personne a bénéficié d'un montant de 900 Rials.

### Afrique du Sud

**Secours d'Urgence** Distribution de 18.000 Kg de produits en nature à un coût estimé à 76.662 Rials.

**Centres Culturels** Restauration d'un centre culturel pour un coût estimé à 1.875 Rials.

IIRO 000649



## International Islamic Relief Organisation

### The Kingdom Of Saudi Arabia

P.O. Box 14843 Jeddah 21434  Tel: (02) 651 2333 Fax: (02) 651 8491 website: www.iirosa.org

| | | | | | |
|---|---|---|---|---|---|
| Local offices: | • Taif: 7384228 | • Buraida: 3251035 | • Najran: 5225408 | • Tabuk: 4212895 | • Makkah: 5664449 |
| • Jeddah: 6574000 | • Baha: 7240770 | • Unaiza: 3642613 | • Jizan: 3175930 | • Arar: 6627631 | • Madina: 8221353 |
| • Abha: 2263333 | • Yanbu: 3211254 | • Al-Jouf: 6245168 | • Hail: 5337974 | • Riyadh: 4930033 | • Damam: 8417009 |

IIRO 000650