[letterhead]

**Muslim World League**
**General Secretariat**
**Mecca al-Mukarramah**

**Number /**                **Date**                **Attachments**

**Subject:**
**(24)**

**Financial Affairs Department**

a. **Organizational Relationship**
   Is assigned to the Vice Secretary General for Administrative and Financial Affairs

b. **General Goal**
   Prepare and execute the fiscal budget in accordance with the rules, regulations and approved instructions.

a. **Functions and Responsibilities**
1. Set a timeframe for the preparation of the budget for the League and receive the necessary information from the various departments with respect to the preparation of a draft budget.
2. Prepare of the draft budget of the League and its affiliates as per the rules and regulations.
3. Disseminate the budget and monitor its movement.
4. Secure requirements whether through tenders, practices or direct purchase in accordance with the financial regulations in force.
5. Conduct accounting procedures such as links, making payments, keeping ledgers and registries, and adhering to the instructions, orders, rules and regulations in force.
6. Prepare the accounts and financial reports necessary for the League, especially the monthly and final statements.

A/A

MWL 005431

**Muslim World League**
Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| الرقم / | التاريخ | المرفقات |

الموضوع ..................................

(٢٤)

## إدارة الشؤون المالية

### أ‌- العلاقة التنظيمية

ترتبط بالأمين العام المساعد للشؤون الإدارية والمالية

### ب‌- الهدف العام

إعداد الميزانية السنوية وتنفيذها وفقاً للنظم واللوائح والتعليمات المعتمدة.

### ج‌- المهام والمسؤوليات

١- وضع جدول زمني لإعداد ميزانية الرابطة وتلقي المعلومات اللازمة من الإدارات المختلفة فيما يتعلق بإعداد مشروع الميزانية.

٢- إعداد مشروع ميزانية الرابطة وتوابعها في ضوء القواعد والتعليمات.

٣- تبليغ الميزانية ومراقبة حركتها.

٤- تأمين المستلزمات سواء بطريق المناقصة أو الممارسة أو الشراء المباشر وفق النظم المالية المتبعة.

٥- القيام بالأعمال المحاسبية من ارتباط، وصرف مستحقات، ومسك الدفاتر والسجلات؛ والالتزام باتباع التعليمات والأوامر والأنظمة واللوائح التنفيذية النافذة.

٦- إعداد الحسابات والتقارير المالية اللازمة للرابطة وبخاصة الحساب الشهري والحساب الختامي.

ع/ع

الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة      Please quote above ref. no. and date when replying. Priers indiquer reference suscitee dans toute suite

صندوق بريد: ٥٣٧ – هاتف رقم: ٥٤٢٢٧٣٣ – فاكس رقم: ٥٤٣٦٦١٩ / ٥٤٤٤٧٨٧ – تلكس رقم: ٥٤٠٠٠٩ / ٥٤٠٣٩٠ – برقياً: (رابطة – مكة)
P. O. Box : 537 – Tel. : 5422733 – Fax : 5436619 / 5444787 – Tlx. : 540009 RABITA SJ / 540390 IWO SJ – Cable : (RABITA MAKKAH)