Muslim World League
Secretariat General          [emblem]
Makkah al-Mukarramah
Financial Department

| Number 20/16165 | Date: 2 Dhul Hijja 1415H (2/5/1995) | Attachments: Check |

Subject: Assisting the Muslim Mujahideen in Chechnya

His Excellency the IIRO General Supervisor, Jeddah,

May God's peace and prayers be upon you,

Enclosed herein is check no. 104218 dated (12/11/1415) 12/4/1995 for the sum of 450 Riyals for a donation made on behalf of Sister Badr Taj from America for the Muslim Chechen Mujahideen through Sheikh Muhammad Bin Abdullah al-Sabeel. Please confirm its receipt and update us with information as to the IIRO's program for the aid of the Chechen Mujahideen and how it provides them with financial and in-kind aid. In addition, kindly advise the eminent Sheikh al-Sabeel, the General Director of the Affairs of the Grand Mosque in Mecca and the Prophet's Mosque in Medina, of the of your receipt of the check and the way it will be spent. Thank you for your kind cooperation, please accept our sincerest regards.

May God bless you,
Financial Department Manager
Fawzi Rushdi al-Azmah

H/A
22-29/11

[Stamp: International Islamic Relief Organisation  General Incoming
Incoming Number: 13578 Date: 7/12/1415 H
Attachments: _____
Competent Administration: Secretary General]

[Handwritten] The check was entered into the checks program and referred to the register of contributors.
[signature]

IIRO-001277

**Muslim World League**
Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة - مكة المكرمة
الإدارة المالية

| الرقم ٢٠/ ١٥ ١١٦ | التاريخ / ربيعة ١٤١٥هـ | المرفقات شخص |

الموضوع: مساعدة للمجاهدين المسلمين الشيشان

سعادة المشرف العام لهيئة الإغاثة الإسلامية العالمية     المحترم
جدة

السلام عليكم ورحمة الله وبركاته،،

برفق لكم بطيه الشيك رقم ٦٣١٨ في ١٤١٥/١١/٢ بمبلغ أربعمائة وخمسين ريال لتاء تبرع الأخت بدر تاج من أمريكا لصالح المجاهدين المسلمين الشيشان بواسطة فضيلة الشيخ محمد بن عبد الله السبيل، نأمل موافاتنا بالاستلام مع موافاتنا بمعلومات عن البرنامج الذي تقوم به الإغاثة لمساعدة المجاهدين الشيشان وكيفية إيصال المساعدات المالية والعينية لهم كما نأمل اشعار فضيلة الشيخ السبيل الرئيس العام لشؤون المسجد الحرام والمسجد النبوي باستلامكم التبرع وكيفية صرفه شاكرين لكم حسن تعاونكم وتفضلوا بقبول فائق التقدير.

والله يحفظكم ،،

مدير الإدارة المالية

فوزي رشدي العطعة

ج/أ
١١/٢٩-١٢



IIRO-001277