3- His Excellency Dr. AbdUllah Bin Saleh Al Ubayd
Members of the Executive Committee

**Twenty-sixth: The Recommendations of the Coordination Meeting of the International Center for Faith Research held in Khartoum in the Month of Shaaban, 1422 H (October 2001), in Cooperation with the League:**

The Council studied the recommendations of the coordinating meeting and decided to forward these recommendations to the International Agency for Scientific Miracles in the Qur'an to study and take the necessary action.

**Twenty-Seventh: Final Statement of the League**
The Council also reviewed the final financial report and final statement of the League for the years 1419-1420 Hijri (1998-1999) and 1420-1421 Hijri (1999-2000), and decided the following:
**First:**
To extend gratitude to the government of the Kingdom of Saudi Arabia and its leader, the Custodian of the two Holy Shrines, King Fahd Bin Abdul Aziz and His Highness Crown Prince Abdullah Bin Abdul Aziz, for their continued moral and financial support to the Muslim World League and and its affiliate bodies.

[33]

MWL 005594

٣- معالي الدكتور عبدالله بن صالح العبيد

أعضاء في اللجنة التنفيذية

## سادس وعشرون : توصيات الاجتماع التنسيقي للمركز العالمي لأبحاث الإيمان المنعقد في الخرطوم في شهر شعبان ١٤٢٢هـ بالتعاون مع الرابطة :

اطلع المجلس على توصيات الاجتماع التنسيقي وقرر إحالة هذه التوصيات إلى الهيئة العالمية للإعجاز العلمي في القرآن والسنة لدراستها واتخاذ ما يلزم بشأنها .

## سابع وعشرون : الحساب الختامي للرابطة

استعرض المجلس التقرير المالي والحساب الختامي للرابطة للعامين ١٤١٩/١٤٢٠هـ و ١٤٢٠/١٤٢١هـ وقرر ما يلي:

أولاً:

توجيه الشكر والعرفان لحكومة المملكة العربية السعودية وعلى رأسها خادم الحرمين الشريفين الملك فهد بن عبدالعزيز وسمو ولي عهده الأمين الأمير عبدالله بن عبدالعزيز على دعمها المادي والمعنوي المستمر لرابطة العالم الإسلامي والهيئات التابعة لها .

٣٣

MWL 005594