In the Name of God the Merciful

**Issa El Ayouty & Co.**
**Accountants and Auditors**
[letterhead]

**Muslim World League**
**Mecca Al Mukarramah**
**Auditors Report**

We audited the Statement of Financial Position of the Muslim World League, Mecca, as located at 9 Burj al Jadi, 1373 H. Al-Musadef Street 28 Rajab, 1415 Hijri (December 31, 1994), as well as the income and expenditure accounts for the fiscal year ending on the same date as prepared by the financial department at the League and was presented to us with the information and data requested. Our audit was conducted according to the generally accepted accounting standards and included the examination of accounting record and conducting other audits that we saw necessary to form an acceptable degree of conviction that would enable us to give an opinion on the financial statements.

In our opinion, the abovementioned financial statements fairly present the exact financial position of the League as located at 9 Burj al Jadi, 1373 H. Al-Musadef Street 28 Rajab, 1415 Hijri (December 31, 1994), as well as the income and expenditure accounts for the fiscal year ending on the same date according to the generally accepted accounting standards that are appropriate for the conditions of the League and where previously followed.

The financial department of the League keeps all of the League's financial records in Arabic. The financial statements are commensurate to the ledgers at hand.

(No. 36)

**Jedda in: 20 Muharram 1416H**
**Corresponding to: June 18, 1995G**

[Signature]
**Issa Ayyouti and Partners**
**Legal Accountants and Auditors**

[bilingual stamp]

MWL 005345

بسم الله الرحمن الرحيم

## ISSA EL AYOUTY & Co.
### ACCOUNTANTS & AUDITORS
Licence 35-1408 H

**JEDDAH OFFICE**

Building No. 22, Al-Watan Al-Arabi St. (21)
Al-HAMRA'A dist., /1, N 14 W 8
P.O. Box : 780, Jeddah 21421
Telephone :(02) { 669-34781
                  665 - 8711
                  660-5909
Fax      : 6602432
Telex    : 600032 AYOUTY SJ
Telegram : AYOUTCOM Jeddah.

عيسى العيوطي وشركاه

محاسبون ومراجعون قانونيون

ترخيص ٣٥ لسنة ١٤٠٨ هـ

مكتب جـدة

بناية رقم ٢٢ شارع الوطن العربي (٢١)
حي الحمراء (١) ش ١٤ غ ٨
ص . ب : ٧٨٠ جدة ٢١٤٢١
              { ٦٦٩-٣٤٧٨
تليفون : (٠٢) { ٦٦٥ - ٨٧١١
              { ٦٦٠-٥٩٠٩
فاكس : ٦٦٠٢٤٣٢
تلكس : ٦٠٠٠٣٢ عيوطي
تلغراف : عيوطكم جدة

رابطة العالم الاسلامي

مكة المكرمة

تقرير مراقبي الحسابات

راجعنا بيان المركز المالي المرفق لرابطة العالم الاسلامي - مكة المكرمة - كما هو في ٩ برج الجدى ١٣٧٣ هـ.ش المصادف ٢٨ رجب ١٤١٥ هـ وكذا حساب الايرادات والمصروفات عن السنة المالية المنتهية في نفس التاريخ والمعدة من قبل الادارة المالية بالرابطة والمقدمة لنا مع المعلومات والبيانات التي طلبناها وكانت مراجعتنا وفقا لمعايير المراجعة المتعارف عليها واشتملت على فحص السجلات المحاسبية واجراءات المراجعة الاخرى التي رأيناها ضرورية لتكوين درجة معقولة من القناعة تمكننا من ابداء الرأي على القوائم المالية .

وفي رأينا أن القوائم المالية المذكورة اعلاه ككل تظهر بعدل المركز المالي للرابطة كما هو في ٩ برج الجدى ١٣٧٣ هـ.ش المصادف ٢٨ رجب ١٤١٥ هـ وكذلك ايرادات ومصروفات الرابطة عن السنة المالية المنتهية في نفس التاريخ ، وذلك وفقا لقواعد المحاسبة المتعارف عليها والملائمة لظروف الرابطة والتي سبق أن اتبعتها .

- تحتفظ الادارة المالية بالرابطة بالسجلات المحاسبية باللغة العربية والقوائم المالية مطابقة لها .

(رقم ٣٦)   (توقيع)

عيسى العيوطي وشركاه
محاسبون ومراجعون قانونيون



جدة في : ٢٠ محرم ١٤١٦ هـ
الموافق : ١٨ يونيو ١٩٩٥ م

---

الشركاء : عيسى العيوطي (٣١) - السيد العيوطي (٣٦) - صلاح العيوطي (٣٢)
PARTNERS: Issa El Ayouty (31) - El Sayed El Ayouty (36) - Salah El Ayouty (32).

مكاتب في : جدة - مكة - المدينة المنورة - الرياض - الخبر - الأحساء - خميس مشيط .
OFFICES: Jeddah - Makkah - Madina Monawara - Riyadh - Alkhobar - Alhassa - Khamis Mushait.
CORRESPONDENTS: All Over the World
مراسلون : في جميع أنحاء العالم .

MWL 005345