**JT-MWL-4514**

Logo – Saudi Kingdom

General Comptroller

Chairman's office

No. 13/3/10/kh

date 10/3/1420

**Notice to all ministries, government offices and public institutions**

To his excellency MWL Secretary-General – Mecca

I would like to draw your attention to the Saudi government's Resolution No. 98 b 1/4/1421, which comprises all the laws and regulations relating to the supervision of ministries and government offices, with respect to financial and other donations, including the opening of accounts in a financial institution or bank, in the name of the beneficiary office, and the registration of these donations – receipt and expenditure of funds – any action taken must comply with government directives and purchase regulations.

From the audits carried out of the institutions under the supervision of the Comptroller-General's bureau, it is evident that some of the institutions do not report these donations in their records.

We ask for your cooperation in implementing this decision and would request you to instruct those responsible to send us detailed reports of the donations received or which will be received in the future, as well as amounts received with the knowledge of the Chambers of Commerce (if received), in accordance with the above mentioned government decision.

signed by Osama bin Jaafar Saqia

بسم الله الرحمن الرحيم



المملكة العربية السعودية
ديوان المراقبة العامة
مكتب الرئيس

الرقم: خ/٧٣/١/١٣/ب
التاريخ: ١٨/٢/١٤٢٥هـ
المرفقات: بدون

تعميم لكافة الوزارات والمصالح الحكومية والمؤسسات العامة

صاحب السمو
صاحب المعالي/ الأمين العام لرابطة العالم الإسلامي جدة
سعادة/

السلام عليكم ورحمة الله وبركاته

أود الإشارة الى قرار مجلس الوزراء رقم ٩٨ في ١٥/٤/١٤٢١هـ المتضمن القواعد التي تنظم وتحكم الرقابة على تلقي الوزارات والمصالح الحكومية للتبرعات العينية والنقدية ومنها فتح حساب في مؤسسة النقد أو أحد البنوك بإسم المصلحة المستفيدة يخصص للتبرعات وتعلية المبالغ في حساب الأمانات المتنوعة والصرف منها بالإسترشاد بأحكام نظام المشتريات الحكومية.

وحيث لاحظ الديوان من خلال مراجعة وتدقيق حسابات الجهات المشمولة برقابته أن بعض الجهات لاتقوم بتسجيل هذه التبرعات في حساباتها وحرصاً من الديوان على التعاون معكم لتنفيذ هذا القرار نأمل التأكيد على المختصين لديكم بموافاة الديوان ببيانات مفصلة عن التبرعات التي قدمت أو تقدم في المستقبل للإدارات التابعة لكم والمبالغ التي تم تحصيلها بمعرفة الغرف التجارية ( إن وجدت) وماتم بشأنها وفقاً لقرار مجلس الوزراء المشار اليه.

ولكم أطيب تحياتنا،،،،

رئيس ديوان المراقبة العامة
أسامة بن جعفر فقيه
٥/٣/١٤٢٥

٢٠١٥

JT-MWL-04514