MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF. ORG.
THE KINGDOM OF SAUDI ARABIA



Sub: الموضوع

No: الرقم

Date: التاريخ

# The Constitution
# Of the
# International Islamic Relief Organization of Saudi
# Arabia



Address . P O Box 14843, Riadh 21434   Tel: 6542333   6519611   Fax 6516949   I B. 4067 I PORTIA SJ
E-mail: rehc@iriorg.org



KINGDOM OF SAUDI ARABIA

INT'L. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA

Sub. :　　　　　　　الموضوع　　　　　　　No :　　　　　　　الرقم

　　　　　　　　　　　　　　　　　　　　　Date :　　　　　　　التاريخ

## (1st) — The Competence of the Internal Auditor

**Article 14**

**14 – A-1** The internal auditor may attend the meetings of the 'General Assembly' the 'Board' and committees emanating from the two, and express his opinion. But he is not entitled to vote.

**14 – A-2** The internal auditor is directly linked to the 'President' of the 'Board'. His reports are submitted to both the 'President' and the 'Secretary General'.

**14 – A-3** The internal auditor is furnished with copies of all the decisions adopted by the 'General Assembly', the 'Board', the committees emanating from both, the 'Executive Committee', the 'Secretariat General' and its offices and branches, as well as all financial reports.

### (B)- Competence of the Internal Auditor

**14 – B-1** Examining the voucher cycle, the registry system, internal control, ledgers and accounting records, in order to asses their adequacy and effectiveness and reporting any negligence or any observation he may have to both the 'President' and the 'Secretary General' including his proposals.

**14 – B-2** Verifying the accuracy of financial, accounting and statistical statements and any other information in this regard derived from the 'Organization's' ledgers, records and vouchers, and submitting a report to both the 'President' and 'Secretary General'.



Address : P.O.Box 14843, Tel. 4641, Tel. 4647283, 4641541, Fax 4647048, TLX 205031 IGATHA SJ
Email : ioro@ioro.org

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
المملكة العربية السعودية

Sub. :          الموضوع          No :          الرقم

Date :          التاريخ

14 – B-3    Checking up financial procedure pertaining to expenditure and revenue, and the validity of accounting books and records and the process of entry into these books and records.

14 – B-4    Checking up validity and sufficiency of vouchers supporting the process of entries in the books according to the 'Organization's' rules, regulations and procedure including employees' competence and responsibilities.

14- B-5    Verifying the validity of procedure and the methods of protecting the 'Organization's' assets.

14 – B-6    Comparing actual accounting statements with estimated budgets, and reporting any discrepancy between the two, to both the 'President' and the 'Secretary General'.

14 – B-7    Submitting a quarterly report to both the 'President' and the 'Secretary General' about the 'Organization's' revenue and expenditure showing whether they are in compliance with the estimated budget approved by the 'Board' or not.

14 – B-8    Studying the 'Organization's' plans and policies, as well as its rules and regulations and procedure and reporting to both the 'President' and the 'Secretary General'.