[letterhead]

**Muslim World League**
**General Secretariat**
**Mecca al-Mukarramah**

**Number /**          **Date**          **Attachments**

**Subject:**
26

8. The salaries of all employees listed in the budget shall be paid at the end of each month (original and copy of stubs to be kept). Each employee shall sign for receiving his salary next to his name. The original stub is then sent to the General Secretariat with the monthly expenditure statement and the copy remains with the office.
9. Deduction for absent days is calculated by dividing the salary over 30 and then multiplying the result by the number of days absent.
10. Separate payment documents in the name of the competent authority shall be sent in settlement of social security and other securities that are paid to the competent official entities, accompanied by all pertinent documentation supporting payment. The payment voucher shall include the check number and date through upon the receipt of the explicit consent of the Secretary General for the payment of such guarantee or securities.
11. A special independent account shall be opened at the bank for all sums transferred to the office other than what is allocated in the budget. These sums may not be used except for the purposes they were designated for, and their documentations shall be kept separate from any other expenditure documents when sent to the General Secretariat, so as to avoid any overlap in the accounts.
12. The director shall send a copy of any bank notice of every transfer made to it in order to calculate the exchange rate and settle office expenditures based on accrual exchange rates to avoid any discrepancies in the accounts.
13. The General Secretariat must be informed monthly of a copy of the bank statements received from the bank after their review, reconciliation and affirmation of accuracy.
14. The director must hasten to request written support of any verbal order or authorisation from the competent authority at the General Secretariat to the director to approve payment.

A/A
MWL 005322



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة - مكة المكرمة

| الرقم / | التاريخ | المرفقات |
|---|---|---|

الموضوع

٢٦

٨- يتم صرف الرواتب لجميع الموظفين الموضحة أسماءهم في الميزانية في نهاية كل شهر بموجب كشف مشترك من أصل وصورة ويوقع كل منهم أمام اسمه بالاستلام ثم يرسل الأصل ضمن كشف المصاريف الشهري ويحتفظ بصورة في الجهاز.

٩- يتم حساب مبلغ الغياب بقسمة الراتب الشهري للمتغيب على ٣٠ ثم ضرب الناتج في عدد أيام الغياب.

١٠- الضمان الاجتماعي أو التأمينات التي تدفع للجهات الرسمية المختصة ترسل بها مستندات صرف مستقلة باسم الجهة المختصة وترفق بها المستندات الثبوتية المؤيدة للصرف ويوضح مستند الصرف رقم الشيك وتاريخه وذلك بعد الحصول على موافقة صريحة من الأمين العام لدفع الضمان أو التأمينات.

١١- يفتح حساب خاص مستقل في البنك للمبالغ التي تحول للجهاز بخلاف ماهو مخصص بالميزانية، ولا يجوز استخدام هذه المبالغ إلا في الأغراض التي خصصت لها، وتفصل مستنداتها عن مستندات مصروفات الجهاز عند إرسال الحسابات إلى الأمانة العامة تجنباً لأي تداخل في الحسابات.

١٢- يجب على المدير إرسال صورة من إشعار البنك عن كل تحويل يحول له حتى يمكن معرفة سعر الصرف وتسوية مصروفات المكتب وفقاً لأسعار الصرف الفعلية تجنباً لحصول أية فروقات على حسابات الجهاز.

١٣- يجب موافاة الأمانة العامة شهرياً بصورة من كشوف الحسابات الواردة من البنك بعد مراجعتها ومطابقتها والتأكد من صحتها.

١٤- يجب على المدير الإسراع بطلب تعزيز كتابي للأمر الشفهي أو التعميد الشفهي من صاحب الصلاحية بالأمانة العامة لمدير الجهاز لكي تتم إجازة الصرف.

٤/٤

MWL 005322
الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة   Please quote abc. e ref. no. ered date when replying. Priers indiquer reference suscitee sans toute suite