Page 32

**Article 126:**
Without prejudice to the supervision of the General Audit Department, the external auditor shall be responsible for the following:
   a. Review and audit all registers, records and documents and thoroughly examine them and attest to their accuracy and completion, as well as request all data, information and explanations he deems necessary for his work and to ascertain that they are ready and signed by the competent person.
   b. Review and confirm the League's assets and its commitments to others.
   c. Compare the completed work and financial dealings with the set activities and approved regulations, and report violation if any.
   d. Examine the final statements and prepare a report containing the analysis of the said statements, especially those pertaining to expenditure, incomes, borrowings, trust accounts, and trust properties.
   e. Submit periodic reports every three months on the League accounts to the Secretary General.

**Article 127:**
An external auditor cannot combine between his work and the membership of the Founding Council of the League, or the International Supreme Council of Mosques or any of their posts.

**Article 128:**
In the event the external auditor is unable to fulfil his duty, he shall state that in a report that he would immediately submit to the Secretary General.

## Chapter Ten
## General Provisions

**Article 129:**
If necessary, the Secretary General may delegate some or all of his responsibilities that he assigns to assistant secretary generals as stipulated in these regulations to other of his assistants from among the senior officials of the League, provided however, that he may not delegate the responsibilities designated as unique to himself.

**Article 130:**
The executive regulations, payment support, financial instructions, and forms are considered an inseperable part of these regulations and all administrations and entities are prohibited from printing and using any financial documents except through the Financial Department and by an order from the Secretary General, after affirming that they are complete and have serial numbers.

Page 33

**Article 131:**
No office or administrative unit may reach a decision resulting in financial obligations that do not have any allocations. Concurrently, no project by the Founding Council of the League or the International Supreme Council of Mosques can be condoned, without first arranging the financial allocations necessary for its implementation.

**Article 132:**
The Secretary General shall issue a decision determining the responsibilities and competencies of each administration or a subsidiary of the League, in addition to the rules and regulations that need to be present for the continued payment of the various aids and assistances for the purpose of the spread of

Islam, the revival of the role of the mosques, as well as the remunerations of the preachers, professors (teachers) and students, and other aspects of achieving the objectives and high mission of the League.

**Article 133:**
The accounts of the International Supreme Council of Mosques are considered an inseparable part of the League's Accounts, and for which a final statement and unified financial status shall be prepared at the end of each year.

**Article 134:**
These regulations shall repeal all previous regulations.

**Article 135:**
A decisions by the Secretary General shall address all that has not been stipulated here based on the general provisions, rules and regulations upon agreement with the entities that approved these regulation. Also no part may be amended except with the consent of these parties in reference to the financial and economic decisions issued.

**Article 136:**
These regulations shall be temporary put into force through a decision by the Secretary General as of 1/7/1406 H (March 12, 1986), until presented to the competent authorities.

MWL 005150

٣٢

مادة (١٢٦): على الاحتفاظ بجميع مراتب الحسابات الخارجي بأيام العادية:
- تسجيل جميع وقائع وأحداث الإيرادات والمصروفات والمطبوعات التي بما حدوث ومؤيدة من صاحب الصلاحية.
- الاحتفاظ والتحقق من موجودات الرابطة والأوزان كل شهر.
- إدارة الأصول المرجوعة والمصروفات المالية بالأشكال الفترة والواقع.
- نصب الحساب الخامس وإعداد غير يختصى عليه لا مانع به.
- تنفيذ جميع فروع كل حركة تراجع النباتات الخارجي في حسابات الرابطة والإيرادات والنفقات والتدقيق وتقديم.

مادة (١٢٧): لا يجوز للمرتب أن بغض عمل مراتب البيانات الأخلى المالي للساحد أو أسباب صحية وقانونية.

مادة (١٢٨): لا يحق عدم تكي راتب المساعد أي من الفترات عبئه من شيء.

## الفصل العاشر
## أحكام عامة

مادة (١٢٩): يجوز الأمين العام في الحالات الضرورية تفويض بعض أو كل صلاحياته التي يحوضها الأشياء العامين والشعبة الما إلى هذه اللجنة ال شؤون من كبار المسؤولين بالرابطة على أن تكون هذه المهام من كل وراد.

مادة (١٣٠): تنشر الشوائب المنشأة ومتابعات الحرب وعبارات النائب وإعلانها أي جهة شما عدد اللحيقة وعمل على جميع الإدارات والأجهزة وتقرر من الأمين العام اتخاذ المبادرات اتجاه وساطها لا عن ظهور السلطات ومستنتج الأنشطة.

مادة (١٣١): لجزء لأي جهاز أو مكتب أن لاذ لا تعبد قرار يترتب عليه إلتزامات مالك فيت لا توجد في حرج عن الدرجة الأشياء الغالي النساحد.

مادة (١٣٢): يتم الإعجاز بالقائم وكل إدارة أو جميع المراتب قوام وعمومه. للارتباطات المالية والتربية والتزوير الواجب ترويجا لشبابي مركز الإعجاز وضاع الإعجاز العقلية و ناحية الأمور الخارجية قبل رئاسة الإعجاز غير الك من خالف.

مادة (١٣٣): تسير حسابات الرابطة بصدور القضاء العقلي الماني للساحد جزءا لا يتجزأ من كل نائب الناشر الحالي والتي تكتم كافة واحد في ساحة كل عام.

مادة (١٣٤): يقتضي هذه الحقوق كل شيء أبرم تم من مراسل بعد الاجتماع بأجهزة وتقييم ومبادرة للنفع وحقيقة هذه المواد التي لا برد نصر هو مسائل بأما هم مسائل في مذا إحكام وتنظمها وفقا لتفقه بعد الاستعداد با بصدور قرارات من الأمين العام أصدار.

مادة (١٣٥): توضيح هذه اللائحة بصورة مؤقتة ويؤمن ترعية على الجهات العامة من ١/١/٧/١٤٠٤.