**[LETTERHEAD OF LEAGUE]**

**MUSLIM WORLD LEAGUE
SECRETERIAT GENERAL
MECCA AL MUKARRAMAH
[SEAL OF THE LEAGUE]**

**Number /**          **Date**          **Attachments**

**Subject:**

29
- b. The Order for Payment shall be written legibly in Arabic.
- c. Orders for Payment shall have serial numbers starting from the beginning of the fiscal year and ending with its end. They shall also include the Date of Payment.
- d. The original Order for Payment shall be accompanied by the original documents supporting payment with an Arabic translation.
- e. A monthly statement of all Orders for Payment issued during the month shall be prepared of an original and a copy.
- f. The original of the monthly statement shall be sent to the General Secretariat with the original Orders for Payment and the original of the documents proving payment.
- g. The office shall retain a copy of all that is sent to the General Secretariat for reference as needed.
- h. Examples of the supporting documents approving payment are: mail receipts, phone bills, electricity bills, payrolls, purchase invoices, etc.
- i. Bank statements showing the exchange rate must also be sent.
- j. The office must keep legers of payment and receipt vouchers that contain the second copy.

**Second: Collection**
- a. Upon receipt of any amount, whether from the General Secretariat or any other source a receipt must be prepared.
- b. The receipt for accepting sums of money shall be written in the Arabic, in addition to another language if necessary, in clear, legible form.
- c. The receipts for accepting sums of money shall have serial numbers starting from the beginning of the fiscal year and ending with its end, with the date written on each receipt.

A/A
MWL 005325



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع ..........

٢٩

ب - يحرر إذن الصرف باللغة العربية وبخط واضح.

ج - يجب ان تحمل أذون الصرف ارقام مسلسلة تبدأ من بداية العام المالي وتنتهي بنهايته كما يجب أن تحمل تاريخ الصرف.

د - يرفق بأصل إذن الصرف أصول المستندات المؤيدة للصرف مع ترجمة لها باللغة العربية.

هـ - يتم عمل بيان شهري بجميع أذون الصرف التي تمت خلال الشهر ويكون من أصل وصورة.

و - يتم إرسال أصل البيان الشهري للأمانة العامة مرفقاً به أصول أذون الصرف وأصول المستندات الدالة على الصرف.

ز - يحتفظ المكتب بصورة من جميع مايتم إرساله إلى الأمانة العامة للرجوع إليه عند الحاجة.

ح - المستندات الثبوتية المؤيدة للصرف على سبيل المثال: ايصالات البريد - فواتير الهاتف - فواتير الكهرباء - كشوف الرواتب فواتير المشتريات .. الخ.

ط - يجب إرسال إشعارات البنك التي توضح سعر الصرف.

ى - يجب أن يحتفظ المكتب بدفاتر سندات الصرف والقبض والذي يحتوي على الصورة الثانية.

ثانياً : التحصيل

أ - عند ورود أي مبلغ سواء كان من الأمانة العامة أو من أية جهة أخرى يجب أن يحرر إيصال قبض بالمبلغ.

ب - يحرر إيصال القبض للمبالغ النقدية باللغة العربية بالإضافة إلى لغة أخرى أن لزم على أن يكون ذلك بخط واضح مقروء.

ج - يجب أن تحمل إيصالات القبض أرقاماً مسلسلة تبدأ من بداية العام المالي وتنتهي بنهايته مع ضرورة كتابة التاريخ.

ع/ع

MWL 005325

الرجا عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة    Please quote above ref. no. and date when replying. Priers indiquer reference suscitee dans toute suite