[letterhead]

**Muslim World League**
**General Secretariat**
**Makkah al-Mukarramah**

| Number / | Date | Attachments |

**Subject:**
27

15. The office director and accountant shall be personally responsible for about any violation of the instructions set out in the previous items.
16. At the end of each fiscal year, the General Secretariat must receive a bank statement showing the balance on the last day of the fiscal year, taking into account sending the statement with the statement of accounts of the office for the last month of the fiscal year.
17. A receipt voucher is rendered (in an original and a copy) for any sums received by the office whether in cash or by check.
18. Each office shall send a monthly statement of the expenditures made as per the approved items in that fiscal year's budget as well as the incomes collected with all documents and invoices supporting payment after approval by the director.
19. All revenues received by the office through donations, rentals, or any other income, with the exception of what is transferred by the League, shall be deposited in an independent account that cannot be used for spending except upon the direction of the competent officer at the General Secretariat.

### Chapter Four: Advances and Trusts

1. Any Advance sum for personal reasons may not be made to any of the League's employees or to others.
2. An advance sums or trust funds to accomplish official function or for a specific purpose may only be made to one of the office affiliates and may only be used for the said objective.
3. The advance sums and trust accounts must be paid in full as soon as possible at a time that does not exceed the end of the fiscal year during which such sums were received and used.

A/A
MWL 005323



**رابطة العالم الإسلامي**
الأمانة العامة - مكة المكرمة

| الرقم / | التاريخ | المرفقات |

الموضوع ..

٢٧

١٥- كل مخالفة للتعليمات الموضحة بالبنود السابقة يسأل عنها شخصياً كل من المدير والمسؤول عن الحسابات بالجهاز .

١٦- يجب موافاة الأمانة العامة في نهاية كل عام مالي بشهادة من البنك موضحاً بها الرصيد في آخر يوم من السنة المالية مع مراعاة إرسال الشهادة مع كشف حساب الجهاز في الشهر الأخير من العام المالي .

١٧- يحرر سند قبض من أصل وصورة لأية مبالغ ترد إلى الجهاز سواء كانت نقداً أو عن طريق الشيكات .

١٨- يرسل كل جهاز شهرياً بياناً بالمصروفات التي قام بها حسب البنود المعتمدة في ميزانية ذلك العام المالي والإيرادات التي تم تحصيلها مرفقاً بها المستندات والفواتير المؤيدة للصرف بعد التصديق عليها من المدير .

١٩- تودع جميع الإيرادات التي ترد إلى الجهاز عن طريق التبرعات أو ريع الإيجارات أو أي دخل آخر بخلاف ما يحول من الرابطة ؛ في حساب مستقل ولا يتم الصرف منه إلا بناءً على التعليمات المبلغة له من صاحب الصلاحية بالأمانة العامة .

## الفصل الرابع : السلف والعهد

١- لا يجوز صرف سلف لأغراض شخصية لأي من موظفي الجهاز أو لغيرهم .

٢- لا يجوز صرف سلفة أو عهدة لإنجاز مهمة رسمية أو لغرض معين إلا لأحد منسوبي الجهاز ويحظر إلا في الغرض ذاته .

٣- يجب تسديد جميع السلف والعهد بما فيها الميزانية السنوية أولاً بأول ، وفي موعد لا يتجاوز نهاية العام المالي الذي صرفت فيه .

ع/ع