**Muslim World League**

**International Islamic Relief Organisation**

**Kingdom of Saudi Arabia**

**Office of the Secretary General**

**Number 1729**

**Date: 27/11/1419 H [March 16 1999]**   [Handwritten] Not to interfere in the internal affairs or take sides

- Not to provide any facilities and not to interfere [illegible]

**Circular**

**to Directors of Overseas Offices**

The IIRO Secretary General extends his kindest regards to his brothers, the external offices managers. This is a reminder of the regulations, instructions and rules, according to which the external offices managers and their employees should conduct themselves as well as their programs and projects, and I wish you would review and circulate these instructions to everyone affiliated with the IIRO, requesting that they sign and comply with them, as of this date, and notify us of what takes place:

1. The Secretary General shall be the external offices' direct source of authority.

2. Full compliance with the financial and administrative regulations, as well as the instructions issued by the General Secretariat, notice should be given in writing regarding the regulations and instructions customary to the host country that do not correspond to the IIRO regulations, and await written instructions on the matter.

3. Not to leave the office for a trip locally or abroad without prior written permission from the IIRO Secretary General.

4. Not to intervene in the internal affairs of the host country, take sides with any group, make any statement or publish any information through mass media.

5. Establish close ties with the local associations whose integrity of faith and the tendencies of their founders and members can be trusted, as well as the purity of their charity and humanitarian activity, in addition to competent international organizations, after having acquired written authorization from the General Secretariat regarding each and every association or organization.

6. Not to make any promise, payment, or aid to anyone.

7. No written or oral recommendations should be made to any organization, person or association. When written requests for aid are received, the office manager must send them to the General Secretariat, along with his recommendations, without providing a copy to the entity submitting the request.

8. The General Secretariat shall be notified of the local donations and foreign donations received by the

```
Address: P.O. Box 14843 Jeddah 21434 - Tel: 6515411 - Fax 6518491
- Tlx: 606754 IGATHA
```

office, and they must be deposited in the office's bank account, and receive instructions as to how to use them.

9. No waiver, rental, award or self use of the IIRO fixed or movable assets is allowed.

10. No funds may be withdrawn from the office's funds or balances for any reason, without prior written consent from the IIRO Secretary General.

11. No loan can be given to any person inside or outside the office, out of the IIRO funds, nor from any budgetary item or balance whatever the reason.

[IIRO 001219 continuation of complete translation]

12. No approach can be made to any entity outside of the country where the office is located, whatever the reason, without receiving prior written consent from the IIRO Secretary General.

13. No delegations should be received or given any facilities without receiving prior written consent from the IIRO Secretary General.

14. The historical, academic and media documentation of the office's activity, projects and programs should be meticulously kept.

15. Monthly reports on the office's performance, programs, projects and employees should be submitted.

16. Adhere to the attendance registration ledgers for all employees, in all offices and projects.

17. Islamic appearance and morals should be kept, in speech and in action, and all employees must be encouraged to observe them.

18. The office's daily work, programs, projects and employees should be adhered to, also attention should be given to the improvement of the office performance and that of its employees.

19. The personal and group security of the office, employees, documents, property, programs and projects should be maintained.

20. Proposal to appoint, dismiss or transfer employees at the office, in programs and projects without renewing or adding a new position to the organizational structure approved by the headquarters, sending the following documents when requesting the said appointment:

    20.1. A photocopy of educational qualifications

    20.2. A photocopy of the passport and ensuring the candidate' religion

    20.3. A letter of recommendation from an Islamic association approved by the IIRO

    20.4. A medical fitness certificate from an officially authorized medical entity

    20.5. Absence of any criminal conviction of matters pertaining to honor or honesty

    20.6. Lack of affiliation with any entity, organization or political party.

21. In the event one of the employees submitted his resignation, it will be referred to the General Secretariat along with documents providing details on the employee, his work, and the office's

position as to whether or not to accept the resignation.

22. The General Secretariat should be informed at least six months in advance before any of the office employees reaches the age of sixty,.

23. Close ties, cooperation and collaboration should be established with the Saudi embassy.

24. An annual work plan for the office as well as programs and projects should be prepared.

[IIRO 001220]

25. Annual vacations should be given to the employees after deciding the order and rotation, so as not to adversely influence the work.

26. No bank account may be opened, except with the prior consent of the Secretary General.

27. No part can be taken in any investment or commercial project.

28. One cannot combine between work with the IIRO and another profession.

29. No donation, gratuity, present or fee may be asked for or received from any entity, due to one's position.

30. No original or photocopy of any work related to any official document can be kept privately.

31. A photocopy of the passport must be submitted annually to the Employees Affairs Department at the General Secretariat.

