[letterhead]

**Muslim World League**
**General Secretariat**
**Makkah al-Mukarramah**

**Number /** **Date** **Attachments**

**Subject:**
**28**

**<u>Chapter Five: Accounts and Records</u>**

1. The director shall, directly or through an employee, be in charge of keeping the accounting records so that they are numbered and serialized. Any deletions, omissions, the use of corrector is prohibited in these records and documents.
2. The minimum records that should be kept at the office are as follows:
    a. Daily items ledger
    b. Registry for properties (fixed assets)
    c. Bank account ledger
    d. Fund ledger
    e. Ledger for the office purchases officer
3. The minimum documents that are used in the office are as follows:
    a. Daily registry book
    b. Receivables ledger (receipt voucher)
4. The office has the right to use any additional accounting ledgers or documents other than the above mentioned as necessary or assisting in the organization and flow of work after acquiring the approval of the General Secretariat.
5. <u>Documentation Cycle: First Expenditure</u>
    a. Any sum paid in cash or by check shall be by a payment voucher made out of an original and a copy, after affirming the presence of an allocation for that expenditure in the fiscal budget of that year.

A/A
MWL 005324

Muslim World League
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

الرقم / التاريخ المرفقات

الموضوع

# الفصل الخامس: الحسابات والسجلات

١- يتولى المدير مباشرة أو بواسطة أحد الموظفين مهمة مسك سجلات محاسبية بحيث تكون مرقمة ومسلسلة ويحظر المحو أو الكشط أو استعمال المزيل في السجلات والمستندات.

٢- بالنسبة للمجموعة الدفترية التي يجب أن تكون لدى الجهاز كحد أدنى فهي كالتالي:

أ- دفتر يومية وبنود.

ب- دفتر حصر الممتلكات (الأصول الثابتة).

ج- دفتر حساب البنك.

د- دفتر الصندوق.

هـ- دفتر أستاذ مساعد مشتريات للمكتب.

٣- بالنسبة للمستندات الواجب تداولها لدى المكتب فالحد الأدنى لها هو كالتالي:

أ- سند قيد يومية.

ب- إيصال قبض نقدية (سند استلام).

٤- للمكتب حرية استخدام أية دفاتر محاسبية أو مستندات إضافية بخلاف ما ذكر أعلاه، ويراها لازمة أو مساعدة لحسن سير العمل وتنظيمه، وذلك بعد الرجوع للأمانة العامة وأخذ الموافقة عليها.

٥- الدورة المستندية: أولاً الصرف

أ- عند صرف أي مبلغ سواء كان نقداً أو بشيك يجب أن يكون الصرف بموجب إذن الصرف ويكون من أصل وصورة ذلك بعد التأكد من وجود اعتماد لذلك المصروف في ميزانية ذلك العام.

ع/ع

MWL 005324