


Tuesday, December 12, 2006

# CA freezes account linked to Al-Qaida

### By REY E. PANALIGAN

The Court of Appeals (CA) has ordered the Bank of the Philippine Islands (BPI) to freeze the account of the International Islamic Relief Organization (IIRO) which is believed to be the source of funding for Al-Qaida terrorist groups like the Abu Sayyaf Group (ASG).

In a resolution written by Associate Justice Arcangelita Romilla Lontok and concurred in by Associate Justices Portia Alino Hormachuelos and Amelita Tolentino, the CA granted the petition filed by the Anti-Money Laundering Council (AMLC) for the freezing of the IIRO account.

"Having determined that probable cause exists thus finding merit in the petition, a freeze order, effective for a period of 20 days against Account No. 0201001000000114567 in the name of (International) Islamic Relief Organization with the Bank of Philippine Islands and all related web accounts is granted and subject bank is also ordered to submit to this Court and the AMLC a detailed return on the freeze order within 24 hours from receipt," the CA said.

IIRO is one of Saudi Arabia's largest charitable organizations which the United States government has associated with terrorism. It is accused of funding terrorist attacks in different countries like the Sept. 11, 2001 attacks in the US where thousands of people were killed.

In a petition, the AMLC sought a freeze on IIRO's account with the BPI after the US Department of Treasury issued a press release citing the involvement of the organization in the Philippines and Indonesia in connection with Al-Qaida-funded terrorist attacks.

The press release further disclosed that the IIRO's branch in the Philippines served as a funding cell for ASG with other terrorist organizations.

The AMLC petition said that the United Nations 1267 Sanctions Committee on Aug. 4, 2006 included the Philippine branch of the IIRO and Abd Al Hamid Sulaiman Al-Mujil to its list of individuals and entities associated with Osama bin Laden.

It also stated that the US government, through its embassy in Manila, requested the assistance of the Philippine government to check the existence of funds and economic resources, including property, of interests in property owned or controlled directly or indirectly by Al Mujil and IIRO Philippine branch and to freeze the same if found.

It said its investigation which showed that there were two bank accounts of IIRO with BPI but only one account No. 0201001000000114567 is active. As a result, it sought the assistance of the Office of the Solicitor General (OSG) to file an application for a freeze order.

53412

IIRO-000988