

# BANK OF THE PHILIPPINE ISLANDS

www.bpiexpressonline.com

**Makati** Main Branch

December 14, 2006

Int'l Islamic Relief Organization
101 Heart Tower Valero St.
Makati City

Dear Sir/Madam:

Please be informed that we received a Notice of Resolution with Freeze Order covering your account with us:

| | |
|---|---|
| Particulars: | CA-G.R. AMLC No. 00004 |
| Subject of Freeze Order: | International Islamic Relief Organization |
| Amount: | P153,176.10 |
| 0011-1456-71 | P153,176.10 |

Consistent with the said Freeze Order, the amount stated above has been placed on hold/freeze status. We advise that no withdrawal/disposition of International Islamic Relief Organization account number 0011-1652-06 should be made to the extent of the amount being hold until further notice as to its proper disposition is received from us.

Thank you.

Very truly yours,

JOCELYN C CASTILLO
Asst Manager

**53415**

IIRO-000997