From *Igatha Journal*
August 1995

**Your Donation Wipes [Away] Tears and Paints a Smile**

God Almighty said:
"The parable of those who spend their substance in the way of Allah is that of a grain of corn: it groweth seven ears, and each ear hath a hundred grains. Allah giveth manifold increase to whom He pleaseth: and Allah careth for all and He knoweth all things."

The International Islamic Relief Organization in the Kingdom of Saudi Arabia calls on all Muslims to help their brothers the refugees, immigrants, widows, orphans, the handicapped, the destitute, and the victims of disasters and wars, and the oppressed Muslim minorities around the world.

All donations are deposited into the organization's joint accounts in all the branches of Al Rajihi for Banking and Investments Corp., the Islamic Investment Company of the Gulf, Faisal Islamic Bank, Al Barakah General Fund (G, K), and all the branches of Al Barakah Bank Group around the world.

**Act Number for Orphans 77704**
**Account number for General Donations and Alms 77700**

The International Islamic Relief Organization, PO Box 1285, Jeddah 21434. Tel. 6512333/6515411, Fax 6518491, Telex.606754 Igatha S G

MR/ARA020325

54012T

