They are left under your trust and care
2400 Riyals annually to take care of a child
The International Islamic Relief Organization appeals to you, on behalf of oppressed mothers and fathers separated from their children, to sponsor and save a child from destitution.
Account No. 77704
Telephone Numbers of the Organization in Saudi Arabia

7975




# Fund & Waqf

*Donate Generously:–*

- ***To Help Build a Mosque, Hospital or School***
- ***Rehabilitate Victims of Natural Calamities***
- ***Save Muslim Lives from Want and Hunger***

Islamic Solidarity Fund
C/C Secretariat General P.O. Box 179 Jeddah 21411
Tel 6800800 – Fax: 6873568 -
Telegrams Islamiyah-Jeddah – Telex 401386 Islami S J

Funds A/c No. in Saudi American Bank 2900404 for donations only
Funds A/c No. in National Commercial Bank [illegible] for Zakat only



*"Let those (disposing of an estate) have the same fear in their mind as they would have for their own if they had left a helpless family behind; let them fear Allah and speak the appropriate word." (Qur'an)*

# They are left under your trust and care

**International Islamic Relief Organization**

**The International Islamic Relief Organization appeals to you, on behalf of oppressed mothers and fathers separated from th children, to sponsor and s a child from destitution.**

**Account No. 77704**

Donations of all kinds, Zakat or Sadaqat, are received in the unified account for the distressed children at all branches of Al-Rajhi Banking and Investment Corporation, Islamic Investment Company of the Gulf and Faysal Islamic Bank.

**Telephone Numbers of the Organization in Saudi Arabia**
Head Office: Jeddah: P.O. Box: 1265, Jeddah 21431: Tel: 6512333 Fax 65184
Women's Committee in Jeddah: Tel: 6611921 Riyadh 4930033, Makkah 5585
Madinah. 8221353; Taif: 7384228; Baha: 7252840; Jouf. 6254168.
Buraidah: 3235035; Unaizah: 3642613 Abha 2263333; Alkhobar. 8952278

# THE MUSLIM WORLD LEAGUE JOURNAL

Vol. 20 Dhul Hijjah 1413 — June 1993 No. 12



"Let those (disposing of an estate) have the same fear in their mind as they would have for their own if they had left a helpless family behind; let them fear Allah and speak the appropriate word." (Qur'an)
They are left under your trust and care
2400 Riyals annually to take care of a child
International Islamic Relief Organization
The International Islamic Relief Organization appeals to you, on behalf of oppressed mothers and fathers separated from their children, to sponsor and save a child from destitution.
Account No. 77704
Donations of all kinds, Zakat or Sadaqat, are received in the unified account for the distressed children at all branches of Al-Rajhi Banking and Investment Corporation, Islamic Investment Company of the Gulf and Faysal Islamic Bank.
Telephone Numbers of the Organization in Saudi Arabia :
Head Office: Jeddah: P.O. Box: 1285, Jeddah 21431; Tel: 6512333 Fax: 6518491;
Women's Committee in Jeddah: Tel: 6611921 Riyadh: 4930033; Makkah: 5565925;
Madinah: 8221353; Taif: 7384228; Baha: 7252840; Jouf: 6254168;
Buraidah: 3235035; Unaizah: 3642613; Abha: 2263333; Alkhobar: 8952278;
Dammam: 8420484; Juball: 3614545; Ahsa: 5802777; Yanbu: 3224253; Jizan:

THE MUSLIM WORLD LEAGUE JOURNAL

Vol. 23 Rabi al-Awwal 1416 - August 1995 No. 3

NOV 2 2 1995

Srebrenica:

# THE KILLERS. . . AND THE VICTIMS

# THE JOURNAL

29

May 95

## Some Essential Facts Every Pilgrim Should Know

48613

They are left under your trust and care
2400 Riyals annually to take care of a child
International Islamic Relief Organization
The International Islamic Relief Organization appeals to you, on behalf of oppressed mothers and fathers separated from children, to sponsor and a child from destitution.
Account No. 77704
Donations of all kinds, Zakat or Sadaqat, are received in the unified account for the distressed children at all branches of Al-Rajhi Banking and Investment Corporation, Islamic Investment Company of the Gulf and Faisal Islamic Bank.
Telephone Numbers of the Organization in Saudi Arabia
Head Office: Jeddah: P.O. Box 1285, Jeddah 21431; Tel: 6512333



