## Rabita Trust for the Rehabilitation of Stranded Pakistanis

The Secretary-General of the Rabita Trust is Wa'el Hamza Jalaidan, one of the founders of Al-Qaeda along with Osama bin Laden.[1] In July 1988, Pakistani President Zia ul-Haq and Dr. Abdullah Omar Naseef, the then secretary-general of the Muslim World League (MWL), established the Rabita Trust for the repatriation and rehabilitation of stranded Pakistanis.[2] Naseef also served as "one of the vice-presidents of Rabita Trust"[3] and is currently the chairman of the foundation.[4] Rabita Trust is, in fact, a subsidiary of the Muslim World League (Al Rabita Al-Alami Al-Islami).

### The Secretary-General of the Rabita Trust is Wa'el Hamza Jalaidan.

- Jalaidan is one of three primary founders of Al-Qaeda. In an interview with Bin Ladin that aired on the Al-Jazira television network on June 10, 1999, Bin Ladin speaks about the origin of his notion of Jihad and states, "We [I] and the shaykh [Abdallah Azam] were in one boat, as is known to you, together with our brother Wa'il Jalidan."[5]

- Wa'el Julaidan is the logistics chief of Bin-Ladin's organization and fought on Bin-Ladin's side in Afghanistan.[6]

- "In a document seen by the BBC in Pristina, US officials called on the UN police force in the province to undertake open surveillance of the [Saudi Joint Relief Committee]. Marked 'Secret: US officials only - Release to UNMIK' the report names two former members of the charity. It claims Adel Muhammad Sadiq Bin Kazem, and Wa'el Hamza Jalaidan, the Committee's former Director, are 'associates of Osama bin Laden' and that Mr Jalaidan helped Mr bin Laden 'move money and men to and from the Balkans.'"[7]

- In 1983, Jalaidan served as the head of the Islamic Center in Tuscon, Arizona.[8]

### The Chairman of the Rabita Trust is Abdullah Omar Naseef

---

[1] U.S. Treasury Department, Second Suspect List
[2] Haque, Syed Ehsamul. "The Stranded People Who Spent 29 Years in Captivity." *Daily Arab News, Jeddah*, December 16, 2000
[3] "News from Bangladesh." http://bangladesh-web.com/news/jun/0?/av4n589.htm
[4] Kazmi, Mutahir. "Repatriation of Stranded Pakistanis to Launch in April One Thousand Housing Units Ready to House 5000 People." Pakistan News Service. http://paknews.com/arilapl-3.html
[5] Al-Jazira Television Network. June 10, 1999.
[6] U.S. Treasury Department, Second Suspect List
[7] Wood, Nick. "US fears terrorist attack in Kosovo." BBC. April 3, 2000.
[8] Annual Report and Certificate of Disclosure. Arizona Corporation Commission. File #082871-0. February, 1985.

- Nassif headed the Arab Muslims League in Cairo as a means to further Osama bin Laden's "Al-Ansar" guesthouse, used in the training of terrorists.

- Bin Laden's "Jihad and Relief" foundation and guesthouse were set up in Peshawar to receive potential fighters. 'The route of this process passed through the unlicensed Cairo office of the [Arab Muslims League], directed by Dr. Abdallah Umar Naseef.'"[9]

**The Rabita Trust is a subsidiary of the Muslim World League (MWL)**

The Muslim World League, according to its website, lists its main objectives as "to disseminate Islamic Dawah and expound the teachings of Islam. To defend Islamic causes in a manner that safeguards the interests and aspirations of Muslims, solves their problems, refutes false allegations against Islam, and repels inimical trends and dogma which the enemies of Islam seek to exploit in order to destroy the unity of Muslims and to sow seeds of doubt in our Muslim brethren."[10] The Muslim World League has numerous direct connections to Usama bin Laden and his terrorist organization Al-Qaeda:

**Personnel**

- "Wa'el Jalaidan [is] the representative of the Muslim World League in Peshawar."[11]

- Dr. Abdullah Omar Naseef served as secretary-general of the Muslim World League (MWL).[12]

- Ihab Mohamed Ali a/k/a Nawawi is an Egyptian born naturalized American citizen and resident of Orlando, Florida that is a member of Al-Qaida currently incarcerated in NY for contempt of the grand jury.[13] According to his lawyer, Ashraf Nubani, Ali worked for the MWL in Pakistan.[14]

- The Egyptian office of the Muslim World League served as the "third route to the Al-Ansar House in Jedda." The Al-Ansar House was one of Osama bin Laden's "guest houses" used to train terrorists.[15]

---

[9] Razq, Hamdy. "Osama owns a foundation for creating extremism." Translated from Arabic. *Ross Al Yosuf.* May 17, 1993.
[10] "About the Muslim World League." http://www.arab.net/mwl/about.htm
[11] Sharaf-ad-din, Nabil. "Usama BinLaden - A Millionair [sic] Finances Extremism in Egypt and Saudi Arabia." *Rose Al-Yusif.* No. 3388. May 17, 1993.
[12] Haque, Syed Ehsanul. "The Stranded People Who Spent 29 Years in Captivity." Daily Arab News, Jeddah, December 16, 2000
[13] Guitierrez, Pedro Ruz and Jim Leusner "Orlando cabbie, terrorist had ties." *The Orlando Sentinel.* February 3, 2000.
[14] Guitierrez, Pedro Ruz. "Case Builds Against Cabbie." *The Orlando Sentinel.* July 19, 1999.
[15] Razq, Hamdy. "Osama owns a foundation for creating extremists." Translated from Arabic. *Ross Al Yosuf.* May 17, 1993.

