11. Prof. Mujahid Al-Islam Al-Qasimi, Secretary General of the Islamic Jurisprudence Academy in India.
12. Dr. Rida Allah Muhammad Idris, India.
13. Prof. Dr. Abdul Karim Zaydan, Iraq.

**Seventh:**
The Council reviewed the financial report on the budget of the League for the past period and approved it. It also delegated Dr. Muhammad Abduh Yamani to complete some sections of the report with the General Secretariat, and recommended that at the meeting of the Founding Council the Financial Committee would be an independent committee, as was the case in previous sessions.

**Eighth:**
The Council recommends that the directors, representative and preachers of the League offices keep in contact with the members of the League Council in order to consult with them and benefit from their vast expertise.

**Ninth:**
The Council recommends preparing a media plan with the purpose of explaining the objectives of the League and introduce young people and the future generations to them.

**Twenty-Fifth: General Recommendations:**
1. The Council members reviewed the visits and contributions of the Secretary General, assistant secretaries and other officers of the League that were mentioned in the General Secretariat report. The Council thanks them for all the effort they made and hopes for continued visits and participations, for the good impressions they leave in the prospect of missionary work toward God, as well as explain the League's stance regarding contemporary Islamic issues.
2. The Council reviewed the workings and activities of the League's offices and centers abroad, as well as the executive departments of the General Secretariat as mentioned in the General Secretariat report.

28

MWL 005559

11ـ الأستاذ مجاهد الإسلام القاسمي الأمين العام لمجمع الفقه الإسلامي بالهند.

12ـ الدكتور رضا الله محمد إدريس – الهند.

13ـ الأستاذ الدكتور عبد الكريم زيدان – العراق.

سابعاً :

اطلع المجلس على التقرير المالي لميزانية الرابطة، عن الفترة الماضية وأقره، وفوض معالي الدكتور محمد عبده يماني بمتابعة استكمال بعض الجوانب في التقرير مـع الأمانة العامة، وأوصى بأن تكون اللجنة المالية عند اجتماع المجلس التأسيسي لجنة مستقلة، كما جرى عليه العمل في الدورات السابقة.

ثامناً :

يوصي المجلس بأن يكون مديرو مكاتب الرابطة ومندوبوها ودعاتها علـى اتصال بأعضاء مجالس الرابطة واستشارتهم والاستفادة من خبراتهم.

تاسعاً :

يوصي المجلس بوضع خطة إعلامية لشرح أهداف الرابطة وتعريف الشـباب والأجيال القادمة بها.

## خامساً وعشرين : توصيات عامة :

1ـ اطلع المجلس على زيارات ومشاركات معالي الأمين العام للرابطة والأمنـاء المساعدين والمسؤولين الآخرين المذكورة في تقرير الأمانة العامة.

والمجلس إذ يشكرهم على ما بذلوه من جهد في هذا الصدد يأمل مواصلة هذه الزيارات والمشاركات لما تتركه من آثار طيبة في مجال الدعوة إلى الله عز وجل وتوضيح مواقف الرابطة تجاه القضايا الإسلامية المعاصرة.

2ـ اطلع المجلس على ما ورد في تقرير الأمانة العامة حول أعمـال ومناشـط مكاتبها ومراكزها في الخارج والإدارات التنفيذية التابعة للأمانة العامة.

28

MWL 005559