The Council thanks Almighty God first and then those working at these offices, centers and administrative unites for all their honest work and wishes them more success in the future.

3. The Council reviewed the report of the General Secretariat on the work of International Supreme Council for Mosques with respect to imams, preachers, teachers of the Qur'an, and Islamic Awqaf (religious institutions), the project of a mosque in every capital city that doesn't have a mosque, as well as the affiliated continental councils, Imam and Preachers Preparatory Institute, etc. The Council thanks Almighty God first and then those working at the council and wishes them more success in the future.
4. The Council reviewed the work of the Islamic Jurisprudence Academy affiliated with the League and its three committees and publications. The Council thanks Almighty God first and then those working at the Academy and wishes them more success in the future.
5. The Council reviewed the report of the International Islamic Aid Agency in the Kingdom of Saudi Arabia, which is affiliated with the League in the fields of preaching the word of Almighty God, building mosques, digging water wells, Qur'anic citation program, taking care of orphans, in addition to social, medical, and educational programs, emergency assistance, Iftar program for the fasting of Ramadan, and the activities of the Agency's offices locally and abroad.
The Council thanks Almighty God first and then those working at the agency and the donors to its program asking God to accept their work and reward them for it.
6. The Council reviewed the work of the Scientific Miracles in the Qur'an and Sunna Authority and of the research, publications, lectures, and conferences it prepared.
The Council thanks Almighty God first and then those working at the Authority and wishes them more success in the future.

MWL 005560

والمجلس يتوجه بالشكر الجزيل إلى الله تعالى ثم يشكر القائمين على هذه المكاتب والمراكز والإدارات على ما بذلوه من جهود صادقة ويدعو لهم بمزيد من التوفيق.

٣ــ اطلع المجلس على ما ورد في تقرير الأمانة العامة حول أعمال المجلس الأعلى العالمي للمساجد فيما يتعلق بالأئمة والدعاة ومدرسي القرآن الكريم والأوقاف الإسلامية ومشروع مسجد في كل عاصمة ليس فيها مسجد وما يتبع المجلس من مجالس قارية ومعهد إعداد الأئمة والدعاة وغير ذلك. والمجلس يشكر الله عز وجل ثم يشكر القائمين على المجلس ويدعو لهم بمزيد من التوفيق والنجاح.

٤ــ اطلع المجلس على أعمال المجمع الفقهي الإسلامي التابع للرابطة ولجانه الثلاث وإصداراته. والمجلس يشكر الله عز وجل ثم يشكر القائمين على المجمع ويدعو لهم بمزيد من التوفيق.

٥ــ اطلع المجلس على تقرير أعمال هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية التابعة للرابطة في مجالات الدعوة إلى الله عز وجل وبناء المساجد وحفر الآبار وبرنامج تحفيظ القرآن الكريم ورعاية الأيتام والبرامج الاجتماعية والصحية والتعليمية والإغاثة العاجلة وبرنامج إفطار صائم وأنشطة مكاتب الهيئة المحلية والخارجية. والمجلس يشكر الله عز وجل ثم يشكر القائمين على الهيئة والمتبرعين لبرامجها ويسأل الله لهم القبول والأجر والمثوبة.

٦ــ اطلع المجلس على أعمال هيئة الإعجاز العلمي في القرآن والسنة وما أعدته من بحوث وإصدارات ومحاضرات ومشاركات. والمجلس يشكر الله عز وجل ثم يشكر القائمين على الهيئة ويدعو لهم بمزيد من التوفيق والنجاح.

٢٩

MWL 005560