7. The Council reviewed the report prepared by the General Secretariat on the work of Al Haramayn (the two holy shrines) Establishment, Aqsa Mosque Benevolent Establishment, the Islamic Cultural Center in Jeddah, and the Rehabilitation of Mosque and Philanthropic work Committee, which are all independent legal entities working under the umbrella of the League.
The Council thanks Almighty God first and then those working in these areas and wishes them more success in the future.

MWL 005561

٧ـ اطلع المجلس على ما ورد في تقرير الأمانة العامة عن أعمال كل من مؤسسة الحرمين والمسجد الأقصى الخيرية والمركز الثقافي الإسلامي بجدة ولجنة إعمار المساجد والأعمال الخيرية، وهي هيئات ذات شخصية اعتبارية مستقلة تعمل تحت إشراف رابطة العالم الإسلامي.

والمجلس يشكر الله عز وجل ثم يشكر القائمين عليها ويتمنى لهم دوام التوفيق والسداد.

MWL 005561