# THE MUSLIM WORLD LEAGUE JOURNAL

Vol. 28                 Shawwal 1421 - January 2001                 No. 10

# MWL Constituent Council
# Tackles Muslim Issues
# At 36th Session



MWL Note to 9th OIC Summit in Doha

# *Available in All Major Book Stores and Shopping Centres throughout Saudi Arabia*



**The Muslim World Weekly**
(In Arabic with Two-Pages English Supplement)
2 Saudi Riyals

**The Call of Truth**
(A Monthly Book Series in Arabic)
5 Saudi Riyals

**Al-Rabita**
(Monthly in Arabic)
3 Saudi Riyals

**The Muslim World League Journal**
(Monthly in English) 3 Saudi Riyals

- The entire sale proceeds of these periodicals will be utilized for the improvement of these publications and for services rendered to promote Islamic causes all over the world
- While placing orders for subscriptions, please mention the periodical required

With compliments of
**The Muslim World League**
P O Box 538, Makkah, Saudi Arabia

Sole distributors for the Kingdom and the Gulf

| Makkah | Madinah | Riyadh | Jeddah | Dammam | Abha |
|--------|---------|--------|--------|--------|------|



 The **MUSLIM WORLD LEAGUE** Journal

A monthly organ of the
**Muslim World League**
Makkah Al-Mukarramah



Vol 28



## MWL Council's 36th Session — 7

The Muslim World League Constituent Council the apex policy making body of this international Islamic organization held its 36th session on 4 6 Sha ban 1421H in Makkah The three day session attended by Council s members drawn from Muslim communities from the various regions of the world adopted some far reaching and important resolutions on the issues facing the Islamic Ummah ex pressing at the same time Muslim view points on these problems A report on this important assembly by Abrar Ahmad Is lahi and Muhammad Nasir



## MWL Note to OIC Summit — 15

Rulers and heads of State and govern ment of 56 Islamic nations assembled for their ninth Summit in Doha Qatar in No vember last in order to discuss the ex plosive situation caused by Israel s naked aggression against Palestinians The MWL which attended the Summit as an observer presented a note to the Muslim leaders on the current Islamic issues along with its views and suggestions on them An ex tensive coverage of the important gath ering



## MWL London Office A Report — 26

The Muslim World League has been striving since its inception to disseminate the message of Islam worldwide To dis charge this mission the League works through its regional offices in several countries in the East and West Within this framework the League s London Office has been playing a vital role in furthering its parent body s objectives for more than a decade A report on some of its recent ac tivities filed by Dr Mo ammel Haque



Secretary General
Muslim World League
**Dr Abdullah Abdul Mohsen Al Turki**

Director General Media
**Dr Abdul-Qader Tash**

Chief Editor
**Dr T A Al Ahmadi**

Managing Editor
**Abrar Ahmad Islahi**

**The Muslim World League Journal**
P O Box 537
**Makkah Saudi Arabia**

Tel / Fax 00966 (2) 5441622
E mail mwlhq @ aol com
Telex SJ 540009



**Kashmi Rally fo**

Promin ed Kingdo their comm don Presic and attende Kashmir I large unity w age t uni Kashmir I unanimously the form it port group it cause Haqu

**Guida** Translitii

**Sayin** Essentia

**9th O** Proceed

**Saffro** Commen

**Men v** Maqbool

**The G** Muhamn

**Anima** V A Muh

# CONTENTS

Vol 28       Shawwal 1421 -- January 2001       No 10

**Kashmiris in Britain Rally for Kashmir Cause**    29

Prominent Kashmiris living in the United Kingdom held an important meeting of the community in October 2000 at London. Presided over by Lord Nazir Ahmad and attended by more than 60 top British Kashmiri leaders, the meeting resolved to forge unity and cohesion in their ranks and wage a united struggle for the liberation of Kashmir. Foremost among the resolutions unanimously adopted by the gathering was the formation of a pro active political support group to work for this important Islamic cause. A report from *Dr Mohammed* ...



**Guidance from the Glorious Qur'an**    4
Translation & Commentary *Abdullah Yusuf Ali*

**Sayings of Prophet Muhammad (peace be on him)**    6
Essentials of a Muslim's Faith

**9th OIC Summit in Doha Tackles Palestine Issue**    22
Proceedings & Resolutions

**Saffron Streak Indian Premier's Provocative Stance**    32
Comment *Arab News Jeddah*

**Men vis-a-vis Women in Islam The Biology Factor**    33
*Maqbool Ahmad Siraj*

**The Great Battle of Badr-II**    36
*Muhammad Ahmad Bashmail*

**Animal rights An Islamic Perspective-III**    43
*M A Muhammad Ashrof*

**Annual Subscription Rates**

**Saudi Arabia**
(Individual subscribers) SR 36
(Companies) SR 100

**Other Countries**
(Individual subscribers) $ 20
(Companies) $ 26

Cheques and cash payable to
**Muslim World League**
**P O Box 537**
**Makkah Saudi Arabia**

All subscription enquiries
may be addressed to

**Circulation & Subscription Deptt**
Muslim World League
P O Box 537
Makkah Saudi Arabia

Sole Distributors for K S A & the Gulf
**The Saudi Distribution Company**
Tel 6530909 Jeddah K S A

Published by
**Muslim World League**
**Makkah Al Mukarramah**
**Saudi Arabia**

All articles and correspondence may please be addressed to **The Chief Editor Muslim World League Journal** While the Editorial Board reserves the right to edit summarize or reject any contribution no article report or letter will be returned to the sender

Views expressed in the columns of **the Muslim World League Journal** do not necessarily represent those of the Editorial Board or the Muslim World League Article published herein may however be reproduced will due acknowledgement

## QUR'AN

# Guidance from the



### In the name of Allah, Most Gracious, Most Merciful

*O you who believe! Fear Allah as He should be[1] feared, and die not except in a state[2] of Islam And hold fast, all together, by the Rope[3] which Allah (stretches out for you), and be not divided among yourselves And remember with gratitude Allah's favour on you, for you were enemies[4] and He joined your hearts in love, so that by His Grace, you became brethren And you were on the brink of the Pit of Fire, and He saved you from it Thus does Allah make His Signs clear to you, that you may be guided Let there arise out of you a band of people inviting to all that is good, enjoining what is right and forbidding what is wrong they are the ones to attain felicity[5] Be not like those who are divided amongst themselves and fall into disputations after receiving clear signs for them is a dreadful chastisement On the day when some faces will be (lit up with) white, and some faces will be (in the gloom of) black[6] to those whose faces will be black, (will be said) "Did you reject Faith after accepting it? Taste then the chastisement for rejecting Faith" But those whose faces will be (lit with) white – they will be in (the light of) Allah's mercy therein to dwell (for ever)*

(Qur'an, 3 102-107)

**Commentary**

1 Fear is of many kinds 1) the abject fear of the coward, 2) the fear of a child or an inexperienced person in the face of an unknown danger, 3) the fear of a reasonable man who wishes to avoid harm to himself or to people whom he wishes to protect, 4) the reverence which is akin to love, for it fears to do anything which is not pleasing to the object of love The first is unworthy of man, the second is neces-

sary for one immature, the third is a manly precaution against evil as long as it is unconquered, and the fourth is the seed-bed of righteousness Those mature in faith cultivate the fourth at earlier stages, the third or the second may be necessary, they are fear, but not the fear of Allah The first is a feeling of which anyone should be ashamed

2 Our whole being should be permeated with Islam it is not a mere veneer or outward show

3 The simile is that of people struggling in deep water, to whom a benevolent Providence stretches out a strong and unbreakable rope of rescue If all hold fast to it together, their mutual support adds to the chance of their safety

