**Page 14**

3-The Secretary General shall appoint the employees of the League offices. The employees of the League offices shall be accountable for their work to the Secretary General.

4-The following are to be taken into consideration in appointing the employees of the League offices:

a. To have a working knowledge of the language of the country where they represent the League, in addition to a working knowledge of the Arabic language.

b. To be known for their interest in spreading the Islamic faith and preaching Islam.

c. Not have been convicted and sentenced in matters pertaining to honor and integrity.

d. To have a great deal of respect and recognition in the countries where they represent the League.

5-The League offices shall be concerned with the following:

a. To implement the decisions of the League in the country where they represent it and to work in every possible way to achieve its goals and objectives.

b. To meet with Muslims in the country where they represent the League, look into their issues, solve their problems wisely and unite them. This shall be achieved by providing opinion, advice, and counseling, as well as following the Holy Qur'an and the Traditions (Sunnah) of the Prophet (Peace be upon Him).

c. To propose building mosques and assist in their construction, establish libraries equipped with all the books that discuss religious, worldly, educational and social affairs.

d. To organize lectures and seminars that include intellectual leaders from the scholars of the country where they represent the League or visiting scholars.

e. To present an activity report every three months to the Secretary General of the League that will include information on the condition of Muslims in the countries whose affairs they are following, as well as any other reports or information as requested.

f. To work towards spreading of the teachings of Islam and the Arabic language, teaching them with other basic sciences.

**Page 15**

**SECTION FOUR**

**Right to Ownership and Financial Resources**

21-The League shall have the right to own and handle its property through buying, selling trade-offs and investment in accordance with the League's rules and regulations.

22-The financial resources of the League include:

a. Governmental subsidy from the country where the League's headquarter is located as well as other unconditional international contributions.

b. Contributions, donations, grants, bequests, subventions and endowments (Awqaf)

c. Return on the investment of the League's funds

d. The proceeds on property endowed to the League

23-The League receives alms (Zakat) and spends it in its legitimate channels.

MWL 005132

٣- يعين الأمين العام موظفي الرابطة ويكون موظفو مكاتب
الرابطة مسؤولين عن أعمالهم أمام الأمين العام.

٤- يراعى في تعيين موظفي مكاتب الرابطة ما يأتي:

(١) أن يكونوا ملمين بلغة البلاد التي يعملون فيها مع الأمم
بالله العربية.

(ب) أن يكونوا من الموظفين بأعمالهم وبنشر العقيدة الإسلامية والدعوة
إلى الإسلام.

(ج) أن لا يكونوا قد حكم عليهم بإدانة بأحكام ماسة بالشرف والاعتبار.

( د ) أن يكونوا ممن يسعد كبير من الاحترام والتقدير في السوق التي
يمثلون الرابطة فيها.

٥- تختص مكاتب الرابطة بما يأتي:

(١) القيام بنشر الدعوة للرابطة في البلد التي يعملون فيها والعمل
على وسيلة ممكنة لتحقيق أهدافها وغاياتها.

(ب) الاحتفاظ بالصلة في البلد الذي يعملون في نطر في
أعضائهم ومندوبي مكاتبهم والمدعوة للتحكيم وطلب الهداية
الرأي والمشورة وإقبال القرآن الكريم وسط الرسول
والقيام بناء المساجد والمساعدة على بنائها وترتيب مكتبات وردود
النشاط الإسلامي شتى في الأمور الدينية والثقافية والاجتماعية.

(ج) القيام بما يأتي:

( د ) تنظيم محاضرات وندوات تنشر وتجدد ...

(هـ) تقديم تقارير عن أحوال المسلمين ...

( و ) العمل على نشر التعليم الإسلامي واللغة العربية وتعليمها مع العلم

---

١٤-

---

الباب الرابع

حقوق الملكية والموارد المالية

٢١- للرابطة حق التملك والتصرف فيما وهبا وموجودها واستثمارها
وذلك وفق نظامها والأصول.

٢٢- تشمل الموارد المالية للرابطة ما يأتي:

(١) الدعم الحكومي من دولة المقر والدول والمساعدات المالية غير المشروطة.

(ب) التبرعات بالهبات والمنح والوصايا والأوقاف.

(ج) عائدات استثمار أموال الرابطة.

( د ) ريع الأوراق المودعة على الرابطة.

٢٣- تستثمر الرابطة الزكوات وتصرفها في مصارفها الشرعية.

---

-١٥-

---

MWL -005132