[LETTERHEAD OF LEAGUE]

**MUSLIM WORLD LEAGUE**
**SECRETERIAT GENERAL**
**MAKKAH AL MUKARRAMAH**
**[SEAL OF THE LEAGUE]**

**Number /**          **Date**          **Attachments**

**Subject: 33**

2. All products that are consumed on daily basis, such as office supplies and stationery, shall not be registered in the property register.
3. The General Secretariat shall be informed of unusable, damaged, or similar products, proposing the sale of what may be suitable of them and providing the expected selling price, or destroy what is damaged. The said products shall be removed from the special registry once the General Secretariat has decided on them.
4. At the termination of employment of any of the directors, for whatever reason, the following shall be done:
    a. Receipt and delivery report between himself and the officer assigned by the League. The report shall contain the following:
    - Balance at hand in the fund and at the bank.
    - Numbers of bank accounts (expenditures, income, trust account).
    - Statement of financial registries and their number.
    - Inventory of check books with a statement of what has been used accounted for by number and date.
    - Inventory of furniture and other office assets.
    - The number of the last payment voucher by the office and the bank
    - The number of the last receipt voucher by the office and the bank
    - Cancellation of the previous director's signature from the signatories list at the bank
    a. Introduce the new director to the office affiliates, preachers, and envoys of the office, and supply him with the necessary information such as their names, salaries, place of work, etc.
    b. The warehouse department provides for the new director with a new inventory of the office assets, etc. in light of which a receipt report may be prepared and checked against the existing inventory and the records at hand.

A/A
MWL 005329

 

**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة - مكة المكرمة

| الرقم / | التاريخ / / | المرفقات |

الموضوع ٣٣

٢- جميع الأصناف التي تستهلك يومياً وباستمرار مثل القرطاسية والأدوات المكتبية لايتم تسجيلها بسجل الممتلكات.

٣- يتم الكتابة إلى الأمانة العامة عن الأصناف غير الصالحة للاستعمال أو التالفة وغير ذلك واقتراح بيع مايصلح بيعه مع تحديد السعر المتوقع للبيع أو إعدام التالف منها، ويجرى استنزال تلك الأصناف من السجل الخاص بعد تقرير ماتراه الأمانة العامة حيال ذلك.

٤- عند انتهاء عمل أحد المديرين لأي سبب كان يجب عمل الآتي:
أ- محضر استلام وتسليم بينه وبين المسؤول الذي تكلفه الأمانة العامة وأن يكون المحضر مشتملاً على مايلي:
- الرصيد في الصندوق والبنك.
- أرقام الحسابات في البنك (حساب المصروفات - حساب الإيرادات - حساب العهد).
- بيان السجلات المالية وعددها.
- حصر دفاتر الشيكات مع بيان المستخدم منها محدداً بالرقم والتاريخ.
- جرد الأثاث وموجودات المكتب.
- آخر رقم سند صرف للصندوق والبنك.
- آخر رقم سند قبض للصندوق والبنك.
- إلغاء توقيع المدير السابق من البنك.

ب- تعريف المدير اللاحق بمنسوبي المكتب والدعاة والمبعوثين التابعين للمكتب وتزويده بالبيانات اللازمة من أسمائهم ورواتبهم ومقر عمل كل منهم وخلافه.

ج- تقوم إدارة المستودعات بتزويد المدير الجديد ببيان عن موجودات المكتب وخلافه حتى يمكن على ضوئه عمل محضر الاستلام وتطبيقه مع الواقع الفعلي والسجلات.

٤/٤

MWL 005329