Page 24

a. A Muslim who is bound by Islam as a faith and in deed. If he is to be married, it shall be to a Muslim woman.
b. Is 18 years of age and under the age of 60 (Hijri years). A person may be exempted of the upper age limit through a decision by or with the approval of the Secretary General.
c. Has presented a medical certificate from an accredited medical authority, testifying that is is clear of any contagious diseases or a handicap that may prevent him from performing his duties in full.
d. Has no criminal records or convictions (crime or misdemeanour), nor has he been expelled from any previous employment for reasons pertaining to honor and honesty.
e. Has presented all requested documents to determine his employment status.
f. Before starting to work, the employees shall swear the following oath in front of the Secretary General or someone he delegates: In the name of God the Merciful the Compassionate, believing in my duty to my religion and my Muslim nation, I hereby swear by Almighty God to perform all my employment duties at the Muslim World League in a truthful and honest manner, which is the hallmark of each and every Muslim.

**Article 18:**

Appointment at the League shall be in accordance with the employment regulations issued by the Secretary General of the League.


Page 25

### Chapter Five

### Employment Evaluation, Progression, and Promotion

**Article 19:**

Each employee shall undergo an annual evaluation of his job performance and manners, and reports shall be prepared for all employees at the end of each Hijri year as per the employment regulations. Evaluations are prepared by each employee's immediate supervisor or who represents him and shall be approved by the Higher Manager according to employment regulations.

**Article 20:**

The employee or officer shall be promoted in accordance with the employment regulations of the League.


MWL 005207

Case 1:03-md-01570-GBD-SN Document 3826-69 Filed 12/01/17 Page 2 of 2

**المادة رقم [١٨]:**

تتم التعيينات في الرابطة وفق الأسس التي تنص عليها قواعد الموظفين التي يصدرها الأمين العام للرابطة.

(و) يؤدي الموظفون قبل مباشرتهم العمل القسم التالي أمام الأمين العام أو من يفوضه: (بسم الله الرحمن الرحيم إني أقسم بالله العظيم رب السماوات والأرض وإلـٰه الأولين والآخرين أن أؤدي واجبات وظيفتي في رابطة العالم الإسلامي بالأمانة والصدق نحو ديني ووطني والإخلاص لواجبي للمسلمين).

(هـ) قد قدم للسندات والمعلومات التي تطلب منه للتجنيد وضعه الوظيفي.

(د) غير محكوم عليه في حد أو تعزير (جناية أو جنحة) أو غير مفصول من عمل سابق لأسباب مخلة بالشرف أو الأمانة.

(ج) قد قدم شهادة طبية صادرة من هيئة طبية معتمدة تؤكد سلامته من أي مرض معدٍ أو عيب يوقفه عن أداء واجباته على الوجه الأكمل.

(ب) قد أتم الثامنة عشرة من عمره، ولم يتجاوز الستين سنة هجرية، ويجوز الاستثناء من الحد الأعلى بقرار من الأمين العام، أو بموافقته.

(أ) مسلماً متقيداً بالإسلام عقيدة وعبادة وعدلاً وإذا كان متزوجاً فتكون زوجته مسلمة.

## الفصل الخامس

## الترقية والتدريب والترفية

**الترقية الوظيفية والتدرج والمعرفة**

**المادة رقم [١٩]:**

يحتفظ كل من عمل الرابطة وسلوكه لترقيع سنوي ويعد تقارير وظيفي عن جميع الموظفين والمستخدمين وذلك في نهاية كل عام هجري، وفق ما تنص عليه قواعد الموظفين، ويعد التقرير من قبل الرئيس المباشر أو من ينوب عنه ويعتمد من قبل الرئيس الأعلى حسب الصلاحيات الجديدة.

**المادة رقم [٢٠]:**

تتم ترقية الموظف أو المستخدم وفق الأسس التي تنص عليها قواعد الموظفين.

MWL 005207

– ٢٤ –

– ٢٥ –