[letterhead]

**Muslim World League**
**General Secretariat**
**Mecca al-Mukarramah**

**Number /**              **Date**                        **Attachments**

**Subject:**
14

3. Conditions for appointment at any of the posts at the League are as follows:
   a. Be of legal age for employment and not over sixty years of age.
   b. Present a medical certificate from an accredited medical facility, to confirm that he is clear of any impairment or disease that may prevent him from performing his employment duties in full.
   c. Has no criminal records or convictions, nor has he been expelled from any previous employment as a result of issues pertaining to honor and honesty.
4. Employment starts on the date of commencement of work upon issuance of the appointment decision.
5. Employment shall be cancelled if the employee does not start work within the set period without any excuse acceptable to the General Secretariat.
6. The General Secretariat is not responsible for the payment of any sum to any employee or officer (or on his behalf) for any work he has done before his employment order was issued.
7. The new employee undergoes a probation period for a minimum of three continuous months and a maximum of six months from the date of starting work. If it is proven that he was not suitable for employment, the director shall then submit a report to that effect to the General Secretariat.
8. The director, upon requesting the employment of any employee or officer, shall submit the requested employment documents under these regulations to the General Secretariat to reach the necessary decision.
9. The director shall prepare annual performance assessment reports for each employee or officer prior to the beginning of each fiscal year using the forms prepared for such reason by the General Secretariat.

A/A
MWL 005308




**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة - مكة المكرمة

| الرقم / | التاريخ / / | المرفقات |

الموضوع ........................ ١٤ ..................

٣- يشترط فيمن يعين في إحدى وظائف أجهزة الرابطة ما يلي:
  أ- بلوغ السن القانونية للتعيين ولم يتجاوز الستين عاماً.
  ب- تقديم شهادة لياقة طبية صادرة من هيئة طبية معتمدة تؤكد سلامته من أي عيب أو مرض يعوقه عن أداء واجباته الوظيفية على الوجه الأكمل.
  ج- عدم وجود حكم عليه أو فصل من الخدمة لأسباب مخلة بالشرف والأمانة.

٤- يعتبر التعيين من تاريخ مباشرة العمل بعد صدور قرار التعيين.

٥- يلغى تعيين من لم يباشر العمل في المدة المحددة دون عذر مقبول من الأمانة العامة.

٦- لا تلتزم الأمانة العامة بدفع اي مبلغ لأي موظف أو مستخدم (أو عنه) مقابل أي عمل قام به قبل صدور قرار تعيينه.

٧- يخضع الموظف الجديد لفترة تجريبية لا تقل مدتها عن ثلاثة أشهر متصلة ولا تزيد عن ستة أشهر من تاريخ مباشرته العمل، وإذا ثبت عدم صلاحيته للعمل قعلى مدير الجهاز رفع تقرير عنه بذلك للأمانة العامة.

٨- يقوم مدير الجهاز - عند طلب التعيين لأي موظف أو مستخدم - برفع الوثائق المطلوبة للتعيين بموجب هذه اللائحة للأمانة العامة لإصدار القرار اللازم.

٩- يرفع مدير الجهاز تقارير تقويم أداء سنوية لكل موظف أو مستخدم في الجهاز قيل بداية كل عام مالي وفق النماذج المعدة من الأمانة العامة.

ع/ع

MWL 005308