**IIRO**

**International Islamic Relief Organisation**

    **In Saudi Arabia**

    **Pakistan Office**

    **Islamabad**

---

**Ref:**                                       **Subject:**

**Date: 5/12/1418 H**

**Subject: Work Report by the Committee for the merging of the IIRO and MWL offices in Islamabad:**

It is on this day, Wednesday, the fifth of Dhul Hijja the year 1418 H, corresponding to April 2, 1998G, a delegation arrived at the offices of IIRO and MWL in Pakistan that included Muhamad El-Husani, Director of the Overseas Offices and Centers (as MWL's representative), and H.E. Dr. Abd El-Qader Mohamad Dawood Tankal, the IIRO Administrative Supervisor (as IIRO representative) in order to carry out the directives of H.E. MWL Secretary General Dr. Abdullah Saleh El-Ubeid and H.E. the Secretary General of IIRO Dr. Adnan Khalil Basha, to merge the offices of both organizations in Pakistan. They also met with the Director of the MWL office in Pakistan, retired Judge Afdal Tashima and the IIRO Director in Pakistan, Mr. Muayed Abd El-Wahed El-Batiri.

Members of the delegation visited both offices and their affiliates to observe their programs and activities, as well as the administrative and financial affairs and the number of employees and the activities assigned to the employees at both offices. Following discussions with the directors of both offices, H.E. Mr. Mohamed El-Husani called the MWL Secretary General in Mecca to report on the outcome of the discussions. As a result, the Secretary General gave the following instructions:

1. To thank retired Judge Afdal Tashima for his great work and contributions to date in implementing the objectives of the League.

2. The Secretary General instructed that retired Judge Tashima should transfer the management of the MWL Office to Muayad Abdel Wahed El-Batiri, the Director of the IIRO Office in Pakistan under the supervision of the MWL and IIRO delegation.

3. His Excellency affirmed the keenness and desire of the General Secretariat that his honor would continue to work as an advisor to the International Islamic Relief Organisation Office in appreciation for his tremendous efforts and contributions.

4. The MWL Secretary General gave instructions to inform Mr. Muayad Abdel Wahed El-Batiri of his appointment as Director of the MWL Office in Pakistan in addition to his position as the Director of the IIRO Office there.

5. The MWL Secretary General directed His Excellency Muayad Abdel Wahed El-Batiri to assume responsibility for all financial and in-kind assets at the MWL Office from the Honorable judge (R) Afdal Tashima.

JT-MWL-04538

6. His honor (Tashima) shall hand over to the delegation a bank statement of the account of MWL, as well as an additional list of the financial statements kept at the fund, a third report on in-kind possessions and a fourth report on the projects carried out on behalf of the League.
7. Withdrawal of funds from the bank, as well as payments effected for MWL activities, shall be carried out in accordance with written settlements by His Excellency Muayad Abdel Wahed El-Batiri, MWL and IIRO director, as of this date.
8. The honorable judge shall inform the bank within one week from the date of this report, of the cancellation of his signature and its replacement with Mr. Muayad Abdel Wahed El-Batiri's signature regarding all banking activities, which until now were being signed by the outgoing director.
9. The aforementioned paragraphs shall be put in effect until such time that official directives are issued by His Excellency MWL Secretary General in Holy Mecca and His Excellency IIRO Secretary General in Jeddah.

These minutes and the attached minutes shall be considered complementary to each other.

God Bless,

Director of the League's Office in Pakistan

Director of the Organization's Office in Pakistan

| | |
|---|---|
| Judge Mohammad Afdal Tashima | Mr. Muayad Abdel Wahed El-Batiri |
| Director of Overseas Offices and Centers | IIRO Administrative Offices Supervisor |
| of the League | 5/12/1418 H |
| Mr. Mohammad Ahmad Al-Hassani | Dr. Abdel Qader Mohammad Daoud Tankal |

