# MUSLIM WORLD LEAGUE
# OFFICE REPORTS
# FOR THE YEAR 1420H (1999)

MWL 005916

**League Office in Amman/Jordan**

Some of its most important activities and accomplishments are as follows:

**In Education:**

Supervise Qur'anic recitation classes from which 170 students graduated. Also supervise the students studying in Jordanian universities through grants from the League, whose number is 45.

**In Preaching**

Supervise and follow-up the activities of the League preachers and those who cooperate with it in Jordan and Palestine, as well as distribute of Islamic books to Muslims in Jordan.

Visiting Islamic Centers:

Visit Palestine, and meeting with the charge d'affaires of the Palestinian Ministry of Awqaf (religious affairs) and interview those who had applied to work as preachers in cooperation with the League. 33 such preachers were appointed. Also, a visit to Syria to inspect the project for constructing an Islamic center in the Qamishli area.

**League Office in Islamabad, Pakistan**

Some of its most important activities and accomplishments are as follows:

1. Complete the construction of the Al Salah Mosque inside the League's complex in Islamabad, where the five daily prayers and the Friday Prayer are held.
2. Distribute Islamic books and books explaining the meaning of the Qur'an to Muslims in Pakistan.
3. Supervise the students who are studying at Pakistani universities through grants from the League and closely monitor their activities.
4. Supervise the 65 League preachers and teachers, who were appointed by the League, as well as the 28 preachers who receive their salaries from the International Islamic Relief Organization, following up on their educational and preaching activities.
5. The office also organized a training session under the supervision of professors from the Kingdom of Saudi Arabia.

6. Provide financial and moral assistance to the people of Kashmir and Afghanistan, as well as continuing the appointment of preachers and teachers in these areas, and providing relief materials for the needy there.
7. Destribute 11 containers of foodstuff and 11 containers of dates from the Kingdom of Saudi Arabia, which were given as a gift by the Custodian of the Two Holy Shrines to the Muslim Afghani people.
8. Supervise the branch office in Lahore, which is devoted to the project of repatriating Bahari Pakistanis from Bengladesh and resettling them in Pakistan.

**League Office in Indonesia**

Some of its most important activities and accomplishments are as follows:

1. Supervise and follow-up the activities of 153 preachers of the League who are based in 27 provinces in Indonesia, and review their preaching work reports.
2. Hold 10 training sessions for preachers in 10 different locations in Indonesia, such as Pandong, Jambi, Makaser, Bukur, Sulu, Mataram, and Balk Baban.



تقارير مكاتب
رابطة العالم الإسلامي
عن عام ١٤٢٠هـ

# مكتب الرابطة في عمان / الأردن

ومن أهم مناشطه وانجازاته ما يلي:

في مجال التعليم :

الإشراف على حلقات تحفيظ القرآن الكريم التي تخرج منها ١٧٠ طالباً وطالبة وكذلك القيام بالإشراف على الطلاب الذين يدرسون في الجامعات الأردنية على منح من الرابطة وعددهم (٤٥) طالباً .

في مجال الدعوة:

الإشراف والمتابعة على دعاة الرابطة والمتعاونين معها في الأردن وفي فلسطين وقام بتوزيع الكتب الإسلامية على المسلمين في الأردن.

زيارة المراكز الإسلامية :

زيارة فلسطين، والاجتماع مع القائم بأعمال وزارة الأوقاف الفلسطينية ومقابلة المتقدمين للعمل كدعاة متعاونين مع الرابطة وتم تعيين (٣٣) داعية منهم وكذلك زيارة سوريا للكشف على مشروع بناء مركز إسلامي في منطقة القامشلي .

# مكتب الرابطة في إسلام آباد باكستان

ومن أهم الإنجازات والمناشط التي قام بها ما يلي:

١. القيام بإنجاز مشروع إنشاء مسجد الصلاح داخل سور مبنى الرابطة في إسلام آباد حيث تقام الصلوات الخمسة والجمعة فيه.

٢. توزيع الكتب الإسلامية وترجمة معاني القرآن الكريم على المسلمين في باكستان.

٣. الإشراف على الطلاب والطالبات الذين يدرسون في الجامعات الباكستانية على منح من الرابطة ومتابعة نشاطهم عن كثب.

٤. الإشراف على دعاة الرابطة وعددهم ٦٥ داعية ومدرس الذين تم تعيينهم من قبل الرابطة وعلى ٢٨ داعية الذين يتلقون رواتبهم من قبل هيئة الإغاثة الإسلامية العالمية ومتابعة مناشطهم التعليمية والدعوية.

٥. أقام المكتب دورة تدريبية تحت إشراف الأساتذة القادمين من المملكة العربية السعودية.

٦. القيام بتقديم المساعدات المادية والمعنوية للشعب الكشميري والأفغاني ومتابعة تعيين الدعاة والمدرسين في تلك المناطق وتقديم المواد الإغاثية للمحتاجين فيها.

٧. القيام بتوزيع ١١ حاوية من المواد الغذائية و١١ حاوية من تمور المملكة العربية السعودية التي أهداها خادم الحرمين الشريفين حفظه الله للشعب الأفغاني المسلم.

٨. الإشراف على المكتب الفرعي في لاهور والخاص بمشروع إعادة الباكستانيين البهاريين المقطوعين في بنغلاديش وتوطينهم في باكستان.

## مكتب الرابطة في أندونيسيا

ومن أهم مناشطه وإنجازاته ما يلي:

١. الإشراف والمتابعة على ١٥٣ داعية من قبل الرابطة منتشرين في ٢٧ محافظة في أندونيسيا والاطلاع على تقارير أعمالهم الدعوية.

٢. عقد عدد(١٠) دورات تدريبية للدعاة وذلك في عشرة مواقع مختلفة في أنحاء أندونيسيا وهي باندونغ ، وجامبي ، ومكاسر ، ويوقور ، وصولو ، ومتارام ، وبالك بابان ،