3. Assign the General Secretariat of the League to continue its work to resist those sects and to write to the Ministers of Education and those interested in educational curricula to include these curricula in secondary education and beyond, to reject the teaching of all sects that are against the Holy book [Qur'an] and the Sunna [Traditions of the Prophet], showing their corruption to protect the new Muslim generations against such straying thoughts.
4. The Council advises Muslim governments to resist all movements and groups that deviate from Islam and to advise their respective Ministries of Education to do the same.
5. The Council recommends to increase the monetary allocations in this regard.

**Eighteenth: The Report of the Delegation that Visited the Caucasus and Central Asia:**
1. The Council thanks the General Secretariat of the Muslim World League for the effort made by the visiting delegation to those countries to inspect the condition of Muslims living there and the assist them in their Islamic projects for building schools, mosques, etc.
2. The Council thus adopts the propositions of the delegation and assigns the General Secretariat to implement them as much as possible.

**Nineteenth: Dialogue With Followers of Other Religions:**
1. The Council thanks the General Secretariat of the League for its participation in the religion and dialogue conferences with representatives of other religions through delegations that showed the good attributes of Islam, its justice and the clarity of its vision and mission in their various deliberations.
2. The Council assigns the General Secretariat of the League to find suitable qualified people who have the education and expertise to take part in such dialogues.

MWL 005750

٣ـ تكليف الأمانة العامة للرابطة باستمرار العمل لمقاومة تلك المذاهب والكتابة لوزراء التربية والتعليم والمهتمين بالمناهج العلمية والتربوية بتضمين تلك المناهج للمرحلة الثانوية فما بعدها لنبذ كل المذاهب المخالفة للكتاب والسنة وبيان فسادها تحصيناً للناشئة الإسلامية من تلك الأفكار الضالة.

٤ـ يوصي المجلس الحكومات الإسلامية العمل على مقاومة الحركات والفرق المنحرفة عن الإسلام وتوصية وزراء التربية بذلك.

٥ـ يوصي المجلس بزيادة الدعم المادي المخصص لهذا المجال.

## ثامن عشر: تقرير وفد الرابطة الزائر لجمهوريات القفقاس وآسيا الوسطى:

١ـ يشكر المجلس الأمانة العامة لرابطة العالم الإسلامي على ما بذله الوفد لزيارة تلك البلدان والاطلاع على أحوال المسلمين هناك ومساعدتهم في مشاريعهم الإسلامية من مدارس ومساجد وغير ذلك.

٢ـ يتبنى المجلس مقترحات الوفد وتكليف الأمانة العامة بالعمل على تنفيذها قدر الإمكان.

## تاسع عشر: الحوار مع أتباع الأديان المختلفة:

١ـ يشكر المجلس الأمانة العامة للرابطة على ما قامت به من مشاركات في مؤتمرات الأديان والحوار مع أتباع الأديان المختلفة من خلال الوفود الذين بينوا محاسن الإسلام وعدالته وصفاء عقيدته في بحوثهم المتنوعة.

٢ـ يكلف المجلس الأمانة العامة للرابطة بالتحري في اختيار الأشخاص المؤهلين علمياً وثقافياً للمشاركة في مثل تلك الحوارات.

٢٥

MWL 005750