2. The Council hopes that His Excellency, the Secretary General, would respond to the invitations extended to him to visit Muslim countries, as extended by the guests of the League in as much as his time and functions permit.

### Third: Visits by the Assistant Secretary General:

The Council also reviewed the reports by His Excellency the Assistant Secretary General to each of Uzbekistan, Tajikistan, and Kazakhstan and recommends the following:

1. Thank the Assistant Secretary General and the accompanying delegation for the visits he made and the assistance they provided in the name of the General Secretariat of the League.
2. Thank and express gratitude to the heads of state of the countries visited by the delegation for the fine reception they gave the delegation and for their concern with the conditions of Muslims in their respective states.
3. Urge the General Secretariat of the League to follow-up the implementation of the recommendations in the report of the Assistant Secretary General.
4. Urge the General Secretariat of the League to continue sending delegations to where Muslims live in order to inspect their conditions and needs.
5. Seek to provide the citizens and Muslim minorities in the countries with books and the translated meaning of the Qur'an.

26
MWL 005587

٢- يأمل المجلس من معالي الأمين العام الاستجابة للطلبات المقدمة له لزيارة البلـــدان الإسلامية والتي قدمها إليه ضيوف الرابطة بحسب ما تسمح به ظروفه .

ثالثاً: زيارات معالي الأمين العام المساعد :

أطلع المجلس على تقارير معالي الأمين العام المساعد عن زيارته لكل من أوزبكستان ، تاجيكستان ، قازاقستان ، ويوصى بما يلي:

١- شكر معالي الأمين العام المساعد والوفد الذي معه على الزيارات التي قام بها والمساعدات التي قدموها باسم الأمانة العامة للرابطة .

٢- رفع شكر وتقدير المجلس لرؤساء الدول التي زارها الوفد لحسن الاستقبال الذي لقيه الوفد واهتمامهم بأوضاع المسلمين في بلادهم .

٣- حث الأمانة العامة للرابطة على متابعة انفاذ ما ورد من توصيات بتقارير معالي الأمين العام المساعد .

٤- حث الأمانة العامة للرابطة على متابعة إرسال الوفود إلى مناطق المسلمين لتفقد أوضاعهم .

٥- السعي لتزويد أبناء الدول والأقليات المسلمة بالكتب وتراجم معاني القرآن الكريم .

٢٦

MWL 005587