# الخطة التنفيذية




## لبرامج الهيئة ومشروعاتها

عام ١٤٢٩/٢٨هـ

الموافق لعام ٢٠٠٧/٢٠٠٨م










 



خادم الحرمين الشريفين
**الملك عبدالله بن عبدالعزيز آل سعود**
ملك المملكة العربية السعودية






وزير الدفاع والطيران والمفتش العام



صاحب السمو الملكي

**الأمير سلطان بن عبدالعزيز آل سعود**

ولي العهد نائب رئيس مجلس الوزراء

وزير الدفاع والطيران والمفتش العام

٥








صاحب السمو الملكي
**الأمير نايف بن عبدالعزيز آل سعود**
النائب الثاني لرئيس مجلس الوزراء
وزير الداخلية




الحمد لله رب العالمين والصلاة والسلام على أشرف المرسلين سيدنا محمد وعلى آله وصحبه أجمعين.

### أخي المحسن - أختي المحسنة

عام زاخر من العوارض المتدفقة التي قدمتها **هيئة الإغاثة الإسلامية العالمية**، وبذل سخيّ مستمر في مختلف المناطق داخلياً وخارجياً، تمثل جميعاً سمات العمل الخيري والإغاثي للهيئة خلال عام ١٤٢٨-١٤٢٩هـ.

مسار طويل من الخير في مختلف القارات والدول من إندونيسيا وبنغلاديش وباكستان في آسيا شرقاً إلى السنغال والنيجر وساحل العاج في إفريقيا غرباً، ومن موزمبيق وملاوي وجنوب أفريقيا في جنوب القارة الإفريقية إلى مصر والسودان والصومال وجيبوتي وأوغندا وتشاد والكاميرون، يمتد خير الهيئة بلا حدود عابراً القارات للوصول للمحتاجين والفقراء واليتامى والمساكين والأرامل دون منّ أو أذى.

وفي أوروبا، في دول البلقان، في كوسوفا وألبانيا ومقدونيا والبوسنة تثبت أقدام الهيئة راسخة بمشروعاتها العملاقة وإنجازاتها الناطقة.

إنها خيرية متجددة ومستمرة بعون من الله تعالى ثم بدعم الخيرين من أبناء المملكة العربية السعودية الكرام، تظهر ثمارها مع إطلالة كل عام جديد ويسرّنا أن نستعرض ثمرات هذه الخيرية الإسلامية الحقة بالأرقام والصور والتحليلات في هذا التقرير الموجز.

سائلين الله عز وجل أن يوفقنا وإياكم لما يحب ويرضى.

**الأمين العام لهيئة الإغاثة الإسلامية العالمية**
**في المملكة العربية السعودية**
**د. عدنان بن خليل باشا**




# غيض من فيض

## خَطابات الشكر

إنجازات **هيئة الإغاثة الإسلامية العالمية** طالما تحدثت عن نفسها بآثارها الإنسانية الظاهرة وثمارها الخيرية اليانعة، وهذه الإنجازات، طالما كانت محل تقدير واستحسان من القادة وكبار المسؤولين في هذه البلاد المسلمة، وسواها من دول العالم الإسلامي. وظهر هذا التقدير جلياً في عدد كبير من خطابات الشكر التي تلقتها الهيئة بتقدير وامتنان منها:

● تلقى معالي الأمين العام لرابطة العالم الإسلامي رئيس مجلس إدارة الهيئة خطاب شكر وتقدير من خادم الحرمين الشريفين الملك عبدالله بن عبدالعزيز آل سعود -يحفظه الله- رداً على برقية معاليه رقم (٢٩/١١٧/٧/١٠٠) وتاريخ ١٤٢٩/٤/٢٥ هـ، بمناسبة عقد الدورة الثالثة للجمعية العامة للهيئة بتاريخ ١٤٢٩/٤/٢٥ هـ. أثنى فيه على جهود الهيئة، داعياً الله عز وجل أن يحقق لها كل ما تصبو إليه من آمال وتطلعات.

