# برنامج الإغاثة العاجلة والشحن

٢٢,١٩٧,٥١١ ريالاً لمواجهة ٢٧ كارثة يتضرر منها ٧٤٠,٩٤٩ فرداً.



توزيع مساعدات غذائية لمتضرري السيول والأمطار بمحافظة حضر موت ـ اليمن



١٧



# برنامج تنمية المجتمع والمشاريع الموسمية

٢١,٦٠٦,٥١٢,٥٩ ريالاً تكلفة ١٠٦ مشروعات تطلقها **هيئة**

**الإغاثة الإسلامية العالمية** خلال عام ١٤٢٩/٢٨هـ في ٢٧ دولة لخدمة

٢,١٥٦,٢٦٥ فرداً.



تسليم حقائب مدرسية للأيتام بمكة المكرمة ـ السعودية



١٨

# المساعدات المالية

٥,٩٦٨,٠٩٧ ريالاً سعودياً مساعدات مالية لـ ١٣,٦٦٦ فرداً يعيشون في ١٩ دولة.



صرف المساعدات المالية للفقراء والمعوزين ـ السعودية



١٩



# برنامج إفطار صائم

۱۰,۲۸۲,۰۹٥ ريالاً تكلفة أضـخم مشـروع لإفطار الصائمين في

۳۰ دولة.



توزيع السلال الغذائية للمحتاجين ـ السعودية



۲۰

# برنامج كبش العيد (الأضاحي)

٩٨,٧٠٨,٣٥٨,٤ ريالات تكلفة شـراء دون ذبح لحوم الأضـاحي لـ

٥٢١,٧٧٥ فرداً من خلال ٣١ مشروعاً في ٣١ دولة.



نيجيريا



أندونيسيا



٢١



# برنامج وجبة حاج

٥٧ ألـف وجبـة جافة لـ ٥٧ ألف حـاج ينتمـون إلى ١٠ دول بمبلغ
٢٠٥,٣٦١ ريالاً.





توزيع وجبات للحجاج للعام ١٤٢٩ هـ





وتأتي مشــاركة الهيئة ﻓﻲ تقديم وجبات الطعام للحجاج انطلاقًا
مـــن مبادئ الرفادة والاهتمام بضـيوف الرحمن واقتداء بسياسـة
المملكة العربية الســعودية حكومة وشعبًا التي لا تألو جهدا ﻓﻲ سبيل
راحة وخدمة ضيوف الرحمن ، وتسهيل أدائهم لمناسكهم.



توزيع لحوم الأضاحي للعام ١٤٢٩ هـ ـ أندونيسيا



٢٣



# برنامج التنمية البشرية

۲۱٬٦۰٦٬٥۱۲ ریـالاً لتأهیـل وتدریب ۲٬۱٥٦٬۲٥٦ فـرداً من خلال ۱۰٦ مشروعات في ۲۷ دولة.



قسم تقنية المعلومات بجامعة الملك فيصل التي تسيرها الهيئة بإنجمينا ـ تشاد



# الرعاية الصحية

٨,٦٠١,١٨٠ ريالاً لتسيير ٥٦ مشروعاً صحياً يراجعها ٣١٦,٦٥٥ مريضاً ومريضة في ٢٣ دولة.



مخيم جراحة العيون ـ بوركينا فاسو



حملة تطعيم ضد شلل الأطفال ـ تشاد



٢٥



# برنامج الرعاية التربوية

٧,٤٩٢,٧٨٢ ريالاً لتسيير ٣٠ مؤسسة تعليمية يدرس بها ٣١,٨٠٣ طلاب وطالبات في ٢٣ دولة.



معمل دراسي للغة العربية في المدارس الأولية بأديس أبابا ـ إثيوبيا



فصل دراسي مطور مجهز بالحاسب الآلي ـ باكستان



٢٦

# برنامج القرآن الكريم والدعوة

٣,٧٨٢,٦٠٢ م من الريالات لتشغيل ٣٧٧ مشروعاً دعوياً وإقامة ٣٨١ مركزاً وحلقة يدرس بها ٦٣,١٩٩ طالباً وطالبة ﰲ ٢٧ دولة.





