# EXHIBIT 12

## MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

OLIVER TWADDELL
Associate
Admitted in New York

JOHN ZEVITAS
Associate
Admitted in Massachusetts

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130

www.martinmcmahonlaw.com

CHRISTINE M. HILGEMAN
Of Counsel
Admitted in Virginia and the District of Columbia

JASON A. DZUBOW
Of Counsel
Admitted in District of Columbia and Maryland

ROBERT MANCE
Of Counsel
Admitted in District of Columbia and Maryland

11 April 2012

**VIA FACSIMILE**

**The Honorable Frank Maas**
United States District Court
For the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

Your Honor:

I wanted to bring to your attention a recent development regarding our representation of the Muslim World League (MWL) and International Islamic Relief Organization (IIRO). I have been advised that our clients intend to engage new counsel and that accordingly I will soon be withdrawing as counsel of record for these parties. As I understand it, the engagement is not yet finalized. As stated in the April 6 joint agenda letter, it is the Defendants' position that the Plaintiffs' request for a status report on document production at tomorrow's conference is premature, given that productions are not due to be completed until April 30, 2012 and that the parties should continue to meet and confer during that period. In addition, the transition of counsel for MWL and IIRO strongly supports an adjournment of tomorrow's hearing with respect to these parties. I have conferred with Mr. Carter concerning this request, and he advised that the Plaintiffs' wish for tomorrow's hearing as to MWL and IIRO go forward.

Respectfully submitted,

*[signature]*

Martin F. McMahon, Esq.