07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032169 MWL 032169 |
| | MWL 032170 MWL 032170 |
| | MWL 032171 MWL 032171 |
| | MWL 032172 MWL 032172 |
| | MWL 032173 MWL 032173 |
| | MWL 032174 MWL 032174 |
| | MWL 032175 MWL 032175 |
| | MWL 032176 MWL 032176 |
| | MWL 032177 MWL 032177 |
| | MWL 032178 MWL 032178 |
| | MWL 032179 MWL 032179 |
| | MWL 032180 MWL 032180 |
| | MWL 032181 MWL 032181 |
| | MWL 032182 MWL 032182 |
| | MWL 032183 MWL 032183 |
| | MWL 032184 MWL 032184 |
| | MWL 032185 MWL 032185 |
| | MWL 032186 MWL 032186 |
| | MWL 032187 MWL 032187 |
| | MWL 032188 MWL 032188 |
| | MWL 032189 MWL 032189 |
| | MWL 032190 MWL 032190 |
| | MWL 032191 MWL 032191 |
| | MWL 032192 MWL 032192 |
| | MWL 032193 MWL 032193 |
| | MWL 032194 MWL 032194 |
| | MWL 032195 MWL 032195 |
| | MWL 032196 MWL 032196 |
| | MWL 032197 MWL 032197 |
| | MWL 032198 MWL 032198 |
| | MWL 032199 MWL 032199 |
| | MWL 032200 MWL 032200 |

16

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032201 MWL 032201 |
| | MWL 032202 MWL 032202 |
| | MWL 032203 MWL 032203 |
| | MWL 032204 MWL 032204 |
| | MWL 032205 MWL 032205 |
| | MWL 032206 MWL 032206 |
| | MWL 032207 MWL 032207 |
| | MWL 032208 MWL 032208 |
| | MWL 032209 MWL 032209 |
| | MWL 032210 MWL 032210 |
| | MWL 032211 MWL 032211 |
| | MWL 032212 MWL 032212 |
| | MWL 032213 MWL 032213 |
| | MWL 032214 MWL 032214 |
| | MWL 032215 MWL 032215 |
| | MWL 032216 MWL 032216 |
| | MWL 032217 MWL 032217 |
| | MWL 032218 MWL 032218 |
| | MWL 032219 MWL 032219 |
| | MWL 032220 MWL 032220 |
| | MWL 032221 MWL 032221 |
| | MWL 032222 MWL 032222 |
| | MWL 032223 MWL 032223 |
| | MWL 032224 MWL 032224 |
| | MWL 032225 MWL 032225 |
| | MWL 032226 MWL 032226 |
| | MWL 032227 MWL 032227 |
| | MWL 032228 MWL 032228 |
| | MWL 032229 MWL 032229 |
| | MWL 032230 MWL 032230 |
| | MWL 032231 MWL 032231 |
| | MWL 032232 MWL 032232 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032233 MWL 032233 |
| | MWL 032234 MWL 032234 |
| | MWL 032235 MWL 032235 |
| | MWL 032236 MWL 032236 |
| | MWL 032237 MWL 032237 |
| | MWL 032238 MWL 032238 |
| | MWL 032239 MWL 032239 |
| | MWL 032240 MWL 032240 |
| | MWL 032241 MWL 032241 |
| | MWL 032242 MWL 032242 |
| | MWL 032243 MWL 032243 |
| | MWL 032244 MWL 032244 |
| | MWL 032245 MWL 032245 |
| | MWL 032246 MWL 032246 |
| | MWL 032247 MWL 032247 |
| | MWL 032248 MWL 032248 |
| | MWL 032249 MWL 032249 |
| | MWL 032250 MWL 032250 |
| | MWL 032251 MWL 032251 |
| | MWL 032252 MWL 032252 |
| | MWL 032253 MWL 032253 |
| | MWL 032254 MWL 032254 |
| | MWL 032255 MWL 032255 |
| | MWL 032256 MWL 032256 |
| | MWL 032257 MWL 032257 |
| | MWL 032258 MWL 032258 |
| | MWL 032259 MWL 032259 |
| | MWL 032260 MWL 032260 |
| | MWL 032261 MWL 032261 |
| | MWL 032262 MWL 032262 |
| | MWL 032263 MWL 032263 |
| | MWL 032264 MWL 032264 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032265 MWL 032265 |
| | MWL 032266 MWL 032266 |
| | MWL 032267 MWL 032267 |
| | MWL 032268 MWL 032268 |
| | MWL 032269 MWL 032269 |
| | MWL 032270 MWL 032270 |
| | MWL 032271 MWL 032271 |
| | MWL 032272 MWL 032272 |
| | MWL 032273 MWL 032273 |
| | MWL 032274 MWL 032274 |
| | MWL 032275 MWL 032275 |
| | MWL 032276 MWL 032276 |
| | MWL 032277 MWL 032277 |
| | MWL 032278 MWL 032278 |
| | MWL 032279 MWL 032279 |
| | MWL 032280 MWL 032280 |
| | MWL 032281 MWL 032281 |
| | MWL 032282 MWL 032282 |
| | MWL 032283 MWL 032283 |
| | MWL 032284 MWL 032284 |
| | MWL 032285 MWL 032285 |
| | MWL 032286 MWL 032286 |
| | MWL 032287 MWL 032287 |
| | MWL 032288 MWL 032288 |
| | MWL 032289 MWL 032289 |
| | MWL 032290 MWL 032290 |
| | MWL 032291 MWL 032291 |
| | MWL 032292 MWL 032292 |
| | MWL 032293 MWL 032293 |
| | MWL 032294 MWL 032294 |
| | MWL 032295 MWL 032295 |
| | MWL 032296 MWL 032296 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032297 MWL 032297 |
| | MWL 032298 MWL 032298 |
| | MWL 032299 MWL 032299 |
| | MWL 032300 MWL 032300 |
| | MWL 032301 MWL 032301 |
| | MWL 032302 MWL 032302 |
| | MWL 032303 MWL 032303 |
| | MWL 032304 MWL 032304 |
| | MWL 032312 MWL 032312 |
| | MWL 032313 MWL 032313 |
| | MWL 032314 MWL 032314 |
| | MWL 032315 MWL 032315 |
| | MWL 032319 MWL 032319 |
| | MWL 032324 MWL 032324 |
| | MWL 032325 MWL 032325 |
| | MWL 032326 MWL 032326 |
| | MWL 032327 MWL 032327 |
| | MWL 032328 MWL 032328 |
| | MWL 032329 MWL 032329 |
| | MWL 032331 MWL 032331 |
| | MWL 032332 MWL 032332 |
| | MWL 032334 MWL 032334 |
| | MWL 032335 MWL 032335 |
| | MWL 032336 MWL 032336 |
| | MWL 032337 MWL 032337 |
| | MWL 032338 MWL 032338 |
| | MWL 032339 MWL 032339 |
| | MWL 032340 MWL 032340 |
| | MWL 032341 MWL 032341 |
| | MWL 032343 MWL 032343 |
| | MWL 032344 MWL 032344 |
| | MWL 032345 MWL 032345 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032346 MWL 032346 |
| | MWL 032347 MWL 032347 |
| | MWL 032348 MWL 032348 |
| | MWL 032349 MWL 032349 |
| | MWL 032350 MWL 032350 |
| | MWL 032353 MWL 032353 |
| | MWL 032354 MWL 032354 |
| | MWL 032355 MWL 032355 |
| | MWL 032356 MWL 032356 |
| | MWL 032361 MWL 032361 |
| | MWL 032362 MWL 032362 |
| | MWL 032365 MWL 032365 |
| | MWL 032366 MWL 032366 |
| | MWL 032368 MWL 032368 |
| | MWL 032369 MWL 032369 |
| | MWL 032370 MWL 032370 |
| | MWL 032371 MWL 032371 |
| | MWL 032372 MWL 032372 |
| | MWL 032373 MWL 032373 |
| | MWL 032374 MWL 032374 |
| | MWL 032375 MWL 032375 |
| | MWL 032376 MWL 032376 |
| | MWL 032377 MWL 032377 |
| | MWL 032378 MWL 032378 |
| | MWL 032379 MWL 032379 |
| | MWL 032380 MWL 032380 |
| | MWL 032381 MWL 032381 |
| | MWL 032382 MWL 032382 |
| | MWL 032383 MWL 032383 |
| | MWL 032384 MWL 032384 |
| | MWL 032385 MWL 032385 |
| | MWL 032387 MWL 032387 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032388 MWL 032388 |
| | MWL 032390 MWL 032390 |
| | MWL 032391 MWL 032391 |
| | MWL 032393 MWL 032393 |
| | MWL 032394 MWL 032394 |
| | MWL 032395 MWL 032395 |
| | MWL 032396 MWL 032396 |
