07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034168 MWL 034168 |
| | MWL 034169 MWL 034169 |
| | MWL 034170 MWL 034170 |
| | MWL 034171 MWL 034171 |
| | MWL 034172 MWL 034172 |
| | MWL 034173 MWL 034173 |
| | MWL 034174 MWL 034174 |
| | MWL 034175 MWL 034175 |
| | MWL 034176 MWL 034176 |
| | MWL 034177 MWL 034177 |
| | MWL 034178 MWL 034178 |
| | MWL 034179 MWL 034179 |
| | MWL 034180 MWL 034180 |
| | MWL 034181 MWL 034181 |
| | MWL 034182 MWL 034182 |
| | MWL 034183 MWL 034183 |
| | MWL 034184 MWL 034184 |
| | MWL 034185 MWL 034185 |
| | MWL 034186 MWL 034186 |
| | MWL 034187 MWL 034187 |
| | MWL 034188 MWL 034188 |
| | MWL 034189 MWL 034189 |
| | MWL 034190 MWL 034190 |
| | MWL 034191 MWL 034191 |
| | MWL 034192 MWL 034192 |
| | MWL 034193 MWL 034193 |
| | MWL 034194 MWL 034194 |
| | MWL 034195 MWL 034195 |
| | MWL 034196 MWL 034196 |
| | MWL 034197 MWL 034197 |
| | MWL 034198 MWL 034198 |
| | MWL 034199 MWL 034199 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034200 MWL 034200 |
| | MWL 034201 MWL 034201 |
| | MWL 034202 MWL 034202 |
| | MWL 034203 MWL 034203 |
| | MWL 034204 MWL 034204 |
| | MWL 034205 MWL 034205 |
| | MWL 034206 MWL 034206 |
| | MWL 034207 MWL 034207 |
| | MWL 034208 MWL 034208 |
| | MWL 034209 MWL 034209 |
| | MWL 034210 MWL 034210 |
| | MWL 034211 MWL 034211 |
| | MWL 034212 MWL 034212 |
| | MWL 034213 MWL 034213 |
| | MWL 034214 MWL 034214 |
| | MWL 034215 MWL 034215 |
| | MWL 034216 MWL 034216 |
| | MWL 034221 MWL 034221 |
| | MWL 034222 MWL 034222 |
| | MWL 034223 MWL 034223 |
| | MWL 034224 MWL 034224 |
| | MWL 034225 MWL 034225 |
| | MWL 034226 MWL 034226 |
| | MWL 034227 MWL 034227 |
| | MWL 034228 MWL 034228 |
| | MWL 034229 MWL 034229 |
| | MWL 034230 MWL 034230 |
| | MWL 034232 MWL 034232 |
| | MWL 034233 MWL 034233 |
| | MWL 034234 MWL 034234 |
| | MWL 034237 MWL 034237 |
| | MWL 034238 MWL 034238 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034242 MWL 034242 |
| | MWL 034243 MWL 034243 |
| | MWL 034244 MWL 034244 |
| | MWL 034245 MWL 034245 |
| | MWL 034246 MWL 034246 |
| | MWL 034247 MWL 034247 |
| | MWL 034248 MWL 034248 |
| | MWL 034249 MWL 034249 |
| | MWL 034250 MWL 034250 |
| | MWL 034251 MWL 034251 |
| | MWL 034253 MWL 034253 |
| | MWL 034255 MWL 034255 |
| | MWL 034256 MWL 034256 |
| | MWL 034257 MWL 034257 |
| | MWL 034258 MWL 034258 |
| | MWL 034259 MWL 034259 |
| | MWL 034260 MWL 034260 |
| | MWL 034262 MWL 034262 |
| | MWL 034263 MWL 034263 |
| | MWL 034271 MWL 034271 |
| | MWL 034275 MWL 034275 |
| | MWL 034276 MWL 034276 |
| | MWL 034278 MWL 034278 |
| | MWL 034279 MWL 034279 |
| | MWL 034280 MWL 034280 |
| | MWL 034281 MWL 034281 |
| | MWL 034282 MWL 034282 |
| | MWL 034283 MWL 034283 |
| | MWL 034285 MWL 034285 |
| | MWL 034286 MWL 034286 |
| | MWL 034287 MWL 034287 |
| | MWL 034288 MWL 034288 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
| --- | --- |
| | MWL 034291 MWL 034291 |
| | MWL 034292 MWL 034292 |
| | MWL 034293 MWL 034293 |
| | MWL 034294 MWL 034294 |
| | MWL 034295 MWL 034295 |
| | MWL 034296 MWL 034296 |
| | MWL 034297 MWL 034297 |
| | MWL 034298 MWL 034298 |
| | MWL 034299 MWL 034299 |
| | MWL 034301 MWL 034301 |
| | MWL 034302 MWL 034302 |
| | MWL 034303 MWL 034303 |
| | MWL 034304 MWL 034304 |
| | MWL 034305 MWL 034305 |
| | MWL 034306 MWL 034306 |
| | MWL 034307 MWL 034307 |
| | MWL 034308 MWL 034308 |
| | MWL 034309 MWL 034309 |
| | MWL 034310 MWL 034310 |
| | MWL 034311 MWL 034311 |
| | MWL 034312 MWL 034312 |
| | MWL 034313 MWL 034313 |
| | MWL 034314 MWL 034314 |
| | MWL 034315 MWL 034315 |
| | MWL 034316 MWL 034316 |
| | MWL 034317 MWL 034317 |
| | MWL 034318 MWL 034318 |
| | MWL 034319 MWL 034319 |
| | MWL 034320 MWL 034320 |
| | MWL 034321 MWL 034321 |
| | MWL 034322 MWL 034322 |
| | MWL 034323 MWL 034323 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034455 MWL 034455 |
| | MWL 034456 MWL 034456 |
| | MWL 034457 MWL 034457 |
| | MWL 034458 MWL 034458 |
| | MWL 034459 MWL 034459 |
| | MWL 034460 MWL 034460 |
| | MWL 034461 MWL 034461 |
| | MWL 034462 MWL 034462 |
| | MWL 034463 MWL 034463 |
| | MWL 034464 MWL 034464 |
| | MWL 034465 MWL 034465 |
| | MWL 034466 MWL 034466 |
| | MWL 034467 MWL 034467 |
| | MWL 034468 MWL 034468 |
| | MWL 034469 MWL 034469 |
| | MWL 034470 MWL 034470 |
| | MWL 034471 MWL 034471 |
| | MWL 034472 MWL 034472 |
| | MWL 034473 MWL 034473 |
| | MWL 034474 MWL 034474 |
| | MWL 034475 MWL 034475 |
| | MWL 034476 MWL 034476 |
| | MWL 034477 MWL 034477 |
| | MWL 034478 MWL 034478 |
| | MWL 034479 MWL 034479 |
| | MWL 034480 MWL 034480 |
| | MWL 034481 MWL 034481 |
| | MWL 034482 MWL 034482 |
| | MWL 034483 MWL 034483 |
| | MWL 034484 MWL 034484 |
| | MWL 034485 MWL 034485 |
| | MWL 034486 MWL 034486 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034487 MWL 034487 |
| | MWL 034488 MWL 034488 |
| | MWL 034489 MWL 034489 |
| | MWL 034490 MWL 034490 |
| | MWL 034491 MWL 034491 |
| | MWL 034492 MWL 034492 |
| | MWL 034493 MWL 034493 |
| | MWL 034494 MWL 034494 |
| | MWL 034495 MWL 034495 |
| | MWL 034496 MWL 034496 |
| | MWL 034497 MWL 034497 |
| | MWL 034498 MWL 034498 |
| | MWL 034499 MWL 034499 |
| | MWL 034500 MWL 034500 |
| | MWL 034501 MWL 034501 |
| | MWL 034502 MWL 034502 |
| | MWL 034503 MWL 034503 |
| | MWL 034504 MWL 034504 |
| | MWL 034505 MWL 034505 |
| | MWL 034506 MWL 034506 |
| | MWL 034507 MWL 034507 |
| | MWL 034508 MWL 034508 |
| | MWL 034509 MWL 034509 |
| | MWL 034510 MWL 034510 |
| | MWL 034511 MWL 034511 |
| | MWL 034512 MWL 034512 |
| | MWL 034513 MWL 034513 |
| | MWL 034514 MWL 034514 |
| | MWL 034515 MWL 034515 |
| | MWL 034516 MWL 034516 |
| | MWL 034517 MWL 034517 |
| | MWL 034518 MWL 034518 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034519 MWL 034519 |
| | MWL 034520 MWL 034520 |
| | MWL 034521 MWL 034521 |
| | MWL 034522 MWL 034522 |
| | MWL 034523 MWL 034523 |
| | MWL 034524 MWL 034524 |
