07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036140 MWL 036140 |
| | MWL 036141 MWL 036141 |
| | MWL 036142 MWL 036142 |
| | MWL 036143 MWL 036143 |
| | MWL 036144 MWL 036144 |
| | MWL 036145 MWL 036145 |
| | MWL 036146 MWL 036146 |
| | MWL 036147 MWL 036147 |
| | MWL 036148 MWL 036148 |
| | MWL 036149 MWL 036149 |
| | MWL 036150 MWL 036150 |
| | MWL 036151 MWL 036151 |
| | MWL 036152 MWL 036152 |
| | MWL 036153 MWL 036153 |
| | MWL 036154 MWL 036154 |
| | MWL 036155 MWL 036155 |
| | MWL 036156 MWL 036156 |
| | MWL 036157 MWL 036157 |
| | MWL 036158 MWL 036158 |
| | MWL 036159 MWL 036159 |
| | MWL 036160 MWL 036160 |
| | MWL 036161 MWL 036161 |
| | MWL 036162 MWL 036162 |
| | MWL 036163 MWL 036163 |
| | MWL 036164 MWL 036164 |
| | MWL 036165 MWL 036165 |
| | MWL 036166 MWL 036166 |
| | MWL 036167 MWL 036167 |
| | MWL 036168 MWL 036168 |
| | MWL 036169 MWL 036169 |
| | MWL 036170 MWL 036170 |
| | MWL 036171 MWL 036171 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
| --- | --- |
| | MWL 036172 MWL 036172 |
| | MWL 036173 MWL 036173 |
| | MWL 036174 MWL 036174 |
| | MWL 036175 MWL 036175 |
| | MWL 036176 MWL 036176 |
| | MWL 036177 MWL 036177 |
| | MWL 036178 MWL 036178 |
| | MWL 036179 MWL 036179 |
| | MWL 036180 MWL 036180 |
| | MWL 036181 MWL 036181 |
| | MWL 036182 MWL 036182 |
| | MWL 036183 MWL 036183 |
| | MWL 036184 MWL 036184 |
| | MWL 036185 MWL 036185 |
| | MWL 036186 MWL 036186 |
| | MWL 036187 MWL 036187 |
| | MWL 036188 MWL 036188 |
| | MWL 036189 MWL 036189 |
| | MWL 036190 MWL 036190 |
| | MWL 036191 MWL 036191 |
| | MWL 036192 MWL 036192 |
| | MWL 036193 MWL 036193 |
| | MWL 036194 MWL 036194 |
| | MWL 036195 MWL 036195 |
| | MWL 036196 MWL 036196 |
| | MWL 036197 MWL 036197 |
| | MWL 036198 MWL 036198 |
| | MWL 036199 MWL 036199 |
| | MWL 036200 MWL 036200 |
| | MWL 036201 MWL 036201 |
| | MWL 036202 MWL 036202 |
| | MWL 036203 MWL 036203 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036207 MWL 036207 |
| | MWL 036208 MWL 036208 |
| | MWL 036209 MWL 036209 |
| | MWL 036210 MWL 036210 |
| | MWL 036211 MWL 036211 |
| | MWL 036212 MWL 036212 |
| | MWL 036213 MWL 036213 |
| | MWL 036214 MWL 036214 |
| | MWL 036215 MWL 036215 |
| | MWL 036216 MWL 036216 |
| | MWL 036217 MWL 036217 |
| | MWL 036218 MWL 036218 |
| | MWL 036219 MWL 036219 |
| | MWL 036220 MWL 036220 |
| | MWL 036221 MWL 036221 |
| | MWL 036222 MWL 036222 |
| | MWL 036223 MWL 036223 |
| | MWL 036224 MWL 036224 |
| | MWL 036225 MWL 036225 |
| | MWL 036226 MWL 036226 |
| | MWL 036227 MWL 036227 |
| | MWL 036228 MWL 036228 |
| | MWL 036229 MWL 036229 |
| | MWL 036230 MWL 036230 |
| | MWL 036231 MWL 036231 |
| | MWL 036232 MWL 036232 |
| | MWL 036233 MWL 036233 |
| | MWL 036234 MWL 036234 |
| | MWL 036235 MWL 036235 |
| | MWL 036236 MWL 036236 |
| | MWL 036237 MWL 036237 |
| | MWL 036238 MWL 036238 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036239 MWL 036239 |
| | MWL 036240 MWL 036240 |
| | MWL 036241 MWL 036241 |
| | MWL 036242 MWL 036242 |
| | MWL 036243 MWL 036243 |
| | MWL 036244 MWL 036244 |
| | MWL 036245 MWL 036245 |
| | MWL 036246 MWL 036246 |
| | MWL 036247 MWL 036247 |
| | MWL 036248 MWL 036248 |
| | MWL 036249 MWL 036249 |
| | MWL 036250 MWL 036250 |
| | MWL 036251 MWL 036251 |
| | MWL 036252 MWL 036252 |
| | MWL 036253 MWL 036253 |
| | MWL 036254 MWL 036254 |
| | MWL 036255 MWL 036255 |
| | MWL 036256 MWL 036256 |
| | MWL 036258 MWL 036258 |
| | MWL 036259 MWL 036259 |
| | MWL 036260 MWL 036260 |
| | MWL 036261 MWL 036261 |
| | MWL 036262 MWL 036262 |
| | MWL 036263 MWL 036263 |
| | MWL 036264 MWL 036264 |
| | MWL 036265 MWL 036265 |
| | MWL 036266 MWL 036266 |
| | MWL 036267 MWL 036267 |
| | MWL 036268 MWL 036268 |
| | MWL 036269 MWL 036269 |
| | MWL 036270 MWL 036270 |
| | MWL 036271 MWL 036271 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036272 MWL 036272 |
| | MWL 036273 MWL 036273 |
| | MWL 036274 MWL 036274 |
| | MWL 036275 MWL 036275 |
| | MWL 036276 MWL 036276 |
| | MWL 036277 MWL 036277 |
| | MWL 036278 MWL 036278 |
| | MWL 036279 MWL 036279 |
| | MWL 036281 MWL 036281 |
| | MWL 036282 MWL 036282 |
| | MWL 036283 MWL 036283 |
| | MWL 036284 MWL 036284 |
| | MWL 036285 MWL 036285 |
| | MWL 036286 MWL 036286 |
| | MWL 036287 MWL 036287 |
| | MWL 036288 MWL 036288 |
| | MWL 036289 MWL 036289 |
| | MWL 036290 MWL 036290 |
| | MWL 036291 MWL 036291 |
| | MWL 036293 MWL 036293 |
| | MWL 036294 MWL 036294 |
| | MWL 036295 MWL 036295 |
| | MWL 036296 MWL 036296 |
| | MWL 036297 MWL 036297 |
| | MWL 036298 MWL 036298 |
| | MWL 036299 MWL 036299 |
| | MWL 036300 MWL 036300 |
| | MWL 036301 MWL 036301 |
| | MWL 036302 MWL 036302 |
| | MWL 036303 MWL 036303 |
| | MWL 036304 MWL 036304 |
| | MWL 036305 MWL 036305 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036306 MWL 036306 |
| | MWL 036307 MWL 036307 |
| | MWL 036308 MWL 036308 |
| | MWL 036309 MWL 036309 |
| | MWL 036311 MWL 036311 |
| | MWL 036312 MWL 036312 |
| | MWL 036313 MWL 036313 |
| | MWL 036314 MWL 036314 |
| | MWL 036315 MWL 036315 |
| | MWL 036316 MWL 036316 |
| | MWL 036317 MWL 036317 |
| | MWL 036318 MWL 036318 |
| | MWL 036320 MWL 036320 |
| | MWL 036321 MWL 036321 |
| | MWL 036322 MWL 036322 |
| | MWL 036323 MWL 036323 |
| | MWL 036324 MWL 036324 |
| | MWL 036325 MWL 036325 |
| | MWL 036326 MWL 036326 |
| | MWL 036327 MWL 036327 |
| | MWL 036328 MWL 036328 |
| | MWL 036329 MWL 036329 |
| | MWL 036331 MWL 036331 |
| | MWL 036332 MWL 036332 |
| | MWL 036333 MWL 036333 |
| | MWL 036334 MWL 036334 |
| | MWL 036335 MWL 036335 |
| | MWL 036336 MWL 036336 |
| | MWL 036337 MWL 036337 |
| | MWL 036338 MWL 036338 |
| | MWL 036339 MWL 036339 |
| | MWL 036340 MWL 036340 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036341 MWL 036341 |
| | MWL 036342 MWL 036342 |
| | MWL 036343 MWL 036343 |
| | MWL 036344 MWL 036344 |
| | MWL 036345 MWL 036345 |
| | MWL 036346 MWL 036346 |
