07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 038713 MWL 038713 |
| | MWL 038714 MWL 038714 |
| | MWL 038715 MWL 038715 |
| | MWL 038716 MWL 038716 |
| | MWL 038717 MWL 038717 |
| | MWL 038718 MWL 038718 |
| | MWL 038719 MWL 038719 |
| | MWL 038720 MWL 038720 |
| | MWL 038721 MWL 038721 |
| | MWL 038722 MWL 038722 |
| | MWL 038723 MWL 038723 |
| | MWL 038724 MWL 038724 |
| | MWL 038725 MWL 038725 |
| | MWL 038726 MWL 038726 |
| | MWL 038727 MWL 038727 |
| | MWL 038728 MWL 038728 |
| | MWL 038729 MWL 038729 |
| | MWL 038730 MWL 038730 |
| | MWL 038731 MWL 038731 |
| | MWL 038732 MWL 038732 |
| | MWL 038733 MWL 038733 |
| | MWL 038734 MWL 038734 |
| | MWL 038735 MWL 038735 |
| | MWL 038736 MWL 038736 |
| | MWL 038737 MWL 038737 |
| | MWL 038738 MWL 038738 |
| | MWL 038739 MWL 038739 |
| | MWL 038740 MWL 038740 |
| | MWL 038741 MWL 038741 |
| | MWL 038742 MWL 038742 |
| | MWL 038743 MWL 038743 |
| | MWL 038744 MWL 038744 |

220

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 038745 MWL 038745 |
| | MWL 038746 MWL 038746 |
| | MWL 038747 MWL 038747 |
| | MWL 038748 MWL 038748 |
| | MWL 038749 MWL 038749 |
| | MWL 038750 MWL 038750 |
| | MWL 038751 MWL 038751 |
| | MWL 038752 MWL 038752 |
| | MWL 038755 MWL 038755 |
| | MWL 038756 MWL 038756 |
| | MWL 038757 MWL 038757 |
| | MWL 038758 MWL 038758 |
| | MWL 038759 MWL 038759 |
| | MWL 038760 MWL 038760 |
| | MWL 038761 MWL 038761 |
| | MWL 038762 MWL 038762 |
| | MWL 038763 MWL 038763 |
| | MWL 031437 MWL 031437 |
| | MWL 031500 MWL 031500 |
| | MWL 031513 MWL 031513 |
| | MWL 031514 MWL 031514 |
| | MWL 031525 MWL 031525 |
| | MWL 031532 MWL 031532 |
| | MWL 031540 MWL 031540 |
| | MWL 031541 MWL 031541 |
| | MWL 031552 MWL 031552 |
| | MWL 031553 MWL 031553 |
| | MWL 031554 MWL 031554 |
| | MWL 031555 MWL 031555 |
| | MWL 031556 MWL 031556 |
| | MWL 031557 MWL 031557 |
| | MWL 031558 MWL 031558 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 031559 MWL 031559 |
| | MWL 031560 MWL 031560 |
| | MWL 031561 MWL 031561 |
| | MWL 031602 MWL 031602 |
| | MWL 031604 MWL 031604 |
| | MWL 031605 MWL 031605 |
| | MWL 031606 MWL 031606 |
| | MWL 031607 MWL 031607 |
| | MWL 031614 MWL 031614 |
| | MWL 031618 MWL 031618 |
| | MWL 031630 MWL 031630 |
| | MWL 031633 MWL 031633 |
| | MWL 031639 MWL 031639 |
| | MWL 031640 MWL 031640 |
| | MWL 031645 MWL 031645 |
| | MWL 031646 MWL 031646 |
| | MWL 031647 MWL 031647 |
| | MWL 031648 MWL 031648 |
| | MWL 031649 MWL 031649 |
| | MWL 031650 MWL 031650 |
| | MWL 031651 MWL 031651 |
| | MWL 031654 MWL 031654 |
| | MWL 031655 MWL 031655 |
| | MWL 031656 MWL 031656 |
| | MWL 031657 MWL 031657 |
| | MWL 031658 MWL 031658 |
| | MWL 031659 MWL 031659 |
| | MWL 031661 MWL 031661 |
| | MWL 031662 MWL 031662 |
| | MWL 031663 MWL 031663 |
| | MWL 031664 MWL 031664 |
| | MWL 031665 MWL 031665 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 031666 MWL 031666 |
| | MWL 031667 MWL 031667 |
| | MWL 031668 MWL 031668 |
| | MWL 031669 MWL 031669 |
| | MWL 031670 MWL 031670 |
| | MWL 031671 MWL 031671 |
| | MWL 031672 MWL 031672 |
| | MWL 031675 MWL 031675 |
| | MWL 031676 MWL 031676 |
| | MWL 031677 MWL 031677 |
| | MWL 031678 MWL 031678 |
| | MWL 031679 MWL 031679 |
| | MWL 031680 MWL 031680 |
| | MWL 031681 MWL 031681 |
| | MWL 031682 MWL 031682 |
| | MWL 031683 MWL 031683 |
| | MWL 031684 MWL 031684 |
| | MWL 031685 MWL 031685 |
| | MWL 031688 MWL 031688 |
| | MWL 031690 MWL 031690 |
| | MWL 031696 MWL 031696 |
| | MWL 031697 MWL 031697 |
| | MWL 031698 MWL 031698 |
| | MWL 031699 MWL 031699 |
| | MWL 031702 MWL 031702 |
| | MWL 031704 MWL 031704 |
| | MWL 031705 MWL 031705 |
| | MWL 031706 MWL 031706 |
| | MWL 031707 MWL 031707 |
| | MWL 031708 MWL 031708 |
| | MWL 031709 MWL 031709 |
| | MWL 031711 MWL 031711 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 031712 MWL 031712 |
| | MWL 031713 MWL 031713 |
| | MWL 031714 MWL 031714 |
| | MWL 031716 MWL 031716 |
| | MWL 031720 MWL 031720 |
| | MWL 031721 MWL 031721 |
| | MWL 031723 MWL 031723 |
| | MWL 031724 MWL 031724 |
| | MWL 031726 MWL 031726 |
| | MWL 031727 MWL 031727 |
| | MWL 031728 MWL 031728 |
| | MWL 031729 MWL 031729 |
| | MWL 031730 MWL 031730 |
| | MWL 031731 MWL 031731 |
| | MWL 031734 MWL 031734 |
| | MWL 031737 MWL 031737 |
| | MWL 031738 MWL 031738 |
| | MWL 031741 MWL 031741 |
| | MWL 031742 MWL 031742 |
| | MWL 031743 MWL 031743 |
| | MWL 031744 MWL 031744 |
| | MWL 031746 MWL 031746 |
| | MWL 031747 MWL 031747 |
| | MWL 031749 MWL 031749 |
| | MWL 031752 MWL 031752 |
| | MWL 031754 MWL 031754 |
| | MWL 031755 MWL 031755 |
| | MWL 031756 MWL 031756 |
| | MWL 031759 MWL 031759 |
| | MWL 031769 MWL 031769 |
| | MWL 031775 MWL 031775 |
| | MWL 031776 MWL 031776 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 031778 MWL 031778 |
| | MWL 031779 MWL 031779 |
| | MWL 031780 MWL 031780 |
| | MWL 031783 MWL 031783 |
| | MWL 031784 MWL 031784 |
| | MWL 031785 MWL 031785 |
| | MWL 031786 MWL 031786 |
| | MWL 031788 MWL 031788 |
| | MWL 031796 MWL 031796 |
| | MWL 031798 MWL 031798 |
| | MWL 031801 MWL 031801 |
| | MWL 031805 MWL 031805 |
| | MWL 031806 MWL 031806 |
| | MWL 031811 MWL 031811 |
| | MWL 031812 MWL 031812 |
| | MWL 031813 MWL 031813 |
| | MWL 031814 MWL 031814 |
| | MWL 031822 MWL 031822 |
| | MWL 031823 MWL 031823 |
| | MWL 031827 MWL 031827 |
| | MWL 031831 MWL 031831 |
| | MWL 031836 MWL 031836 |
| | MWL 031838 MWL 031838 |
| | MWL 031839 MWL 031839 |
| | MWL 031844 MWL 031844 |
| | MWL 031846 MWL 031846 |
| | MWL 031847 MWL 031847 |
| | MWL 031848 MWL 031848 |
| | MWL 031850 MWL 031850 |
| | MWL 031851 MWL 031851 |
| | MWL 031852 MWL 031852 |
| | MWL 031854 MWL 031854 |

