# EXHIBIT 21

2/11/2015 Supplemental Production

*In Re: Terrorist Attacks on September 11, 2001*, **03 MDL 1570 (GBD) (FM)**

**IIRO 2/11/2015 Supplemental Document Production**

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| Plaintiffs' 1st set of requests directed to IIRO: 6, 7, 8, 9, 33, 50, 67, 68, 69, 70, 71 | IIRO 0286649 IIRO286953 |
| Plaintiffs' 2nd set of supplemental requests directed to IIRO: 4, 24, 25 | |
| Plaintiffs' 3rd set of supplemental requests directed to IIRO: 10, 11, 12, 13, 14, 15, 16, 23, 24, 25, 26, 33, 35, 36, 37, 38, 40, 41, 43 | |

1