# EXHIBIT 24

7/31/2015 Supplemental Production

***In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)**

**IIRO 7/31/2015 Supplemental Document Production**

| Plaintiffs' Document Requests | Responsive Documents |
|---|---|
| Plaintiffs 1st set of requests directed to IIRO: 4<br>3rd set of supplemental requests directed to IIRO: 22 | IIRO 286955-IIRO 286958 |
| 3rd set of supplemental requests directed to IIRO: 17 | IIRO 286959-IIRO286988 |