# EXHIBIT 25

# Lewis | Baach pllc

Aisha E. Bembry
202 659 6752
aisha.bembry@lewisbaach.com

March 22, 2016

**VIA ELECTRONIC MAIL and FEDERAL EXPRESS**

Sean Carter, Plaintiffs' Executive Committee Co-Chair
Cozen O'Connor
1650 Market Street
Suite 2800
Philadelphia, PA 19103-3508

Re:   *In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (FM)*

Dear Sean:

As you are aware, this firm represents the Muslim World League (MWL) and the International Islamic Relief Organization (IIRO) in the above-referenced litigation. Pursuant to Rule 26(e)(1)(A), please find two (2) CDs containing documents responsive to Plaintiffs' documents requests to IIRO. These documents are bates stamped MWL 059346-059366 and IIRO 287412 – IIRO 287606 respectively.

Enclosed with the CDs is a chart specifying the document request(s) to which each document is responsive. Please note that documents may be responsive to more than one request.

If you have any questions, please let me know.

Sincerely,

*Aisha B.*

Aisha E. Bembry

Enclosures

cc:   Robert Haefele, Esq.

3/22/2016 Supplemental Production

*In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (FM)*

**IIRO 3/22/2016 Supplemental Document Production**

| Plaintiffs' Document Requests | Source | Responsive Documents |
|---|---|---|
| Plaintiffs' 1st set of requests directed to IIRO: 4, 5<br>3rd set of supplemental requests directed to IIRO: 22 | IIRO – Head Office, Jeddah, Saudi Arabia | IIRO 287412   IIRO 287606 |

1

*In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (FM)*

## MWL 3/22/2016 Supplemental Document Production

| Plaintiffs' Document Requests | Source | Responsive Documents |
|---|---|---|
| Plaintiffs' 1st set of requests directed to MWL: 3,4 | MWL- Head Office, Makkah, Saudi Arabia | MWL 059346  MWL 059366 |

1