# EXHIBIT 27

12/30/16 Supplemental Production

*In re: Terrorists Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)*

MWL - 12/30/2016 Supplemental Document Production

| Corresponding Requests | Source | Responsive Documents |
|---|---|---|
| Plaintiffs 1st set of requests directed to MWL: 1, 2 | MWL Branch Office – Amman, Jordan | MWL 060507   MWL 060511 |
| Plaintiffs 1st set of requests directed to MWL: 3, 4, 5 | MWL Branch Office – Amman, Jordan | MWL 059525   MWL 059527<br>MWL 059367   MWL 059402<br>MWL 060350   MWL 060352 |
| Plaintiffs 1st set of requests directed to MWL: 6, 7,72 | MWL Branch Office – Amman, Jordan | MWL 059367   MWL 059402<br>MWL 059432   MWL 059433<br>MWL 059493   MWL 059522<br>MWL 059523   MWL 059524<br>MWL 059528   MWL 059530<br>MWL 059535   MWL 059561<br>MWL 059611   MWL 059612<br>MWL 059627   MWL 059631<br>MWL 059650   MWL 059655<br>MWL 059688   MWL 059699<br>MWL 059725   MWL 059734<br>MWL 059735   MWL 059744<br>MWL 059747   MWL 059750<br>MWL 059765   MWL 059768<br>MWL 059769   MWL 059773<br>MWL 059774   MWL 059792<br>MWL 059867   MWL 059876<br>MWL 059953   MWL 059963<br>MWL 059966   MWL 059981<br>MWL 059982   MWL 059984<br>MWL 060015   MWL 060019 |

| | | | |
|---|---|---|---|
| | | MWL 060056 | MWL 060059 |
| | | MWL 060060 | MWL 060094 |
| | | MWL 060095 | MWL 060105 |
| | | MWL 060106 | MWL 060112 |
| | | MWL 060113 | MWL 060115 |
| | | MWL 060174 | MWL 060178 |
| | | MWL 060179 | MWL 060184 |
| | | MWL 060188 | MWL 060196 |
| | | MWL 060229 | MWL 060232 |
| | | MWL 060260 | MWL 060263 |
| | | MWL 060424 | MWL 060431 |
| | | MWL 060432 | MWL 060435 |
| | | MWL 060456 | MWL 060461 |
| | | MWL 060462 | MWL 060470 |
| | | MWL 060471 | MWL 060479 |
| | | MWL 060480 | MWL 060483 |
| | | MWL 060484 | MWL 060490 |
| | | MWL 060522 | MWL 060531 |
| | | MWL 060564 | MWL 060565 |
| | | MWL 060566 | MWL 061012 |
| Plaintiffs 1st set of requests directed to MWL: 11, 50 | MWL Branch Office – Amman, Jordan | MWL 059367 | MWL 059402 |
| | | MWL 059432 | MWL 059433 |
| | | MWL 059523 | MWL 059524 |
| | | MWL 059528 | MWL 059530 |
| | | MWL 059535 | MWL 059561 |
| | | MWL 059611 | MWL 059612 |
| | | MWL 059650 | MWL 059655 |
| | | MWL 059688 | MWL 059699 |
| | | MWL 059725 | MWL 059734 |
| | | MWL 059735 | MWL 059744 |
| | | MWL 059747 | MWL 059750 |
| | | MWL 059753 | MWL 059764 |
| | | MWL 059765 | MWL 059768 |
| | | MWL 059769 | MWL 059773 |
| | | MWL 059774 | MWL 059792 |

