# EXHIBIT 29

*In re: Terrorists Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)*

MWL  3/1/2017 Supplemental Document Production

| Corresponding Requests | Source | Responsive Documents |
|---|---|---|
| Plaintiffs 1st set of requests directed to MWL: 3, 4, 5 | MWL Branch Office – Tanzania | MWL 061198  MWL 061219<br>MWL 061986  MWL 061986<br>MWL 062306  MWL 062311<br>MWL 062341  MWL 062349<br>MWL 062405  MWL 062409 |
| Plaintiffs 1st set of requests directed to MWL: 6, 7, 9, 72, | MWL Branch Office – Tanzania | MWL 061013  MWL 061041<br>MWL 061042  MWL 061068<br>MWL 061069  MWL 061128<br>MWL 061129  MWL 061197<br>MWL 061198  MWL 061219<br>MWL 061220  MWL 061257<br>MWL 061258  MWL 061281<br>MWL 061282  MWL 061380<br>MWL 061381  MWL 061390<br>MWL 061391  MWL 061409<br>MWL 061410  MWL 061411<br>MWL 061412  MWL 061413<br>MWL 061414  MWL 061419<br>MWL 061420  MWL 061420<br>MWL 061421  MWL 061421<br>MWL 061422  MWL 061438<br>MWL 061439  MWL 061455<br>MWL 061459  MWL 061472<br>MWL 061473  MWL 061486<br>MWL 061487  MWL 061496<br>MWL 061497  MWL 061502<br>MWL 061515  MWL 061528<br>MWL 061540  MWL 061576<br>MWL 061577  MWL 061620<br>MWL 061621  MWL 061677<br>MWL 061678  MWL 061791 |

| | | |
|---|---|---|
| | | MWL 061792   MWL 061841 |
| | | MWL 061842   MWL 061898 |
| | | MWL 061915   MWL 061920 |
| | | MWL 061929   MWL 061933 |
| | | MWL 062002   MWL 062009 |
| | | MWL 062271   MWL 062303 |
| | | MWL 062339   MWL 062340 |
| | | MWL 062341   MWL 062349 |
| | | MWL 062351   MWL 062351 |
| Plaintiffs 1st set of requests directed to MWL: 11, 50 | MWL Branch Office – Tanzania | MWL 061013   MWL 061041 |
| | | MWL 061042   MWL 061068 |
| | | MWL 061069   MWL 061128 |
| | | MWL 061129   MWL 061197 |
| | | MWL 061282   MWL 061380 |
| | | MWL 061381   MWL 061390 |
| | | MWL 061391   MWL 061409 |
| | | MWL 061410   MWL 061411 |
| | | MWL 061412   MWL 061413 |
| | | MWL 061414   MWL 061419 |
| | | MWL 061420   MWL 061420 |
| | | MWL 061421   MWL 061421 |
| | | MWL 061422   MWL 061438 |
| | | MWL 061439   MWL 061455 |
| | | MWL 061459   MWL 061472 |
| | | MWL 061473   MWL 061486 |
| | | MWL 061487   MWL 061496 |
| | | MWL 061497   MWL 061502 |
| | | MWL 061503   MWL 061514 |
| | | MWL 061515   MWL 061528 |
| | | MWL 061529   MWL 061539 |
| | | MWL 061540   MWL 061576 |
| | | MWL 061577   MWL 061620 |
| | | MWL 061621   MWL 061677 |
| | | MWL 061678   MWL 061791 |
| | | MWL 061792   MWL 061841 |
| | | MWL 061842   MWL 061898 |

