# EXHIBIT 11

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* (1944-2013)<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>SIMMONS HANLY CONROY LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA EMAIL**

April 22, 2016

Aisha E. Bembry, Esq.
Lewis Baach, PLLC
1899 Pennsylvania Ave., N.W.
Suite 600
Washington, DC 20006

Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Aisha:

During the most recent meet-and-confer held on March 31, 2016, plaintiffs reiterated their long-standing concern that they have yet to receive a full, complete, and organized production of bank account records from the Muslim World League ("MWL") and International Islamic Relief Organization ("IIRO"), as ordered by the Court on April 12, 2011. *See also* Plaintiffs' Executive Committees' letters dated March 14, 2014 (explaining that there are significant gaps in the defendants' document productions with respect to banking documents), and January 25, 2016 (expressing concern that the defendants have failed to produce a complete and organized set of banking records for many of the MWL and IIRO branch offices).

As an example, plaintiffs advised during the meeting that our independent investigative efforts have identified numerous bank accounts associated with the MWL and IIRO branch offices in Pakistan. For a majority of those accounts, plaintiffs have not received a single document. In other instances, the MWL and IIRO have produced a handful of bank statements (many of which are incomplete), but have otherwise failed to produce the entire range of relevant documentation logically associated with the account. As an example, the IIRO office in Peshawar, Pakistan had a bank account at Emirates Bank International which was frozen on September 13, 2001.[1] The IIRO has produced nineteen pages of account statements for Account No. 1166-577826-001 (IIRO025784-25803), but has yet to produce any other relevant records detailing the account's activities, including without limitation, account opening documents,

---

[1] Standard Chartered Bank (Pakistan) Limited took over Emirates Bank International in 2007.

deposit and withdrawal slips, wire transfers, and communications with the bank relating to the freezing of the account and the disposition of the funds.

    Plaintiffs submit that responsive documents for Account No. 1166-577826-001, and every MWL and IIRO bank account ordered produced by the Court, shall include but are not limited to: correspondence, letters, memoranda, notes, and/or e-mails, that refer to, relate to, or reflect communications between or among the MWL and/or IIRO and the bank or financial institution; documents detailing the establishment of, freezing, and/or closing of the account(s); suspicious activity and/or transaction reports; monthly and annual account statements; account notices; deposit and withdrawal slips or receipts; check stubs; cleared or canceled checks; cashier checks; money orders; debit/credit memos; financial ledgers or journals; investment records; real estate records; records of assets; loan records; audit reports and audit work papers; wire transfers and client authorizations relating to same; and any documentation showing the source(s) and/or destination(s) of any funds deposited into or withdrawn from those accounts.

    Per our agreement at the conclusion of the meet-and-confer, plaintiffs are providing you with the following list of accounts linked to the MWL and IIRO branch offices in Pakistan so that you may confer with your clients on this important discovery issue.

| Muslim World League | Account No: |
|---|---|
| Habib Bank, Civic Center, Islamabad, Pakistan | 50372-8 |
| Habib Bank, Civic Center, Islamabad, Pakistan | 97073-1 |
| Habib Bank, Peshawar, Pakistan | 17937 |
| Habib Bank, Islamabad, Pakistan | 9536-3 |
| National Bank of Pakistan, Corporate Branch Islamabad | 981-4 |
| National Bank of Pakistan, Model Branch Islamabad | 1521-9 |
| National Bank of Pakistan, UN Plaza | 2247 |
| National Bank of Pakistan, UN Plaza | 52152423 |
| National Bank of Pakistan, UN Plaza | 2448 |
| National Bank of Pakistan, UN Plaza | 4005 |
| National Bank of Pakistan, UN Plaza | 4185 |
| National Bank of Pakistan, UN Plaza | 52152462 |
| National Bank of Pakistan, UN Plaza | 52152552 |
| National Bank of Pakistan, Wall St | 52152039 |
| Al Faysal Investment Bank Ltd, Islamabad | 113-2034840-149 |

| International Islamic Relief Organization | Account No: |
|---|---|
| Habib Bank, Gilgit Branch, Pakistan | 1070039166703 |
| Al Baraka Islamic Bank, Pakistan, Islamabad | 36-80-0-00116 |
| Al Baraka Islamic Bank, Pakistan, Islamabad | 36-62-1-00155 |
| Al Baraka Islamic Bank, Pakistan, Islamabad | 36-60-0-00116 |
| Al Baraka Islamic Bank, Pakistan, Islamabad | 36-60-0-00119 |
| Al Baraka Islamic Bank, Pakistan, Islamabad | 36-60-0-00126 |
| Al Faysal Investment Bank | 174433 |
| Al Faysal Investment Bank | 113-202911-242 |
| Al Faysal Investment Bank, Karachi | 100158 |

