# EXHIBIT 18

## IIRO EXECUTIVE COMMITTEE 1 (1995-1998) MEETING MINUTES

| Bates Numbers | Date of Meeting | Meeting No. |
|---|---|---|
| IIRO Executive Committee meeting minutes for meeting nos. 1-37 are missing. | | |
| IIRO 001930-1931 | September 17, 1995 | 38 |
| IIRO Executive Committee meeting minutes for meeting nos. 39-53 are missing. | | |
| IIRO 001932-1933 | December 31, 1995 | 54 |
| IIRO 001934-1936 | January 14, 1996 | 55 |
| IIRO Executive Committee meeting minutes for meeting nos. 56-? (through 1998) are missing. | | |

## IIRO EXECUTIVE COMMITTEE 2 (1998-2001) MEETING MINUTES

| Bates Numbers | Date of Meeting | Meeting No. |
|---|---|---|
| IIRO 286998-287006 | December 7, 1998 | 01 |
| IIRO 287120-287125 | February 1, 1999 | 02 |
| IIRO 287007-287013 | March 8, 1999 | 03 |
| IIRO 287014-287018 | June 6, 1999 | 04 |
| IIRO 287019-287024 | September 13, 1999 | 05 |
| IIRO 287025-287029 | December 6, 1999 | 06 |
| IIRO 287030-287033 | January 23, 2000 | 07 |
| IIRO 287034-287039 | February 21, 2000 | 08 |
| IIRO 287040-287044 | March 27, 2000 | 09 |
| IIRO 287045-287050 | May 22, 2000 | 10 |
| IIRO 287051-287053 | July 24, 2000 | 11 |
| IIRO 287126-287134 | October 16, 2000 | 12 |
| IIRO 287058-287064 | May 7, 2001 | 13 |

| Bates Numbers | Date of Meeting | |
|---|---|---|
| IIRO 287135-287139 | August 14, 2001 | 14 |
| IIRO 287140-287144 | September 4, 2001 | 15 |
| IIRO Executive Committee meeting minutes for meetings held between September 2001 and July 2002 are missing. | | |

## IIRO EXECUTIVE COMMITTEE 3 (2002-2004) MEETING MINUTES

| Bates Numbers | Date of Meeting | Meeting No. |
|---|---|---|
| IIRO 287145-287152 | July 4, 2002 | 01 |
| IIRO 287153-287160 | September 12, 2002 | 02 |
| IIRO 287161-287165 | September 19, 2002 | 03 |
| IIRO Executive Committee meeting minutes for meeting nos. 4-5 are missing. | | |
| IIRO 287166-287171 | July 3, 2003 | 06 |
| IIRO 287172-287180 | May 5, 2004 | 07 |
| IIRO 287181-287182 | August 5, 2004 | 08 |
| IIRO 287183-287187 | December 9, 2004 | 09 |

LEGAL\33479385\1