# EXHIBIT 19

## IIRO BOARD OF DIRECTORS MEETING MINUTES

| Bates Numbers | Date of Meeting | Meeting No. |
|---|---|---|
| IIRO Board of Director meeting minutes from 1992 through 1998 are missing. | | |
| MWL IIRO 16277-16290 | October 21, 1998 | 1 |
| MWL IIRO 16270-16276 | May 8, 1999 | 2 |
| MWL IIRO 16260-16267 | September 29, 1999 | 3 |
| MWL IIRO 16256-16259 | October 6, 1999 | 4 |
| MWL IIRO 16247-16255 | April 13, 2000 | 5 |
| MWL IIRO 16243-16246 | September 20, 2000 | 6 |
| MWL IIRO 16238-16242 | January 18, 2001 | 7 |
| MWL IIRO 16233-16237 | May 27, 2001 | 8 |
| IIRO Board of Director meeting minutes during this one year period are missing. | | |
| MWL IIRO 16220-16232 | June 13, 2002 | 1 |
| MWL IIRO 16213-16219 | September 19, 2002 | 2 |
| MWL IIRO 16203-16212 | September 29, 2002 | 3 |
| MWL IIRO 16194-16202 | November 21, 2002 | 4 |
| MWL IIRO 16189-16193 | April 10, 2003 | 5 |
| MWL IIRO 16184-16188 | July 17, 2003 | 6 |
| IIRO 287086-287093 | May 2, 2004 | 7 |
| IIRO 287094-287097 | August 5, 2004 | 8 |
| IIRO Board of Director meeting minutes for the remainder of 2004 are missing. | | |