# EXHIBIT 20

## IIRO CONSTITUENT COUNCIL MEETING MINUTES

| Bates Numbers | Date of Meeting | Meeting No. |
|---|---|---|
| MWL IIRO 16345-16348 | April 20, 1992 | 12 |
| IIRO 287065-287068 | July 11, 1992 | 13 |
| MWL IIRO 16328-16340 | October 26, 1992 | 14 |
| MWL IIRO 16325-16327 | December 28, 1992 | 15 |
| MWL IIRO 16320-16324 | January 17, 1993 | 16 |
| MWL IIRO 16317-16319 | June 14, 1993 | 17 |
| MWL IIRO 16311-16316 | April 25, 1994 | 18 |
| MWL IIRO 16305-16310 | June 4, 1994 | 19 |
| MWL IIRO 16297-16304 | November 1, 1994 | 20 |
| MWL IIRO 16291-16296 | December 5, 1994 | 21 |
| IIRO 287069-287077 | February 9, 1995 | 22 |
| IIRO 287078-287085 | April 19, 1995 | 23 |
| IIRO 287099-287108 | November 8, 1995 | 24 |
| IIRO 287110-287115 | September 17, 1996 | 25 |
| IIRO 287117-287119 | September 25, 1996 | 26 |
| IIRO Constituent Council meeting minutes for the remainder of 1996 through 2004 are missing. | | |