# EXHIBIT 21

## IIRO OVERSEAS OFFICES COMMITTEE MEETING MINUTES

| Bates Numbers | Date of Meeting | Meeting No. |
|---|---|---|
| IIRO 287412-287419 | September 20, 1995 | 01 |
| IIRO 287420-287428 | October 11, 1995 | 02 |
| IIRO 287429-287433 | November 23, 1995 | 03 |
| IIRO 287434-287440 | December 7, 1995 | 04 |
| IIRO 287441-287451 | December 21, 1995 | 05 |
| IIRO 287452-287456 | April 12, 1996 | 06 |
| IIRO 287458-287463 | June 5, 1996 | 07 |
| IIRO 287464-287471 | September 9, 1996 | 08 |
| IIRO 287472-287481 | October 10, 1996 | 09 |
| IIRO 287482-287489 | January 2, 1997 | 10 |
| IIRO 287490-287499 | May 25, 1997 | 11 |
| IIRO 287500-287507 | June 12, 1997 | 12 |
| IIRO 287508-287513 | September 10, 1997 | 13 |
| IIRO 287514-287526 | September 17, 1997 | 14 |
| IIRO 287527-287536 | December 16, 1997 | 15 |
| IIRO 287537-287545 | May 5, 1998 | 16 |
| IIRO Overseas Offices Committee meeting minutes for the remainder of 1998 through 2004 are missing. | | |