# EXHIBIT 22

|  |  |  |
|---|---|---|
| Muslim World League<br>**International Islamic Relief Org.**<br>**The Kingdom of Saudi Arabia**<br>**Secretary General's Office** | International Islamic Relief Org.<br>The Kingdom of Saudi Arabia<br>[logo]<br>INT'L. ISLAMIC RELEIF ORG.<br>The Kingdom of Saudi Arabia | Muslim World League<br>**INT'L. ISLAMIC RELEIF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA** |

No.: *100/838/M/K*   No.:
Date: *4/12/1422 A.H.*  Date:
        [07/03/2001 A.D.]

Subject: _____ Sub.:
                    : _____

**His Excellency Mr. / Samir Radi**                          **May Allah protect him**
**Deputy Director of the Sanabel Al-Khair Company**

Peace be upon you and Allah's mercy and blessings…

This is in reference to the agreement reached during the meeting of the committee that was formed by Board of Directors Decision No. 69/8/2/22, dated 03/04/1422 A.H. [05/26/2001 A.D.], to study the outstanding problems at the Sanabel Al-Khair Company and the troubled investment projects. The meeting was held on Sunday, 04/10/1422 A.H. [07/01/2001 A.D.], and the members of the aforementioned committee tasked Your Excellency with preparing a comprehensive report about the current status of the Company's loss-generating investments and others, preparing a comprehensive file about that, and sending a copy thereof to the committee members within two weeks of the date of that meeting held the day before yesterday.

Accordingly, kindly prepare what has been requested and provide me with a copy thereof.

With utmost regards and appreciation…

**Secretary General**
[signature] *4/11*[/1422 A.H. - 7/2/2001 A.D.]
**Dr. Adnan Bin Khalil Basha**

[seal:] International Islamic Relief Organization
The Kingdom of Saudi Arabia
1 [logo] 1
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA
**Secretariat General**
Secretariat General

*Cc. Follow-up*
*Cc. Company file*
*Cc. Board of Directors*

Please quote Arabic Ref. No. and date when replying. Please quote Arabic Ref. No. and date when replying. Please quote Arabic Ref. No. and date when replying.
Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 - 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ
Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 - 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ
PM                         Email: relief@iirosa.org: Email            [illegible] Secretary General Office
                                                                                           IIRO 112079