# EXHIBIT 24

Muslim World League

**The International Islamic Relief Organization**

**Kingdom of Saudi Arabia**

**Immediate Relief Department**

No.: 100/2353/500                                   Subject:

Dated: 21/10/1423AH

**His Excellency Dr. Saleh Bin Muhammad Al Ghamedi**

                                   **May Allah Protect Him**

**Ambassador of the Holy Mosques at Philippines**

May the Peace and Blessings of Allah be upon You.

With reference to my letter No. 100/1814/500, dated 11/08/1423AH, informing Your Excellency to transfer the amount of immediate relief of USD (13333,33) equivalent to SR (50,000) (only fifty thousand Saudi Riyals) to procure foodstuffs and medical materials necessary for Sulu citizens, South of Philippines.

His Excellency office manager of the organization in Philippines sent a letter No. 159/Q/23, dated 17/10/1423AH, to inform us that His Excellency Mr. Abdul Aziz Al Aiafee, the Financial Officer at the Embassy, asked him to bring and deliver the relief amount upon the request of Your Excellency.

Accordingly, I would like to inform you that the relief campaigns of immediate relief programme, when executed under the supervision of Saudi Embassies in the countries are made by a joint committee between the office of the organization and the embassy, under the supervision of his Excellency the Ambassador. The amount is paid in accordance with the financial laws and regulations applicable at the organization. Our office in Manila pays such amount to be discharged thereof. Further, we prepare a detailed report on execution supported by photographs and motion

pictures, in accordance with the controls and standards of media documentation, acceptable by the office of the organization.

In light of the above, kindly instruct the competent person to coordinate with the manager of organization office in Philippines to perform the campaign of the organization as above.

**Best regards,**

**Secretary-General**

**Dr. Adnan Bin Khalil Basha**

**[Signature]**

**[Seal of: Secretariat General of the International Islamic Relief Organization]**