بسم الله الرحمن الرحيم

الحمد لله رب العالمين والصلاة والسلام على نبينا محمد
وعلى آله وصحبه أجمعين

اما بعد

انا الموقع أدناه اسامة بن محمد بن عوض بن عبود بن لادن
بالنسبة للأموال التي في السودان تصل تقريباً إلى تسعة وعشرين
مليون دولار استلمت منها مليون ومئة ألف في السودان
تم تسليمه الفي في بلدل أبا دفع مليون وربع المليون في قندهار
تقريباً والقول قول الوسيط

منها اثنا عشر مليون دولار من طرف أحمد بكر بن محمد بن لادن
نيابة عن شركة بن لادن لاستثمارها في السودان
وادي أروجو الهوى وأضوات وضا لدى وادي أجبيزوا وهميمي
وهي أن تصرف جميع الأموال النقدية في السودان على القتال في سبيل
الله تعالى بعد أن يقتطع منها واحد في المئة للتميز اي بمعلم
الموظف اي مع العلم أنه عقد استلم منها من عشرين إلى ثلاثين
الف دولار والقول قوله في ذلك وكنت قد وعدته بذلك جزاء دوره في استغلها في السودان
وكنت قد أجزت الدفع المهندس ابراهيم العراقي سعر جوهر
بأن يقتطع منها كذلك ما صرف المئة مكافأة له على أعماله
في شركة وادي العقيم وأصبه أنه قد فعل فإن
لم يكفي من ذلك فأصوا له ما أجزت وانسى الحديث عن الأموال النقدية في السودان
وأوصى بمبلغ ثلاثيئة ألف ريال لعمي السيد محمد بن عمر الطيابي وبنيه
وأوصى بعشرين تولة ذهب لعمي على خديجة بنت عبدالله الجيلاني
وأوصى لجميع أبناء وبنات عمي وعماتي وأخوالي وخالاتي
بجميسين ذهب مجازي لكل واحد وبنصف جنية ذهب مجازي
لكل واحد منهم .

يقتطع من أموال السودان مئتا ألف ريال لكل من ابني مريم وأختي
ايمان وأختي رحمة باعتدال فيصبح المجموع ستمئة ألف ريال باعتبار علي من
وأرضي لبني سعد بن اسامة وهم بنصف نصيب الولد ولبني خديجة
ابنة اسامة بنصف نصيب البنت

In the name of God, Most Gracious, Most Merciful

Praise be to God and prayers and peace be upon our Prophet Muhammad and his followers and companions.

I, Usama Bin Muhammad 'Awadh Bin 'Abud Bin Laden, have signed below. In regard to the money that is in Sudan, it is about 29 million dollars. According to the mediator, I have received one-million one-hundred thousand in Sudan, eight-hundred thousand in Jalalabad, and then about one-million two-hundred fifty-thousand in Qandahar. I received twelve million dollars from my brother Abu Bakir Muhammad Bin ((Laden)) on behalf of Bin Laden Company for Investment in Sudan. I hope, for my brothers, sisters, and maternal aunts, to obey my will and to spend all the money that I have left in Sudan on Jihad, for the sake of Allah. Also, I need you to take 1% from the total and give it to Shaykh Abu Hafs al-Mauritani. By the way, he has already received 20,000-30,000 dollars from it, he said. I promised him that I would reward him if he took it out of the Sudani Government. I also told brother Engineer Abu Ibrahim al-Iraqi Sa'ad ((Jawhar)) to cut 1% as a reward for his hard work in Wadi al-'Aqiq Company, and I think he has already have done that. If not, I want you to give him what I promised him.  The conversation about the money in Sudan is over. I want three-hundred thousand riyals to go to my Uncle Master Muhammad Bin Umar al-(('Attas)) and his children. I want 20 of gold to go to Khadijah Umm (mother) of 'Ali, the daughter of 'Abdullah al-((Jilani)). I want my uncle's sons, sisters, and maternal aunts to have two pounds of Hujazi's gold for each one (male) and one pound of them and Hujazi's gold for each one (female). I want you also to cut from Sudan's money 200,000 riyals for my sisters Maryam, Iman, and 'Atidal, for the total of 600,000 riyals. I want for my son Sa'ad Bin Usama and his mother to share a half of his portion and my daughter Khadijah, the daughter of Usama, half of the daughter's share.

Signed,
Usama bin Muhammad