الجبهة الإسلامية العالمية        بسم الله الرحمن الرحيم       بيان رقم
لجهاد اليهود والصليبيين          **قنبلة الإسلام النووية**       (٣)

لقد أثلجت صدور المسلمين وامتلأت قلوبهم فرحة بأنباء التفجيرات النووية الباكستانية الخمسة التي هي رد على العدوان الهندي الباغي. هذا العدوان الذي روع المسلمين بتفجيراته الاستفزازية وبالتصريحات النارية التي أعقبت. وأبى الله إلا أن يكبت شرذمة العمالة والدجل الهندية التي سعت لحل مشاكل الهند المتعصبة منذ عقود بتهديد جيرانها المسلمين و بإشعال فتيل الحرب وتأجيج نار الصراع.

ونحن بهذه المناسبة العظيمة والمفخرة الجسيمة نهنئ الأمة الإسلامية عامة والشعب الباكستاني المسلم خاصة بامتلاك المسلمين للسلاح النووي لأول مرة في تاريخهم. فبهذه التفجيرات التي أعلن عنها في الثالث من صفر لعام ١٤١٩هـ اختل التوازن الدولي وتغيرت موازين الصراع التي كانت أم الكفر تحرص على إبعاد الأمة المسلمة بجميع شعوبها عن التأثير فيها. ونحن نحمد الله على أن الشعب الباكستاني لم يستسلم للضغوط الأمريكية الخائنة والماكرة. فالمعروف منذ مدة أن الحكومة الأمريكية ضغطت بكل ثقلها للحيلولة دون امتلاك باكستان للقنبلة النووية. وتنتهز هذه الفرصة لتلفت نظر المسلمين في باكستان إلى أن الهند ليست إلا عدو باكستان الظاهر والإقليمي، أما عدوها الحقيقي فهو التحالف الصليبي اليهودي وعلى رأسه أمريكا التي تحتل بلاد الحرمين وإسرائيل التي تغتصب مسرى نبينا عليه الصلاة والسلام. فإسرائيل رأس اليهود هي التي دعمت البرنامج النووي الهندي وأمريكا رأس الصليبيين هي التي أعطت إشارة الضوء الأخضر لاستخدامه خلال زيارة بل ردشاردسون الأخيرة للمنطقة.

وطبيعة النظام الهندي الغاشم وأطماع التحالف الصليبي اليهودي الذي يسنده لن تقف عند حد معقول وستبقى تحرشاتهم بباكستان مستمرة. ولكن الذي ينبغي أن تعيه الهند جيدا هو أنها لن تواجه باكستان وحدها معزولة بل إن المسلمين جميعا سيقفون بكل ما يملكون من عتاد ورجال وسلاح مع شعبنا المسلم في باكستان. والأمة المسلمة التي بعثت إثني عشر ألف مجاهد من العرب لدعم جهاد شعبنا المسلم في أفغانستان ليجاهدوا مع إخوانهم الأفغان وغيرهم من المسلمين حتى منّ الله بهزيمة الاتحاد السوفيتي فتتكتك رأسيا أثرا بعد عين. فهذه الأمة المباركة قادرة اليوم على الدفع بأكثر من ذلك بكثير لدعم شعبنا المسلم في باكستان ولتحرير شعبنا المسلمة المعاصرة في الهند. فالجهاد والإعداد والتحريض على قتال أعداء الله تتحقق الانتصارات - بإذن الله - وتعلو كلمة الله وتأمن شعوب الإسلام التي تكالبت عليها الأمم في هذا الزمان. ويجب على العلماء، وطلبة العلم خاصة أن يعلنوا التعبئة العامة في الأمة المسلمة و يفتحوا المعسكرات لدعم جهاد الشعب الباكستاني وشعوب المسلمين المنكوبة تحت الاحتلال الهندي. كما يجب عليهم أن يضغطوا بقوة على الحكومات لتفتح أبواب الجبهات أمام المتطوعين من المجاهدين المسلمين الذين سينطلقون - بإذن الله - من كل حدب وصوب. وواجبهم أخيرا أن يربوا الشعب الباكستاني على الاعتقاد إلى الله وعلى الاستغناء عن أعدائه، وغير للشعوب المسلمة أن تبقى فقدت عزتها بدل أن تحيى على موائد أعدائها وذلة.

وندعو أخيرا كافة المسلمين دولا وشعوبا إلى الاعتصام بالله بلزوم شرعه وإلى الوقوف مع باكستان ومع ثلث المسلمين المحاصر في شبه القارة الهندية حتى يتحرروا من هيمنة الهندوس المدعومين من طرف التحالف الصليبي اليهودي الذي تخوض أمتنا ضده حربا شرسة في فلسطين ولي أرض الحرمين. كما ندعوهم أن يحذروا حذر باكستان للا يقصروا في امتلاك الأسلحة النووية والكيماوية والبيلوجية. وما ينبغي أن يغرهم عن الشروع في ذلك توقيعهم على الاتفاقيات التي تمنع من انتشار الأسلحة النووية فإنها لا تلزمهم لعدم تقيد الأعداء بها ولأنه بدون هذا السلاح لا يأمن المسلمين من متى رأس نووي يملكها اليهود في إسرائيل ولا يمكن مما لا يبلغه الحصر من أسلحة الدمار الشامل المكدسة عند الأمم النصرانية الظالمة وعلى رأسها أمريكا وبريطانيا. فواجب المسلمين إعداد المستطاع من القوة لإرهاب أعداء الله ولي ذلك يقول الله تعالى «ولا يحسبن الذين كفروا سبقوا إنهم لا يعجزون وأعدوا لهم ما استطعتم من قوة ومن رباط الخيل ترهبون به عدو الله وعدوكم وآخرين من دونهم لا تعلمونهم الله يعلمهم وما تنفقوا من شيء في سبيل الله يوف إليكم وأنتم لا تظلمون». وآخر دعوانا أن الحمد لله رب العالمين.

