عناية الأخ
صلاح عبد القادر



UNHCR
United Nations High Commissioner for Refugees

OPERATIONAL ASSESSMENT STAFF

ID Card No. OAS 44638

Name: Hussain O. JIFRY

Title: Civil Engineer

Signed: S H C

Limited Validity
07OCT92

Until
31DEC92

Signed