## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs* MOTLEY RICE LLC James P. Kreindler, *Co-Chair* KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair* Sean Carter, *Co-Chair* COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel* KREINDLER & KREINDLER LLP Robert T. Haefele, *Co-Liaison Counsel* MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel* COZEN O'CONNOR |

**VIA ECF**

Dec 04, 2017

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

      Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

On Friday December 1, 2017 we filed the Plaintiffs' motion to compel against Yassin Kadi via the ECF system. It was inadvertently linked to only the *Ashton* case when it was intended to be linked to the entire MDL on behalf of the PECs (not just *Ashton*). We re-filed the motion today via ECF and linked it to the MDL on behalf of the PECs and advised counsel for Mr. Kadi and the DEC.

We apologize for any inconvenience.

        Respectfully submitted,
        KREINDLER & KREINDLER LLP

        BY: _____
        Andrew J. Maloney III, Esq.
        750 Third Avenue, 32nd Floor
        New York, New York 10017
        Tel: (212) 687-8181
        *PEC PI Co-Liaison Counsel*

cc:    Hon. George B. Daniels, U.S.D.J. – Via ECF
       All counsel via ECF
       Peter Salerno, Esq. – Counsel for Kadi
       Amy Rothstein, Esq. – Counsel for Kadi
       Alan Kabat, Esq. – the DEC Chair