# EXHIBIT 6

```
 1              Unofficial Transcript            1

 2        UNITED STATES COURT OF APPEALS
          FOR THE SECOND CIRCUIT
 3        ---------------------------x

 4        In re:
                              11-3204-cv
 5
          Terrorist Attacks on September 11, 2001
 6
          ---------------------------x
 7                              December 4, 2012

 8                              4:15 p.m.

 9

10

11

12        BEFORE:

13

14             HON. JOSE A. CABRANES

15             HON. REENA RAGGI

16

17             HON. JED S. RAKOFF, USDJ

18

19

20

21

22

23

24

25
```

```
1                    Unofficial Transcript              2
2         APPEARANCES:
3
4         SIDLEY AUSTIN, LLP
5              Attorneys for Appellants
6              1501 K Street N.W.
7              Washington, DC 20005
8         BY:  RICHARD KLINGLER
9
10        COZEN O'CONNOR
11             Attorneys for Appellants
12             1900 Market Street
13             Philadelphia, PA 19103
14        BY:  SEAN P. CARTER
15
16
17        JONES DAY
18             Attorneys for Appellees
19             51 Louisiana Avenue, N.W.
20             Washington, DC 20001-2113
21        BY:  JAMES E. GAUCH
22
23
24
25
```

```
 1                  Unofficial Transcript            3
 2          ATTENDANCES (Continued):
 3
 4          KELLOGG HUBER HANSEN TODD
 5          EVANS & FOGEL, PLLC
 6                  Attorneys for Appellees
 7                  1615 M Street, N.W.
 8                  Suite 400
 9                  Washington, DC 20026
10          BY:  MICHAEL K. KELLOGG
11
12          WHITE & CASE
13                  Attorneys for Appellees
14                  701 13th Street, N.W.
15                  Washington, DC 20005-3807
16          BY:  CHRISTOPHER M. CURRAN
17
18
19
20
21
22
23
24
25
```

```
 1                  Unofficial Transcript          4
 2           JUDGE CABRANES:  And we'll turn
 3      to the final case on our calendar
 4      today.  In re:  Terrorist Attacks on
 5      September 11, 2001.
 6           I thank counsel for having sorted
 7      themselves out and allocated the time
 8      for argument in ways that they think
 9      appropriate.
10           Let's hear from Mr. Klingler.
11           MR. KLINGLER:  May it please the
12      court, I am Richard Klingler and I am
13      representing the plaintiff appellants
14      and will address the personal
15      jurisdiction issues.  My colleague will
16      follow and address the Rule 12(b)(6)
17      and sovereignty issues.
18           This case hinges on defendants'
19      alleged active role in operating,
20      directing and otherwise seeking to
21      further the aims --
22           JUDGE CABRANES:  Try to lift the
23      microphone, Mr. Klingler.
24           MR. KLINGLER:  I'm sorry.
25           This case hinges on defendants'
```

1              Unofficial Transcript            5
2          alleged active role in operating,
3          directing and otherwise furthering the
4          aims of a handful of entities who are
5          alleged to be integrated components of
6          Al Qaeda and having the objective of
7          harming the United States.  Three of
8          those have been designated by the US
9          government as terrorist organizations
10         and the government has recognized that
11         a fourth was formally rolled into Al
12         Qaeda and dropped the pretense of being
13         independent in the months leading up to
14         the 2001 attacks.  The roles alleged
15         also involved coordinating with Al
16         Qaeda officials including, in certain
17         cases, with Osama Bin Laden himself.
18             JUDGE CABRANES:  Mr. Klingler,
19         let me ask you turn, if we may, to In
20         re Terrorist III, as we call in the
21         literature here.
22             I was a member of that panel so
23         I'm particularly interested in hearing
24         from you as to why your claims are
25         different from the claims of In re

```
 1                 Unofficial Transcript           6
 2        Terrorist III, or to put it another
 3        way, why In re Terrorist III is not
 4        fatal to your personal jurisdiction
 5        arguments.
 6             MR. KLINGLER:  Yes, of course,
 7        your Honor.
 8             The court in that decision found
 9        that knowing support, at least at some
10        remove, might be insufficient or was in
11        that case, was insufficient to
12        establish the necessary intent.
13             It focused twice on the indirect
14        nature of the contributions, that is,
15        the nonactive role of the princes
16        there, essentially writing a check from
17        afar, and for Prince Mohammad, focused
18        on the lack of any active role
19        whatsoever.  He didn't manage, operate
20        or otherwise have involvement in the
21        entities at hand.
22             In contrast, we think that
23        personal jurisdiction exists over a
24        defendant who does actively participate
25        in advancing Al Qaeda's terrorist
```

```
 1              Unofficial Transcript           7
 2        agenda that is and shown through not
 3        only knowing support, but knowing
 4        support undertaken in coordination with
 5        senior Al Qaeda leaders and Al Qaeda
 6        components.
 7             Because Al Qaeda's agenda
 8        prominently features targeting the
 9        United States, a defendant who seeks to
10        advance that agenda establishes the aim
11        or calculation of having that support
12        harm the United States whose was
13        required in both Terrorist Attacks III
14        and in Calder.
15             JUDGE CABRANES:  So if I can
16        summarize very imperfectly, what you've
17        just said, we're dealing here with a
18        situation in which there is direct
19        involvement; direct action leading to
20        9/11, as opposed to what we might call
21        for now indirect action by the
22        defendants in In re Terrorist III.
23             MR. KLINGLER:  I think that's
24        right but I would characterize it just
25        slightly differently.
```

```
1                  Unofficial Transcript          8
2              I think that in Terrorist Attacks
3         III it was a question of the nexus, how
4         close the relationship between the
5         princes' role and Al Qaeda was, and
6         there the court found that it was
7         unduly remote.
8              JUDGE CABRANES:  And how
9         different is it here?
10             MR. KLINGLER:  How different is
11        it here?
12             JUDGE CABRANES:  Or, how is it
13        much less remote, or less remote?
14             MR. KLINGLER:  It's closer
15        because the defendants here are alleged
16        to be directly participating with or
17        acting in conjunction with Al Qaeda
18        figures or the entities that we allege
19        are actually components of Al Qaeda.
20             In other words, these are the
21        people who control and have influence
22        over Al Qaeda directly.  They are in a
23        sense Al Qaeda leaders.
24             Now, if I can give an example of
25        that.  The IIRO is an entity where it
```

```
 1              Unofficial Transcript         9
 2         is alleged that 40 to 50 percent of its
 3         funds go, to or went, to supporting Al
 4         Qaeda training camps and recruitment
 5         and operations.
 6              It was based on those and other
 7         activities, in close conjunction with
 8         senior Al Qaeda figures, designated by
 9         the US government as a terrorist
10         organization.  And as Judge Casey
11         found, through one of the defendants
12         here, Khalifa, it undertook a series of
13         attacks against the United States and
14         contributed to those.
15              Those included the 1993 World
16         Trade Center bombings, the Bojinka air
17         line attack and the 1998 embassy
18         bombings.  So, the officials who -- and
19         seven officials, sorry, seven
20         defendants in this case are associated
21         very directly with the IIRO.
22              JUDGE RAGGI:  And am I correct in
23         understanding that your allegation is
24         that all of these individuals is that
25         whether they gave money or directed the
```

```
 1                  Unofficial Transcript        10

 2          money they did it knowing that it was

 3          going to Al Qaeda, that Al Qaeda had

 4          specifically targeted the United

 5          States, and that it was these

 6          defendants' intent that the money be

 7          used for that purpose?

 8               MR. KLINGLER:  That's right.

 9          Knowing --

10               JUDGE RAGGI:  You are obligating

11          yourself to prove both those knowledge

12          and intent on allegations?

13               MR. KLINGLER:  Knowing support

14          and intent established through the

15          coordination with the senior leaders

16          and Al Qaeda components.  That's right.

17               JUDGE RAGGI:  There's no intent

18          here to do charitable work of the, you

19          know, relating to, unrelated to the

20          destruction of the United States, is

21          that what you are saying?

22               MR. KLINGLER:  We're saying that

23          at this stage of the pleadings, it's

24          entirely a reasonable inference to draw

25          from the close nexus between these Al
```

```
1                Unofficial Transcript        11
2         Qaeda components and officials who
3         actually operate within them or are
4         their directors or are their managers,
5         that it's reasonable to draw the
6         inference of an intent that the support
7         that they direct through those
8         organizations and make available the
9         infrastructure of those organizations
10        to Al Qaeda.
11             JUDGE RAGGI:  I understand that
12        you are saying that that intent can be
13        inferred from the totality of facts,
14        but you are representing that you are
15        prepared to take this case forward on
16        the theory of knowing and intentional
17        support for terrorism?
18             MR. KLINGLER:  That's right.
19             With, as you say, the context can
20        lead to the inference of intent.
21        That's right.
22             JUDGE CABRANES:  And tell us --
23        and this may take us off the point a
24        little bit.  But assume for the moment
25        that you prevail and this matter is
```

```
 1                Unofficial Transcript          12
 2        remanded to the District Court for a
 3        program of discovery, how do you
 4        propose to conduct discovery in support
 5        of knowing and intentional support of
 6        terrorism?
 7                MR. KLINGLER:  Well, in the first
 8        instance what's at issue is whether the
 9        12 (b)(2) motions were correctly
10        granted or not.
11                So I think we would argue before
12        the District Court, at least we would
13        proceed to the merits, if the
14        defendants then wanted to move for a
15        summary judgment or move for a hearing,
16        then that's another matter.  But the 12
17        (b)(2) motion would be resolved, we
18        hope.
19                We think that there's either the
20        basis to resolve that here based on the
21        evidence of active participation in Al
22        Qaeda's agenda shown by the knowledge
23        and support and the intent reflected in
24        the coordination with Al Qaeda figures
25        and the components or it could be
```

                   Unofficial Transcript          13

1
2          remanded with the direction to indicate
3          what -- I see my time is up.  May I?
4               JUDGE CABRANES:  Go ahead.
5               MR. KLINGLER:  Or could be
6          remanded with the proper instruction to
7          focus on whether there's a showing of
8          or whether there's adequate allegations
9          or, if necessary, by facts -- we could
10         get to the Ball issue if you would like
11         -- of the active participation in
12         advancing of Al Qaeda's agenda.  With
13         our allegations properly credited and
14         without the errors related to
15         discounting the nature of the charities
16         at issue and the roles of the operators
17         and directors, without discounting the
18         context of Al Qaeda's broader
19         operations and defendants' role dealing
20         in and with the inner circle of Al
21         Qaeda and the timing issue.
22              JUDGE RAGGI:  Before you sit
23         down, I want to ask you one question
24         about personal jurisdiction.
25              You take the position that the

```
1              Unofficial Transcript          14

2         plausibility test that applies to 12

3         (b)(6) does not apply to 12 (b)(2).  I

4         would like you to answer both why and

5         how prima facie cases and plausibility

6         differ.  Why should there be a

7         difference in that?

8              MR. KLINGLER:  Yes, well, to the

9         latter first.  I think Ball sets forth

10        the framework whereby the inquiry is

11        very different, pre and post discovery.

12             Post discovery, we would say,

13        that the averment of fact is required

14        which is equivalent to an Iqbal-Twombly

15        standard.  Pre-discovery, however, Bell

16        makes clear that the allegations alone,

17        credited, can defeat a 12 (b)(2)

18        motion.  And that frame work has been

19        applied and reaffirmed, that the reason

20        why it's different is that, you know,

21        as defendants' concede, this court has

22        never applied Iqbal and Twombly in the

23        12 (b)(2) context.  And the reason for

24        that is that both Iqbal and Twombly,

25        Justice Kennedy and Justice Souter's,
```

```
 1              Unofficial Transcript        15
 2         opinions relied extensively on the Rule
 3         8 (a)(2) language regarding the need
 4         for a showing regarding the entitlement
 5         to relief.
 6              The parallel jurisdictional rule,
 7         Rule 8 (a)(1), doesn't include the
 8         showing language.  But I do want to
 9         emphasize that we very much think that
10         under Iqbal and Twombly we do prevail.
11              JUDGE RAGGI:  I know.  I get it.
12         I know.
13              JUDGE RAKOFF:  It seems strange,
14         then, does it not, that you have to
15         make a showing of plausibility once you
16         hailed someone into court in order to
17         continue, but you don't have to, at the
18         outset, make a plausible showing of
19         jurisdiction to either drag them into
20         court in the first place?
21              MR. KLINGLER:  I think that the
22         Ball framework indicates that it is the
23         defendant's choice.  If they want to
24         move under 12(b)(6), they can, if they
25         want to proceed summary judgment or if
```

```
 1                  Unofficial Transcript          16
 2          they want to move to a hearing, they
 3          can do that.  But if they are going to
 4          rely on a 12 (b)(2), that's essentially
 5          a demurrer, and the jurisdictional
 6          inquiry is one where plaintiff's
 7          obviously have to and we haven't had
 8          access to discovery to assemble the
 9          facts, but there still needs to be an
10          allegation that makes sense.
11               It can't be so conclusory or just
12          a statement of the elements.  We agree
13          with that.  But it doesn't need the
14          detailed averment of facts that Iqbal
15          and Twombly would require.
16               JUDGE CABRANES:  You're asking
17          for some jurisdictional discovery,
18          right?
19               MR. KLINGLER:  There is some
20          jurisdictional discovery related to
21          some of the particular parties, NCB in
22          particular.
23               JUDGE CABRANES:  Yes, right.
24          There's been some with respect to the
25          Saudi Bin Laden group and the National
```

```
 1              Unofficial Transcript          17
 2        Commercial Bank.
 3              MR. KLINGLER:  That's right and
 4        the issues I understand that's
 5        surrounding -- I'm sorry.
 6              JUDGE CABRANES:  The others would
 7        like some jurisdictional discovery?
 8              MR. KLINGLER:  Well, the others
 9        would like a ruling that our
10        allegations, well supported by facts,
11        establish that the 12 (b)(2) ruling
12        should be denied, and we think that
13        that's the case for both NCB and the
14        Saudi Bin Laden group as well.
15              If we lose that, we would like
16        some additional discovery, particularly
17        for NCB on specific jurisdiction
18        because what was denied there was the
19        ability to have any discovery of NCB's
20        relation to the Al Qaeda components,
21        the charitable organizations.  And
22        that's the entire basis for our theory.
23              So if we can't see the link
24        between Al Qaeda and NCB, it is rather
25        unfair to ask us to establish that link
```

1          Unofficial Transcript        18

2          under a standard of post discovery.

3              JUDGE CABRANES:  Assuming we

4          agree with you on the issue of personal

5          jurisdiction, what exactly -- what do

6          you want from us?  What's the remedy?

7          What would we do on remand or what

8          would we direct on remand?

9              MR. KLINGLER:  You can go either

10         of two ways.

11             If you resolve this case and

12         determine that the 12 (b)(2) motions

13         were improperly granted, then it's back

14         to the District Court and the case

15         proceeds in the way that I indicated.

16         If defendants want to have a 12(b)(6)

17         challenge or they want to have a

18         summary judgment, they can do that.

19             If, however, the court finds it

20         more efficient to state the basic

21         principles and rules governing what

22         does establish jurisdiction and what

23         allegations should be credited and the

24         implications of the charitable link

25         organizations, the context, the timing

```
 1              Unofficial Transcript          19
 2       and so on, then it would be back in
 3       front of Judge Daniels to make those
 4       determinations and apply that test.
 5            JUDGE CABRANES:  Okay.  Is Mr.
 6       Carter going to argue now?
 7            MR. CARTER:  May it please the
 8       court, Sean Carter on behalf of the
 9       plaintiff-appellants.
10            As my co-counsel indicated, I
11       will be addressing the District Court's
12       dismissal at the pleading phase of
13       claims pursuant -- claims for failure
14       to state a claim and pursuant to the
15       Foreign Sovereignty Immunities Act.
16            As to the district court's
17       rulings dismissing claims pursuant to
18       Rule 12(b)(6), those rulings
19       principally implicate plaintiffs'
20       theories of liability under the
21       Anti-Terrorism Act, a statute Congress
22       intended to serve as a powerful
23       deterrent to the sponsorship of
24       terrorism, and plaintiffs' claims under
25       state common law theories of aiding and
```

```
 1              Unofficial Transcript          20

 2         abetting and conspiracy liability.

 3              And in dismissing the claims

 4         against the defendants at issue for

 5         failure to state a claim, the District

 6         Court focused principally on the mental

 7         state requirements of those causes of

 8         action and to a lesser extent, in the

 9         context of two of the defendants, on

10         issues of causation.

11              Plaintiffs should prevail on the

12         appeals of those rulings for two very

13         simple reasons.

14              First, the pleadings contained

15         overwhelming detail linking these

16         defendants to some of Al Qaeda's most

17         notorious elements, and those pleadings

18         were more than sufficient to give rise

19         to a reasonable inference that the

20         defendants acted with at least reckless

21         indifference, but in fact were

22         sufficient to show both knowledge and

23         intent, a standard that the plaintiffs

24         were not required to meet.

25              And, secondly, with regard to the
```

```
 1                    Unofficial Transcript            21

 2              issue of causation, the District

 3              Court's rulings dismissing two

 4              defendants, or at least dismissing

 5              claims against two defendants for

 6              support they provided to Osama Bin

 7              Laden during Al Qaeda's phase in the

 8              Sudan, were predicated upon an improper

 9              legal test and also a simple factual

10              error that was rebutted in the

11              pleadings.  The notion that Al Qaeda

12              did not begin targeting the United

13              States until after it left Sudan, which

14              was simply not the case.

15                   Turning briefly to the mental

16              state issue.  The pleadings alleged in

17              detail not simply a single relationship

18              with an Al Qaeda support entity or

19              member but a range of relationships

20              between these defendants and

21              organizations and individuals

22              thoroughly imbedded into the Al Qaeda

23              infrastructure, including in the case

24              of each of these defendants the

25              charitable organizations that were so
```

1                    Unofficial Transcript         22

2             critical to Al Qaeda's growth and

3             development and, as my co-counsel

4             indicated, fully integrated into Al

5             Qaeda's infrastructure.

6                  And the pleadings additionally,

7             and very critically with respect to

8             that issue documented that those same

9             charities were repeatedly and publicly

10            implicated in Al Qaeda plots and

11            attacks from the date of its formation

12            through September 11.

