**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:     NOTICE OF APPEAL
:
:
:     1:03 MDL 1570 (GBD) (SN)
:

------------------------------------------------------------------X

This Document Relates to
<u>Hoglan v. Iran</u>
1:11-cv-07550 (GBD) (SN)

     NOTICE IS HEREBY GIVEN that the following Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Second Circuit from two Memorandum Decisions and Orders denying the entry of final judgment as to solatium damages entered by the Honorable George B. Daniels and the Clerk of Court for the United States District Court for the Southern District of New York in this action on the 20th day of June, 2017 and 17th day of November, 2017.

     The individual Plaintiffs filing this Notice of Appeal are: Alexander Rowe, as Personal Representative of the Estate of Nicholas Rowe, Deceased, Alexander Rowe, as Personal Representative of the Estate of Judith Rowe, Deceased, Alexander Rowe, as Parent and Natural Guardian of Nadine Rowe, Paul Rowe, Rachael Logan, Sigal Asher-Shefi, Individually and as Personal Representative of the Estate of Hagay Shefi, Deceased, Dov Shefi, Esther- Rivka Shefi, Pazit Baum-Shefi, Yishai Shefi, Anthony Dorf, Jennie Mandelino, James Mandelino, Jr., James Mandelino, Sr., Mary Ann Pino, Michael Mandelino, Tony Pino, Vaughn V. Hoglan, D. Linden Hoagland, Lee N. Hoglan, Kathleen B. Hoglan, Candyce Hoglan, Michelle Arthurs, Kelly Arthurs, Estate of Herbert K. Hoglan, Karen Bingham, Julie Bertelsen Hoglan, Carole Grazioso,

Karen Moreno, Estate of Paul Scalogna, Donna Corbett-Moran, Diane Ognibene, Norma Ward, Jessica Kramer, Christi Pendergraft, Michelle Clendenney, Heather Strickland, Jeanette Coffey, Estate of Daniel F. Coffey, Jr., Estate of Ida Reiss, Estate of Lenore Jackson, Estate of Ken Jackson, Samuel Collazo, Leonardo Collazo, Gabriella Rinehart, Estate of Louise Borzumato, Michelle Baker, Mateo Pino, Martin Smith, Anthony Pino, Vincent Pappasso, Jr., Brendan Cofresi (Minor), James Montoya, Addison Friedman, Anthony Friedman-Ceraso, Daniel Huber, Danielle Smith, Brittney Cofresi (Minor), Troia Johnson, Diane Smith, Tawanda Smith, Kaitlin Steiner Keller, Kristyn Steiner Martin, Kristen Druckenmiller, Stephanie Feher, Nina Fuller, Pedro Gerardino, Kathryn Collman, Gail Smith, Raymond Woods, Scott Woods, Lisa Smith, Mike Smith, Jason Smith, Lance Ward and Marc Ward.

                                                          Respectfully submitted,

Date:   December 15, 2017                                     _____/s/_____
                                                             Timothy B. Fleming
                                                             WIGGINS CHILDS PANTAZIS
                                                                FISHER GOLDFARB PLLC
                                                             1211 Connecticut Avenue, N.W.
                                                             Suite 420
                                                             Washington, D.C. 20036
                                                            Telephone:  202.467.4489
                                                                            205.314.0500
                                                            tfleming@wigginschilds.com