UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
| | ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230)

*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Jacqueline Eaton, Individually as Spouse and as Personal Representative of the Estate of Robert Eaton, Deceased, substitutes John F. Schutty of the Law Office of John F. Schutty, P.C., 1919471, as counsel of record in place of Speiser Krause, PC.

Contact information for new counsel is as follows:

Law Office of John F. Schutty, P.C.
271 Main Street, 2nd Floor
Eastchester, NY 10709
Tel: (914) 202-0076
Fax: (917) 591-5980

I consent to the above substitution.

Date:

Jacqueline Eaton, Individually as Spouse and as Personal Representative of the Estate of Robert Eaton, Deceased

I consent to being substituted.

Date:

Frank H. Granito, III (FG9760)
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: (914) 220-5333
Fax: (914) 220-5334

I consent to the Law Office of John F. Schutty, P.C. being substituted in the place and stead of Speiser Krause, P.C.

Date:

*James P. Kreindler* (JK 7• 8 4)
Kreindler & Kreindler LLP
Lead MDL Counsel for *Ashton* Plaintiffs
750 Third Avenue
New York, NY 10017-2703
Tel: (212) 973-3449
Fax: (212) 972-9432

I consent to the above substitution.

Date:

*[signature: John F. Schutty]*
Law Office of John F. Schutty, P.C.
271 Main Street, 2nd Floor
Eastchester, NY 10709
Tel: (914) 202-0076
Fax: (917) 591-5980

The substitution of attorney is hereby approved and so ORDERED.

Date:

*[signature: George B. Daniels]*
Judge

DEC 18 2017