UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____   03-MDL-1570 (GBD)(SN)

**In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

<u>**DEFENDANT JALAIDAN'S DECEMBER 2017 STATUS REPORT**</u>

The Honorable Judge Netburn,

Since the last status report, Defendant Jalaidan has no new information to report. Defense counsel has called the OFAC hotline twice since the last status report, and both times the result has been the same: an automated reply stating that this case is pending. In Defense counsel's experience with the government, these few weeks during the holidays are especially slow. Defense counsel does not expect any action in this case until January.

Respectfully Submitted,

_____
Martin F. McMahon, *esq*.
Martin McMahon & Associates
*Attorney for Defendant*

1