## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel* | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

January 3, 2018

Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

Pursuant to a request from the Court to have a brief telephone conference on January 8, 2018 at 11:30 am to discuss logistics regarding the two arguments on January 18, 2018, I have been in touch with the attorneys who will argue the motions at 10:00 on behalf of the Kingdom of Saudi Arabia (Michael Kellogg) and the Saudi High Commission (Roy Englert) and the PEC and Ashton counsel, as well as the attorneys who will argue the motions at 2:00 on behalf of NCB (Mitchell Berger), Saudi bin Laden Group (James Gauch) and Al Rajhi (Christopher Curran) and all are available for the conference call.

Accordingly, I will have all attorneys call into the teleconference number I have provided to them and once everyone is on the line, we will call the Court to begin the conference that I understand may be conducted by your law clerk Zachery Coffman.

          Respectfully submitted,

          Andrew J. Maloney, III, Esq. (AM 8684)
          KREINDLER & KREINDLER, LLP
          750 Third Avenue, 32nd Floor
          New York, NY 10017
          Tel: (212) 687-8181
          *PEC PI Co-Liaison Counsel*

Hon. George B. Daniels
January 3, 2018


       <u>Via e-mail</u>
cc:   Michael Kellog, Esq. – Counsel for the KSA
       Roy T. Englert, Jr, Esq. – SHC
       Mitchell Berger, Esq. – NCB
       James Gauch, Esq. – SBG
       Christopher Curran, Esq. – AL RAJHI
       Alan Kabat, Esq. – the DEC Chair
       All MDL Counsel of Record (via ECF)