## Appendix B – Documents Cited in Haefele Affirmation

| Source[1] | Exhibit | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial[2] |
|---|---|---|---|---|
| *Chapter Three The Budget* from the Financial Regulations of the MWL founding charter as published by the League's Founding council in its 37th meeting in Mecca (Articles 7-13) (JT-MWL 00127) | Exhibit 1 | | | Hearsay |
| Letter from Dr. Hassan Muhammad Bajouda to Deputy Secretary General of MWL, 5/9/1414 H (JT-MWL 00482_EN) | Exhibit 2T | | | |
| Letter from Fawzi Rushdi Al-Adhmeh (MWL Director of Financial Administration Department) to the MWL Assistant Secretary General for Administrative and Financial Affairs, 17/10/1415 H (JT-MWL 00530_EN) | Exhibit 3T | | | Hearsay, FRE 602 |
| Meeting Record of the MWL General Secretariat Permanent Coordination Committee of Mosques, 20/2/1421 H (JT-MWL 00645_EN) | Exhibit 4T | | | Hearsay, FRE 602 |
| Memo from the KSA General Auditing Bureau, 5/3/1425 H (JT-MWL 04514_EN) | Exhibit 5T | | | |
| Letter from Abdul Qader bin Abdullah Basfar (KSA General Manager of the General Auditing Bureau – Mecca Area) to the MWL General Manager of the Financial and Administrative Affairs (JT-MWL 04515_EN) | Exhibit 6T | | | |

---

[1] Document descriptions, other than bracketed text indicating commonly-used short-form descriptors, are taken directly from the Affirmation. Their use is for convenience only and should not be taken as a concession that the descriptions are accurate.

[2] Defendant's objections to the cited documents are made for purposes of the pending motion to dismiss. Defendant reserves the right to move to exclude, or to assert additional objections, in the event that any party seeks to admit any of the cited documents into evidence in any future proceeding.

### Appendix B – Documents Cited in Haefele Affirmation

| Source | Exhibit | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Facsimile from Mohammad bin Nasser Al Abboudi (MWL Assistant Secretary General) to the IIRO Secretary General in Jeddah, 14/7/1419 H (JT-MWL 04556 - 04557_EN) | Exhibit 7T | | | Hearsay, FRE 602 |
| July 31, 2001 article appearing in Al Jazeera, Issue no. 10533, *Order for financial assistance to Islamic associations and centers as per the directive of the Custodian of the Two Holy Mosques, 10 million riyal headquarters for the Institute of Islamic Sciences in Jakarta*, authored by Khalid Bin Hamad Al-Malek, Editor in Chief | Exhibit 8T | | | Hearsay, FRE 602 |
| *The Third Chapter The Budget* from the Financial Regulations of the MWL founding charter as published by the MWL Constituent Council's 37th session (Articles 6-15) (MWL 05138_EN) | Exhibit 9T | | | Hearsay |
| December 31, 1994 MWL accounting statement, *Income and expenditure accounts for the year ended in Capricorn 9, 1373 SH on 28 Rajab, 1415 A.H* (MWL 05346-5347_EN) | Exhibit 10T | | | Hearsay |
| December 31, 1997 MWL accounting statement, *A statement of revenue and expenses for the year ended in Capricorn 9, 1376 SH on 1st Ramadan, 1418 A.H* (MWL 05350-51_EN) | Exhibit 11T | | | Hearsay |
| December 31, 1996 MWL accounting statement, *A statement of revenue and expenses for the year ended in Capricorn 9, 1375 SH on 20 Shaaban, 1417 A.H* (MWL 05354-5355_EN) | Exhibit 12T | | | Hearsay |
| December 31, 1993 MWL accounting statement, *The financial Position, Capricorn 9, 1372 SH on 17 Rajab, 1414 A.H* (MWL 05364-66_EN) | Exhibit 13T | | | Hearsay |
| IIRO Report, *A report on the first relief campaign for distribution of the gift by the Custodian of the Two Holy Mosques, may Allah bless him, to the needy Afghani people* (IIRO 14955-57_EN) | Exhibit 14T | | | Hearsay |

