## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source[1] | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial[2] |
|---|---|---|---|---|---|
| Declaration of Stephen K Moore | Exhibit 1 | 6-7, 9, 29 | | | Hearsay, FRE 602, Preliminary investigative material |
| FBI Report Oct 5, 2012 ["Florida Bulldog Memorandum"] | Exhibit 2 | 8-9 | | Consol. Am. Compl. Appx. 3 (ECF No. 3463-4); Tarbutton Ex. 10 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| 911 Commission Interviews of Thumairy Feb 23-24, 2004 | Exhibit 3 | 9, 18, 53 | Aver. Ex. 31 (ECF No. 2930) | Tarbutton Ex. 24 | Hearsay, FRE 602, Preliminary investigative material |
| 911 Commission Interview of Khalil al Khalil Feb 24, 2004 | Exhibit 4 | 9 | | Tarbutton Ex. 28 | Hearsay, FRE 602, Preliminary investigative material |
| FBI Report Sep 4, 2002 | Exhibit 5 | 9 | Aver. Ex. 35 (ECF No. 2930) | Tarbutton Ex. 35 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| 911 Commission Interview of Bayoumi Oct 16-17, 2003 | Exhibit 6 | 9, 16, 216 | Aver. Ex. 30 (ECF No. 2930) | Tarbutton Ex. 23 | Hearsay, FRE 602, Preliminary investigative material |

[1] Document descriptions, other than bracketed text indicating commonly-used short-form descriptors, are taken directly from the "Index of Exhibits" attached to the Affidavit or from the Affidavit itself.  Their use is for convenience only and should not be taken as a concession that the descriptions are accurate.

[2] Defendant's objections to the cited documents are made for purposes of the pending motion to dismiss.  Defendant reserves the right to move to exclude, or to assert additional objections, in the event that any party seeks to admit any of the cited documents into evidence in any future proceeding.

### Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| FTO of al Qaeda Federal Register Volume 64 Issue 195 Friday, October 8, 1999 | Exhibit 7 | 7 | | | |
| 911 Commission Team 1A Omar Al Bayoumi Rental Agreement | Exhibit 8 | 9 | | | Hearsay |
| FBI Report Sep 17, 2003 | Exhibit 9 | 9 | | Tarbutton Ex. 65 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| 911 Commission Interview FBI Special Agent #1 Nov 17, 2003 | Exhibit 10 | 9 | | | Hearsay, FRE 602, Preliminary investigative material |
| FBI Report April 2002 | Exhibit 11 | 9 | Aver. Ex. 63 (ECF No. 2930) | Tarbutton Ex. 46 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| 911 Commission Interview FBI Special Agent #2 Nov 17, 2003 | Exhibit 12 | 9, 24 | Aver. Ex. 33 (ECF No. 2930) | Tarbutton Ex. 26 | Hearsay, FRE 602, Preliminary investigative material |
| Congressional Joint Inquiry Report Excerpt – The 28 Pages ["Part Four"] | Exhibit 13 | 9, 14, 21, 23-24, 26, 29, 50, 52, 54, 72, 176, 178, 205 | | Consol. Am. Compl., Appx. 2 (ECF Nos. 3463-2-3); Tarbutton Ex. 12 | Hearsay, FRE 602, Preliminary investigative material |
| Bayoumi's Work History and Status | Exhibit 14 | 10-13, 15 | | | Hearsay |
| FBI Inspector General Review excerpt | Exhibit 15 | 15 | | | Hearsay, FRE 602, Preliminary investigative material |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| 911 Commission Tele Link Bayoumi and Aulaqi | Exhibit 16 | 16 | | | Hearsay, FRE 602, Preliminary investigative material |
| Treasury Designates Anwar Al-Aulaqi | Exhibit 17 | 17 | | | Hearsay, FRE 602 |
| Remarks by the President September 30, 2011 | Exhibit 18 | 17 | | | |
| FBI Report Oct 25, 2002 | Exhibit 19 | 18 | | Tarbutton Ex. 36 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| WAMY Letter from KSA Embassy Nov 15 2001 | Exhibit 20 | 19 | | | Hearsay, FRE 901 |
| Letter to WAMY from Al Sowailem May 6 2001 | Exhibit 21 | 19, 181 | | | Hearsay, FRE 901 |
| 911 Commission Interview of Shalawi Oct 22, 2003 | Exhibit 22 | 19, 49, 51-53 | | Tarbutton Ex. 30 | Hearsay, FRE 602, Preliminary investigative material |
| Letter to WAMY from Al Sowailem Oct 19 1995 | Exhibit 23 | 20 | | | Hearsay, FRE 901 |
| State Department Diplomatic List Summer 2003 | Exhibit 24 | 20 | | | |
