**Appendix E – Documents Cited in Mitchell Affidavit**

| Source[1] | Endnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial[2] |
|---|---|---|---|---|
| 11 September 2001 Hijackers, https://www.cia.gov/news-information/speeches-testimony/2002/DCI_18_June_testimony_new.pdf | 1-2, 7 | | | Hearsay, FRE 602, Preliminary investigative material |
| Final Report of the National Commission on Terrorist Attacks Upon the United States ["9/11 Report"] | 3, 22, 32-36, 45-47, 49, 56, 65, 72-73, 120-21, 123, 132-37, 141-43, 152-55, 159-62, 165, 168-69, 177-84, 186-88, 190, 217-19, 228, 244-47, 251-57, 290-91, 294-97, 299-303, 310-15, 318-321 | Averment | Rapawy Exs. 1-3 | Generally admissible. As cited in endnotes 49, 56, 65, 123, 132, 137, 141, 154-55, 160-61, 177-79, 184, 186-87, 228, 244, 247, 251-55, 257, 295-96, 302-03, and 318-20, inadmissible as hearsay |
| Substitution for the Testimony of Khalid Sheikh Mohammed, Defendant's Trial Exhibit #941, *United States v. Moussaoui*, No. 01-455-A (E.D. Va. 2006), http://www.vaed.uscourts.gov/notablecases/moussaoui/exhibits/defense/941.pdf | 4-6, 8-21 | | Tarbutton Ex. 69 | Hearsay, FRE 602, Preliminary investigative material |

---

[1] Document descriptions, other than bracketed text indicating commonly-used short-form descriptors, are taken directly from the Affidavit. Their use is for convenience only and should not be taken as a concession that the descriptions are accurate.

[2] Defendant's objections to the cited documents are made for purposes of the pending motion to dismiss. Defendant reserves the right to move to exclude, or to assert additional objections, in the event that any party seeks to admit any of the cited documents into evidence in any future proceeding.

### Appendix E – Documents Cited in Mitchell Affidavit

| Source | Endnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Amita Sharma, Islamic Cleric Raised Red Flags While in San Diego, http://www.kpbs.org/news/2010/jun/10/islamic-cleric-raised-red-flags-while-san-diego/ | 23 | | | Hearsay, FRE 602 |
| Washington Post, Legal memo backing drone strike that killed American Anwar al-Awlaki is released (June 23, 2014), https://www.washingtonpost.com/world/national-security/legal-memo-backing-drone-strike-is-released/2014/06/23/1f48dd16-faec-11e3-8176-f2c941cf35f1_story.html?utm_term= .59e5adc71fe6 | 24 | | | Hearsay, FRE 602 |
| Government's Sentencing Memorandum, Supplemental Factual Appendix 13 (ECF Doc. 130), *United States v. Abdulmutallab*, No. 2:10-cr-2005 (E.D. Mich. 2005), http://www.washingtonpost.com/wp-srv/world/documents/umar-farouk-abdul-mutallab-sentence-brief.pdf?tid=a_in1 | 25 | | | Hearsay, FRE 602 |
| FBI FD-302 of Umar Farouk Abdulmutallab (Dec. 25, 2009) (part of FBI Docs – Aulaqi and Abdulmutallab) | 25 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| Duncan Gardham, British Airways Bomber Jailed for 30 Years, http://www.telegraph.co.uk/news/uknews/terrorism-in-the-uk/8391162/British-Airways-bomber-jailed-for-30-years.html | 26 | | | Hearsay, FRE 602 |
| David Johnson and Scott Shane, U.S. Knew of Suspect's Tie to Radical Cleric, http://www.nytimes.com/2009/11/10/us/ 10inquire.html | 27 | | | Hearsay, FRE 602 |

