## Appendix G – Documents Cited in Kohlmann Affirmation

| Source[1] | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial[2] |
|---|---|---|---|---|
| Della Porta, Donatella and Michael Keating. Approaches and Methodologies in the Social Sciences. Cambridge University Press. 2008 | 1-3 | | | Not cited as evidence |
| Order by Judge Brian M. Cogan resulting from Daubert hearing for Evan Kohlmann. United States v. Adnan Ibrahim Harun A Hausa. U.S. District Court for the Eastern District of New York (EDNY). February 10, 2017 | 4 | | | Hearsay |
| Saudi Basic Law of Governance | 5, 7 | | Kreindler Ex. 73 | |
| Final Report of the National Commission on Terrorist Attacks upon the United States ["9/11 Report"] | 6-7, 281, 285, 288, 290-91 | Averment | Rapawy Exs. 1-3 | |
| King Fahd's Speech on the Issuance of the Basic Law of Governance | 8 | | Kreindler Ex. 74 | |
| Declaration of Abdulaziz H. al Fahad (ECF No. 85-3) | 9, 13-14, 51 | ECF No. 85-3; Aver. Ex. 119 (ECF No. 2930) | Kreindler Ex. 155 | Hearsay, FRE 602 |
| Interview with General Manager for External Relations in the Ministry of Islamic Affairs, Abdul Majid bin Muhammad Al Omari | 10 | Affirm. of Sean P. Carter, Ex. 15 (ECF No. 2927-15) | | |

---

[1] Document descriptions, other than bracketed text indicating commonly-used short-form descriptors, are taken directly from the Affirmation. Their use is for convenience only and should not be taken as a concession that the descriptions are accurate.

[2] Defendant's objections to the cited documents are made for purposes of the pending motion to dismiss.  Defendant reserves the right to move to exclude, or to assert additional objections, in the event that any party seeks to admit any of the cited documents into evidence in any future proceeding.

### Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| ECF No. 2927-16 | 11 | Affirm. of Sean P. Carter, Ex. 16 (ECF No. 2927-16) | | |
| http://www.moia.gov.sa/eng/Menu/Pages/About.aspx | 12 | | | Document has not been filed and is not available |
| http://www.mofa.gov.sa/sites/mofaen/EServ/VisitingSaudi Arabia/aboutKingDom/Pages/ServingIslam36145.aspx | 15 | | | Document has not been filed and is not available |
| http://www.mohe.gov.sa/en/studyinside/aboutKSA/Pages/service-of-lslam-and-Muslims.aspx?AspxAutoDetectCookieSupport=1 (alternatively listed as http://www.mohe.gov.sa/ar/studyinside/ aboutksa/pages/service-of-islam-and-muslims.aspx?aspx autodetectcookiesupport=1) | 15 | | | Document has not been filed and is not available |
| http://embassies.mofa.gov.sa/sites/NewZealand/AR/About Kingdom/KingdomAchievments/Pages/default.aspx | 16 | | | Document has not been filed and is not available |
| Lecture of Sheikh Saleh bin Abdel Aziz Al Sheikh, Minister of Religious Affairs, Efforts of the Servant of the Two Holy Mosques in Advocacy and the Service of Islam and Muslims | 17 | Affirm. of Sean P. Carter, Ex. 13 (ECF No. 2927-13) | Kreindler Ex. 164 | |
| Declaration of Dr. Mutlib bin Abdullah al Nafissa, Member of the Council of Ministers, January 31, 2004. (03-md-1570, ECF No. 141-5, Exh 222 in Index of Evidence) | 18, 258, 262 | ECF No. 141-5; Aver. Exs. 1, 222 (ECF No. 2930) | | |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Affidavit of Khalid bin Obaid Azzahri, ECF No. 104-2 | 19, 147 | ECF No. 104-2; Aver. Ex. 195 (ECF No. 2930) | Kreindler Ex. 87 | Hearsay, FRE 602 |
| Testimony of Arafat El Asahi, _Minister of Citizenship and Immigration v. Mahmoud Jaballah_, Federal Court of Canada, Docket DES-6-99 (03-md-1570, Exh 122 in Index of Evidence); "Reasons for Order." The Minister of Citizenship and Immigration and Mahmoud Jaballah. Docket: DES-6-99. Federal Court of Canada. November 2, 1999. | 20, 36, 84-85, 90, 96, 113 | Aver. Ex. 122 (ECF No. 2930) | Kreindler Ex. 182 | Hearsay, Preliminary investigative material |
| Declaration of Mutaz Saleh Abu Unuq, Apr. 1, 2003 (_Burnett v. Al Baraka Inv. & Dev. Corp._, Dkt. No. 1:02cv01616 (D.D.C.) | 21, 193, 196, 217-18 | Aver. Ex. 178 (ECF No. 2930) | Kreindler Ex. 226 | Hearsay, FRE 602 |
| Declaration of Abdulrahman A. Al-Suwailem, Jan. 10, 2005, ECF No. 631-3 | 22, 271-76 | ECF No. 631-3; Aver. Ex. 247 (ECF No. 2930) | Kreindler Ex. 248 | Hearsay |
| Declaration of Abdul Rahman AI Swailem, Apr. 2, 2004, ECF No. 96-2 (Exh. 240 in Index of Evidence) | 23, 244, 247 | ECF No. 96-2; Aver. Ex. 240 (ECF No. 2930) | | Hearsay |
| "Saudi Arabian Information Resources: Muslim World League." http://www.saudinf.com/main/k312.htm. March 1, 2003 | 24, 293 | | | Document has not been filed and is not available |
| Al-Rasheed, Madawi. A History of Saudi Arabia. Cambridge University Press; © 2002 | 25 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Defendant Muslim World League's Answer to Plaintiffs First Amended Complaint. In Re: Terrorist Attack on September 11, 2001 (Federal Insurance Company et al. v. Al-Qaida et al.). United States District Court for the Southern District of New York. Case No: 02 CV 6978 (RCC) | 26 | Aver. Ex. 123 (ECF No. 2930) | | Hearsay, FRE 602 |
| http://www.wamy.org/english/conferences/speech3.htm. July 1, 2003 | 27 | | | Document has not been filed and is not available |
| "More Dynamic Role for MWL: Dr. Abdullah Omar Nasseef." The Muslim World League Journal. Vol. 11; Nos. 5 and 6. Jumada I&II 1404 (February-March 1984). Mecca, Saudi Arabia. | 28, 38 | Aver. Ex. 121 (ECF No. 2930) | Haefele Ex. 97 | Hearsay, FRE 602 |
| "About the Muslim World League." http://www.arab.net/mwl/about.htm | 29, 294 | | | Document has not been filed and is not available |
| "At the Opening of the Muslim World League Meeting: The Custodian of the Two Holy Places Calls for Islamic Solidarity to Overcome Obstacles." Ain al-Yaqeen. December 15, 1997 | 30, 295 | | | Document has not been filed and is not available |
| http://www.saudiembassy.net/gov_profile/consult.html | 31-32 | | Kreindler Ex. 168 | |
| http://www.saudia-online.com/Shura%20Council.htm | 33 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Declaration of Ali Muhammad al-Kamal, Manager for Financial Affairs Administration of the Muslim World League. Thomas Burnett et al. v. Al Baraka Investment and Development Corporation et al. United States District Court for the District of Columbia. Civil Action No. 1:02CV01616 | 34, 44 | Aver. Ex. 118 (ECF No. 2930) | Kreindler Ex. 165 | Hearsay |
| Declaration of Abdullah Bin Saleh al-Obaid. Thomas Burnett et al. v. Al Baraka Investment and Development Corporation et al. United States District Court for the District of New York. 03 CV 9849 (RCC) | 35, 83 | ECF No. 98-2; Aver. Ex. 120 (ECF No. 2930) | Kreindler Ex. 153 | Hearsay |
| MWL 05138 | 37 | | Haefele Ex. 9T | Hearsay |
| JT-MWL 00127 | 37 | | Haefele Ex. 1T | Hearsay |
| Al-Alam Al-Islami, July 27th 1992 | 39 | | Haefele Ex. 44T | Hearsay, FRE 602 |
| Al-Alam Al-Islami, February 3rd 1992 | 40 | | Haefele Ex. 42T | Hearsay |
| MWL 005365-5366 | 41 | | Haefele Ex. 13T | Hearsay |
| MWL 005346 | 41 | | Haefele Ex. 10T | Hearsay |
| MWL 005354-55 | 41 | | Haefele Ex. 12T | Hearsay |
| MWL 005350-51 | 41 | | Haefele Ex. 11T | Hearsay |
| MWL 058868 | 42, 76, 139, 192 | | Haefele Ex. 36T | Hearsay |
| Monthly Newsletter of the Royal Saudi Embassy in Washington D.C. March 1997. http://www.saudiembassy.net/publications/ news_letter/NL_97/nl_97_03.html | 43 | | | Document has not been filed and is not available |
| MWL 008574 | 45 | | Haefele Ex. 20T | Hearsay |
| MWL 051264 | 45 | | Haefele Ex. 29T | Hearsay |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| MWL 051698 | 45, 75 | | Haefele Ex. 31T | Hearsay |
| Letter from Saudi Foreign Minister Saud al-Faisal | 45, 48 | | | Document has not been filed and is not available |
| IIRO 284220 | 45 | | Haefele Ex. 68T | Hearsay |
| IIRO 284221 | 45 | | Haefele Ex. 68T | Hearsay |
| IIRO 284223 | 45 | | Haefele Ex. 68T | Hearsay |
| MWL 058614 | 46 | | Haefele Ex. 32T | Hearsay |
| MWL 051339 | 49 | | Haefele Ex. 40T | Hearsay |
| IIRO 35077-81 | 47, 50 | | Haefele Ex. 41T | |
| Al-Alam Al-Islami, May 3rd 1993 | 50 | | Haefele Ex. 43T | Hearsay, FRE 602 |
| IIRO 280607-11 | 52, 68 | | Haefele Ex. 60T | Hearsay |
| JT-MWL 00753 | 52, 68 | | Haefele Ex. 61T | |
| IIRO 284220-23 | 52 | | Haefele Ex. 68T | Hearsay |
| MWL regulations as published by the MWL Constituent Council (April 10-11, 2002) | 53-61 | | | Document has not been filed and is not available |
| MWL 059176 | 62 | | Haefele Ex. 81T; Kreindler Ex. 148 | Hearsay |
| MWL 059172 | 63 | | Haefele Ex. 37T; Kreindler Ex. 147 | |
| MWL 059354 | 64 | | Haefele Ex. 55T | Hearsay |
| MWL 059236 | 64 | | Haefele Ex. 56T | Hearsay |
| MWL 059241 | 64 | | Haefele Ex. 57T | Hearsay |

### Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| MWL 059276 | 64 | | Haefele Ex. 58T | Hearsay |
| IIRO 287458-63 | 64 | | Haefele Ex. 52T | Hearsay |
| MWL 030818 | 64 | | Haefele Ex. 28T | Hearsay |
| Letter from Foreign Minister Saud Al-Faisal to Chief of Royal Court | 65, 75 | | Haefele Ex. 72T | |
| Letter from Saudi Foreign Minister Saud Al-Faisal to MWL Secretary General | 65, 75 | | Haefele Ex. 74T | |
| IIRO 278760 | 65, 72 | | Haefele Ex. 84T | Hearsay |
| MWL 039323 | 66 | | Haefele Ex. 86T | Hearsay |
| MWL 039324 | 66 | | Haefele Ex. 87T | |
| JT-MWL 04515 | 67 | | Haefele Ex. 6T | |
| JT-MWL 04514 | 67 | | Haefele Ex. 5T | |
| IIRO 283369 | 67, 132, 191 | | Haefele Ex. 26T | |
| JT-MWL 04822 | 68 | | Haefele Ex. 98 | Hearsay |
| JT-MWL 04833 | 68 | | Haefele Ex. 99 | Hearsay |
| JT-MWL 00530 | 68 | | Haefele Ex. 3T | Hearsay, FRE 602 |
| Letter from MWL Secretary General Turki to Minister of Foreign Affairs | 68 | | | Document has not been filed and is not available |
| MWL 052935 | 69 | | Haefele Ex. 47T | Hearsay |
| MWL 069959-60 | 69 | | Haefele Ex. 88T | Hearsay |
| MWL 069961 | 69 | | Haefele Ex. 89T | |
| MWL 069970 | 69 | | Haefele Ex. 92T | Hearsay |

### Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| MWL 069962 | 69 | | Haefele Ex. 90T | Hearsay |
| MWL 069963 | 69 | | Haefele Ex. 91T | Hearsay |
| MWL 069984 | 69 | | Haefele Ex. 93T | Hearsay |
| MWL 069986 | 69 | | Haefele Ex. 94T | Hearsay |
| MWL 051310 | 70 | | Haefele Ex. 48T | Hearsay |
| MWL 051331 | 70 | | Haefele Ex. 33T | Hearsay |
| JT-MWL 00616 | 71, 73 | | Haefele Ex. 27T | Hearsay |
| IIRO 280442 | 71 | | Haefele Ex. 49T | |
| Letter from MWL Secretary General Turki to Minister of Foreign Affairs | 71 | | Haefele Ex. 73T | Hearsay |
| IIRO 280172-78 | 72 | | Haefele Ex. 23T | Hearsay |
| Letter from Foreign Minister Saud al-Faisal to the Secretary of the Saudi King, with a copy to the King | 72 | | | Document has not been filed and is not available |
| JT-MWL 00482 | 73 | | Haefele Ex. 2T | |
| MWL 007033-42 | 73-74 | | Haefele Ex. 19 | |
| JT-MWL 00645 | 73, 75 | | Haefele Ex. 4T | Hearsay, FRE 602 |
| MWL 052523 | 73 | | Haefele Ex. 34T | Hearsay |
| MWL 052287 | 73 | | Haefele Ex. 35T | Hearsay |
| JT-MWL 04556-57 | 74 | | Haefele Ex. 7T | Hearsay, FRE 602 |
| MWL 051436 | 74 | | Haefele Ex. 30T | Hearsay |
| Al Jazeera, Order for Financial Assistance (July 31, 2001) (available at http://archive.al-jazirah.com.sa/2001jaz/jul/31/fr2.htm) | 75 | | Haefele Ex. 8T | Hearsay, FRE 602 |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| IIRO 096108 | 77 | | Haefele Ex. 39T | Hearsay |
| IIRO 096075-76 | 77 | | Haefele Ex. 39T | Hearsay |
| IIRO 096114 | 77 | | Haefele Ex. 39T | Hearsay |
| MWL 056784 | 78 | | Haefele Ex. 38T | Hearsay |
| MWL 023251-23252 | 78 | | Haefele Ex. 79T | Hearsay, FRE 602 |
| MWL 015878 | 79 | | Haefele Ex. 77T | Hearsay |
| MWL 015876 | 79 | | Haefele Ex. 76 | Hearsay, FRE 602 |
| Ahmed, Iftikhar. "Counter anti-Islam propaganda, says MWL sec-general." Moneyclips. May 6, 1995 | 80 | | | Document has not been filed and is not available |
| "IIRO – Welcome." http://www.arab.net/iiro | 81 | | | Document has not been filed and is not available |
| Declaration of Saleh Abdullah Al Saykhan, Manager of Financial Administration of the International Islamic Relief Organization. Thomas Burnett et al. v. Al Baraka Investment and Development Corporation et al. United States District Court for the District of Columbia. Civil Action No. 1:02CV01616 | 82, 87, 95 | Aver. Ex. 135 (ECF No. 2930) | Kreindler Ex. 167 | Hearsay |
| "Annual Report: 2001-2002." International Islamic Relief Organization (Muslim World League). The Kingdom of Saudi Arabia | 86, 98, 107-08 | | | Document has not been filed and is not available |
| "Memo to the External Offices Managers." March 16, 1999. IIRO in the Saudi Arabian Kingdom; the Secretary General's Office. Department: 1729 | 88, 114-19 | Aver. Ex. 134 (ECF No. 2930) | | FRE 901 |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Defendant International Islamic Relief Organization's Amended Answer to Plaintiffs First Amended Complaint. In Re: Terrorist Attack on September 11, 2001 (Federal Insurance Company et al. v. Al-Qaida et al.). United States District Court for the Southern District of New York. Case No: 02 CV 6978 (RCC) | 89 | Aver. Ex. 133 (ECF No. 2930) | | Hearsay, FRE 602 |
| http://www.dod.gov/pubs/foi/operation_and_plans/Detainee/csrt_arb/Set_44_2922-3064.pdf | 91, 330, 411 | | | Document has not been filed and is not available |
| http://www.dod.mil/pubs/foi/operation_and_plans/Detainee/csrt_arb/ARB_Transcript_Set_7_20497-20750.pdf | 92, 416-417 | | | Document has not been filed and is not available |
| http://www.dod.gov/pubs/foi/operation_and_plans/Detainee/csrt_arb/Set_15_1318-1362.pdf | 93 | | | Document has not been filed and is not available |
| http://www.defenselink.mil/pubs/foi/detainees/csrt/ARB_Transcript_Set_2_585-768.pdf | 94 | | | Document has not been filed and is not available |
| IIRO 227909-10 | 95 | | Haefele Ex. 21T | Hearsay, FRE 901 |
| IIRO 277919 | 95 | | Haefele Ex. 22T | Hearsay |
| "Prince Salman Opens Fundraising Campaign for IIRO." Info-Prod Research (Middle East) Ltd. – Middle East News Items. February 28, 1995 | 97 | | | Document has not been filed and is not available |
| "Islamic Intn'l Relief Organization receives SR12m for Bosnia fund." The Saudi Gazette. February 11, 1993 | 99 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Bashir, Abdul Wahab. "IIRO raises SR15m in-funds." Arab News. December 22, 1993 | 100 | | | Document has not been filed and is not available |
| "Saudis back fund-raising for Bosnian Muslims." The Saudi Gazette. February 26, 1994 | 101 | | | Document has not been filed and is not available |
| Hassan, Javid. "Riyadh Governor Prince Salman donates SR1m to IIRO." Arab News. February 23, 1994 | 102 | | | Document has not been filed and is not available |
| "IIRO marks eight anniversary." Riyadh Daily. January 12, 1995 | 103 | | | Document has not been filed and is not available |
| Saberi, Mahmood. "SR8 million raised for IIRO at Sanabel Al-Khair drive." Saudi Gazette. February 23, 1995 | 104 | | | Document has not been filed and is not available |
| Awkasho, Rashad. "SR6m raised in three hours at Sanabel Al-Khair drive." Saudi Gazette. February 5, 1996 | 105 | | | Document has not been filed and is not available |
| Khan, M. Ghazanfar Ali. "SR6m collected at Sanabel Al-Khair." Arab News. December 24, 1998 | 106 | | | Document has not been filed and is not available |
| Virginia Secretary of State, Corporate Record, International Relief Organization and International Islamic Relief Organization | 109 | | | Document has not been filed and is not available |
| http://www.saudiembassy.net/gov_profile/shura00.html. November 6, 2002 | 109 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| ICE interview of Soliman Biheiri by S.A. David Kane. June 15, 2003 | 110 | | | Document has not been filed and is not available |
| Application for Recognition of Exemption under Section 501(c)(3) of Internal Revenue Code. International Relief Organization, Inc. October 25, 1991 | 111-12 | | | Document has not been filed and is not available |
| IIRO 277332-33 | 120 | | Haefele Ex. 66T | Hearsay |
| IIRO 277336 | 120 | | Haefele Ex. 66T | Hearsay |
| IIRO 338581 | 121 | | Haefele Ex. 80T | Hearsay |
| IIRO 338582 | 121 | | Haefele Ex. 80T | Hearsay |
| IIRO 338583 | 121 | | Haefele Ex. 80T | Hearsay |
| IIRO 338585 | 121 | | Haefele Ex. 80T | Hearsay |
| IIRO 338586 | 121 | | Haefele Ex. 80T | Hearsay |
| IIRO 338587 | 121 | | Haefele Ex. 80T | Hearsay |
| IIRO 338588 | 121 | | Haefele Ex. 80T | Hearsay |
| IIRO 287527-36 | 122 | | Haefele Ex. 46T | Hearsay |
| IIRO 280436 | 122 | | Haefele Ex. 50T | Hearsay |
| IIRO 284778 | 123 | | Kreindler Ex. 171 | Hearsay |
| IIRO 284811 | 123 | | | Document has not been filed and is not available |
| IIRO 284663 | 123, 126 | | Haefele Ex. 25T; Kreindler Ex. 173 | Hearsay |
| IIRO 287341 | 124 | | Haefele Ex. 53T | Hearsay |

### Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| MWL IIRO 16233-37 | 125 | | Haefele Ex. 17T | Hearsay |
| MWL IIRO 16243-46 | 125 | | Haefele Ex. 18T | Hearsay |
| IIRO 111814-15 | 123, 127 | | Haefele Ex. 70T | Hearsay |
| IIRO 120169 | 128-29 | | Haefele Ex. 82T | Hearsay |
| IIRO 129743-44 | 128 | | Haefele Ex. 45T | Hearsay |
| IIRO 287198 | 128 | | Haefele Ex. 54T | Hearsay |
| IIRO 288031 | 130 | | Haefele Ex. 85T; Kreindler Ex. 207 | Hearsay |
| IIRO 283387 | 133 | | Haefele Ex. 51T | |
| IIRO 280045 | 134 | | Haefele Ex. 67T | |
| IIRO 284660 | 134 | | Haefele Ex. 75T | Hearsay |
| IIRO 96423 | 134 | | Haefele Ex. 59T | Hearsay |
| IIRO 14955-57 | 135 | | Haefele Ex. 14T | Hearsay |
| IIRO 280522 | 136 | | Haefele Ex. 65T | |
| IIRO 285033 | 137 | | Haefele Ex. 69T | Hearsay |
| IIRO 112079 | 138 | | Haefele Ex. 71T | Hearsay |
| IIRO 285013 | 140 | | Haefele Ex. 24T | Hearsay |
| IIRO 000199 | 141 | | Haefele Ex. 100T | Hearsay |
| IIRO 001185 | 142 | | Haefele Ex. 78T | Hearsay |
| "Saudi Arabia's top Islamic charity denies any of its assets frozen." Agence France Presse. March 13, 2002 | 144, 361 | | | Document has not been filed and is not available |
| AH 00596-639 | 145 | | Haefele Ex. 64T | Hearsay |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| AH 00599 | 145 | | Haefele Ex. 101T | Hearsay |
| http://www.alharamain.org/alharamain/eng/inner.asp?order=1&num=1 | 146, 373 | | | Document has not been filed and is not available |
| http://www.alharamain.org/english/ourobjectives.htm. January 27, 2002 | 146, 158-59 | | | Document has not been filed and is not available |
| Roth, John, Douglas Greenburg, and Serena Wille. "Monograph on Terrorist Financing: Staff Report to the Commission.'' National Commission on Terrorist Attacks upon the United States | 148, 180 | Aver. Ex. 198 (ECF No. 2930) | | Hearsay, FRE 602, Preliminary investigative material |
| "How Jihad Made Its Way to Chechnya Secular Separatist Movement Transformed by Militant Vanguard." Washington Post. April 26, 2003 | 149, 378 | Aver. Ex. 196 (ECF No. 2930) | | Hearsay |
| "REPORT NO: 12 - A Letter of Commendation." Report from the Al-Haramain Foundation; Tirana, Albania. May 1, 1999. http://kosova.hypermart.net/harameen.html | 150 | | | Document has not been filed and is not available |
| http://www.alharamain.org/AR/Contents.aspx?AID=746&HL=1&Q=. February 2003 | 151 | | | Document has not been filed and is not available |
| Letter from Lynne Bernabei (Bernabei & Katz, PLLC) to R. Richard Newcomb (Office of Foreign Assets Control, U.S. Treasury Department). Dated May 14, 2004. Subject: "Re: Al-Haramain Islamic Foundation, Inc. SDG #305 (License Request Pending)." | 152 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| http://www.alharamain.org/alharamain/eng/inner.asp?order=1&num=1. April 2003 | 153 | | | Document has not been filed and is not available |
| "Interview with Aqil al-Aqil, general manager of the charitable Al-Haramayn Foundation." Al-Sharq al-Awsat (London). March 16, 2002 | 154, 190, 362 | | | Document has not been filed and is not available |
| "Prince Salman patronizes charity ceremony." Saudi Press Agency. November 12, 2002 | 155, 221 | | | Document has not been filed and is not available |
| Ain Al-Yaqeen. November 29, 2002 | 156-57, 222-24 | | | Document has not been filed and is not available |
| http://www.dod.gov/pubs/foi/detainees/csrt_arb/Set_4_0320-0464.pdf | 160 | | | Document has not been filed and is not available |
| http://www.dod.gov/pubs/foi/detainees/csrt_arb/Set_26_1848-1900.pdf | 161 | | | Document has not been filed and is not available |
| http://www.dod.gov/pubs/foi/detainees/csrt_arb/Set_49_3298-3380_Revised.pdf | 162-63 | | | Document has not been filed and is not available |
| "Noose tightens around Islamic charities in Gulf." Agence France Presse. October 3, 2001 | 164 | | | Hearsay, FRE 602 |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| "Additional Al-Haramain Branches, Former Leader Designated by Treasury as Al Qaida Supporters; Treasury Marks Latest Action in Joint Designation with Saudi Arabia." Office of Public Affairs; U.S. Treasury Department. June 2, 2004 | 165, 178 | Aver. Ex. 204 (ECF No. 2930) | Kreindler Ex. 91 | Hearsay, FRE 602 |
| http://alsaha.fares.net. June 25, 2003. As cited in U.S. Treasury public document recovered on March 24, 2004 (PUBLIC-AR0258 to PUBLIC-AR0269) | 166-69 | | | Document has not been filed and is not available |
| "Head of Al-Haramayn Charity Foundation Dismissed." Al-Hayat. January 8, 2004 | 170 | | | Document has not been filed and is not available |
| "Power of Attorney" document signed by Aqeel Bin Abdel-Aziz Al-Aqeel on behalf of "Al-Haramain Islamic Foundation; Head Office – Riyadh" dated October 22, 1997 (AHIF 000914) | 171 | | Haefele Ex. 95 | Hearsay |
| Affidavit by I.R.S. Special Agent Colleen Anderson in support of search warrant application for 3800 S. Highway 99, Ashland, Oregon dated February 23, 2004. United States District Court; District of Oregon (AHIF 001537) | 172, 181-84 | | Haefele Ex. 96 | Hearsay, FRE 602, Preliminary investigative material |
| Letter from Thomas J. Wilcox, CPA to Jennifer Nicolin #95152, Internal Revenue Service, re: "Al-Haramain Islamic Foundation Inc. #93-1231083." Dated August 17, 2000 | 173 | | | Document has not been filed and is not available |
| Defendant Al-Haramain Islamic Foundation, Inc.'s Responses to Plaintiffs' Interrogatories." Thomas Burnett et al. v. Al Baraka Investment and Development Corporation et al. United States District Court for the District of Columbia. Civil Action No. 1:03CV9849 (RCC) | 174-75 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Al-Haramain Islamic Foundation (Ashland, Oregon). "Monthly Report: August 1999." Signed by "Abu Yunus, Director, Ashland Office of Al-Haramain Islamic Foundation, U.S.A." | 176-77 | | | Document has not been filed and is not available |
| "Designation of AL-HARAMAIN FOUNDATION (AHF) branches in Afghanistan, Albania, Bangladesh, Ethiopia, and The Netherlands, and AHF's leader AL-AQIL pursuant to the authorities of E.O. 13224." Memorandum for R. Richard Newcomb, Director, Office of Foreign Assets Control (U.S. Treasury Department). Dated: June 2, 2004 | 179 | Aver. Ex. 205 (ECF No. 2930) | | Hearsay, FRE 602 |
| Al-Haramain Islamic Foundation (Ashland, Oregon). "Emergency Proposal Regarding Repairs to the Electrical System in the Ashland Office's Masjid." Dated: May 5, 1999 | 185 | | | Document has not been filed and is not available |
| Letter from Pete Seda-Ghaty (a.k.a. "Abu Yunus") to Soliman Albuthe (a.k.a. "Brother Soliman"). "Distribution of literature."  Dated: July 23, 1999 | 186 | | | Document has not been filed and is not available |
| Letter from Pete Seda-Ghaty (a.k.a. "Abu Yunus Sedaghaty") to Shaykh Aqeel al-Aqeel. "Urgent relief for Afghani refugees." Dated: October 21, 2001 | 187 | | | Document has not been filed and is not available |
| Letter from Pete Seda-Ghaty (a.k.a. "Abu Yunus") to "the USA Committee in Riyadh." "Expanding Da'wa Efforts." Dated: October 27, 2002 | 188 | | | Document has not been filed and is not available |
| Affidavit of Al-Haramain Islamic Foundation "General Manager" Aqeel al-Aqeel. Dated: December 31, 2003 | 189 | | | Document has not been filed and is not available |
| IIRO 277786-87 | 65, 75, 131, 191 | | Haefele Ex. 83T | |

### Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| http://www.wamyusa.org/publications/islaam_at_glance.htm | 194 | | | Document has not been filed and is not available |
| http://www.wamyusa.org/about.about%20wamy.htm | 195 | | | Document has not been filed and is not available |
| Al-Jazirah (Riyadh). March 10, 2001 | 197, 232-33 | | | Document has not been filed and is not available |
| http://www.wamy.org/index.cfm?method=home.conPrint&contentid=17&fa=Content&simple=0 | 198 | | | Document has not been filed and is not available |
| "WAMY Team in Afghanistan Risks Life to Deliver Aid." Middle East Newsfile. November 20, 2001 | 199 | | | Document has not been filed and is not available |
| "Reports Link Charity to an Al-Qaeda Front." Wall Street Journal. September 20, 2003 | 200 | | | Document has not been filed and is not available |
| "WAMY chief Johani dies in car crash." Arab News. August 5, 2002 | 201, 203 | | | Document has not been filed and is not available |
| "Dr. Maneh Al-Johani – WAMY Chief Dies in Car Mishap." Riyadh Daily. August 5, 2002 | 202 | | | Document has not been filed and is not available |
| http://www.iiasa.org/researchcenter/symposium.htm | 204 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| "Jordan's Prince Ghazi Addresses Muslim Youth Conference." Amman Times. October 21, 1998 | 205 | | | Document has not been filed and is not available |
| "Saudi Crown Prince Receives Dignitaries, says Islam Targeted." BBS. November 2, 2002 | 206-07 | | | Document has not been filed and is not available |
| WAMYSA 2444 | 208 | | Haefele Ex. 15T | Hearsay |
| WAMYSA 2683 | 208 | | Haefele Ex. 63T | |
| WAMYSA 2894 | 208 | | Haefele Ex. 62T | Hearsay |
| WAMYSA 2973 | 208 | | Haefele Ex. 16T | Hearsay |
| February 11, 2000 WAMY "Offices Regulations" approved by WAMY Board of Trustees in Riyadh. WAMY Control Docs.pdf | 209-15, 235-37 | | | Document has not been filed and is not available |
| Al-Jazirah (Riyadh). January 12, 2001 | 216 | | | Document has not been filed and is not available |
| "Salman donates SR1.5m in a Major Fund-Raising Event." Middle East Newsfile. December 16, 2001 | 219 | | | Document has not been filed and is not available |
| "Fund Raising Event Generates SR6.5 million." Middle East Newsfile. November 29, 2001 | 220 | | | Hearsay, FRE 602 |
| "European and Canadian pilgrims arrive in Jiddah." Saudi Press Agency. June 2, 2003 | 225 | | | Hearsay, FRE 602 |
| "Copies of the Holy Quran to be distributed." Saudi Press Agency. March 31, 2001 | 226 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Islamic Views. Saudi Armed Forces Printing Press | 227-28 | | | Document has not been filed and is not available |
| http://www.wamyusa.org/About/serverd_by_wamy.htm | 229 | | | Document has not been filed and is not available |
| http://www.wamyusa.org/About/social_economic_uplift.htm | 230 | | | Document has not been filed and is not available |
| http://www.wamy.co.uk/bd_contact.htm | 231 | | | Document has not been filed and is not available |
| http://www.buraydahcity.net/vb/showpost.php?s=837f02cf3010abbe8aab392e113ea14c&p=893992&postcount=6 | 234 | | | Document has not been filed and is not available |
| "Audit of the World Assembly of Muslim Youth." Letter to World Assembly of Muslim Youth, 70-3024 Cedarglen Gate, Mississauga ON L5C 4S3. Canada Revenue Agency (CRA). Dated August 23, 2011 | 238-39 | Aver. Ex. 190 (ECF No. 2930) | | Hearsay, FRE 602, Preliminary investigative material |
| http://www.srca.org.sa/OurServices.aspx | 240-42 | | | Document has not been filed and is not available |
| http://www.ifrc.org/docs/profiles/saprofile.pdf | 243 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Second Affidavit of Abdul Rahman Al Swailem. In Re: Terrorist Attack on September 11, 2001 (Thomas E. Burnett Sr. et al. v. Al Baraka Investment and Development Corporation). United States District Court for the Southern District of New York. Case No: 03 CV 9849 (RCC) | 245 | ECF No. 99-2; Aver. Ex. 241 (ECF No. 2930) | Kreindler Ex. 249 | Hearsay, FRE 602 |
| Hassan, Javid. "10,000 volunteers trained by SRCS: Al Suwailem." Arab News. June 16, 1999 | 246 | | | Document has not been filed and is not available |
| Videotaped interview of Shaykh Abdullah Azzam. 1989 | 248 | | | Document has not been filed and is not available |
| "Budget Statement from Ministry Of Finance." Ministry of Finance of the Kingdom of Saudi Arabia. December 29, 1998 | 249 | | | Document has not been filed and is not available |
| "Budget for Fiscal Year 2000." Ministry of Finance and National Economy of the Kingdom of Saudi Arabia. December 20, 1999 | 250 | | | Document has not been filed and is not available |
| "Budget for Fiscal Year 2002." Ministry of Finance and National Economy of the Kingdom of Saudi Arabia. December 8, 2001 | 251 | | | Document has not been filed and is not available |
| "Islamic Organizations in the Balkans." A Joint Research Project by the Governments of the United States and the United Kingdom. August 2003 | 252, 263-64, 394, 403-07 | | | Document has not been filed and is not available |
| "US, Saudis Plan to Shut Down Charity's Branches." USA Today. March 11, 2002 | 253 | | | Document has not been filed and is not available |

### Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| "Declaration of Saud bin Mohammad al-Roshood." In re: "Terrorist Attacks on September 11, 2001." United States District Court for the Southern District of New York; Case No. 03-MDL-1570. Dated: February 17, 2004 | 254-57, 259-61 | Aver. Ex. 223 (ECF No. 2930) | | Hearsay, FRE 602 |
| "Relief aid committee set up for Chechen Muslims." Al-Madinah (Jeddah). December 4, 1999 | 268 | | | Document has not been filed and is not available |
| "In Brief." Ain al-Yaqeen. February 28, 2003 | 269 | | | Document has not been filed and is not available |
| "In Brief." Ain al-Yaqeen. June 6, 2003 | 270 | | | Document has not been filed and is not available |
| Muhammad, Basil. Al-Ansaru l'Arab fi Afghanistan. The Committee for Islamic Benevolence Publications; ©1991 | 277, 296, 300, 302 | | | Document has not been filed and is not available |
| Set_45_3065-3095 | 278 | | | Document has not been filed and is not available |
| "Government's Evidentiary Proffer Supporting the Admissibility of Co-Conspirator Statements." United States of America v. Enaam M. Arnaout. United States District Court Northern District of Illinois, Eastern Division. Case #: 02 CR 892. January 31, 2003 | 279, 282-83, 346, 349-50, 352-55 | Aver. Ex. 138 (ECF No. 2930) | Kreindler Ex. 145 | Hearsay, FRE 602, Preliminary investigative material |
| January 1996 CIA Report on "International Islamic NGOs" and links to terrorism | 280, 287, 327, 391 | Aver. Ex. 95 (ECF No. 2930) | Kreindler Ex. 123 | Hearsay, FRE 602, FRE 901, Preliminary investigative material |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Affidavit by Senior Special Agent David Kane (Bureau of Immigration and Customs Enforcement, Department of Homeland Security). United States of America v. Soliman S. Biheiri. United States District Court for the Eastern District of Virginia, Alexandria Division. Case #: 03-365-A. August 14, 2003 | 280, 287, 327, 391 | Aver. Ex. 129 (ECF No. 2930) | | Hearsay, FRE 602, Preliminary investigative material |
| Dugger, Celia W. "Anti-U.S. Plot in India Is Foiled; Militant Islamist Intended to Bomb 2 Consulates, Police Say." The New York Times. January 21, 1999 | 284, 307 | | | Document has not been filed and is not available |
| "La Formation Des Volontaires Pour Le Djihad En Camps D'Entrainement." Confidential memorandum issued by UCLAT (French Central Anti-Terrorism Unit). December 27, 1996 | 286 | | | Document has not been filed and is not available |
| http://www.ustreas.gov/offices/eotffc/ofac/sanctions/terror.txt. September 2004 | 289 | | | Document has not been filed and is not available |
| Azzam Publications. "What Sheikh Abdullah Azzam said about Khalid Ash-Sheikh Muhammad." Azzam Publications news update carried by IslamicAwakening.com. http://www.as-sahwah.com/discus/messages/3079/3079.html. March 4, 2003 | 290 | | | Document has not been filed and is not available |
| "After Debriefing Report [on ABDUL HAKIM ALI HASHIM MURAD]." Philippine National Police Criminal Investigation Command; Camp Crame, Quezon City. February 18, 1995 (1400hrs-1535hrs) | 290 | | | Document has not been filed and is not available |

### Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Pallister, David and Jamie Wilson. "Muslim relief groups caught in crossfire." Guardian (London). September 26, 2001. http://society.guardian.co.uk/disasterresponse/story/0,1321, 558348,00.html | 292 | | | Hearsay, FRE 602 |
| Sharaf-ad-din, Nabil. "Usama BinLaden - A Millionair[sic] Finances Extremism in Egypt and Saudi Arabia." *Rose Al-Yusif*. No. 3388. May 17, 1993 | 297, 300 | | | Document has not been filed and is not available |
| United States v. Enaam Arnaout. Document name: /TAREEKHOSAMA/49/Tareekh Osama.121 | 298, 299 | Aver. Ex. 125 (ECF No. 2930) | | Hearsay, FRE 602, FRE 901 |
| Office of Public Affairs, United States Treasury Department. "Treasury Department Statement on the Designation of Wa'el Hamza Julidan." September 6, 2002. Document #PO-3397 | 301, 303, 305-06 | Aver. Ex. 124 (ECF No. 2930) | | Hearsay, FRE 602 |
| News report by British Broadcasting Company (BBC). April 3, 2000 | 304 | | | Document has not been filed and is not available |
| Sworn affidavit of FBI Special Agent Robert Walker. United States of America v. Benevolence International Foundation, Inc. April 29, 2002. District of Illinois, Eastern Division. Case number: 02CR0414 | 308-09, 348, 357 | | | Document has not been filed and is not available |
| "IIRO saves forty thousand Bosnians from starvation." Moneyclips. July 4, 1993 | 310 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| "Disruption of the enemy's activities." Memorandum dispatched from Zenica by Colonel Ramiz Dugalic, commander of the Ministry of Defense Security Administration Republic of Bosnia and Herzegovina. Army of Bosnia and Herzegovina (ARBiH) Security Service Department. Classified No. 258-33. September 14, 1994 | 311, 392-93 | | | Document has not been filed and is not available |
| Interview with Randall Todd Royer (a.k.a. "Ismail Royer") at the Alexandria Detention Center; Alexandria, VA. June 30, 2004 | 312 | | | Document has not been filed and is not available |
| Final Report of the United Nations Commission of Experts Established Pursuant to Security Council Resolution 780 (1992): Annex III.A: Special Forces. May 27, 1994. EX: 0027-7184-0027-7441 | 313 | | | Hearsay, FRE 602 |
| Compass Newswire. November 1, 1995 | 314-15 | | | Document has not been filed and is not available |
| Emerson, Steven. "An Investigation into the Modus Operandi of Terrorist Networks in the United States: The Structure of Osama Bin Laden, Al-Qaeda, Hamas and other Jihadist Organizations in the United States." Testimony given before the House Subcommittee on National Security, Veterans Affairs and International Relations of the House Committee on Government Reform. October 11, 2001 | 314 | | | Hearsay, FRE 602 |
| Vujicic, D. "Bombs in the Name of the Almighty: Part II." _Vecernje Novosti_ (Belgrade). September 27, 2001 | 316 | | | Document has not been filed and is not available |

### Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| "Subject: ABDEL RAHMAN MAMDOUH – Operative Data." Internal memorandum from the BiH FMUP Special Detachment, Department for the Tuzla Canton; #12/2-3-356/04. Dated: April 5, 2005 | 317, 326 | | | Document has not been filed and is not available |
| Minutes of Austrian police interview with Sukarno Ali Hassanein following search of premises belonging to El Fatih Hassanein. September 5, 1995 | 318 | | | Document has not been filed and is not available |
| "Review of the Information on Activities of the Persons from Afro-Asian Countries Directly Before the War and During the War in the Territory of BIH Republic." Report written by the BIH Administration of the Military Security Service– Department for Analytical and Informative Affairs." Sarajevo; May 6, 1995 | 319, 351, 365-66, 396 | | | Document has not been filed and is not available |
| Stephen, Chris. "Shots First then the Questions." The Guardian (London). June 16, 1994 | 320 | | | Document has not been filed and is not available |
| Higgins, Andrew et al. "Assault on Charities is Risky Front for U.S." The Wall Street Journal. October 16, 2001 | 321, 398 | | | Document has not been filed and is not available |
| Stephen, Chris. "No Justice over Murdered British Aid Worker as Suspect Languishes Behind Prison Bars." The Guardian (London). March 23, 1994 | 322-23 | | | Document has not been filed and is not available |
| Loyd, Anthony. "3 held for Goodall murder." The Times (London). February 2, 1994 | 324 | | | Document has not been filed and is not available |

### Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Letter from Dr. Abul-Harith al-Liby. Dated: January 30, 1994. International Prosecutors v. Rasim Delic. International Criminal Tribunal for the Former Yugoslavia (ICTFY). Exhibit 0403-3847-0403-3847 | 325 | | | Document has not been filed and is not available |
| Ba-Isa, Molouk Y. and Saud Al-Towaim. "Another Saudi ' hijacker' turns up in Tunis." Middle East Newsfile. September 18, 2011 | 328 | | | Document has not been filed and is not available |
| "Official sources deny reports on UAE's extradition of lslamist." Al-Hayat. June 7, 2000 | 329 | | | Document has not been filed and is not available |
| Set_12_1179-1239 | 331 | | | Document has not been filed and is not available |
| Evidence introduced by the Canadian government in the trial of Mahmoud Es-sayy Jaballah | 332 | | | Document has not been filed and is not available |
| "Respondent's (Moving Party) Motion Record." The Minister of Citizenship and lmmigration and Mahmoud Jaballah. Docket: DES-6-99. June 2, 1999 | 333-34 | | | Document has not been filed and is not available |
| http://www.wamyusa.org/about/about%20wamy.htm, as of December 10, 2002 | 335 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| "Islamic Camps Objectives, Program Outlines, Preparatory Steps." World Assembly of Muslim Youth (WAMY); Riyadh, Saudi Arabia. Prepared by the Camps & Conference Unit of the World Assembly of Muslim Youth 1987. Translated (with additions) by Abu-Bakr M. Asmal 1990. Obtained at the WAMY Western Europe Office; 46 Goodge Street; London, UK | 336 | Aver. Ex. 182 (ECF No. 2930) | | Hearsay |
| United States Internal Revenue Service (IRS) Form 1023 Application by WAMY for Recognition of Exemption, filed November 9, 1992 | 337 | | | Document has not been filed and is not available |
| "Pakistan Questions Sudan Man About Tape." Associated Press. December 9, 2002 | 338-39 | | | Document has not been filed and is not available |
| Marken, Jerry. "U.S. Raids N.Va. Office Of Saudi-Based Charity." Washington Post. June 2, 2004 | 340 | Aver. Ex. 188 (ECF No. 2930) | | Hearsay, FRE 602, Preliminary investigative material |
| http://www.ayobi.com/photo/isl_17.jpg. August 2002 | 341 | | | Document has not been filed and is not available |
| Hedges, Chris. "Muslims from afar joining 'Holy War' in Bosnia." The New York Times. December 5, 1992 | 342 | Aver. Ex. 183 (ECF No. 2930) | | Hearsay, FRE 602 |
| Basaddiq, Omar. "Islamic Charity Committee moves to new premises." Arab News. May 21, 1994 | 342 | | | Document has not been filed and is not available |
| IRS 990 forms for the "World Assembly of Muslim Youth" submitted for Fiscal Years 1993 through 1999 | 342 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| http://www.epb.gov.pk/epb/jsp/ngo.jsp. December 12, 2002 | 343 | | | Document has not been filed and is not available |
| http://www.treas.gov/offices/enforcement/ofac/sanctions/terrorism.html. December 12, 2002 | 344 | | | Document has not been filed and is not available |
| United States v. Usama Bin Laden, et al. S(7) 98 Cr. 1023 (LBS). United States District Court, Southern District of New York. Government Exhibit 2800-A | 345 | | | Document has not been filed and is not available |
| Institute for Study and Documentation. ''The Balkan War.'' Video produced by the Committee for Islamic Benevolence, Saudi Arabia (*Lajnat al-Birr al-Islamiyya*) | 347 | | | Document has not been filed and is not available |
| Whitmore, Brian. "Bosnian Charities Tied to Terror." The Boston Globe. July 2, 2002 | 356 | | | Hearsay, FRE 602 |
| Set_52_3643-3869 | 358-59 | | | Document has not been filed and is not available |
| The Committee for the Defense of Legitimate Rights (CDLR). "Your Right to Know." CDLR Monitor. No. 30; January 13, 1995 | 363 | | | Document has not been filed and is not available |
| DIGOS (Italy) Anti-Terrorism Report. "Searches at the Islamic Cultural Center, Viale Jenner 50, Milano, 6/26/1995." Dated September 15, 1997 | 364 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| "Foreign Donors to 'El Mudzahidin" ("Donatori Jedinice 'El Mudzahidin'"). "Shema Hijerarhijskih Odnosa OpO 'Vazal.'" Memorandum issued by the Army of the Republic of Bosnia-Herzegovina (ARBiH) Military Security Service. November 28, 1995 | 367 | | | Document has not been filed and is not available |
| Hecimovic, Esad. "Blockading Young Muslims' Way— Misuse of Humanitarian Funds To Support Terrorism." Dani (Sarajevo). November 22, 2002 | 368 | | | Document has not been filed and is not available |
| Jeannine Aversa. "U.S. blocks assets of Islamic charity's operations in Bosnia and Somalia." Associated Press. March 11, 2002 | 369 | | | Hearsay, FRE 602 |
| "Kenya bans six Islamic aid agencies after U.S. Embassy bombing." Associated Press. September 9, 1998 | 370 | | | Document has not been filed and is not available |
| U.S. v. Usama bin Laden, et al. United States District Court for the Southern District of New York. 116 F. Supp. 2d 489; 2000 U.S. Dist. LEXIS 14507. October 5, 2000, Decided. October 5, 2000, Filed.  Government exhibits GX-207 to GX-364 | 371, 387 | | | Document has not been filed and is not available |
| IRS 990 Form fiscal year 2000 for the "Al-Haramain Foundation." | 372 | | | Document has not been filed and is not available |
| Shaykh Abdul-Aziz lbn Baz. "The Ideological Attack." Al-Haramain Newsletter. Vol. 2; No. 10. October 1998 | 374 | | | Document has not been filed and is not available |
| http://www.alharamain.org/english/newsletter/issue23/feature23.htm. May 1999 | 375 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Mosher, A. "Jihaad." Al-Haramain Newsletter. Vol. 4; No. 3. February 2000 | 376 | | | Document has not been filed and is not available |
| http://www.alharamain.org/alharamain/chechniya/chech_eng01.html. October 2000 | 377 | | | Document has not been filed and is not available |
| http://www.alharamain.org/alharamain/chechniya/chech_eng04.htmI. October 2000 | 377 | | | Document has not been filed and is not available |
| http://www.alharamain.org/alharamain/chechniya/arabic/page01.htm. May 2000 | 379 | | | Document has not been filed and is not available |
| http://www.alharamain.org/alharamain/chechniya/english/page06.htm. October 2000 | 380 | | | Document has not been filed and is not available |
| http://www.alharamain.org/images/ibn-jibreen.jpg. October 2000 | 381 | | | Document has not been filed and is not available |
| http://www.alharamain.org/english/images/ibn-jibreen.jpg. October 2000 | 381 | | | Document has not been filed and is not available |
| http://www.alharamain.org/images/sk-uthaymin.jpg. October 2000 | 382 | | | Document has not been filed and is not available |
| http://www.alharamain.org/english/images/sk-uthaymin.jpg. October 2000 | 382 | | | Document has not been filed and is not available |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| http://www.qoqaz.com/fatwa.jpg. March 2000 | 383 | | | Document has not been filed and is not available |
| http://www.qoqaz.com/fatwa.htm. March 2000 | 383 | | | Document has not been filed and is not available |
| http://www.alharamain.org/alharamain/chechniya/english/page05.htm. March 2000 | 384 | | | Document has not been filed and is not available |
| Interview by Deputy Chief of the 3rd Department of Russian FSB Investigative Division, Lieutenant Colonel of Justice V.V. Romanovskiy of former FSB operative Sergey Nikolayevich Ignatchenko. Moscow, Russia; December 3, 2008. (Transcribed January 26, 2009). File #: 315N PD 45427. Job#: 883 | 385-86, 388-90 | | | Document has not been filed and is not available |
| http://www.dod.gov/pubs/foi/detainees/csrt_arb/ARB_Round_2_Factors_900-1009.pdf | 395 | | | Document has not been filed and is not available |
| Wilkinson, Paul. "Anger at Bosnia death." The Times (London). July 30, 1994 | 397 | | | Document has not been filed and is not available |
| "SPATE OF ATTACKS AGAINST BOSNIAN CROATS GOES UNNOTICED." Communiqué issued by the Croatian Mission to the United Nations. September 22, 1997 | 399 | | | Document has not been filed and is not available |
| Karic, Eldin. "Trial to Jihad Warriors Soon." AIM (Alternative Information Network) Press. http://www.aimpress.org. December 28, 1997 | 400-01 | | | Hearsay, FRE 602 |

## Appendix G – Documents Cited in Kohlmann Affirmation

| Source | Footnote | Previous Use | Cited in Other Affidavits, Declarations, or Filings | Reasons Inadmissible and/or Immaterial |
|---|---|---|---|---|
| Hedges, Stephen J. "Extremism lingers after Balkan wars." The Chicago Tribune. November 25, 2001 | 400 | | | Hearsay, FRE 602 |
| "Abu Hamza has wings." _Dani_ (Sarajevo). April 24, 1998 | 400 | | | Document has not been filed and is not available |
| http://www.dod.gov/pubs/foi/detainees/csrt_arb/ARB_Round_1_Factors_000895-000943.pdf | 402 | | | Document has not been filed and is not available |
| 2008-07-22.geo.tv.transcript of geo tv news interview – English "Geo News exclusive interview with Sheikh Saeed, Al-Qaida leader" | 408 | | | Hearsay, FRE 901 |
| 2007-05-26.alhesbah.org.As-Sahab presents meeting with Shaykh Abu Mustafa Abu Yazid - 130663 - arabic | 409 | | | Document has not been filed and is not available |
| He Who Prepared a Battler Has Waged Battle. 2010-06-15.alfaloja.ws.As-Sahab presents Mustafa Abu al-Yazid on gas of invaders - 122689 - arabic | 410 | | | Document has not been filed and is not available |
| United States v. Usama bin Laden, et al. S(7) 98 Cr. 1023 (LBS). United States District Court, Southern District of New York. Trial Transcript, February 22, 2001 | 413 | | | Document has not been filed and is not available |
| Juan C. Zarate, Treasury's War: The Unleashing Of A New Era Of Financial Warfare 69 (PublicAffairs 2013) | 415 | | | Document has not been filed and is not available |