# Exhibit 6

## **ATTACHMENT**

### I. INDIVIDUALS

Abdullah Kamil Abdullah Hashaikah

Abdul Asmad (a/k/a Billy Asmad; a/k/a Abu Zahra)

Abdul Hakim Ali Hashim Murad (a/k/a Abdul Murad)

Abdul Nasser Nooh

Abdul Salam S. Zubair

Abdulrahman Qassamulah

Abdurajak Abubakar Janjalani

Abraham "Abet" Iribani

Abu Omar

Ahmad Abed Masrie

Dr. Ahmed Mohammad Ali

Amiludin Muin

Ayman Abu-eir

Bassiri Jillang

Burhan Mundos

Bushra Muhammad Abdul Kadir

Fahdi I Aoudi

Fouad Jardani

Gahalin Pilandok

Gulam Mundos

Hadji Ramon Gonzales

Hassan B. Ahmed (a/k/a Al Hindi)

Hamoud al Lahim

Ibrahim Fakuri

Isnilon Hapilon

Jalali Baxal

Khadaffy Janjalani

Khalid Hassan Masrie

Khalid Sheikh Mohammed (a/k/a Khalid Shaikh Mohammed; a/k/a Salem Ali; a/k/a Fahd Bin Adballah bin Khalid; a/k/a Ashraf Refaat Nabith Henin; a/k/a Khalid Adbul Wadood; a/k/a Mukhtar; a/k/a Mukhtar al Baluchi; a/k/a al Mukh; a/k/a Abdulrahman Abdullah al Ghamdi; a/k/a Salem Ali; a/k/a Abdul Majid; a/k/a Abdullah al Fak'asi al Ghamdior; a/k/a Hafiz; a/k/a Meer Akram)

Khayr Mundos

Mahmod Afif Abdel Jalil

Mohammad Amin al Ghafari

Mohammed Sabre Selamah Abusweireh

Mohammed Shugair (a/k/a Mohammed A. Assugair)

Mustafa Farah

Mutalam Basher Latiff

Nedal Fallah Awad al Dhalin (a/k/a Nedal Dhalain)

Noor Umog

Omar Gahalin

Ramzi Yousef (a/k/a Rasheed Yousef; a/k/a Ramzi Ahmad Yousef; a/k/a Muhammud Azan; a/k/a Ramzi Yousef; a/k/a Rashid Rashid; a/k/a Kamal Ibrahim; a/k/a Ramzi Yousef Ahmed; a/k/a Abdul Bassett)

Riduan Issamudin (a/k/a Hambali)

Sangkula Hassan

Tareq Padel Isamel

Umar Faruq

Ustadz Abduraop Isnaji

Ustadz Amil Husein Jumaani

Ustadz Hunap Asbi Atalab

Ustadz Wahab Akbar

Wali Khan Amin Shah (a/k/a Osama Turkestani; a/k/a Osama Azmurai; a/k/a Grabi Ibrahim Hahsen)

Yassar Igasan

Yusop Alongan

## II. ENTITIES

Abu Sayyaf Group (ASG)

Al Makdum University in Zamboaga

Benevolent International Corporation

International Relations and Information Center (IRIC)

Dar'ul Hijra Foundation (a/k/a Dar al Hijra Foundation; a/k/a Al Marief Islamic Educational Foundation)

Dar al Imam al Shafi'i (a/k/a Daw'l Immam Al Shafee Center for Charity and Religious Work; a/k/a Daw'l Imam al Shafee Incorporated; a/k/a Dar'ul al Islamiyah Shafi; a/k/a Dar al Imam al Shafee Orphanage)

Dar'ul Ehsan Orphanage (a/k/a Dar'ul Ehsan Foundation)

D.G. Dizon Realty and Development Corporation

E.T. Dizon Travel Service Co.

Innocent 4

International Islamic Efforts Foundation (IIEF)

Islamic Da'awaa Guidance Council of the Philippines

Islamic Institute of the Philippines (a/k/a Jamia't al Makhdum al Islamiah)

Islamic Mercy Foundation

Islamic Research Library, Inc.

Islamic Students Association of the Philippines (ISAP)

Islamic Studies, Call and Guidance (ISCAG)

Islamic Studies and Research Center of the Philippines, Inc. (ISRCPI)

Islamic Wisdom Worldwide Foundation (IWWF)

Islamic World Committee Foundation

Jama'a Tabligh al Islami Foundation, Inc.

Jihad Fi Sabilillah

Jobs Worldwide Express, Inc.

Khalifa Trading Industries

Markazzo Shabab al Islamiyah (MSI)

MERC International

Moro Islamic D'awah

Moro Islamic Liberation Front (MILF)

Moro National Liberation Front (MNLF)

Muslim Youth Student Alliance (MYSA)

Safinatun Najah (a/k/a Ship of Salvation)

Sahaba Development and Construction Inc.

Sanga-Sanga Islamic Association

Zaid Bin Thabit Koranic Center