# Exhibit 10

**Muslim World League**
Makkah Al Mukarramah
**International Islamic Relief**
  **Organization**

Administrative Decree Number 6 on 4/1/1414 H [corresponding to June 24, 1993]

The General Supervisor

- Based on the authorities given to him per the regulations,

- And in reference to administrative decree number (366) on 24/11/1411 H

- And based on what is in the interest of IIRO's work,

Has decreed the following:

1. Ending the services of His Excellency Dr. El-Fatih Ali Hasanain, the previous director of IIRO's office in Eastern Europe, starting on 1/4/1413 Hijri.

2. All related departments are to be informed of this decree to implement it and operate in accordance with it from the date of its issuance.

[May] Allah [provide us] Success,

**General Supervisor**

**[SIGNED]**

**Dr. Fareed Yaseen Qurashi**

IIRO129563



**MUSLIM WORLD LEAGUE**
MAKKAH AL MUKARRAMAH

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلاميّة العالميّة

الرقم :
التاريخ :

الموضوع

قرار اداري رقم ( ٦ ) بتاريخ ٤ / ١ / ١٤١٣ هـ

ان المشرف العام

- بناء على الصلاحيات المخوله له نظاما .
- واشارة الى القرار الاداري رقم (٣٦٦) في ٢٤ /١١/ ١٤١١ هـ
- وبناء على ما اقتضته مصلحة العمل بالهيئة .

قـــرر ما يلــــي

١ - انهاء خدمات سعادة الدكتور / الفاتح علي حسنين المدير
السابق لمكتب الهيئة باوربا الشرقية ابتداء من ١ /٤/ ١٤١٣هـ
٢ - يبلغ هذا القرار الى الجهات المعنية لتنفيذه والتمشي
بموجبه من تاريخ صدوره .
والله الموفق ،،،

المشرف العام

د .فريد ياسين قرش

العنوان : ص . ب ١٤٨٤٣ جـدة ٢١٤٣٤ - هـاتف ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فـاكس ٦٥١٨٤٩١ - تلكس ٦٠٦٧٥٤ إغاثة أس.جي
Address: P.O. Box: 14843 Jeddah 21434 -- Tel. 6512333 - 6515411 — Fax: 6518491 — Telex: 606754 IGATHA S.J.

IIRO 129563