# Exhibit 11

## MUSLIM WORLD LEAGUE
## MAKKAH AL MUKARRAMAH
# INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

Number: 100/556/M/K
Date: 16/4/1414H [corresponding to October 3, 1993]

His Excellency/Mohamed Jamal Khalifa                    [May] God protect him

Peace and blessings of God be upon you,

The International Islamic Relief Organization in Saudi Arabia offers you the best greetings and blesses your sincere efforts in serving Islam and Muslims. May God reward you the best.

In reference to your resignation letter that you submitted, requesting to resign from your work as the supervisor of the IIRO Bureau in the Philippines.

We advise you that we have no objection to accept the resignation with our sincere thanks for your efforts during your work in the office and wishing you success.

                                            [May] God the Righteous take care of you

                                                    General Supervisor
                                                    [Signature ]
                                                    Dr. Farid YassinQurashi

IIRO 287370

**MUSLIM WORLD LEAGUE**
MAKKAH AL MUKARRAMAH
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**





رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

الرقم: ٨٠ / ٦٥٥٥ /٢/ ك ش
التاريخ: ٤٠ / ٤/ ١٤١٩ هـ

سعادة الأستاذ / محمد جمال خليفة                    حفظه الله

السلام عليكم ورحمة الله وبركاته ،،

تهديكم هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية أطيب تحياتها وتبارك لكم جهودكم المخلصة في خدمة الإسلام والمسلمين فجزاكم الله خير الجزاء .

إشارة إلى الخطاب المرفوع منكم بطلب الاستقالة من عملكم كمشرف على مكتب الهيئة في الفلبين .

نفيدكم بأنه لا مانع لدينا من قبول الاستقالة مع شكرنا الجزيل لكم على جهودكم التي قمتم بها أثناء عملكم بالمكتب متمنين لكم التوفيق والسداد .

والباري جل علاه يرعاكم ،،

المشرف العام
أ.
د. فريد ياسين قرشي

