# Exhibit 14

**Waleed Nassar**

| | |
|---|---|
| **From:** | Sajjad.Gill@pk.ey.com |
| **Sent:** | Thursday, December 12, 2013 5:59 AM |
| **To:** | Waleed Nassar |
| **Cc:** | Aisha Henry |
| **Subject:** | Re: Records Relating to the 1996-2001 Audit of the International Islamic Relief Organization, Saudi Arabia and Muslim World League Pakistan Office |

Dear Mr. Waleed,

This refers to your email dated 4 December, 2013 and our subsequent telephonic discussion on the same. This is to inform you that under the Firm's Record Retention Policy, we do not keep old records such as for the period stated in your request.

Best Regards



**Sajjad Gill** | Partner | Assurance
Ernst & Young Ford Rhodes Sidat Hyder
Eagle Plaza 75-West Fazlul-Haq Road Blue Area, Islamabad 44000, Pakistan
Office: +9251 287 0290-92 | Fax: +9251 287 0293 | sajjad.gill@pk.ey.com
Cell: +92300 8417914
Website: http://www.ey.com

| | |
|---|---|
| From: | Waleed Nassar <Waleed.Nassar@lewisbaach.com> |
| To: | "Sajjad.Gill@pk.ey.com" <Sajjad.Gill@pk.ey.com>, |
| Cc: | Aisha Henry <Aisha.Henry@lewisbaach.com> |
| Date: | 12/10/2013 04:23 PM |
| Subject: | Re: Records Relating to the 1996-2001 Audit of the International Islamic Relief Organization, Saudi Arabia and Muslim World League Pakistan Office |

Dear Mr. Gill,

I received your voicemail and will contact you shortly.  Thank you for your prompt reply.

Best,

Waleed

Sent from my iPhone

On Dec 10, 2013, at 12:51 AM, "Sajjad.Gill@pk.ey.com" <Sajjad.Gill@pk.ey.com> wrote:

Dear Mr. Waleed,

I wanted to have a quick chat with you regarding your email below and I have left voice messages at your mobile twice on

last Friday. Please call me at +92 300 841 7914, when you are available.

Best Regards

<mime-
attachment.gif>

**Sajjad Gill** | Partner | Assurance
Ernst & Young Ford Rhodes Sidat Hyder
Eagle Plaza 75-West Fazlul-Haq Road Blue Area, Islamabad 44000, Pakistan
Office: +9251 287 0290-92 | Fax: +9251 287 0293 | sajjad.gill@pk.ey.com
Cell: +92300 8417914
Website: http://www.ey.com

| From: | Waleed Nassar <Waleed.Nassar@lewisbaach.com> |
|---|---|
| To: | "Sajjad.gill@pk.ey.com'" <Sajjad.gill@pk.ey.com>, |
| Cc: | Aisha Henry <Aisha.Henry@lewisbaach.com> |
| Date: | 12/04/2013 09:03 PM |
| Subject: | Records Relating to the 1996-2001 Audit of the International Islamic Relief Organization, Saudi Arabia and Muslim World League Pakistan Office |

Dear Mr. Gill,

I represent the International Islamic Relief Organization, Saudi Arabia and the Muslim World League in their defense of a civil action, *In re Terrorist Attacks on September 11, 2001*, Civil Action No. 03 MDL 1570 (GBD) (FM), pending in the Southern District of New York here in the United States.  I write to you in regards to the 1996-2001 audit of the International Islamic Relief Organization, Saudi Arabia and Muslim World League Pakistan Office that was conducted by Sidat Hydar.  Please see the attached letter explaining the details of our request.

Your assistance in this matter is greatly appreciated.  Please do not hesitate to contact me if you have any questions.

Best regards,

Waleed Nassar

Waleed Nassar

Lewis | Baach pllc

1899 Pennsylvania Ave., NW
Suite 600
Washington, DC 20006
202.659.7872 direct dial

Bio | Email | Website | vCard

2

*This communication is confidential and may contain privileged information. If you have received this communication in error, please delete it and advise the sender by reply e-mail. Thank you*

[attachment "IIRO.Sidat Hydar Letter.docx" deleted by Sajjad Gill/Assurance/Islamabad/ErnstYoung/PK]

------------------------------------------------------------

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. EY is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its



receipt.


------------------------------------------------------------

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. EY is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.