# Exhibit 15

**Secretariat General - Makkah al-Mukarramah**

## Department of Human Resources

Number: 22/                              Date  /  /  14H                Attachments

*6*                                                    Subject

<u>Decision Number 22/956/Q and Date 7/6/1416 [corresponding to November 1, 1995]</u>

- The Muslim World League Secretary General,
- And based on the power vested in him in accordance to the MWL employee regulations,
- And after reviewing request for resignation presented from the esteemed Wael Hamza Jelaidan, the researcher at the office of the Secretary General, dated 28/5/1416H,
- And after reviewing paragraph A of Article 76 of the employee regulations,
- And in accordance to the best interest of the work,

<u>Has decided the following:</u>

First: Accepting the resignation of Mr. Wael Hamza Jelaidan, the researcher at our office in level eight of job number 24/8, and his services are to end starting on 1/5/1416H, [which is] the end of his exceptional leave**.**

Second: He is to be paid his dues in accordance to regulations.

Third: The concerned departments are to follow this decision.

Secretary General,

[Signature]

Dr. Ahmed Mohammed Ali

[M/R]

24-4/6

Makkah al-Mukarramah



الأمانة العامة – مكة المكرمة
دارة شئون الموظفين

| الرقم / ٢٢ / | التاريخ / / ١٤هـ | المرفقات |

الموضوع ..........................

قرار رقم (٢٢/ ٩٥٦/ق) وتاريخ ٧/ ٦/ ١٤١٦هـ

- ان الامين العام لرابطة العالم الاسلامي،
- وبناء على الصلاحيات المخولة له بموجب لائحة موظفي الرابطة،
- وبعد الاطلاع على طلب الاستقالة المقدم من المكرم/ وائل حمزة جليدان الباحث بمكتب الامين العام بتاريخ ١٤١٦/٥/٢٨هـ،
- وبعد الاطلاع على ماجاء بالمادة ٧٦ فقرة أ من لائحة الموظفين،
- وبناء على مااقتضته مصلحة العمل.

**يقرر مايلي:**

أولاً : تقبل استقالة الاستاذ/ وائل حمزة جليدان الباحث بمكتبنا على المرتبة الثامنة بالوظيفة ذات الرقم ٨/٢٤ وتنهي خدماته اعتباراً من ١٤١٦/٥/١هـ تاريخ انتهاء اجازته الاستثنائية.

ثانياً: تصرف مستحقاته نظاماً.

ثالثاً: على الادارات المختصة التمشي بموجبه.



الأمين العام
د/ أحمد محمد علي

[م.ن]
٢٤-٤/٦

Please quote above Ref. No. andd date when replying. Priers indiquer reference suscitee dans toute suite   الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد: ٥٣٧ – هاتف رقم: ٥٤٢٢٧٣٣ – فاكس رقم: ٥٤٣٦٦١٩ / ٥٤٥٥٢٨٨ – تلكس رقم: ٤٤٠٣٩٠ / ٥٤٠٣٩٠ – برقياً: (رابطة – مكة)
P.O. Box: 537 – Tel.: 5422733 – Fax: 5436619 / 5455288 – Tlx.: 440390 RABITA SJ / 540390 IWO SJ – Cable: (RABITA-MAKKAH)

MWL 059162