# Exhibit 16



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

SDGT-2864 and SDGT-6660

AUG 1 6 2016

Aisha E. Bembry
Lewis Baach, PLLC
1899 Pennsylvania Avenue, NW
Suite 600
Washington, D.C. 20006

Dear Ms. Bembry:

This letter is to inform you that the Department of the Treasury's Office of Foreign Assets Control (OFAC) has determined that the circumstances resulting in the designations of the International Islamic Relief Organization –Indonesia and the International Islamic Relief Organization-Philippines as Specially Designated Global Terrorists no longer apply.

Accordingly, on August 16, 2016, OFAC removed names of the International Islamic Relief Organization –Indonesia and the International Islamic Relief Organization-Philippines from the list of Specially Designated Nationals and Blocked Persons. Notice of this action will be published in the *Federal Register*.

Sincerely,

*Todd Cal 8/12/16*

Todd Conklin
Assistant Director
Africa-Transnational Threats-Accountability Division
Office of Global Targeting
Office of Foreign Assets Control