# Exhibit 17

Cable : KANA/SAFRON
Telex : No. 54160-SAFRN/PK
Fax No. 9202494

No. F.3(40)AR-II/2000.

**GOVERNMENT OF PAKISTAN**
**KASHMIR AFFAIRS & NORTHERN AREAS AND**
**STATES & FRONTIER REGIONS DIVISION**

Islamabad, the 5th August, 2003

## TO WHOM IT MAY CONCERN

*This is to certify that International Islamic Relief Organization (IIRO) is a Charity-based Welfare and Relief Organization working in Pakistan and world-wide purely on humanitarian and philanthropic grounds in fields and sectors such as social, educational, humanitarian, health-care and has been in forefronts to provide relief to the victims of earthquakes, flood and drought in the time of emergency. IIRO is working in Pakistan since 1990 after having got registration with SAFRON Division, Government of Pakistan for its operations vide SAFRON Division's letter No. F.2(33)AR-VII/87 dated 7th March 1990.*

*The organization has a sound track record in functioning and imparting its duties to confirm a positive role among the Islamic N.G.Os. The nature of its overall conduct and character is appreciable.*

**(NAZIR AHMED)**
**SECTION OFFICER**

IIRO 168105