# Exhibit 18

29/04/2002 14:01 0915840006 UNHCR PESHAWAR PAK @002
Case 1:03-md-01570-GBD-SN Document 3857-21 Filed 01/05/18 Page 2 of 2

2/2



**NATIONS UNIES**
**HAUT COMMISSARIAT**
**POUR LES REFUGIES**
Sous-Délégation en Peshawar

Téléphone: +92-091-842375 to
842027, 842998, 41039
Téléfax: +92-091-842102

**UNITED NATIONS**
**HIGH COMMISSIONER**
**FOR REFUGEES**
Sub-Office in Peshawar

House No. 1, Gul-Mohar Lane
P.O.Box No. 767
Peshawar, Pakistan
Email: pakpe@unhcr.ch

Our Code:02/em/130 -93

29 April 2002

Dear Mr. Nazir Khan,

I am writing to you this correspondence to thank you for the wonderful job you have been performing in providing unhindered emergency and regular relief assistance to the refugees in the new camps of the tribal agencies of NWFP with funds from your own sources. Your agency has made and continues to make concrete contribution towards the implementation of relief assistance to the refugees.

In order to recognize your contribution we would like you to summit to us a report with the following information.

1. Detail of activities.
2. Details of staff employed or to be employed.
3. Name of donor / donors. If you have provided the funds directly, mention the name of your own agency.
4. Duration of the project you have implemented or you implement in the camp.
5. Inkind donation you have received / distributed.
6. Other inkind support such as vehicles for your use.
7. Names of camps / no. of beneficiaries.
8. Any other information.

The above mentioned information will allow us to prepare a comprehensive report on the assistance that is being provided with funds of NGOs in the provision of emergency and regular relief assistance to refugees in the new camps. We will share this report with HQs. in Geneva so that projects you implemented or implement in the new camp are given their due recognition. This will also promote the partnership between UNHCR and your agency at Peshawar level and the International level.

Your report will also assist us in finalizing partnership arrangement UNHCR would like to enter into with you under Memorandum of Understandings (MOUs).

We would greatly appreciate if you could submit to us the detailed report during the second week of May 2002.

Sincerely Yours,

Mohammad Nisar Khan,
Senior Program Officer,
SO Peshawar

Rehmatullah Nazir Khan,
Director General IIRO,
Islamabad

cc. KB

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 282893