# Exhibit 19

No.F.12(2)AR-II/2005(Pt.I)
GOVERNMENT OF PAKISTAN
STATES & FRONTIER REGIONS DIVISION
*****

Islamabad, the 15th November, 2005

## NOTIFICATION

Subject:- **CONSTITUTION OF STEERING COMMITTEE FOR REHABILITATION OF EARTHQUAKE AFFECTEES.**

The Minister for SAFRON during a meeting held on 26th October, 2005, has been pleased to approve constitution of a Steering Committee to work for mitigating the suffering of the earth quake affectees. The Steering Committee will be headed by Chief Commissioner for Afghan Refugees, Islamabad and comprise representatives of the following NGOs:-

   i.    Sharp, Islamabad.
   ii.   Save the Children (Sweden)
   iii.  ISRA, Islamabad.
   iv.   Al-Khidmat Al-Hajri Hospital, Quetta.
   v.    Kuwait Joint Relief Committee, Peshawar.
   vi.   International Islamic Relief Organization, Islamabad.
   vii.  Concern Worldwide, Islamabad.
   viii. American Relief Committee, Islamabad
   ix.   Shelter Now International, Peshawar.
   x.    Al-Khidmat Foundation, Lahore.

2.    The Terms of Reference (ToR) of the Steering Committee will be as follows:-

   i.    To streamline, coordinate and oversee the relief, rehabilitation and reconstruction efforts by the local and International NGOs enlisted with Ministry of SAFRON.
   ii.   To assist Relief Committee headed by Chief Commissioner for Afghan Refugees, Islamabad in discharge of its duties.
   iii.  To assess the offers of assistance both cash and in kind offered by different NGOs.
   iv.   To devise a comprehensive action plan to mitigate the sufferings of the affectees in the short and long term in line with National Relief & Reconstruction Plan.
   v.    To coordinate with all Local and International NGOs in channelizing their relief & rehabilitation efforts.

3.    The Steering Committee will hold its meetings periodically and keep the Ministry informed of the progress made so far.

*(signature) 15/11/05*

( MUHAMMAD ZAFAR IQBAL )
Section Officer (AR-II)

1.    Chief Commissionerate for Afghan Refugees, Islamabad.
2.    Commissioner for Afghan Refugees, Balochistan, Quetta

3. Commissioner for Afghan Refugees NWFP, Peshawar.
4. Commissioner for Afghan Refugees, the Punjab, Lahore
5. Sharp, Islamabad.
6. Save the Children (Sweden)
7. ISRA, Islamabad.
8. Al-Khidmat Al-Hajri Hospital, Quetta.
9. Kuwait Joint Relief Committee, Peshawar.
10. International Islamic Relief Organization, Islamabad.
11. Concern Worldwide, Islamabad.
12. American Relief Committee, Islamabad
13. Shelter Now International, Peshawar.
14. Al-Khidmat Foundation, Lahore.

( MUHAMMAD ZAFAR IQBAL )
Section Officer (AR-II)

Copy for information to:-

1. P.S. to Minister, SAFRON, Islamabad
2. P.S. to Secretary, SAFRON, Islamabad.

IIRO 132872