# Exhibit 20

**MUSLIM WORLD LEAGUE**
**INTERNATIONAL ISLAMIC RELIEF ORG.**
**KINGDOM OF SAUDI ARABIA**
Legal Department
Sub:_____

# MEMORANDUM OF UNDERSTANDING BETWEEN MINISTRY OF URBAN DEVELOPMENT AND HOUSING IN THE TRANSITIONAL STATE OF AFGHANISTAN AND THE INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

On this day, Tuesday 12/09/1425 Hijri, corresponding to 26/10/2004 AD,

An agreement was made, with Thanks to God and with His success, between each of the following:

1. International Islamic Relief Organization based in Jeddah, telephone number 6512333 or 6515411, Fax 651491, P.O. Box 14842 Jeddah 21434, represented by Dr. Adnan Bin Khalil Basha, General Secretary of International Islamic Relief Organization herein referred to as (IIRO) or (First Party),

2. Government of Transitional State of Afghanistan represented by Urban Development and Housing Ministry or his delegate herein referred to as (the Government) or (Second Party).

Preamble:   Given both Parties' desire to assist the Afghani society in accordance with IIRO policies and goals set out in their statute approved by its Board of Directors 104/3386 dated 16/03/1424 Hijri, which is consistent with tenants of Islamic Law.

And after the Government of the Transitional State of Afghanistan agreed to grant IIRO a land area (60,000 $m^3$) sixty thousand cubic meters next to Kabul Airport, and bordered by a residential area from the east, a UAE project from the west, the main street and a green landscape from the north, and the main street, the UAE project and a residential project from the south. The dimensions of the land are 300 x 235 meters.

The authorized representative Parties have agreed to:

IIRO110942

**MUSLIM WORLD LEAGUE**
**INTERNATIONAL ISLAMIC RELIEF ORG.**
**KINGDOM OF SAUDI ARABIA**
Legal Department
Sub:_____

| | |
|---|---|
| Article 1: | The aforementioned Preamble shall be deemed an integral part of the memorandum. |
| Article 2: | The Second Party acknowledges the right of First Party to build a cultural center on this land which includes health, educational, social, sports and training projects that apply the same policies and goals which IIRO abides by and applies to its international projects, and which do not conflict with the sovereignty and internal regulations of the Government of Transitional State of Afghanistan. |
| Article 3: | The Second Party shall fix a sign on the land written in Arabic and the local language as follows: |

| Logo | Logo |
|:---:|:---:|
| **Ministry of Urban Development and Housing** | **International Islamic Relief Organization** |
| **Government of Transitional State of Afghanistan** | **Kingdom of Saudi Arabia** |

| | |
|---|---|
| Article 4: | The First Party shall provide the required budget to establish the cultural center according to the resources available; however, the First Party is under no obligation in the case that IIRO experiences compelling circumstances that prevent it from executing the project. |
| Article 5: | The First Party has the exclusive right to supervise the cultural center as it deems appropriate at all times without the interference of the Second Party as long as it is compliant with the State's rules and regulations. |
| Article 6: | The Parties agree that the cultural center employees are supervised professionally and administratively by the First Party. |

IIRO110943

**MUSLIM WORLD LEAGUE**
**INTERNATIONAL ISLAMIC RELIEF ORG.**
**KINGDOM OF SAUDI ARABIA**
Legal Department
Sub:_____

| | |
|---|---|
| Article 7: | The First Party shall present substantive reports on the cultural center located in the Transitional State of Afghanistan monthly and annually. |
| Article 8: | The Government shall provide protection and ensure no aggression, confiscation, freezing or halting to any of IIRO's projects by any disapproving governmental or popular bodies. It should be noted that IIRO's projects are run by the IIRO with coordination of authorities specialized in those programs. |
| Article 9: | The Government shall exempt IIRO employees and all project necessities to be imported to Afghanistan from taxes and customs duties. |
| Article 10: | The recruitment or termination of employees for the cultural center is the First Party's responsibility and the Second Party cannot recruit or terminate employees for the cultural center but has the right to provide non-binding consultation for the First Party. |
| Article 11: | It has been agreed that the terms of this memorandum shall be in full force while the IIRO operates in Afghanistan. |
| Article 12: | Both Parties have agreed that in the case that IIRO has concluded its work in Afghanistan, the First Party takes full control of selling transferred assets, and Afghanistan has the priority to buy, however, in case of selling or donating them to charities or non-governmental personnel or transferring them outside of Afghanistan, IIRO is responsible for the taxes. The First Party also has the right to donate fixed assets; buildings and such to other charities of choice and should inform the Second Party. |

