# Exhibit 21

**Muslim World League**
**International Islamic Relief Organization**
**In Saudi Arabia**
**Pakistan Office**
**Islamabad**

Ref: 1/744

Date: 23/7/1422 [corresponding to October 10, 2001]


Dear Dr. Adnan Khalil Basha

Secretary General of the International Islamic Relief Organization,

Peace and Blessings be upon you,

The Pakistan office administration offers you the best greetings and prays to God for your continued success and prosperity.

In reference to your letter number 100/1641/M/K on 23/7/1422 concerning the media outlet reports that the Pakistani authorities issued an order to deport 89 Arabs and Muslims working at Islamic relief agencies in Pakistan and that the Universal Islamic Relief Organization was mentioned as one of these agencies.

We would like to inform you that, to date, we have received nothing from the government agencies and neither the office and nor its employees have been exposed to any discomforts, thank God.  We would like to reassure you that, until now, the situation is stable.  If anything happens, God forbid, we will inform you. Thank you for your generous cooperation.

[May] God protect and safeguard you.

Office Director

[Signature]

Rahmatullah Nazir Khan



Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
In Saudi Arabia
Pakistan Office
Islamabad

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب باكستان
اسلام آباد

الرقم: ١/٧٤٤
التاريخ: ٢٣/٧/٢٢ ه

Ref :
Date :

الموضوع :

سعادة الدكتور عدنان خليل باشا   حفظه الله
الأمين العام لهيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله وبركاته

تهديكم إدارة المكتب بباكستان أطيب تحياتها وتسأل الله لكم دوام التوفيق والسداد.

إشارة إلى خطابكم رقم ١٠٠/١٦٤١/م/ك في ١٤٢٢/٧/٢٣ هـ حول ما تناقلته وكالة الأنباء من أن السلطات الباكستانية أصدرت أوامرها بترحيل ٨٩ من العرب والمسلمين الذين يعملون في وكالات الإغاثة الإسلامية في باكستان. وقد ذكر من ضمن هذه الوكالات منظمة الإغاثة الإسلامية الدولية.

نفيد سعادتكم أنه حتى الآن لم يصلنا أي شيء رسمي من الجهات الحكومية ولم يتعرض المكتب ولا أحد من الموظفين لأي مضايقات والحمد لله ونحب نطمئنكم أن الأوضاع حتى الآن مستقرة وفي حالة حدوث أي شيء لا سمح الله سوف نشعركم بذلك. شاكرين لكم كريم تعاونكم.

والله يحفظكم ويرعاكم ودمتم

مدير المكتب
رحمة الله نذير خان



Address: H-8/1 - Pitrus Bukhari Road - Opp. Shifa International Hospital Islamabad - Pakistan
P. O. Box: (18 50) Tel : (92 - 51) 4449347 - 4435113 - 4 - 4446556, Fax : (92-51) 4449241
E-mail : islamic@isb.paknet.com.pk

العنوان: اتش ٨/١ شارع بطرس بخاري - مقابل مستشفى الشفاء انترناشونال
ص.ب: (١٨٥٠) اسلام آباد - باكستان
هاتف: ٤٤٤٩٣٤٧ ، ٤٤٣٥١١٣،٤ ، ٤٤٤٦٨٥٦ ، فاكس: (٤٤٤٩٢٤١ (٩٢،٥١

IIRO 149648