# Exhibit 22

**Muslim World League**
**International Islamic Relief Organization**
**In Saudi Arabia**
**Pakistan Office/Islamabad**

Ref #: 320/956/1
Date: 14/7/1424-11.9.2003
His Excellency, the Secretary General of the International Islamic Relief Organization

Dr./Adnan bin Khalil Basha                    [May] God Protect him

Peace be on you and God's Mercy and Blessings.  The Office of the International Islamic relief Organization wishes you the best of greetings and asks Lord Almighty to guide us to doing good deeds and leaving sins and to love the needy and to keep us away from temptations, those that are obvious or hidden.  Amen.

In reference to your letter no. 100/1483/1424 and date 13/7/1424, regarding the news that the news agency transmitted that Pakistani authorities issued orders to deport (89) of the Arabs and Muslims that work for Islamic relief organizations in Pakistan.  None of the employees in the Pakistan office was subjected to this news.

We would like to notify Your Excellency that we contacted governmental offices to [provide] a certification of this from an official party, but they refused to write or document the matter referenced above.

Noting that we sent recommendations and appreciation letters from various governmental divisions and offices in our letter number, 320/902/1 dated 4/7/1424, and in those [are] recommendations of their Excellencies, whose names are listed below, certifying that none of the Arab brothers, other than Saudis, work in the Pakistan office.

1.  His Highness, professor Nemet Allah Shahrani, Vice President of Afghanistan
2.  His Excellency, Sheikh Naseeb Ali Shah, a member of the National Parliament in Pakistan
3.  His Excellency, Sheikh Kohar Shah, a member of the National Parliament in Pakistan
4.  His Excellency, Sheikh Mohamed Idrees, a member of the Provincial Parliament in Pakistan
5.  His Excellency, Sheikh Hidaya Allah Shah, member of the Senate in Pakistan

We ask of Your Excellency to review and [provide] direction as appropriate.  Thanking you for your generous assistance.

We Ask God Almighty to make what you provide in the book of light of your good deeds and the book of your action and to reward you to the greatest extent.
Accept my highest greetings and appreciations and may you have a long life.


Office Director

Rahmatullah Natheer Khan


IIRO281470

Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
In Saudi Arabia
Pakistan Office/Islamabad



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب باكستان/إسلام آباد

الموضوع: ............................

الرقم: ٢٢/ ٩٥٦ / ١
التاريخ: ١٤٢٤/٧/١٤
Ref: ١ / ٩٥٦ /٢٢
Date: 2009119

سعادة الأمين العام لهيئة الإغاثة الإسلامية العالمية        حفظه الله
الدكتور / عدنان خليل باشا

السلام عليكم ورحمة الله وبركاته

يهديكم مكتب هيئة الإغاثة الإسلامية العالمية أطيب التحيات سائلاً المولى عز وجل أن يوفقنا وإياكم لفعل الخيرات و ترك المنكرات و حب المساكين وأن يجنبنا الفتن ما ظهر منها وما بطن، آمين .

بالإشارة إلى خطابكم رقم ١٠٠ / ١٤٢٤/١٤٨٣ / ٢ وتاريخ ١٤٢٤/٧/١٣ هـ بخصوص الخبر الذي تناقلته وكالة الأنباء من أن السلطات الباكستانية أصدرت الاوامر بترحيل (٨٩) من العرب والمسلمين الذين يعملون في وكالات الاغاثة الاسلامية في باكستان ولم يتعرض مكتب باكستان ولا احد من الموظفين لهذا الخبر .

نفيد سعادتكم بأننا راجعنا المكاتب الحكومية بخصوص توثيق ذلك من الجهات الرسمية ولكن لم يوافقوا معنا في كتابة و توثيق الموضوع أعلاه .

علما بأننا أرسلنا بعض التزكيات و خطابات شكر من مختلف الاقسام والمكاتب الحكومية طي خطابنا رقم ٣٢٠ / ٩٠٢ /١ وتاريخ ٤ / ٧ / ١٤٢٤ هـ ويوجد في تزكيات أصحاب المعالي والسعادة التالية أسمائهم توثيق بعدم وجود الاخوة العرب العاملين غير السعوديين بمكتب باكستان .

١ـ معالي البروفيسور نعمت الله شهراني نائب رئيس دولة أفغانستان
٢ـ سعادة الشيخ نصيب علي شاه عضو برلماني الوطني بباكستان
٣ـ سعادة الشيخ كوهر شاه عضو برلماني الوطني بباكستان
٤ـ سعادة الشيخ محمد ادريس عضو برلماني الإقليمي بباكستان
٥ـ سعادة الشيخ هداية الله شاه عضو مجلس الشيوخ بباكستان

نأمل من سعادتكم التكرم بالاطلاع والتوجيه لمن يلزم ، شاكرين لكم كريم تعاونكم.
سائلين الله عز وجل أن يجعل ما تقدمونه في صحائف من نور في موازين حسناتكم وصحائف أعمالكم و جزاكم خير الجزاء
وتقبلوا فائق تحياتي وتقديري و دمتم ؛؛؛؛؛

مدير المكتب

رحمة الله نذير خان

H-8/1 – Pitrus Bukhari Road- Opp Shifa International Hospital Islamabad Pakistan
P.O.Box: (1850) Islamabad Pakistan – Tel: (92-51) 4449347 – 4435113-4 – 4446856, Fax: 4449241
E-mail: Islamic@isb.paknet.com.pk. & mwl@isb.comsats.net.pk

اثن ١/٨ شارع بطرس بخاري — مقابل مستشفى الشفاء انترناشيونال ص.ب:(١٨٥٠) إسلام آباد – باكستان
هاتف: ٤٤٤٩٣٤٧ – ٤٤٣٥١١٣ ، ٤٤٤٦٨٥٦ ، فاكس:٤٤٤٩٢٤١(٩٢-٥١)
E-mail: Islamic@isb.paknet.com.pk. & mwl@isb.comsats.net.pk

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (RCC), United
States District Court for the Southern District of New York.

IIRO 281470