# Exhibit 24



Aisha E. R. Bembry
202 659 6752
aisha.bembry@lbkmlaw.com

December 19, 2017

**VIA ELECTRONIC MAIL**

Sean Carter, Plaintiffs' Executive Committee Co-Chair
Cozen O'Connor
1650 Market Street
Suite 2800
Philadelphia, PA 19103·3508

    Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Sean:

    As you are aware, this firm represents the International Islamic Relief Organization (IIRO) in the above-referenced litigation. Pursuant to Rule 26(e)(1)(A), attached are documents responsive to Plaintiffs' documents requests to IIRO and bates stamped IIRO341982-IIRO341994. These documents inadvertently were not included in our August 15 production.

    Also enclosed is a chart specifying the document request(s) to which each document is responsive. Please note that documents may be responsive to more than one request.

    If you have any questions, please let me know.

                      Sincerely,

                      Aisha E. Bembry

Enclosures

cc:    Robert Haefele, Esq.