# Exhibit 25



**Aisha E. Bembry**
202 659 6752
aisha.bembry@lewisbaach.com

April 25, 2016

**VIA ELECTRONIC MAIL**

J. Scott Tarbutton, Plaintiffs' Executive Committee Liaison Counsel
Cozen O'Connor
1650 Market Street
Suite 2800
Philadelphia, PA 19103·3508

Re:   *In Re: Terrorist Attacks on September 11, 2001*, **03 MDL 1570 (GBD) (FM)**

Dear Scott:

In follow up to our e-mail exchange on April 19, enclosed please find a chart listing the Bates numbers for documents produced by IIRO and MWL concerning the Pakistan embezzlement investigation, which is preliminary and subject to change. The chart includes the documents referenced in Sean Carter's letter of January 25 (IIRO111029 and 111020). At your request, we have made a good faith effort to identify all documents produced by IIRO and MWL that, based on our current understanding, concern the Pakistan investigation. In the event that changes to the chart become necessary, we will inform you as soon as practicable. In the event that Plaintiffs intend to utilize this list for any purpose beyond the organizational purpose discussed at our meeting, we request that you notify us in advance so that we may confirm that the list is up-to-date.

Additionally, with regard to the inquiry raised during our March 31 meet and confer about IIRO's Dataflex system, we can confirm that the system was implemented in or about 1408 Hijri (1987/88) and was in use by the organization for the entirety of the discovery period.

If you have any questions about the foregoing, please let me know.

Sincerely,

Aisha E. Bembry

Enclosure

cc:   Plaintiffs' Executive Committee (via email)

*4.25.2016 DRAFT – PRELIMINARY AND SUBJECT TO CHANGE*

*In Re: Terrorist Attacks on September 11, 2001*, **03 MDL 1570 (GBD) (FM)**
**Pakistan Audit and Investigation Documents Produced by IIRO**

| | |
|---|---|
| **Pakistan Underlying Audit Material (referenced in IIRO 111020)** | IIRO 179285 - IIRO 263678;<br>IIRO 271066 - IIRO 272933;<br>IIRO 283211- IIRO 283232;<br>MWL 039349 - MWL 044719 |
| **Document identifying the documents sent to the Pakistan police (referenced in IIRO 111029)** | IIRO 111028 |
| **Pakistan Investigation Documents** | IIRO 093324 - IIRO 093328;<br>IIRO 111017 - IIRO 111029;<br>IIRO 277250 - IIRO 277327;<br>IIRO 281337 - IIRO 281340;<br>IIRO 281433 - IIRO 281435;<br>IIRO 281467 - IIRO 281467;<br>IIRO 281521 - IIRO 281522;<br>IIRO 281667 - IIRO 281667;<br>IIRO 281675 - IIRO 281677;<br>IIRO 281683 - IIRO 281685;<br>IIRO 281703 - IIRO 281704;<br>IIRO 281706 - IIRO 281707;<br>IIRO 105571 - IIRO 105575;<br>IIRO 105623 - IIRO 105628;<br>MWL 016173 - MWL 016173;<br>IIRO 105878 - IIRO 105878;<br>IIRO 105906 - IIRO 105906;<br>IIRO 127473 - IIRO 127474;<br>IIRO 127486 - IIRO 127486;<br>IIRO 127488 - IIRO 127488;<br>IIRO 127493 - IIRO 127494;<br>IIRO 168154 - IIRO 168185;<br>IIRO 168156 - IIRO 168156;<br>IIRO 168164 - IIRO 168165;<br>IIRO 168167 - IIRO 168167;<br>IIRO 127502 - IIRO 127503;<br>IIRO 168187 - IIRO 168188;<br>IIRO 168190 - IIRO 168192;<br>IIRO 168227 - IIRO 168227;<br>IIRO 168284 - IIRO 168286;<br>IIRO 106397 - IIRO 106408;<br>IIRO 106408 - IIRO 106408;<br>IIRO 168291 - IIRO 168291;<br>IIRO 127578 - IIRO 127580;<br>IIRO 127581 - IIRO 127604;<br>IIRO 106499 - IIRO 106505; |

1

*4.25.2016 DRAFT – PRELIMINARY AND SUBJECT TO CHANGE*

|  | |
|---|---|
|  | IIRO 106520 - IIRO 106537; |
|  | IIRO 106527 - IIRO 106537; |
|  | IIRO 127670 - IIRO 127718; |
|  | IIRO 127686 - IIRO 127691; |
|  | IIRO 127715 - IIRO 127718; |
|  | IIRO 106951 - IIRO 106952; |
|  | IIRO 270161 - IIRO 270169; |
|  | IIRO 127756 - IIRO 127761; |
|  | IIRO 127762 - IIRO 127776; |
|  | IIRO 168471 - IIRO 168485; |
|  | IIRO 168477 - IIRO 168478; |
|  | IIRO 131088 - IIRO 131089; |
|  | IIRO 127827 - IIRO 127832; |
|  | IIRO 127859 - IIRO 127861; |
|  | IIRO 127862 - IIRO 127867; |
|  | IIRO 127868 - IIRO 127873; |
|  | IIRO 127874 - IIRO 127882; |
|  | IIRO 109545 - IIRO 109551; |
|  | IIRO 109549 - IIRO 109550; |
|  | IIRO 127883 - IIRO 127889; |
|  | IIRO 127887 - IIRO 127889; |
|  | IIRO 109563 - IIRO 109566; |
|  | IIRO 109571 - IIRO 109572; |
|  | IIRO 109650 - IIRO 109659; |
|  | IIRO 109660 - IIRO 109664; |
|  | IIRO 109690 - IIRO 109694; |
|  | IIRO 109698 - IIRO 109700; |
|  | IIRO 109701 - IIRO 109706; |
|  | IIRO 109707 - IIRO 109707; |
|  | IIRO 109708 - IIRO 109714; |
|  | IIRO 168486 - IIRO 168507; |
|  | IIRO 109888 - IIRO 109896; |
|  | IIRO 109899 - IIRO 109904; |
|  | IIRO 109905 - IIRO 109908; |
|  | IIRO 109909 - IIRO 109909; |
|  | IIRO 109910 - IIRO 109911; |
|  | IIRO 109912 - IIRO 109918; |
|  | IIRO 110003 - IIRO 110007; |
|  | IIRO 127890 - IIRO 127894; |
|  | IIRO 127895 - IIRO 127899; |
|  | IIRO 110008 - IIRO 110011; |
|  | IIRO 110013 - IIRO 110018; |
|  | IIRO 110019 - IIRO 110025; |
|  | IIRO 110028 - IIRO 110030; |
|  | IIRO 110031 - IIRO 110040; |
|  | IIRO 127900 - IIRO 127906; |

