# Exhibit 26

Saudi Arabia
International Islamic Relief
Organization

**Administrative Decree No. 270 and dated 19/7/1414 H [corresponding to January 2, 1994]**

**The General Supervisor,**

- Based on the authority given to him per the regulations,
- And based on the recommendations of His Excellency the Deputy Finance Supervisor and His Excellency the Supervisor of IIRO's offices in Bosnia and Herzegovina, Austria, Slovenia, Croatia, and Macedonia,
- And based on what is best for the work of the Organization,

**Decrees the following:**

1- The appointment of His Excellency Zaher Abdulaziz the Executive Director of the International Islamic Relief Organization's offices in Austria, Slovenia, Croatia, Bosnia, and Macedonia, effective from 1/7/1414 H corresponding to 14/12/1993 AD.
2- His Excellency is linked [to report to] the Supervisor of IIRO's offices in Bosnia and Herzegovina, Austria, Slovenia, Croatia, and Macedonia.
3- If His Excellency the Supervisor is absent, Mr. Zaher Abdulaziz is responsible for supervising the office and will then be linked [report] directly to the Supervisor General of IIRO at headquarters.
4- This decree is effective from the date it is issued, and all departments must implement and work in accordance with it. It repeals any previous decree that conflicts with it.

May Allah Guide Us,

**The Supervisor General**
[SIGNED]
**Dr. Fareed Yaseen Qurashi**

IIRO129209

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**



المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الرقم : _____   الموضوع : _____
التاريخ : _____

قرار اداري رقم ( ٧٠ح ) وتاريخ ٢٩/ ٨ /١٤١٤هـ

إن المشرف العام

- بناءً على الصلاحيات المخولة له نظاماً .
- وبناءً على توصيات سعادة مساعد المشرف على المالية وسعادة المشرف على مكاتب الهيئة في البوسنة والهرسك والنمسا وسلوفينيا وكرواتيا ومقدونيا .
- وبناءً على ما تقتضيه مصلحة العمل .

يقرر ما يلي :

١- يكلف سعادة الاستاذ/ زاهر عبدالعزيز بالعمل مديراً تنفيذياً لمكاتب هيئة الإغاثة الإسلامية العالمية في النمسا ، سلوفينيا ، كرواتيا ، البوسنة ، مقدونيا اعتباراً من ١/٧/١٤١٤هـ الموافق ١٤/١٢/١٩٩٣م .

٣- يرتبط سعادته بسعادة المشرف على مكاتب الهيئة في البوسنة والهرسك والنمسا وسلوفينيا وكرواتيا ومقدونيا .

٣- في حالة غياب سعادة المشرف يتولى أ. زاهر عبدالعزيز الاشراف على المكتب ويرتبط مباشرة بالمشرف العام على الهيئة بالمقر الرئيسي .

٢- يسري هذا القرار من تاريخ صدوره وعلى جميع الادارات انفاذه والتمشي بموجبه ويلغي هذا القرار أي قرار سابق يتعارض معه .

والله من وراء القصد ،،،

المشرف العام
د. فريد ياسين قرشي

العنوان : ص.ب ١٤٨٤٣ جـــدة ٢١٤٣٤ ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO 129209