# Exhibit 27

International Islamic Relief Organization
     In Saudi Arabia

No.:

Date:

### Administrative Decree No. 178 on 5/12/1416H [corresponding to April 23, 1996]

The Secretary General of the International Islamic Relief Organization in the Kingdom of Saudi Arabia,

- Based on the authority given to him per the regulations,
- And referencing the resignation letter from His Excellency Dr. Zaher Musa Abdulaziz, the Executive Manager of IIRO's Offices in the Balkans countries, and based on the directives of His Excellency the director of the Department of Offices Abroad,
- And taking into account the situation that was described by His Excellency,

### Decrees the Following:

1- Agreeing to accept the resignation of His Excellency Mr. Zaher Musa Abdulaziz, the Executive Director of IIRO's Offices in the Balkans countries, starting on 1/8/1996 (sic).

2- The settlement of his organizational entitlements and removing his agency from the Organization in accordance with the employee affairs regulations.

3- This decree is in effect from the date it is issue and it repeals any previous decree that conflicts with it. The concerned departments must implement it and operate in accordance with it.

[May] Allah [provide us] Success,

Mr. Ihssan
Urgent and [illegible] Bosnia Office in the Balkans country [illegible] requested from them [illegible].

[Signature]

Secretary General
The International Islamic Relief Organization
In the Kingdom of Saudi Arabia
[SIGNED]
Dr. Fareed Yaseen Qurashi

IIRO113901

From : IIRO_IIHH*AUSTRIA          PHONE No. : 0043 1 5971865          Jun 26 1996 11:16AM  P02



INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الموضوع : ــــــــــ
ــــــــــــــــــــــ

م : ــــــــــ
يخ : ــــــــــ

قرار اداري رقم ( ١٧ /إ) وتاريخ ٥ /٢/ ١٤١٦ هـ

ان الامين العام لهيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية

- بناء على الصلاحيات المخولة له نظاما .
- واشارة لخطاب الاستقالة المرفوع من سعادة الدكتور/ زاهر موسى عبدالعزيز ، المدير التنفيذي لمكاتب الهيئة في دول البلقان ، وبناء على توصية سعادة مدير ادارة المكاتب الخارجية .
- وتقديرا للظروف التي ابداها سعادته .

يقرر ما يلي :

١ - الموافقة على قبول استقالة سعادة الاستاذ/ زاهر موسى عبدالعزيز ، المدير التنفيذي لمكاتب الهيئة في دول البلقان ، اعتبارا من ١ /٨/ ١٩٩٦ هـ .
٢ - يتم تصفية مستحقاته النظامية وإخلاء طرفه من الهيئة وفق لائحة شؤون العاملين .
٣ - يسري هذا القرار من تاريخ صدوره ويلغي أي قرار سابق يتعارض معه وعلى الجهات ذات العلاقة تنفيذه والتمشي بموجبه .

والله الموفق ،،

الامين العام
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

د. فريد ياسين قرشي

العنوان : ص . ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٦٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠١٧٥٤ إغاثة إس بي

IIRO 113901