# Exhibit 28





# THE RABITA TRUST
## for Rehabilitation of Stranded Pakistanis

26 Sha'aban, 1418H.
26 December, 1997

وقف الرابطة
لإعادة توطين
الباكستانيين المقطوعين

### APPEAL FOR DONATION TO THE RABITA TRUST
### FOR REPATRIATION OF STRANDED PAKISTANIS FROM BANGLADESH

Dear Brother In Islam,

Assalamu Alaikum Wa Rahmatullah

As you are perhaps aware, the first meeting of the Board of Trustees of Rabita Trust for the Repatriation of the Pakistanis Stranded in Bangladesh, after its re-organization in 1991 under the chairmanship of Honorable Prime Minister Mian Mohammed Nawaz Sharif, was held at Islamabad on 5th Jumada al-Ula, 1412 H, corresponding to 11th November, 1991, to plan and arrange for the repatriation of about 250,000 Muslim men, women and children from Bangladesh to Pakistan.

It is well known that these Pakistanis have been living under indescribable conditions in Bangladesh for over a quarter of a century for no reason other than their pride in calling themselves Pakistanis and their insistence, despite heavy odds, on remaining loyal to their state. It is clearly the responsibility of all of us as ordained in the Glorious Qur'an [The believers are nothing else but brethren] to attend to the needs of these oppressed and destitute brethren -in- Islam, particularly when they are denied the freedom of movement even to earn their daily bread.

With Allah's Grace, a Rabita Trust was formed with the assistance of the Government of Pakistan and Rabita al-Alam al-Islami in July 1988, to bring these Stranded Pakistanis to Pakistan and rehabilitate them in the Province of Punjab. The fulfillment of this objective was facilitated by in 1991-1992 under the dynamic administration of the Islami Jamhori Ittihadi of Pakistan headed by Mian Mohammed Nawaz Sharif. Despite many obstacles, it was decided to launch this programme in pursuance of the Trust's Declaration, and we embarked on constructing 41500 housing units along with necessary facilities in various districts of Punjab at an estimated cost of around $ 250 millions [two hundred and fifty million] and other arrangements for transportation and settlement had also begun to be made. Accordingly, the Housing Committee, appointed by the Rabita's Trust, met at Islamabad on 24th Sha'aban 1412 H, corresponding to 27th February 1992 and received the first {assignment} of land measuring 96 acres in Mian Channu district of Punjab, where the Trust has completed the construction of 1000 housing units in 1994. The Trust's project director was also entrusted with the task of executing the entire rehabilitation scheme. A beginning was thus made and a plane-load of Stranded Pakistanis was brought in and rehabilitated in 68 of these housing units However, unfortunately a change of government took place in 1993 after which the whole matter remained in abeyance for about the last five years. Alhamdulillah, in February this year the Pakistan Muslim League and the parties allied with it were once again elected back to power with Mian Mohammed Sharif as the Prime Minister. The present Government has firmly renewed its pledge to do all it canto bring and rehabilitate these Stranded Pakistanis, numbering over 238000, according to census carried out jointly in 1991-92. Insha Allah, the vacant housing units at Mian Jannu would be occupied by transferring more 932 families within the next three months.

The execution of this great project requires stupendous financial resources which can only be pooled with the help of the Muslim governments, charitable organizations, and philanthropic individuals. Obviously enough, our gigantic humanitarian programme needs your attention and generous support. It will hence be much appreciated if you can kindly issue your donation cheques and drafts to [ The Secretary General of the Rabita's Trust ] payable to Habib Bank Ltd, Secretariat Block (A), Islamabad, Account No. 9536-3,[for Pakistan Currency deposits] and Habib Bank Ltd, Civic Centre Branch Islamabad, Account no. 97073-1, [for Foreign Currency deposits] at your earliest convenience. Secretary General's addresses are given below.

May Allah Almighty reward and bless you.

Your sincerely,

(Dr. Abdullah Ibn Salih Al-Obaid)
Secretary-General
Muslim World League
Vice-Chairman
Board of Trustees of Rabita Trust

(Sartaj Aziz)
Minister of Finance & Economic Affairs
Government of Pakistan
Vice-Chairman
Board of Trustees of Rabita Trust

---

Makkah Office:
c/o Muslim World League
P.O. Box 537, Makkah
Phone: 5422650

Islamabad Office:
c/o Muslim World League
H-8/1, Islamabad
Phone: 250000/255112

IIRO 127211