# Exhibit 29

      Muslim World League
International Islamic Relief Organization
        Pakistan Office
           Islamabad

Ref: 1/755

Date: 25/7/1422 [corresponding with October 12, 2001]

Your Excellency Dr. Adnan Khalil Basha,

Secretary General of the International Islamic Relief Organization

Peace and Blessings be upon you,

The Office of the International Islamic relief Organization wishes you the best of greetings and pray to God to give you wellness and empowerment.

First: I would like to inform you that in accordance to the instructions, we moved the Rabita Trust's Lahore Office furniture to the Islamabad Office. We also closed the Lahore Office and suspended Sheikh AbdelHai. We hope you will instruct us on what to do about the other employees.

On another note, Brigadier General Ilyas sent us the attached letters. Please review them and send us a quick reply as they are awaiting our response. This is for your information. Thank you for your generous cooperation.

[May] God protect and safeguard you and give you long life.

Office Director

Rahmatullah Nazir Khan

Note: A copy of this letter was sent to the Rabita Trust's Secretary General

Mr. Wael Julaidan

IIRO149640

**Muslim World League**
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**
In Saudi Arabia
Pakistan Office
Islamabad

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب باكستان
اسلام آباد

الموضوع : _____

Ref : _____ ١ / ٧٥٥ _____ : الرقم
Date : ___ ١٤٢٢/٢٧/٢٢هـ ___ : التاريخ

سعادة الدكتور/ عدنان خليل باشا          حفظه الله
الأمين العام لهيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله وبركاته

يطيب لنا أن نهديكم عاطر التحيات وأطيب التهاني سائلاً المولى القدير أن يبسركم بلباس العافية والعز والتمكين وبعد .

أولاً: أفيد سعادتكم حسب التوجيهات أننا نقلنا أثاث مكتب أوقاف الرابطة في لاهور إلى مكتب إسلام آباد وقفل مكتب لاهور وإيقاف الشيخ عبدالحي عن العمل. أما عن الموظفين الآخرين نأمل التوجيه في ذلك.

ومن جهة أخرى ارسل لنا العميد إلياس الخطابات المرفقة نأمل الاطلاع عليها والرد علينا سريعاً لأنهم ينتظرون منا الرد هذا لاحاطة سعادتكم بذلك. شاكرين لكم كريم تعاونكم.

والله يحفظكم ويرعاكم ودمتم،،،

مدير المكتب
رحمة الله نذير خان

ملاحظة: تم إرسال نسخة من الخطاب لسعادة أمين العام وقف الرابطة
السيد وائل جليدان

Address: H-8/1 - Pitrus Bukhari Road - Opp. Shifa International Hospital Islamabad - Pakistan
P. O. Box: (18 50) Tel : (92 - 51) 4449347 - 4435113 - 4 - 4446856, Fax : (92-51) 4449241
E-mail : islamic@isb.paknet.com.pk

العنوان: اتش.٨/١ شارع بطرس بخاري - مقابل مستشفى الشفاء انترناشونال
ص.ب: (١٨٥٠) اسلام آباد - باكستان
هاتف: ٤٤٤٩٣٤٧ - ٤٤٣٥١١٣.٤ - ٤٤٤٦٨٥٦ . فاكس: (٩٢.٥١) ٤٤٤٩٢٤١

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149640