# Exhibit 31

**Muslim World League**
Makkah Al Mukarramah
**International Islamic Relief Organization**

Administrative Decree Number 6 on 4/1/1414 H [corresponding to June 24, 1993]

The General Supervisor

- Based on the authorities given to him per the regulations,
- And in reference to administrative decree number (366) on 24/11/1411 H
- And based on what is in the interest of IIRO's work,

Has decreed the following:

1. Ending the services of His Excellency Dr. El-Fatih Ali Hasanain, the previous director of IIRO's office in Eastern Europe, starting on 1/4/1413 Hijri.
2. All related departments are to be informed of this decree to implement it and operate in accordance with it from the date of its issuance.

[May] Allah [provide us] Success,

**General Supervisor**
**[SIGNED]**
**Dr. Fareed Yaseen Qurashi**

IIRO129563



**MUSLIM WORLD LEAGUE**
MAKKAH AL MUKARRAMAH

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

الرقم :
التاريخ : ٦ /

الموضوع :

قرار اداري رقم ( ٦ ) بتاريخ ٤ / ١ / ١٤١٣ هـ

ان المشرف العام

- بناء على الصلاحيات المخوله له نظاما .
- واشارة الى القرار الاداري رقم (٣٦٦) في ٢٤/١١/١٤١١ هـ
- وبناء على ما اقتضته مصلحة العمل بالهيئة .

قـــرر ما يلــي

١ - انهاء خدمات سعادة الدكتور / الفاتح علي حسنين المدير السابق لمكتب الهيئة باوربا الشرقية ابتداء من ١ / ٤ / ١٤١٣ هـ

٢ - يبلغ هذا القرار الى الجهات المعنية لتنفيذه والتمشي بموجبه من تاريخ صدوره .

والله الموفق ،،،

المشرف العام

د . فريد ياسين قرشي

العنوان : ص . ب . ١٤٨٤٣ جدة ٢١٤٣٤ - هاتف : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة أس . جي
Address: P.O. Box: 14843 Jeddah 21434 – Tel. 6512333 – 6515411 – Fax: 6518491 – Telex: 606754 IGATHA S.J.

IIRO 129563