# Exhibit 32

In the name of God, the Most Gracious, the Most Merciful

**Muslim World League**
**Makkah al-Mukarramah**
**International Islamic Relief Organization**

Ref:_____                                              Subject:_____

Date: _____

<u>Administrative Circular Number (32) on 18/8/1413 [corresponding to February 10, 1993]</u>

Based on [our] needs to [achieve] the best interest of work at IIRO;

And with our [full] appreciation for and pride in Dr. El-Fatih Hassanain's efforts during his period of representing IIRO in Bosnia, Herzegovina and Albania;

And since work at the Bosnia and Herzegovina Office is currently being supervised by His Excellency Dr. Abdullah al-Abdan and at the Albania Office by His Excellency Mr. Abdullah al-Ghamdi;

As such, ensure all transactions with their Excellences, the new officials at the office 'mentioned above,' in coordination with the head office as Dr. El-Fatih Hassanain no longer represents IIRO.

Best regards,

 [Signature]


The General Supervisor

[Signature]

Dr. Farid Yassin Qurashi

IIRO 130112




MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

الرقم :
التاريخ :

الموضوع :

**تعميم إداري رقم ( ج ح ) وتاريخ ١٨/٨ /١٣ ١٤هـ**

بناءً على ما تقتضيه مصلحة العمل بالهيئة .

ومع تقديرنا وإعتزازنا لجهود الدكتور/ الفاتح حسنين . أثناء فترة تمثيله للهيئة في البوسنة والهرسك والبانيا . وحيث أنه يشرف على العمل حاليا في مكتب البوسنة والهرسك سعادة الدكتور/ عبدالله العبدان ، وفي مكتب البانيا سعادة الاستاذ/ عبدالله الغامدي .

عليه إعتمدوا إجراء كافة التعاملات مع السادة المسئولين الجدد في المكاتب « المذكورين اعلاه » بالتنسيق مع المركز الرئيسي حيث أن الدكتور/ الفاتح حسنين لم يعد يمثل الهيئة .

مع خالص تقديرنا ،،،

للمشرف العام
د. فريد ياسين قرشي

العنوان : ص . ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ تلكس ٦٠٦٧٥٤ اغاثة اس جي
Address : P. O. Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Telex 606754 IGATHA SJ.

IIRO 130112