# Exhibit 33

In the Name of GOD the Merciful

**MUSLIM WORLD LEAGUE**
**MAKKAH AL MUKARRAMAH**
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**

Number: -----------------------------   Subject: ------------------------
Date: -----------------------------------

<u>Administrative Circular No (10) date 26/2/1414 H [corresponding to August 15, 1993]</u>

<u>Your Excellences and Directors of local and foreign offices, [May] God Protect Them</u>

Peace and Blessings of God be upon you,

We have already issued the administrative circular number (32) dated 7/8/1413 H in which we confirmed that Dr./El-Fatih Mohamed Hassanain no longer represents IIRO and in view of what the interest requires <u>we remind all IIRO employees who are in the headquarters and in the local offices and abroad that Dr. El-Fatih Hassanain's services have been terminated from 1/4/1413H and that he has been informed for more than a year that he no longer represents IIRO with respect to Bosnia and Herzegovina.</u>

Based [on this], [you are] bound by the aforementioned and will be responsible for violating it.

God [is the Giver] of Success,

General Supervisor
[Signature ]
Dr. Farid Yassin Qurashi

IIRO130168

- MUSLIM WORLD LEAGUE
  MAKKAH AL MUKARRAMAH
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**



رابطة العالم الإسلامي
مكة المكرمة
هَيئة الإغَاثَة الإسْلامِيَّة العَالمِيَّة

الرقم :
التاريخ :

الموضوع :

تعميم اداري رقم ( ١٠ ) وتاريخ ح / ح / ١٤١٤هـ

<u>أصحاب الفضيلة ومدراء المكاتب المحلية والخارجية حفظهم الله</u>

السلام عليكم ورحمة الله وبركاته ، ،

سبق وأن قمنا بإصدار التعميم الإداري رقم (٣٢) وتاريخ ١٤١٣/٨/٨هـ والذي أكدنا فيه على أن الدكتور/ الفاتح محمد حسنين لم يعد يمثل الهيئة ونظراً لما تقتضيه المصلحة فإننا نذكر كافة منسوبي الهيئة في المركز الرئيسي وفي المكاتب المحلية وفي الداخل والخارج ان الدكتور الفاتح حسنين قد تم انهاء خدماته من تاريخ ١٤١٣/٤/١هـ وانه من اكثر من عام قد تم ابلاغه بأنه لم يعد يمثل الهيئة فيما يخص البوسنة والهرسك .

عليه يعتمد التقيد بما ذكر ويتحمل مخالفه مسئولية ذلك .

والله الموفق ، ،

المشرف العام

د. فريد ياسين قرشي

Address: P.O.Box: 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax:6518491 - Telex: 606754 IGATHA SJ.

IIRO 130168