# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x



IN RE: TERRORIST ATTACKS ON                                    ORDER
SEPTEMBER 11, 2001                                             03 MDL 1570 (GBD)

-------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

The Federal Insurance, Burnett, Ashton and O'Neill plaintiffs seek discovery of the

activities and relationship of the defendants as far back as 1988. They request that the Court

strike the global objections, by defendants Muslim World League, International Islamic Relief

Organization and Wa'el Jelaidan, to any discovery prior to 1996.

Plaintiffs maintain that discovery, pertaining to years prior to 1996, is directly relevant to

their claims that those defendants aided and abetted, conspired with, and materially supported al

Qaeda after it "was established in 1988 or earlier." Defendants contend that matters pre-dating

1998, or at the earliest 1996, are irrelevant because defendants were not put on notice of al

Qaeda's terrorist activities towards the United States until Osama bin Laden's 1996 fatwah

declaring war on Americans. Defendants further argue that the discovery sought is overly

burdensome and outweighs any minimal benefit to plaintiffs.

Given the nature of the claims and defenses, the appropriate temporal scope of discovery

should reasonably begin in 1992. 1992 is the year prior to the 1993 attacks against the United

States, and the year when it is alleged that Osama bin Laden and other senior al Qaeda leadership

issued a formal fatwah, specifically calling for jihad against the United States and other Western

allies. If, after receipt and review of such discovery, plaintiffs can demonstrate that further pre-

1992 discovery is warranted, such an application may be made to the Court, upon a specific

showing of relevance as to a particular issue and defendant.

The objections asserted by these defendants to all pre-1996 discovery are hereby struck, to the extent that the defendants are directed to respond to plaintiffs' requests for discovery relating back to the period beginning in 1992.

Dated: New York, New York
December 21, 2007

SO ORDERED:

GEORGE B. DANIELS
United States District Judge