# Exhibit 4

Case 1:03-md-01570-GBD-SN   Document 3858-7   Filed 01/05/18   Page 2 of 3
Case 1:03-md-01570-GBD-FM   Document 2528-7   Filed 07/19/12   Page 2 of 32

1

16N4TERC

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   IN RE:  TERRORIST ATTACKS
     ON SEPTEMBER 11, 2001                   03MDL1570(GBD)(FM)
 4
     ------------------------------x
 5
                                             June 23, 2011
 6                                           11:35 a.m.

 7   Before:

 8                          HON. FRANK MAAS

 9                                       Magistrate Judge

10                            APPEARANCES

11   ANDERSON KILL & OLICK
          Attorneys for O'Neill Plaintiffs and PECs
12   JERRY S. GOLDMAN

13   COZEN O'CONNOR
          Attorneys for Federal Insurance Plaintiffs and PECs
14   SEAN P. CARTER
     J. SCOTT TARBUTTON
15
     MOTLEY RICE
16        Attorneys for Burnett Plaintiffs and PECs
     ROBERT T. HAEFELE
17
     CLIFFORD CHANCE
18        Attorneys for Defendant Dubai Islamic Bank
     BY:  RONI BERGOFFEN (via telephone)
19
     McMAHON & ASSOCIATES
20        Attorneys for Defendants IIRO, MWL and Wa'el Jelaidan
     BY:  MARTIN McMAHON (via telephone)
21
     STEVEN BARENTZEN (via telephone)
22        Attorney for Defendant Jamal Barzinji

23

24

25


         SOUTHERN DISTRICT REPORTERS, P.C.         (212) 805-0300
```

1   there is 636(c) language in the stipulation.
2             I guess that brings us, Mr. McMahon, to the issues
3   raised in the letter which I know you take the view are not yet
4   ripe related to IIRO and the Muslim World League.  Putting
5   aside the question of ripeness as to some of the detail, one
6   fairly simple directive was that 8 categories of documents were
7   to be produced within 30 days.  I take it the plaintiffs take
8   the view that that didn't happen.
9             I know at one of the last two conferences, I think it
10  was the April 26 one, I said we are really at the stage where
11  you need to sit down with your clients in Saudi Arabia and hold
12  their hands while they go through those 8 categories.  I guess
13  I am curious whether you have been to the kingdom since that
14  session.
15            MR. McMAHON:  Well, your Honor, just to bring you up
16  to speed, I received a very antagonistic email from Sean Carter
17  concerning his level of frustration.
18            THE COURT:  More antagonistic than his letter of June
19  16; I am just trying to get the scale.
20            MR. McMAHON:  Well, your Honor, I replied, because I
21  am somewhat older, in a very conciliatory manner and said,
22  Sean, I am equally frustrated.  I don't read Arabic.  I
23  wouldn't have sent you four indexes, two of which were
24  duplicative, had I known about it.  I don't understand the
25  erosive indexes because they are in Arabic.  So if you are