# Exhibit 6

```
 1                     UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF NEW YORK
 2

 3   ----------------------------------------X
                                             :
 4   IN RE:                                  : 03-MD-1570
                                             :
 5    TERRORIST ATTACKS ON SEPTEMBER 11, 2001 : 500 Pearl Street
                                             : New York, New York
 6                                           :
                                             : July 13, 2011
 7   ----------------------------------------X

 8
                  TRANSCRIPT OF CIVIL CAUSE FOR CONFERENCE
 9                   BEFORE THE HONORABLE FRANK MAAS
                      UNITED STATES MAGISTRATE JUDGE
10
     APPEARANCES:
11
     For Federal Insurance:   SEAN P. CARTER, ESQ.
12
     For Dubai Islamic Bank:  STEVEN COTTREAU, ESQ.
13
     For Havlish:             TIM FLEMING, ESQ.
14
     For Plaintiffs:          JAMES KREINDLER, ESQ.
15                            ROBERT T. HAEFELE, ESQ.
                              TIM FLEMING, ESQ.
16
     For Defendants:          MARTIN F. McMAHON, ESQ.
17                            ALAN KABAT, ESQ.

18

19

20

21   Court Transcriber:       MARY GRECO
                              TypeWrite Word Processing Service
22                            211 N. Milton Road
                              Saratoga Springs, NY 12866
23

24

25


     Proceedings recorded by electronic sound recording,
     transcript produced by transcription service
```

```
                                                               29
 1    custody or control and control extends to agents and every time
 2    that the plaintiffs or the Court say well a particular item is
 3    inadequate then somebody attempts to find that.  And certainly
 4    not the only defendant where we've had this issue.  There's not
 5    a comprehensive approach.  And if, for example, there is not
 6    enough money to get you to Saudi Arabia without passing the
 7    collection cup, that bodes poorly for the ability to send
 8    somebody, Mr. Al Radhi or somebody else, to look through the
 9    records of, at a minimum, the Indonesian branch.  Or even if
10    somebody doesn't go from Saudi Arabia to Indonesia for somebody
11    in Indonesia who's his counterpart to be looking for records,
12    putting aside the fact that I gather there were numerous
13    branches of these organizations.
14              So what's needed here is not chasing after particular
15    items highlighted by Mr. Carter today or on prior occasions.
16    What's needed is recognition of the fact that there are
17    language and cultural problems and perhaps financial problems,
18    but that if MWL and IIRO don't want dispositive discovery
19    sanctions against them, they need to get their act together.
20              MR. McMAHON:  I understand, Your Honor.  Let me
21    address the Indonesian office.  I believe Mr. Carter misspoke
22    about Samir Al Radhi.  My understanding was that he did visit
23    the Indonesian office.  In fact, we provided counsel -- we sent
24    an auditor out there to go through all the records in the
25    Indonesian office and we produced that auditor's report to Mr.
```

```
                                                             39
 1   to Jeddah.  In terms of London or another office, I suppose
 2   that, you know, there's some appeal to what you say.  If I were
 3   in Mr. Carter's shoes, I might go to one of those offices but
 4   I'm not them and I'm certainly not going to direct that that
 5   occur.  But we have gone through that a number of times.  And
 6   in terms of what you suggest is over-breadth here in terms of
 7   discovery, I guess one reaction I have is given the limited
 8   amount of documents that the plaintiffs have been able to
 9   secure, talking about over-breadth is almost pointless because
10   even in a narrowed fashion they haven't gotten documents to
11   which they're entitled.
12             As to the 1992 period, Mr. Carter is absolutely
13   right.  Judge Daniels set that, so if you have a gripe with
14   that, direct it to Judge Daniels.  I guess that's really all I
15   want to say on the topic.
16             So the next date we have I believe is September 8th
17   and see you all then.
18             ALL:  Thank you, Your Honor.
19             MR. FLEMING:  Judge --
20             THE COURT:  I'm sorry.  Yes?
21             MR. FLEMING:  I have another issue.
22             THE COURT:  Yes.  Just identify yourself again.  You
23   probably get drowned out.
24             MR. FLEMING:  Yes.  Tim Fleming for the Havlish
25   plaintiffs.
```