## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel* | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

January 10, 2018

Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

Pursuant to a request from the Court to have a brief telephone conference on January 12, 2018 at 11:00 am to discuss logistics regarding the two arguments on January 18, 2018, I have been in touch with the attorneys who will argue the motions at 10:00 on behalf of the Kingdom of Saudi Arabia (Michael Kellogg) and the Saudi High Commission (Roy Englert) and the PEC and Ashton counsel, as well as the attorneys who will argue the motions at 2:00 on behalf of NCB (Mitchell Berger), Saudi bin Laden Group (James Gauch) and Al Rajhi (Christopher Curran) and all are available for the conference call.

Accordingly, I will have all attorneys call into the teleconference number I have provided to them and once everyone is on the line, we will call the Court to begin the conference that I understand may be conducted by your law clerk Zachery Coffman.

Respectfully submitted,

Andrew J. Maloney, III (AM 8684)
KREINDLER & KREINDLER, LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel: (212) 687-8181
*PEC PI Co-Liaison Counsel*

Hon. George B. Daniels
January 10, 2018

        Via e-mail
cc:    Michael Kellogg, Esq. – Counsel for the KSA
        Roy T. Englert, Jr, Esq. – SHC
        Mitchell Berger, Esq. – NCB
        James Gauch, Esq. – SBG
        Christopher Curran, Esq. – Al Rajhi
        Alan Kabat, Esq. – the DEC Chair
        All MDL Counsel of Record (via ECF)