KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

January 10, 2018

*Via ECF and Facsimile*

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

  Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
    (All Actions)
    Permission for Electronic Devices at Hearing on January 18, 2018

Dear Judge Daniels:

  Defendant Kingdom of Saudi Arabia respectfully requests under this Court's Standing Order M10-468, as Revised, that undersigned counsel be permitted to bring a personal electronic device, and that its attorneys Gregory G. Rapawy and Benjamin D. Margo be permitted to bring personal electronic devices and laptop computers, to the hearing scheduled for Thursday, January 18, 2018. I, Mr. Rapawy, and Mr. Margo have entered appearances on behalf of the Kingdom of Saudi Arabia.

  A copy of a proposed form order under Standing Order M10-468, as Revised, is attached to this letter. A copy of the order is also being emailed to judgments@nysd.uscourts.gov.

           Respectfully submitted,

          */s/ Michael K. Kellogg*

          Michael K. Kellogg
          *Counsel for the Kingdom of Saudi Arabia*

Attachment

Cc: All MDL Counsel of Record (via ECF)
   The Honorable Sarah Netburn (via ECF)