# ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP

1801 K STREET, N.W., SUITE 411L
WASHINGTON, D.C. 20006
PHONE (202) 775-4500
FAX (202) 775-4510
www.robbinsrussell.com

January 10, 2018

*Via ECF and Facsimile*

The Honorable George B. Daniels
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
            (All Actions)
           Permission for Electronic Devices at Hearing on January 18, 2018

Dear Judge Daniels:

      Defendant Saudi High Commission for Relief of Bosnia & Herzegovina respectfully requests under this Court's Standing Order M10-468, as Revised, that undersigned counsel be permitted to bring a personal electronic device and a laptop computer to the hearing scheduled for Thursday, January 18, 2018.

      A copy of a proposed form order under Standing Order M10-468, as Revised, is attached to this letter. A copy of the order is also being emailed to judgments@nysd.uscourts.gov.

                                  Respectfully submitted,

                                  /s/ Roy T. Englert, Jr.

                                  Roy T. Englert, Jr.
                                  *Counsel for the Saudi High Commission for*
                                  *Relief of Bosnia & Herzegovina*

Attachment

Cc:  All MDL Counsel of Record (via ECF)
The Honorable Sarah Netburn (via ECF)