## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF and Facsimile**

January 11, 2018

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

      Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)
               Permission for Electronic Devices at Hearing on January 18, 2018

Dear Judge Daniels:

      On behalf of the Plaintiffs Executive Committees ("PECs") and the Consolidated Amended Complaint ("CAC") Plaintiffs in the above-referenced MDL, we respectfully request under this Court's Standing Order M10-468, as Revised, that undersigned counsel and other members of the PECs and/or CAC counsel, Jodi Westbrook Flowers, Stephen A. Cozen, Sean P. Carter, J. Scott Tarbutton, Jerry S. Goldman, and Bruce Strong, be permitted to bring personal electronic devices and laptop computers (as indicated in the accompanying proposed order), to the hearing scheduled for Thursday, January 18, 2018. All of the identified attorneys have entered appearances on behalf of plaintiffs who have adopted the Consolidated Amended Complaint, and all but Mr. Strong are members of the Plaintiffs' Executive Committees.

      A copy of a proposed form order under Standing Order M10-468, as Revised, is attached to this letter. A copy of the order is also being emailed to judgments@nysd.uscourts.gov.

                                                Respectfully submitted,

                                               /s/ Robert T. Haefele
                                               ROBERT T. HAEFELE
                                               MOTLEY RICE LLC
                                               28 Bridgeside Boulevard
                                               Mount Pleasant, SC 29464
                                               Tel: (843) 216-9184
                                               *PEC Co-Liaison Counsel*

Attachment
cc:     All MDL Counsel of Record (Via ECF)
         The Honorable Sarah Netburn (Via ECF)