UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

IN THE MATTER OF AN APPLICATION TO BRING PERSONAL

ELECTRONIC DEVICES OR GENERAL PURPOSE COMPUTING

DEVICES INTO THE COURTHOUSES OF THE SOUTHER DISTRICT

OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL

_____x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this Court, it is hereby

ORDERED that the following attorneys are authorized to bring the Personal Electronic Device(s) and/or General Purpose Computing Device(s) (collectively, "Devices) listed below into the Courthouse for use in a proceeding or trial in the action captioned In re Terrorist Attacks on September 11, 2001, No. 03-md-1570 (GBD)(SN).  The date for which such authorization is provided is January 18, 2018.

| Attorney | Device(s) |
| --- | --- |
| 1. Jodi Westbrook Flowers | Mobile telephone and iPad |
| 2. Robert T. Haefele | Mobile telephone and Laptop computer |
| 3. Stephen A. Cozen | Mobile telephone |
| 4. Sean P. Carter | Mobile telephone and Laptop computer |
| 5. J. Scott Tarbutton | Mobile telephone and Laptop computer |
| 6. Jerry S. Goldman | Mobile Telephone |
| 7. Bruce Strong | Mobile telephone and Laptop Computer |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____          _____
                                                                              United States Judge