

**SQUIRE**
**PATTON BOGGS**

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037

O  +1 202 457 6000
F  +1 202 457 6315
squirepattonboggs.com

Mitchell R. Berger
T  +1 202 457 5601
mitchell.berger@squirepb.com

January 11, 2018

*VIA ECF AND FACSIMILE*

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

    Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBN) (SN)
        (All Actions)
        Permission for Electronic Devices at Hearing on January 18, 2018

Dear Judge Daniels:

    Defendant The National Commercial Bank respectfully requests under this Court's Standing Order M10-468, as Revised, that undersigned counsel and its attorneys Alan T. Dickey and Alexandra E. Chopin be permitted to bring personal electronic devices and laptop computers to the hearing scheduled for Thursday, January 18, 2018. All of the identified attorneys have entered appearances on behalf of The National Commercial Bank.

    A copy of a proposed form order under Standing Order M10-468, as Revised, is attached to this letter. A copy of the order also is being emailed to judgments@nysd.uscourts.gov.

                                    Respectfully submitted,

                                      /s/ Mitchell R. Berger

                                    Squire Patton Boggs (US) LLP
                                    Mitchell R. Berger

Enclosure

cc:    All MDL Counsel of Record
        The Honorable Sarah Netburn (via ECF)

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.