| Date | ECF # | Description | Disposition | ECF # | Date on Docket |
|---|---|---|---|---|---|
| 03/18/2014 | 2844 | CONSENT MOTION for Leave to File Sur-Reply Brief *(Plaintiffs' Fee Petition)*. Document filed by Al Haramain Islamic Foundation, Inc.(Bernabei, Lynne) (Entered: 03/18/2014) | Transcript of Apr. 24, 2014 Proceedings, 42:24 to 43:6 (THE COURT: "I, obviously, ignored the motion to strike the surreply. And when I was reading it today, I'm not sure it adds much or it's cause for concern; so...." | N/A | N/A |
| 11/13/2015 | 3123 | MOTION for Default Judgment as to . Document filed by Kathleen Ashton. (Attachments: # 1 Text of Proposed Order)(Kreindler, James) (Entered: 11/13/2015) | R&R to the Honorable George B. Daniels recommending default judgments against Iran for *Ashton* and *Federal Insurance* plaintiffs | 3175 | 12/28/15 |
| | | | Amended Order of judgment as to *Ashton*, omitting 7 cases. | 3226 | 3/8/16 |
| | | | Memorandum Opinion and Order awarding default judgment against Iran for *Ashton* plaintiffs and *Federal Insurance* plaintiffs | 3229 | 3/9/16 |
| 11/13/2015 | 3124* | MOTION for Judgment Motion of AXA, Chubb, Munich Re America and Onebeacon Insurance Group Plaintiffs to assess damages against Iran for Claims arising under 28 USC 1605A(d). Document filed by Federal Insurance Company et al., Plaintiffs.(Carter, Sean) (Entered: 11/13/2015) | R&R to the Honorable George B. Daniels recommending default judgments against Iran for *Ashton* and *Federal Insurance* plaintiffs. | 3175 | 12/28/2015 |
| | | | Memorandum Opinion and Order awarding default judgment against Iran for *Ashton* plaintiffs and *Federal Insurance* plaintiffs; and clerk's entry of judgment | 3229*, 3233* | 3/9/16, 3/16/16 |
| 06/08/2016 | 3295 | FINAL MOTION for Judgment . Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 06/08/2016) | Order of Further Partial Judgment against Iran for *Ashton* plaintiffs | 3300 | 6/16/16 |
| 09/30/2016 | 3350 | MOTION to Amend/Correct (1406 in 1:03-md-01570-GBD-FM) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,. Document filed by American Casualty Company of Reading, Pennsylvania, Continental Casualty Company, National Fire Insurance Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company. Return Date set for 10/7/2016 at 10:00 AM.Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:04-cv-05970-GBD(Kaplan, Robert) (Entered: 09/30/2016) | Order granting Continental Cas. Co. plaintiffs default judgment against Iran. (and granting motion to amend complaint) | 3415 | 1/6/17 |
| 06/19/2017 | 3628 | MOTION for Default Judgment as to Islamic Republic of Iran. Document filed by American Casualty Company of Reading, Pennsylvania, Continental Casualty Company, National Fire Insurance Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company. Responses due by 6/26/2017 Return Date set for 6/26/2017 at 10:00 AM.(Kaplan, Robert) (Entered: 06/19/2017) | Report and Recommendation | 3808 | 11/27/17 |
| | | | Deadline for objections extended to 1/25/18 | 3855 | 1/5/18 |

---

* See comment in accompanying cover letter regarding clerical error in final judgment.