# Exhibit 265

# The Recorded Witness Statement of

# Ali Ahmad Ali Hamad



Translation of the transcript of an interview with a subject identified as Ali Ahmad Ali Hamad.

---
### BEGIN TAPE
---

[Speaker 1]: A recorded witness statement of Ali Ahmad Ali Hamad. This witness statement is being taken on March 4, 2008, in the city of Doboj in Bosnia-Herzegovina. Mr. Hamad, can you please read the prepared statement?

[Ali Hamad]: I, Ali Ahmad Ali Hamad, being duly sworn, declare and state the following:

I am over 18 years of age. I am competent to testify in the matters detailed below on the basis of my personal knowledge. I was born on November 13, 1971 in Manama, Bahrain. When I was 17 years old I was recruited to join Osama bin Laden's al Qaida terrorist organization. I was an active member in it from 1991 to 1997 when I was arrested and then imprisoned in Bosnia-Herzegovina.

I formally renounced my affiliation with al Qaida after the terrorist attack on the United States on September 11, 2001 although I had become disillusioned with al Qaida prior to that date.

On the basis of my experience as a member and official in al Qaida as shown in greater detail below, I have personal knowledge of al Qaida's internal methods of operation, its objectives, its procedures, and certain sources of its vast financial and logistic support.

My Training and Experience with al Qaida in Afghanistan.

In or around the beginning of 1991 representatives of al Qaida in Bahrain informed me that the time had come to travel to Afghanistan for training to become one of "Allah's warriors."

The representatives of al Qaida in Bahrain made the necessary arrangements for me to travel by car from Bahrain to the Kingdom of Saudi Arabia, and by airplane from the Kingdom of Saudi Arabia to Islamabad in Pakistan. They informed me that representatives of al Qaida would meet me at the Islamabad International Airport.

When I arrived at the Islamabad International Airport representatives of al Qaida welcomed me and made arrangements to take me to the al Qaida training camp in Afghanistan.

I spent a total of 13 months in Afghanistan during which time I received training at several different al Qaida camps. While I was in Afghanistan I personally met Osama bin Laden on numerous occasions, and I swore loyalty to al Qaida in the presence of Osama bin Laden.

The members of al Qaida do not use their own names within the organization. As a member of al Qaida I was known primarily by the nickname Abu Ubeidah.

In or around late 1991 or in early 1992 I received instructions from Osama bin Laden to return to Bahrain and await orders from al Qaida concerning where I would go next.

PEC-KSA003520



The Bosnian War

In early 1992 the war broke out in Bosnia-Herzegovina, primarily between Bosnian Muslims and Bosnian Serbs, although the Bosnian Croats also participated in the conflict, but to a lesser degree in the war.

The Bosnian War lasted until the signing of the Dayton Peace Accords, the Dayton Accord, in 1995.

Shortly after the outbreak of the war in Bosnia, foreign Muslim fighters began to travel to Bosnia-Herzegovina to fight on the side of the Bosnian Muslims, and they declared a jihad against the Bosnian Serbs. Those foreign fighters are referred to as "mujahideen" throughout this statement. This term was also used to refer to the foreign fighters during the Bosnian War.

At the inception of the Bosnian War Osama bin Laden and the al Qaida leadership decided that al Qaida had to participate effectively in this conflict, and they began to send members of al Qaida, including me, to Bosnia to fight as mujahideen.

Throughout the Bosnian War the mujahideen forces in Bosnia operated under the command of the al Qaida leadership. When they joined in the war in Bosnia al Qaida's primary objective was not to help the Bosnian Muslims, but rather to establish a base of operations in Bosnia to support al Qaida's future operations in Europe and the West.

The Experience I Gained in Bosnia-Herzegovina as a Member of al Qaida.

Shortly after the war broke out in Bosnia in early 1992, Prince Muhammad al-Fatih al-Bahraini informed me that the al Qaida leadership had issued an order that I travel to Bosnia to participate in the jihad against the Serbs. At first I postponed my trip to Bosnia and Prince Muhammad al-Fatih al-Bahraini went to Bosnia without me.

Shortly thereafter, Prince Muhammad al-Fatih al-Bahraini was killed while he was leading the mujahideen forces in Bosnia in an operation against the Serbs. About three months after Prince Muhammad al-Fatih al-Bahraini was killed, I received a second directive from al Qaida to travel to Bosnia to participate in the jihad against the Serbs, and at that time I complied with the directive of the al Qaida leadership.

