**WHITE & CASE**

January 12, 2018

VIA ECF & FAX

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

*In re Terrorist Attacks on September 11, 2001*
**Case 1:03-md-01570-GBD-SN (S.D.N.Y.)**

Dear Judge Daniels:

Pursuant to this Court's Standing Order M10-468 (Revised) and as set forth in the attached proposed order, I request that the Court permit me and each of my attorney colleagues Nicole Erb, Reuben J. Sequeira, and Nicolle Kownacki to bring a Personal Electronic Device and a General Computing Device into the courthouse for the hearing scheduled for Thursday, January 18, 2018, in the above-referenced matter.

A copy of the proposed order has been sent to the Court via e-mail.

Respectfully,

**Christopher M. Curran**

T +1 202 626 3643
E ccurran@whitecase.com

cc:    Counsel of Record (via ECF)