## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF and Facsimile**

January 12, 2018

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JAN 1 6 2018

Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)
~~Permission for Electronic Devices at Hearing on January 18, 2018~~

Dear Judge Daniels:

In a telephone conference with Your Honor's clerk on Monday, January 8, 2018, Your Honor's clerk asked that the Plaintiffs' Executive Committee provide information regarding the following ECF docket entries that the docket appears to reflect remain unresolved: ECF Nos. 2844, 3123, 3124, 3295, 3350, and 3628. We have reviewed the docket, relevant hearing transcripts, and made inquiries to counsel for the relevant plaintiffs' counsel and are providing you with the attached chart that reflects the disposition of each of the identified docket entries.

Counsel for the Federal Insurance Plaintiffs have identified a clerical error in the final judgment issued by the Clerk of Court related to the disposition of the motion at ECF No. 3124 that they request be corrected before that motion is closed. Although that motion was resolved through the Court's March 9, 2016 Memorandum Opinion and Order (ECF No. 3229), the form of the final judgment issued by the Clerk of Court (accurately) lists the aggregate monetary awards in favor of the insurance groups that filed the motion, but does not specifically identify the value of the awards in favor of the individual member companies of those groups. *See* ECF No. 3125 at 4-5. The Federal Insurance plaintiffs believe that this clerical error should be corrected before the motion is closed, and respectfully request the Court's permission to submit a corrected form of judgment by January 24, 2018 to cure this clerical error.

If Your Honor or your law clerk needs any additional information regarding these entries, we would be pleased to provide what information we can.

Respectfully submitted,

/s/ Robert T. Haefele
ROBERT T. HAEFELE
MOTLEY RICE LLC
28 Bridgeside Boulevard

The Honorable George B. Daniels, U.S.D.J.
January 11, 2018
Page 2

                                                      Mount Pleasant, SC 29464
                                                      Tel: (843) 216-9184
                                                      *PEC Co-Liaison Counsel*

Attachment

cc:    All MDL Counsel of Record (Via ECF)
        The Honorable Sarah Netburn (Via ECF)