THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

IN RE: TERRORIST ATTACKS ON    )    Civil Action No. 03 MDL 1570 (GBD)(SN)

SEPTEMBER 11, 2001             )    ECF Case

_____)

## PRAECIPE RE WITHDRAWAL AS COUNSEL

     **COMES NOW** Undersigned counsel, and hereby requests that the Clerk's Office acknowledge that, at least as of January 8, 2013, undersigned counsel has not represented the Muslim World League (MWL) and International Islamic Relief Organization (IIRO). Since January 8, 2013, Eric L. Lewis of Lewis Baach Kaufmann Middlemiss PLLC has been counsel of record for MWL and IIRO.  The following three attorneys also appeared as counsel of record for MWL and IIRO in 2013:  Mark J. Leimkuhler, Aisha E. R. Bembry, and Waleed E. Nassar of Lewis Baach Kaufmann Middlemiss PLLC. Undersigned counsel remains counsel of record for Wael Jelaidan and Dallah Avco. A proposed order and certificate of service follows.

                           Respectfully submitted,


                           */s  Martin McMahon*_____
                           Martin F. McMahon, Esq.
                           Martin F. McMahon & Associates
                           1150 Connecticut Avenue, N.W., Suite 900
                           Washington, D.C. 20036
                           (202) 862 - 4343

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

IN RE TERRORIST ATTACKS ON          )    Civil Action No. 03 MDL 1570 (GBD)(SN)

SEPTEMBER 11, 2001                   )    ECF Case

_____)

## PROPOSED ORDER

      Upon consideration of Attorney McMahon's Praecipe Re Withdrawal As Counsel, the

Clerk's Office hereby acknowledges that the law firm of Martin F. McMahon and Associates is

no longer counsel of record for the Muslim World League and International Islamic Relief

Organization. Accordingly, it is this _____ day of _____, 2018,

      ORDERED that Martin F. McMahon and Associates be stricken from the record as

representing the Muslim World League and International Islamic Relief Organization and hereby

is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that service of the foregoing Undersigned Counsel's Precaipe Re

Withdrawal as Counsel and proposed order has been made through the Court's electronic

transmission facilities and emailed to all relevant parties on the 18th day of January, 2018.

Respectfully Submitted,

*/s  Martin McMahon*_____
Martin F. McMahon, Esq.

Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862 - 4343