# EXHIBIT G

Declaration of Peter C. Salerno
In Opposition to Plaintiffs' Motion to Compel
Against Yassin Abdullah Kadi

03 MDL 1570

January 2018

                                    **Peter Salerno <peter.salerno.law@gmail.com>**

## Re: 9th and final production
1 message

**Peter Salerno** <peter.salerno.law@gmail.com>                    Tue, Apr 18, 2017 at 10:25 AM
To: "Andrew J. Maloney" <AMaloney@kreindler.com>
Cc: "Carter, Sean" <scarter1@cozen.com>, "Christopher R. LoPalo" <clopalo@napolilaw.com>, "Jerry S.
Goldman" <jgoldman@andersonkill.com>, Jim Kreindler <JKreindler@kreindler.com>, zRobert Haefele
<rhaefele@motleyrice.com>, zScott Tarbutton <starbutton@cozen.com>, Amy Rothstein
<amyrothsteinlaw@gmail.com>

Andrew et al.:

We had a pleasant Easter, Andrew, and hope you and your family and colleagues did as well.

Attached is our chart cross-referencing our ninth production with your discovery requests, in both .pdf and
Excel formats. As a reminder, as noted in our letter of August 7, 2015 (p. 1), we are treating the items of
your second request as attachments to the first for coding purposes.

In the course of our document review we decided to re-produce without redactions 83 documents that had
been produced with redactions. A second chart, also in both .pdf and Excel formats, is attached cross-
referencing the new versions with the old.

We are not withholding any documents pursuant to any objection to either your first or second requests on
any ground other than privilege or work product protection. We have attempted to produce every document
in our client's possession, custody or control that is responsive to your requests. In due course we will
provide a privilege log. Our current production contains some documents that we had previously withheld
and listed on our December 2014 privilege log.

We expect to provide a supplement to our August 7, 2015 letter, which responded to yours of May 6, 2015,
next week.

Please do not hesitate to let us know if you have any questions.

Regards, Peter

Peter C. Salerno
Salerno & Rothstein

221 Schultz Hill Road
Pine Plains, NY 12567
T: 518.771.3050
M: 917.282.8429
F: 866.589.9010
E: peter.salerno.law@gmail.com
URL: www.salernorothstein.com

On Mon, Apr 17, 2017 at 1:20 PM, Andrew J. Maloney <AMaloney@kreindler.com> wrote:

> Peter,
>
>
> Hope you had a relaxing Easter.  Can you let us know when we might expect the cross-reference of
> Bates numbers to our document requests and the letter detailing your responses and referenced in my
> May 6, 2015 letter.
>
>
> Regards,
>
> Andrew Maloney
>
>
> **From:** Peter Salerno [mailto:peter.salerno.law@gmail.com]
> **Sent:** Friday, March 31, 2017 11:16 AM
> **To:** Andrew J. Maloney <AMaloney@kreindler.com>; Carter, Sean <scarter1@cozen.com>;
> Christopher R. LoPalo <clopalo@napolilaw.com>; Jerry S. Goldman <jgoldman@andersonkill.com>;
> Jim Kreindler <JKreindler@kreindler.com>; zRobert Haefele <rhaefele@motleyrice.com>; zScott
> Tarbutton <starbutton@cozen.com>
> **Subject:** 9th and final production
>
>
> Dear Counsel:
>
> Our 9th and final production will be provided to Bob Haefele by our vendor early next week. Amy and I
> are going on vacation for a week beginning today, returning Saturday April 8. We will send you our
> customary cross-reference of Bates numbers to document requests upon our return, as well as a letter
> outlining in more detail what we have done in response to your document requests and Andrew
> Maloney's May 6, 2015 letter. We will have access to email, so if you have any urgent questions feel free
> to pose them.
>
> Regards,
>
> Peter
>
>
> Peter C. Salerno
> Salerno & Rothstein
> 221 Schultz Hill Road
> Pine Plains, NY 12567
>
> T: 518.771.3050
> M: 917.282.8429

F: 866.589.9010
E: peter.salerno.law@gmail.com

URL: www.salernorothstein.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____

CONFIDENTIALITY NOTE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s),you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify Kreindler & Kreindler LLP immediately by telephone at 212.687.8181 and then delete this message, including any attachments.
_____

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

---

**4 attachments**

📄 **Kadi 9th Production-Request Number cross-reference.pdf**
3663K

📄 **Kadi 9th Production-Request Number cross-reference.xlsm**
1369K

📄 **Kadi 9th Production-83 re-produced documents cross-reference.xlsx**
14K

📄 **Kadi 9th Production-83 re-produced documents cross-reference.pdf**
21K