# EXHIBIT Q

Declaration of Peter C. Salerno
In Opposition to Plaintiffs' Motion to Compel
Against Yassin Abdullah Kadi

03 MDL 1570

January 2018

                                     Peter Salerno <peter.salerno.law@gmail.com>

# # of documents that are work product only
1 message

**Peter Salerno** <peter.salerno.law@gmail.com>                               Sat, Sep 16, 2017 at 2:07 PM
To: "Andrew J. Maloney" <amaloney@kreindler.com>, "Carter, Sean" <scarter1@cozen.com>, "Jerry S. Goldman" <jgoldman@andersonkill.com>, Jim Kreindler <jkreindler@kreindler.com>, R Haefele <rhaefele@motleyrice.com>, "Tarbutton, J. Scott" <starbutton@cozen.com>
Cc: Amy Rothstein <amyrothsteinlaw@gmail.com>

In my letter of September 6, 2017, at page 2, I erroneously stated that there are five documents in our final privilege log where the privilege type is work product only. The correct number is seven.

Peter

Peter C. Salerno
Salerno & Rothstein
221 Schultz Hill Road
Pine Plains, NY 12567
T: 518.771.3050
M: 917.282.8429
F: 866.589.9010
E: peter.salerno.law@gmail.com
URL: www.salernorothstein.com