# EXHIBIT S

Declaration of Peter C. Salerno
In Opposition to Plaintiffs' Motion to Compel
Against Yassin Abdullah Kadi

03 MDL 1570

January 2018



Peter Salerno <peter.salerno.law@gmail.com>

## RE: # of documents that are work product only
1 message

**Andrew J. Maloney** <AMaloney@kreindler.com>  Wed, Sep 20, 2017 at 3:05 PM
To: Peter Salerno <peter.salerno.law@gmail.com>, "Carter, Sean" <scarter1@cozen.com>, "Jerry S. Goldman" <jgoldman@andersonkill.com>, Jim Kreindler <JKreindler@kreindler.com>, zRobert Haefele <rhaefele@motleyrice.com>, zScott Tarbutton <starbutton@cozen.com>
Cc: Amy Rothstein <amyrothsteinlaw@gmail.com>, "Steven R. Pounian" <Spounian@kreindler.com>

Peter,

Thank you for the below. We are in the process of finishing the index for the recent production by the PEC identifying responsive documents and hope to have that to you today.

Given the number of documents you produced however, we still have lots of work to do to review the Kadi production regarding gaps and the privilege log. We recognize your representation that he claims to have nothing more that is responsive. Rather than file a motion before finishing this review, that will not be finished by the Oct 13 date the Court set for a response, we would prefer to finish a thorough review and confer with you on all issues by Nov.

I am also scheduled to be out of the country the first 11 days of Oct.

In this regard, would you consent to a Dec. 1 date for either side to file any motion with the Court concerning the productions by each side?

Regards,

Andrew

**From:** Peter Salerno [mailto:peter.salerno.law@gmail.com]
**Sent:** Saturday, September 16, 2017 2:08 PM
**To:** Andrew J. Maloney <AMaloney@kreindler.com>; Carter, Sean <scarter1@cozen.com>; Jerry S. Goldman <jgoldman@andersonkill.com>; Jim Kreindler <JKreindler@kreindler.com>; zRobert Haefele <rhaefele@motleyrice.com>; zScott Tarbutton <starbutton@cozen.com>
**Cc:** Amy Rothstein <amyrothsteinlaw@gmail.com>
**Subject:** # of documents that are work product only

In my letter of September 6, 2017, at page 2, I erroneously stated that there are five documents in our final privilege log where the privilege type is work product only. The correct number is seven.


Peter


Peter C. Salerno
Salerno & Rothstein
221 Schultz Hill Road
Pine Plains, NY 12567

T: 518.771.3050
M: 917.282.8429
F: 866.589.9010
E: peter.salerno.law@gmail.com

URL: www.salernorothstein.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____
CONFIDENTIALITY NOTE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s),you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify Kreindler & Kreindler LLP immediately by telephone at 212.687.8181 and then delete this message, including any attachments.
_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____