# EXHIBIT Y

Declaration of Guy Frederick Noel Martin
In Opposition to Plaintiffs' Motion to Compel
Against Yassin Abdullah Kadi

03 MDL 1570

January 2018

5 October 2012



**Security Council**
SC/10785

Department of Public Information • News and Media Division • New York

## SECURITY COUNCIL AL-QAIDA SANCTIONS COMMITTEE DELETES ENTRY
## OF YASIN ABDULLAH EZZEDINE QADI FROM ITS LIST

### Decision Taken Following Review of Delisting Request Submitted Through Office of the Ombudsperson

On 5 October 2012, the Security Council Al-Qaida Sanctions Committee removed the name of Mr. Yasin Abdullah Ezzedine Qadi from the Al-Qaida Sanctions List after concluding its consideration of the delisting request submitted by this individual through the Ombudsperson established pursuant to Security Council resolution 1904 (2009), and after considering the Comprehensive Report of the Ombudsperson on this delisting request.

Therefore, the assets freeze, travel ban and arms embargo set out in paragraph 1 of Security Council resolution 1989 (2011) no longer apply to the following individual:

**Removed from Section A. Individuals associated with Al-Qaida**

**QI.Q.22.01. Name:** 1: YASIN 2: ABDULLAH 3: EZZEDINE 4: QADI
**Name (original script):** ياسين عبد الله عز الدين قاضي
**Title:** na **Designation:** na **DOB:** 23 Feb. 1955 **POB:** Cairo, Egypt **Good quality a.k.a.:** a) Kadi, Shaykh Yassin Abdullah b) Kahdi, Yasin c) Yasin Al-Qadi **Low quality a.k.a.:** na **Nationality:** Saudi Arabian **Passport no.:** a) Passport number B 751550 b) Passport number E 976177, issued on 6 Mar. 2004, expired on 11 Jan. 2009 **National identification no.:** na **Address:** Farsi Center - West Tower 11th floor, Suite 1103, Wally Al-Ahd Street, Ruwais District, P.O. Box 214, Jeddah 21411, Saudi Arabia **Listed on:** 17 Oct. 2001 (amended on 23 Apr. 2007, 16 Dec. 2010) **Other Information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Oct. 2009.

The names of individuals and entities removed from the Al-Qaida Sanctions List pursuant to a decision by the Committee may be found in the "Press Releases" section on the Committee's website. Other information about delisting may be found on the Committee's website at http://www.un.org/sc/committees/1267/delisting.shtml.

The Al-Qaida Sanctions List is updated regularly on the basis of relevant information provided by Member States and international and regional organizations. This is the twenty-eighth update of the List in 2012. An updated List is accessible on the Committee's website at the following URL: http://www.un.org/sc/committees/1267/aq_sanctions_list.shtml.

* *** *

For information media • not an official record

KADI0046948