# SALERNO & ROTHSTEIN
### ATTORNEYS AT LAW

AMY ROTHSTEIN
PETER C. SALERNO

WRITER'S EMAIL ADDRESS:
peter.salerno.law@gmail.com

221 SCHULTZ HILL ROAD
PINE PLAINS, NY 12567
—
T: 518.771.3050
F: 866.589.9010

January 21, 2018

By ECF

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 430
New York, New York 10007

> Re: *In re Terrorist Attacks on September 11, 2001*
>      03 MDL 1570 (GBD) (FM)
>
> *This document relates to:*
>
> *World Trade Center Properties, L.L.C. et al. v. Al Baraka Investment and Development Corp., et al., No. 04 Civ. 7280*

Dear Judge Netburn:

  We represent defendant Yassin Abdullah Kadi in the captioned multi-district litigation. In our opposition papers filed January 19 to Plaintiffs' motion to compel, we identified the above-captioned *World Trade Center Properties* case as one of the component cases to which our papers related. In addition, in footnote 1 to our Memorandum of Law and my Declaration, we commented on Plaintiffs' failure to include this case as a related underlying case in their motion papers.

  We included this case on our papers because our client was a defendant in that case, and we observed that it is still open on the Court's records. It has since come to our attention that a Notice of Voluntary Dismissal was filed in that case on March 4, 2011 (ECF No. 404 on the docket of 04 Civ. 7280). This document was "So Ordered" by Judge Daniels on

Hon. Sarah Netburn -2- January 21, 2018

March 11, 2011. The "So Ordered" document was filed March 14, 2011 (ECF No. 2410 on the docket of 03 MDL 1570). A copy of this document is annexed hereto.

      The plaintiffs listed in the Notice of Dismissal are all the plaintiffs in the 04 Civ. 7280 action, supporting the proposition that that action is concluded. Some confusion may have been caused by the following language in the Notice of Dismissal: "The WTCP plaintiffs' voluntary dismissal of their claims with prejudice against such defendants does not affect the status of the action of all other plaintiffs against those or any other defendants."

                                      Respectfully,

                                        s/
                                        Peter C. Salerno

cc:      The Honorable George B. Daniels (via ECF)
          All MDL Counsel of Record (via ECF)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14 MAR 2011

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001         03 MDL 1570 (GBD)

-----------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*World Trade Center Properties LLC, et al. v.*
*Al Baraka Invest. & Devel. Corp., et al.*, 04-CV-07280.

SO ORDERED:
/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: 11 MAR 2011

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs World Trade Center Properties LLC; 1 World Trade Center LLC; 2 World Trade Center LLC; 4 World Trade Center LLC; 5 World Trade Center LLC; Silverstein WTC MGMT Co. LLC; and 7 World Trade Center Company L.P. (collectively, "World Trade Center Property Plaintiffs" or "WTCP Plaintiffs") seek to withdraw from this litigation in its entirety. To that end, pursuant to Fed. R. Civ. P. 41, the WTCP Plaintiffs hereby dismiss with prejudice, from the action captioned *World Trade Center Properties LLC, et al. v. Al Baraka Investment & Development Corp., et al.*, No. 04-cv-7280 (GBD) consolidated in MDL 1570, all claims against all defendants. The WTCP plaintiffs' voluntary dismissal of their claims with prejudice against such defendants does not affect the status of the action of all other plaintiffs against those or any other defendants.

No counterclaims have been asserted against any of the WTCP plaintiffs in the action.

1

Dated: March 4, 2011                Respectfully submitted,

                                    MOTLEY RICE LLC

                                    __/s/__ Jodi Westbrook Flowers_____
                                    Ronald L. Motley, Esq. (SC Bar #4123)
                                    Jodi Westbrook Flowers, Esq. (SC Bar #66300)
                                    Donald A. Migliori, Esq. (RI Bar #4936)
                                    Michael Elsner, Esq. (NY & VA Bar #ME-8337)
                                    Robert T. Haefele, Esq. (NJ Bar #58293; PA Bar
                                          #57937; and SC Bar #75266)
                                    Vincent I. Parrett, Esq. (SC Bar #76516; CA Bar
                                          #2375563 and NY Bar #4060216)
                                    28 Bridgeside Boulevard
                                    P.O. Box 1792 (29465)
                                    Mount Pleasant, South Carolina 29464
                                    Telephone: (843) 216-9000