# Exhibit 4

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2016
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:

TERRORIST ATTACKS ON,                **03 MDL 1570 (GBD) (FM)**
SEPTEMBER 11, 2001
                                      **JUDGMENT**
------------------------------------------------------------X

This document relates to:

Federal Insurance Co. v. al Qaida, 03-cv-6978 (GBD) (FM)

Whereas on December 28, 2015, Magistrate Judge Maas, having issued a Report and Recommendation concerning the motions of certain plaintiffs in Ashton v. al Qaeda Islamic Army, 02-cv6977 (GBD) (FM) ("Ashton") and Federal Insurance Co. v. Al Qaida, 03-cv-6978 (GBD) (FM) (Federal Insurance") for assessments of damages in relation to certain categories of their claims against Iran; ("Report"); in particular, those applications sought an assessment of damages in favor of the wrongful death plaintiffs in Ashton solely as to the pre-death conscious pain and suffering components of their claims, and an assessment of damages in favor of the Federal Insurance plaintiffs relative to their property damage claims; with regard to the Federal Insurance plaintiffs (See Attached Exhibit A), the Report recommended they be award a default judgment in the amount of $3,040,998,426.03; the Report also recommended that to the extent that the plaintiffs' claims arise out of injuries in New York State, they should be awarded prejudgment interest at the statutory simple interest rate of nine percent per annum from September 11, 2001, through the date judgment is entered; to the extent that the claims arise out of injuries occurring elsewhere, the Report recommended awarding interest for the same period at the rate of 4.96 percent per annum, compounded annually should this Court deem annually compounded interest appropriate, and the

matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on March 9, 2016, having rendered its Memorandum Opinion and Order adopting the findings and recommendations set forth in the Report in their entirety, as amended (See Amended Order of Judgment, ECF No. 3226), and awarding the Federal Insurance plaintiffs a default judgment against Iran in the amount of $3,040,998,426.03, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 9, 2016, the Federal Insurance plaintiffs are awarded a default judgment against Iran in the amount of $3,040,998,426.03; to the extent that the plaintiffs' claims arise out of injuries in New York State, they are awarded prejudgment interest at the statutory simple interest rate of nine percent per annum from September 11, 2001, through the date of the Amended Order of Judgment, ECF No. 3226, (March 8, 2016); and to the extent that the claims arise out of injuries occurring elsewhere, they are awarded interest for the same period at the rate of 4.96 percent per annum, compounded annually.

**Dated:** New York, New York
March 16, 2016

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____

## Exhibit A

## The Federal Insurance Plaintiffs

| CARRIER | AMOUNT |
|---|---|
| AXA | $539,784,217.34 |
| Chubb | 2,217,468,721.70 |
| MRAm | 107,230,501.59 |
| OneBeacon | 176,514,985.40 |
| Total | $3,040,998,426.03 |