UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2018

03-MD-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    The provisions of this Order shall govern: (1) actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to its December 10, 2003 Order; (2) all related actions against the defendants alleging injuries in connection with the September 11, 2001 attacks; and (3) any actions later filed in, removed to, or transferred to the Court ("Tag-Along Actions") in connection with this multidistrict litigation ("MDL"). The Plaintiffs' Executive Committee or the Defendants' Executive Committee shall, respectively, send a copy of this Order to counsel for any plaintiffs or newly named defendants in any Tag-Along Action newly filed in or transferred to this Court.

    **Consolidation**. Any Tag-Along Action will automatically be consolidated with this MDL without the necessity of future motions or orders. This consolidation, however, does not constitute a determination that the actions should be consolidated for trial, nor does it have the effect of making any entity a party to any action in which he, she, or it has not been named, served, or added in accordance with the Federal Rules of Civil Procedure.

    **Notices to Conform and Short Form Complaints**. The plaintiffs in all Tag-Along Actions are directed to review the Court's May 3, 2017 Order in this MDL, ECF No. 3543, which describes the procedures by which plaintiffs may conform their pleadings to the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia and the Saudi High

Commission for Relief of Bosnia & Herzegovina, ECF No. 3463. The plaintiffs are also directed to meet and confer with the Plaintiffs' Executive Committees to determine whether they should file a Notice to Conform or Short Form Complaint.

**Previous Orders**. Any order entered into, or decision rendered, in this MDL that relates to all actions shall apply to all Tag-Along Actions without the need for separate motions and orders, unless counsel in a Tag-Along Action show good cause why the order should not apply to that Tag-Along Action.

**Discovery**. Discovery already taken in the MDL shall be available and usable in all Tag-Along Actions.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   January 24, 2018
         New York, New York