UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ 03-MDL-1570 (GBD)(SN)

**In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

<u>**DEFENDANT JELAIDAN'S JANUARY 26, 2018 STATUS REPORT**</u>

The Honorable Judge Netburn,

Since the last Status Report, members of my firm have called the OFAC licensing division at 202-622-2480 on three separate occasions about any updates for Wael Jelaidan's application for a license. After a few tries, we received a call from Heather Epstein on January 23, 2018, who when we asked if there were any updates, informed us that she will try to facilitate a response from the licensing division of OFAC. She assured us that she would try to do what she could in getting us an update.

As of the filing of this status report, I have not yet received a call back from anyone at OFAC in the licensing division after speaking with Ms. Epstein. I will let the Court know if I do, however, and will promptly update the Plaintiffs' Executive Committee with the information OFAC provides me before the next status report is due.

Respectfully Submitted,

/s *Martin McMahon*
Martin F. McMahon, esq.
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W.,
Suite 900
Washington, D.C. 20036
(202) 862-4343
mm@martinmcmahonlaw.com
*Attorney for Defendant*