# EXHIBIT 3

**EXHIBIT 3**

| COMMUNICATIONS WITH SAUDI ARABIA'S EMBASSIES IN PAKISTAN AND AFGHANISTAN |
|---|

The limited documentation produced to date by MWL-IIRO, together with other information independently obtained by plaintiffs, demonstrates that Saudi Arabia's embassies in Pakistan and Afghanistan exerted extensive control and oversight over the MWL and IIRO branch offices in those countries in the years leading up the attacks of September 11, 2001, including but not limited to: (i) dictating work plans; (ii) controlling access to the media; (iii) establishing work delegations that included MWL-IIRO personnel; (iv) firing the director of the MWL; and (v) directing the MWL-IIRO to carry out Saudi government projects to aid the Taliban.  *See e.g.*, ASH000276-277, IIRO0014955-14957, IIRO179846-179849, ASH000902, IIRO96108, IIRO96075-76, IIRO96114, MWL IIRO0010995, and ASH0149637.

Also prior to the attacks, Saudi government officials, including those at the Pakistan and Afghanistan embassies, were aware of the ongoing diversion of the Kingdom's funds to al Qaeda and its Afghanistan training camps via the MWL and IIRO.  *See* ASH000925-000930, Naseef (005), IIRO001433-1434, ASH033532, ASH000276, Jelaidan (022), Kadi28380, 28397-99, 28412, FED-PEC0203689-699, IIRO0026468-26490, FED-PEC0173851-54, 9/11 Commission Final Report at 234-34, and ASH038657-38667.

Despite their close working relationship, however, MWL-IIRO have produced only a handful of documents concerning their contacts with the Pakistan and Afghanistan embassies.  Given the extent of the contacts and the control exercised by the embassies, MWL-IIRO are undoubtedly in possession of additional responsive documents concerning their relationships and activities.  Plaintiffs respectfully request that this Court order the production of all communications between the MWL and IIRO and Saudi Arabia's embassies in Pakistan and Afghanistan between 1996 and 2001.

| DOCUMENTS | DESCRIPTION AND COMMENTS |
|---|---|
| ASH000276-277 | Excerpt from a CIA report stating that the Saudi government fired the head of MWL in Peshawar, Pakistan for supplying ID and munitions to militants in Afghanistan. |
| IIRO0014955-14957 and translations | Delegation trips to Afghanistan in June-July 1998 were jointly made by personnel from Saudi Arabia's embassies in Pakistan and Afghanistan and the IIRO. |

| IIRO179846-179849 | Trips within Pakistan in September 2000 by IIRO staff were made as members of the Saudi Arabian embassy. |
|---|---|
| ASH000902 | In 2000-2001, the Saudi government (via the Saudi King and others) supports the IIRO programs in Afghanistan with millions of dollars, including programs for orphans. |
| IIRO96108, 96075-76, 96114 and translations | In 2000-2001, the MWL and IIRO implemented Saudi government projects in aid of the Taliban. |
| MWLIIRO0010995 with translation | In 2001, the Saudi Arabian embassy in Islamabad steers the work of IIRO in Afghanistan. |
| ASH0149637 and translation | In October 2001, the Saudi Arabian embassy in Pakistan controlled IIRO's access to the media. |
| ASH000925-000930 | In 1988-89, MWL Secretary General Abdullah Omar Naseef meets with Osama bin Laden.  At that time, the Saudi Red Crescent ("SRC") and Wa'el Jelaidan are key to assisting bin Laden's military activities.  However, Jelaidan is leaving the SRC and it is proposed that the MWL take on the role of assisting bin Laden. |
| Naseef (005) | In 1993, MWL Secretary General Abdullah Omar Naseef leaves the MWL and becomes the Kingdom's Deputy Chair of the Shura Council where he is advising the King. |
| IIRO001433-1434 with translations | In 1994, the IIRO headquarters in Saudi Arabia is aware of the lack of documentary backup to orphan program in Pakistan and Afghanistan. |
| ASH033532 | Al Qaeda defector Jamal al Fadl states that the IIRO's branch office in Pakistan used fake documentation to divert funds to al Qaeda. |
| Jelaidan (022) | In 1989, Wa'el Jelaidan becomes the head of the MWL branch office in Peshawar, Pakistan. |
| Kadi028380, 28397-99, 28412 | Al Qaeda defector Jamal al Fadl told the FBI that the headquarters of the MWL and IIRO funnel money to al Qaeda via Wa'el Jelaidan. |

| FED-PEC0203689-699 | In July 1997, MWL Secretary General Abdullah bin Saleh al Obaid (also President of the IIRO and a Minister of the Saudi government) states that the "League's funds being funneled to extremist groups" is "a closed chapter." |
|---|---|
| IIRO0026468-26490 | In 2001, Ernst & Young audits the IIRO's branch office in Pakistan for the period of 1996-2001 and finds extensive fraudulent activity with the complicity of the IIRO's headquarters in Saudi Arabia. |
| FED-PEC0173851-54 | From 1996-2001, the IIRO is the "principal sponsor" of militant training camps in Afghanistan. |
| 9/11 Commission Final Report at 234-35 | From 1998-2001, the September 11th hijackers attend al Qaeda camps. |
| ASH038657-38667 | In 2001, the IIRO has an al Qaeda guesthouse in Kandahar. |



GOVERNMENTS OF ATTACKING LEGITIMATE ISLAMIC INSTITUTIONS AND
INTENTIONALLY HAMPERING RELIEF EFFORTS.  ALTHOUGH SOME
GOVERNMENTS HAVE PROVED WILLING TO ACT WHEN THEIR OWN INTERESTS
WERE AT STAKE AND WHEN LEGAL GROUNDS EXISTED FOR TARGETING
INDIVIDUAL NGO EMPLOYEES OR EVEN NGO BRANCH OFFICES, ONLY SOME
MEASURES HAVE PROVED EFFECTIVE AND ALL HAVE DRAWBACKS.  FOUR
APPROACHES HAVE BEEN USED.

     CLOSED NGO OFFICES.  SEVERAL COUNTRIES -- INCLUDING ITALY,
AUSTRIA, ALBANIA, CROATIA, MACEDONIA, PAKISTAN, AND SAUDI ARABIA
-- HAVE CLOSED THE OFFICES OF NGOS WHOSE MEMBERS SUPPORTED
OPPOSITION GROUPS, OTHERWISE ATTACKED THE GOVERNMENT, OR
CONDUCTED CERTAIN ILLEGAL ACTIVITIES SUCH AS ARMS SMUGGLING.  IN
EACH CASE, SOME EMPLOYEES OF THE TARGETED OFFICES ESCAPED AND
JOINED OTHER NGOS, USUALLY IN NEIGHBORING COUNTRIES, WHERE THEY
CONTINUED THEIR ACTIVITIES.  IN SOME CASES, THE OFFICES REOPENED
LATER AT NEW ADDRESSES.

     CONTROL FINANCES.  SAUDI ARABIA, KUWAIT, AND THE UNITED ARAB
EMIRATES HAVE TAKEN STEPS IN THE PAST TWO YEARS TO CONTROL THE
FLOW OF MONEY TO EXTREMISTS.  THEY HAVE PASSED LAWS MANDATING
THAT MAJOR DONATIONS GO ONLY TO GOVERNMENT-APPROVED CHARITIES OR
A CENTRAL COLLECTING AGENCY, AND THEY HAVE REMOVED STREET-CORNER
CHARITY BOXES PLACED BY SOME NGOS.

     -- CENTRAL COLLECTING AGENCIES HAVE INCREASED THEIR
RESOURCES AND POWER, BUT WE HAVE NO EVIDENCE THAT THESE EFFORTS
HAVE PROVED EFFECTIVE IN CURBING THE ACTIVITIES OF NGOS.  MOST
MEASURES ARE ONE-TIME-ONLY ACTS WITH LITTLE FOLLOW-UP, AND
OVERSIGHT OF FIELD OPERATIONS HAS NOT INCREASED.

     -- DONATIONS FROM CITIZEN'S OVERSEAS ACCOUNTS UNDOUBTEDLY
CONTINUE, AND SMALLER NGOS MAY BE BACKED BY POWERFUL INTEREST
GROUPS.

     -- MOST GOVERNMENTS HAVE LITTLE OR NO AUTHORITY OVER NGOS
BASED ON THEIR TERRITORY.

     CONTROL STAFFING.  GOVERNMENTS HAVE SOMETIMES EXERTED
GREATER CONTROL OVER PERSONNEL IN SEMIOFFICIAL NGOS, PARTICULARLY
WHEN PRESSURED BY FOREIGN GOVERNMENTS.  FOR EXAMPLE, SAUDI ARABIA
FIRED THE HEAD OF THE PESHAWAR, PAKISTAN BRANCH OF THE MUSLIM
WORLD LEAGUE, WHO WAS ILLICITLY SUPPLYING LEAGUE DOCUMENTATION

3



AND ARMS TO MILITANTS IN AFGHANISTAN AND TAJIKISTAN, AFTER COMING
UNDER PRESSURE TO DO SO FROM EGYPT, ALGERIA, AND OTHER STATES.
WE CONTINUE TO HAVE EVIDENCE THAT EVEN HIGH RANKING MEMBERS OF
THE COLLECTING OR MONITORING AGENCIES IN SAUDI ARABIA, KUWAIT,
AND PAKISTAN -- SUCH AS THE SAUDI HIGH COMMISSION -- ARE INVOLVED
IN ILLICIT ACTIVITIES, INCLUDING SUPPORT FOR TERRORISTS.

     ARREST INDIVIDUAL MEMBERS.  SOME COUNTRIES HAVE CONTINUED TO
ALLOW SUSPECT NGOS TO OPERATE WHILE ARRESTING INDIVIDUAL MEMBERS
FOR TERRORISM OR OTHER ILLEGAL ACTS.  THIS TACTIC, WHEN APPLIED
CONSISTENTLY, APPEARS TO BE THE MOST SUCCESSFUL IN HALTING
ILLEGAL ACTIVITIES WITHIN NGOS.  FOR EXAMPLE, POLICE IN THE
PHILIPPINES HAVE BEEN INVESTIGATING PEOPLE AND ORGANIZATIONS,
INCLUDING NGOS, INVOLVED IN PLOTS AGAINST WESTERN AIRLINERS,
AMBASSADORS, THE POPE, AND PHILIPPINE OFFICIALS SINCE JANUARY
1995.  THESE INVESTIGATIONS HAVE LED TO PERIODIC ARRESTS AND
APPEAR TO HAVE PREVENTED SOME NGOS, INCLUDING THE INTERNATIONAL
ISLAMIC RELIEF ORGANIZATION, FROM CONTINUING TO BE USED AS COVER
FOR ILLICIT ACTIVITIES.  THE PHILIPPINE GOVERNMENT HAS ESCAPED
CONDEMNATION FOR ITS EFFORTS BY ALL BUT EXTREMIST ISLAMIC GROUPS
AND APPEARS TO HAVE FOILED, TO DATE, ANY ATTEMPTS BY THOSE GROUPS
TO EXACT REVENGE.

     OTHER COUNTRIES HAVE FACED RETRIBUTION FROM EXTREMIST
ISLAMIC GROUPS FOR THE ARREST OF THEIR MEMBERS, HOWEVER.  FOR
EXAMPLE, EGYPTIAN ISLAMIC EXTREMIST GROUPS CONDUCTED TERRORIST
ATTACKS IN BOTH CROATIA AND PAKISTAN THIS YEAR BECAUSE THOSE
GOVERNMENTS ARRESTED KNOWN TERRORISTS OPERATING WITHIN NGOS.  IN
BOTH CASES, THE GOVERNMENTS CLAIM THAT THE ATTACKS WERE
PERPETRATED WITH THE HELP OF EXTREMISTS OPERATING IN DIFFERENT
NGOS.

PROFILES OF NGOS WITH EXTREMIST TIES IN BOSNIA

     THE FOLLOWING 15 ORGANIZATIONS EMPLOY MEMBERS OR OTHERWISE
FACILITATE THE ACTIVITIES OF TERRORIST GROUPS OPERATING IN
BOSNIA.  MANY OF THE ORGANIZATIONS BELONG TO COORDINATION
COUNCILS.  SOME ISLAMIC NGOS NOT INCLUDED IN THIS LIST HAVE
TERRORIST CONNECTIONS OUTSIDE OF THE BALKANS.

AL-HARAMAYN ISLAMIC FOUNDATION

-- ARABIC NAME:  MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA.

4



MUSLIM WORLD LEAGUE
TL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطـــة العالم الاسلامـي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

| الرقـم : | | الموضـوع : |
| --- | --- | --- |
| التاريخ : | | |

### تقرير عن الحملة الإغاثية الأولى
### لتوزيع هدية خادم الحرمين الشريفين - حفظه الله
### للمحتاجين من الشعب الأفغاني

إنفاذاً للتوجيهات السامية من مقام خادم الحرمين الشريفين الملك فهـد بـن عبدالعزيـز آل سعـود حفظـه الله بتقديم مواد إغاثية للمحتاجين والفقراء من الشعـب الأفغانـي بتكليـف هيئـة الإغاثـة الإسلامية العالمية بالمملكـة العربيـة السعودية لتقوم بالتوزيع تحـت إشـراف السـفارة السـعودية في أفغانستان (كابل).

لقد قام القائم بأعمال السفارة السعودية بكابـل بنـاء علـى التوجيهـات الصـادرة لـه مـن وزارة الخارجية بالتنسيق مع مسؤولي الحكومة الأفغانية في شأن إدخـال وتوزيـع هـذه الإغاثـة والذين حددوا توزيعها في كل من : –

١ – مدينة كابل.
٢ – ولاية ننجرهار.
٣ – ولاية قندهار.

### مرحلة التنفيذ :–

– تم ترحيل المواد وإدخالها في أفغانستان عن طريق حدود طورخم بتاريخ ١٤١٩/٢/٣٠هـ.
– تحركت قافلة الخير إلى كابل وقندهار حيث وصلت القافلة إلى نفس اليوم إلى مدينة كابل ونقلت المواد إلى مخيم دشت برجي وهو مخيم للمهاجرين في غوربند وهي كانت ساحة الحرب أبان زيارة الوفد وتم توزيع المواد حسب ما هو موضح في جدول التوزيع المثبت في آخر التقرير.
– لقد قام سعادة مدير مكتب الهيئة بباكستان والفريق المرافق له بعدة لقـاءات مـع المسـؤولين بأفغانستان نوجزها فيما يلي : –

– .... يـوم .... ١٤١٤/٣/٨هـ .... و..... المدير، والوفد المرافق، لـه معالـي وزيـر الحـج .... ربانـي، فضلي حقاني حيث رحـب معالي الوزير بهم ترحيبا حارا وتم الاستفسار عن الحاجة الماسة في كابل لأنشطة الهيئة، وقد قدم الوزير قائمة بخمسين حافظ للقرآن الكريم، وخمسين معلماً وكذلك دراسات لخمسة مساجد داخل كابل، وقد ضمنت في خطاب رسمي للوزارة.
– كما قابل بنفس التاريخ أعلاه وزير الشهداء والمهاجرين الشيخ/ مولوي عبدالرقيب الذي رحب بهم ترحيباً حاراً، وخلال الجلسة قدم معالي الوزير الاحتياجات الضرورية

Address : P.O. Box 14844 .... .... ....

IIRO 14955




MUSLIM WORLD LEAGUE
ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطـة العـالم الإسـلامي
هيئـة الإغاثـة الإسـلامية العالميّـة
بالمملكة العربيّـة السعوديّـة

الرقـم :
التاريخ :

الموضـوع :

للمهاجرين من الشعب الأفغاني خاصة سكان كابل، وأمّن على أهميـة فتـح مخيمـات
للنازحين من مناطق الحـروب، وأيضـاً أفـاد بحاجـة مخيـم دشـت ليـاه الشـرب وعيـادة
صحيـة ومسجد ومدرسـة داخـل المخيـم، كمـا طـرح مشكلـة كثـرة المعـوقين وأهميـة
تدريبهم حرفياً لتأهيلهم للحياة وكذلك كفالة الأيتام.

رد مدير مكتب الهيئة في باكستان أن تقدم هذه الطلبات بصفة رسمية للهيئة وأبدى
استعداده لفتح دورة خياطة للمعاقات بشرط أن تسلم الوزارة المبنى لتلك الدورة.

ـ بتاريخ ٩/٣/١٤١٩هـ قام سعادة مدير مكتب الهيئة في باكستان بزيارة مركز مدينة
العلوم الإسلامية بمحافظة ميدان كوتي أشرو مع الشيخ/ حفيظ الله مدير مكتب معالي
وزير الخارجية، حيث وجد المركز يشتمل على مدرسة ابتدائية ودار لتحفيظ القرآن
الكريم ومدرسة العلوم الشرعية ومستشفى (المستفيدين منها ٧٠,٠٠٠ سبعين ألف
شخص) وهـو جـد جـامع المدرسـة ولسكان المنطقة ولم يكتمل المسجد ويحتاج إلى
عشرين ألف دولار لإكماله.

رأى الهيئة زيارة مسجد بلـدة مابلجي في رأس المنطقة الذي يحتاج لتشطيب كامل يقدر
تكلفته بـ ٢٠,٠٠٠ دولار.

ـ بتاريخ ١٠/٣/١٤١٩هـ تمت مقابلة فخامة الشيخ/ ملا محمد رباني رئيس الشورى
الحاكمة بكابل، وتم نقل تحيات المسؤولين في حكومة خـادم الحرمين الشريفين
والمسؤولين في الإغاثة وكذلك تبرع الهيئة بمستشفى النصر في قندز للدولة الإسلامية،
وكذلك التصديق بحفر برين في مخيم دشت رجي للنازحين وفتح مركز حرفي لتأهيل
المعوقين في كابل وكذلك قبول كفالة أيتام جدد، هذا وقد ناقش الوفد موضوع
إرسـال وتوزيـع المسـاعدات للمتضـررين من الزلـزال في شمـال أفغانسـتان والتـي تبـرعت
بها حكومة خادم الحرمين الشريفين عند وصولها في أقرب وقت.

في نهاية المقابلة رد فخامة الشيخ/ رباني مكرراً ترحيبه بمجيء الوفد السعودي قام بتنفيذ
بعض النشاطات شاكراً شكر خاص للمملكة العربية السعودية حكومة وشعباً ودعا
بالخير والعافية والصحة لخادم الحرمين الشريفين، وطالب بفتح مكتب الهيئة في كابل
لتسهيل التفاهم والتعاون في الأمور جميعها- هذا وقد وافق على طرح الوفد بنقل
المراد بالطائرة من كابل لقندز وكذلك نقل الأصول الثابتة التابعة لمستشفى النصر
بالطائرة من قندز إلى كابل.

هاتف : ٦٥١٢٣٣٣ - ٦٥١٦٤١١١ ـ ٦٥١٢٧٣٧ ـ فاكس : ٦٥١٨٤٩١ ـ تلكس : ١٠١٧٥٤ إغاثة جي
Address : P.O. Box 14843 Jeddah 21434

IIRO 14956





رابطــة العالـم الإسلامـى
هيئة الإغاثة الإسلاميّة العالميّة
بالمملكة العربيّة السعوديّة

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

الرقـم : _____        المـوضـوع : _____
التاريخ : _____                     : _____

بعد انتهاء الوفد من توزيع المواد بكابل ومقابلة المسؤولين وإجراء نقاش معهم حول
أوجه التعاون مع الهيئة توجه الوفد بتاريخ ٣/١٠ بقافلة الخير نحو مدينة جلال أباد،
وفي صباح الأحد ١٤١٩/٣/١١هـ بدأ توزيع المواد في ولاية ننجرهار على المحتاجين
المرشحين من قبل الولاية تحت إشراف والي ورئيس المهاجرين (انظر جدول التوزيع).
– كذلك توجهت القافلة لمديرية كامديش بولاية كونر وتم توزيع المواد لخمسمائة عائلة.
– كذلك تم إرسال المواد الغذائية والعائلية لولاية قندهار ووزعت تحت إشراف موظفي الهيئة
ومسؤولي الحكومة في قندهار، وقد شملت ٧٠٠ عائلة.
وبهذا تم التوزيع للمواد الإغاثية التي وجه بها خادم الحرمين الشريفين حفظه الله وفيما
يلي جداول توزيع هذه المواد وكمياتها والمستفيدين منها : –

جداول توزيع المواد الإغاثية المرسلة
من خادم الحرمين الشريفين للمحتاجين من الشعب الأفغاني

| م | المدينة | عدد الخيام | عدد البطاطين | المواد الغذائية /كجم كرتون | عدد العوائل | عدد المستفيدين | ملاحظات |
|---|---|---|---|---|---|---|---|
| ١ | قندهار | ١٠٠ | ٢٠٠ | ٥,٨٦٠ | ٧٠٠ | ٣,٥٠٠ | |
| ٢ | كابل | ١٠٠ | ٢٠٠ | ٥,٨٦٠ | ٧٠٠ | ٣,٥٠٠ | |
| ٣ | جلال أباد | ٥٠ | ٥٠ | ١,٤٦٠ | ٢٠٠ | ١٠٠٠ | |
| ٤ | كوثر | ٥٠ | ١٥٠ | ٤,٣٩٥ | ٥٠٠ | ٢,٥٠٠ | |
| | الإجمالي | ٣٠٠ | ٦٠٠ | ١٧,٥٨٥ | ٢,١٠٠ | ١٠,٥٠٠ | |

( ٦,٠٠٠ كجم أرز، ٦,٠٠٠ كجم طحين، ٣٠ كجم سكر، ١٠٨٠ كجم حليب، ١,٥٠٠ لتر زيت).

أما تفاصيل الحملة الثانية فسيتم إيضاح جميع مراحل توزيع المساعدات في التقرير القادم
بإذن الله تعالى.

