# EXHIBIT 5

**EXHIBIT 5**

| | |
|---|---|
| **66 BANK ACCOUNTS IN PAKISTAN** ||
| **DOCUMENTS** | **DESCRIPTION AND COMMENTS** |
| IIRO025784 | Standard Chartered Account Information sheet for IIRO Account No. 0456957-01. *See* attached. |
| IIRO025785 | June 1, 2001 statement for IIRO Account No. 1166-577826-001 at Emirates Bank International. *See* attached. |
| IIRO093327 | February 8, 2001 letter from IIRO Secretary General Adnan Basha to Habib Bank in Pakistan instructing that Rahmat Ullah Nazir Khan (who was simultaneously working as the Director of the IIRO's branch office in Islamabad and Project Director of Rabita Trust) and Mohammed Javed Butt will have signatory authority of 4 IIRO bank accounts at Habib Bank. *See* attached. |
| IIRO130888-130890 | IIRO document identifying 20 bank accounts in Pakistan belonging to the IIRO, including a number of accounts that were active as of March 31, 2002. Rahmat Ullah Nazir Khan has signatory authority over each of the 20 IIRO bank accounts. *See* attached. |
| IIRO0265511-26512 | IIRO document identifying 17 bank accounts in Pakistan belonging to the IIRO from the period from August 29, 2003 to August 16, 2004. *See* attached. |
| MWL005150 | MWL document stating that a report must be submitted every three (3) months to the MWL Secretary General regarding the MWL's accounts. *See* Plaintiffs' Motion for Sanctions, Plts' Ex. 2 at 24 (ECF No. 3826-77). |
| MWL005322 | MWL document stating that documentation from the special independent bank account will be separated from any other expenditure documents when sent to the MWL General Secretariat. *Id.* |
| MWL005324 | MWL document stating that every MWL office is required to maintain a bank account ledger and a fund ledger. *Id.* |

| | |
|---|---|
| IIRO000983 | IIRO document stating that no IIRO bank account is opened without approval from the IIRO headquarters. *Id.* |
| IIRO000209-213 | IIRO document stating that IIRO offices are required to send a report to the IIRO chairman for every account opened abroad under the name of the IIRO or a name intended to protect the organization's money. *Id.* |
| IIRO001532 | IIRO document stating that when opening a separate bank account for revenue, the IIRO offices are required to report the account to the IIRO Secretary General. *Id.* at 24-25. |
| MWL005323 | MWL document stating that at the end of every fiscal year, the MWL General Secretariat shall receive a bank statement detailing the balance of the account on the last day of the year. *Id.* at 25. |
| IIRO000983 | IIRO document stating that IIRO offices are required to send bank statements on a monthly basis to IIRO headquarters. *Id.* |
| IIRO000163 | IIRO's 1996 Annual Report stating that the IIRO's Department of Finance supervises the bank accounts of the IIRO and the monthly statements. |
| IIRO00969-985 | IIRO document stating that the IIRO headquarters in Saudi Arabia receives bank statements from its branch offices on a monthly basis. According to the report under the heading, "Other Controls Imposed by the Head Office:" (1) Monthly bank reconciliation together with bank statements are sent on a monthly basis to the Head Office; (12) No bank account is opened without Head Office approval. |

LEGAL\34212458\1



## Account Information

Account Number =        -0456957-01

Account Title =         NTERNATIONAL ISLAMIC RELIEF ORGANI

Account opening Date =  03/05/2001

Account status =        Dormant / Block

Standard Chartered Bank (Pakistan) Limited
Islamia Road Branch
2-Islamia Road,
Peshawar - Pakistan.
www.standardchartered.com

