# EXHIBIT 6

**EXHIBIT 6**

| RABITA TRUST |
| --- |
| The limited documentation produced in discovery demonstrates that MWL-IIRO:  (i) was directly involved in the founding of Rabita Trust ("RT") in 1988, including its initial funding; (ii) populated RT's Board of Trustees with senior high-ranking officials of the MWL and IIRO; (iii) exerted significant oversight and control over RT's operations and activities from 1988 through at least 2004; (iv) were responsible for appointing the individuals to lead the organization, including the appointment of Executive Order 13224 Specially Designated Global Terrorist ("SDGT") Wa'el Jelaidan as Secretary General of RT; and (v) permitted RT to operate out of MWL-IIRO offices.  Indeed, the MWL's representation that RT "independently maintained its own separate facilities and document management systems," Opp. at 13, is belied by its own documents confirming that RT and its employees operated out of MWL's offices in Mecca, Saudi Arabia and MWL-IIRO branch offices in Pakistan.  *See e.g.*, MWL008691, IIRO149661, IIRO149642-149644, and MWL030890-30892.  *See also* Jelaidan (020) (IIRO Secretary General Adnan Basha ordering the closure of RT's office in Lahore, Pakistan *and the seizure of all documents in that office*).  Given the totality of the facts, including the 16-year relationship between RT and MWL-IIRO, it is more than reasonable to conclude that the MWL and IIRO are in possession of scores of additional documents concerning RT that continue to be withheld.  The defendants' assertions that they do not is unconvincing and this Court should order MWL-IIRO to immediately secure and produce all responsive materials relating to RT. |

| DOCUMENTS | DESCRIPTION AND COMMENTS |
| --- | --- |
| Jelaidan (020) | Shortly after the attacks of September 11, 2001, IIRO Secretary General Basha directed Rabita Trust's Project Director [Rahmattullah Nazir Khan] "*to close the Lahore Office, take the full charge of all the assets and documents*." |
| MWL008691 | October 29, 1992 letter to "*Mr. Wa'el H. Jelaidan, Project Director, Rabita Trust, Muslim World League, H-8/1, Islamabad.*" |
| IIRO149661 | December 29, 1997 letter from members of the Rabita Trust Board of Trustees – MWL Secretary General Dr. Abdullah ibn Ali al Obaid and Pakistan Minister of Finance & Economic Affairs Sartaj Aziz – identifying Rabita Trust offices operating out of the MWL offices in Mecca, Saudi Arabia and Islamabad, Pakistan:  (1) *Makkah Office:  c/o Muslim World League, P.O. Box 537, Makkah*; and (2) *Islamabad Office:  c/o Muslim World League, H-8/1, Islamabad.* |

| | |
|---|---|
| IIRO149642-149644 | October 11, 2001 letters from a representative of the Government of Pakistan to "Mr. Rahmat Ullah Nazir Kahn, "*Project Director, Rabita Trust for Rehabilitation of Stranded Pakistanis, Pitrus Bokari Road, H-8/1, Islamabad*" concerning the termination of Rabita Trust's deputy project director, an audit of the Rabita Trust, and the new members of the Rabita Trust Board of Trustees representing the Government of Pakistan. <br><br> Rabita Trust's Project Director, Rahmat Ullah Nazir Khan, was simultaneously working out of the IIRO's branch office in Islamabad as the IIRO Office Director. *Compare* the above address with the address listed on <u>IIRO149640</u> (October 12, 2001 letter from IIRO-Islamabad Office Director, Rahmattullah Nazir Khan, showing the address of IIRO-Islamabad as "*H-8/1 - Pitrus Bokari Road*" in Islamabad). <br><br> *Compare also* with <u>Jelaidan (009)</u> (January 5, 2002 letter from Rabita Trust's Project Director, Rahmat Ullah Nazir Khan, showing the address of Rabita Trust as "*Pitrus Bukhari Road Sector, H-8/1, Islamabad.*"). |
| MWL030890-30892 | October 22, 2001 letters from Habib Bank to "*The Secretary General, Rabita Trust for Stranded Pakistanis, World Muslim League, P.O. Box 1030, Makkah Al Mukrmah, Saudi Arabia*" concerning balances of Rabita Trust bank accounts. <br><br> The correspondence confirms that Rabita Trust was operating out of the MWL office in Mecca, Saudi Arabia. |
| Jelaidan (017) | The Rabita Trust Deed, dated July 9, 1988, details the establishment of the Rabita Trust by the Muslim World League with the consent and cooperation of the Government of Pakistan.  According to the Deed: <br><br> • The objectives of the Rabita Trust include: (i) arranging for transportation and repatriation of stranded Pakistanis from Bangladesh to Pakistan; (ii) arranging for the construction of residential units, mosques and other structures; and (iii) arranging for maintenance of repatriates and rendering assistance as may be deemed feasible. |

| | |
|---|---|
| | • The initial Board of Trustees includes high ranking MWL officials including: (i) Dr. Abdullah Omar Naseef, Secretary General of the MWL; (ii) Syed Main Aqeel Attas, Assistant Secretary General of the MWL; and (iii) three other members to be nominated by the MWL.<br><br>• Minutes of the proceedings of the Rabita Trust Board of Trustees meetings shall be recorded.<br><br>• The Board of Trustees shall launch fund-raising campaigns and receive all donations, gifts, and other monetary contributions.<br><br>• The Board of Trustees shall have the power to spend and invest the Trust Fund in the purchase of lands, buildings, building material and other articles and things considered necessary for the implementation of the project.<br><br>• The bank accounts of the Rabita Trust shall be operated jointly by two out of four Trustees authorized by the Board who shall sign the checks.<br><br>• The Board of Trustees shall have the annual statement of Receipts and Expenditure of the Trust prepared and its accounts audited by the Auditor General of Pakistan.<br><br>Senior leaders of the MWL populated the initial Board of Trustees when it was formed in 1988. |
| MWL030817-30819 | List of Members of the Rabita Trust Board of Trustees.  Members include several senior leaders of the MWL and IIRO, including:<br><br>• Dr. Abdullah bin Saleh al Obaid – Secretary General of the MWL.<br><br>• Dr. Abdullah bin Abdullah Naseef – Former Secretary General of the MWL.<br><br>• Prince Turki bin Fahd bin Jalawy al Saud – Director of the IIRO's Eastern Province branch office in Saudi Arabia.<br><br>• Dr. Adnan Khalil Basha – Secretary General of the IIRO.<br><br>• Mohammed bin Abdullah al Dubaiban – Muslim World League. |

| Jelaidan (022) | Wa'el Jelaidan, Secretary General of the Rabita Trust, confirms that the MWL appointed him to that position in 1998. |
|---|---|
| Jelaidan (007) | March 31, 2003 letter from Pakistan's Ambassador, Admiral Abdul Aziz Mirza, to MWL Secretary General Dr. Abdullah al Turki, requesting that Turki consider replacing Wa'el Jelaidan as Secretary General of Rabita Trust. |
| Jelaidan (008) | December 16, 2002 letter from the Pakistan Government Cabinet Secretary, Javed Masud, to MWL Secretary General Dr. Abdullah al Turki, requesting that Wa'el Jelaidan be replaced as Secretary General of Rabita Trust. |
| Jelaidan (021) | Undated letter from MWL Secretary General Dr. Abdullah al Turki to Pakistan's Ambassador, Admiral Abdul Aziz Mirza, concerning the freezing of Rabita Trust's bank accounts at Habib Bank and the re-constitution of the Board of Trustees. |

