# EXHIBIT 7

**EXHIBIT 7**

| AL HARAMAIN AL MASJED AL AQSA | |
|---|---|
| MWL-IIRO argues that Al Haramain al Masjed Al Aqsa "had an association with MWL from 1998-2004 but maintained its own independent existence and records," Opp. at 14, n. 26, but otherwise fails to present this Court with a single piece of affidavit testimony or other evidence supporting this broad assertion.  Documentation produced by MWL-IIRO demonstrates that Al Haramain Al Masjed Al Aqsa was officially incorporated into the MWL in 1998, and continued to operate under the oversight, supervision and protection of the MWL through its designation by the U.S. Government on May 6, 2004 for having ties to the al Qaeda terrorist organization. | |
| **DOCUMENTS** | **DESCRIPTION AND COMMENTS** |
| IIRO017895-17896 | Excerpts from the Muslim World League 2002 Annual Report.  According to the MWL, Al Haramain al Masjed al Aqsa was founded in 1990 and began operating under the umbrella of the MWL in 1998.  *See* attached. |
| MWL019138 | Undated organizational chart of MWL identifying Al Haramain al Masjed al Aqsa as an integral part of the MWL organizational structure.  *See* attached. |
| IIRO017415, 17597 | Excerpt from the annual report of the MWL General Secretariat submitted to the MWL Constituent Council in its 36th session (October 31, 2000-November 2, 2000).  The report includes a review of the achievements of the organizations belonging to the MWL.  *See* IIRO017597.  The sixth organization identified on the list is Al Haramain al Masjed al Aqsa.  *Id.*  Notably, although Al Haramain al Masjed al Aqsa is identified in the list, the full chapter discussing Al Haramain al Masjed al Aqsa was omitted from the production.  *See* attached. |

# Fourth: Al-Haramain & Al-Aqsa Mosque Foundation

**First: Foundation Profile**

It was founded by a number of Saudis in Sarhad Province in Pakistan in 1990 AD. The foundation started its activities under the banner of the Muslim World League in 1419 AH.

**Second: Objectives of the Foundation**

**The Overall Objective**

Providing accommodation, subsistence, upbringing, education and medical care for distressed and orphan Muslim children and ingraining Islamic teachings, beliefs, laws, behaviors and morals in them.

**Projects of the Foundation:**

1. **Hera Children Home (Haripur- Pakistan)**

By the Grace of Allah Almighty, this project has been built with a cost of 60,000,000 sixty million Pakistani rupees. It was inaugurated on 02/15/1415 AH, corresponding to 07/24/1994 AD. The home, located in the town of Haripur, includes dormitories for male and female students, classrooms and a mosque where the Five Daily Prayers are observed. Over a thousand students have been admitted, two thirds of whom are males and one third females. This home provides assistance to the children of martyrs, the distressed and the homeless throughout the Islamic world. It provides accommodation, upbringing, education, enlightenment and medical care to the students. Also, the Foundation established an institute for vocational education at the same location. Its purpose is to qualify the Home students who do not want to continue to high school and higher education by training them to be highly skillful at crafts.

IIRO017895

2. **Al-Walidein** - **Gazzaz Private School**

By the Grace of Allah Almighty, this project has been built with a cost of 21 million Saudi riyals donated by Sheikh Hussain Bakri Gazzaz. This project, established in Bosnia and Herzegovina, was named (Al-Walidein Gazza Private School) and operates according to the Institutions Act. It was inaugurated on 06/18/1421 AH [09/16/2000] under sponsorship of HH Prince Salman bin Abdul-Aziz Al Saud, Prince of Riyadh. The project aims at providing accommodation, subsistence, upbringing, education and medical care to distressed and orphan Muslim children and bringing them up to the teachings, beliefs, laws, behaviors and morals of Islam.

