# EXHIBIT 8

**EXHIBIT 8**

| THIRD WORLD RELIEF AGENCY, EL FATIH HASSANEIN, AND SUKARNO HASSANEIN |
|---|
| Documents produced by the IIRO in this litigation demonstrate that IIRO Secretary General Adnan Basha conducted an investigation into the disappearance of 779,750 Saudi riyals the IIRO advanced to El Fatih Hassanein during his tenure as head of the IIRO's branch office in Vienna.  That investigation, occurring between 1998 and 2001 (potentially longer), implicated not only Hassanein, but also Zaher Abdul Aziz who served as the Regional Supervisor for IIRO branch offices in Bosnia-Herzegovina, Croatia, and Slovenia.  Zaher Abdul Aziz has been identified as a member of the mujahideen in Bosnia and a possible accessory to the 1994 murder of British aid worker Paul Goodall near Zenica, Bosnia-Herzegovina.  All relevant documentation relating to this investigation and its final outcome should be produced. |
| In 1987, Hassanein founded the Third World Relief Agency ("TWRA"), a purported charitable organization that became an integral component of al Qaeda's support infrastructure.  U.S. intelligence has described Hassanein as a well-connected leader of the Sudanese National Islamic Front ("NIF") and fervent supporter of Osama bin Laden.  Under Hassanein's leadership, the TWRA was a primary conduit for channeling financial, logistical, and operational support for al Qaeda's global jihad.  The 9/11 Commission concluded that bin Laden used the TWRA to "covertly provide financial and other support for terrorist activities." *See* 9/11 Commission Final Report at 58. |

| DOCUMENTS | DESCRIPTION AND COMMENTS |
|---|---|
| IIRO339030 | May 13, 2000 letter from IIRO Secretary General Adnan Basha to Dr. Salim bin Mahfouz discussing the advance of 779,750 Saudi riyals to Dr. Al Fateh Hassanein and requesting information concerning Zaher Abdul Aziz.  *See* attached. |
| IIRO339031 | December 3, 2001 letter from IIRO Secretary General Adnan Basha to Dr. Salim bin Mahfouz discussing the advance of 779,750 Saudi riyals to Dr. Al Fateh Hassanein.  According to Secretary General Basha, Hassanein delivered to the money to Zaher Abdul Aziz.  *See* attached. |
| IIRO339032 | December 2, 1998 letter from IIRO Secretary General Adnan Basha to Dr. Farid Yassin Qureshi discussing the advance of 779,750 Saudi riyals to Dr. Al Fateh Hassanein in 1990 for relief efforts. |

| | Secretary Basha requests information concerning this payment the Dr. Hassanein's address. *See* attached. |
|---|---|

LEGAL\34242516\1

| | |
|---|---|
| [Bilingual] MUSLIM WORLD LEAGUE<br>INTL. ISLAMIC RELIEF ORG.<br>THE KINGDOME OF SAUDI ARABIA | [logo:]<br>[INTL. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI ARABIA] |

Number: *100/356/107*  
Date: *2/9/1421 A.H* [05/13/2000]

Subject: ----------------  
: ----------------

**Urgent Follow-Up by Fax**

**HE Dr. Selim bin Mahfouz, May Allah protect him,**

Peace, mercy, and blessings of Allah be upon you,

With regard to the follow-on letter of the International Islamic Relief Organization No. 100/274/107 dated 01/29/1421 A.H [05/04/2000] regarding the cash advance with Dr. Al Fateh Ali Hassanein amounting (SAR 779,750) to execute several projects in Eastern Europe in 1411 A.H., you are requested to provide information about Mr. Zahir Abdul Aziz known as Abu Anas and his full address. However, your reply has not yet been received.

I hope to receive your reply within a week.

Best Regards,

[seal] International Islamic Relief Organization, Headquarters (1)

**Secretary General**  
[Signature] *7/2*

**Dr. Adnan Bin Khalil Pasha**

- A copy for follow-up

Address: P.O. Box 14843 Jeddah 21434 - Tel. 6512333- 6515411- Fax 6518491- Tlx: 606754 IGATHA SJ

IIRO 339030

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم: ١٨/٢٥٦/١٠٧
التاريخ: ٩/٢/١٤٢١هـ

الموضوع: ............

متابعة عاجلة بالفاكس

سعادة الدكتور/ سليم بن محفوظ          حفظه الله

السلام عليكم ورحمة الله وبركاته ،،،

تعقيباً على خطاب الهيئة التعقيبي رقم ١٠٠/٢٧٤/١٠٧ بتاريخ ١٤٢١/١/٢٩هـ بشأن العهدة المالية المسجلة على الدكتور/ الفاتح على حسنين بمبلغ (٧٧٩,٧٥٠) ريالاً لتنفيذ عدة برامج ومشاريع في أوربا الشرقية في عام ١٤١١هـ ، وقد طُلب منكم الإفادة عن الأستاذ/زاهر عبدالعزيز الشكي بأبي أنس وعنوانه الكامل ، وحيث أنه حتى تاريخه لم يصل ردكم.

فنأمل تبليغكم بذلك خلال أسبوعين من تاريخه.

والله ولي التوفيق،،،

الأمين العام

د. عدنان بن خليل باشا



* صورة للمتابعة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx.: 606754 IGATHA SJ

IIRO 339030

*100/2116/107*

*9/18/1422 A.H  [12/03/2001]*

**Office of Secretary General- Personal Advances**

**HE Dr. Selim bin Mahfouz, May Allah protect him**

Peace, mercy and blessings of Allah be upon you,

With reference to the cash advance with Dr. Al Fateh Ali Hassanein, the former director of the regional office of the International Islamic Relief Organization in Eastern Europe amounting (SAR 779,750) to execute several projects and programs in Eastern Europe in 1412 A.H, when he was requested to repay this amount, he stated that he delivered all amounts he had to Mr. Zahir Abdul Aziz, who was appointed as his replacement. He [Al Fateh Ali Hassanein] also stated that the projects executed by him were books, in-kind aids, medicines, and treatments for immigrants from territory of Kosovo. In addition, he does not have any documents related to this advance.

