# EXHIBIT 9

Pg. 01011438:

A relatively short article from the Austrian daily newspaper "Der Standard" which concerns the Maribor weapons affair.

Pg. 01011439:

A relatively short article from the Austrian daily newspaper "Der Kurier" which concerns the Maribor weapons affair.

Pg. 01011466 to …..473:

Confirmation of receipt of seized items and material in the investigative proceeding against Šahinpašić, Cviko, and other persons, exchanged between the Bavarian Criminal Police Munich and the Prosecutor's Office. The list contains a classification of the material, i.e., of documents which are in the material (and which have been processed).

Pg. 01011474 to …..485:

MINISTRY OF INTERNAL AFFAIRS
OF THE REPUBLIC OF AUSTRIA
Counterterrorism Office

Vienna, 9/5/1995

Subject: Apartment search:
        Witness hearing – Hassanein Sukarno Ali, born on 10/1/1959:

**MINUTES**

I have been informed of the purpose of this hearing as well as of the related rights and obligations.

I, Hassanein Ali Sukarno, born 10/1/1959 in Khartoum, speak the German language and do not need an interpreter. I am a citizen of Sudan. My mother Hafza lives in Sudan. [cut off] father Ali died in 1985. I have 5 brothers and 2 sisters (Mohamed is 52 and lives in Sudan, Hassanein Ali has died, Ahmed was born in 1944 and lives in Sudan, El Fathi Ali was born in 1946 and currently lives in Turkey, Osman was born in 1953 and lives in Sudan, Azhari was born in 1957 and lives in Sudan. My sisters, Mahasin was born in 1948, and Buzaina in 1955, also live in Sudan. Besides one brother I have no immediate relatives in Europe.

I spent the first five years of my life in Khartoum, and then my family moved to Karkoug, where I went to school. After graduating I didn't succeed in passing the university entrance exam and went to Austria in 1982 where I wanted to study at the university. Around that time the war between Iraq and Iran had started. All the places eligible at the university for foreigners, especially from the Arab region, were already filled, which is which he [sic] was not able to study in Vienna.

For the above-mentioned reason I went to the USA in April 1983 and studied at Columbia University and then [I studied] computer science in Louisiana for 4-5 semesters. In 1985 my father died so I went back to Karkoug where I stayed for some 2 years. The Americans didn't allow me to return after that. In Sudan I lost the documents for the USA but the American embassy refused to issue me new documents. My family financed my studies abroad.
I come from a very rich family and even now am receiving support from my mother and my brothers. After my father's death my brothers took over the agriculture [operations] in Sudan.
In November 1994 in Sudan I married Omel Kheir Mussa Mohamed Mussa, born in 1964, who is living in Sudan until I get an Austrian visa for her.

In 1989 my brother El Fathi Ali talked me into coming to Austria to continue my studies. My family and my brother supported me financially. At that time I attended several universities in Austria, for example in Linz and Leoben, but was not able to start my studies right away since the Americans didn't send me my documents. Until this day my documents and clothes are in the USA.

At that time I was also attending courses of German language and studied at the Webster University in Vienna. I don't know where my student identification is right now. I spent one to two hours a day helping my brother with writing. In 1994 I enrolled in a computer science program at the university in Vienna.

In 1991 I started working for humanitarian organizations "The Association for helping third-world countries", "International Relief Agency" etc., where I mostly performed writing and accounting tasks.
Since 1992 I officially have a position at "TWRA". Since 1994/95 we've been wanting to register the organization "WAMY" (World Assimbli [sic] of Moslim Youth), which has again been shut down in Saudi Arabia. Right now we're thinking about whether this organization should still be registered in Vienna, i.e., if the registration makes any sense at all.

Since 1994/95 I've been working for FAMSO Handels GmbH in Vienna, Argentinierstr. 53 and for the company TRADE FOR AID, earlier DR. PROKSCH GmbH, Am Neumarkt.
I am currently looking for a tax advisor, office space etc. for the company TRADE FOR AID. The following companies have the following functions:

TWRA – Prinzeungenstr. 34 and Karolinengasse 25:

President: Dr. El Fathi Hassanein Ali
Vice-President: Mohamed Hassan Mohamed Ahmed Imam
Accountant: Amad El Din Abd el Rahman – currently not working at this position
Treasurer: Sukarno Ali Hassanein

I think that TWRA has existed in its current form since 1989. The organization's mission is to collect monetary donations for Bosnia. We are currently cooperating with the Bosnian government and

