UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

*This document relates to:*

BEAZLEY FURLONGE LTD. and
MANAGING AGENCY PARTNERS LTD.
Plaintiffs,

v.

KINGDOM OF SAUDI ARABIA,

Defendant.

**BEAZLEY'S NOTICE
OF ITS VOLUNTARY
DISMISSAL ONLY**

Case No. 1:16-cv-07456

## BEAZLEY FURLONGE LTD.'S NOTICE OF ITS VOLUNTARY DISMISSAL ONLY PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Beazley Furlonge Ltd. on behalf of the underwriting members of Lloyd's Syndicates 623 & 2623, hereby gives notice that its claims against Defendant, Kingdom of Saudi Arabia, in the above-captioned action are voluntarily dismissed without prejudice. This voluntary dismissal without prejudice as to Beazley has no application to the remaining claims of Managing Agency Partners Ltd., which are still actively being pursued.

Date: February 1, 2018

Respectfully submitted,

/s/ Scott S. Katz

Scott S. Katz, Esq. (admitted *pro hac vice*)
Butler Weihmuller Katz Craig LLP
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: 813-281-1900
Fascimile: 813-281-0900

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: FEB 02 2018