UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
IN RE:                                :        ORDER
                                      :
TERRORIST ATTACKS ON SEPTEMBER        :        03-MDL-1570 (GBD) (SN)
11, 2001                              :
                                      :
                                      :
------------------------------------- x

GEORGE B. DANIELS, District Judge:

On January 8, 2018, this Court directed the Plaintiffs' Executive Committee ("PEC") to review the docket sheet in 03-MDL-1570 and provide a status report on all outstanding motions. By letter dated January 12, 2018, the PEC responded by identifying a number of motions that have been resolved but which still remain "open" on the docket sheet.

The Clerk of Court is directed to close the following motions as follows:

1. Consent motion for leave to file a sur-reply brief (ECF No. 2844) is terminated as MOOT;

2. Motion for default judgment (ECF No. 3123) is GRANTED to the extent indicated in this Court's Memorandum Opinion and Order dated March 9, 2016 (ECF No. 3229);

3. Final motion for judgment (ECF No. 3295) is GRANTED to the extent indicated in this Court's Order of Further Partial Judgment dated June 16, 2016 (ECF No. 3300); and

4. Motion to amend/correct (ECF No. 3350) is GRANTED to the extent indicated in this Court's Order dated January 5, 2017 (ECF No. 3415).

Dated: February 14, 2018
       New York, New York

                                            SO ORDERED.

                                            _____
                                            GEORGE B. DANIELS
                                            United States District Judge