FEB 2 6 2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: STIPULATION OF DISMISSAL
: PURSUANT TO RULE 41
: WITHOUT PREJUDICE
:
: 1:03 MDL 1570 (GBD) (SN)
:
------------------------------------------------------------------X

This Document Relates to
Hoglan v. Iran
1:11-cv-07550 (GBD) (SN)

NOW COME the *Hoglan* Plaintiffs and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)-(ii) governing the voluntary dismissal of parties by a plaintiff, hereby file this Stipulation to dismiss al-Qaeda and the Estate of Osama bin Laden from the above-captioned action. Neither al-Qaeda nor the Estate of Osama bin Laden have entered an appearance, or filed an Answer to the *Hoglan* Plaintiffs' Second Amended Complaint, or any other pleading. Further, no Defendant in this action has entered an appearance or answered any filed pleading. The undersigned counsel files this unopposed Stipulation to dismiss only these two above-referenced defendants from this action, in conformance with the above-cited Rule.

This Stipulation of Dismissal is WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(B).

Date: February 23, 2018
      Washington, D.C.

Respectfully submitted,

/s/ Timothy B. Fleming /s/
TIMOTHY B. FLEMING, OF COUNSEL
WIGGINS CHILDS PANTAZIS
  FISHER GOLDFARB PLLC
1211 Connecticut Avenue, N.W.
Suite 420
Washington, D.C. 20036
Tel: 202.467.4489
Fax: 205.314.0805
tfleming@wigginschilds.com
*Counsel for the Hoglan Plaintiffs*

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: FEB 2 3 2018

2