**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ 03-MDL-1570 (GBD)(SN)

**In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

**DEFENDANT JELAIDAN'S FEBRUARY 26, 2018 STATUS REPORT**

The Honorable Judge Netburn,

    Since the last Status Report, undersigned counsel has received Defendant Jelaidan's OFAC license in the mail and sent a copy to Plaintiffs' counsel. Given this development, undersigned counsel asks the Court to please advise on whether these status reports are still necessary moving forward. Thank you.

                                                    Respectfully Submitted,

                                                    /s *Martin McMahon*
                                                   Martin F. McMahon, esq.
                                                   Martin F. McMahon & Associates
                                                   1150 Connecticut Avenue, N.W.,
                                                   Suite 900
                                                   Washington, D.C. 20036
                                                   (202) 862-4343
                                                   mm@martinmcmahonlaw.com
                                                   *Attorney for Defendant*