# EXHIBIT 10

**EXHIBIT 10**

| WAMY'S GENERAL SECRETARIAT/BOARD OF TRUSTEES – MISSING REPORTS ||
|---|---|
| **MEETING** | **MISSING REPORTS** |
| April 15, 1992 Meeting of the General Secretariat.<br><br>(WAMYSA051637-51640) | • The WAMY Secretary General submitted a <u>report</u> concerning the meeting of the Board of Supervisors of Lajnat al Birr Islamiyya.<br><br>• The WAMY Secretary General submitted a <u>report</u> concerning contacts with senior government officials.<br><br>• The WAMY Assistant Secretary General presented a <u>report</u> concerning WAMY's new headquarters in Riyadh. |
| April 27-29, 1994 Meeting of the General Secretariat.<br><br>(WAMYSA051643-51654) | • The WAMY Secretary General presented a <u>report</u> concerning consultation sessions with members of the General Secretariat regarding WAMY's ties after the establishment of the Ministry of Islamic Affairs.<br><br>• Two <u>memoranda</u> submitted by the Office of the General Secretariat on "Regulations of the regional/secondary WAMY offices" and on the "missions and responsibilities of WAMY representatives abroad – primary and secondary offices."<br><br>• The WAMY Secretary General submitted a <u>report</u> concerning the activities of WAMY's head office (Riyadh), including the <u>report</u> of the General Secretariat, the <u>report</u> on the Executive Management at the General Secretariat, and the <u>report</u> on the assisting committees in WAMY.<br><br>• The WAMY Assistant Secretary General presented a <u>report</u> concerning the activities of the WAMY office in Jeddah, a <u>financial report</u>, and a <u>report</u> on the activities of the information center. |

| | |
|---|---|
| | • The General Supervisor of the WAMY office in the Eastern Province presented a report on the activities of the office.<br><br>• The General Supervisor of the WAMY office in Medina presented a report on the activities of the office.<br><br>• The General Supervisor of the WAMY office in the Southern Province (Abha) presented a report on the activities of the office.<br><br>• WAMY's representative in West Africa (Senegal) presented a report on the activities of the office.<br><br>• WAMY's representative in East Africa (Kenya) presented a report on the activities of the office.<br><br>• WAMY's representative in Central and South Africa (Malawi) presented a report on the activities of the office.<br><br>• WAMY's representative in East Asia (Malaysia) presented a report on the activities of the office.<br><br>• WAMY's representative in the Indian-Pakistani subcontinent (Bangladesh) presented a report on the activities of the office.<br><br>• WAMY's representative in South America (Argentina) presented a report on the activities of the office.<br><br>• WAMY's representative in Western Europe (United Kingdom) presented a report on the activities of the office. |
| November 16-18, 1994 Meeting of the General Secretariat.<br><br>(WAMYSA051656-51664) | • WAMY activity reports were submitted by the General Secretariat, the offices in Saudi Arabia, and the overseas offices. |

| | |
|---|---|
| | • The WAMY Secretary General submitted a <u>report</u> concerning the Arab world office at the UAE, approval of the Regulations of the regional and secondary office, the organizational structure of WAMY, comments on employee regulations, the need to increase women's activities, WAMY's strategic plan, encouraging transfer of reports from the offices to the General Secretariat and updating the list of names of WAMY members.  Furthermore, the <u>report</u> referred to the activities of the Secretary General and his assistants.<br><br>• Activities <u>reports</u> of the Executive Management and the committees of the General Secretariat were reviewed and approved.<br><br>• A <u>report</u> on the activities of the WAMY office in the Southern Province (Abha) was presented.<br><br>• A <u>report</u> on the activities of the WAMY office in Jeddah was presented.<br><br>• A <u>report</u> on the activities of the WAMY office in the Eastern Province was presented.<br><br>• A <u>report</u> on the activities of the WAMY office in Medina was presented.<br><br>• A <u>report</u> on the activities of the WAMY office in South Asia (Bangladesh) was presented.<br><br>• A <u>report</u> on the activities of the WAMY office in East Africa (Kenya) was presented.<br><br>• A <u>report</u> on the activities of the WAMY office in Sudan (Khartoum) was presented.<br><br>• A <u>report</u> on the activities of the WAMY office in Western Europe (London) was presented.<br><br>• A <u>report</u> on the activities of the WAMY office in West Africa (Lagos, Nigeria) was presented. |

