# EXHIBIT 12

In the Name of Allah, the Beneficent, the Merciful

| | [logo] | |
|---|---|---|
| **World Assembly of Muslim Youth** | "And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.' | **World Assembly of Muslim Youth** |
| **Member of the United Nation Non-Governmental Organizations** | World Assembly of Muslim Youth WAMY 1392 A.H. – Riyadh – 1972 A.D. | **Member of the UN NGO's** |

Office of the Secretary General          No.: _____
Office of the Secretary General          Date: _____

# Bylaws of the Offices of the
# World Assembly of Muslim Youth

Approved during the
First Meeting (Eighth Session) of the Board of Trustees of the
World Assembly of Muslim Youth
Riyadh during the period from 11/03-05/1420 A.H. [02/07-09/2000 A.D.]

WAMY SA E001124

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 ten lines / 4655431
Cable: ISLAMIYAH RIYADH – Fax: (01) 4641710

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

In the Name of Allah, the Beneficent, the Merciful

| | | |
|---|---|---|
| **World Assembly of Muslim Youth** | [logo]<br>*"And who is better in speech than one who<br>invites to Allah and does righteousness and<br>says, 'Indeed, I am of the Muslims.'*<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | **World Assembly of Muslim Youth** |
| **Member of the United Nation Non-<br>Governmental Organizations** | | **Member of the UN NGO's** |

Office of the Secretary General        No.: _____

Office of the Secretary General        Date: _____

### Office Bylaws

**Article (1): The Assembly's Work Regions:**

The World Assembly of Muslim Youth's work regions shall be divided into (12) regions in accordance with the geographical distribution of the members of the Board of Trustees ("Trustees") representing the Assembly outside the country wherein it is headquartered.

These regions are as follows:
The Arab World, Southeast Asia, the Indo-Pakistani Subcontinent, Central Asia, West Africa, East Africa, Central and South Africa, Western Europe, Eastern Europe, North America, South America, and Australia and the Pacific.

**Article (2):**

A regional office shall be opened in each of the regions listed in Article (1), and its location shall not necessarily be linked to the Trustee's headquarters in that region. Moreover, the Secretary General may open a number of branch offices as required by the public interest.

**Article (3):**

The offices shall aim to achieve the Assembly's general objectives as set forth in the Articles of Association.

Approved,
The Secretary General [signature]

[stamp:] World Assembly of Muslim Youth
[illegible]
WAMY

9-1

WAMY SA E001125

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 ten lines / 4655431
Cable: ISLAMIYAH RIYADH – Fax: (01) 4641710

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

In the Name of Allah, the Beneficent, the Merciful

| | [logo] | |
|---|---|---|
| **World Assembly of Muslim Youth** | "And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.' | **World Assembly of Muslim Youth** |
| **Member of the United Nation Non-Governmental Organizations** | World Assembly of Muslim Youth WAMY 1392 A.H. – Riyadh – 1972 A.D. | **Member of the UN NGO's** |

Office of the Secretary General            No.: _____

Office of the Secretary General            Date: _____

### Article (4):

a-   The Secretary General or the person he designates shall appoint managers for the regional and branch offices in coordination with the Assembly's representative in the region.

b-   The Trustee representing the Assembly in the region may be tasked with overseeing the executive management of any of the Assembly's offices in his region.

### Article (5): The tasks and authorities of the Trustee representing the Assembly

The Trustee representing the Assembly in the region shall be tasked with the following:

1-   Spreading awareness of the Assembly's objectives, programs and activities in the region.

2-   Exerting administrative and financial supervisory control over the Assembly's offices in the region and coordinating its activities with an understanding from the supervising domestic office and the manager of the regional office (if any) in accordance with the laws and regulations in effect.

3-   Studying the condition of Muslims in the region, identifying their needs, and proposing activities that can be implemented by the Assembly alone or in coordination with the associations and organizations working in the region.

4-   Preparing a general activity plan for the term of the Board of Trustees (4 years) in the region in coordination with the supervising domestic office, and sending it to the Secretary General so it can be studied and presented to the Board of Trustees for approval.

Approved,
The Secretary General [signature]

[stamp:] World Assembly of Muslim Youth
[illegible]
WAMY

9-2

WAMY SA E001126

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 ten lines / 4655431
Cable: ISLAMIYAH RIYADH – Fax: (01) 4641710

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

In the Name of Allah, the Beneficent, the Merciful

| | | |
|---|---|---|
| **World Assembly of Muslim Youth**<br><br>**Member of the United Nation Non-Governmental Organizations** | [logo]<br>"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | **World Assembly of Muslim Youth**<br><br>**Member of the UN NGO's** |

Office of the Secretary General                      No.: _____
Office of the Secretary General                      Date: _____

5- Working to create a spirit of cooperation and consultation among the Islamic work leaderships, helping them overcome the difficulties that face Islamic work, and supporting their activities that are in keeping with the Assembly's objectives.

