# EXHIBIT 13

Oct 10 03 04:14p                                                                    p.2

# World Assembly of Muslim Youth
3125 Bentley Dr.
Mississauga, ON L5M 6V8

## Profit & Loss Statement

### 2001-01-01 through 2001-12-31

2003-10-07
12:59:53 AM

| | | |
|---|---:|---:|
| **Income** | | |
| Donors Income | | |
|   Youth Fund / NoTaxReceipt | $5,600.00 | |
|   Windsor Fund / NoTaxReceipt | $48,576.00 | |
|   Windsor Fund/TaxReceipt Issued | ($48,576.00) | |
|   Orphan Fund / NoTaxReceipt | $214.82 | |
|   Subsidies / NoTaxReceipt | $12,750.64 | |
| **Total Income** | | $18,565.46 |
| **Cost of Sales** | | |
| **Gross Profit** | | $18,565.46 |
| **Expenses** | | |
|   Bank Charges | $115.37 | |
|   Dues & Subscriptions | $30.00 | |
|   Camping & Misc. Exp. | $4,030.00 | |
|   FoodBank / IftarSa'im | $920.00 | |
|   Vehicles & Maintenance | $102.76 | |
| **Total Expenses** | | $5,198.13 |
| **Operating Profit** | | $13,367.33 |
| **Other Income** | | |
|   Interest Income | $106.50 | |
| **Total Other Income** | | $106.50 |
| **Other Expenses** | | |
| **Net Profit / (Loss)** | | $13,473.83 |

---

87196 6040 RR 0001 2001-12-31

 Canada Customs   Agence des douanes
and Revenue Agency   et du revenu du Canada

**REGISTERED CHARITY INFORMATION RETURN**

### SECTION A. IDENTIFICATION

Attach your preprinted label here.

Legal name of charity
World Assembly of Muslim Youth

Address - c/o Name of person or position
c/o Talhah Al-Jarad

Postal Address
2633 Treriso CT

City
Mississauga

Province or territory
ON

Postal code
L5N 2T3

If you did not receive a preprinted label, provide the following information and complete lines 001, 002 and 003.

Charity's telephone number
(905)812-2772

Charity's fax number
(   )   -

Charity's Web site address

Charity's E-mail address
wamy@canada.com

RC-02-806

**WAMY SA 1764**

Oct 10 03 04:14p                                                                                                           p.3

87196 6040 RR 0001  2001-12-31

## SECTION B. DIRECTORS/TRUSTEES

B1 How many individuals served as **directors/trustees** (see guide for definition) during the fiscal period (include all those whose term of office began or ended during the fiscal period)?    015    5

B2 How many of these directors/trustees were not at **arm's length** with each other and with each of the other directors/trustees (see the guide)?    016    4

B3 Please provide a list below of the charity's directors/trustees, stating their position with the charity, the postal code of their home address, and their usual occupation or line of business. If a director/trustee served for only part of a fiscal period, show the months he/she served in the last column. In the case of a parish or other religious congregation, include the name of the priest, minister, or religious leader in charge, even if he or she is not a director/trustee.

| Full Name | Position | Postal code of home address | Occupation or line of business | Months of service |
|---|---|---|---|---|
| Talhah Al-Jarad | President | L5N 2T3 | P.Eng | 8 |
| Razan Kaadan | Member of Board | L5N 2T3 | Teacher | 8 |
| Mohamad Khatib | Member of Board | L5M 6V8 | Public Relation | 12 |
| Douha Elnashef | Member of Board | L5M 6V8 | Naturopathic Doctor | 12 |
| Marwan Aziz | Member of Board | L5M 7B4 | Programmer | 12 |

## SECTION C. GENERAL INFORMATION

C1 Was the charity in active operation during the fiscal period (see the guide)?    020 ☒ Yes    ☐ No

If yes, what **programs** did the charity carry on during the **fiscal period** to accomplish its charitable purposes? Please note any programs that are new this year. The term **program** includes both charitable work the charity carried out itself, and the grants it awarded to other **qualified donees** to enable them to carry on their work. Grant-making charities should describe the type of organizations they supported.

