# EXHIBIT 14

Received: 09.Nov.00  11:47 PM  From: 4167877669  To: 7037838409         Powered by efax.com     Page: 2 of 2

FROM : KHATIB & ELNACHEF              PHONE NO. : 416 787 7669         Nov. 10 2000 01:55AM P2

**WORLD ASSEMBLY OF MUSLIM YOUTH**
P.O. BOX 58097
3089 DUFFERIN ST.
TORONTO, ONTARIO CANADA  M6A 3C8

COMMUNITY ACCOUNT            003

DATE _____

PAY TO THE ORDER OF _____  $ _____

_____ /100 DOLLARS

**Bank of Montreal**
985 DUNDAS ST. E.  TEL: (905) 279-6520
MISSISSAUGA, ONT.  L4Y 2B9

MEMO _____

⑈003⑈ ⑆04302⑆001⑈ 8086−611⑈

**WAMY SA 1785**

# Bank of Montreal / Banque de Montréal

985 DUNDAS ST E
MISSISSAUGA ONT
L4Y 2B9

**Statement of Account / Relevé de compte**

| Transit No de dom | Date D/J M/M Y/A | Account Title Désignation de compte | Account Type Type de compte | Account No. No de compte | Page |
|---|---|---|---|---|---|
| T 0 0430 | 05 01 2001 | NPO | FBIA | 8086-611 | 3 |

Jan.

WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
19 VARNA DR
NORTH YORK
ON                    M6A 2L6

orphan project

**BALANCE FORWARD / SOLDE REPORTÉ** — Date 05/12 — 219.00

| CODE | Description / Message justificatif | Debits / Débits | Credits / Crédits | Day/Mo. Jour | Balance / Solde |
|---|---|---|---|---|---|
| IB | 5337394   985 DUNDAS ST |  | 1565.00 | 12/12 | 1784.00 |
| IB | 5331073   985 DUNDAS ST |  | 719.26 | 19/12 | 2503.26 |
| IN |  |  | 5.12 | 29/12 |  |
| SC | CHQ   6 @ $0.16 | .96 |  | 29/12 |  |
| SC | ABM   02 ITMS AT 0.55 | 1.10 |  | 29/12 |  |
| SC | MAINTENANCE FEE   $2.00 | 2.00 |  | 29/12 | 2499.71 |
| IB | 9560758   985 DUNDAS ST. |  | 3300.00 | 03/01 | 5799.71 |

Donations

### TRANSACTION CODES / CODES DE TRANSACTION

- **AD** Adjustment / Rectification
- **AM** AIR MILES Purchase at Merchant / AIR MILES achat chez le commerçant
- **AP** AIR MILES Pre-authorized payment/debit / Transaction de débit ou paiement préautorisée AIR MILES
- **AR** AIR MILES Merchandise return / AIR MILES retour de marchandise
- **AT** AIR MILES Direct Deposit / AIR MILES Dépôt Direct
- **CB** Cheque Posted By Branch / Chèque inscrit par la succ.
- **CC** Certified Cheque / Chèque certifié
- **CD** Customer Deposit / Dépôt
- **CK** Cheque / Chèque
- **CM** Credit Memo / Avis de crédit
- **CW** Telephone Banking / Services bancaires par téléphone
- **DC** Other Charge / Autres frais
- **DD** Direct Deposit / Pre-authorized Debit / Dépôt ou débit direct
- **D.** Debit Memo / Avis de débit
- **DN** Not Service Chargeable / Sans frais de gestion
- **DR** Overdraft / Découvert
- **DS** Service Chargeable / Avec frais de gestion
- **EC** Error Correction / Correction d'erreur
- **FX** Foreign Exchange Change
- **GS** Tax / Taxe
- **IB** Instabank / Instabanque
- **IN** Interest / Intérêt
- **LI** Loan Interest / Intérêt sur prêt
- **LN** Loan Payment / Versement sur prêt
- **LP** Loan Advance / Avance sur prêt
- **LT** Large Volume Account List Total / Liste de chèque - compte superactif
- **MB** Multi-Branch Banking / Inter-Service
- **NR** Non-Resident Tax / Impôt de non-résident
- **NS** Cheque returned NSF / Chèque retourné - provision insuffisante
- **NT** Nesbitt Burns Entry / Transaction de Nesbitt Burns
- **OM** Other Machine / Autre machine
- **PR** Purchase at Merchant / Achat chez le commerçant
- **RC** NSF Charge / Frais pour provision insuffisante
- **RN** Merchandise Return / Retour de marchandise
- **RT** Returned Item / Article retourné
- **RV** Merchant Reversal / Correction - Commerçant
- **SC** Service Charge / Frais de gestion
- Standing Order / Ordre de virement
- Merchant Deposit / Dépôt du commerçant
- **TF** Transfer of Funds / Virement
- **TX** Tax / Taxe
- **WD** Withdrawal / Retrait

