# EXHIBIT 15

**EXHIBIT 15**

| WAMY OVERSEAS BRANCH OFFICE ANNUAL REPORTS ||
|---|---|
| **WAMY OFFICE** | **ANNUAL REPORTS** |
| WAMY-Canada | 2001 and 2002 Annual Reports produced. All other reports remain outstanding. |
| WAMY-Chechnya | 1996 Annual Report produced. All other reports remain outstanding. |
| WAMY-Indonesia | 1995, 1996, 1999, 2000, 2001 and 2002 Annual Reports produced. All other reports remain outstanding. |
| WAMY-Kosovo | 1999 and 2000 Annual Reports produced. All other reports remain outstanding. |
| WAMY-South Africa | 2002 Annual Report produced. All other reports remain outstanding. |
| WAMY-Sudan | 1994 Annual Report produced. All other reports remain outstanding. |
| WAMY-Thailand | 2006, 2007 and 2009 Annual Reports produced. All other reports remain outstanding. |
| WAMY-United States | 1994 and 2001 Annual Reports produced. All other reports remain outstanding. |

LEGAL\34593394\1