32. Not to attend any conference, course or activity without receiving prior written permission from the Secretary General, and one must undertake to submit a written report when receiving permission to attend.

33. An annual report on the employees' performance shall be prepared and sent to the General Secretariat.

34. The Employees Affairs Department at the General Secretariat must be provided with complete updated documents and information on all employees, every new year, and especially in the event of a resignation or a request for appointment.

35. An annual statement shall be prepared signed by all of the office employees attesting to the receipt of their salaries at the end of each year.

36. Follow up on the request to back up any verbal or telephone approval or instruction given by the IIRO Secretary General with a written order within a week.

37. The General Secretariat is the only entity with the authority to make decisions on the appointment, transfer, authorization, end of service and annual vacation pertaining to the office employees, and its projects and programs.

38. An office annual budget estimate for every program shall be prepared.

39. No contracts or agreement resulting in a financial or moral obligation to the IIRO can be reached, without the prior written consent of the Secretary General.

40. No funds may be transferred from one budgetary item to another, and every sum must be spent according to the end it was allocated for.

41. The trusts and advances transferred to the office or to programs must be settled according to the IIRO rules and financial regulations, and the instructions and orders given by the Financial Department at the General Secretariat.

42. No income funds from self sufficient projects and programs can be spent, except with the prior written consent of the Secretary General, and after clarifying the amount and the way these funds are to be spent.

[IIRO 001221]

43. Frequent field visits should be made to programs and projects taking place outside the office and only within the country the office is located, with direct coordination with those giving patronage and the Office Administration at the General Secretariat, after determining the goal of the visit, its duration, and after submitting a report on the matter.

44. Assistance should be given to IIRO employees officially sent to the office in order to carry out a task or to check the office's activity, and they must be enabled to carry out the job more easily.

45. No work secrets may be revealed and no documents or letters may be photocopied.

46. In the event of an embezzlement or theft, God forbid: -

    46.1. The police station closest to the office should be notified.
    46.2. A report signed by the office manager and the person in charge of finances, determining the sum stolen or embezzled, and determining from what allocation or program the sum was taken, and who was the embezzler and his position, should be prepared, with enclosed documents and detailing the accounts attesting to the event.
    46.3. The General Secretariat should be notified and should receive a photocopy of the translated police report, along with the original report signed by the office manager, supported by documents.
    46.4. Follow-up on updates from the police should be made and the General Secretariat must be updated with the most recent results of the investigations.

47. In the event of a raid or lack of security God forbid: -

    47.1. A report on what has been destroyed and stolen at the site should be prepared, signed by the office manager and all senior officers.
    47.2. The Saudi Embassy in the country where the office is located must be contacted, with an event report.
    47.3. The General Secretariat must be notified of the event.
    47.4. Instructions and guidance from the General Secretariat and the embassy should be awaited.

48. In the event of fire, God forbid: -

    48.1. A report from the fire department must be obtained and translated into Arabic.
    48.2. An Internal report on what has been destroyed or is missing from the site shall be prepared,

signed by the office and its senior officers.

48.3. Determine the causes of the fire.

48.4. Inform the General Secretariat within the first hours after the outbreak of the fire.

[IIRO 001222]

49. In the event the office is closed:

49.1. The General Secretariat must be informed of the instructions given by the host government regarding the shutting down of the office.

49.2. The nearest Saudi Embassy should be notified.

49.3. Inventory reports of the assets and the balance of cash in the bank and in the office fund must be prepared.

49.4. A report on the trusts and advances under the names or with the employees must be prepared, and they should be settled, if possible.

49.5. A list of all of the accruals payable to or by the office at third parties, should be prepared.

49.6. The documents on the lists should be collected and sent by fax to the General Secretariat, and placed in cardboard boxes in preparation for their shipment to the General Secretariat.

49.7. The General Secretariat should be asked to address the banks and cancel the signatories authorized to withdraw and freeze the funds until further notice by the Secretary General regarding the withdrawal of the balance and its transfer to the General Secretariat, obtaining bank statements and a certificate attesting that open accounts were closed.

50. In events and conditions not mentioned in these instructions, the office manager overseas shall notify the General Secretariat in writing and receive instructions on the matter.

We hope these rules will be adhered to completely and carried out carefully. May Allah help you on your way.