- o Wadi El-Hage, convicted for his role in the U.S. Embassy bombings in Africa, worked for the Muslim World League in Peshawar.[16]

### Shared Bank Accounts

Al Rabita Trust, under the auspices of the MWL[17], accepts donations through the following bank accounts:

- o Habib Bank Secretariat Block "A", Islamabad, Account No. 9536-3 (for Pakistan currency deposits).[18]

- o Habib Bank Civic Centre Branch, Islamabad, Account No.97073-1 (for foreigncurrency deposits).[19]

### The International Islamic Relief Organization

- o The MWL's operational arm is the IIRO. According to Dr. Ahmed Mohammed Ali, Secretary General of the MWL, the organization provides "humanitarian assistance" through the IIRO.[20] The IIRO (which also has many branches the world over) was established in 1978 and is headquartered in Jeddah, Saudi Arabia.[21]

- o Following the August 7, 1998 dual US Embassy bombings in East Africa, six Muslim NGO's operating in Kenya including Al-Haramain, the IIRO, and Rabitat Al-Aalam Al-Islami [Muslim World League, MWL] were banned for "endangering the lives of Kenyans" and "working against the interests of Kenyans in terms of security," according to John Etemesi, Chairman of the Nongovernmental Coordinating Board in Kenya. The MWL was not registered and was operating illegally.[22]

- o On January 7, 1999, according to Karnal Singh, deputy commissioner of police, the US consulates in Madras and Calcutta were targeted by a Bangladeshi national, Sayed Abu Nasir, on orders from among others, Sheikh Al Gamdin, President of the IIRO, Asia.[23]

- o In the Philippines, the IIRO office in Zamboanga City is the coordinating center for secessionist Islamic militants in the southern region of the country

---

[16] USA v. bin Laden - Trial Transcript Day 6, February 15, 2001.
[17] "Government renews pledge to repatriate 'Biharis' through Rabita Trust" http://www.brecorder.com/story/S00BB/SBA25/SBA25183.htm. January 25, 1998.
[18] Ibid.
[19] Ibid.
[20] Ahmed, Iftikhar. "Counter anti-Islam propaganda, says MWL sec. general." Moneyclips. May 6, 1995.
[21] "IIRO - Welcome." http://www.arab.net/iiro
[22] Daily Nation. http://www.nationaudio.com/News/DailyNation/1998/090998/News/News7.html. September 9, 1998.
[23] Dugger, Cecelia. "Anti-U.S. Plot in India Is Foiled." International Herald Tribune. January 21, 1999.

where Muslims are the majority.[24] IIRO's Zamboanga City office, which was established some time in the early 90's, was under the direct control of Mohammad Jamal Khalifa, the 37-year-old brother-in-law of Osama Bin Ladin.[25] Through Khalifa and the IIRO, Bin Ladin ensured an as instrumental a role as possible in the secessionist's military movement.[26]

o Western intelligence sources have traced IIRO money transfers to bank accounts in London, England and Amman, Jordan; which is then channeled through front groups to Palestinian Hamas backed organizations in Gaza and the West Bank.[27] Indian intelligence also has reported that IIRO offices in Pakistan and Afghanistan maintain a training camp in Kunduz, Afghanistan for combatants in Bosnia, Chechnya, and Kashmir.

## WAMY

o WAMY, based in Riyadh, Saudi Arabia is another daughter organization of the MWL.

o WAMY's involvement in international terrorist activity most notably came to the fore in the US in the investigation and prosecution of the terrorists implicated in the first World Trade Center bombing. Ahmed Ajaj (arrested at JFK after arriving from Pakistan and sentenced to 240 years in prison for his role in the bombings), was affiliated with WAMY which is suspected by World Trade Center bombing investigators of being linked to a terrorist manual.

o In January, 1999 the Philippines government asked Australian military intelligence for assistance in investigating the provision of funds from WAMY's office in Australia to the Islamic militant secessionists in the Philippines.

o A report issued by the official Hamas website indicated that, "The Palestinian Authority has frozen charity funds of the World Association of Muslim Youth office in Gaza Strip without any explanation given to that step."[28] This freezing of assets intimates that the PA believes WAMY to have terrorist connections.

---

[24] Herrera, Christine. "BIN LADEN FUNDS ABU SAYYAF THROUGH MUSLIM RELIEF GROUP." *Philippine Daily Inquirer.* August 9, 2000.
[25] Chaulk, Peter. "TERRORISM - Bin Laden's Asian network." *Jane's Intelligence Review.* December 1, 1998.
[26] Ibid.
[27] Chernoff, Richard. "IT'S MORE THAN JUST WHO PLANTS THE EXPLOSIVES." *New York Daily News.* July 31, 1996.
[28] "PA Freezes Charity Funds." Hamas Official Website. http://www.palestine-info.com. August 30, 2001.

011254