4 Yathrib was torn with civil and tribal feuds and dissensions before the Messenger of Allah set his feet on its soil After that it became the City of the Prophet, Madinah, and unmatched

brotherhoo
lam   Thi
world is a
establish t
soil, and m
er Madinah

5 Mufl
root idea is
happiness,
next, succe
dom from a
turbed state
site of Aza
which incl

# QUR'AN

# Glorious Qur'an

بسم الله الرحمن الرحيم

﴿ يَا أَيُّهَا الَّذِينَ آمَنُوا اتَّقُوا اللَّهَ حَقَّ تُقَاتِهِ وَلَا تَمُوتُنَّ إِلَّا وَأَنْتُمْ مُسْلِمُونَ ﴿١٢﴾ وَاعْتَصِمُوا بِحَبْلِ اللَّهِ جَمِيعًا وَلَا تَفَرَّقُوا وَاذْكُرُوا نِعْمَتَ اللَّهِ عَلَيْكُمْ إِذْ كُنْتُمْ أَعْدَاءً فَأَلَّفَ بَيْنَ قُلُوبِكُمْ فَأَصْبَحْتُمْ بِنِعْمَتِهِ إِخْوَانًا وَكُنْتُمْ عَلَىٰ شَفَا حُفْرَةٍ مِنَ النَّارِ فَأَنْقَذَكُمْ مِنْهَا كَذَلِكَ يُبَيِّنُ اللَّهُ لَكُمْ آيَاتِهِ لَعَلَّكُمْ تَهْتَدُونَ ﴿١٣﴾ وَلْتَكُنْ مِنْكُمْ أُمَّةٌ يَدْعُونَ إِلَى الْخَيْرِ وَيَأْمُرُونَ بِالْمَعْرُوفِ وَيَنْهَوْنَ عَنِ الْمُنْكَرِ وَأُولَٰئِكَ هُمُ الْمُفْلِحُونَ ﴿١٤﴾ وَلَا تَكُونُوا كَالَّذِينَ تَفَرَّقُوا وَاخْتَلَفُوا مِنْ بَعْدِ مَا جَاءَهُمُ الْبَيِّنَاتُ وَأُولَٰئِكَ لَهُمْ عَذَابٌ عَظِيمٌ ﴿١٥﴾ يَوْمَ تَبْيَضُّ وُجُوهٌ وَتَسْوَدُّ وُجُوهٌ فَأَمَّا الَّذِينَ اسْوَدَّتْ وُجُوهُهُمْ أَكَفَرْتُمْ بَعْدَ إِيمَانِكُمْ فَذُوقُوا الْعَذَابَ بِمَا كُنْتُمْ تَكْفُرُونَ ﴿١٦﴾ وَأَمَّا الَّذِينَ ابْيَضَّتْ وُجُوهُهُمْ فَفِي رَحْمَةِ اللَّهِ هُمْ فِيهَا خَالِدُونَ ﴿١٧﴾ ﴾

[آل عمران ٣ ١٢ – ١٧]

brotherhood, and the pivot of Islam This poor, quarrelsome world is a larger *Yathrib* can we establish the sacred feet on its soil, and make it a new and larger Madinah?

5 *Muflih, aflaha, falah* the root idea is attainment of desires, happiness, in this world and the next, success, prosperity, freedom from anxiety, care, or a disturbed state of mind—the opposite of *Azab* in the next verse, which includes failure, misery,

punishment or penalty, agony or anguish

The ideal Muslim community is happy, untroubled by conflicts or doubts, sure of itself, strong, united, and prosperous because it invites to all that is good, enjoins the right, and forbids the wrong—a master-stroke of description in three clauses

6 The "face" *(wajh)* expresses our personality, our inmost being White is the colour of light,

to become white is to be illumined with light, which stands for felicity, the rays of the glorious light of Allah Black is the colour of of darkness, sin, rebellion, misery, removal from the grace and light of Allah These are the signs of heaven and hell The standard of decision in all questions is the justice of Allah

Translation & Commentary
*Abdullah Yusuf Ali*

# Sunnah

## Sayings of Prophet

# Muhammad (peace be on him)

## Essentials of a Muslim's Faith

✪ It is narrated on the authority of Yahya Ibn Ya mur that the first man who discussed about *Qadr* (Divine Decree) in Basra was Ma bad Al Juhani I along with Humaid Ibn Abdur Rahman Himyari set out for pilgrimage or for *Umrah* and said Should it so happen that we come into contact with the one among the companions of the Messenger of Allah (peace be on him) we would ask him about what is talked about *Taqdir* (Divine Decree)

Accidentally we came across Ab dullah Ibn Umar Ibn Al Khattab while he was entering the Mosque I and my companion surrounded him One of us (stood) on his right side and the other one stood on his left I expected that my companion would authorize me to speak I therefore said Abu Abdur Rahman there have appeared some persons in our land who recite the Holy Qur an and pursue know lege And then after talking about their affairs added They (such persons) claim that there is no such thing as the Divine Decree and events are not predestined

He (Abdullah Ibn Umar) said When you happen to meet such persons tell them that I have nothing to do with them and they have nohing to do with me And verily they are in no way responsible for my (belief) Abdullah Ibn Umar swore by Him (the Lord) and said If any one of them (who does not believe in the Divine Decree) had with him gold equal to the bulk of (the mountain) Uhud



and then he should spend it (in the way of Allah) Allah would not accept it unless he affirms his faith in the Divine Decree and further said

My father Umar Ibn Al Khattab told me One day we were sitting in the company of the Messenger of Allah (peace be on him) when there appeared before us a man dressed in extremely white clothes his h ur extraordinarily black There were no signs of (fatigue) of journey on him None amongst us recognized him At last he sat along with the Apostle of Allah (peace be on him) He leaned his knees before his knees and placed his palms on his thighs and said Muhammad inform me about *Al Islam* The Messenger of

Allah (peace be on him) said *Al Islam* implies that you testify that there is no god but Allah and that Muhammad is the Messenger of Allah and you establish prayers pay Zakat observe the fast of Ra madhan and perform Pilgrimage to the (House) if you are solvent enough (to bear the expense of) the journey

He (the inquirer) said You have told the truth He (Umar Ibn Al Khattab) said It amazed us that he would put the question and then he would himself verify the truth He (the inquirer) said Inform me about *Al Iman* (faith) He (the Noble Prophet) replied That you affirm your faith in Allah in His Angels in His Books in His Apostles in the Day of Judgment and you affirm your faith in the Divine Decree to good and evil

He (the inquirer) said You have told the truth He (the inquirer) again said Inform me about *Al Ihsan* (performance of good deeds) He (the Noble Prophet) said That you worship Allah as if you were seeing Him for though you don t see Him He verily sees you

He (the inquirer) again said Inform me about the hour (of the Doom) He (the Noble Prophet) remarked One who is inquired knows no more than the one who is inquiring (about it) He (the inquirer) said Tell me about some of its indications He (the Noble Prophet) said That the slave girl would give birth to her mistress and master that you would find barefooted destitute shepherds of goats vying with one another in the construction of magnificent buildings He (the narrator Umar Ibn Al Khattab) said Then he (the inquirer) made his way but I stayed with him (the Noble Prophet) for a long while He then told me Umar do you know who this inquirer was? I re plied Allah and His Apostle know best He (the Noble Prophet) remarked He was Gabriel (the Angel) He came to you in order to instruct you in matters of re ligion

**Sahih Muslim**
Trans *Abdul Hamid Siddiqi*

# *MWL*

# Constituent Council Holds 36th Session

The Muslim World League Constituent Council held its 36th session, on 4-6 Sha'ban 1421H, 31 October 2 November 2000, at the MWL headquarters in Makkah Al-Mukarramah The three-day deliberations of this apex body of the MWL was attended, among others, by the members of the Council, who represented Muslim communities from the various regions of the world, distinguished invitees, who included notables from Makkah, eminent Islamic scholars, Da'wah activists, community leaders, diplomats and other important personalities from the different walks of life

The session was formally opened by Prince Abdul Majeed Ibn Abdul Aziz, Governor of the Makkah region on behalf of the Custodian of the Two Holy Mosques King Fahd Ibn Abdul Aziz In his inaugural address read out on his behalf by Prince Abdul Majeed King Fahd, urged utmost degree of solidarity and cooperation among Muslims to be able to overcome the various challenges that beset them

Pledging all necessary material and moral support to the Palestinian brethren and heroes of Al-Aqsa King Fahd said We in Saudi Arabia are keenly following up the tragic developments in Jerusalem and Palestine and shall do everything possible to extend the necessary political and moral support so that our Palestinian brethren may attain complete independence with Al-Quds as their independent state s capital '

In this context, King Fahd recalled how Saudi Arabia since its establishment by the late King Abdul Aziz had been extending all support to the various Muslim causes and issues The late founder had laid down and followed the tradition of consulting the religious scholars on important issues facing the Ummah and seeking their ad vice in finding solutions to them