JT-MWL-04539



**IIRO**
INTERNATIONAL ISLAMIC RELIEF ORGANISATION
IN SAUDI ARABIA
PAKISTAN OFFICE
ISLAMABAD

بسم الله الرحمن الرحيم

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب باكستان
إسلام آباد

Ref:
Date: ١٤١٨/١٢/٥ هـ

## محضر عمل اللجنة دمج مكتبي الرابطة والهيئة بباكستان

أنه في يوم الأربعاء الخامس من ذو الحجة ١٤١٨هـ الموافق الثاني من إبريل ١٩٩٨م حضر إلى مكتب هيئة الإغاثة العالمية الإسلامية ومكتب رابطة العالم الإسلامي بباكستان وفد مكون من سعادة الأستاذ محمد الحساني مدير المكاتب والمراكز الخارجية ( موفدا من قبل رابطة العالم الإسلامي ) وسعادة الدكتور عبدالقادر محمد داود تكل مشرف إدارة مكاتب الهيئة ( موفدا من قبل هيئة الإغاثة الإسلامية العالمية ) وذلك لغرض تنفيذ توجيهات معالي الأمين العام لرابطة العالم الإسلامي الدكتور عبدالله بن صالح العبيد وسعادة الأمين العام لهيئة الإغاثة الإسلامية العالمية الدكتور عدنان خليل باشا حفظهم الله بخصوص دمج مكتبي الرابطة والهيئة بباكستان .
وقد تم الاجتماع بكل من فضيلة القاضي المتقاعد الأستاذ أفضل تشيمه مدير مكتب رابطة العالم الإسلامي بباكستان وسعادة الأستاذ مؤيد عبدالواحد البتيري مدير مكتب هيئة الإغاثة الإسلامية العالمية بباكستان .
وقد قام الوفد بزيارة المكتبين وتوابعهم وأطلع الوفد على أعمال المكتبين من برامج وأنشطة وكذلك على الشئون المالية والإدارية وعدد الموظفين والأعمال المفوضة للموظفين في المكتبين. وبناءا على التشاور مع مديري المكتبين فقد قام سعادة الأستاذ محمد الحساني بالاتصال بمعالي الأمين العام لرابطة العالم الإسلامي في مكة المكرمة وإبلاغه بما دار من المناقشات وبناءا على ذلك فقد وجه معاليه بما يلي :-
١- تقديم الشكر لفضيلة القاضي (م) أفضل تشيما على أعماله ومساهماته وخدماته الجليلة التي أداها في تنفيذ أهداف الرابطة .
٢- وجه معاليه بقيام فضيلة القاضي بتسليم مهام إدارة مكتب الرابطة إلى سعادة الأستاذ مؤيد عبدالواحد البتيري مدير مكتب الهيئة بباكستان تحت إشراف وفد الرابطة والهيئة .
٣- أكد معاليه حرص ورغبة الأمانة العامة على استمرار فضيلته بالعمل كمستشار لمكتب رابطة العالم الإسلامي تقديرا لجهوده الجليلة وإسهاماته .
٤- وجه معاليه بإبلاغ الأستاذ مؤيد عبدالواحد البتيري بتسلمه مهام إدارة مكتب الرابطة بباكستان أضافه إلى عمله كمدير لمكتب الهيئة بباكستان .
٥- وجه معاليه بقيام سعادة الأستاذ مؤيد عبدالواحد البتيري باستلام جميع العهد المالية والعينية الخاصة بمكتب الرابطة من فضيلة القاضي (م) أفضل تشيما .

JT-MWL-04538

٦- يقوم فضيلته بتسليم الوفد كشف بنكي لحساب رابطة العالم الإسلامي وكشف أخر بالقوائم المالية المحفوظة في الصندوق وكشف ثالث بالعهد العينية وكشف رابع بالمشاريع والبرامج التي يقوم بها مكتب الرابطة .

٧- تتم عمليات السحب البنكي والصرف على أعمال مكتب الرابطة بموجب تعميدات خطية من قبل سعادة الأستاذ مؤيد عبدالواحد البتيري مدير مكتب الهيئة والرابطة اعتبارا من تاريخه .

٨- يقوم فضيلة القاضي خلال أسبوع من تاريخه بتعميد البنك بإلغاء توقيع فضيلته واعتماد توقيع الأستاذ مؤيد عبدالواحد البتيري في جميع العمليات الحسابية البنكيه التي كانت تتم بتوقيع فضيلة القاضي .

٩- يتم العمل بالفقرات السابقة حتى يتم إصدار قرارات رسمية من قبل معالي الأمين العام لرابطة العالم الإسلامي بمكة المكرمة وسعادة الأمين العام لهيئة الإغاثة الإسلامية العالمية بجده .

. يعتبر هذا المحضر والمحاضر المرفقة مكملة لبعضها البعض .

والله الموفق ،،،،،،،،،،،

| مدير مكتب الرابطة باكستان | مدير مكتب الهيئة بباكستان |
|---|---|
| القاضي/ محمد أفضل تشيبا | الأستاذ مؤيد عبدالواحد البتيري |
| مدير المكاتب والمراكز الخارجية للرابطة | مشرف إدارة مكاتب الهيئة |
| الأستاذ محمد أحمد الحساني | الدكتور عبدالقادر محمد داود تنكل |

JT-MWL-04539

Address : H-8/1 - Pitrus Bukhari Road - Opp. Shifa Int. Hospital - P.O Box(1815)-Tel : 449347 - 446856 Fax : 449241