● تلقت الهيئة خطابات شكر وتقدير من ولي العهد نائب رئيس مجلس الوزراء وزير الدفاع والطيران والمفتش العام صاحب السمو الملكي الأمير سلطان بن عبدالعزيز آل سعود، وأمير منطقة الرياض صاحب السمو الملكي الأمير سلمان بن عبدالعزيز وأمير منطقة القصيم صاحب السمو الملكي الأمير فيصل بن بندر بن عبدالعزيز، بمناسبة تلقيهم نسخة من التقرير السنوي للهيئة، أكدوا فيها أن هيئة



١٠

الإغاثة الإسلامية العالمية التابعة لرابطة العالم الإسلامي ثمرة من ثمرات الخير التي يوليها خادم الحرمين الشريفين الملك عبدالله بن عبدالعزيز آل سعود - يحفظه الله- وحكومته الرشيدة جل اهتمامهم.

● خطاب شكر وتقدير من معالي الأمين العام لمنظمة المؤتمر الإسلامي الدكتور أكمل الدين إحسان أوغلو، بتاريخ ١٤٢٩/٤/٢هـ الموافق ٢٠٠٨/٤/٨م، أعرب فيه عن تقديره للعمل المهم الذي تقوم به هيئة الإغاثة الإسلامية العالمية في مجال العون والإغاثة.

● خطاب شكر وتقدير من وكالة الأمم المتحدة لإغاثة وتشغيل اللاجئين الفلسطينيين في الشرق الأدنى (الأنوروا) بتاريخ ٤ ابريل ٢٠٠٨م، على مساهمتها بمليون دولار أمريكي في تمويل نشاطات الوكالة.

● خطاب شكر وتقدير من معالي وزير العدل الصومالي السيد أحمد علي عسوي، أعرب فيه عن شكره وتقديره للهيئة، لما قدمته من مساعدات في مجالات مختلفة للشعب الصومالي بصفة عامة، وتنفيذ برنامج كبش العيد بصفة خاصة.



١١



# ملخص خطة دعم الاحتياجات الإنسانية في عام ١٤٢٩/٢٨هـ

تتوزع النشاطات الخيرية **لهيئة الإغاثة الإسلامية العالمية** على سبعة برامج رئيسة، تبلغ موازنتها التقديرية خلال العام ١٤٢٩/٢٨هـ ١٤٧,٥٨٩,٤٢٤,٥٩ (مائة وسبعة وأربعون مليوناً وخمسمائة وتسعة وثمانون ألفاً وأربعمائة وأربعة وعشرون ريالاً وتسعة وخمسون هللة)، وتنفذ الهيئة من خلال تلك البرامج ٢٤٧٦ مشروعًا يستفيد منها ٣,٦٦٥,٠٥٧ فردًا.



أحد اجتماعات الجمعية العامة لهيئة الإغاثة الإسلامية العالمية
(الاجتماع الرابع)





وتشمل نشاطات هيئة الإغاثة خلال العام ١٤٢٨ هـ / ١٤٢٩ هـ (٥٧) دولة تنتشر بين ثلاث قارات

## الرعاية الاجتماعية

٤٨,٨٥٤ يتيماً ويتيمة تتعهدهم الهيئة في ٢٢ داراً و ١٥ مركزاً للأيتام في ٢٨ دولة بكلفة قدرها ٥٨,١٥٩,٢٨٠ ريالاً.



حفل تكريم أيتام الأسر الذين تكفلهم الهيئة بمنطقة جازان ـ السعودية




وتسعى الهيئة من خلال برنامج «الرعاية الاجتماعية» إلى تحقيق أهداف سامية عدة، تتمحور حول بناء الشخصية المتكاملة للأيتام، عبر توفير أنواع الرعاية الشاملة كافة «التربوية، والتعليمية، والصحية، والنفسية، والاجتماعية»، إضافة إلى تأمين جميع احتياجاتهم ومتطلباتهم، ومتابعتهم على مدار العام.



توزيع مخصصات أيتام الأسر بمحافظة المنصورة ـ جمهورية مصر العربية



١٥



## المشاريع الهندسية "المساجد والآبار والمراكز"

٢٥,٧٤٩,٥٥٦ ريالاً لبناء ٣٢٧ مسجداً وحفر ١٠٨٧ بئراً سطحية وارتوازية يستفيد منها ٣٦٢,٠١٨ فرداً في ٢٠ دولة.



مسجد الإمام الذهبي ـ أندونيسيا