حلقات تحفيظ القرآن الكريم ـ أفغانستان



٢٧



# عضوية الهيئة في المنظمات الدولية والإقليمية

تشارك **هيئة الإغاثة الإسلامية العالمية** في عضوية ١٩ مجلسًا ومنظمة ومبادرة ومنتدّى واتحادًا ومكتبًا وشبكة ولجنة، على المستويين الدولي والإقليمي، على النحو الآتي:

١ – عضو الهيئة التأسيسية للمجلس الإسلامي العالمي للدعوة والإغاثة (١٤٠٨ هـ – ١٩٨٨ م).

٢ – عضو هيئة الرئاسة للمجلس الإسلامي العالمي للدعوة والإغاثة (١٤٠٨ هـ – ١٩٨٨ م).

٣ – عضو في عدد من اللجان الدائمة بالمجلس الإسلامي العالمي للدعوة والإغاثة (لجنة التعليم والدعوة، لجنة المعلومات والمتابعة، لجنة الإعلام والنشر، لجنة الشباب، لجنة القدس وفلسطين، اللجنة الإسلامية



اتفاقية تعاون مع منظمة الصحة العالمية ـ القاهرة



العالمية للمرأة والطفل ولجنة أفريقيا ولجنة الفكر والتأصيل) وترأس
لجنة الإغاثة العامة بالمجلس منذ إنشائه عام ١٩٨٨ م.

٤ - عضو المجلس الاقتصادي والاجتماعي التابع للأمم المتحدة
ECOCOS (١٤١٥ هـ - ١٩٩٥ م).

٥ - عضو الجمعية العامة لمؤتمر المنظمات غير الحكومية CONGO
وعضو مجلس إدارته بالانتخاب في فترتين الأولى منذ عام (١٤٢٣ هـ
الموافق ٢٠٠٣ م) والثانية (١٤٢٨ هـ - ٢٠٠٧ م).

٦ - عضو مراقب في منظمة الهجرة العالمية IOM وأول هيئة إسلامية
تنال صفة العضوية في هذه المنظمة.



اتفاقية تعاون مع جميعة المتقاعدين بمكة المكرمة ـ السعودية





٧ - عضو مؤسس في اتحاد المنظمات الأهلية في العالم الإسلامي —
تركيا (١٤٢٦ هـ -٢٠٠٦ م).

٨ - عضو مؤسس في المكتب الدولي للجمعيات الخيرية والإنسانية —
فرنسا (١٤٢٨ هـ - ٢٠٠٧ م).

٩ - عضو مؤسس في اتحاد المنظمات العالمية لإغاثة العراق — تركيا
(١٤٢٨ هـ - ٢٠٠٧ م).

١٠ - عضو مؤسس في المنتدى الإنساني العالمي التابع لمنظمة المؤتمر
الإسلامي (١٤٢٩ هـ - ٢٠٠٨ م).



الأمين العام للهيئة يشارك في المؤتمر الثاني للمنظمات الإنسانية في الدول الأعضاء
بمنظمة المؤتمر الإسلامي



١١ – عضو الشبكة العربية للمنظمات الأهلية – مصر
(١٤٢٢ هـ – ٢٠٠٢ م).

١٢ – عضو المجلس العربي للطفولة والتنمية ـ مصر
(١٤٢٠ هـ – ٢٠٠٠م).

١٣ – عضو الشبكة العربية للمنظمات الخليجية – قطر
(١٤٢٥ هـ ٢٠٠٤ م).

١٤ – عضو لجنة تنسيق العمل الإسلامي المشترك في منظمة المؤتمر
الإسلامي (١٤١١ هـ ١٩٩٠ م).



الأمين العام للهيئة يتسلم قلادة من الحكومة اليمنية لدعم الهيئة المستمر للأيتام



٣١



١٥ - عضو مراقب في منظمة المؤتمر الإسلامي — المملكة العربية
السعودية (١٤٢٧ هـ - ٢٠٠٦ م).

١٦ - عضو مراقب في منظمة الدعوة الإسلامية — السودان
(١٤١٠ هـ - ١٩٨٩ م).



مؤتمر للمنظمات الإنسانية بطرابلس



# التعاون الدولي والشراكات

إلى جانب اتفاقيات الشراكة والتعاون الدولي التي عقدتها الهيئة سابقاً. وقعت بفضل الله تعالى خلال العامين الماضيين اتفاقيات جديدة .. منها:

١- الاتفاق مع وكالة الأمم المتحدة لغوث اللاجئين الفلسطينيين (أونروا): قدمت الهيئة بموجبه مليون دولار أمريكي دعماً للأنوروا في إيجاد فرص عمل لتشغيل ألف فرد فلسطيني عاطلين عن العمل.