| | MWL 032397 MWL 032397 |
| | MWL 032398 MWL 032398 |
| | MWL 032399 MWL 032399 |
| | MWL 032400 MWL 032400 |
| | MWL 032401 MWL 032401 |
| | MWL 032402 MWL 032402 |
| | MWL 032403 MWL 032403 |
| | MWL 032404 MWL 032404 |
| | MWL 032405 MWL 032405 |
| | MWL 032406 MWL 032406 |
| | MWL 032407 MWL 032407 |
| | MWL 032408 MWL 032408 |
| | MWL 032409 MWL 032409 |
| | MWL 032410 MWL 032410 |
| | MWL 032411 MWL 032411 |
| | MWL 032412 MWL 032412 |
| | MWL 032413 MWL 032413 |
| | MWL 032414 MWL 032414 |
| | MWL 032415 MWL 032415 |
| | MWL 032416 MWL 032416 |
| | MWL 032417 MWL 032417 |
| | MWL 032418 MWL 032418 |
| | MWL 032419 MWL 032419 |
| | MWL 032420 MWL 032420 |
| | MWL 032421 MWL 032421 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032422 MWL 032422 |
| | MWL 032423 MWL 032423 |
| | MWL 032424 MWL 032424 |
| | MWL 032425 MWL 032425 |
| | MWL 032426 MWL 032426 |
| | MWL 032427 MWL 032427 |
| | MWL 032428 MWL 032428 |
| | MWL 032429 MWL 032429 |
| | MWL 032430 MWL 032430 |
| | MWL 032431 MWL 032431 |
| | MWL 032432 MWL 032432 |
| | MWL 032433 MWL 032433 |
| | MWL 032434 MWL 032434 |
| | MWL 032435 MWL 032435 |
| | MWL 032436 MWL 032436 |
| | MWL 032437 MWL 032437 |
| | MWL 032438 MWL 032438 |
| | MWL 032439 MWL 032439 |
| | MWL 032440 MWL 032440 |
| | MWL 032441 MWL 032441 |
| | MWL 032442 MWL 032442 |
| | MWL 032443 MWL 032443 |
| | MWL 032444 MWL 032444 |
| | MWL 032445 MWL 032445 |
| | MWL 032446 MWL 032446 |
| | MWL 032447 MWL 032447 |
| | MWL 032448 MWL 032448 |
| | MWL 032449 MWL 032449 |
| | MWL 032450 MWL 032450 |
| | MWL 032451 MWL 032451 |
| | MWL 032452 MWL 032452 |
| | MWL 032453 MWL 032453 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032454 MWL 032454 |
| | MWL 032456 MWL 032456 |
| | MWL 032458 MWL 032458 |
| | MWL 032477 MWL 032477 |
| | MWL 032478 MWL 032478 |
| | MWL 032479 MWL 032479 |
| | MWL 032480 MWL 032480 |
| | MWL 032482 MWL 032482 |
| | MWL 032483 MWL 032483 |
| | MWL 032484 MWL 032484 |
| | MWL 032485 MWL 032485 |
| | MWL 032486 MWL 032486 |
| | MWL 032487 MWL 032487 |
| | MWL 032488 MWL 032488 |
| | MWL 032489 MWL 032489 |
| | MWL 032490 MWL 032490 |
| | MWL 032491 MWL 032491 |
| | MWL 032492 MWL 032492 |
| | MWL 032493 MWL 032493 |
| | MWL 032494 MWL 032494 |
| | MWL 032495 MWL 032495 |
| | MWL 032496 MWL 032496 |
| | MWL 032497 MWL 032497 |
| | MWL 032498 MWL 032498 |
| | MWL 032499 MWL 032499 |
| | MWL 032500 MWL 032500 |
| | MWL 032501 MWL 032501 |
| | MWL 032502 MWL 032502 |
| | MWL 032503 MWL 032503 |
| | MWL 032504 MWL 032504 |
| | MWL 032505 MWL 032505 |
| | MWL 032506 MWL 032506 |

24

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032507 MWL 032507 |
| | MWL 032508 MWL 032508 |
| | MWL 032509 MWL 032509 |
| | MWL 032510 MWL 032510 |
| | MWL 032511 MWL 032511 |
| | MWL 032512 MWL 032512 |
| | MWL 032513 MWL 032513 |
| | MWL 032514 MWL 032514 |
| | MWL 032515 MWL 032515 |
| | MWL 032516 MWL 032516 |
| | MWL 032517 MWL 032517 |
| | MWL 032518 MWL 032518 |
| | MWL 032519 MWL 032519 |
| | MWL 032520 MWL 032520 |
| | MWL 032521 MWL 032521 |
| | MWL 032522 MWL 032522 |
| | MWL 032523 MWL 032523 |
| | MWL 032524 MWL 032524 |
| | MWL 032525 MWL 032525 |
| | MWL 032526 MWL 032526 |
| | MWL 032527 MWL 032527 |
| | MWL 032528 MWL 032528 |
| | MWL 032529 MWL 032529 |
| | MWL 032530 MWL 032530 |
| | MWL 032531 MWL 032531 |
| | MWL 032532 MWL 032532 |
| | MWL 032533 MWL 032533 |
| | MWL 032534 MWL 032534 |
| | MWL 032535 MWL 032535 |
| | MWL 032536 MWL 032536 |
| | MWL 032537 MWL 032537 |
| | MWL 032538 MWL 032538 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032539 MWL 032539 |
| | MWL 032540 MWL 032540 |
| | MWL 032541 MWL 032541 |
| | MWL 032542 MWL 032542 |
| | MWL 032543 MWL 032543 |
| | MWL 032544 MWL 032544 |
| | MWL 032545 MWL 032545 |
| | MWL 032546 MWL 032546 |
| | MWL 032547 MWL 032547 |
| | MWL 032548 MWL 032548 |
| | MWL 032549 MWL 032549 |
| | MWL 032550 MWL 032550 |
| | MWL 032551 MWL 032551 |
| | MWL 032552 MWL 032552 |
| | MWL 032553 MWL 032553 |
| | MWL 032554 MWL 032554 |
| | MWL 032555 MWL 032555 |
| | MWL 032556 MWL 032556 |
| | MWL 032557 MWL 032557 |
| | MWL 032558 MWL 032558 |
| | MWL 032559 MWL 032559 |
| | MWL 032560 MWL 032560 |
| | MWL 032561 MWL 032561 |
| | MWL 032562 MWL 032562 |
| | MWL 032563 MWL 032563 |
| | MWL 032564 MWL 032564 |
| | MWL 032565 MWL 032565 |
| | MWL 032566 MWL 032566 |
| | MWL 032567 MWL 032567 |
| | MWL 032568 MWL 032568 |
| | MWL 032569 MWL 032569 |
| | MWL 032570 MWL 032570 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032571 MWL 032571 |
| | MWL 032572 MWL 032572 |
| | MWL 032573 MWL 032573 |
| | MWL 032574 MWL 032574 |
| | MWL 032575 MWL 032575 |
| | MWL 032576 MWL 032576 |
| | MWL 032577 MWL 032577 |
| | MWL 032578 MWL 032578 |
| | MWL 032579 MWL 032579 |
| | MWL 032580 MWL 032580 |
| | MWL 032581 MWL 032581 |
| | MWL 032582 MWL 032582 |
| | MWL 032583 MWL 032583 |
| | MWL 032584 MWL 032584 |
| | MWL 032585 MWL 032585 |
| | MWL 032586 MWL 032586 |
| | MWL 032587 MWL 032587 |
| | MWL 032588 MWL 032588 |
| | MWL 032589 MWL 032589 |
| | MWL 032590 MWL 032590 |
| | MWL 032591 MWL 032591 |
| | MWL 032592 MWL 032592 |
| | MWL 032593 MWL 032593 |
| | MWL 032594 MWL 032594 |
| | MWL 032595 MWL 032595 |
| | MWL 032596 MWL 032596 |
| | MWL 032597 MWL 032597 |
| | MWL 032598 MWL 032598 |
| | MWL 032599 MWL 032599 |
| | MWL 032600 MWL 032600 |
| | MWL 032601 MWL 032601 |
| | MWL 032602 MWL 032602 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032603 MWL 032603 |
| | MWL 032604 MWL 032604 |
| | MWL 032605 MWL 032605 |
| | MWL 032606 MWL 032606 |
| | MWL 032607 MWL 032607 |
| | MWL 032608 MWL 032608 |
| | MWL 032609 MWL 032609 |
| | MWL 032610 MWL 032610 |
| | MWL 032611 MWL 032611 |
| | MWL 032612 MWL 032612 |
| | MWL 032613 MWL 032613 |
| | MWL 032614 MWL 032614 |
| | MWL 032615 MWL 032615 |
| | MWL 032616 MWL 032616 |
| | MWL 032617 MWL 032617 |
| | MWL 032618 MWL 032618 |