| | MWL 034525 MWL 034525 |
| | MWL 034526 MWL 034526 |
| | MWL 034527 MWL 034527 |
| | MWL 034528 MWL 034528 |
| | MWL 034529 MWL 034529 |
| | MWL 034530 MWL 034530 |
| | MWL 034531 MWL 034531 |
| | MWL 034532 MWL 034532 |
| | MWL 034533 MWL 034533 |
| | MWL 034534 MWL 034534 |
| | MWL 034535 MWL 034535 |
| | MWL 034536 MWL 034536 |
| | MWL 034537 MWL 034537 |
| | MWL 034538 MWL 034538 |
| | MWL 034539 MWL 034539 |
| | MWL 034540 MWL 034540 |
| | MWL 034541 MWL 034541 |
| | MWL 034542 MWL 034542 |
| | MWL 034543 MWL 034543 |
| | MWL 034544 MWL 034544 |
| | MWL 034545 MWL 034545 |
| | MWL 034546 MWL 034546 |
| | MWL 034547 MWL 034547 |
| | MWL 034548 MWL 034548 |
| | MWL 034549 MWL 034549 |
| | MWL 034550 MWL 034550 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034551 MWL 034551 |
| | MWL 034552 MWL 034552 |
| | MWL 034553 MWL 034553 |
| | MWL 034554 MWL 034554 |
| | MWL 034555 MWL 034555 |
| | MWL 034556 MWL 034556 |
| | MWL 034557 MWL 034557 |
| | MWL 034558 MWL 034558 |
| | MWL 034559 MWL 034559 |
| | MWL 034560 MWL 034560 |
| | MWL 034561 MWL 034561 |
| | MWL 034562 MWL 034562 |
| | MWL 034563 MWL 034563 |
| | MWL 034564 MWL 034564 |
| | MWL 034565 MWL 034565 |
| | MWL 034566 MWL 034566 |
| | MWL 034567 MWL 034567 |
| | MWL 034568 MWL 034568 |
| | MWL 034569 MWL 034569 |
| | MWL 034570 MWL 034570 |
| | MWL 034571 MWL 034571 |
| | MWL 034572 MWL 034572 |
| | MWL 034573 MWL 034573 |
| | MWL 034574 MWL 034574 |
| | MWL 034575 MWL 034575 |
| | MWL 034576 MWL 034576 |
| | MWL 034577 MWL 034577 |
| | MWL 034578 MWL 034578 |
| | MWL 034579 MWL 034579 |
| | MWL 034580 MWL 034580 |
| | MWL 034581 MWL 034581 |
| | MWL 034582 MWL 034582 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034583 MWL 034583 |
| | MWL 034584 MWL 034584 |
| | MWL 034585 MWL 034585 |
| | MWL 034586 MWL 034586 |
| | MWL 034587 MWL 034587 |
| | MWL 034588 MWL 034588 |
| | MWL 034589 MWL 034589 |
| | MWL 034590 MWL 034590 |
| | MWL 034591 MWL 034591 |
| | MWL 034592 MWL 034592 |
| | MWL 034593 MWL 034593 |
| | MWL 034594 MWL 034594 |
| | MWL 034595 MWL 034595 |
| | MWL 034596 MWL 034596 |
| | MWL 034597 MWL 034597 |
| | MWL 034598 MWL 034598 |
| | MWL 034599 MWL 034599 |
| | MWL 034600 MWL 034600 |
| | MWL 034601 MWL 034601 |
| | MWL 034602 MWL 034602 |
| | MWL 034603 MWL 034603 |
| | MWL 034604 MWL 034604 |
| | MWL 034605 MWL 034605 |
| | MWL 034606 MWL 034606 |
| | MWL 034607 MWL 034607 |
| | MWL 034608 MWL 034608 |
| | MWL 034609 MWL 034609 |
| | MWL 034610 MWL 034610 |
| | MWL 034611 MWL 034611 |
| | MWL 034612 MWL 034612 |
| | MWL 034613 MWL 034613 |
| | MWL 034614 MWL 034614 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034615 MWL 034615 |
| | MWL 034616 MWL 034616 |
| | MWL 034617 MWL 034617 |
| | MWL 034618 MWL 034618 |
| | MWL 034619 MWL 034619 |
| | MWL 034620 MWL 034620 |
| | MWL 034621 MWL 034621 |
| | MWL 034622 MWL 034622 |
| | MWL 034623 MWL 034623 |
| | MWL 034624 MWL 034624 |
| | MWL 034625 MWL 034625 |
| | MWL 034626 MWL 034626 |
| | MWL 034627 MWL 034627 |
| | MWL 034628 MWL 034628 |
| | MWL 034629 MWL 034629 |
| | MWL 034630 MWL 034630 |
| | MWL 034631 MWL 034631 |
| | MWL 034632 MWL 034632 |
| | MWL 034633 MWL 034633 |
| | MWL 034634 MWL 034634 |
| | MWL 034635 MWL 034635 |
| | MWL 034636 MWL 034636 |
| | MWL 034637 MWL 034637 |
| | MWL 034638 MWL 034638 |
| | MWL 034639 MWL 034639 |
| | MWL 034640 MWL 034640 |
| | MWL 034641 MWL 034641 |
| | MWL 034642 MWL 034642 |
| | MWL 034643 MWL 034643 |
| | MWL 034644 MWL 034644 |
| | MWL 034645 MWL 034645 |
| | MWL 034646 MWL 034646 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
| --- | --- |
| | MWL 034647 MWL 034647 |
| | MWL 034648 MWL 034648 |
| | MWL 034649 MWL 034649 |
| | MWL 034650 MWL 034650 |
| | MWL 034651 MWL 034651 |
| | MWL 034652 MWL 034652 |
| | MWL 034653 MWL 034653 |
| | MWL 034654 MWL 034654 |
| | MWL 034655 MWL 034655 |
| | MWL 034656 MWL 034656 |
| | MWL 034657 MWL 034657 |
| | MWL 034658 MWL 034658 |
| | MWL 034659 MWL 034659 |
| | MWL 034660 MWL 034660 |
| | MWL 034661 MWL 034661 |
| | MWL 034662 MWL 034662 |
| | MWL 034663 MWL 034663 |
| | MWL 034664 MWL 034664 |
| | MWL 034665 MWL 034665 |
| | MWL 034666 MWL 034666 |
| | MWL 034667 MWL 034667 |
| | MWL 034668 MWL 034668 |
| | MWL 034669 MWL 034669 |
| | MWL 034670 MWL 034670 |
| | MWL 034671 MWL 034671 |
| | MWL 034672 MWL 034672 |
| | MWL 034673 MWL 034673 |
| | MWL 034674 MWL 034674 |
| | MWL 034675 MWL 034675 |
| | MWL 034676 MWL 034676 |
| | MWL 034677 MWL 034677 |
| | MWL 034678 MWL 034678 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034679 MWL 034679 |
| | MWL 034680 MWL 034680 |
| | MWL 034681 MWL 034681 |
| | MWL 034682 MWL 034682 |
| | MWL 034683 MWL 034683 |
| | MWL 034684 MWL 034684 |
| | MWL 034685 MWL 034685 |
| | MWL 034686 MWL 034686 |
| | MWL 034687 MWL 034687 |
| | MWL 034688 MWL 034688 |
| | MWL 034689 MWL 034689 |
| | MWL 034690 MWL 034690 |
| | MWL 034691 MWL 034691 |
| | MWL 034692 MWL 034692 |
| | MWL 034693 MWL 034693 |
| | MWL 034694 MWL 034694 |
| | MWL 034695 MWL 034695 |
| | MWL 034696 MWL 034696 |
| | MWL 034697 MWL 034697 |
| | MWL 034698 MWL 034698 |
| | MWL 034699 MWL 034699 |
| | MWL 034700 MWL 034700 |
| | MWL 034701 MWL 034701 |
| | MWL 034702 MWL 034702 |
| | MWL 034703 MWL 034703 |
| | MWL 034704 MWL 034704 |
| | MWL 034705 MWL 034705 |
| | MWL 034706 MWL 034706 |
| | MWL 034707 MWL 034707 |
| | MWL 034708 MWL 034708 |
| | MWL 034709 MWL 034709 |
| | MWL 034710 MWL 034710 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034711 MWL 034711 |
| | MWL 034712 MWL 034712 |
| | MWL 034713 MWL 034713 |
| | MWL 034714 MWL 034714 |
| | MWL 034715 MWL 034715 |
| | MWL 034716 MWL 034716 |
| | MWL 034717 MWL 034717 |
| | MWL 034718 MWL 034718 |
| | MWL 034719 MWL 034719 |
| | MWL 034720 MWL 034720 |
| | MWL 034721 MWL 034721 |
| | MWL 034722 MWL 034722 |
| | MWL 034723 MWL 034723 |
| | MWL 034724 MWL 034724 |