| | MWL 036347 MWL 036347 |
| | MWL 036348 MWL 036348 |
| | MWL 036349 MWL 036349 |
| | MWL 036350 MWL 036350 |
| | MWL 036351 MWL 036351 |
| | MWL 036352 MWL 036352 |
| | MWL 036353 MWL 036353 |
| | MWL 036354 MWL 036354 |
| | MWL 036355 MWL 036355 |
| | MWL 036356 MWL 036356 |
| | MWL 036357 MWL 036357 |
| | MWL 036358 MWL 036358 |
| | MWL 036359 MWL 036359 |
| | MWL 036360 MWL 036360 |
| | MWL 036361 MWL 036361 |
| | MWL 036362 MWL 036362 |
| | MWL 036363 MWL 036363 |
| | MWL 036364 MWL 036364 |
| | MWL 036365 MWL 036365 |
| | MWL 036366 MWL 036366 |
| | MWL 036368 MWL 036368 |
| | MWL 036369 MWL 036369 |
| | MWL 036370 MWL 036370 |
| | MWL 036371 MWL 036371 |
| | MWL 036374 MWL 036374 |
| | MWL 036375 MWL 036375 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036376 MWL 036376 |
| | MWL 036377 MWL 036377 |
| | MWL 036378 MWL 036378 |
| | MWL 036379 MWL 036379 |
| | MWL 036380 MWL 036380 |
| | MWL 036381 MWL 036381 |
| | MWL 036382 MWL 036382 |
| | MWL 036383 MWL 036383 |
| | MWL 036384 MWL 036384 |
| | MWL 036385 MWL 036385 |
| | MWL 036386 MWL 036386 |
| | MWL 036387 MWL 036387 |
| | MWL 036388 MWL 036388 |
| | MWL 036389 MWL 036389 |
| | MWL 036390 MWL 036390 |
| | MWL 036391 MWL 036391 |
| | MWL 036392 MWL 036392 |
| | MWL 036393 MWL 036393 |
| | MWL 036394 MWL 036394 |
| | MWL 036395 MWL 036395 |
| | MWL 036396 MWL 036396 |
| | MWL 036397 MWL 036397 |
| | MWL 036398 MWL 036398 |
| | MWL 036399 MWL 036399 |
| | MWL 036400 MWL 036400 |
| | MWL 036401 MWL 036401 |
| | MWL 036402 MWL 036402 |
| | MWL 036403 MWL 036403 |
| | MWL 036404 MWL 036404 |
| | MWL 036405 MWL 036405 |
| | MWL 036406 MWL 036406 |
| | MWL 036407 MWL 036407 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
| --- | --- |
| | MWL 036408 MWL 036408 |
| | MWL 036409 MWL 036409 |
| | MWL 036410 MWL 036410 |
| | MWL 036411 MWL 036411 |
| | MWL 036412 MWL 036412 |
| | MWL 036413 MWL 036413 |
| | MWL 036414 MWL 036414 |
| | MWL 036415 MWL 036415 |
| | MWL 036416 MWL 036416 |
| | MWL 036417 MWL 036417 |
| | MWL 036418 MWL 036418 |
| | MWL 036419 MWL 036419 |
| | MWL 036420 MWL 036420 |
| | MWL 036421 MWL 036421 |
| | MWL 036422 MWL 036422 |
| | MWL 036423 MWL 036423 |
| | MWL 036424 MWL 036424 |
| | MWL 036425 MWL 036425 |
| | MWL 036426 MWL 036426 |
| | MWL 036427 MWL 036427 |
| | MWL 036428 MWL 036428 |
| | MWL 036429 MWL 036429 |
| | MWL 036430 MWL 036430 |
| | MWL 036431 MWL 036431 |
| | MWL 036432 MWL 036432 |
| | MWL 036433 MWL 036433 |
| | MWL 036434 MWL 036434 |
| | MWL 036435 MWL 036435 |
| | MWL 036436 MWL 036436 |
| | MWL 036437 MWL 036437 |
| | MWL 036438 MWL 036438 |
| | MWL 036439 MWL 036439 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036440 MWL 036440 |
| | MWL 036441 MWL 036441 |
| | MWL 036442 MWL 036442 |
| | MWL 036443 MWL 036443 |
| | MWL 036444 MWL 036444 |
| | MWL 036445 MWL 036445 |
| | MWL 036446 MWL 036446 |
| | MWL 036447 MWL 036447 |
| | MWL 036448 MWL 036448 |
| | MWL 036449 MWL 036449 |
| | MWL 036450 MWL 036450 |
| | MWL 036451 MWL 036451 |
| | MWL 036452 MWL 036452 |
| | MWL 036453 MWL 036453 |
| | MWL 036454 MWL 036454 |
| | MWL 036455 MWL 036455 |
| | MWL 036456 MWL 036456 |
| | MWL 036457 MWL 036457 |
| | MWL 036458 MWL 036458 |
| | MWL 036459 MWL 036459 |
| | MWL 036460 MWL 036460 |
| | MWL 036461 MWL 036461 |
| | MWL 036462 MWL 036462 |
| | MWL 036463 MWL 036463 |
| | MWL 036464 MWL 036464 |
| | MWL 036465 MWL 036465 |
| | MWL 036466 MWL 036466 |
| | MWL 036467 MWL 036467 |
| | MWL 036468 MWL 036468 |
| | MWL 036469 MWL 036469 |
| | MWL 036470 MWL 036470 |
| | MWL 036471 MWL 036471 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036472 MWL 036472 |
| | MWL 036473 MWL 036473 |
| | MWL 036474 MWL 036474 |
| | MWL 036475 MWL 036475 |
| | MWL 036476 MWL 036476 |
| | MWL 036477 MWL 036477 |
| | MWL 036478 MWL 036478 |
| | MWL 036479 MWL 036479 |
| | MWL 036480 MWL 036480 |
| | MWL 036481 MWL 036481 |
| | MWL 036482 MWL 036482 |
| | MWL 036483 MWL 036483 |
| | MWL 036484 MWL 036484 |
| | MWL 036485 MWL 036485 |
| | MWL 036486 MWL 036486 |
| | MWL 036487 MWL 036487 |
| | MWL 036488 MWL 036488 |
| | MWL 036489 MWL 036489 |
| | MWL 036490 MWL 036490 |
| | MWL 036491 MWL 036491 |
| | MWL 036492 MWL 036492 |
| | MWL 036493 MWL 036493 |
| | MWL 036494 MWL 036494 |
| | MWL 036495 MWL 036495 |
| | MWL 036496 MWL 036496 |
| | MWL 036497 MWL 036497 |
| | MWL 036498 MWL 036498 |
| | MWL 036499 MWL 036499 |
| | MWL 036500 MWL 036500 |
| | MWL 036501 MWL 036501 |
| | MWL 036502 MWL 036502 |
| | MWL 036503 MWL 036503 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036504 MWL 036504 |
| | MWL 036505 MWL 036505 |
| | MWL 036506 MWL 036506 |
| | MWL 036507 MWL 036507 |
| | MWL 036508 MWL 036508 |
| | MWL 036509 MWL 036509 |
| | MWL 036510 MWL 036510 |
| | MWL 036511 MWL 036511 |
| | MWL 036512 MWL 036512 |
| | MWL 036513 MWL 036513 |
| | MWL 036514 MWL 036514 |
| | MWL 036515 MWL 036515 |
| | MWL 036516 MWL 036516 |
| | MWL 036517 MWL 036517 |
| | MWL 036518 MWL 036518 |
| | MWL 036519 MWL 036519 |
| | MWL 036520 MWL 036520 |
| | MWL 036521 MWL 036521 |
| | MWL 036522 MWL 036522 |
| | MWL 036523 MWL 036523 |
| | MWL 036524 MWL 036524 |
| | MWL 036525 MWL 036525 |
| | MWL 036526 MWL 036526 |
| | MWL 036527 MWL 036527 |
| | MWL 036528 MWL 036528 |
| | MWL 036529 MWL 036529 |
| | MWL 036530 MWL 036530 |
| | MWL 036531 MWL 036531 |
| | MWL 036532 MWL 036532 |
| | MWL 036533 MWL 036533 |
| | MWL 036534 MWL 036534 |
| | MWL 036535 MWL 036535 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036536 MWL 036536 |
| | MWL 036537 MWL 036537 |
| | MWL 036538 MWL 036538 |
| | MWL 036539 MWL 036539 |
| | MWL 036540 MWL 036540 |
| | MWL 036541 MWL 036541 |
| | MWL 036542 MWL 036542 |
| | MWL 036543 MWL 036543 |
| | MWL 036544 MWL 036544 |
| | MWL 036545 MWL 036545 |
| | MWL 036546 MWL 036546 |
| | MWL 036547 MWL 036547 |
| | MWL 036548 MWL 036548 |
| | MWL 036549 MWL 036549 |