225

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 031855 MWL 031855 |
| | MWL 031857 MWL 031857 |
| | MWL 031858 MWL 031858 |
| | MWL 031859 MWL 031859 |
| | MWL 031860 MWL 031860 |
| | MWL 031861 MWL 031861 |
| | MWL 031862 MWL 031862 |
| | MWL 031863 MWL 031863 |
| | MWL 031864 MWL 031864 |
| | MWL 031865 MWL 031865 |
| | MWL 031866 MWL 031866 |
| | MWL 031867 MWL 031867 |
| | MWL 031868 MWL 031868 |
| | MWL 031869 MWL 031869 |
| | MWL 031870 MWL 031870 |
| | MWL 031871 MWL 031871 |
| | MWL 031872 MWL 031872 |
| | MWL 031873 MWL 031873 |
| | MWL 031874 MWL 031874 |
| | MWL 031875 MWL 031875 |
| | MWL 031876 MWL 031876 |
| | MWL 031877 MWL 031877 |
| | MWL 031878 MWL 031878 |
| | MWL 031879 MWL 031879 |
| | MWL 031880 MWL 031880 |
| | MWL 031881 MWL 031881 |
| | MWL 031882 MWL 031882 |
| | MWL 031883 MWL 031883 |
| | MWL 031884 MWL 031884 |
| | MWL 031885 MWL 031885 |
| | MWL 031886 MWL 031886 |
| | MWL 031887 MWL 031887 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 031888 MWL 031888 |
| | MWL 031889 MWL 031889 |
| | MWL 031890 MWL 031890 |
| | MWL 031891 MWL 031891 |
| | MWL 031892 MWL 031892 |
| | MWL 031893 MWL 031893 |
| | MWL 031894 MWL 031894 |
| | MWL 031895 MWL 031895 |
| | MWL 031896 MWL 031896 |
| | MWL 031897 MWL 031897 |
| | MWL 031898 MWL 031898 |
| | MWL 031899 MWL 031899 |
| | MWL 031900 MWL 031900 |
| | MWL 031901 MWL 031901 |
| | MWL 031902 MWL 031902 |
| | MWL 031903 MWL 031903 |
| | MWL 031904 MWL 031904 |
| | MWL 031905 MWL 031905 |
| | MWL 031906 MWL 031906 |
| | MWL 031907 MWL 031907 |
| | MWL 031908 MWL 031908 |
| | MWL 031909 MWL 031909 |
| | MWL 031910 MWL 031910 |
| | MWL 031911 MWL 031911 |
| | MWL 031912 MWL 031912 |
| | MWL 031913 MWL 031913 |
| | MWL 031914 MWL 031914 |
| | MWL 031915 MWL 031915 |
| | MWL 031916 MWL 031916 |
| | MWL 031917 MWL 031917 |
| | MWL 031920 MWL 031920 |
| | MWL 031921 MWL 031921 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 031922 MWL 031922 |
| | MWL 031923 MWL 031923 |
| | MWL 031924 MWL 031924 |
| | MWL 031925 MWL 031925 |
| | MWL 031926 MWL 031926 |
| | MWL 031927 MWL 031927 |
| | MWL 031928 MWL 031928 |
| | MWL 031929 MWL 031929 |
| | MWL 031930 MWL 031930 |
| | MWL 031931 MWL 031931 |
| | MWL 031932 MWL 031932 |
| | MWL 031933 MWL 031933 |
| | MWL 031934 MWL 031934 |
| | MWL 031935 MWL 031935 |
| | MWL 031936 MWL 031936 |
| | MWL 031937 MWL 031937 |
| | MWL 031938 MWL 031938 |
| | MWL 031939 MWL 031939 |
| | MWL 031940 MWL 031940 |
| | MWL 031941 MWL 031941 |
| | MWL 031942 MWL 031942 |
| | MWL 031943 MWL 031943 |
| | MWL 031944 MWL 031944 |
| | MWL 031945 MWL 031945 |
| | MWL 031946 MWL 031946 |
| | MWL 031947 MWL 031947 |
| | MWL 031948 MWL 031948 |
| | MWL 031949 MWL 031949 |
| | MWL 031950 MWL 031950 |
| | MWL 031951 MWL 031951 |
| | MWL 031952 MWL 031952 |
| | MWL 031953 MWL 031953 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 031954 MWL 031954 |
| | MWL 031955 MWL 031955 |
| | MWL 031956 MWL 031956 |
| | MWL 031957 MWL 031957 |
| | MWL 031958 MWL 031958 |
| | MWL 031959 MWL 031959 |
| | MWL 031960 MWL 031960 |
| | MWL 031961 MWL 031961 |
| | MWL 031962 MWL 031962 |
| | MWL 031964 MWL 031964 |
| | MWL 031965 MWL 031965 |
| | MWL 031966 MWL 031966 |
| | MWL 031967 MWL 031967 |
| | MWL 031968 MWL 031968 |
| | MWL 031969 MWL 031969 |
| | MWL 031970 MWL 031970 |
| | MWL 031971 MWL 031971 |
| | MWL 031972 MWL 031972 |
| | MWL 031973 MWL 031973 |
| | MWL 031974 MWL 031974 |
| | MWL 031975 MWL 031975 |
| | MWL 031976 MWL 031976 |
| | MWL 031977 MWL 031977 |
| | MWL 031978 MWL 031978 |
| | MWL 031979 MWL 031979 |
| | MWL 031980 MWL 031980 |
| | MWL 031981 MWL 031981 |
| | MWL 031982 MWL 031982 |
| | MWL 031983 MWL 031983 |
| | MWL 031984 MWL 031984 |
| | MWL 031985 MWL 031985 |