12/30/16 Supplemental Production

|  |  |  |
|---|---|---|
|  |  | MWL 059803   MWL 059866 |
|  |  | MWL 059867   MWL 059876 |
|  |  | MWL 059885   MWL 059919 |
|  |  | MWL 059924   MWL 059946 |
|  |  | MWL 059953   MWL 059963 |
|  |  | MWL 059966   MWL 059981 |
|  |  | MWL 059982   MWL 059984 |
|  |  | MWL 059985   MWL 060006 |
|  |  | MWL 060007   MWL 060014 |
|  |  | MWL 060015   MWL 060019 |
|  |  | MWL 060020   MWL 060055 |
|  |  | MWL 060056   MWL 060059 |
|  |  | MWL 060060   MWL 060094 |
|  |  | MWL 060095   MWL 060105 |
|  |  | MWL 060106   MWL 060112 |
|  |  | MWL 060113   MWL 060115 |
|  |  | MWL 060122   MWL 060155 |
|  |  | MWL 060174   MWL 060178 |
|  |  | MWL 060179   MWL 060184 |
|  |  | MWL 060185   MWL 060187 |
|  |  | MWL 060188   MWL 060196 |
|  |  | MWL 060229   MWL 060232 |
|  |  | MWL 060233   MWL 060236 |
|  |  | MWL 060260   MWL 060263 |
|  |  | MWL 060264   MWL 060302 |
|  |  | MWL 060303   MWL 060311 |
|  |  | MWL 060315   MWL 060346 |
|  |  | MWL 060353   MWL 060361 |
|  |  | MWL 060388   MWL 060417 |
|  |  | MWL 060424   MWL 060431 |
|  |  | MWL 060432   MWL 060435 |
|  |  | MWL 060439   MWL 060441 |
|  |  | MWL 060442   MWL 060450 |
|  |  | MWL 060454   MWL 060455 |
|  |  | MWL 060456   MWL 060461 |
|  |  | MWL 060462   MWL 060470 |

| | | | |
|---|---|---|---|
| | | MWL 060471 | MWL 060479 |
| | | MWL 060480 | MWL 060483 |
| | | MWL 060484 | MWL 060490 |
| | | MWL 060515 | MWL 060515 |
| | | MWL 060532 | MWL 060536 |
| | | MWL 060564 | MWL 060565 |
| | | MWL 060566 | MWL 061012 |
| Plaintiffs 1st set of requests directed to MWL: 10 | MWL Branch Office – Amman, Jordan | MWL 059367 | MWL 059402 |
| | | MWL 059403 | MWL 059404 |
| | | MWL 059406 | MWL 059407 |
| | | MWL 059408 | MWL 059413 |
| | | MWL 059415 | MWL 059415 |
| | | MWL 059416 | MWL 059416 |
| | | MWL 059417 | MWL 059424 |
| | | MWL 059425 | MWL 059428 |
| | | MWL 059429 | MWL 059430 |
| | | MWL 059434 | MWL 059487 |
| | | MWL 059488 | MWL 059490 |
| | | MWL 059491 | MWL 059491 |
| | | MWL 059523 | MWL 059524 |
| | | MWL 059528 | MWL 059530 |
| | | MWL 059531 | MWL 059534 |
| | | MWL 059535 | MWL 059561 |
| | | MWL 059562 | MWL 059590 |
| | | MWL 059591 | MWL 059597 |
| | | MWL 059611 | MWL 059612 |
| | | MWL 059613 | MWL 059613 |
| | | MWL 059615 | MWL 059615 |
| | | MWL 059616 | MWL 059616 |
| | | MWL 059627 | MWL 059631 |
| | | MWL 059632 | MWL 059635 |
| | | MWL 059636 | MWL 059638 |
| | | MWL 059639 | MWL 059639 |
| | | MWL 059640 | MWL 059641 |
| | | MWL 059642 | MWL 059644 |