| | | | |
|---|---|---|---|
| | | MWL 061915 | MWL 061920 |
| | | MWL 061929 | MWL 061933 |
| | | MWL 061974 | MWL 061978 |
| | | MWL 061985 | MWL 061985 |
| | | MWL 061990 | MWL 061996 |
| | | MWL 062002 | MWL 062009 |
| | | MWL 062116 | MWL 062121 |
| | | MWL 062271 | MWL 062303 |
| | | MWL 062405 | MWL 062409 |
| Plaintiffs 1st set of requests directed to MWL: 10 | MWL Branch Office – Tanzania | MWL 061013 | MWL 061041 |
| | | MWL 061042 | MWL 061068 |
| | | MWL 061069 | MWL 061128 |
| | | MWL 061129 | MWL 061197 |
| | | MWL 061220 | MWL 061257 |
| | | MWL 061258 | MWL 061281 |
| | | MWL 061282 | MWL 061380 |
| | | MWL 061381 | MWL 061390 |
| | | MWL 061391 | MWL 061409 |
| | | MWL 061410 | MWL 061411 |
| | | MWL 061412 | MWL 061413 |
| | | MWL 061414 | MWL 061419 |
| | | MWL 061420 | MWL 061420 |
| | | MWL 061421 | MWL 061421 |
| | | MWL 061422 | MWL 061438 |
| | | MWL 061439 | MWL 061455 |
| | | MWL 061456 | MWL 061458 |
| | | MWL 061459 | MWL 061472 |
| | | MWL 061473 | MWL 061486 |
| | | MWL 061487 | MWL 061496 |
| | | MWL 061497 | MWL 061502 |
| | | MWL 061503 | MWL 061514 |
| | | MWL 061515 | MWL 061528 |
| | | MWL 061899 | MWL 061904 |
| | | MWL 061905 | MWL 061911 |
| | | MWL 061912 | MWL 061914 |
| | | MWL 061915 | MWL 061920 |

| | | |
|---|---|---|
| | | MWL 061921   MWL 061928 |
| | | MWL 061929   MWL 061933 |
| | | MWL 061934   MWL 061941 |
| | | MWL 061942   MWL 061942 |
| | | MWL 061943   MWL 061947 |
| | | MWL 061948   MWL 061956 |
| | | MWL 061957   MWL 061961 |
| | | MWL 061962   MWL 061962 |
| | | MWL 061963   MWL 061972 |
| | | MWL 061973   MWL 061973 |
| | | MWL 061974   MWL 061978 |
| | | MWL 061979   MWL 061984 |
| | | MWL 061985   MWL 061985 |
| | | MWL 061986   MWL 061986 |
| | | MWL 061990   MWL 061996 |
| | | MWL 061997   MWL 062001 |
| | | MWL 062002   MWL 062009 |
| | | MWL 062010   MWL 062039 |
| | | MWL 062040   MWL 062046 |
| | | MWL 062047   MWL 062054 |
| | | MWL 062055   MWL 062066 |
| | | MWL 062067   MWL 062074 |
| | | MWL 062075   MWL 062086 |
| | | MWL 062087   MWL 062098 |
| | | MWL 062099   MWL 062105 |
| | | MWL 062106   MWL 062110 |
| | | MWL 062111   MWL 062115 |
| | | MWL 062116   MWL 062121 |
| | | MWL 062122   MWL 062126 |
| | | MWL 062127   MWL 062133 |
| | | MWL 062134   MWL 062139 |
| | | MWL 062140   MWL 062144 |
| | | MWL 062145   MWL 062150 |
| | | MWL 062151   MWL 062156 |
| | | MWL 062157   MWL 062162 |
| | | MWL 062163   MWL 062168 |