Aisha E. Bembry, Esq.
April 22, 2016
Page 3

| | |
|---|---|
| Al Faysal Investment Bank, Pakistan | 113-2029111-010 |
| Al Faysal Investment Bank, Pakistan | 113-2029111-101 |
| Al Faysal Investment Bank, Pakistan | 113-2034840-149 |
| Al Faysal Investment Bank, Pakistan | 701-2002566-026 |
| Al Faysal Investment Bank, Pakistan | 701-3000230-040 |
| Askari Commercial Bank, Peshawar | 101007858 |
| Emirates Bank International, Pakistan | 1155-478000-092 |
| Emirates Bank International, Pakistan | 1155-478000-001 |
| Emirates Bank International, Pakistan | 1155-479189-001 |
| Emirates Bank International, Pakistan (frozen 09/13/2001) | 1166-577826-001 |
| Emirates Bank International, Pakistan | 1155-478000-008 |
| Habib Bank, Pakistan | 391586 |
| Habib Bank, Pakistan | 391662 |
| Habib Bank, Pakistan | 391667 |
| Habib Bank, Pakistan | 1101-95 |
| Habib Bank, Pakistan | 1189-99 |
| Habib Bank, Pakistan Islamabad, Corporate Branch Blue Area | 1159-51 |
| Habib Bank, Pakistan Peshawar | 4072-23 |
| Habib Bank, Pakistan Peshawar | 2767-70 |
| Habib Bank, Pakistan Peshawar | 1101-95 |
| Habib Bank, Pakistan Peshawar | 1189-99 |
| Habib Bank, Pakistan Manshera | 2867-84 |
| Habib Bank, Pakistan Islamabad | 1174-17 |
| Habib Bank, Pakistan Islamabad, Corporate Branch Blue Area | 1166-07 |
| Habib Bank, Pakistan Islamabad, Corporate Branch Blue Area | 350036-75 |
| Habib Bank, Pakistan Islamabad, Corporate Branch Blue Area | 944-14 |
| Habib Bank, Pakistan Islamabad, Federal Board Branch | 2211-000-30056-003 |
| Habib Bank, Pakistan Quetta | 1821-62 |
| Habib Bank, Pakistan Quetta | 14393-70 |
| Habib Bank, Pakistan Quetta | 2634-32 |
| Habib Bank, Pakistan Rwalpindi Town Branch | 12050005730001 |
| Habib Bank, Pakistan Rwalpindi Town Branch | 12050011595103 |
| Habib Bank, Pakistan Rwalpindi Town Branch | 12057900168003 |
| Muslim Commercial Bank, Pakistan, Manshera | 2932-1 |
| National Bank of Pakistan, Afghanistan | 20025-6 |
| National Bank of Pakistan, Afghanistan | 10032-1 |
| National Bank of Pakistan, Kabul Branch, Afghanistan | 569-5 |
| Standard Chartered Bank, Pakistan (frozen) | 0456957-01 |
| United Bank, Pakistan | 01014446 |
| Union Bank | 6036-448704-053 |
| Union Bank | 6036-448704-090 |
| Union Bank | 6036-448704-001 |

Sincerely,

*[signature]*

J. Scott Tarbutton, Esq.
THE MDL 1570 PLAINTIFFS' EXECUTIVE
COMMITTEES

JST

cc: Members of Plaintiffs' Executive Committees (via E-Mail)
     Eric L. Lewis, Esq. (via E-Mail)
     Waleed Nassar, Esq. (via E-Mail)

LEGAL\26517249\1 00000.0000.000/117430.000