التاريخ : ١٤١٩/٢/٤ هـ
الموافق : ٢٩/٥/١٩٩٨ م

أسامة بن محمد بن لادن

PLW/32-221
221

GOVERNMENT EXHIBIT 1610 (ID)



GOVERNMENT EXHIBIT 1610-T (ID)

## PLW/32-221 TRANSLATION

Fax Header:
From: Panasonic Fax System          Phone No.          Jun. 22 1998 6:34pm P1
30-May-98   11:02                                                     Page 1

The World Islamic Front                                    Communiqué #2

### The Islamic Nuclear Bomb

Indeed the Muslims were pleased, and their hearts were filled with joy at the news of the five Pakistani nuclear explosions which came in response to the tyrannical Indian aggression. This is the aggression which frightened the Muslims with its provocative explosions and its inflammatory declarations. If only Allah would crush these gangs of Indian cheats and liars who have tried since India's inception to solve their problems by threatening their Muslim neighbors, and by fanning the flames of war and stirring up the flames of conflict.

On this great and joyous occasion we salute the Islamic Nation in general, and the people of Pakistan specifically, for the first possession of a nuclear weapon by the Muslims in their history. For these explosions, which were announced on the 3rd of Safar, 1419 hd, restored the international balance (of power) and tipped the scales of the struggle which the nations of the infidels was fighting against the nations of Islam. And we praise God that the Pakistani people did not give in to the heavy pressures of America. For it has been known for some time now that the American government exerted much pressure to keep Pakistan from acquiring nuclear weapons. And we take advantage of this opportunity to remind Pakistan that India is just her traditional and apparent enemy. In reality, her enemy is the Crusader-Israeli alliance headed by America that occupies the holy lands (referring here to Saudi Arabia) and Israel which is occupying by force the lands upon which we prayed in peace. For Israel is the head of the Jews, and it is they who supported the Indian nuclear program. And America is the head of the crusaders, and it is they who gave India the green light during Bill Richardson's last visit to the area.

The nature of the unjust Indian system, and the greedy ambitions of the Crusader-Jewish alliance which supports it, is that they will not stop at the limits of reason, and their encroachments upon Pakistan will continue. But what is desired is that India knows that Pakistan will not stand alone. All the Muslims will stand behind Pakistan with all their might, their supplies, their people and their money. The Muslim Nation sent 12,000 Arab freedom fighters to help our Muslim people's struggle in Afghanistan, and they fought until Allah allowed the Soviet Union to lose. So this blessed nation is now more than capable of defending our Muslim people in Afghanistan and of liberating our besieged brothers in India. For with the struggles, and the preparations and the propaganda against Allah's enemies, Victory will be realized (God willing). And the word of Allah will ring out. And the people of Islam, whose nations in the past had been pounced upon, will be secure. And the wise ones and the scholars must reveal this general explanation in the Muslim Nation and open the military camps to support the people of Pakistan and the oppressed Muslims under Indian Occupation. They also must strongly pressure the governments to open the doors for Muslim volunteers who, God willing, would erupt with zealousness from every direction. And lastly, they must instruct the Pakistani people to rally

around Allah, and do away with their enemies. And it is better that the Muslims remain poor but dignified instead of living in humiliation [with outside support].

And finally we call upon all Muslims to adhere to Allah, and to stand with Pakistan and with the third of the Muslims besieged on the Indian sub-continent, in order to liberate them from the Hindus who are supported by the Crusader-Jewish alliance that has engaged us in a war in Palestine and in Saudi Arabia. And we call upon them to follow the example of Pakistan and not hesitate in acquiring nuclear and biological weapons. And what is desired is that they know the deal in signing the agreements prohibiting the spread of nuclear weapons. Because they (their agreements) don't mean they can't be bound by the enemy, and these agreements won't keep the Muslims secure from the 200 nuclear warheads that the Jews in Israel have. And they won't be delivered from the weapons of mass destruction that the tyrannical Christian nations have (headed by America and Britain). So the Muslims must get ready for the terrorism of Allah's enemies. And with that, Allah says: "Come! And pay no heed to those who were once infidels, in that they are not capable. And be ready for them with all the strength and unity you are capable of. You are frightened of the enemy of Allah and your enemies and others beside them. You do not teach them, Allah teaches them. And what you do for Allah comes back to you, and you will not be oppressed."

Date:   2/4/1419 hd
Equals: 5/29/1998 AD

**OSAMA BIN MOHAMMED BIN LADEN**
(Signature)