13                 And those allegations in and of

14            themselves were sufficient to give rise

15            to a reasonable inference that these

16            defendants were aware, when they were

17            pervasively supporting those

18            organizations, that those organizations

19            were in fact Al Qaeda proxies and Al

20            Qaeda fronts.

21                 But the allegations didn't rest

22            merely on the public reporting

23            concerning the charity's activities but

24            documented a far broader range of ties

25            between these defendants and, again, in

```
 1                 Unofficial Transcript       23
 2          many cases Osama Bin Laden himself and
 3          therefore were fully sufficient to give
 4          rise to an inference.
 5               The case of Al Rajhi Bank is an
 6          illustrative example.  It is not merely
 7          that plaintiffs allege that Al Rajhi
 8          Bank maintained an isolated bank
 9          account for a single Al Qaeda charity,
10          but rather that Al Rajhi Bank provided
11          a broad range of collaborative
12          financial services for virtually every
13          one of Al Qaeda's identified most
14          critical charity fronts, and that in
15          addition senior executives of the bank
16          were themselves imbedded into the
17          infrastructure of several of those
18          charities, that the bank's chairman,
19          the chairman of the closely held family
20          bank, was himself identified as a
21          principal Al Qaeda financier on the
22          Golden Chain document.
23               So those were the kind of
24          allegations that were present.
25               With regard to causation, again,
```

```
 1              Unofficial Transcript      24

 2         the District Court focused in this area

 3         on a simple factual error about the

 4         timing of the Al Qaeda's targeting of

 5         the United States.

 6              Al Qaeda clearly targeted the

 7         United States from the date of its

 8         formation and engaged in a campaign to

 9         attack us relentlessly from that point

10         forward.

11              The pleadings laid out a very

12         direct link between the defendants --

13              JUDGE CABRANES:  When are we

14         supposed to assume it was formed Al

15         Qaeda?

16              MR. CARTER:  Your Honor, it is

17         not really necessary to make an

18         assumption.  The pleadings specifically

19         allege that it was formed in 1988 and

20         we reference, among other things, an

21         evidentiary proffer the government

22         provided in a criminal prosecution of

23         an Al Qaeda member.

24              We fully incorporated by

25         reference the allegations from that and
```

```
 1                  Unofficial Transcript          25

 2          it documents the details of the

 3          foundational meetings of Al Qaeda, its

 4          agenda and its use of the charities, at

 5          length.

 6               I see my time is up.

 7               JUDGE CABRANES:  So by 1988, in

 8          your view, Al Qaeda was constituted for

 9          the purpose of attacking the United

10          States and its allies?

11               MR. CARTER:  That is correct,

12          your Honor, and that's a view that also

13          enjoys support in the 9/11 Commission

14          report which found the same thing.

15               Turning briefly -- I see my time

16          is up.

17               JUDGE RAGGI:  I have a number of

18          questions that I think pertain to your

19          briefing and not all of them related.

20               I want to start with the

21          sovereign immunity question with

22          respect to the sovereign entities here.

23               MR. CARTER:  Yes, your Honor.

24               JUDGE RAGGI:  How is that their

25          distribution of funds doesn't fall
```

1          Unofficial Transcript        26

2          under the discretionary exception to

3          the noncommercial tort exception?

4               MR. CARTER:  Your Honor, the

5          focus of the discretionary function

6          analysis is on the conduct that forms

7          the basis of the claims.  And the

8          conduct which forms the basis of the

9          claims against these entities is not at

10         all Saudi Arabia's decisions concerning

11         the allocation of humanitarian

12         resources but rather the direct

13         involvement of these alter egos of the

14         state in supporting Al Qaeda on the

15         ground level.

16              JUDGE RAGGI:  By spending money.

17              MR. CARTER:  Not merely by

18         spending money, your Honor.  Imbedding

19         Al Qaeda members within the charity so

20         that they can have cover to perform

21         their activities, allowing their

22         facilities --

23              JUDGE RAGGI:  The activities

24         being the raising and the distribution

25         of money insofar as they are imbedded

```
  1              Unofficial Transcript        27

  2        in these sovereign entities, right?

  3            MR. CARTER:  Well, your Honor, in

  4        the case of the Saudi Relief Committee,

  5        for instance, the activities include

  6        the participation by the members of the

  7        SJRC in plotting attacks against US and

  8        UN facilities in Pristina, Kosovo.

  9            And so it's not merely a decision

 10        that we should let some money go out to

 11        Al Qaeda but rather a more symbiotic

 12        relationship where it is impossible to

 13        really see where Al Qaeda ends and the

 14        charity begins.

 15            JUDGE RAGGI:  Or to the extent

 16        that they are involved in activities

 17        against the UN, that's not a basis for

 18        an anti-terrorism claim, right?  It has

 19        to be the United States?

 20            MR. CARTER:  Your Honor, it was

 21        part and parcel of the broader program

 22        that Al Qaeda ran to attack the

 23        perceived enemies of Islam.  The UN

 24        being in Al Qaeda's view --

 25            JUDGE RAGGI:  I'm not sure that
```

1              Unofficial Transcript          28

2         gives you a anti-terrorism act claim.

3              MR. CARTER:  Well, your Honor, I

4         should say with regard to the foreign

5         entities that there is not an

6         anti-terrorism act claim to those who

7         are sovereigns.

8              JUDGE RAGGI:  So what is the

9         claim as to them, only the Foreign

10        Sovereign Immunities Act?

11             MR. CARTER:  The Foreign

12        Sovereign Immunities Act is the basis

13        for jurisdiction.  Plaintiffs

14        adequately plead the basis of

15        jurisdiction under the Foreign

16        Sovereign Immunities Act on the basis

17        of a pleading of a state law claim and

18        the state common law claim asserted

19        here is essentially for their aiding

20        and abetting and co-conspiracy with Al

21        Qaeda, it is in fact --

22             JUDGE RAGGI:  To attack UN

23        facilities in Kosovo.

24             MR. CARTER:  No.  No.

25             JUDGE RAGGI:  You know, I'm

```
 1                  Unofficial Transcript          29
 2              trying to get your argument here and we
 3              started with how is this not the
 4              distribution of funds falling under the
 5              discretionary function exception.
 6              That's what I understood the claim
 7              against these sovereigns to be.
 8                   What am I missing?
 9                   MR. CARTER:  Your Honor, the
10              claim is the provision of material
11              support and resources to Al Qaeda in
12              various forms, including money,
13              including safe haven, and including --
14                   JUDGE RAGGI:  And that's a state
15              tort claim?  That's a state tort?
16                   MR. CARTER:  It's a claim arising
17              under state common law including
18              imbedding principles of aiding and
19              abetting and conspiracy liability under
20              state common law.
21                   And so, as aiders and abettors of
22              Al Qaeda, these entities are chargeable
23              for its acts in the United States in
24              attacking the United States on
25              September 11.  So the question at the
```

```
 1               Unofficial Transcript        30
 2          substantive level, your Honor, at the
 3          substantive tort level, is whether or
 4          not there has been an adequate pleading
 5          of a tort claim under aiding and
 6          abetting theories.
 7               Now, when the court previously,
 8          this court previously considered --
 9               JUDGE RAGGI:  I am totally lost
10          as to what the tort is because you've
11          taken me from providing material
12          support in Kosovo to the 9/11 attack
13          to -- you know, I'm not sure what the
14          state tort claim is what you are --
15          your state common law tort claim is
16          against the sovereign entities.
17               MR. CARTER:  I understand now,
18          your Honor.  The state tort claim is
19          the September 11 attack and the
20          defendants are charged with
21          responsibility for that by virtue of
22          attribution of the attack to them under
23          aiding and abetting and conspiracy
24          theories.
25               JUDGE RAGGI:  I thought how they
```

```
 1              Unofficial Transcript          31
 2         did that was that they financed Al
 3         Qaeda.  Am I missing something?
 4              MR. CARTER:  Your Honor, that's
 5         part of how they aided and abetted.
 6              JUDGE RAGGI:  How else?
 7              MR. CARTER:  They also --
 8              JUDGE RAGGI:  Okay.  Let's take
 9         it a step at a time.
10              Is the financing part of this
11         precluded by the discretionary function
12         exception?
13              MR. CARTER:  No, your Honor.
14              JUDGE RAGGI:  Why not?
15              MR. CARTER:  Because as this
16         court observed in Doe, there is no
17         discretion to engage in acts which
18         violate fundamental precepts of
19         humanity, international law or local
20         law.
21              So, in where it was operating in
22         Kosovo, for example, the SJRC did not
23         have authority to turn money over
24         knowingly to Al Qaeda.  It's a
25         violation of UN treaties prohibiting
```

```
 1                  Unofficial Transcript              32
 2          the financing of terrorist
 3          organizations, whether directly or
 4          indirectly, through charitable
 5          organizations.  It's a violation of
 6          local law.
 7               In fact, in this particular
 8          setting, its activities prompted a raid
 9          by K-For forces making clear that what
10          it was doing was not in compliance with
11          local law at all.
12               And so there's a baseline test
13          here that the conduct which forms the
14          basis of the claim has to be the kind
15          of conduct for which a sovereign has
16          the discretion to exercise.  And there
17          is simply is no though discretion to
18          engage in the material support of an
19          organization like Al Qaeda.
20               And so that is -- and that is
21          consistent with this court's holding in
22          Doe.  There is a precise analogue
23          between the support at issue here and
24          the conduct of Afghanistan in that case
25          -- in that case it took the form of
```

```
 1                    Unofficial Transcript        33

 2             providing training camps to Al Qaeda,

 3             and in this case it takes the form of

 4             providing money and other resources to

 5             sustain those training camps and

 6             thereby enabling the September 11

 7             attack.

 8                    JUDGE CABRANES:  Let's hear from

 9             Mr. Gauch.

10                    MR. GAUCH:  May it please the

11             court, James Gauch, speaking on

12             personal jurisdiction.  I represent

13             seven of the defendants.  I'm speaking

14             for the other 26 who filed briefs on

15             the issue with the court's leave.  I

16             won't go through the introductions.

17                    I want to start with where the

18             court started with the appellants'

19             counsel on why this case is different

20             or why this case is the same, and we

21             laid this out clearly in the joint

22             brief we submitted, but the key point

23             here is that the plaintiffs are now

24             trying to characterize the defendants

25             as active participants in order to make
```

```
 1              Unofficial Transcript          34
 2        them fit the rule that the court has
 3        laid out.
 4             But if you look at the
 5        allegations defendant by defendant as
 6        Judge Daniels did, you will see that
 7        they are relying on the same highly
 8        attenuated causal chain that gave this
 9        court pause in the first opinion.
10             I want to note, in particular,
11        however, that when they choose the
12        example of the IIRO, if this, if the
13        court remembers, the IIRO was alleged,
14        among other things, a direct arm of the
15        Saudi royal family.
16             So when they try to now paint
17        these defendants as somehow in Al
18        Qaeda's inner circle, whereas the
19        defendants before were simply casual
20        donors, they are tweaking their theory
21        and their characterization to fit what
22        they think they need to show.
23             JUDGE RAGGI:  But let me ask you.
24        These defendants, or at least any
25        number of them, are actually at the
```

1              Unofficial Transcript        35

2        helm of these organizations.  They hold

3        specific positions.  It's not the more

4        vague, you know, it's run by the Saudi

5        royal family.  These people hold

6        titles, positions in these

7        organizations, and are alleged to have

8        known and themselves directed that the

9        money go to Al Qaeda.

10             Why isn't that different?

11             MR. GAUCH:  I want to unpack

12        that.

13             First, as I understand it, there

14        are some of the defendants that are

15        alleged to be leaders in various

16        organizations.  Some US branches, some

17        overseas branches.  One of my clients

18        is alleged to have been a founder and

19        leader of the US branch of two

20        charities which were -- one of the

21        charities was accused of wrongdoing

22        after he ceased to be involved in the

23        organization (inaudible) patient and

24        the other, the US branch was not

25        alleged to have done anything wrong.

```
 1              Unofficial Transcript          36
 2          All the allegations were directed to
 3          the national branch.
 4              So to some extent you have to
 5          look at the individual allegations with
 6          respect to the individual person, but
 7          then I also want to point out the
 8          attenuation in the chain that gets the
 9          money to Al Qaeda and then ties into
10          the harm obviously suffered by the
11          plaintiffs here.
12              This is not -- they like to
13          analogize to Calder by using the
14          language four times in their reply
15          brief.  They describe contributions to
16          the enterprise.
17              But in Calder, the petitioners in
18          Calder were not people who were
19          providing material support to the
20          National Enquirer.  They were the
21          actual author and the actual editor of
22          the article that was alleged to be
23          libelous, and it was on that basis that
24          the Supreme Court had no problem with
25          finding that they had expressly aimed
```

```
 1              Unofficial Transcript        37
 2         their conduct at the foreign state
 3         where the object of the article lived
 4         and worked.
 5              Here the plaintiffs are pursuing
 6         a much more attenuated causal chain.
 7         It is not even as if they are trying to
 8         get people who were material supporters
 9         of the National Enquirer because they
10         would say that they are actually
11         contributing through National Enquirer
12         fronts, and it's not even that they are
13         contributing to the fronts, but that
14         they are perhaps providing the seed
15         money that strengthens the National
16         Enquirer and enables them to libel a
17         California resident down the road.
18              There are several different steps
19         in --
20              JUDGE RAGGI:  But the knowledge
21         that that's their purpose and with the
22         intent they are achieve it, that's the
23         allegation?
24              MR. GAUCH:  It is a conclusory
25         allegation that they knew.  If you
```

```
 1                  Unofficial Transcript          38
 2            unpack it and what we tried to do --
 3                 JUDGE RAGGI:  But they supported
 4            it by showing who they knew within Al
 5            Qaeda and when they supported it.  So
 6            to that extent if using the argument
 7            that it has to be plausible that they
 8            knew and plausible that they intended
 9            it, they are arguing to us that they
10            satisfied that.
11                 MR. GAUCH:  In the prior decision
12            in this case, the court was willing to,
13            for the sake of argument, assume that
14            the princes in that case could perceive
15            that their contributions were going to
16            Al Qaeda, and specifically said that
17            even assume that they intend to support
18            Al Qaeda through those contributions
19            and assume further that they know that
20            Al Qaeda has attacked US interests, you
21            know, such as the USS Cole, which is
22            alleged to have been an Al Qaeda
23            operation, or the Kenya and Tanzania
24            bombings.  If you assume all of that
25            against the princes, there is still an
```

```
1                  Unofficial Transcript        39

2              attenuated chain that gets you to them

3              expressly aiming their conduct at the

4              United States.  And that was where this

5              court correctly, in light of Calder,

6              drew the line, there has to be some

7              conduct by the individual defendant

8              that is aimed at the United States.

9                   Now, it is -- there is no --

10                  JUDGE RAGGI:  There is one step

11             more removed.  The princes, as I

12             understood it, gave their money to

13             these organizations.

14                  These defendants are the people

15             who are at the head of these

16             organizations and, therefore, directed

17             the money to Al Qaeda, isn't that the

18             one step closer that they are bringing

19             us to?

20                  MR. GAUCH:  Well, not

21             necessarily, your Honor.  With respect

22             to some of the defendants -- some of

23             the defendants did exactly what the

24             princes did in the sense that they

25             contributed to charities or they found
```

```
 1              Unofficial Transcript            40
 2         it --
 3              JUDGE RAGGI:  (Inaudible).  That
 4         they allege --
 5              MR. GAUCH:  No.  Absolutely,
 6         that's what I said.  It depends --
 7              JUDGE RAGGI:  The Department of
 8         Justice took the view that the
 9         attenuation theory that this court
10         found inadequate in Terrorist III was
11         wrong when they were before the Supreme
12         Court.  Isn't that the position in
13         their brief?
14              MR. GAUCH:  Well, the position in
15         their brief was that the court reached
16         the right result in dismissing --
17              JUDGE RAGGI:  But not on that
18         ground.  Not because this wouldn't be
19         enough to hold them liable?
20              MR. GAUCH:  The Solicitor
21         General took -- no, the Solicitor
22         General agreed that the princes were
23         properly dismissed for lack of
24         jurisdiction.
25              They took issue with some of the
```

```
1                Unofficial Transcript        41
2        language that they understood in the
3        court's prior opinion to suggest, I
4        think, a bright line rule that required
5        specific intent or something of that
6        nature.
7             They did recognize that based on
8        the allegations that were in play in
9        this litigation that the dismissal was
10       correct.
11            JUDGE RAGGI:  I think in their
12       brief they take the view that to the
13       extent that the Court of Appeals
14       language suggests that the defendant
15       must specifically intend to cause
16       injury that is incorrect and that was
17       one of the views.
18            Here they both plead intent, and
19       the government wasn't sure that that
20       was necessary.
21            MR. GAUCH:  Right.  And, with all
22       due respect, I think the Solicitor
23       General is omitting a key piece of
24       Calder when in, I think, exactly that
25       passage when it says that Calder
```

```
 1              Unofficial Transcript        42
 2         requires tortious activity and a
 3         knowledge that the brunt of that
 4         activity is felt within the forum.
 5              They are completely removing the
 6         expressly aimed element from it and
 7         most of the circuit courts that have
 8         looked at Calder more generally and, of
 9         course, Calder applies to any number of
10         business torts and other context
11         besides terrorism and defamation, and
12         when they look at Calder they generally
13         lay out three separate elements.
14              There has to be the tortious
15         conduct, there has to be the indication
16         that the defendant is expressly aiming
17         that conduct at the United States, and
18         there has to be the knowledge that the
19         brunt of the impact will be felt in the
20         United States or within the forum.
21              Those are the three elements and
22         the Solicitor General is expressing a
23         minority view to the extent that she
24         was suggesting, at the time, that the
25         expressly aimed aspect was not
```

1              Unofficial Transcript          43

2              important and that it was only

3              sufficient to foresee that the conduct

4              might lead to harm, the brunt of which

5              would be felt in the forum.