## Appendix B – Documents Cited in Haefele Affirmation

| Source | Exhibit | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Letter from Prof. Mana bin Hammad al-Juhani (WAMY Secretary General) to Prof. Abdullah Abdul Mohsen Al Turki (President of WAMY and Minister of Islamic Affairs, Endowments and Guidance), 04/09/1416 AH (WAMYSA 02444_EN) | Exhibit 15T | | | Hearsay |
| Letter from Prof. Mana bin Hammad al-Juhani (WAMY Secretary General) to Prof. Abdullah Abdul Mohsen Al Turki (President of WAMY and Minister of Islamic Affairs, Endowments and Guidance), 08/07/1417 AH (WAMYSA 02973_EN) | Exhibit 16T | | | Hearsay |
| *Minutes of the Eighth Meeting of the IIROSA Board of Directors, Sunday 4/3/1422 A.H. corresponding to 27/5/2001 A.D.* (MWLIIRO 16233-16237_EN) | Exhibit 17T | | | Hearsay |
| *Minutes of the Sixth Meeting of the IIROSA Board of Directors, Wednesday, 22/6/1421 A.H. corresponding to 20/9/2000 A.D.* (MWLIIRO 16243-16246_EN) | Exhibit 18T | | | Hearsay |
| Trust Deed, dated August 6, 1984 for the lease of the MWL office in London (MWL007033-7043) | Exhibit 19 | | | |
| Letter from Abdel Hadi Taher Dajeet (Chargé d'affaires of the MWL Philippines Office) to the Islamic and Cultural Affairs officer at the Saudi Embassy in Manila, The Philippines, 4 Dhul Hijja 1417 H (MWL 008574_EN) | Exhibit 20T | | | Hearsay |
| Meeting protocol from an IIRO meeting held at The International Islamic Council for Da'awa and Relief held in Johannesburg in November 1998, *Recommendations of the twentieth meeting of General Relief Committee held from 14 to 17 Rajab 1419 Hijri, 13-16 November 1998 GC In the city of Johannesburg – South Africa* (list of members of the General Relief Committee) (IIRO 227909-910_EN) | Exhibit 21T | | | Hearsay, FRE 901 |

## Appendix B – Documents Cited in Haefele Affirmation

| Source | Exhibit | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Meeting protocol from an IIRO meeting held at The International Islamic Council for Da'awa and Relief held in Johannesburg in November 1998, *Recommendations of the twentieth meeting of General Relief Committee held from 14 to 17 Rajab 1419 Hijri, 13-16 November 1998 GC In the city of Johannesburg – South Africa* (recommendations 8-10) (IIRO 277919_EN) | Exhibit 22T | | | Hearsay |
| Letters regarding assistance for Burma refugees in Bangladesh and the recommendations of the Supreme Council for Islamic Affairs (IIRO 280172-178_EN) | Exhibit 23T | | | Hearsay |
| Letter from Dr. Adnan bin Khalil Basha (IIRO Secretary General) to the Deputy Minister of Foreign Affairs, 16/4/1421 H (corresponding to July 18, 2000) (IIRO 285013_EN) | Exhibit 24T | | Kreindler Ex. 201 | Hearsay |
| Facsimile from Dr. Adnan Bin Khalil Basha (IIRO Secretary General) to Ibrahim Bin Mohamed Al-Hibr (Religious Attaché to the Saudi Embassy in Addis Ababa and Chairman of the Committee Supervising the IIRO Office in Ethiopia), 7/1/1422 AH (corresponding to September 18, 2001) (IIRO 284663_EN) | Exhibit 25T | | Kreindler Ex. 173 | Hearsay |
| Circular from the Ministry of Islamic Affairs' branch office in the Eastern Province, 9/10/1424 A.H. (corresponding to November 4, 2003) (IIRO 283369_EN) | Exhibit 26T | | | |
| MWL meeting protocol regarding recommendations for assistance to the Olog Mosque Society in Brussels, Belgium to renovate and convert a building into a mosque, 6/2/1419 H (JT-MWL 00616_EN) | Exhibit 27T | | | Hearsay |
| Letter from Wael Hamzah Jelaidan (Director General-cum-Secretary General of the Rabita Trust) to Dr. Masooma Hasan (Secretary Cabinet Division, Islamabad), October 14, 2000 (MWL 030818) | Exhibit 28 | | | Hearsay |