| FBI Vault Investigation September 2002 excerpts | Exhibit 25 | 21 | | | Hearsay, FRE 901, Preliminary investigative material |
| State Department Diplomatic List Winter 2004 | Exhibit 26 | 22 | | | |
| Washington Post U.S. Revokes Visas of 16 at Islamic Institute Jan 29, 2004 | Exhibit 27 | 22 | | | Hearsay, FRE 602 |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| State Department Press Briefing Saudi Arabia Diplomatic Visas (taken questions) Jan 28, 2004 | Exhibit 28 | 22 | | | Hearsay, FRE 602 |
| US v Mohamed Docket #88 Defendant's Motions in Limine | Exhibit 29 | 22, 35 | | | Hearsay, FRE 602 |
| Treasury Department Releases List of 39 Additional SDGTs Oct 12, 2001 | Exhibit 30 | 23 | | | |
| Kadi Production Excerpts re Transfer to KSA Embassy | Exhibit 31 | 23 | | | Hearsay, FRE 602, FRE 901 |
| Statement Under Oath of Zacarias Moussaoui Oct 20 2004 | Exhibit 32 | 25, 60-61, 72 | Affirm. of Sean P. Carter, Ex. 5 (ECF No. 2927-5) | | Hearsay, FRE 602 |
| Curacao Commercial Register ASPCOL NV | Exhibit 33 | 26 | | | Hearsay, FRE 901 |
| Declaration of James Crum | Exhibit 34 | 27 | | | Hearsay, FRE 602 |
| King Fahad Mosque Home Page | Exhibit 35 | 29 | | | Hearsay, FRE 602 |
| Treasury Department and United Nations Press Releases | Exhibit 36 | 29 | | | |
| US v Bin Laden Indictment Transcript and Exhibit Excerpts | Exhibit 37 | 29 | | | Hearsay, FRE 901 |
| United Nations Security Council Letter Dated September 14 2004 | Exhibit 38 | 29 | | | Hearsay |
| Madrid Central Trial Court Indictment excerpts | Exhibit 39 | 29, 55-56, 94 | | | Hearsay, FRE 901 |
| 911 Commission Interview FBI SA Rivers | Exhibit 40 | 29 | | | Hearsay, FRE 602, Preliminary investigative material |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| US v Mohamed Docket #39 Superseding indictment | Exhibit 41 | 30, 34, 37 | | | Hearsay, FRE 602, Preliminary investigative material |
| California Secretary of State Business Entity WSRA | Exhibit 42 | 30 | | | |
| Western Somali Relief Agency IRS Form 990 1999 partial | Exhibit 43 | 30 | | | FRE 901 |
| US v Mohamed Docket #35 Government's Response and Statement of Facts | Exhibit 44 | 30, 34 | | | Hearsay, FRE 602, Preliminary investigative material |
| US v Mohamed 161 Memo of Points and Authorities with Exhibits | Exhibit 45 | 30, 36, 84 | | | Hearsay, FRE 602 |
| Treasury Department Designations GRF and AHIF | Exhibit 46 | 31 | | | |
| The Kingdom of Saudi Arabia and Counter Terrorism May 2016 Excerpts | Exhibit 47 | 31, 70, 86 | | | |
| Department of Defense JTF-GTMO Detainee Assessment SO 567 | Exhibit 48 | 32 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| US v Mohamed Docket #137 Govt Trial Memorandum and #129 | Exhibit 49 | 34, 37 | | | Hearsay, FRE 602 |
| US v Mohamed Docket #153 Verdict Excerpts | Exhibit 50 | 35 | | | Hearsay, FRE 602, FRE 901 |
| US v Mohamed Docket #25 Travel Excerpts | Exhibit 51 | 36 | | | Hearsay, FRE 602 |
| US v Mohamed Docket #188 Judgment | Exhibit 52 | 37 | | | |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| 911 and Terrorist Travel Excerpts | Exhibit 53 | 40-41, 43, 45 | | | |
| Statement Under Oath of Zacarias Moussaoui October 21, 2014 | Exhibit 54 | 44 | Affirm. of Sean P. Carter, Ex. 7 (ECF No. 2927-7) | | Hearsay, FRE 602 |
| AP Saudis US disclose operations on terrorism October 17, 2003 | Exhibit 55 | 46 | | | Hearsay, FRE 602 |
| CNN Ex-Saudi ambassador Kingdom could have helped U.S. prevent 911 November 2, 2017 | Exhibit 56 | 47 | | | Hearsay, FRE 602 |
| Saudi Embassy News Archives IIASA Announces Plan June 23, 1999 | Exhibit 57 | 49 | | | Hearsay |
| IIASA - One Hundred Years of the Kingdom of Saudi Arabia | Exhibit 58 | 49, 185 | | | |
| Al-Qudhaieen v America West Airlines Inc | Exhibit 59 | 49-50 | | | Hearsay |
| 911 Commission Interview FBI SA January 7 2004 | Exhibit 60 | 51 | | | Hearsay, FRE 602, Preliminary investigative material |