## Appendix E – Documents Cited in Mitchell Affidavit

| Source | Endnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| http://www.telegraph.co.uk/news/uknews/terrorism-in-the-uk/8102883/Al-Qaeda-plot-flight-ban-on-freight-from-Somalia.html | 28 | | | Hearsay, FRE 602 |
| Scott Shane, The Lessons of Anwar al-Aulaqi, https://www.nytimes.com/2015/08/30/magazine/the-lessons-of-anwar-al-Aulaqi.html | 29-31 | | | Hearsay, FRE 602 |
| https://kingfahadmosque.org/; https://kingfahadmosque.org/contacts/about-us/ | 37-39 | | | Hearsay |
| 9/11 Commission Memorandum for the Record, Interview of Fahad al-Thumairy (Feb. 23, 2004) | 40, 170-75 | Aver. Ex. 31 (ECF No. 2930) | Kreindler Ex. 3; Tarbutton Ex. 24 | Hearsay, FRE 602, Preliminary investigative material |
| ISIS Magazine *Dabiq*, Issue 7: "Ibn Taymiyyah said: 'The basis of religion is a guiding book and supporting sword.'" https://azelin.files.wordpress.com/2015/02/the-islamic-state-e2809cdc481biq-magazine-722.pdf | 41 | | | Hearsay, FRE 901, Preliminary investigative material |
| S. Select Comm. on Intelligence and H.R. Permanent Select Comm. on Intelligence, Joint Inquiry into Intelligence Community Activities Before and After the Terrorist Attacks of September 11, 2001 (2002) [pages 415-443 constitute "Part Four" or the "28 pages"] | 42-44, 47, 133, 140, 144, 147-50, 156, 166-68, 196, 198-202, 204, 210-16, 221-26, 261-65, 267-68, 270, 274-77, 304, 306-09 | | Consol. Am. Compl., Appx. 2 (ECF Nos. 3463-2-3); Kreindler 13; Tarbutton Ex. 12 | Hearsay, FRE 602, Preliminary investigative material |
| FBI Electronic Communication (May 18, 2004) from Atlanta to Counterterrorism, Los Angeles, and San Diego Re: Mihdar Mohammad Al-Mihdar Zaid (FOIA request production published by INTELWIRE) | 47 | Aver. Ex. 47 (ECF No. 2930) | Tarbutton Ex. 48 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |

### Appendix E – Documents Cited in Mitchell Affidavit

| Source | Endnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| FBI Electronic Communication from Los Angeles to Counterterrorism and San Diego (January 8, 2002) Re: Ziyat Kharfan (FOIA request production published by INTELWIRE) | 47 | | Tarbutton Ex. 54 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| FBI FD-302 Re: Canvass of Various Hotels on Sepulveda Boulevard (Jan. 15, 2002) (3 Versions) (FOIA request production published by INTELWIRE) | 47-48, 69-71 | | Tarbutton Exs. 56-58 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| FBI FD-302 of Qualid Benomrane (Mar. 6, 2002) (File # 265A-LA-280901) (FOIA request production published by INTELWIRE) | 50-54, 57-64 | | Tarbutton Ex. 53 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| Updates and Initiatives (as of 5 October 2012) (ECF Document 3463-4) ["Florida Bulldog Memorandum"] | 54-55, 68, 118-19, 191-92, 194-95, 242, 248-50, 316-17 | | Consol. Am. Compl. Appx. 3 (ECF No. 3463-4); Kreindler Ex. 2; Tarbutton Ex. 10 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| FBI Electronic Communication from Los Angeles to Counterterrorism, "Fahad Althumairy (NON-USPER), IT – Other (UBL/AL-Qaeda)" (Oct. 25, 2002) (FOIA request production published by INTELWIRE) | 54, 59, 61-64, 66-67, 243 | | Kreindler Ex. 19; Tarbutton Ex. 36 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| FBI FD-302 of Caysan Bin Don (Oct. 8, 2001) (FOIA request production published by INTELWIRE) | 74-76, 78-79, 81-105, 107-16, 133, 138, 238-41 | | Tarbutton Ex. 59 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| 9/11 Commission Memorandum for the Record, Interview of Omar Al-Bayoumi (Oct. 16-17, 2003) | 74, 77, 122, 124-30, 220, 229, 322 | Aver. Ex. 30 (ECF No. 2930) | Kreindler Ex. 6; Tarbutton Ex. 23 | Hearsay, FRE 602, Preliminary investigative material |
| 9/11 Comm. Memorandum for the Record, Interview of Caysan Bin Don (Apr. 20, 2004) | 80, 104, 106, 117 | Aver. Ex. 32 (ECF No. 2930) | Tarbutton Ex. 25 | Hearsay, FRE 602, Preliminary investigative material |