IIRO110941

**MUSLIM WORLD LEAGUE**
**INTERNATIONAL ISLAMIC RELIEF ORG.**
**KINGDOM OF SAUDI ARABIA**
Legal Department
Sub:_____

Article 13:   Any dispute between the Parties about interpretations or applications of these articles that is not settled through negotiations is presented to an arbitration committee of three; one appointed by the First Party, another by the Second Party and the third is appointed by both Parties by coordinating with the KSA embassy in Afghanistan, the assigned period to appoint these members is two months and the appointment of the third member is binding to the Parties.

Article 14:   This memorandum is effective on the date it is signed.

Article 15:   This memorandum is made in the Arabic and Persian languages, wherein each Party shall receive one copy. Reference is to be made to the Arabic copy when necessary.

| First Party | Second Party |
|---|---|
| **International Islamic Relief Organization** | **Ministry of Urban Development and Housing** |
| **Kingdom of Saudi Arabia** | **Government of Transitional State of Afghanistan** |
| [Signature] | [Signature] |
| Represented by Dr. Adnan Bin Khalil Basha | Represented by Dr. Abdullah Ali |
| General Secretary of International Islamic Relief Organization | Minister of Urban Development and Housing |
| Signed in Jeddah on 12/09/1425 H corresponding to 26/10/2004 AD | Signed in Kabul on 12/09/1425 H Corresponding to 26/10/2004 AD |
| Scorpio, 5th 1383 S.H. | Scorpio, 5th 1383 S.H. |

IIRO110944

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الإدارة القانونية

Sub. : ......................... الموضوع : .........................
No : .........................
Date : .........................

بسم الله الرحمن الرحيم

## اتفاقية تعاون بين كل من
### وزارة الإنشاء والتعمير في حكومة دولة أفغانستان الإسلامية الانتقالية
### وهيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية

١٥ شوال ١٣٨٢ هجري

أنه في يوم .................. ١٤٢٥/٩/١٢ هـ الموافق ٢٠٠٤/١٠/٢٦ م
تم بحمد الله وتوفيقه الاتفاق بين كل من :

١- هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية ومقرها مدينة جدة هاتف رقم ٦٥١٢٣٣٣ ، ٦٥١٥٤١١ فاكس رقم ٦٥١٤٩١ - ص. ب ١٤٨٤٢ جدة ٢١٤٣٤ - ويمثلها في التوقيع على هذه الاتفاقية الدكتور / عدنان بن خليل باشا الأمين العام لهيئة الإغاثة الإسلامية ويشار إليه فيما بعد بـ (الهيئة) أو (الطرف الأول).

٢- حكومة دولة أفغانستان الإسلامية الانتقالية ويمثلها في التوقيع على هذه الاتفاقية وزير الإنشاء والتعمير أو من يفوضه ويشار إليه فيما بعد بـ (الحكومة) أو (الطرف الثاني).

تمهيد : نظراً لرغبة الطرفين في تقديم المساعدة الإنسانية للشعب الأفغاني وفقاً لسياسات وأهداف الهيئة المنصوص عليها في نظامها الأساسي المعتمد من مجلس إدارتها برقم ٣٣٨٦/١٠٤ وتاريخ ١٤٢٤/٣/١٦ هـ والمتمشية مع أهداف الشريعة الإسلامية.