*4.25.2016 DRAFT – PRELIMINARY AND SUBJECT TO CHANGE*

|  | |
|---|---|
|  | IIRO 127907 - IIRO 127910; |
|  | IIRO 110054 - IIRO 110060; |
|  | IIRO 127911 - IIRO 127918; |
|  | IIRO 110061 - IIRO 110073; |
|  | IIRO 110074 - IIRO 110081; |
|  | IIRO 127919 - IIRO 127935; |
|  | IIRO 131355 - IIRO 131365; |
|  | IIRO 131366 - IIRO 131381; |
|  | IIRO 131382 - IIRO 131389; |
|  | IIRO 131390 - IIRO 131393; |
|  | IIRO 127936 - IIRO 127949; |
|  | IIRO 282047 - IIRO 282054; |
|  | IIRO 132941 - IIRO 132952; |
|  | IIRO 133170 - IIRO 133179; |
|  | IIRO 270188 - IIRO 270192; |
|  | IIRO 283011 - IIRO 283076; |
|  | IIRO 283024 - IIRO 283026; |
|  | IIRO 270186 - IIRO 270218; |
|  | IIRO 270192 - IIRO 270192; |
|  | IIRO 110130 - IIRO 110138; |
|  | IIRO 110132 - IIRO 110132; |
|  | IIRO 110153 - IIRO 110161; |
|  | IIRO 110156 - IIRO 110156; |
|  | IIRO 110178 - IIRO 110179; |
|  | IIRO 110180 - IIRO 110182; |
|  | IIRO 110183 - IIRO 110206; |
|  | IIRO 110207 - IIRO 110230; |
|  | IIRO 110231 - IIRO 110234; |
|  | IIRO 110235 - IIRO 110247; |
|  | IIRO 110248 - IIRO 110260; |
|  | IIRO 149268 - IIRO 149277; |
|  | IIRO 149278 - IIRO 149281; |
|  | IIRO 149282 - IIRO 149290; |
|  | IIRO 149291 - IIRO 149303; |
|  | IIRO 149304 - IIRO 149318; |
|  | IIRO 149319 - IIRO 149334; |
|  | IIRO 110261 - IIRO 110263; |
|  | IIRO 149335 - IIRO 149342; |
|  | IIRO 149343 - IIRO 149349; |
|  | IIRO 149350 - IIRO 149352; |
|  | IIRO 149353 - IIRO 149367; |
|  | IIRO 283095 - IIRO 283102; |
|  | IIRO 283103 - IIRO 283105; |
|  | IIRO 149368 - IIRO 149386; |
|  | IIRO 149387 - IIRO 149389; |
|  | IIRO 149390 - IIRO 149434; |

*4.25.2016 DRAFT – PRELIMINARY AND SUBJECT TO CHANGE*

|  | |
|---|---|
|  | IIRO 149435 - IIRO 149447; |
|  | IIRO 149448 - IIRO 149478; |
|  | IIRO 149479 - IIRO 149488; |
|  | IIRO 283106 - IIRO 283116; |
|  | IIRO 149489 - IIRO 149494; |
|  | IIRO 149495 - IIRO 149508; |
|  | IIRO 149509 - IIRO 149513; |
|  | IIRO 149514 - IIRO 149521; |
|  | IIRO 149522 - IIRO 149531; |
|  | IIRO 283117 - IIRO 283150; |
|  | IIRO 149532 - IIRO 149556; |
|  | IIRO 149557 - IIRO 149568; |
|  | IIRO 149569 - IIRO 149579; |
|  | IIRO 149580 - IIRO 149587; |
|  | IIRO 283151 - IIRO 283156; |
|  | IIRO 149588 - IIRO 149593; |
|  | IIRO 149594 - IIRO 149610; |
|  | IIRO 283160 - IIRO 283166; |
|  | IIRO 110313 - IIRO 110314; |
|  | IIRO 110314 - IIRO 110314; |
|  | IIRO 149662 - IIRO 149666; |
|  | IIRO 129428 - IIRO 129432; |
|  | IIRO 127514 - IIRO 127515; |
|  | IIRO 127517 - IIRO 127517; |
|  | IIRO 127535 - IIRO 127536; |
|  | IIRO 127541 - IIRO 127543; |
|  | IIRO 127777 - IIRO 127780; |
|  | IIRO 109461 - IIRO 109472; |
|  | IIRO 109461 - IIRO 109461; |
|  | IIRO 109472 - IIRO 109472; |
|  | IIRO 109473 - IIRO 109483; |
|  | IIRO 109473 - IIRO 109476; |
|  | IIRO 109481 - IIRO 109481; |
|  | IIRO 131484 - IIRO 131491. |