Before I left Bahrain, the representatives of al Qaida explained to me that I had to travel to the Zagreb Mosque in Croatia, and that I would be received at the mosque by people who would recognize me and would assist me. In accordance with the instructions provided to me by al Qaida, I traveled from Bahrain to Germany by plane, and also by plane from Germany to Zagreb, Croatia, where I went to the aforementioned mosque.

At the mosque in Zagreb I was met by a number of people, including a man known by the nickname Abu Ajman, the head of the Third World Relief Organization. [unintelligible] a man known by the nickname Abu Ayman, the head of the Third World Relief Organization. The next day Abu Ayman helped me go by bus to Split, Croatia. In accordance with the instructions

PEC-KSA003521



provided to me by al Qaida prior to my trip, I then traveled by bus to [sic] Split, Croatia to Travnik, Bosnia. When I arrived in Travnik, Bosnia, I was met by a young soldier from the Muslim forces in Travnik who spoke fluent Arabic.

I traveled with the young representative of the Muslim forces who welcomed me at the bus station, and together with two other foreign fighters who had arrived on the same bus from Split, I headed for the Muslim forces command in Travnik, where I was received by a leader with the rank of brigadier general in the Muslim forces, who was known as Asim.

When I arrived in Travnik, the commander of the mujahideen forces in Bosnia was Abu Abd al-Aziz, who was known within the mujahideen forces as Abd al-Aziz or "Red Beard."

During my previous experience in Afghanistan I personally knew that Abu Abd al-Aziz was one of the leaders of al Qaida. Before I left Bahrain for Bosnia, I received information from the al Qaida representatives in Bahrain informing me that al Qaida had sent Abu Abd al-Aziz to Bosnia to organize the mujahideen forces.

From the time I joined the mujahideen forces in 1992 up to the signing of the Dayton Accord in 1995, I fought as a member of the mujahideen forces in the Bosnian War. Throughout this period I was a member of al Qaida, and I acted in accordance with the directives of this terrorist organization.

Shortly after my arrival in Bosnia, I was appointed by al Qaida to serve as a deputy commander of a unit, a unit consisting of 107 fighters, including 70 Arabs, approximately 25 Turks, and about 12 Bosnians. Following the signing of the Dayton Accord, I remained in Bosnia-Herzegovina working as an active member of al Qaida until my arrest in 1997.

The Participation of the So-Called Islamic Charitable Organizations in Supporting al Qaida's activities.

On the basis of my personal knowledge I can attest that al Qaida's operations in Bosnia, including the activities of the al Qaida fighters who participated in the Bosnian War, were financed, and otherwise supported, by the so-called Islamic charitable organizations and institutions, including the Third World Relief Agency and the Saudi High Commission to Aid Bosnia and Herzegovina (the Saudi High Commission).

As I mentioned above, when I first arrived in Zagreb, Croatia, I was received by Sudanese employees of the Third World Relief Agency, including Abu Ayman. When Abu Ayman met me in Zagreb, he informed me that he had earlier received a call from Bahrain informing him about my travel plans, and he had been assigned responsibility for helping me reach the mujahideen forces.

During the Bosnian War, Abu Ayman delivered truckloads of food and other provisions belonging to the Third World Relief Agency to my military unit to support our activities and our efforts in Bosnia.

PEC-KSA003522



On the basis of my personal knowledge, I can attest that the Saudi High Commission participated extensively in supporting al Qaida operations in Bosnia, both before and after the Bosnian War.

On the basis of my personal knowledge I can attest that representatives of the Saudi High Commission provided extensive financial support and food supplies to the mujahideen forces, and they also allowed the mujahideen and members of al Qaida in Bosnia to use the offices and rented houses that belonged to the Saudi High Commission.

In addition to providing food, money, and shelter to support al Qaida's operations in Bosnia, the Saudi High Commission frequently transported the mujahideen and members of al Qaida throughout Bosnia-Herzegovina in vehicles belonging to the Saudi High Commission that bore the emblems of the United Nations High Commission for Refugee Affairs, and the mujahideen and members of al Qaida were thereby allowed to pass through military and police checkpoints.

I was personally transported by the Saudi High Commission in a vehicle that bore the emblems of the United Nations High Commission for Refugee Affairs in late 1994 and early 1995 with another wounded mujahid from Bosnia to Zagreb, Croatia On the occasion of that trip, a representative of the Saudi High Commission provided me with money for additional travel expenses.