والله ولي التوفيق ،،،

العنوان : ص . ب ١٤٨٤٣ جــدة ٢١٤٣٤ – ت : ٦٥١٢٣٣٣ – ٦٥١٥٤١١ – فاكس : ٦٥١٨٤٩١ – تلكس : ٦٠٦٧٥٤ إغاثة كي جي
Address : P.O. Box 14843 Jeddah 21434 – Tel. : 6512333 – 6515411 – Fax. : 6518491 – Tlx. : 606754 IGASA SJ

| | |
|---|---|
| MUSLIM WORLD LEAGUE<br>INT'L ISLAMIC RELIEF ORG.<br>IN THE KINGDOM OF SAUDI ARABIA | [Logo: INT'L ISLAMIC RELIEF ORG., MUSLIM WORLD LEAGUE] |

Number: [blank]                                        Subject: [blank]

Date: [blank]                                                 : [blank line]

### A report on the first relief campaign for distribution of the gift by the Custodian of the Two Holy Mosques, may Allah bless him, to the needy Afghani people

In accordance with the high instructions of King Fahd bin Abdulaziz Al Saud, Custodian of the Two Holy Mosques – may Allah bless him - to distribute relief items to the needy Afghanis, commissioning the International Islamic Relief Organization in Saudi Arabia to distribute relief items in Afghanistan under the supervision of our embassy in Afghanistan (Kabul).

In accordance with the instructions issued by the Ministry of Foreign Affairs, Chargé d'Affaires of the Saudi Embassy in Kabul; in cooperation with Afghanistan officials, in regard to bringing in and distributing these items in specific regions per their instructions in the following: -
1. The City of Kabul
2. The Province of Nangarhar
3. The Province of Kandahar

Execution Stages:

—— The Items were moved and entered to Afghanistan via the Torkham border on 30/2/1419 Hijri
—— The relief convoy moved to Kabul and Kandahar, and arrived Kabul the same day, where all relief items were distributed at the Dusht Burji refugee camp in Ghourband. This area had been a battle field during the delegation visit. The items were distributed according to the tables below.
—— The Organization director in Pakistan and the accompanied team held meetings with Afghanistan officials. We summarize the findings as follows:
  - [illegible] where his excellency, the minister, welcomed them very warmly and expressed the dire need in Kabul for the Organization's activities, and the minister presented a list of the 50 who have the holy Qur'an memorized, and 50 teachers, along with studies of the five mosques within Kabul, which was included in an official correspondence to the Ministry.
  - He also met, at the same date mentioned above, with the Minister of Martyrs and Immigrants Shaikh Mawlawi Abd Al Raqeeb who warmly welcomed the delegation. During the meeting, the minister explained the vital needs of the Afghanistan immigrants especially in Kabul, and stressed the importance of establishing refugee camps to accommodate the immigrants from war zones. He also stated that Dusht Refugee Camp needs fresh drinking water, a medical clinic, a mosque, and a school. In addition, he also raised the issue of the rising number of handicaps and highlighted the importance of finding appropriate vocational training to support them, as well as the orphanages.

Address: P.O. Box 1484 [illegible]                                        IIRO 14955
Date [illegible]

| MUSLIM WORLD LEAGUE<br>INT'L ISLAMIC RELIEF ORG.<br>IN THE KINGDOM OF SAUDI ARABIA | [Logo: INT'L ISLAMIC RELIEF ORG., MUSLIM WORLD LEAGUE] |

Number: [blank]                                           Subject: [blank]

Date: [blank]                                                   : [blank line]

- The director of the Organization in Pakistan asked that all these demands should be submitted formally to the Organization and expressed his willingness to hold a sewing course for handicap ladies provided that the ministry finds the venue for this course.
- On 9/3/1419 Hijri the director of the Organization in Pakistan visited the Islamic Science City Center in the Province of Maidan Kutty Asharo accompanied by Sheikh Hafeez Allah, the director of the office of the Minister of Foreign Affairs, and found that the center has an elementary school, Quran memorization center, Islamic Shariah school, and a hospital (providing services to 70 thousand people). Besides, the mosque in the area is not finished yet, and requires twenty thousand US Dollars to finish all the construction)
- [illegible] in the same area which needs a complete overhaul estimated at 20,000 dollars.
- On 10/3/1419 H we met with his excellency sheikh Mala Muhammad Rabbani, head of the presiding Shurah in Kabul, and the greetings were passed along from the Custodian of the Two Holy Mosques and those in charge at the relief (Organization), in addition to the Organizations donation of Al Nasr hospital in Kandaz to the Islamic Nation, as well as authenticating the drilling of two wells in the Dusht Raji refugee camp, and opening a vocational center to equip the handicapped in Kabul, and accepting the sponsorship of new orphans. The delegation also discussed the sending and distribution of aide to those affected by the earthquake in northern Afghanistan, which was donated by the government of the Custodian of the Two Holy Mosques as soon as it had arrived.

At the end of the meeting, his excellency sheikh Rabbani responded by reiterating his welcome to the delegation that had executed and distributed the aide and thanked them, as well as the Kingdom of Saudi Arabia both government and citizens, and asked (Allah) for all good things, health, and well-being to the custodian of the Two Holy Mosques, and requested that the Organization open an office in Kabul in order to facilitate understanding and cooperation in all matters. In addition, he accepted the delegation's suggestion to transport the items by plane from Kabul to Kandar, as well as the fixed assets belonging to the Al Nasr hospital by plan from Kandar to Kabul.

Address: P.O. Box 1484 [illegible] Tel: 6512 [illegible] – fax: 6518491 – Tel: 606754

IIRO 14956

| MUSLIM WORLD LEAGUE INT'L ISLAMIC RELIEF ORG. IN THE KINGDOM OF SAUDI ARABIA | [Logo: INT'L ISLAMIC RELIEF ORG., MUSLIM WORLD LEAGUE] |

Number: [blank]                                                 Subject: [blank]

Date: [blank]                                                          : [blank line]

After the delegation finished distributing the items in Kabul, meeting with officials, and holding discussions with them regarding the areas of cooperation with the Organization, the delegation headed on 10/3 via Al Khayr Convoy toward the City of Jalalabad, and on Sunday morning of 11/3/1419 H, the distribution of items began in The Province of Nangarhar, to the needy who were nominated by the province under the supervision of the Wali and the head of immigrants (see schedule below).

- The convoy also headed to the Kamdish District in the Kanunur Province, and aide was distributed to five hundred families.
- Also, the in-kind materials and food was sent to the Province of Kandahar and was distributed under the supervision of the Organizations' employees and government officials in Kandahar, and which included 700 families.

And here is how the relief materials were distributed which was sent by the Custodian of the Two Holy Mosques, may Allah keep him, and below is the distribution schedule of these items, their quantities, and those benefiting from it: -

Distribution Schedule of the Relief Items Sent by
The Government of The Custodian of the Two Holy Mosques to the Needy Afghani People

| [illegible] | [illegible] | [illegible] | [illegible]/ Carton | Food Items / Kg | Number of Families | Number Benefiting | Notes |
|---|---|---|---|---|---|---|---|
| 1 | Kandahar | 100 | 200 | 5,860 | 700 | 3,500 | [blank] |
| 2 | Kabul | 100 | 200 | 5,860 | 700 | 3,500 | [blank] |
| 3 | Jalalabad | 50 | S0 | 1,465 | 200 | 1000 | [blank] |
| 4 | Kutar | 50 | 150 | 4,395 | 500 | 2,500 | [blank] |
| Total | | 300 | 600 | *17,580 | 2,100 | 10,500 | [blank] |

[illegible] 6, [illegible] Kg of rice, 60 [illegible] Kg of flour, 30 [illegible] Kg of sugar, 1080 Kg of Milk, 1,500 Liters of oil)

As for the report of the second campaign, all stages of relief distribution will be clarified in the report to follow, with Allah's permission.

And God is the only one granting success...

Address: P. O. Box 14843 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax: 6518491 – Tel: 606754 [illegible]

IIRO 14957



# QUETTA SERENA HOTEL

Nº 046321

GUEST      : MR SALEH ALI
COMPANY    : SAUDI EMBASSY ISLAMABAD.
ADDRESS    : SAUDI EMBASSY ISL...

## GUEST FOLIO

ROOM NO   : 176
COMP NO   : ...
REG. NO   : 11300...
PERSON    : 1
ARRIVAL   : 16.09.2000
DEPART    : 17.09.2000

| DATE | DESCRIPTION | REF. NO. | DEBIT | CREDIT | BALANCE |
|------|-------------|----------|-------|--------|---------|
| | | | 4400.00 | | 4400.00 |
| | | | 556.00 | | |
| | | | 40.00 | | |
| | | 2126 | 207.00 | | |
| | | 2126 | 207.00 | | |
| | | 2126 | 63.00 | | |
| | | | | | |



PAID
17 SEP 2000

TRANSFER TO CREDIT LEDGER

I AGREE THAT MY INDEBTEDNESS THIS BILL IS NOT WAIVED OFF AND I WILL PERSONALLY
BE LIABLE IF THE SPONSORING INDIVIDUAL ASSOCIATION OR COMPANY FAILS TO PAY
FULL OR ANY PART OF THESE CHARGES

GUEST'S SIGNATURE

SHAHRAH-E-ZARGHOON, P.O. BOX 109, QUETTA Tel. (081) 820071 (30 lines), Fax. (081) 820070  Cable. SERENA QUETTA
OWNERS  TOURISM PROMOTION SERVICES (PAKISTAN) LIMITED.



# QUETTA SERENA HOTEL

№ 046320

| GUEST   | : | MR WAHIB MOHD ABDUL | | ROOM NO | : | 67 |
| CONTACT | : | SAUDI EMBASSY ISLAMABAD | | COMP NO | : | 14754 |
| ADDRESS | : | SAUDI EMBASSY ISL | | REF NO | : | 11732 |

## GUEST FOLIO

| DATE | DESCRIPTION | VCH. NO. | DEBIT | CREDIT | |
|------|-------------|----------|-------|--------|--|
| 13Sep2000 | MINI BAR | 12717 | 161.00 | | |
| 14Sep2000 | ROOM RATE | 0 | 4400.00 | | |
| 14Sep2000 | GENERAL SALES TAX | 0 | 662.00 | | |
| 14Sep2000 | PET TAX | | 40.00 | | |
| 14Sep2000 | LONG DISTANCE CAL | 17529 | 250.17 | | |
| 14Sep2000 | LONG DISTANCE C.. | 17576 | 500.40 | | |
| 14Sep2000 | MINI BAR | 17792 | 228.00 | | |
| | PET TAX | | 228.00 | | |
| | KIDS BAR | 17792 | 45.00 | | |



CHARGE TO : BY CASH

## TRANSFER TO CREDIT LEDGER

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND I AGREE PERSONALLY TO BE LIABLE IF THE SPONSORING INDIVIDUAL, ASSOCIATION OR COMPANY FAILS TO PAY THE FULL OR ANY PART OF THIS CHARGES

GUEST'S SIGNATURE

SHAHRAH-E-ZARGHOON, P.O. BOX 109, QUETTA Tel: (081) 820071 (30 lines), Fax: (091) 820070. Cable: SERENA QUETTA
OWNERS: TOURISM PROMOTION SERVICES (PAKISTAN) LIMITED



GUEST FOLIO

Karachi Sheraton
HOTEL & TOWERS

Saeed Bujair



# Karachi Sheraton
### HOTEL & TOWERS

GUEST FOLIO

155908

WILSON

News agency reports details of Saudi relief aid to Afghanistan BBC Monit

Copyright 2001 British Broadcasting Corporation
BBC Monitoring South Asia - Political
Supplied by BBC Worldwide Monitoring

May 20, 2001, Sunday

**LENGTH:** 180 words

**HEADLINE:** News agency reports details of Saudi relief aid to Afghanistan

**SOURCE:** SPA news agency web site, Riyadh, in English 1800 gmt 19 May 01

**BODY:**

Text of report in English by Saudi news agency SPA web site

Jedda, 19 May: The International Islamic Relief Organization (IIRO) extended within the last years more than 264.4m Saudi riyals to the Afghan people.

IIRO's secretary-general Dr Adnan Basha said the relief assistance to the Afghan people was based on the donations extended by the philanthropists in the Kingdom of Saudi Arabia, notably the Custodian of the Two Holy Mosques King Fahd Bin-Abd-al-Aziz, Crown Prince Abdallah Bin-Abd-al-Aziz, the deputy premier and commander of the national guard, as well as the other members of the royal family.

He noted that the IIRO spent last year 14.9m riyals for the assistance of the orphans, 195,623 riyals for health services, 6.9m riyals for the educational services, 1,875,000 for building mosques, 750,000 riyals for digging wells, 437,000 riyals for the programme of the Holy Koran memorization, and 1,437,500 riyals for the urgent relief programmes. Dr Basha urged the philanthropists to positively contribute to assisting their Afghan brethren.

**LOAD-DATE:** May 20, 2001

ASH000902

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



رابطة العالم الإسلامي
هيئة الإغـاثة الإسـلامية العـالمـية
بالمملكـة العـربيـة السعـوديـة

Sub. : ــــــــــ        الموضوع : ــــــــــ

No : ١٠٠/٨/٦٢٦٨/ن/ح الرقـم :
Date : ١٤٢١/١١/١٠ التاريخ :

سعادة الأستاذ/ رحمة الله بن عناية الله أحمد          حفظه الله

مدير مكتب معالي الأمين العام لرابطة العالم الإسلامي

السلام عليكم ورحمة الله وبركاته ،،

إشارةً إلى خطابكم رقم ١٠٥٧٥/١٠١ وتاريخ ١٤٢١/١٠/٢٦هـ عطفاً على الخطــاب الوارد للرابطة من سعادة الأستاذ/ ملا عبدالجليل (نائب وزير الخارجية وعضــو مجلــس الشــورى بإمارة أفغانستان الاسلامية) بشأن تقديم العون الإغاثي والمادي للشعب الأفغاني .

عليه أرفق لكم تقريراً عما قدمته الهيئــة لصالح الشــعب الأفغــاني خــلال العــام المــالي ١٤٢٠هـ /١٤٢١هـ ، كما أود الإحاطة بان الأمانة العامة للهيئة تدرس إقامة مشاريع إغاثيــة لصالح المتضررين من الحرب في شمال أفغانستان وتشمل الاغاثة العاجلة والرعاية الصحيــة وحفــر الآبار وبناء المساجد وكفالة الأيتام وحال توفر التبرعات المخصصة لذلك سيتم البــدء في التنفيــذ إن شاء الله تعالى .

نأمل من سعادتكم التفضل بالإطلاع والإحاطة ،،

والله يحفظكم ويرعاكم ،،

الأمين العام للهيئة

د. عدنان بن خليل باشا

Please quote above ref. No. and date when replying.    Pour répondre, Prière de citer la date et la référence sus - citées    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ضرب ١٤٨٤٣ جدة ٢١٤٣٤ – تليفون : ٦٥١٢٣٣٣ – ٦٥١٥٤١١ – فاكس : ٦٥١٨٤٩١ – تلكس : ٦٠٧٥٤١ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx.: 607541IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

IIRO 096108

Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
In Saudi Arabia
Pakistan Office
Islamabad

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب باكستان
إسلام آباد

Ref : ١٨ / .... ج        الرقم
Date : ٩ / ١٤٤٧ / ١٥٠٥        التاريخ

الوارد رقم ............
........ لامية العالمية
ـلاحات الإدارية
الموضوع ........
١٥٢٦ رقم لوزار :
..... التاريخ ...........
نرفت خطاب..... بخصوص
الهيئة المختصة... لية الإغاثة العاجلة

سعادة مدير إدارة الإغاثة العاجلة
الأستاذ/ فؤاد عبدالله أكبر                        حفظه الله

السلام عليكم ورحمة الله وبركاته،،

تهديكم إدارة مكتب الهيئة بباكستان أطيب تحياتها ونسأل الله لكم دوام التوفيق والسداد.

إشارة إلى خطابكم رقم ٥٠٠ / ٨٦٤٤ / ٢١ بتاريخ ١٤٢١/١٠/٢٦هـ بخصوص طلب
خطابات الشكر المقدمة من :

– سعادة نائب رئيس الوزراء ونائب رئيس المجلس التنفيذي بإمارة افغانستان
الإسلامية.

– وسعادة الأمين العام لجمعية الهلال الأحمر الأفغاني لمقام خادم الحرمين
الشريفين الملك فهد عبدالعزيز آل سعود  حفظه الله لتوزيع التمور في افغانستان لعام
١٤٢١هـ فإننا نرسل لسعادتكم صورة من الخطابين المذكورين كما ارسلنا أصل
الخطابين إلى سفارة خادم الحرمين الشريفين في إسلام آباد وذلك بعد وصول
الخطابين إلى مكتب الهيئة في باكستان مباشرة.

فنرجو من سعادتكم التكرم بالإطلاع.

والله يحفظكم ويرعاكم

مدير المكتب



رحمة الله نذير خان



Address: H-8/1-Pitrus Bukhari Road- Opp. Shifa International, Hospital
P.O. Box : ( 18 50 ) - Tel : 449347 - 446856 - 435113 - 435114 / Fax : 449241.

IIRO 096075



بسم الله الرحمن الرحيم

# دافغانستان أسلامى امارت

## Islamic Emirate of Afghanistan

No

Date: 16 - 12 - 2000

۰۹ / ۹ / ۱٤۲۱ م

## خطاب شكر

الحمد لله رب العالمين و السلام على سيد نا محمد وعلى آله وصحبه اجمعين.

و بعد

فإن نائب رئيس الوزراء و نائب رئيس المجلس التنفيذى بامارة افغانستان الاسلامية يقدم اسمى

الشكر و التقدير الى خادم الحرمين الشريفين الملك فهد بن عبدالعزيز حفظه الله و رعاه و الشعب

السعودى باهداء التمور التى وصلت الى الشعب الافغانى عن طريق هيئة الاغاثة الاسلامية العالمية

بالمملكة العربية السعودية – مكتب باكستان

لعام ١٤٢١ ه . ق مثل السنوات الماضية و كما تم توزيعها عن طريق جمعية هلال الاحمر الافغانى

بامارة افغانستان الاسلامية بالتنسيق الكامل و المشاركة مع الاخ القارى نور الزمان شرافت

ومشرف مشاريع الهيئة فى افغانستان فى المناطق المتضررة بالجفاف و القحط و الفقر مثل ولاية

نكرهار و ولاية قندهار و ماحولها و ولايةكابل و غيرها من المناطق المحتاجة و المتضررة

بالجفاف. و كما نشكر المملكة العربية السعودية حكومة و شعباً على وقوفهم الدائم الى جانب

الشعب الافغانى و ذلك بتقديمهم كل نوع من المساعدات اليهم فى الحالات الصعبة التى يعانى فيها

الشعب الافغانى المسلم من الفقر والقحط و الجفاف و نسال الله تعالى دوام الامن و الاستقرار فى

المملكة العربية السعودية املين الله عز و جل طول العمر و الصحة و العافية لخادم الحرمين

الشريفين و ان يوفقه لخدمة الاسلام و المسلمين و كما نشكر هيئة الاغاثة الاسلامية العالمية

بمكتب باكستان على تقديم المساعدات التى تقدمها الهيئة منذ زمن طويل الى شعبنا الفقير و لا يمكن

ان ينسى الجهود التى تبذلها الهيئة فى شتى المجالات من التسجيل فى صفحات التاريخ الافغان.

و نسأل الله تعالى على خير خلقه محمد و آل و صحبه اجمعين.

الحاج ملا محمد حسن اخند

نائب رئيس الوزراء و نائب رئيس المجلس التنفيذى بامارة افغانستان الاسلامية

۱۳

IIRO 096076

MUSLIM WORLD LEAGUE

INT'L ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

Sub. :　　　　　　الموضوع

No : ٥٠/٦٦٢٨/٦١　　الرقم :

Date : ٢١/١٠/١٤٢١هـ　　التاريخ :

فاكس

سعادة مدير مكتب الهيئة في باكستان　حفظه الله

السلام عليكم ورحمة الله وبركاته ..

أهديكم أجمل تحياتي متمنياً لكم دوام التوفيق والسداد ،،

إشارة إلى خطابكم رقم ١٢/٨٠٥ وتاريخ ١٤٢١/١٠/١٣هـ المرفق به صورة من خطاب الشكر المقدم من سعادة الأمين العام لجمعية الهلال الأحمر الأفغاني بأفغانستان لمقام خادم الحرمين الشريفين الملك فهد بن عبد العزيز آل سعود يحفظه الله لتوزيع التمور في أفغانستان الإسلامية .

حيث أشرتم في خطابكم أعلاه إلى خطاب شكر من نائب رئيس مجلس الوزراء ورئيس المجلس التنفيذي يإمارة أفغانستان على هدية الملك المهداة ولم يصلنا هذا الخطاب .

أمل التكرم بإرسال أصل الخطابين وذلك للأهمية .

وتقبلوا خالص تحياتي .

مدير إدارة الإغاثة العاجلة

فؤاد عبد الله أكبر

الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة　Pour répondre Prière de citer la date et la référence sus - c----　Please quote our ref. No. and date when replying

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تلغراف - ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس ٦٠٦٧٥٤ IGATHA SJ
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org

IIRO 096114

<table>
<tr><td>MUSLIM WORLD LEAGUE<br>INTL. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI ARABIA</td><td>[LOGO of]<br>INTL. ISLAMIC RELIEF ORG<br>THE KINGDOM OF SAUDI ARABIA</td></tr>
</table>

Number: 100/2678/M/K                                         Subject: [blank]
Date      : 10/11/1421 H                                              : [blank line]

His Excellency Mr. Rahmatullah bin Inayatullah Ahmad                    God bless him

Director of the Office of the Secretary General of the Muslim World League

Peace and Allah's Mercy and His blessings be upon you

In reference to your letter number 101/10575 dated 26/10/1421 H and further to the incoming letter addressed to the League from His Excellency Mr. Mulla Abdel Jalil (Deputy Minister of Foreign Affairs and member of the Consultative Council in the Islamic Emirate of Afghanistan) on the provision of relief and material aid to the Afghan people.

Based on it I attached herewith a report about what the Commission offered in favour of the Afghan people during the fiscal year 1420 H/ 1421 H, and I would also like to note that the General Secretariat of the Commission is considering the establishment of relief projects for the benefit of those affected by the war in Northern Afghanistan and includes urgent relief and medical care and the drilling of wells and building mosques and sponsoring orphans and as soon as the allocated donations are available, implementation will start God Almighty willing.