Tel  (091) 527 5594-527 5595
     (091) 527 1021-527 1023
Fax  (091) 527 5816

IIRO025784

```
SR NO: [handwritten] 105         [illegible]
DATE: 29-11-201[?]
MS OFFICER: M. ASOQ
Standard Chartered Bank (Pakistan)
```

```
                Formerly  Emirates  Bank  International          DATE :   1JUN01
                                                                 PAGE :      1
                    PARK ISLAMIA ROAD BUILDING, PES
                                             DUPLICATE    STATEMENT OF ACCOUNT
INTERNATIONAL ISLAMIC RELIEF ORGANI
INQLAB ROAD                                  A/C   TYPE   CURRENT ACCOUNTS
CHAMKNI
DISTT PESHAWAR.                              CURRENCY     PAKISTAN RUPEE
PHONE.260811
                                             ACCOUNT NO   1166-577826-001
```

| DATE | PARTICULARS | DEBIT | CREDIT | BALANCE | |
|---|---|---|---|---|---|
| | BROUGHT FORWARD | | | 0.00 | CR |
| 17MAY01 | TRANSFER | | 221,500.00 | 221,500.00 | CR |
| | 1474287 | | | | |
| 18MAY01 | CSH 145751 | 25,000.00 | | 196,500.00 | CR |
| | CHQ BOO | 4.95 | | 196,495.05 | CR |
| | CHQ BOOK | 20.05 | | 196,475.00 | CR |
| 19MAY01 | CSH 145752 | 40,000.00 | | 156,475.00 | CR |
| 22MAY01 | CSH 145753 | 52,000.00 | | 104,475.00 | CR |
| 24MAY01 | CSH 145755 | 20,000.00 | | 84,475.00 | CR |
| 31MAY01 | CSH 145756 | 10,000.00 | | 74,475.00 | CR |
| | CSH 145757 | 20,000.00 | | 54,475.00 | CR |
| | CARRIED FORWARD | | | 54,475.00 | CR |



IIRO025785

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

Sub. : _____ : الموضوع

No : Iac-2724-4/k  الرقم :

Date : 8.2.2001  التاريخ :

To:
The Manager
Habib Bank Ltd,
Cooperate Branch, Blue Area
Islamabad.

Dear Sir,

    This is to inform you that our account Nos. $A/C 350036-75, rupees A/C 1166-07 rupees A/C 1174-17 and Rupees A/C 944-14 with your bank will henceforth be operated by Mess'rs Rehmat Ullah Nazir Khan & Mphammad Javed Butt instead of Messr's Moayed A. Al Butairy & Amir Jasim Mohammad. The Specimen signatures of the new operator Messr's Rehmat Ullah Nazir Khan & Mohammad Javed Butt are given below.

Name                                         signature

Mr. Rehmat Ullah Nazir Khan

Mr. Mohammad Javed Butt

With regards,

                                        Adnan Khalil Basha,
                                        Secretary General
                                        IIROKSA – Jeddah
                                        SaudiArabia

Please qoute above ref. No. and date when replying.    Pour répondre, Prière de citer la date et la référence sus - citées    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٢ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

IIRO 093327

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

This is in response to your letter No. 15 ﺑ dated 10/1/1423H. We re hereby furnishing you the following details as per your requirement:

| Name of the Account | Purpose & Date of Account Opening | Currency | Name of the Bank | Account Number | Balance (As on 31/03/2002) | Signatories for Operating the Bank Accounts |
|---|---|---|---|---|---|---|
| I.I.R.O. | Was Opened before my Joining | Pak Rupees | Emirates Bank International | 1155-478000-001 (Current Account) Closed | 00.00 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. | Was Opened before my Joining | Pak Rupees | Emirates Bank International | 1155-479189-001 (Current Account) Closed | 00.00 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. | Was Opened before my Joining | Pak Rupees | Habib Bank Limited | 1166-07 (Current Account) Closed | 00.00 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. | 1st March 2001 for Gulf Medical Centre | Pak Rupees | Habib Bank Limited | 5730-0 (Profit & Loss Account) | 700,649.20 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. | Was Opened before my Joining | US Dollar | Emirates Bank International | 478000-092 (Current Account) Closed | 00.00 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. | Was Opened before my Joining | US Dollar | Habib Bank Limited | 3500036-75 (Current Account) | 11,194.28 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. | 25th May 2001 for enjoying profit incentive | US Dollar | AlBaraka Islamic Bank | 36-62-1-00155 (Profit & Loss Account) | 14,143.26 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. | 23rd April 2002, for Depositing Mr. Abdullah | Pak Rupees | Faisal Bank Limited | 113-2029111-010 (Current Account) | 428.36 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |



IIRO 130888

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

| | | | | | | |
|---|---|---|---|---|---|---|
| | Basfar's Reciepts | | | | | |
| I.I.R.O. | 11th May 2001 for Investment Purposes | Pak Rupees | Alfaisal Investment Bank Limited. | Customer No. 100158 (Certificate of Investments) | 4,693,332.00 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. | 25th May 2001 for enjoying profit incentives. | Pak Rupees | Albaraka Islamic Bank | 36-60-0-00116 (Profit & Loss Incentive Account) | 17,511,878.60 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. (F) | 25th May 2001 for depositing amounts of Surpluses of Projects. | Pak Rupees | Albaraka Islamic Bank | 36-60-0-00119 (Profit & Loss Incentive Account) Closed | 00.00 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| International Islamic Relief | 28th April 2001, for Dar Baraem's Bank Account in Mansihra City | Pak Rupee | Muslim Commercial Bank Ltd. Mansihra | 01-01-0029321 (Current Account) | 18,275.00 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| International Islamic Relief Organisation Dar Ammar Bin Yasir | 4th May 2001, for Dar Ammar Bin Yasir In Gilgit City. | Pak Rupees | Habib Bank Limited | 00391586 (Current Account) | 101.00 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. Darul Uloom Sumialil Yateemat Konodas | 4th May 2001, for Dar Sumayyah in Gilgit City | Pak Rupee | Habib Bank Limited | 0391667 (Current Account) | 7,415.00 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. | Was Opened before my Joining | Pak Rupees | Emirates Bank International, Peshawar | 1166-577826-001 | 169,938.00 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. | 12th October | US Dollar | Emirates Bank | 1155-478000-193 | 331,315.32 | Mr. Rehamatullah Nazir Khan. |



IIRO 130889

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2001, for enjoying profit incentive. | | International | | | Mr. Muhammad Javid Butt |
| I.I.R.O. (Aftar) | 13th Nov 2001, for Depositing Iftar us Sayem Reciepts | Pak Rupees | Albaraka Islamic Bank | 36-60-0-00126 (Profit & Loss Incentive Account) Closed | 00.00 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. | 7th Feb 2002, for enjoying profit incentive | Pak Rupees | Emirates Bank International | 1155-478000-008 (Profit & Loss Account) | 10,112,185.59 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |
| I.I.R.O. (Halqat) | 8th Feb 2002, for depositing Quran Circle Reciepts. | Pak Rupees | Faisal Bank Limited | 113-2034840-149 (Profit & Loss Account) | 1,927,971.00 | Mr. Rehamatullah Nazir Khan. Mr. Maulana Muti ur Rehman |
| I.I.R.O. | 19th Jan 2002, Opened by Bank for incorporating TDRs (COIs) after getting merged with Alfaisal Investment Bank Ltd. | Pak Rupees | Faisal Bank Limited | 113-2029111-101 (Profit & Loss Account) | 728,299.20 | Mr. Rehamatullah Nazir Khan. Mr. Muhammad Javid Butt |

## INTERNATIONAL ISLAMIC RELIEF ORGANIZATION - PAKISTAN
### CASH AND BANK MOVEMENT
### حركة النقد و بنك
### FOR THE PERIOD FROM 29-Aug-2003 TO 16-Aug-2004