LEGAL\34205859\1

4

# **S**ummary of **E**vents

---

### After 11 September 2001

1. Letter from the Cabinet Secretary, Government of Pakistan asking for (1)details of receipts in the Rabita Trust Fund since its inception with an initial amount of Rs. 300 Million (2) Details of Major Expense and (3)procedures and persons authorized to sanction expenditure from the Trust Fund.  A reply was send on 1 October by the Project Director Rabita Trust giving details of all the major expenditures including the construction of 1000 flats and repatriation of 63 families, issuance of identification cards and administrative expenses.  This letter also included account numbers and persons authorized to operate these accounts. **(Reference Documents: Letter of the Cabinet Secretary No. 14/1/97 dated 25 Sept 2001 and Project Director's reply No. 465 dated 1 October 2001)**

2. Received a letter from the Project Director Rabita Trust informing us that the Information Resource Center, U.S. Embassy has asked for information material about "Rabita Trust".  Action Taken: The Project Director sent them a reply on the same date giving the details about the Trust. **(Reference Document: U.S. Information Resource Center, Letter dated 1 October, 2001)**

3. Received a letter from the Cabinet Division asking to (1) close the Lahore office, (2) terminate the services of the Deputy Project Director, (3) Joint operation of all the accounts of Rabita Trust and (4) Audit of the Rabita Trust fund since its inception.  As a response, the Secretary General issued an Office Order and directed the Project Director (1) to close the Lahore Office, take the full charge of all the assets and documents, (2) Suspend of the services of the Deputy Project Director UNTIL THE AUDIT IS COMPLETED AND SUBSEQUENT TERMINATION OF HIS SERVICES, after the audit, (3) joint operation of Rabita Trust accounts (authorizations for the second signatory were attached) (4) The Lahore office account's signatory was changed from the Deputy Project Director to Project Director, Rabita Trust and his accountant to operate jointly. **(Reference Documents: Cabinet Secretary**

1   020

**Letter No. 14/1/97-ERC® dated 3 October 2001 and Secretary General's Office Order 3 October 2001).** Action taken: The Project Director took charge of the Lahore Office and the Deputy Project Director was suspended and authorization letters to the concerned banks were delivered for immediate action to operate the Trust accounts jointly.

4. Received a notification from the Cabinet Secretary, in which the new composition of the Rabita Trust Board from the Pakistani side with the Cabinet Secretary as the new Chairman of the Trust. It also said that the changes from the Rabita Alam Al-Islami will be informed later. **(Reference Document: Cabinet Division Letter No. 10/1/2000, dated 11 October 2001)**

5. Received a letter from the Cabinet Division, Director General ERC, in which he informed the Project Director that the DG ERC had been nominated the new Chairman of the Rabita Trust and subsequently, authorized by the Government of Pakistan to operate the Rabita Trust accounts jointly. **(Reference Document: Cabinet Secretary Letter No. 10/1/2000 dated 20 Oct 2001)**

6. Received a letter from the Cabinet Division in which they informed that Government of Pakistan has engaged a reputed Chartered Accountants firm to **audit the Rabita Trust funds**. Action taken: The Secretary General directed the Project Director to extend full cooperation to the Audit Team to complete the audit of the Rabita Trust Fund. **(Reference Document: Cabinet Division Letter No. 10/1/2000-R&R (ERC) dated 11 October 2001 and Secretary General's Memo No. RTJ/19/22 dated 14 October). Remarks: At present, the Audit Firm is carrying out the audit of accounts at Rabita Trust Office, Islamabad.**

7. Received a letter from the Cabinet Division asking for the list of equal number of trustees from Rabita Trust. **(Reference Document: Cabinet Secretary Letter dated 13 October, 2001).**

2

# REPORT

### On The Latest Events Related To

### Repatriation Of

## THE STRANDED PAKISTANIS

---

**BY**

## SECRETARY GENERAL
### Rabita Trust

## INTRODUCTION

**Some quarter million Pakistanis have been living under un-describable conditions in Bangladesh in some 66 camps for the last 30 years. The Rabita trust was formed in July 1988 to bring these Pakistanis to Pakistan and rehabilitated them in the province of Punjab. Out of 40,500 families, only 67 could be repatriated in 1993. The issue has been a victim of politics of the concerned countries. It is a purely a humanitarian issue and the International community is urged to extend full help to this poor and neglected community for the last three decades.**

3

# BRIEF REPORT ON THE PROJECT

- The project was established on 9 July 1988 and physically executed during 1993.

- The target was to construct 40,000 residential units to accommodate 40,937 families.  In accordance with the census carried during 1992, this population comprised of **237,000** persons.

- A total of 1000 units were constructed at Mian Channu in the province of Punjab in the early 90's.  Out of these newly built housing units, 932 units remained unoccupied since their completion.  (Unfortunately, the condition of these units deteriorated with the passage of time and now require intensive maintenance and renovation work)

- The construction of 1000 residential units costed some 160 Million Pakistani Rupees.  At that time, 1 Saudi riyal equaled 7 Pak. Rupees.  Now, due to inflation, 1 Saudi Riyal is equal to 14.5 Pakistani Rupees.

- During February 1993, some 63 families were repatriated from Dhaka to Pakistan and were temporarily provided camps around the city of **Okara**, They were later moved to their colonies in Mian Channu in April 1994.

- It is estimated that the present number of Stranded Pakistanis has equaled if not exceeded 300,000, which is based on the first census carried out before 8 years.  In 1992, the population was 237,000 persons.

# MEETINGS AND ACTIVITIES

- No meeting of the Rabita Trust Board was held after February 1999 and as a result, no work was carried out by the Rabita Trust for the repatriation & rehabilitation of the Stranded Pakistanis.

- When the present government of General Pervez Musharraf came into power in October 1999, sizeable efforts were made by the Rabita Trust to hold an emergency meeting of the Board members with the government and subsequently, Rabita Trust received a reply from the Government of Pakistan supplying the names of new members of the Board nominated, replacing some of the members in the previous government.  At present, we are in the process of making necessary arrangements to hold a preparatory meeting of the Board Members.

# POINTS DISCUSSED IN THE LAST MEETING

- The last meeting of the Rabita Trust was held on **4/2/99**.   In this meeting, the status of Rabita Trust, as well as willingness by both the Pakistani Government and MWL, to continue their efforts to repatriate the Stranded Pakistanis; and to continue the project, which was stopped due to political reasons, were discussed in detail.  Since then no other meeting was held until now.

- It was reassured by the Pakistani Government that it stands fully committed to the issue of Stranded Pakistanis and promised to re-activate the project by strictly adhering to the contents of the Rabita Deed.

- A meeting was held between the Pakistani Foreign Ministers and the MWL delegation on **5/2/1999G**, as a continuation of the meeting with the Prime Minister of Pakistan to review the past achievements and to ensure Pakistan' commitment to the remobilization of the Rabita Trust Project.

**The following points were discussed in the meeting with the Foreign Minister of Pakistan:**

- Adhering to the 1992 census already carried out by Rabita Trust and to update the same for future benefit.