**Achievements of the Foundation:**

1. By the Grace of Allah Almighty, orphan children who completed memorization of the Holy Quran, whose number amounted to 55, have been honored and awarded with 20,000 twenty thousand Pakistani rupees each.
2. The Executive Committee held a meeting to discuss the affairs of the vocational education institute for male and female students at Hera Children Home. MICO Engineering Co. was chosen to implement the project in four workshops as follows:
   - Electronics and computer
   - Glass and aluminum works and carpentry
   - Electricity works
   - Mechanics

NISBAC Co. was approved as a consultant for the project.

3. The Executive Office in Riyadh continued to send operational expenses to both projects, and…

IIRO017896

# رابعاً : مؤسسة الحرمين والمسجد الأقصى الخيرية

## أولاً: تعريف بالمؤسسة

أسسها نفر من أبناء المملكة العربية السعودية في منطقة اقليم سرحد بالباكستان عام ١٩٩٠م وقد انضمت للعمل تحت مظلة رابطة العالم الإسلامي عام ١٤١٩هـ.

## ثانياً: أهداف المؤسسة

### الهدف الشامل

إيواء، وإعاشة، وتربية، وتعليم، وعلاج أبناء المسلمين من الأيتام والمنكوبين وتنشئتهم التنشئة الإسلامية، الصحيحة، عقيدة، وشريعة، وسلوكاً وأخلاقاً.

## مشاريع المؤسسة :

### ١- دار حراء للأنجال( هري بور - باكستان)

وقد تم بحمد الله تعالى بناء هذا المشروع بكلفة ٦٠,٠٠٠,٠٠٠ ستين مليون روبية باكستانية، وافتتح بتاريخ ١٤١٥/٢/١٥هـ الموافق ١٩٩٤/٧/٢٤م ويضم الدار سكناً للطلاب، والطالبات، بالإضافة إلى قاعات الدروس، ومسجد تقام فيه الصلوات الخمس في ضاحية مدينة هري بور، واشتمل المشروع على قبول أكثر من ألف طالب، وطالبة ثلثاهم من الذكور، وثلثهم الباقي من الإناث، وتقوم هذه الدار برعاية أبناء الشهداء، والمنكوبين، والمشردين في العالم الإسلامي إيواء، وتعليماً وتربية، وتثقيفاً، وعلاجاً، كما أنشأت المؤسسة معهداً للتعليم الحرفي(الفني المهني) في نفس الموقع، وذلك لتعليم أبناء الدار ممن لا يرغبون في مواصلة الدراسة الثانوية وما بعدها تعليماً مهنياً، يؤهلهم تأهيلاً عالياً للحرف اليدوية.

IIRO017895

٢- مدرسة ودار الوالدين قزاز الخاصة

تم بحمد الله تعالى بناء هذا المشروع بتكلفة ٢١ مليون ريال سعودي تبرع بها الشيخ حسين بكري قزاز، وسمي المشروع ( مدرسة ودار الوالدين قزاز الخاصة ) في دولة البوسنة والهرسك، وتعمل وفق قانون المؤسسات ، وقد تم افتتاح هذه الدار بتاريخ ١٤٢١/٦/١٨هـ وتم افتتاحه تحت رعاية صاحب السمو الملكي الأمير سلمان بن عبدالعزيز آل سعود أمير منطقة الرياض، ويهدف المشروع إلى إيواء، وإعاشة، وتربية، وتعليم، وعلاج ابناء المسلمين من الأيتام والمنكوبين، وتنشئتهم التنشئة الإسلامية الصحيحة، عقيدة، وشريعة، وسلوكاً،  واخلاقاً .

إنجازات المؤسسة:

١- تم بحمد الله تعالى تكريم حفظة كتاب الله من الأيتام الذين أتموا حفظ القرآن كاملاً بمبلغ ٢٠,٠٠٠ عشرين ألف روبية باكستانية لكل حافظ، وقد بلغ عدد الحفاظ (٥٥) خمسة وخمسون حافظاً .