I hope you will provide the information you have about this advance and the full address of Mr. Zahir Abdul Aziz.

[signature]

Best Regards,

                                                  **Secretary General**

                                            **Dr. Adnan Bin Khalil Pasha**

- A copy for the personal advances file in my office.
- A copy for follow-up.

IIRO 339031

١٠٧/٢٦٦٦/١٠٠
١٤٤٤/٥/١٨

مكتب الأمين العام ـ العهد الشخصية

سعادة الدكتور/ سليم بن محفوظ                                          حفظه الله

السلام عليكم ورحمة الله وبركاته ،،،

أشير إلى العهدة المالية المسجلة على الدكتور/ الفاتح على حسنين المدير الأسبق لمكتب الهيئة الإقليمي بشرق أوربا بمبلغ (٧٧٩,٧٥٠) ريالاً لتنفيذ عدة مشاريع وبرامج في أوربا الشرقية في عام ١٤١٢هـ ، وعند مطالبته لتسديد هذه العهدة أفاد بأنه سلم كل ما لديه من عهد إلى الأستاذ/ زاهر عبدالعزيز الذي تم تعيينه بديلاً له ، كما أفاد بأن المشاريع التي قام بتنفيذها عبارة عن كتب ومساعدات عينية وأدوية وعلاجات لمهاجرين من إقليم كوسوفا ، وأنه ليس لديه أي مستندات تخص هذه العهدة.

آمل الإفادة بما لديكم عن هذه العهدة وعن العنوان الكامل للأستاذ/ زاهر عبدالعزيز.

والله ولي التوفيق،،،

الأمين العام

د. عدنان بن خليل باشا

- صورة لملف العهد الشخصية بمكتبي
- صورة للمتابعة

IIRO 339031

| | |
|---|---|
| [Bilingual] MUSLIM WORLD LEAGUE<br>**INTL. ISLAMIC RELIEF ORG.**<br>**IN SAUDI ARABIA** | [logo:]<br>[INTL. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI ARABIA] |

Number: *100/1861/ M/K*　　　　　　　　　　　　　　　Subject: ----------------

Date: *8/13/1419 A.H* [12/02/1998]　　　　　　　　　　　　　: ----------------

**HE Dr. Farid Yassin Qureshi, May Allah protect him**

**Peace, mercy, and blessings of Allah be upon you**

**As you know, the International Islamic Relief Organization provided an advance of (SAR 779,750) to Dr. Al Fateh Hassanein to be expended on several programs and projects in the States of Eastern Europe in 1411 A.H. However, he did not repay this advance up till now. In addition, the International Islamic Relief Organization did not know his address.**

**I hope you will provide the information you have about this amount and the full address of Dr. Al Fateh Hassanein.**

[signature]

**Best Regards,**

[Seal:] International Islamic Relief　　　　**Secretary General of the International Islamic**
Organization Headquarters (1)　　　　　　**Relief Organization in Kingdom of Saudi Arabia**
　　　　　　　　　　　　　　　　　　　　　　　　[Signature]

　　　　　　　　　　　　　　　　　　　　**Dr. Adnan Bin Khalil Pasha**

Address: P.O. Box 14843 Jeddah 21434- Tel. 6512333- 6515411- Fax 6518491- Tlx: 606754 IGATHA SJ

IIRO 339032

| THE MUSLIM WORLD LEAGUE<br>INTL. ISLAMIC RELIEF ORG.<br>IN SAUDI ARABIA |  | رابطــة العـالم الاسـلامى<br>هَيْئَة الاغَاثَة الإسْلامِيَّة العَالَمِيَّة<br>بالمملكة العربيّة السعوديّة |

الرقم: ........................
التاريخ: ١٣/٨/١٤١٩هـ
الموضوع: ........................

سعادة الدكتور/ فريد ياسين قرشي                حفظه الله

السلام عليكم ورحمة الله وبركاته ،،،

كما يعلم سعادتكم أن الهيئة قد سبق لها أن قامت بصرف مبلغ (٧٧٩,٧٥٠) ريالاً للدكتور/ الفاتح حسنين للصرف على عدة برامج ومشاريع بدول أوروبا الشرقية في عام ١٤١١هـ وحيث أن سعادته لم يقم بتسديد هذه العهدة حتى الآن، وأن الهيئة لم تتعرف على عنوانه.

نأمل الإفادة بما لديكم عن هذا المبلغ وعن عنوان الدكتور/ الفاتح حسنين الكامل.

والله ولي التوفيق ،،،

الأمين العام
لهيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

د. عدنان بن خليل باشا



العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

IIRO 339032



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Names: | IIRO017415, 17597 - AHAMAA-EN <br> IIRO017895-17896 - AHAMAA-EN <br> IIRO339030 (Hassanein)_En <br> IIRO339031 (Hassanein)_En <br> IIRO339032 (Hassanein)_En <br> MWL019117 - AHAMAA-EN <br> MWL019138 - AHAMAA-En |
| Source Language | Arabic |
| Target Language | English |

Authorized Signature:

*[signature]*

Name:   Aurora Landman
Title:   Project Assistant
Date:   January 25, 2018

Signature, Notary Public:

*[signature]*



Stamp: Notary Public