MR/SER00000388

president Izetbegović gives us to [sic] pay for various costs or to buy and send various things to Bosnia. The monetary flow is controlled by the Committee:

The Committee consists of:

Dr. El Fathi Hassanein
Husein Djeval ([illegible] thinks Živalj)
Irfan Ljevaković
Derviš Đurđević
Hasan Čengić

My brother is allowed to approve, i.e., disburse smaller amounts without consultation. The donators have been exactly signed [sic] in the documentation with notes on the donator and the date and amount of donation.
The same goes for bank transactions since banks don't accept anonymous money [sic]. And I, as the treasurer, cannot accept anonymous donations. Up until 9/6/1994, TWRA in Austria had received <u>50.000.000 million American dollars from the whole world.</u>
At the bank DIE ERSTE Am Graben 21, the following accounts have been opened for TWRA:

[US] Dollar account no. 513 644 76
[US] Dollar account no. currently unknown
DM [German Mark] account no. also currently unknown
ATS [Austrian Schilling] account no. 00465151

As far as I know no donations from Austria have been received. According to the organization's statute, only my brother El Fatih Ali and I were able to expend the donation money. I have an agreement with my brother according to which we are both individually authorized to sign [sic]. Orders for account debits, which concern my brother or me, are also processed and paid out by the bank.
The 5-member committee decides who gets which amount and which bills to pay. It is President Izetbegović, often alone, who decides when larger sums are concerned, and submits the payment order to the Committee. The Committee also controls all of the TWRA's material humanitarian aid which is sent to Bosnia and to other countries where one can find Bosnian refugees.
My brother, as the Committee President, can decide by himself, up to a certain amount, about a remittance or a payment. Up to a certain higher amount, 3 members can decide, and up to a further amount, all 5 members of the Committee decide. President Izetbegović decides about amounts that are very high.

There also possibilities inside TWRA for withdrawing cash. This money is used for helping diplomats, ministers [department heads], for business payments etc. All these payments have to be first approved by the Committee.

The company FAMSO in Vienna:

President: <u>Munir Jusić</u>
President: Dr. Hassanein El Fathi Ali
President: Hassanein Sukarno Ali

This is a concessionary construction company which seeks construction orders in Austria. Munir Jusić manages the company. My brother and I are simply presidents without other functions and responsibilities. I paid ATS 500,000, which I got from my brother, for the company.
I make ATS 15,000 a month from this company. I am not familiar with what my brother gets paid.

MR/SER00000389

16

I am not in the company [office] very often. Only Mr. Jusić can provide further information about the company.

The Company IGASA / IRO (Islamic Relief Organization)

We haven't been representing this organization for a year and half already since the Main Office in Saudi Arabia sent their own people to Vienna. On our side, the following people were in the organization:

Dr. Hassanein El Fatih Ali as manager
I don't know his deputy
I also don't know the treasurer
I don't know the other staff members

I don't know if Jusić has had a function in this organization but I don't think so. The same goes for TWRA.

About using donation-provided means of TWRA and IGASA / IRO.

Question: Have you, as the TWRA or IGASA/IRO treasurer, sent money for the Bosnian Army?
Answer: I haven't handled money for IGASA / IRO. I've never remitted or paid out TWRA donation money to the Bosnian Army or military institutions.

Question: Has your brother El Fathi Ali Hassanein sent payments for the Bosnian Army or military institutions?

Answer: I don't know.

Question: Have you or your brother ever used TWRA money to buy arms?

Answer: I haven't and I don't think that my brother has paid for arms shipments either.

During the search of your brother's apartment, a briefcase was seized with 2 pieces of paper with notes. These pieces of paper carried the header of the MOEVENPICK Istanbul hotel and were dated 12/26/1994. One of the pieces was obviously an order for weapons of all kinds with the calibers and amounts listed. Besides that, the pieces of paper contain the name of your brother Fatih Hassanein and other names.

Question: How often do you use this briefcase?

Answer: I use my briefcase, the brown leather briefcase with the ADPEL written on it, every day.

Question: How did these two pieces of paper end up in your briefcase?

Answer: I've never seen these papers before. I can only explain their presence in my bag through my visits to Istanbul. In the Moevenpick hotel in Istanbul, the Bosnian government [sic] has an office that I go to quite often. I take documents from the office to Vienna and other countries [sic]. These are mostly bills, which I as the treasurer have to process. I probably threw the 2 mentioned pieces of paper in the briefcase together with other documents.

Question: Were you in Istanbul on 12/26/1994? Did you participate in the agreement to buy arms?

MR/SER00000390