| | |
|---|---|
| | • A report on the activities of the WAMY office in West Africa (Senegal) was presented.<br><br>• A report on the activities of the WAMY office in Southeast Asia (Kuala Lumpur) was presented.<br><br>• A report on the activities of the WAMY office in Australia was presented.<br><br>• The General Secretariat's financial report was presented.<br><br>• The report of the Chartered Accountant was reviewed. |
| July 13, 1995 Meeting of the General Secretariat.<br><br>(WAMYSA051665-51671) | • The reports of the General Secretariat and offices were submitted.<br><br>• A report concerning WAMY's Eighth World Conference was presented. |
| May 22-23, 1996 Meeting of the General Secretariat.<br><br>(WAMYSA051672-51678) | • The WAMY Secretary General presented a report concerning his activities.<br><br>• The WAMY Secretary General presented a report concerning efforts to obtain donations of land and buildings. |
| June 12, 1997 Meeting of the General Secretariat.<br><br>(WAMYSA051679-51683) | • The WAMY Secretary General reviewed the report of the General Secretariat and the offices, detailing WAMY's achievements and activities during the past year. The Secretary General and his assistant stressed the obligation of the offices to send their reports to the General Secretariat long enough in advance and asked them to ensure the recording of information so that the final report can be published in time and in a satisfactory manner.<br><br>• The report of the committee formed in the fifth conference to examine the proposals for amendments to WAMY's Regulations was reviewed.<br><br>• The Head of the Conference Preparatory Committee presented a comprehensive report regarding preparations for the eighth conference. |

| | |
|---|---|
| June 25, 1998 Meeting of the General Secretariat.<br><br>(WAMYSA051686-51691) | • The WAMY Secretary General reviewed the report of the General Secretariat and the offices, detailing WAMY's achievements and activities during the past year.  Each office supervisor presented a report on the activities of his office.<br><br>• The General Secretariat recommended that an employee who specializes in statistics should be appointed at the headquarters of the General Secretariat to prepare statistical reports for WAMY.  In addition, the General Secretariat recommended that the meeting Chairman and office supervisors should be tasked with submitting a written summary report on matters not included in the statistical report.  For instance, visits of the Secretary General or his assistants and supervisors of engagements and news from the branches and other activities.<br><br>• The report of the committee for the evaluation of the offices was presented.<br><br>• The report on the activities and achievements of the Coordinating Council was presented.<br><br>• The report of WAMY's Membership Committee was presented. |
| September 17, 1998 Meeting of the General Secretariat.<br><br>(WAMYSA051692-51698) | • The WAMY Secretary General presented a report concerning WAMY's achievements in the past year, including visits and official and informal meetings conducted by members of the General Secretariat.<br><br>• A report on the activities of the WAMY office in the West Africa region was presented.<br><br>• A report on the activities of the WAMY office in South Africa was presented.<br><br>• A report on the activities of the WAMY office in the Indian subcontinent was presented.<br><br>• A report on the activities of the WAMY office in the South America region was presented. |

|  |  |
|---|---|
|  | • The General Secretariat made certain recommendations concerning WAMY's overseas offices.  First, the offices will submit <u>reports</u> on the office's activities each month.  Detailed <u>reports</u>, including photos and videos are to be sent every three months to the body in Saudi Arabia to which the office belongs and to the General Secretariat.  These <u>reports</u> are to be sent on a regular basis in order to be used in WAMY's PR publications and in the Annual Report.  Second, the offices must send periodic <u>financial reports</u> separately from the activity reports.  <u>Financial reports</u> must be accompanied by receipts and supporting documents. <br><br>• The <u>report</u> of the committee for evaluating the overseas offices was presented. <br><br>• The <u>report</u> of WAMY's Membership Committee was presented. <br><br>• The Head of the Preparatory Committee and Head of the Programs Committee presented a <u>report</u> on the arrangements and procedures related to the Eighth International Conference. <br><br>• The <u>report</u> of the seventh session submitted by the Reports Committee was presented. |
| April 14, 1999 Meeting of the General Secretariat.<br><br>(WAMYSA051699-51706) | • The WAMY Secretary General's <u>report</u> was presented.<br><br>• A <u>report</u> on the achievements of WAMY in the internet and its websites in the United States and United Kingdom was presented.<br><br>• The General Secretariat reviewed the <u>minutes</u> of the meeting of the "Saudi Joint Committee for Relief to the Muslims of Kosovo," which was held on April 15, 1999.<br><br>• A <u>report</u> was presented concerning the measures taken regarding candidates to represent WAMY in a number of available areas on the basis of the recommendations of the General Assembly. |
| February 9-11, 2000 Meeting of the Board of Trustees. | • The WAMY Secretary General's <u>report</u> was presented. |

| | |
|---|---|
| (WAMYSA051707-51718) | • Reports of WAMY's chief offices in Saudi Arabia and the reports of the WAMY representatives who are members of the Board of Trustees from different regions around the world were presented. |
| September 20-22, 2000 Meeting of the Board of Trustees.<br><br>(WAMYSA051719-51730) | • The WAMY Secretary General's report was presented.<br><br>• The WAMY offices report was presented.<br><br>• The WAMY Secretary General presented a summary of WAMY efforts and investments in the field of Waqf.<br><br>• The Assistant Secretary General presented a report on the topic of administrative and technical developments concerning the Al Mustaqbal al Islami magazine. |
| June 19-21, 2002 Meeting of the Board of Trustees.<br><br>(WAMYSA051731-51745) | • The WAMY Secretary General's report was presented.<br><br>• The WAMY offices report was presented.<br><br>• The report of the Ninth International Conference Committee was presented.<br><br>• The WAMY Membership Committee's report was presented.<br><br>• A report concerning employee regulations for offices abroad was presented. |

LEGAL\34595442\1