6- Identifying the effective leadership elements that display loyalty, willingness and eagerness in the area of da'wa, strengthening relationships with them and encouraging them.

7- Identifying the Islamic societies as well as the youth and student organizations associated therewith in the region, classifying them, and nominating those who satisfy the Assembly's membership requirements in coordination with the Assembly's offices in the region.

8- Studying the projects that the Islamic societies wish to execute in the region, recommending projects that deserve the Assembly's assistance and supporting them in coordination with the Assembly's offices in the region.

9- Nominating top students who need to benefit from the scholarship program sponsored by the Assembly in coordination with the Assembly's offices in the region.

10- Overseeing and preserving the Assembly's properties and assets in the region.

11- Registering the Assembly's offices with the local authorities and keeping the General Secretariat abreast of the procedural steps that have been undertaken to register each office in coordination with the office's chief executive officer.

12- Submitting proposals that can develop the Assembly's financial resources and implementing them with the Secretary General's approval, all the while avoiding the acceptance of any conditional assistance without written approval from the Assembly's Secretary General.

13- Coordinating with the office managers in the region to identify a work region for each office with understanding from the supervising domestic office.

Approved,
The Secretary General [signature]

[stamp:] World Assembly of Muslim Youth
[illegible]
WAMY

9-3

WAMY SA E001127

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 ten lines / 4655431
Cable: ISLAMIYAH RIYADH – Fax: (01) 4641710

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

In the Name of Allah, the Beneficent, the Merciful

| World Assembly of Muslim Youth<br><br>Member of the United Nation Non-Governmental Organizations | [logo]<br>"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | World Assembly of Muslim Youth<br><br>Member of the UN NGO's |

| Office of the Secretary General | No.: _____ |
| Office of the Secretary General | Date: _____ |

### Article (6): The tasks and authorities of the managers of the foreign offices:

The tasks and authorities of the managers of the foreign offices shall include the following:

1- Identifying the Assembly's objectives, programs and activities in the region.

2- Coordinating with the Secretariat Board member who is the regional representative so as to prepare an annual detailed activity plan in light of the general periodic plan approved by the Board of Trustees and sending it to the supervising domestic office for approval.

3- Monitoring the progress of the work in the region associated therewith so as to ensure implementation of the approved plan.

4- Studying the status of Muslims in the region, identifying their needs, and proposing activities that the Assembly can implement on its own or in coordination with the associations and entities operating in the region.

5- Working to create a spirit of cooperation and consultation among the Islamic work leaderships, helping them overcome the difficulties that face Islamic work, and supporting their activities that are in keeping with the Assembly's objectives.

6- Identifying the effective leadership elements that display loyalty, willingness and eagerness in the area of da'wa, strengthening relationships with them and encouraging them.

7- Identifying the Islamic societies as well as the youth and student organizations associated therewith in the region, classifying them, and nominating those who satisfy the Assembly's membership requirements in coordination with the Assembly's regional representative.

8- Studying the projects that the Islamic societies wish to execute in the region, recommending projects that deserve the Assembly's assistance and supporting them in coordination with the Assembly's regional representative.

Approved,
The Secretary General [signature]

[stamp:] World Assembly of Muslim Youth
[illegible]
WAMY

9-4

WAMY SA E001128

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 ten lines / 4655431
Cable: ISLAMIYAH RIYADH – Fax: (01) 4641710

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

In the Name of Allah, the Beneficent, the Merciful

| | [logo] | |
|---|---|---|
| **World Assembly of Muslim Youth** | "And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.' | **World Assembly of Muslim Youth** |
| **Member of the United Nation Non-Governmental Organizations** | World Assembly of Muslim Youth WAMY 1392 A.H. – Riyadh – 1972 A.D. | **Member of the UN NGO's** |

Office of the Secretary General                    No.: _____

Office of the Secretary General                    Date: _____


9- Nominating top students who need to benefit from the scholarship program sponsored by the Assembly in coordination with the Assembly's regional representative.

10- Registering the Assembly's offices with the local authorities and keeping the General Secretariat abreast of the procedural steps that have been undertaken to register each office in coordination with the Assembly's regional representative.

11- Submitting proposals that can develop the Assembly's financial resources and implementing them with the supervising domestic office approval, all the while avoiding the acceptance of any conditional assistance without written approval from the Assembly's Secretary General.

12- Providing the supervising domestic office with a quarterly report about the financial and administrative aspects as well as the progress of work to implement the office's approved plan, and providing a copy thereof to the Secretary General.