Islamic Community of Ontario (ICCO), Muslim Community of Downtown - Toronto, Islamic Center of Toronto, Windsor Islamic Association (Dar El Hijra), Muslim Student Association (MSA-Canada), Dar Al-Iman School, Huda School, Islamic Heritage Society(Iqra School) and Orphan Program.

C2 Were any of these programs in Canada?    021 ☒ Yes    ☐ No
If yes, check the appropriate box to show where the programs were delivered.
022 ☐ A. Within a single municipality    ☐ C. Within one province or territory    ☒ E. National (throughout Canada)
    ☐ B. Within a region or metropolitan area    ☐ D. In more than one province or territory

C3 Were any of these programs, **directly or indirectly** (see the guide), outside Canada?    023 ☒ Yes    ☐ No
If yes, indicate below in which parts of the world these programs were delivered. Please check as many boxes as applicable.
024 ☒ United States and Mexico        028 ☐ Central and Eastern Europe    032 ☐ Other Asian countries
025 ☐ Central America/Caribbean/Antilles  029 ☐ Middle East                 033 ☐ Eastern and Southern Africa
026 ☐ South America                    030 ☐ South Asia                    034 ☐ Northern, Central, and Western Africa
027 ☐ Western Europe                   031 ☐ China                         035 ☐ Australasia and Pacific
                                                                           036 ☐ Don't know

WAMY SA 1765

Oct 10 03 04:14p                                                                                                     p.4

`R 0001  2001-12-31
      ·rity was designated a **charitable organization**, go to question C5.

     charity was designated a **public** or **private foundation** (see question A1), was the foundation:

   a fund-raising intermediary (e.g., United Way)?_____  037 ☐ Yes    ☐ No

   • a provider of support for a specific **qualified donee?**_____  038 ☐ Yes    ☐ No

   • an **employees' charity trust?**_____  039 ☐ Yes    ☐ No

   • a charitable trust of a service club or fraternal society?_____  040 ☐ Yes    ☐ No

C5 Indicate in which of the following fields the charity carried on **programs** to accomplish its charitable purposes and the approximate percentage of time and resources it devoted to the selected fields. Please find the field in the list below that best describes the charity's work. Beside each listed field is a field code, made up of a letter plus a number. Enter the field code representing the field in which the charity was primarily involved on line 041. Charities involved in a secondary field should enter that field code on line 042. If needed, use lines 043 and 044 to indicate further fields.

Grant-making charities should select the field or main field which they supported with their funds.

A charity active in only one field should enter "100%" on line 045. Otherwise, on lines 045 to 048, enter approximate percentages to indicate the amount of effort the charity devoted to each of its selected fields. Percentages entered on lines 045 to 048 don't have to add up to 100, since a charity may be involved in more than four fields.

|  | Field code | Approx. % of emphasis given to field |
|---|---|---|
| Most important field | 041 C5 | 045 __40__ % |
| 2nd most important field | 042 H5 | 046 __30__ % |
| 3rd most important field | 043 E1 | 047 __20__ % |
| 4th most important field | 044 H8 | 048 __10__ % |

                                   **Fields**                                              049 ☒ Yes    ☐ No

**Social services in Canada**
A1  housing for seniors, low-income people, and those with disabilities
A2  food or clothing banks, soup kitchens, hostels
A3  employment preparation and training
A4  legal assistance and services
A5  other services for low-income people
A6  seniors' services
A7  services for the physically or mentally challenged
A8  children and youth services/housing
A9  services for aboriginal people
A10 emergency shelter
A11 family and crisis counselling, financial counselling
A12 immigrant aid
A13 rehabilitation of offenders
A14 disaster relief

**International aid and development**
B1  social services (any listed under A1-A13 above)
B2  infrastructure development
B3  agricultural programs
B4  medical services
B5  literacy/education/training programs
B6  disaster/war relief