Please see the reverse side for the Account Types.
Les types de compte figurent au verso.

WANT TO TAKE THE FOREIGN CONTENT OF YOUR RRSP BEYOND
THE 30% FOREIGN PROPERTY LIMIT? INVEST IN OUR EXPANDED
FAMILY OF BMO RSP WORLD FUNDS - A COMPLETE RANGE OF
100% RSP-ELIGIBLE GLOBAL FUNDS. CALL 1-800-665-7700
OR VISIT www.bmo.com/mutualfunds

Prompt notification of any change of address would be appreciated. / Prière de signaler à la Banque tout changement d'adresse.

Please check this statement and report any errors or omissions within 30 days of its delivery.
Prière de vérifier ce relevé de compte et de signaler toute erreur ou omission dans les 30 jours suivant sa réception.

FORM BOM7X 10/99

WAMY SA 001865

# Bank of Montreal / Banque de Montréal

985 DUNDAS ST E
MISSISSAUGA, ONT
L4Y 2B9

**Statement of Account / Relevé de compte**

*WAMY 2001* (handwritten)

| Transit No de dom | Date D/J M/M Y/A | Account Title / Désignation de compte | Account Type / Type de compte | Account No. / No de compte | Page |
|---|---|---|---|---|---|
| T 1 0430 | 05 02 2001 NPO | | FBIA | 8086-611 | 4 |

Feb. (handwritten)

WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
19 VARNA DR
NORTH YORK
ON                M6A 2L6

*Sent to BIF USA for orphans PROJECT* (handwritten)
*Should be correction* (handwritten)

| | | BALANCE FORWARD / SOLDE REPORTÉ | Date 05 01 | 5799 71 |
|---|---|---|---|---|

### TRANSACTION CODES * / CODES DE TRANSACTION *

- AD Adjustment / Rectification
- AM AIR MILES Purchase at Merchant / AIR MILES achat chez le commerçant
- AP AIR MILES Pre-authorized payment/debit / Transaction de débit ou paiement préautorisée AIR MILES
- AR AIR MILES Merchandise return / AIR MILES retour de marchandise
- AT AIR MILES Direct Deposit / AIR MILES Dépôt Direct
- CB Cheque Posted By Branch / Chèque inscrit par la succ.
- CC Certified Cheque / Chèque certifié
- CD Customer Deposit / Dépôt
- CK Cheque / Chèque
- CM Credit Memo / Avis de crédit
- CW Telephone Banking / Services bancaires par téléphone
- DC Other Charge / Autres frais
- DD Direct Deposit/Pre-authorized Debit / Dépôt ou débit direct
- DM Debit Memo / Avis de débit
- DN Not Service Chargeable / Sans frais de gestion
- DR Overdraft / Découvert
- DS Service Chargeable / Avec frais de gestion
- EC Error Correction / Correction d'erreur
- FX Foreign Exchange Change
- GS Tax / Taxe
- IB Instabank / Instabanque
- IN Interest / Intérêt
- LI Loan Interest / Intérêt sur prêt
- LN Loan Payment / Versement sur prêt
- LP Loan Advance / Avance sur prêt
- LT Large Volume Account List Total / Liste de chèque - compte superactif
- MB Multi-Branch Banking / Inter-Service
- NR Non-Resident Tax / Impôt de non-résident
- NS Cheque returned NSF / Chèque retourné - provision insuffisante
- NT Nesbitt Burns Entry / Transaction de Nesbitt Burns
- OM Other Machine / Autre machine
- PR Purchase at Merchant / Achat chez le commerçant
- RC NSF Charge / Frais pour provision insuffisante
- RN Merchandise Return / Retour de marchandise
- RT Returned Item / Article retourné
- RV Merchant Reversal / Correction - Commerçant
- SC Service Charge / Frais de gestion
- SO Standing Order / Ordre de virement
- ST Merchant Deposit / Dépôt du commerçant
- TF Transfer of Funds / Virement
- TX Tax / Taxe
- WD Withdrawal / Retrait