Secretary General

International Islamic Relief Organisation

Kingdom of Saudi Arabia

[Signature]

26/11/1419 H

**Dr. Adnan Khalil Basha**          **[Stamp of the International Islamic Relief Organisation]**

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

مكتب الأمين العام

رقم : ١٧٢٩/
التاريخ : ٢٧/١١/١٤١٩هـ

# تعميم
## لمديري المكاتب الخارجية

يهدي الأمين العام للهيئة أطيب تحياته للأخوة مديري المكاتب الخارجية ورغبة في التذكير بالنظم والتعليمات والقواعد الواجب الإلتزام بها من قبل مدير مكتب الهيئة الخارجي ومنسوبي المكتب والبرامج والمشاريع التابعة للهيئة آمل الاطلاع وتعميم هذه التعليمات على كل فرد من منسوبي الهيئة وتوقيعهم بالعمل والتقيد به اعتباراً من تاريخه والإفادة بما يتم :-

١- الأمين العام هو المرجع المباشر لمدير المكتب الخارجي.

٢- الإلتزام التام باللوائح المالية والإدارية والتعليمات الصادرة من الأمانة العامة والإبلاغ خطياً عن النظم والتعليمات المعمول بها في الدولة المضيفة التي لا تتفق مع اللوائح المعمول بها في الهيئة وانتظار التعليمات الخطية بشأنها.

٣- عدم مغادرة المكتب لرحلة داخلية أو خارجية إلا بإذن خطي مسبق من الأمين العام للهيئة.

٤- عدم التدخل في الشؤون الداخلية للدولة المضيفة أو التحيز لأي فئة أو الإدلاء بأي تصريح أو نشر معلومات عبر وسائل الإعلام.

٥- إقامة علاقات وثيقة مع الجمعيات المحلية الموثوق بسلامة معتقد ومبول مؤسسيها وأعضائها ونظافة نشاطها الإغاثي والإنساني وكذلك المنظمات الدولية ذات العلاقة بعد الحصول على الموافقة الخطية من الأمانة العامة لكل جمعية أو منظمة على حدة.

٦- عدم الإلتزام بأي وعد أو تقديم أي مساعدة لأي كان.

٧- عدم التوصية خطياً أو شفهياً لأي منظمة أو فرد أو جمعية وعند تلقي طلبات خطية للمساعدة يلتزم مدير المكتب بإرسالها للأمانة العامة مرفقة بتوصياته، ودون أن تسلم لمقدميها صورة منها.

٨- إعطاء الأمانة العامة عن التبرعات المحلية والخارجية التي يتلقاها المكتب وإيداعها بحسابات المكتب البنكية والحصول على التوجيه عن كيفية التصرف فيها.

٩- عدم التنازل أو التأجير أو الرهن أو التصرف في ممتلكات الهيئة الثابتة أو المنقولة.

١٠- عدم السحب من أموال وأرصدة المكتب لأي سبب كان دون الحصول على إذن خطي مسبق من الأمين العام للهيئة.

١١- عدم الإقراض من أموال الهيئة له أو لأي شخص من داخل المكتب أو خارجه لأي سبب ومن أي بند أو رصيد.

٥/١

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

مكتب الأمين العام

رقم : ـــــــــــــــ   الموضوع : ـــــــــــــــ
تاريخ : ـــــــــــــــ

١٢- عدم مخاطبة أي جهات خارج دولة مقر المكتب لأي سبب كان دون الحصول على موافقة خطية مسبقة من الأمين العام.

١٣- عدم استقبال أي وفود أو تقديم أي تسهيلات لها ما لم يحصل على موافقة خطية مسبقة من الأمين العام.

١٤- الإهتمام بجانب التوثيق التاريخي والعلمي والإعلامي لأنشطة المكتب ومشاريعه وبرامجه.

١٥- تقديم تقارير شهرية عن الأداء للمكتب والبرامج والمشاريع والعاملين بها.

١٦- الإلتزام بدفاتر تسجيل الدوام والخروج لكل العاملين في كل المكتب والمشاريع.

١٧- الإهتمام بالمظهر والخلق الإسلامي في القول والعمل وحث كافة العاملين معه على الإلتزام بذلك.

١٨- الإهتمام والحرص الكاملين بسير العمل اليومي للمكتب والبرامج والمشاريع والعاملين بها وتجريد الأداء له ولكل العاملين.

١٩- الإهتمام والمحافظة على الأمن الشخصي والجماعي له وللعاملين والوثائق والممتلكات والبرامج والمشاريع.