Highlighting the significance of the meeting that was being attended by eminent thinkers and scholars from the various regions of the world the Custodian of the Two Holy Mosques hoped that they would be able to evolve a viable strategy to address and tackle the various issues which confront the Ummah Your august assembly is

meeting at a critical juncture when the Muslim Ummah is facing a host of challenges the foremost among which is the issue of Al-Quds and Al Aqsa Mosque, the first Qiblah of the Muslims, the site of our Noble Prophet's ascension to high heavens and the third Holy Mosque to which Muslims are encouraged to pay a visit to worship King Fahd said

In this crucial phase of their contemporary history the Muslims must unify their ranks and strive to realize the highest degree of solidarity and cohesion King Fahd said The more we are united among ourselves, the stronger we shall emerge as an Ummah By virtue of this unity and cohesion our nation will be able to overcome the various challenges facing it and realize its legitimate rights '

King Fahd said that Saudi Arabia has consistently supported the recent Muslim causes in Kosova and Chechnya and has sought to re dress and alleviate the wrongs and injustices done to our brethren by their enemies in these two countries We extended all possible assistance to rescue the Muslims in these countries and are still following up on relief projects for

these war-ravaged Muslim re-gions, King Fahd said

The ceremony was then ad-dressed by Shaikh Abdul Aziz Ibn Abdullah Al-Shaikh, Saudi Ara-bia's Grand Mufti President of the Board of Senior Ulema and the Presidency of Religious Research and Jurisprudence as well as Chair-man of the MWL Constituent Council

Welcoming Prince Abdul Ma-jeed and the distinguished par-ticipants Shaikh Abdul Aziz under-scored the importance and urgency of the Council's deliberations com-ing at a time when the Muslim Um-mah was facing serious challenges and grave crises as a result of the machinations and plots hatched by forces inimical to Islam and Mus-lims

Shaikh Abdul Aziz, echoing King Fahd's forceful plea for the Muslim unity and solidarity high-lighted the overriding importance of abiding by the Glorious Qur'an and the Noble Prophet s Sunnah by all Muslims as in his view the main cause of the present weak-ness disunity and disintegration in the ranks of the Ummah was its ne-glect of these two principal sources of its strength and guidance

Muslims must unite and coop-erate with each other in order to re-sist and foil the plots against the Ummah by the enemies of Islam ly-ing in wait' Shaikh Abdul Aziz said In his view it was incumbent on our religious scholars and Da wah workers to call people to Allah with wisdom and good coun sel explain the excellence and vir tues of the Islamic Shari ah and provide leadership to the common



The opening ceremony of the 36th session of the MWL Constituent Council held at the League s headquarters in Makkah (From left) Dr Abdullah Al Obeid the former MWL Secretary General Shaikh Abdul Aziz Al Shaikh Grand Mufti of Saudi Arabia and Prince Abdul Majeed Ibn Abdul Aziz Governor of Makkah Region seated at the dais

people in all walks of their life

The Grand Mufti pointedly re-ferred to the campaign of slander and lies launched by enemies of Is-lam against its teachings and code of ethical conduct He poured scorn on the false accusations being lev-eled against Saudi Arabia, by the enemies of Islam such as Amnesty International and others under the pretext of human rights He refuted the allegations as baseless and a cover for the crimes being per-petrated against Muslims, while ignoring the injustices committed against them by Zionists and others like them

These people and bodies con-veniently gloss over the crimes against Muslims and pick up Mus-lim states in particular, Saudi Ara-bia for their false accusations He

said emphatically that Saudi Arabia is ruled by Allah s Book and His Noble Prophet s Traditions and never does injustice to anyone " he said

The meeting was then ad-dressed by President Mamoun Ab-dul Qayyoom of Maldives, a senior member of the MWL Constituent Council who spoke on behalf of his colleagues in the Council At the outset, President Abdul Qayy-oom said that the Council was meeting at a critical juncture when the brave Muslims of Palestine were facing the brutal aggression launched by the Zionists against them

The Zionists were attacking Palestinians, violating the sanctity of the Islamic holy sites in Je-rusalem in gross violation of the



Muslim sentiments, in particular, and the U N resolutions in general, in a bid to foil the peace process in the Middle East, impose their control on the Palestinian people and establish their hegemony on the region as a whole ' he observed

President Abdul Qayyoom called on the MWL Council to express its full support and solidarity with the heroic uprising of the Palestinian people who are bravely facing Israel s barbaric aggression which has taken a heavy toll of life and property He also referred to other problems being faced by the Muslims world such as the conflict in Chechnya and Kosova the plight of Muslims of Philippines and the problems faced by the various Muslim minorities which dissipate the endeavours of the Ummah sap its energy and pose a grave threat to its present and future

Another equally serious threat posed to the Muslim world these days is that presented by the Christian missionaries who are out to spread their false creed and teachings among Muslims, President Abdul Qayyoom said and cautioned the assembly against this danger In this regard he described the ceaseless endeavours of his Government to counter and foil this pernicious campaign and called on other Muslim governments and organizations to face up to the challenges posed by the Christian missionary bodies

Dr Ezzeddin Laraki, OIC Secretary-General who also spoke on the occasion lauded the close ties that existed between the OIC and the MWL and underscored the important role played by the Muslim

World League which is in the forefront of the NGOs in the field of Islamic Da wah

It has been doing a yeoman s job by disseminating the message of Islam explaining its teachings and removing misconceptions about it The MWL has organized a number of seminars and symposia on Islamic subjects and on jurisprudence themes and held a few seminars on human rights in Europe and South America, ' Dr Laraki said

The ceremony concluded with the address of Dr Abdullah Saleh Al-Obeid, Secretary-General of the Muslim World League who enumerated the various activities and accomplishments of the Muslim World League during the preceding year In this context

Dr Obeid mentioned the MWL role in regard to the happenings and developments in such places as Palestine Kosova and Chechnya, describing how the League had addressed appeals to the international organizations calling on them to act to put an end to aggressions in these regions and how it had provided succour and relief to the affected people

The MWL also monitored and followed up the issues of Kashmir, Myanmar (Burma) Bosnia-Herzegovina, Somalia and Afghanistan besides closely observing the problems faced by Muslims in other areas of the world

Similarly, the Muslim World League also keenly observed and followed up the various challenges facing Muslims in social economic and educational domains and with a view to redressing the situation,

took steps to expand its operations through its offices and Islamic Centres abroad New MWL offices were opened in Italy Egypt, Yemen Sudan and USA in addition to Islamic Centres in Vienna (Austria) Mont La Jolle (France) and Conakry (Guinea) that work under its supervision and support

The MWL organized during the preceding year a number of training courses for Imams (prayer leaders) and Da'wah workers to streamline and improve the Islamic Da'wah work It also sponsored a number of visits by the Da'wah workers to the different regions of the world The MWL Secretariat General also implemented a number of projects aimed at assisting Muslim communities in the various countries and sponsored visits of the representatives of many Islamic organizations and associations to the MWL headquarters in order to discuss with them issues of mutual concern

Explaining the MWL activities in the field of countering ideological onslaughts and cultural invasion of the Muslim lands, Dr Obeid said that besides taking part in the conferences and bringing out media organs as well as actively participating through the audio-visual media in such programmes, the MWL focused attention particularly on human rights in Islam

It accordingly, sponsored or assisted in sponsoring seminars on this subject in Italy, Switzerland and Brazil The MWL also plans to hold three symposia, one each in Lebanon, Britain and Kyrghyzstan on this subject The League also took part in the dialogues of civilizations and attended the summit

MWL Council



A section of the audience at the opening ceremony of the MWL Counsutuent Council s 36the session The gathering included scholars senior government officials diplomats and prominent invitees

conference of the religious leaders, held in New York

The MWL has set up two funds one to assist Islamic Da'wah work and education and another for mosque development The League is also planning to set up a number of international bodies and councils in the fields of Da'wah education, media, memorization of the Qur an and the care for the Muslim family, child and new converts

The MWL Secretary-General, at the end of his address, called for increased cooperation among Islamic organizations and Da'wah workers in order to protect the Ummah from attacks on its beliefs traditions and values, taking full advantage of the modern means of communication



After the inaugural session, the MWL Constituent Council got down to business under the chairmanship of its President Shaikh Abdul Aziz Ibn Abdullah Al-Shaikh, the Grand Mufti of Saudi Arabia Attended by the members of the Council the league's apex body discussed a number of topics concerned with the work and activities of the MWL Secretariat-General as well as other Islamic issues related to the Muslim peoples as well as Muslim minorities living under non-Muslim governments

The Council also looked into the topics listed on the agenda and took up for discussion the MWL annual reports and the various proposals contained therein as well as the suggestions put forward by the members of the Constituent Council