اتفاقية شراكة مع منظمة الأمم المتحدة للأمومة والطفولة

(اليونسيف)



٣٣



٢ – التعاون مع منظمة اليونيسيف: خصصت الهيئة مليون ريال سعودي، دعماً لبرنامج الأمان الأسري الذي تنظمه اليونيسيف في السعودية، وتوج هذا التعاون بتوقيع اتفاق بين الهيئة والمنظمة خلال العام ١٤٢٩هـ / ٢٠٠٨م، ينص على التعاون بينهما في مجالات عدة، منها (الصحة، التعليم، الإغاثة، والتدريب.. وغيرها من المجالات).

٣ – اتفاقية التعاون مع منظمة الصحة العالمية في تنفيذ برامج صحية في كل من: أفغانستان، والأردن، وباكستان، والسودان، ومصر، والمغرب، وتونس، واليمن، إذ أسهمت الهيئة في تمويل تلك البرامج بمبلغ ١,٨٧٥,٠٠٠ ريال سعودي.



مشاركة الهيئة في معرض دبي الدولي للإغاثة والتطوير



٤ – التعاون مع الإتحاد العالمي للجمعيات الطبية الإسلامية، والإسهام في إعادة نعمة البصر إلى ٧٧٤ مريضاً ومريضة في سيريلانكا خلال العام ١٤٢٩هـ/٢٠٠٨م.

٥ – التعاون مع فريق طبي من جامعة الملك عبدالعزيز ومستشفى الملك فيصل التخصصي في جدة بإجراء ١٣٧ عملية قلب وقسطرة في المستشفى السعودي الألماني ومستشفى الثورة العام والمستشفى الكويتي في صنعاء، ولا يزال الفريق مستمراً في تنفيذ عمليات جراحية هناك،



صاحب السمو الملكي الأمير خالد الفيصل ـ أمير منطقة مكة المكرمة يطلع على جناح معرض الهيئة بجامعة أم القرى




ونفذت المرحلة الثانية من هذا البرنامج في سوريا مطلع شهر يناير ٢٠٠٩م.

٦ – التعاون مع الإتحاد العالمي للجمعيات الطبية الإسلامية في عمان، تحملت الهيئة من خلاله نفقات المعيشة والتدريب لـ ٢٠ طبيباً فلسطينياً أثناء دراستهم في الأردن.

٧ – التعاون مع منظمة الهجرة الدولية في تنفيذ عمليات إخلاء طبي لستة أطفال عراقيين، تم نقلهم من بلدهم إلى الأردن، لإجراء عمليات جراحية عاجلة لهم في القلب وزراعة القرنية، وتحملت الهيئة كلفة علاجهم بالكامل.



مشروع علاج الحالات المرضية من أبناء قطاع غزة





توزيع الإغاثة العاجلة في مخيم اللاجئين ـ بيشاور



كفالة أيتام بعد نجاتهم من فيضانات التسونامي ـ أندونيسيا







توزيع وجبات إفطار صائم بموبوتو ـ موزمبيق



توزيع مخصصات الأيتام ـ بجمهورية مصر العربية











# خــاتمــة . . .

نجاح الهيئة في تنفيذ جميع مشروعاتها وبرامجها الخيرية والإغاثية في جميع أنحاء العالم وفي داخل المملكة سيتحقق بتوفيق الله أولاً لعباده المخلصين، ومن ثم بالدعم الكبير الذي تحظى به هذه الهيئة من قيادة المملكة، حيث تستمد قوة دفعها وانطلاقتها من مباركة المليك المفدى وسمو ولي عهده وكبار المسؤولين في المملكة، ودعمهم لنشاطاتها ومشروعاتها، كما أن إسهامات الشعب السعودي الكريم السخية هي الركيزة الصلبة للهيئة في كل ما تحققه من إنجازات.

ومع مرور كل عام جديد تحث الهيئة الخطى  ولله الحمد وبوثبات عالية باتجاه تجويد أعمالها وتوسيع رقعة المنتفعين منها حيثما وجدوا لتبقى بعد الله عز وجل عوناً للمحتاجين والمكلومين حول العالم بتسخير منه وتوفيق وفضل.

فلله الحمد أولاً وآخراً، وله الشكر سراً وجهراً.



٤٠














www.iirosa.org