| | MWL 032619 MWL 032619 |
| | MWL 032620 MWL 032620 |
| | MWL 032621 MWL 032621 |
| | MWL 032622 MWL 032622 |
| | MWL 032623 MWL 032623 |
| | MWL 032624 MWL 032624 |
| | MWL 032625 MWL 032625 |
| | MWL 032626 MWL 032626 |
| | MWL 032627 MWL 032627 |
| | MWL 032628 MWL 032628 |
| | MWL 032629 MWL 032629 |
| | MWL 032630 MWL 032630 |
| | MWL 032631 MWL 032631 |
| | MWL 032632 MWL 032632 |
| | MWL 032633 MWL 032633 |
| | MWL 032634 MWL 032634 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032635 MWL 032635 |
| | MWL 032636 MWL 032636 |
| | MWL 032637 MWL 032637 |
| | MWL 032638 MWL 032638 |
| | MWL 032639 MWL 032639 |
| | MWL 032640 MWL 032640 |
| | MWL 032641 MWL 032641 |
| | MWL 032642 MWL 032642 |
| | MWL 032643 MWL 032643 |
| | MWL 032644 MWL 032644 |
| | MWL 032645 MWL 032645 |
| | MWL 032646 MWL 032646 |
| | MWL 032647 MWL 032647 |
| | MWL 032648 MWL 032648 |
| | MWL 032649 MWL 032649 |
| | MWL 032650 MWL 032650 |
| | MWL 032651 MWL 032651 |
| | MWL 032652 MWL 032652 |
| | MWL 032653 MWL 032653 |
| | MWL 032654 MWL 032654 |
| | MWL 032655 MWL 032655 |
| | MWL 032656 MWL 032656 |
| | MWL 032658 MWL 032658 |
| | MWL 032659 MWL 032659 |
| | MWL 032660 MWL 032660 |
| | MWL 032661 MWL 032661 |
| | MWL 032662 MWL 032662 |
| | MWL 032663 MWL 032663 |
| | MWL 032664 MWL 032664 |
| | MWL 032665 MWL 032665 |
| | MWL 032666 MWL 032666 |
| | MWL 032667 MWL 032667 |

29

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032668 MWL 032668 |
| | MWL 032669 MWL 032669 |
| | MWL 032670 MWL 032670 |
| | MWL 032671 MWL 032671 |
| | MWL 032672 MWL 032672 |
| | MWL 032673 MWL 032673 |
| | MWL 032674 MWL 032674 |
| | MWL 032675 MWL 032675 |
| | MWL 032676 MWL 032676 |
| | MWL 032677 MWL 032677 |
| | MWL 032678 MWL 032678 |
| | MWL 032679 MWL 032679 |
| | MWL 032680 MWL 032680 |
| | MWL 032681 MWL 032681 |
| | MWL 032682 MWL 032682 |
| | MWL 032683 MWL 032683 |
| | MWL 032684 MWL 032684 |
| | MWL 032685 MWL 032685 |
| | MWL 032686 MWL 032686 |
| | MWL 032687 MWL 032687 |
| | MWL 032688 MWL 032688 |
| | MWL 032689 MWL 032689 |
| | MWL 032690 MWL 032690 |
| | MWL 032691 MWL 032691 |
| | MWL 032692 MWL 032692 |
| | MWL 032693 MWL 032693 |
| | MWL 032697 MWL 032697 |
| | MWL 032699 MWL 032699 |
| | MWL 032701 MWL 032701 |
| | MWL 032702 MWL 032702 |
| | MWL 032703 MWL 032703 |
| | MWL 032704 MWL 032704 |

30

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032705 MWL 032705 |
| | MWL 032706 MWL 032706 |
| | MWL 032708 MWL 032708 |
| | MWL 032710 MWL 032710 |
| | MWL 032712 MWL 032712 |
| | MWL 032716 MWL 032716 |
| | MWL 032717 MWL 032717 |
| | MWL 032719 MWL 032719 |
| | MWL 032720 MWL 032720 |
| | MWL 032721 MWL 032721 |
| | MWL 032726 MWL 032726 |
| | MWL 032727 MWL 032727 |
| | MWL 032728 MWL 032728 |
| | MWL 032729 MWL 032729 |
| | MWL 032734 MWL 032734 |
| | MWL 032738 MWL 032738 |
| | MWL 032747 MWL 032747 |
| | MWL 032750 MWL 032750 |
| | MWL 032751 MWL 032751 |
| | MWL 032754 MWL 032754 |
| | MWL 032755 MWL 032755 |
| | MWL 032756 MWL 032756 |
| | MWL 032757 MWL 032757 |
| | MWL 032758 MWL 032758 |
| | MWL 032759 MWL 032759 |
| | MWL 032761 MWL 032761 |
| | MWL 032762 MWL 032762 |
| | MWL 032763 MWL 032763 |
| | MWL 032764 MWL 032764 |
| | MWL 032765 MWL 032765 |
| | MWL 032766 MWL 032766 |
| | MWL 032767 MWL 032767 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
| --- | --- |
| | MWL 032768 MWL 032768 |
| | MWL 032769 MWL 032769 |
| | MWL 032770 MWL 032770 |
| | MWL 032771 MWL 032771 |
| | MWL 032772 MWL 032772 |
| | MWL 032801 MWL 032801 |
| | MWL 032811 MWL 032811 |
| | MWL 032812 MWL 032812 |
| | MWL 032813 MWL 032813 |
| | MWL 032814 MWL 032814 |
| | MWL 032815 MWL 032815 |
| | MWL 032816 MWL 032816 |
| | MWL 032817 MWL 032817 |
| | MWL 032818 MWL 032818 |
| | MWL 032819 MWL 032819 |
| | MWL 032820 MWL 032820 |
| | MWL 032821 MWL 032821 |
| | MWL 032822 MWL 032822 |
| | MWL 032823 MWL 032823 |
| | MWL 032824 MWL 032824 |
| | MWL 032825 MWL 032825 |
| | MWL 032826 MWL 032826 |
| | MWL 032827 MWL 032827 |
| | MWL 032828 MWL 032828 |
| | MWL 032829 MWL 032829 |
| | MWL 032830 MWL 032830 |
| | MWL 032831 MWL 032831 |
| | MWL 032832 MWL 032832 |
| | MWL 032833 MWL 032833 |
| | MWL 032834 MWL 032834 |
| | MWL 032835 MWL 032835 |
| | MWL 032836 MWL 032836 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032837 MWL 032837 |
| | MWL 032838 MWL 032838 |
| | MWL 032839 MWL 032839 |
| | MWL 032840 MWL 032840 |
| | MWL 032841 MWL 032841 |
| | MWL 032842 MWL 032842 |
| | MWL 032843 MWL 032843 |
| | MWL 032844 MWL 032844 |
| | MWL 032846 MWL 032846 |
| | MWL 032847 MWL 032847 |
| | MWL 032848 MWL 032848 |
| | MWL 032849 MWL 032849 |
| | MWL 032850 MWL 032850 |
| | MWL 032851 MWL 032851 |
| | MWL 032852 MWL 032852 |
| | MWL 032855 MWL 032855 |
| | MWL 032856 MWL 032856 |
| | MWL 032857 MWL 032857 |
| | MWL 032858 MWL 032858 |
| | MWL 032859 MWL 032859 |
| | MWL 032860 MWL 032860 |
| | MWL 032861 MWL 032861 |
| | MWL 032862 MWL 032862 |
| | MWL 032863 MWL 032863 |
| | MWL 032864 MWL 032864 |
| | MWL 032865 MWL 032865 |
| | MWL 032866 MWL 032866 |
| | MWL 032867 MWL 032867 |
| | MWL 032868 MWL 032868 |
| | MWL 032869 MWL 032869 |
| | MWL 032870 MWL 032870 |
| | MWL 032871 MWL 032871 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032872 MWL 032872 |
| | MWL 032873 MWL 032873 |
| | MWL 032874 MWL 032874 |
| | MWL 032875 MWL 032875 |
| | MWL 032876 MWL 032876 |
| | MWL 032877 MWL 032877 |
| | MWL 032878 MWL 032878 |
| | MWL 032879 MWL 032879 |
| | MWL 032880 MWL 032880 |
| | MWL 032881 MWL 032881 |
| | MWL 032882 MWL 032882 |
| | MWL 032883 MWL 032883 |
| | MWL 032884 MWL 032884 |
| | MWL 032885 MWL 032885 |
| | MWL 032886 MWL 032886 |
| | MWL 032887 MWL 032887 |
| | MWL 032888 MWL 032888 |
| | MWL 032889 MWL 032889 |
| | MWL 032890 MWL 032890 |
| | MWL 032891 MWL 032891 |
| | MWL 032892 MWL 032892 |
| | MWL 032893 MWL 032893 |
| | MWL 032894 MWL 032894 |
| | MWL 032895 MWL 032895 |