| | MWL 034725 MWL 034725 |
| | MWL 034726 MWL 034726 |
| | MWL 034727 MWL 034727 |
| | MWL 034728 MWL 034728 |
| | MWL 034729 MWL 034729 |
| | MWL 034730 MWL 034730 |
| | MWL 034731 MWL 034731 |
| | MWL 034732 MWL 034732 |
| | MWL 034733 MWL 034733 |
| | MWL 034734 MWL 034734 |
| | MWL 034735 MWL 034735 |
| | MWL 034736 MWL 034736 |
| | MWL 034737 MWL 034737 |
| | MWL 034739 MWL 034739 |
| | MWL 034740 MWL 034740 |
| | MWL 034741 MWL 034741 |
| | MWL 034742 MWL 034742 |
| | MWL 034743 MWL 034743 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034744 MWL 034744 |
| | MWL 034745 MWL 034745 |
| | MWL 034746 MWL 034746 |
| | MWL 034747 MWL 034747 |
| | MWL 034748 MWL 034748 |
| | MWL 034749 MWL 034749 |
| | MWL 034750 MWL 034750 |
| | MWL 034751 MWL 034751 |
| | MWL 034752 MWL 034752 |
| | MWL 034753 MWL 034753 |
| | MWL 034754 MWL 034754 |
| | MWL 034755 MWL 034755 |
| | MWL 034756 MWL 034756 |
| | MWL 034757 MWL 034757 |
| | MWL 034758 MWL 034758 |
| | MWL 034759 MWL 034759 |
| | MWL 034760 MWL 034760 |
| | MWL 034761 MWL 034761 |
| | MWL 034762 MWL 034762 |
| | MWL 034763 MWL 034763 |
| | MWL 034764 MWL 034764 |
| | MWL 034765 MWL 034765 |
| | MWL 034766 MWL 034766 |
| | MWL 034767 MWL 034767 |
| | MWL 034768 MWL 034768 |
| | MWL 034769 MWL 034769 |
| | MWL 034770 MWL 034770 |
| | MWL 034771 MWL 034771 |
| | MWL 034772 MWL 034772 |
| | MWL 034773 MWL 034773 |
| | MWL 034774 MWL 034774 |
| | MWL 034775 MWL 034775 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034776 MWL 034776 |
| | MWL 034777 MWL 034777 |
| | MWL 034778 MWL 034778 |
| | MWL 034779 MWL 034779 |
| | MWL 034780 MWL 034780 |
| | MWL 034781 MWL 034781 |
| | MWL 034782 MWL 034782 |
| | MWL 034783 MWL 034783 |
| | MWL 034784 MWL 034784 |
| | MWL 034785 MWL 034785 |
| | MWL 034786 MWL 034786 |
| | MWL 034787 MWL 034787 |
| | MWL 034788 MWL 034788 |
| | MWL 034789 MWL 034789 |
| | MWL 034790 MWL 034790 |
| | MWL 034791 MWL 034791 |
| | MWL 034792 MWL 034792 |
| | MWL 034793 MWL 034793 |
| | MWL 034794 MWL 034794 |
| | MWL 034795 MWL 034795 |
| | MWL 034796 MWL 034796 |
| | MWL 034797 MWL 034797 |
| | MWL 034798 MWL 034798 |
| | MWL 034799 MWL 034799 |
| | MWL 034800 MWL 034800 |
| | MWL 034801 MWL 034801 |
| | MWL 034802 MWL 034802 |
| | MWL 034803 MWL 034803 |
| | MWL 034804 MWL 034804 |
| | MWL 034805 MWL 034805 |
| | MWL 034806 MWL 034806 |
| | MWL 034807 MWL 034807 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034808 MWL 034808 |
| | MWL 034809 MWL 034809 |
| | MWL 034810 MWL 034810 |
| | MWL 034811 MWL 034811 |
| | MWL 034812 MWL 034812 |
| | MWL 034813 MWL 034813 |
| | MWL 034814 MWL 034814 |
| | MWL 034815 MWL 034815 |
| | MWL 034816 MWL 034816 |
| | MWL 034817 MWL 034817 |
| | MWL 034818 MWL 034818 |
| | MWL 034819 MWL 034819 |
| | MWL 034820 MWL 034820 |
| | MWL 034821 MWL 034821 |
| | MWL 034822 MWL 034822 |
| | MWL 034823 MWL 034823 |
| | MWL 034824 MWL 034824 |
| | MWL 034825 MWL 034825 |
| | MWL 034826 MWL 034826 |
| | MWL 034827 MWL 034827 |
| | MWL 034828 MWL 034828 |
| | MWL 034829 MWL 034829 |
| | MWL 034830 MWL 034830 |
| | MWL 034831 MWL 034831 |
| | MWL 034832 MWL 034832 |
| | MWL 034833 MWL 034833 |
| | MWL 034834 MWL 034834 |
| | MWL 034835 MWL 034835 |
| | MWL 034836 MWL 034836 |
| | MWL 034837 MWL 034837 |
| | MWL 034838 MWL 034838 |
| | MWL 034839 MWL 034839 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034840 MWL 034840 |
| | MWL 034841 MWL 034841 |
| | MWL 034842 MWL 034842 |
| | MWL 034843 MWL 034843 |
| | MWL 034844 MWL 034844 |
| | MWL 034845 MWL 034845 |
| | MWL 034846 MWL 034846 |
| | MWL 034847 MWL 034847 |
| | MWL 034848 MWL 034848 |
| | MWL 034849 MWL 034849 |
| | MWL 034850 MWL 034850 |
| | MWL 034851 MWL 034851 |
| | MWL 034852 MWL 034852 |
| | MWL 034853 MWL 034853 |
| | MWL 034854 MWL 034854 |
| | MWL 034855 MWL 034855 |
| | MWL 034856 MWL 034856 |
| | MWL 034857 MWL 034857 |
| | MWL 034858 MWL 034858 |
| | MWL 034859 MWL 034859 |
| | MWL 034860 MWL 034860 |
| | MWL 034861 MWL 034861 |
| | MWL 034862 MWL 034862 |
| | MWL 034863 MWL 034863 |
| | MWL 034864 MWL 034864 |
| | MWL 034865 MWL 034865 |
| | MWL 034866 MWL 034866 |
| | MWL 034867 MWL 034867 |
| | MWL 034868 MWL 034868 |
| | MWL 034869 MWL 034869 |
| | MWL 034870 MWL 034870 |
| | MWL 034871 MWL 034871 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034872 MWL 034872 |
| | MWL 034873 MWL 034873 |
| | MWL 034874 MWL 034874 |
| | MWL 034875 MWL 034875 |
| | MWL 034876 MWL 034876 |
| | MWL 034877 MWL 034877 |
| | MWL 034878 MWL 034878 |
| | MWL 034879 MWL 034879 |
| | MWL 034880 MWL 034880 |
| | MWL 034881 MWL 034881 |
| | MWL 034882 MWL 034882 |
| | MWL 034883 MWL 034883 |
| | MWL 034884 MWL 034884 |
| | MWL 034885 MWL 034885 |
| | MWL 034886 MWL 034886 |
| | MWL 034887 MWL 034887 |
| | MWL 034888 MWL 034888 |
| | MWL 034889 MWL 034889 |
| | MWL 034890 MWL 034890 |
| | MWL 034891 MWL 034891 |
| | MWL 034892 MWL 034892 |
| | MWL 034893 MWL 034893 |
| | MWL 034894 MWL 034894 |
| | MWL 034895 MWL 034895 |
| | MWL 034897 MWL 034897 |
| | MWL 034898 MWL 034898 |
| | MWL 034899 MWL 034899 |
| | MWL 034900 MWL 034900 |
| | MWL 034901 MWL 034901 |
| | MWL 034902 MWL 034902 |
| | MWL 034903 MWL 034903 |
| | MWL 034904 MWL 034904 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034905 MWL 034905 |
| | MWL 034906 MWL 034906 |
| | MWL 034907 MWL 034907 |
| | MWL 034908 MWL 034908 |
| | MWL 034909 MWL 034909 |
| | MWL 034910 MWL 034910 |
| | MWL 034911 MWL 034911 |
| | MWL 034912 MWL 034912 |
| | MWL 034913 MWL 034913 |
| | MWL 034914 MWL 034914 |
| | MWL 034915 MWL 034915 |
| | MWL 034916 MWL 034916 |
| | MWL 034917 MWL 034917 |
| | MWL 034918 MWL 034918 |
| | MWL 034919 MWL 034919 |
| | MWL 034920 MWL 034920 |
| | MWL 034921 MWL 034921 |
| | MWL 034922 MWL 034922 |
| | MWL 034923 MWL 034923 |
| | MWL 034924 MWL 034924 |
| | MWL 034925 MWL 034925 |
| | MWL 034926 MWL 034926 |
| | MWL 034927 MWL 034927 |