| | MWL 036550 MWL 036550 |
| | MWL 036551 MWL 036551 |
| | MWL 036552 MWL 036552 |
| | MWL 036553 MWL 036553 |
| | MWL 036554 MWL 036554 |
| | MWL 036555 MWL 036555 |
| | MWL 036556 MWL 036556 |
| | MWL 036557 MWL 036557 |
| | MWL 036558 MWL 036558 |
| | MWL 036559 MWL 036559 |
| | MWL 036560 MWL 036560 |
| | MWL 036561 MWL 036561 |
| | MWL 036562 MWL 036562 |
| | MWL 036563 MWL 036563 |
| | MWL 036564 MWL 036564 |
| | MWL 036565 MWL 036565 |
| | MWL 036566 MWL 036566 |
| | MWL 036567 MWL 036567 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036568 MWL 036568 |
| | MWL 036569 MWL 036569 |
| | MWL 036570 MWL 036570 |
| | MWL 036571 MWL 036571 |
| | MWL 036572 MWL 036572 |
| | MWL 036573 MWL 036573 |
| | MWL 036574 MWL 036574 |
| | MWL 036575 MWL 036575 |
| | MWL 036578 MWL 036578 |
| | MWL 036580 MWL 036580 |
| | MWL 036581 MWL 036581 |
| | MWL 036585 MWL 036585 |
| | MWL 036599 MWL 036599 |
| | MWL 036600 MWL 036600 |
| | MWL 036601 MWL 036601 |
| | MWL 036602 MWL 036602 |
| | MWL 036603 MWL 036603 |
| | MWL 036604 MWL 036604 |
| | MWL 036605 MWL 036605 |
| | MWL 036606 MWL 036606 |
| | MWL 036607 MWL 036607 |
| | MWL 036608 MWL 036608 |
| | MWL 036609 MWL 036609 |
| | MWL 036610 MWL 036610 |
| | MWL 036611 MWL 036611 |
| | MWL 036612 MWL 036612 |
| | MWL 036613 MWL 036613 |
| | MWL 036614 MWL 036614 |
| | MWL 036615 MWL 036615 |
| | MWL 036616 MWL 036616 |
| | MWL 036617 MWL 036617 |
| | MWL 036618 MWL 036618 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036620 MWL 036620 |
| | MWL 036621 MWL 036621 |
| | MWL 036622 MWL 036622 |
| | MWL 036623 MWL 036623 |
| | MWL 036624 MWL 036624 |
| | MWL 036625 MWL 036625 |
| | MWL 036626 MWL 036626 |
| | MWL 036627 MWL 036627 |
| | MWL 036628 MWL 036628 |
| | MWL 036629 MWL 036629 |
| | MWL 036630 MWL 036630 |
| | MWL 036631 MWL 036631 |
| | MWL 036632 MWL 036632 |
| | MWL 036633 MWL 036633 |
| | MWL 036634 MWL 036634 |
| | MWL 036635 MWL 036635 |
| | MWL 036636 MWL 036636 |
| | MWL 036637 MWL 036637 |
| | MWL 036638 MWL 036638 |
| | MWL 036639 MWL 036639 |
| | MWL 036640 MWL 036640 |
| | MWL 036641 MWL 036641 |
| | MWL 036642 MWL 036642 |
| | MWL 036643 MWL 036643 |
| | MWL 036644 MWL 036644 |
| | MWL 036645 MWL 036645 |
| | MWL 036646 MWL 036646 |
| | MWL 036647 MWL 036647 |
| | MWL 036648 MWL 036648 |
| | MWL 036649 MWL 036649 |
| | MWL 036650 MWL 036650 |
| | MWL 036651 MWL 036651 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036652 MWL 036652 |
| | MWL 036653 MWL 036653 |
| | MWL 036654 MWL 036654 |
| | MWL 036655 MWL 036655 |
| | MWL 036656 MWL 036656 |
| | MWL 036657 MWL 036657 |
| | MWL 036658 MWL 036658 |
| | MWL 036659 MWL 036659 |
| | MWL 036660 MWL 036660 |
| | MWL 036661 MWL 036661 |
| | MWL 036662 MWL 036662 |
| | MWL 036663 MWL 036663 |
| | MWL 036664 MWL 036664 |
| | MWL 036665 MWL 036665 |
| | MWL 036666 MWL 036666 |
| | MWL 036667 MWL 036667 |
| | MWL 036668 MWL 036668 |
| | MWL 036669 MWL 036669 |
| | MWL 036670 MWL 036670 |
| | MWL 036671 MWL 036671 |
| | MWL 036672 MWL 036672 |
| | MWL 036673 MWL 036673 |
| | MWL 036674 MWL 036674 |
| | MWL 036675 MWL 036675 |
| | MWL 036676 MWL 036676 |
| | MWL 036677 MWL 036677 |
| | MWL 036678 MWL 036678 |
| | MWL 036679 MWL 036679 |
| | MWL 036680 MWL 036680 |
| | MWL 036681 MWL 036681 |
| | MWL 036682 MWL 036682 |
| | MWL 036683 MWL 036683 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036684 MWL 036684 |
| | MWL 036685 MWL 036685 |
| | MWL 036686 MWL 036686 |
| | MWL 036687 MWL 036687 |
| | MWL 036688 MWL 036688 |
| | MWL 036689 MWL 036689 |
| | MWL 036690 MWL 036690 |
| | MWL 036691 MWL 036691 |
| | MWL 036692 MWL 036692 |
| | MWL 036693 MWL 036693 |
| | MWL 036694 MWL 036694 |
| | MWL 036695 MWL 036695 |
| | MWL 036696 MWL 036696 |
| | MWL 036697 MWL 036697 |
| | MWL 036698 MWL 036698 |
| | MWL 036699 MWL 036699 |
| | MWL 036700 MWL 036700 |
| | MWL 036701 MWL 036701 |
| | MWL 036702 MWL 036702 |
| | MWL 036703 MWL 036703 |
| | MWL 036704 MWL 036704 |
| | MWL 036705 MWL 036705 |
| | MWL 036706 MWL 036706 |
| | MWL 036707 MWL 036707 |
| | MWL 036708 MWL 036708 |
| | MWL 036710 MWL 036710 |
| | MWL 036711 MWL 036711 |
| | MWL 036712 MWL 036712 |
| | MWL 036713 MWL 036713 |
| | MWL 036714 MWL 036714 |
| | MWL 036715 MWL 036715 |
| | MWL 036716 MWL 036716 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036717 MWL 036717 |
| | MWL 036718 MWL 036718 |
| | MWL 036719 MWL 036719 |
| | MWL 036720 MWL 036720 |
| | MWL 036721 MWL 036721 |
| | MWL 036722 MWL 036722 |
| | MWL 036723 MWL 036723 |
| | MWL 036724 MWL 036724 |
| | MWL 036725 MWL 036725 |
| | MWL 036726 MWL 036726 |
| | MWL 036727 MWL 036727 |
| | MWL 036728 MWL 036728 |
| | MWL 036729 MWL 036729 |
| | MWL 036730 MWL 036730 |
| | MWL 036731 MWL 036731 |
| | MWL 036732 MWL 036732 |
| | MWL 036733 MWL 036733 |
| | MWL 036734 MWL 036734 |
| | MWL 036735 MWL 036735 |
| | MWL 036736 MWL 036736 |
| | MWL 036737 MWL 036737 |
| | MWL 036738 MWL 036738 |
| | MWL 036739 MWL 036739 |
| | MWL 036740 MWL 036740 |
| | MWL 036741 MWL 036741 |
| | MWL 036742 MWL 036742 |
| | MWL 036743 MWL 036743 |
| | MWL 036744 MWL 036744 |
| | MWL 036745 MWL 036745 |
| | MWL 036746 MWL 036746 |
| | MWL 036747 MWL 036747 |
| | MWL 036748 MWL 036748 |

137

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036749 MWL 036749 |
| | MWL 036750 MWL 036750 |
| | MWL 036751 MWL 036751 |
| | MWL 036752 MWL 036752 |
| | MWL 036753 MWL 036753 |
| | MWL 036754 MWL 036754 |
| | MWL 036755 MWL 036755 |
| | MWL 036756 MWL 036756 |
| | MWL 036757 MWL 036757 |
| | MWL 036758 MWL 036758 |
| | MWL 036759 MWL 036759 |
| | MWL 036760 MWL 036760 |
| | MWL 036761 MWL 036761 |
| | MWL 036762 MWL 036762 |
| | MWL 036763 MWL 036763 |
| | MWL 036764 MWL 036764 |
| | MWL 036765 MWL 036765 |
| | MWL 036766 MWL 036766 |
| | MWL 036767 MWL 036767 |
| | MWL 036768 MWL 036768 |
| | MWL 036769 MWL 036769 |
| | MWL 036770 MWL 036770 |
| | MWL 036771 MWL 036771 |