| | MWL 031986 MWL 031986 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 031987 MWL 031987 |
| | MWL 031988 MWL 031988 |
| | MWL 031989 MWL 031989 |
| | MWL 031990 MWL 031990 |
| | MWL 031991 MWL 031991 |
| | MWL 031992 MWL 031992 |
| | MWL 031993 MWL 031993 |
| | MWL 031994 MWL 031994 |
| | MWL 031995 MWL 031995 |
| | MWL 031996 MWL 031996 |
| | MWL 031997 MWL 031997 |
| | MWL 031998 MWL 031998 |
| | MWL 031999 MWL 031999 |
| | MWL 032000 MWL 032000 |
| | MWL 032001 MWL 032001 |
| | MWL 032002 MWL 032002 |
| | MWL 032003 MWL 032003 |
| | MWL 032004 MWL 032004 |
| | MWL 032005 MWL 032005 |
| | MWL 032006 MWL 032006 |
| | MWL 032007 MWL 032007 |
| | MWL 032008 MWL 032008 |
| | MWL 032009 MWL 032009 |
| | MWL 032010 MWL 032010 |
| | MWL 032011 MWL 032011 |
| | MWL 032012 MWL 032012 |
| | MWL 032013 MWL 032013 |
| | MWL 032014 MWL 032014 |
| | MWL 032015 MWL 032015 |
| | MWL 032016 MWL 032016 |
| | MWL 032017 MWL 032017 |
| | MWL 032018 MWL 032018 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032019 MWL 032019 |
| | MWL 032020 MWL 032020 |
| | MWL 032021 MWL 032021 |
| | MWL 032022 MWL 032022 |
| | MWL 032023 MWL 032023 |
| | MWL 032024 MWL 032024 |
| | MWL 032025 MWL 032025 |
| | MWL 032026 MWL 032026 |
| | MWL 032027 MWL 032027 |
| | MWL 032028 MWL 032028 |
| | MWL 032029 MWL 032029 |
| | MWL 032030 MWL 032030 |
| | MWL 032031 MWL 032031 |
| | MWL 032032 MWL 032032 |
| | MWL 032033 MWL 032033 |
| | MWL 032034 MWL 032034 |
| | MWL 032035 MWL 032035 |
| | MWL 032036 MWL 032036 |
| | MWL 032037 MWL 032037 |
| | MWL 032038 MWL 032038 |
| | MWL 032039 MWL 032039 |
| | MWL 032040 MWL 032040 |
| | MWL 032041 MWL 032041 |
| | MWL 032042 MWL 032042 |
| | MWL 032043 MWL 032043 |
| | MWL 032044 MWL 032044 |
| | MWL 032045 MWL 032045 |
| | MWL 032046 MWL 032046 |
| | MWL 032047 MWL 032047 |
| | MWL 032048 MWL 032048 |
| | MWL 032049 MWL 032049 |
| | MWL 032050 MWL 032050 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032051 MWL 032051 |
| | MWL 032052 MWL 032052 |
| | MWL 032053 MWL 032053 |
| | MWL 032054 MWL 032054 |
| | MWL 032055 MWL 032055 |
| | MWL 032056 MWL 032056 |
| | MWL 032057 MWL 032057 |
| | MWL 032058 MWL 032058 |
| | MWL 032059 MWL 032059 |
| | MWL 032060 MWL 032060 |
| | MWL 032061 MWL 032061 |
| | MWL 032062 MWL 032062 |
| | MWL 032063 MWL 032063 |
| | MWL 032066 MWL 032066 |
| | MWL 032067 MWL 032067 |
| | MWL 032068 MWL 032068 |
| | MWL 032069 MWL 032069 |
| | MWL 032070 MWL 032070 |
| | MWL 032071 MWL 032071 |
| | MWL 032072 MWL 032072 |
| | MWL 032073 MWL 032073 |
| | MWL 032074 MWL 032074 |
| | MWL 032075 MWL 032075 |
| | MWL 032076 MWL 032076 |
| | MWL 032077 MWL 032077 |
| | MWL 032078 MWL 032078 |
| | MWL 032079 MWL 032079 |
| | MWL 032080 MWL 032080 |
| | MWL 032081 MWL 032081 |
| | MWL 032082 MWL 032082 |
| | MWL 032083 MWL 032083 |
| | MWL 032084 MWL 032084 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032085 MWL 032085 |
| | MWL 032086 MWL 032086 |
| | MWL 032087 MWL 032087 |
| | MWL 032088 MWL 032088 |
| | MWL 032089 MWL 032089 |
| | MWL 032090 MWL 032090 |
| | MWL 032091 MWL 032091 |
| | MWL 032093 MWL 032093 |
| | MWL 032094 MWL 032094 |
| | MWL 032095 MWL 032095 |
| | MWL 032096 MWL 032096 |
| | MWL 032097 MWL 032097 |
| | MWL 032098 MWL 032098 |
| | MWL 032099 MWL 032099 |
| | MWL 032100 MWL 032100 |
| | MWL 032101 MWL 032101 |
| | MWL 032102 MWL 032102 |
| | MWL 032103 MWL 032103 |
| | MWL 032104 MWL 032104 |
| | MWL 032105 MWL 032105 |
| | MWL 032106 MWL 032106 |
| | MWL 032107 MWL 032107 |
| | MWL 032108 MWL 032108 |
| | MWL 032109 MWL 032109 |
| | MWL 032110 MWL 032110 |
| | MWL 032111 MWL 032111 |
| | MWL 032112 MWL 032112 |
| | MWL 032113 MWL 032113 |
| | MWL 032114 MWL 032114 |
| | MWL 032115 MWL 032115 |
| | MWL 032116 MWL 032116 |
| | MWL 032117 MWL 032117 |