12/30/16 Supplemental Production

|  |  | | |
|---|---|---|---|
|  |  | MWL 059645 | MWL 059649 |
|  |  | MWL 059650 | MWL 059655 |
|  |  | MWL 059688 | MWL 059699 |
|  |  | MWL 059700 | MWL 059700 |
|  |  | MWL 059701 | MWL 059709 |
|  |  | MWL 059721 | MWL 059724 |
|  |  | MWL 059725 | MWL 059734 |
|  |  | MWL 059735 | MWL 059744 |
|  |  | MWL 059745 | MWL 059745 |
|  |  | MWL 059746 | MWL 059746 |
|  |  | MWL 059747 | MWL 059750 |
|  |  | MWL 059751 | MWL 059751 |
|  |  | MWL 059752 | MWL 059752 |
|  |  | MWL 059753 | MWL 059764 |
|  |  | MWL 059765 | MWL 059768 |
|  |  | MWL 059769 | MWL 059773 |
|  |  | MWL 059793 | MWL 059795 |
|  |  | MWL 059796 | MWL 059798 |
|  |  | MWL 059799 | MWL 059802 |
|  |  | MWL 059803 | MWL 059866 |
|  |  | MWL 059867 | MWL 059876 |
|  |  | MWL 059877 | MWL 059880 |
|  |  | MWL 059881 | MWL 059884 |
|  |  | MWL 059885 | MWL 059919 |
|  |  | MWL 059920 | MWL 059921 |
|  |  | MWL 059922 | MWL 059922 |
|  |  | MWL 059923 | MWL 059923 |
|  |  | MWL 059924 | MWL 059946 |
|  |  | MWL 059947 | MWL 059952 |
|  |  | MWL 059964 | MWL 059965 |
|  |  | MWL 059966 | MWL 059981 |
|  |  | MWL 059982 | MWL 059984 |
|  |  | MWL 059985 | MWL 060006 |
|  |  | MWL 060007 | MWL 060014 |
|  |  | MWL 060020 | MWL 060055 |
|  |  | MWL 060056 | MWL 060059 |

|  |  |  |
|---|---|---|
|  |  | MWL 060060   MWL 060094 |
|  |  | MWL 060095   MWL 060105 |
|  |  | MWL 060106   MWL 060112 |
|  |  | MWL 060113   MWL 060115 |
|  |  | MWL 060116   MWL 060121 |
|  |  | MWL 060122   MWL 060155 |
|  |  | MWL 060156   MWL 060161 |
|  |  | MWL 060162   MWL 060173 |
|  |  | MWL 060174   MWL 060178 |
|  |  | MWL 060179   MWL 060184 |
|  |  | MWL 060188   MWL 060196 |
|  |  | MWL 060197   MWL 060199 |
|  |  | MWL 060218   MWL 060220 |
|  |  | MWL 060221   MWL 060222 |
|  |  | MWL 060223   MWL 060228 |
|  |  | MWL 060229   MWL 060232 |
|  |  | MWL 060233   MWL 060236 |
|  |  | MWL 060237   MWL 060241 |
|  |  | MWL 060242   MWL 060252 |
|  |  | MWL 060253   MWL 060257 |
|  |  | MWL 060258   MWL 060259 |
|  |  | MWL 060260   MWL 060263 |
|  |  | MWL 060264   MWL 060302 |
|  |  | MWL 060303   MWL 060311 |
|  |  | MWL 060312   MWL 060314 |
|  |  | MWL 060315   MWL 060346 |
|  |  | MWL 060347   MWL 060349 |
|  |  | MWL 060350   MWL 060352 |
|  |  | MWL 060362   MWL 060380 |
|  |  | MWL 060381   MWL 060382 |
|  |  | MWL 060383   MWL 060387 |
|  |  | MWL 060388   MWL 060417 |
|  |  | MWL 060418   MWL 060420 |
|  |  | MWL 060421   MWL 060423 |
|  |  | MWL 060424   MWL 060431 |
|  |  | MWL 060432   MWL 060435 |