|  |  | MWL 062169   MWL 062175 |
|---|---|---|
|  |  | MWL 062176   MWL 062182 |
|  |  | MWL 062183   MWL 062189 |
|  |  | MWL 062190   MWL 062196 |
|  |  | MWL 062197   MWL 062201 |
|  |  | MWL 062202   MWL 062208 |
|  |  | MWL 062209   MWL 062217 |
|  |  | MWL 062218   MWL 062221 |
|  |  | MWL 062222   MWL 062225 |
|  |  | MWL 062226   MWL 062234 |
|  |  | MWL 062235   MWL 062254 |
|  |  | MWL 062255   MWL 062258 |
|  |  | MWL 062259   MWL 062260 |
|  |  | MWL 062261   MWL 062267 |
|  |  | MWL 062268   MWL 062270 |
|  |  | MWL 062271   MWL 062303 |
|  |  | MWL 062304   MWL 062305 |
|  |  | MWL 062306   MWL 062311 |
|  |  | MWL 062312   MWL 062323 |
|  |  | MWL 062324   MWL 062332 |
|  |  | MWL 062333   MWL 062337 |
|  |  | MWL 062338   MWL 062338 |
|  |  | MWL 062341   MWL 062349 |
|  |  | MWL 062351   MWL 062351 |
|  |  | MWL 062353   MWL 062356 |
|  |  | MWL 062360   MWL 062362 |
|  |  | MWL 062363   MWL 062377 |
|  |  | MWL 062379   MWL 062382 |
|  |  | MWL 062391   MWL 062392 |
|  |  | MWL 062396   MWL 062397 |
|  |  | MWL 062405   MWL 062409 |
| Plaintiffs' 1st set of requests directed to MWL: 12, 13, 27, 39, 49 | MWL Branch Office – Tanzania | MWL 062384   MWL 062385 |
| Plaintiffs 1st set of requests directed to MWL: 44, 45 | MWL Branch Office – Tanzania | MWL 061042   MWL 061068<br>MWL 061069   MWL 061128<br>MWL 061129   MWL 061197 |

|  |  | | |
|---|---|---|---|
|  |  | MWL 061198 | MWL 061219 |
|  |  | MWL 061220 | MWL 061257 |
|  |  | MWL 061258 | MWL 061281 |
|  |  | MWL 061381 | MWL 061390 |
|  |  | MWL 061391 | MWL 061409 |
|  |  | MWL 061414 | MWL 061419 |
|  |  | MWL 061420 | MWL 061420 |
|  |  | MWL 061421 | MWL 061421 |
|  |  | MWL 061422 | MWL 061438 |
|  |  | MWL 061439 | MWL 061455 |
|  |  | MWL 061456 | MWL 061458 |
|  |  | MWL 061459 | MWL 061472 |
|  |  | MWL 061473 | MWL 061486 |
|  |  | MWL 061503 | MWL 061514 |
|  |  | MWL 061515 | MWL 061528 |
|  |  | MWL 061540 | MWL 061576 |
|  |  | MWL 061577 | MWL 061620 |
|  |  | MWL 061621 | MWL 061677 |
|  |  | MWL 061678 | MWL 061791 |
|  |  | MWL 061792 | MWL 061841 |
|  |  | MWL 061842 | MWL 061898 |
|  |  | MWL 061899 | MWL 061904 |
|  |  | MWL 061905 | MWL 061911 |
|  |  | MWL 061912 | MWL 061914 |
|  |  | MWL 061915 | MWL 061920 |
|  |  | MWL 061921 | MWL 061928 |
|  |  | MWL 061934 | MWL 061941 |
|  |  | MWL 061942 | MWL 061942 |
|  |  | MWL 061943 | MWL 061947 |
|  |  | MWL 061948 | MWL 061956 |
|  |  | MWL 061962 | MWL 061962 |
|  |  | MWL 061974 | MWL 061978 |
|  |  | MWL 061979 | MWL 061984 |
|  |  | MWL 061985 | MWL 061985 |
|  |  | MWL 061987 | MWL 061989 |
|  |  | MWL 061990 | MWL 061996 |