6                    And, in fact, if that were the

7              law, then that would render Burger King

8              meaningless, because at that point,

9              foreseeability, conduct and

10             foreseeability would be enough for

11             jurisdiction.

12                    JUDGE RAGGI:  So with any

13             criminal scheme, if as the plaintiffs

14             allege here, it's got an avowed purpose

15             to injure the United States and someone

16             says count me in, by giving their

17             money, I'm not sure why that isn't

18             enough to exercise personal

19             jurisdiction over them, why they

20             wouldn't expect to be hailed into an

21             American court when they ask to be

22             included in a scheme with that specific

23             purpose.

24                    That's why I think the real issue

25             in this case is whether they can

1                    Unofficial Transcript              44

2          ultimately prove that that was the

3          purpose and that your client knew about

4          it.

5               MR. GAUCH:  The plaintiffs

6          themselves have alleged that Al Qaeda

7          is a global operation that is --

8               JUDGE RAGGI:  But why isn't it

9          enough if the avowed purpose is to

10         attack the United States and somebody

11         contributes money to it and thereby

12         indicates count me in, why isn't that

13         enough to exercise personal

14         jurisdiction when the contribution

15         results in injury.

16              MR. GAUCH:  Because under the

17         reasoning of Calder to say if you

18         provide -- the "count me in" is the key

19         point.  If you provide funding to a

20         charity, which is providing that

21         funding to Al Qaeda, and Al Qaeda has a

22         number of objectives around the world,

23         you can't say that that person by

24         providing that contribution to that

25         charity, or even if you are looking

```
 1              Unofficial Transcript              45
 2        at --
 3              JUDGE RAGGI:  But it is not as if
 4        they have a lot of different
 5        objectives.  They are saying their main
 6        objective -- this is the allegation --
 7        is injury to the United States.
 8              So it's not like you thought your
 9        money was going for something else, you
10        would know it was going for its main
11        object.
12              MR. GAUCH:  Your Honor, on the
13        contrary, they specifically allege with
14        respect to in the 1990's, their
15        allegations dealing with Bosnian relief
16        efforts and Bosnia's relief efforts
17        supposedly being a cover to raise money
18        for Al Qaeda.  But they speak about
19        terrorism in Chechnya.  They speak
20        about activities in Bosnia.  They speak
21        of activities --
22              JUDGE RAGGI:  They speak about
23        those, but I don't think there's any
24        defendant whose activities are limited
25        to those and who don't continue through
```

```
 1              Unofficial Transcript           46
 2        the various Fatwas targeting the United
 3        States.
 4            I mean, you have chosen to argue
 5        this generally, but there are
 6        defendants whom they have alleged much
 7        more about than just their support of
 8        relief efforts in Chechnya.
 9            MR. GAUCH:  Well, your Honor, and
10        simply to be clear, I am trying to make
11        the general point with respect to the
12        necessary showing.  Each of the
13        defendants has specifically laid out
14        the inferences that can be drawn from
15        their support.
16            The timing is -- the timing is
17        critical.  The point being that we made
18        a general argument with respect to the
19        required showing expressly aimed
20        conduct of the United States.  The
21        individual defendants in their
22        individual briefs have disputed the
23        inferences that can be drawn of support
24        to Al Qaeda.
25            JUDGE CABRANES:  Thanks very
```

```
 1              Unofficial Transcript            47
 2         much.
 3              Mr. Kellogg.
 4              MR. KELLOGG:  Yes, Judge
 5         Cabranes, may it please the court, I am
 6         arguing today on behalf of the National
 7         Commercial Bank, the Saudi Red Crescent
 8         and the Saudi Joint Relief Commission
 9         with respect to foreign sovereign
10         immunity.
11              The only point I will make with
12         respect to the National Commercial Bank
13         is that the FSIA does not deprive the
14         bank of due process rights and,
15         therefore, the personal jurisdiction
16         analysis adopted by the district court
17         applies.
18              Since Mr. Carter did not address
19         that issue in his argument, I will turn
20         to the Saudi Red Crescent and the Saudi
21         Joint Relief Commission.
22              Both of which, it is undisputed,
23         are legitimate humanitarian
24         organizations.  The Saudi Red Crescent
25         is their equivalent of the Red Cross.
```

```
 1              Unofficial Transcript         48
 2        It's a member of the International Red
 3        Cross.  The Saudi Joint Relief
 4        Commission had humanitarian activities
 5        in Kosovo and then in Chechnya.
 6             It is undisputed that neither
 7        organization has any offices, employees
 8        or activities in the United States.
 9        It's undisputed that they are both
10        instrumentalities of the Kingdom and
11        hence immune from suit unless one of
12        the FSIA exceptions apply.
13             And the torts exception does not
14        apply for several reasons.  First,
15        because neither agency is alleged to
16        have engaged in any misconduct in the
17        United States.
18             Under the Supreme Court's
19        decision in Amerada Hess, under the
20        Sixth Circuit's decision in O'Brien,
21        the DC Circuit's decision in Persinger
22        and this court's recognition in
23        Caberia, the same principle, the
24        alleged misconduct, as well as the
25        injury, must occur in the United States
```

```
 1              Unofficial Transcript        49
 2         for the tort's exception to apply.
 3              Secondary or derivative liability
 4         is not enough.  The statute is very
 5         explicit on this point, and it says who
 6         can create liability to the foreign
 7         state.
 8              And it says tortious acts or
 9         omission of that foreign state or any
10         official or employee of that foreign
11         state while acting within the scope of
12         his office or employment.  That's 1605
13         (a)(5).
14              There is no allegation that any
15         of the hijackers were officials or
16         employees of the defendants.  There are
17         no allegations that either of these
18         sovereign defendants knew in advance
19         about or participated in any way in
20         planning or carrying out the 9/11
21         attacks.
22              JUDGE RAGGI:  Now, I understand
23         their theory to be that they still fit
24         within the tort exception because there
25         was injury or death in the United
```

```
 1                 Unofficial Transcript          50
 2        States from the 9/11 attacks, and
 3        they're saying it's caused by the
 4        tortious act of material support in the
 5        foreign state.
 6             Why is that not a plausible
 7        argument?
 8             MR. KELLOGG:  Because the Supreme
 9        Court and several circuits including
10        this circuit have recognized that the
11        misconduct, as well as the effect of
12        the misconduct, must take place in the
13        United States.
14             The material support that they're
15        alleged to provide all happened
16        overseas, in Saudi Arabia or the Middle
17        East.  And the statute does not allow
18        this sort of secondary liability
19        particularly based on the utterly
20        conclusory conspiracy allegations
21        offered here, which are repeated
22        verbatim for about two dozen different
23        organizations that they conspired with.
24        And that is simply not enough.
25             Otherwise, if there were
```

```
 1              Unofficial Transcript        51
 2         reciprocal treatment of that issue, the
 3         United States would be dragged into
 4         foreign courts based on policy
 5         decisions it makes here in the United
 6         States that allegedly have effects in
 7         foreign countries, that is not --
 8              JUDGE RAGGI:  That would depend
 9         on what their foreign statute was.  I
10         mean, you are arguing what the United
11         States have chosen.
12              MR. KELLOGG:  Correct.  Correct.
13         And the State Department has been very
14         clear about this that they want the
15         statute in order to get reciprocal
16         rights with other countries.  They do
17         not want our statute to be extended to
18         drag foreign sovereigns in for
19         decisions, policy decisions in
20         particular, that they make within their
21         sovereign boundaries.
22              And that brings me, if I may, to
23         the discretionary function point which
24         you raise.
25              We put in an affidavit from the
```

```
 1              Unofficial Transcript          52
 2         head of these two organizations saying
 3         we are engaged in humanitarian
 4         activities, we are implementing the
 5         policies of Saudi Arabia as to how this
 6         money is distributed.
 7              This court in the Schwarner
 8         (phonetic) case made clear that any
 9         failure to adequately police or monitor
10         that activity does not change the fact
11         that it is a discretionary function.
12              Mr. Carter said that Doe somehow
13         overruled that case.  Doe had nothing
14         to do with the discretionary function.
15         It did not rule on the discretionary
16         function.  It ruled only on the
17         question of whether the material
18         support decision was exclusive.
19              JUDGE CABRANES:  Thank you.
20              Mr. Curran.
21              MR. CURRAN:  May it please the
22         court, Christopher Curran.  My client
23         is Al Rajhi Bank, and I speak on behalf
24         of it as well as the other financial
25         institution defendants that were
```

```
 1                Unofficial Transcript          53
 2        dismissed on 12 (b)(6).
 3                There is, of course, no question
 4        that Iqbal and Twombly apply in the
 5        12(b)(6) context, and we submit, and
 6        the district court found that when you
 7        strip away from the complaint the
 8        conclusory allegations, the mere
 9        recitations of statutory requirements,
10        legal conclusions that are factored --
11        that are presented as factual
12        allegations, when all that stuff is
13        stripped away, the remaining factual
14        content of the complaint is
15        insufficient to establish knowledge on
16        the part of the defendants that I
17        represent.
18                Now, Mr. Carter a few moments ago
19        referred, I think correctly, to the
20        fact that the plaintiff's allegations
21        hinge, at their core, on the connection
22        between these banks and charities.
23                And Mr. Carter has suggested that
24        the, that there was public and
25        overwhelming information about the
```

```
 1              Unofficial Transcript          54
 2         charity's support of Al Qaeda.
 3              That statement which, in and of
 4         itself, is, well, conclusory, is in
 5         fact contradicted by the allegations in
 6         the complaint.
 7              The Burnett complaint, which is
 8         the only operative complaint as to Al
 9         Rajhi, and that's by stipulation,
10         that's in the record, it states
11         beginning on Appendix 847 and pages
12         following that, that these charities
13         held themselves out to be bona fide
14         charities for humanitarian purposes,
15         that they diverted funds secretly,
16         unbeknownst to well-meaning donors,
17         that the cash was withdrawn leaving it
18         virtually untraceable, their support of
19         Al Qaeda.
20              Those factual allegations are
21         essentially judicial admissions that
22         are binding on the plaintiffs for the
23         entirety of this case, but they also
24         are more specific factual allegations
25         than the broad sweeping conclusions
```

```
 1              Unofficial Transcript        55
 2         that the banks knew or had to know what
 3         the charities were doing.
 4             Mr. Carter also referred to
 5         allegations that certain individuals
 6         associated with the bank, in
 7         particular, the chairman of my client,
 8         Al Rajhi Bank, were on the board or
 9         advisory boards of certain of the
10         charity and other attenuated
11         connections to the charities.
12             I submit that those allegations
13         should fair no better than the
14         allegations in Iqbal itself that
15         Attorney General Ashcroft and FBI
16         Director Mueller knew, orchestrated and
17         were instrumental in the discriminatory
18         policy alleged in that case.
19             So what we're left with at bottom
20         is that the allegations of knowledge on
21         the part of the banks are conclusory
22         and not only that, they are, in large
23         part, contradicted by the factual
24         allegations in the complaint.
25             And now in my remaining time
```

1        Unofficial Transcript        56

2        perhaps I can talk about proximate

3        cause, and Mr. Carter referred to this

4        in the context of two specific

5        defendants.

6            But I submit that proximate

7        causation is an alternative ground for

8        the dismissal of all of the clients

9        that I'm representing, all of the banks

10       that I am representing, and that's

11       because there cannot be any question

12       that the language by reason of in the

13       ATA derives from RICO which in turn

14       derives from the Clayton Act and before

15       that the Sherman Act.

16           But the Supreme Court has been

17       crystal clear and repetitive in

18       emphasizing that that language by

19       reason of, necessarily means proximate

20       cause.  Not mere, but for cause, but a

21       narrower subset of that, proximate

22       cause.

23           Here, I don't think the

24       plaintiffs made a serious argument that

25       the allegations in their complaint

```
 1              Unofficial Transcript          57
 2         satisfy proximate cause.
 3              And that, to the extent that's a
 4         concession, it is a wise concession
 5         because it can't be done here.  Some
 6         support vague in time, vague in amount,
 7         vague in intention, of certain
 8         charities who then pass on some
 9         unspecified portion of their funds to
10         Al Qaeda, is too attenuated of a chain
11         under the rulings of the Supreme Court
12         and of this court.
13              JUDGE RAGGI:  The suggestion,
14         though, that they make is that with
15         respect to some of the individual Al
16         Rajhi defendants, that there's much
17         more that Sulaiman Al Rajhi, the
18         managing director, is on the Golden
19         Chain and the board of IIRO, that Saleh
20         Al Rajhi, the chairman has the phone
21         number of the embassy bomber Al-Haj,
22         that Sheikh Saleh al-hussein has this
23         extraordinary coincidence on 9/11 of
24         being in the same Virginia hotel as
25         three of the hijackers.
```

```
 1              Unofficial Transcript          58
 2          They suggest that all of this
 3      shows much, much more that makes
 4      plausible their knowledge that the
 5      charities to whom they were
 6      contributing, at least certainly IIRO,
 7      were part of this terrorist operation
 8      by Al Qaeda.
 9          Why is that not plausible?
10          MR. CURRAN:  It's not plausible
11      either individually or cumulatively.  I
12      mean zero, zero, all adds up to zero.
13          Each of those allegations is
14      attenuated and conclusory in and of
15      itself.  And taken as a whole, they are
16      as well.
17          JUDGE RAGGI:  (Inaudible).  Al
18      Rajhi is on the Golden Chain is
19      conclusory.  I thought it was on a
20      document.
21          MR. CURRAN:  No, it is
22      conclusory.
23          I think their specific allegation
24      is that the word Al Rajhi appears on
25      the list and their own allegation is
```

```
 1                    Unofficial Transcript           59

 2          that that list was comprised in the

 3          1990's when Al Qaeda was supporting the

 4          Mujahideen in Afghanistan.

 5                So how do you link up the word Al

 6          Rajhi then to donations to Al Qaeda

 7          leading to 9/11 a decade later?

 8                JUDGE RAGGI:  Well, I think they

 9          say he was on the board of that

10          institution that funnels millions, tens

11          of millions, if not more, dollars to Al

12          Qaeda.  Again it is a remarkable

13          coincidence.

14                MR. CURRAN:  Well, no -- not, no.

15          First of all, I don't think there's any

16          allegation in the Burnett complaint

17          that the amount of any charity passed

18          on to Al Qaeda.

19                I heard Mr. Klingler say a number

20          when he was up here before but I don't

21          think that's alleged in the Burnett

22          complaint.

23                Secondly, those allegations --

24          okay so --

25                JUDGE RAGGI:  And it's not
```

```
 1                Unofficial Transcript        60

 2          conclusory to say that Saleh Al Rajhi

 3          has the phone number of Al-Haj.  It's

 4          not a conclusion?

 5                MR. CURRAN:  That allegation

 6          might be the other way around.  It

 7          might be that the driver had a phone

 8          number for an Al Rajhi, but what does

 9          that prove?

10                I mean, does that plausibly

11          suggest knowledge on the part of Al

12          Rajhi Bank as to what the charities

13          were doing with the money and the

14          support for Al Qaeda?  No, these are

15          all attenuated, with multiple links of

16          suspicion and speculation, and that's

17          exactly what Iqbal says.

18                Iqbal says it's not enough to be

19          suspicious, it is not enough to be

20          speculative.  There has to be factual

21          content that gives rise to a plausible

22          suggestion that the defendant is liable

23          to the plaintiff and that doesn't add

24          up even from those bits and pieces that

25          are weaved together from many, many
```

```
 1              Unofficial Transcript        61
 2         years of a bank that has far-flung
 3         branches, 2 million customers and --
 4              JUDGE CABRANES:  That's it.
 5              Mr. Klingler has reserved two
 6         minutes.
 7              MR. CURRAN:  We appreciate it.
 8         Thank you.
 9              MR. CARTER:  Your Honor, Sean
10         Carter.  I'm going to be handling the
11         rebuttal briefly.
12              Turning to the 12(b)(6) arguments
13         the court just heard, among other
14         things to try and unpack this, there
15         were additionally allegations, for
16         instance, that Sulaiman Al Rajhi was
17         responsible for founding something
18         called the SAAR network here in the
19         United States which was a network
20         alleged in the complaint to be
21         established for the specific purpose of
22         funneling resources to Al Qaeda and
23         terrorist organizations, and that was
24         the subject of a federal
25         counter-terrorism investigation and
```

1           Unofficial Transcript          62

2           raid.