## Appendix B – Documents Cited in Haefele Affirmation

| Source | Exhibit | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Letter from Amin Aqeel Attas (Secretary Assistant General for Administrative and Financial Affairs) to the Deputy Minister of the Ministry of Finance and National Economy for Economic Affairs, 6 Muharram 1418 (MWL 051264_EN) | Exhibit 29T | | | Hearsay |
| Letter from Dr. Abdullah Bin Abdul Muhsen Al Turki (MWL Secretary General) to Prince Sultan bin Abdel Aziz (Second Deputy Prime Minister and President of the Supreme Council for Islamic Affairs) (MWL 051436_EN) | Exhibit 30T | | | Hearsay |
| Letter from Dr. Abdullah Abdul Muhsen Al Turki (MWL Secretary General) to King Fahed bin Abdelaziz Al Saud (Custodian of the Two Holy Mosques), 13 Muharram 1422 H (MWL 051698_EN) | Exhibit 31T | | | Hearsay |
| Letter from Dr. Abdullah bin Abdul Muhsen Al Turki (MWL Secretary General) to King Fahd bin Abdul Aziz Al Saud (Custodian of the Two Holy Mosques), 4 Rabi' Al-Awal 1422 H (MWL 058614_EN) | Exhibit 32T | | | Hearsay |
| Letter from Abdullah Bin Abdul Muhsen Al Turki (MWL Secretary General) to Prince Abdul Aziz Bin Fahed bin Abdul Aziz Al Saud (Minister of State and Member of the Council of Ministers and Head of the Cabinet of the Council of Ministers), 12 Safar 1422 (MWL 051331_EN) | Exhibit 33T | | | Hearsay |
| Letter from Dr. Abdullah bin Saleh Al Obeid (MWL Secretary General) to the Ambassador of the Custodian of the Two Holy Mosques, Copenhagen, Denmark, 21 Rabee al-Thani 1418 (MWL 052523_EN) | Exhibit 34T | | | Hearsay |
| Letter from Mohammad Bin Nasser Al Aboudi (MWL Deputy Secretary General) to Mohammad Nouri Ibrahim (Saudi Ambassador to Madrid), 7 Safar 1414 (MWL 052287_EN) | Exhibit 35T | | | Hearsay |

## Appendix B – Documents Cited in Haefele Affirmation

| Source | Exhibit | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Excerpt from a speech by MWL Secretary General from the *Charity activities in the time of King Abdullah* Conference (MWL 058868_EN) | Exhibit 36T | | | Hearsay |
| Letter from Abdulaziz bin Abdullah bin Baz (Grand Mufti of Saudi Arabia) to the Sheikh Muhammad Bin Nasser Al Aboudi (MWL Acting Secretary General), 28/5/1416 (MWL 059172_EN) | Exhibit 37T | | Kreindler Ex. 147 | |
| Letter from Dr. Abdullah bin Abdul Muhsin Al Turki (MWL Secretary-General) to King Fahd bin Abdulaziz Al Saud (Custodian of the Two Holy Mosques), 1 Safar 1422 AH (MWL 056784_EN) | Exhibit 38T | | | Hearsay |
| Series of letters regarding appreciation expressed to King Fahd bin Abdel Aziz Al Saud by high ranking Taliban officials for assistance and requesting cooperation and assistance from the King through the IIRO (IIRO 096108 & IIRO 096075-6 & 096114_EN) | Exhibit 39T | | | Hearsay |
| Letter from Dr. Abdullah Abdel-Mohsen Al-Torkey (MWL Secretary General) to Sheikh Saleh bin Abdel-Aziz bin Mohammad Al Elsheikh (Minister of Islamic Affairs, Endowments, Da'wah and Guidance), 22 Jomada Alawal 1422 (MWL 051339_EN) | Exhibit 40T | | | Hearsay |
| Minutes of a meeting held by the committee established at the request of the Minister of Islamic Affairs to distribute funds donated by the Saudi King, April 2, 2002 (IIRO 35077 – IIRO 35081_EN) | Exhibit 41T | | | |
| February 3, 1992 article from Al Alam Al Islami (Muslim World), Issue 1250, *Board Members Express their Gratitude and Appreciation to Custodian of the Two Holy Mosques for His Continued Support of the League* | Exhibit 42T | | | Hearsay |
| May 3, 1993 article from Al Alam Al Islami (Muslim World), Issue 1290, *The Custodian of the Two Holy Mosques Thanks the Secretary General of the Muslim World League* | Exhibit 43T | | | Hearsay, FRE 602 |