| US v Arnaout Second Superseding Indictment | Exhibit 61 | 51, 170 | | | Hearsay, FRE 602 |
| 911 Commission Updated Work Plan June 6, 2003 | Exhibit 62 | 51-52 | | Consol. Am. Compl., Appx. 4 (ECF No. 3463-5) | Hearsay, FRE 602, Preliminary investigative material |
| 911 Commission Interview Qudhaieen October 25-26, 2003 | Exhibit 63 | 52-53 | | | Hearsay, FRE 602, Preliminary investigative material |

### Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| 911 Commission Interview FBI SA Kuhn | Exhibit 64 | 52 | | | Hearsay, FRE 602, Preliminary investigative material |
| Constitution and Bylaws of the Saudi Student Club | Exhibit 65 | 52 | | | Hearsay, FRE 901 |
| Combating Terrorism Center, U.S. Military Academy Militant Ideology Atlas Excerpt | Exhibit 66 | 53 | | | Hearsay |
| CIA 11 September The Plot and the Plotters | Exhibit 67 | 53-54, 109, 202 | | | Hearsay, FRE 602, Preliminary investigative material |
| Saudi Information Agency Profiles of 911 Saudi Hijackers Revealed | Exhibit 68 | 53 | | | Hearsay, FRE 901 |
| 911 Commission Interview FBI SA Jan 5, 2004 | Exhibit 69 | 54 | | | Hearsay, FRE 602, Preliminary investigative material |
| U.S. v Ghailani Declaration of Nicholas Lewin excerpts | Exhibit 70 | 54 | | | Hearsay, FRE 602 |
| Report of the Congressional Joint Inquiry excerpts ["Joint Inquiry"] | Exhibit 71 | 24, 55-56 | Averment | | Hearsay, FRE 602, Preliminary investigative material |
| Chicago Tribune - 2 Firms linked to al Qaeda Saudi intelligence March 31, 2004 | Exhibit 72 | 56 | | | Hearsay, FRE 602 |
| Royal Embassy of Saudi Arabia Basic Law of Governance | Exhibit 73 | 57 | Affirm. of Sean P. Carter, Ex. 10 (ECF No. 2927-10) | | |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| Royal Embassy of Saudi Arabia King Fahd's Speech on the issuance of the Basic Law of Governance | Exhibit 74 | 57 | Affirm. of Sean P. Carter, Ex. 11 (ECF No. 2927-11) | | |
| 03-MDL-1570 - Sean Carter Affirmation Exhibit 14 - A Blessed Occasion Lecture of Deputy Minister | Exhibit 75 | 58 | Affirm. of Sean P. Carter, Ex. 14 (ECF No. 2927-14) | | Hearsay, FRE 602, FRE 901 |
| Oxford Dictionary of Islam excerpt | Exhibit 76 | 59 | | | |
| 03-MDL-1570 - Memorandum Decision and Report and Recommendation October 28, 2013 excerpts | Exhibit 77 | 63 | ECF No. 2789 | | |
| 03-MDL-1570 - Judgment April 25, 2014 | Exhibit 78 | 63 | ECF No. 2853 | | |
| 03-MDL-1570 - Memorandum Opinion and Order August 2, 2016 | Exhibit 79 | 63 | ECF No. 3323 | | |
| Affidavit of Farooq | Exhibit 80 | 64-65 | | | Hearsay, FRE 602, FRE 901 |
| Wael Jelaidan Resume | Exhibit 81 | 65, 98, 118, 197 | Aver. Ex. 15 (ECF No. 2930) | | Hearsay, FRE 901 |
| Observatoire Action Humanitaire Aid Watch | Exhibit 82 | 66 | | | Hearsay, FRE 602 |
| Combating Terrorism Center, U.S. Military Academy Abdullah Muhammad Fazul | Exhibit 83 | 67 | | | Hearsay, FRE 602 |
| Wikipedia Arabic Saleh bin Abdulaziz Al Alsheikh | Exhibit 84 | 68 | | | Hearsay, FRE 602 |
| Al Haramain About Us 2001 2-3 | Exhibit 85 | 69 | | | Hearsay, FRE 602, FRE 901 |
| Al Haramain About Us 2003 | Exhibit 86 | 69 | | | Hearsay, FRE 602, FRE 901 |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| 03-MDL-1570 - Affidavit of Khalid Bin Obaid Azzhari | Exhibit 87 | 70 | ECF No. 104-2; Aver. Ex. 195 (ECF No. 2930) | | Hearsay, FRE 602 |
| AH00596-599 AHIF Bangladesh Annual Report 2001 | Exhibit 88 | 71 | | | Hearsay, FRE 602, FRE 901 |
| Royal Embassy of Saudi Arabia - Saudi Arabia and the United States Take Joint Action | Exhibit 89 | 73 | | | |
| CRS Report for Congress Saudi Arabia Terrorist Financing Issues | Exhibit 90 | 73 | | | Hearsay, FRE 602 |
| Treasury Department Additional al Haramain Branches and Former Leader Designations | Exhibit 91 | 74 | Aver. Ex. 204 (ECF No. 2930) | | Hearsay, FRE 602 |
| Treasury Designates U.S Branch and Director | Exhibit 92 | 75 | Aver. Ex. 206 (ECF No. 2930) | | Hearsay, FRE 602, Preliminary investigative material |