## Appendix E – Documents Cited in Mitchell Affidavit

| Source | Endnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| FBI Electronic Communication to Counterterrorism from San Diego, "PENTTBOMB; MAJOR CASE 182" (Oct. 3, 2001) (FOIA request production published by INTELWIRE) | 131, 150, 259, 276 | Aver. Exs. 49-51 (ECF No. 2930) | Tarbutton Exs. 42-44 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| FBI, Connections of San Diego PENTTBOM Subjects to the Government of Saudi Arabia, FBI Letterhead Memorandum (undated) (FOIA request production published by INTELWIRE) | 133, 197, 202-04, 209 | Aver. Exs. 37-39 (ECF No. 2930) | Tarbutton Exs. 38-40 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| 9/11 Commission Staffers Memorandum, "Updated Work Plans and Detailed List of Associates" (June 6, 2003), ECF Doc. 3463-5 | 139, 145, 189, 193, 205, 266 | | Consol. Am. Compl. Appx. 4 (ECF No. 3463-5); Kreindler Ex. 62 | Hearsay, FRE 602, Preliminary investigative material |
| FBI San Diego Letterhead Memorandum, "Ali Ahmad Mesdaq; International Terrorism – Usama Bin Laden" (Jan. 28, 2002) (FOIA production published by INTELWIRE) | 145-46 | | Tarbutton Ex. 55 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| FBI Letterhead Memorandum, "Anwar Nasser Aulaqi, IT-UBL" (Sept. 26, 2001) (part of FBI Report – Sept. 12, 2001) | 151, 290-93 | Aver. Exs. 54-55 (ECF No. 2930) | Tarbutton Exs. 71-72 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| S. Select Comm. on Intelligence and H.R. Permanent Select Comm. on Intelligence, Joint Inquiry into Intelligence Community Activities Before and After the Terrorist Attacks of September 11, 2001 (2002) ["Joint Inquiry"] | 157-58, 163-64 | Averment | | Hearsay, FRE 602, Preliminary investigative material |
| 9/11 Commission Memorandum for the Record, Interview of Fahad al-Thumairy (February 24-25, 2004) | 176, 185 | Aver. Ex. 31 (ECF No. 2930) | Kreindler Ex. 3; Tarbutton Ex. 24 | Hearsay, FRE 602, Preliminary investigative material |

**Appendix E – Documents Cited in Mitchell Affidavit**

| Source | Endnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| http://intelfiles.egoplex.com/2002-12-02-FBI-Mohamed-Ibrahim-Aliter.pdf | 177 | | | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| FBI Electronic Communication Re: "chronological summaries ECF references regarding possible ties of Al-Bayoumi to the Saudi Arabian Government, Embassies, or Consulates (no date) (part of FBI Report – Sept. 12, 2001) | 196-97, 227 | Aver. Ex. 36 (ECF No. 2927) | Tarbutton Ex. 37 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| Letter from Alawi Mohammed Saeed Kamel (Chairman, Dallah Avco) to H.E. Eng. Mohamed Ahmed Ai-Salmi (General Manager of Airway Engineering, Presidency of Civil Aviation) (dated 18/12/1419 A.H.) (corresponding to April 4, 1999) | 206 | | Tarbutton Ex. 19 | Hearsay |
| Letter from Engineer Muhammad Ahmad Al Salemi (General Manager of Airways Engineering) to His Excellency/Chairman of the Board of Directors of the Dallah Group (dated 20/12/1419G) (corresponding to April 6, 1999) | 207 | | Tarbutton Ex. 20 | |
| Letter from Alawi Mohammed Saeed Kamel (Chairman, Dallah Avco) to H.H./President of Civil Aviation (dated 21/12/1419 A.H.) (corresponding to April 7, 1999) | 208 | | Tarbutton Ex. 21 | Hearsay |
| Statement of Steven Emerson to the National Commission on Terrorist Attacks Upon the United States (July 9, 2003), https://govinfo.library.unt.edu/911/hearings/hearing3/witness_emerson.htm | 226 | Aver. Ex. 187 (ECF No. 2930) | | Hearsay, FRE 602 |