وبعد موافقة حكومة دولة أفغانستان الإسلامية الانتقالية التبرع للهيئة بقطعة أرض مساحتها (٦٠،٠٠٠ م٢) ستون ألف متر مربع بجوار مطار كابل، ويحدها من جهة الشرق باجه سكنه سكان، ويحدها من جهة الغرب شروع بنايات العربية الجمعية ويحدها من جهة الشمال شارع بعد قطعة صحراء ويحدها من جهة الجنوب شارع الببرسى مشروع بنياد الحريتى ومشروع بسكن. وأطوالها كالتالي : ٢٣٥ × ٣٥٥ مترا.

لذا فقد اتفق الطرفان بصفتهما المفوضين قانوناً بالتوقيع على ما يلي :

صفحة ١ من ٤

Please quote above ref. No. and date when replying.    Pour répondre, Prière de citer la date et la référence sus-citées
العنوان : ص. ب ١٤٨٤٢ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - ٦٥١٢٩٩٧
DATE: 16/04/2004 - FILE C# Address : P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512997
البريد الإلكتروني : relif@iirosa.org

IIRO 110942

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الإدارة القانونية

Sub. : .................... الموضوع : ....................

بسم الله الرحمن الرحيم

No : ....................
Date : ....................

المادة (١) : يعتبر التمهيد السابق جزءاً لا يتجزأ من الاتفاقية.

المادة (٢) : يقر الطرف الثاني بحق الطرف الأول في الانتفاع بقطعة الأرض المذكورة في إقامة مركز حضاري يشتمل على مشاريع صحية وتعليمية واجتماعية ورياضية وتدريبية على نفس السياسات والأهداف التي يعمل بها ويطبقها على كافة مشاريعه المنتشرة في كثير من بلدان العالم وبشكل لا يتعارض مع سيادة حكومة دولة أفغانستان الإسلامية الانتقالية وأنظمتها الداخلية.

المادة (٣) : يلتزم الطرف الثاني بوضع لوحة كبيرة ثابتة على مدخل قطعة الأرض مكتوب عليها باللغة العربية واللغة المحلية ما يلي :

| الشعار | الشعار |
|---|---|
| وزارة الإنشاء والتعمير | هيئة الإغاثة الإسلامية العالمية |
| في حكومة دولة أفغانستان الإسلامية الانتقالية | بالمملكة العربية السعودية |

المادة (٤) : يلتزم الطرف الأول بتأمين الميزانية اللازمة لإقامة المركز الحضاري وتأسيسه وفقاً للإمكانيات المتاحة، ولا يلتزم الطرف الأول بأي مستحقات أو التزامات في حالة حدوث ظروف قاهرة للهيئة –لا قدر الله– يمنعها من تنفيذ المشروع.

المادة (٥) : الطرف الأول هو وحده صاحب الحق في الإشراف على المركز الحضاري وبالطريقة التي يراها وفي أي وقت يشاء ودون تدخل من الطرف الثاني بما لا يتعارض مع أنظمة وقوانين الدولة.

المادة (٦) : اتفق على أن يكون الموظفون العاملون بالمركز الحضاري تحت إشراف الطرف الأول فنياً وإدارياً.

صفحة ٢ من ٤

Address : P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512997
Email : relif@iirosa.org

IIRO 110943

MUSLIM WORLD LEAGUE
INT'L . ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الإدارة القانونية

Sub.: ................   الموضوع : ................   بسم الله الرحمن الرحيم   No : ................   الرقم : ................
                                                                                    Date : ................   التاريخ : ................

المادة (٧) : يتعهد الطرف الأول بتقديم تقارير فنية شهرية سنوية عن المركز الحضاري لوزارة الإنشاء والتعمير بحكومة دولة أفغانستان الإسلامية الانتقالية.

المادة (٨) : تتعهد الحكومة بتوفير الحماية وضمان عدم الاعتداء أو المصادرة أو التجميد أو الإيقاف لأي من مشروعات الهيئة من قبل أي جهة حكومية أو شعبية معارضة علماً بأن المشروعات التابعة للهيئة تدار من قبلها بالتنسيق مع الجهات المختصة بتلك البرامج.

المادة (٩) : تتعهد الحكومية بإعفاء موظفي ومنسوبي الهيئة وجميع ما يلزم استيراده بشأن المشروع من خارج أفغانستان من الضرائب والرسوم الجمركية.