During the Bosnian War the Saudi High Commission appointed a number of former mujahideen fighters to serve as officials and directors in its branch offices in Bosnia-Herzegovina.

For example, in 1993 the director of the Sarajevo office of the Saudi High Commission was a Saudi citizen whom I knew named... For example, in 1993 the director of the Sarajevo office of the Saudi High Commission was a Saudi citizen named Abu al-Miqdad al-Dusari. Abu al-Miqdad al-Dusari was one of the first mujahideen to arrive in Bosnia-Herzegovina at the beginning of the Bosnian War. Abu al-Miqdad al-Dusari left Bosnia temporarily, but he later returned to serve as the director of the Sarajevo office of the Saudi High Commission.

Similarly, in 1994 at the request of the mujahideen, the director of the Saudi High Commission in Zagreb appointed a man named Husam al-Din, who served as director of the Commission's office in Zenica Husam al-Din was also among the first mujahideen to arrive in Bosnia-Herzegovina at the beginning of the Bosnian War, and he took part in important military activities as a member of the mujahideen forces that were headquartered in Tesanj, in the middle of Bosnia. Husam al-Din was wounded during the war, and after recovering from his wounds he returned to Bosnia-Herzegovina as a representative of the Zenica office of the Saudi High Commission office.

After the end of the Bosnian War, numerous al Qaida members remained in Bosnia-Herzegovina in accordance with the wishes and directives of the al Qaida leadership. I remained in Bosnia-Herzegovina after the end of the Bosnian War, and I was an active member of al Qaida until I was arrested, that is, my imprisonment, in 1997.

After the end of the Bosnian War, the Saudi High Commission provided ostensible employment for a number of foreign fighters and al Qaida members who had fought during the war. I

4

PEC-KSA003523



personally received official documents certified with the seal of the Saudi High Commission and bearing the signature of the director of the Mostar office of the Saudi High Commission, indicating that I was an employee of the Saudi High Commission.

When the director of the Saudi High Commission's office in Mostar provided me with this document he knew that I was a member of al Qaida. In addition to the document described above, after the Bosnian War the Saudi High Commission allowed me to use vehicles bearing diplomatic emblems and vehicles registered in the name of the United Nations High Commission for Refugee Affairs, which enabled me to travel freely all over Bosnia-Herzegovina.

When the Saudi High Commission allowed me to use vehicles bearing diplomatic insignia or registered in the name of the United Nations High Commission for Refugee Affairs, I was an active member of al Qaida, which was something that was known by the officials of the Saudi High Commission who provided me with that access.

I hereby declare that the foregoing statements are true and correct.

[Speaker 1]: Can we ask you …. Mr. Hamad, we'd like to ask you a few follow-up questions regarding your statement.

[Speaker 3]: Mr. Hamad, would it be possible to ask you additional questions, in addition to the statements you have made, about things that we spoke about previously that are not in this document?

[Speaker 1]: And can he confirm that he understands he's still under an oath to tell the truth during this questioning?

[Speaker 3]: And do you understand that you are still under the... uh, um... oath ...[partial word]... It... an integral part[unintelligible]

[Ali Hamad]: The oath

[Speaker 3]: Yes, yes, he understands. OK.

[Speaker 1]: You mentioned during your statement that the Saudi High Commission was involved in providing support to Al-Qaeda's efforts in Bosnia. Can you describe in a bit more detail the kinds of support it provided?

[Speaker 3]: You spoke about the support and involvement of the Saudi High Commission in Bosnia. Can you explain beyond what you have so far explained, what kind of support, what kind of intervention?

[Ali Hamad]: Excuse me, but now I do not wish to give more details about the assistance provided by the Saudi High Commission to the mujahideen, especially to al Qaida members. That is because, because I have mentioned the required details in my book. But I can say briefly that the other Saudi commission, as well as the other commissions that opened offices in Bosnia,

5



assisted the mujahideen in Bosnia-Herzegovina during the war, especially al Qaida members, in three ways.

First, uh, financial assistance, providing food, providing clothes, providing any other equipment, uh, required by the mujahideen and the members of al Qaida in Bosnia. Second, providing transportation without control by the Bosnian police or the Croatian police, uh, in vehicles bearing diplomatic license plates. Third, uh, the Saudi Higher Commission helped the mujahideen and members of al Qaida live in Bosnia during and after the war. It enabled them by employing them in the offices of the Saudi High Commission, uh...

[Speaker 3]: Such as who?