We hope your Excellency will peruse (the letter) and advise,

        May God protect you and bless you,


        *21/13494*                                 General Secretary of the Commission
        *With attachments*        [Logo: INTL. ISLAMIC RELIEF ORG.
                                             Main Office (1)]
                                                                 Dr. Adnan Bin Khalil Basha



Please quote above ref No. and date when replying
_____

Address: P.O Box 14843 Jeddah 21434 - Tel: 6512333 – 6515411 – FAX: 6518491 – TLX: 606754 IGHATHA SJ
Email: relief@iirosa.org

IIRO 096108

```
┌─────────────────────────────────────────┐   ┌──────────────────────────────────┐
│          MUSLIM WORLD LEAGUE              │   │ [LOGO of] INTL. ISLAMIC RELIEF ORG. │
│ INTERNATIONAL ISLAMIC RELIEF ORGANIZATION │   │   THE KINGDOM OF SAUDI ARABIA      │   Pakistan
│       In the Kingdom of Saudi Arabia      │   └──────────────────────────────────┘
│              Pakistan Office              │
│                 Islamabad                 │
└─────────────────────────────────────────┘
```

Number: 1002/18                                              Subject: [blank]
Date      : /12/1421 H                                          : [blank line]

```
                                        ┌──────────────────────────────────────────────┐
                                        │ [Stamp: INTL. ISLAMIC RELIEF ORG.] General     │
                                        │ Incoming – Administrative Communications       │
                                        │ Subject: [blank]                               │
His Excellency the Director of Emergency Relief  Incoming No.: 15626                      │
Mr./ Fouad Abdullah Akbar               │ Attachments: 2 letters of thanks               │
                                        │ Party of Interest: Urgent Relief               │
                                        └──────────────────────────────────────────────┘
```

Peace and Allah's Mercy and His blessings be upon you.

The Management of the Bureau of the Commission in Pakistan presents to you its kindest regards and asks God for continuous success and fulfillment for you.

In reference to your letter number 500/8644/21 dated 26/10/1421 H with regards to requesting the Letters of Thanks present by:
- His Excellency the Deputy Prime Minister and Deputy Chairman of the Executive Council of the Islamic Emirate of Afghanistan
- And His Excellency the General Secretary of the Afghani Red Crescent Society in Afghanistan to the Custodian of the Two Holy Mosques King Fahd bin Abdel Aziz Al Saud, may Allah bless him for the distribution of dates in Afghanistan for the year 1421 H we hereby send to your Excellency a copy of the two mentioned letters and have sent the two original letters to the Embassy of the Custodian of the Two Holy Mosques in Islamabad which was directly after the two letters arrived at the Commission's Office in Pakistan.

       We hope your Excellency will kindly peruse

           May God protect you and bless you

[Signature]                                                          Bureau Manager
                                                                     [Signature]
[Stamp: INTL. ISLAMIC RELIEF ORG. Pakistan Office]   [Stamp: electronic archives 4]   Rahmatullah Natheer Khan

Address: H-8/1 Pitrus Bukhari Street – Opp. Shifa International Hospital, P.O. Box (1850)
Islamabad – Pakistan - Tel: 449347 – 446856 – 435113 -435114 / Fax: 449241 (92-51)

IIRO 096075

In the name of Allah, Most Merciful, Most Compassionate

Islamic Emirate of Afghanistan

No. [blank]

Date: 16/12/2000

[illegible] 20/9/1421 AH

## Letter of Thanks

Praise be to Allah the Lord of the Worlds and may the peace of Allah be upon our prophet Muhammad and upon all his family and companions

And as to what follows

The Deputy Prime Minister and Deputy Chairman of the Executive Council of the Islamic Emirate of Afghanistan present most sublime thanks and appreciation to the Custodian of the Two Holy Mosques King Fahd bin Abdel Aziz God bless him and the Saudi people for the gift of dates that arrived for the Afghan people through the International Islamic Relief Organization in the Kingdom of Saudi Arabia Pakistan Office.

For the year 1421 H such as the past years and it has been distributed by the Afghan Red Crescent Society in the Islamic Emirate of Afghanistan in full coordination and participation with the reader Noor El Zaman Sharafat Director of the Commission's projects in Afghanistan in areas affected by drought and aridness and poverty such as the state of Nangarhar, and the state of Kandahar, the surrounding area, and the state of Kabul and other areas in need who are affected by the drought. We also thank the Government and the people of Saudi Arabia for their constant support of the Afghan people by providing them with all kinds of assistance in difficult situations that the Afghan Muslim people suffer from such as poverty and aridness and drought and ask God the Almighty for the security and stability of the Kingdom of Saudi Arabia anticipating of God Almighty a long life and health and well-being to the Custodian of the Two Holy Mosques and to bless him to serve Islam and Muslims. We also thank the International Islamic Relief Organization - Pakistan office for providing the assistance that the Commission has provided for a very long time to our poor people and we cannot forget the efforts that the Commission exerts in various fields to register in the pages of Afghan history.

God the Almighty bless his best creation Muhammad and upon all his family and companions

Haj Mulla Muhammad Hasan Akhnad

Deputy Prime Minister and Deputy Chairman of the Executive Council of the Islamic Emirate if Afghanistan

[Signature]

IIRO 096076

| MUSLIM WORLD LEAGUE<br>INTL. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI ARABIA | [LOGO of]<br>INTL. ISLAMIC RELIEF ORG<br>THE KINGDOM OF SAUDI ARABIA |
|---|---|

Number: 500/8643/21                                    Subject: [blank]
Date     : 26/10/1421 H                                      : [blank line]

Fax

His Excellency the Director of the Bureau of the Commission in Pakistan                    may Allah bless him

Peace and God's Mercy and His blessings be upon you.
I present to you the most beautiful greetings and wish you continuous success and fulfillment,

In reference to your letter number 805/12 and dated 13/10/1421 H attached to which a copy of the Letter of Thanks presented by His Excellency the General Secretary of the Afghani Red Crescent Society in Afghanistan to the Custodian of the Two Holy Mosques King Fahd bin Abdel Aziz Al Saoud, may Allah bless him for the distribution of dates in Islamic Afghanistan.

Wherein you referred in your above letter to the Letter of Thanks from the Deputy Prime Minister and Chairman of the Executive Council of the Emirate of Afghanistan for the gift of the cherished King and we have not received this letter.

I hope you kindly send the two original letters, seeing their importance.

And accept my sincerest regards.

Director of Emergency Relief

[Signature]

Fouad Abdullah Akbar

Please quote above ref No. and date when replying

Address: P.O Box 14843 Jeddah 21434 - Tel: 6512333 – 6515411 – FAX: 6518491 – TLX: 606754 IGHATHA SJ
Email: relief@iirosa.org

IIRO 096114

بسم الله الرحمن الرحيم

*Royal Embassy of*
*Saudi Arabia*
*Islamabad*





إسلام أباد

حفظه الله

معالي الدكتور / عدنان بن خليل باشــا

رابطة العالم الإسلامي ــ هيئة الإغاثة الاسلامية العالمية

السلام عليكم ورحمة الله وبركاته :

أشارة الى خطابكم رقم ١٠٠/٤٦٥/٥٠٠ وتاريخ ١٤٢٢/٢/٢٥هــ
وما جاء فيه من أجزاء الشكر بالامتنان على ما قدمته السفارة في إسلام آبــاد
من تعاون يتسير لإعمال وفد الهيئة الذي أشرف على التنفيذ بنجاح الحملــة
الإغاثية للمحتاجين في أفغانستان خلال شهر محرم ١٤٢٢هــ .

وإنني إذ أشكركم على ما عبرتم عنه من تقدير وأمتنان عن ما لمسه الوفـد
ليسرني أن أبدي لكم أن ما قامت به الســـفارة لا يعـــدو أن يكـــون واجبـاً
تمليه طبيعة أعمالها .

مع أطيب تحياتي وتقديري ،،،

الســــفير

علي بن سعيد بن عواض عسيري

IIRO-001020
P. 1
MWLIIRO-00010995

In the Name of Allah the Most Merciful and Compassionate

[Logo]

**Royal Embassy of Saudi Arabia**
**Islamabad**

**His Excellency / Dr. Adnan Khalil Bashah,**

**May Allah keep him safe**

**Secretary-General of the International Islamic Relief Organization**

Peace and Allah's blessings be upon you,

Reference is made to your Excellency letter No. 100/465/500 dated 25/2/1422 AH, with respect of the thanks to what have been provided by the Embassy in Islamabad regarding the cooperation in steering the work of the organization's representative who supervised the successful implementation of the relief campaign for the needy in Afghanistan during the month of Muharram 1422 AH.

I would like to thank your Excellency for your appreciation and gratitude for what we have done for the Organization's representative, and I am pleased to inform your Excellency that the Embassy has done its duty by virtue of the nature of its work.

With best regards and appreciation

Ambassador

[signature]

Ali bin Saeed bin Awwad Asiri

[stamp: International Islamic Relief Organization – Administrative Communications – No. 3483 – Date: 1/3/1422 AH (May 23, 2001) – Attachments: None – Competent Authority: Urgent Relief]

No.210/53096/5/341   Date: 25/02/1422 AH   Corresponding to: 22/05/2001 AD   Attachments: None

Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
In Saudi Arabia
Pakistan Office
Islamabad

رابطة العالم الاسلامي
هيئة الاغاثة الاسلامية العالمية
بالمملكة العربية السعودية
مكتب باكستان
اسلام آباد

Ref :
Date :

الرقم :
التاريخ :

الموضوع :

سعادة الدكتور عدنان خليل باشا     حفظه الله
الأمين العام لهيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله وبركاته

يطيب لنا أن نقدم لكم عاطر التحيات وأطيب التهاني سائلا المولى القدير أن يبسركم بلباس العافية والعز
والتمكين وبعد .

أفيد سعادتكم ما من يوم إلا ويأتي على باب مكتبنا بعض الصحفيين من الدول
الغربية بعضهم مندوبين لمحطات تلفزيونية وبعضهم مندوبين لصحف أوروبية
وأمريكية وغربية. ونحن لدينا تعليمات من سعادة سفير خادم الحرمين الشريفين في
إسلام آباد الأستاذ علي عواض عسيري بعدم إعطاء أي تصريحات صحفية أو
تلفزيونية لأي جهة. ونحن ملتزمون بهذه التعليمات وأحببنا أن نحيطكم علماً بذلك.
ونأمل توجيهنا إذا كنتم ترون غير ذلك. شاكرين لكم كريم تعاونكم.

والله يحفظكم ويرعاكم ودمتم ،،،

مدير المكتب
رحمة الله نذير خان

Address: H-8/1 - Pitrus Bukhari Road - Opp. Shifa International Hospital Islamabad - Pakistan
P. O. Box: (16 50) Tel : (92 - 51) 4449347 - 4435113 - 4 - 4446856, Fax : (92-51) 4449241
E-mail: islamic@isb.paknet.com.pk.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

P. 1    IRO 149637

Muslim World League (MWL)
**International Islamic Relief Organization (IIRO)**
**Kingdom of Saudi Arabia (KSA)**
Pakistan Office
Islamabad

[logo: International
Islamic Relief
Organization, Kingdom of
Saudi Arabia]

Subject: .................

Number: *761/1*
Date: *26/07/1422AH, 13 October 2001*

HE, Dr. Adnan bin Khalil Basha                    May Allah keep him safe
IIRO Secretary-General

Peace, mercy, and blessings of Allah be upon you,

Accept our warmest regards and kindest congratulations. May Allah Almighty sustain your wellbeing and ability ...

Kindly be informed that everyday we have some journalists from western countries at our office doorstep, some of them represent TV channels and some represent European, American, and western newspapers. Directions by, HE, ambassador of the Custodian of the Two Holy Mosques in Islamabad, Mr. Ali Awwadh Osairy dictate not to give any press release to any entity.  We are abiding by these directions, and we only wanted to inform you in that regard.
Hoping for your directions if you see otherwise. Accept our gratitude for your kind cooperation.

          May Allah keep you safe and guide you...

Office Director
[signature]
Rahmatullah Nadeer Khan

---

Address: H-8/1 – Pitrus Bukhari Road – Opp. Shifa International Hospital IslamAbad – Pakistan
P.O. Box: (18 50) Tel: (92 - 51) 4449347 – 4435113 – 4 – 4446856, Fax: (92-51) 4449241
E-mail : islamic@isb.paknet.com.pk.

IRO 149637

**P. 2**

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/49/Tareekh Osama.121)*

Number 1, خ:ش: *(The Arabic characters Khaa and Sheen)*

In the name of God, the most Compassionate, the most Merciful

Muslim World League

International Islamic Relief Organization

No: *(left blank)*

Date: *(left blank)*

1.     A meeting between Abu Abdallah/Dr. Abdallah Naseef/Sheikh Abdel Majeed Zindani

and Dhiaul Haq

| ————————————————————————————The situation was explained to him, and he was made aware of his responsibility in front of God, and his continued support, and permitting the support, meaning - giving us an open license fr the borders, and if he is being subjected to any pressures, let it be a secret *(agreement)*, in a way that League offices will be opened as *(illegible)* for the Pakistanis, and the attacks will be launched from them *(these offices)*, and that there are no gatherings inside the cities which will attract attention, or any other suitable method which you *(plural)* will agree upon and of which you *(singular)* are convinced without any concessions, and what is meant by concessions, is that you will not be ashamed of anything

2.     The removal of all of the brothers from Peshaw *(most likely, Peshawar)* as soon as possible, and the houses will be ready for the arrivals and for any emergency which may occur.

3.     The brothers will be transported directly to Miran Shah (Khost) because it is the only open point at the present time.

4.     The brothers who are at Warsak *(phonetic)* will also be sent to Khost and its surroundings.

BOS000022

ASH000925



5.    All of the brothers' passports are to be kept with the strong organizations, in order to avoid any search action due to pressuring from the embassies, or *(due to)* anything else which may occur.

6.    That the passports should not be kept with the Saudi *(Red)* Crescent in anticipation of the recall of Abu Al-Hasan by Saudi Arabia, and the changing of the director.

7.    In Khost, the absence of the brothers in Miran Shah *(meaning unclear)*. Everyone is at the front at several centers, in Miran Shah only the person in charge and whomever he wants as an assistant.

8.    Assigning a car to secure what the brothers need at the front.

9.    After these *(follow)* the steps that are mentioned in Adel's paper which you have



*(text continues in document TAREEKHOSAMA/49/Tareekh Osama.121a)*

BOS000023

ASH000926

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/49/Tareekh Osama.121a, continuation of document TAREEKHOSAMA/49/Tareekh Osama.121)*

10.   I ask all of those who are in charge of people, to be good-natured, kind, compassionate, patient, and not too demanding of the brothers because the situation is not comforting for some individuals; more correctly the new ones, therefore the brothers need someone who will support them and be as a father and as a mother, and be a refuge for their sorrows so that he can assist them.

11.   To examine the brothers' situation, meaning that not everyone who gets close to you is what is desired, because individuals differ when idle, and when tasked with a responsibility.

*(illegible)* in the selection.

12.   I ask you to be good towards Sheikh Sayyaf, for he is known by all with agreement, and specifically you and the extent of his cooperation, and specifically you, and he is your brother *(meaning of this paragraph is unclear)*.

After this, *(continue)* in accordance with Adel's paper, and if anything new comes up I will inform you          .18952410

Saleh Khan says that his tribe's land is close to Jaji Maidan and that it is in your hands, and the government can not interfere with this.

You must pursue finding an umbrella which you can stay under, other than the Crescent *(most likely, the Saudi Red Crescent)* because I expect that Abu Al-Hasan will be replaced, because he is known by them especially after Abu Mazin left the arena, and I prefer the name of the League *(most likely, Muslim World League)* because Dr. Naseef is one of the brothers, and the government knows who Abu Al-Hasan is and who the ones in the arena are, and this is not a decision, and the change may not happen now, and it may not be the intention, however precaution *(precaution dictates that we do this)*.

Your brother

BOS000024

ASH000927

Abu Anees

*(signature)*

BOS000025

ASH000928

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

No _____

Date _____

بسم الله الرحمن الرحيم

① .................. لنائب الأمين العام - مركز عبد الله عزام / تشغيل بزنس رستام

ثم صلاة وتحية

.................. الوصول وأستفسار المسؤولة ....................

................................................................

................................................................

................................................................

................................................................

② فريق ................................................................

................................................................

③ ................................................................

④ ................................................................

⑤ ................................................................

................................................................

⑥ ................................................................

................................................................

⑦ ................................................................

⑧ ................................................................

................................................................

⑨ ................................................................

⑩ ................................................................

Kindly quote reference number and date in your reply

Phone: #1508 Satellite, Peshawar. Telex: ............ P.O.Box 951

BOS000026

ASH000929

BOS000027

ASH000930



# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) | 03 MDL No. 1570 (RCC) |
| | ) | |
| THOMAS E. BURNETT, SR., *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 03 CV 9849 (RCC) |
| AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### DECLARATION OF ABDULLAH NASEEF

I, Dr. Abdullah Naseef, being duly sworn, declare and state as follows:

1.      I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2.      I have been informed by my attorney that I am a defendant (D97) in the above-captioned action. I am submitting this declaration in support of my Motion to Dismiss for lack of personal jurisdiction and improper service of process.

3.      I was born in 1939, in Jeddah, Saudi Arabia, and have lived in Saudi Arabia all of my life. I have always been a citizen of the Kingdom of Saudi Arabia.

4.      I am a Professor of Geology, at King Abdulaziz University, Jeddah.

5.      I was the Secretary-General of the Muslim World League from 1983 until 1993. The Muslim World League is a charity that is sponsored and supported by the Saudi government. In my capacity as Secretary-General, I also served as an officer of the Rabita Trust from 1988 to

Naseef 0004

1993.  The Rabita Trust is a charity that is partly owned by the Muslim World League, and partly owned by the government of Pakistan.

6.      In 1993, I was appointed by Royal Decree to the Saudi Majlis-ash-Shura, which is the legislative body of the Saudi government, equivalent to a Parliament in other countries.  I became the Deputy Speaker (or Vice President) of the Majlis-ash-Shura, and retired in 2001.

7.      I have visited the United States on several occasions since 1965 to study at Stanford University, with my last visit being in 2002 to attend the World Economic Forum Conference.  Although I do not now remember the dates, nature, or purposes of all of my visits, these included official visits to attend academic conferences, as well as conferences relating to the Scouting movement.  I also made several visits as a tourist.

8.      I own no real property in the United States.  I also have no bank accounts, and have no investments in the United States.  I do not conduct any personal business with any businesses in the United States.

9.      I do not subscribe to or read either the *International Herald Tribune* or the *Al Quds al Arabi*.  The latter publication, to my knowledge, is banned in the Kingdom of Saudi Arabia.

10.     I have never supported the loss of innocent life and believe that there is no justification for the tragic attacks of September 11, 2001.  I have never supported any person or organization that I have known to participate in terrorist activities.  On September 13, 2001, two other Saudis and I sent a letter to President Bush, which expressed "our condemnation and denunciation of the horrible acts of terrorism perpetrated against the American people and security."  We emphasized that these acts were totally contrary to "Islamic values and teachings."  *See* A. Naseef, *et al.*, Letter to President Bush (Sept. 13, 2001) (attached hereto as

Naseef 0005

Saudi Arabia
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION



المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

رقم ١٥١/٢٢٢م
التاريخ ١٦/٢/١٥/٢م

فاكس هام وعاجل

سعادة مدير مكتب الهيئة – باكستان                    حفظه الله

السلام عليكم ورحمة الله وبركاته ٠٠

بالإشارة الى خطابكم المرسل بالفاكس رقم ٥٣٩٣/ص/خ وتاريخ
١٤١٥/٢/١٧هـ بشأن طلب صرف ماتبقى من ميزانية سنة ١٤١٤هـ وعليه نفيدكم
بالآتي :

١-تم ارسال لكم مبلغ (١٠,٠٠٠,٠٠٠ر) عشرة مليون ريال من ميزانية عام
١٤١٤هـ.

٢-تم الاتفاق على عدم إرسال مخصصات أيتام أفغانستان الا بعد ورود الأعداد
الفعلية للأيتام المطلوب الصرف عليهم موضح أسمائهم بكشوفات قرين كل اسم
رقم الكمبيوتر الخاص بالمركز الرئيسي حسب الكشوف المرسلة لكم سابقا وقد
جاء ذلك بالمحضر الأول مع الأخ/ ابراهيم أنور أثناء زيارته الى جده وكذلك
بالمحضر الثاني أثناء زيارة وفد الهيئة الى باكستان في الفترة من ٢٤ الى
١٤١٥/١/٢٨ .

٣-حسب الاتفاق معكم بضرورة ارسال تقرير مالي الى المركز الرئيسي بنهاية كل
دفعة وحيث أنه حتى تاريخه لم يرد الينا المطلوب وعليه نأمل سرعة ارسال
تقرير مالي عن الفترة السابقة يشمل الآتي :

• المبالغ المنصرفة ٠
• عدد الأيتام المستفيدين من هذه المبالغ ٠
• المبالغ المتبقية ولم تصرف حتى تاريخه ٠
• عدد الأيتام الذين لم يستلموا مخصصاتهم لعام ١٤١٤هـ مع ذكر
السبب ٠

مع التحية والتقدير لسعادة المشرف العام للعلم والإحاطة

العنوان : ص.ب ١٤٨٤٣ جــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-001433

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

الإسلامية العالمية

رقم :
تاريخ :

نصره :

ونود أن نذكركم بسرعة ارسال المطلوب وفق ماجاء بالمحضر الأول والثاني والمشار
اليهما أعلاه وعند ورود المطلوب سوف يتم النظر في امكانية ارسال ماتبقى من
ميزانية عام ١٤١٤هـ .

والله يرعاكم ،،،،

مدير ادارة المكاتب الخارجية

سالم أحمد باعبود

مشرف برنامج كافل يتيم
ورعاية الأمومة والطفولة

د. محمد سعيد محمد حسن

ر-د

العنوان : ص . ب ١٨٨٤٣ جـــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

P. 2

IIRO 001434

**Saudi Arabia**
**International Islamic Relief Organization (IIRO)**

[logo: International
Islamic Relief
Organization, Kingdom of
Saudi Arabia]

Number: *223/15*
Date: *26/02/1415AH  (August 3, 1994)*                    Subject: ................