| PARTICULARS | تفاصيل | Habib Bank Ltd. A/C 300-56 (IIRO - Islamabad) بنك حبيب المحدود هيئة الإغاثة الإسلامية. إسلام آباد | Habib Bank Ltd. A/C 5730-00 (GMC - Rwp.) بنك حبيب المحدود مركز طبي خليج | Habib Bank Ltd. A/C 3915-86 بنك حبيب المحدود | Habib Bank Ltd. A/C 3916-62 بنك حبيب المحدود | Union Bank A/C 6036-448704-001 بنك يونين | Union Bank A/C 6036-448704-090 (Uhad Hospital) بنك يونين (مستشفى أحد) | Union Bank A/C 5651-456957-001 بنك يونين | Bank Al-Faysal A/C 113-2029111-101 بنك الفيصل | Bank Al-Faysal A/C 113-2034840-149 (Quran Circles of Pakistan) بنك الفيصل حلقات القرآن لباكستان | Al-Baraka Islamic Bank A/C 36-60-0-00116 بنك البركة الإسلامي |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | رصيد المفتوح | (67,272.67) | 8,646,484.00 | 101.00 | 7,415.00 | 304,679.67 | 2,876,232.80 | 169,938.00 | 30,893.56 | 533,236.00 | 7,679.23 |
| Total Receipts for the period | إيرادات كلية للفترة | 141,305,756.51 | 20,346,077.00 | 0 | 0 | 0 | 4,236,780.62 | 0 | 271.48 | 3,236,940.60 | 0 |
| Total Payments during the period | صادرات كلية خلال الفترة | 78,697,710.00 | 26,089,248.00 | 0 | 0 | 0 | 5,707,307.70 | 0 | 0 | 2,243,199.00 | 0 |
| Closing Balance | رصيد المغلق | 62,540,773.84 | 2,903,313.00 | 101.00 | 7,415.00 | 304,679.67 | 1,405,705.72 | 169,938.00 | 31,165.04 | 1,526,977.60 | 7,679.23 |

ACCOUNT IN PAK. RS, الحساب في باكستان

IIRO026512

| Habib Bank Ltd 2767-70 (Dar-e-Umer Peshawer) | Habib Bank 2867-84 (Dar-e-Baraim - Mansehra) | Habib Bank Limited 1189-99 (Badar Hospital - Peshawer) | Habib Bank Ltd 1159-51 (Dar-e-Ali - Isb.) | HBL A/c 14393-70 (Uhad Hospital-Queta) | HBL-4072-23 S. Branch (Peshawer Dar) | HBL-001101-95 Shamshato Clinic Pwr. | Cash in Hand | Total Pak.Rs | Inter Account Adjustment | Net Receipts/Payments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| بنك حبيب محدود (دار عمر بشاور) | بنك حبيب (دار براعم مانسهره) | بنك حبيب محدود (مستشفى بدر) بشاور | بنك حبيب محدود (دار على إسلام آباد) | بنك حبيب محدود (مستشفى أحد كويتا) | بنك حبيب محدود (دار عمر بشاور) | بنك حبيب محدود - عيادة شمشتو بشاور | ألنقد اليدوى | ألمجموع بالروبية الباكستانية | ترتيب الحساب الداخلى | إيرادات / صادرات / الدفعات الإجمالي |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 73,877.00 | 14,372,604 | - | - |
| 3,159,337.00 | 3,115,358.00 | 2,411,984.00 | 638,663.00 | 5,287,718.00 | 496,769.00 | 213,083.00 | 14,214,507.91 | 204,277,543 | 40,324,401 | 163,953,142 |
| 3,162,193.00 | 2,792,807.00 | 1,934,744.30 | 488,253.00 | 4,484,994.00 | 144,727.00 | 0 | 14,207,618.91 | 146,658,406 | 38,963,701 | 107,694,705 |
| (2,856.00) | 322,551.00 | 477,239.70 | 150,410.00 | 802,724.00 | 352,042.00 | 213,083.00 | 80,766.00 | 71,991,740.80 | - | - |

(MUHAMMAD NADEEM AKHTAR)
MANAGER ACCOUNTS & FINANCE
On and behalf of
M/S SHAHID TARIQ & CO. - CHARTERED ACCOUNTANTS

(REHMAT ULLAH NAZIR KHAN QARI)
DIRECTOR GENERAL
INTERNATIAL ISLAMIC RELIEF ORGANIZATION - PAKISTAN