- Issuance of personal or family identification cards that would include profession and be attested by both the Pakistani High Commissioner in Dhaka and subsequently by the Government of Punjab when the Stranded Pakistani arrive with a system of effective follow-up to be adopted.

- Since 63 families have already been settled in colonies in the residential units, the Government of Pakistan assures its willingness to repatriate the remaining families to occupy the already constructed units.  For this purpose, it was mentioned that the allowable budget would be used to accomplish this.

- Ensuring the Stranded Pakistanis would be given the ownership rights after having stayed for 10 years or more in their units and after taking the necessary steps to guarantee their permanent stay in Punjab with the condition to eliminate possibilities of their suspected migration to Sindh.

- Review of the design of the residential colonies and refreshing the distribution of the residential colonies in the province of Punjab to break them into smaller residential colonies to facilitate their marketing and fetching funds in future, effectively.

- Contacting the Islamic Development Bank to adhere to its former commitments to construct general facilities (mosques, schools,

5

shopping centers etc), which amounts to some15% of the budget of the entire project.

- Presenting a report to assess the present cost of residential units and general budget for the project in accordance with the current estimates.

- Contacting HRH Price Sultan bin Abdul Aziz, the Second Deputy Premier, Minister of Defense and Civil Aviation to seek his assistance to transport the families of Stranded Pakistanis from Dhaka to Lahore and to get HRH full support to the project in general.

- Pakistan's commitment to provide 50% of the Budget as per as the Rabita Deed and this would be by ratio on the revenue received by Rabita Trust.

- Carrying out a fund raising campaign and issuance of a collective appeal by both the Government of Pakistan under the signature of the Pakistani Foreign Minister and the Secretary General MWL for donations and support for repatriation and the stress is given to launch such campaign effectively and smoothly.

- A call for a meeting of Board members to review the above-mentioned agenda and to take the necessary decisions.

F.No.2/15/92-R9p.

ISLAMABAD, THE
29TH OCTOBER,1992.

Mr. Wa'el K. Melaidan,
Project Director,
Rabita Trust,
Muslim World League,
H.8/1, ISLAMABAD

a
SUBJECT: — REPATRIATION OF 3000 FAMILIES FROM
BANGLADESH TO PAKISTAN BY THE END
OF DECEMBER, 1992.

In a Summary on the abovenoted subject the
Chairman, Rabita Trust Board (Prime Minister of Pakistan)
was pleased to approve the proposal that Mr.Wa'el K.
Jelaidan, representative of Rabita Al-Alam Al-Islami in
Islamabad having since been nominated a member
on the Rabita Trust Board and appointed also as Project
Director would have to set up his office at Lahore
immediately to discharge his responsibilities.

2.     It was also agreed that a co-project Director
in BPS-20, alongwith the following additional staff
obtained on deputation from Federal and Provincial
Departments will be required to assist the project
Director:-

|   |   |   |
|---|---|---|
| 1) | Deputy Director BPS-18 | 1 |
| 2) | Accounts Officer BPS-17 | 1 |
| 3) | Accounts Assistant | 2 |
| 4) | Assistant (female) | 1 |
| 5) | Stenotypist | 2 |
| 6) | Cashier | 1 |
| 7) | Naib Quasid | 2 |
| 8) | Driver | 1 |

3.     It is expected that the above officers and
staff would be required for a period of 4 to 6 months
with effect from 1-12-1992. You are therefore requested
to advise the workability of the above proposal and
state also from where they are to be paid for the period
they remain engaged, in this project. The expenditure
involved has roughly been estimated at Rs.500,000/-.

(M. ASLAM TARIQ)
DEPUTY SECRETARY

MWL 008691

# THE RABITA TRUST
### for Rehabilitation of
## Stranded Pakistanis

26 Sha'aban, 1418H.

26 December, 1997





وقف الرابطة

لإعادة توطين

الباكستانيين المقطوعين

### APPEAL FOR DONATION TO THE RABITA TRUST
### FOR REPATRIATION OF STRANDED PAKISTANIS FROM BANGLADESH

*Dear Brother in Islam,*

*Assalamu Alaikum Wa Rahmatullah*

As you are perhaps aware, the first meeting of the Board of Trustees of Rabita Trust for the Repatriation of the Pakistanis Stranded in Bangladesh, after its re-organization in 1991 under the chairmanship of Honorable Prime Minister Mian Mohammed Nawaz Sharif, was held at Islamabad on 5th Jumada al-Ula, 1412 H, corresponding to 11th November, 1991, to plan and arrange for the repatriation of about 250,000 Muslim men, women and children from Bangladesh to Pakistan.

It is well known that these Pakistanis have been living under indescribable conditions in Bangladesh for over a quarter of a century for no reason other than their pride in calling themselves Pakistanis and their insistence, despite heavy odds, on remaining loyal to their state. It is clearly the responsibility of all of us as ordained in the Glorious Qur'an [The believers are nothing else but brethren] to attend to the needs of these oppressed and destitute brethren -in- Islam, particularly when they are denied the freedom of movement even to earn their daily bread.

With Allah's Grace, a Rabita Trust was formed with the assistance of the Government of Pakistan and Rabita al-Alam al- Islami in July 1988, to bring these Stranded Pakistanis to Pakistan and rehabilitate them in the Province of Punjab. The fulfillment of this objective was facilitated by in 1991-1992 under the dynamic administration of the Islami Jamhori Ittihadi of Pakistan headed by Mian Mohammed Nawaz Sharif. Despite many obstacles, it was decided to launch this programme in pursuance of the Trust's Declaration, and we embarked on constructing 41500 housing units along with necessary facilities in various districts of Punjab at an estimated cost of around $ 250 millions [two hundred and fifty million] and other arrangements for transportation and settlement had also begun to be made. Accordingly, the Housing Committee, appointed by the Rabita's Trust, met at Islamabad on 24th Sha'aban 1412 H, corresponding to 27th February 1992 and received the first [assignment] of land measuring 96 acres in Mian Channu district of Punjab, where the Trust has completed the construction of 1000 housing units in 1994. The Trust's project director was also entrusted with the task of executing the entire rehabilitation scheme. A beginning was thus made and a plane-load of Stranded Pakistanis was brought in and rehabilitated in 68 of these housing units However, unfortunately a change of government took place in 1993 after which the whole matter remained in abeyance for about the last five years. Alhamdulillah, in February this year the Pakistan Muslim League and the parties allied with it were once again elected back to power with Mian Mohammed Sharif as the Prime Minister. The present Government has firmly renewed its pledge to do all it canto bring and rehabilitate these Stranded Pakistanis, numbering over 238000, according to census carried out jointly in 1991-92. Insha Allah, the vacant housing units at Mian Jannu would be occupied by transferring more 932 families within the next three months.

The execution of this great project requires stupendous financial resources which can only be pooled with the help of the Muslim governments, charitable organizations, and philanthropic individuals. Obviously enough, our gigantic humanitarian programme needs your attention and generous support. It will hence be much appreciated if you can kindly issue your donation cheques and drafts to [ The Secretary General of the Rabita's Trust ] payable to Habib Bank Ltd, Secretariat Block (A), Islamabad, Account No. 9536-3,[for Pakistan Currency deposits] and Habib Bank Ltd, Civic Centre Branch Islamabad, Account no. 97073-1, [for Foreign Currency deposits] at your earliest convenience. Secretary General's addresses are given below.