٢- تم عقد اجتماع للجنة التنفيذية تناول الأمور المتعلقة بالمعهد الحرفي لقسم البنين، والبنات لدار حراء للأنجال، وتم اختيار شركة مايكو للهندسة لتنفيذ المشروع بواقع أربع ورش وتشمل :

– الألكترونيات والكمبيوتر

– الزجاج، والألمنيوم، والنجارة

– الكهرباء

– الميكانيكا

وتم اعتماد شركة نيسباك كاستشاري على المشروع.

٣- تابع المكتب الرئيسي بالرياض إرسال المصاريف التشغيلية للدارين، وكذلك

IIRO017896

Organizational chart of the MWL:

- The Secretary General
  - Advisors
  - Financial Controller
  - Administrative Follow-up Department
  - Secretary-General Office
  - Public Relations Department
  - Administrative Communications Department
  - Media General Director
    - Information Department
    - External Offices and Centers Department
  - Assistant Secretary-General
    - Conferences Department
    - Studies Department
    - Subsidies Department
  - Assistant Secretary-General for Mosques Affairs
    - Institute for Training Imams and Preachers
    - Secretary of the Mosques
  - General Director of Dawah and Education
    - Department of Administrative and Financial Affairs

Dotted-line affiliated bodies:
- The World Supreme Council for Mosques
- The Islamic Fiqh Council
- The International Islamic Relief Organization
- Commission on Scientific Signs in the Quran and Sunnah
- Makkah Charity Association
- Al-Haramain & Al-Aqsa Mosque Foundation

## Achievements of the MWL

* Translating the meanings of the Holy Quran into different languages.
* Contributing to making Arabic the official language in all Islamic, international and popular conferences, as it is official in the UN and its affiliate organizations.
* Preparing educational audio tapes to teach Arabic to non-Arabic speakers.
* Launching classes to teach Arabic to children of Muslim minorities in the MWL affiliate Islamic cultural centers.
* Providing aids to schools specialized in teaching Arabic to non-Arabic speakers.
* Providing training courses to teachers of Arabic in some Islamic countries.
* Establishing regional mosques councils in [illegible], Indonesia and North America.
* Establishing a charity for mosques.
* Establishing the Institute for Training Imams and Preachers in Makkah, which was inaugurated in 1403 AH.
* Preparing studies and researches on the different intellectual currents and following up on their activities worldwide.
* Contributing to supporting youth activities, establishing scout camps and youth forums and preparing educational programs.
* Establishing a center for audio and visual aids.
* Establishing a permanent center for distributing Islamic books.
* Establishing a public library in 1383 AH, containing over 15,000 books.
* Establishing an annual Islamic lectures event during the Hajj season.
* Organizing international Islamic seminars annually.
* Granting scholarships to Muslim students from all over the Muslim world.
* Offering subsidies to Islamic schools and institutes.
* Sending delegations to Muslim minorities worldwide to do field studies and prepare reports supported by statistics and facts about their conditions and needs.
* Distributing Islamic books, fliers and researches.
* Offering training courses for imams and preachers and organizing Islamic lectures and seminars in countries with Muslim minorities.
* Offering subsidies to Muslim minorities for building mosques and Islamic schools and centers to boost Islamic activities.