13- Gathering useful information about the region, sending it to the supervising domestic office, and providing a copy thereof to the Secretary General. This information would include:

a- Identifying the Islamic societies in the region (address, telephone and fax numbers, a brief overview of the executives, etc.).

b- Identifying the prominent Islamic personalities, their specializations and their capabilities with the objective of benefiting from them in camps, conferences and the writing of books.

c- Identifying globally renowned universities and institutes in the region and their admission requirements so the Assembly can nominate students to study there.

d- Indicating the dates and details of the Islamic activities in the region so the Assembly can look into the possibility of participating therein.


Approved,
The Secretary General [signature]

[stamp:] World Assembly of Muslim Youth
[illegible]
WAMY

9-5

WAMY SA E001129

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 ten lines / 4655431
Cable: ISLAMIYAH RIYADH – Fax: (01) 4641710

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

In the Name of Allah, the Beneficent, the Merciful

| | [logo] | |
|---|---|---|
| **World Assembly of Muslim Youth** | "And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.' | **World Assembly of Muslim Youth** |
| **Member of the United Nation Non-Governmental Organizations** | World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | **Member of the UN NGO's** |

Office of the Secretary General        No.: _____
Office of the Secretary General        Date: _____

e-   [Identifying] the addresses of Islamic newspapers and magazines.

f-   [Identifying] the names and addresses of suspicious persons, societies and organizations along with remarks about them and the sources of this information.

**Article (7): The main domestic offices:**

The Assembly's main offices in the Kingdom of Saudi Arabia are as follows:

1-   The Mecca Office headquartered in Jeddah.

2-   The Medina Office headquartered in Medina.

3-   The Eastern District Office headquartered in Dammam.

4-   The Southern District Office headquartered in Abha.

At the recommendation of the Secretary General, the Board of Trustees may increase or decrease the number of these offices as required by the public interest.

**Article (8):**

The Secretary General shall appoint a supervisor to oversee each main domestic office. He may also seek the assistance of the Trustees who are from the city wherein these offices are headquartered.

                               Approved,
                               The Secretary General [signature]

         [stamp:] World Assembly of Muslim Youth
         [illegible]
         WAMY
               9-6

                                       WAMY SA E001130

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 ten lines / 4655431
Cable: ISLAMIYAH RIYADH – Fax: (01) 4641710

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

In the Name of Allah, the Beneficent, the Merciful

| | [logo] | |
|---|---|---|
| **World Assembly of Muslim Youth** | "And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.' | **World Assembly of Muslim Youth** |
| **Member of the United Nation Non-Governmental Organizations** | World Assembly of Muslim Youth WAMY 1392 A.H. – Riyadh – 1972 A.D. | **Member of the UN NGO's** |

Office of the Secretary General        No.: _____

Office of the Secretary General        Date: _____

### Article (9):

The supervisor of the main office may, with the Secretary General's approval, open branch offices in its region as required by the public interest, provided that the main office covers these offices' operating costs.

### Article (10):

The domestic offices' employees shall be hired and their salaries shall be set in accordance with the Employee Affairs Regulations approved by the Board of Trustees.

### Article (11): Distribution of foreign offices

First:     The responsibility of supervising the regional and branch offices abroad shall be distributed among the main offices domestically in accordance with the regions mentioned in Article (1) as follows:

     a-     The General Secretariat in Riyadh shall assume the responsibility of overseeing the Western Europe Office, the Eastern Europe Office, the North America Office, the South America Office, and the Australia and Pacific Office.

     b-     The Mecca office shall assume the responsibility of supervising the Arab World Office, the East Africa Office, the West Africa Office, the Central and South Africa Office, the Islamic Republics Office and the Peshawar Office.

                                         Approved,
                                         The Secretary General [signature]

                     [stamp:] World Assembly of Muslim Youth
                     [illegible]
                     WAMY

                               9-7

WAMY SA E001131

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 ten lines / 4655431
Cable: ISLAMIYAH RIYADH – Fax: (01) 4641710

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

In the Name of Allah, the Beneficent, the Merciful

| | | |
|---|---|---|
| **World Assembly of Muslim Youth** | [logo]<br>"And who is better in speech than one who<br>invites to Allah and does righteousness and<br>says, 'Indeed, I am of the Muslims.'<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | **World Assembly of Muslim Youth** |
| **Member of the United Nation Non-<br>Governmental Organizations** | | **Member of the UN NGO's** |

Office of the Secretary General         No.: _____

Office of the Secretary General         Date: _____

c- The Eastern District Office shall assume the responsibility of overseeing the Indo-Pakistani Subcontinent Office and the Southeast Asia Office.

d- The Medina District Office shall assume the responsibility of overseeing the Ukraine Office.

e- The Southern District Office shall assume the responsibility of overseeing the Djibouti Office.

Second: The responsibility of overseeing the regional and branch offices shall be reviewed when suggested during the coordination meetings, as needed.