**Education and research**
C1  scholarships, bursaries, awards
C2  support of schools and education (e.g., parent-teacher groups)
C3  universities and colleges
C4  public schools and boards
C5  independent schools and boards
C6  nursery programs/schools (see below under "Other community benefits" for daycare)
C7  vocational and technical training (not delivered by universities/colleges/schools)
C8  literacy programs
C9  cultural programs, including heritage languages
C10 public education, other study programs
C11 research (scientific, social science, medical, environmental, etc.)
C12 learned societies (e.g., Royal Astronomical Society)
C13 youth groups (Girl Guides, cadets, 4-H clubs, etc.)

**Culture, arts**
D1  museums, galleries, concert halls, etc.
D2  festivals, performing groups, musical ensembles
D3  arts schools, grants and awards for artists
D4  cultural centres and associations
D5  historical sites, heritage societies

**Religion** (see the guide)
E1  places of worship, congregations, parishes, dioceses, fabriques, etc.
E2  missionary organizations, evangelism
E3  religious publishing and broadcasting
E4  seminaries and other religious colleges
E5  social outreach, religious fellowship, and auxiliary organizations (e.g., women's auxiliaries)

**Health**
F1  hospitals
F2  nursing homes, hospices
F3  clinics
F4  services for the sick
F5  mental-health services and support groups
F6  addiction services and support groups
F7  other mutual-support groups (e.g., cancer patients)
F8  promotion and protection of health, including first-aid and information services
F9  specialized health organizations, focussing on specific diseases/conditions

**Environment**
G1  nature, habitat-conservation groups
G2  preservation of species, wildlife protection
G3  general environmental protection, recycling services

**Other community benefits**
H1  agricultural and horticultural societies
H2  welfare of domestic animals
H3  parks, botanical gardens, zoos, aquariums, etc.
H4  community recreation facilities, trails, etc.
H5  community halls
H6  libraries
H7  cemeteries
H8  summer camps
H9  day care/after-school care
H10 crime prevention, public safety, preservation of law and order
H11 ambulance, fire, rescue, and other emergency services
H12 human rights
H13 mediation services
H14 consumer protection
H15 support and services for the charitable sector

**Other**
I1 (please specify)  _____
                    _____

WAMY SA 1766

87196 6040 RR 0001 2001-12-31

## SECTION D. FINANCIAL INFORMATION

Please attach a separate copy of the charity's own financial statements ☒ Attached
Would you like us to make these separately-attached financial statements available to the public (see the guide)?  050 ☐ Yes  ☒ No
Figures on financial statements can differ from those in Section D because they are based on different accounting principles.

### Statement of assets and liabilities

**Assets**

| | | |
|---|---|---|
| Cash on hand and in bank accounts | 051 | 9,307 |
| Amounts receivable from founders, directors/trustees, employees, members, or individuals and organizations not at arm's length to them | 052 | 0 |
| Amounts receivable from others | 053 | 0 |
| Other investments | 054 | 0 |
| Fixed assets and inventory used in charitable programs | 055 | 4,100 |
| Other fixed assets and inventory | 056 | 0 |
| Other assets (please specify) | 057 | 0 |
| Total assets (add lines 051 to 057) | 058 | 13,407 |

**Liabilities**

| | | |
|---|---|---|
| Contributions, gifts, and grants payable for charitable programs | 061 | 0 |
| Amounts payable to founders, directors/trustees, employees, members, or individuals and organizations not at arm's length to them | 062 | 0 |
| Amounts payable to others | 063 | 0 |
| Other liabilities (please specify) | 064 | 0 |
| Total liabilities (add lines 061 to 064) | 065 | 0 |

### Statement of receipts and disbursements

Was the following financial information prepared on an accrual or a cash basis (see the guide)?  099 ☐ Accrual  ☒ Cash
Report gross amounts received except where otherwise specified.