Please see the reverse side for the Account Types. / Les types de compte figurent au verso.

| CODE | Description / Message justificatif | Debits / Débits | Credits / Crédits | Day Jour | Mo. | Balance / Solde |
|---|---|---|---|---|---|---|
| IB | 9562586  985 DUNDAS ST. | | 3500 00 | 08 | 01 | 5834 71 |
| IB | 5332402  985 DUNDAS ST | | 7336 90 | 09 | 01 | 13171 61 |
| IB | BR. 0309 | 7336 90 | | 11 | 01 | |
| CM | BR. 0309 | | 7356 90 | 11 | 01 | 13191 61 |
| | ABM DEPOSIT ADJUSTMENT | | | | | |
| | 5332402 | | | | | |
| IB | 985 DUNDAS ST. | | 1410 00 | 17 | 01 | 14601 61 |
| CK | NO. 6 | 13000 00 | | 18 | 01 | 1601 61 |
| FX | USD CLRNG 0309 | | 49 07 | 22 | 01 | |
| | AT 1.4807      HC    $2.75 | | | | | |
| | 35.00 | | | | | |
| DM | BR. 0309 | 35 00 | | 22 | 01 | 1615 68 |
| | IB 956/2586 | | | | | |
| | US ITEM | | | | | |
| SC | CHQ          9 @  $0.16 | 1 44 | | 31 | 01 | |
| IN | | | 3 11 | 31 | 01 | |
| SC | ABM     05 ITMS AT 0.55 | 2 75 | | 31 | 01 | |
| SC | MAINTENANCE FEE    $2.00 | 2 00 | | 31 | 01 | 1612 60 |

RRSP INVESTING MADE EASY.
BMO TERM INVESTMENTS MAKE IT EASY TO INVEST IN GICS
THIS RRSP SEASON, WITH THREE CONVENIENT WAYS TO BUY:
THROUGH YOUR LOCAL BRANCH, AT 1 877 262-5891, OR ONLINE
AT WWW.BMO.COM/RRSP

Prompt notification of any change of address would be appreciated. / Prière de signaler à la Banque tout changement d'adresse.

Please check this statement and report any errors or omissions within 30 days of its delivery. / Prière de vérifier ce relevé de compte et de signaler toute erreur ou omission dans les 30 jours suivant sa réception.

FORM BOM7X 10/99

Form 15126 BL (03/00) (12-00)

WAMY SA 001866

# Bank of Montreal / Banque de Montréal

985 DUNDAS ST E
MISSISSAUGA, ONT
L4Y 2B9

Relevé de compte

| Transit N° de dom | Date D/J M/M Y/A | Account Title Désignation de compte | Account Type Type de compte | Account No. N° de compte | Page |
|---|---|---|---|---|---|
| T 0 0430 | 05 03 2001 NPO | | FBIA | 8086-611 | 5 |