٢٠- اقتراح تعيين أو فصل أو نقل العاملين بالمكتب والبرامج والمشاريع مع عدم إحداث أو إضافة وظيفة جديدة على الهيكل الوظيفي المعتمد من المقر الرئيسي مع إرسال المستندات التالية عند طلب التعيين : ـ

٢٠-١- صورة المؤهلات التعليمية.
٢٠-٢- صورة جواز سفره والتأكد من ديانته.
٢٠-٣- شهادة تزكية من جمعية إسلامية معتمدة لدى الهيئة.
٢٠-٤- شهادة اللياقة الصحية صادرة من جهة طبية معتمدة رسمياً.
٢٠-٥- عدم وجود حكم جنائي في أمور مخلة بالشرف أو الأمانة.
٢٠-٦- عدم الإنتماء لجهة أو منظمة أو حزب سياسي.

٢١- في حالة تقديم أحد الموظفين استقالته يرفع عنها للأمانة العامة مع بيانات كاملة عن الموظف والعمل الذي يقوم به مشفوعاً برأي المكتب في قبول الاستقالة من عدمه.

٢٢- إبلاغ الأمانة العامة قبل بلوغ أحد من منسوبي المكتب سن الستين قبل ذلك بستة أشهر على الأقل.

٢٣- إقامة علاقات وثيقة وتعاون وتنسيق مع السفارة السعودية.

٢٤- إعداد خطة عمل سنوية للمكتب والبرامج والمشاريع.

٢/٥

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ ت : ١٥٢٣٣٢ - ١٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس ٦٠٦٧٥٤ إغاثة إس جي
Tel 6515333 - 6515411 - Fax 6518491 - Tlx. 606754 IGATHA-SJ

IIRO-001220

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

مكتب الأمين العام

رقم : ..........     الموضوع : ..........
تاريخ : ..........    : ..........

٢٥- منح الأجازات السنوية للعاملين بعد تحديد جدول مناوبة بحيث لا يتعطل العمل بسببه.
٢٦- عدم فتح أي حساب بنكي إلا بموافقة مسبقة من الأمين العام.
٢٧- عدم الدخول في أي مشاريع استثمارية أو تجارية.
٢٨- عدم الجمع بين العمل بالهيئة وممارسة مهنة أخرى.
٢٩- عدم طلب أو قبول أي تبرع أو إكرامية أو هدية أو قيمة أتعاب لشخصه بصفته الوظيفية من أية جهة.
٣٠- عدم الإحتفاظ لنفسه بأصل أو صورة لأية وثيقة رسمية تتعلق بالعمل.
٣١- تقديم صورة من جواز السفر سنوياً لشؤون الموظفين بالأمانة العامة.
٣٢- عدم المشاركة في أي مؤتمر أو دورة أو نشاط مالم يحصل على موافقة خطية مسبقة من الأمين العام مع الإلتزام بتقديم تقرير خطي عند حصوله على الموافقة بالحضور.
٣٣- إعداد تقارير أداء للعاملين سنوياً وإرسالها للأمانة العامة.
٣٤- تزويد شؤون الموظفين بالأمانة العامة ببيانات ومعلومات حديثة كاملة لجميع العاملين مع كل عام جديد وخاصة في حالة الاستقالة أو طلب التعيين.
٣٥- عمل بيان سنوي في نهاية كل سنة يوقع عليه جميع الموظفين والمستخدمين بالمكتب باستلامهم لجميع مستحقاتهم من رواتب.
٣٦- متابعة طلب تعزيز أية موافقة أو أمر شفهي أو هاتفي صادر من الأمين العام للهيئة بأمر كتابي خلال أسبوع.
٣٧- الأمانة العامة هي الجهة الوحيدة المخولة بإصدار قرارات التعيين والنقل والإنتداب وإنهاء الخدمة والأجازات السنوية لمنسوبي المكتب وما يتبعه من مشاريع وبرامج.
٣٨- إعداد الميزانية التقديرية السنوية للمكتب لكل برنامج.
٣٩- عدم إبرام عقود أو إتفاقيات يترتب عليها إلتزام مادي أو معنوي تجاه الهيئة إلا بموافقة خطية مسبقة من الأمين العام.
٤٠- عدم المناقلة من بند لبند والتقيد بالصرف لكل مبلغ حسب الغرض المخصص له.
٤١- الإلتزام بسرية العهد والسلف المحولة للمكتب أو البرامج وفتح فواعد ونصوص اللائحة المالية للهيئة وما يبلغ به من تعليمات وأوامر من الإدارة المالية بالأمانة العامة.
٤٢- الإلتزام بعدم الصرف من دخول المشاريع والبرامج المكيفة ذاتياً إلا بإذن خطي مسبق من الأمين العام بعد إيضاح أوجه الصرف وأرقامه.