During the first working session, the President of the MWL Constituent Council, Shaikh Abdul Aziz Ibn Abdullah Al-Shaikh announced to the Council that the tenure of Dr Abdullah Ibn Saleh Al-

Obeid as the Secretary-General of the MWL had expired on Friday, 7 Sha'ban 1421H according to the Basic Rules and Regulations of the Muslim World League, which stipulates a five-year period for its chief executive

Shaikh Abdul Aziz then proposed the name of Dr Abdullah Ibn Abdul Mohsen Al-Turki as the new Secretary-General which was endorsed by the Council members Shaikh Abdul Aziz praised the remarkable efforts made by both Dr Obeid and Dr Turki for their services rendered in the cause of Islam and Muslims

The meeting also welcomed the new members of the Council Wan Muhammad Noor of Thailand, Abdullah Safa from Tataristan, Muhammad Nazeem of South Africa Ghatra Watara of Ivory Coast Osama Khayyat of Saudi Arabia Abdul Rahman Maidani of Syria, Muhammad Abu Sardana of Palestine and Ahmad Lemu of Nigeria

The Council discussed during its proceedings a number of Islamic topics and issued the following resolutions and recommendations

## Implementation of Islamic Shari'ah

The MWL Constituent Council reaffirmed its earlier calls to the Muslim countries to implement the Islamic Shari ah and expressed its thanks to the MWL Secretariat-General for taking the necessary steps in this regard The Council commended the implementation of the Islamic Shari ah by Saudi Arabia in the various spheres of life It demanded the inclusion of the Islamic education at all levels of the curriculum in the Muslim countries It also recommeded creation of chairs for the Islamic Shari ah in the law colleges as well as departments for Shari'ah and Arabic language

It called for utilizing the information media to explain the merits of the Islamic 'Shari ah and persuade the Muslims to implement it since its implementation in the Muslim countries is an honour for the Muslim Ummah The Council welcomed the steps of some Nigerian states towards the enforcement of the Islamic Shari ah and urged the MWL Secretariat-General to follow up the efforts towards enforcement of the Islamic Shari'ah in other parts of the world

## Al-Quds and Palestine

The MWL Constituent Council reaffirmed its previous resolutions that Al-Quds issue is the foremost concern of the entire Muslim Ummah and the city of Al-Quds is the capital of the independent Pal-estinian state

It also expressed its thank and appreciation to King Fahd, Custodian of the Two Holy Mosques and Crown Prince Abullah Ibn Abul Aziz Deputy Prime Minister and Commander of the National Guard for the establishment of and support to Al-Aqsa and Intifada Funds The Council appealed to all the Muslim countries and Islamic organizations to support the struggle of the Palestinian people so that Israel accedes to the demands of Intifada

The Council recommended to the MWL Secretariat-General to work in coordination with relevant Islamic and international organizations to expose the Israeli aggression and lend support to the demand for holding the trial of the Israeli war criminals who committed the barbaric crimes of killing women and children, destroying homes and demolishing the places of worship

The Council denounced the decision of the US House of Representatives, which condemned the Al-Quds Intifada showing its partisan stance towards Israel and called upon all the Islamic and international organizations to step up humanitarian relief for the victims of the continuous Israeli atrocities It also asked the Arab and Islamic media to follow up the issue of Al-Quds and Palestine and expose the Israeli designs

The Council recommended to the MWL Secretariat-General and other Islamic organizations to periodically hold seminars and conferences as well as exhibitions over the issue of Al-Quds in the Muslim and other world capitals It also rec-

ommended to the ministries of education as well as to the educational and academic institutions in the Muslim world to introduce Al-Quds issue in the educational curriculum The Council appealed to King Muhammad VI of Morocco, chairman of the OIC Al-Quds Committee, the member countries of the OIC the Islamic and other international organizations to take measures that would force Israel to stop the Judaization of Al-Quds and prevent any geographic and demographic changes in the city, remove the Jewish settlements in the occupied territories and activate the international resolutions that nullify such Israeli measures

The Council appealed to the heads of the Muslim states and governments to give the utmost importance to this issue during their forthcoming OIC summit to be held in Doha State of Qatar It reminded the Muslims that they constitute one Ummah and it is absolutely essential evolve a unified Islamic strategy plan to defend Palestine and its people

## Issue of Chechnya

The Council asked the Islamic and other international organizations to extend moral and material assistance to the Chechen Mujahideen in their legitimate struggle It also asked the Russian Government to allow the relief materials medicines and medical equipments donated by the philanthropists to the people of Chechnya It urged the Organization of the Islamic Conference and the Muslim governments to do their best to influence the Russian government to provide the necessary

MWL Council

facilities to the Islamic relief organizations

### Kosova

The Council asked the OIC countries take urgent steps to help the Muslims in Kosova and restore their right to self-determination, establish their independent state and try with the Serbs to recognize it It also called on the Muslim and other countries and organizations to provide the Kosovar Muslims all material and moral aid that may enable them set-up their national institutions and carry out their developmental and re-construction projects

The Council praised the efforts of the joint Saudi Committee for Relief and Reconstruction in Kosova It recommended to the MWL Secretariat-General to form an international body of lawyers to claim compensation from the Governments of Yugoslavia and Russia through proper international channels for the damages inflicted upon the thousands of Muslims as a result of their genocidal campaigns It reminded the OIC of the sufferings of the Muslims in the Republics of Yugoslavia and Montenegro and called upon it to try to solve their problems with all possible means

### Jammu & Kashmir

The Council asked the Muslim governments and organizations to put pressure on the government of India to stop its violations of the human rights in Kashmir and resolve this issue according to the UN resolutions related to the self-determination of the Kashmiri people It called upon the OIC coun-



The MWL Constituent Council reiterated the paramount importance of the issue of Al Quds and Palestine for the Muslim Ummah Israeli expansionist policies have turned the region into an arena of conflict

tries to review their relations with India if it does not respond to this demand positively

It recommended to the MWL Secretariat-General as well as other Islamic relief organizations to provide every possible support to the people of Kashmir in their struggle for preserving their Islamic identity

### Afghanistan

The Constituent Council condemned the interference of some foreign countries in the internal affairs of Afghanistan, and their supply of arms and ammunition to some of the warring factions, which has caused a huge loss of lives and properties It asked them to stop this interference and work towards ending this conflict

The Council urged all the peo-

ple of Afghanistan to work to end bloodshed, fighting reminding them that fighting and bloodshed are prohibited by their religion It expressed its appreciation to the OIC, which made its utmost efforts to find out a solution to the problem of fighting among the various factions engaged in the conflict in Afghanistan It called upon the OIC to step up its good efforts among the various factions to the conflict

The Council recommended to the MWL Secretariat-General and other Muslim organizations to extend their relief assistance to the Afghan Muslims displaced by the civil war, especially the children orphans and widows, and meet their basic needs in order to save them from the Christian missionaries and their corrupt means

The Council recommended the formation of an Islamic committee

to mediate among the warring parties, and urged an initiative to be taken in this regard

## Bosnia-Herzegovina

The Constituent Council expressed its appreciation to the President Ali Izetbegovich of Bosnia-Herzegovina for his struggle and Jihad that led to recognition of this country as an independent state It asked the Muslim countries and other financial and economic institutions as well as individual businessmen to take care of the Bosnian economy and support it with viable projects

The Council extended its thanks to Saudi Arabia for its unlimited material and moral support to the Bosnian people It also lauded the efforts made by Prince Salman Ibn Abdul Aziz, Emir of Riyadh and Chairman of the Higher Committee for Assisting the Bosnian Muslims in the reconstruction of the Republic of Bosnia-Herzegovina

## Somalia

The Constituent Council of the Muslim World League appreciated the efforts of the President of Djibouti and his Government to achieve national reconciliation, in Somalia and appeals all the leaders of the Somali factions to respond to what led to the religion of Allah calls for by putting an end to bloodshed and disunity

It called upon the Muslim and other countries and organizations to extend their material and moral support to the government of President Abdul Qassem Salad Hossain to establish national unity and reconstruction of Somalia


A Kosova refugee boy and his sister stand behind a wire fence in a refugee camp The MWL Council called for urgent steps to help the Muslims of that war ravaged province