| | MWL 032896 MWL 032896 |
| | MWL 032897 MWL 032897 |
| | MWL 032898 MWL 032898 |
| | MWL 032899 MWL 032899 |
| | MWL 032900 MWL 032900 |
| | MWL 032901 MWL 032901 |
| | MWL 032902 MWL 032902 |
| | MWL 032903 MWL 032903 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032904 MWL 032904 |
| | MWL 032905 MWL 032905 |
| | MWL 032906 MWL 032906 |
| | MWL 032907 MWL 032907 |
| | MWL 032908 MWL 032908 |
| | MWL 032909 MWL 032909 |
| | MWL 032910 MWL 032910 |
| | MWL 032911 MWL 032911 |
| | MWL 032912 MWL 032912 |
| | MWL 032913 MWL 032913 |
| | MWL 032914 MWL 032914 |
| | MWL 032915 MWL 032915 |
| | MWL 032916 MWL 032916 |
| | MWL 032917 MWL 032917 |
| | MWL 032918 MWL 032918 |
| | MWL 032919 MWL 032919 |
| | MWL 032920 MWL 032920 |
| | MWL 032921 MWL 032921 |
| | MWL 032922 MWL 032922 |
| | MWL 032923 MWL 032923 |
| | MWL 032924 MWL 032924 |
| | MWL 032925 MWL 032925 |
| | MWL 032926 MWL 032926 |
| | MWL 032927 MWL 032927 |
| | MWL 032928 MWL 032928 |
| | MWL 032929 MWL 032929 |
| | MWL 032930 MWL 032930 |
| | MWL 032931 MWL 032931 |
| | MWL 032932 MWL 032932 |
| | MWL 032933 MWL 032933 |
| | MWL 032934 MWL 032934 |
| | MWL 032935 MWL 032935 |

35

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032936 MWL 032936 |
| | MWL 032937 MWL 032937 |
| | MWL 032938 MWL 032938 |
| | MWL 032939 MWL 032939 |
| | MWL 032940 MWL 032940 |
| | MWL 032941 MWL 032941 |
| | MWL 032942 MWL 032942 |
| | MWL 032943 MWL 032943 |
| | MWL 032944 MWL 032944 |
| | MWL 032945 MWL 032945 |
| | MWL 032946 MWL 032946 |
| | MWL 032947 MWL 032947 |
| | MWL 032948 MWL 032948 |
| | MWL 032949 MWL 032949 |
| | MWL 032950 MWL 032950 |
| | MWL 032951 MWL 032951 |
| | MWL 032952 MWL 032952 |
| | MWL 032953 MWL 032953 |
| | MWL 032954 MWL 032954 |
| | MWL 032955 MWL 032955 |
| | MWL 032956 MWL 032956 |
| | MWL 032957 MWL 032957 |
| | MWL 032958 MWL 032958 |
| | MWL 032959 MWL 032959 |
| | MWL 032960 MWL 032960 |
| | MWL 032961 MWL 032961 |
| | MWL 032962 MWL 032962 |
| | MWL 032963 MWL 032963 |
| | MWL 032964 MWL 032964 |
| | MWL 032965 MWL 032965 |
| | MWL 032966 MWL 032966 |
| | MWL 032967 MWL 032967 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
| --- | --- |
| | MWL 032968 MWL 032968 |
| | MWL 032969 MWL 032969 |
| | MWL 032970 MWL 032970 |
| | MWL 032971 MWL 032971 |
| | MWL 032972 MWL 032972 |
| | MWL 032973 MWL 032973 |
| | MWL 032974 MWL 032974 |
| | MWL 032975 MWL 032975 |
| | MWL 032976 MWL 032976 |
| | MWL 032977 MWL 032977 |
| | MWL 032980 MWL 032980 |
| | MWL 032981 MWL 032981 |
| | MWL 032982 MWL 032982 |
| | MWL 032983 MWL 032983 |
| | MWL 032984 MWL 032984 |
| | MWL 032985 MWL 032985 |
| | MWL 032986 MWL 032986 |
| | MWL 032987 MWL 032987 |
| | MWL 032988 MWL 032988 |
| | MWL 032989 MWL 032989 |
| | MWL 032990 MWL 032990 |
| | MWL 032991 MWL 032991 |
| | MWL 032992 MWL 032992 |
| | MWL 032993 MWL 032993 |
| | MWL 032994 MWL 032994 |
| | MWL 033009 MWL 033009 |
| | MWL 033010 MWL 033010 |
| | MWL 033011 MWL 033011 |
| | MWL 033012 MWL 033012 |
| | MWL 033013 MWL 033013 |
| | MWL 033014 MWL 033014 |
| | MWL 033015 MWL 033015 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033016 MWL 033016 |
| | MWL 033017 MWL 033017 |
| | MWL 033018 MWL 033018 |
| | MWL 033020 MWL 033020 |
| | MWL 033021 MWL 033021 |
| | MWL 033022 MWL 033022 |
| | MWL 033023 MWL 033023 |
| | MWL 033024 MWL 033024 |
| | MWL 033025 MWL 033025 |
| | MWL 033026 MWL 033026 |
| | MWL 033027 MWL 033027 |
| | MWL 033028 MWL 033028 |
| | MWL 033029 MWL 033029 |
| | MWL 033030 MWL 033030 |
| | MWL 033031 MWL 033031 |
| | MWL 033063 MWL 033063 |
| | MWL 033067 MWL 033067 |
| | MWL 033068 MWL 033068 |
| | MWL 033069 MWL 033069 |
| | MWL 033070 MWL 033070 |
| | MWL 033071 MWL 033071 |
| | MWL 033072 MWL 033072 |
| | MWL 033073 MWL 033073 |
| | MWL 033074 MWL 033074 |
| | MWL 033075 MWL 033075 |
| | MWL 033076 MWL 033076 |
| | MWL 033077 MWL 033077 |
| | MWL 033078 MWL 033078 |
| | MWL 033079 MWL 033079 |
| | MWL 033080 MWL 033080 |
| | MWL 033081 MWL 033081 |
| | MWL 033082 MWL 033082 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033083 MWL 033083 |
| | MWL 033084 MWL 033084 |
| | MWL 033085 MWL 033085 |
| | MWL 033086 MWL 033086 |
| | MWL 033087 MWL 033087 |
| | MWL 033089 MWL 033089 |
| | MWL 033090 MWL 033090 |
| | MWL 033091 MWL 033091 |
| | MWL 033092 MWL 033092 |
| | MWL 033093 MWL 033093 |
| | MWL 033094 MWL 033094 |
| | MWL 033095 MWL 033095 |
| | MWL 033096 MWL 033096 |
| | MWL 033097 MWL 033097 |
| | MWL 033098 MWL 033098 |
| | MWL 033099 MWL 033099 |
| | MWL 033100 MWL 033100 |
| | MWL 033101 MWL 033101 |
| | MWL 033102 MWL 033102 |
| | MWL 033103 MWL 033103 |
| | MWL 033104 MWL 033104 |
| | MWL 033105 MWL 033105 |
| | MWL 033106 MWL 033106 |
| | MWL 033107 MWL 033107 |
| | MWL 033108 MWL 033108 |
| | MWL 033109 MWL 033109 |
| | MWL 033110 MWL 033110 |
| | MWL 033111 MWL 033111 |
| | MWL 033112 MWL 033112 |
| | MWL 033113 MWL 033113 |
| | MWL 033114 MWL 033114 |
| | MWL 033115 MWL 033115 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033116 MWL 033116 |
| | MWL 033117 MWL 033117 |
| | MWL 033118 MWL 033118 |
| | MWL 033127 MWL 033127 |
| | MWL 033128 MWL 033128 |
| | MWL 033129 MWL 033129 |
| | MWL 033130 MWL 033130 |
| | MWL 033131 MWL 033131 |
| | MWL 033132 MWL 033132 |
| | MWL 033133 MWL 033133 |
| | MWL 033134 MWL 033134 |
| | MWL 033135 MWL 033135 |
| | MWL 033136 MWL 033136 |
| | MWL 033137 MWL 033137 |
| | MWL 033138 MWL 033138 |
| | MWL 033139 MWL 033139 |
| | MWL 033140 MWL 033140 |
| | MWL 033141 MWL 033141 |
| | MWL 033142 MWL 033142 |
| | MWL 033143 MWL 033143 |
| | MWL 033144 MWL 033144 |
| | MWL 033146 MWL 033146 |
| | MWL 033153 MWL 033153 |
| | MWL 033154 MWL 033154 |
| | MWL 033156 MWL 033156 |
| | MWL 033157 MWL 033157 |
| | MWL 033159 MWL 033159 |
| | MWL 033160 MWL 033160 |
| | MWL 033161 MWL 033161 |
| | MWL 033162 MWL 033162 |
| | MWL 033163 MWL 033163 |