| | MWL 034928 MWL 034928 |
| | MWL 034929 MWL 034929 |
| | MWL 034930 MWL 034930 |
| | MWL 034931 MWL 034931 |
| | MWL 034932 MWL 034932 |
| | MWL 034933 MWL 034933 |
| | MWL 034934 MWL 034934 |
| | MWL 034935 MWL 034935 |
| | MWL 034937 MWL 034937 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034938 MWL 034938 |
| | MWL 034939 MWL 034939 |
| | MWL 034940 MWL 034940 |
| | MWL 034941 MWL 034941 |
| | MWL 034942 MWL 034942 |
| | MWL 034943 MWL 034943 |
| | MWL 034944 MWL 034944 |
| | MWL 034945 MWL 034945 |
| | MWL 034946 MWL 034946 |
| | MWL 034947 MWL 034947 |
| | MWL 034948 MWL 034948 |
| | MWL 034949 MWL 034949 |
| | MWL 034950 MWL 034950 |
| | MWL 034951 MWL 034951 |
| | MWL 034952 MWL 034952 |
| | MWL 034953 MWL 034953 |
| | MWL 034954 MWL 034954 |
| | MWL 034955 MWL 034955 |
| | MWL 034956 MWL 034956 |
| | MWL 034957 MWL 034957 |
| | MWL 034958 MWL 034958 |
| | MWL 034959 MWL 034959 |
| | MWL 034960 MWL 034960 |
| | MWL 034961 MWL 034961 |
| | MWL 034962 MWL 034962 |
| | MWL 034963 MWL 034963 |
| | MWL 034964 MWL 034964 |
| | MWL 034965 MWL 034965 |
| | MWL 034966 MWL 034966 |
| | MWL 034967 MWL 034967 |
| | MWL 034968 MWL 034968 |
| | MWL 034969 MWL 034969 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 034970 MWL 034970 |
| | MWL 034971 MWL 034971 |
| | MWL 034972 MWL 034972 |
| | MWL 034973 MWL 034973 |
| | MWL 034974 MWL 034974 |
| | MWL 034975 MWL 034975 |
| | MWL 034976 MWL 034976 |
| | MWL 034977 MWL 034977 |
| | MWL 034978 MWL 034978 |
| | MWL 034979 MWL 034979 |
| | MWL 034980 MWL 034980 |
| | MWL 034981 MWL 034981 |
| | MWL 034982 MWL 034982 |
| | MWL 034983 MWL 034983 |
| | MWL 034984 MWL 034984 |
| | MWL 034985 MWL 034985 |
| | MWL 034986 MWL 034986 |
| | MWL 034987 MWL 034987 |
| | MWL 034988 MWL 034988 |
| | MWL 034989 MWL 034989 |
| | MWL 034990 MWL 034990 |
| | MWL 034991 MWL 034991 |
| | MWL 034992 MWL 034992 |
| | MWL 034993 MWL 034993 |
| | MWL 034994 MWL 034994 |
| | MWL 034995 MWL 034995 |
| | MWL 034996 MWL 034996 |
| | MWL 034997 MWL 034997 |
| | MWL 034998 MWL 034998 |
| | MWL 034999 MWL 034999 |
| | MWL 035000 MWL 035000 |
| | MWL 035001 MWL 035001 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035002 MWL 035002 |
| | MWL 035003 MWL 035003 |
| | MWL 035004 MWL 035004 |
| | MWL 035005 MWL 035005 |
| | MWL 035006 MWL 035006 |
| | MWL 035007 MWL 035007 |
| | MWL 035008 MWL 035008 |
| | MWL 035009 MWL 035009 |
| | MWL 035010 MWL 035010 |
| | MWL 035011 MWL 035011 |
| | MWL 035012 MWL 035012 |
| | MWL 035013 MWL 035013 |
| | MWL 035014 MWL 035014 |
| | MWL 035015 MWL 035015 |
| | MWL 035016 MWL 035016 |
| | MWL 035017 MWL 035017 |
| | MWL 035018 MWL 035018 |
| | MWL 035019 MWL 035019 |
| | MWL 035020 MWL 035020 |
| | MWL 035021 MWL 035021 |
| | MWL 035022 MWL 035022 |
| | MWL 035023 MWL 035023 |
| | MWL 035024 MWL 035024 |
| | MWL 035025 MWL 035025 |
| | MWL 035026 MWL 035026 |
| | MWL 035027 MWL 035027 |
| | MWL 035028 MWL 035028 |
| | MWL 035029 MWL 035029 |
| | MWL 035030 MWL 035030 |
| | MWL 035031 MWL 035031 |
| | MWL 035032 MWL 035032 |
| | MWL 035033 MWL 035033 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035034 MWL 035034 |
| | MWL 035035 MWL 035035 |
| | MWL 035036 MWL 035036 |
| | MWL 035037 MWL 035037 |
| | MWL 035038 MWL 035038 |
| | MWL 035039 MWL 035039 |
| | MWL 035040 MWL 035040 |
| | MWL 035041 MWL 035041 |
| | MWL 035042 MWL 035042 |
| | MWL 035043 MWL 035043 |
| | MWL 035044 MWL 035044 |
| | MWL 035045 MWL 035045 |
| | MWL 035046 MWL 035046 |
| | MWL 035047 MWL 035047 |
| | MWL 035048 MWL 035048 |
| | MWL 035049 MWL 035049 |
| | MWL 035050 MWL 035050 |
| | MWL 035051 MWL 035051 |
| | MWL 035052 MWL 035052 |
| | MWL 035053 MWL 035053 |
| | MWL 035054 MWL 035054 |
| | MWL 035055 MWL 035055 |
| | MWL 035056 MWL 035056 |
| | MWL 035057 MWL 035057 |
| | MWL 035058 MWL 035058 |
| | MWL 035059 MWL 035059 |
| | MWL 035060 MWL 035060 |
| | MWL 035061 MWL 035061 |
| | MWL 035062 MWL 035062 |
| | MWL 035063 MWL 035063 |
| | MWL 035064 MWL 035064 |
| | MWL 035065 MWL 035065 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035066 MWL 035066 |
| | MWL 035067 MWL 035067 |
| | MWL 035068 MWL 035068 |
| | MWL 035069 MWL 035069 |
| | MWL 035070 MWL 035070 |
| | MWL 035071 MWL 035071 |
| | MWL 035072 MWL 035072 |
| | MWL 035073 MWL 035073 |
| | MWL 035074 MWL 035074 |
| | MWL 035075 MWL 035075 |
| | MWL 035076 MWL 035076 |
| | MWL 035077 MWL 035077 |
| | MWL 035078 MWL 035078 |
| | MWL 035079 MWL 035079 |
| | MWL 035080 MWL 035080 |
| | MWL 035081 MWL 035081 |
| | MWL 035082 MWL 035082 |
| | MWL 035083 MWL 035083 |
| | MWL 035084 MWL 035084 |
| | MWL 035085 MWL 035085 |
| | MWL 035086 MWL 035086 |
| | MWL 035087 MWL 035087 |
| | MWL 035088 MWL 035088 |
| | MWL 035089 MWL 035089 |
| | MWL 035090 MWL 035090 |
| | MWL 035091 MWL 035091 |
| | MWL 035092 MWL 035092 |
| | MWL 035093 MWL 035093 |
| | MWL 035094 MWL 035094 |
| | MWL 035095 MWL 035095 |
| | MWL 035096 MWL 035096 |
| | MWL 035097 MWL 035097 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035098 MWL 035098 |
| | MWL 035099 MWL 035099 |
| | MWL 035100 MWL 035100 |
| | MWL 035101 MWL 035101 |
| | MWL 035102 MWL 035102 |
| | MWL 035103 MWL 035103 |
| | MWL 035104 MWL 035104 |
| | MWL 035105 MWL 035105 |
| | MWL 035106 MWL 035106 |
| | MWL 035107 MWL 035107 |
| | MWL 035108 MWL 035108 |
| | MWL 035109 MWL 035109 |
| | MWL 035110 MWL 035110 |
| | MWL 035111 MWL 035111 |
| | MWL 035112 MWL 035112 |
| | MWL 035113 MWL 035113 |
| | MWL 035114 MWL 035114 |
| | MWL 035115 MWL 035115 |
| | MWL 035116 MWL 035116 |
| | MWL 035117 MWL 035117 |
| | MWL 035118 MWL 035118 |
| | MWL 035119 MWL 035119 |
| | MWL 035120 MWL 035120 |
| | MWL 035121 MWL 035121 |
| | MWL 035122 MWL 035122 |
| | MWL 035123 MWL 035123 |
| | MWL 035124 MWL 035124 |
| | MWL 035125 MWL 035125 |
| | MWL 035126 MWL 035126 |
| | MWL 035127 MWL 035127 |
| | MWL 035128 MWL 035128 |