| | MWL 036772 MWL 036772 |
| | MWL 036773 MWL 036773 |
| | MWL 036774 MWL 036774 |
| | MWL 036775 MWL 036775 |
| | MWL 036776 MWL 036776 |
| | MWL 036782 MWL 036782 |
| | MWL 036800 MWL 036800 |
| | MWL 036801 MWL 036801 |
| | MWL 036802 MWL 036802 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036804 MWL 036804 |
| | MWL 036805 MWL 036805 |
| | MWL 036806 MWL 036806 |
| | MWL 036807 MWL 036807 |
| | MWL 036808 MWL 036808 |
| | MWL 036811 MWL 036811 |
| | MWL 036813 MWL 036813 |
| | MWL 036814 MWL 036814 |
| | MWL 036815 MWL 036815 |
| | MWL 036816 MWL 036816 |
| | MWL 036818 MWL 036818 |
| | MWL 036819 MWL 036819 |
| | MWL 036820 MWL 036820 |
| | MWL 036821 MWL 036821 |
| | MWL 036822 MWL 036822 |
| | MWL 036823 MWL 036823 |
| | MWL 036825 MWL 036825 |
| | MWL 036826 MWL 036826 |
| | MWL 036827 MWL 036827 |
| | MWL 036828 MWL 036828 |
| | MWL 036829 MWL 036829 |
| | MWL 036830 MWL 036830 |
| | MWL 036831 MWL 036831 |
| | MWL 036832 MWL 036832 |
| | MWL 036833 MWL 036833 |
| | MWL 036835 MWL 036835 |
| | MWL 036840 MWL 036840 |
| | MWL 036848 MWL 036848 |
| | MWL 036849 MWL 036849 |
| | MWL 036850 MWL 036850 |
| | MWL 036851 MWL 036851 |
| | MWL 036852 MWL 036852 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036853 MWL 036853 |
| | MWL 036854 MWL 036854 |
| | MWL 036855 MWL 036855 |
| | MWL 036856 MWL 036856 |
| | MWL 036859 MWL 036859 |
| | MWL 036860 MWL 036860 |
| | MWL 036863 MWL 036863 |
| | MWL 036865 MWL 036865 |
| | MWL 036868 MWL 036868 |
| | MWL 036878 MWL 036878 |
| | MWL 036883 MWL 036883 |
| | MWL 036884 MWL 036884 |
| | MWL 036886 MWL 036886 |
| | MWL 036887 MWL 036887 |
| | MWL 036888 MWL 036888 |
| | MWL 036889 MWL 036889 |
| | MWL 036892 MWL 036892 |
| | MWL 036902 MWL 036902 |
| | MWL 036905 MWL 036905 |
| | MWL 036946 MWL 036946 |
| | MWL 036947 MWL 036947 |
| | MWL 036949 MWL 036949 |
| | MWL 036956 MWL 036956 |
| | MWL 036957 MWL 036957 |
| | MWL 036958 MWL 036958 |
| | MWL 036959 MWL 036959 |
| | MWL 036963 MWL 036963 |
| | MWL 036964 MWL 036964 |
| | MWL 036966 MWL 036966 |
| | MWL 036967 MWL 036967 |
| | MWL 036968 MWL 036968 |
| | MWL 036973 MWL 036973 |

140

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 036976 MWL 036976 |
| | MWL 036977 MWL 036977 |
| | MWL 036979 MWL 036979 |
| | MWL 036981 MWL 036981 |
| | MWL 036982 MWL 036982 |
| | MWL 036988 MWL 036988 |
| | MWL 036989 MWL 036989 |
| | MWL 036990 MWL 036990 |
| | MWL 036991 MWL 036991 |
| | MWL 036992 MWL 036992 |
| | MWL 036993 MWL 036993 |
| | MWL 036994 MWL 036994 |
| | MWL 036995 MWL 036995 |
| | MWL 036996 MWL 036996 |
| | MWL 036997 MWL 036997 |
| | MWL 036998 MWL 036998 |
| | MWL 036999 MWL 036999 |
| | MWL 037000 MWL 037000 |
| | MWL 037001 MWL 037001 |
| | MWL 037002 MWL 037002 |
| | MWL 037003 MWL 037003 |
| | MWL 037004 MWL 037004 |
| | MWL 037005 MWL 037005 |
| | MWL 037006 MWL 037006 |
| | MWL 037007 MWL 037007 |
| | MWL 037008 MWL 037008 |
| | MWL 037009 MWL 037009 |
| | MWL 037010 MWL 037010 |
| | MWL 037011 MWL 037011 |
| | MWL 037012 MWL 037012 |
| | MWL 037013 MWL 037013 |
| | MWL 037014 MWL 037014 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037015 MWL 037015 |
| | MWL 037016 MWL 037016 |
| | MWL 037017 MWL 037017 |
| | MWL 037018 MWL 037018 |
| | MWL 037019 MWL 037019 |
| | MWL 037020 MWL 037020 |
| | MWL 037021 MWL 037021 |
| | MWL 037022 MWL 037022 |
| | MWL 037023 MWL 037023 |
| | MWL 037024 MWL 037024 |
| | MWL 037025 MWL 037025 |
| | MWL 037026 MWL 037026 |
| | MWL 037027 MWL 037027 |
| | MWL 037028 MWL 037028 |
| | MWL 037029 MWL 037029 |
| | MWL 037030 MWL 037030 |
| | MWL 037031 MWL 037031 |
| | MWL 037032 MWL 037032 |
| | MWL 037033 MWL 037033 |
| | MWL 037034 MWL 037034 |
| | MWL 037035 MWL 037035 |
| | MWL 037036 MWL 037036 |
| | MWL 037037 MWL 037037 |
| | MWL 037038 MWL 037038 |
| | MWL 037039 MWL 037039 |
| | MWL 037040 MWL 037040 |
| | MWL 037041 MWL 037041 |
| | MWL 037042 MWL 037042 |
| | MWL 037043 MWL 037043 |
| | MWL 037044 MWL 037044 |
| | MWL 037045 MWL 037045 |
| | MWL 037046 MWL 037046 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037047 MWL 037047 |
| | MWL 037048 MWL 037048 |
| | MWL 037049 MWL 037049 |
| | MWL 037050 MWL 037050 |
| | MWL 037051 MWL 037051 |
| | MWL 037052 MWL 037052 |
| | MWL 037053 MWL 037053 |
| | MWL 037054 MWL 037054 |
| | MWL 037055 MWL 037055 |
| | MWL 037056 MWL 037056 |
| | MWL 037057 MWL 037057 |
| | MWL 037059 MWL 037059 |
| | MWL 037060 MWL 037060 |
| | MWL 037061 MWL 037061 |
| | MWL 037062 MWL 037062 |
| | MWL 037063 MWL 037063 |
| | MWL 037064 MWL 037064 |
| | MWL 037065 MWL 037065 |
| | MWL 037066 MWL 037066 |
| | MWL 037067 MWL 037067 |
| | MWL 037068 MWL 037068 |
| | MWL 037069 MWL 037069 |
| | MWL 037070 MWL 037070 |
| | MWL 037071 MWL 037071 |
| | MWL 037072 MWL 037072 |
| | MWL 037073 MWL 037073 |
| | MWL 037074 MWL 037074 |
| | MWL 037075 MWL 037075 |
| | MWL 037076 MWL 037076 |
| | MWL 037077 MWL 037077 |
| | MWL 037078 MWL 037078 |
| | MWL 037079 MWL 037079 |

143

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037080 MWL 037080 |
| | MWL 037081 MWL 037081 |
| | MWL 037082 MWL 037082 |
| | MWL 037083 MWL 037083 |
| | MWL 037084 MWL 037084 |
| | MWL 037085 MWL 037085 |
| | MWL 037086 MWL 037086 |
| | MWL 037087 MWL 037087 |
| | MWL 037088 MWL 037088 |
| | MWL 037089 MWL 037089 |
| | MWL 037090 MWL 037090 |
| | MWL 037091 MWL 037091 |
| | MWL 037092 MWL 037092 |
| | MWL 037093 MWL 037093 |
| | MWL 037094 MWL 037094 |
| | MWL 037095 MWL 037095 |
| | MWL 037096 MWL 037096 |
| | MWL 037097 MWL 037097 |
| | MWL 037098 MWL 037098 |
| | MWL 037099 MWL 037099 |
| | MWL 037100 MWL 037100 |
| | MWL 037101 MWL 037101 |
| | MWL 037102 MWL 037102 |
| | MWL 037103 MWL 037103 |
| | MWL 037104 MWL 037104 |
| | MWL 037105 MWL 037105 |
| | MWL 037106 MWL 037106 |
| | MWL 037107 MWL 037107 |
| | MWL 037108 MWL 037108 |
| | MWL 037109 MWL 037109 |
| | MWL 037110 MWL 037110 |