233

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
| --- | --- |
| | MWL 032118 MWL 032118 |
| | MWL 032119 MWL 032119 |
| | MWL 032120 MWL 032120 |
| | MWL 032121 MWL 032121 |
| | MWL 032122 MWL 032122 |
| | MWL 032123 MWL 032123 |
| | MWL 032124 MWL 032124 |
| | MWL 032125 MWL 032125 |
| | MWL 032126 MWL 032126 |
| | MWL 032127 MWL 032127 |
| | MWL 032128 MWL 032128 |
| | MWL 032129 MWL 032129 |
| | MWL 032130 MWL 032130 |
| | MWL 032131 MWL 032131 |
| | MWL 032132 MWL 032132 |
| | MWL 032133 MWL 032133 |
| | MWL 032134 MWL 032134 |
| | MWL 032135 MWL 032135 |
| | MWL 032136 MWL 032136 |
| | MWL 032137 MWL 032137 |
| | MWL 032138 MWL 032138 |
| | MWL 032139 MWL 032139 |
| | MWL 032140 MWL 032140 |
| | MWL 032141 MWL 032141 |
| | MWL 032142 MWL 032142 |
| | MWL 032143 MWL 032143 |
| | MWL 032144 MWL 032144 |
| | MWL 032147 MWL 032147 |
| | MWL 032148 MWL 032148 |
| | MWL 032149 MWL 032149 |
| | MWL 032150 MWL 032150 |
| | MWL 032151 MWL 032151 |