12/30/16 Supplemental Production

|  |  | |
|---|---|---|
|  |  | MWL 060436   MWL 060438<br>MWL 060439   MWL 060441<br>MWL 060442   MWL 060450<br>MWL 060451   MWL 060453<br>MWL 060454   MWL 060455<br>MWL 060456   MWL 060461<br>MWL 060462   MWL 060470<br>MWL 060471   MWL 060479<br>MWL 060480   MWL 060483<br>MWL 060484   MWL 060490<br>MWL 060493   MWL 060495<br>MWL 060496   MWL 060496<br>MWL 060498   MWL 060498<br>MWL 060499   MWL 060499<br>MWL 060500   MWL 060500<br>MWL 060501   MWL 060501<br>MWL 060502   MWL 060502<br>MWL 060503   MWL 060503<br>MWL 060504   MWL 060504<br>MWL 060505   MWL 060506<br>MWL 060508   MWL 060509<br>MWL 060510   MWL 060510<br>MWL 060511   MWL 060511<br>MWL 060512   MWL 060512<br>MWL 060513   MWL 060513<br>MWL 060514   MWL 060514<br>MWL 060515   MWL 060515<br>MWL 060517   MWL 060518<br>MWL 060519   MWL 060521<br>MWL 060522   MWL 060531<br>MWL 060532   MWL 060536<br>MWL 060537   MWL 060540<br>MWL 060541   MWL 060553<br>MWL 060554   MWL 060563<br>MWL 060564   MWL 060565 |
|  |  |  |

12/30/16 Supplemental Production

| Plaintiffs 1st set of requests directed to MWL: 44, 45 | MWL Branch Office – Amman, Jordan | MWL 059367 | MWL 059402 |
|---|---|---|---|
| | | MWL 059403 | MWL 059404 |
| | | MWL 059405 | MWL 059405 |
| | | MWL 059406 | MWL 059407 |
| | | MWL 059408 | MWL 059413 |
| | | MWL 059414 | MWL 059414 |
| | | MWL 059417 | MWL 059424 |
| | | MWL 059488 | MWL 059490 |
| | | MWL 059491 | MWL 059491 |
| | | MWL 059492 | MWL 059492 |
| | | MWL 059493 | MWL 059522 |
| | | MWL 059525 | MWL 059527 |
| | | MWL 059535 | MWL 059561 |
| | | MWL 059591 | MWL 059597 |
| | | MWL 059598 | MWL 059602 |
| | | MWL 059603 | MWL 059607 |
| | | MWL 059608 | MWL 059610 |
| | | MWL 059616 | MWL 059616 |
| | | MWL 059617 | MWL 059622 |
| | | MWL 059627 | MWL 059631 |
| | | MWL 059632 | MWL 059635 |
| | | MWL 059636 | MWL 059638 |
| | | MWL 059640 | MWL 059641 |
| | | MWL 059642 | MWL 059644 |
| | | MWL 059645 | MWL 059649 |
| | | MWL 059656 | MWL 059667 |
| | | MWL 059668 | MWL 059687 |
| | | MWL 059701 | MWL 059709 |
| | | MWL 059710 | MWL 059720 |
| | | MWL 059721 | MWL 059724 |
| | | MWL 059725 | MWL 059734 |
| | | MWL 059735 | MWL 059744 |
| | | MWL 059745 | MWL 059745 |
| | | MWL 059746 | MWL 059746 |
| | | MWL 059747 | MWL 059750 |
| | | MWL 059751 | MWL 059751 |