|  |  |  | | |
|---|---|---|---|---|
|  |  | MWL 061997 | MWL 062001 |
|  |  | MWL 062010 | MWL 062039 |
|  |  | MWL 062040 | MWL 062046 |
|  |  | MWL 062047 | MWL 062054 |
|  |  | MWL 062055 | MWL 062066 |
|  |  | MWL 062067 | MWL 062074 |
|  |  | MWL 062075 | MWL 062086 |
|  |  | MWL 062087 | MWL 062098 |
|  |  | MWL 062099 | MWL 062105 |
|  |  | MWL 062151 | MWL 062156 |
|  |  | MWL 062157 | MWL 062162 |
|  |  | MWL 062163 | MWL 062168 |
|  |  | MWL 062169 | MWL 062175 |
|  |  | MWL 062176 | MWL 062182 |
|  |  | MWL 062183 | MWL 062189 |
|  |  | MWL 062190 | MWL 062196 |
|  |  | MWL 062197 | MWL 062201 |
|  |  | MWL 062202 | MWL 062208 |
|  |  | MWL 062209 | MWL 062217 |
|  |  | MWL 062268 | MWL 062270 |
|  |  | MWL 062271 | MWL 062303 |
|  |  | MWL 062304 | MWL 062305 |
|  |  | MWL 062339 | MWL 062340 |
|  |  | MWL 062351 | MWL 062351 |
|  |  | MWL 062353 | MWL 062356 |
|  |  | MWL 062359 | MWL 062359 |
|  |  | MWL 062360 | MWL 062362 |
|  |  | MWL 062378 | MWL 062378 |
|  |  | MWL 062379 | MWL 062382 |
|  |  | MWL 062383 | MWL 062383 |
|  |  | MWL 062384 | MWL 062385 |
|  |  | MWL 062386 | MWL 062390 |
|  |  | MWL 062391 | MWL 062392 |
|  |  | MWL 062393 | MWL 062394 |
|  |  | MWL 062398 | MWL 062399 |
|  |  | MWL 062400 | MWL 062404 |

3/1/2017 Supplemental Production

| | | |
|---|---|---|
| Plaintiffs 1st set of requests directed to MWL: 52 | MWL Branch Office – Tanzania | MWL 062539   MWL 062359 |
| Plaintiffs' 1st set of requests directed to MWL: 20 | MWL Branch Office – Tanzania | MWL 061220   MWL 061257<br>MWL 061282   MWL 061380<br>MWL 061899   MWL 061904<br>MWL 061905   MWL 061911<br>MWL 061912   MWL 061914<br>MWL 061921   MWL 061928<br>MWL 061934   MWL 061941<br>MWL 061957   MWL 061961<br>MWL 061963   MWL 061972<br>MWL 061974   MWL 061978<br>MWL 061979   MWL 061984<br>MWL 062010   MWL 062039<br>MWL 062040   MWL 062046<br>MWL 062047   MWL 062054<br>MWL 062055   MWL 062066<br>MWL 062067   MWL 062074<br>MWL 062075   MWL 062086<br>MWL 062087   MWL 062098<br>MWL 062099   MWL 062105<br>MWL 062106   MWL 062110<br>MWL 062111   MWL 062115<br>MWL 062116   MWL 062121<br>MWL 062122   MWL 062126<br>MWL 062127   MWL 062133<br>MWL 062134   MWL 062139<br>MWL 062140   MWL 062144<br>MWL 062145   MWL 062150<br>MWL 062151   MWL 062156<br>MWL 062157   MWL 062162<br>MWL 062163   MWL 062168<br>MWL 062169   MWL 062175<br>MWL 062176   MWL 062182<br>MWL 062183   MWL 062189<br>MWL 062190   MWL 062196 |

|  |  |  |  |
|---|---|---|---|
|  |  | MWL 062197 | MWL 062201 |
|  |  | MWL 062202 | MWL 062208 |
|  |  | MWL 062209 | MWL 062217 |
|  |  | MWL 062218 | MWL 062221 |
|  |  | MWL 062222 | MWL 062225 |
|  |  | MWL 062226 | MWL 062234 |
|  |  | MWL 062235 | MWL 062254 |
|  |  | MWL 062255 | MWL 062258 |
|  |  | MWL 062259 | MWL 062260 |
|  |  | MWL 062261 | MWL 062267 |
|  |  | MWL 062312 | MWL 062323 |
|  |  | MWL 062324 | MWL 062332 |
|  |  | MWL 062333 | MWL 062337 |
|  |  | MWL 062378 | MWL 062378 |
|  |  | MWL 062379 | MWL 062382 |
|  |  | MWL 062395 | MWL 062395 |
|  |  | MWL 062396 | MWL 062397 |
| Plaintiffs' 1st set of requests directed to MWL: 38 | MWL Branch Office – Tanzania | MWL 062075 | MWL 062086 |
|  |  | MWL 062087 | MWL 062098 |
|  |  | MWL 062350 | MWL 062350 |
|  |  | MWL 062352 | MWL 062352 |
|  |  | MWL 062357 | MWL 062358 |