3                And so, at a certain point the

4           panoply of interrelationships among

5           these folks and key members of Al Qaeda

6           can't be explained by mere coincidence

7           or the idea that the allegation that

8           the charities on the one hand sought to

9           conceal their activities from the

10          greater public are somehow inconsistent

11          with the allegations that the depth of

12          their collaboration eventually led to

13          investigations and public reporting,

14          which is precisely what the complaints

15          allege.

16                As to the Foreign Sovereign

17          Immunities Act issues, I think the

18          critical point that has come out during

19          the course of this discussion is that

20          the District Court itself has never had

21          an opportunity to consider any of these

22          issues, and for purposes, for instance,

23          of the discretionary function analysis,

24          it needs a chance to unpack the conduct

25          which forms the basis of the claims and

```
 1              Unofficial Transcript        63
 2         determine whether or not the conduct at
 3         issue is prohibited by some law or
 4         regulation and therefore
 5         nondiscretionary.
 6              And, again, with regard to this
 7         entire tort argument, the plain text of
 8         the statute indicates that the injury
 9         must occur in the United States.
10              The defendants substantially
11         understate the depth of this court's
12         analysis in Doe of the elements of the
13         tort exception, because it was apparent
14         to the court, on the face of that
15         complaint, that Afghanistan was charged
16         for its role in providing support to Al
17         Qaeda in Afghanistan, but charged for
18         responsibility with the tort that
19         occurred in the United States and
20         therefore within the exception.
21              And the court found no problem
22         that the plaintiffs had met the
23         territorial limitation.
24              Thank you, your Honor.
25              JUDGE CABRANES:  Thank you very
```

```
1                  Unofficial Transcript            64

2          much.

3                  Now, we are mindful of the severe

4          limitations of time we imposed on

5          counsel in the nature of things and we

6          are grateful for your effort and for

7          your forbearance and your extensive

8          briefing.

9                  This matter is submitted for

10         decision.  We are adjourned.

11                 (Record closed)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**1**

**11** [6] - 1:5, 4:5, 22:12, 29:25, 30:19, 33:6
**11-3204-cv** [1] - 1:4
**12** [10] - 12:9, 12:16, 14:2, 14:3, 14:17, 14:23, 16:4, 17:11, 18:12, 53:2
**12(b)(6** [6] - 4:16, 15:24, 18:16, 19:18, 53:5, 61:12
**13th** [1] - 3:14
**1501** [1] - 2:6
**1605** [1] - 49:12
**1615** [1] - 3:7
**1900** [1] - 2:12
**19103** [1] - 2:13
**1988** [2] - 24:19, 25:7
**1990's** [2] - 45:14, 59:3
**1993** [1] - 9:15
**1998** [1] - 9:17

**2**

**2** [1] - 61:3
**20001-2113** [1] - 2:20
**20005** [1] - 2:7
**20005-3807** [1] - 3:15
**2001** [3] - 1:5, 4:5, 5:14
**20026** [1] - 3:9
**2012** [1] - 1:7
**26** [1] - 33:14

**4**

**4** [1] - 1:7
**40** [1] - 9:2
**400** [1] - 3:8
**4:15** [1] - 1:8

**5**

**50** [1] - 9:2
**51** [1] - 2:19

**7**

**701** [1] - 3:14

**8**

**8** [2] - 15:3, 15:7
**847** [1] - 54:11

**9**

**9/11** [7] - 7:20, 25:13, 30:12, 49:20, 50:2, 57:23, 59:7

**A**

**a)(1** [1] - 15:7
**a)(2** [1] - 15:3
**a)(5)** [1] - 49:13
**abetted** [1] - 31:5
**abetting** [5] - 20:2, 28:20, 29:19, 30:6, 30:23
**abettors** [1] - 29:21
**ability** [1] - 17:19
**about** [12] - 13:24, 24:3, 44:3, 45:18, 45:20, 45:22, 46:7, 49:19, 50:22, 51:14, 53:25, 56:2
**Absolutely** [1] - 40:5
**access** [1] - 16:8
**account** [1] - 23:9
**accused** [1] - 35:21
**achieve** [1] - 37:22
**Act** [8] - 19:15, 19:21, 28:10, 28:12, 28:16, 56:14, 56:15, 62:17
**act** [3] - 28:2, 28:6, 50:4
**acted** [1] - 20:20
**acting** [2] - 8:17, 49:11
**action** [3] - 7:19, 7:21, 20:8
**active** [6] - 4:19, 5:2, 6:18, 12:21, 13:11, 33:25
**actively** [1] - 6:24
**activities** [14] - 9:7, 22:23, 26:21, 26:23, 27:5, 27:16, 32:8, 45:20, 45:21, 45:24, 48:4, 48:8, 52:4, 62:9
**activity** [3] - 42:2, 42:4, 52:10
**acts** [3] - 29:23, 31:17, 49:8
**actual** [2] - 36:21
**actually** [4] - 8:19, 11:3, 34:25, 37:10
**add** [1] - 60:23
**addition** [1] - 23:15
**additional** [1] - 17:16
**additionally** [2] - 22:6, 61:15
**address** [3] - 4:14, 4:16, 47:18
**addressing** [1] - 19:11
**adds** [1] - 58:12
**adequate** [2] - 13:8, 30:4
**adequately** [2] - 28:14, 52:9
**adjourned** [1] - 64:10
**admissions** [1] - 54:21

**adopted** [1] - 47:16
**advance** [2] - 7:10, 49:18
**advancing** [2] - 6:25, 13:12
**advisory** [1] - 55:9
**afar** [1] - 6:17
**affidavit** [1] - 51:25
**Afghanistan** [4] - 32:24, 59:4, 63:15, 63:17
**after** [2] - 21:13, 35:22
**again** [3] - 22:25, 23:25, 63:6
**Again** [1] - 59:12
**against** [9] - 9:13, 20:4, 21:5, 26:9, 27:7, 27:17, 29:7, 30:16, 38:25
**agency** [1] - 48:15
**agenda** [6] - 7:2, 7:7, 7:10, 12:22, 13:12, 25:4
**ago** [1] - 53:18
**agree** [2] - 16:12, 18:4
**agreed** [1] - 40:22
**ahead** [1] - 13:4
**aided** [1] - 31:5
**aiders** [1] - 29:21
**aiding** [5] - 19:25, 28:19, 29:18, 30:5, 30:23
**aim** [1] - 7:10
**aimed** [5] - 36:25, 39:8, 42:6, 42:25, 46:19
**aiming** [2] - 39:3, 42:16
**aims** [2] - 4:21, 5:4
**air** [1] - 9:16
**al** [1] - 57:22
**Al** [102] - 5:6, 5:11, 5:15, 6:25, 7:5, 7:7, 8:5, 8:17, 8:19, 8:22, 8:23, 9:3, 9:8, 10:3, 10:16, 10:25, 11:10, 12:21, 12:24, 13:12, 13:18, 13:20, 17:20, 17:24, 20:16, 21:7, 21:11, 21:18, 21:22, 22:2, 22:4, 22:10, 22:19, 23:5, 23:7, 23:9, 23:10, 23:13, 23:21, 24:4, 24:6, 24:14, 24:23, 25:3, 25:8, 26:14, 26:19, 27:11, 27:13, 27:22, 27:24, 28:20, 29:11, 29:22, 31:2, 31:24, 32:19, 33:2, 34:17, 35:9, 36:9, 38:4, 38:16, 38:18, 38:20, 38:22, 39:17, 44:6, 44:21, 45:18, 46:24, 52:23, 54:2, 54:8, 54:19, 55:8, 57:10, 57:15, 57:17, 57:20, 57:21, 58:8, 58:17, 58:24, 59:3, 59:5, 59:6, 59:11, 59:18, 60:2, 60:3, 60:8, 60:11, 60:14, 61:16, 61:22, 62:5, 63:16
**Al-Haj** [2] - 57:21, 60:3
**al-hussein** [1] - 57:22
**All** [1] - 36:2

**all** [14] - 9:24, 25:19, 26:10, 32:11, 38:24, 41:21, 50:15, 53:12, 56:8, 56:9, 58:2, 58:12, 59:15, 60:15
**allegation** [11] - 9:23, 16:10, 37:23, 37:25, 45:6, 49:14, 58:23, 58:25, 59:16, 60:5, 62:7
**allegations** [33] - 10:12, 13:8, 13:13, 14:16, 17:10, 18:23, 22:13, 22:21, 23:24, 24:25, 34:5, 36:2, 36:5, 41:8, 45:15, 49:17, 50:20, 53:8, 53:12, 53:20, 54:5, 54:20, 54:24, 55:5, 55:12, 55:14, 55:20, 55:24, 56:25, 58:13, 59:23, 61:15, 62:11
**allege** [7] - 8:18, 23:7, 24:19, 40:4, 43:14, 45:13, 62:15
**alleged** [22] - 4:19, 5:2, 5:5, 5:14, 8:15, 9:2, 21:16, 34:13, 35:7, 35:15, 35:18, 35:25, 36:22, 38:22, 44:6, 46:6, 48:15, 48:24, 50:15, 55:18, 59:21, 61:20
**allegedly** [1] - 51:6
**allies** [1] - 25:10
**allocated** [1] - 4:7
**allocation** [1] - 26:11
**allow** [1] - 50:17
**allowing** [1] - 26:21
**alone** [1] - 14:16
**also** [7] - 5:15, 21:9, 25:12, 31:7, 36:7, 54:23, 55:4
**alter** [1] - 26:13
**alternative** [1] - 56:7
**am** [8] - 4:12, 9:22, 29:8, 30:9, 46:10, 47:5, 56:10
**Am** [1] - 31:3
**Amerada** [1] - 48:19
**American** [1] - 43:21
**among** [4] - 24:20, 34:14, 61:13, 62:4
**amount** [2] - 57:6, 59:17
**analogize** [1] - 36:13
**analogue** [1] - 32:22
**analysis** [4] - 26:6, 47:16, 62:23, 63:12
**another** [2] - 6:2, 12:16
**answer** [1] - 14:4
**Anti** [1] - 19:21
**anti** [3] - 27:18, 28:2, 28:6
**Anti-Terrorism** [1] - 19:21
**anti-terrorism** [3] - 27:18, 28:2, 28:6
**any** [16] - 6:18, 17:19, 34:24, 42:9, 43:12, 45:23, 48:7, 48:16, 49:9, 49:14, 49:19, 52:8, 56:11, 59:15,

59:17, 62:21
**anything** [1] - 35:25
**apparent** [1] - 63:13
**Appeals** [1] - 41:13
**APPEALS** [1] - 1:2
**appeals** [1] - 20:12
**APPEARANCES** [1] - 2:2
**appears** [1] - 58:24
**appellants** [2] - 4:13, 19:9
**Appellants** [2] - 2:5, 2:11
**appellants'** [1] - 33:18
**Appellees** [3] - 2:18, 3:6, 3:13
**Appendix** [1] - 54:11
**applied** [2] - 14:19, 14:22
**applies** [3] - 14:2, 42:9, 47:17
**apply** [6] - 14:3, 19:4, 48:12, 48:14, 49:2, 53:4
**appreciate** [1] - 61:7
**appropriate** [1] - 4:9
**Arabia** [2] - 50:16, 52:5
**Arabia's** [1] - 26:10
**area** [1] - 24:2
**argue** [3] - 12:11, 19:6, 46:4
**arguing** [2] - 38:9, 47:6, 51:10
**argument** [9] - 4:8, 29:2, 38:6, 38:13, 46:18, 47:19, 50:7, 56:24, 63:7
**arguments** [2] - 6:5, 61:12
**arising** [1] - 29:16
**arm** [1] - 34:14
**article** [2] - 36:22, 37:3
**Ashcroft** [1] - 55:15
**aspect** [1] - 42:25
**assemble** [1] - 16:8
**asserted** [1] - 28:18
**associated** [2] - 9:20, 55:6
**assume** [6] - 11:24, 24:14, 38:13, 38:17, 38:19, 38:24
**Assuming** [1] - 18:3
**assumption** [1] - 24:18
**ATA** [1] - 56:13
**attack** [9] - 9:17, 24:9, 27:22, 28:22, 30:12, 30:19, 30:22, 33:7, 44:10
**attacked** [1] - 38:20
**attacking** [2] - 25:9, 29:24
**Attacks** [4] - 1:5, 4:4, 7:13, 8:2
**attacks** [6] - 5:14, 9:13, 22:11, 27:7, 49:21, 50:2
**ATTENDANCES** [1] - 3:2
**attenuated** [7] - 34:8, 37:6, 39:2, 55:10, 57:10, 58:14, 60:15
**attenuation** [2] - 36:8, 40:9
**Attorney** [1] - 55:15

**Attorneys** [5] - 2:5, 2:11, 2:18, 3:6, 3:13
**attribution** [1] - 30:22
**AUSTIN** [1] - 2:4
**author** [1] - 36:21
**authority** [1] - 31:23
**available** [1] - 11:8
**Avenue** [1] - 2:19
**averment** [2] - 14:13, 16:14
**avowed** [2] - 43:14, 44:9
**aware** [1] - 22:16

## B

**b)(2** [7] - 12:9, 12:17, 14:17, 14:23, 16:4, 17:11, 18:12
**b)(2)** [1] - 14:3
**b)(6** [1] - 14:3
**b)(6)** [1] - 53:2
**Ball** [3] - 13:10, 14:9, 15:22
**bank** [6] - 23:8, 23:15, 23:20, 47:14, 55:6, 61:2
**Bank** [9] - 17:2, 23:5, 23:8, 23:10, 47:7, 47:12, 52:23, 55:8, 60:12
**bank's** [1] - 23:18
**banks** [4] - 53:22, 55:2, 55:21, 56:9
**based** [5] - 9:6, 12:20, 41:7, 50:19, 51:4
**baseline** [1] - 32:12
**basic** [1] - 18:20
**basis** [11] - 12:20, 17:22, 26:7, 26:8, 27:17, 28:12, 28:14, 28:16, 32:14, 36:23, 62:25
**Because** [4] - 7:7, 31:15, 44:16, 50:8
**because** [6] - 8:15, 17:18, 30:10, 37:9, 40:18, 43:8, 48:15, 49:24, 56:11, 57:5, 63:13
**been** [6] - 5:8, 14:18, 16:24, 30:4, 35:18, 38:22, 51:13, 56:16
**Before** [1] - 13:22
**before** [5] - 12:11, 34:19, 40:11, 56:14, 59:20
**BEFORE** [1] - 1:12
**begin** [1] - 21:12
**beginning** [1] - 54:11
**begins** [1] - 27:14
**behalf** [3] - 19:8, 47:6, 52:23
**being** [6] - 5:12, 26:24, 27:24, 45:17, 46:17, 57:24
**Bell** [1] - 14:15
**besides** [1] - 42:11
**better** [1] - 55:13

**between** [8] - 8:4, 10:25, 17:24, 21:20, 22:25, 24:12, 32:23, 53:22
**Bin** [5] - 5:17, 16:25, 17:14, 21:6, 23:2
**binding** [1] - 54:22
**bit** [1] - 11:24
**bits** [1] - 60:24
**board** [3] - 55:8, 57:19, 59:9
**boards** [1] - 55:9
**Bojinka** [1] - 9:16
**bomber** [1] - 57:21
**bombings** [3] - 9:16, 9:18, 38:24
**bona** [1] - 54:13
**Bosnia** [1] - 45:20
**Bosnia's** [1] - 45:16