## Appendix B – Documents Cited in Haefele Affirmation

| Source | Exhibit | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| July 27, 1992 article from Al Alam Al Islami (Muslim World), *League Exercises Its Activities in Large Area of the World and Support from Custodian of the Two Holy Mosques Doubles Efforts it Exerts* | Exhibit 44T | | | Hearsay, FRE 602 |
| Administrative Decision No. 93 of the IIRO Secretary-General on the establishment of a committee to manage the IIRO office in Mauritania (IIRO 129743 - IIRO 129744_EN) | Exhibit 45T | | | Hearsay |
| Minutes of the 15th meeting of the IIRO's Overseas Offices Committee, *Fifteenth Committee Meeting Minutes of the Offices Abroad, Saturday, 6/8/1418 Hijri, corresponding to 12/06/1997 Gregorian calendar* (IIRO 287527 - IIRO 287536_EN) | Exhibit 46T | | | Hearsay |
| Letter from Mohammad bin Nasser Al Abboudi (MWL Assistant Secretary General) to Dr. Adnan bin Mohammad Al Wazzan (Secretary General for Islamic Affairs, Head of the Preparatory Committee – Riyadh) (MWL 052935_EN) | Exhibit 47T | | | Hearsay |
| Letter from Dr. Abdullah Bin Abdul Muhsen Al Turki (MWL Secretary General) to the Minister of Islamic Affairs, Endowments, Da`wah and Guidance, 7 Dhul-Qi'dah 1422H (MWL 051310_EN) | Exhibit 48T | | | Hearsay |
| Letter from Abdallah bin Abdel Mohsen Al Turki (Minister of Islamic Affairs, Endowments, Da`wah and Guidance) to the MWL Secretary General, 2/5/1419 H (IIRO 280442_EN) | Exhibit 49T | | | |
| Letter from the IIRO Office in Chad to Dr. Adnan bin Khalil Basha (IIRO Secretary General), 10/10/1419 AH (IIRO 280436_EN) | Exhibit 50T | | | Hearsay |
| Correspondence from Abdullah bin Mohammad bin Suleiman Al Lheidan (Director assigned to the Branch of the Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance in the Eastern Region) to various charities, 2/7/1424 (IIRO 283387_EN) | Exhibit 51T | | | |