| Petition for Delisting Soliman H. al-Buthi | Exhibit 93 | 75-76 | | | Hearsay, FRE 901 |
| Prince Dr. Abdulaziz bin Mohammed bin Ayyaf | Exhibit 94 | 75 | | | Hearsay |
| Riyadh Princes | Exhibit 95 | 75 | | | Hearsay |
| Soliman Hamed Al-Buthi Business Cards | Exhibit 96 | 76 | | | FRE 901 |
| Delisting Request | Exhibit 97 | 77 | | | Hearsay, FRE 602 |
| US v Al Haramain Statement of Facts | Exhibit 98 | 78, 85 | | | Hearsay, FRE 602 |
| Letter Bernabei to Newcomb May 14, 2004 | Exhibit 99 | 79 | | | Hearsay, FRE 602 |
| U.S. v Sedaghaty Declaration of Christopher L Cardani February 1, 2010 | Exhibit 100 | 80 | | | Hearsay |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| U.S. v Sedaghaty Declaration of Christopher L Cardani Exh. B al Rajhi Subpoena | Exhibit 101 | 80 | | | |
| U.S. v Sedaghaty Declaration of al-Kholaifi February 8, 2010 | Exhibit 102 | 80 | | | Hearsay |
| Saudi Embassy News Archives September 20, 1999 and Ain al Yaqueen May 26, 2000 | Exhibit 103 | 81 | | | Hearsay, FRE 901 |
| Shoumar email | Exhibit 104 | 82 | | | Hearsay, FRE 901 |
| State Department Cable 06Riyadh8314 | Exhibit 105 | 83 | Aver. Ex. 207 (ECF No. 2930) | | Hearsay, FRE 602, FRE 901 |
| AHIF and WSRA Email Communications 2000 | Exhibit 106 | 84 | | | Hearsay, FRE 901 |
| AHIF Monthly Summary Report and checks | Exhibit 107 | 85 | | | Hearsay, FRE 901 |
| State Department Cable Islamabad September 28, 1998 | Exhibit 108 | 87 | | | Hearsay, FRE 602, FRE 901 |
| State Department Cable Islamabad December 21, 1998 | Exhibit 109 | 87 | | | Hearsay, FRE 602, FRE 901 |
| Islamic Emirate of Afghanistan Communications | Exhibit 110 | 87 | | | Hearsay, FRE 901 |
| CNN - Saudis break diplomatic ties with Taliban - September 25, 2001 | Exhibit 111 | 87 | | | Hearsay, FRE 602 |
| Department of Defense Memorandum JTF-GTMO Detainee Assessment YM 027 | Exhibit 112 | 88 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| Bundeskriminalamat Meckenheim - al Haramain | Exhibit 113 | 89, 94 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| Intelligence Online #418 2001 11-29 Saudi Regime Again Betrayed by its Own | Exhibit 114 | 89 | | | Hearsay |
| Department of Defense Memorandum JTF-GTMO Detainee Assessment KU 551dp | Exhibit 115 | 90 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| Department of Defense Memorandum JTF-GTMO Detainee Assessment KU 552 | Exhibit 116 | 91 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| Dept of Defense JFT-GTMO Detainee Assessment US9YM-000242DP(S) | Exhibit 117 | 92 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| Department of Defense Memorandum JTF-GTMO Detainee Assessment YM 441 | Exhibit 118 | 93 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| AHIF Belgium and Europe Committee | Exhibit 119 | 94 | | | Hearsay, FRE 901 |
| Ain Aa Yaqueen April 20, 2001 | Exhibit 120 | 94 | | | Hearsay, FRE 602 |
| State Department - Patterns of Global Terrorism 2004 Country Reports - excerpts | Exhibit 121 | 94 | | | Hearsay |
| United Nations Security Council Committee - Reasons for Listing - Tarek Al Maaroufi | Exhibit 122 | 94 | | | Hearsay |
| CIA 1996 Report on Balkans Charities | Exhibit 123 | 98 | Aver. Ex. 95 (ECF No. 2930) | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| Arab News - US urged to give sound proof in Julaidan's case -August 9, 2002 | Exhibit 124 | 98 | | | Hearsay, FRE 602 |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| Donations by Saudi Princes to Al Qaeda charities | Exhibit 125 | 99, 139 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| Prince Sultan Motion to Dismiss Excerpts | Exhibit 126 | 99 | | | Hearsay |
| The Muslim World Interview of al Obaid July 1997 | Exhibit 127 | 100, 102 | Aver. Ex. 132 (ECF No. 2930) | | Hearsay |
| IIRO Pakistan Verification of Receipts and Payments | Exhibit 128 | 101-102 | | | Hearsay, FRE 901 |
| IIRO Letter of August 3, 1994 | Exhibit 129 | 102 | | | Hearsay, FRE 901 |