## Appendix E – Documents Cited in Mitchell Affidavit

| Source | Endnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Josh Lefkowitz and Lorenzo Vidino, America's Homegrown Jihadist (Apr. 27, 2005), http://archive.frontpagemag.com/Printable.aspx?ArtId=8790 | 230-37 | | | Hearsay, FRE 602 |
| FBI FD-302 of Special Agent [Name Redacted] (Sept. 21, 2001) (part of "FBI Report – Sept. 12, 2001) | 247 | | Tarbutton Ex. 62 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| 9/11 Commission Memorandum for the Record, Interview of Osama Basnan (Oct. 21-22, 2003) | 258, 260, 271-73, 279-82, 284 | Aver. Ex. 34 (ECF No. 2930) | Tarbutton Ex. 27 | Hearsay, FRE 602, Preliminary investigative material |
| FBI Document Complied by the JICI Task Force, ASAC Robert Blecksmith (Oct. 9, 2002) (FOIA Production Request by INTELWIRE) | 269, 285-89 | | Tarbutton Ex. 41 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |
| https://www.washingtonpost.com/world/omar-abdel-rahman-blind-sheik-convicted-in-1993-world-trade-center-attack-dies-at-78/2017/02/18/807c4f2c-f603-11e6-8d72-263470bf0401_story.html?utm_term=.023c15555c68 | 278 | | | Hearsay, FRE 602 |
| 9/11 Commission, Memorandum for the Record, "Interview of FBI Special Agent [Name Redacted]" (Nov. 17, 2003) | 283 | Aver. Ex. 33 (ECF No. 2930) | Kreindler Ex. 12; Tarbutton Ex. 26 | Hearsay, FRE 602, Preliminary investigative material |
| The Telegraph, "Hijackers in same hotel as Saudi minister" (Oct. 3, 2003), http://www.telegraph.co.uk/news/worldnews/middleeast/saudiarabia/1443191/Hijackers-in-same-hotel-as-Saudi-minister.html | 304 | Aver. Ex. 65 (ECF No. 2930) | | Hearsay, FRE 602 |

## Appendix E – Documents Cited in Mitchell Affidavit

| Source | Endnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Susan B. Trenton and Joseph J. Trenton, Unsafe at Any Altitude: Failed Terrorism Investigations, Scapegoating 9/11, and the Shocking Truth About Aviation Security Today (2006) | 305 | | | Hearsay, FRE 602 |
| Natana J. DeLong-Bas, Wahhabi Islam: From Revival and Reform to Global Jihad (2007) | 323 | | | Hearsay, FRE 602 |
| Alastair Crooke, You Can't Understand ISIS if You Don't Know the History of Wahhabism in Saudi Arabia, Huffington Post (undated), http://www.huffingtonpost.com/alastair-crooke/isis-wahhabism-saudi-arabia_b_5717157.html | 323 | | | Hearsay, FRE 602 |
| Distance from Los Angeles International Airport to the King Fahad Mosque at 10980 Washington Boulevard., Culver City, California as measured by mapquest.com | 324 | | | Hearsay, FRE 602 |
| Distance from the Saudi Consulate at 2045 Sawtelle Boulevard, Los Angeles, California to the King Fahad Mosque at 10980 Washington Boulevard, Culver City, California as measured by mapquest.com | 325 | | | Hearsay, FRE 602 |
| U.S. Department of Justice, Office of the Inspector General, A Review of the FBI's Handling of Intelligence Information Prior to the September 11 Attacks (Special Report) (November 2004) | 326 | Aver. Ex. 40 (ECF No. 2930) | | Hearsay, FRE 602, Preliminary investigative material |