المادة (١٠) : تعيين العاملين وإنهاء خدماتهم بالمركز الحضاري من اختصاص الطرف الأول ولا يحق للطرف الثاني تعيين أو إنهاء خدمات أحد العاملين بالمركز الحضاري مع مراعاة حقه في التشاور غير الملزم للطرف الأول في ذلك.

المادة (١١) : تم الاتفاق على أن تكون مدة هذه الاتفاقية طوال فترة عمل هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية بدولة أفغانستان.

المادة (١٢) : تم الاتفاق بين الطرفين على أنه في حالة إنهاء عمل هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية بدولة أفغانستان فللطرف الأول حق التصرف الكامل في الأصول المنقولة من حيث حق البيع حق أولوية الشراء لدولة أفغانستان، وفي حالة بيعها إلى شخصيات ومؤسسات خيرية غير حكومية أو الهبة إليهما أو نقلها إلى خارج أفغانستان فإن (المؤسسة) الهيئة مكلفة بدفع الضرائب، وأما عن الأصول الثابتة كالمباني وغيرها فللطرف الأول الحق في التبرع بها وفقا لجهة خيرية أخرى يختارها الطرف الأول وإبلاغ الطرف الثاني بذلك.

صفحة ٢ من ٤

Please quote our reference and date when replying.    Pour répondre, prière de citer la date et la référence que ...........
٦٥١٢٩٩٧ - ٦٥٧٨٤٩١ - فاكس : ٦٥١٥٤١١ - ٦٥١٢٣٣٣ : تليفون
Address : P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512097
Email : relif@iirosa.org

IIRO 110941

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

Sub.: ................................  الموضوع: ................................

بسم الله الرحمن الرحيم

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الإدارة القانونية

No: ................................  الرقم: ................................
Date: ................................  التاريخ: ................................

المادة (١٣) : أي نزاع أو خلاف ( لا قدر الله ) يثار بين الطرفين بشأن تأويل أو تطبيق مواد هذه الاتفاقية ولم يتم تسويته عن طريق التفاوض ، يتم عرضه على لجنة تحكيم مكونة من ثلاثة محكمين يكون الأول معيناً من قبل الطرف الأول والثاني من قبل الطرف الثاني وعلى أن يتم تعيين المحكم المرجح الثالث من قبل الطرفين معاً والتنسيق في ذلك مع السفارة السعودية في أفغانستان، وتكون المهلة المعتمدة لتعيين الأعضاء شهرين ويكون قرار الحكم المرجح ملزماً للطرفين.

المادة (١٤) : تدخل هذه الاتفاقية حيز التنفيذ اعتباراً من تاريخ التوقيع عليها.

المادة (١٥) : حررت هذه الاتفاقية باللغة العربية والفارسية، بيد كل طرف نسخة منهما، وتكون المرجعية للنسخة العربية للرجوع إليها عند الحاجة.

والله الموفق،،

| الطرف الثاني | الطرف الأول |
|---|---|
| وزارة الإنشاء والتعمير | هيئة الإغاثة الإسلامية العالمية |
| في حكومة دولة أفغانستان الإسلامية الانتقالية | بالمملكة العربية السعودية |
| يمثلها/ (دكتور عبد علي) | يمثلها الدكتور/ عدنان بن خليل باشا |
| وزير الإنشاء والتعمير | الأمين العام لهيئة الإغاثة الإسلامية العالمية |
| وقعت بكابل بتاريخ ١٤٢٥/٩/٣ هـ | وقعت بجدة بتاريخ ١٤٢٥/٩/١٢ هـ |
| الموافق ٢٠٠٤/٨/٢٠ م | الموافق ٢٠٠٤/١٠/٢٦ م |
| ٥ مكتب ١٣٨٣ هـ ش | ٥ مكتب ١٣٨٣ هـ ش |

صفحة ٤ من ٤

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - ٦٥١٢٩٩٧
Address : P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512997
Email : relif@iirosa.org   البريد الإلكتروني

IIRO 110944