[Ali Hamad]: Such as Husam al-Din, who was the director of the Saudi High Commission's office in Zenica. Such as Yusuf al-Rahma, who was the director, uh, of the Saudi High [Commission]'s office in Mostar. Such as Abu al-Miqdad, who was the director of the Saudi High Commission's office in Sarajevo. But there were also many employees in all the offices of the Saudi High Commission.

[Speaker 3]: How do you know they, how do you know they belong to al Qaida?

[Ali Hamad]: With regard to Yusuf al-Rahma, I knew him from Afghanistan. We... uh... used to... uh... fight against the Russians and against the communists in Afghanistan. Uh... I and he were always talking about al Qaida and about al Qaida's plans when we were in Afghanistan. We also talked about al Qaida and its plans and about its future strikes in Bosnia. I also spoke with others.

[Speaker 3]: Was this man linked in any way to the attack, the night that you spoke about? I just want to understand if this is the same man in Jalalabad.

[Ali Hamad]: Yes... uh

[Speaker 3]: Could you provide some detail?

[Ali Hamad]: Yusuf... Yusuf al-Rahma in Afghanistan was a dependable fighter among the al Qaida members and forces. For example, I remember... uh... one of the military operations that I participated in Afghanistan. Uh... This operation was an extensive attack against the city of Jalalabad in Afghanistan. The Afghan and Arab mujahideen and the al Qaida fighters were preparing for an all-out attack to free the city of Jalalabad from the Afghan communists. Uh... Osama bin Laden and his commanders selected a group to strike the enemy from behind. Uh... I remember that I asked Osama bin Laden personally to allow me to lead this group. But Osama bin Laden refused because he considered me an ordinary novice soldier without prior experience. Osama bin Laden selected Yusuf al-Rahma to lead this military group that would strike the enemy from behind.

[Speaker 3]: The same... the same man we are talking about?

PEC-KSA003525



[Ali Hamad]: The same... the same... the same man who became the director of the Saudi High Commission office in Bosnia -- in Mostar -- during and after the Bosnian war.

[Speaker 3]: I see. What was the relationship of the Saudi Haramayn Foundation... uh... in Bosnia?

[Ali Hamad]: The Haramayn Foundation was also like the previous organizations, the other organizations that operated in Bosnia in the war and during the war. They helped the mujahideen... uh... in various ways. Providing food, providing clothes, financial assistance, providing transportation, uh, between Bosnia-Herzegovina and Croatia, and so on. But in 1994 the Haramayn organization was headed by a man who was a member of al Qaida.

[Speaker 3]: Who, please?

[Ali Hamad]: Muhammad al-Qasimi. This man was a Saudi.

[Speaker 3]: A Saudi?

[Ali Hamad]: Yes. I would like to say something about Muhammad al-Qasimi. [coughs].[unintelligible] I mentioned that in 1993 I was the commander of a fighting group under al Qaida command. Uh... in this group... Excuse me...At that time I was not a commander, I was a deputy commander. The commander of this group at that time was an Egyptian named Abu Talha al-Andalusi. I was the deputy -- assistant -- commander. Are you following me?

[Speaker 3]: When? And Where?

[Ali Hamad]: In 1993 in the village of Bijelo Bucje near the city of Travnik.

[Speaker 3]: In Bosnia.

[Ali Hamad]: In Bosnia, yes.

[Speaker 3]: OK.

[Ali Hamad]: In our group was Yus...Excuse me... Muhammad al-Qasimi. Muhammad al-Qasimi... uh... a short time, he assumed command of the... the... uh... the entire group. He fought against the Serbs as an important person in al Qaida and as a commander, not as an ordinary soldier. He was wounded in battle, [unintelligible], he was wounded in his right hand or his left hand. Subsequently he returned to Saudi Arabia for treatment. When he had recovered from his injury, he returned to Bosnia, but this time he did not return to Bosnia as a fighter... uh... under the banner of al Qaida, but rather he returned as director... uh... of the Haramayn organization that had opened in Travnik.

[Speaker 3]: I see. Please, did you receive any expenses, benefits, any salary, anything from the Haramayn personally, directly?

PEC-KSA003526



[Ali Hamad]: A number of times I personally received financial assistance from ... uh ... the Haramayn organization because the Haramayn organization respected the mujahideen, especially those who had been in Afghanistan and had fought along with Osama bin Laden. They knew that I had been in Afghanistan, and they knew that I was a member of al Qaida, because Haramayn itself, the leadership of Haramayn, was under al Qaida. They continually used to provide me with financial assistance. I always used to go to their office and take the other things that I needed, like clothes, furniture for my house in Bosnia, and things like that.