Urgent and Important Fax

HE the Director of the IIRO Office in Pakistan                    May Allah keep him safe

Peace, mercy, and blessings of Allah be upon you,

In reference to your letter sent by fax No. 5393/S KH, dated 17/2/1415AH, regarding disbursement of the remainder amount in the 1414AH budget, we inform you of the following:

1. We sent you (10,000,000) ten million riyals out of the 1414AH budget.
2. It was agreed not to send the allocations for the orphans of Afghanistan until receiving the actual number of the orphans who will be beneficiaries , with their names clearly listed and their main center's computer number listed by each name as was done in the lists sent to you previously. This was set in the first minutes done with brother Ibrahim Nour during his visit, and also in the second minutes during the visit of the IIRO delegation to Pakistan from 24 to 28/1/1415AH.
3. As was agreed with you, it is necessary to send a financial report to the main center at the end of each payment. As we have yet to receive what is needed, we hope that you would quickly send a financial report to include the following:
   - Amounts spent
   - Number of orphans helped by these amounts
   - The remaining amount that has not been spent to date
   - Number of orphans who have not received their allocations for 1414AH with the reason

*A copy with our regards and appreciation to HE the General Supervisar. For perusal and knowledge*

Address: PO Box 14843, Jeddah 21434 - Tel.: 6S12333 -6515411 - Fax: 6518491 - Telex: 6067S4 - IGHATHA SJ

IRO 001433

**P. 3**

**Saudi Arabia**
**International Islamic Relief Organization (IIRO)**

[logo: International
Islamic Relief
Organization, Kingdom of
Saudi Arabia]

Number: ............
Date: ............

Subject: .................

We would like to remind you of sending the needed information in accordance with the aforementioned first and second minutes. Once we receive the information we will consider the possibility of sending the remainder of the 1414AH budget.

May Allah guard you,

Supervisor, Orphan Sponsorship,        [logo: IIRO              Director, Overseas Offices
Maternity and Childcare Program         Headquarters (1)]        [signature]
[signature]                                                      Saleh Ahmed Baaboud
Dr. Mohammed Said Mohammed Hassan
*23/2/1415AH*

R-5

---

Address: PO Box 14843, Jeddah 21434 - Tel.: 6512333 -6515411 - Fax: 6518491 - Telex: 606754 - IGHATHA SJ

IRO 001434

**P. 4**

# 01-1535-cr(L)

**01-1550-cr(CON), 01-1553-cr(CON),
01-1571-cr(CON), 05-6149-cr (CON),
05-6704-cr (CON)**

*To Be Argued By:*
DAVID RASKIN
LESLIE C. BROWN

## United States Court of Appeals

### FOR THE SECOND CIRCUIT

**Docket Nos. 01-1535-cr(L), 01-1550-cr(CON),
01-1553-cr(CON), 01-1571-cr(CON),
05-6149-cr(CON), 05-6704-cr(CON)**



UNITED STATES OF AMERICA,

*Appellee,*

—v.—

FAZUL ABDULLAH MOHAMMED, also known as Harun Fazhl,
also known as Fazhl Abdullah, also known as Fazhl Khan;
USAMA BIN LADEN, also known as Usamah Bin-Laden, also known
as Shaykh Usamah Bin-Ladin, also known as Mujahid Shaykh, also
known as Hajj, also known as Qaqa, also known as the Director;

*(caption continued inside front cover)*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## SUPPLEMENTAL APPENDIX
## VOLUME II OF IV
### (Pages SA-577 to SA-1164)

MICHAEL J. GARCIA,
*United States Attorney for the
Southern District of New York,
Attorney for the United States
of America.*

# TABLE OF CONTENTS

PAGE

Indictment S7 98 Cr. 1023 (LBS) .................. SA-1

Letter from Mohammed Odeh,
    dated April 16, 2000 ..........................SA-150

Letter from Mohammed Odeh,
    dated April 19, 2000 ..........................SA-153

Letter from Government,
    dated September 18, 2000....................SA-156

Letter from Sandra Babcock, Esq.,
    dated October 1, 2000  .......................SA-157

Affidavit of Patrick J. Fitzgerald,
    dated January 23, 2001 .......................SA-158

Stipulation, dated January 24, 2001 ..............SA-183

Order Establishing Procedures Regarding
    Classified Information, dated
    January 24, 2001 .............................SA-185

Transcripts of Videoteleconferences.............SA-191

Transcript of Proceedings, January 16, 2001...SA-1103

Transcript of Proceedings, January 19, 2001...SA-1114

Transcript of Proceedings, October 17, 2001 ..SA-1165

Transcript of Proceedings, February 17, 2005 .SA-1243

## SA-1035

1   kids. So, the money, they use it for another thing. And, nobody

2   knows that, because it's all in the paper.

3       Q: How about for domestic charities, charities that are

4   here in the United States that are also supporting Al-Qaeda. How

5   do they move the money overseas and then disperse it? Do you

6   know how they do that?

7       A: I'm not sure about here, exactly. But, when I was in

8   New York, I know a guy, his name Mustafa Shalabi. And, I

9   remember they came to my - when I work in store and they recruit

10  me. And they say, "You job to go to all Arabic stores in New

11  York, and ask them, 'We need money for Afghanistan Jihad.'" So a

12  lot of people - because the people nice, and the Muslim people

13  they think they doing something good, they give every month

14  money. So, Mustafa Shalabi, he got a lot of money from people,

15  from Arab people in New York, and he send it to Pakistan, that

16  time. The people over there, they don't see all the - they do

17  not spend all the money for Afghanistan. They spend some of the

18  money for Afghanistan, and most of the money for to - to - to -

19  to Al-Qaeda or Bin Laden or Abul Azzam agenda. And, they did

20  same thing. Like a lot of people, they say Bin Laden he born

21  wealthy, he rich from his family. But, I think the money he got

22  during the - the Afghanistan against Russia for the Gulf area,

23  and for the people aid money? It's more than what he got from

24  his family. I believe that. Because that time, the people?

25  Until now, I - I believe the people - the people from Gulf area,

WS002731

SA-1036

1   and they support him.  They send him money.  So, when he got -
2   when the people got the money, they spend it whatever they like.
3        Q:  Now, would that money go via wire transfers, or - or a
4   courier carrying it over?
5        A:  Well, if I go back, you know, I - I - Yousef Hamdan,
6   He's a Saudi guy.  And, he work for {Hy-at Ali-rah-that el Al-ah-
7   meer} - Islamic Relief Organization in Peshawar.  He's a manager
8   of - of Pakistan office in Peshawar.  He support Bin Laden
9   agenda.  Sometime, when the money come to him, he give it to Bin
10  Laden people.  And he make budget.  Like, he buy for that village
11  (inaudible), tents, and supplies, food, and like that.  And,
12  nobody know.  Nobody know, or nobody that time ask him which
13  village, or somebody come and ask him what he did exactly.  So,
14  it's all about paper.
15       Q:  Okay.
16       A:  And - and, also, sometime, like Jihad Egyptian group,
17  like they make false office name.  And I remember they did that
18  when I was in Peshawar.  I learn they have Islamic Relief
19  Organization in London.  And they got account over there.  But,
20  there is no office over there.  All that's over there, it's
21  account.  So, they transfer the money over there through Islamic
22  Relief.  They bring money from Muslim in London, to go to that
23  account.  And, account is officially Islamic Relief Organization
24  helping people learn Islamic study, and food, and poor people,
25  and - and all that is false.  It's not true.
26       Q:  Okay.

02CR892                              WS002732

# Wael Jelaidan

## Life in America:

I graduated from the high school in summer 1976 and got scholarship for my B.Sc in Soil Science.  In fall 1976, I joined the English language program in Belmont, North Carolina.  In fall 1977, I joined the two years Diploma program in St. Petersburg College, Florida.  I got my Bachelors degree in Soil Science in fall 1981 from Eastern Kentucky University.

In spring 1982, I was appointed as a Tutor in the King Abdul Aziz University, Jeddah, Saudi Arabia at the College of Meteorology, Environment and Agriculture in the Arid Zone.

Thereafter, in fall 1983, I got a scholarship for my higher education in the Range Management (Agriculture) and joined the Masters Program at the University of Arizona, Tucson.

I left the United States in spring 1985 to join the relief work in Pakistan. Since then, I have visited the United States once in December 1990 for two weeks to attend a conference arranged by MAYA (Muslim Arab Youth Association).

I would like to take this opportunity to express my deep appreciation for the American people and the American way of life and the educational system.  I spent my good seven years in the United States without any violations of the law.  I am greatly thankful to my teachers in all the institutions in which I have received my education in the United States of America.

In 1984, I was elected as the president of the Islamic Center, Tucson, Arizona.

Since my last visit in 1990, I have not visited the United States.

## History of Humanitarian Relief Efforts:

1

The Soviet Union invaded Afghanistan in 1979. I left the United States in 1985 and joined the relief activities rendered for the Afghan nation who faced atrocities and hard time due to the invasion of Afghanistan. I felt that it was my human and religious obligation to offer whatever I could for my brothers in faith. This is the reason, why my focal point has always been relief work for the Afghan refugees. During my assignment in Pakistan, my job was to ensure that all relief goods and humanitarian supplies arriving in Pakistan reached the needy and displaced people.

From 1986 to the end of 1988, I was appointed as the Director of the Saudi Red Crescent Society in Pakistan which is a member of International Red Cross and Red Crescent societies. The relief efforts, for which I was responsible, consisted of a tuberculosis hospital, a surgical hospital, some dispensaries and pharmaceutical supplies, scattered around the refugee camps. The following is the brief history of my assignments:

1989:       Joined MWL Muslim World League as a Director and worked until 1994, looking after education and relief work for the refugees.

1992:       Became Project Director of the Rabita Trust, a joint TRUST formed by the Government of Pakistan and Muslim World League jointly for the repatriation and rehabilitation of the Stranded Pakistanis in Bangladesh, commonly known as Biharis, who were left behind after the 1971 Indo-Pakistan war. Under the Rabita Trust arrangements for the repatriation of the Stranded Pakistanis, a housing project was planned and executed which was a single project operation. As a Project Director, I supervised the construction of 1000 residential units in the province of the Punjab, as a pilot project. The Government of Pakistan had been a partner in this project and all funds and resources used to be released by the Government of the Punjab at that time.

2

1994                I worked in Pakistan until 1994 and then returned to Saudi Arabia
                    for good.

1998 to date:  In 1998, I was appointed as the Secretary General of the Rabita
                    Trust by the Muslim World League.  The project could not continue
                    due to internal problems in Pakistan as well as between the
                    Pakistani Government and the Bangladeshi Government over the
                    issue of repatriation.   In October 2001, the Rabita Trust was
                    designated by the OFAC.  I was personally designated after 1 year,
                    in September 2002.  At present, I am defending myself in the civil
                    case while Muslim World League is defending Rabita Trust in the
                    same case.  The reality is that there had never been any transfer of
                    funds from Rabita Trust to anywhere except to the housing project.
                    Following the designation of Rabita Trust, the Government of
                    Pakistan instructed a foreign based audit company to conduct a
                    thorough audit on all the receivables and expenditures but after
                    carrying out the audit for a complete year, they never found any
                    activity or transfer of funds beyond the objectives of the Rabita
                    Trust Deed.   The audit report is available both with the audit
                    company (Messrs Ferguson), and with the Government of Pakistan,
                    but unfortunately, there is no mechanism laid down by the OFAC as
                    well as by the treasury department of the United States to de-list
                    an organization from the Terrorist List once it is proved to be
                    wrongly designated.

1999:          I was appointed as the Executive Director of the SJRC (Saudi Joint
                    Relief Organization), established by the Government of Saudi
                    Arabia to help the people of Kosovo during their stay in Albania and
                    Macedonia, until they were repatriated back to Kosovo.  I held this
                    position for one year.

3



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

April 26, 2005

This Letter Head Memorandum (LHM) is written in response to an MLAT prepared by the Swiss authorities dated September 13, 2004. As a result of this request, the New York Office (NYO) of the Federal Bureau of Investigation (FBI) had to extensively interview a Cooperating Witness (CW), review a substantial amount of photographs and conduct a considerable amount of research. Since many of the individuals and organizations that were touched upon during this interview have been discussed by the CW in previous debriefing sessions, the NYO has enclosed a second LHM providing additional information from the CW relative to the topics covered. It should be noted that the information contained in the second LHM is not a full disclosure of all the information held by the FBI. The second LHM is being shared to give the Swiss authorities a better overview of the CW's knowledge regarding the subject matter.

On 11/3/2004, a CW known to the Swiss authorities, was interviewed at an undisclosed location. The interview was predicated on a request from the Swiss Federal Criminal Police who provided the FBI a list of 359 questions.

The first paragraph of the Swiss document refers to the source's testimony in the spring of 2001 in the United States of America v. Osama Bin Laden, et al. The source responded by stating that all of his previous testimony was truthful.

**General questions concerning Yassin Al-Kadi**

1. Upon presentations of photographs/Who is the man on the photographs number 13 and number 20?

With regards to photograph number 13, the source had previously identified this individual as Yassin Al-Kadi (refer to enclosed LHM of CW interview on 7/14/2004 whereby slide 8 is the same photograph as Swiss photograph number 13).

The source identified the individual depicted in photograph number 20 as that of Sheikh Abdul Magid Al-Zindani.

2. Where does Yassin Al-Kadi come from?

Redacted

Redacted

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

P. 1

KADI0028380

The source advised that Julaidan started playing an active role with Bin Laden and jihad in the mid-1980's and doesn't know if he ever stopped supporting militant Islam. The source advised that he last saw Julaidan at the Sheraton Hotel in Abu Dhabi circa 1993 and does not know the reason for Julaidan being in the UAE.

101. Was Wael Hamza Julaidan personally present in Sudan?

The source advised that he recalls seeing Julaidan in Sudan.

102. Was Wael Hamza Julaidan personally present in the Balkan wars (Croatia/Bosnia)?

The source advised that he does not recall if Julaidan was present in the Balkan wars.

103. Was Wael Hamza Julaidan personally present in other conflict areas (Chechnya, Somalia etc.) on behalf of Al-Qaida?

The source advised that he does not know if Julaidan was personally present in conflict areas on behalf of Al-Qaida. However, the source advised that Julaidan was always a financial supporter of jihad.

104. Did Wael Hamza Julaidan personally know the leader of Al-Qaida, Osama Bin Laden?

The source advised that they did personally know each other.

105. Did Wael Hamza Julaidan have contacts with other leaders of the organization Al-Qaida?

Yes. The source advised that Julaidan worked with Abu Unaith Al-Saudi, Abu Hammam Al-Saudi, Abu Fadl Al-Makki, and Sheikh Said. The source advised that Julaidan was always at Sheikh Said's office in Peshawar, Pakistan. The source advised that Sheikh Said was responsible for providing Al-Qaida members with letters for identification cards and requests for members to receive medical assistance. According to the source, these

18

KADI0028397

letters and requests would be given to, and handled by, Julaidan.

106. How were the contacts between Wael Hamza Julaidan and the Egyptian community within the leading circles of the organization Al-Qaida (Ayman Al-Zawahiri, Abu Ubadaih al-Banshiri etc.)?

The source advised that he never saw Julaidan in the company of Al-Zawahiri or Abu Ubadaih. However, the source advised that since the Egyptian groups were under the Al-Qaida umbrella, Julaidan would have easy access to the Egyptians in the leadership positions of Al-Qaida.

107. Until when was Wael Hamza Julaidan active in or on behalf of the organization Al-Qaida?

The source advised that he does not know if Julaidan ever stopped supporting Al-Qaida.

108. Have you ever seen Wael Hamza Julaidan and Abdelmagid al Zindani together?

The source does recall ever seeing them together.

109. What were the common interests of Wael Hamza Julaidan and Abdelmagid al Zindani?

The source advised that their common interests are militant Islam and jihad. According to the source, Julaidan supports the cause financially while al-Zindani is a jihad scholar.

110. Did Wael Hamza Julaidan and Abdelmagid al Zindani own jointly companies or charity organizations?

The source advised that he does not know if they jointly owned any companies or charities.

111. Did Wael Hamza Julaidan have contacts with Yassin Al-Kadi?

19

KADI0028398

The source advised that he believes Julaidan and Al-Kadi had contact with each other because they worked together at the Islamic Relief Organization along with Abu Unaith Al-Saudi and Abu Hammam Al-Saudi.

112. Where there financial connections between Yassin Al-Kadi and Wael Hamza Julaidan?

The source advised that the only financial connection he is aware of comes from the late 1980's and early 1990's with regards to the Islamic Relief Organization in Peshawar, Pakistan.

113. Did Wael Hamza Julaidan support the organization Al-Qaida financially?

The source advised that Julaidan did financially support Al-Qaida.

114. How were the supporting funds transferred from Wael Hamza Julaidan to Al-Qaida?

The source advised that the transfer of money from Julaidan to Al-Qaida was mostly through the Hawala Banking system.   The source advised that a large Hawala office was located in the Karcula Kyber Bazar in Peshawar where Al-Qaida would receive money from Saudi Arabia.   The source further advised that the Hawala office in Saudi Arabia was located in the Bab Sharif area of Jeddah.

115. Did Wael Hamza Julaidan also use companies, charity organizations, handing over of cash or Hawala systems in order to transfer the funds to the organization Al-Qaida?

The source advised that cash from the Islamic Relief Organization's head office in Jeddah, Saudi Arabia was hand carried to the Peshawar office and given to Al-Qaida.   The source advised that money also came to Al-Qaida through the Habib Bank branch in Peshawar.   Furthermore, the source advised that money came to the Mekhtab Al-Khidemat office in Peshawar by courier, the Habib Bank and by the Hawala banking system.

20

P. 4

KADI0028399

The source advised that he does not recall Al-Kadi bringing money to Abu Unaith.

193. Did Yassin Al-Kadi and Abu Unaith Al-Saudi have joint accounts?

The source advised that he does not know if Al-Kadi and Abu Unaith had any joint accounts.

194. Where is Abu Unaith Al-Saudi today?

The source advised that he does not know the current whereabouts of Abu Unaith.

195. What else can you tell us about the relationships between Abu Unaith Al-Saudi and Yassin Al-Kadi on the one hand and the organization Al-Qaida on the other hand?

The source advised that Abu Unaith and Al-Kadi support jihad and the Bin Laden/Al-Qaida agenda.

Questions concerning Abu Hammam Al-Saudi

196. Who is Abu Hammam Al-Saudi?

The source advised that Abu Hammam is a Saudi national from the Dosari tribe.

197. Is Abu Hammam Al-Saudi a member of Al-Qaida?

The source advised that Abu Hammam is a member of Al-Qaida.

198. Did Abu Hammam Al-Saudi have personal contacts with Osama Bin Laden?

The source advised that Abu Hammam was in frequent contact with Bin Laden and fought with him (Bin Laden) against the Soviets before Al-Qaida was formed. Furthermore, the source advised that Abu Hammam worked with Yousif Hamdan and Wael Julaidan at the Islamic Relief Organization in Peshawar, Pakistan.

33

KADI0028412

**THE MUSLIM WORLD**

Monday 17-23 Rabi-Awwal 1418 H.

21-27 July 1997 G                    THE MUSLIM WORLD

---

*In a seminar held by Al Ahram Regional Press Institute in Cairo,*
<u>*Muslim World League Secretary General sheds light on the League's foundation, goals,*</u>
<u>*activities, programs and concerns:*</u>
*"The Muslim World League has spent 5.8 billion riyals, mostly provided by Saudi Arabia,*
*to serve Islam and Muslims.*
*Reports on the League funneling funds to extremist groups have proved to be groundless*
*as the information provided on this issue is inaccurate.*
*The League participates in seminars held in the West to spread the true image of Islam.*

*Dr. al-Obaid extends his thanks and appreciation to the Saudi Government under the*
*leadership of the Custodian of the Two Holy Mosques, and His Royal Highness Prince*
*Abdullah as well as Prince Sultan, for the funds and facilities they have provided to the*
*League.*

The League has spent 5.8 billion riyals, mostly provided by Saudi Arabia, to serve Islam
and Muslims. The League participates in seminars held in the West to spread the true image
of Islam.
*[Caption: Dr. Abdullah Bin Saleh al-Obaid]*

Secretary General of The Muslim World League in Holy Mecca, His Excellency Dr. Abdullah bin
Saleh al Obaid, has stated that the League is inspiring new Muslim generations through a scientific
moderate approach of Islam. The league has also exerted persistent efforts in order to help people
deepen their understanding of Islam by spreading the Islamic culture that addresses the deficiencies
of contemporary thinking. It handles both types of deficiencies: those vehemently fighting Islam
and those extremely exaggerating its teachings.
This was stated in His Excellency's speech at the seminar held on Tuesday, 11/3/1418 H. (July 16,
1997) by Al Ahram Regional Press Institute, affiliated with Al Ahram Organization in Cairo, Egypt.
The seminar's objectives were to introduce The Muslim World League, its goals and activities in
the fields of Islamic Da'wa[1] and relief.

---

[1] Call to Islam

In His Excellency's speech, he welcomed this seminar and extended thanks to its organizers. Then, he explained the reasons of establishing The Muslim World League, its objectives, councils and bodies, as well as some of its prominent activities.

His Excellency said "After independence, the Islamic nation was in a dire need for an entity to unite and protect it against the malicious conspiracies plotted by its enemies and the atheistic intellectual streams, so that Muslims can regain their unity, solidarity, glory, and leadership. Hence came the call for holding a large Islamic conference in the Holy Mecca. This conference was held on Zul Hija 14[th], 1381 (March 21, 1962) . Among the participants were some of the nation's leaders, scholars and thinkers who have decided to establish an Islamic organization with headquarters in the Holy Mecca. They have also decided that such an organization shall possess a council comprising top scholars and thinkers whose mission is to reinforce Islamic solidarity and spread the message of Islam all over the world, so that peace, welfare and happiness can prevail. The Muslim World League, therefore, came to existence as a global popular Islamic organization representing the Islamic peoples and minorities in the world. The League has also played a prominent role in several parts of the world through its offices and the cultural centers, as well as its membership in a number of international organizations. The League, as a consultant non-governmental organization, is a senior supervisory member of the United Nations Social and Economic Council. It is also a member of the United Nations Educational, Scientific, and Cultural Organization (UNESCO), as well as the United Nations Children's Fund (UNICEF), and a supervisory member of the Islamic Conference Organization, attending all of its conferences, including summit conferences and foreign ministers meetings".