May Allah Almighty reward and bless you.

Your sincerely,

**(Dr. Abdullah Ibn Salih Al-Obaid)**
*Secretary-General*
*Muslim World League*
*Vice-Chairman*
*Board of Trustees of Rabita Trust*

**(Sartaj Aziz)**
*Minister of Finance & Economic Affairs*
*Government of Pakistan*
*Vice-Chairman*
*Board of Trustees of Rabita Trust*

**Makkah Office:**
c/o Muslim World League
P.O. Box 537, Makkah
Phone: 5422859
Fax 5455288

**Islamabad Office:**
c/o Muslim World League
H-8/1, Islamabad
Phone: 250299/255112
Fax 253586

IIRO 149661

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

Telegrams: CABSEC

**Government of Pakistan**
**CABINET DIVISION**
(Post Code No. 44000)

No.     10/1/2000-R&R(ERC)

*Islamabad, the*

11th October 2001

To:-

Mr. Rahmat Ullah Nazir Khan,
Project Director,
Rabita Trust for
Rehabilitation of Stranded Pakistanis,
Pitrus Bokhari Road,
H-8/1, Islamabad.

Subject:-   THE RABITA TRUST FOR REHABILITATION OF STANDARD
PAKISTANIS

Dear Sir,

Kindly refer to your letter No.745/RT dated 10th October, 2001.

I am grateful for the prompt action taken on the agreed points and the confirmation of same through your above quoted letter. However, you are requested to immediately confirm action on the following aspects also:-

a.   It had been agreed that the services of Mr. Abdul Haye will be terminated with immediate effect, whereas as per your letter his services have only been suspended. Please confirm that he has been terminated from the service.

b.   You have indicated joint operation of Account Number 10206-4, whereas most of the Funds, including Terms Deposits, are in the Account Number 9536-2. Therefore, with immediate effect, this account should also be operated jointly.

2.     A reputed Chartered Accounts Firm, M/s. A.F. Ferguson and Company, has been deputed, with the approval of the competent authority, to carry out the audit of all accounts of the Trust Fund operated by the Head and sub Offices. You are requested to extend requisite help and cooperation to the auditors detailed for the purpose.

With regards,

Yours sincerely,

Brig.(R)
(Muhammad Ilyas Khan)
Director General (ERC)

CONFIDENTIAL:  This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (RCC), United
States District Court for the Southern District of New York.

IIRO 149642

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

Telegrams: CABSEC

Government of Pakistan
**CABINET DIVISION**
(Post Code No. 44000)

No.

*Islamabad, the*
11th October 2001

10/1/2000-R&R(ERC)

To:-

Mr. Rahmat Ullah Nazir Khan,
Project Director,
Rabita Trust for
Rehabilitation of Stranded Pakistanis,
Pitrus Bokhari Road,
H-8/1, Islamabad.

Subject:-  RECONSTITUTION OF RABITA TRUST BOARD FOR STRANDED PAKISTANIS

Dear Sir,

السلام علیکم

I am enclosing for your information a copy of the Notification whereby the Rabita Trust Board has been recomposed and the revised list of the trustees representing the Pakistan Government has been published.

With regards,

Yours sincerely,

Brig.(R)
(Muhammad Ilyas Khan)
Director General (ERC)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149643

TO BE PUBLISHED IN THE GAZETTE OF PAKISTAN EXTRAORDINARY

GOVERNMENT OF PAKISTAN
CABINET SECRETARIAT
(CABINET DIVISION)

Islamabad, the 11th October, 2001.

NOTIFICATION

No. 10/1/2000-R&R(ERC). The competent authority has been pleased to
reconstitute the composition of the Rabita Trust Board for the Rehabilitation of Stranded
Pakistanis. The revised list of trustees representing the Government of Pakistan is as
under:-

| | | |
|---|---|---|
| i) | Cabinet Secretary. | Chairman |
| ii) | Additional Chief Secretary, Punjab | Vice Chairman |
| iii) | Addl. Chief Secretary (Dev), Sindh | Member |
| iv) | Financial Advisor (Cabinet) | Member |
| v) | DG(South Asia), M/o Foreign Affairs | Member |
| vi) | DG (ERC), Cabinet Division | Member |

2.       Changes in the membership of the trustees representing the Rabita al-
Alam al-Islami, if any, will be notified later.

Brig.(R)
(Muhammad Ilyas Khan)
Director General (ERC)

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (RCC), United
States District Court for the Southern District of New York.

IIRO 149644

Pak. Rs. N/C.

**HABIB BANK LIMITED, SECRETARIAT 'A' BLOCK BRANCH, ISLAMABAD.**
Telephone: 2827248 & 2829746, E-mail: sufis@hblpk.com

MKS/79
October 22, 2001

The Secretary General,
Rabita Trust for Stranded Pakistanis,
World Muslim League,
P.O. Box.1030,
Makkah Al Mukarmah,
Saudi Arabia.

Dear Sir,

### BALANCES OF YOUR ACCOUNTS

Kindly find hereunder balances of your accounts as on 22.10.01 for information and
record.

9536 —3 ,

1. Term Deposits.       Rs.  558,272,000/-

2. P.L.S. 9536-2        Rs.      793,721/46

3. P.L.S.10206-4        Rs.    1,773,676/71

TOTAL.                  Rs.  560,839,398/17

With regards and best wishes.

Yours faithfully,

Muhammad A. Sufi.
V. P. Manager.

MWL 030890

*Pak. Rs. Mc.*

**HABIB BANK LIMITED, SECRETARIAT 'A' BLOCK BRANCH, ISLAMABAD.**
Telephone: 2827248 & 2829746, E-mail: sufis@hblpk.com

MKS/79
October 22, 2001

The Secretary General.
Rabita Trust for Stranded Pakistanis,
World Muslim League.
P.O. Box.1030,
Makkah Al Mukarmah,
Saudi Arabia.

Dear Sir,

### BALANCES OF YOUR ACCOUNTS

Kindly find hereunder balances of your accounts as on 22.10.01 for information and record.

| | | |
|---|---|---|
| 1. Term Deposits. | Rs. | 558,272,000/- |
| 2. P.L.S. 9536-2 | Rs. | 793,721/46 |
| 3. P.L.S.10206-4 | Rs. | 1,773,676/71 |
| TOTAL. | Rs. | 560,839,398/17 |

With regards and best wishes.

Yours faithfully,

Muhammad K. Sufi.
V.P./Manager.

TOTAL P.01

MWL 030891



**HABIB BANK LIMITED, SECRETARIAT 'A' BLOCK BRANCH, ISLAMABAD.**
Telephone: 2827248 & 2829746, E-mail: sufis@hblpk.com

MKS/79
October 22, 2001

The Secretary General,
Rabita Trust for Stranded Pakistanis,
World Muslim League,
P.O. Box.1030,
Makkah Al Mukarmah,
Saudi Arabia.

Dear Sir,

### BALANCES OF YOUR ACCOUNTS

Kindly find hereunder balances of your accounts as on 22.10.01 for information and record.

1. Term Deposits.     Rs.   558,272,000/-

2. PLS. 9536-2     Rs.       793,721/46

3. PLS.10206-4     Rs.    1,773,676/71

TOTAL.     Rs.   560,839,398/17

With regards and best wishes.

Yours Faithfully,

Muhammad K. Sufi,
VP/Manager.