9

8

## إنجازات الرابطة

* ترجمة معاني القرآن الكريم باللغات المختلفة .
* الإسهام في جعل اللغة العربية اللغة الرسمية في كل المؤتمرات الإسلامية والدولية والشعبية ، كما أصبحت لغة رسمية في الأمم المتحدة ومنظماتها المتفرعة عنها .
* إعداد أشرطة صوتية مسجلة لتعليم اللغة العربية للناطقين بغيرها .
* فتح فصول لتعليم اللغة العربية لأبناء الأقليات المسلمة في المراكز الثقافية الإسلامية التابعة لها .
* دعم المدارس الخاصة بتعليم اللغة العربية للناطقين بغيرها .
* إقامة دورات لتخريج معلمي اللغة العربية في بعض البلاد الإسلامية .
* إقامة مجالس إقليمية للمساجد في كل من أمريكا ، وأندونيسيا ، وأمريكا الشمالية .
* إنشاء صندوق خيري للمساجد .
* إقامة معهد الأئمة والدعاة بمكة المكرمة ، وقد تم افتتاحه في عام ١٤٠٣هـ .
* إعداد دراسات وبحوث عن التيارات الفكرية المختلفة ، ومتابعة أنشطتها في العالم .
* الإسهام في دعم الأنشطة الشبابية وإقامة المخيمات الكشفية ، والملتقيات الشبابية ، والبرامج الطلابية .
* إقامة مركز للوسائل السمعية والبصرية .
* إقامة مركز دائم لتوزيع الكتاب الإسلامي .
* إقامة مكتبة عامة عام ١٣٨٣هـ تضم أكثر من ١٥٠٠٠ كتاب .
* إقامة موسم سنوي للمحاضرات الدينية خلال فترة الحج .
* تنظيم ندوات إسلامية عالمية سنوياً .
* تخصيص منح دراسية للطلاب المسلمين من مختلف أنحاء العالم الإسلامي .
* تقديم إعانات للمدارس ، والمعاهد الإسلامية في
* إرسال وفود إلى الأقليات المسلمة في العالم للقيام بدراسات ميدانية ووضع تقارير مدعمة بالإحصاءات والحقائق عن أوضاعها واحتياجاتها .
* توزيع الكتب الإسلامية ، والنشرات والبحوث .
* إقامة دورات تدريبية للأئمة والدعاة ومحاضرات وندوات إسلامية في البلدان ذات الأقليات المسلمة .
* تقديم معونات للأقليات المسلمة لتعمير مساجد ، وبناء مدارس ومراكز إسلامية ، لتنشيط العمل الإسلامي .

٩



٨

MWL 019138

# The Muslim World League

## The Secretariat General in Makkah

[logo: ] Muslim World League

# Report

## of the Muslim World League Secretariat General

## to The Constituent Council

## in the Thirty-Six Round

### Held in the Makkah Al Mukarramah
### during the Period from 08/04-06/1421 AH
### 10/31-11/02/2000 AD

# Part II

IIRO017415

# Activities of the Affiliate Bodies

What follows is a review of the achievements of the MWL affiliate bodies, according to the following order:

1.  The World Supreme Council for Mosques
2.  The Islamic Fiqh Council
3.  The International Islamic Relief Organization, Saudi Arabia
4.  Commission on Scientific Signs in the Quran and Sunnah
5.  Makkah Charity Association
6.  Al-Haramain & Al-Aqsa Mosque Foundation
7.  The Islamic Cultural Center in Jeddah
8.  Commission for Building Mosques and Charitable Works

IIRO017597





الأمانة العامة مكة المكرمة

# تقرير

## الأمانة العامة لرابطة العالم الإسلامي

## المقدم للمجلس التأسيسي

### في الدورة السادسة والثلاثين

المنعقدة بمكة المكرمة
خلال الفترة من ٤ - ١٤٢١/٨/٦هـ
الموافق ١٠/٣١ - ٢٠٠٠/١١/٢م

## الجزء الثاني

IIRO017415

# نشاط الهيئات التابعة

ستستعرض فيما يأتي إنجازات الهيئات التابعة حسب الترتيب الآتي:

١ – المجلس الأعلى العالمي للمساجد.

٢ – المجمع الفقهي الإسلامي.

٣ – هيئة الإغاثة الإسلامية العالمية في المملكة العربية السعودية.

٤ – هيئة الإعجاز العلمي في القرآن والسنة.

٥ – مؤسسة مكة المكرمة الخيرية.

٦ – مؤسسة الحرمين الشريفين والمسجد الأقصى الخيرية.

٧ – المركز الثقافي الإسلامي بجدة.

٨ – لجنة أعمار المساجد والأعمال الخيرية .

IIRO017597