**Article (12): The mechanism for coordinating activities among the domestic offices:**

Any of the Assembly's domestic offices may, with approval from the Assistant Secretary General of Offices, propose and implement any activity outside the designated region subject to the following controls:

1- It must provide the Assistant Secretary General of Offices with a detailed explanation of the activity, justifications for conducting it, the names of those who will be implementing it, the financing entity, and the name of the city or region wherein the aforementioned activity will be implemented. It must provide this information at least thirty days prior to commencement of the activity.

2- The Assistant Secretary General of Offices shall coordinate with the office in charge of the aforementioned region and supply it with all of the information available about the aforementioned activity.

3- This activity cannot be contemporaneous with any other similar activity being implemented by the Assembly in the same city or region, unless approved by the Secretary General.

4- The office implementing the activity shall provide the Assistant Secretary General of Offices and the office in charge of the region with a detailed quarterly report about the progress in implementing the activity,

Approved,
The Secretary General [signature]

[stamp:] World Assembly of Muslim Youth
[illegible]
WAMY

9-8

WAMY SA E001132

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 ten lines / 4655431
Cable: ISLAMIYAH RIYADH – Fax: (01) 4641710

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

In the Name of Allah, the Beneficent, the Merciful

| | [logo] | |
|---|---|---|
| **World Assembly of Muslim Youth** | "And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.' | **World Assembly of Muslim Youth** |
| **Member of the United Nation Non-Governmental Organizations** | World Assembly of Muslim Youth WAMY 1392 A.H. – Riyadh – 1972 A.D. | **Member of the UN NGO's** |

Office of the Secretary General              No.: _____
Office of the Secretary General              Date: _____

including the financial aspects, as well as a closing report no more than thirty days after the activity is completed.

**Article (13):**

Any of the Assembly's offices may take the actions necessary to develop its financial resources, in compliance with the provisions of Islamic Sharia and the Assembly's general policy, with emphasis on undertaking the accounting procedures necessary to control collection and disbursement of these monies.

**Article (14):**

The Assembly's main domestic offices may contact any authority, official entity or corporate entity in their regions, provided that they supply a copy of this correspondence to the Secretary General directly.

**Article (15):**

The salaries of the employees working at the Assembly's offices outside the country wherein it is headquartered shall be set in accordance with the regulations of the General Secretariat of Employee Affairs at Foreign Offices, and the Secretary General may, when needed, increase the salary of any employee at a foreign office, provided the increase does not exceed 50% of his base salary.

Approved,
The Secretary General [signature]

[stamp:] World Assembly of Muslim Youth
[illegible]
WAMY

9-9

WAMY SA E001133

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 ten lines / 4655431
Cable: ISLAMIYAH RIYADH – Fax: (01) 4641710

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York



World Assembly of Muslim Youth

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو منظمات غير الحكومية، هيئة الأمم المتحدة

مكتب الأمين العام

*Office of the Secretary General*

ترقيم

التاريخ

# نظام المكاتب

# للندوة العالمية للشباب الإسلامي

تم اعتماده في

الاجتماع الأول ( الدورة الثامنة ) لمجلس الأمناء

للندوة العالمية للشباب الإسلامي

الرياض في الفترة من ١١/٣ - ١٤٢٠/١١/٥هـ

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street

Sulaimaniya  -  Saudi Arabia  -  Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431

Cable :   ISLAMIYAH  RIYADH   -   Fax .: ( 01 ) 464 1710

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي

السليمانية  المملكة العربية السعودية - هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط / ٥٤٣١ ٤٦٥

برقياً : إسلامية الرياض   فاكـــــس : ١٧١٠ ٤٦٤ (٠١)

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

WAMY SA E001124





World Assembly of Muslim Youth

Member of the U N NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية، هيئة الأمم المتحدة

مكتب الأمين العام

Office of the Secretary General

رقم:

تاريخ:

## نظام المكاتب

### المادة الأولى: مناطق عمل الندوة :

توزع مناطق عمل الندوة العالمية للشباب الإسلامي إلى اثنتي عشرة (١٢) منطقــــة وفقًا للتوزيع الجغرافي لممثلي الندوة من أعضاء مجلس الأمناء من خارج بلد المقر . وتفصيل هذه المناطق على النحو الآتي:

العالم العربي، جنوب شرق آسيا، شبه القارة الهندية الباكستانية، وسط آسيا، غـــرب أفريقيا، شرق أفريقيا، وسط وجنوب أفريقيا، أوروبا الغربية، أوروبا الشرقية، أمريكا الشمالية، أمريكا الجنوبية، أستراليا والباسفيك.

### المادة الثانية:

يفتح في كل منطقة من المناطق المذكورة في المادة الأولى مكتب إقليمي لا يــــرتبط موقعه ضرورة بمقر عضو مجلس الأمناء في المنطقة ، ويجـــوز للأميـــن العـــام افتتاح عدد من المكاتب الفرعية وفقًا لمقتضيات المصلحة العامة .