**Gifts and grants received this fiscal period**
Tax-receipted gifts are those for which the charity has or will issue an official donation receipt for income tax purposes. Other gifts are those for which the charity issued no receipt or issued an ordinary, non-tax receipt. For more information, please see the guide.

| | | | | |
|---|---|---|---|---|
| Total tax-receipted gifts | | | 100 | 84,465 |
| How much of the amount on line 100 was received from other registered charities? (see the guide) | | 101 | 0 | |
| Total other gifts | | | 102 | 68,644 |
| How much of the amount on line 102 was received from other registered charities? | | 103 | 0 | |
| Government grants | | | | |
| Federal | | 104 | 0 | |
| Provincial/territorial | | 105 | 0 | |
| Municipal | | 106 | 0 | |
| Other (please specify) | | 107 | 0 | |
| Total (add lines 104 to 107, and enter the total on line 108) | | | 0 ▶ 108 | 0 |

**Amounts received from other sources this fiscal period**

| | | |
|---|---|---|
| Memberships not reported above as gifts | 109 | 0 |
| Rental income (land and buildings) | 110 | 0 |
| Receipts from governments | 111 | 0 |
| Other fees and earned income | 112 | 0 |
| Payments from fund-raising activities not reported above as gifts | 113 | 0 |
| Interest and dividends | 114 | 0 |
| Net realized capital gains (losses) | 115 | 0 |
| Other income (please specify) | 116 | 0 |
| | 117 | 0 |
| Total amounts received from all sources (add lines 100, 102 and 108 to 117) | 118 | 153,109 |

**Disbursements this fiscal period**
Operation of charitable programs

| | | |
|---|---|---|
| • expenditures on charitable work the charity itself carried out | 120 | 0 |
| • gifts to qualified donees (from line 503) | 121 | 153,109 |
| Management and general administration | 122 | 0 |
| Fund-raising | 123 | 0 |
| Political advocacy activities (see the guide) | 124 | 0 |

87196 6040 RR 0001 2001-12-31

## SECTION E. FURTHER INFORMATION ON AMOUNTS RECEIVED

**E1** Was the charity's total of amounts received (line 118) more than $30,000?  150 ☒ Yes  ☐ No
If *no*, it is not necessary to answer the remaining questions in this section  Go to Section F
If *yes*, please answer the questions in this section.

**E2** Did the charity charge fees for, or otherwise receive regular revenue from, any of the following?

| | | | |
|---|---|---|---|
| • gift shops | 151 | ☐ Yes | ☒ No |
| • bookstores, publications, and tapes | 152 | ☐ Yes | ☒ No |
| • donated clothing, furniture, and other used goods | 153 | ☐ Yes | ☒ No |
| • education, courses, seminars, and conferences | 154 | ☐ Yes | ☒ No |
| • artistic performances, theatre, concerts, and exhibitions | 155 | ☐ Yes | ☒ No |
| • shelter, housing, and rooms | 156 | ☐ Yes | ☒ No |
| • parking | 157 | ☐ Yes | ☒ No |
| • other rentals (e.g. banquet hall, equipment) | 158 | ☐ Yes | ☒ No |
| • housekeeping services | 159 | ☐ Yes | ☒ No |
| • transportation | 160 | ☐ Yes | ☒ No |
| • food, cafeteria services, meals, and catering | 161 | ☐ Yes | ☒ No |
| • medical and health care | 162 | ☐ Yes | ☒ No |
| • counselling | 163 | ☐ Yes | ☒ No |
| • nursery and day care | 164 | ☐ Yes | ☒ No |
| • memberships entitling user to facilities or services (e.g., swimming pool, exercise room) | 165 | ☐ Yes | ☒ No |
| • copyrights, royalties, and licensing agreements | 166 | ☐ Yes | ☒ No |
| • product endorsements | 167 | ☐ Yes | ☒ No |

WAMY SA 1767

Oct 10 03 04:15p       p.6

87196 6040 RR 0001  2001-12-31

**E7** Describe the main fund-raising activity, event, or campaign (in terms of gross revenue) carried out during this fiscal period.