March

WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
19 VARNA DR
NORTH YORK
ON                     M6A 2L6

| | | | Date | |
|---|---|---|---|---|
| | BALANCE FORWARD / SOLDE REPORTÉ | | 05 02 | 1612 60 |

| CODE | Description / Message justificatif | Debits / Débits | Credits / Crédits | Day/Jour Mo. | Balance / Solde |
|---|---|---|---|---|---|
| IB | 985 DUNDAS ST. | | 221 38 | 22 02 | 1833 98 |
| IN | | | 38 28 02 | | |
| SC | CHQ       3 @ $0.16 | 48 | | 28 02 | |
| SC | ABM   01 ITMS AT 0.55 | 55 | | 28 02 | |
| SC | MAINTENANCE FEE   $2.00 | 2 00 | | 28 02 | 1831 33 |
| IB | 985 DUNDAS ST. | | 4969 00 | 02 03 | |
| FX | USD CLRNG | | 985 38 | 02 03 | |
|    | AT1.5202       HC   $2.75 | | | | |
|    | 650.00 | | | | |
| CD | | | 315 00 | 02 03 | 8100 71 |

"PLANNING A TRIP?  ONLINE BANKING CLIENTS CAN NOW ENJOY
THE CONVENIENCE OF ORDERING TRAVELLERS CHEQUES AND
FOREIGN CURRENCY AT www.bmo.com WITH DELIVERY TO THEIR
DOOR.  SERVICE AND COURIER FEES APPLY."

TRANSACTION CODES / CODES DE TRANSACTION:
AD Adjustment / Rectification
AM AIR MILES Purchase at Merchant / AIR MILES achat chez le commerçant
AP AIR MILES Pre-authorized payment/debit / Transaction de débit ou paiement préautorisée AIR MILES
AR AIR MILES Merchandise return / AIR MILES retour de marchandise
AT AIR MILES Direct Deposit / AIR MILES Dépôt Direct
CB Cheque Posted By Branch / Chèque inscrit par la succ.
CC Certified Cheque / Chèque certifié
CD Customer Deposit / Dépôt
CK Cheque / Chèque
CM Credit Memo / Avis de crédit
CW Telephone Banking / Services bancaires par téléphone
DC Other Charge / Autres frais
DD Direct Deposit/ Pre-authorized Debit / Dépôt ou débit direct
DM Debit Memo / Avis de débit
DN Not Service Chargeable / Sans frais de gestion
DR Overdraft / Découvert
DS Service Chargeable / Avec frais de gestion
EC Error Correction / Correction d'erreur
FX Foreign Exchange / Change
GS Tax / Taxe
IB Instabank / Instabanque
IN Interest / Intérêt
LI Loan Interest / Intérêt sur prêt
LN Loan Payment / Versement sur prêt
LP Loan Advance / Avance sur prêt
LT Large Volume Account List Total / Liste de chèque - compte superactif
MB Multi-Branch Banking / Inter-Service
NR Non-Resident Tax / Impôt de non-résident
NS Cheque returned NSF / Chèque retourné - provision insuffisante
NT Nesbitt Burns Entry / Transaction de Nesbitt Burns
OM Other Machine / Autre machine
PR Purchase at Merchant / Achat chez le commerçant
RC NSF Charge / Frais pour provision insuffisante
RN Merchandise Return / Retour de marchandise
RT Returned Item / Article retourné
RV Merchant Reversal / Correction - Commerçant
SC Service Charge / Frais de gestion
SO Standing Order / Ordre de virement
ST Merchant Deposit / Dépôt du commerçant
TF Transfer of Funds / Virement
TX Tax / Taxe
WD Withdrawal / Retrait

Please see the reverse side for the Account Types. / Les types de compte figurent au verso.

Prompt notification of any change of address would be appreciated. / Prière de signaler à la Banque tout changement d'adresse.

Please check this statement and report any errors or omissions within 30 days of its delivery. / Prière de vérifier ce relevé de compte et de signaler toute erreur ou omission dans les 30 jours suivant sa réception.