٣/٥

العنوان : ص . ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٥٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 506754 IGATHA-SJ

IIRO-001221

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA



رابطــة العــالم الاسـلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

مكتب الأمين العام

رقم : _____  الموضوع : _____

تاريخ : _____

٤٣- الإلتزام بالزيارات الميدانية المتوالية للبرامج والمشاريع الموجودة خارج مقر المكتب وداخل دولة المقر فقط بالتنسيق المباشر مع الرعايات وإدارة المكاتب بالأمانة العامة بعد تحديد الهدف من الزيارة ومدتها وتقديم تقرير عنها.

٤٤- تقديم كافة التسهيلات لمنسوبي الهيئة الذين يوفدون رسمياً للمكتب لأداء مهمة أو الاطلاع على نشاط المكتب بما يمكنهم من أداء مهمتهم بسهولة ويسر.

٤٥- عدم البوح بأسرار العمل أو تصوير المعاملات أو الخطابات.

٤٦- في حالة الإختلاس والسرقة لا قدر الله تعالى : -

٤٦-١- إبلاغ أقرب مركز بوليس من المكتب.

٤٦-٢- إعداد محضر موقع من قبل مدير المكتب والمسؤول المالي بتحديد المبلغ المسروق أو المختلس ومن أي مخصص أو برنامج والشخص المختلس وتوصيفه الوظيفي وإرفاق الوثائق والكشوف البنكية التي تدل على الواقعة.

٤٦-٣- إحاطة الأمانة العامة بصورة من البلاغ وضرورة من محضر البوليس مترجماً مع إرفاق أصل المحضر الموقع من قبل مدير المكتب مؤيداً بالمستندات.

٤٦-٤- متابعة مركز البوليس وإحاطة الأمانة العامة بآخر النتائج التي توصل إليها البحث والتقصي.

٤٧- في حالة المداهمة أو فقدان الأمن لا قدر الله تعالى : -

٤٧-١- إعداد محضر بالتلفيات والمسروقات في الموقع موقع من قبل مدير المكتب وجميع المسؤولين.

٤٧-٢- الإتصال بالسفارة السعودية بدولة المقر مصطحباً محضر الواقعة.

٤٧-٣- إحاطة الأمانة العامة بالواقعة.

٤٧-٤- انتظار التوجيهات والتعليمات من الأمانة العامة والسفارة.

٤٨- في حالة الحرائق لا قدر الله تعالى : -

٤٨-١- الحصول على محضر من مكافحة الحريق وترجمته إلى العربية.

٤٨-٢- عمل محضر داخلي بالتلفيات والمفقودات بالموقع موقع من قبل مدير المكتب والمسؤولين به.

٤٨-٣- تحديد أسباب الحريق.

٤٨-٤- إشعار الأمانة العامة خلال الساعات الأولى لحدوث الحريق.

٩/٤

العنوان : ص . ب ١٤٨٤٣ جــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-001222

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA



رابطــة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالملكة العربية السعودية

مكتب الأمين العام

الموضوع : ............................          رقم : ............................
                                               التاريخ : ............................

٤٩ - في حالة إغلاق المكتب : -
٤٩-١- إحاطة الأمانة العامة بتعليمات الحكومة المضيفة بإغلاق المكتب.
٤٩-٢- إبلاغ أقرب سفارة لحكومة المملكة العربية السعودية.
٤٩-٣- عمل محاضر جرد للأصول والنقدية الموجودة بالبنك وصندوق المكتب.
٤٩-٤- عمل محضر للعهد والسلف المسجلة على الموظفين ومحاولة تصفيتها إن أمكن.
٤٩-٥- إعداد قائمة بالمستحقات على المكتب أو ماله لدى الغير.
٤٩-٦- حصر المستندات في قوائم وإرسالها بالفاكس للأمانة العامة ووضعها في كراتين توطئة لإرسالها للأمانة العامة.
٤٩-٧- الطلب من الأمانة العامة لمخاطبة البنوك وإلغاء التواقيع المحول لها بالسحب وتجميد الأموال حتى إشعار آخر من قبل الأمين العام بسحب الرصيد وتحويله إلى الأمانة العامة والحصول على كشوف بنكية وشهادة تقفيل الحسابات المقترحة.

٥٠- في الأحوال والظروف التي لم تعالجها هذه التعليمات على مدير المكتب الخارجي إبلاغ الأمانة العامة بها خطياً والحصول على تعليمات خطية بشأنها.

نأمل الإلتزام التام بهذه القواعد ومراعاة الدقة في تنفيذها.
والله يوفقكم،،،

الأمين العام
لهيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية



د. عدنان بن خليل باشا

العنوان : ص. ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA-SJ