## Eastern Turkestan

The MWL Constituent Council called upon the Muslim governments and organizations to urge their embassies and diplomatic cultural and economic missions to take special care by way of paying visits to the Muslim areas in China It also called on the OIC countries to utilize their diplomatic relations with China for granting the Muslims freedom of worship and movement to perform Hajj and Umrah as well as organize the Qur an study circles and religious discourses and travel abroad of the Muslim students for education

The Council expressed its thanks and appreciation to the Custodian of the Two Holy Mosques for facilitating the Hajj for all the Muslims and hosting thousands of Muslims from the Eastern Europe Russia and Central Asia

It called on the Muslim countries and organizations to facilitate the admission of the Muslim stu-

dents of Turkestan to their universities and institutes and grant them scholarships and support their Islamic organization

## Central Asian Countries

The MWL Constituent Council re-emphasized its resolution to send a delegation to the Republic of Tadjikistan It recommended to the MWL Secretariat-General and other Islamic organizations to strengthen their ties with the concerned religious authorities in the Central Asian Republics, hold seminars and conferences there on Islamic topics and also organize training courses for Imams and Da'wah workers from the Muslim regions in order to meet the requirements of Da'wah workers speaking the local languages

It condemned the spread of the Christian missionary tentacles in the Muslim Central Asian countries and urged the Muslim governments and organizations to

**MWL Council**

strengthen brotherly relations with the Muslims in the CIS (Commonwealth of Independent States) member countries, and provide their material, moral and technical assistance which may help them boost their Islamic identity and build their religious institutions

## Myanmar (Burma)

The Constituent Council recommended to the MWL Secretariat-General and other Islamic relief organizations to continue their material and moral assistance to the Burmese refugees in Bangladesh and Thailand and support their Islamic and social activities

## South Philippines

The MWL Constituent Council condemned the abduction of civilians and tourists by some of the so-called Islamic groups and called upon the Muslims to bury their differences and unify their ranks to confront the designs of the anti-Muslim circles It called on the Organization of the Islamic Conference to continue its efforts to bring to bear pressure on the Philippine Government to adhere fully to the Tripoli Agreement It also recommended to the MWL Secretariat-General to unify the ranks of the Islamic groups and work with all the Muslim relief organizations and individuals extending assistance to the Muslim victims of atrocities committed by the Philippine army

## Muslim Minorities

The Constituent Council called upon the OIC member-countries to take especial care of the issues related to the Muslim minorities in

order to extend the material and moral assistance to the Islamic societies, centres and institutions in the countries in which the Muslim minorities live and provide scholarships to the Muslim students and extend help for building mosques

The Council highlighted the facilities that helped the Muslims in Italy build their institutions It reviewed the issues such as the issue of the stranded Pakistanis in Bangladesh the disturbances in Indonesia, Muslim plight in Ivory Coast Sierra Leon, Liberia and the issue of the Muslim state in Northern Cyprus It recommended to the Muslim countries to extend every possible assistance to the Muslims in these countries

## Other Islamic issues

The MWL Constituent Council reviewed a number of the issues and questions that concern the Muslims and called for the protection of the family the Muslim women and children from malicious designs It also warned against the danger of the destructive movements and called for increased cooperation and coordination among the Muslim governments and non-government agencies in this field

The Council praised the MWL s participation in the second meeting of the West African Islamic Coordination Committee and welcomed this form of coordination that is in keeping with the policies and programmes of the League

The Constituent Council emphasized that the human rights were, in fact first expounded by Islam as it is a religion of truth It is also a fact that the Islamic Shari ah

with its comprehensive perception of the human rights preceded the Western world by 14 centuries and that the human rights in the West were not recognized except in the later ages

The Council, after taking note of the Rome Declaration on Human Rights in Islam issued at the end of the MWL seminar at Rome, in Dhul-Qa dah 1420H, underscored the significance of the five principles mentioned in the Rome Declaration

The Council expressed its thank to the MWL Secretariat-General and the affiliated councils and bodies for the various tasks and activities performed by them The Council also reviewed the proposed amendments in the rules and regulations of the MWL and its affiliated councils and bodies as well as considered the creation of the specialized bodies on Da wah Education Media new Muslims Al-Aqsa Mosque and Glorious Qur an It authorized the MWL Secretary-General to set up a committee in this regard

The Constituent Council reminded all the Muslims of im portance of unity in their ranks on the basis of Qur'an and Sunnah and expressed its thanks and appreciation to the Custodian of the Two Holy Mosques and his Government for providing the MWL with all the facilities that enabled it carry out its duty towards the Muslims brothers in the various parts of the world

Report **Abrar Ahmad Islahi
& Muhammad Nasir**

# MWL Note to 9th OIC Summit in Doha



### Enforcement of Islamic Shari'ah

All of us are aware of the prevalence of conflicts and disturbances among the Muslims in the various parts of the world Obviously the only way to rectify the situation and find effective solution to all the individual as well as collective religious problems lies in returning to Allah s Glorious Book and the Sunnah of His Prophet Muhammad (peace be on him) and in relying completely on the authentic sources of the Shari ah i e the Holy Qur an and the Sunnah the consensus of the Ulema and analogy on the one hand, and in the es tablishment of an effective Islamic court of justice on the other

While bringing this vital issue to the attention of the august conference the League would like to make the following proposals

1 Taking keen interest in the en forcement and application of the Sha ri ah and adjudicating by its rules in conformity with the divine in structions in Allah s saying *And this (He commands) Judge between them by what Allah has revealed and fol low not their vain desires but beware of them lest they beguile you from any of that (teaching) which Allah has sent down to you* (Qur an 5 49)

2 Calling upon Islamic media agen



Dr Abdullah Abdul Mohsen Al Turki Sec retary General Muslim World League who led the League s delegation to the OIC Summit held in Doha Qatar

cies and publishing houses to project and highlight the supremacy of the Shariah and its impact on the human society and to refrain from pub lishing items that are inimical to the Islamic faith

3 Appealing to the Islamic states to support the goals of the Islamic court of justice namely solving the dis putes and conflicts among states or among disputing factions within a particular Islamic State

Once again the Muslim World League would like to make it clear that the only way of saving the mass es of the Ummah from the conditions bedevilling them today is to turn back to Allah Almighty implement His commandments refrain from all that He has forbidden and teach the

upcoming generations to commit themselves to the Shari ah

### Islamic Solidarity & World Peace

Islam emerged on the world scene fourteen centuries ago spread all over the vast and diverse Arabian peninsula within a few years, and united for the first time the hitherto divided and fiercely hostile tribes of the peninsula under one banner and made a best nation out of them Allah says *You are the best of peoples evolved for mankind enjoining what is right and forbidding what is wrong and believing in Allah* (Qur an 3 110) Islam made it clear that usefulness to others, not racial domination is the criterion of excellence Allah says *O you who believe! We creat ed you from a single pair of a male and a female and made you into nations and tribes that you may know each other (not that you may despise each other) Verily the most honoured of you in the sight of Allah is (he who is) the most righteous of you* (Qur'an 49 13)

Mankind was witnessing a bitter struggle between the old and the new when Islam emerged Tired of continuous conflict between ideol ogies and systems, and emaciated

by successive wars that exposed the entire mankind to danger, new horizons are now opening up towards which mankind is moving inexorably in its desire for peace among all peoples Of course, this spirit is yet to crystallize because no one has hitherto been able to translate it into a vital and positive principle

But, as regards Islam, it unequivocally proclaimed this principle i e the principle of peace for all, fourteen centuries ago, without limiting it to the most powerful, or to one group of people or to the followers of a particular religion Rather than regarding peace as a negative and vague concept, Islam elucidated its features and explained its characteristics to cover all aspects of life

The emergence of Islam was in response to the needs of the entire mankind for a balsam to the sufferings of the distressed It is this attitude that made the Arabs accept the religion of Allah in throngs It is the secret behind Islam's rapid spread and its invitation to mankind at large to adopt a life based on worshipping Allah alone and pledging full submission to Him Islam does not regard this principle, as mere spiritual, mysterious and undefined principle

On the contrary, it established all aspects of human life and its links to Allah and fellow human beings on crystal clear rules that no doubt lead those, who comply with them to the path of peace and protect them against feud capitulation and disgrace Allah says *But honour belongs to Allah and His Apostle and the believers* (Qur'an 63 8)

Islam signifies peace and kindness among its adherents and the others That is, so long as the others do not fight them because of their religion or evict them from their homes For in the latter case, they are called upon to fight against injustice and aggression, so as to maintain peace Peace in Islam embodies the public system It recognizes no ethnic, racial or class affiliations Peace between Muslims and other parties must be based on justice Therefore, the Muslim world must proclaim the principles of Islam and its constitutional rules to the world at large For, it is the only way to ensure unity and peaceful co-existence among the various races of mankind