| | MWL 033164 MWL 033164 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033165 MWL 033165 |
| | MWL 033166 MWL 033166 |
| | MWL 033167 MWL 033167 |
| | MWL 033168 MWL 033168 |
| | MWL 033169 MWL 033169 |
| | MWL 033170 MWL 033170 |
| | MWL 033171 MWL 033171 |
| | MWL 033172 MWL 033172 |
| | MWL 033176 MWL 033176 |
| | MWL 033179 MWL 033179 |
| | MWL 033181 MWL 033181 |
| | MWL 033182 MWL 033182 |
| | MWL 033183 MWL 033183 |
| | MWL 033184 MWL 033184 |
| | MWL 033188 MWL 033188 |
| | MWL 033189 MWL 033189 |
| | MWL 033191 MWL 033191 |
| | MWL 033192 MWL 033192 |
| | MWL 033193 MWL 033193 |
| | MWL 033195 MWL 033195 |
| | MWL 033196 MWL 033196 |
| | MWL 033198 MWL 033198 |
| | MWL 033199 MWL 033199 |
| | MWL 033201 MWL 033201 |
| | MWL 033202 MWL 033202 |
| | MWL 033203 MWL 033203 |
| | MWL 033205 MWL 033205 |
| | MWL 033206 MWL 033206 |
| | MWL 033207 MWL 033207 |
| | MWL 033211 MWL 033211 |
| | MWL 033212 MWL 033212 |
| | MWL 033213 MWL 033213 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033214 MWL 033214 |
| | MWL 033215 MWL 033215 |
| | MWL 033216 MWL 033216 |
| | MWL 033217 MWL 033217 |
| | MWL 033218 MWL 033218 |
| | MWL 033219 MWL 033219 |
| | MWL 033220 MWL 033220 |
| | MWL 033221 MWL 033221 |
| | MWL 033225 MWL 033225 |
| | MWL 033226 MWL 033226 |
| | MWL 033227 MWL 033227 |
| | MWL 033228 MWL 033228 |
| | MWL 033229 MWL 033229 |
| | MWL 033231 MWL 033231 |
| | MWL 033232 MWL 033232 |
| | MWL 033233 MWL 033233 |
| | MWL 033235 MWL 033235 |
| | MWL 033236 MWL 033236 |
| | MWL 033237 MWL 033237 |
| | MWL 033238 MWL 033238 |
| | MWL 033240 MWL 033240 |
| | MWL 033241 MWL 033241 |
| | MWL 033242 MWL 033242 |
| | MWL 033243 MWL 033243 |
| | MWL 033244 MWL 033244 |
| | MWL 033246 MWL 033246 |
| | MWL 033247 MWL 033247 |
| | MWL 033248 MWL 033248 |
| | MWL 033250 MWL 033250 |
| | MWL 033255 MWL 033255 |
| | MWL 033259 MWL 033259 |
| | MWL 033260 MWL 033260 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033261 MWL 033261 |
| | MWL 033262 MWL 033262 |
| | MWL 033263 MWL 033263 |
| | MWL 033264 MWL 033264 |
| | MWL 033267 MWL 033267 |
| | MWL 033268 MWL 033268 |
| | MWL 033269 MWL 033269 |
| | MWL 033270 MWL 033270 |
| | MWL 033272 MWL 033272 |
| | MWL 033273 MWL 033273 |
| | MWL 033279 MWL 033279 |
| | MWL 033280 MWL 033280 |
| | MWL 033282 MWL 033282 |
| | MWL 033283 MWL 033283 |
| | MWL 033284 MWL 033284 |
| | MWL 033285 MWL 033285 |
| | MWL 033287 MWL 033287 |
| | MWL 033290 MWL 033290 |
| | MWL 033292 MWL 033292 |
| | MWL 033293 MWL 033293 |
| | MWL 033295 MWL 033295 |
| | MWL 033299 MWL 033299 |
| | MWL 033303 MWL 033303 |
| | MWL 033304 MWL 033304 |
| | MWL 033310 MWL 033310 |
| | MWL 033313 MWL 033313 |
| | MWL 033315 MWL 033315 |
| | MWL 033316 MWL 033316 |
| | MWL 033317 MWL 033317 |
| | MWL 033321 MWL 033321 |
| | MWL 033325 MWL 033325 |
| | MWL 033327 MWL 033327 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033328 MWL 033328 |
| | MWL 033331 MWL 033331 |
| | MWL 033333 MWL 033333 |
| | MWL 033334 MWL 033334 |
| | MWL 033335 MWL 033335 |
| | MWL 033336 MWL 033336 |
| | MWL 033337 MWL 033337 |
| | MWL 033338 MWL 033338 |
| | MWL 033339 MWL 033339 |
| | MWL 033340 MWL 033340 |
| | MWL 033341 MWL 033341 |
| | MWL 033342 MWL 033342 |
| | MWL 033343 MWL 033343 |
| | MWL 033344 MWL 033344 |
| | MWL 033345 MWL 033345 |
| | MWL 033346 MWL 033346 |
| | MWL 033347 MWL 033347 |
| | MWL 033348 MWL 033348 |
| | MWL 033349 MWL 033349 |
| | MWL 033350 MWL 033350 |
| | MWL 033351 MWL 033351 |
| | MWL 033352 MWL 033352 |
| | MWL 033353 MWL 033353 |
| | MWL 033355 MWL 033355 |
| | MWL 033356 MWL 033356 |
| | MWL 033358 MWL 033358 |
| | MWL 033359 MWL 033359 |
| | MWL 033360 MWL 033360 |
| | MWL 033361 MWL 033361 |
| | MWL 033363 MWL 033363 |
| | MWL 033364 MWL 033364 |
| | MWL 033365 MWL 033365 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033369 MWL 033369 |
| | MWL 033374 MWL 033374 |
| | MWL 033375 MWL 033375 |
| | MWL 033385 MWL 033385 |
| | MWL 033394 MWL 033394 |
| | MWL 033400 MWL 033400 |
| | MWL 033401 MWL 033401 |
| | MWL 033402 MWL 033402 |
| | MWL 033403 MWL 033403 |
| | MWL 033407 MWL 033407 |
| | MWL 033408 MWL 033408 |
| | MWL 033409 MWL 033409 |
| | MWL 033410 MWL 033410 |
| | MWL 033415 MWL 033415 |
| | MWL 033417 MWL 033417 |
| | MWL 033420 MWL 033420 |
| | MWL 033424 MWL 033424 |
| | MWL 033425 MWL 033425 |
| | MWL 033431 MWL 033431 |
| | MWL 033432 MWL 033432 |
| | MWL 033435 MWL 033435 |
| | MWL 033436 MWL 033436 |
| | MWL 033440 MWL 033440 |
| | MWL 033441 MWL 033441 |
| | MWL 033442 MWL 033442 |
| | MWL 033443 MWL 033443 |
| | MWL 033444 MWL 033444 |
| | MWL 033447 MWL 033447 |
| | MWL 033448 MWL 033448 |
| | MWL 033449 MWL 033449 |
| | MWL 033452 MWL 033452 |
| | MWL 033453 MWL 033453 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033454 MWL 033454 |
| | MWL 033455 MWL 033455 |
| | MWL 033456 MWL 033456 |
| | MWL 033457 MWL 033457 |
| | MWL 033459 MWL 033459 |
| | MWL 033461 MWL 033461 |
| | MWL 033462 MWL 033462 |
| | MWL 033463 MWL 033463 |
| | MWL 033464 MWL 033464 |
| | MWL 033465 MWL 033465 |
| | MWL 033471 MWL 033471 |
| | MWL 033472 MWL 033472 |
| | MWL 033473 MWL 033473 |
| | MWL 033475 MWL 033475 |
| | MWL 033476 MWL 033476 |
| | MWL 033477 MWL 033477 |
| | MWL 033478 MWL 033478 |
| | MWL 033479 MWL 033479 |
| | MWL 033480 MWL 033480 |
| | MWL 033487 MWL 033487 |
| | MWL 033488 MWL 033488 |
| | MWL 033495 MWL 033495 |
| | MWL 033497 MWL 033497 |
| | MWL 033498 MWL 033498 |
| | MWL 033499 MWL 033499 |
| | MWL 033500 MWL 033500 |
| | MWL 033501 MWL 033501 |
| | MWL 033502 MWL 033502 |
| | MWL 033506 MWL 033506 |
| | MWL 033507 MWL 033507 |
| | MWL 033508 MWL 033508 |
| | MWL 033511 MWL 033511 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033512 MWL 033512 |
| | MWL 033513 MWL 033513 |
| | MWL 033514 MWL 033514 |
| | MWL 033515 MWL 033515 |
| | MWL 033516 MWL 033516 |
| | MWL 033517 MWL 033517 |
| | MWL 033518 MWL 033518 |