| | MWL 035129 MWL 035129 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035130 MWL 035130 |
| | MWL 035131 MWL 035131 |
| | MWL 035132 MWL 035132 |
| | MWL 035133 MWL 035133 |
| | MWL 035134 MWL 035134 |
| | MWL 035135 MWL 035135 |
| | MWL 035136 MWL 035136 |
| | MWL 035137 MWL 035137 |
| | MWL 035138 MWL 035138 |
| | MWL 035140 MWL 035140 |
| | MWL 035141 MWL 035141 |
| | MWL 035142 MWL 035142 |
| | MWL 035143 MWL 035143 |
| | MWL 035144 MWL 035144 |
| | MWL 035146 MWL 035146 |
| | MWL 035151 MWL 035151 |
| | MWL 035152 MWL 035152 |
| | MWL 035153 MWL 035153 |
| | MWL 035154 MWL 035154 |
| | MWL 035156 MWL 035156 |
| | MWL 035158 MWL 035158 |
| | MWL 035159 MWL 035159 |
| | MWL 035160 MWL 035160 |
| | MWL 035161 MWL 035161 |
| | MWL 035162 MWL 035162 |
| | MWL 035163 MWL 035163 |
| | MWL 035164 MWL 035164 |
| | MWL 035165 MWL 035165 |
| | MWL 035166 MWL 035166 |
| | MWL 035167 MWL 035167 |
| | MWL 035168 MWL 035168 |
| | MWL 035169 MWL 035169 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035170 MWL 035170 |
| | MWL 035171 MWL 035171 |
| | MWL 035172 MWL 035172 |
| | MWL 035173 MWL 035173 |
| | MWL 035174 MWL 035174 |
| | MWL 035175 MWL 035175 |
| | MWL 035176 MWL 035176 |
| | MWL 035177 MWL 035177 |
| | MWL 035178 MWL 035178 |
| | MWL 035179 MWL 035179 |
| | MWL 035180 MWL 035180 |
| | MWL 035181 MWL 035181 |
| | MWL 035182 MWL 035182 |
| | MWL 035183 MWL 035183 |
| | MWL 035184 MWL 035184 |
| | MWL 035185 MWL 035185 |
| | MWL 035186 MWL 035186 |
| | MWL 035187 MWL 035187 |
| | MWL 035191 MWL 035191 |
| | MWL 035192 MWL 035192 |
| | MWL 035193 MWL 035193 |
| | MWL 035194 MWL 035194 |
| | MWL 035195 MWL 035195 |
| | MWL 035196 MWL 035196 |
| | MWL 035197 MWL 035197 |
| | MWL 035198 MWL 035198 |
| | MWL 035199 MWL 035199 |
| | MWL 035200 MWL 035200 |
| | MWL 035201 MWL 035201 |
| | MWL 035202 MWL 035202 |
| | MWL 035203 MWL 035203 |
| | MWL 035204 MWL 035204 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035205 MWL 035205 |
| | MWL 035206 MWL 035206 |
| | MWL 035207 MWL 035207 |
| | MWL 035208 MWL 035208 |
| | MWL 035209 MWL 035209 |
| | MWL 035210 MWL 035210 |
| | MWL 035211 MWL 035211 |
| | MWL 035212 MWL 035212 |
| | MWL 035213 MWL 035213 |
| | MWL 035214 MWL 035214 |
| | MWL 035215 MWL 035215 |
| | MWL 035216 MWL 035216 |
| | MWL 035217 MWL 035217 |
| | MWL 035218 MWL 035218 |
| | MWL 035219 MWL 035219 |
| | MWL 035220 MWL 035220 |
| | MWL 035221 MWL 035221 |
| | MWL 035222 MWL 035222 |
| | MWL 035223 MWL 035223 |
| | MWL 035224 MWL 035224 |
| | MWL 035225 MWL 035225 |
| | MWL 035226 MWL 035226 |
| | MWL 035227 MWL 035227 |
| | MWL 035228 MWL 035228 |
| | MWL 035229 MWL 035229 |
| | MWL 035230 MWL 035230 |
| | MWL 035231 MWL 035231 |
| | MWL 035232 MWL 035232 |
| | MWL 035233 MWL 035233 |
| | MWL 035234 MWL 035234 |
| | MWL 035235 MWL 035235 |
| | MWL 035236 MWL 035236 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035237 MWL 035237 |
| | MWL 035238 MWL 035238 |
| | MWL 035239 MWL 035239 |
| | MWL 035240 MWL 035240 |
| | MWL 035241 MWL 035241 |
| | MWL 035242 MWL 035242 |
| | MWL 035243 MWL 035243 |
| | MWL 035244 MWL 035244 |
| | MWL 035245 MWL 035245 |
| | MWL 035246 MWL 035246 |
| | MWL 035247 MWL 035247 |
| | MWL 035248 MWL 035248 |
| | MWL 035249 MWL 035249 |
| | MWL 035250 MWL 035250 |
| | MWL 035251 MWL 035251 |
| | MWL 035252 MWL 035252 |
| | MWL 035253 MWL 035253 |
| | MWL 035254 MWL 035254 |
| | MWL 035255 MWL 035255 |
| | MWL 035256 MWL 035256 |
| | MWL 035257 MWL 035257 |
| | MWL 035258 MWL 035258 |
| | MWL 035259 MWL 035259 |
| | MWL 035260 MWL 035260 |
| | MWL 035261 MWL 035261 |
| | MWL 035262 MWL 035262 |
| | MWL 035263 MWL 035263 |
| | MWL 035264 MWL 035264 |
| | MWL 035265 MWL 035265 |
| | MWL 035269 MWL 035269 |
| | MWL 035270 MWL 035270 |
| | MWL 035271 MWL 035271 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035272 MWL 035272 |
| | MWL 035273 MWL 035273 |
| | MWL 035274 MWL 035274 |
| | MWL 035275 MWL 035275 |
| | MWL 035276 MWL 035276 |
| | MWL 035277 MWL 035277 |
| | MWL 035278 MWL 035278 |
| | MWL 035279 MWL 035279 |
| | MWL 035280 MWL 035280 |
| | MWL 035281 MWL 035281 |
| | MWL 035282 MWL 035282 |
| | MWL 035283 MWL 035283 |
| | MWL 035284 MWL 035284 |
| | MWL 035285 MWL 035285 |
| | MWL 035286 MWL 035286 |
| | MWL 035287 MWL 035287 |
| | MWL 035288 MWL 035288 |
| | MWL 035289 MWL 035289 |
| | MWL 035290 MWL 035290 |
| | MWL 035291 MWL 035291 |
| | MWL 035292 MWL 035292 |
| | MWL 035293 MWL 035293 |
| | MWL 035294 MWL 035294 |
| | MWL 035295 MWL 035295 |
| | MWL 035296 MWL 035296 |
| | MWL 035297 MWL 035297 |
| | MWL 035298 MWL 035298 |
| | MWL 035299 MWL 035299 |
| | MWL 035300 MWL 035300 |
| | MWL 035301 MWL 035301 |
| | MWL 035302 MWL 035302 |
| | MWL 035303 MWL 035303 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035304 MWL 035304 |
| | MWL 035305 MWL 035305 |
| | MWL 035306 MWL 035306 |
| | MWL 035307 MWL 035307 |
| | MWL 035308 MWL 035308 |
| | MWL 035309 MWL 035309 |
| | MWL 035310 MWL 035310 |
| | MWL 035311 MWL 035311 |
| | MWL 035312 MWL 035312 |
| | MWL 035313 MWL 035313 |
| | MWL 035314 MWL 035314 |
| | MWL 035315 MWL 035315 |
| | MWL 035316 MWL 035316 |
| | MWL 035317 MWL 035317 |
| | MWL 035318 MWL 035318 |
| | MWL 035319 MWL 035319 |
| | MWL 035320 MWL 035320 |
| | MWL 035321 MWL 035321 |
| | MWL 035322 MWL 035322 |
| | MWL 035323 MWL 035323 |
| | MWL 035324 MWL 035324 |
| | MWL 035325 MWL 035325 |
| | MWL 035326 MWL 035326 |
| | MWL 035327 MWL 035327 |
| | MWL 035328 MWL 035328 |
| | MWL 035329 MWL 035329 |
| | MWL 035330 MWL 035330 |
| | MWL 035331 MWL 035331 |
| | MWL 035332 MWL 035332 |
| | MWL 035333 MWL 035333 |
| | MWL 035334 MWL 035334 |
| | MWL 035335 MWL 035335 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035336 MWL 035336 |
| | MWL 035337 MWL 035337 |
| | MWL 035338 MWL 035338 |
| | MWL 035339 MWL 035339 |
| | MWL 035340 MWL 035340 |
| | MWL 035341 MWL 035341 |
| | MWL 035342 MWL 035342 |