| | MWL 037111 MWL 037111 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037112 MWL 037112 |
| | MWL 037113 MWL 037113 |
| | MWL 037114 MWL 037114 |
| | MWL 037115 MWL 037115 |
| | MWL 037116 MWL 037116 |
| | MWL 037117 MWL 037117 |
| | MWL 037118 MWL 037118 |
| | MWL 037119 MWL 037119 |
| | MWL 037120 MWL 037120 |
| | MWL 037121 MWL 037121 |
| | MWL 037122 MWL 037122 |
| | MWL 037123 MWL 037123 |
| | MWL 037124 MWL 037124 |
| | MWL 037125 MWL 037125 |
| | MWL 037126 MWL 037126 |
| | MWL 037127 MWL 037127 |
| | MWL 037128 MWL 037128 |
| | MWL 037129 MWL 037129 |
| | MWL 037130 MWL 037130 |
| | MWL 037131 MWL 037131 |
| | MWL 037132 MWL 037132 |
| | MWL 037133 MWL 037133 |
| | MWL 037134 MWL 037134 |
| | MWL 037135 MWL 037135 |
| | MWL 037136 MWL 037136 |
| | MWL 037137 MWL 037137 |
| | MWL 037138 MWL 037138 |
| | MWL 037139 MWL 037139 |
| | MWL 037140 MWL 037140 |
| | MWL 037141 MWL 037141 |
| | MWL 037142 MWL 037142 |
| | MWL 037143 MWL 037143 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037144 MWL 037144 |
| | MWL 037145 MWL 037145 |
| | MWL 037146 MWL 037146 |
| | MWL 037147 MWL 037147 |
| | MWL 037148 MWL 037148 |
| | MWL 037149 MWL 037149 |
| | MWL 037150 MWL 037150 |
| | MWL 037151 MWL 037151 |
| | MWL 037152 MWL 037152 |
| | MWL 037153 MWL 037153 |
| | MWL 037154 MWL 037154 |
| | MWL 037155 MWL 037155 |
| | MWL 037156 MWL 037156 |
| | MWL 037157 MWL 037157 |
| | MWL 037158 MWL 037158 |
| | MWL 037159 MWL 037159 |
| | MWL 037160 MWL 037160 |
| | MWL 037161 MWL 037161 |
| | MWL 037162 MWL 037162 |
| | MWL 037163 MWL 037163 |
| | MWL 037164 MWL 037164 |
| | MWL 037165 MWL 037165 |
| | MWL 037166 MWL 037166 |
| | MWL 037167 MWL 037167 |
| | MWL 037168 MWL 037168 |
| | MWL 037169 MWL 037169 |
| | MWL 037170 MWL 037170 |
| | MWL 037171 MWL 037171 |
| | MWL 037172 MWL 037172 |
| | MWL 037173 MWL 037173 |
| | MWL 037174 MWL 037174 |
| | MWL 037175 MWL 037175 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037176 MWL 037176 |
| | MWL 037177 MWL 037177 |
| | MWL 037178 MWL 037178 |
| | MWL 037179 MWL 037179 |
| | MWL 037180 MWL 037180 |
| | MWL 037181 MWL 037181 |
| | MWL 037182 MWL 037182 |
| | MWL 037183 MWL 037183 |
| | MWL 037184 MWL 037184 |
| | MWL 037185 MWL 037185 |
| | MWL 037186 MWL 037186 |
| | MWL 037187 MWL 037187 |
| | MWL 037188 MWL 037188 |
| | MWL 037190 MWL 037190 |
| | MWL 037191 MWL 037191 |
| | MWL 037192 MWL 037192 |
| | MWL 037193 MWL 037193 |
| | MWL 037194 MWL 037194 |
| | MWL 037195 MWL 037195 |
| | MWL 037197 MWL 037197 |
| | MWL 037199 MWL 037199 |
| | MWL 037200 MWL 037200 |
| | MWL 037202 MWL 037202 |
| | MWL 037203 MWL 037203 |
| | MWL 037206 MWL 037206 |
| | MWL 037207 MWL 037207 |
| | MWL 037208 MWL 037208 |
| | MWL 037209 MWL 037209 |
| | MWL 037210 MWL 037210 |
| | MWL 037211 MWL 037211 |
| | MWL 037212 MWL 037212 |
| | MWL 037213 MWL 037213 |

147

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037215 MWL 037215 |
| | MWL 037216 MWL 037216 |
| | MWL 037218 MWL 037218 |
| | MWL 037219 MWL 037219 |
| | MWL 037220 MWL 037220 |
| | MWL 037221 MWL 037221 |
| | MWL 037223 MWL 037223 |
| | MWL 037225 MWL 037225 |
| | MWL 037226 MWL 037226 |
| | MWL 037227 MWL 037227 |
| | MWL 037229 MWL 037229 |
| | MWL 037232 MWL 037232 |
| | MWL 037233 MWL 037233 |
| | MWL 037235 MWL 037235 |
| | MWL 037236 MWL 037236 |
| | MWL 037237 MWL 037237 |
| | MWL 037238 MWL 037238 |
| | MWL 037239 MWL 037239 |
| | MWL 037241 MWL 037241 |
| | MWL 037242 MWL 037242 |
| | MWL 037244 MWL 037244 |
| | MWL 037245 MWL 037245 |
| | MWL 037246 MWL 037246 |
| | MWL 037247 MWL 037247 |
| | MWL 037248 MWL 037248 |
| | MWL 037249 MWL 037249 |
| | MWL 037250 MWL 037250 |
| | MWL 037251 MWL 037251 |
| | MWL 037252 MWL 037252 |
| | MWL 037253 MWL 037253 |
| | MWL 037254 MWL 037254 |
| | MWL 037255 MWL 037255 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037256 MWL 037256 |
| | MWL 037257 MWL 037257 |
| | MWL 037258 MWL 037258 |
| | MWL 037259 MWL 037259 |
| | MWL 037260 MWL 037260 |
| | MWL 037261 MWL 037261 |
| | MWL 037262 MWL 037262 |
| | MWL 037263 MWL 037263 |
| | MWL 037264 MWL 037264 |
| | MWL 037265 MWL 037265 |
| | MWL 037266 MWL 037266 |
| | MWL 037267 MWL 037267 |
| | MWL 037268 MWL 037268 |
| | MWL 037269 MWL 037269 |
| | MWL 037270 MWL 037270 |
| | MWL 037271 MWL 037271 |
| | MWL 037272 MWL 037272 |
| | MWL 037273 MWL 037273 |
| | MWL 037274 MWL 037274 |
| | MWL 037275 MWL 037275 |
| | MWL 037276 MWL 037276 |
| | MWL 037277 MWL 037277 |
| | MWL 037278 MWL 037278 |
| | MWL 037279 MWL 037279 |
| | MWL 037280 MWL 037280 |
| | MWL 037281 MWL 037281 |
| | MWL 037284 MWL 037284 |
| | MWL 037285 MWL 037285 |
| | MWL 037286 MWL 037286 |
| | MWL 037287 MWL 037287 |
| | MWL 037288 MWL 037288 |
| | MWL 037289 MWL 037289 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037290 MWL 037290 |
| | MWL 037291 MWL 037291 |
| | MWL 037292 MWL 037292 |
| | MWL 037293 MWL 037293 |
| | MWL 037294 MWL 037294 |
| | MWL 037295 MWL 037295 |
| | MWL 037296 MWL 037296 |
| | MWL 037297 MWL 037297 |
| | MWL 037298 MWL 037298 |
| | MWL 037299 MWL 037299 |
| | MWL 037300 MWL 037300 |
| | MWL 037301 MWL 037301 |
| | MWL 037302 MWL 037302 |
| | MWL 037303 MWL 037303 |
| | MWL 037304 MWL 037304 |
| | MWL 037305 MWL 037305 |
| | MWL 037306 MWL 037306 |
| | MWL 037307 MWL 037307 |
| | MWL 037308 MWL 037308 |
| | MWL 037309 MWL 037309 |
| | MWL 037310 MWL 037310 |
| | MWL 037311 MWL 037311 |
| | MWL 037312 MWL 037312 |
| | MWL 037313 MWL 037313 |
| | MWL 037314 MWL 037314 |
| | MWL 037315 MWL 037315 |
| | MWL 037316 MWL 037316 |
| | MWL 037317 MWL 037317 |
| | MWL 037318 MWL 037318 |
| | MWL 037319 MWL 037319 |
| | MWL 037320 MWL 037320 |
| | MWL 037321 MWL 037321 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037322 MWL 037322 |
| | MWL 037323 MWL 037323 |
| | MWL 037324 MWL 037324 |
| | MWL 037325 MWL 037325 |
| | MWL 037326 MWL 037326 |
| | MWL 037327 MWL 037327 |