234

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
|  | MWL 032152 MWL 032152 |
|  | MWL 032153 MWL 032153 |
|  | MWL 032154 MWL 032154 |
|  | MWL 032155 MWL 032155 |
|  | MWL 032156 MWL 032156 |
|  | MWL 032157 MWL 032157 |
|  | MWL 032158 MWL 032158 |
|  | MWL 032159 MWL 032159 |
|  | MWL 032160 MWL 032160 |
|  | MWL 032161 MWL 032161 |
|  | MWL 032162 MWL 032162 |
|  | MWL 032163 MWL 032163 |
|  | MWL 032164 MWL 032164 |
|  | MWL 032165 MWL 032165 |
|  | MWL 032166 MWL 032166 |
|  | MWL 032167 MWL 032167 |
|  | MWL 032168 MWL 032168 |
|  | MWL 032169 MWL 032169 |
|  | MWL 032170 MWL 032170 |
|  | MWL 032171 MWL 032171 |
|  | MWL 032172 MWL 032172 |
|  | MWL 032173 MWL 032173 |
|  | MWL 032174 MWL 032174 |
|  | MWL 032175 MWL 032175 |
|  | MWL 032176 MWL 032176 |
|  | MWL 032177 MWL 032177 |
|  | MWL 032178 MWL 032178 |
|  | MWL 032179 MWL 032179 |
|  | MWL 032180 MWL 032180 |
|  | MWL 032181 MWL 032181 |
|  | MWL 032182 MWL 032182 |
|  | MWL 032183 MWL 032183 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032184 MWL 032184 |
| | MWL 032185 MWL 032185 |
| | MWL 032186 MWL 032186 |
| | MWL 032187 MWL 032187 |
| | MWL 032188 MWL 032188 |
| | MWL 032189 MWL 032189 |
| | MWL 032190 MWL 032190 |
| | MWL 032191 MWL 032191 |
| | MWL 032192 MWL 032192 |
| | MWL 032193 MWL 032193 |
| | MWL 032194 MWL 032194 |
| | MWL 032195 MWL 032195 |
| | MWL 032196 MWL 032196 |
| | MWL 032197 MWL 032197 |
| | MWL 032198 MWL 032198 |
| | MWL 032199 MWL 032199 |
| | MWL 032200 MWL 032200 |
| | MWL 032201 MWL 032201 |
| | MWL 032202 MWL 032202 |
| | MWL 032203 MWL 032203 |
| | MWL 032204 MWL 032204 |
| | MWL 032205 MWL 032205 |
| | MWL 032206 MWL 032206 |
| | MWL 032207 MWL 032207 |
| | MWL 032208 MWL 032208 |
| | MWL 032209 MWL 032209 |
| | MWL 032210 MWL 032210 |
| | MWL 032211 MWL 032211 |
| | MWL 032212 MWL 032212 |
| | MWL 032213 MWL 032213 |
| | MWL 032214 MWL 032214 |
| | MWL 032215 MWL 032215 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032216 MWL 032216 |
| | MWL 032217 MWL 032217 |
| | MWL 032218 MWL 032218 |
| | MWL 032219 MWL 032219 |
| | MWL 032220 MWL 032220 |
| | MWL 032221 MWL 032221 |
| | MWL 032222 MWL 032222 |
| | MWL 032223 MWL 032223 |
| | MWL 032224 MWL 032224 |
| | MWL 032225 MWL 032225 |
| | MWL 032226 MWL 032226 |
| | MWL 032227 MWL 032227 |
| | MWL 032228 MWL 032228 |
| | MWL 032229 MWL 032229 |
| | MWL 032230 MWL 032230 |
| | MWL 032231 MWL 032231 |
| | MWL 032232 MWL 032232 |
| | MWL 032233 MWL 032233 |
| | MWL 032234 MWL 032234 |
| | MWL 032235 MWL 032235 |
| | MWL 032236 MWL 032236 |
| | MWL 032237 MWL 032237 |
| | MWL 032238 MWL 032238 |
| | MWL 032239 MWL 032239 |
| | MWL 032240 MWL 032240 |
| | MWL 032241 MWL 032241 |
| | MWL 032242 MWL 032242 |
| | MWL 032243 MWL 032243 |
| | MWL 032244 MWL 032244 |
| | MWL 032245 MWL 032245 |
| | MWL 032246 MWL 032246 |
| | MWL 032247 MWL 032247 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032248 MWL 032248 |
| | MWL 032249 MWL 032249 |
| | MWL 032250 MWL 032250 |
| | MWL 032251 MWL 032251 |
| | MWL 032252 MWL 032252 |
| | MWL 032253 MWL 032253 |
| | MWL 032254 MWL 032254 |
| | MWL 032255 MWL 032255 |
| | MWL 032256 MWL 032256 |
| | MWL 032257 MWL 032257 |
| | MWL 032258 MWL 032258 |
| | MWL 032259 MWL 032259 |
| | MWL 032260 MWL 032260 |
| | MWL 032261 MWL 032261 |
| | MWL 032262 MWL 032262 |
| | MWL 032263 MWL 032263 |
| | MWL 032264 MWL 032264 |
| | MWL 032265 MWL 032265 |
| | MWL 032266 MWL 032266 |
| | MWL 032267 MWL 032267 |
| | MWL 032268 MWL 032268 |
| | MWL 032269 MWL 032269 |
| | MWL 032270 MWL 032270 |
| | MWL 032271 MWL 032271 |
| | MWL 032272 MWL 032272 |
| | MWL 032273 MWL 032273 |
| | MWL 032274 MWL 032274 |
| | MWL 032275 MWL 032275 |
| | MWL 032276 MWL 032276 |
| | MWL 032277 MWL 032277 |
| | MWL 032278 MWL 032278 |
| | MWL 032279 MWL 032279 |

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032280 MWL 032280 |
| | MWL 032281 MWL 032281 |
| | MWL 032282 MWL 032282 |
| | MWL 032283 MWL 032283 |
| | MWL 032284 MWL 032284 |
| | MWL 032285 MWL 032285 |
| | MWL 032286 MWL 032286 |
| | MWL 032287 MWL 032287 |
| | MWL 032288 MWL 032288 |
| | MWL 032289 MWL 032289 |
| | MWL 032290 MWL 032290 |
| | MWL 032291 MWL 032291 |
| | MWL 032292 MWL 032292 |
| | MWL 032293 MWL 032293 |
| | MWL 032294 MWL 032294 |
| | MWL 032295 MWL 032295 |
| | MWL 032296 MWL 032296 |
| | MWL 032297 MWL 032297 |
| | MWL 032298 MWL 032298 |
| | MWL 032299 MWL 032299 |
| | MWL 032300 MWL 032300 |
| | MWL 032301 MWL 032301 |
| | MWL 032302 MWL 032302 |
| | MWL 032303 MWL 032303 |
| | MWL 032304 MWL 032304 |
| | MWL 032312 MWL 032312 |
| | MWL 032313 MWL 032313 |
| | MWL 032314 MWL 032314 |
| | MWL 032315 MWL 032315 |
| | MWL 032319 MWL 032319 |
| | MWL 032324 MWL 032324 |
| | MWL 032325 MWL 032325 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032326 MWL 032326 |
| | MWL 032327 MWL 032327 |
| | MWL 032328 MWL 032328 |
| | MWL 032329 MWL 032329 |
| | MWL 032331 MWL 032331 |
| | MWL 032332 MWL 032332 |
| | MWL 032334 MWL 032334 |
| | MWL 032335 MWL 032335 |
| | MWL 032336 MWL 032336 |
| | MWL 032337 MWL 032337 |
| | MWL 032338 MWL 032338 |
| | MWL 032339 MWL 032339 |
| | MWL 032340 MWL 032340 |
| | MWL 032341 MWL 032341 |
| | MWL 032343 MWL 032343 |
| | MWL 032344 MWL 032344 |
| | MWL 032345 MWL 032345 |
| | MWL 032346 MWL 032346 |
| | MWL 032347 MWL 032347 |
| | MWL 032348 MWL 032348 |
| | MWL 032349 MWL 032349 |
| | MWL 032350 MWL 032350 |
| | MWL 032353 MWL 032353 |
| | MWL 032354 MWL 032354 |
| | MWL 032355 MWL 032355 |
| | MWL 032356 MWL 032356 |
| | MWL 032361 MWL 032361 |
| | MWL 032362 MWL 032362 |
| | MWL 032365 MWL 032365 |
| | MWL 032366 MWL 032366 |
| | MWL 032368 MWL 032368 |
| | MWL 032369 MWL 032369 |