|  |  | | |
|---|---|---|---|
|  |  | MWL 059752 | MWL 059752 |
|  |  | MWL 059753 | MWL 059764 |
|  |  | MWL 059765 | MWL 059768 |
|  |  | MWL 059769 | MWL 059773 |
|  |  | MWL 059774 | MWL 059792 |
|  |  | MWL 059793 | MWL 059795 |
|  |  | MWL 059796 | MWL 059798 |
|  |  | MWL 059799 | MWL 059802 |
|  |  | MWL 059803 | MWL 059866 |
|  |  | MWL 059867 | MWL 059876 |
|  |  | MWL 059877 | MWL 059880 |
|  |  | MWL 059881 | MWL 059884 |
|  |  | MWL 059885 | MWL 059919 |
|  |  | MWL 059920 | MWL 059921 |
|  |  | MWL 059922 | MWL 059922 |
|  |  | MWL 059924 | MWL 059946 |
|  |  | MWL 059947 | MWL 059952 |
|  |  | MWL 059953 | MWL 059963 |
|  |  | MWL 059964 | MWL 059965 |
|  |  | MWL 059966 | MWL 059981 |
|  |  | MWL 059982 | MWL 059984 |
|  |  | MWL 059985 | MWL 060006 |
|  |  | MWL 060007 | MWL 060014 |
|  |  | MWL 060015 | MWL 060019 |
|  |  | MWL 060020 | MWL 060055 |
|  |  | MWL 060060 | MWL 060094 |
|  |  | MWL 060095 | MWL 060105 |
|  |  | MWL 060106 | MWL 060112 |
|  |  | MWL 060113 | MWL 060115 |
|  |  | MWL 060116 | MWL 060121 |
|  |  | MWL 060122 | MWL 060155 |
|  |  | MWL 060156 | MWL 060161 |
|  |  | MWL 060162 | MWL 060173 |
|  |  | MWL 060179 | MWL 060184 |
|  |  | MWL 060185 | MWL 060187 |
|  |  | MWL 060188 | MWL 060196 |

12/30/16 Supplemental Production

| | | |
|---|---|---|
| | | MWL 060197   MWL 060199 |
| | | MWL 060200   MWL 060205 |
| | | MWL 060206   MWL 060211 |
| | | MWL 060212   MWL 060214 |
| | | MWL 060215   MWL 060217 |
| | | MWL 060218   MWL 060220 |
| | | MWL 060221   MWL 060222 |
| | | MWL 060223   MWL 060228 |
| | | MWL 060229   MWL 060232 |
| | | MWL 060233   MWL 060236 |
| | | MWL 060237   MWL 060241 |
| | | MWL 060242   MWL 060252 |
| | | MWL 060253   MWL 060257 |
| | | MWL 060258   MWL 060259 |
| | | MWL 060260   MWL 060263 |
| | | MWL 060264   MWL 060302 |
| | | MWL 060303   MWL 060311 |
| | | MWL 060315   MWL 060346 |
| | | MWL 060347   MWL 060349 |
| | | MWL 060353   MWL 060361 |
| | | MWL 060362   MWL 060380 |
| | | MWL 060381   MWL 060382 |
| | | MWL 060383   MWL 060387 |
| | | MWL 060388   MWL 060417 |
| | | MWL 060418   MWL 060420 |
| | | MWL 060421   MWL 060423 |
| | | MWL 060432   MWL 060435 |
| | | MWL 060436   MWL 060438 |
| | | MWL 060439   MWL 060441 |
| | | MWL 060442   MWL 060450 |
| | | MWL 060451   MWL 060453 |
| | | MWL 060454   MWL 060455 |
| | | MWL 060456   MWL 060461 |
| | | MWL 060462   MWL 060470 |
| | | MWL 060471   MWL 060479 |
| | | MWL 060480   MWL 060483 |