**Bosnian** [1] - 45:15
**both** [8] - 7:13, 10:11, 14:4, 14:24, 17:13, 20:22, 41:18, 48:9
**Both** [1] - 47:22
**bottom** [1] - 55:19
**boundaries** [1] - 51:21
**branch** [3] - 35:19, 35:24, 36:3
**branches** [3] - 35:16, 35:17, 61:3
**brief** [5] - 33:22, 36:15, 40:13, 40:15, 41:12
**briefing** [2] - 25:19, 64:8
**briefly** [3] - 21:15, 25:15, 61:11
**briefs** [2] - 33:14, 46:22
**bright** [1] - 41:4
**bringing** [1] - 39:18
**brings** [1] - 51:22
**broad** [2] - 23:11, 54:25
**broader** [3] - 13:18, 22:24, 27:21
**brunt** [3] - 42:3, 42:19, 43:4
**Burger** [1] - 43:7
**Burnett** [3] - 54:7, 59:16, 59:21
**business** [1] - 42:10
**BY** [5] - 2:8, 2:14, 2:21, 3:10, 3:16

## C

**Caberia** [1] - 48:23
**Cabranes** [1] - 47:5
**CABRANES** [21] - 1:14, 4:2, 4:22, 5:18, 7:15, 8:8, 8:12, 11:22, 13:4, 16:16, 16:23, 17:6, 18:3, 19:5, 24:13, 25:7, 33:8, 46:25, 52:19, 61:4, 63:25

**calculation** [1] - 7:11
**Calder** [11] - 7:14, 36:13, 36:17, 36:18, 39:5, 41:24, 41:25, 42:8, 42:9, 42:12, 44:17
**calendar** [1] - 4:3
**California** [1] - 37:17
**call** [2] - 5:20, 7:20
**called** [1] - 61:18
**campaign** [1] - 24:8
**camps** [3] - 9:4, 33:2, 33:5
**can** [15] - 7:15, 8:24, 11:12, 11:19, 14:17, 15:24, 16:3, 18:9, 18:18, 26:20, 43:25, 46:14, 46:23, 49:6, 56:2
**can't** [5] - 16:11, 17:23, 44:23, 57:5, 62:6
**cannot** [1] - 56:11
**carrying** [1] - 49:20
**Carter** [9] - 19:6, 19:8, 47:18, 52:12, 53:18, 53:23, 55:4, 56:3, 61:10
**CARTER** [20] - 2:14, 19:7, 24:16, 25:11, 25:23, 26:4, 26:17, 27:3, 27:20, 28:3, 28:11, 28:24, 29:9, 29:16, 30:17, 31:4, 31:7, 31:13, 31:15, 61:9
**CASE** [1] - 3:12
**case** [25] - 4:3, 4:18, 4:25, 6:11, 9:20, 11:15, 17:13, 18:11, 18:14, 21:14, 21:23, 23:5, 27:4, 32:24, 32:25, 33:3, 33:19, 33:20, 38:12, 38:14, 43:25, 52:8, 52:13, 54:23, 55:18
**cases** [3] - 5:17, 14:5, 23:2
**Casey** [1] - 9:10
**cash** [1] - 54:17
**casual** [1] - 34:19
**causal** [2] - 34:8, 37:6
**causation** [4] - 20:10, 21:2, 23:25, 56:7
**cause** [6] - 41:15, 56:3, 56:20, 56:22, 57:2
**caused** [1] - 50:3
**causes** [1] - 20:7
**ceased** [1] - 35:22
**Center** [1] - 9:16
**certain** [5] - 5:16, 55:5, 55:9, 57:7, 62:3
**certainly** [1] - 58:6
**Chain** [3] - 23:22, 57:19, 58:18
**chain** [5] - 34:8, 36:8, 37:6, 39:2, 57:10
**chairman** [4] - 23:18, 23:19, 55:7, 57:20
**challenge** [1] - 18:17
**chance** [1] - 62:24

**change** [1] - 52:10
**characterization** [1] - 34:21
**characterize** [2] - 7:24, 33:24
**chargeable** [1] - 29:22
**charged** [3] - 30:20, 63:15, 63:17
**charitable** [5] - 10:18, 17:21, 18:24, 21:25, 32:4
**charities** [16] - 13:15, 22:9, 23:18, 25:4, 35:20, 35:21, 39:25, 53:22, 54:12, 54:14, 55:3, 55:11, 57:8, 58:5, 60:12, 62:8
**charity** [8] - 23:9, 23:14, 26:19, 27:14, 44:20, 44:25, 55:10, 59:17
**charity's** [2] - 22:23, 54:2
**Chechnya** [3] - 45:19, 46:8, 48:5
**check** [1] - 6:16
**choice** [1] - 15:23
**choose** [1] - 34:11
**chosen** [2] - 46:4, 51:11
**Christopher** [1] - 52:22
**CHRISTOPHER** [1] - 3:16
**circle** [2] - 13:20, 34:18
**circuit** [2] - 42:7, 50:10
**CIRCUIT** [1] - 1:2
**Circuit's** [2] - 48:20, 48:21
**circuits** [1] - 50:9
**claim** [17] - 19:14, 20:5, 27:18, 28:2, 28:6, 28:9, 28:17, 28:18, 29:6, 29:10, 29:15, 29:16, 30:5, 30:14, 30:15, 30:18, 32:14
**claims** [11] - 5:24, 5:25, 19:13, 19:17, 19:24, 20:3, 21:5, 26:7, 26:9, 62:25
**Clayton** [1] - 56:14
**clear** [6] - 14:16, 32:9, 46:10, 51:14, 52:8, 56:17
**clearly** [2] - 24:6, 33:21
**client** [3] - 44:3, 52:22, 55:7
**clients** [2] - 35:17, 56:8
**close** [3] - 8:4, 9:7, 10:25
**closed** [1] - 64:11
**closely** [1] - 23:19
**closer** [2] - 8:14, 39:18
**co** [3] - 19:10, 22:3, 28:20
**co-conspiracy** [1] - 28:20
**co-counsel** [2] - 19:10, 22:3
**coincidence** [3] - 57:23, 59:13, 62:6
**Cole** [1] - 38:21
**collaboration** [1] - 62:12
**collaborative** [1] - 23:11
**colleague** [1] - 4:15

**come** [1] - 62:18
**Commercial** [3] - 17:2, 47:7, 47:12
**Commission** [4] - 25:13, 47:8, 47:21, 48:4
**Committee** [1] - 27:4
**common** [5] - 19:25, 28:18, 29:17, 29:20, 30:15
**complaint** [11] - 53:7, 53:14, 54:6, 54:7, 54:8, 55:24, 56:25, 59:16, 59:22, 61:20, 63:15
**complaints** [1] - 62:14
**completely** [1] - 42:5
**compliance** [1] - 32:10
**components** [7] - 5:5, 7:6, 8:19, 10:16, 11:2, 12:25, 17:20
**comprised** [1] - 59:2
**conceal** [1] - 62:9
**concede** [1] - 14:21
**concerning** [2] - 22:23, 26:10
**concession** [2] - 57:4
**conclusion** [1] - 60:4
**conclusions** [2] - 53:10, 54:25
**conclusory** [10] - 16:11, 37:24, 50:20, 53:8, 54:4, 55:21, 58:14, 58:19, 58:22, 60:2
**conduct** [16] - 12:4, 26:6, 26:8, 32:13, 32:15, 32:24, 37:2, 39:3, 39:7, 42:15, 42:17, 43:3, 43:9, 46:20, 62:24, 63:2
**Congress** [1] - 19:21
**conjunction** [2] - 8:17, 9:7
**connection** [1] - 53:21
**connections** [1] - 55:11
**consider** [1] - 62:21
**considered** [1] - 30:8
**consistent** [1] - 32:21
**conspiracy** [5] - 20:2, 28:20, 29:19, 30:23, 50:20
**conspired** [1] - 50:23
**constituted** [1] - 25:8
**contained** [1] - 20:14
**content** [2] - 53:14, 60:21
**context** [8] - 11:19, 13:18, 14:23, 18:25, 20:9, 42:10, 53:5, 56:4
**continue** [2] - 15:17, 45:25
**Continued** [1] - 3:2
**contradicted** [2] - 54:5, 55:23
**contrary** [1] - 45:13
**contrast** [1] - 6:22
**contributed** [2] - 9:14, 39:25

**contributes** [1] - 44:11
**contributing** [3] - 37:11, 37:13, 58:6
**contribution** [2] - 44:14, 44:24
**contributions** [4] - 6:14, 36:15, 38:15, 38:18
**control** [1] - 8:21
**coordinating** [1] - 5:15
**coordination** [3] - 7:4, 10:15, 12:24
**core** [1] - 53:21
**correct** [3] - 9:22, 25:11, 41:10
**Correct** [1] - 51:12
**correctly** [3] - 12:9, 39:5, 53:19
**could** [4] - 12:25, 13:5, 13:9, 38:14
**counsel** [5] - 4:6, 19:10, 22:3, 33:19, 64:5
**count** [3] - 43:16, 44:12, 44:18
**counter** [1] - 61:25
**counter-terrorism** [1] - 61:25
**countries** [2] - 51:7, 51:16
**course** [4] - 6:6, 42:9, 53:3, 62:19
**court** [30] - 4:12, 6:8, 8:6, 14:21, 15:16, 15:20, 18:19, 19:8, 30:7, 30:8, 31:16, 33:11, 33:18, 34:2, 34:9, 34:13, 38:12, 39:5, 40:9, 40:15, 43:21, 47:5, 47:16, 52:7, 52:22, 53:6, 57:12, 61:13, 63:14, 63:21
**COURT** [1] - 1:2
**Court** [12] - 12:2, 12:12, 18:14, 20:6, 24:2, 36:24, 40:12, 41:13, 50:9, 56:16, 57:11, 62:20
**Court's** [3] - 19:11, 21:3, 48:18
**court's** [6] - 19:16, 32:21, 33:15, 41:3, 48:22, 63:11
**courts** [2] - 42:7, 51:4
**cover** [2] - 26:20, 45:17
**COZEN** [1] - 2:10
**create** [1] - 49:6
**credited** [3] - 13:13, 14:17, 18:23
**Crescent** [3] - 47:7, 47:20, 47:24
**criminal** [2] - 24:22, 43:13
**critical** [4] - 22:2, 23:14, 46:17, 62:18
**critically** [1] - 22:7
**Cross** [2] - 47:25, 48:3
**crystal** [1] - 56:17

**cumulatively** [1] - 58:11
**Curran** [2] - 52:20, 52:22
**CURRAN** [7] - 3:16, 52:21, 58:10, 58:21, 59:14, 60:5, 61:7
**customers** [1] - 61:3

## D

**Daniels** [2] - 19:3, 34:6
**date** [2] - 22:11, 24:7
**DAY** [1] - 2:17
**DC** [5] - 2:7, 2:20, 3:9, 3:15, 48:21
**dealing** [3] - 7:17, 13:19, 45:15
**death** [1] - 49:25
**decade** [1] - 59:7
**December** [8] - 1:7
**decision** [6] - 6:8, 27:9, 38:11, 48:19, 48:20, 48:21, 52:18, 64:10
**decisions** [4] - 26:10, 51:5, 51:19
**defamation** [1] - 42:11
**defeat** [1] - 14:17
**defendant** [9] - 6:24, 7:9, 34:5, 39:7, 41:14, 42:16, 45:24, 60:22
**defendant's** [1] - 15:23
**defendants** [37] - 7:22, 8:15, 9:11, 9:20, 12:14, 18:16, 20:4, 20:9, 20:16, 20:20, 21:4, 21:5, 21:20, 21:24, 22:16, 22:25, 24:12, 30:20, 33:13, 33:24, 34:17, 34:19, 34:24, 35:14, 39:14, 39:22, 39:23, 46:6, 46:13, 46:21, 49:16, 49:18, 52:25, 53:16, 56:5, 57:16, 63:10
**defendants'** [5] - 4:18, 4:25, 10:6, 13:19, 14:21
**demurrer** [1] - 16:5
**denied** [2] - 17:12, 17:18
**Department** [2] - 40:7, 51:13
**depend** [1] - 51:8
**depends** [1] - 40:6
**deprive** [1] - 47:13
**depth** [2] - 62:11, 63:11
**derivative** [1] - 49:3
**derives** [2] - 56:13, 56:14
**describe** [1] - 36:15
**designated** [2] - 5:8, 9:8
**destruction** [1] - 10:20
**detail** [2] - 20:15, 21:17
**detailed** [1] - 16:14
**details** [1] - 25:2
**determinations** [1] - 19:4

**determine** [2] - 18:12, 63:2
**deterrent** [1] - 19:23
**development** [1] - 22:3
**did** [10] - 10:2, 21:12, 31:2, 31:22, 34:6, 39:23, 39:24, 41:7, 47:18, 52:15
**didn't** [2] - 6:19, 22:21
**differ** [1] - 14:6
**difference** [1] - 14:7
**different** [10] - 5:25, 8:9, 8:10, 14:11, 14:20, 33:19, 35:10, 37:18, 45:4, 50:22
**differently** [1] - 7:25
**direct** [7] - 7:18, 7:19, 11:7, 18:8, 24:12, 26:12, 34:14
**directed** [4] - 9:25, 35:8, 36:2, 39:16
**directing** [2] - 4:20, 5:3
**direction** [1] - 13:2
**directly** [4] - 8:16, 8:22, 9:21, 32:3
**Director** [1] - 55:16
**director** [1] - 57:18
**directors** [2] - 11:4, 13:17
**discounting** [2] - 13:15, 13:17
**discovery** [12] - 12:3, 12:4, 14:11, 14:12, 14:15, 16:8, 16:17, 16:20, 17:7, 17:16, 17:19, 18:2
**discretion** [3] - 31:17, 32:16, 32:17
**discretionary** [9] - 26:2, 26:5, 29:5, 31:11, 51:23, 52:11, 52:14, 52:15, 62:23
**discriminatory** [1] - 55:17
**discussion** [1] - 62:19
**dismissal** [3] - 19:12, 41:9, 56:8
**dismissed** [2] - 40:23, 53:2
**dismissing** [5] - 19:17, 20:3, 21:3, 21:4, 40:16
**disputed** [1] - 46:22
**distributed** [1] - 52:6
**distribution** [3] - 25:25, 26:24, 29:4
**District** [8] - 12:2, 12:12, 18:14, 19:11, 20:5, 21:2, 24:2, 62:20
**district** [3] - 19:16, 47:16, 53:6
**diverted** [1] - 54:15
**do** [12] - 10:18, 12:3, 15:8, 15:10, 16:3, 18:5, 18:7, 18:18, 38:2, 51:16, 52:14, 59:5
**document** [2] - 23:22, 58:20
**documented** [2] - 22:8, 22:24

**documents** [1] - 25:2
**Doe** [5] - 31:16, 32:22, 52:12, 52:13, 63:12
**does** [10] - 6:24, 14:3, 15:14, 18:22, 47:13, 48:13, 50:17, 52:10, 60:8, 60:10
**doesn't** [4] - 15:7, 16:13, 25:25, 60:23
**doing** [3] - 32:10, 55:3, 60:13
**dollars** [1] - 59:11
**don't** [6] - 15:17, 45:23, 45:25, 56:23, 59:15, 59:20
**donations** [1] - 59:6
**done** [2] - 35:25, 57:5
**donors** [2] - 34:20, 54:16
**down** [2] - 13:23, 37:17
**dozen** [1] - 50:22
**drag** [2] - 15:19, 51:18
**dragged** [1] - 51:3
**draw** [2] - 10:24, 11:5
**drawn** [2] - 46:14, 46:23
**drew** [1] - 39:6
**driver** [1] - 60:7
**dropped** [1] - 5:12
**due** [2] - 41:22, 47:14
**during** [2] - 21:7, 62:18

**E**

**East** [1] - 50:17
**editor** [1] - 36:21
**effect** [1] - 50:11
**effects** [1] - 51:6
**efficient** [1] - 18:20
**effort** [1] - 64:6
**efforts** [3] - 45:16, 46:8
**egos** [1] - 26:13
**either** [5] - 12:19, 15:19, 18:9, 49:17, 58:11
**element** [1] - 42:6
**elements** [5] - 16:12, 20:17, 42:13, 42:21, 63:12
**else** [2] - 31:6, 45:9
**embassy** [2] - 9:17, 57:21
**emphasize** [1] - 15:9
**emphasizing** [1] - 56:18
**employee** [1] - 49:10
**employees** [2] - 48:7, 49:16
**employment** [1] - 49:12
**enables** [1] - 37:16
**enabling** [1] - 33:6
**ends** [1] - 27:13
**enemies** [1] - 27:23
**engage** [2] - 31:17, 32:18
**engaged** [3] - 24:8, 48:16, 52:3
**enjoys** [1] - 25:13
**enough** [9] - 40:19, 43:10,

43:18, 44:9, 44:13, 49:4, 50:24, 60:18, 60:19