### Appendix B – Documents Cited in Haefele Affirmation

| Source | Exhibit | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Excerpts from the Minutes of the 7th meeting of the IIRO Overseas Offices Committee (IIRO 287458 - IIRO 287463_EN) | Exhibit 52T | | | Hearsay |
| IIRO *Administrative decision No, 245 dated 27/09/1419 AH* (IIRO 287341_EN) | Exhibit 53T | | | Hearsay |
| IIRO *Administrative Decision No. (185) dated 11/3/1422 [A.H. – 01/16/2002 A.D.]* (IIRO 287198_EN) | Exhibit 54T | | | Hearsay |
| MWL Administrative *Decision No. (769/Q) dated 6/29/1412 A.H. [01/04/1992 A.D.]* (MWL 059354_EN) | Exhibit 55T | | | Hearsay |
| MWL Administrative *Decision No. (973/Q) dated 7/9/1414 A.H. [12/22/1993 A.D.]* (MWL 059236_EN) | Exhibit 56T | | | Hearsay |
| MWL Administrative *Decision No. (302/140/Q) dated 2/5/1424 A.H. [04/07/2003 A.D.]* (MWL 059241_EN) | Exhibit 57T | | | Hearsay |
| MWL Administrative *Decision No. (302/1997/Q) dated 11/2/1423 A.H. [01/04/2003 A.D.]* (MWL 059276_EN) | Exhibit 58T | | | Hearsay |
| Letter from Dr. Adnan Bin Khalil Basha (IIRO Secretary General) to Ismail Bin Ibrahim Al- Shouri (Deputy Foreign Minister of Political Affairs), 3/12/1421 AH (corresponding to June 14, 2000) (IIRO 096423_EN) | Exhibit 59T | | | Hearsay |
| Letters from Dr. Abdullah bin Abdel Muhsen Al Turki (MWL Secretary General) to the Under Secretary of the Ministry of Foreign Affairs for Political Affairs (IIRO 280607 - IIRO 280611_EN) | Exhibit 60T | | | Hearsay |
| Letter from Saud Al Faisal (Minister of Foreign Affairs) to the MWL Secretary General, 24/8/1424 H (JT-MWL 00753_EN) | Exhibit 61T | | | |
| Letter from Dr. Manaa bin Hammad Al Juhini (WAMY Secretary General) to Abdullah bin Laden (Supervisor of the WAMY office in North America), 7/6/1417 H (WAMYSA 002894_EN) | Exhibit 62T | | | Hearsay |

## Appendix B – Documents Cited in Haefele Affirmation

| Source | Exhibit | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Letter from Mohammed Bin Faisal Bin Torki (Head of Islamic Affairs at the Saudi Embassy in the USA) to Dr. Mane' Bin Hamad Al-Jahni (WAMY Secretary General), 1/22/1413 A.H. (corresponding to July 22, 1992) (WAMYSA 002683_EN) | Exhibit 63T | | | |
| Al-Haramain Bangladesh Office 2001 annual report (AH 00596-00639) | Exhibit 64 | | | Hearsay |
| Telegram from Sultan Bin Abdulaziz (Chairman of the Supreme Council for Islamic Affairs) to the Minister of Higher Education (IIRO 280522_EN) | Exhibit 65T | | | |
| Letters from Fawzi Bin Hassan Bin Mohammed Jamal (Manager of the IIRO Office in Jakarta) to the Religious Attaché at the Saudi Embassy in Jakarta (IIRO 277332 - 277333 & 277336_EN) | Exhibit 66T | | | Hearsay |
| Letter from Muhammad Bin Mirdas Alqahtani (Ambassador of the Custodian of the Two Holy Mosques) to Adnan Khalil Basha (IIRO Secretary General) (IIRO 280045_EN) | Exhibit 67T | | | |
| Correspondence between Officers of the MWL Financial Affairs office and the Saudi Foreign Ministry, embassy and consulate (IIRO 284220-IIRO 284223_EN) | Exhibit 68T | | | Hearsay |
| Letter from Dr. Adnan Bin Khalil Basha (IIRO Secretary General) to Sheikh Saleh Bin Abdulaziz Ash-seikh (Minister of Islamic Affairs, Endowments, Call and Guidance), 24/10/1422 H (corresponding to January 8, 2001) (IIRO 285033_EN) | Exhibit 69T | | | Hearsay |
| Letter from Mou'ayyad Bin Abdel Wahed Albatteeri (Office Manager for IIRO in Pakistan) to Dr. Adnan Khalil Basha (IIRO Secretary General), 27/8/1419 H (IIRO 111814-15_EN) | Exhibit 70T | | | Hearsay |