| Saudi Press Agency - News agency reports details of Saudi relief aid to Afghanistan - May 19, 2001 | Exhibit 130 | 103-104 | | | Hearsay, FRE 602 |
| 01-1535 Cr Supplemental Appendix 1035-1037 Jamal al Fadl Videoconference Excerpts | Exhibit 131 | 102, 105 | | | Hearsay, FRE 602 |
| Saudi Gazette October 3, 1995 | Exhibit 132 | 106 | | | Hearsay, FRE 602 |
| FBI Letterhead Memorandum April 26, 2005 Excerpts | Exhibit 133 | 107 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| United Nations Security Council Letter Dated December 1, 2003 Excerpts | Exhibit 134 | 108 | | | Hearsay, FRE 602, Preliminary investigative material |
| State Department Cable Washington DC April 20, 2004 | Exhibit 135 | 109 | Aver. Ex. 117 (ECF No. 2930) | | Hearsay, FRE 602, FRE 901 |
| Testimony of Mathew Epstein with Evan Kohlmann March 11, 2003 | Exhibit 136 | 110 | | | Hearsay, FRE 602 |

### Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| Department of Defense Memorandum JTF-GTMO Detainee Assessment SA 516 | Exhibit 137 | 111 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| Department of Defense JTF-GTMO Detainee Assessment YM 033 | Exhibit 138 | 112 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| State Department Cable 07Khartoum214 | Exhibit 139 | 113 | Aver. Ex. 156 (ECF No. 2930) | | Hearsay, FRE 602, FRE 901 |
| Arab News - More Aid For Afghans Sought - May 4, 1987 | Exhibit 140 | 114 | | | Hearsay, FRE 602 |
| Yale University Library - Guide to the Islamic Fundamentalist Audio Recordings Collection excerpt | Exhibit 141 | 115 | | | Hearsay, FRE 901 |
| Guardian - Militant Islam's Saudi Paymasters - Feb 29, 1992 | Exhibit 142 | 116 | | | Hearsay, FRE 602 |
| Naseef 015-017 | Exhibit 143 | 117, 185 | | | Hearsay, FRE 901 |
| MWL IIRO Memorandum from Tareeq Osama | Exhibit 144 | 118 | | | Hearsay, FRE 901 |
| US v. Arnaout - Governments Evidentiary Proffer Supporting Admissibility of Coconspirator Evidence | Exhibit 145 | 118-119, 172, 174 | Aver. Ex. 138 (ECF No. 2930) | | Hearsay, FRE 602, Preliminary investigative material |
| Royal Embassy of Saudi Arabia London - Saudi Arabia Under Attack | Exhibit 146 | 119 | | | Hearsay, FRE 602, FRE 901 |
| Letter of October 22, 1995 re Grand Mufti nomination | Exhibit 147 | 120 | | Haefele Ex. 37T | |
| Letter of November 2, 2000 re Turki appointment | Exhibit 148 | 121 | | Haefele Ex. 81T | Hearsay |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| IIRO Constitution | Exhibit 149 | 121 | | | FRE 901 |
| Saudi Embassy News Archives MWL Reports Billion Dollar Saudi Support | Exhibit 150 | 122 | | | Hearsay, FRE 602 |
| King's letter re directions to charities | Exhibit 151 | 123 | | | FRE 901 |
| Royal Decree re Bangaldesh | Exhibit 152 | 124 | | | FRE 901 |
| 03-MDL-1570 - Declaration of Abdullah Bin Saleh Al-Obaid | Exhibit 153 | 125 | ECF No. 98-2; Aver. Ex. 120 (ECF No. 2930) | | Hearsay |
| MWL Letter to King re Poland | Exhibit 154 | 126 | | | Hearsay, FRE 901 |
| Declaration Abdulaziz H. al Fahad | Exhibit 155 | 127, 183 | ECF No. 85-3; Aver. Ex. 119 (ECF No. 2930) | | Hearsay, FRE 602 |
| KSA Letter to MWL Embassy DC Criteria | Exhibit 156 | 128 | | | FRE 901 |
| KSA letter from Beijing religious attache to IIRO, 5-14-99 | Exhibit 157 | 129 | | | FRE 901 |
| KSA letter to MWL re Philippines Institute 9-6-99 | Exhibit 158 | 130 | | | FRE 901 |
| MWL form re funding for Mosque in Philippines, 1993 | Exhibit 159 | 131 | | | FRE 901 |
| Form letter re applications for financial assistance | Exhibit 160 | 132 | | | FRE 901 |
| MWL letter to Ministry of Islamic Affairs re Bulgaria | Exhibit 161 | 133 | | | FRE 901 |
| IIRO letter to Minister of Foreign Affairs re forming committee, 11-28-99 | Exhibit 162 | 134 | | | Hearsay, FRE 901 |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| IIRO spreadsheet showing KSA relief to Sierra Leone | Exhibit 163 | 135 | | | Hearsay, FRE 901 |
| 03-MDL-1570 - Affirmation of Sean P. Carter Exhibit 13 Lecture of Sheikh Saleh | Exhibit 164 | 136 | Affirm. of Sean P. Carter, Ex. 13 (ECF No. 2927-13) | | |