[Speaker 3]: Were there also other employees in Haramayn who belonged to al Qaida whom you knew personally?

[Ali Hamad]: I met other employees in the Haramayn organization. I did not know them personally. But...But I had met them in Afghanistan in some operations.

[Speaker 3]: With regard to the Saudi Joint High Commission -- were there employees who you knew were actually members of al Qaida?

[Ali Hamad]: Yes, in the Saudi High Commission... uh... there were many employees in Bosnia during and after the war who were in the... uh... al Qaida organization. I knew them from Afghanistan.

[Speaker 3]: Such as who, please, uh?

[Ali Hamad]: For example, the office of the Saudi High Commission in Mostar.

[Speaker 3]: In Mostar.

[Ali Hamad]: They were employees -- Abu Abd al-Malik al-Libi, Abd al-Jalil, Abd al-Samad al-Bahraini -- and I myself was also an employee in the Saudi High Commission's office in Mostar.

[Speaker 3]: At least three were directly linked to... to al Qaida, at least.

[Ali Hamad]: Directly linked to al Qaida, and I knew them from Afghanistan, as pensioners in the al Qaida organization.

[Speaker 3]: Can I also ask you about ... We spoke, please, return to the topic of the World Forum of Muslim Youth. Did they also have representation in Bosnia, and were they associated in any way with al Qaida elements?

[Ali Hamad]: Uh... in fact, I do not want to lie, I do not like lying, and I do not like liars. But I can say that I have no information that links this forum with the mujahideen in Bosnia or with members of al Qaida. But I know... uh... something about them, about the Arab Forum, that it used to assist the organizations... uh... the charitable organizations that opened their centers in Bosnia.

PEC-KSA003527



[Speaker 3]: What are you speaking about? The World Forum of Muslim Youth? Or are you talking about another organization? I don't follow you.

[Ali Hamad]: No, no. If I said the "Arab Forum" I meant the World Forum of Muslim Youth. I call it the Arab Forum.

[Speaker 3]: Uh, I see. OK.

[Ali Hamad]: Yes. This international forum assisted the charitable organizations that opened their offices in Bosnia during and after the war. These organizations assisted the mujahideen and assisted the members of al Qaida. This means that the world organization indirectly provided assistance to the mujahideen and members of al Qaida.

[Speaker 3]: But you don't have exact details of who...

[Ali Hamad]: Details ... I don't have any whatsoever.

[Speaker 3]: I see. [Unintelligible whispers]. Did you ever actually witness the Saudi High Committee actually distribute aid, financial or food assistance? If you did witness it directly, please elaborate a little about the topic for me.

[Ali Hamad]: Uh... I saw a lot of assistance from the Saudi High Commission to the mujahideen in Bosnia, and I heard a lot about it. But I will speak about some examples that I saw with my own eyes. In 1994 the Saudi High Commission in Bosnia provided assistance to the mujahideen of the Abu al-Zubayr group in Zeljezno Polje near Zepce. I had been sent... I was a fighter in this group. The Saudi High Commission, especially its director, whose name was Husam al-Din al-Sa'udi, visited our group several times in Zeljezno Polje near Zepce, and he sent us a truck filled with food and clothing and everything we needed. He also gave us a car, uh, a new jeep, as assistance from the Saudi High Commission to us mujahideen in Zeljezno Polje near Zepce.

[Speaker 3]: You spoke about the offer of vehicles... uh... Landcruisers. Please expound this story for me.

[Ali Hamad]: Yes. Eleven Toyota Landcruiser jeeps were sent from Saudi Arabia, specifically from the Saudi government, for the service of the Saudi High Commission in Bosnia. The heads of the Saudi High Commission were under obligation to use these vehicles for the benefit of the Muslims of Bosnia-Herzegovina, for the benefit of the poor and hungry, to provide them with transportation. But the Saudi High Commission gave four of these vehicles to the mujahideen. I personally did not see when the Saudi High Commission gave the mujahideen these vehicles, but I saw that these four vehicles were in the possession of the mujahideen. The mujahideen were using them.

[Speaker 3]: Can you also tell me more about the phony license plates and colors? What was the procedure by the Saudi High Commission?