His Excellency has clarified that the League's objectives are spreading the message of Islam through legitimate channels, explaining the principles and teachings of Islam, refuting any doubts about Islam, challenging the destructive trends and thoughts, and supporting Islamic issues in a way that best serves Muslims' interests and hopes. It also works on solving Muslims' problems as well as providing them with services covering different fields such as educational, cultural, social, health and others. To these ends, the League coordinates with Islamic organizations and institutions sharing the same objectives, including the World Islamic Council for Da'wa and Relief in Cairo, headed by Sheikh of Al Azhar, and the Supreme Council of Islamic Affairs, affiliated with the Ministry of Awqaf *(Religious Endowments)* in Egypt, and University of Al Azhar, and other similar official and national organizations in Islamic and Arab world.

His Excellency has explained that the League consists of a number of councils and bodies, the most prominent of which is the World Islamic Conference, that is considered the highest legislative authority in the League. The World Islamic Conference is held whenever it is needed. The second prominent body is the League's Founding Board that consists of about sixty members, mostly

FED-PEC0203690

scholars and Islamic thinkers. Members of the Founding Board are representing the Muslim peoples and minorities all over the world. During its sessions, the Board adopts resolutions and recommendations on Islamic issues and its developments, such as the issue of Jerusalem and the Holy Mosque of Al Aqsa, and other public Islamic issues, as well as the issues and problems of the Muslim minorities.

The World Supreme Council for Mosques is another body affiliated with the League. Its objective is to revitalize the mission of the Mosque to undertake the role that it used to undertake during the early days if Islam. One of the Council's objectives is to form a unified Islamic public opinion. Emanating from this Council is a number of continental and local councils concerned with mosques, and maintaining and revitalizing the Mosque's activities all over the world.

One of the councils is the Islamic Fiqh Academy, whose objective is to study any emerging issues or questions concerning Shari'a (Islamic rulings) and to provide clarifications of Islamic judgment under the guidance of the Holy Quran, Sunnah, Ijma'a[1] and Analogy. Additionally, its objectives are to demonstrate the superiority of Islamic jurisprudence compared to all positive laws and human legislations. It also struggles for reviving, and spreading Islamic juridical heritage. The Council comprises some of the best jurisprudents of Islamic Sharia and it seeks the assistance of consultants experienced in non-religious sciences in a number of Islamic nations and nations with Muslim minorities.

Afterwards, he introduced the different bodies of the League and outlined the objectives of the Organization of Scientific Inimitability in the Holy Quran and the Noble Sunnah as: 1) gathering and organizing the efforts of Muslim researchers, 2) coordinating among universities and Islamic organizations in order to add a tincture of Islamic "faith" to cosmic sciences, and 3) working through serious and documented research on discovering the subtle meanings of Quranic verses and noble Hadiths (Prophet's sayings) in relation to cosmic sciences in light of the latest scientific discoveries. The Organization attempts also to hold meetings with prominent non-Muslim scientists from all over the world in order to inform them about the outcome of researches of interest to the Organization or researches issued by the organization itself.

He also spoke about the Islamic World Relief Organization in the Kingdom of Saudi Arabia, the League's authority that is specialized in charity and relief efforts. He stated that the Organization's objective is to alleviate the pains of Muslims suffering from wars and abrupt environmental disasters. The Organization also works on the establishment of any necessary projects in the under-served Muslim communities and where poor Muslim minorities live.

He clarified that the League undertakes lots of activities through its councils, bodies, offices and worldwide centers. The objective of these activities is focusing on creating an Islamic public

---

[1] Consensus of the Muslim scholar community

FED-PEC0203691

opinion putting the Da'wa (Islamic missionary work) back on the right track, in order to spare the Muslim youth the troubles of extremism. The League also works on clarifying the true meaning of Islam and rectifying the distorted image of Islam in the minds of non-Muslim people through quiet discussions and public conferences and meetings in which the League's top officials are participating along with several worldwide officials and national authorities. In its Da'wa programs, the League highlights the inculcation of an Islamic moderate approach in Muslim life and thought, bringing up coming generations in accordance with the guidance of the Holy Quran and the traditions of His Messenger (peace and prayers be upon him).

His Excellency affirmed that upon the League's desire for guiding Muslim generations in accordance with a moderate scientific approach, the League has worked hard to increase Islamic awareness. This was accomplished through spreading the Islamic culture addressing the diseases represented by contemporary thought, whether in the form of fighting Islam or extremist understanding of the teachings of Islam. The League undertakes its programs in this field through the publication and distribution of Islamic books on a large scale amongst Muslims and others. It purchases a number of useful books in the areas of creed, Da'wa and defending Islam in order to distribute them in different languages. The League does not only publish books to formulate a balanced Islamic awareness, but also considers education as a solid foundation to form the Muslim character based on a moderate approach to bring our Islamic communities closer to the nature ordained by God upon the Muslim nation, as set out in God's Words *"Thus, have We made of you a nation justly balanced, that ye might be witnesses over the nations, and the Messenger a witness over yourselves. "*

And since the Islamic mission is universal and has no boundaries, the League has opened the doors to dialogue with other religions, especially with followers of the Christian faith. In such a dialogue, the League depends on Shari'a principles and rules set by Islam, as stated by God Almighty in the Holy Quran "O People of the Book! come to common terms as between us and you: That we worship none but Allah; that we associate no partners with him; that we erect not, from among ourselves, Lords and patrons other than Allah. If then they turn back, say ye: Bear witness that we (at least) are Muslims (bowing to Allah's Will). And also His Saying And dispute ye not with the People of the Book, except with means better (than mere disputation).

His Excellency indicated that the League has held good meetings with the followers of other religions, through which the League has refuted some fabrications and suspicions aroused by enemies of Islam against this religion and its noble teachings. In its dialogue, the League focuses on demonstrating the merits of the Islamic religion, its tolerant teachings, moderate approach and ability to find solutions for human problems, and the need of mankind for Islam. It also focuses on

FED-PEC0203692

the solutions provided by Islam for political, social and environmental problems suffered by mankind.

His Excellency concluded his speech by saying "The League has provided services in several fields working towards several goals for the Muslim peoples. It's sufficient to say that what the League provided helped achieve the cooperation and solidarity aspired by Muslims on the path of Muslim unity". God Almighty, says, "Surely this Islam is your religion, one religion." "God Almighty speaks the truth." Then, he extended thanks to Al Ahram Organization for this invitation and called for more efforts.

Afterwards, His Excellency answered questions and inquiries from participants and representatives of newspapers, news agencies, satellite channels and radio stations. A number of media representatives from Egypt, Saudi Arabia, and the Gulf held meetings with His Excellency, in which he answered their questions including inquiries about the League's interests, decisions, Islamic centers and its stance towards the relationship between Islam and the West, in addition to other issues of concern to the League. With respect to the League's Islamic activities, His Excellency stated that the League is not concerned only with the achievement of social and economic objectives for the Islamic world, but it has achieved much in respect of the political issues. Most prominent among these issues was the call adopted by the League for establishing the Islamic Conference Organization shortly after the burning Al Aqsa Mosque, as well as its call for boycotting Israel. He indicated that the League held several seminars and conferences on Jerusalem, and participated in achieving reconciliation between Afghani citizens The League is cooperating with Mujuhideen bodies in Kashmir and is still working on achieving reconciliation amongst the fighting groups in Somalia.

*Untrue Information*

Answering a question on the reports regarding the League's funds being funneled to extremist groups, Dr. al-Obaid said, "This is a closed chapter, especially since information on this issue is not accurate due to the nature of relief work carried out by charities in general". He indicated that there are no infallible authorities or even countries. It has been already proven that there were people who exploited the situation and misused some funds, but we have repeatedly emphasized that charitable organizations had no ill intention. We have asked the concerned parties to provide any information in this regard; but ultimately, we are one "nation". Regarding the League's activities in general, Dr. al-Obaid stated that the League has spent 4 billion Riyals to serve Muslims, and most of these funds were provided by the Kingdom of Saudi Arabia. Furthermore, 1.7 billion Riyals, wholly provided by Saudi Arabia, were spent on Muslim relief efforts around the world. Additionally, more than 100 million Riyals were allocated to serve Islamic goals, of which 20 million Riyals were allocated for

FED-PEC0203693

mosques, and none of these amounts was spent inside the Kingdom. He expressed his thanks and appreciation to the Government of Saudi Arabia under the leadership of King Fahd Bin Abdul Aziz the Custodian of the Two Holy Mosques, and His Royal Highness Crown Prince Abdullah Bin Abdul Aziz for the funds and facilities they provide to the League.

As for the League's activities in Egypt, His Excellency stated that the League provides support to 18 thousand orphans, and has signed an agreement with Ain Shams University, whereby free scholarships shall be granted to distinguished Muslim students. There is also an effective cooperation with Al Azhar University through providing scholarships to the citizens of Muslim minorities in Chechnya, Bosnia-Herzegovina and Eastern Europe.

Further, there is a continued cooperation with the Islamic Relief Organization in Egypt, where there is an office managing expenditures for the orphans and also programs such as "Productive Families Program", in addition to millions spent by the League on the education of our Egyptian brothers.

### *Islam and the West*

*The conflict between Islam and the West is not a religious or ideological issue, but rather a military and economic one.*

*The time has come for the West to know about Islam as much as they know about the organizations, institutions and economy of the Islamic countries.*

Regarding the defamation facing Islam in the West and the League's role in this respect, Dr. Abdullah al-Obaid stated that the image of Muslims in the West is unfortunately bad; and that surely this is attributed to a lot of ignorance, but it is partially intended. In this regard, the League participated in several seminars in the West, the latest of which was a seminar held in Rome and similar others in Croatia, Bosnia-Herzegovina, and France. All these seminars aimed at unveiling the truth of Islam. He added that the League worked through its centers in London, Madrid, Brussels, Italy, the Netherlands, Sweden, France, and Austria where the league spreads books revealing the truth of Islam. As for intentional defamation, he stressed that defaming Islam is sometimes intentional. In this respect, the League has attempted to reveal the parties standing behind these acts. Whenever the League has information that a statesman attacks Islam, the League contacts him/her and clarifies the truth of Islam. This happened with the French Interior Minister, who stated that his attitudes towards Islam were due to the lack of sufficient information about it. Answering a question about the dimensions and significance of selecting the subject "Islam and the West. The Past, The Present and The Future", His Excellency said "The selection of this subject means everyone must face reality and today's needs. Five years ago, the West was inclined to deal with Islam in a new manner, which is based on a misconception of Islam. The West needs to understand the true teachings of Islam, and we need to make them understand our reality and

FED-PEC0203694

situation- so the need is mutual. There is no doubt that there are indications pushing the two sides towards engaging in the right dialogue, especially in light of the circumstances and changes taking place now and then. Expectations make us fear the future. Our fear of the future makes us walk on the right path and request the West also to do the same. We cannot deal with each other, unless we understand each other." His Excellency stated that ten years ago, Muslims and the West were united against communism. When communism, represented by Russia, faded away, the friend has become an enemy, and the Mujahideen became enemies, described as terrorists. This was helped by the existence of circumstances, reasons and reactions which created terrorism and a sort of misunderstanding. However, it is not in the interest of mankind in any way to close our eyes and go our separate ways.

He added that the responsibility for clarifying the truth of Islam falls in the first place upon the party who classified Islam as a terrorist religion, that is the West. Then, the responsibility falls also upon Muslims who should clarify the truth - so the responsibility is mutual. It is not only the church, which classified Islam as an enemy, but also the centers of observation, research and strategic studies. Therefore, it is not only an ideological or religious issue, but it is an issue of military and economic conflict as well. Such bodies have also tried to prove the inevitability of such conflict, especially since Islam is still growing all over the world, as it is the message of God and no one can stand against it. The history even proves that whenever Muslims get more besieged, Islam grows even greater. However, it is in the interest of all to understand the truth of Islam. We have scientific and educational institutions looking for the best ways to do that. Let the West study and know Islam:- the Islam that we know. The West knows now a lot about Islamic institutions, Islamic personalities, and Islamic countries and their resources. We want them now to know a lot about Islam, which they consider their enemy. I believe the mission of Muslims is to introduce Islam in a language that the West understands. I do not think that they will fear Islam. They will even find happiness in this religion, as found by more than a billion Muslims.

About whether there is an Islamic strategy to enter the new century, Dr. al-Obaid stated that the twenty first century is like other past centuries, and its days carry nothing new as they belong to God. However, there will be new things in terms of treatment and international relationships. That is why Muslims should unite, coordinate their efforts and do their best to understand their religion and introduce it to others, so that Islam may not be misunderstood and exploited by anybody.

This is what the Muslim World League has sought through organizing seminars and conferences in the West. During the last year, the League participated in more than five forums in the West, and we are trying to handle an important issue, which is explaining our Islam to the West and demanding our rights from them. We ask our brethren to unite and to reach a bottom line agreement in order to represent Islam before local authorities in each European country, through one entity to

FED-PEC0203695

be elected and chosen by all Islamic organizations. I believe that using these means, we will be able to solve part of the problem.

### *Difference between Dialogue and Da'wa*

Belief is a matter of religious difference. Everybody is free to choose his/her own religion, this is a deep rooted rule in Islam. This is proved by the Al Hudaybia Agreement and many others.

Dr. Abdullah warned against the dangers of Ijtihad *(independent interpretation of religion)*, which could be harmful, as some Muslims have different opinions on some very well known issues, some of which are based on independent interpretations. This causes unnecessary troubles. Examples for this include statements such as "Islam is a religion of polygamy "; "Islam permits family planning" while their intentions are malicious. There are also those who call for human rights according to what suits them, not based on the teachings of Islam.

Therefore, I think that there is a need for a single entity that should undertake dialogue, whether on the intellectual level or on the religious level. Such an entity should be governed by well defined terms and should be based on Shari'a. He stated that it was very important to differentiate between dialogue and Da'wa; however, dialogue should be in the framework of Da'wa.

In relation to dialogue with followers of other religions, he stated that this comes from the point that there are common interests between Islam and other religions, such as the issue of women, as Muslims and Christians rejected the UN proposals for permitting abortion. There are other common issues such as the prohibition of the degradation of religions and prophets, as well as other common issues in the fields of environment, family and human rights.

### *League Resolutions Are Not Binding*

Answering a question on whether the League's resolutions are binding upon members, he stated that they are not; however, it is inevitable to adopt the juridical opinions issued by the Jurisprudence Council. In fact, the resolutions of the Jurisprudence Council, affiliated with the Islamic Conference Organization, are not binding upon members, unless the members agree on the issue, as when they reached and agreement on limiting the number of pilgrims. If members were adopting different views, then a resolution will not be binding.

### *Islamic Centers*

As for Islamic centers supervised by the League, he said that it has centers in Italy, Belgium, Chad, Benin, Niger, Nigeria, the Netherlands, Togo, Brazil, Austria, France, and Madrid and many others. Moreover, the League has lots of bodies and authorities affiliated with it such as the General Islamic Conference, the Founding Council, the World Supreme Council for Mosques, the Jurisprudence Council, the International Islamic Relief Organization and the Organization of Scientific Inimitability of the Holy Quran and Noble Sunnah.

### *Fatwa (ruling) on Organs Transplantation*

Regarding the League's opinion on organs transplantation, the Secretary General of the Muslim World League in the Holy Mecca stated that "the Jurisprudence Council affiliated with the League, issued a fatwa (ruling) in this regard, permitting transplantations that cause no harm to the donor's life, as well as the transplantation of organs of the dead; however, he could not remember the exact wording of the ruling."

### *IESCO Calls to Put an End to Anti-Islam Propaganda*

Rabat-Reuter

The Islamic Educational, Scientific and Cultural Organization (IESCO) has called upon U.S. President Bill Clinton to help put an end to the defamation of Islam in the occupied Palestinian territories. In a statement addressed to the U.S president from its headquarters in Rabat the IESCO called him to take the initiative to stop the provocative acts against Islam; and particularly the issuance of publications degrading Prophet Muhammad (peace and prayers be upon him).

The statement referred to the posters placed in Hebron, which agitated Arabs, because the posters depicted the Prophet Muhammad (peace and prayers be upon him) in a bad way. The Head of the Organization, Abdul Aziz Othman Al Nowaijri, in his meeting with the Russian Ambassador to Rabat, also called upon Moscow to mobilize the international community with the aim of putting an end to provocative acts against Islam.

Placing this poster last June 27th on twenty stores in the Palestinian section of Hebron has agitated the Muslim feelings and augmented protests against Israel. The Islamic Educational, Scientific and Cultural Organization is affiliated with the Islamic Conference Organization and is concerned with the revival of the Islamic culture.

### *Positive Initiative in Sweden*

Parents of some Muslim students at "Roz e Naqor[1]" school in Sweden have called for making Arabic classes equal to classes of other languages at school, and organizing classes about Islam for those who are interested. This initiative is considered the first of its kind in Swedish schools.

The Muslim community hopes that the decision will be generalized to include the rest of Swedish schools, as adopted in other European countries.

*In an interview with the Egyptian "Al Masaa" Newspaper:*

***Dr. Ibn Obaid Praises the League's Role in Serving Muslims***
***The League Pays Special Attention to the Liberation of Jerusalem & Supporting Palestinians***

Saudi News Agency- Cairo

The Secretary General of the Muslim World League, Dr. Abudilah Bin Saleh al-Obaid shed lights on the significant role undertaken by the League in serving Muslims and the Islamic world.

In an interview with the Egyptian Newspaper "*Al Masaa*", he affirmed that the League has duly played its social, economic and political role in serving the causes of the Islamic world and Muslim minorities all over the world. He stated that the League has succeeded in settling several problems in the Islamic world. Dr. al-Obaid indicated that the Muslim World League was completely keen on eliminating the degraded image of Muslims in the eyes of the West and its media, clarifying that the League held several seminars in Europe and the United States in this regard to improve this image.

He added "this included the participation by the League representatives in an educational seminar in Madrid and holding several seminars in London, Italy and Austria, in addition to printing several books within the Da'wat Al Haq *(Message of Truth)* series addressing this issue and providing the optimal image of Islam". He also stated that twenty-five years ago, the Muslim World League was the first to call for a dialogue with the followers of other religions. Such a dialog was based on the Islamic principles, rules and the Islamic tolerance. He indicated that the League cooperated with some moderate individuals in the West, such as Britain's Crown Prince Charles who, on several occasions, praised Islam, describing it as a good religion for every time and place. Concerning the issue of Organs Transplantation Dr. al-Obaid emphasized that the Islamic Jurisprudence Council settled this question by issuing a fatwa (Ruling) permitting the transplantation of the organs of the dead to the living on certain conditions. The Secretary General of the Muslim World League clarified that the League cooperates with Al Azhar on providing scholarships to some students, and

---

[1] School Name could not be verified

also provides financial and in-kind aids to 18,000 orphans in Egypt through the Orphan Support Program. Dr. al-Obaid has also indicated that the League paid special attention to the liberation of Jerusalem and supporting Palestinians in the occupied territories, and also it contributes to the facilitation of conferences stressing the Muslims' rights to Jerusalem and Al Aqsa Mosque. The League also engages in fund-raising activities for the Palestinian people.

FED-PEC0203699

INTERNATIONAL ISLAMIC RELIEF ORGANISATION
PAKISTAN BRANCH

VERIFICATION OF RECEIPTS AND PAYMENTS
FOR THE PERIOD FROM

1 JANUARY 1996 TO 22 FEBRUARY 2001

*FORD RHODES SIDAT HYDER & CO.*
*Chartered Accountants*

A Member of Ernst & Young International

**P-1**

IIRO026468

INTERNATIONAL ISLAMIC RELIEF ORGANISATION
PAKISTAN BRANCH


VERIFICATION OF RECEIPTS AND PAYMENTS
FOR THE PERIOD FROM

1 JANUARY 1996 TO 22 FEBRUARY 2001

**P. 2**

IIRO026469

INTERNATIONAL ISLAMIC RELIEF ORGANISATION
PAKISTAN BRAHCH

VERIFICATION OF RECEIPTS AND PAYMENTS
FOR THE PERIOD FROM 1 JANUARY 1996 TO 22 FEBRUARY 2001

TABLE OF CONTENTS

| | | PAGE # |
|---|---|---|
| 1. | BACKGROUND | 2 |
| 2. | ENGAGEMENT OBJECTIVE | 2 |
| 3. | SCOPE OF WORK | 3 |
| 4. | METHODOLOGY | 4 |
| 5. | NON-MAINTENANCE OF PROPER BOOKS OF ACCOUNTS | 5 |
| 6. | NON EXISTANCE OF HEAD OFFICE MONITORING CONTROLS | 6 |
| 7. | RECEIPTS FROM HEAD OFFICE (H.O.) | |
| | 7.1  RECEIPTS SENT FROM H.O. NOT CREDITED IN IIRO-PAKISTAN BANKS | 7 |
| | 7.2  EXPENSES NOT REPORTED AGAINST FUNDS RECEIVED FROM H.O. | 9 |
| 8. | FUNDS FOR ORPHANAGES | 11 |
| 9. | CONSTRUCTION | 13 |
| 10. | FUNDS FOR AFGHANISTAN | 14 |
| 11. | FUNDS FOR HEALTH PROJECTS | 15 |
| 12. | DIFFERENCES IN US DOLLARS TO PAK RUPEE CONVERSION RATES | 16 |
| 13. | GULF MEDICAL CENTRE (GMC) | 17 |
| 14. | GENERAL PROJECT COMMENTS | 20 |
| 15. | ANNEXURE I | |

Ford Rhodes Sidat Hyder & Co.
Chartered Accountants
A Member of Ernst & Young International

IIRO026470

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

## 1. BACKGROUND

International Islamic Relief Organisation (IIRO) was established in 1978 as a humanitarian non-governmental Organisation with the objectives of serving victims of natural disasters and wars, orphans, refugees and the destitute, all over the world. The Head Office (H.O.) of IIRO is based in Jeddah, Saudi Arabia. IIRO is conducting relief programs in various sectors such as medical, educational and social services. These programs and activities are financed by voluntary contributions given for specified as well as for unspecified projects. Parts of its resources are derived from Zakat paid by individuals and companies and from wills made in its favour.

IIRO has established its Branch Office in Pakistan (the Branch) to carry out the above objectives in Pakistan. Branch is running projects like help of orphans, poor and needy people, scholarship programs, kafalat, construction of masajid and digging of wells, welfare hospitals, iftar-o-saim, halakat-ul-Quran, etc. The Branch also runs Gulf Medical Center (GMC), which is a revenue generating project providing specified health services to people.