MWL 030892

TOTAL P.01

## THE RABITA TRUST DEED

WHEREAS about a quarter of a million Pakistanis hereinafter called "the Stranded Pakistanis" are still lying stranded in Bangladesh.

AND WHEREAS the Rabita al-Alam al-Islami (Muslim World League), in accordance with its constitution and declared policy of helping the distressed Muslims and in pursuance of the resolution of its Consituent Council, has accepted the financial responsibility for the transportation and rehabilitation of the Stranded Pakistanis, hereinafter called the "Rehabilitation Project",

AND WHEREAS to achieve this object of the Rehabilitation Project, the Rabita al-Alam al-Islami hereinafter called the "Founder", with the consent and cooperation of the Government of Pakistan, intends to establish a Trust,

AND WHEREAS the Trustees named hereinafter have agreed to become the Trustees of the Trust,

NOW, THEREFORE,this Deed witnesseth as agreed and declared and that the Founder and the Government of Pakistan hereby deliver, transfer and make over to the Trustees sums of Rs 50 million (Rupees fifty million) and Rs 250 million (Rupees two hundred and fifty million) as their respective initial contributions, making a total of Rs 300 million (Rupees three hundred million) to have and hold the same subject to the powers hereinafter contained and declared..

1.   NAME AND HEAD OFFICE OF THE TRUST

  (a)  The Trust shall be called the "Rabita Trust for Rehabilitation of the Stranded Pakistanis"

head office of the Trust shall be
located at Islamabad; provided that
regional offices of the Trust may also
be established at such other places
within and outside Pakistan as may be
determined by the Board of Trustees.

2.     AIMS AND OBJECTS OF THE TRUST

The aims and objects of the Trust shall be :

(a)   To arrange for transportation and
repatriation of the Stranded Pakistanis
from Bangladesh to Pakistan in such
manner and through such measures as the
Board of Trustees may deem proper  and
feasible:

Provided that transportation and
rehabilitation of stranded Pakistanis
will start as soon as an amount
equivalent to half of the estimated
cost of the project has been collected.

(b)   To arrange for procurement of suitable
sites and construction of such residential
units, mosques and other ancillary
structures and provision of amenities
thereon, as may be considered appropriate
by the Board of Trustees for such purpose.

(c)   To arrange for maintenance of repatriates,
for such period and on such scale as may
be deemed necessary by the Board.

(d)   To render  to the repatriates such advice
and assistance as may be deemed feasible
and proper to enable them to become
self-supporting citizens.

(e)   To take all other steps considered
necessary for or incidental to the
implementation of the Rehabilitation
Project.

3.     BOARD OF TRUSTEES

(a)   There shall be a Board of Trustees,
hereinafter called the "Board",

-: 3 :-

initially consisting of twelve members, six from the Government of Pakistan and six from the Founder;

Provided that the Board may add to its initial members upto four more Trustees, two from each side.

(b)   The Board shall initially consist of the following members:-

| Sl No. | Name | Designation |
|---|---|---|
| 1. | General Mohammad Zia-ul-Haq, President of the Islamic Republic of Pakistan | Chairman |
| 2. | H.R.H. Prince Talal bin Abdul Aziz | Co-Chairman |
| 3. | Dr Abdullah- Omar Naseef, Secretary-General of the Rabita Al-Alam Al-Islami | Vice-Chairman |
| 4. | Sahabzada Yaqub Khan, Foreign Minister, Government of Pakistan | Vice-Chairman |
| 5. | Syed Amin Aqeel Attas, Assistant Secretary-General of Rabita Al-Alam Al-Islami | Director General-cum-Secretary General |
| 6. | Mr. Hasan Zaheer, Cabinet Secretary, Government of Pakistan | Deputy Director General-cum-Deputy Secretary-General |
| 7,8 & 9. | Three members to be nominated by the Rabita Al-Alam Al-Islami. | Members |
| 10. | Dr. Mahbubul Haq, Minister for Commerce, Finance & Economic Affairs and Planning & Development, Government of Pakistan. | Member |
| 11. | Malik Nasim Ahmed Aheer, Minister for Interior, Government of Pakistan. | Member |
| 12. | Maulana Muhammad Zafar Ahmad Ansari | Member |

(c)   In case a vacancy occurs in the Board on account of any of the reasons enumerated

-: 4 :-

fill the vacancy, keeping in view the
requirement of parity of representation
between the Founder and the Government
of Pakistan.

(d)    Subject to provisions of the Trust Act,
1982 (II of 1982), the office of a
Trustee shall be declared vacant by the
Board on the happening of any of the
following events:

(i)   death;

(ii)  resignation in writing addressed to
and accepted by the Board;

(iii) having been adjudicated insolvent;

(iv) becoming of unsound mind;

(v)  becoming incapable to act as Trustee
due to ill health;

(vi) conviction for an offence involving
moral turpitude; and

(vii) engagement in activities harmful or
inimical to the objects of the
Trust.

(e)    No act or proceeding of the Board shall
be invalid by reason only of the existence
of a vacancy in its membership.

4.    POWERS AND FUNCTIONS OF THE BOARD

(a)    The Board shall administer and manage
the Trust.

(b)    The Board shall take all policy decisions
in respect thereof.

(c)    The Board shall launch a fund-raising
campaign and receive all donations, gifts
and other monetary contributions to meet
the financial liabilities in respect of
the Rehabilitation Project.

(d)    The Board shall own and possess all
properties, movable and immovable, cash,
Government securities and shares of joint

-: 5 :-

(e)    The Board shall, out of the Receipts,
pay and defray all costs, charges and
expenses incurred in respect of the
implementation and efficient functioning
of the Rehabilitation Project.

(f)    The Board may appoint a Project Director
and such other staff as it may deem
necessary to ensure speedy and proper
implementation of the Rehabilitation
Project.  The Project Director shall be
responsible to the Director General-cum-
Secretary-General.

(g)    The Board shall have the power to spend
and invest, in its discretion, the Trust
Fund in the purchase of lands, buildings,
building material and other articles and
things considered necessary for the
implementation of the Rehabilitation
Project.

5.    MEETINGS OF THE BOARD

(a)    The Board shall meet ordinarily at the
the head office, at least four times in
a calendar year, to consider and dispose
of all matters relating to the Trust:
Provided that not more than one hundred
and twenty days shall elapse between one
meeting and the other.

(b)    Meetings of the Board shall normally be
convened by the Secretary-General with
the approval of the Chairman/Co-Chairman
by giving fourteen days clear notice in
writing, to call such a meeting.

(c)    An emergency meeting of the Board may be
convened by the Secretary-General with
the approval of the Chairman/Co-Chairman
of the Board whenever deemed necessary,
by giving three to seven days notice according
to circumstances.

(d)   A requsition meeting of the Board shall be convened by the Secretary-General by giving fourteen days clear notice, whenever a requisition stating the specific matter for which the meeting is required to be convened, is received by the Secretary-General, duly signed by six or more Trustees.

(e)   All meetings of the Board shall be presided over by the Chairman or, in his absnece, by the Co-Chairman or a Vice-Chairman, or by one of the Trustees elected from amongst themselves to preside over the meeting.

(f)   The decisions of the Board shall be expressed in terms of the opinion of the majority of the Trustees present and voting.