### المادة الثالثة:

تهدف المكاتب إلى تحقيق الأهداف العامة للندوة كما نص عليها النظام الأساسي.

يعتمد ،،
الأمين العام ....

٩ – ١

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya   -   Saudi Arabia   -   Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431
Cable :    ISLAMIYAH  RIYADH   -   Fax : ( 01 ) 464 1710

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

WAMY SA E001125



World Assembly of Muslim Youth

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية. هيئة الأمم المتحدة

مكتب الأمين العام

*Office of the Secretary General*

المادة الرابعة:

أ–  يُعين الأمين العام أو من ينيبه مديري المكاتب الإقليمية والفرعية بالتنسيق مع ممثل الندوة في المنطقة.

ب–  يجوز تكليف عضو مجلس الأمناء ممثل الندوة في المنطقة لتولي الإدارة التنفيذية لأي من مكاتب الندوة في منطقته.

**المادة الخامسة: مهمات ممثل الندوة من أعضاء مجلس الأمناء وصلاحياته :**

تحدد مهمات ممثل الندوة من أعضاء مجلس الأمناء وصلاحياته في المنطقة على النحو الآتي:

١.  التعريف بأهداف الندوة وبرامجها وأنشطتها في المنطقة.

٢.  الإشراف الرقابي الإداري والمالي على مكاتب الندوة في المنطقة والتنسيق بين أنشطتها بالتفاهم مع المكتب الداخلي المشرف ومدير المكتب الإقليمي (إن وجد) وذلك وفقاً للأنظمة واللوائح المعتمدة.

٣.  دراسة أوضاع المسلمين في المنطقة وتحديد احتياجاتهم، واقتراح الأنشطة التي يمكن أن تنفذها الندوة منفردة أو بالتنسيق مع الجمعيات والهيئات العاملة في المنطقة.

٤.  إعداد خطة النشاط العامة لدورة مجلس الأمناء (٤ سنوات) في المنطقة بالتنسيق مع المكتب الداخلي المشرف وإرسالها إلى الأمين العام لدراستها ومن ثم عرضها على مجلس الأمناء لإقرارها.



يعتمد ،،
الأمين العام :

٢ – ٩

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya  -  Saudi Arabia  -  Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431
Cable :   ISLAMIYAH  RIYADH   -   Fax : ( 01 ) 464 1710

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

WAMY SA E001126



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية هيئة الأمم المتحدة

الرقـم :

التاريخ :

مكتب الأمين العام

*Office of the Secretary General*

٥. السعي لإيجاد روح التعاون والمشورة بين قيادات العمـــل الإسلامي ومساعدتهم علــى تجاوز الصعوبات التي تعترض العمل الإسلامي، ودعم أنشطتهم المتوافقة مع أهداف الندوة.

٦. التعرف على العناصر القيادية الفاعلة التي يلمح فيها الإخلاص والرغبة والحماسـة في مجال الدعوة وتوثيق الصلة بها وتشجيعها.

٧. حصر الجمعيات الإسلامية والمنظمات الشبابية والطلابية في المنطقة التابعـة لـه وتصنيفها وترشيح من تتوافر فيها الشروط لعضوية الندوة، وذلك بالتنسيق مـــع مكاتب الندوة في المنطقة.

٨. دراسة المشاريع التي ترغب الجمعيات الإسلامية في تنفيذها في المنطقة، وتركيـــة المشاريع التي تستحق دعم الندوة ومؤازرتها ، وذلك بالتنسيق مع مكاتب الندوة فـي المنطقة.

٩. ترشيح الطلاب المتفوقين المحتاجين للاستفادة من برنامج المنح الدراسية الذي ترعاه الندوة وذلك بالتنسيق مع مكاتب الندوة في المنطقة.

١٠. الإشراف على أملاك الندوة وموجوداتها في المنطقة والمحافظة عليها.

١١. تسجيل مكاتب الندوة لدى السلطات المحلية مع موافاة الأمانة العامـة بالخطـــوات الإجرائية التي اتخذت لتسجيل كل مكتب وذلك بالتنسيق مع المدير التنفيذي للمكتب.

١٢. تقديم الاقتراحات الكفيلة بتنمية موارد الندوة المالية وتنفيذها بعد موافقة الأمين العام، مع تجنب قبول أي مساعدات مشروطة دون موافقة خطية من الأمين العام للندوة.

١٣. التنسيق مع مديري المكاتب في المنطقة لتحديد منطقة عمل كل مكتب بالتفاهم مـــع المكتب الداخلي المشرف .



يعتمد ،،

الأمين العام ...............