Type of activity: _____

How often was this activity held during the fiscal period? _____
How many of the people working on the activity were volunteers? (estimated percentage) _____
If a professional fund-raiser was used, how much was paid to or retained by the fund-raiser? $ _____
What were the charity's net proceeds from the activity? $ _____

**E8** Did the charity operate a **planned-giving program**? _____ 235 ☐ Yes  ☒ No
If yes, did the charity help people donate to it by means of:
- bequests? _____ 236 ☐ Yes  ☒ No
- annuities? _____ 237 ☐ Yes  ☒ No
- life insurance policies? _____ 238 ☐ Yes  ☒ No
- residual interests or charitable remainder trusts? _____ 239 ☐ Yes  ☒ No

## SECTION F. REMUNERATION AND BENEFITS

Compensation in this section includes all forms of remuneration (e.g., salaries, fees, and honoraria) and benefits (e.g., the personal use of a car or office space).

**F1** On average, how many compensated positions did the charity have during the fiscal period? _____ 300 _____ 0
If the charity did not compensate anyone, enter "0".

**F2** Did the charity employ compensated **managers** on a permanent, part-time, or contract basis who were responsible for administering the daily operations of the charity? _____ 301 ☐ Yes  ☒ No

If yes, for the five most highly-compensated managers, show how many had compensation packages in each of the following ranges:

| | | | |
|---|---|---|---|
| 302 _____ | $1-29,999 | 306 _____ | $90,000-109,999 |
| 303 _____ | $30,000-49,999 | 307 _____ | $110,000-129,999 |
| 304 _____ | $50,000-69,999 | 308 _____ | $130,000-149,999 |
| 305 _____ | $70,000-89,999 | 309 _____ | $150,000+ |

**F3** Did the charity compensate its directors/trustees? _____ 310 ☐ Yes  ☒ No
If yes, attach an explanation describing the services for which the directors/trustees received compensation and the amounts involved.

**F4** Apart from compensation, did the charity directly or indirectly transfer any part of its income or assets (see the guide) to:
- its founders? _____ 311 ☐ Yes  ☒ No

87196 6040 RR 0001  2001-12-31

**G2** If you answered yes on any of lines 400 to 408, describe how these activities relate to the charity's purposes.

**G3** Did the charity give money or other forms of support either as a gift to a **qualified donee** to help the recipient organization carry on political activities, or as payment to another organization or individual to help the charity conduct its own political activities? _____ 420 ☐ Yes  ☒ No
If yes, provide the name and location of the recipient. If a recipient is also a registered charity, provide the BN/registration number.

| Name | Location (city and province) | BN/Registration number |
|---|---|---|
| | | |

## SECTION H. GIFTS TO QUALIFIED DONEES

The terms qualified donee, specified gift, and associated charity are explained in the guide.

**H1** Did the charity make gifts to qualified donees? _____ 500 ☒ Yes  ☐ No
If no, go to section I.
If yes, provide the information outlined below. Please enter the total amount the charity gave each donee during the fiscal period, and list donees in order of the amount they received from largest to smallest.

| Name of donee | Check if donee is an associated charity | Location | BN/Registration number of donee if a charity | Amount of Gift Gifts (do not include specified gifts) ($) | Specified gifts ($) |
|---|---|---|---|---|---|
| Windsor Islamic Association (D | ☐ | Windsor, ON | | 48,575 | |
| Orphan Program / BIF | ☐ | USA | | 50,246 | |
| MSA | ☐ | Canada | | 4,000 | |
| ICCO | ☐ | Toronto, ON | | 7,447 | |
| Dar Al Iman | ☐ | St. Laurent, QC | | 21,890 | |
| Huda School | ☐ | Regina, SA | | 6,981 | |
| Iqra Islamic School | ☐ | Surry, BC | | 13,970 | |
| | ☐ | | | | |
| | | | Totals: 501 | 153,109 | 502 |

Total amounts given to qualified donees (add lines 501 and 502) _____ 503 $ 153,109

**WAMY SA 1768**