FORM BOM7X 10/99

WAMY SA 001867

**Your branch address:**

985 DUNDAS ST E
MISSISSAUGA, ONT L4Y 2B9

# Business Banking



2015

WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
19 VARNA DR
NORTH YORK ON   M6A 2L6

**Your Branch**
DUNDAS & TOMKEN MISSISSAUGA
Transit number: 0430

**For questions about your statement call**
(905) 279-6530

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending April 5, 2001

## Summary of account

| Account | Opening balance ($) | − | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Apr 5, 2001 |
|---|---|---|---|---|---|---|---|
| CAD FirstBank Business Investment Account® # 0430 8086-611 | 8,100.71 | | 34,888.36 | | 80,860.98 | | 54,073.33 |

With Bank of Montreal's new Business Banking consolidated statements, you have more information in one place. This saves you time to focus on what matters - running your business.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | CAD FirstBank Business Investment Account® # 0430 8086-611  | | | |
| | Account type: NPO | | | |
| Mar 6 | Opening balance | | | 8,100.71 |
| Mar 6 | Credit, BR.0309, ABM DEPOSIT ADJUSTMENT, 9562244 | | 3,087.00 | 11,187.71 |
| Mar 6 | Sundry Item, BR.0309, IB | 4,969.00 | | 6,218.71 |
| Mar 14 | Error Correction, USD NOTES, AT1.526   HC $0.00, 420.00 | 640.92 | | 5,577.79 |
| Mar 14 | US $ Cash Sale, AT1.526   HC   $0.00, 420.00 | | 640.92 | 6,218.71 |
| Mar 14 | US $ Cheque Sale, AT1.5297   HC   $2.75, 420.00 | | 639.72 | 6,858.43 |
| Mar 14 | ABM Deposit, 985 DUNDAS ST. | | 4,825.00 | 11,683.43 |
| Mar 20 | ABM Deposit, 985 DUNDAS ST. | | 12,255.00 | 23,938.43 |
| Mar 20 | ABM Deposit, 985 DUNDAS ST. | | 1,017.00 | 24,955.43 |
| Mar 20 | US $ Wire Payment, USD PO   2987 | | 50,293.13 | 75,248.56 |
| Mar 26 | Deposit | | 1,143.67 | 76,392.23 |
| Mar 26 | US $ Cash Sale, AT1.541   HC  $0.00, 30.00 | | 46.23 | 76,438.46 |
| Mar 26 | US $ Cheque Sale, AT1.5447   HC   $2.75, 730.00 | | 1,124.88 | 77,563.34 |

My Bank®   continued

Page 1 of 2    HRI000-01-5-D0



WAMY SA 001868

Your branch address:

985 DUNDAS ST E
MISSISSAUGA, ONT L4Y 2B9

# Business Banking

551   WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
19 VARNA DR
NORTH YORK ON   M6A 2L6

**Your Branch**
DUNDAS & TOMKEN MISSISSAUGA
Transit number: 0430

**For questions about your statement call**
(905) 279-6530

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending May 4, 2001

### Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on May 4, 2001 |
|---|---|---|---|---|
| FirstBank Business Investment Account® # 0430 8086-611 | 54,073.33 | 36,024.22 | 15,148.96 | 33,198.07 |

With Bank of Montreal's new Business Banking consolidated statements, you have more information in one place. This saves you time to focus on what matters - running your business.

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|



**FirstBank Business Investment Account® # 0430 8086-611**
Account type: NPO

| Date | Description | Debited | Credited | Balance |
|---|---|---|---|---|
| Apr 6 | Opening balance | | | 54,073.33 |
| Apr 17 | ABM Deposit, 985 DUNDAS ST. | | 805.66 | 54,878.99 |
| Apr 19 | Cheque, NO.5 BR.0098 | 21,890.56 | | 32,988.43 |
| Apr 24 | Cheque, NO.2 BR.0786 | 13,970.26 | | 19,018.17 |
| Apr 25 | Returned Item | | 13,970.26 | 32,988.43 |
| Apr 26 | ABM Deposit, 985 DUNDAS ST. | | 335.00 | 33,323.43 |
| Apr 30 | Interest Earned | | 38.04 | 33,361.47 |
| Apr 30 | Service Charge, CHQ   15 @ $0.16 | 2.40 | | 33,359.07 |
| Apr 30 | Branch Transaction Fee, BRANCH   01 ITMS AT 0.80 | 0.80 | | 33,358.27 |
| Apr 30 | ABM Transaction Fee, ABM   05 ITMS AT 0.55 | 2.75 | | 33,355.52 |
| Apr 30 | Maintenance Fee | 2.00 | | 33,353.52 |

continued

WAMY SA 001869

Please check this statement and report any errors or omissions on delivery.