Accordingly, the Muslim World League hopes that your august conference would give the issue of the application of the Shari ah its utmost attention, and call for the enforcement of its equitable and benevolent principles in the life of nations individuals and groups, so that harmony would prevail in the world at large Your conference must urge Muslims to foster the ties of cooperation, so as to be able to come to the rescue of oppressed Muslims in Palestine Kashmir Myanmar (former Burma), Eastern Turkistan, the Philippines and other Muslim minorities



The Muslim Ummah is currently facing a hostile incursion of vicious trends and cults initiated by the enemies of Islam The ultimate aim of this ideological aggression is to discredit Islam and destroy Muslim youth by promoting drug abuse

among them and undermining their resolve so as to make them incapable of either nation-building or improving their economic and social standards, in order to remain subjugated to the concepts and in trigues of the enemy

A quick review of the setbacks the Muslim and the Arab worlds have suffered in the spheres of the ideology, education, economy and heritage a short while ago, will reveal to us that non-enforcement of the Islamic code in all aspects of life, absence of a real sense of solidarity and outstanding disputes among certain Islamic countries are the main factors behind the interference of the enemy in the affairs of the Muslims

Therefore, the Muslim World League would like your conference to give its utmost attention to this subject and to draw a unified plan of solidarity capable of countering the dangers and conspiracies overtly and covertly hatched by the enemies of Islam, as well as to take necessary measures to protect Muslims and the Islamic countries against all kinds of social perils that may threaten the internal security as well as invite external aggression

A glaring example of such external aggression is Zionist terrorism, which is perpetrated on the bases of extremist beliefs, fanatic ideology, illusions and myths with the ultimate goal of evicting killing or exterminating the Arab inhabitants, mostly Muslims by all means At this juncture it may be worthwhile to mention that neither the Israeli government nor the judiciary or even the war crimes tribunal have been able to bring to justice such extremists as Naoum

Friedman, the butcher of Jericho or Baruch Goldstein the perpetrator of the massacre at the Ibrahimi Mosque or even Denis Rohan who set Al-Aqsa alight or Alan Dod man the butcher of the Mosque of the Dome of the Rock and Ariel Sharon, who, together with his armed soldiers stormed the court-yard of Al Aqsa and by so doing violated the sanctity of the Sacred Mosque and provoked Muslims all over the world

Indeed Sharon is the ig-nominious hero of the Sabra and Shatilla massacres not to mention Meir Kahane the leader of the Kach party and Naoum Arnon the leader of the 400 Jewish settlers in Jericho or Moshe Dayan the one-time chief of the Israeli Defence Force Strangely all the afore-mentioned personalities hold the belief that Allah would punish them if they gave away any part of the promised land to the Pal-estinians and as such any Jew who is able to kill as many Palestinians as he could is considered a saint and if brought to court at all the courts would pronounce him de-ranged or mad and set him free or fine him As a matter of fact, these Jewish extremists or funda-mentalists are unable to live with the Arabs and the Muslims nay they do not even recognize them as human beings Therefore they must be exposed to the world and brought to justice as war criminals



**Defending Islam & Correcting Distortions**

Among the important issues that the Muslim World League would like to bring to the attention of the Islamic Summit is the unfair cam-paign that Islam is exposed to in certain Western media circles with a view to distorting its aims and ob jectives and inciting enmity and re-sentment against it The end-purpose of these vicious campaigns is to create a wall of hatred and prejudice between Islam and the people in the West Unfortunately the negative impact of this be-haviour has crossed the borders of the Western countries spreading to many other parts of the world But the more equitable Western in tellectuals have denounced these hostile campaigns and clearly pointed out that such campaigns disregard scientific and historical facts which clearly demonstrate the truth about the noble principles of Islam and the contribution of Muslim scholars to the con temporary human civilization

According to these Western in-tellectuals Islam is capable of re suming its historical mission of building a New World Order on the basis of mutual trust and coop-eration for mankind s common good and happiness Therefore one of the most important duties of all Muslims today is to use all the nec essary means of communication at their disposal to counter these un-fair campaigns and above all to shape modern Islamic societies on the principles of moderation of Is-lam and rejection of all forms of extremism so that these societies could serve as symbols of common good present a sound example to others and provide platforms for exchanging views as well as dem onstrating in action the principles of tolerance and co-existence among people regardless of creed and their political or intellectual in clinations

In this regard, the Muslim World League together with many other Islamic organizations has made some efforts towards defence of Is-lam against the misconceptions promoted by forces inimical to Muslims and their faith especially in the West The most remarkable among the League s efforts in this regard is the symposium which was held in the Austrian capital Vienna during the month of Sha ban, 1420 Hijrah November 1999 under the theme of *Islam s Image in the West as Projected by School Curricula The Reality and Remedy* The symposium went a long way in bringing about tangible changes in the attitude of many a Western thinker and intellectual In this respect the League would call for action on the following lines

1 Strengthening the avenues of joint endeavours between the Islamic gov ernments and the non governmental Islamic organizations in defending Is lam and in preventing any in fringement on the fundamentals of Faith and Islamic sanctuaries and correcting the misconceptions spread against it

2 Supporting Islamic universities and other institutions of learning in the West in implementing their pro grammes

3 Continuing to participate in meet ings between Muslims and the repre sentatives of other cultures in order to be able to refute false allegations made against Islam and project the true essence of the principles of Islam

**"Zionist Security" & Israeli Nuclear Weapons**

Because of the fact that Israel lives under the grip of fear of the vast Islamic Ocean surrounding it it has been obsessed with the issue of its security As a result Israel has built seven nuclear research

## 9th OIC Summit

and manufacturing centers in

1 Dimona in the Negev desert
2 Suriv (mid west)
3 Palmikim a few kilometers away from Suriv
4 Yodivat about 30 kilometers from the city of Haifa
5 Elabon about 20 kilometers east of Yodivat
6 Bir Yacob near the town of Ra mallah 35 kilometers north west of Al Quds (Jerusalem)
7 Kfar Zaccharia

According to observers, Israel owns between 200 and 300 nuclear warheads, but it has never used any such weapon in its wars with the Arabs The term " Security for peace" instead of ' Land for peace" which was first used by the former Israeli Prime Minister, Benjamin Netanyahu is still very much ev- ident in the attitude of the Barak Government Hence, we believe that, both the Labour and the Likud parties are but the two sides of the same coin Now, the question is, "How can the Muslim Ummah face the Israeli nuclear threat?" This is- sue must be raised in all inter- national negotiations so as to sub- ject Israel to international inspection as well as to inter- national laws pertaining to strategic weapons Besides, the Arabs and the Muslims must be ready to face any possible Israeli nuclear attack

### Dialogue among Cultures

The Muslim World League would like to recall that in response to a proposal by President Mu- hammad Khatami of Iran the Unit- ed Nations has declared the year 2001 as the year of dialogue of cul- tures Through frequent participa- tion in conferences and symposia dealing with the question of di- alogue of cultures the Muslim World League feels that this presents an opportunity for intro- ducing Islam without any hin- drances Moreover, The Holy Qur'an and the Sunnah of the Prophet are replete with various in- stances of dialogue with the various sections of mankind For example, a dialogue between the Prophet (peace be on him), and the Jews of Madinah culminated in signing a pact which reads as follows ac- cording to Ibn Hisham

> This is a covenant from Muhammad the Prophet (peace be on him) be tween the believers and the Muslims from Quraish and Yathrib as well as those who followed and joined them and fought on their side that they are one nation distinct from other peo ples

There is no doubt that the risks facing the contemporary world, and the resultant need for security and peace make the continuation of di- alogue inevitable, at least to project the common denominators that could prevent war and work for the happiness of mankind In this re- gard it may be safely stated that the principles of Islam provide the framework that is capable of en- suring the success of dialogue and guiding it towards the desired hu- manitarian goals

Of course, dialogues are held every now and then by the various Islamic organizations and in- stitutions on the basis of the pro- visions of Allah s Book and the Sunnah of His Messenger Differ- ences of opinion have never pre- vented these organizations from cooperating with other institutions in combating the evils besetting the contemporary world such athe- ism alcoholism and drug de- pendency, break-up of the family and promotion of extra-marital sex- ual relations As a matter of fact, cooperation in this regard is in- evitable, for these pervasive trends, which are spread by well-organized pernicious institutions, make coop- eration necessary for their combat So far, cooperation in this respect has produced important results Furthermore, the Muslim World League has observed that