| | MWL 033519 MWL 033519 |
| | MWL 033520 MWL 033520 |
| | MWL 033528 MWL 033528 |
| | MWL 033529 MWL 033529 |
| | MWL 033530 MWL 033530 |
| | MWL 033531 MWL 033531 |
| | MWL 033532 MWL 033532 |
| | MWL 033533 MWL 033533 |
| | MWL 033534 MWL 033534 |
| | MWL 033535 MWL 033535 |
| | MWL 033536 MWL 033536 |
| | MWL 033537 MWL 033537 |
| | MWL 033538 MWL 033538 |
| | MWL 033539 MWL 033539 |
| | MWL 033540 MWL 033540 |
| | MWL 033541 MWL 033541 |
| | MWL 033542 MWL 033542 |
| | MWL 033547 MWL 033547 |
| | MWL 033550 MWL 033550 |
| | MWL 033551 MWL 033551 |
| | MWL 033552 MWL 033552 |
| | MWL 033553 MWL 033553 |
| | MWL 033554 MWL 033554 |
| | MWL 033555 MWL 033555 |
| | MWL 033556 MWL 033556 |

47

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033557 MWL 033557 |
| | MWL 033558 MWL 033558 |
| | MWL 033559 MWL 033559 |
| | MWL 033560 MWL 033560 |
| | MWL 033561 MWL 033561 |
| | MWL 033562 MWL 033562 |
| | MWL 033563 MWL 033563 |
| | MWL 033564 MWL 033564 |
| | MWL 033565 MWL 033565 |
| | MWL 033566 MWL 033566 |
| | MWL 033567 MWL 033567 |
| | MWL 033568 MWL 033568 |
| | MWL 033569 MWL 033569 |
| | MWL 033570 MWL 033570 |
| | MWL 033571 MWL 033571 |
| | MWL 033572 MWL 033572 |
| | MWL 033573 MWL 033573 |
| | MWL 033574 MWL 033574 |
| | MWL 033575 MWL 033575 |
| | MWL 033576 MWL 033576 |
| | MWL 033577 MWL 033577 |
| | MWL 033578 MWL 033578 |
| | MWL 033579 MWL 033579 |
| | MWL 033580 MWL 033580 |
| | MWL 033581 MWL 033581 |
| | MWL 033582 MWL 033582 |
| | MWL 033583 MWL 033583 |
| | MWL 033584 MWL 033584 |
| | MWL 033585 MWL 033585 |
| | MWL 033586 MWL 033586 |
| | MWL 033587 MWL 033587 |
| | MWL 033588 MWL 033588 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033589 MWL 033589 |
| | MWL 033590 MWL 033590 |
| | MWL 033591 MWL 033591 |
| | MWL 033592 MWL 033592 |
| | MWL 033593 MWL 033593 |
| | MWL 033594 MWL 033594 |
| | MWL 033595 MWL 033595 |
| | MWL 033596 MWL 033596 |
| | MWL 033597 MWL 033597 |
| | MWL 033598 MWL 033598 |
| | MWL 033599 MWL 033599 |
| | MWL 033600 MWL 033600 |
| | MWL 033601 MWL 033601 |
| | MWL 033602 MWL 033602 |
| | MWL 033603 MWL 033603 |
| | MWL 033604 MWL 033604 |
| | MWL 033605 MWL 033605 |
| | MWL 033606 MWL 033606 |
| | MWL 033607 MWL 033607 |
| | MWL 033608 MWL 033608 |
| | MWL 033609 MWL 033609 |
| | MWL 033610 MWL 033610 |
| | MWL 033611 MWL 033611 |
| | MWL 033612 MWL 033612 |
| | MWL 033613 MWL 033613 |
| | MWL 033614 MWL 033614 |
| | MWL 033615 MWL 033615 |
| | MWL 033616 MWL 033616 |
| | MWL 033617 MWL 033617 |
| | MWL 033618 MWL 033618 |
| | MWL 033619 MWL 033619 |
| | MWL 033620 MWL 033620 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033621 MWL 033621 |
| | MWL 033622 MWL 033622 |
| | MWL 033623 MWL 033623 |
| | MWL 033624 MWL 033624 |
| | MWL 033625 MWL 033625 |
| | MWL 033626 MWL 033626 |
| | MWL 033627 MWL 033627 |
| | MWL 033628 MWL 033628 |
| | MWL 033629 MWL 033629 |
| | MWL 033630 MWL 033630 |
| | MWL 033631 MWL 033631 |
| | MWL 033632 MWL 033632 |
| | MWL 033633 MWL 033633 |
| | MWL 033634 MWL 033634 |
| | MWL 033635 MWL 033635 |
| | MWL 033636 MWL 033636 |
| | MWL 033637 MWL 033637 |
| | MWL 033638 MWL 033638 |
| | MWL 033639 MWL 033639 |
| | MWL 033640 MWL 033640 |
| | MWL 033641 MWL 033641 |
| | MWL 033642 MWL 033642 |
| | MWL 033643 MWL 033643 |
| | MWL 033644 MWL 033644 |
| | MWL 033645 MWL 033645 |
| | MWL 033646 MWL 033646 |
| | MWL 033647 MWL 033647 |
| | MWL 033648 MWL 033648 |
| | MWL 033649 MWL 033649 |
| | MWL 033650 MWL 033650 |
| | MWL 033651 MWL 033651 |
| | MWL 033652 MWL 033652 |

50

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033653 MWL 033653 |
| | MWL 033654 MWL 033654 |
| | MWL 033655 MWL 033655 |
| | MWL 033656 MWL 033656 |
| | MWL 033657 MWL 033657 |
| | MWL 033658 MWL 033658 |
| | MWL 033659 MWL 033659 |
| | MWL 033660 MWL 033660 |
| | MWL 033661 MWL 033661 |
| | MWL 033662 MWL 033662 |
| | MWL 033664 MWL 033664 |
| | MWL 033665 MWL 033665 |
| | MWL 033666 MWL 033666 |
| | MWL 033667 MWL 033667 |
| | MWL 033668 MWL 033668 |
| | MWL 033669 MWL 033669 |
| | MWL 033670 MWL 033670 |
| | MWL 033671 MWL 033671 |
| | MWL 033672 MWL 033672 |
| | MWL 033673 MWL 033673 |
| | MWL 033674 MWL 033674 |
| | MWL 033675 MWL 033675 |
| | MWL 033676 MWL 033676 |
| | MWL 033677 MWL 033677 |
| | MWL 033678 MWL 033678 |
| | MWL 033679 MWL 033679 |
| | MWL 033680 MWL 033680 |
| | MWL 033681 MWL 033681 |
| | MWL 033682 MWL 033682 |
| | MWL 033683 MWL 033683 |
| | MWL 033684 MWL 033684 |
| | MWL 033685 MWL 033685 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033686 MWL 033686 |
| | MWL 033687 MWL 033687 |
| | MWL 033688 MWL 033688 |
| | MWL 033689 MWL 033689 |
| | MWL 033690 MWL 033690 |
| | MWL 033691 MWL 033691 |
| | MWL 033692 MWL 033692 |
| | MWL 033693 MWL 033693 |
| | MWL 033694 MWL 033694 |
| | MWL 033695 MWL 033695 |
| | MWL 033696 MWL 033696 |
| | MWL 033697 MWL 033697 |
| | MWL 033698 MWL 033698 |
| | MWL 033699 MWL 033699 |
| | MWL 033700 MWL 033700 |
| | MWL 033701 MWL 033701 |
| | MWL 033702 MWL 033702 |
| | MWL 033703 MWL 033703 |
| | MWL 033704 MWL 033704 |
| | MWL 033705 MWL 033705 |
| | MWL 033706 MWL 033706 |
| | MWL 033707 MWL 033707 |
| | MWL 033708 MWL 033708 |
| | MWL 033709 MWL 033709 |
| | MWL 033710 MWL 033710 |
| | MWL 033711 MWL 033711 |
| | MWL 033712 MWL 033712 |
| | MWL 033713 MWL 033713 |
| | MWL 033714 MWL 033714 |
| | MWL 033715 MWL 033715 |
| | MWL 033716 MWL 033716 |
| | MWL 033717 MWL 033717 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033718 MWL 033718 |
| | MWL 033719 MWL 033719 |
| | MWL 033720 MWL 033720 |
| | MWL 033721 MWL 033721 |
| | MWL 033722 MWL 033722 |
| | MWL 033723 MWL 033723 |
| | MWL 033724 MWL 033724 |
| | MWL 033725 MWL 033725 |
| | MWL 033726 MWL 033726 |
| | MWL 033727 MWL 033727 |
| | MWL 033728 MWL 033728 |
| | MWL 033729 MWL 033729 |
| | MWL 033730 MWL 033730 |
| | MWL 033731 MWL 033731 |
| | MWL 033732 MWL 033732 |
| | MWL 033733 MWL 033733 |