| | MWL 035343 MWL 035343 |
| | MWL 035344 MWL 035344 |
| | MWL 035345 MWL 035345 |
| | MWL 035346 MWL 035346 |
| | MWL 035347 MWL 035347 |
| | MWL 035348 MWL 035348 |
| | MWL 035349 MWL 035349 |
| | MWL 035350 MWL 035350 |
| | MWL 035351 MWL 035351 |
| | MWL 035352 MWL 035352 |
| | MWL 035353 MWL 035353 |
| | MWL 035354 MWL 035354 |
| | MWL 035355 MWL 035355 |
| | MWL 035356 MWL 035356 |
| | MWL 035357 MWL 035357 |
| | MWL 035358 MWL 035358 |
| | MWL 035359 MWL 035359 |
| | MWL 035360 MWL 035360 |
| | MWL 035361 MWL 035361 |
| | MWL 035362 MWL 035362 |
| | MWL 035363 MWL 035363 |
| | MWL 035364 MWL 035364 |
| | MWL 035365 MWL 035365 |
| | MWL 035366 MWL 035366 |
| | MWL 035367 MWL 035367 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035368 MWL 035368 |
| | MWL 035369 MWL 035369 |
| | MWL 035370 MWL 035370 |
| | MWL 035371 MWL 035371 |
| | MWL 035372 MWL 035372 |
| | MWL 035373 MWL 035373 |
| | MWL 035374 MWL 035374 |
| | MWL 035375 MWL 035375 |
| | MWL 035376 MWL 035376 |
| | MWL 035377 MWL 035377 |
| | MWL 035378 MWL 035378 |
| | MWL 035379 MWL 035379 |
| | MWL 035380 MWL 035380 |
| | MWL 035381 MWL 035381 |
| | MWL 035382 MWL 035382 |
| | MWL 035383 MWL 035383 |
| | MWL 035384 MWL 035384 |
| | MWL 035385 MWL 035385 |
| | MWL 035386 MWL 035386 |
| | MWL 035387 MWL 035387 |
| | MWL 035388 MWL 035388 |
| | MWL 035389 MWL 035389 |
| | MWL 035390 MWL 035390 |
| | MWL 035391 MWL 035391 |
| | MWL 035392 MWL 035392 |
| | MWL 035393 MWL 035393 |
| | MWL 035394 MWL 035394 |
| | MWL 035395 MWL 035395 |
| | MWL 035396 MWL 035396 |
| | MWL 035397 MWL 035397 |
| | MWL 035398 MWL 035398 |
| | MWL 035399 MWL 035399 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035400 MWL 035400 |
| | MWL 035401 MWL 035401 |
| | MWL 035402 MWL 035402 |
| | MWL 035403 MWL 035403 |
| | MWL 035404 MWL 035404 |
| | MWL 035408 MWL 035408 |
| | MWL 035409 MWL 035409 |
| | MWL 035410 MWL 035410 |
| | MWL 035411 MWL 035411 |
| | MWL 035412 MWL 035412 |
| | MWL 035413 MWL 035413 |
| | MWL 035414 MWL 035414 |
| | MWL 035415 MWL 035415 |
| | MWL 035416 MWL 035416 |
| | MWL 035417 MWL 035417 |
| | MWL 035418 MWL 035418 |
| | MWL 035419 MWL 035419 |
| | MWL 035420 MWL 035420 |
| | MWL 035421 MWL 035421 |
| | MWL 035422 MWL 035422 |
| | MWL 035423 MWL 035423 |
| | MWL 035424 MWL 035424 |
| | MWL 035425 MWL 035425 |
| | MWL 035426 MWL 035426 |
| | MWL 035427 MWL 035427 |
| | MWL 035428 MWL 035428 |
| | MWL 035429 MWL 035429 |
| | MWL 035430 MWL 035430 |
| | MWL 035431 MWL 035431 |
| | MWL 035432 MWL 035432 |
| | MWL 035433 MWL 035433 |
| | MWL 035434 MWL 035434 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035435 MWL 035435 |
| | MWL 035436 MWL 035436 |
| | MWL 035437 MWL 035437 |
| | MWL 035438 MWL 035438 |
| | MWL 035439 MWL 035439 |
| | MWL 035440 MWL 035440 |
| | MWL 035441 MWL 035441 |
| | MWL 035442 MWL 035442 |
| | MWL 035443 MWL 035443 |
| | MWL 035444 MWL 035444 |
| | MWL 035445 MWL 035445 |
| | MWL 035446 MWL 035446 |
| | MWL 035447 MWL 035447 |
| | MWL 035448 MWL 035448 |
| | MWL 035449 MWL 035449 |
| | MWL 035450 MWL 035450 |
| | MWL 035451 MWL 035451 |
| | MWL 035452 MWL 035452 |
| | MWL 035453 MWL 035453 |
| | MWL 035454 MWL 035454 |
| | MWL 035455 MWL 035455 |
| | MWL 035456 MWL 035456 |
| | MWL 035457 MWL 035457 |
| | MWL 035458 MWL 035458 |
| | MWL 035459 MWL 035459 |
| | MWL 035460 MWL 035460 |
| | MWL 035461 MWL 035461 |
| | MWL 035462 MWL 035462 |
| | MWL 035463 MWL 035463 |
| | MWL 035464 MWL 035464 |
| | MWL 035465 MWL 035465 |
| | MWL 035466 MWL 035466 |

104

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035467 MWL 035467 |
| | MWL 035468 MWL 035468 |
| | MWL 035469 MWL 035469 |
| | MWL 035470 MWL 035470 |
| | MWL 035471 MWL 035471 |
| | MWL 035472 MWL 035472 |
| | MWL 035475 MWL 035475 |
| | MWL 035476 MWL 035476 |
| | MWL 035477 MWL 035477 |
| | MWL 035478 MWL 035478 |
| | MWL 035479 MWL 035479 |
| | MWL 035480 MWL 035480 |
| | MWL 035481 MWL 035481 |
| | MWL 035482 MWL 035482 |
| | MWL 035483 MWL 035483 |
| | MWL 035484 MWL 035484 |
| | MWL 035485 MWL 035485 |
| | MWL 035486 MWL 035486 |
| | MWL 035487 MWL 035487 |
| | MWL 035491 MWL 035491 |
| | MWL 035493 MWL 035493 |
| | MWL 035495 MWL 035495 |
| | MWL 035496 MWL 035496 |
| | MWL 035497 MWL 035497 |
| | MWL 035498 MWL 035498 |
| | MWL 035499 MWL 035499 |
| | MWL 035500 MWL 035500 |
| | MWL 035501 MWL 035501 |
| | MWL 035502 MWL 035502 |
| | MWL 035503 MWL 035503 |
| | MWL 035504 MWL 035504 |
| | MWL 035506 MWL 035506 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035507 MWL 035507 |
| | MWL 035508 MWL 035508 |
| | MWL 035509 MWL 035509 |
| | MWL 035510 MWL 035510 |
| | MWL 035512 MWL 035512 |
| | MWL 035513 MWL 035513 |
| | MWL 035514 MWL 035514 |
| | MWL 035516 MWL 035516 |
| | MWL 035517 MWL 035517 |
| | MWL 035518 MWL 035518 |
| | MWL 035519 MWL 035519 |
| | MWL 035520 MWL 035520 |
| | MWL 035521 MWL 035521 |
| | MWL 035522 MWL 035522 |
| | MWL 035523 MWL 035523 |
| | MWL 035524 MWL 035524 |
| | MWL 035525 MWL 035525 |
| | MWL 035527 MWL 035527 |
| | MWL 035528 MWL 035528 |
| | MWL 035529 MWL 035529 |
| | MWL 035551 MWL 035551 |
| | MWL 035569 MWL 035569 |
| | MWL 035571 MWL 035571 |
| | MWL 035572 MWL 035572 |
| | MWL 035574 MWL 035574 |
| | MWL 035576 MWL 035576 |
| | MWL 035577 MWL 035577 |
| | MWL 035579 MWL 035579 |
| | MWL 035580 MWL 035580 |
| | MWL 035581 MWL 035581 |
| | MWL 035582 MWL 035582 |
| | MWL 035583 MWL 035583 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035584 MWL 035584 |
| | MWL 035585 MWL 035585 |
| | MWL 035586 MWL 035586 |
| | MWL 035587 MWL 035587 |
| | MWL 035588 MWL 035588 |
| | MWL 035589 MWL 035589 |
| | MWL 035590 MWL 035590 |
| | MWL 035591 MWL 035591 |
| | MWL 035592 MWL 035592 |
| | MWL 035593 MWL 035593 |
| | MWL 035594 MWL 035594 |
| | MWL 035595 MWL 035595 |
| | MWL 035596 MWL 035596 |
| | MWL 035597 MWL 035597 |
| | MWL 035598 MWL 035598 |