| | MWL 037328 MWL 037328 |
| | MWL 037329 MWL 037329 |
| | MWL 037330 MWL 037330 |
| | MWL 037331 MWL 037331 |
| | MWL 037332 MWL 037332 |
| | MWL 037333 MWL 037333 |
| | MWL 037334 MWL 037334 |
| | MWL 037335 MWL 037335 |
| | MWL 037336 MWL 037336 |
| | MWL 037337 MWL 037337 |
| | MWL 037338 MWL 037338 |
| | MWL 037339 MWL 037339 |
| | MWL 037340 MWL 037340 |
| | MWL 037341 MWL 037341 |
| | MWL 037342 MWL 037342 |
| | MWL 037343 MWL 037343 |
| | MWL 037344 MWL 037344 |
| | MWL 037345 MWL 037345 |
| | MWL 037346 MWL 037346 |
| | MWL 037347 MWL 037347 |
| | MWL 037348 MWL 037348 |
| | MWL 037349 MWL 037349 |
| | MWL 037350 MWL 037350 |
| | MWL 037351 MWL 037351 |
| | MWL 037352 MWL 037352 |
| | MWL 037353 MWL 037353 |

151

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037354 MWL 037354 |
| | MWL 037355 MWL 037355 |
| | MWL 037356 MWL 037356 |
| | MWL 037357 MWL 037357 |
| | MWL 037358 MWL 037358 |
| | MWL 037359 MWL 037359 |
| | MWL 037360 MWL 037360 |
| | MWL 037361 MWL 037361 |
| | MWL 037363 MWL 037363 |
| | MWL 037364 MWL 037364 |
| | MWL 037365 MWL 037365 |
| | MWL 037366 MWL 037366 |
| | MWL 037367 MWL 037367 |
| | MWL 037368 MWL 037368 |
| | MWL 037369 MWL 037369 |
| | MWL 037370 MWL 037370 |
| | MWL 037371 MWL 037371 |
| | MWL 037372 MWL 037372 |
| | MWL 037373 MWL 037373 |
| | MWL 037374 MWL 037374 |
| | MWL 037375 MWL 037375 |
| | MWL 037376 MWL 037376 |
| | MWL 037377 MWL 037377 |
| | MWL 037378 MWL 037378 |
| | MWL 037379 MWL 037379 |
| | MWL 037380 MWL 037380 |
| | MWL 037381 MWL 037381 |
| | MWL 037382 MWL 037382 |
| | MWL 037383 MWL 037383 |
| | MWL 037384 MWL 037384 |
| | MWL 037385 MWL 037385 |
| | MWL 037386 MWL 037386 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037387 MWL 037387 |
| | MWL 037388 MWL 037388 |
| | MWL 037389 MWL 037389 |
| | MWL 037390 MWL 037390 |
| | MWL 037391 MWL 037391 |
| | MWL 037392 MWL 037392 |
| | MWL 037393 MWL 037393 |
| | MWL 037394 MWL 037394 |
| | MWL 037395 MWL 037395 |
| | MWL 037396 MWL 037396 |
| | MWL 037397 MWL 037397 |
| | MWL 037398 MWL 037398 |
| | MWL 037399 MWL 037399 |
| | MWL 037400 MWL 037400 |
| | MWL 037401 MWL 037401 |
| | MWL 037402 MWL 037402 |
| | MWL 037403 MWL 037403 |
| | MWL 037404 MWL 037404 |
| | MWL 037405 MWL 037405 |
| | MWL 037406 MWL 037406 |
| | MWL 037407 MWL 037407 |
| | MWL 037408 MWL 037408 |
| | MWL 037409 MWL 037409 |
| | MWL 037410 MWL 037410 |
| | MWL 037411 MWL 037411 |
| | MWL 037412 MWL 037412 |
| | MWL 037413 MWL 037413 |
| | MWL 037414 MWL 037414 |
| | MWL 037415 MWL 037415 |
| | MWL 037416 MWL 037416 |
| | MWL 037417 MWL 037417 |
| | MWL 037418 MWL 037418 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037419 MWL 037419 |
| | MWL 037420 MWL 037420 |
| | MWL 037421 MWL 037421 |
| | MWL 037422 MWL 037422 |
| | MWL 037423 MWL 037423 |
| | MWL 037424 MWL 037424 |
| | MWL 037425 MWL 037425 |
| | MWL 037426 MWL 037426 |
| | MWL 037427 MWL 037427 |
| | MWL 037428 MWL 037428 |
| | MWL 037429 MWL 037429 |
| | MWL 037430 MWL 037430 |
| | MWL 037431 MWL 037431 |
| | MWL 037432 MWL 037432 |
| | MWL 037433 MWL 037433 |
| | MWL 037434 MWL 037434 |
| | MWL 037435 MWL 037435 |
| | MWL 037436 MWL 037436 |
| | MWL 037437 MWL 037437 |
| | MWL 037438 MWL 037438 |
| | MWL 037439 MWL 037439 |
| | MWL 037440 MWL 037440 |
| | MWL 037441 MWL 037441 |
| | MWL 037442 MWL 037442 |
| | MWL 037443 MWL 037443 |
| | MWL 037444 MWL 037444 |
| | MWL 037445 MWL 037445 |
| | MWL 037446 MWL 037446 |
| | MWL 037447 MWL 037447 |
| | MWL 037448 MWL 037448 |
| | MWL 037449 MWL 037449 |
| | MWL 037450 MWL 037450 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037451 MWL 037451 |
| | MWL 037452 MWL 037452 |
| | MWL 037453 MWL 037453 |
| | MWL 037454 MWL 037454 |
| | MWL 037455 MWL 037455 |
| | MWL 037456 MWL 037456 |
| | MWL 037457 MWL 037457 |
| | MWL 037458 MWL 037458 |
| | MWL 037459 MWL 037459 |
| | MWL 037460 MWL 037460 |
| | MWL 037463 MWL 037463 |
| | MWL 037464 MWL 037464 |
| | MWL 037465 MWL 037465 |
| | MWL 037466 MWL 037466 |
| | MWL 037467 MWL 037467 |
| | MWL 037468 MWL 037468 |
| | MWL 037469 MWL 037469 |
| | MWL 037470 MWL 037470 |
| | MWL 037471 MWL 037471 |
| | MWL 037472 MWL 037472 |
| | MWL 037473 MWL 037473 |
| | MWL 037474 MWL 037474 |
| | MWL 037475 MWL 037475 |
| | MWL 037476 MWL 037476 |
| | MWL 037477 MWL 037477 |
| | MWL 037478 MWL 037478 |
| | MWL 037479 MWL 037479 |
| | MWL 037480 MWL 037480 |
| | MWL 037481 MWL 037481 |
| | MWL 037482 MWL 037482 |
| | MWL 037483 MWL 037483 |
| | MWL 037484 MWL 037484 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037485 MWL 037485 |
| | MWL 037486 MWL 037486 |
| | MWL 037487 MWL 037487 |
| | MWL 037488 MWL 037488 |
| | MWL 037489 MWL 037489 |
| | MWL 037490 MWL 037490 |
| | MWL 037491 MWL 037491 |
| | MWL 037492 MWL 037492 |
| | MWL 037493 MWL 037493 |
| | MWL 037494 MWL 037494 |
| | MWL 037495 MWL 037495 |
| | MWL 037496 MWL 037496 |
| | MWL 037497 MWL 037497 |
| | MWL 037498 MWL 037498 |
| | MWL 037499 MWL 037499 |
| | MWL 037500 MWL 037500 |
| | MWL 037501 MWL 037501 |
| | MWL 037502 MWL 037502 |
| | MWL 037503 MWL 037503 |
| | MWL 037504 MWL 037504 |
| | MWL 037505 MWL 037505 |
| | MWL 037506 MWL 037506 |
| | MWL 037507 MWL 037507 |
| | MWL 037508 MWL 037508 |
| | MWL 037509 MWL 037509 |
| | MWL 037510 MWL 037510 |
| | MWL 037511 MWL 037511 |
| | MWL 037512 MWL 037512 |
| | MWL 037513 MWL 037513 |
| | MWL 037514 MWL 037514 |
| | MWL 037515 MWL 037515 |
| | MWL 037516 MWL 037516 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037518 MWL 037518 |
| | MWL 037519 MWL 037519 |
| | MWL 037520 MWL 037520 |
| | MWL 037521 MWL 037521 |
| | MWL 037522 MWL 037522 |
| | MWL 037523 MWL 037523 |
| | MWL 037524 MWL 037524 |
| | MWL 037525 MWL 037525 |
| | MWL 037526 MWL 037526 |
| | MWL 037527 MWL 037527 |
| | MWL 037528 MWL 037528 |
| | MWL 037529 MWL 037529 |
| | MWL 037530 MWL 037530 |
| | MWL 037532 MWL 037532 |
| | MWL 037533 MWL 037533 |