240

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032370 MWL 032370 |
| | MWL 032371 MWL 032371 |
| | MWL 032372 MWL 032372 |
| | MWL 032373 MWL 032373 |
| | MWL 032374 MWL 032374 |
| | MWL 032375 MWL 032375 |
| | MWL 032376 MWL 032376 |
| | MWL 032377 MWL 032377 |
| | MWL 032378 MWL 032378 |
| | MWL 032379 MWL 032379 |
| | MWL 032380 MWL 032380 |
| | MWL 032381 MWL 032381 |
| | MWL 032382 MWL 032382 |
| | MWL 032383 MWL 032383 |
| | MWL 032384 MWL 032384 |
| | MWL 032385 MWL 032385 |
| | MWL 032387 MWL 032387 |
| | MWL 032388 MWL 032388 |
| | MWL 032390 MWL 032390 |
| | MWL 032391 MWL 032391 |
| | MWL 032393 MWL 032393 |
| | MWL 032394 MWL 032394 |
| | MWL 032395 MWL 032395 |
| | MWL 032396 MWL 032396 |
| | MWL 032397 MWL 032397 |
| | MWL 032398 MWL 032398 |
| | MWL 032399 MWL 032399 |
| | MWL 032400 MWL 032400 |
| | MWL 032401 MWL 032401 |
| | MWL 032402 MWL 032402 |
| | MWL 032403 MWL 032403 |
| | MWL 032404 MWL 032404 |

241

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032405 MWL 032405 |
| | MWL 032406 MWL 032406 |
| | MWL 032407 MWL 032407 |
| | MWL 032408 MWL 032408 |
| | MWL 032409 MWL 032409 |
| | MWL 032410 MWL 032410 |
| | MWL 032411 MWL 032411 |
| | MWL 032412 MWL 032412 |
| | MWL 032413 MWL 032413 |
| | MWL 032414 MWL 032414 |
| | MWL 032415 MWL 032415 |
| | MWL 032416 MWL 032416 |
| | MWL 032417 MWL 032417 |
| | MWL 032418 MWL 032418 |
| | MWL 032419 MWL 032419 |
| | MWL 032420 MWL 032420 |
| | MWL 032421 MWL 032421 |
| | MWL 032422 MWL 032422 |
| | MWL 032423 MWL 032423 |
| | MWL 032424 MWL 032424 |
| | MWL 032425 MWL 032425 |
| | MWL 032426 MWL 032426 |
| | MWL 032427 MWL 032427 |
| | MWL 032428 MWL 032428 |
| | MWL 032429 MWL 032429 |
| | MWL 032430 MWL 032430 |
| | MWL 032431 MWL 032431 |
| | MWL 032432 MWL 032432 |
| | MWL 032433 MWL 032433 |
| | MWL 032434 MWL 032434 |
| | MWL 032435 MWL 032435 |
| | MWL 032436 MWL 032436 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032437 MWL 032437 |
| | MWL 032438 MWL 032438 |
| | MWL 032439 MWL 032439 |
| | MWL 032440 MWL 032440 |
| | MWL 032441 MWL 032441 |
| | MWL 032442 MWL 032442 |
| | MWL 032443 MWL 032443 |
| | MWL 032444 MWL 032444 |
| | MWL 032445 MWL 032445 |
| | MWL 032446 MWL 032446 |
| | MWL 032447 MWL 032447 |
| | MWL 032448 MWL 032448 |
| | MWL 032449 MWL 032449 |
| | MWL 032450 MWL 032450 |
| | MWL 032451 MWL 032451 |
| | MWL 032452 MWL 032452 |
| | MWL 032453 MWL 032453 |
| | MWL 032454 MWL 032454 |
| | MWL 032456 MWL 032456 |
| | MWL 032458 MWL 032458 |
| | MWL 032477 MWL 032477 |
| | MWL 032478 MWL 032478 |
| | MWL 032479 MWL 032479 |
| | MWL 032480 MWL 032480 |
| | MWL 032482 MWL 032482 |
| | MWL 032483 MWL 032483 |
| | MWL 032484 MWL 032484 |
| | MWL 032485 MWL 032485 |
| | MWL 032486 MWL 032486 |
| | MWL 032487 MWL 032487 |
| | MWL 032488 MWL 032488 |
| | MWL 032489 MWL 032489 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032490 MWL 032490 |
| | MWL 032491 MWL 032491 |
| | MWL 032492 MWL 032492 |
| | MWL 032493 MWL 032493 |
| | MWL 032494 MWL 032494 |
| | MWL 032495 MWL 032495 |
| | MWL 032496 MWL 032496 |
| | MWL 032497 MWL 032497 |
| | MWL 032498 MWL 032498 |
| | MWL 032499 MWL 032499 |
| | MWL 032500 MWL 032500 |
| | MWL 032501 MWL 032501 |
| | MWL 032502 MWL 032502 |
| | MWL 032503 MWL 032503 |
| | MWL 032504 MWL 032504 |
| | MWL 032505 MWL 032505 |
| | MWL 032506 MWL 032506 |
| | MWL 032507 MWL 032507 |
| | MWL 032508 MWL 032508 |
| | MWL 032509 MWL 032509 |
| | MWL 032510 MWL 032510 |
| | MWL 032511 MWL 032511 |
| | MWL 032512 MWL 032512 |
| | MWL 032513 MWL 032513 |
| | MWL 032514 MWL 032514 |
| | MWL 032515 MWL 032515 |
| | MWL 032516 MWL 032516 |
| | MWL 032517 MWL 032517 |
| | MWL 032518 MWL 032518 |
| | MWL 032519 MWL 032519 |
| | MWL 032520 MWL 032520 |
| | MWL 032521 MWL 032521 |