| | | |
|---|---|---|
| | | MWL 060484   MWL 060490 |
| | | MWL 060491   MWL 060492 |
| | | MWL 060493   MWL 060495 |
| | | MWL 060496   MWL 060496 |
| | | MWL 060498   MWL 060498 |
| | | MWL 060499   MWL 060499 |
| | | MWL 060501   MWL 060501 |
| | | MWL 060502   MWL 060502 |
| | | MWL 060504   MWL 060504 |
| | | MWL 060507   MWL 060507 |
| | | MWL 060508   MWL 060509 |
| | | MWL 060511   MWL 060511 |
| | | MWL 060512   MWL 060512 |
| | | MWL 060513   MWL 060513 |
| | | MWL 060514   MWL 060514 |
| | | MWL 060515   MWL 060515 |
| | | MWL 060516   MWL 060516 |
| | | MWL 060532   MWL 060536 |
| | | MWL 060541   MWL 060553 |
| | | MWL 060564   MWL 060565 |
| Plaintiffs 1st set of requests directed to MWL: 52 | MWL Branch Office – Amman, Jordan | MWL 059367   MWL 059402 |
| | | MWL 059491   MWL 059491 |
| | | MWL 059492   MWL 059492 |
| | | MWL 059616   MWL 059616 |
| | | MWL 059645   MWL 059649 |
| | | MWL 059721   MWL 059724 |
| | | MWL 059803   MWL 059866 |
| | | MWL 059922   MWL 059922 |
| | | MWL 060507   MWL 060507 |
| | | MWL 060511   MWL 060511 |
| | | MWL 060512   MWL 060512 |
| | | MWL 060513   MWL 060513 |
| | | MWL 060516   MWL 060516 |

12/30/16 Supplemental Production

| | | |
|---|---|---|
| Plaintiffs 1st set of requests directed to MWL: 16, 17, 21, 23 | MWL Branch Office – Amman, Jordan | MWL 059417   MWL 059424<br>MWL 059431   MWL 059431<br>MWL 059636   MWL 059638 |
| Plaintiffs 1st set of requests directed to MWL: 30, 31, 32, 33, 74, 75, 76 | MWL Branch Office – Amman, Jordan | MWL 059432   MWL 059433<br>MWL 059525   MWL 059527<br>MWL 060442   MWL 060450<br>MWL 060503   MWL 060503 |
| Plaintiffs 1st set of requests directed to MWL: 18, 19 | MWL Branch Office – Amman, Jordan | MWL 059414   MWL 059414<br>MWL 059636   MWL 059638<br>MWL 059700   MWL 059700<br>MWL 060007   MWL 060014<br>MWL 060221   MWL 060222<br>MWL 060497   MWL 060497 |
| Plaintiffs 1st set of requests directed to MWL: 20 | MWL Branch Office – Amman, Jordan | MWL 059367   MWL 059402<br>MWL 059591   MWL 059597<br>MWL 059598   MWL 059602<br>MWL 059603   MWL 059607<br>MWL 059608   MWL 059610<br>MWL 059617   MWL 059622<br>MWL 059623   MWL 059626<br>MWL 059639   MWL 059639<br>MWL 059710   MWL 059720<br>MWL 060162   MWL 060173<br>MWL 060200   MWL 060205<br>MWL 060206   MWL 060211<br>MWL 060212   MWL 060214<br>MWL 060215   MWL 060217<br>MWL 060253   MWL 060257<br>MWL 060418   MWL 060420 |

12/30/16 Supplemental Production

| | | |
|---|---|---|
| | | MWL 060493   MWL 060495<br>MWL 060519   MWL 060521<br>MWL 060522   MWL 060531<br>MWL 060532   MWL 060536<br>MWL 060537   MWL 060540<br>MWL 060541   MWL 060553<br>MWL 060554   MWL 060563<br>MWL 060564   MWL 060565 |
| Plaintiffs 1st set of requests directed to MWL: 38, 40, 41 | MWL Branch Office – Amman, Jordan | MWL 059367   MWL 059402<br>MWL 059416   MWL 059416<br>MWL 059434   MWL 059487<br>MWL 059603   MWL 059607<br>MWL 059614   MWL 059614<br>MWL 059623   MWL 059626<br>MWL 060233   MWL 060236<br>MWL 060442   MWL 060450<br>MWL 060522   MWL 060531 |
| Plaintiffs 1st set of requests directed to MWL: 65, 66 | MWL Branch Office – Amman, Jordan | MWL 059417  MWL 059424 |