**Enquirer** [4] - 36:20, 37:9, 37:11, 37:16
**enterprise** [1] - 36:16
**entire** [2] - 17:22, 63:7
**entirely** [1] - 10:24
**entirety** [1] - 54:23
**entities** [9] - 5:4, 6:21, 8:18, 25:22, 26:9, 27:2, 28:5, 29:22, 30:16
**entitlement** [1] - 15:4
**entity** [2] - 8:25, 21:18
**equivalent** [2] - 14:14, 47:25
**error** [2] - 21:10, 24:3
**errors** [1] - 13:14
**essentially** [4] - 6:16, 16:4, 28:19, 54:21
**establish** [5] - 6:12, 17:11, 17:25, 18:22, 53:15
**established** [2] - 10:14, 61:21
**establishes** [1] - 7:10
**EVANS** [1] - 3:5
**even** [5] - 37:7, 37:12, 38:17, 44:25, 60:24
**eventually** [1] - 62:12
**every** [1] - 23:12
**evidence** [1] - 12:21
**evidentiary** [1] - 24:21
**exactly** [4] - 18:5, 39:23, 41:24, 60:17
**example** [4] - 8:24, 23:6, 31:22, 34:12
**exception** [5] - 26:2, 26:3, 29:5, 31:12, 48:13, 49:2, 49:24, 63:13, 63:20
**exceptions** [1] - 48:12
**exclusive** [1] - 52:18
**executives** [1] - 23:15
**exercise** [3] - 32:16, 43:18, 44:13
**exists** [1] - 6:23
**expect** [1] - 43:20
**explained** [1] - 62:6
**explicit** [1] - 49:5
**expressing** [1] - 42:22
**expressly** [6] - 36:25, 39:3, 42:6, 42:16, 42:25, 46:19
**extended** [1] - 51:17
**extensive** [1] - 64:7
**extensively** [1] - 15:2
**extent** [7] - 20:8, 27:15, 36:4, 38:6, 41:13, 42:23, 57:3
**extraordinary** [1] - 57:23

**F**

**face** [1] - 63:14
**facie** [1] - 14:5
**facilities** [3] - 26:22, 27:8, 28:23
**fact** [9] - 14:13, 20:21, 22:19, 28:21, 32:7, 43:6, 52:10, 53:20, 54:5
**factored** [1] - 53:10
**facts** [5] - 11:13, 13:9, 16:9, 16:14, 17:10
**factual** [8] - 21:9, 24:3, 53:11, 53:13, 54:20, 54:24, 55:23, 60:20
**failure** [3] - 19:13, 20:5, 52:9
**fair** [1] - 55:13
**fall** [1] - 25:25
**falling** [1] - 29:4
**family** [3] - 23:19, 34:15, 35:5
**far** [2] - 22:24, 61:2
**far-flung** [1] - 61:2
**fatal** [1] - 6:4
**Fatwas** [1] - 46:2
**FBI** [1] - 55:15
**features** [1] - 7:8
**federal** [1] - 61:24
**felt** [3] - 42:4, 42:19, 43:5
**few** [1] - 53:18
**fide** [1] - 54:13
**figures** [3] - 8:18, 9:8, 12:24
**filed** [1] - 33:14
**final** [1] - 4:3
**financed** [1] - 31:2
**financial** [2] - 23:12, 52:24
**financier** [1] - 23:21
**financing** [2] - 31:10, 32:2
**finding** [1] - 36:25
**finds** [1] - 18:19
**First** [4] - 20:14, 35:13, 48:14, 59:15
**first** [4] - 12:7, 14:9, 15:20, 34:9
**fit** [3] - 34:2, 34:21, 49:23
**flung** [1] - 61:2
**focus** [2] - 13:7, 26:5
**focused** [4] - 6:13, 6:17, 20:6, 24:2
**FOGEL** [1] - 3:5
**folks** [1] - 62:5
**follow** [1] - 4:16
**following** [1] - 54:12
**FOR** [1] - 1:2
**forbearance** [1] - 64:7
**forces** [1] - 32:9
**Foreign** [5] - 19:15, 28:9,

28:11, 28:15, 62:16
**foreign** [11] - 28:4, 37:2, 47:9, 49:6, 49:9, 49:10, 50:5, 51:4, 51:7, 51:9, 51:18
**foresee** [1] - 43:3
**foreseeability** [2] - 43:9, 43:10
**form** [2] - 32:25, 33:3
**formally** [1] - 5:11
**formation** [2] - 22:11, 24:8
**formed** [2] - 24:14, 24:19
**forms** [5] - 26:6, 26:8, 29:12, 32:13, 62:25
**forth** [1] - 14:9
**forum** [3] - 42:4, 42:20, 43:5
**forward** [2] - 11:15, 24:10
**found** [8] - 6:8, 8:6, 9:11, 25:14, 39:25, 40:10, 53:6, 63:21
**foundational** [1] - 25:3
**founder** [1] - 35:18
**founding** [1] - 61:17
**four** [1] - 36:14
**fourth** [1] - 5:11
**frame** [1] - 14:18
**framework** [2] - 14:10, 15:22
**from** [24] - 4:10, 5:24, 5:25, 6:16, 10:25, 11:13, 18:6, 22:11, 24:7, 24:9, 24:25, 30:11, 33:8, 42:6, 46:14, 48:11, 50:2, 51:25, 53:7, 56:13, 56:14, 60:24, 60:25, 62:9
**front** [1] - 19:3
**fronts** [4] - 22:20, 23:14, 37:12, 37:13
**FSIA** [2] - 47:13, 48:12
**fully** [3] - 22:4, 23:3, 24:24
**function** [8] - 26:5, 29:5, 31:11, 51:23, 52:11, 52:14, 52:16, 62:23
**fundamental** [1] - 31:18
**funding** [2] - 44:19, 44:21
**funds** [5] - 9:3, 25:25, 29:4, 54:15, 57:9
**funneling** [1] - 61:22
**funnels** [1] - 59:10
**further** [2] - 4:21, 38:19
**furthering** [1] - 5:3

## G

**GAUCH** [14] - 2:21, 33:10, 35:11, 37:24, 38:11, 39:20, 40:5, 40:14, 40:20, 41:21, 44:5, 44:16, 45:12, 46:9
**Gauch** [2] - 33:9, 33:11

**gave** [3] - 9:25, 34:8, 39:12
**General** [5] - 40:21, 40:22, 41:23, 42:22, 55:15
**general** [2] - 46:11, 46:18
**generally** [3] - 42:8, 42:12, 46:5
**get** [5] - 13:10, 15:11, 29:2, 37:8, 51:15
**gets** [2] - 36:8, 39:2
**give** [4] - 8:24, 20:18, 22:14, 23:3
**gives** [2] - 28:2, 60:21
**giving** [1] - 43:16
**global** [1] - 44:7
**go** [5] - 9:3, 18:9, 27:10, 33:16, 35:9
**Go** [1] - 13:4
**going** [7] - 10:3, 16:3, 19:6, 38:15, 45:9, 45:10, 61:10
**Golden** [3] - 23:22, 57:18, 58:18
**got** [1] - 43:14
**governing** [1] - 18:21
**government** [5] - 5:9, 5:10, 9:9, 24:21, 41:19
**granted** [2] - 12:10, 18:13
**grateful** [1] - 64:6
**greater** [1] - 62:10
**ground** [2] - 26:15, 40:18, 56:7
**group** [2] - 16:25, 17:14
**growth** [1] - 22:2

## H

**had** [10] - 10:3, 16:7, 36:24, 36:25, 48:4, 52:13, 55:2, 60:7, 62:20, 63:22
**hailed** [2] - 15:16, 43:20
**Haj** [2] - 57:21, 60:3
**hand** [2] - 6:21, 62:8
**handful** [1] - 5:4
**handling** [1] - 61:10
**HANSEN** [1] - 3:4
**happened** [1] - 50:15
**harm** [3] - 7:12, 36:10, 43:4
**harming** [1] - 5:7
**has** [28] - 5:10, 14:18, 14:21, 27:18, 30:4, 32:14, 32:15, 34:2, 38:7, 38:20, 39:6, 42:14, 42:15, 42:18, 44:21, 46:13, 48:7, 51:13, 53:23, 56:16, 57:20, 57:22, 60:3, 60:20, 61:2, 61:5, 62:18, 62:20
**haven** [1] - 29:13
**head** [2] - 39:15, 52:2
**hear** [2] - 4:10, 33:8
**heard** [2] - 59:19, 61:13

**hearing** [3] - 5:23, 12:15, 16:2
**held** [2] - 23:19, 54:13
**helm** [1] - 35:2
**hence** [1] - 48:11
**Hess** [1] - 57:24
**highly** [1] - 34:7
**hijackers** [2] - 49:15, 57:25
**himself** [3] - 5:17, 23:2, 23:20
**hinge** [1] - 53:21
**hinges** [2] - 4:18, 4:25
**hold** [3] - 35:2, 35:5, 40:19
**holding** [1] - 32:21
**HON** [3] - 1:14, 1:15, 1:17
**Honor** [19] - 6:7, 24:16, 25:12, 25:23, 26:4, 26:18, 27:3, 27:20, 28:3, 29:9, 30:2, 30:18, 31:4, 31:13, 39:21, 45:12, 46:9, 61:9, 63:24
**hope** [1] - 12:18
**hotel** [1] - 57:24
**how** [10] - 8:3, 8:8, 8:12, 12:3, 14:5, 29:3, 30:25, 31:5, 52:5, 59:5
**How** [3] - 8:10, 25:24, 31:6
**however** [3] - 14:15, 18:19, 34:11
**HUBER** [1] - 3:4
**humanitarian** [5] - 26:11, 47:23, 48:4, 52:3, 54:14
**humanity** [1] - 31:19
**hussein** [1] - 57:22

## I

**idea** [1] - 62:7
**identified** [2] - 23:13, 23:20
**III** [7] - 5:20, 6:2, 6:3, 7:13, 7:22, 8:3, 40:10
**IIRO** [6] - 8:25, 9:21, 34:12, 34:13, 57:19, 58:6
**illustrative** [1] - 23:6
**imbedded** [3] - 21:22, 23:16, 26:25
**Imbedding** [1] - 26:18
**imbedding** [1] - 29:18
**immune** [1] - 48:11
**Immunities** [5] - 19:15, 28:10, 28:12, 28:16, 62:17
**immunity** [2] - 25:21, 47:10
**impact** [1] - 42:19
**imperfectly** [1] - 7:16
**implementing** [1] - 52:4
**implicate** [1] - 19:19
**implicated** [1] - 22:10
**implications** [1] - 18:24
**important** [1] - 43:2
**imposed** [1] - 64:4

**impossible** [1] - 27:12
**improper** [1] - 21:8
**improperly** [1] - 18:13
**inadequate** [1] - 40:10
**inaudible** [1] - 35:23
**Inaudible)** [2] - 40:3, 58:17
**include** [2] - 15:7, 27:5
**included** [2] - 9:15, 43:22
**including** [7] - 5:16, 21:23, 29:12, 29:13, 29:17, 50:9
**inconsistent** [1] - 62:10
**incorporated** [1] - 24:24
**incorrect** [1] - 41:16
**independent** [1] - 5:13
**indicate** [1] - 13:2
**indicated** [3] - 18:15, 19:10, 22:4
**indicates** [3] - 15:22, 44:12, 63:8
**indication** [1] - 42:15
**indifference** [1] - 20:21
**indirect** [2] - 6:13, 7:21
**indirectly** [1] - 32:4
**individual** [4] - 36:5, 36:6, 39:7, 46:21, 46:22, 57:15
**individually** [1] - 58:11
**individuals** [3] - 9:24, 21:21, 55:5
**inference** [6] - 10:24, 11:6, 11:20, 20:19, 22:15, 23:4
**inferences** [2] - 46:14, 46:23
**inferred** [1] - 11:13
**influence** [1] - 8:21
**information** [1] - 53:25
**infrastructure** [4] - 11:9, 21:23, 22:5, 23:17
**injure** [1] - 43:15
**injury** [6] - 41:16, 44:15, 45:7, 48:25, 49:25, 63:8
**inner** [2] - 13:20, 34:18
**inquiry** [2] - 14:10, 16:6
**insofar** [1] - 26:25
**instance** [4] - 12:8, 27:5, 61:16, 62:22
**institution** [2] - 52:25, 59:10
**instruction** [1] - 13:6
**instrumental** [1] - 55:17
**instrumentalities** [1] - 48:10
**insufficient** [3] - 6:10, 6:11, 53:15
**integrated** [2] - 5:5, 22:4
**intend** [2] - 38:17, 41:15
**intended** [2] - 19:22, 38:8
**intent** [13] - 6:12, 10:6, 10:12, 10:14, 10:17, 11:6, 11:12, 11:20, 12:23, 20:23,

37:22, 41:5, 41:18
**intention** [1] - 57:7
**intentional** [2] - 11:16, 12:5
**interested** [1] - 5:23
**interests** [1] - 38:20
**International** [1] - 48:2
**international** [1] - 31:19
**interrelationships** [1] - 62:4
**introductions** [1] - 33:16
**investigation** [1] - 61:25
**investigations** [1] - 62:13
**involved** [2] - 5:15, 27:16, 35:22
**involvement** [3] - 6:20, 7:19, 26:13
**Iqbal** [9] - 14:14, 14:22, 14:24, 15:10, 16:14, 53:4, 55:14, 60:17, 60:18
**Iqbal-Twombly** [1] - 14:14
**Islam** [1] - 27:23
**isolated** [1] - 23:8
**issue** [16] - 12:8, 13:10, 13:16, 13:21, 18:4, 20:4, 21:2, 21:16, 22:8, 32:23, 33:15, 40:25, 43:24, 47:19, 51:2, 63:3
**issues** [6] - 4:15, 4:17, 17:4, 20:10, 62:17, 62:22
**itself** [4] - 54:4, 55:14, 58:15, 62:20

---

**J**

**JAMES** [1] - 2:21
**James** [1] - 33:11
**JED** [1] - 1:17
**Joint** [3] - 47:8, 47:21, 48:3
**joint** [1] - 33:21
**JONES** [1] - 2:17
**JOSE** [1] - 1:14
**Judge** [4] - 9:10, 19:3, 34:6, 47:4
**JUDGE** [60] - 4:2, 4:22, 5:18, 7:15, 8:8, 8:12, 9:22, 10:10, 10:17, 11:11, 11:22, 13:4, 13:22, 15:11, 15:13, 16:16, 16:23, 17:6, 18:3, 19:5, 24:13, 25:7, 25:17, 25:24, 26:16, 26:23, 27:15, 27:25, 28:8, 28:22, 28:25, 29:14, 30:9, 30:25, 31:6, 31:8, 31:14, 33:8, 34:23, 37:20, 38:3, 39:10, 40:3, 40:7, 40:17, 41:11, 43:12, 44:8, 45:3, 45:22, 46:25, 49:22, 51:8, 52:19, 57:13, 58:17, 59:8, 59:25, 61:4, 63:25

**judgment** [3] - 12:15, 15:25, 18:18
**judicial** [1] - 54:21
**jurisdiction** [16] - 4:15, 6:4, 6:23, 13:24, 15:19, 17:17, 18:5, 18:22, 28:13, 28:15, 33:12, 40:24, 43:11, 43:19, 44:14, 47:15
**jurisdictional** [5] - 15:6, 16:5, 16:17, 16:20, 17:7
**Justice** [3] - 14:25, 40:8

---

**K**

**K-For** [1] - 32:9
**KELLOGG** [5] - 3:4, 3:10, 47:4, 50:8, 51:12
**Kellogg** [1] - 47:3
**Kennedy** [1] - 14:25
**Kenya** [1] - 38:23
**key** [4] - 33:22, 41:23, 44:18, 62:5
**Khalifa** [1] - 9:12
**kind** [2] - 23:23, 32:14
**King** [1] - 43:7
**Kingdom** [1] - 48:10
**KLINGLER** [19] - 2:8, 4:11, 4:24, 6:6, 7:23, 8:10, 8:14, 10:8, 10:13, 10:22, 11:18, 12:7, 13:5, 14:8, 15:21, 16:19, 17:3, 17:8, 18:9
**Klingler** [6] - 4:10, 4:12, 4:23, 5:18, 59:19, 61:5
**knew** [7] - 37:25, 38:4, 38:8, 44:3, 49:18, 55:2, 55:16
**know** [11] - 10:19, 14:20, 15:11, 15:12, 28:25, 30:13, 35:4, 38:19, 38:21, 45:10, 55:2
**knowing** [6] - 6:9, 7:3, 10:2, 11:16, 12:5
**Knowing** [2] - 10:9, 10:13
**knowingly** [1] - 31:24
**knowledge** [10] - 10:11, 12:22, 20:22, 37:20, 42:3, 42:18, 53:15, 55:20, 58:4, 60:11
**known** [1] - 35:8
**Kosovo** [5] - 27:8, 28:23, 30:12, 31:22, 48:5

---