## Appendix B – Documents Cited in Haefele Affirmation

| Source | Exhibit | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Letter from Dr. Adnan Bin Khalil Basha (IIRO Secretary General) to Samir Radi (Deputy Director of the Sanabel Al-Khair Company), 4/12/1422 AH (corresponding to July 3, 2001) (IIRO 112079_EN) | Exhibit 71T | | | Hearsay |
| Cable from Saud Al-Faisal (Minister of Foreign Affairs) to the President of the Royal Court | Exhibit 72T | | | |
| Letter from Abdullah Bin Abdul Mohsen Al-Torki (MWL Secretary General) to the Minister of Foreign Affairs, Muharram 28, 1434 AH (corresponding to December 11, 2012) | Exhibit 73T | | | Hearsay |
| Cable from Saud Al- Faisal (Minister of Foreign Affairs) to the MWL Secretary General | Exhibit 74T | | | |
| Letter from Dr. Adnan bin Khalil Basha (IIRO Secretary General) to the Saudi Ambassador in Jordan, 7/7/1422 H (IIRO 284660_EN) | Exhibit 75T | | | Hearsay |
| Letter from Roberto R. Romulo (Philippine Secretary of Foreign Affairs) to the Saudi Ministry of Islamic Affairs, August 6, 1993 (MWL 015876) | Exhibit 76 | | | Hearsay, FRE 602 |
| Letter from the Philippines Secretary of Foreign Affairs to Dr. Abdullah Omar Naseef (MWL Secretary General), May 27, 1988 (MWL 15878) | Exhibit 77 | | | Hearsay |
| Letter from Dr. Fareed Yaseen Qorashee (IIRO General Supervisor) to Dr. Ibrahim (Office Manager of MWL in Nouakchott, Mauritania), 22/04/1415AH (IIRO 001185_EN) | Exhibit 78T | | | Hearsay |
| Letter from Dr. Abdullah Bin Omar Naseef (MWL Secretary General) to the President of the Republic of Romania, 23 Dhul-Hijjah 1413AH (MWL 023251-23252_EN) | Exhibit 79T | | | Hearsay, FRE 602 |

## Appendix B – Documents Cited in Haefele Affirmation

| Source | Exhibit | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Documents produced by counsel for IIRO and bearing bates numbers(IIRO 0338581, 0338582, 0338583, 0338585, 0338586, 0338587, 0338588_EN), and include: "Confidential" communication from IIRO Secretary General Dr. Ahmad Muhammad Ali to IIRO General Supervisor Fareed Yaseen Qorashee, dated 21/11/1414AH; • A telegram from Saudi Arabia Prime Minister Fahd Bin Adul Aziz to the Saudi Arabia Minister of Higher Education (copies to General Office of Civil Service and MWL), dated 15/11/1414AH; • A message from MWL Secretary General and Heard of Board of the IIRO, Ahmad Muhammad Ali to King Fahd Bin Abdul Aziz Al Saud, dated 11/05/1415AH; • A message from the Second Deputy Prime Minister Sultan Abdul Aziz to the Minister of Higher Education, dated 09/07/1412AH; • A "Confidential" message from MWL Secretary General Dr. Abdullah Bin Omar Naseef to General Supervisor of the International Islamic Relief Organization, dated Date: 22/07/1412AH;• A message from MWL Secretary General Dr. Abdullah Bin Omar Naseef to King Fahd Bin Abdul Aziz Al Saud, dated 14/03/1413AH; • A circular by telegram from M. Al Shawi, the Saudi Arabia Ministry of Foreign Affairs, Riyadh, dated 24/09/1412AH, to "all Kingdom representatives abroad," regarding "Compliments to Secretary-General of Muslim World League." | Exhibit 80T | | | Hearsay |
| MWL Resolution No. (302/1067/Q) dated 05/08/1421AH (MWL 059176_EN) | Exhibit 81T | | Kreindler Ex. 148 | Hearsay |
| Correspondence from IIRO Secretary General Adnan Bin Khalil Basha to Dr. Saleh Bin Muhammad Al Ghamedi, Saudi Arabia Ambassador in Philippines, dated 21/10/1423AH (IIRO 120169_EN) | Exhibit 82T | | | Hearsay |
| "Urgent" telegram from Saudi Arabia Prime Minister Fahd Bin Abdul Aziz to Saudi Arabia Minister of Interior, and others, dated 03/02/1420AH (IIRO 277786-87_EN) | Exhibit 83T | | | |