| 02-cv-01616 DCDC - Declaration Ali Ahmed Al-Kamal | Exhibit 165 | 137 | Aver. Ex. 118 (ECF No. 2930) | | Hearsay |
| MWL statement of revenues and expenditures | Exhibit 166 | 138 | | | Hearsay, FRE 901 |
| 02-cv-01616 DCDC - Declaration of Saleh Abdullah al Saykhan | Exhibit 167 | 139 | Aver. Ex. 135 (ECF No. 2930) | | Hearsay |
| Government Profile Majlis al Shura | Exhibit 168 | 140 | | | |
| Saudi Economic Survey October 13, 1999 | Exhibit 169 | 141 | | | Hearsay, FRE 602 |
| Kingdom of Saudi Arabia Portal His Eminence Shaykh Bin Baz | Exhibit 170 | 142 | | | Hearsay |
| IIRO letter re KSA as IIRO in Thailand, 5-7-99 | Exhibit 171 | 143 | | | Hearsay |
| MWL seeks loan of government employee | Exhibit 172 | 144 | | | FRE 901 |
| Letter re KSA as IIRO in Ethiopia, 9-18-01 | Exhibit 173 | 145 | | Haefele Ex. 25T | Hearsay |
| Memo regarding MWL in London | Exhibit 174 | 146 | | | Hearsay, FRE 901 |
| Pakistani hotel receipts | Exhibit 175 | 147 | | | FRE 901 |
| MWL letter re diplomatic passports, 4-24-01 | Exhibit 176 | 148 | | | FRE 901 |
| Letter Kabat to Carter June 2, 2107 | Exhibit 177 | 149 | | | Hearsay, FRE 602 |
| 1993-2002 correspondence re Philippine full diplomatic immunity same as Malaysia and Indonesia | Exhibit 178 | 150 | | | Hearsay, FRE 901 |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| Summary of Development Activities by Khalifa | Exhibit 179 | 151 | | | Hearsay, FRE 901 |
| Deed of sale sent to MWL care of KSA in Philippines, 1989 | Exhibit 180 | 152 | | | FRE 901 |
| London Sunday Business-Saudi charity comes under fresh scrutiny, 12-22-96 | Exhibit 181 | 152 | | | Hearsay, FRE 602 |
| Canada v Jaballah excerpts | Exhibit 182 | 153 | Aver. Ex. 122 (ECF No. 2930) | | Hearsay, Preliminary investigative material |
| Directions to transfer MWL funds to KSA Moscow Embassy | Exhibit 183 | 154 | | | FRE 901 |
| MWL transfer of Funds to KSA Embassy in Indonesia, 4-00 | Exhibit 184 | 154 | | | FRE 901 |
| MWL check to KSA Embassy Zambia, 12-97 | Exhibit 185 | 154 | | | FRE 901 |
| US v Noshan Superseding Indictment and MWLIIRO 00065788 KSA payroll Noshan | Exhibit 186 | 154 | | | Hearsay, FRE 602 |
| MWL-IIRO letter seeking KSA Germany to receive check for IIRO | Exhibit 187 | 154 | | | FRE 901 |
| MWL-IIRO letter to KSA Russia showing IIRO deposit into Embassy Acct, 5-00 | Exhibit 188 | 155 | | | FRE 901 |
| Fax showing transfer of funds to KSA Niger paying salaries, 9-21-99 | Exhibit 189 | 155 | | | FRE 901 |
| MWL letter to KSA Embassy India | Exhibit 190 | 155 | | | FRE 901 |
| Letter from KSA Asmara Embassy to IIRO re aid to Eritrea | Exhibit 191 | 155 | | | |
| Letter from KSA Manila Embassy to IIRO re Rice Purchases | Exhibit 192 | 155 | | | |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| IIRO letter to KSA seeking approval of delivery, 9-19-98 | Exhibit 193 | 155 | | | FRE 901 |
| Letter from KSA Dhaka to IIRO Bangladesh re IIRO aid to military, 2-28-99 | Exhibit 194 | 155 | | | |
| Letter from KSA to IIRO re KSA distribution dates to religious entities, 3-2-99 | Exhibit 195 | 155 | | | |
| MWL-IIRO packing list for KSA Embassy | Exhibit 196 | 155 | | | Hearsay, FRE 901 |
| KSA Embassy Fax to IIRO re Morocco Association for Children Forms,10-9-00 | Exhibit 197 | 155 | | | |
| Riyadh Daily - IIRO delivers aid to Lebanon - April 27, 1996 | Exhibit 198 | 155 | | | Hearsay, FRE 602 |
| Ain al Yaqueen - May 18, 2001 re Bulgaria | Exhibit 199 | 155 | | | Hearsay, FRE 602 |
| IIRO Financial Regulations excerpts | Exhibit 200 | 156 | | | Hearsay, FRE 901 |
| MWL-IIRO letter to KSA requesting diplomatic plates in India, 7-18-00 | Exhibit 201 | 157 | | Haefele Ex. 24T | Hearsay |
| Letter to IIRO from KSA Embassy Jakarta re Indonesia projects, 5-28-01 | Exhibit 202 | 158 | | | |
| KSA to MWL re Royal Order on Muslim Minority, 7-27-99 | Exhibit 203 | 159 | | | |