PEC-KSA003528



[Ali Hamad]: The Saudi High Commission gave the mujahideen in Bosnia -- when I say mujahideen in Bosnia I also mean members of al Qaida, the men in Bosnia who were sent by al Qaida -- gave them about 20 license plates, yellow diplomatic license plates. I know that when these diplomatic plates are put on a car it means that the driver, the man who is driving that car, is an international person, and that was sent for diplomatic work, to help the unfortunate people. Therefore, a man who drives a car bearing these plates will never undergo inspection -- no civilian inspection and no military inspection.

[Speaker 3]: What was the role of the High Committee in this operation?

[Ali Hamad]: I don't understand your question. Would you please repeat it?

[Speaker 3]: What was the role of the Saudi High Committee with regard to this operation of... Uh... Like giving the license plates to the mujahideen -- who did the initiative come from, and so on?

[Ali Hamad]: The Saudi High Commission asked the international organization, UNHCR I think, I'm not certain but I think UNHCR, it asked them for diplomatic license plates for the Saudi High Commission's vehicles because the Saudi High Commission [partial word] ... operated in Bosnia under the regulations and control of the international commission, the international organization UNHCR. So they got those plates, but they did not put them on their cars, but rather they gave them to the mujahideen. Do you see what I mean?

[Speaker 3]: I understand. This was the UNCHR, right? Right.

[Ali Hamad]: Yes, yes, yes.

[Speaker 3]: Which is under the United Nations.

[Ali Hamad]: Yes, yes.

[Speaker 3]: Assistance for refugees.

Ali Hamad]: UNCHR.

[Speaker 3]: Is that correct? You are not mistaken? OK. Just a moment.

[Speaker 3]: In general, what was the strategy behind al Qaida's planning? Uh...Before... the world... Europe...Or other parts of the world? Did Bosnia have any important role within al Qaida's strategy?

[Ali Hamad]: In my experience, I had a relationship and I participated under the al Qaida leadership in Afghanistan and in Bosnia. I realized that Bosnia-Herzegovina was very, very important for al Qaida because Bosnia-Herzegovina would enable al Qaida to spread its soldiers and its strikes to all the countries of Europe in the future. Through Bosnia it could... uh... open...

PEC-KSA003529



uh... secret camps in Bosnia-Herzegovina. Then it could send them to Europe, especially to Italy and Spain.

[Speaker 3]: Do you have a role, did you have a role in this matter? Did they send you to Bosnia as a member of al Qaida specifically to spread and build the future infrastructure for al Qaida's activities in Bosnia and then in Europe?

[Ali Hamad]: I was sent to Bosnia by order of al Qaida to lead a military group that would fight against the Serbs and the Croats. I do not know what the leaders of al Qaida would want after that. Did they want to send me to other countries? I don't know...[unintelligble] because these orders were all secret. I did not know what was going on in Osama bin Laden's head or in the heads of his commanders because if they wanted to give me orders they would give me the orders on that very day and I would carry them out. They did not infom me about it in advance.

[Speaker 3]: So why did you... you received word from al Qaida that they were sending you to Bosnia. Why did they send you to Bosnia? What was the reason? What was the logic behind it?

[Ali Hamad]: I... I realized one thing. Why did al Qaida send its men to Bosnia? I realized that al Qaida did not want Bosnia. Bosnia was not important to al Qaida. But it became important for one reason, because it would bring us close to, to Europe... Europe, to the European countries.

[Speaker 3]: Why? Why Europe? Why?

[Ali Hamad]: No... God knows best, but I think that al Qaida wanted to strike a very heavy blow in the European countries.

[Speaker 3]: Um... OK.  Anything else? We covered all the...?

[Speaker 1]: No, I think that's it.

Speaker 3]: Is there, is there anything... is there anything you would like to add, that you think... that you think is important? Something I haven't asked you, please let me know... so please

[Ali Hamad]: I have many things that would be of great benefit to this investigation, about al Qaida, about al Qaida's plans, who is associated with al Qaida, who is helping al Qaida, in Bosnia, in Afghanistan, in[unknown word], and in other countries. Uh... there are many things connected...with...uh... with al Qaida's involvement and its attempt to assassinate former U.S. President Bill Clinton and his wife and daughter. I have information that proves that al Qaida had a hand in terrorist attacks against the United States in 2001. But for lack of time I will not mention it now. But I recommend and advise you to wait for my book, and translate it into English, because all the information that will be useful to you in your investigations you will find in detail in my book.

[Speaker 3]: Thank you very much.

[Ali Hamad]: Thank you.

PEC-KSA003530



END OF TAPE --------------------------------------------------------------------------------

PEC-KSA003531