## 2. ENGAGEMENT OBJECTIVE

We were required to carry out the assignment, in accordance with the scope of work defined below, for the purpose of determining the maintenance of proper books of account and financial records and ascertaining weaknesses and non-compliance, if any, which may have resulted in financial mismanagement and/or misappropriation of funds at the Pakistan Branch. Thus, the core objective of the assignment was to determine the loss of funds due to misuse or embezzlement, if any, and submit report on our findings.

Ell Ford Rhodes Sidat Hyder & Co.
Chartered Accountants
A Member of Ernst & Young International

IIRO076471

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

## 3. SCOPE OF WORK

3.1    The procedures required to be performed by us for the engagement, which comprises the scope of our work, included the following work relating to the period from 1 January 1996 to 31 January 2001:

I    Check that receipts from Saudi Arabia are properly recorded both in US Dollars and Pak. Rupees and assessing reasonableness of conversion rate used during the period.

II    Verify all payments and ensure that all underlying documents are attached to it. Also ensure that attached underlying documents are authentic.

III    Receipts from GMC relating to rendering of medical service were properly recorded and banked.

IV    Submit report on findings.

3.2    Later on through a letter dated 16 July 2001, our scope was restricted to verification of under mentioned areas for the last three years only:

- Disbursements from Head Office to Pakistan Office
- Orphans expenditure
- Construction projects
- Medical centers
- Some cases of exchange rates
- Selling cars

3.3    In addition to the above we were required to check and report on the remittances received from H.O., Jeddah, during the periods from 11 March 1995 to 31 December 1995 and from 23 February 2001 to 28 March 2001. This was required to be done in order to check and reconcile the total amounts remitted by H.O., Jeddah, during the tenure of ex-Director General of IIRO Pakistan with the total receipts in IIRO's bank accounts in Pakistan.



P. 5   - 3 -    Ell Ford Rhodes Sidat Hyder & Co.
Chartered Accountants
A Member of Ernst & Young International

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

## 4. METHODOLOGY

Work performed to achieve each audit objective is as follows:

**To achieve objective # 1**

a) Obtained year wise funds transmitted report from H.O. and performed following:

> Traced all the amounts appearing in the report from "Out Ward Payment Order" of Al-Rajhi bank through which funds are transmitted to Pakistan.
> Checked the rate used to convert Saudi Riyals to US Dollars.
> Checked supporting/ authorizing letter from H.O. management to the bank for transfer funds to Pakistan.
> Checked the purpose for transfer of funds and the project for which funds are transferred.

b) Obtained bank statements of US dollar account of IIRO Pakistan office and traced the funds transmitted from H.O. in the bank statement (see Annexure I). Investigated reasons for differences and missing credits in the bank statements.

**To achieve objective # 2**

Verified all the expense vouchers provided to us, restricted to the amended scope of our work. We also investigated supporting documents which seemed fake and checked the rate used for conversion of US dollars to Pak. Rupees. Due to limitation on our scope and non-availability of all the payment vouchers we could not complete work on this area enabling us to substantiate our findings and draw conclusions.

**To achieve objective # 3**

The only source of revenue of GMC is the amount charged for tests and procedures, which are required to be performed before issue of the health certification. The amount is paid in cash for which receipt is issued to the payer. Daily cash collection is summarised as in Finance Report, which is further summarised on monthly basis. We have verified all the daily summaries from the duplicate receipts issued and than compared the monthly finance report with daily finance report in order to find differences between these two statements.



Ford Rhodes Sidat Hyder & Co.
Chartered Accountants
A Member of Ernst & Young International

IIRO 026073

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

## 5.  NON MAINTENANCE OF PROPER BOOKS OF ACCOUNT

FINDINGS

On commencing our assignment our first task was to take inventory of the books of account and underlying accounting record kept and maintained locally and to ascertain its level of completeness and reasonableness. After detailed search and review of the accounting department record we were only able to find the following:

> ➢ Register of Cash in safe for 1418 (1998) and only five transactions of 1419 (1999).
> ➢ Register/ledger recording bank transactions for 1418 (1998) only.
> ➢ Two separate registers/ledgers recording transactions of Emirates Bank Islamabad, for Pak Rupee and US Dollar accounts, for 1421 (2000) for last two months only.
> ➢ Register/ledger of Habib Bank limited (HBL) Pak Rupee account for 1421 (2000) only for last two months.
> ➢ One register containing department wise payment of 1420 and 1421 (1999-2000).
> ➢ Expenditure journal containing few transactions for one month of 1420.
> ➢ Few duplicate copies of payment, receipt and expense vouchers.

As is very evident the above mentioned accounting record is not only inadequate and improper it was found incomplete and inaccurate. The management, we understand, had hired an accountant who was responsible for doing all the finance related work primarily ensuring the maintenance of all the required books of accounts and related record, maintaining custody of cash in hand and at bank and to work as a bridge between project coordinators and higher management. We also found that project coordinators also had not kept any record of the funds they received and expenses made against those funds.

CONCLUSION

The concerned accountant and any other staff responsible failed to discharge the basic function of preparing and maintaining proper books of account and underlying accounting record which is an essential requirement of any organization. Thus, they failed to perform their functions due to which it was not possible to perform any conclusive verification and checking of receipts and payments transactions.. This not only facilitated financial mismanagement it created opportunities for misuse misappropriations of funds and fraud. We are, however, unable to determine whether the non-maintenance of books of account was done deliberately or was only due to inability or carelessness, for which the management is also equally responsible.

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

## 6.   NON EXISTANCE OF HEAD OFFICE MONITORING CONTROLS

### FINDINGS

We found that the internal controls relating to proper monitoring of funding to Pakistan were not in place at H.O. The H.O. management had neither established any system or mechanism for financial discipline nor required proper reporting from Pakistan office relating to disbursements or activities carried out at Pakistan branch. Moreover, no internal or external audit was ever carried out for Pakistan branch and H.O. management never asked local management to provide them audit report on some fixed interval/periodic basis. We were also not able to check the H.O. record relating to Pakistan operations due to non availability of information duly translated in English and because of incomplete and unreconciled details.

### CONCLUSION

Due to non-existence of proper internal controls and required monetary mechanism no financial discipline was in place for recording and reporting the funds receipts and expenditure. Thus, in the absence of proper accounting record in the Pakistan office and due to non availability of complete and accurate information in the H.O. relating to Pakistan operations it was not possible to correlate the available information for determining the quantum of loss of funds.  These control weaknesses on the part of H.O. management, in our view, paved the way towards providing opportunities for financial mismanagement and misappropriation of funds.

Ejj Ford Rhodes Sidat Hyder & Co. IIRO 026475
Chartered Accountants
A Member of Ernst & Young International

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

7. RECEIPTS FROM H.O.

7.1 RECEIPTS SENT FROM H.O. NOT CREDITED IN IIRO-PAKISTAN BANKS

BACKGROUND INFORMATION

Materially all the funding for running the affairs of IIRO Pakistan are in the form of donations received from H.O.. through remittances, which are project-specific, sent directly to IIRO's US Dollar accounts through telex transfers or through crossed cheques. These are, thereafter, withdrawn and converted into Pak Rupees on a need basis and utilised after being deposited into any of IIRO's Pak Rupee accounts being maintained and operated for various projects, as per our understanding of IIRO's procedures.

FINDINGS

Year wise listings of disbursements from H.O. to IIRO-Pakistan prepared from the H.O. record [Annexure I], were checked with "Outward Payment Orders" of Al-Rajhi Bank. We than traced the funds transmitted from H.O. in bank statements of IIRO Pakistan to ascertain whether these have been credited in IIRO Pakistan accounts or not. As we were not provided with the bank statements for the period from 11 March 1995 to 31 December 1995 therefore the later exercise was not performed for the same period. We found that certain remittances sent from H.O. to IIRO-Pakistan were not credited in the bank accounts maintained by IIRO-Pakistan. Summary of our findings is given below:



≡IFord Rhodes Sidat Hyder & Co.
Chartered Accountants
A Member of Ernst & Young International

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

[ALL AMOUNTS IN US DOLLARS]

| Year / Period | Funds transmitted in favour of | AMOUNTS remitted by H.O. | AMOUNTS credited in bank statements of IIRO-Pakistan | Difference |
|---|---|---|---|---|
| 1415-1416 | IIRO – Pakistan | 3,278,434 | * | N/A |
| 1416 | IIRO – Pakistan | 2,254,359 | 2,223,306 | 31,053 |
| 1417 | IIRO – Pakistan | 955,587 | 955,587 | NIL |
| 1418 | IIRO – Pakistan | 2,061,339 | 2,061,339 | NIL |
| 1419 | IIRO – Pakistan | 2,362,005 | 2,362,005 | NIL |
| 1419-1420 | IIRO – Pakistan | 2,319,129 | 2,250,721 | 68,408 |
| 1420-1421 | IIRO – Pakistan | 576,815 | 526,179 | 50,636 |
| 1420-1421 | Muslim World League | 1,312,763 | 1,299,430 | 13,333 |
| 1421-1422 | IIRO – Pakistan | 489,236 | 489,236 | NIL |
| 1421-1422 | Muslim World League | 658,427 | 658,427 | NIL |
| Total | | 16,268,094 | 12,826,230 | 163,430 |

* Bank statement not available

We investigated the above differences but were unable to trace them in bank statements. We also found that the record provided by H.O. management relating to Pakistan office remittances contained many mistakes and discrepancies which were later rectified during our checking. Moreover, no reconciliation of funds disbursed from H.O. and those received locally was ever prepared in Jeddah in order to find out whether all the funds being sent/remitted were accounted for in Pakistan and to trace any amounts that were not received.

CONCLUSION

The differences in remittances from H.O. and receipt in Pakistan office amounting to US Dollars 163,430 remain unaccounted for. In the absence of information and documentation available in H.O. regarding the confirmation of these amounts being remitted to Pakistan it is not possible to establish whether these funds were actually transferred to Pakistan bank accounts. The H.O. record from which the remittance details were prepared is also not fully reliable and verifiable. Thus, in the absence of documentary evidence the misappropriation or misuse of the unaccounted receipts cannot be conclusively established.

Ford Rhodes Sidat Hyder & Co.
Chartered Accountants
A Member of Ernst & Young International

IIRO 826377

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

## 7.2 EXPENSES NOT REPORTED AGAINST FUNDS RECEIVED FROM H.O.

**FINDINGS**

As a second step to our verification procedures we tried to determine the utilization of funding from the expenses reported against disbursements from H.O. to IIRO-Pakistan from the H.O. record which are generally project specific. We were not provided expense vouchers against all these disbursements during our verification at Jeddah and were informed that H.O. has only received the available expense vouchers. Year wise summary of difference between amount disbursed and expense reported to H.O. is as shown below:

[ALL AMOUNTS IN US DOLLARS]

| Year / Period | In favour of | Amounts remitted by H.O. | Expenses reported by Pak. Office | Balance unreported |
|---|---|---|---|---|
| 1419 | IIRO – Pakistan | 2,362,005 | 1,345,245 | 1,016,760 |
| 1419-1420 | IIRO – Pakistan | 2,319,129 | 1,118,668 | 1,200,461 |
| 1420-1421 | IIRO – Pakistan | 576,815 | 360,239 | 216,576 |
| 1420-1421 | Muslim World League | 1,312,763 | 841,903 | 470,860 |
| 1421-1422 | IIRO – Pakistan | 489,236 | 180,756 | 308,480 |
| 1421-1422 | Muslim World League | 658,427 | 120,599 | 537,828 |
| Total | | 7,718,375 | 3,967,410 | 3,750,965 |

We have checked from IIRO-Pakistan bank record and have found US $679,306/- in various banks as closing balance, while US $ 3,071,659 is the net unreported utilisation to H.O., as per their record. We have investigated from local management and respective project coordinators in Pakistan and have found that neither any unutilized funds are available nor do they have any expense vouchers pending with them for which any reporting to H.O.,. is outstanding.

**CONCLUSION**

The net unreported amount of US $ 3,071,659 is unaccounted for and represents the expenditure which was either not recorded and for which no vouchers and supporting documentation is available and/or the amounts which have been misused or misappropriated locally. However, in the absence of proper record at Pakistan office and information requested from banks we are not in a position to investigate this matter, as per laid down methodology, further in order to conclude our findings. We consider it appropriate to state that there is a complete mess at the organizational level as none of the persons either at H.O. or in Pakistan is aware about the outstanding expenses details due to lack of proper communication and absence of internal controls. The situation is made worse by the fact that none of the Project Coordinators is maintaining any record of receipts and expenses relating to their project and any reporting to local finance department. Thus, in the absence of further information from project coordinators, local management and H.O. management we are not in a position



International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

to conclude about the unreported balance of funds or about it's spending/utilization, or misappropriation.

Ford Rhodes Sidat Hyder & Co.
Chartered Accountants
A Member of Ernst & Young International

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

## 8.  FUNDS FOR ORPHANAGES

### BACKGROUND INFORMATION

IIRO is running orphanages both in Pakistan and Afghanistan. During the period since 1 January 1996 to date, funding was provided by H.O. for running and administration of these orphanages. Funding was also provided for the purchases of necessities such as clothing's, blankets, school bags, books & stationary, general daily consumption items, etc., for orphans residing in the said orphanages.

### FINDINGS

Based on our revised scope of work which limits our verification to the extent of Orphanages purchases only and to the extent the record has been made available, during our verification/checking of supplier's invoices and underlying documents, we found certain purchases made from the following suppliers:

| Name and address of supplier | Amount Rs. | Particulars of purchases |
|---|---|---|
| Cotton & Hides Basement, Service Shoes No. 5 Block 12/C, Jinnah Super Market Markaz F-7, Islamabad | 7,877,329 | Uniform, clothing's, school bags, bedsheets, blankets, Towels, Sweaters, Shoes, chapels, Vests, duppatas, e.t.c. |
| Global Trading Company 68, Street 62, Sector G-6/4, Islamabad | 4,992,540 | General consumption items, stationery, furniture and fitting, photocopier, Personal computer P-3,Printer,TV,VCR,e.t.c. |

M/s Cotton & Hides owner Mr. Shahid Jamil, who was contacted for obtaining confirmation of purchases, denies supplying any material to IIRO. As per his representation, in July/August last year he was asked by Mr. Amir Jasim (Director Finance of IIRO-Pakistan) to provide a quote and a bill for supply of goods/items for orphanages. He was told that the quotation and the bill would be sent to H.O. for approval, and once funds are released for the same, the order will be placed. Therefore, he prepared the quote and the bill and submitted them to Mr. Amir Jasim. He had also informed about this to ex-DG when he was called and questioned about the supply of quoted material. Similarly, he also gave quotes and bills regarding the purchase of blankets for orphanages. He confirmed that he neither supplied any goods to IIRO or anyone else representing IIRO nor received any money for the above-mentioned purchases.

We couldn't manage to contact M/s Global Trading Company, as the address given on the invoice does not seem to exist.



Ell Ford Rhodes Sidat Hyder & Co.
Chartered Accountants
A Member of Ernst & Young International

IIRO026480

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

Furthermore, Mr. Shoaib Sultan and Molvi Abdullah, who were shown as recipients of the purchases/ supplies as per the signed acknowledgements provided and are responsible for supply/delivery of these purchases to respective orphanages also deny any such receipts. As per their declarations they have not received any items/goods for orphanages, and claim that the signatures on goods receipt acknowledgements are fake/forged.

CONCLUSION

The above-mentioned supplier's representation and IIRO's staff declarations imply fake purchases of approximately Rs.12.86 million. This, however, could not be further investigated and substantiated as no interrogation has been undertaken with the persons responsible. Moreover, during course of our verification in Jeddah it has been observed that supporting documents/vouchers for the above-mentioned purchases sent by Pakistan office were accepted by the H.O. clearly evidencing that no proper checking was conducted and verification controls were observed which eventually resulted into possible misappropriation/misutilization of funds.

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

## 9. CONSTRUCTION

### BACKGROUND INFORMATION

Funds are sent for the construction of mosques, orphanages and digging of wells both in Afghanistan and Pakistan. These funds are sent via banking channel to IIRO Pakistan. IIRO H.O. receives these funds in the form of specific donations from the persons, which are interested in construction of these religious and public service structures. Type of construction, its location and name are donor specified.

### FINDINGS

During verification of construction projects' invoices/supporting documents; it has been observed that supporting documents, i.e., bills, acknowledgement receipt on the company letterhead, etc., are self-made, as no such construction company/companies seem to exist.

### CONCLUSION

Although there are evidences of construction activity being carried out proper utilisation of these funds cannot be ascertained as we did not find genuine expenditure supportings or record related to the expenditure incurred on projects. As construction projects sites are not physically visited/verified, significant portion of which are in Afghanistan, we cannot comment if all the construction projects for which funds were sent by H.O. were implemented and completed.

It is obvious that false supportings were prepared/produced as evidence of expenditure apparently with fraudulent intentions. Moreover, no accounting record had been maintained whether intentionally or unintentionally, from which the actual position/status of the funds utilised could be authenticated, the responsibility of which falls squarely on the management.

Ford Rhodes Sidat Hyder & Co.
Chartered Accountants
A Member of Ernst & Young International

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

## 10. FUNDS FOR AFGHANISTAN

### FINDINGS

Total amount sent for meeting Afghanistan health projects expenditure, as per information provided by H.O., was Rs. 11,931,592 (USD 217,258 converted @ 54.919). Against these funds we received from H.O. copies of supporting invoices/ bills for expenses of Rs. 1,037,865 relating to Afghanistan health projects.

We found that the invoices/bills of expenses supporting the expenditure of Rs. 1,037,865 did not relate to Afghanistan health projects/operations. These supporting invoices/bills, in fact, were related to medicines purchased for Uhud Hospital, Quetta, a sub-project of IIRO Health Project in Pakistan. Moreover, project in-charge of Uhud hospital Dr. Shaukat informed that the invoices/bills, which are produced as supporting, were paid out of hospital income and denies receipt of any funding from IIRO in this regard.

### CONCULSION

The supporting provided against the funding for Health Project of Afghanistan are not project related. It, therefore, seems that actual expenditure was not incurred and the invoices/bills of Uhud Hospital were used to form false supportings in order to claim expenditure against the amounts sent by H.O. with fraudulent motives. This also reflects weakness on the part of H.O. as the invoices/bills were accepted as supporting for Afghanistan health project inspite of the fact that it is clearly mentioned on the invoices/bills that they are for Uhud Hospital.



Ell Ford Rhodes Sidat Hyder & Co.   HJB00226033
Chartered Accountants
A Member of Ernst & Young International

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

## 11.    FUNDS FOR HEALTH PROJECTS

### BACKGROUND INFORMATION

During the period since 1 January 1996, IIRO-H.O. has sent funds for health related projects such as hospitals, clinics, infectious disease centers, e.t.c., which are operating in various parts of Pakistan and Afghanistan.

### FINDINGS

We found that IIRO-hospitals for which major funding has been sent during the period are also revenue generating projects. Revenue from these projects is not reported to H.O. Moreover, we were not provided with the complete record of health projects except Uhud hospital in which the situation is that hospital earned revenue amounting to Rs.17.8 million and received funds from H.O. amounting to Rs.2.6 million while expenditure incurred during the same period were Rs.21.4 million resulting in a net deficit of Rs.1 million for which no record was made available regarding the source from where the excess expenditure was financed.

### CONCLUSION

In absence of projects, revenue information and reports, operational/running deficit of the health projects i.e., hospitals in particular cannot be calculated or determined. Hence, proper utilisation of funds cannot be established. In the absence of complete project revenue information and figures, it is not possible to verify the correct utilisation of health projects funding. It clearly shows negligence of H.O., as only expenditure reports/supporting are treated sufficient for the verification of health project funds utilisation.

In particular the position relating to Uhud hospital needs investigation in order to ascertain whether the revenue figure is under-recorded or the expenditure figure is inflated. In the absence of proper record we are not in a position to conclude our findings in this regard.

Ford Rhodes Sidat Hyder & Co.
Chartered Accountants
A Member of Ernst & Young International

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

## 12. DIFFERENCES IN US DOLLARS TO PAK RUPEE CONVERSION RATES

### BACKGROUND INFORMATION

IIRO - H.O. sends funds in US Dollar currency bank accounts of Pakistan office. These funds are subsequently withdrawn from these banks and converted into Pak rupees from open market at prevailing day rate, after which these funds are either utilised or deposited in rupee bank accounts of IIRO-Pakistan. As per IIRO - H.O. instructions, when these funds are converted a conversion document is prepared which gives details such as date of conversion, name of money changers and their respected quoted rates, etc.

### FINDINGS

There are instances in which it has been observed that the open market rates used for the conversion of funds are different from the actual prevailing day rates.

### CONCLUSION

It implies that the differential amount, i.e., difference between the actual rate used and the rate reported, has been misappropriated.

Ell Ford Rhodes Sidat Hyder & Co.
Chartered Accountants
A Member of Ernst & Young International

IIRO026485

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

## 13. GULF MEDICAL CENTER

13.1    GMC started it operations in July 1999. Main objective of GMC is to generate revenue locally in order to make IIRO self-sustainable in carrying out its welfare projects with minimum reliance on Head Office (H.O.) donations/funding. The only activity/operation of GMC is to provide diagnostic services perform procedures and related vaccination to persons applying for work visa in Gulf States who require health certification.

13.2    Before submitting our initial findings we would like to briefly describe the areas we checked as part of our methodology and approach.

### REVENUE

The only source of revenue of GMC is the amount charged for tests and procedures, which are required to be performed before issue of the health certification. The amount is paid in cash for which receipt is issued to the payer. Daily cash collection is summarised in Finance Report, which is further summarised on monthly basis. For our verification and checking we have compared the monthly finance report with daily finance report in order to find differences between these two statements.

### EXPENDITURE

Following are the significant expenditures being incurred at GMC:

### PAYROLL

Source documents available for verification were payroll sheets, acknowledgement letter from radiologist, etc. Included in payroll were charges of security guards for which invoices/bills were seen.