(g)   In case of equality of votes, the person presiding over the meeting, shall have and exercise a casting vote.

## 6. QUORUM FOR THE MEETING

Six Trustees shall constitute the quorum for the meeting of the Board: Provided that at least three of them must be from amongst the representatives of the Founder and at least three from amongst the representatives of the Government of Pakistan.

## 7. MINUTES OF THE MEETING

Minutes of the proceedings of the meetings shall be recorded and kept by the Secretary-General of the Board and shall be signed by the person presiding over the meeting in a Minute Book to be maintained for that purpose.

## 8. TRUST FUND

The Trust Fund shall consist of the following :

(a)   The token sum of Rs 50 million initially made over to the Trustees by the Founder.

-: 7 :-

    (b)    Such other sums as may be transferred
              to the Trust by the Founder from time to
              time.

    (c)    The sum of Rs 250.00 million donated by the
              President of Pakistan and the cost of land required
              for the accomplishment of the Rehabilitation Project
              to be donated by the Government of Pakistan.

    (d)    Donations, gifts, grants and other amounts
              and properties received by the Board from
              individuals, organizations, international
              agencies, governments and others.

    (e)    Dividends, income, bonuses and profits
              accruing to the Trust.

9.    EXEMPTION FROM INCOME TAX

    All contributions made to the Trust shall be
exempt from income tax.

10.    BANK ACCOUNT

    All monies received by the Board on account of
the Trust shall be deposited and maintained in
the name of the Trust with any scheduled bank in
Pakistan, provided that the Director General and
Deputy Director General may keep in hand a revolving
imprest within the respective ceilings as may be
determined by the Board to meet the day-to-day
expenses.

    The account of the Trust shall be operated jointly
by two out of four Trustees authorised by the Board
who shall sign the cheques:  Provided always that
one of the two signatories to all cheques shall be
a Trustee representing the Founder and the other
signatory will be a Trustee representing the Government
of Pakistan.  The Board shall have the annual
statement of Receipts and Expenditure of the Trust
prepared and its accounts audited by the Auditor
General of Pakistan.

11.    DELEGATION OF POWERS

that the Board may set up for specific assignments or
to any of its office bearers or Trustees to ensure
proper and efficient implementation of the
Rehabilitation Project.

### 12. SEAL OF THE TRUST

There shall be a seal of the Trust, duly approved
by the Board, which shall be affixed to all
documents executed in relation to the Trust.  The
seal shall remain in the custody of the Secretary-
General.

### 13. POWER TO FRAME RULES AND REGULATIONS

The Board may frame rules and regulations for the
administration and management of the Trust and
the implementation of the Rehabilitation Project.

### 14. AMENDMENTS TO THE TRUST DEED

Amendments to the Trust Deed, within the framework
of, and not inconsistent with the aims and objects
of the Trust, may be made by a two-thirds majority
of the total membership of the Board:  Provided
that a notice in this behalf alongwith a copy of
the proposed amendment is duly furnished to the members
of the Board at least twenty days before the date
of the meeting.

### 15. TERMINATION OF THE TRUST AND DISPOSAL OF SURPLUS FUNDS

When, in the opinion of the Board, the Rehabilitation
Project has been completed, it may decide to wind up
the Trust.  The surplus funds, after liquidation of
debts and liabilities, if any, may be diverted towards
relief and welfare projects for other distressed
Muslims:
Provided that the decision for winding up as well as
the diversion of surplus funds is taken by the votes
of at least two-thirds of the total membership of the
Board.

Signed at Islamabad on this 9th day of July, 1988, 24th
day of Ziqaad, 1408 H.

# List of members of the Rabita Trust Board

Subject to confirmation from the Government of Pakistan

1. **General Pervez Musharraf**
   *Chief Executive, Islamic Republic of Pakistan*                              Chairman

2. **H.R.H.  Prince Talal Bin Abdul Aziz Al–Saud**                           Co-Chairman

3. **H.E .Dr. Abdullah Bin Saleh Al-Obaid**                                   Vice Chairman
   *Secretary-General Rabita Al-Alam Al-Islami, Makkah, KSA*

4. **Mr. Shaukat Aziz**                                                        Vice Chairman
   *Minister of Finance, Revenue, Economic Affairs,*
   *Planning & Development and Statistics*

5. **Lt. Gen.® Moin-ud-Din Yaider,**                                          Member
   *Minister of Interior, Narcotics and Control and*
   *Capital Administration & Development*

6. **Lt. Gen. Muhammad Safdar, HI (M), S.Bt(Retd)**                           Member
   ***Governor of Punjab***

7. **Air Marshal Azim Daood Pota, HI(M), SJ (Retd)**                          Member
   *Governor of Sindh*

8. **Mr. Majid Nizami**
   *Chairman Pak Citi zens' National Committee*                                Member

9. **Secretary Foreign Affairs**                                              Member

10. **Dr. Abdullah Bin Abdullah Naseef**                                       Member
    *Vice Chairman Majlis-e-Shoora, Govt of Saudi Arabia*

11. **H.E.  Yousaf Jasim Al-Hiji**                                            Member
    *President, International Islamic Charity Organization, Kuwait*

12. **H.E. Dr. Abdul Malik Al-Hamar,**                                        Member
    ***Advisor, to the President of UAE, Abu Dhabi***

13. **.H.R.H. Prince Turky Bin Fahd Bin Jalawy Al-Saud**                      Member
    *Supervisor General, IIRO Offices, Eastern Province, Saudi Arabia*

14. **H.E. Dr. Adnan Khalil Basha**                                           Member
    *Secretary-General IIRO, Jeddah*

15. **Mr. Mohammed Bin Abdallah Al-Dubaiban**                                 Member
    *Rabita Al-Alam Al-Islami, Riyadh Office, Saudi Arabia*

16. **Mr. Wael Hamzah Jelaidan,**                    Director General- cum-Secretary General

17. **Secretary Cabinet Division**                   Deputy Director General-cum-Deputy Secretary
                                                                      General

THE RABITA TRUST

For Repatriation of Stranded
Pakistanis

**Secretariat General**

وقف الرابطة

لإعادة توطين الباكستانيين المتطوعين
الأمانة العامة

Ref: RTJ/034

Date: 14 October 2000

الرقم :

التاريخ :

Dr. Masooma Hasan,
Secretary Cabinet Division,
Islamabad.
Tel: 92 51 9213562
Fax: 92 51 9201357

Subject :- <u>The Rabita Trust Board</u>

Dear Madam,

The Rabita Trust for the Repatriation and Rehabilitation of the Stranded plans to convene its Board's meeting very soon. For this, we will need the names of all the members from Pakistan and Rabita Al-Alam Al-Islami's sides. We have come to know that some members of the Board on Pakistan's side have either retired or been transferred. I shall be obliged if you could please get their substitutes nominated/notified and send us their names at your earliest. As for the members on our side, we have made some new nominations and the names of the new nominees are given below for notification.