٣ – ٩

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya  ·  Saudi Arabia  ·  Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431
Cable :   ISLAMIYAH RIYADH   ·   Fax : ( 01 ) 464 1710

ص . ب : ١٠٨٤٥ الرياض ١١٤٤٢ - شارع الأمير عبدالعزيز بن مساعد بن جلوي
سليمانية · المملكة العربية السعودية · هاتف ١٦٦٩ ٤٦٤ ( ١٠ ) عشرة خطوط / ٥٤٣١ ٤٦٥
برقيــاً : إسلاميـــة الريـــاض · فاكـــس ٤٦٤ ١٧١٠ ( ٠١ )

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

WAMY SA E001127



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية هيئة الأمم المتحدة

مكتب الأمين العام

*Office of the Secretary General*

**المادة السادسة**: مهمات مديري المكاتب الخارجية وصلاحياتهم :

تشمل مهام مديري المكاتب الخارجية وصلاحياتهم ما يلي:

١- التعريف بأهداف الندوة وبرامجها وأنشطتها في المنطقة.

٢- التنسيق مع الممثل الإقليمي عضو مجلس الأمانة لإعداد خطة نشاط تفصيلية سنوية على ضوء الخطة الدورية العامة المعتمدة من مجلس الأمناء وإرسالها للمكتب الداخلي المشرف لإقرارها.

٣- متابعة سير العمل في المنطقة التابعة له للتأكد من تنفيذ الخطة المعتمدة.

٤- دراسة أوضاع المسلمين في المنطقة وتحديد احتياجاتهم، واقتراح الأنشطة التي يمكن أن تنفذها الندوة منفردة أو بالتنسيق مع الجمعيات والهيئات العاملة في المنطقة.

٥- السعي لإيجاد روح التعاون والمشورة بين قيادات العمل الإسلامي ومساعدتهم على تجاوز الصعوبات التي تعترض العمل الإسلامي، ودعم أنشطتهم المتوافقة مع أهداف الندوة.

٦- التعرف على العناصر القيادية الفاعلة التي يلمح فيها الإخلاص والرغبة والحماسة في مجال الدعوة وتوثيق الصلة بها وتشجيعها.

٧- حصر الجمعيات الإسلامية والمنظمات الشبابية والطلابية في المنطقة التابعة للمكتب وتصنيفها والتنسيق مع الممثل الإقليمي للندوة في ترشيح من تتوافر فيها الشروط لعضوية الندوة.

٨- دراسة المشاريع التي ترغب الجمعيات الإسلامية في تنفيذها في المنطقة، والتنسيق مع الممثل الإقليمي للندوة في تزكية المشاريع التي تستحق دعم الندوة ومباركتها.



يعتمد ،،

الأمين العام ..............

٤ - ٩

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya  -  Saudi Arabia  -  Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431
Cable :   ISLAMIYAH  RIYADH   -   Fax : ( 01 ) 464 1710

ص . ب : ٥٤٠٨١ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية  المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (١٠) عشرة خطوط ٤٦٥٥٤٣١
برقياً :  اسلامية الرياض   -   فاكس ٤٦٤١٧١٠ (٠١)

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

WAMY SA E001128



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

تعتمد المنظمات غير الحكومية هيئة الأمم المتحدة

الرقم :

التاريخ :

مكتب الأمين العام

*Office of the Secretary General*

٩ – ترشيح الطلاب المتفوقين المحتاجين للاستفادة من برنامج المنح الدراسية الــذي ترعاه الندوة، والرفع بذلك إلى الممثل الإقليمي للندوة.

١٠ – تسجيل مكتب الندوة لدى السلطات المحلية مع موافاة المكتب الداخلي المشرف بالخطوات الإجرائية التي اتخذت لتسجيل المكتب وذلك بالتنسيق مع الممثــــــل الإقليمي للندوة.

١١ – تقديم الاقتراحات الكفيلة بتنمية موارد الندوة المالية وتنفيذها بعد موافقة المكتـب الداخلي المشرف ، مع تجنب قبول أي مساعدات مشروطة دون موافقة خطية مــن الأمين العام للندوة.

١٢ – تزويد المكتب الداخلي المشرف بتقرير ربع سنوي يشمل الجوانب المالية والإداريـة إضافة إلى سير العمل في تنفيذ الخطة المعتمدة للمكتب، ورفع صورة منــه إلـــى الأمين العام .

١٣ – جمع المعلومات المفيدة عن المنطقة وإرسالها إلى المكتب الداخلي المشرف ، ورفع صورة منه إلى الأمين العام مثل :

أ – التعريف بالجمعيات الإسلامية في المنطقة (العنــوان، أرقــام الــهواتف والفاكس، نبذة عن المسؤولين ... الخ).

ب – التعريف بالشخصيات الإسلامية البارزة مع تخصصاتها وقدراتها بــهدف الاستفادة منها في المخيمات والمؤتمرات وتأليف الكتب.