### Trade-marks

®/™Trade-marks of AIR MILES International Trading B.V. Used under license by Loyalty Management Group Canada Inc. and Bank of Montreal.

™Trade-mark of Bank of Montreal.

®Registered trade-mark of Bank of Montreal.

®*Registered trade mark of Bank of Montreal. Investorline Discount Brokerage is offered by Bank of Montreal Investor Services Limited, a wholly owned subsidiary of Bank of Montreal. Member CIPF.

### Registration numbers

GST - R100390095
QST - 1000042494

Page 2 of 2

WAMY SA 001870

Your branch address:

985 DUNDAS ST E
MISSISSAUGA, ONT  L4Y 2B9



**Business Banking**

5891

2629  00000
WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
APT 203 -2465 CAWTHRA RD.
MISSISSAUGA ON   L5A 3P2

**Your Branch**
DUNDAS & TOMKEN MISSISSAUGA
Transit number: 0430

**For questions about your statement call**
(905) 279-6530

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending June 5, 2001



### Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on June 5, 2001 |
|---|---|---|---|---|
| FirstBank Business Investment Account® # 0430 8086-611 | 33,198.07 | 28,404.38 | 1,586.59 | 6,380.28 |

Some of our fees for Business Banking have decreased and others will be increasing. Please see information at the end of your statement.

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **FirstBank Business Investment Account® # 0430 8086-611** | | | |
| | Account type: NPO | | | |
| May 5 | Opening balance | | | 33,198.07 |
| May 7 | Cheque, NO.4 | 7,447.66 | | 25,750.41 |
| May 10 | ABM Deposit, 985 DUNDAS ST. | | 200.00 | 25,950.41 |
| May 10 | Canadian Draft, DRAFT 021508393 | 13,970.26 | | 11,980.15 |
| May 17 | Cheque, NO.3 | 6,981.76 | | 4,998.39 |
| May 29 | ABM Deposit, 985 DUNDAS ST. | | 1,380.00 | 6,378.39 |
| May 31 | Deposit Contents Fee, CHQ       10 @ $0.16 | 1.60 | | 6,376.79 |
| May 31 | Interest Earned | | 6.59 | 6,383.38 |
| May 31 | ABM Transaction Fee, ABM     02 ITMS AT 0.55 | 1.10 | | 6,382.28 |
| May 31 | Maintenance Fee, MAINTENANCE FEE    $2.00 | 2.00 | | 6,380.28 |
| June 5 | Closing totals | 28,404.38 | 1,586.59 | |
| | Number of items processed ............................................. 6 ........... 3 | | | |

**My Bank®**

Page 1 of 2

HRI000-01-7-I0



WAMY SA 001871

```
*        6,981.76- CK 17MAY01 0496 01 048 01150 17MAY01 ET21:28 17MAY01 3
*        1,380.00  IB 29MAY01 3241 OP 956 00135 29MAY01 ET14:36 29MAY01
-              985 DUNDAS ST.         5007669008466124 956 01467
*            6.59  IN 31MAY01 0000 08 011 07020 30MAY01 ET07:07 30MAY01
*            2.00- SC 31MAY01 0000 08 011 07020 30MAY01 ET07:07 30MAY01
-MAINTENANCE FEE      $2.00
*            1.10- SC 31MAY01 0000 08 011 07020 30MAY01 ET07:07 30MAY01
-ABM         02 ITMS AT 0.55
*            1.60- SC 31MAY01 0000 28 005 09187  1JUN01 ET07:16  1JUN01
-CHQ         10 @ $0.16
*            0.41  IN 12JUN01 0430 OP 074 00001 12JUN01 ET16:00 12JUN01
*       19,377.89- DM 12JUN01 0430 OP 074 00025 12JUN01 ET16:04 12JUN01
-DRAFT 021509626
*       13,000.00  CD 12JUN01 0430 OP 023 00101 12JUN01 ET15:54 12JUN01
*            2.00- SC 12JUN01 0430 OP 074 00001 12JUN01 ET16:00 12JUN01
-MAINTENANCE FEE      $2.00
*            0.80- SC 12JUN01 0430 OP 074 00001 12JUN01 ET16:00 12JUN01
-BRANCH      01 ITMS AT 0.80


8086-611       START *NAME:WORLD ASSE   -000  FBIA    T B/FWD:        0.00
               IN CAD* LFA:12JUN2001  OPENED: 24OCT2000  C/FWD:        0.00
```