1- Apart from the equality of wills dialogue requires commitment to such goals as would strengthen the position of human values and prin ciples which are the common de nominators of all civilizations and cultures

2 Dialogue between cultures has contributed to a great extent in bring ing peoples closer as well as in re moving the barriers of mutual mis understanding and unfounded stereotypes It is therefore the task of the intellectuals and competent sci entific as well as enlightened persons concerned with the destiny of man kind to keep on and even expand the scope of dialogue

3 In order to make dialogue more effective and useful concerned in stitutions and organizations as well as universities and other institutions of learning must call for the setting up of forums in several areas and re gions The aim of these forums will be the promotion of the values of di alogue and paving the way towards understanding and consolidating the human ties between peoples and na tions

4 Dialogue between the cultures must not be dominated by historical events but rather by issues of serious concern to mankind The window of dialogue between the cultures can no doubt give the non Muslim the op portunity of knowing that Islam is a religion of compassion justice coop eration and peace and that it advoca tes protection of mankind from all evils

**9th OIC Summit**

Through dialogue the world would come to know that Islam is the final religion a religion of compassion Allah says *And We send you not but as a Mercy unto mankind* (Qura n  21 107) The world  would become aware that Islam enjoins charity for mankind at large  Allah says *Let there be from among you a band enjoining good* (Qura n  3 104) Thus performing good deeds for the sake of mankind is one of the most important objectives of Islam  Even fair minded Western writers do ac knowledge the fact that Islam con tains the elements of happiness for mankind and has greatly contributed to empirical sciences  The famous orientalist Masızıon wrote about the Islamic solution to all these problems  He says    Islam has the characteristic of representing a sound concept  It stands midway between Capitalism and Communism  and has an illustri ous past in uniting peoples under the basis of equal rights and duties  In deed  Islam is capable of reconciling between the irreconcilable

In view of the foregoing, the Muslim World League would like the Muslims to take advantage of dialogue between the cultures in or der to achieve the following goals

1  Explain the fact that Islam is the last Divine message

2  Consolidate the bridges of di alogue between the cultures and civ ilizations

3  Project Islamic values of coop eration  and  understanding  among peoples

4  Strengthen positive interaction among cultures

5  Project Islam s contribution to the contemporary progress

6  Rectify misunderstandings and re fute false allegations

7  Stress on the capacity of the Islam ic culture to address modern issues and problems

The Muslim World League to gether with the peoples and the or ganizations it represents, considers the problems of Palestine  Al-Quds and Al-Aqsa Mosque as Islamic problems having deep roots in the Muslim conscience and have spe cial religious significance  Fur thermore, they are among the most serious problems facing the Mus lims in the international arena Therefore, the Muslim World League, which has been following up the problems of Al-Quds (Je rusalem) and Al-Aqsa and the con ditions surrounding the other Islam ic sanctuaries, has issued a number of literature, statements and appeals for the liberation of Al-Quds from the yoke of occupation  It has also attended and organized a number of Islamic  as well as international symposia and conferences in this regard, and submitted memoranda stating the Islamic point of view re garding the city of Al-Quds and the Islamic sanctuaries  it houses, and the need to salvage and return it to the Arabs and the Muslims

### Al-Aqsa Mosque & alleged Temple

The world must know the extent of Israel's distortion of his torical facts concerning the alleged temple  In fact  historians have con firmed that the first Israeli temple which was built by Prophet Sol omon in the year 1000 BC was de molished by Nebuchadnezzar of Babylon in the year 586 BC  The second temple which was built by Herodes in the year 18 BC was de molished by Titus of Rome in the

year 70 BC  All its traces were later on removed by  Hadrian of Rome in the year 135 AD  who forbade the Jews from living in the city of Al-Quds  According to the his torians, Muslims have  no hand ei ther  in the action of the Bab ylonians  or  in  the  atrocities committed by the  Romans against the Jews, since Islam emerged only in the 7th century

The historians further stress the fact that it were the Muslims who rather treated the Jews well fol lowing their expulsion from Spain at the beginning of the 16th cen tury  Nevertheless  since the oc cupation of Al-Quds in 1967  the Israelis have been perpetrating all forms of criminal as well as ar bitrary acts against the Muslims Perhaps the most heinous crimes committed  by  the  Israelis took place in 1969 when the Al-Aqsa Mosque was  set ablaze, an armed assault on the  'Dome of the Rock'' that took place in 1982 and later the massacre committed in  Al-Aqsa Mosque  Likewise  were the at tempts to blow up the  blessed Mosque with explosives, Jewish at tempts to observe prayers in it  and the  excavations  underneath  and around the Mosque  designed to weaken its foundations as well as the foundations of other historical buildings around it

In fact  the Israelis have de clared their determination to build the third temple on the site of the Al-Aqsa Mosque  and published drawings confirming this intention Furthermore, as recently as last month, a band of Jews tried to lay the foundation stone of the alleged temple in utter disregard of the res olution adopted and submitted by the international committee to the

**9th OIC Summit**

League of Nations in 1930 to the effect that the Western Wall belongs to the Islamic endowment, and is a part of the blessed Al-Aqsa Mosque

Therefore, in view of the information that certain Palestinian factions have demonstrated their willingness to cede the Al-Buraq Wall to the Israelis, the Muslim World League calls upon this Summit to adopt a clear and decisive resolution to the effect that no Muslim is entitled to cede to any party whomsoever, a right belonging to Muslims in general, and which is regarded as part of their endowments

### US Muslims & Palestine issue

The Muslim World League has followed the attitudes of the Arab leaders in the Arab Summit convened some weeks ago in Cairo and noted that Saudi Arabia, through a speech delivered by Crown Prince Abdullah Ibn Abdul Aziz, demanded from USA to maintain justice among negotiating parties and play the role of an honest mediator Furthermore the Muslim World League feels that this matter requires to be tackled through economic and political measures by the Arab states in the light of their rights and in accordance with the relevant resolutions adopted by the international community

Likewise, it may be useful to make use of contacts with prominent American politicians as well as public opinion in the US through American Muslims living there as well as through Arab and Islamic organizations, associations and centres functioning in that country



The MWL asserted in its note the need to address the problems of Palestine Al Quds and Al Aqsa Mosque as they are foremost Islamic concerns

We see that the numbers of Arab and Muslim communities in North America have increased substantially and they have established organizations, associations and centres that effectively deal with the social and cultural issues

However, their involvement in political issues started in 1972 when an Arab lobby was established to exercise pressure on the US decision-makers as regards the American policy in the Middle East starting with the President, his advisers, Secretary of State Department and the members of the Congress, through the National Association for Arab-Americans which can provide American officials with correct information on various issues as well as give its viewpoints regarding the developments in the Arab region, especially in Palestine The Association

publishes articles in the American newspapers and journals and also responds to letters sent by people seeking information on Arab issues

However, it is noted that the level of coordination among Arab and Islamic states and the said Association is not so strong, especially after the commencement of peace process and shrinkage of support it used to receive in order to discharge its functions properly in USA Therefore it is appropriate to reconsider rendering material and moral support to Islamic and Arab centres associations in USA with all legitimate means so that they can improve the image of Muslims in the said country and perform tasks that are expected to influence decision-makers and reflect positively their efforts on the issue of Al-Quds and Palestine, the fact that may assist in adopting resolutions

beneficial to both Muslims and Palestinian cause

## Demands of the Muslim Ummah

What we have mentioned in this memorandum about Palestine Al-Quds and Aqsa Mosque is only a part of follow-up activities Furthermore, your knowledge of the evasive Israeli attitudes in negotiations, since Madrid Conference makes it necessary for the Islamic Ummah to confront these attitudes with firm unified and truly Islamic stances For the subsequent bloody incidents, which have been taking place for almost half a century have proven that diplomatic and legal methods, including the resolutions of the Security Council and UN, have unfortunately, failed to bring Israel to respond to the will of the international community in ceasing aggression and preventing occupation of territories as well as expulsion of its real owners

Therefore, the Muslim World League deems it appropriate to draw your kind attention to a number of relevant suggestions as well as requests made by Arab and Muslim nations, hoping that they will assist this summit in its deliberations The suggestions and demands include the following