| | MWL 033734 MWL 033734 |
| | MWL 033735 MWL 033735 |
| | MWL 033736 MWL 033736 |
| | MWL 033737 MWL 033737 |
| | MWL 033738 MWL 033738 |
| | MWL 033739 MWL 033739 |
| | MWL 033740 MWL 033740 |
| | MWL 033741 MWL 033741 |
| | MWL 033742 MWL 033742 |
| | MWL 033743 MWL 033743 |
| | MWL 033744 MWL 033744 |
| | MWL 033745 MWL 033745 |
| | MWL 033746 MWL 033746 |
| | MWL 033747 MWL 033747 |
| | MWL 033748 MWL 033748 |
| | MWL 033749 MWL 033749 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
| --- | --- |
| | MWL 033750 MWL 033750 |
| | MWL 033751 MWL 033751 |
| | MWL 033752 MWL 033752 |
| | MWL 033753 MWL 033753 |
| | MWL 033754 MWL 033754 |
| | MWL 033755 MWL 033755 |
| | MWL 033756 MWL 033756 |
| | MWL 033757 MWL 033757 |
| | MWL 033758 MWL 033758 |
| | MWL 033759 MWL 033759 |
| | MWL 033760 MWL 033760 |
| | MWL 033761 MWL 033761 |
| | MWL 033762 MWL 033762 |
| | MWL 033763 MWL 033763 |
| | MWL 033764 MWL 033764 |
| | MWL 033765 MWL 033765 |
| | MWL 033766 MWL 033766 |
| | MWL 033767 MWL 033767 |
| | MWL 033768 MWL 033768 |
| | MWL 033769 MWL 033769 |
| | MWL 033770 MWL 033770 |
| | MWL 033771 MWL 033771 |
| | MWL 033772 MWL 033772 |
| | MWL 033773 MWL 033773 |
| | MWL 033774 MWL 033774 |
| | MWL 033775 MWL 033775 |
| | MWL 033776 MWL 033776 |
| | MWL 033777 MWL 033777 |
| | MWL 033778 MWL 033778 |
| | MWL 033779 MWL 033779 |
| | MWL 033780 MWL 033780 |
| | MWL 033781 MWL 033781 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033782 MWL 033782 |
| | MWL 033783 MWL 033783 |
| | MWL 033784 MWL 033784 |
| | MWL 033785 MWL 033785 |
| | MWL 033786 MWL 033786 |
| | MWL 033787 MWL 033787 |
| | MWL 033788 MWL 033788 |
| | MWL 033789 MWL 033789 |
| | MWL 033790 MWL 033790 |
| | MWL 033791 MWL 033791 |
| | MWL 033792 MWL 033792 |
| | MWL 033793 MWL 033793 |
| | MWL 033794 MWL 033794 |
| | MWL 033795 MWL 033795 |
| | MWL 033796 MWL 033796 |
| | MWL 033797 MWL 033797 |
| | MWL 033798 MWL 033798 |
| | MWL 033799 MWL 033799 |
| | MWL 033800 MWL 033800 |
| | MWL 033801 MWL 033801 |
| | MWL 033802 MWL 033802 |
| | MWL 033803 MWL 033803 |
| | MWL 033804 MWL 033804 |
| | MWL 033805 MWL 033805 |
| | MWL 033806 MWL 033806 |
| | MWL 033807 MWL 033807 |
| | MWL 033808 MWL 033808 |
| | MWL 033809 MWL 033809 |
| | MWL 033810 MWL 033810 |
| | MWL 033811 MWL 033811 |
| | MWL 033812 MWL 033812 |
| | MWL 033813 MWL 033813 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033814 MWL 033814 |
| | MWL 033815 MWL 033815 |
| | MWL 033816 MWL 033816 |
| | MWL 033817 MWL 033817 |
| | MWL 033818 MWL 033818 |
| | MWL 033819 MWL 033819 |
| | MWL 033820 MWL 033820 |
| | MWL 033821 MWL 033821 |
| | MWL 033822 MWL 033822 |
| | MWL 033823 MWL 033823 |
| | MWL 033824 MWL 033824 |
| | MWL 033825 MWL 033825 |
| | MWL 033826 MWL 033826 |
| | MWL 033827 MWL 033827 |
| | MWL 033828 MWL 033828 |
| | MWL 033829 MWL 033829 |
| | MWL 033830 MWL 033830 |
| | MWL 033831 MWL 033831 |
| | MWL 033832 MWL 033832 |
| | MWL 033833 MWL 033833 |
| | MWL 033834 MWL 033834 |
| | MWL 033835 MWL 033835 |
| | MWL 033836 MWL 033836 |
| | MWL 033837 MWL 033837 |
| | MWL 033838 MWL 033838 |
| | MWL 033839 MWL 033839 |
| | MWL 033840 MWL 033840 |
| | MWL 033841 MWL 033841 |
| | MWL 033842 MWL 033842 |
| | MWL 033843 MWL 033843 |
| | MWL 033844 MWL 033844 |
| | MWL 033845 MWL 033845 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033846 MWL 033846 |
| | MWL 033847 MWL 033847 |
| | MWL 033848 MWL 033848 |
| | MWL 033849 MWL 033849 |
| | MWL 033850 MWL 033850 |
| | MWL 033851 MWL 033851 |
| | MWL 033852 MWL 033852 |
| | MWL 033853 MWL 033853 |
| | MWL 033854 MWL 033854 |
| | MWL 033855 MWL 033855 |
| | MWL 033856 MWL 033856 |
| | MWL 033857 MWL 033857 |
| | MWL 033858 MWL 033858 |
| | MWL 033859 MWL 033859 |
| | MWL 033860 MWL 033860 |
| | MWL 033861 MWL 033861 |
| | MWL 033862 MWL 033862 |
| | MWL 033863 MWL 033863 |
| | MWL 033864 MWL 033864 |
| | MWL 033865 MWL 033865 |
| | MWL 033866 MWL 033866 |
| | MWL 033867 MWL 033867 |
| | MWL 033868 MWL 033868 |
| | MWL 033869 MWL 033869 |
| | MWL 033870 MWL 033870 |
| | MWL 033871 MWL 033871 |
| | MWL 033872 MWL 033872 |
| | MWL 033873 MWL 033873 |
| | MWL 033874 MWL 033874 |
| | MWL 033875 MWL 033875 |
| | MWL 033876 MWL 033876 |
| | MWL 033877 MWL 033877 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033878 MWL 033878 |
| | MWL 033879 MWL 033879 |
| | MWL 033880 MWL 033880 |
| | MWL 033881 MWL 033881 |
| | MWL 033882 MWL 033882 |
| | MWL 033883 MWL 033883 |
| | MWL 033884 MWL 033884 |
| | MWL 033885 MWL 033885 |
| | MWL 033886 MWL 033886 |
| | MWL 033887 MWL 033887 |
| | MWL 033888 MWL 033888 |
| | MWL 033889 MWL 033889 |
| | MWL 033890 MWL 033890 |
| | MWL 033891 MWL 033891 |
| | MWL 033892 MWL 033892 |
| | MWL 033893 MWL 033893 |
| | MWL 033894 MWL 033894 |
| | MWL 033895 MWL 033895 |
| | MWL 033896 MWL 033896 |
| | MWL 033897 MWL 033897 |
| | MWL 033898 MWL 033898 |
| | MWL 033899 MWL 033899 |
| | MWL 033900 MWL 033900 |
| | MWL 033901 MWL 033901 |
| | MWL 033902 MWL 033902 |
| | MWL 033903 MWL 033903 |
| | MWL 033904 MWL 033904 |
| | MWL 033905 MWL 033905 |
| | MWL 033906 MWL 033906 |
| | MWL 033907 MWL 033907 |
| | MWL 033908 MWL 033908 |
| | MWL 033909 MWL 033909 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033910 MWL 033910 |
| | MWL 033911 MWL 033911 |
| | MWL 033912 MWL 033912 |
| | MWL 033913 MWL 033913 |
| | MWL 033914 MWL 033914 |
| | MWL 033915 MWL 033915 |
| | MWL 033916 MWL 033916 |
| | MWL 033917 MWL 033917 |
| | MWL 033918 MWL 033918 |
| | MWL 033919 MWL 033919 |
| | MWL 033920 MWL 033920 |
| | MWL 033921 MWL 033921 |
| | MWL 033922 MWL 033922 |
| | MWL 033923 MWL 033923 |
| | MWL 033924 MWL 033924 |
| | MWL 033925 MWL 033925 |
| | MWL 033926 MWL 033926 |
| | MWL 033927 MWL 033927 |
| | MWL 033928 MWL 033928 |
| | MWL 033929 MWL 033929 |
| | MWL 033930 MWL 033930 |
| | MWL 033931 MWL 033931 |
| | MWL 033932 MWL 033932 |
| | MWL 033933 MWL 033933 |