| | MWL 035599 MWL 035599 |
| | MWL 035600 MWL 035600 |
| | MWL 035601 MWL 035601 |
| | MWL 035602 MWL 035602 |
| | MWL 035603 MWL 035603 |
| | MWL 035604 MWL 035604 |
| | MWL 035605 MWL 035605 |
| | MWL 035606 MWL 035606 |
| | MWL 035607 MWL 035607 |
| | MWL 035608 MWL 035608 |
| | MWL 035609 MWL 035609 |
| | MWL 035610 MWL 035610 |
| | MWL 035611 MWL 035611 |
| | MWL 035612 MWL 035612 |
| | MWL 035613 MWL 035613 |
| | MWL 035614 MWL 035614 |
| | MWL 035615 MWL 035615 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035616 MWL 035616 |
| | MWL 035617 MWL 035617 |
| | MWL 035618 MWL 035618 |
| | MWL 035619 MWL 035619 |
| | MWL 035620 MWL 035620 |
| | MWL 035621 MWL 035621 |
| | MWL 035622 MWL 035622 |
| | MWL 035623 MWL 035623 |
| | MWL 035624 MWL 035624 |
| | MWL 035625 MWL 035625 |
| | MWL 035626 MWL 035626 |
| | MWL 035627 MWL 035627 |
| | MWL 035628 MWL 035628 |
| | MWL 035629 MWL 035629 |
| | MWL 035630 MWL 035630 |
| | MWL 035631 MWL 035631 |
| | MWL 035632 MWL 035632 |
| | MWL 035633 MWL 035633 |
| | MWL 035634 MWL 035634 |
| | MWL 035635 MWL 035635 |
| | MWL 035636 MWL 035636 |
| | MWL 035637 MWL 035637 |
| | MWL 035638 MWL 035638 |
| | MWL 035639 MWL 035639 |
| | MWL 035640 MWL 035640 |
| | MWL 035641 MWL 035641 |
| | MWL 035642 MWL 035642 |
| | MWL 035643 MWL 035643 |
| | MWL 035644 MWL 035644 |
| | MWL 035645 MWL 035645 |
| | MWL 035646 MWL 035646 |
| | MWL 035647 MWL 035647 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035648 MWL 035648 |
| | MWL 035649 MWL 035649 |
| | MWL 035650 MWL 035650 |
| | MWL 035651 MWL 035651 |
| | MWL 035652 MWL 035652 |
| | MWL 035653 MWL 035653 |
| | MWL 035654 MWL 035654 |
| | MWL 035655 MWL 035655 |
| | MWL 035656 MWL 035656 |
| | MWL 035657 MWL 035657 |
| | MWL 035658 MWL 035658 |
| | MWL 035659 MWL 035659 |
| | MWL 035660 MWL 035660 |
| | MWL 035661 MWL 035661 |
| | MWL 035662 MWL 035662 |
| | MWL 035663 MWL 035663 |
| | MWL 035664 MWL 035664 |
| | MWL 035665 MWL 035665 |
| | MWL 035666 MWL 035666 |
| | MWL 035667 MWL 035667 |
| | MWL 035668 MWL 035668 |
| | MWL 035669 MWL 035669 |
| | MWL 035670 MWL 035670 |
| | MWL 035671 MWL 035671 |
| | MWL 035672 MWL 035672 |
| | MWL 035673 MWL 035673 |
| | MWL 035674 MWL 035674 |
| | MWL 035675 MWL 035675 |
| | MWL 035676 MWL 035676 |
| | MWL 035677 MWL 035677 |
| | MWL 035678 MWL 035678 |
| | MWL 035679 MWL 035679 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035680 MWL 035680 |
| | MWL 035681 MWL 035681 |
| | MWL 035682 MWL 035682 |
| | MWL 035683 MWL 035683 |
| | MWL 035684 MWL 035684 |
| | MWL 035685 MWL 035685 |
| | MWL 035686 MWL 035686 |
| | MWL 035687 MWL 035687 |
| | MWL 035688 MWL 035688 |
| | MWL 035689 MWL 035689 |
| | MWL 035690 MWL 035690 |
| | MWL 035691 MWL 035691 |
| | MWL 035692 MWL 035692 |
| | MWL 035693 MWL 035693 |
| | MWL 035694 MWL 035694 |
| | MWL 035695 MWL 035695 |
| | MWL 035696 MWL 035696 |
| | MWL 035697 MWL 035697 |
| | MWL 035698 MWL 035698 |
| | MWL 035699 MWL 035699 |
| | MWL 035700 MWL 035700 |
| | MWL 035701 MWL 035701 |
| | MWL 035702 MWL 035702 |
| | MWL 035703 MWL 035703 |
| | MWL 035704 MWL 035704 |
| | MWL 035705 MWL 035705 |
| | MWL 035706 MWL 035706 |
| | MWL 035707 MWL 035707 |
| | MWL 035708 MWL 035708 |
| | MWL 035709 MWL 035709 |
| | MWL 035710 MWL 035710 |
| | MWL 035711 MWL 035711 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035712 MWL 035712 |
| | MWL 035713 MWL 035713 |
| | MWL 035714 MWL 035714 |
| | MWL 035715 MWL 035715 |
| | MWL 035716 MWL 035716 |
| | MWL 035717 MWL 035717 |
| | MWL 035718 MWL 035718 |
| | MWL 035719 MWL 035719 |
| | MWL 035720 MWL 035720 |
| | MWL 035721 MWL 035721 |
| | MWL 035722 MWL 035722 |
| | MWL 035723 MWL 035723 |
| | MWL 035724 MWL 035724 |
| | MWL 035725 MWL 035725 |
| | MWL 035726 MWL 035726 |
| | MWL 035727 MWL 035727 |
| | MWL 035728 MWL 035728 |
| | MWL 035729 MWL 035729 |
| | MWL 035730 MWL 035730 |
| | MWL 035731 MWL 035731 |
| | MWL 035732 MWL 035732 |
| | MWL 035733 MWL 035733 |
| | MWL 035734 MWL 035734 |
| | MWL 035735 MWL 035735 |
| | MWL 035736 MWL 035736 |
| | MWL 035737 MWL 035737 |
| | MWL 035738 MWL 035738 |
| | MWL 035739 MWL 035739 |
| | MWL 035740 MWL 035740 |
| | MWL 035741 MWL 035741 |
| | MWL 035742 MWL 035742 |
| | MWL 035743 MWL 035743 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035744 MWL 035744 |
| | MWL 035745 MWL 035745 |
| | MWL 035746 MWL 035746 |
| | MWL 035747 MWL 035747 |
| | MWL 035748 MWL 035748 |
| | MWL 035749 MWL 035749 |
| | MWL 035750 MWL 035750 |
| | MWL 035751 MWL 035751 |
| | MWL 035752 MWL 035752 |
| | MWL 035753 MWL 035753 |
| | MWL 035754 MWL 035754 |
| | MWL 035755 MWL 035755 |
| | MWL 035756 MWL 035756 |
| | MWL 035757 MWL 035757 |
| | MWL 035758 MWL 035758 |
| | MWL 035759 MWL 035759 |
| | MWL 035760 MWL 035760 |
| | MWL 035761 MWL 035761 |
| | MWL 035762 MWL 035762 |
| | MWL 035763 MWL 035763 |
| | MWL 035764 MWL 035764 |
| | MWL 035765 MWL 035765 |
| | MWL 035766 MWL 035766 |
| | MWL 035767 MWL 035767 |
| | MWL 035768 MWL 035768 |
| | MWL 035769 MWL 035769 |
| | MWL 035770 MWL 035770 |
| | MWL 035771 MWL 035771 |
| | MWL 035772 MWL 035772 |
| | MWL 035773 MWL 035773 |
| | MWL 035774 MWL 035774 |
| | MWL 035775 MWL 035775 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035776 MWL 035776 |
| | MWL 035777 MWL 035777 |
| | MWL 035778 MWL 035778 |
| | MWL 035779 MWL 035779 |
| | MWL 035780 MWL 035780 |
| | MWL 035781 MWL 035781 |
| | MWL 035782 MWL 035782 |
| | MWL 035783 MWL 035783 |
| | MWL 035784 MWL 035784 |
| | MWL 035785 MWL 035785 |
| | MWL 035786 MWL 035786 |
| | MWL 035788 MWL 035788 |
| | MWL 035789 MWL 035789 |
| | MWL 035790 MWL 035790 |
| | MWL 035791 MWL 035791 |
| | MWL 035792 MWL 035792 |
| | MWL 035793 MWL 035793 |
| | MWL 035794 MWL 035794 |
| | MWL 035795 MWL 035795 |
| | MWL 035796 MWL 035796 |
| | MWL 035797 MWL 035797 |
| | MWL 035798 MWL 035798 |
| | MWL 035799 MWL 035799 |
| | MWL 035800 MWL 035800 |