| | MWL 037534 MWL 037534 |
| | MWL 037535 MWL 037535 |
| | MWL 037536 MWL 037536 |
| | MWL 037537 MWL 037537 |
| | MWL 037538 MWL 037538 |
| | MWL 037539 MWL 037539 |
| | MWL 037540 MWL 037540 |
| | MWL 037541 MWL 037541 |
| | MWL 037542 MWL 037542 |
| | MWL 037543 MWL 037543 |
| | MWL 037544 MWL 037544 |
| | MWL 037545 MWL 037545 |
| | MWL 037546 MWL 037546 |
| | MWL 037547 MWL 037547 |
| | MWL 037548 MWL 037548 |
| | MWL 037549 MWL 037549 |
| | MWL 037550 MWL 037550 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037551 MWL 037551 |
| | MWL 037552 MWL 037552 |
| | MWL 037553 MWL 037553 |
| | MWL 037554 MWL 037554 |
| | MWL 037555 MWL 037555 |
| | MWL 037556 MWL 037556 |
| | MWL 037557 MWL 037557 |
| | MWL 037558 MWL 037558 |
| | MWL 037559 MWL 037559 |
| | MWL 037560 MWL 037560 |
| | MWL 037561 MWL 037561 |
| | MWL 037562 MWL 037562 |
| | MWL 037563 MWL 037563 |
| | MWL 037564 MWL 037564 |
| | MWL 037565 MWL 037565 |
| | MWL 037566 MWL 037566 |
| | MWL 037567 MWL 037567 |
| | MWL 037568 MWL 037568 |
| | MWL 037569 MWL 037569 |
| | MWL 037570 MWL 037570 |
| | MWL 037571 MWL 037571 |
| | MWL 037572 MWL 037572 |
| | MWL 037573 MWL 037573 |
| | MWL 037574 MWL 037574 |
| | MWL 037575 MWL 037575 |
| | MWL 037576 MWL 037576 |
| | MWL 037577 MWL 037577 |
| | MWL 037578 MWL 037578 |
| | MWL 037579 MWL 037579 |
| | MWL 037580 MWL 037580 |
| | MWL 037581 MWL 037581 |
| | MWL 037582 MWL 037582 |

158

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037583 MWL 037583 |
| | MWL 037584 MWL 037584 |
| | MWL 037585 MWL 037585 |
| | MWL 037586 MWL 037586 |
| | MWL 037587 MWL 037587 |
| | MWL 037588 MWL 037588 |
| | MWL 037589 MWL 037589 |
| | MWL 037590 MWL 037590 |
| | MWL 037591 MWL 037591 |
| | MWL 037592 MWL 037592 |
| | MWL 037593 MWL 037593 |
| | MWL 037594 MWL 037594 |
| | MWL 037595 MWL 037595 |
| | MWL 037596 MWL 037596 |
| | MWL 037597 MWL 037597 |
| | MWL 037598 MWL 037598 |
| | MWL 037599 MWL 037599 |
| | MWL 037600 MWL 037600 |
| | MWL 037601 MWL 037601 |
| | MWL 037602 MWL 037602 |
| | MWL 037603 MWL 037603 |
| | MWL 037604 MWL 037604 |
| | MWL 037605 MWL 037605 |
| | MWL 037606 MWL 037606 |
| | MWL 037607 MWL 037607 |
| | MWL 037608 MWL 037608 |
| | MWL 037609 MWL 037609 |
| | MWL 037610 MWL 037610 |
| | MWL 037611 MWL 037611 |
| | MWL 037612 MWL 037612 |
| | MWL 037613 MWL 037613 |
| | MWL 037614 MWL 037614 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037615 MWL 037615 |
| | MWL 037616 MWL 037616 |
| | MWL 037617 MWL 037617 |
| | MWL 037618 MWL 037618 |
| | MWL 037619 MWL 037619 |
| | MWL 037620 MWL 037620 |
| | MWL 037621 MWL 037621 |
| | MWL 037622 MWL 037622 |
| | MWL 037623 MWL 037623 |
| | MWL 037624 MWL 037624 |
| | MWL 037625 MWL 037625 |
| | MWL 037626 MWL 037626 |
| | MWL 037627 MWL 037627 |
| | MWL 037628 MWL 037628 |
| | MWL 037629 MWL 037629 |
| | MWL 037630 MWL 037630 |
| | MWL 037631 MWL 037631 |
| | MWL 037632 MWL 037632 |
| | MWL 037633 MWL 037633 |
| | MWL 037634 MWL 037634 |
| | MWL 037635 MWL 037635 |
| | MWL 037636 MWL 037636 |
| | MWL 037637 MWL 037637 |
| | MWL 037638 MWL 037638 |
| | MWL 037639 MWL 037639 |
| | MWL 037640 MWL 037640 |
| | MWL 037641 MWL 037641 |
| | MWL 037642 MWL 037642 |
| | MWL 037643 MWL 037643 |
| | MWL 037644 MWL 037644 |
| | MWL 037645 MWL 037645 |
| | MWL 037646 MWL 037646 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037647 MWL 037647 |
| | MWL 037648 MWL 037648 |
| | MWL 037649 MWL 037649 |
| | MWL 037650 MWL 037650 |
| | MWL 037651 MWL 037651 |
| | MWL 037652 MWL 037652 |
| | MWL 037653 MWL 037653 |
| | MWL 037654 MWL 037654 |
| | MWL 037655 MWL 037655 |
| | MWL 037656 MWL 037656 |
| | MWL 037657 MWL 037657 |
| | MWL 037658 MWL 037658 |
| | MWL 037659 MWL 037659 |
| | MWL 037660 MWL 037660 |
| | MWL 037662 MWL 037662 |
| | MWL 037663 MWL 037663 |
| | MWL 037664 MWL 037664 |
| | MWL 037665 MWL 037665 |
| | MWL 037667 MWL 037667 |
| | MWL 037668 MWL 037668 |
| | MWL 037669 MWL 037669 |
| | MWL 037670 MWL 037670 |
| | MWL 037672 MWL 037672 |
| | MWL 037673 MWL 037673 |
| | MWL 037674 MWL 037674 |
| | MWL 037675 MWL 037675 |
| | MWL 037676 MWL 037676 |
| | MWL 037677 MWL 037677 |
| | MWL 037678 MWL 037678 |
| | MWL 037679 MWL 037679 |
| | MWL 037680 MWL 037680 |
| | MWL 037682 MWL 037682 |

161

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037683 MWL 037683 |
| | MWL 037684 MWL 037684 |
| | MWL 037686 MWL 037686 |
| | MWL 037687 MWL 037687 |
| | MWL 037688 MWL 037688 |
| | MWL 037689 MWL 037689 |
| | MWL 037690 MWL 037690 |
| | MWL 037691 MWL 037691 |
| | MWL 037692 MWL 037692 |
| | MWL 037695 MWL 037695 |
| | MWL 037696 MWL 037696 |
| | MWL 037697 MWL 037697 |
| | MWL 037698 MWL 037698 |
| | MWL 037699 MWL 037699 |
| | MWL 037701 MWL 037701 |
| | MWL 037703 MWL 037703 |
| | MWL 037707 MWL 037707 |
| | MWL 037708 MWL 037708 |
| | MWL 037709 MWL 037709 |
| | MWL 037710 MWL 037710 |
| | MWL 037711 MWL 037711 |
| | MWL 037712 MWL 037712 |
| | MWL 037717 MWL 037717 |
| | MWL 037720 MWL 037720 |
| | MWL 037721 MWL 037721 |
| | MWL 037725 MWL 037725 |
| | MWL 037728 MWL 037728 |
| | MWL 037733 MWL 037733 |
| | MWL 037735 MWL 037735 |
| | MWL 037740 MWL 037740 |
| | MWL 037744 MWL 037744 |
| | MWL 037746 MWL 037746 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037748 MWL 037748 |
| | MWL 037749 MWL 037749 |
| | MWL 037750 MWL 037750 |
| | MWL 037753 MWL 037753 |
| | MWL 037754 MWL 037754 |
| | MWL 037755 MWL 037755 |
| | MWL 037758 MWL 037758 |
| | MWL 037759 MWL 037759 |
| | MWL 037760 MWL 037760 |
| | MWL 037762 MWL 037762 |
| | MWL 037766 MWL 037766 |
| | MWL 037768 MWL 037768 |
| | MWL 037769 MWL 037769 |
| | MWL 037771 MWL 037771 |
| | MWL 037772 MWL 037772 |
| | MWL 037776 MWL 037776 |
| | MWL 037777 MWL 037777 |
| | MWL 037778 MWL 037778 |
| | MWL 037779 MWL 037779 |
| | MWL 037780 MWL 037780 |
| | MWL 037781 MWL 037781 |
| | MWL 037782 MWL 037782 |
| | MWL 037783 MWL 037783 |