244

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032522 MWL 032522 |
| | MWL 032523 MWL 032523 |
| | MWL 032524 MWL 032524 |
| | MWL 032525 MWL 032525 |
| | MWL 032526 MWL 032526 |
| | MWL 032527 MWL 032527 |
| | MWL 032528 MWL 032528 |
| | MWL 032529 MWL 032529 |
| | MWL 032530 MWL 032530 |
| | MWL 032531 MWL 032531 |
| | MWL 032532 MWL 032532 |
| | MWL 032533 MWL 032533 |
| | MWL 032534 MWL 032534 |
| | MWL 032535 MWL 032535 |
| | MWL 032536 MWL 032536 |
| | MWL 032537 MWL 032537 |
| | MWL 032538 MWL 032538 |
| | MWL 032539 MWL 032539 |
| | MWL 032540 MWL 032540 |
| | MWL 032541 MWL 032541 |
| | MWL 032542 MWL 032542 |
| | MWL 032543 MWL 032543 |
| | MWL 032544 MWL 032544 |
| | MWL 032545 MWL 032545 |
| | MWL 032546 MWL 032546 |
| | MWL 032547 MWL 032547 |
| | MWL 032548 MWL 032548 |
| | MWL 032549 MWL 032549 |
| | MWL 032550 MWL 032550 |
| | MWL 032551 MWL 032551 |
| | MWL 032552 MWL 032552 |
| | MWL 032553 MWL 032553 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032554 MWL 032554 |
| | MWL 032555 MWL 032555 |
| | MWL 032556 MWL 032556 |
| | MWL 032557 MWL 032557 |
| | MWL 032558 MWL 032558 |
| | MWL 032559 MWL 032559 |
| | MWL 032560 MWL 032560 |
| | MWL 032561 MWL 032561 |
| | MWL 032562 MWL 032562 |
| | MWL 032563 MWL 032563 |
| | MWL 032564 MWL 032564 |
| | MWL 032565 MWL 032565 |
| | MWL 032566 MWL 032566 |
| | MWL 032567 MWL 032567 |
| | MWL 032568 MWL 032568 |
| | MWL 032569 MWL 032569 |
| | MWL 032570 MWL 032570 |
| | MWL 032571 MWL 032571 |
| | MWL 032572 MWL 032572 |
| | MWL 032573 MWL 032573 |
| | MWL 032574 MWL 032574 |
| | MWL 032575 MWL 032575 |
| | MWL 032576 MWL 032576 |
| | MWL 032577 MWL 032577 |
| | MWL 032578 MWL 032578 |
| | MWL 032579 MWL 032579 |
| | MWL 032580 MWL 032580 |
| | MWL 032581 MWL 032581 |
| | MWL 032582 MWL 032582 |
| | MWL 032583 MWL 032583 |
| | MWL 032584 MWL 032584 |
| | MWL 032585 MWL 032585 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032586 MWL 032586 |
| | MWL 032587 MWL 032587 |
| | MWL 032588 MWL 032588 |
| | MWL 032589 MWL 032589 |
| | MWL 032590 MWL 032590 |
| | MWL 032591 MWL 032591 |
| | MWL 032592 MWL 032592 |
| | MWL 032593 MWL 032593 |
| | MWL 032594 MWL 032594 |
| | MWL 032595 MWL 032595 |
| | MWL 032596 MWL 032596 |
| | MWL 032597 MWL 032597 |
| | MWL 032598 MWL 032598 |
| | MWL 032599 MWL 032599 |
| | MWL 032600 MWL 032600 |
| | MWL 032601 MWL 032601 |
| | MWL 032602 MWL 032602 |
| | MWL 032603 MWL 032603 |
| | MWL 032604 MWL 032604 |
| | MWL 032605 MWL 032605 |
| | MWL 032606 MWL 032606 |
| | MWL 032607 MWL 032607 |
| | MWL 032608 MWL 032608 |
| | MWL 032609 MWL 032609 |
| | MWL 032610 MWL 032610 |
| | MWL 032611 MWL 032611 |
| | MWL 032612 MWL 032612 |
| | MWL 032613 MWL 032613 |
| | MWL 032614 MWL 032614 |
| | MWL 032615 MWL 032615 |
| | MWL 032616 MWL 032616 |
| | MWL 032617 MWL 032617 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032618 MWL 032618 |
| | MWL 032619 MWL 032619 |
| | MWL 032620 MWL 032620 |
| | MWL 032621 MWL 032621 |
| | MWL 032622 MWL 032622 |
| | MWL 032623 MWL 032623 |
| | MWL 032624 MWL 032624 |
| | MWL 032625 MWL 032625 |
| | MWL 032626 MWL 032626 |
| | MWL 032627 MWL 032627 |
| | MWL 032628 MWL 032628 |
| | MWL 032629 MWL 032629 |
| | MWL 032630 MWL 032630 |
| | MWL 032631 MWL 032631 |
| | MWL 032632 MWL 032632 |
| | MWL 032633 MWL 032633 |
| | MWL 032634 MWL 032634 |
| | MWL 032635 MWL 032635 |
| | MWL 032636 MWL 032636 |
| | MWL 032637 MWL 032637 |
| | MWL 032638 MWL 032638 |
| | MWL 032639 MWL 032639 |
| | MWL 032640 MWL 032640 |
| | MWL 032641 MWL 032641 |
| | MWL 032642 MWL 032642 |
| | MWL 032643 MWL 032643 |
| | MWL 032644 MWL 032644 |
| | MWL 032645 MWL 032645 |
| | MWL 032646 MWL 032646 |
| | MWL 032647 MWL 032647 |
| | MWL 032648 MWL 032648 |
| | MWL 032649 MWL 032649 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032650 MWL 032650 |
| | MWL 032651 MWL 032651 |
| | MWL 032652 MWL 032652 |
| | MWL 032653 MWL 032653 |
| | MWL 032654 MWL 032654 |
| | MWL 032655 MWL 032655 |
| | MWL 032656 MWL 032656 |
| | MWL 032658 MWL 032658 |
| | MWL 032659 MWL 032659 |
| | MWL 032660 MWL 032660 |
| | MWL 032661 MWL 032661 |
| | MWL 032662 MWL 032662 |
| | MWL 032663 MWL 032663 |
| | MWL 032664 MWL 032664 |
| | MWL 032665 MWL 032665 |
| | MWL 032666 MWL 032666 |
| | MWL 032667 MWL 032667 |
| | MWL 032668 MWL 032668 |
| | MWL 032669 MWL 032669 |
| | MWL 032670 MWL 032670 |
| | MWL 032671 MWL 032671 |
| | MWL 032672 MWL 032672 |
| | MWL 032673 MWL 032673 |
| | MWL 032674 MWL 032674 |
| | MWL 032675 MWL 032675 |
| | MWL 032676 MWL 032676 |
| | MWL 032677 MWL 032677 |
| | MWL 032678 MWL 032678 |
| | MWL 032679 MWL 032679 |
| | MWL 032680 MWL 032680 |
| | MWL 032681 MWL 032681 |
| | MWL 032682 MWL 032682 |