**L**

**lack** [2] - 6:18, 40:23
**Laden** [5] - 5:17, 16:25, 17:14, 21:7, 23:2
**laid** [4] - 24:11, 33:21, 34:3, 46:13

**language** [7] - 15:3, 15:8, 36:14, 41:2, 41:14, 56:12, 56:18
**large** [1] - 55:22
**later** [1] - 59:7
**latter** [1] - 14:9
**law** [12] - 19:25, 28:17, 28:18, 29:17, 29:20, 30:15, 31:19, 31:20, 32:6, 32:11, 43:7, 63:3
**lay** [1] - 42:13
**lead** [2] - 11:20, 43:4
**leader** [1] - 35:19
**leaders** [4] - 7:5, 8:23, 10:15, 35:15
**leading** [3] - 5:13, 7:19, 59:7
**least** [6] - 6:9, 12:12, 20:20, 21:4, 34:24, 58:6
**leave** [1] - 33:15
**leaving** [1] - 54:17
**led** [1] - 62:12
**left** [2] - 21:13, 55:19
**legal** [2] - 21:9, 53:10
**legitimate** [1] - 47:23
**length** [1] - 25:5
**less** [2] - 8:13
**lesser** [1] - 20:8
**level** [3] - 26:15, 30:2, 30:3
**liability** [6] - 19:20, 20:2, 29:19, 49:3, 49:6, 50:18
**liable** [2] - 40:19, 60:22
**libel** [1] - 37:16
**libelous** [1] - 36:23
**lift** [1] - 4:22
**light** [1] - 39:5
**limitation** [1] - 63:23
**limitations** [1] - 64:4
**limited** [1] - 45:24
**line** [3] - 9:17, 39:6, 41:4
**link** [5] - 17:23, 17:25, 18:24, 24:12, 59:5
**linking** [1] - 20:15
**links** [1] - 60:15
**list** [2] - 58:25, 59:2
**literature** [1] - 5:21
**litigation** [1] - 41:9
**little** [1] - 11:24
**lived** [1] - 37:3
**LLP** [1] - 2:4
**local** [3] - 31:19, 32:6, 32:11
**look** [3] - 34:4, 36:5, 42:12
**looked** [1] - 42:8
**looking** [1] - 44:25
**lose** [1] - 17:15
**lost** [1] - 30:9
**Louisiana** [1] - 2:19

---

**M**

**made** [3] - 46:17, 52:8, 56:24
**main** [2] - 45:5, 45:10
**maintained** [1] - 23:8
**make** [10] - 11:8, 15:15, 15:18, 19:3, 24:17, 33:25, 46:10, 47:11, 51:20, 57:14
**makes** [4] - 14:16, 16:10, 51:5, 58:3
**making** [1] - 32:9
**manage** [1] - 6:19
**managers** [1] - 11:4
**managing** [1] - 57:18
**many** [3] - 23:2, 60:25
**Market** [1] - 2:12
**material** [8] - 29:10, 30:11, 32:18, 36:19, 37:8, 50:4, 50:14, 52:17
**matter** [3] - 11:25, 12:16, 64:9
**may** [5] - 5:19, 11:23, 47:5, 51:22
**May** [5] - 4:11, 13:3, 19:7, 33:10, 52:21
**me** [7] - 5:19, 30:11, 34:23, 43:16, 44:12, 44:18, 51:22
**mean** [2] - 46:4, 51:10
**meaning** [1] - 54:16
**meaningless** [1] - 43:8
**means** [1] - 56:19
**meet** [1] - 20:24
**meetings** [1] - 25:3
**member** [4] - 5:22, 21:19, 24:23, 48:2
**members** [3] - 26:19, 27:6, 62:5
**mental** [2] - 20:6, 21:15
**mere** [3] - 53:8, 56:20, 62:6
**merely** [4] - 22:22, 23:6, 26:17, 27:9
**merits** [1] - 12:13
**met** [1] - 63:22
**MICHAEL** [1] - 3:10
**microphone** [1] - 4:23
**Middle** [1] - 50:16
**might** [5] - 6:10, 7:20, 43:4, 60:6, 60:7
**million** [1] - 61:3
**millions** [2] - 59:10, 59:11
**mindful** [1] - 64:3
**minority** [1] - 42:23
**minutes** [1] - 61:6
**misconduct** [4] - 48:16, 48:24, 50:11, 50:12
**missing** [2] - 29:8, 31:3
**Mohammad** [1] - 6:17

**moment** [1] - 11:24
**moments** [1] - 53:18
**money** [21] - 9:25, 10:2, 10:6, 26:16, 26:18, 26:25, 27:10, 29:12, 31:23, 33:4, 35:9, 36:9, 37:15, 39:12, 39:17, 43:17, 44:11, 45:9, 45:17, 52:6, 60:13
**monitor** [1] - 52:9
**months** [1] - 5:13
**most** [3] - 20:16, 23:13, 42:7
**motion** [2] - 12:17, 14:18
**motions** [2] - 12:9, 18:12
**move** [4] - 12:14, 12:15, 15:24, 16:2
**MR** [59] - 4:11, 4:24, 6:6, 7:23, 8:10, 8:14, 10:8, 10:13, 10:22, 11:18, 12:7, 13:5, 14:8, 15:21, 16:19, 17:3, 17:8, 18:9, 19:7, 24:16, 25:11, 25:23, 26:4, 26:17, 27:3, 27:20, 28:3, 28:11, 28:24, 29:9, 29:16, 30:17, 31:4, 31:7, 31:13, 31:15, 33:10, 35:11, 37:24, 38:11, 39:20, 40:5, 40:14, 40:20, 41:21, 44:5, 44:16, 45:12, 46:9, 47:4, 50:8, 51:12, 52:21, 58:10, 58:21, 59:14, 60:5, 61:7, 61:9
**Mueller** [1] - 55:16
**Mujahideen** [1] - 59:4
**multiple** [1] - 60:15
**must** [4] - 41:15, 48:25, 50:12, 63:9

**N**

**N.W** [4] - 2:6, 2:19, 3:7, 3:14
**narrower** [1] - 56:21
**National** [7] - 16:25, 36:20, 37:9, 37:11, 37:15, 47:6, 47:12
**national** [4] - 6:14, 13:15, 41:6, 64:5
**NCB** [4] - 16:21, 17:13, 17:17, 17:24
**NCB's** [1] - 17:19
**necessarily** [2] - 39:21, 56:19
**necessary** [5] - 6:12, 13:9, 24:17, 41:20, 46:12
**need** [3] - 15:3, 16:13, 34:22
**needs** [2] - 16:9, 62:24
**neither** [2] - 48:6, 48:15

**network** [2] - 61:18, 61:19
**never** [2] - 14:22, 62:20
**nexus** [2] - 8:3, 10:25
**no** [13] - 10:17, 31:16, 32:17, 36:24, 39:9, 40:21, 49:14, 49:17, 53:3, 55:13, 59:14, 63:21
**No** [6] - 28:24, 31:13, 40:5, 58:21, 60:14
**nonactive** [1] - 6:15
**noncommercial** [1] - 26:3
**nondiscretionary** [1] - 63:5
**note** [1] - 34:10
**nothing** [1] - 52:13
**notion** [1] - 21:11
**notorious** [1] - 20:17
**number** [8] - 25:17, 34:25, 42:9, 44:22, 57:21, 59:19, 60:3, 60:8

**O**

**O'Brien** [1] - 48:20
**O'CONNOR** [1] - 2:10
**object** [2] - 37:3, 45:11
**objective** [2] - 5:6, 45:6
**objectives** [2] - 44:22, 45:5
**obligating** [1] - 10:10
**observed** [1] - 31:16
**obviously** [2] - 16:7, 36:10
**occur** [2] - 48:25, 63:9
**occurred** [1] - 63:19
**OF** [1] - 1:2
**off** [1] - 11:23
**offered** [1] - 50:21
**office** [1] - 49:12
**offices** [1] - 48:7
**official** [1] - 49:10
**officials** [5] - 5:16, 9:18, 9:19, 11:2, 49:15
**omission** [1] - 49:9
**omitting** [1] - 41:23
**once** [1] - 15:15
**one** [10] - 9:11, 13:23, 16:6, 23:13, 35:20, 39:10, 39:18, 41:17, 48:11, 62:8
**One** [1] - 35:17
**only** [7] - 7:3, 28:9, 43:2, 47:11, 52:16, 54:8, 55:22
**operate** [2] - 6:19, 11:3
**operating** [3] - 4:19, 5:2, 31:21
**operation** [3] - 38:23, 44:7, 58:7
**operations** [2] - 9:5, 13:19
**operative** [1] - 54:8
**operators** [1] - 13:16
**opinion** [2] - 34:9, 41:3
**opinions** [1] - 15:2

**opportunity** [1] - 62:21
**opposed** [1] - 7:20
**orchestrated** [1] - 55:16
**order** [3] - 15:16, 33:25, 51:15
**organization** [4] - 9:10, 32:19, 35:23, 48:7
**organizations** [20] - 5:9, 11:8, 11:9, 17:21, 18:25, 21:21, 21:25, 22:18, 32:3, 32:5, 35:2, 35:7, 35:16, 39:13, 39:16, 47:24, 50:23, 52:2, 61:23
**Osama** [3] - 5:17, 21:6, 23:2
**Otherwise** [1] - 50:25
**otherwise** [3] - 4:20, 5:3, 6:20
**outset** [1] - 15:18
**overruled** [1] - 52:13
**overseas** [2] - 35:17, 50:16
**overwhelming** [2] - 20:15, 53:25
**own** [1] - 58:25

**P**

**p.m** [1] - 1:8
**PA** [1] - 2:13
**pages** [1] - 54:11
**paint** [1] - 34:16
**panel** [1] - 5:22
**panoply** [1] - 62:4
**parallel** [1] - 15:6
**parcel** [1] - 27:21
**part** [8] - 27:21, 31:5, 31:10, 53:16, 55:21, 55:23, 58:7, 60:11
**participants** [1] - 33:25
**participate** [1] - 6:24
**participated** [1] - 49:19
**participating** [1] - 8:16
**participation** [3] - 12:21, 13:11, 27:6
**particular** [6] - 16:21, 16:22, 32:7, 34:10, 51:20, 55:7
**particularly** [3] - 5:23, 17:16, 50:19
**parties** [1] - 16:21
**pass** [1] - 57:8
**passage** [1] - 41:25
**passed** [1] - 59:17
**patient** [1] - 35:23
**pause** [1] - 34:9
**people** [5] - 8:21, 35:5, 36:18, 37:8, 39:14
**perceive** [1] - 38:14
**perceived** [1] - 27:23

**percent** [1] - 9:2
**perform** [1] - 26:20
**perhaps** [2] - 37:14, 56:2
**Persinger** [1] - 48:21
**person** [2] - 36:6, 44:23
**personal** [9] - 4:14, 6:4, 6:23, 13:24, 18:4, 33:12, 43:18, 44:13, 47:15
**pertain** [1] - 25:18
**pervasively** [1] - 22:17
**petitioners** [1] - 36:17
**phase** [2] - 19:12, 21:7
**Philadelphia** [1] - 2:13
**phone** [3] - 57:20, 60:3, 60:7
**phonetic** [1] - 52:8
**piece** [1] - 41:23
**pieces** [1] - 60:24
**place** [2] - 15:20, 50:12
**plain** [1] - 63:7
**plaintiff** [3] - 4:13, 19:9, 60:23
**plaintiff's** [1] - 16:6, 53:20
**plaintiff-appellants** [1] - 19:9
**Plaintiffs** [2] - 20:11, 28:13
**plaintiffs** [10] - 20:23, 23:7, 33:23, 36:11, 37:5, 43:13, 44:5, 54:22, 56:24, 63:22
**plaintiffs'** [2] - 19:19, 19:24
**planning** [1] - 49:20
**plausibility** [3] - 14:2, 14:5, 15:15
**plausible** [8] - 15:18, 38:7, 38:8, 50:6, 58:4, 58:9, 58:10, 60:21
**plausibly** [1] - 60:10
**play** [1] - 41:8
**plead** [2] - 28:14, 41:18
**pleading** [3] - 19:12, 28:17, 30:4
**pleadings** [8] - 10:23, 20:14, 20:17, 21:11, 21:16, 22:6, 24:11, 24:18
**PLLC** [1] - 3:5
**plots** [1] - 22:10
**plotting** [1] - 27:7
**point** [13] - 11:23, 24:9, 33:22, 36:7, 43:8, 44:19, 46:11, 46:17, 47:11, 49:5, 51:23, 62:3, 62:18
**police** [1] - 52:9
**policies** [1] - 52:5
**policy** [3] - 51:4, 51:19, 55:18
**portion** [1] - 57:9
**position** [3] - 13:25, 40:12, 40:14
**positions** [2] - 35:3, 35:6

**post** [2] - 14:11, 18:2
**Post** [1] - 14:12
**powerful** [1] - 19:22
**pre** [1] - 14:11
**Pre** [1] - 14:15
**Pre-discovery** [1] - 14:15
**precepts** [1] - 31:18
**precise** [1] - 32:22
**precisely** [1] - 62:14
**precluded** [1] - 31:11
**predicated** [1] - 21:8
**prepared** [1] - 11:15
**present** [1] - 23:24
**presented** [1] - 53:11
**pretense** [1] - 5:12
**prevail** [3] - 11:25, 15:10, 20:11
**previously** [2] - 30:7, 30:8
**prima** [1] - 14:5
**Prince** [1] - 6:17
**princes** [6] - 6:15, 38:14, 38:25, 39:11, 39:24, 40:22
**princes'** [1] - 8:5
**principal** [1] - 23:21
**principally** [2] - 19:19, 20:6
**principle** [1] - 48:23
**principles** [2] - 18:21, 29:18
**Pristina** [1] - 27:8
**problem** [2] - 36:24, 63:21
**proceed** [2] - 12:13, 15:25
**proceeds** [1] - 18:15
**process** [1] - 47:14
**proffer** [1] - 24:21
**program** [2] - 12:3, 27:21
**prohibited** [1] - 63:3
**prohibiting** [1] - 31:25
**prominently** [1] - 7:8
**prompted** [1] - 32:8
**proper** [1] - 13:6
**properly** [2] - 13:13, 40:23
**propose** [1] - 12:4
**prosecution** [1] - 24:22
**prove** [3] - 10:11, 44:2, 60:9
**provide** [3] - 44:18, 44:19, 50:15
**provided** [3] - 21:6, 23:10, 24:22
**providing** [8] - 30:11, 33:2, 33:4, 36:19, 37:14, 44:20, 44:24, 63:16
**provision** [1] - 29:10
**proxies** [1] - 22:19
**proximate** [5] - 56:2, 56:6, 56:19, 56:21, 57:2
**public** [4] - 22:22, 53:24, 62:10, 62:13
**publicly** [1] - 22:9
**purpose** [8] - 10:7, 25:9,

37:21, 43:14, 43:23, 44:3, 44:9, 61:21
**purposes** [2] - 54:14, 62:22
**pursuant** [3] - 19:13, 19:14, 19:17
**pursuing** [1] - 37:5
**put** [2] - 6:2, 51:25

## Q

**Qaeda** [71] - 5:6, 5:12, 5:16, 7:5, 8:5, 8:17, 8:19, 8:22, 8:23, 9:4, 9:8, 10:3, 10:16, 11:2, 11:10, 12:24, 13:21, 17:20, 17:24, 21:11, 21:18, 21:22, 22:10, 22:19, 22:20, 23:9, 23:21, 24:6, 24:15, 24:23, 25:3, 25:8, 26:14, 26:19, 27:11, 27:13, 27:22, 28:21, 29:11, 29:22, 31:3, 31:24, 32:19, 33:2, 35:9, 36:9, 38:5, 38:16, 38:18, 38:20, 38:22, 39:17, 44:6, 44:21, 45:18, 46:24, 54:2, 54:19, 57:10, 58:8, 59:3, 59:6, 59:12, 59:18, 60:14, 61:22, 62:5, 63:17
**Qaeda's** [13] - 6:25, 7:7, 12:22, 13:12, 13:18, 20:16, 21:7, 22:2, 22:5, 23:13, 24:4, 27:24, 34:18
**question** [7] - 8:3, 13:23, 25:21, 29:25, 52:17, 53:3, 63:9
**questions** [1] - 25:18

## R

**RAGGI** [40] - 1:15, 9:22, 10:10, 10:17, 11:11, 13:22, 15:11, 25:17, 25:24, 26:16, 26:23, 27:15, 27:25, 28:8, 28:22, 28:25, 29:14, 30:9, 30:25, 31:6, 31:8, 31:14, 34:23, 37:20, 38:3, 39:10, 40:3, 40:7, 40:17, 41:11, 43:12, 44:8, 45:3, 45:22, 49:22, 51:8, 57:13, 58:17, 59:8, 59:25
**raid** [2] - 32:8, 62:2
**raise** [2] - 45:17, 51:24
**raising** [1] - 26:24
**Rajhi** [16] - 23:5, 23:7, 23:10, 52:23, 54:9, 55:8, 57:16, 57:17, 57:20, 58:18, 58:24, 59:6, 60:2, 60:8, 60:12, 61:16
**RAKOFF** [2] - 1:17, 15:13
**ran** [1] - 27:22

**range** [3] - 21:19, 22:24, 23:11
**rather** [4] - 17:24, 23:10, 26:12, 27:11
**re** [6] - 1:4, 4:4, 5:20, 5:25, 6:3, 7:22
**reached** [1] - 40:15
**reaffirmed** [1] - 14:19
**real** [1] - 43:24
**really** [2] - 24:17, 27:13
**reason** [4] - 14:19, 14:23, 56:12, 56:19
**reasonable** [4] - 10:24, 11:5, 20:19, 22:15
**reasoning** [1] - 44:17
**reasons** [2] - 20:13, 48:14
**rebuttal** [1] - 61:11
**rebutted** [1] - 21:10
**reciprocal** [2] - 51:2, 51:15
**recitations** [1] - 53:9
**reckless** [1] - 20:20
**recognition** [1] - 48:22
**recognize** [1] - 41:7
**recognized** [2] - 5:10, 50:10