**Appendix B – Documents Cited in Haefele Affirmation**

| Source | Exhibit | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Correspondence from MWL Secretary General Abdullah Bin Abdulmoshen Al Turkey to King Fahd Bin Abdul Aziz Al Saud, dated 04/09/1424AH (IIRO 278760_EN) | Exhibit 84T | | | Hearsay |
| Circular from IIRO Manager of External Offices Department, Sayed Mahmoud Noor Gestneih to "all managers of the External Offices of the [IIRO] and its representative," dated 07/09/1416AH (IIRO 288031_EN) | Exhibit 85T | | Kreindler Ex. 207 | Hearsay |
| Letter from Muhammad Ali Al Harkan (MWL Secretary General) to Emir Fahd Bin Abdul Aziz (Crown Prince and Vice Prime Minister) (MWL 039323_EN) | Exhibit 86T | | | Hearsay |
| Letter from the Vice Prime Minister of the Council of Ministers to the MWL Secretary General (MWL 039324_EN) | Exhibit 87T | | | |
| Telegram from Dr. Abdullah Bin Abdulmohsen Al Turkey (MWL Secretary General) to King Abdul Aziz Bin Fahd Bin Abdul Aziz, 02/11/1422AH (MWL 069959-69960_EN) | Exhibit 88T | | | Hearsay |
| Telegram from King Fahd Bin Abdul Aziz to the MWL Secretary General, 13-14/10/1422AH (MWL 069961_EN) | Exhibit 89T | | | |
| Telephone message from Secretary-General of Muslim World League Dr. Abdullah Bin Abdulmohsen Al Turkey to Sheikh Muhammad Bin Abdullah Al Nowesar, dated 13/09/1425AH (MWL 069962_EN) | Exhibit 90T | | | Hearsay |
| Telephone message from Secretary-General of Muslim World League Dr. Abdullah Bin Abdulmohsen Al Turkey to Sheikh Muhammad Bin Abdullah Al Nowesar, dated 18/06/1425AH (MWL 069963_EN) | Exhibit 91T | | | Hearsay |
| "Very Urgent Telegram" from Secretary-General of Muslim World League Dr. Abdullah Bin Abdulmohsen Al Turkey to Sheikh Muhammad Bin Abdullah Al Nowesar, dated 09/07/1423AH (MWL 069970_EN) | Exhibit 92T | | | Hearsay |

### Appendix B – Documents Cited in Haefele Affirmation

| Source | Exhibit | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| "Very urgent telephone message" from Secretary-General of Muslim World League Dr. Abdullah Bin Abdulmohsen Al Turkey to "His Royal Highness Emir Sultan Bin Abdul Aziz Al Saud," dated 02/04/1423AH (MWL 069984_EN) | Exhibit 93T | | | Hearsay |
| Telegram from Fahd Bin Abdul Aziz to "His Royal Highness the Second Vice Prime Minister," et al., dated 28/03/1423 (MWL 069986_EN) | Exhibit 94T | | | Hearsay |
| Power of Attorney on letterhead of "Al-Haramain Islamic Fdn., Hed Office – Riyadh," dated October 22, 1997 (AHIF 000914). | Exhibit 95 | | | Hearsay |
| Affidavit of Colleen Anderson (Special Agent of the Internal Revenue Service) in Support of an Application for Search Warrant, In re: 3800 S. Highway 99, Ashland OR 97520, United States District Court, District of Oregon (AHIF 001537) | Exhibit 96 | Aver. Ex. 210 (ECF No. 2930) | | Hearsay, FRE 602, Preliminary investigative material |
| The Muslim World League Journal, Vol. 11, Nos. 5 & 6, page 65 ("More Dynamic Role for MWL," by Dr. Abdullah Omar Naseef) | Exhibit 97 | Aver. Ex. 121 (ECF No. 2930) | | Hearsay, FRE 602 |
| HSBC Account Statement for Muslim World League, Jun/Jul 2001 (JT-MWL 04822) | Exhibit 98 | | | Hearsay |
| Midland Bank plc Account Statement for Muslim World League, Mar/Apr1996 (JT-MWL 04833) | Exhibit 99 | | | Hearsay |
| IIRO document labelled "Missions & External Programmes" (IIRO 000199) | Exhibit 100 | | | Hearsay |
| Al Haramain document labelled "Organizational Background" (AH 00599) | Exhibit 101 | | | Hearsay |