| MWL-IIRO letter to IIRO Eastern Province re Royal Approval for Kosovo donations, 4-21-99 | Exhibit 204 | 160 | | | FRE 901 |
| MWL-IIRO fax to Moscow Embassy re Russian seizure of IIRO properties, 7-11-00 | Exhibit 205 | 161 | | | FRE 901 |
| MWL-IIRO letter to Ministry of Islamic Affairs re coordinating, 8-31-01 | Exhibit 206 | 162 | | | Hearsay, FRE 901 |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| IIRO HQ letter to all IIRO offices to coordinate Ramadan with local KSA embassy, 2-10 | Exhibit 207 | 163 | | Haefele Ex. 85T | Hearsay |
| MWL letter to KSA re MWL care for KSA Switzerland property,6-24-01 | Exhibit 208 | 164 | | | Hearsay, FRE 901 |
| MWL letter to KSA USA embassy to fund Ethiopian Muslim Assn in Washington, 6-8-99 | Exhibit 209 | 165 | | | FRE 901 |
| KSA Manila letter to IIRO requesting money for support of Muslims affected by conflict, 5-31-00 | Exhibit 210 | 166 | | | |
| KSA Islamabad letter to IIRO re KSA embassy steering work of IIRO in Afghanistan, 5-23-01 | Exhibit 211 | 167 | | | |
| MWL-IIRO Islamabad letter to Sec-Gen that KSA embassy ordered IIRO not to speak to media, 10-31-01 | Exhibit 212 | 168 | | | Hearsay, FRE 901 |
| WAMY Bulletin, letter, notes, Treasury Designation of Batterjee | Exhibit 213 | 169, 171 | | | Hearsay, FRE 901 |
| State Department Cable Washington DC November 9, 2002 | Exhibit 214 | 173 | | | Hearsay, FRE 602, FRE 901 |
| WAMY USA profit and loss statement and Canada part of WAMY Int'l | Exhibit 215 | 174 | | | Hearsay, FRE 901 |
| Bank of Montreal Bank Statement WAMY operating as BIF, 4-5-01 | Exhibit 216 | 174 | | | Hearsay, FRE 901 |
| Canada Revenue Agency Notice of Revocation Jan 2012 | Exhibit 217 | 174 | Aver. Ex. 191 (ECF No. 2930) | | Hearsay, FRE 602, FRE 901 |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| US v. Arnaout Plea Agreement | Exhibit 218 | 174 | | | Hearsay, FRE 602, FRE 901 |
| Canada Revenue Agency - WAMY Revocation | Exhibit 219 | 174 | | | |
| WAMY INTL Production re Rageah | Exhibit 220 | 175 | | | |
| FBI Timeline excerpt | Exhibit 221 | 175 | | Tarbutton Ex. 68 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| 03-MDL-1570 Affidavit of Abdullah Awad Binladin | Exhibit 222 | 176, 187 | ECF No. 1505-2 | | Hearsay |
| Transcom Int'l and Deutsche Telekom Bill for Bahaji | Exhibit 223 | 177 | | | FRE 901 |
| WAMY agreement with Transcom for printing | Exhibit 224 | 178 | | | FRE 901 |
| Aulaqi employment contract | Exhibit 225 | 179 | | | FRE 901 |
| 02-cv-01616 DCDC - Declaration Mutaz Saleh Abu Unuq | Exhibit 226 | 180 | Aver. Ex. 178 (ECF No. 2930) | | Hearsay, FRE 602 |
| OFAC Middle East Trip Summary of visit to KSA re terror financing | Exhibit 227 | 182 | | | Hearsay, FRE 602, FRE 901 |
| Impact International - Obituary of Dr Maneh al Johani | Exhibit 228 | 184 | | | Hearsay, FRE 602, FRE 901 |
| WAMY Trustees Dr. al Ayed | Exhibit 229 | 186 | | | Hearsay |
| The Bin Ladens by Steve Coll excerpts | Exhibit 230 | 188 | | | Hearsay, FRE 602 |
| WAMY INTL 7713 Bin Faris payroll | Exhibit 231 | 189 | | | FRE 901 |
| Letter to Sec-Gen re WAMY request for KSA to buy DC building for WAMY, 7-22-92 | Exhibit 232 | 190 | | | |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| KSA's IIASA letter to WAMY re funding GW student daughter of IIASA teacher, 6-15-01 | Exhibit 233 | 191 | | | |
| WAMY payment voucher for IIASA phone bill, 1-6-94 | Exhibit 234 | 192 | | | Hearsay, FRE 901 |
| IASA staff fairwell party WAMY sponsorship, 6-17-01 | Exhibit 235 | 192 | | | Hearsay, FRE 901 |
| KSA Embassy, New Delhi to WAMY re financing building 31 mosques in India, 2-29-00 | Exhibit 236 | 193 | | | |
| 03-MDL-1570 Saudi High Commission - Motion to Dismiss - June 25, 2004 Excerpts | Exhibit 237 | 195 | ECF No. 262-1 | | Hearsay, FRE 602 |
| Defense Intelligence Agency FOIA Response excerpts | Exhibit 238 | 196, 217 | | | Hearsay, FRE 602, FRE 901 |