### REFUND/COMMISSION TO AGENTS

From commencement of the medical center up to June 2000 commissions were being paid to agents who refer/bring business to GMC. On payment of commission, which varied from agent to agent, the acknowledgement was obtained from the agent on payment slip of his referred person/patient. From July 2000 payment to agents were stopped, which restarted from 17 November 2000 at a fixed rate of Rs.200 per person. We have verified/checked acknowledgements of agents for commission paid during the period and compared the same with the number of patients entertained/treated during the period in order to ascertain reasonableness of such payments.



Ell Ford Rhodes Sidat Hyder & Co.
Chartered Accountants
A Member of Ernst & Young International

IIRO 026886

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

## MEDICINES

Medicines are one of the major expenditure of the GMC, having a proportion of about 41% of the total expenditure. Being a risky area from overall expenditure perspective, following procedures are applied for the verification of medicine expenditure:

➢ A detailed supplier wise list is prepared from the available record about the payments made to various suppliers during the period and verified it from the actual invoices/bills.

➢ All the major suppliers were requested to send us detail of their transactions with GMC and confirm the amount received during the period.

➢ Compared the supplier-wise details prepared from GMC record with supplier provided/confirmed detail and reconciled the differences. Objective behind this exercise was to get independent third party confirmations about amounts paid to them by GMC and in order to identify the discrepancies, errors and any fake transactions.

➢ Predictive tests are applied to calculate and authenticate the total medicine expenditure during the period. The total number of tests performed is identified and per test cost calculated, which is then accumulated for determining per applicant/patient cost. The total number of applicants/patients treated during the period is multiplied with the cost calculated per applicant/patient. We observed only minor variance from the actual medicine expenditure verified.

## FINDINGS

Based on our above-mentioned work performed, procedures applied and information/records made available, following are our findings:

➢ Proper books of account were not maintained in GMC.

➢ Proper internal controls, policies and procedures were not in place/exercised at GMC, which renders the accounting record susceptible to errors and risk of fraud.

➢ The surplus of GMC, based on the record and information provided, is calculated to be approximately Rs.10.4 million. We were informed that surplus was paid in cash by the GMC accountant to IIRO's Director Finance periodically for which receipts were prepared. These amounts were supposed to be deposited in the bank. However, as per our findings no amounts were deposited in IIRO's bank accounts till January 2001. In A/c #1155-479189-00 Emirates Bank, Islamabad Branch, total of Rs. 762,965 only has been deposited from 24 January 2001 to 1 February 2001, relating to GMC surplus. The balance of approximately Rs. 9.6 million is not traceable in IIRO's accounts. According to information conveyed to us, such amounts received from GMC were also deposited in ex-DG's personal account maintained at Habib bank, Sadiqabad Branch, Rawalpindi, for which no documents or details were provided to us.



Ford Rhodes Sidat Hyder & Co.
Chartered Accountants
A Member of Ernst & Young International

IIRO026487

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

> Apart from GMC we learned that the ex-DG was also running two other medical centers, viz., VIP medical center in Islamabad and Al-Hijaz medical center in Karachi. VIP center, we are informed, was personal project of ex-DG handled by IIRO's Director Finance and himself. VIP medical center benefited from GMC operations as we noted that expenses like staff salaries of VIP, GAMCA contribution, VIP's equipment transportation cost, etc., were all paid through GMC.

> No information is available about Al-Hijaz medical center except that a payment of Rs.13,000 was made to Al-Hijaz from GMC.

CONCLUSION

In the absence of proper record and bank statement of ex-DG's personal account operated in Habib bank, Sadiqabad Branch, we are not in a position to conclude regarding missing amount of Rs. 9.6 million. Similarly, there may have been other payments on behalf of ex-DG's personal projects, which we cannot identify due to non-availability of proper records. No receipts or expenditure reimbursements from VIP medical center were found to have been received in IIRO's accounts.

Subject to above and in the absence of any evidence to the contrary the net receipt balance of Rs. 9.6 million, being untraceable, is considered to have been misused or misappropriated by the persons receiving it who were responsible to account for it.

International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

14.    GENERAL PROJECT COMMENTS

**BACKGROUND INFORMATION**

IIRO is running various projects both in Pakistan and Afghanistan. Project coordinators are responsible for the supervision of the projects, whereas, sub-projects of a project are run/administered by project in-charge.

We had meetings with projects-coordinators about their respective projects in order to obtain and develop understanding of the system, methodology and functioning of the project operations, which was in practice during the period. Moreover, we have checked the projects record/information available locally to the extent, possible.

**FINDINGS**

Based on our work, meetings and discussions with project coordinators and project in-charge, our findings are as follows:

➢  No standard policies, procedures and controls for projects implementation and operations are in place or being followed/practiced.

➢  Projects original records, we are informed, were submitted to IIRO Islamabad office by project coordinators and project in-charge and no backup or duplicate record was kept/available at projects. We were not able to locate or check any such record in IIRO's offices.

➢  Project coordinators in Pakistan and Afghanistan were never provided with the following essential and relevant information:

   ▪  Amount of funds received from H.O. for the respective projects.

   ▪  Dates on which project funds were received.

   ▪  Prevailing open market exchange rates used for conversion of project funds. Moreover, no documentation related to the conversion of funds was available at projects or IIRO's Islamabad office.

➢  Project coordinator and project in-charge queries related to the project's funding, operations, suggestions and efforts regarding maintenance of proper books of account and records, keeping the backup of project submitted records, etc., were always discouraged.

**CONCLUSION**

Based on above findings it can be safely concluded that the operations were grossly mismanaged by the concerned persons, including project staff. This has not only resulted in significant losses to the organization it also provided opportunities and created circumstances for misuse and misappropriation of funds. Not providing



International Islamic Relief Organisation - Pakistan Branch
Verification of Receipts and Payments
For the period from 1 January 1996 to 22 February 2001

information and guidance to project staff and discouraging record keeping are evidence of fraudulent intentions on the part of the Pakistan office management.

Ell Ford Rhodes Sidat Hyder & Co
Chartered Accountants
A Member of Ernst & Young International

UNCLASSIFIED                                E37

ORIGIN NEA-00

INFO  LOG-00   NP-00    AID-00   AMAD-00  CIAE-00  COME-00  CTME-00
      INL-00   USNW-00  DODE-00  DOEE-00  DOTE-00  PERC-00  SRPP-00
      DS-00    EB-00    OIGO-00  E-00     FAAE-00  FBIE-00  VC-00
      FRB-00   H-00     TEDE-00  INR-00   IO-00    ITC-01   LAB-01
      VCE-00   M-00     AC-00    DCP-01   NSAE-00  NSCE-00  OIC-00
      OMB-00   NIMA-00  OPIC-01  ACE-00   P-00     SCT-00   D-00
      SP-00    IRM-00   SSO-00   SS-00    STR-00   TRSE-00  USIE-00
      ECA-00   DSCC-00  PRM-00   DRL-00   G-00     SAS-00   SWCI-00
      /004R

088064
SOURCE: CBLEXCLS.001222
DRAFTED BY: NEA/ARP:PHEFFERNAN -- 04/20/2004  202-647-6562
APPROVED BY: NEA:JLAROCCO
NEA:PDIBBLE
NEA/ARP:DJONES OK
D:SBEECROFT OK
P:JCARPENTER OK
IO:APEREZ OK
EB:NROTHSTEIN OK
S/CT:TNIL OK
E:JDUNCAN OK
NSC:GPETERS OK
TREAS:TSANDERS OK
DESIRED DISTRIBUTION:
EB/ESC, NEA/ARP, S/CT

RELEASED IN PART
B1, 1.4(B), 1.4(D)

------------------111FF8  211440Z /07
P 202107Z APR 04
FM SECSTATE WASHDC
TO      AMEMBASSY RIYADH PRIORITY
INFO AMCONSUL JEDDAH PRIORITY
AMEMBASSY ABU DHABI
AMEMBASSY DOHA
AMEMBASSY KUWAIT
AMEMBASSY MANAMA
AMEMBASSY MUSCAT
AMEMBASSY SANAA
AMCONSUL DUBAI

S E C R E T STATE 088064

E.O. 12958: DECL: 04/20/2024
TAGS: ECON, EFIN, ETTC, PREL, PTER, SA
SUBJECT: TERRORIST FINANCING --
IIRO                                                          B1

CLASSIFIED BY: JIM LAROCCO, NEA, 1.4 (B,D)

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: SHARON E AHMAD
DATE/CASE ID: 19 AUG 2009  200903390        UNCLASSIFIED

FED-PEC0173851

UNCLASSIFIED

1.  (U) THIS IS AN ACTION REQUEST.  SEE PARA 8.

2.  (S)  SUMMARY:

B1

END SUMMARY.

3.  (U) IIRO IS A NON GOVERNMENT ORGANIZATION (NGO), FIRST
ESTABLISHED IN 1978 BY THE ISLAMIC WORLD LEAGUE, AND ENDORSED
BY THE SAUDI GOVERNMENT IN 1979.  THE STATED OVERALL MISSION
OF THE IIRO IS DIRECTED TOWARD THE PROVISION OF MEDICAL,
EDUCATIONAL, AND SOCIAL SUPPORT FOR THOSE IN NEED.  IIRO HAS
TRADITIONALLY PROVIDED EDUCATIONAL PROGRAMS TO REFUGEES AND
DISPLACED PERSONS AS WELL AS SUPPORTED SOCIAL AND ECONOMIC
DEVELOPMENT WORLDWIDE.  IT HAS ALSO PROVIDED MORAL SUPPORT
AND ASSISTANCE IN KIND AND IN CASH FOR POOR AND DESTITUTE
MUSLIMS.  IIRO PROVIDED HEALTH CARE, INCLUDING MEDICINES AND
FACILITIES, TO KOSOVO REFUGEES.  IIRO HAS ESTABLISHED A WIDE
NETWORK OF NATIONAL AND INTERNATIONAL CONTACTS WITH VARIOUS
ISLAMIC AND NON-ISLAMIC RELIEF ORGANIZATIONS, INSTITUTIONS
AND INDIVIDUALS, OPERATING IN SEVERAL COUNTRIES IN EUROPE,
ASIA AND AFRICA.

4.  (S/NF) WHILE IIRO IS REPORTED TO DISTRIBUTE MILLIONS OF
DOLLARS IN AID TO SUPPORT HUMANITARIAN EFFORTS, IT IS ALSO
REPORTED TO BE TIED TO AL-QAIDA AND OTHER TERRORIST
ORGANIZATIONS. FOR EXAMPLE, IIRO HAS BEEN CITED AS THE
PRINCIPAL SPONSOR OF TERRORIST TRAINING CAMPS IN AFGHANISTAN
DURING THE TALIBAN REGIME.  IIRO HAS ALSO BEEN CITED AS THE
CONDUIT FOR FUNDS FROM USAMA BIN LADEN TO TERRORIST
ORGANIZATIONS, SPECIFICALLY THAT THE ABU SAYYAF CELL IN
MANILA WAS FOUNDED WITH MONEY SENT BY BIN LADEN TO MOHAMED
JAMAL KHALIFA THROUGH IIRO.

B1

UNCLASSIFIED

ing to provide extra security. He encouraged Bin Ladin to use them. Khallad claims to have been closest with Saeed al Ghamdi, whom he convinced to become a martyr and whom he asked to recruit a friend, Ahmed al Ghamdi, to the same cause. Although Khallad claims not to recall everyone from this group who was later chosen for the 9/11 operation, he says they also included Suqami, Waleed and Wail al Shehri, Omari, Nami, Hamza al Ghamdi, Salem al Hazmi, and Moqed.[98]

According to KSM, operatives volunteered for suicide operations and, for the most part, were not pressured to martyr themselves. Upon arriving in Afghanistan, a recruit would fill out an application with standard questions, such as, What brought you to Afghanistan? How did you travel here? How did you hear about us? What attracted you to the cause? What is your educational background? Where have you worked before? Applications were valuable for determining the potential of new arrivals, for filtering out potential spies from among them, and for identifying recruits with special skills. For instance, as pointed out earlier, Hani Hanjour noted his pilot training. Prospective operatives also were asked whether they were prepared to serve as suicide operatives; those who answered in the affirmative were interviewed by senior al Qaeda lieutenant Muhammad Atef.[99]

KSM claims that the most important quality for any al Qaeda operative was willingness to martyr himself. Khallad agrees, and claims that this criterion had preeminence in selecting the planes operation participants. The second most important criterion was demonstrable patience, Khallad says, because the planning for such attacks could take years.[100]

Khallad claims it did not matter whether the hijackers had fought in jihad previously, since he believes that U.S. authorities were not looking for such operatives before 9/11. But KSM asserts that young mujahideen with clean records were chosen to avoid raising alerts during travel. The al Qaeda training camp head mentioned above adds that operatives with no prior involvement in activities likely to be known to international security agencies were purposefully selected for the 9/11 attacks.[101]

Most of the muscle hijackers first underwent basic training similar to that given other al Qaeda recruits. This included training in firearms, heavy weapons, explosives, and topography. Recruits learned discipline and military life. They were subjected to artificial stresses to measure their psychological fitness and commitment to jihad. At least seven of the Saudi muscle hijackers took this basic training regime at the al Faruq camp near Kandahar. This particular camp appears to have been the preferred location for vetting and training the potential muscle hijackers because of its proximity to Bin Ladin and senior al Qaeda leadership. Two others—Suqami and Moqed—trained at Khaldan, another large basic training facility located near Kabul, where Mihdhar had trained in the mid-1990s.[102]

By the time operatives for the planes operation were picked in mid-2000, some of them had been training in Afghanistan for months, others were just

arriving for the first time, and still others may have been returning after prior visits to the camps. According to KSM, Bin Ladin would travel to the camps to deliver lectures and meet the trainees personally. If Bin Ladin believed a trainee held promise for a special operation, that trainee would be invited to the al Qaeda leader's compound at Tarnak Farms for further meetings.[103]

KSM claims that Bin Ladin could assess new trainees very quickly, in about ten minutes, and that many of the 9/11 hijackers were selected in this manner. Bin Ladin, assisted by Atef, personally chose all the future muscle hijackers for the planes operation, primarily between the summer of 2000 and April 2001. Upon choosing a trainee, Bin Ladin would ask him to swear loyalty for a suicide operation. After the selection and oath-swearing, the operative would be sent to KSM for training and the filming of a martyrdom video, a function KSM supervised as head of al Qaeda's media committee.[104]

KSM sent the muscle hijacker recruits on to Saudi Arabia to obtain U.S. visas. He gave them money (about $2,000 each) and instructed them to return to Afghanistan for more training after obtaining the visas. At this early stage, the operatives were not told details about the operation. The majority of the Saudi muscle hijackers obtained U.S. visas in Jeddah or Riyadh between September and November of 2000.[105]

KSM told potential hijackers to acquire new "clean" passports in their home countries before applying for a U.S. visa. This was to avoid raising suspicion about previous travel to countries where al Qaeda operated. Fourteen of the 19 hijackers, including nine Saudi muscle hijackers, obtained new passports. Some of these passports were then likely doctored by the al Qaeda passport division in Kandahar, which would add or erase entry and exit stamps to create "false trails" in the passports.[106]

In addition to the operatives who eventually participated in the 9/11 attacks as muscle hijackers, Bin Ladin apparently selected at least nine other Saudis who, for various reasons, did not end up taking part in the operation: Mohamed Mani Ahmad al Kahtani, Khalid Saeed Ahmad al Zahrani, Ali Abd al Rahman al Faqasi al Ghamdi, Saeed al Baluchi, Qutaybah al Najdi, Zuhair al Thubaiti, Saeed Abdullah Saeed al Ghamdi, Saud al Rashid, and Mushabib al Hamlan. A tenth individual, a Tunisian with Canadian citizenship named Abderraouf Jdey, may have been a candidate to participate in 9/11, or he may have been a candidate for a later attack. These candidate hijackers either backed out, had trouble obtaining needed travel documents, or were removed from the operation by the al Qaeda leadership. Khallad believes KSM wanted between four and six operatives per plane. KSM states that al Qaeda had originally planned to use 25 or 26 hijackers but ended up with only the 19.[107]

## Final Training and Deployment to the United States

Having acquired U.S. visas in Saudi Arabia, the muscle hijackers returned to Afghanistan for special training in late 2000 to early 2001. The training reportedly was conducted at the al Matar complex by Abu Turab al Jordani, one of



S E C R E T / / NOFORN / / 20330401

**DEPARTMENT OF DEFENSE**
HEADQUARTERS, JOINT TASK FORCE GUANTANAMO
U.S. NAVAL STATION, GUANTANAMO BAY, CUBA
APO AE 09360



JTF-GTMO-CDR

1 April 2008

MEMORANDUM FOR Commander, United States Southern Command, 3511 NW 9lst Avenue, Miami, FL 33172

SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN US9YM-000033DP (S)

### JTF-GTMO Detainee Assessment

1. **(S//NF) Personal Information:**

   - JDIMS/NDRC Reference Name: <u>Mohammed al-Edah</u>
   - Current/True Name and Aliases: <u>Muhammad Ahmad Said al-Adahi, Abu Azzam al-Adahi, Abu Gharib al-Taizi, Muhammad Said Ali Hasan, Muhammad Ahmad Saed al-Aragy</u>
   - Place of Birth: <u>Taiz, Yemen (YM)</u>
   - Date of Birth: <u>1962</u>
   - Citizenship: <u>Yemen</u>
   - Internment Serial Number (ISN): <u>US9YM-000033DP</u>

   

   a. **(U//FOUO) Health:** Detainee is on a list of high-risk detainees from a health perspective. Detainee is in fair health. He has chronic stable medical problems. He has hypertension, hyperlipidemia, migraine headaches, asthma, and gastro-esophageal reflux. He has a history of depression and schizoaffective personality disorder.

2. **(U) JTF-GTMO Assessment:**

   a. **(S) Recommendation:** JTF-GTMO recommends this detainee for Continued Detention Under DoD Control (CD). JTF-GTMO previously recommended detainee for Continued Detention Under DoD Control (CD) on 5 February 2007.

   b. **(S//NF) Executive Summary:** Detainee is a member of al-Qaida who held a supervisory role in Usama Bin Laden's (UBL's) security force in Kandahar, Afghanistan (AF). Detainee attended militant training on fitness, pistols, the AK-47 assault rifle, the PK

CLASSIFIED BY: MULTIPLE SOURCES
REASON: E.O. 12958, AS AMENDED, SECTION 1.4(C)
DECLASSIFY ON: 20330401

S E C R E T / / NOFORN / / 20330401

S E C R E T / / NOFORN / / 20330401

JTF-GTMO-CDR
SUBJECT:  Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9YM-000033DP (S)

machine gun, and the rocket propelled grenade launcher (RPG) at the al-Faruq Training
Camp and taught small arms training there.  Detainee has connections through his family to
Usama Bin Laden's (UBL's) bodyguards and lived next door to Taliban Supreme Leader
Mullah Mohammed Omar.  Detainee was identified as being in Afghanistan as early as 2000.
**[ADDITIONAL INFORMATION ABOUT THIS DETAINEE IS AVAILABLE IN AN
SCI SUPPLEMENT.]**  JTF-GTMO determined this detainee to be:

- A **HIGH** risk, as he is likely to pose a threat to the US, its interests, and allies
- A **HIGH** threat from a detention perspective
- Of **HIGH** intelligence value

c.  (S//NF)  **Summary of Changes:**  The following outlines changes to detainee's
assessment since the last JTF-GTMO recommendation.  (Changes in this assessment will be
annotated by ➢ next to the footnote.)

- Updated detainee's role as leader of UBL's security forces
- Updated detainee's activities at the al-Faruq Training Camp
- Updated detainee's information regarding his brother-in-law's guesthouse
- Updated detainee's pocket litter items
- Added detainee's admitted association to other JTF-GTMO detainees

3.  (U) **Detainee's Account of Events:**

**The following section is based, unless otherwise indicated, on detainee's own account.
These statements are included without consideration of veracity, accuracy, or reliability.**

a.  (S//NF)  **Prior History:**  In the 1980s, detainee graduated high school and then became a
member of the Yemeni armed forces where he worked in air defense and security two years.[1]
In 1981 detainee worked for the National Oil Company of Yemen, whose offices are located
in Sanaa, YM.  Detainee worked as a fireman, security guard, and technician for the
company until July 2001.  Detainee has at least two sisters, Amani Ahmad Said Abdallah and
Hala Ahmad Said al-Adahi.[2]

b.  (S//NF)  **Recruitment and Travel:**  In July 2001, detainee took a leave of absence and
traveled to Afghanistan via Pakistan (PK) in order to escort his sister Amani to her fiancé,
Riyadh Abdul Aziz, aka (Mussad Abdallah), who worked for the International Islamic Relief
Organization (IIRO) in Kandahar.  Aziz made travel arrangements for detainee and Amani

---

[1] 000033 302 29-MAR-2002, 000033 302 23-APR-2003, 000033 302 16-AUG-2002, 000033 INITIAL
SCREENING 27-DEC-2001, 000033 KB 05-FEB-2002
[2] IIR 6 034 0218 02, 000033 SIR 21-FEB-2005, TD-314/50575-01

2

S E C R E T / / NOFORN / / 20330401

S E C R E T // NOFORN // 20330401

JTF-GTMO-CDR
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9YM-000033DP (S)

through his friend, Ali Yahya, who worked in Sanaa. Yahya arranged for the pair's flight
from Sanaa to Karachi, PK, via Dubai, United Arab Emirates (AE), after calling and asking
for detainee's and Amani's passports. Detainee met Yahya at the Government
Communications Center in Sanaa, where Yahya handed him the airline tickets and $500 US
for transportation costs. Aziz also arranged for Salim, a Pakistani, to facilitate detainee's and
Amani's travel inside of Pakistan. Salim also worked for the IIRO. Aziz contacted detainee
in Yemen and told him to wait for Salim at the Karachi airport. The day after arriving in
Karachi, detainee, Amani, and Salim flew to Quetta, PK. Once they crossed the border into
Afghanistan, Salim left detainee and Amani.[3]

c. (S//NF) Training and Activities: In Kandahar, Aziz introduced detainee to Ahmad Abd
al-Rahman, a Saudi who worked with Aziz.[4] Detainee stayed at Aziz's house while Aziz and
Amani returned to Karachi. Aziz's house acted as an office for the humanitarian
organization and was shared with Ahmad Abd al-Rahman.[5] The majority of the individuals
passing through Aziz's home were mujahideen. Some were working with a humanitarian aid
organization and a few were going to teach the Koran. After approximately two weeks,
detainee had joined up with a group of Yemenis considering going on jihad against the
Russians in Chechnya after they received training at the al-Faruq Training Camp. Detainee
spent two days at the al-Nibras Guesthouse before attending the al-Faruq Training Camp in
late August/early September 2001. Detainee was at al-Faruq for approximately one week
training on fitness, pistols, the AK-47, the PK machine gun and RPGs. Detainee was kicked
out due to tobacco usage.[6] Detainee returned to Aziz's house for two weeks before Ahmad
Abd al-Rahman told detainee he (Rahman) was taking a trip to Kabul, AF, where Rahman's
wife and children lived. Detainee accompanied Rahman on this trip. Detainee recalled after
spending ten days in Kabul, the US air raids began. Detainee stayed with Rahman at least
ten days longer. Finally, Rahman locked his house and took his family and detainee to

---

[3] 000033 302 29-MAR-2002, TD-314/27850-02, IIR 6 034 0218 02, IIR 6 034 0899 02, Analyst Note: The Islamic
Relief Organization is assessed to be the International Islamic Relief Organization (IIRO), also known as Hay'at al-
Igatha al-Islamiyya al-Alamiyah is a Intelligence Priority Framework (NIPF) Counter Terrorism (CT) Priority 2
TSE which have demonstrated sustained and active financial support for terrorist organizations willing to attack US
persons or interests, or provide witting operational support to Priority 2 terrorist groups. Detainee also reported
Amani was suffering severe back pain and the purpose of the trip was to seek treatment for her ailment. See 000033
302 16-AUG-2002, 000033 SIR 04-JAN-2006. Variant for Masoud is Mussad.
[4] IIR 6 034 0899 02
[5] 000033 302 16-AUG-2002, 000033 SIR 24-JAN-2005, 000033 302 08-SEP-2002
[6] ➢000033 SIR 17-JAN-2008, 000033 SIR 29-JAN-2008, Analyst Note: Detainee provides conflicting information
regarding his role at al-Faruq as trainer or student. The al-Nibras Guesthouse had several aliases, some of which are
Hajji Habash Guesthouse, al-Ansar Guesthouse, Abu Khulud Guesthouse, al-Zubair Guesthouse, and Suhaib
Guesthouse. This guesthouse was used primarily for Arabs awaiting training at the al-Qaida al-Faruq Training
Camp. For additional information see 1457 SIR 20-OCT-2004, 000167 SIR 26-DEC-2005.