1. H.R.H. Prince Talal Bin Abdul Aziz Al-Saud                          Co-Chairman
2. H.E .Dr. Abdullah Bin Saleh Al-Obaid                                 Vice Chairman
   Secretary-General Rabita Al-Alam Al-Islami, Makkah, KSA
3. Mr. Wael Hamzah Jelaidan,                                            Director General- cum-Secretary General
4. H.E. Yousaf Jasim Al-Hiji                                           Member
   President, International Islamic Charity Organization, Kuwait
5. H.E. Dr. Adnan Khalil Basha                                         Member
   Secretary-General IIRO, Jeddah
6. H.E. Dr. Abdul Malik Al-Hamar,                                       Member
   Advisor to the President of UAE, Abu-Dhabi
7. Dr. Abdullah Bin Abdullah Naseef                                     Member
   Vice Chairman Majlis-e-Shoora, Govt of Saudi Arabia
8. H.R.H. Prince Turky Bin Fahd Bin Jalawy Al-Saud                      Member
   Supervisor General, IIRO Offices, Eastern Province, Saudi Arabia
9. Mr. Mohammed Bin Abdallah Al-Dubaiban                                Member
   Rabita Al-Alam Al-Islami, Riyadh Office, Saudi Arabia

May Allah bless you.

With regards,
Yours sincerely,

**Wael Hamzah Jelaidan**
Director General-cum-Secretary General

Faxed 14-10-2000 2:44 MZL.

Rabita_Trust@yahoo.com بريد الكتروني – ١٤٣١ جدة ١٤٣٦ ص.ب – ٦٦ ٠٠ ٦٨٢٤٠٠٧ ٢ فاكس – ٦٦ ٠٠ ٦٨٢٣٦٠٥ ٢ : هاتف
P.O.Box 1436, Jeddah 21431, KSA - Email: Rabita_Trust@yahoo.com - Phone 00966 2 6823605, Fax: 00966 2 6824007

MWL 030818

GOVERNMENT OF PAKISTAN
CABINET SECRETARIAT
(CABINET DIVISION)
. . . . . .

## COMPOSITION OF RABITA TRUST BOARD

| S.NO. | NAME & PORTFOLIO/DESIGNATION | POSITION IN THE BOARD |
|---|---|---|
| 1. | General Parvez Musharraf, Chief Executive, Islamic Republic of Pakistan | Chairman |
| 2. | H.R.H. Prince Talal Bin Abdul Aziz Al-Saud | Co-Chairman |
| 3. | H.E. Dr. Abdullah bin Saleh Al-Obaid Secretary General, Rabita al-Alam al Islami | Vice-Chairman |
| 4. | Mr. Shaukat Aziz Minister for Finance, Revenue, Economic Affairs, Planning & Development and Statistics | Vice Chairman |
| 5. | Lt. Gen. (R), Moin-ud-Din Haider, Minister for Interior, Narcotics Control and Capital Administration & Development | Member |
| 6. | Lt. Gen. Muhammad Safdar, HI (M), S BI (Retd), Governor Punjab | Member |
| 7. | Air Murshal Azim Daud Pota, HI(M), SJ (Retd) Governor Sindh | Member |
| 8. | Mr. Wael Hamzah Jelaidan | Director General-cum-Secretary General |
| 9. | H.E. yousaf Jasim Al-Hiji President, International Islamic Charity Organization, Kuwait | Member |
| 10. | H.E. Dr. Adnan Khalil Basha, Secretary General International Islamic Relief Organization, Jeddah | Member |
| 11. | H.E. Dr. Abdul Malik Al-Hamar, Advisor to the President of UAE, Abu Dubi | Member |
| 12. | H.E. Al-Sheikh Hamad Al-Zamil, President, Chamber of Commerce and Industries, Saudi Arabia | Member |
| 13. | Engineer Abdul Mohsin Al-Idris, Member, Chamber of Commerce and Industries, Riyadh, Saudi Arabia | Member |
| 14. | Mr. Majid Nizami, Chairman, Pak. Citizens' National Committee. | Member |
| 15. | Secretary Foreign Affairs | Member |
| 16. | Secretary Cabinet Division | Deputy Director General-cum-Deputy Secretary General |

MWL 030819

# Wael Jelaidan

## <u>Life in America:</u>

I graduated from the high school in summer 1976 and got scholarship for my B.Sc in Soil Science. In fall 1976, I joined the English language program in Belmont, North Carolina. In fall 1977, I joined the two years Diploma program in St. Petersburg College, Florida. I got my Bachelors degree in Soil Science in fall 1981 from Eastern Kentucky University.

In spring 1982, I was appointed as a Tutor in the King Abdul Aziz University, Jeddah, Saudi Arabia at the College of Meteorology, Environment and Agriculture in the Arid Zone.

Thereafter, in fall 1983, I got a scholarship for my higher education in the Range Management (Agriculture) and joined the Masters Program at the University of Arizona, Tucson.

I left the United States in spring 1985 to join the relief work in Pakistan. Since then, I have visited the United States once in December 1990 for two weeks to attend a conference arranged by MAYA (Muslim Arab Youth Association).

I would like to take this opportunity to express my deep appreciation for the American people and the American way of life and the educational system. I spent my good seven years in the United States without any violations of the law. I am greatly thankful to my teachers in all the institutions in which I have received my education in the United States of America.

In 1984, I was elected as the president of the Islamic Center, Tucson, Arizona.

Since my last visit in 1990, I have not visited the United States.

## History of Humanitarian Relief Efforts:

1

The Soviet Union invaded Afghanistan in 1979. I left the United States in 1985 and joined the relief activities rendered for the Afghan nation who faced atrocities and hard time due to the invasion of Afghanistan. I felt that it was my human and religious obligation to offer whatever I could for my brothers in faith. This is the reason, why my focal point has always been relief work for the Afghan refugees. During my assignment in Pakistan, my job was to ensure that all relief goods and humanitarian supplies arriving in Pakistan reached the needy and displaced people.

From 1986 to the end of 1988, I was appointed as the Director of the Saudi Red Crescent Society in Pakistan which is a member of International Red Cross and Red Crescent societies. The relief efforts, for which I was responsible, consisted of a tuberculosis hospital, a surgical hospital, some dispensaries and pharmaceutical supplies, scattered around the refugee camps. The following is the brief history of my assignments:

1989:        Joined MWL Muslim World League as a Director and worked until 1994, looking after education and relief work for the refugees.

1992:        Became Project Director of the Rabita Trust, a joint TRUST formed by the Government of Pakistan and Muslim World League jointly for the repatriation and rehabilitation of the Stranded Pakistanis in Bangladesh, commonly known as Biharis, who were left behind after the 1971 Indo-Pakistan war. Under the Rabita Trust arrangements for the repatriation of the Stranded Pakistanis, a housing project was planned and executed which was a single project operation. As a Project Director, I supervised the construction of 1000 residential units in the province of the Punjab, as a pilot project. The Government of Pakistan had been a partner in this project and all funds and resources used to be released by the Government of the Punjab at that time.

2

**Wael Jelaidan**

1994            I worked in Pakistan until 1994 and then returned to Saudi Arabia
               for good.

1998 to date: In 1998, I was appointed as the Secretary General of the Rabita
               Trust by the Muslim World League. The project could not continue
               due to internal problems in Pakistan as well as between the
               Pakistani Government and the Bangladeshi Government over the
               issue of repatriation.   In October 2001, the Rabita Trust was
               designated by the OFAC. I was personally designated after 1 year,
               in September 2002. At present, I am defending myself in the civil
               case while Muslim World League is defending Rabita Trust in the
               same case. The reality is that there had never been any transfer of
               funds from Rabita Trust to anywhere except to the housing project.
               Following the designation of Rabita Trust, the Government of
               Pakistan instructed a foreign based audit company to conduct a
               thorough audit on all the receivables and expenditures but after
               carrying out the audit for a complete year, they never found any
               activity or transfer of funds beyond the objectives of the Rabita
               Trust Deed.  The audit report is available both with the audit
               company (Messrs Ferguson), and with the Government of Pakistan,
               but unfortunately, there is no mechanism laid down by the OFAC as
               well as by the treasury department of the United States to de-list
               an organization from the Terrorist List once it is proved to be
               wrongly designated.