ج – التعريف بالجامعات والمعاهد العلمية الشهيرة في المنطقة وشروط القبول فيها ليتسنى للندوة ترشيح الطلبة للدراسة فيها .

د – مواعيد وتفاصيل الأنشطة الإسلامية في المنطقة للنظــر فــي إمكانيــة مشاركة الندوة فيها.

يعتمد ،،

الأمين العام ...........

٥ – ٨

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya  -  Saudi Arabia  -  Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431
Cable :   ISLAMIYAH RIYADH   -   Fax : ( 01 ) 464 1710

ص . ب . ١٠٨٤٥ الرياض ١١٤٤٣ – شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية – هاتف ٤٦٤١٦٦٩ (٠١) عشرة خطوط / ٤٦٥٥٤٣١
برقياً :   إسلامية الرياض   –   فاكس ٤٦٤١٧١٠ (٠١)

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

WAMY SA E001129



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية. هيئة الأمم المتحدة

الرقم:

التاريخ:

مكتب الأمين العام

*Office of the Secretary General*

هـ – عناوين الصحف والمجلات الإسلامية.

و – أسماء وعناوين الشخصيات والجمعيات والمؤسسات المشبوهة مع ذكــر الملاحظات عليها ومصادر هذه المعلومات.

**المادة السابعة:** المكاتب الداخلية الرئيسة :

تتكون مكاتب الندوة الرئيسة في المملكة العربية السعودية من الآتي:

١ – مكتب منطقة مكة المكرمة ومقره جدة

٢ – مكتب منطقة المدينة المنورة ومقره المدينة المنورة

٣ – مكتب المنطقة الشرقية ومقره الدمام

٤ – مكتب المنطقة الجنوبية ومقره أبها

ويجوز لمجلس الأمناء بتوصية من الأمين العام زيادة عدد هذه المكاتب أو نقصها وفقاً لمقتضيات المصلحة العامة.

**المادة الثامنة:**

يعين الأمين العام مشرفاً لكل من مكاتب الداخل الرئيسة يرتبـــط مباشـــرة بـــه . ويجوز الاستعانة بأعضاء مجلس الأمناء من بلد المقر في إدارة هذه المكاتب.



يعتمد ،،

الأمين العام ..

٦ – ٩

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya   -   Saudi Arabia   -   Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431
Cable :   ISLAMIYAH  RIYADH   -   Fax :( 01 ) 464 1710

ص . ب ٠٨٤٥ ١ - الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ١٦٦٩: ٤٦٤ (٠١) عشرة خطوط / ٥٤٣١ ٤٦٥
برقياً - إسلامبــــــة الريــــاض - فاكـــــس: ١٧١٠: ٤٦٤ (٠١)

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

WAMY SA E001130



World Assembly of Muslim Youth

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية هيئة الأمم المتحدة

الرقم:

التاريخ:

مكتب الأمين العام

Office of the Secretary General

## المادة التاسعة :

يجوز للمشرف على المكتب الرئيس بموافقة الأمين العام افتتاح مكاتب فرعية في المنطقة التابعة له وفقا لمقتضيات المصلحة العامة على أن يتحمل المكتب الرئيس تكاليف تشغيل تلك المكاتب .

## المادة العاشرة :

يتم تعيين موظفي مكاتب الداخل وتحديد مرتباتهم وفقا للائحة شؤون الموظفيـــن المعتمدة من مجلس الأمناء .

## المادة الحادية عشرة: توزيع المكاتب الخارجية

أولاً :    توزع مسؤولية الإشراف على المكاتب الإقليمية والفرعية فـــي الخـــارج علـــى المكاتب الرئيسة في الداخل وفقا للمناطق المذكورة في المادة الأولى على النحـــو الآتي:

أ–    تتولى الأمانة العامة بالرياض مسؤولية الإشراف على مكتب أوروبـــا الغربيـــة، مكتب أوروبا الشرقية، مكتب أمريكا الشمالية ، مكتب أمريكا الجنوبية ، مكتـــب أستراليا والباسفيك .

ب–  يتولى مكتب منطقة مكة المكرمة مسؤولية الإشراف على مكتب العالم العربـــي، مكتب شرق أفريقيا، مكتب غرب أفريقيا، مكتب وسط وجنوب أفريقيـــا ، مكتـــب الجمهوريات الإسلامية ، مكتب بيشاور .

يعتمد ،،

الأمين العام ..........

٧ – ٩

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya   -   Saudi Arabia   -   Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431
Cable :   ISLAMIYAH RIYADH   -   Fax : ( 01 ) 464 1710

ص . ب : ١٠٨٤٥ الرياض ١١٤٤٣ : شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ١١٦٩ ٤٦٤ ( ١٠ ) عشرة خطوط / ٥٤٣١ ٤٦٥
برقيـــــاً : إسلامـيـــة الريـــاض  -  فاكــــــس ١٧١٠ ٤٦٤ ( ٠١ )

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

WAMY SA E001131



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية، هيئة الأمم المتحدة

مكتب الأمين العام

*Office of the Secretary General*

ج – يتولى مكتب المنطقة الشرقية مسؤولية الإشراف على مكتب شبه القارة الهنديـــة الباكستانية، مكتب جنوب شرق آسيا .