**Bank of Montreal**
Dundas & Tomken
985 Dundas St. E.
Mississauga, Ont. L4Y 2B9
1-430

WAMY SA 001872

Your branch address:
255 DUNDAS ST E
MISSISSAUGA, ONT L4Y 2B9



**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
19 VARNA DR
NORTH YORK ON  M6A 2L6

Your Branch
DUNDAS & TOMKEN MISSISSAUGA
Transit number: 0430

For questions about your
statement call
(905) 279-6530

Visit our web site at
www.bmo.com

# Business Banking statement

For the period ending April 5, 2001

## Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on Apr 5, 2001 |
|---|---|---|---|---|
| CAD FirstBank Business Investment Account<br># 0430 8086-611 | 8,100.71 | 34,888.36 | 80,860.98 | 54,073.33 |

With Bank of Montreal's new Business Banking consolidated statements, you have more information in one place. This saves you time to focus on what matters - running your business.

## Transaction details

CAD FirstBank Business Investment Account # 0430 8086-611
Account type: NPO

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| Mar 6 | Opening balance | | | 8,100.71 |
| Mar 6 | Credit, BR 0309, ABM DEPOSIT ADJUSTMENT, 9562244 | | 3,087.00 | 11,187.71 |
| Mar 6 | Sundry Item, BR.0309, IB | 4,969.00 EXP. | | 6,218.71 |
| Mar 14 | Error Correction, USD NOTES, AT1.526  HC $0.00, 420.00 | 640.92 | | 5,577.79 |
| Mar 14 | US $ Cash Sale, AT1.526   HC  $0.00, 420.00 | | 640.92 | 6,218.71 |
| Mar 14 | US $ Cheque Sale, AT1.5297  HC  $2.75, 420.00 — Donations | | 639.72 | 6,858.43 |
| Mar 14 | ABM Deposit, 985 DUNDAS ST. | | 4,825.00 | 11,683.43 |
| Mar 20 | ABM Deposit, 985 DUNDAS ST. | | 12,255.00 | 23,938.43 |
| Mar 20 | ABM Deposit, 985 DUNDAS ST. | | 1,017.00 — | 24,955.43 |
| Mar 20 | US $ Wire Payment, USD PO  2987 | | 50,293.13 | 75,248.56 |
| Mar 26 | Deposit | | 1,143.67 | 76,392.23 |
| Mar 26 | US $ Cash Sale, AT1.541  HC  $0.00, 30.00 | | 46.23 | 76,438.46 |
| Mar 26 | US $ Cheque Sale, AT1.5447  HC  $2.75, 730.00 | | 1,124.88 | 77,563.34 |