1   To press for the Arab and Islamic rights in Quds and Palestine as indicated in the address delivered by Crown Prince Abdullah Ibn Abdul Aziz of Saudi Arabia at the Arab Summit Conference convened in Cairo Egypt last month that shows his keenness to save the Islamic sanctuaries the foremost of which is the blessed Aqsa Mosque by freeing it from illigal occupation desecration and betrayal

2   To support the struggle (*Jihad*) of Palestinian people which is represented today in the blessed Aqsa Mosque Uprising *(Intifada)* to render to it every possible assistance till Israel yields to demands and withdraws all its troops from the territories of the Palestinian Authority it had occupied to recognize the exclusive Muslim sovereignty over the blessed Aqsa Mosque and other Islamic sanctuaries and to prevent targeting and desecrating these sanctuaries as well as making it desist from all provocative practices as flagrantly shown by Sharon and his troops

3   To support through international peace loving forums the demands of the Palestine National Authority regarding investigation into the incidents involving Jewish criminals of wars who caused the bloody incidents and ignited the disturbances in Quds and other cities the act that led to the death of many Palestinians martyrs and caused injury to thousands of others

4   To resort to the exploitation of economic interests by influencing attitudes of countries supporting Israel and employing the weapon of economic boycott which is considered to be one of the most significant achievements and resolutions of the Arab League and Organization of Islamic Conference especially if we consider the fact that such a weapon proved extremely effective when it was used for achieving Islamic interests

5   To reject outright all types of Zionist settlement in Palestine and to insist on implementation of the UN Security Council resolutions preventing the building of settlements or making any geographical or demographic changes in Al Quds its surrounding areas and in the territories occupied by Israel in 1967 and to stop harassing or expelling the inhabitants of Al Quds as well as frustrate all designs to Judaize the Holy City and Palestine

6   To make all efforts possible efforts to assist all refugees and homeless Palestinians to return to their land and call on the UN to implement Security Council resolution No 194 which calls for permitting the return of refugees that was condition set by UN for admitting Israel to the World Body—a fact that necessitates that Israel should be disqualified as a member of UN if it refuses to implement the above resolution and that the relevant deterrent law should be enforced against it

7   To consider that the huge Israeli nuclear arsenal poses a grave threat to Islamic and global peace and to request the international community to implement international laws that prevent proliferation of strategic weapons and bring all of Israeli nuclear weapons manufacture and assembly sites under international inspection so that it can implement relevant resolutions adopted by the international community for the protection of mankind against dangers of strategic weapons

8   To support the establishment of the independent State of Palestine with Al Quds as its capital give it all required assistance to help it build its political social economic and military institutions and to protect them from any Israeli aggression and declare immediately the Islamic recognition of the said state and call upon the international community to recognize it and safeguard it against any aggression

9   To call on mass media of Muslim states to follow up the issue of Al Quds as well as those of Palestinian people support this important cause so as to be able to refute false Zionist media lies and propaganda which Israel seeks to promote with a view to obliterating the Arab right and distorting historical facts and reality behind incidents currently taking place in Palestine

**(To be concluded )**

# Ninth OIC Summit in Doha Tackles Palestine Issue

Iranian President Muhammad Khatami opened the 9th Islamic Summit in Doha on 12 November, 2000, with a tribute to Palestinians passionate blood and a call on the United States and other powers to reconsider their Middle-East policies

President Khatami also called on Muslim countries to "open up new opportunities to accommodate different manifestations of religious faith and to promote people's participation in determining their destiny"

President Khatami s speech marked the end of Iran's threee-year chairmanship of the 56-member Organization of the Islamic Conference He handed over leadership of the pan-Islamic body to Qatar with a call to the participants to unite Twenty-four heads of state attended the 9th Summit in Doha in addition to Prime Ministers and other senior officials

The Iranian leader began his address by asking participants to stand and recite a special verse for the dead from the Glorious Qur an, to honour Palestinians killed in the latest violence

President Khatami said Israel's withdrawal from South Lebanon in May following a 22-year occupation was 'a turning point in the fate of the occupied territories a distinct demonstration of pride, unity, understanding and coordination"

The Iranian leader said peace in the region could only be achieved when all Palestinians return to their homeland and establish a democratic Palestinian state with Jerusalem as its capital He spoke of "beloved Palestine – the downtrodden land burning in the flames of fury of its usurpers and its virtuous soil being nurtured with the passionate blood of Palestinian children, youth, men and women"

Leaders in their opening speeches made clear their blame for the recent bloodshed rests squarely on Israel Sudanese President Omar Al-Bashir called for ' Jihad in all its forms, against Israel support for the Palestinian uprising and an end to any sort of normalization of relations with Israel "

Qatar's Shaikh Hamad Ibn Khalifa Al-Thani, taking over as OIC president for three years from President Khatami urged leaders of the world's 1 5 billion Muslims to draw up a common strategy "We say to the world that the Middle East conflict will not end until the withdrawal of Israel from all Palestinian territories, Golan and Lebanese territories," he said

The Qatari ruler, whose country was hosting the Summit, said peace cannot materialize during occupation or while there are "provocative acts, threats and desecration of our sacred places '

"Israel has to choose between the prospect of living in peace and security in this region or the dragging on of this conflict for decades and generations with all the resulting catastrophes and tragedies for all countries of the region and their peoples," Shaikh Hamad said

In his address Palestinian leader Yasser Arafat vowed to keep up the anti-Israeli uprising "Our people are now more than ever determined to pursue their struggle through the Al-Aqsa uprising ' Arafat told the three-day Summit referring to the Holy Aqsa Mosque in Al-Quds (Jerusalem), which is the third holiest site in Islam

"It is an uprising for liberty and independence, to shake off the clutches of occupation," he said "The Palestinian people know the importance of the sacrifices they have to make to realize this objective,' Arafat added His fighting

speech was peppered with calls for Muslims and Christians to unite in defence of Jerusalem, as three Palestinian Christian clerics in his delegation sat among the delegates from the Islamic world

Malaysian Prime Minister Mahathir Muhammad said that Islamic countries should break down trade barriers between them and work to enhance trade and economic cooperation within the Islamic world

Mahathir said Muslims in rich countries should be encouraged to invest in poorer Muslim countries that have knowhow and technology but lack capital 'Globalization can be a powerful and dynamic force for strengthening Islamic cooperation and accelerating growth and development Our task is to ensure that its benefits are spread to all and not merely to a privileged few, he said

Saudi Arabia called for severing diplomatic relations with any country that transfers its embassy in Israel from Tel Aviv to the Holy City of Jerusalem "It is our duty to underline the need to break diplomatic relations with any country which transfers its embassy to Jerusalem, ' said Crown Prince Abdullah, Prime Minister and Commander of the National Guard

In his key-note address, Prince Abdullah also called for effective and united OIC action to face the challenges He said the Muslim world was looking forward to the Summit with great expectations that it would take an honourable stand on Islamic issues, most importantly, Jerusalem

Prince Abdullah also urged member-states of the Organization



The opening session of the 9th OIC Summit in Doha Qatar The conference was attended by leaders from 56 Islamic nations

of the Islamic Conference 'to reduce to a minimum their relations with Israel or to freeze hem completely He said OIC states must link all contact with the Jewish state to concrete progress in the peace process, not only on the Palestinian track but on all tracks, he said, referring to Israel's frozen peace talks with Syria and Lebanon

Prince Abdullah reminded the Muslim leaders that the OIC was formed against the backdrop of the burning of Al-Aqsa Mosque by Israel "After the passage of 30 years, we are now facing a similar challenge, he said He lamented that the Muslim world had failed—even after the burning of Al-Aqsa—to take a united action and strategy to prevent Israel from reinforcing its occupation and imposing a *fait ac compli* in Jerusalem

The future of Jerusalem and the occupied Palestinian territories is a trust upon your shoulders,"

Prince Abdullah told the OIC leaders ' Our Ummah is passing through a delicate phase which necessitates the reactivating of firm bases for practical Islamic solidarity, he said and added that the Muslim world was still seeking peace, based on justice We reject a settlement that leads to injustice and humiliation,' he stated

The Saudi leader urged OIC countries to work for the success of the cause of Al-Quds before asking others for help "We should stand with truth and justice with all our potentials, he added and pointed out that the Muslim world would not be able to restore its legitimate rights with help from others "We don t have any support — aside from reposing our Faith in Allah — except our own strength and potentials, he said

Prince Abdullah stressed that the present situation of Palestinians necessitated the mobilization of all potentials and preparing economic