| | MWL 033934 MWL 033934 |
| | MWL 033935 MWL 033935 |
| | MWL 033936 MWL 033936 |
| | MWL 033937 MWL 033937 |
| | MWL 033938 MWL 033938 |
| | MWL 033939 MWL 033939 |
| | MWL 033940 MWL 033940 |
| | MWL 033941 MWL 033941 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033942 MWL 033942 |
| | MWL 033943 MWL 033943 |
| | MWL 033944 MWL 033944 |
| | MWL 033945 MWL 033945 |
| | MWL 033946 MWL 033946 |
| | MWL 033947 MWL 033947 |
| | MWL 033948 MWL 033948 |
| | MWL 033949 MWL 033949 |
| | MWL 033950 MWL 033950 |
| | MWL 033951 MWL 033951 |
| | MWL 033952 MWL 033952 |
| | MWL 033953 MWL 033953 |
| | MWL 033954 MWL 033954 |
| | MWL 033955 MWL 033955 |
| | MWL 033956 MWL 033956 |
| | MWL 033957 MWL 033957 |
| | MWL 033958 MWL 033958 |
| | MWL 033959 MWL 033959 |
| | MWL 033960 MWL 033960 |
| | MWL 033961 MWL 033961 |
| | MWL 033962 MWL 033962 |
| | MWL 033963 MWL 033963 |
| | MWL 033964 MWL 033964 |
| | MWL 033965 MWL 033965 |
| | MWL 033966 MWL 033966 |
| | MWL 033967 MWL 033967 |
| | MWL 033968 MWL 033968 |
| | MWL 033969 MWL 033969 |
| | MWL 033970 MWL 033970 |
| | MWL 033971 MWL 033971 |
| | MWL 033972 MWL 033972 |
| | MWL 033973 MWL 033973 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 033974 MWL 033974 |
| | MWL 033975 MWL 033975 |
| | MWL 033976 MWL 033976 |
| | MWL 033977 MWL 033977 |
| | MWL 033978 MWL 033978 |
| | MWL 033979 MWL 033979 |
| | MWL 033980 MWL 033980 |
| | MWL 033981 MWL 033981 |
| | MWL 033982 MWL 033982 |
| | MWL 033983 MWL 033983 |
| | MWL 033984 MWL 033984 |
| | MWL 033985 MWL 033985 |
| | MWL 033986 MWL 033986 |
| | MWL 033987 MWL 033987 |
| | MWL 033988 MWL 033988 |
| | MWL 033989 MWL 033989 |
| | MWL 033990 MWL 033990 |
| | MWL 033991 MWL 033991 |
| | MWL 033992 MWL 033992 |
| | MWL 033993 MWL 033993 |
| | MWL 033994 MWL 033994 |
| | MWL 033995 MWL 033995 |
| | MWL 033996 MWL 033996 |
| | MWL 033997 MWL 033997 |
| | MWL 033998 MWL 033998 |
| | MWL 033999 MWL 033999 |
| | MWL 034000 MWL 034000 |
| | MWL 034001 MWL 034001 |
| | MWL 034002 MWL 034002 |
| | MWL 034003 MWL 034003 |
| | MWL 034004 MWL 034004 |
| | MWL 034005 MWL 034005 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034006 MWL 034006 |
| | MWL 034007 MWL 034007 |
| | MWL 034008 MWL 034008 |
| | MWL 034009 MWL 034009 |
| | MWL 034010 MWL 034010 |
| | MWL 034011 MWL 034011 |
| | MWL 034012 MWL 034012 |
| | MWL 034013 MWL 034013 |
| | MWL 034014 MWL 034014 |
| | MWL 034015 MWL 034015 |
| | MWL 034016 MWL 034016 |
| | MWL 034017 MWL 034017 |
| | MWL 034018 MWL 034018 |
| | MWL 034019 MWL 034019 |
| | MWL 034020 MWL 034020 |
| | MWL 034021 MWL 034021 |
| | MWL 034055 MWL 034055 |
| | MWL 034056 MWL 034056 |
| | MWL 034057 MWL 034057 |
| | MWL 034058 MWL 034058 |
| | MWL 034059 MWL 034059 |
| | MWL 034060 MWL 034060 |
| | MWL 034061 MWL 034061 |
| | MWL 034062 MWL 034062 |
| | MWL 034063 MWL 034063 |
| | MWL 034064 MWL 034064 |
| | MWL 034065 MWL 034065 |
| | MWL 034066 MWL 034066 |
| | MWL 034067 MWL 034067 |
| | MWL 034068 MWL 034068 |
| | MWL 034069 MWL 034069 |
| | MWL 034070 MWL 034070 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034071 MWL 034071 |
| | MWL 034072 MWL 034072 |
| | MWL 034073 MWL 034073 |
| | MWL 034074 MWL 034074 |
| | MWL 034075 MWL 034075 |
| | MWL 034076 MWL 034076 |
| | MWL 034077 MWL 034077 |
| | MWL 034078 MWL 034078 |
| | MWL 034079 MWL 034079 |
| | MWL 034080 MWL 034080 |
| | MWL 034081 MWL 034081 |
| | MWL 034082 MWL 034082 |
| | MWL 034083 MWL 034083 |
| | MWL 034084 MWL 034084 |
| | MWL 034085 MWL 034085 |
| | MWL 034086 MWL 034086 |
| | MWL 034087 MWL 034087 |
| | MWL 034088 MWL 034088 |
| | MWL 034089 MWL 034089 |
| | MWL 034090 MWL 034090 |
| | MWL 034092 MWL 034092 |
| | MWL 034093 MWL 034093 |
| | MWL 034094 MWL 034094 |
| | MWL 034095 MWL 034095 |
| | MWL 034096 MWL 034096 |
| | MWL 034097 MWL 034097 |
| | MWL 034098 MWL 034098 |
| | MWL 034099 MWL 034099 |
| | MWL 034100 MWL 034100 |
| | MWL 034101 MWL 034101 |
| | MWL 034102 MWL 034102 |
| | MWL 034103 MWL 034103 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034104 MWL 034104 |
| | MWL 034105 MWL 034105 |
| | MWL 034106 MWL 034106 |
| | MWL 034107 MWL 034107 |
| | MWL 034108 MWL 034108 |
| | MWL 034109 MWL 034109 |
| | MWL 034110 MWL 034110 |
| | MWL 034111 MWL 034111 |
| | MWL 034112 MWL 034112 |
| | MWL 034113 MWL 034113 |
| | MWL 034114 MWL 034114 |
| | MWL 034115 MWL 034115 |
| | MWL 034116 MWL 034116 |
| | MWL 034117 MWL 034117 |
| | MWL 034118 MWL 034118 |
| | MWL 034119 MWL 034119 |
| | MWL 034120 MWL 034120 |
| | MWL 034121 MWL 034121 |
| | MWL 034122 MWL 034122 |
| | MWL 034123 MWL 034123 |
| | MWL 034124 MWL 034124 |
| | MWL 034125 MWL 034125 |
| | MWL 034126 MWL 034126 |
| | MWL 034127 MWL 034127 |
| | MWL 034128 MWL 034128 |
| | MWL 034129 MWL 034129 |
| | MWL 034130 MWL 034130 |
| | MWL 034131 MWL 034131 |
| | MWL 034132 MWL 034132 |
| | MWL 034133 MWL 034133 |
| | MWL 034134 MWL 034134 |
| | MWL 034135 MWL 034135 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
| --- | --- |
| | MWL 034136 MWL 034136 |
| | MWL 034137 MWL 034137 |
| | MWL 034138 MWL 034138 |
| | MWL 034139 MWL 034139 |
| | MWL 034140 MWL 034140 |
| | MWL 034141 MWL 034141 |
| | MWL 034142 MWL 034142 |
| | MWL 034143 MWL 034143 |
| | MWL 034144 MWL 034144 |
| | MWL 034145 MWL 034145 |
| | MWL 034146 MWL 034146 |
| | MWL 034147 MWL 034147 |
| | MWL 034148 MWL 034148 |
| | MWL 034149 MWL 034149 |
| | MWL 034150 MWL 034150 |
| | MWL 034151 MWL 034151 |
| | MWL 034152 MWL 034152 |
| | MWL 034153 MWL 034153 |
| | MWL 034154 MWL 034154 |
| | MWL 034155 MWL 034155 |
| | MWL 034156 MWL 034156 |
| | MWL 034157 MWL 034157 |
| | MWL 034158 MWL 034158 |
| | MWL 034159 MWL 034159 |
| | MWL 034160 MWL 034160 |
| | MWL 034161 MWL 034161 |
| | MWL 034162 MWL 034162 |
| | MWL 034163 MWL 034163 |
| | MWL 034164 MWL 034164 |
| | MWL 034165 MWL 034165 |
| | MWL 034166 MWL 034166 |
| | MWL 034167 MWL 034167 |