| | MWL 035801 MWL 035801 |
| | MWL 035802 MWL 035802 |
| | MWL 035803 MWL 035803 |
| | MWL 035804 MWL 035804 |
| | MWL 035805 MWL 035805 |
| | MWL 035806 MWL 035806 |
| | MWL 035807 MWL 035807 |
| | MWL 035808 MWL 035808 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035809 MWL 035809 |
| | MWL 035810 MWL 035810 |
| | MWL 035811 MWL 035811 |
| | MWL 035812 MWL 035812 |
| | MWL 035813 MWL 035813 |
| | MWL 035814 MWL 035814 |
| | MWL 035815 MWL 035815 |
| | MWL 035816 MWL 035816 |
| | MWL 035817 MWL 035817 |
| | MWL 035818 MWL 035818 |
| | MWL 035819 MWL 035819 |
| | MWL 035820 MWL 035820 |
| | MWL 035821 MWL 035821 |
| | MWL 035822 MWL 035822 |
| | MWL 035823 MWL 035823 |
| | MWL 035824 MWL 035824 |
| | MWL 035825 MWL 035825 |
| | MWL 035826 MWL 035826 |
| | MWL 035827 MWL 035827 |
| | MWL 035828 MWL 035828 |
| | MWL 035829 MWL 035829 |
| | MWL 035830 MWL 035830 |
| | MWL 035831 MWL 035831 |
| | MWL 035832 MWL 035832 |
| | MWL 035833 MWL 035833 |
| | MWL 035834 MWL 035834 |
| | MWL 035837 MWL 035837 |
| | MWL 035840 MWL 035840 |
| | MWL 035848 MWL 035848 |
| | MWL 035849 MWL 035849 |
| | MWL 035850 MWL 035850 |
| | MWL 035851 MWL 035851 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035852 MWL 035852 |
| | MWL 035853 MWL 035853 |
| | MWL 035854 MWL 035854 |
| | MWL 035855 MWL 035855 |
| | MWL 035856 MWL 035856 |
| | MWL 035857 MWL 035857 |
| | MWL 035858 MWL 035858 |
| | MWL 035859 MWL 035859 |
| | MWL 035860 MWL 035860 |
| | MWL 035861 MWL 035861 |
| | MWL 035862 MWL 035862 |
| | MWL 035863 MWL 035863 |
| | MWL 035864 MWL 035864 |
| | MWL 035865 MWL 035865 |
| | MWL 035866 MWL 035866 |
| | MWL 035867 MWL 035867 |
| | MWL 035868 MWL 035868 |
| | MWL 035869 MWL 035869 |
| | MWL 035870 MWL 035870 |
| | MWL 035871 MWL 035871 |
| | MWL 035872 MWL 035872 |
| | MWL 035873 MWL 035873 |
| | MWL 035874 MWL 035874 |
| | MWL 035875 MWL 035875 |
| | MWL 035876 MWL 035876 |
| | MWL 035877 MWL 035877 |
| | MWL 035878 MWL 035878 |
| | MWL 035879 MWL 035879 |
| | MWL 035880 MWL 035880 |
| | MWL 035881 MWL 035881 |
| | MWL 035882 MWL 035882 |
| | MWL 035883 MWL 035883 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035884 MWL 035884 |
| | MWL 035885 MWL 035885 |
| | MWL 035886 MWL 035886 |
| | MWL 035887 MWL 035887 |
| | MWL 035888 MWL 035888 |
| | MWL 035935 MWL 035935 |
| | MWL 035937 MWL 035937 |
| | MWL 035939 MWL 035939 |
| | MWL 035943 MWL 035943 |
| | MWL 035948 MWL 035948 |
| | MWL 035957 MWL 035957 |
| | MWL 035958 MWL 035958 |
| | MWL 035959 MWL 035959 |
| | MWL 035960 MWL 035960 |
| | MWL 035961 MWL 035961 |
| | MWL 035962 MWL 035962 |
| | MWL 035963 MWL 035963 |
| | MWL 035964 MWL 035964 |
| | MWL 035965 MWL 035965 |
| | MWL 035966 MWL 035966 |
| | MWL 035967 MWL 035967 |
| | MWL 035968 MWL 035968 |
| | MWL 035969 MWL 035969 |
| | MWL 035970 MWL 035970 |
| | MWL 035971 MWL 035971 |
| | MWL 035972 MWL 035972 |
| | MWL 035973 MWL 035973 |
| | MWL 035974 MWL 035974 |
| | MWL 035975 MWL 035975 |
| | MWL 035986 MWL 035986 |
| | MWL 035987 MWL 035987 |
| | MWL 035988 MWL 035988 |

116

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 035989 MWL 035989 |
| | MWL 035990 MWL 035990 |
| | MWL 035997 MWL 035997 |
| | MWL 036001 MWL 036001 |
| | MWL 036016 MWL 036016 |
| | MWL 036024 MWL 036024 |
| | MWL 036026 MWL 036026 |
| | MWL 036027 MWL 036027 |
| | MWL 036028 MWL 036028 |
| | MWL 036029 MWL 036029 |
| | MWL 036030 MWL 036030 |
| | MWL 036031 MWL 036031 |
| | MWL 036032 MWL 036032 |
| | MWL 036033 MWL 036033 |
| | MWL 036034 MWL 036034 |
| | MWL 036035 MWL 036035 |
| | MWL 036036 MWL 036036 |
| | MWL 036037 MWL 036037 |
| | MWL 036038 MWL 036038 |
| | MWL 036039 MWL 036039 |
| | MWL 036040 MWL 036040 |
| | MWL 036042 MWL 036042 |
| | MWL 036046 MWL 036046 |
| | MWL 036047 MWL 036047 |
| | MWL 036048 MWL 036048 |
| | MWL 036049 MWL 036049 |
| | MWL 036050 MWL 036050 |
| | MWL 036051 MWL 036051 |
| | MWL 036052 MWL 036052 |
| | MWL 036054 MWL 036054 |
| | MWL 036055 MWL 036055 |
| | MWL 036056 MWL 036056 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036057 MWL 036057 |
| | MWL 036058 MWL 036058 |
| | MWL 036060 MWL 036060 |
| | MWL 036061 MWL 036061 |
| | MWL 036062 MWL 036062 |
| | MWL 036063 MWL 036063 |
| | MWL 036064 MWL 036064 |
| | MWL 036066 MWL 036066 |
| | MWL 036067 MWL 036067 |
| | MWL 036068 MWL 036068 |
| | MWL 036073 MWL 036073 |
| | MWL 036074 MWL 036074 |
| | MWL 036075 MWL 036075 |
| | MWL 036076 MWL 036076 |
| | MWL 036079 MWL 036079 |
| | MWL 036080 MWL 036080 |
| | MWL 036092 MWL 036092 |
| | MWL 036093 MWL 036093 |
| | MWL 036094 MWL 036094 |
| | MWL 036095 MWL 036095 |
| | MWL 036096 MWL 036096 |
| | MWL 036097 MWL 036097 |
| | MWL 036098 MWL 036098 |
| | MWL 036099 MWL 036099 |
| | MWL 036100 MWL 036100 |
| | MWL 036101 MWL 036101 |
| | MWL 036102 MWL 036102 |
| | MWL 036103 MWL 036103 |
| | MWL 036104 MWL 036104 |
| | MWL 036105 MWL 036105 |
| | MWL 036106 MWL 036106 |
| | MWL 036107 MWL 036107 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036108 MWL 036108 |
| | MWL 036109 MWL 036109 |
| | MWL 036110 MWL 036110 |
| | MWL 036111 MWL 036111 |
| | MWL 036112 MWL 036112 |
| | MWL 036113 MWL 036113 |
| | MWL 036114 MWL 036114 |
| | MWL 036115 MWL 036115 |
| | MWL 036116 MWL 036116 |
| | MWL 036117 MWL 036117 |
| | MWL 036118 MWL 036118 |
| | MWL 036119 MWL 036119 |
| | MWL 036120 MWL 036120 |
| | MWL 036121 MWL 036121 |
| | MWL 036122 MWL 036122 |
| | MWL 036123 MWL 036123 |
| | MWL 036124 MWL 036124 |
| | MWL 036125 MWL 036125 |
| | MWL 036126 MWL 036126 |
| | MWL 036127 MWL 036127 |
| | MWL 036128 MWL 036128 |
| | MWL 036129 MWL 036129 |
| | MWL 036130 MWL 036130 |
| | MWL 036131 MWL 036131 |
| | MWL 036132 MWL 036132 |
| | MWL 036133 MWL 036133 |
| | MWL 036134 MWL 036134 |
| | MWL 036135 MWL 036135 |
| | MWL 036136 MWL 036136 |
| | MWL 036137 MWL 036137 |
| | MWL 036138 MWL 036138 |
| | MWL 036139 MWL 036139 |