| | MWL 037786 MWL 037786 |
| | MWL 037787 MWL 037787 |
| | MWL 037789 MWL 037789 |
| | MWL 037790 MWL 037790 |
| | MWL 037791 MWL 037791 |
| | MWL 037793 MWL 037793 |
| | MWL 037794 MWL 037794 |
| | MWL 037795 MWL 037795 |
| | MWL 037796 MWL 037796 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037797 MWL 037797 |
| | MWL 037798 MWL 037798 |
| | MWL 037799 MWL 037799 |
| | MWL 037800 MWL 037800 |
| | MWL 037801 MWL 037801 |
| | MWL 037802 MWL 037802 |
| | MWL 037803 MWL 037803 |
| | MWL 037804 MWL 037804 |
| | MWL 037805 MWL 037805 |
| | MWL 037806 MWL 037806 |
| | MWL 037807 MWL 037807 |
| | MWL 037808 MWL 037808 |
| | MWL 037809 MWL 037809 |
| | MWL 037810 MWL 037810 |
| | MWL 037811 MWL 037811 |
| | MWL 037812 MWL 037812 |
| | MWL 037813 MWL 037813 |
| | MWL 037814 MWL 037814 |
| | MWL 037815 MWL 037815 |
| | MWL 037816 MWL 037816 |
| | MWL 037818 MWL 037818 |
| | MWL 037819 MWL 037819 |
| | MWL 037820 MWL 037820 |
| | MWL 037821 MWL 037821 |
| | MWL 037822 MWL 037822 |
| | MWL 037823 MWL 037823 |
| | MWL 037824 MWL 037824 |
| | MWL 037825 MWL 037825 |
| | MWL 037826 MWL 037826 |
| | MWL 037827 MWL 037827 |
| | MWL 037829 MWL 037829 |
| | MWL 037830 MWL 037830 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037831 MWL 037831 |
| | MWL 037832 MWL 037832 |
| | MWL 037833 MWL 037833 |
| | MWL 037834 MWL 037834 |
| | MWL 037835 MWL 037835 |
| | MWL 037836 MWL 037836 |
| | MWL 037837 MWL 037837 |
| | MWL 037838 MWL 037838 |
| | MWL 037839 MWL 037839 |
| | MWL 037840 MWL 037840 |
| | MWL 037841 MWL 037841 |
| | MWL 037843 MWL 037843 |
| | MWL 037845 MWL 037845 |
| | MWL 037846 MWL 037846 |
| | MWL 037847 MWL 037847 |
| | MWL 037848 MWL 037848 |
| | MWL 037849 MWL 037849 |
| | MWL 037850 MWL 037850 |
| | MWL 037851 MWL 037851 |
| | MWL 037852 MWL 037852 |
| | MWL 037853 MWL 037853 |
| | MWL 037854 MWL 037854 |
| | MWL 037855 MWL 037855 |
| | MWL 037856 MWL 037856 |
| | MWL 037857 MWL 037857 |
| | MWL 037858 MWL 037858 |
| | MWL 037859 MWL 037859 |
| | MWL 037860 MWL 037860 |
| | MWL 037861 MWL 037861 |
| | MWL 037862 MWL 037862 |
| | MWL 037863 MWL 037863 |
| | MWL 037864 MWL 037864 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037865 MWL 037865 |
| | MWL 037866 MWL 037866 |
| | MWL 037867 MWL 037867 |
| | MWL 037868 MWL 037868 |
| | MWL 037869 MWL 037869 |
| | MWL 037870 MWL 037870 |
| | MWL 037871 MWL 037871 |
| | MWL 037872 MWL 037872 |
| | MWL 037873 MWL 037873 |
| | MWL 037874 MWL 037874 |
| | MWL 037875 MWL 037875 |
| | MWL 037876 MWL 037876 |
| | MWL 037877 MWL 037877 |
| | MWL 037878 MWL 037878 |
| | MWL 037879 MWL 037879 |
| | MWL 037880 MWL 037880 |
| | MWL 037881 MWL 037881 |
| | MWL 037882 MWL 037882 |
| | MWL 037883 MWL 037883 |
| | MWL 037884 MWL 037884 |
| | MWL 037886 MWL 037886 |
| | MWL 037888 MWL 037888 |
| | MWL 037889 MWL 037889 |
| | MWL 037890 MWL 037890 |
| | MWL 037891 MWL 037891 |
| | MWL 037892 MWL 037892 |
| | MWL 037894 MWL 037894 |
| | MWL 037895 MWL 037895 |
| | MWL 037896 MWL 037896 |
| | MWL 037897 MWL 037897 |
| | MWL 037901 MWL 037901 |
| | MWL 037902 MWL 037902 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037905 MWL 037905 |
| | MWL 037907 MWL 037907 |
| | MWL 037911 MWL 037911 |
| | MWL 037912 MWL 037912 |
| | MWL 037913 MWL 037913 |
| | MWL 037914 MWL 037914 |
| | MWL 037915 MWL 037915 |
| | MWL 037917 MWL 037917 |
| | MWL 037918 MWL 037918 |
| | MWL 037919 MWL 037919 |
| | MWL 037920 MWL 037920 |
| | MWL 037922 MWL 037922 |
| | MWL 037923 MWL 037923 |
| | MWL 037924 MWL 037924 |
| | MWL 037925 MWL 037925 |
| | MWL 037926 MWL 037926 |
| | MWL 037927 MWL 037927 |
| | MWL 037928 MWL 037928 |
| | MWL 037929 MWL 037929 |
| | MWL 037930 MWL 037930 |
| | MWL 037931 MWL 037931 |
| | MWL 037934 MWL 037934 |
| | MWL 037935 MWL 037935 |
| | MWL 037936 MWL 037936 |
| | MWL 037937 MWL 037937 |
| | MWL 037938 MWL 037938 |
| | MWL 037939 MWL 037939 |
| | MWL 037940 MWL 037940 |
| | MWL 037941 MWL 037941 |
| | MWL 037942 MWL 037942 |
| | MWL 037943 MWL 037943 |
| | MWL 037944 MWL 037944 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037945 MWL 037945 |
| | MWL 037947 MWL 037947 |
| | MWL 037948 MWL 037948 |
| | MWL 037949 MWL 037949 |
| | MWL 037950 MWL 037950 |
| | MWL 037951 MWL 037951 |
| | MWL 037952 MWL 037952 |
| | MWL 037953 MWL 037953 |
| | MWL 037954 MWL 037954 |
| | MWL 037955 MWL 037955 |
| | MWL 037956 MWL 037956 |
| | MWL 037957 MWL 037957 |
| | MWL 037958 MWL 037958 |
| | MWL 037959 MWL 037959 |
| | MWL 037960 MWL 037960 |
| | MWL 037961 MWL 037961 |
| | MWL 037962 MWL 037962 |
| | MWL 037963 MWL 037963 |
| | MWL 037964 MWL 037964 |
| | MWL 037965 MWL 037965 |
| | MWL 037966 MWL 037966 |
| | MWL 037967 MWL 037967 |
| | MWL 037969 MWL 037969 |
| | MWL 037970 MWL 037970 |
| | MWL 037971 MWL 037971 |
| | MWL 037976 MWL 037976 |
| | MWL 037977 MWL 037977 |
| | MWL 037978 MWL 037978 |
| | MWL 037979 MWL 037979 |
| | MWL 037980 MWL 037980 |
| | MWL 037981 MWL 037981 |
| | MWL 037982 MWL 037982 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 037983 MWL 037983 |
| | MWL 037984 MWL 037984 |
| | MWL 037985 MWL 037985 |
| | MWL 037986 MWL 037986 |
| | MWL 037987 MWL 037987 |
| | MWL 037988 MWL 037988 |
| | MWL 037989 MWL 037989 |
| | MWL 037990 MWL 037990 |
| | MWL 037991 MWL 037991 |
| | MWL 037992 MWL 037992 |
| | MWL 037993 MWL 037993 |
| | MWL 037994 MWL 037994 |
| | MWL 037997 MWL 037997 |
| | MWL 037998 MWL 037998 |
| | MWL 037999 MWL 037999 |
| | MWL 038001 MWL 038001 |
| | MWL 038002 MWL 038002 |
| | MWL 038003 MWL 038003 |
| | MWL 038004 MWL 038004 |
| | MWL 038005 MWL 038005 |
| | MWL 038007 MWL 038007 |
| | MWL 038008 MWL 038008 |
| | MWL 038009 MWL 038009 |
| | MWL 038010 MWL 038010 |
| | MWL 038012 MWL 038012 |
| | MWL 038013 MWL 038013 |
| | MWL 038014 MWL 038014 |
| | MWL 038015 MWL 038015 |
| | MWL 038016 MWL 038016 |
| | MWL 038017 MWL 038017 |
| | MWL 038018 MWL 038018 |
| | MWL 038019 MWL 038019 |