249

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032683 MWL 032683 |
| | MWL 032684 MWL 032684 |
| | MWL 032685 MWL 032685 |
| | MWL 032686 MWL 032686 |
| | MWL 032687 MWL 032687 |
| | MWL 032688 MWL 032688 |
| | MWL 032689 MWL 032689 |
| | MWL 032690 MWL 032690 |
| | MWL 032691 MWL 032691 |
| | MWL 032692 MWL 032692 |
| | MWL 032693 MWL 032693 |
| | MWL 032697 MWL 032697 |
| | MWL 032699 MWL 032699 |
| | MWL 032701 MWL 032701 |
| | MWL 032702 MWL 032702 |
| | MWL 032703 MWL 032703 |
| | MWL 032704 MWL 032704 |
| | MWL 032705 MWL 032705 |
| | MWL 032706 MWL 032706 |
| | MWL 032708 MWL 032708 |
| | MWL 032710 MWL 032710 |
| | MWL 032712 MWL 032712 |
| | MWL 032716 MWL 032716 |
| | MWL 032717 MWL 032717 |
| | MWL 032719 MWL 032719 |
| | MWL 032720 MWL 032720 |
| | MWL 032721 MWL 032721 |
| | MWL 032726 MWL 032726 |
| | MWL 032727 MWL 032727 |
| | MWL 032728 MWL 032728 |
| | MWL 032729 MWL 032729 |
| | MWL 032734 MWL 032734 |

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032738 MWL 032738 |
| | MWL 032747 MWL 032747 |
| | MWL 032750 MWL 032750 |
| | MWL 032751 MWL 032751 |
| | MWL 032754 MWL 032754 |
| | MWL 032755 MWL 032755 |
| | MWL 032756 MWL 032756 |
| | MWL 032757 MWL 032757 |
| | MWL 032758 MWL 032758 |
| | MWL 032759 MWL 032759 |
| | MWL 032761 MWL 032761 |
| | MWL 032762 MWL 032762 |
| | MWL 032763 MWL 032763 |
| | MWL 032764 MWL 032764 |
| | MWL 032765 MWL 032765 |
| | MWL 032766 MWL 032766 |
| | MWL 032767 MWL 032767 |
| | MWL 032768 MWL 032768 |
| | MWL 032769 MWL 032769 |
| | MWL 032770 MWL 032770 |
| | MWL 032771 MWL 032771 |
| | MWL 032772 MWL 032772 |
| | MWL 032801 MWL 032801 |
| | MWL 032811 MWL 032811 |
| | MWL 032812 MWL 032812 |
| | MWL 032813 MWL 032813 |
| | MWL 032814 MWL 032814 |
| | MWL 032815 MWL 032815 |
| | MWL 032816 MWL 032816 |
| | MWL 032817 MWL 032817 |
| | MWL 032818 MWL 032818 |
| | MWL 032819 MWL 032819 |

251

07/29/2014 Production

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| | MWL 032820 MWL 032820 |
| | MWL 032821 MWL 032821 |
| | MWL 032822 MWL 032822 |
| | MWL 032823 MWL 032823 |
| | MWL 032824 MWL 032824 |
| | MWL 032825 MWL 032825 |
| | MWL 032826 MWL 032826 |
| | MWL 032827 MWL 032827 |
| | MWL 032828 MWL 032828 |
| | MWL 032829 MWL 032829 |
| | MWL 032830 MWL 032830 |
| | MWL 032831 MWL 032831 |
| | MWL 032832 MWL 032832 |
| | MWL 032833 MWL 032833 |
| | MWL 032834 MWL 032834 |
| | MWL 032835 MWL 032835 |
| | MWL 032836 MWL 032836 |
| | MWL 032837 MWL 032837 |
| | MWL 032838 MWL 032838 |
| | MWL 032839 MWL 032839 |
| | MWL 032840 MWL 032840 |
| | MWL 032841 MWL 032841 |
| | MWL 032842 MWL 032842 |
| | MWL 032843 MWL 032843 |
| | MWL 032844 MWL 032844 |
| | MWL 032846 MWL 032846 |
| | MWL 032847 MWL 032847 |
| | MWL 032848 MWL 032848 |
| | MWL 032849 MWL 032849 |
| | MWL 032850 MWL 032850 |
| | MWL 032851 MWL 032851 |
| | MWL 032852 MWL 032852 |