**Record** [1] - 64:11
**record** [1] - 54:10
**recruitment** [1] - 9:4
**Red** [5] - 47:7, 47:20, 47:24, 47:25, 48:2
**REENA** [1] - 1:15
**reference** [2] - 24:20, 24:25
**referred** [3] - 53:19, 55:4, 56:3
**reflected** [1] - 12:23
**regard** [4] - 20:25, 23:25, 28:4, 63:6
**regarding** [2] - 15:3, 15:4
**regulation** [1] - 63:4
**related** [3] - 13:14, 16:20, 25:19
**relating** [1] - 10:19
**relation** [1] - 17:20
**relationship** [3] - 8:4, 21:17, 27:12
**relationships** [1] - 21:19
**relentlessly** [1] - 24:9
**relied** [1] - 15:2
**Relief** [4] - 27:4, 47:8, 47:21, 48:3
**relief** [4] - 15:5, 45:15, 45:16, 46:8
**rely** [1] - 16:4
**relying** [1] - 34:7
**remaining** [2] - 53:13, 55:25
**remand** [2] - 18:7, 18:8
**remanded** [3] - 12:2, 13:2, 13:6

**remarkable** [1] - 59:12
**remedy** [1] - 18:6
**remembers** [1] - 34:13
**remote** [3] - 8:7, 8:13
**remove** [1] - 6:10
**removed** [1] - 39:11
**removing** [1] - 42:5
**render** [1] - 43:7
**repeated** [1] - 50:21
**repeatedly** [1] - 22:9
**repetitive** [1] - 56:17
**reply** [1] - 36:14
**report** [1] - 25:14
**reporting** [2] - 22:22, 62:13
**represent** [2] - 33:12, 53:17
**representing** [4] - 4:13, 11:14, 56:9, 56:10
**require** [1] - 16:15
**required** [5] - 7:13, 14:13, 20:24, 41:4, 46:19
**requirements** [2] - 20:7, 53:9
**requires** [1] - 42:2
**reserved** [1] - 61:5
**resident** [1] - 37:17
**resolve** [2] - 12:20, 18:11
**resolved** [1] - 12:17
**resources** [4] - 26:12, 29:11, 33:4, 61:22
**respect** [12] - 16:24, 22:7, 25:22, 36:6, 39:21, 41:22, 45:14, 46:11, 46:18, 47:9, 47:12, 57:15
**responsibility** [2] - 30:21, 63:18
**responsible** [1] - 61:17
**rest** [1] - 22:21
**result** [1] - 40:16
**results** [1] - 44:15
**Richard** [1] - 4:12
**RICHARD** [1] - 2:8
**RICO** [1] - 56:13
**right** [11] - 7:24, 10:8, 10:16, 11:18, 11:21, 16:18, 16:23, 17:3, 27:2, 27:18, 40:16
**Right** [1] - 41:21
**rights** [2] - 47:14, 51:16
**rise** [4] - 20:18, 22:14, 23:4, 60:21
**road** [1] - 37:17
**role** [7] - 4:19, 5:2, 6:15, 6:18, 8:5, 13:19, 63:16
**roles** [2] - 5:14, 13:16
**rolled** [1] - 5:11
**royal** [2] - 34:15, 35:5
**rule** [3] - 15:6, 34:2, 41:4, 52:15
**Rule** [4] - 4:16, 15:2, 15:7,

19:18
**ruled** [1] - 52:16
**rules** [1] - 18:21
**ruling** [2] - 17:9, 17:11
**rulings** [5] - 19:17, 19:18, 20:12, 21:3, 57:11
**run** [1] - 35:4

## S

**SAAR** [1] - 61:18
**safe** [1] - 29:13
**said** [4] - 7:17, 38:16, 40:6, 52:12
**sake** [1] - 38:13
**Saleh** [3] - 57:19, 57:22, 60:2
**same** [6] - 22:8, 25:14, 33:20, 34:7, 48:23, 57:24
**satisfied** [1] - 38:10
**satisfy** [1] - 57:2
**Saudi** [14] - 16:25, 17:14, 26:10, 27:4, 34:15, 35:4, 47:7, 47:8, 47:20, 47:24, 48:3, 50:16, 52:5
**say** [9] - 11:19, 14:12, 28:4, 37:10, 44:17, 44:23, 59:9, 59:19, 60:2
**saying** [6] - 10:21, 10:22, 11:12, 45:5, 50:3, 52:2
**scheme** [2] - 43:13, 43:22
**Schwarner** [1] - 52:7
**scope** [1] - 49:11
**SEAN** [1] - 2:14
**Sean** [2] - 19:8, 61:9
**SECOND** [1] - 1:2
**Secondary** [1] - 49:3
**secondary** [1] - 50:18
**secondly** [1] - 20:25
**Secondly** [1] - 59:23
**secretly** [1] - 54:15
**see** [6] - 13:3, 17:23, 25:6, 25:15, 27:13, 34:6
**seed** [1] - 37:14
**seeking** [1] - 4:20
**seeks** [1] - 7:9
**seems** [1] - 15:13
**senior** [4] - 7:5, 9:8, 10:15, 23:15
**sense** [3] - 8:23, 16:10, 39:24
**separate** [1] - 42:13
**September** [6] - 1:5, 4:5, 22:12, 29:25, 30:19, 33:6
**series** [1] - 9:12
**serious** [1] - 56:24
**serve** [1] - 19:22
**services** [1] - 23:12
**sets** [1] - 14:9

**setting** [1] - 32:8
**seven** [3] - 9:19, 33:13
**several** [4] - 23:17, 37:18, 48:14, 50:9
**severe** [1] - 64:3
**she** [1] - 42:23
**Sheikh** [1] - 57:22
**Sherman** [1] - 56:15
**should** [7] - 14:6, 17:12, 18:23, 20:11, 27:10, 28:4, 55:13
**show** [2] - 20:22, 34:22
**showing** [8] - 13:7, 15:4, 15:8, 15:15, 15:18, 38:4, 46:12, 46:19
**shown** [2] - 7:2, 12:22
**shows** [1] - 58:3
**SIDLEY** [1] - 2:4
**simple** [3] - 20:13, 21:9, 24:3
**simply** [6] - 21:14, 21:17, 32:17, 34:19, 46:10, 50:24
**Since** [1] - 47:18
**single** [2] - 21:17, 23:9
**sit** [1] - 13:22
**situation** [1] - 7:18
**Sixth** [1] - 48:20
**SJRC** [2] - 27:7, 31:22
**slightly** [1] - 7:25
**Solicitor** [4] - 40:20, 40:21, 41:22, 42:22
**Some** [2] - 35:16, 57:5
**some** [19] - 6:9, 16:17, 16:19, 16:21, 16:24, 17:7, 17:16, 20:16, 27:10, 35:14, 35:16, 36:4, 39:6, 39:22, 40:25, 57:8, 57:15, 63:3
**somebody** [1] - 44:10
**somehow** [3] - 34:17, 52:12, 62:10
**someone** [2] - 15:16, 43:15
**something** [4] - 31:3, 41:5, 45:9, 61:17
**sorry** [3] - 4:24, 9:19, 17:5
**sort** [1] - 50:18
**sorted** [1] - 4:6
**sought** [1] - 62:8
**Souter's** [1] - 14:25
**sovereign** [8] - 25:21, 25:22, 27:2, 30:16, 32:15, 47:9, 49:18, 51:21
**Sovereign** [4] - 28:10, 28:12, 28:16, 62:16
**sovereigns** [3] - 28:7, 29:7, 51:18
**sovereignty** [1] - 4:17
**Sovereignty** [1] - 19:15
**speaking** [2] - 33:11, 33:13
**specific** [8] - 17:17, 35:3,

41:5, 43:22, 54:24, 56:4, 58:23, 61:21
**specifically** [6] - 10:4, 24:18, 38:16, 41:15, 45:13, 46:13
**speculation** [1] - 60:16
**speculative** [1] - 60:20
**spending** [2] - 26:16, 26:18
**sponsorship** [1] - 19:23
**stage** [1] - 10:23
**standard** [3] - 14:15, 18:2, 20:23
**start** [2] - 25:20, 33:17
**started** [2] - 29:3, 33:18
**state** [21] - 18:20, 19:14, 19:25, 20:5, 20:7, 21:16, 26:14, 28:17, 28:18, 29:14, 29:15, 29:17, 29:20, 30:14, 30:15, 30:18, 37:2, 49:7, 49:9, 49:11, 50:5
**State** [1] - 51:13
**statement** [2] - 16:12, 54:3
**STATES** [1] - 1:2
**States** [33] - 5:7, 7:9, 7:12, 9:13, 10:5, 10:20, 21:13, 24:5, 24:7, 25:10, 27:19, 29:23, 29:24, 39:4, 39:8, 42:17, 42:20, 43:15, 44:10, 45:7, 46:3, 46:20, 48:8, 48:17, 48:25, 50:2, 50:13, 51:3, 51:6, 51:11, 61:19, 63:9, 63:19
**states** [1] - 54:10
**statute** [7] - 19:21, 49:4, 50:17, 51:9, 51:15, 51:17, 63:8
**statutory** [1] - 53:9
**step** [3] - 31:9, 39:10, 39:18
**steps** [1] - 37:18
**still** [3] - 16:9, 38:25, 49:23
**stipulation** [1] - 54:9
**strange** [1] - 15:13
**Street** [4] - 2:6, 2:12, 3:7, 3:14
**strengthens** [1] - 37:15
**strip** [1] - 53:7
**stripped** [1] - 53:13
**stuff** [1] - 53:12
**subject** [1] - 61:24
**submit** [3] - 53:5, 55:12, 56:6
**submitted** [2] - 33:22, 64:9
**subset** [1] - 56:21
**substantially** [1] - 63:10
**substantive** [2] - 30:2, 30:3
**Sudan** [2] - 21:8, 21:13
**suffered** [1] - 36:10
**sufficient** [5] - 20:18, 20:22, 22:14, 23:3, 43:3
**suggest** [3] - 41:3, 58:2,

60:11
**suggested** [1] - 53:23
**suggesting** [1] - 42:24
**suggestion** [2] - 57:13, 60:22
**suggests** [1] - 41:14
**suit** [1] - 48:11
**Suite** [1] - 3:8
**Sulaiman** [2] - 57:17, 61:16
**summarize** [1] - 7:16
**summary** [3] - 12:15, 15:25, 18:18
**support** [30] - 6:9, 7:3, 7:4, 7:11, 10:13, 11:6, 11:17, 12:4, 12:5, 12:23, 21:6, 21:18, 25:13, 29:11, 30:12, 32:18, 32:23, 36:19, 38:17, 46:7, 46:15, 46:23, 50:4, 50:14, 52:18, 54:2, 54:18, 57:6, 60:14, 63:16
**supported** [3] - 17:10, 38:3, 38:5
**supporters** [1] - 37:8
**supporting** [4] - 9:3, 22:17, 26:14, 59:3
**supposed** [1] - 24:14
**supposedly** [1] - 45:17
**Supreme** [6] - 36:24, 40:11, 48:18, 50:8, 56:16, 57:11
**surrounding** [1] - 17:5
**suspicion** [1] - 60:16
**suspicious** [1] - 60:19
**sustain** [1] - 33:5
**sweeping** [1] - 54:25
**symbiotic** [1] - 27:11

## T

**Tanzania** [1] - 38:23
**targeted** [2] - 10:4, 24:6
**targeting** [4] - 7:8, 21:12, 24:4, 46:2
**tens** [1] - 59:10
**territorial** [1] - 63:23
**Terrorism** [1] - 19:21
**terrorism** [9] - 11:17, 12:6, 19:24, 27:18, 28:2, 28:6, 42:11, 45:19, 61:25
**Terrorist** [9] - 1:5, 4:4, 5:20, 6:2, 6:3, 7:13, 7:22, 8:2, 40:10
**terrorist** [6] - 5:9, 6:25, 9:9, 32:2, 58:7, 61:23
**test** [4] - 14:2, 19:4, 21:9, 32:12
**text** [1] - 63:7
**THE** [1] - 1:2
**themselves** [6] - 4:7, 22:14, 23:16, 35:8, 44:6, 54:13

**theories** [4] - 19:20, 19:25, 30:6, 30:24

**theory** [5] - 11:16, 17:22, 34:20, 40:9, 49:23

**thereby** [2] - 33:6, 44:11

**therefore** [5] - 23:3, 39:16, 47:15, 63:4, 63:20

**thoroughly** [1] - 21:22

**three** [3] - 42:13, 42:21, 57:25

**Three** [1] - 5:7

**ties** [2] - 22:24, 36:9

**timing** [5] - 13:21, 18:25, 24:4, 46:16

**titles** [1] - 35:6

**today** [2] - 4:4, 47:6

**TODD** [1] - 3:4

**together** [1] - 60:25

**took** [4] - 32:25, 40:8, 40:21, 40:25

**tort** [13] - 26:3, 29:15, 30:3, 30:5, 30:10, 30:14, 30:15, 30:18, 49:24, 63:7, 63:13, 63:18

**tort's** [1] - 49:2

**tortious** [4] - 42:2, 42:14, 49:8, 50:4

**torts** [2] - 42:10, 48:13

**totality** [1] - 11:13

**totally** [1] - 30:9

**Trade** [1] - 9:16

**training** [3] - 9:4, 33:2, 33:5

**treaties** [1] - 31:25

**treatment** [1] - 51:2

**tried** [1] - 38:2

**try** [2] - 34:16, 61:14

**Try** [1] - 4:22

**trying** [4] - 29:2, 33:24, 37:7, 46:10

**turn** [5] - 4:2, 5:19, 31:23, 47:19, 56:13

**Turning** [3] - 21:15, 25:15, 61:12

**tweaking** [1] - 34:20

**twice** [1] - 6:13

**two** [10] - 18:10, 20:9, 20:12, 21:3, 21:5, 35:19, 50:22, 52:2, 56:4, 61:5

**Twombly** [6] - 14:14, 14:22, 14:24, 15:10, 16:15, 53:4

## U

**ultimately** [1] - 44:2

**UN** [5] - 27:8, 27:17, 27:23, 28:22, 31:25

**unbeknownst** [1] - 54:16

**under** [15] - 15:10, 15:24, 18:2, 19:20, 19:24, 26:2,

28:15, 29:4, 29:17, 29:19, 30:5, 30:22, 44:16, 48:19, 57:11

**Under** [1] - 48:18

**understand** [5] - 11:11, 17:4, 30:17, 35:13, 49:22

**understanding** [1] - 9:23

**understate** [1] - 63:11

**understood** [3] - 29:6, 39:12, 41:2

**undertaken** [1] - 7:4

**undertook** [1] - 9:12

**undisputed** [3] - 47:22, 48:6, 48:9

**unduly** [1] - 8:7

**unfair** [1] - 17:25

**UNITED** [1] - 1:2

**United** [33] - 5:7, 7:9, 7:12, 9:13, 10:4, 10:20, 21:12, 24:5, 24:7, 25:9, 27:19, 29:23, 29:24, 39:4, 39:8, 42:17, 42:20, 43:15, 44:10, 45:7, 46:2, 46:20, 48:8, 48:17, 48:25, 49:25, 50:13, 51:3, 51:5, 51:10, 61:19, 63:9, 63:19

**unless** [1] - 48:11

**unpack** [4] - 35:11, 38:2, 61:14, 62:24

**unrelated** [1] - 10:19

**unspecified** [1] - 57:9

**untraceable** [1] - 54:18

**up** [8] - 5:13, 13:3, 25:6, 25:16, 58:12, 59:5, 59:20, 60:24

**US** [7] - 5:8, 9:9, 27:7, 35:16, 35:19, 35:24, 38:20

**USDJ** [1] - 1:17

**USS** [1] - 38:21

**utterly** [1] - 50:19

## V

**vague** [4] - 35:4, 57:6, 57:7

**various** [3] - 29:12, 35:15, 46:2

**verbatim** [1] - 50:22

**view** [6] - 25:8, 25:12, 27:24, 40:8, 41:12, 42:23

**views** [1] - 41:17

**violate** [1] - 31:18

**violation** [2] - 31:25, 32:5

**Virginia** [1] - 57:24

**virtually** [2] - 23:12, 54:18

**virtue** [1] - 30:21

## W

**Washington** [4] - 2:7, 2:20, 3:9, 3:15

**ways** [2] - 4:8, 18:10

**weaved** [1] - 60:25

**well-meaning** [1] - 54:16

**What's** [1] - 18:6

**what's** [1] - 12:8

**whatsoever** [1] - 6:19

**where** [8] - 8:25, 16:6, 27:12, 27:13, 31:21, 33:17, 37:3, 39:4

**whereas** [1] - 34:18

**whereby** [1] - 14:10

**WHITE** [1] - 3:12

**whole** [1] - 58:15

**willing** [1] - 38:12

**wise** [1] - 57:4

**withdrawn** [1] - 54:17

**word** [2] - 58:24, 59:5

**words** [1] - 8:20

**work** [2] - 10:18, 14:18

**worked** [1] - 37:4

**world** [1] - 44:22

**World** [1] - 9:15

**writing** [1] - 6:16

**wrongdoing** [1] - 35:21

## Y

**years** [1] - 61:2

**yourself** [1] - 10:11

## Z

**zero** [3] - 58:12