| German Federal Office of Criminal Investigation report on TWRA excerpt | Exhibit 239 | 197 | Affirm. of Sean P. Carter, Ex. 19 (ECF No. 2927-19); Aver. Ex. 231 (ECF No. 2930) | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| FBI Interviews of Jamal al Fadl excerpts | Exhibit 240 | 198 | Aver. Exs. 139, 142 (ECF No. 2930) | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| 03-MDL-1570 Declaration of Ali Ahmad Ali Hamad, March 4, 2008 | Exhibit 241 | 199 | Affirm. of Sean P. Carter, Ex. 18 (ECF No. 2927-18); Aver. Ex. 224 (ECF No. 2930) | | Hearsay |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| Department of Defense JTTF-GTMO Detainee Assessment SA 005 | Exhibit 242 | 200 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| State Department Cable September 9, 2002 Bosnias Dirty Dozen | Exhibit 243 | 201 | Aver. Ex. 229 (ECF No. 2930) | Tarbutton Ex. 16 | Hearsay, FRE 602, Preliminary investigative material |
| Statement of Yasin Kadi to OFAC Excerpts and Treasury Designations | Exhibit 244 | 203-204 | | | Hearsay |
| Al Sharq al Awsat account of Prince Salman's trip to Bosnia | Exhibit 245 | 205 | | | Hearsay, FRE 602, FRE 901 |
| Kadi Discovery SHC - KA Stan | Exhibit 246 | 204 | | | Hearsay, FRE 901 |
| 03-MDL-1570 SHC Declarations | Exhibit 247 | 207-208 | ECF No. 262-3; Aver. Exs. 222, 223 (ECF No. 2930) | | |
| 03-MDL-1570 Declaration Abdulrahman al-Suwailem SJRC | Exhibit 248 | 209 | ECF No. 631-3; Aver. Ex. 247 (ECF No. 2930) | | Hearsay |
| Declaration of Abdul Rahman Swailem of April 2, 2004 | Exhibit 249 | 210 | ECF No. 99-2; Aver. Ex. 241 (ECF No. 2930) | | Hearsay, FRE 602 |
| Saudi Embassy News Archives - King Fahd orders relief aid for Afghanis - March 17, 2001 | Exhibit 250 | 211 | | | Hearsay, FRE 602 |
| Saudi Embassy News Archives Jan, April, May, July 2001 | Exhibit 251 | 212 | | | Hearsay, FRE 602 |
| Without Precedent by Thomas H Kean and Lee H Hamilton excerpt | Exhibit 252 | 213, 216 | | | Hearsay, FRE 602 |

## Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| The Commission by Philip Shenon excerpt | Exhibit 253 | 214 | Aver. Ex. 44 (ECF No. 2930) | | Hearsay, FRE 602 |
| Declaration of Richard Ben Veniste October 12, 2017 | Exhibit 254 | 215 | | Tarbutton Ex. 3 | Hearsay, FRE 602 |
| ODNI Abbottabad Documents excerpts | Exhibit 255 | 217 | | | Hearsay |
| 03-MDL-1570 Affidavit of Bakr Binladin January 27, 2006 Excerpt | Exhibit 256 | 217 | ECF No. 1645-4 | | Hearsay |
| State Department Cable Islamabad November 10, 1998 | Exhibit 257 | 217 | | | Hearsay, FRE 602, FRE 901 |
| Saudi Embassy News Archives - Prince Nayef Gives Press Conference - October 20, 2001 | Exhibit 258 | 217 | | | Hearsay, FRE 602, Preliminary investigative material |
| Ghost Wars by Steve Coll excerpt | Exhibit 259 | 217 | | | Hearsay, FRE 602 |
| 911 Commission Staff Statement No. 5 Diplomacy | Exhibit 260 | 217 | | | Hearsay, Preliminary investigative material |
| Frontline Interview Prince Bandar Bin Sultan - Late September, 2001 | Exhibit 261 | 217 | | | |
| Taliban by Ahmed Rashid Excerpt | Exhibit 262 | 217 | | | Hearsay |
| CIA report on Ariana Airlines of July 29, 1999 excerpts | Exhibit 263 | 218 | | | Hearsay, FRE 901, Preliminary investigative material |
| Ariana Airlines Schedule Advisory | Exhibit 264 | 218 | | | Hearsay, FRE 901 |

### Appendix C – Documents Cited in Kreindler and Pounian Affidavit

| Source | Exhibit | Paragraph | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|---|
| 9/11 Report | N/A | 7, 9, 14-17, 33, 41-42, 55, 94, 177, 179, 196, 216-218 | Averment | Rapawy Exs. 1-3 | Generally admissible. As cited in paragraphs 7, 14, 15, 16, 33, 196, and 216, inadmissible as hearsay. |
| Defendant MWL's Answer to Third Amended Complaint, *Ashton v. Al Qaeda Islamic Army*, MDL 1570, Doc. 346 (filed July 30, 2004) | N/A | 97 | | | Hearsay, FRE 602 |
| Defendant IIRO's Amended Answer to Plaintiffs First Amended Complaint, *Federal Ins. Co. v. Al Qaeda*, MDL 1570, Doc. 1548 (filed Dec. 13, 2005) | N/A | 97 | Aver. Ex. 133 (ECF No. 2930) | | Hearsay, FRE 602 |