3

S E C R E T // NOFORN // 20330401

S E C R E T // NOFORN // 20330401

JTF-GTMO-CDR
SUBJECT:  Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9YM-000033DP (S)

Khowst, AF.[7]  The group traveled in a Toyota Corolla belonging to Aziz and Rahman carried
an AK-47.[8]  Detainee, Rahman, and Rahman's family remained in Khowst for approximately
fifteen days when detainee learned his sister Amani and Aziz had returned to Kandahar.
Detainee traveled to Kandahar, leaving Rahman in Khowst.  When detainee arrived in
Kandahar, detainee was told bomb shrapnel killed Aziz and that Amani traveled to Pakistan
so she could return to Yemen.  The bombing raids were so severe that detainee remained in
Kandahar for ten days before taking Aziz's motorcycle in an attempt to leave town.  While
leaving, detainee fell from the motorcycle and injured himself.  Detainee went to the al-Sim
Hospital where he was treated for two days.[9]

4.  (U)  Capture Information:

   a.  (S//NF)  After leaving the hospital, detainee traveled on a bus carrying wounded Arabs
   from Kandahar and Kabul to the Pakistani border and Miram Shah, PK via Khowst.
   Detainee traveled by bus to Peshawar, PK, and was subsequently arrested by Pakistani
   officials in November 2001.[10]  The bus crossed the Pakistani border and stopped after
   traveling a short distance into the Peshawar district.  Detainee and his group from the bus
   walked for approximately three hours before being captured.[11]  Detainee spent twenty days
   in a Pakistani prison before being transferred to a US detention facility on 26 December
   2001.[12]

   b.  (S)  Property Held:

   - Silver Casio watch, model A-159W
   - Though not held at JTF-GTMO, the following items were reportedly in possession of
     detainee at the time of capture:[13]
     - Koran
     - 700 Pakistani rupee's

   c.  (S)  Transferred to JTF-GTMO:  16 January 2002

   d.  (S//NF)  Reasons for Transfer to JTF-GTMO:  To provide information on the
   following:

---

[7] 000033 302 16-AUG-2002, 000033 SIR 24-JAN-2005, 000033 302 08-SEP-2002, 000033 302 29-MAR-2002,
Analyst Note:  Coalition air strikes started on 7 October 2001.
[8] IIR 6 034 0209 05, 000033 SIR 03-FEB-2005
[9] 000033 302 29-MAR-2002, IIR 6 034 0899 02, 000033 302 08-SEP-2002
[10] 000033 302 08-SEP-2002, IIR 6 034 0899 02, IIR 6 034 0410 02
[11] 000033 302 16-AUG-2002
[12] TD-314/27850-02, TD-314/00845-02
[13] ➢ TD-314/50651-01, Analyst Note:  Approximately $11 US.

4

S E C R E T // NOFORN // 20330401

S E C R E T // NOFORN // 20330401

JTF-GTMO-CDR
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9YM-000033DP (S)

- Humanitarian delegation to Afghanistan
- Likely to have detailed information about the al-Faruq Training Camp
- May have knowledge of routes taken by militants traveling to Afghanistan
- May be able to provide information on the use and implementation of the Casio watch, model F-91w, to make an IED.

**5. (S//NF) Evaluation of Detainee's Account:** The facts of detainee's story are partly accurate. However, detainee is historically evasive and not very credible. He provides conflicting information within the same interview sessions. During one interview detainee admitted to being a trainer at al-Faruq and within moments changed his role from instructor to student. Detainee attempted to conceal his familial connections to al-Qaida by referring to his brothers-in-law as humanitarian workers. Both of detainee's sisters refute his cover story by admitting their husbands were committed jihadists from Taiz.

**6. (U) Detainee Threat:**

   **a. (S) Assessment:** Detainee is assessed to be a **HIGH** risk, as he is likely to pose a threat to the US, its interests, and allies.

   **b. (S//NF) Reasons for Continued Detention in DoD Control:** Detainee is a member of al-Qaida who held a supervisory role within UBL's security force in Kandahar. Detainee attended militant training at the al-Faruq Training Camp and trained others in small arms there. Detainee is directly associated through family to UBL bodyguards and lived in a compound next door to Taliban Supreme Leader Mullah Muhammad Omar in Kandahar which was frequented by al-Qaida members. He was identified as being in Afghanistan as early as 2000.

- (S//NF) Detainee is a member of al-Qaida and has also been identified as a supervisor within UBL's security force.
  - (C//REL USA AND GCTF) Abd al-Hakim Abd al-Karim Amin Bukhari, ISN US9SA-000493DP (SA-493), identified detainee as a supervisor in UBL's security forces. SA-493 said he saw detainee make several trips to the al-Nibras Guesthouse in Kandahar in a Toyota Corolla with tinted windows just days before a UBL visit. Detainee was accompanied with four other bodyguards of his own, which were all armed with AK-47's.[14]
    - (S//NF) SA-493 reported that everyone would stand up and give detainee respect when he entered the guesthouse. Detainee would speak directly with the

---
[14] ≻IIR 6 034 0201 05

5

S E C R E T // NOFORN // 20330401

**P. 5**

S E C R E T // NOFORN // 20330401

JTF-GTMO-CDR
SUBJECT:  Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9YM-000033DP (S)

leader of the guesthouse and no one else while giving the guesthouse leader
instructions.  SA-493 stated that the detainee would inspect all the rooms within
the guesthouse, and the outside area around the guesthouse with the guesthouse
leader.  On the day that UBL arrived at al-Nibras for his visit and speech, detainee
showed up a few hours before with 10 guards instead of the usual four guards.
Detainee strategically placed each guard in various positions around the
guesthouse.[15]
  - ♦  (S//NF)  SA-493 saw detainee again while he was imprisoned in an
       underground room near the Kandahar airport, after SA-493 had been accused
       of being a spy and tortured.  Detainee arrived with a few other armed men
       who were carrying AK-47s, looked at SA-493 and said "good, good, good,"
       and then left.[16]
  - ■  (S//NF)  Detainee stated a number of times that he rode in a Toyota Corolla
       belonging to his brother-in-law.[17]
  o (S//NF)  Abd al-Razzaq Abdallah Ibrahim al-Sharikh, ISN US9SA-000067DP (SA-
  067), stated SA-493 had confided to him that detainee had been in Afghanistan for a
  long time and was very committed to al-Qaida.  SA-493 also stated detainee had been
  a bodyguard for UBL.[18]
- (S//NF)  Detainee admitted to training at the al-Faruq Training Camp in 2001 and
  reportedly trained others in small arms while there.  He had also been in the Yemeni
  military for two years in the 1990's.[19]
  o (C//REL USA AND GCTF)  Al-Qaida senior facilitator Sharqawi Abdu Ali al-Hajj,
  aka (Riyadh the Facilitator), ISN PK9YM-001457DP (YM-1457) confirmed while
  detainee was in Afghanistan, other mujahideen reportedly persuaded him to attend
  training at al-Faruq.[20]
  - ■  (S//NF)  Detainee stated he and YM-1457 were longtime associates and both
       known as "big men of respect" in their hometown of Taiz.[21]
  o (C//REL USA AND GCTF)  Yasin Muhammad Salih Mazeeb Basardah, ISN
  US9YM-000252 (YM-252), knows detainee as Abu Azzam from Taiz.  YM-252 met
  detainee at a guesthouse in Kandahar and they traveled together to the al-Faruq
  Training Camp.  Detainee expressed his intent to fight on the front lines.  While at al-
  Faruq, detainee used to compose and sing cadence during physical training.  Detainee

---

[15] ➢IIR 6 034 0201 05
[16] 000493 SIR 10-JAN-2005, IIR 6 034 0201 05
[17] IIR 6 034 0209 05, 000033 SIR 03-FEB-2005, 000033 302 08-SEP-2002, IIR 6 034 0899 02
[18] 000067 SIR 28-OCT-2006
[19] ➢000033 SIR 17-JAN-2008
[20] IIR 6 034 0220 05
[21] IIR 6 034 0209 05

6

**S E C R E T // NOFORN // 20330401**

JTF-GTMO-CDR
SUBJECT:  Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9YM-000033DP (S)

knows all the Yemeni trainers at al-Faruq.[22] (Analyst Note:  The guesthouse YM-252
mentions is assessed to be the al-Nibras Guesthouse.)

- ▪ (S//NF) Detainee admits his alias is Abu Azzam, because his son is named
  Azzam.[23]  Detainee admitted he spent two days at the al-Nibras Guesthouse
  before attending the al-Faruq Training Camp.[24] (Analyst Note:  The al-Nibras
  Guesthouse was also known as the Zubair Guesthouse, the al-Ansar Guesthouse,
  and the Hajji Habash Guesthouse.  Jihadists used al-Nibras as a stopping point
  while en route to al-Faruq or the front lines in Kabul)

o (S//NF) Abd al-Rahim Abd al-Rassak Janko, ISN US9SY-000489DP (SY-489),
identified detainee as a trainer at the al-Faruq Training Camp in Kabul. SY-489 knew
detainee as Abu Azzam and stated detainee trained him in small arms in early 2000.[25]

o (S//NF) Detainee attempted to commit suicide by hanging himself after being
placed in a cell next to SA-493 while at JTF-GTMO.[26] (Analyst note:  Detainee
knows how the logistics work at JTF-GTMO.  He knew if he "attempted suicide" that
he would be moved from his cell and away from SA-493.)

o (S//NF) Detainee claimed SA-493 shared with him the information that he (SA-
493) was abused in Afghanistan and accused of being a spy for America.[27] (Analyst
note:  By reporting the third-person abuse of SA-493, detainee was able to talk about
his treatment of SA-493 in Afghanistan, while removing himself from the situation.)

o (S//NF) Detainee admitted to being in the Yemeni Armed services for two years
during the 1980's.[28]

- • (S//NF) Detainee has familial ties to al-Qaida bodyguards and JTF-GTMO detainees.
He was referred to by the Yemeni Political Security Organization (PSO) as one of a
group of jihadists from Taiz.

o (S//NF) The Yemeni Political Security Organization (PSO) reported detainee's
sisters were the spouses of al-Qaida members.[29]

o (S//NF) During the debriefing of the detainee the PSO acknowledged that detainee
was one of the jihadist personnel from Taiz.[30]

o (S//NF) Detainee admitted his sister, Amani, is married to Mahmoud Abd al-Aziz
Abd al-Mujahid, ISN US9YM-000031DP (YM-031)'s brother, Riyadh Abd al-Aziz
Abd al-Wali al-Mujahid.[31]

---

[22] IIR 6 034 1255 04, Analyst Note:  One of the lyrics was reportedly "skin everybody and break their bones."
[23] IIR 6 034 0221 05, 000033 SIR 14-FEB-2005
[24] ➤000033 SIR 29-JAN-2008
[25] 000489 SIR 08-APR-2005
[26] 000493 SIR 10-JAN-2005
[27] 000033 SIR 24-JAN-2005
[28] 302_000033_16-AUG-2002
[29] TD-314/50575-01
[30] TD-314/50575-01
[31] 000033 SIR 15-JAN-2006, 000033 302 16-AUG-2002, 000033 302 08-SEP-2002

7

**S E C R E T // NOFORN // 20330401**

S E C R E T // NOFORN // 20330401

JTF-GTMO-CDR
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9YM-000033DP (S)

- (S//NF) Amani's husband and detainee's brother-in-law, Riyadh Abd al-Aziz Abd al-Wali al-Mujahid, aka (Abu Saad), was one of UBL's guards.[32]
- (S//NF) YM-1457 stated Riyadh Abd al-Aziz Abd al-Wali al-Mujahid,was a UBL bodyguard and that al-Mujahid's younger brother, YM-031, also became a bodyguard.[33]
- (S//NF) Sanad Ali Yislam al-Kazimi, ISN US9YM-001453DP (YM-1453), who admitted to swearing *bayat* (oath of allegiance) to UBL as a bodyguard, first saw YM-031 at the al-Faruq Training Camp around June 2000 and heard YM-031 later became a UBL bodyguard. YM-1453 also reported YM-031 has a brother named Saad who was also a guard.[34] (Analyst Note: Detainee's brother-in-law, Aziz, aka (Abu Saad), is assessed to be the brother of YM-031 that YM-1453 referenced.)

o (S//NF) Detainee also admitted his other sister; Hala, is married to Abd al-Muhammad Ahmad Nassir al-Muhajari, ISN US9YM-000728DP (YM-728) making YM-728 detainee's brother-in-law.[35]

- (S//NF) Hala stated her husband rented a house next to the residence of the Taliban leader Mullah Omar and taught Arabic at the Arab Émigré School.[36] This was the same residence where detainee stayed during the time he was in Kandahar. Detainee even went so far as to clarify that it was used as an office for a humanitarian organization.[37]
- (S//NF) YM-1457 reported YM-728 is Abu Hamas al-Yemeni from Taiz, and his real name is Abd al-Muhajari. YM-728 taught in a private school for Arab children in Kandahar, called the Arab Childrens' School. YM-728 and Riyadh al-Taizi are married to detainee's sisters Amani and Hala.[38] (Analyst Note: Riyadh al-Taizi is assessed to be Amani's husband and brother of YM-031.)

- (S//NF) YM-728's house in Kandahar was frequented by members of al-Qaida and was located next door to Taliban Leader Mullah Omar.

o Detainee admitted the majority of the individuals passing through YM-728's and Aziz's home were mujahideen.[39]

---

[32] TD-314/50575-01
[33] IIR 6 105 0013 03, Analyst Note: A variant of Riyadh al-Mujahid is Ryhad al-Mujarheed and a variant of Mahmud Riyadh is Maqmood Rayhad who was previously identified as YM-031.
[34] IIR 6 034 0124 05, 001453 SIR 03-NOV-2004
[35] 000033 SIR 21-FEB-2005, 000033 SIR 05-AUG-2005, 000033 SIR 16-AUG-2005, Analyst Note: A variant of Muhajiri is Muhajry.
[36] TD-314/50575-01
[37] 000033 SIR 24-JAN-2005
[38] IIR 6 034 0059 05
[39] ➢000033 SIR 06-FEB-2008

8

S E C R E T // NOFORN // 20330401

S E C R E T / / NOFORN / / 20330401

JTF-GTMO-CDR
SUBJECT:  Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9YM-000033DP (S)

      ○(S//NF)  Detainee reported admitted al-Qaida member and UBL bodyguard, Zuhail
      Abdo Anam Said al-Sharabi, aka (Abu al-Bara), ISN US9YM-000569DP (YM-569),
      stayed at YM-728's and Aziz's compound.[40]
      ○ (S//NF)  Amani reported Hamza al-Qaiti visited detainee and his sisters at least
      once, although detainee denied ever meeting him.[41]  Hamza al-Qaiti is a Yemeni
      national and a veteran of jihad in Bosnia and Afghanistan who operated a guesthouse
      in Kabul, which supported fighters on the front lines.  Like detainee, al-Qaiti is an
      associate of YM-1457.[42]
      ○(S//NF)  Nura Abduh Salih Muqbil al-Matari, who traveled from Kandahar to
      Pakistan, with detainee's sisters Amina and Hala, after the 11 September 2001
      attacks, remarked on UBL-based orders, the women and families were to depart to
      Pakistan and the men were to return to the jihad in Afghanistan. [43]  (Analyst Note:
      This adds corroboration of UBL's close access to detainee's family, as well as other
      family members.)
-    (S)  Detainee was captured with a Casio wristwatch, model "A-159W."  At least
      twenty-one detainees at JTF-GTMO were captured with a Casio model "F-91W"
      wristwatch.  Six detainees were captured with the silver version of the Casio model "A-
      159W."  (Analyst Note:  This type of watch has been linked to al-Qaida and other
      terrorists in the past, as its timing device can be set beyond a twenty-four hour clock,
      making it a useful timing device for improvised explosive devices (IEDs).  While no
      reporting specifically links detainee to explosives training, the possibility warrants further
      investigation.)[44]

**c.  (S//NF) Detainee's Conduct:**  Detainee is assessed as a **HIGH** threat from a detention
perspective.  His overall behavior has been non-compliant and hostile to the guard force and
staff.  He currently has 86 Reports of Disciplinary Infraction listed in DIMS with the most
recent occurring on 25 February 2008, when he used his toothpaste and ISN paper to block
the view of the camera in his cell.  He has four Reports of Disciplinary Infraction for assault
with the most recent occurring on 29 December 2007, when he spat on the guard force.
Other incidents for which he has been disciplined include inciting and participating in mass
disturbances, failure to follow guard instructions/camp rules, inappropriate use of bodily
fluids, unauthorized communications, damage to government property, attempted assaults,

---

[40] ➤000033 SIR 06-FEB-2008, Analyst Note: YM-569 is an admitted member of al-Qaida who swore bayat (an oath
of allegiance) to UBL and was identified by multiple al-Qaida members as a UBL bodyguard.
[41] TD-314/27850-02
[42] IIR 6 034 0059 05, Analyst Note:  A variant of Qaiti is Qaeeti.  He is among 23 al-Qaida-affiliated detainees who
escaped 3 February 2006 from a Yemeni political security organization detention center.  He was detained by the
Saudi government for his intention to conduct terrorist operations against Americans in Saudi Arabia.
[43] TD-314/50575-01
[44] IIR 6 034 0201 05, 000026 MFR 24-APR-2002, IIR 6 034 1606 03, Casio Watch Electronic Analysis Report 19-
Aug-2004

9

S E C R E T / / NOFORN / / 20330401

S E C R E T // NOFORN // 20330401

JTF-GTMO-CDR
SUBJECT:  Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9YM-000033DP (S)

assaults, provoking words and gestures, and possession of food and non-weapon type
contraband.  In 2007, he had a total of 58 Reports of Disciplinary Infraction and three so far
in 2008.

7.  **(U)  Detainee Intelligence Value Assessment:**

   **b.  (S)  Assessment:**  Detainee is assessed to be of **HIGH** intelligence value.  Detainee's
   most recent interrogation session occurred on 10 March 2008.

   **c.  (S//NF)  Placement and Access:**  Detainee is a member of al-Qaida and traveled to
   Afghanistan multiple times.  Detainee has familial ties to other al-Qaida members, his two
   brother-in-laws were both UBL bodyguards, and he had direct access to many other al-Qaida
   members, such as his hometown associate, YM-1457.  Detainee was probably a member of
   UBL's security staff which provided him with security practices for top al-Qaida leadership.

   **d.  (S//NF)  Intelligence Assessment:**  Detainee can probably provide information on other
   JTF-GTMO detainees, especially those who were members of UBL's security detail.
   Detainee is knowledgeable on al-Qaida militant training curriculum and probably guesthouse
   and safe house security practices.  Detainee can report on the individuals with whom he was
   captured and may know of extremist recruiters and facilitators from Yemen.  Detainee may
   be able to provide information on Hamza al-Qaiti and other Yemeni prison escapees.

   **e.  (S//NF)  Areas of Potential Exploitation:**

   - Facilities affiliated with Islamic extremism in Yemen
   - Prisons and detention facilities
   - Personalities and facilities in Peshawar
   - Terrorists and associated facilities in Quetta
   - FISS support to INTEL and CI
   - Information on Abu Abd al-Rahman al-Shami
   - Information on Hamza al-Qaiti
   - Al-Qaida affiliated guesthouses
   - Al-Faruq training and information on other extremists attending training
   - Al-Wafa and its organization in Kandahar

10

S E C R E T // NOFORN // 20330401

**P. 10**

S E C R E T // NOFORN // 20330401

JTF-GTMO-CDR
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9YM-000033DP (S)

**8.  (S) EC Status:**  Detainee's enemy combatant status was reassessed on 28 October 2004, and
he remains an enemy combatant.

MARK H. BUZBY
Rear Admiral, US Navy
Commanding

---

* Definitions for intelligence terms used in the assessment can be found in the Joint Military Intelligence College
October 2001 guide *Intelligence Warning Terminology*.

11

S E C R E T // NOFORN // 20330401

**P. 11**