1999:          I was appointed as the Executive Director of the SJRC (Saudi Joint
               Relief Organization), established by the Government of Saudi
               Arabia to help the people of Kosovo during their stay in Albania and
               Macedonia, until they were repatriated back to Kosovo. I held this
               position for one year.

3

**Wael Jelaidan**



سفارة باكستان - الرياض
**EMBASSY OF PAKISTAN**
P.O. BOX 94007
RIYADH 11693

No.POL-3/45/03                                        31 March 2003

Excellency,

You would be aware that the Government of Pakistan had revised the membership of the Trust representing the Government of Pakistan on the Board of the Rabita Trust for Rehabilitation of Stranded Pakistanis. As a result Secretary, Cabinet Division, was appointed as Chairman of the Rabita Trust Board. The revised composition of the Board was provided to Mr. Rahmat Ullah Nazir Khan, Project Director of the Rabita Trust in Islamabad, vide Cabinet Division's letter No.2/1/2000-P&R(ERC), dated 13 October, 2001, for onward transmission to the Rabita Al-Alam Al-Islami for information and provision of revised list, if so desired, of an equal number of Rabita Al-Alam Al-Islami members for representation on the Rabita Board in the light of Clause 3 of the Rabita Trust Deed.

The Government of Pakistan feels that, in view of information of a sensitive nature made available, it would be prudent in the prevailing situation if you consider replacing Mr. Wael Hamzah Jelaidan, the present Director General-cum-Secretary General of the Rabita Trust with another suitable choice. Continuation of Mr. Jelaidan on the Board could be a source of embarrassment to the Trust as well as to the Government of Pakistan.

We would greatly appreciate an early reply.

Please accept, Excellency, the assurances of my highest consideration.

Admiral Abdul Aziz Mirza (Retd)
Ambassador

H.E. Dr. Abdullah Al-Turky,
Secretary-General,
Rabita Al-Alam Al-Islami,
Mukkah Al-Mukarramah (Fax No.5601237)

بسم الله الرحمن الرحيم

Government of Pakistan

No. 10/1/2000-R&R (ERC)                                     **CABINET DIVISION**

Islamabad, the *16-L* December, 2002

Cabinet Secretary
Tele : 9213562

Subject:-   **RABITA TRUST BOARD FOR REPATRIATION OF STRANDED
PAKISTANIS**

Excellency,

The decision regarding reconstitution of the composition of the Rabita
Trust Board for the Rehabilitation of Stranded Pakistanis was conveyed to you vide
Cabinet Division's d.o. letter No. 10/1/2000-R&R (ERC), dated 18th October,
2001(Copy enclosed).  A revised list of equal number of Rabita al Alam al Islami
members for  representation on the Rabita Board in the light of Clause 3 of the
Rabita Trust Deed may please be provided at the earliest, as already requested.

2.          It will be appreciated, if the matter of replacement of Mr. Wael
Hamzah Jelaidan, the present Director General cum Secretary General of the
Rabita Trust Board, by an other suitable choice is reconsidered. The continuation of
Mr. Wael Hamzah Jelaidan on the Board of the Rabita Trust is acting as an
impediment in defreezing the accounts of the Rabita Trust.

With regards,

Yours sincerely,

(Javed Masud)

H.E. Dr. Abdullah bin Abdul Mohsin Al-Turki,
Secretary General, Rabita al Alam al Islami,
Makkah, Kingdom of Saudi Arabia.

008

## Translation

His Excellency Admiral ® Abdul Aziz Mirza,
Ambassador of Pakistan in the Kingdom of Saudi Arabia,

Your Excellency,
Assalamu alaikum Wa rahmatullah.

Praying Allah to extend His help to you and shower His endless blessings on you, I refer to your letter No. 03/45/3 dated 31 March 2003 referring to the letter of Mr. Javed Masood, the Cabinet Secretary, dated 18/10/2001 in which he referred to the Gazzette Order No 1/2000 asking the authorities to re-constitute the Board of Trustees of the Rabita Trust for the Repatriation of the Stranded Pakistanis. In his letter, he demanded the replacement of Engineer Wael Hamzah Jelaidan, the present Director-General cum Secretary General of the Rabita Trust.

I would like to take this opportunity to thank you and the Government of Pakistan for looking after the Trust, which was established with the objective of Repatriation of the Stranded Pakistanis. At this point, I would like to inform you that this subject requires new and sincere studies to put it back on the right direction, in accordance with the essence of the Rabita Deed.

**Firstly:**
Due to the freezing of the Rabita Trust accounts in Habib Bank Limited by the Government of Pakistan, the Rabita Trust has NOT been able to pay for the electric bills of the residential colonies in Mian Channu, occupied by the already repatriated Pakistanis in the early nineties. Similarly, the salaries of the employees of the Rabita Trust still remain unpaid since the start of the year 2002 to this date. Despite the fact that an audit firm was nominated by the Government of Pakistan to conduct the audit of the Rabita Trust accounts since its inception which was carried out accordingly and it was found out that all the transaction of the Rabita Trust were according to the aims and objectives laid down by the Rabita Deed. The auditor statement was issued in this regards. Based on this, we contacted the Government of Pakistan, requesting that both the Government and Muslim World League issue a joint letter, to the United States Treasury Department with the request to drop the name of Rabita Trust from the List, according to the legal recommendation of the lawyers. Copy of this letter is attached as (1). Subsequently, a letter was sent to the Governor of the State Bank of Pakistan to re-activate Rabita Trust accounts so that the

02 1

salaries of the Rabita Trust employees and dues of the Mian Channu colonies could be paid.  Copy of this letter is also attached as (2).

**Secondly:**
The issue of re-constitution of the Board of Trustees of the Rabita Trust and replacement of Director General cum Secondary General should be put after all the dues as explained above, are paid. These dues have not been paid for more than a complete year despite the fact that the money is available in Rabita Trust accounts.  It is obvious that the beneficiaries are Pakistanis, the Trust's main objective is to serve the Pakistani nationals, and the Government of Pakistan is a partner to this task.

In my view, we should start with the re-activation of the Trust accounts since its legal stand is good and well justified, which proves that Trust is feasible enough to carry out its tasks and fulfill its defined duties.  At the same time, efforts should be made to remove the name of Rabita Trust and subsequently get the clearance from the false and baseless accusation, from the American Treasury Department; which would be good reasons  to discuss the re-constitution of the Board and the replacement of the Director General cum Secretary General,   in light of practical achievements.

We thank your Excellency once again for your kind attention to this humanitarian issue, hoping that you would clarify our point of view to the Government of Pakistan so that MWL can honor its commitment to this humanitarian issue.  We pray Allah the almighty to grant success to all.

Wassalamu alaikum wa Rahmatullah.

---

Dr. Abdullah bin Abdul Mohsin Al Turki,
Secretary General