د – يتولى مكتب منطقة المدينة المنورة مسؤولية الإشراف على مكتب أوكرانيا .

هـ – يتولى مكتب المنطقة الجنوبية مسؤولية الإشراف على مكتب جيبوتي .

ثانيا : يجري مراجعة مسئولية الإشراف على المكاتب الإقليمية والفرعية بنـــاء علـــى مقترحات الاجتماعات التنسيقية حسب الحاجة .

**المادة الثانية عشرة: آلية تنسيق المناشط بين المكاتب الداخلية :**

يجوز لأي مكتب من مكاتب الندوة الداخلية–بموافقة الأميـــن العــام المســـاعد للمكاتب– اقتراح وتنفيذ أي نشاط خارج المنطقة المخصصة وفقـــا للضوابـــط الآتية:

١ – التقدم للأمين العام المساعد للمكاتب بشرح مفصل عن النشاط ومبررات إقامته وأسماء القائمين على تنفيذه والجهة الممولة واسم المدينة أو المنطقة التي سينفذ فيها النشاط المذكور بفترة زمنية لا تقل عن ثلاثين يوما قبل بدء النشاط.

٢ – يتولى الأمين العام المساعد للمكاتب التنسيق مع المكتب المسؤول عن المنطقـــة المذكورة وتزويده بكل المعلومات المتوفرة عن النشاط المذكور .

٣ – يشترط ألا يتزامن هذا النشاط مع أي نشاط آخر ممائل تنفذه الندوة فـــي تلـــك المدينة أو المنطقة، إلا بموافقة الأمين العام.

٤ – يتولى المكتب المنفذ للنشاط تزويد الأمين العام المساعد للمكـــاتب والمكتـــب المسؤول عن المنطقة بتقرير دوري مفصل عن سير العمل في تنفيذ النشـــاط

يعتمد ،،

الأمين العام

٨ – ٩

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street

Sulaimaniya · Saudi Arabia · Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431

Cable : ISLAMIYAH RIYADH · Fax.: ( 01 ) 464 1710

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي السليمانية - المملكة العربية السعودية - هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط ٥٤٣١ ٤٦٥

برقيا اسلامية الرياض فاكــــس ١٧١٠ ٤٦٤ (٠١)

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

WAMY SA E001132



World Assembly of Muslim Youth

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية هيئة الأمم المتحدة

مكتب الأمين العام

*Office of the Secretary General*

الرقم:

التاريخ:

شاملاً الجوانب المالية وذلك كل ثلاثة أشهر وتقرير ختامي بعد الانتهاء مـــن النشاط بفترة لا تزيد عن ثلاثين يوماً.

## المادة الثالثة عشرة:

يجوز لأي من مكاتب الندوة اتخاذ الإجراءات اللازمة لتنمية موارده المالية بمـا لا يتعارض مع أحكام الشريعة الإسلامية والسياســـة العامـــة للنـــدوة، مـــع ضرورة اتخاذ الإجراءات المحاسبية اللازمة لضبط تحصيل هـــذه الأمـــوال وصرفها .

## المادة الرابعة عشرة:

يجوز لمكاتب الندوة الداخلية الرئيسة مخاطبة أي جهـــة أو هيئـــة رسمية أو اعتبارية في مناطقها مع تزويد الأمـيـــن العـــام مباشـــرة بصـــورة مـــن هـــذه المخاطبات.

## المادة الخامسة عشرة:

تحدد رواتب العاملين بمكاتب الندوة في خارج بلد المقر حسب لائحـة الأمانـة العامة لشؤون الموظفين بالمكاتب الخارجية ، ويجوز للأمين العام عند الحاجـــة زيادة مرتب أي من موظفي المكاتب الخارجية بما لا يزيد عن ٥٠% من راتبـه الأساسي .

يعتمد ،،

الأمين العام

٩ ــ ٩

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street

Sulaimaniya   -   Saudi Arabia   -   Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431

Cable :   ISLAMIYAH RIYADH   -   Fax .: ( 01 ) 464 1710

ص . ب ١٠٨٤٥ ــ الرياض ١١٤٤٣ ــ شارع الأمـير عبدالعزيزبن مسـاعد بن جلـوي سليمانية المملكة العربية السعودية ــ هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط / ٤٦٥ ٥٤٣١ برقـيــاً : إسلاميــة الريــاض ــ فاكـســـــ ١٧١٠ ٤٦٤ (٠١)

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

WAMY SA E001133