$230 1st Deposit from Donations

My Bank®                                        continued

Page 1 of 2                    HRI000-01-5-DO



WAMY SA 001885

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **CAD FirstBank Business Investment Account® # 0430 8086-611** | | | **(continued)** |
| Mar 30 | Interest Earned | | 31.51 | 77,594.85 |
| Mar 30 | Service Charge, CHQ    43 @ $0.16 | 7.64 | | 77,587.21 |
| Mar 30 | Branch Transaction Fee, BRANCH   02 ITMS AT 0.80 | 1.60 | | 77,585.61 |
| Mar 30 | ABM Transaction Fee, ABM   04 ITMS AT 0.55 | 2.20 | | 77,583.41 |
| Mar 30 | Maintenance Fee | 2.00 | | 77,581.41 |
| Apr 2 | ABM Deposit, 985 DUNDAS ST. | | 1,265.00 | 78,846.41 |
| Apr 3 | Deposit | | 2,085.22 | 80,931.63 |
| Apr 3 | Cheque, NO.3 | 28,000.00 | | 52,931.63 |
| Apr 4 | ABM Deposit, 985 DUNDAS ST. | | 1,201.20 | 54,132.83 |
| Apr 4 | Credit, BR.0309, ABM DEPOSIT ADJUSTMENT, 9562562 | | 1,205.50 | 55,338.33 |
| Apr 4 | ABM Deposit Correction, BR.0309 | 1,265.00 | | 54,073.33 |
| Apr 5 | **Closing totals** | **34,888.36** | **80,860.98** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8 . . . . . . . . . . . . . . .15

Please check this statement and report any errors or omissions within 30 days of delivery.

### Trade-marks

®/™Trade-marks of AIR MILES International Trading B.V. Used under license by Loyalty Management Group Canada Inc. and Bank of Montreal.

™Trade-mark of Bank of Montreal.

®Registered trade-mark of Bank of Montreal.

®*Registered trade mark of Bank of Montreal. Investorline Discount Brokerage is offered by Bank of Montreal Investor Services Limited, a wholly owned subsidiary of Bank of Montreal. Member CIPF.

### Registration numbers

GST - R100390095
QST - 1000042494

WAMY SA 001886

BMO Bank of Montreal
Dundas & T[...]
985 Dundas S[...]
1-430ch Mississauga, Ont. [...]

Registration Numbers
GST - R100390095
QST - 1000042494

Receipt Form
Not Negotiable

Date: OCT 15/03

Received from: MOHAMAD KHATIB

the sum of: FIFTEEN — Dollars

Purpose / Details: COPIES OF STATEMEN APR 01 — JUN/01

$ 15.00

* GST $
* PST $
Total $ 15.00

Signing Officer: A. Campbell
Province:

Prod. 1072209 - Form 910 BL (12/02)

* if applicable    (Français au verso)

WAMY SA 001887

THIS DOCUMENT CONTAINS SECURITY FEATURES - SEE REVERSE

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**WAMY-CANADA**

085

DATE ____________

STYLE NUMBER 104

PAY TO THE ORDER OF ____________ $

____________ /100 DOLLARS

Security features included. Details on back.

**Bank of Montreal**
6677 MEADOWVALE TWN CNTR. CIRCLE
TEL: (905) 542-9533
MISSISSAUGA, ONT. L5N 2R5

MEMO ____________ ____________ MP

⑈085⑈ ⑆26702⑉001⑆ 8303⑉221⑈

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**WAMY-CANADA**

160

DATE ____________

PAY TO THE ORDER OF ____________ $

____________ /100 DOLLARS

Security features included. Details on back.

**BMO Bank of Montreal**
MEADOWVALE TOWN CENTRE
6780 MEADOWVALE TOWN CENTRE CIRCLE
MISSISSAUGA, ON L5N 4B7

MEMO ____________ ____________ MP

⑈160⑈ ⑆26702⑉001⑆ 8303⑉221⑈

**WORLD ASSEMBLY OF MUSLIM YOUTH**
P.O. BOX 58097
3089 DUFFERIN ST.
TORONTO, ONTARIO CANADA M6A 3C8

COMMUNITY ACCOUNT    003

DATE _____

PAY TO THE ORDER OF _____    $ _____

_____ /100 DOLLARS

**Bank of Montreal**
985 DUNDAS ST. E. TEL: (905) 279-6536
MISSISSAUGA, ONT. L4Y 2B9

MEMO _____

⑈003⑈ ⑆04302⑈001⑆ 8086⑈677⑈

CONFIDENTIAL    WAMY SA 4443