# EXHIBIT 17

# EXHIBIT 17

| STATEMENTS BY WAMY SENIOR LEADERS URGING FINANCIAL AND MATERIAL SUPPORT FOR TERRORIST GROUPS ||
|---|---|
| **BATES NUMBER** | **DESCRIPTION** |
| PEC-WAMY000464-471 | In an article authored by WAMY Secretary-General Maneh al Johani and published in the January 15, 2000 edition of the Al Jazirah newspaper, Secretary General Johani praises the jihad of the Chechen mujahideen and describes the support given to the Muslim fighters, including food, clothing, blankets, and medical supplies. Johani further stresses that the mujahideen need money to buy weapons and ammunition. *See* attached. |
| PEC-WAMY000615 | In the June 3, 1991 edition of the Al Alam Al Islami publication, WAMY Secretary General Maneh al Johani urges Muslims to come forward to wage jihad to liberate Kashmir. *See* attached. |
| PEC-WAMY000065-66 | In the November 11, 1999 edition of the Al Yaum news publication, the WAMY Secretary General calls for assisting the Chechnya mujahideen. *See* attached. |
| PEC-WAMY000380-447 | In the January/February 1991 issue of the Muslim World League Journal, a WAMY spokesperson urges all government and Islamic organizations to support the mujahideen fighters in Kashmir. *See* attached. |

LEGAL\34646301\1

جريدة الجزيرة العدد 9970 السبت 9 شوال 1420 — Saturday 15th January, 2000 G No. 9970

## المأساة الشيشانية
## الواقع والدور المطلوب
### د. مانع بن حماد الجهني*

الحديث عن مأساة الشيشان، حديث مرير، ينكأ الجرح الدامي الذي أبى أعداء الاسلام إلا تتابع إنزافه، هذا الحديث المرير يجسد امام مخيلتنا الذلة المفروضة على المسلمين، وأي ذلة أهون من ان يمنع المسلمون من مد أيدي العون الحقيقي لاخوانهم مسلمي الشيشان، ضد الاعتداء السافر الواقع عليهم، على الرغم من ان المسلمين الذين تجاوز عددهم المليار والربع نسمة، يمتلكون مقدرات عظيمة، ويأمرهم دينهم الحنيف دين الوحدة والتكافل بواجب النصرة ويحضهم عليها.

ورغم ما في الحديث من مرارة تعتصرني كلما دعيت للحديث عن تلك القضية إلا ان الأمر فيه عزاء وفائدة تستحق التذكير واعادة الطرح، فهذه المأساة يجب ألا تنسى، ويجب على كل مسلم واع ألا تشغله شؤونه وهمومه مهما كانت عن متابعة تلك القضية وغيرها من قضايا المسلمين وتداعياتها الخطيرة، فذلك أدنى قدر من الوفاء بحقوق الأخوة, كما ان الحديث عن الشيشان الآن ضرورة تعدت التعرف على حجم المأساة والدور الواجب على كل منا تجاهها، الى معرفة حيثيات الاسباب التي اسفرت عن تلك المأساة وحلولها الصحيحة والعلاج الناجع الأمثل لها, فبهذا نكون قد وظفنا هذه الكربة والمحنة لتكون لنا ولأمتنا درسا على المدى القريب والبعيد نعتبر منه، فتتحول المحنة الى تجربة مفيدة ودرس عميم النفع, لقد بدأت قضية الشيشان واستمرت الى اليوم بسبب الإسلام، فلو لم يكن الشيشان مسلمين لما تعرضوا للاضطهاد الواقع عليهم ابتداءً، ولو لم يكونوا راغبين متمسكين بدينهم، متشوقين للعودة الى احكامه وتعاليمه لما حدث ما نراه من هجمة روسية شرسة، ومباركة دولية مؤيدة، بينما المسلمون ينتظرون التوجيه والاذن للتعبير عن مرئياتهم ومشاعرهم, أدلل على ذلك بإشارة بسيطة موجزة توضح المعنى، عندما جاء الكماليون فهدموا الخلافة العثمانية واستمر أحفادهم في افراغ الاسلام من مقاصده وتعاليمه وفكره كانت المكافأة لهم كما نعرف جميعا: عضوية حلف الناتو بالأمس، وعضوية السوق الاوروبية غدا.

### جغرافية الشيشان

تقع جمهورية الشيشان في الشمال الشرقي من القوقاز، وتبلغ مساحتها 300,13 كم مربع، وعدد سكانها حسب احصاء ديسمبر 1991م 000,450,1 نسمة، والبلاد المجاورة المحيطة بها هي : داغستان في الشمال وفي الشرق، وجمهورية الانقوش واوستينيا الشمالية في الغرب، وجورجيا في الجنوب.

كان الشيشان يعيشون في: جمهورية الشيشان الأنقوش ذات الاستقلال الذاتي, وهي جمهورية كانت تابعة لروسيا الاتحادية منذ عام 1957م، إلا ان الشيشان بعد انهيار الاتحاد السوفيتي أسسوا جمهورية الشيشان، وان لم تعترف أي دولة حتى الآن باستقلال هذه الجمهورية.

وأشهر مدن جمهورية الشيشان: جروزني العاصمة ، وجودرميس، ومالكوبيك، وأرقون.

واشهر انهار بلاد الشيشان: نهر تراك، وهو ينبع من بلاد القوقاز ويصب في بحر الخزر قزوين ويتفرع من تراك هذا فروع هامة: صونجا، واركون، وآصا.

### نوعية السكان:

هناك مليون شيشاني من مجموع عدد السكان الذي يقارب المليون ونصف مليون نسمة، كما ان في بلاد الشيشان 300 ألف روسي و100 ألف انقوشي، والانقوش أقارب الشيشان عرقيا، و 20 ألفا من الشعوب الداغستانية القاموق والنوكاي والأوار واللاق والداركون وغيرهم و14 ألف ارمني و12 ألف اوكراني و5000 تتاري و5000 يهودي و4000 تركي، ومعظم هؤلاء كان الروس قد هجروهم عنوة عام 1988م من آسيا الوسطى.

واللغة الروسية في الجمهورية الشيشانية هي اللغة الشيشانية.

ويعيش الشيشان في بلادهم، ولكن منهم مهاجرون موزعون على البلاد المجاورة لهم مثل: جمهورية الانقوش، وفي داغستان والبلاد المجاورة الأخرى مثل: تركيا وسوريا والأردن

وكازاخستان وبعض البلدان الاوروبية.
نفى ستالين شعب الشيشان في عام 1944م الى كازاخستان، لكن بعضهم اخذ في العودة الى بلاده اعتبارا من عام 1988م.
الإسلام والشيشان:
الشيشان سنيون يتبعون المذهب الشافعي، وقد انتشرت بينهم الصوفية بطريقتيها : النقشبندية والقادرية خاصة بعد الاحتلال الروسي لبلاد الشيشان.
قامت روسيا بعد قضائها على جمهورية شمال القوقاز عام 1924م فضمت الشيشان اداريا الى دولة روسيا الاتحادية، ونكاية بالشيشان، ولقطع روابطها بالعالم الاسلامي عامة والعالم التركي خاصة، قامت السلطات في موسكو بالغاء استخدام الحروف العربية في كتابة اللغة الشيشانية، ويفسر هذا الاجراء على انه كان يستهدف بالدرجة الاولى الحد من نفوذ الزعماء الدينيين الذين كانوا في حركة مقاومة قوية ومستمرة ضد الاستعمار الروسي.
والواقع ان الروس قد اتبعوا سياسة مضادة للاسلام خاصة في نهاية العقد الثاني من القرن العشرين، وجاءت اعوام 1937م 1939م لتشهد اجراءات قمعية روسية ضد الاسلام والمدافعين عن الاسلام، راح ضحيتها آلاف مؤلفة من الشيشان بعد عمليات واسعة من الاعدام الجماعي رميا بالرصاص.
وقد أرادت السلطات الروسية الحد من الصحوة الاسلامية الدائمة لدى الشيشان بنشر السياسة الالحادية بين هذا الشعب، استمرت هذه السياسية حتى اصلاحات جورباتشوف الاخيرة.
ويلاحظ انه كان في بلاد الشيشان في عام 1837م 310 جوامع مفتوحة للعبادة، وقد وصل هذا العدد عام 1978م في اثناء الحكم الشيوعي الى النصف يعني الى 155 جامعا، إلا أن هذا العدد الأخير أخذ في الصعود مرة اخرى في عهد جورباتشوف.
أعلن الشيشان استقلالهم عن دولة روسيا الاتحادية، وبالتالي اعلنوا دستور الجمهورية الشيشانية، ونصوا فيه على ان الأديان منفصلة عن اعمال الدولة، ومقابل ذلك تتمتع جميع الفاعليات وكل الأنشطة الدينية بدعم الدولة وتأييدها، وبالتالي أعلن تأسيس معهد الدولة للدراسات الإسلامية في العاصمة جروزني، ودعمت الحكومة المركز الثقافي الإسلامي في العاصمة.
واحتراما للأقليات الدينية الموجودة في جمهورية الشيشان اعلنت الدولة اعادة فتح كنيسة جروزني والمعبد اليهودي فيها، وذلك بعد ان فتحت الدولة كل الجوامع التي اغلقها الروس.
موجز تاريخ الشيشان:
بدأ الإسلام ينتشر في ربوع البلاد وفي داغستان المجاورة منذ أيام عمر بن الخطاب رضي الله عنه عام 13ه,وقد تمكن الإسلام بعد استقرار الحاكمية الإسلامية فيهما منذ الغزوات التي قام بها مروان بن محمد والي الأمويين في أرمينيا أثناء الغزوات العربية الخزرية بين عامي 736 738م، على بلاد الشيشان، ومروان بن محمد هذا هو الذي أصبح بعد ذلك الخليفة الأموي مروان الثاني.
وفي القرن الثالث عشر الميلادي تعرضت بلاد الشيشان لاعتداء المغول وانتصر الشيشان على المغول وان اضطروا للانسحاب الى الجبال بين عامي 1238 1240م، ولم يستطع تيمور اثناء حكمه لهذه البلاد ان يسيطر على المناطق الجبلية التي اتخذها الشيشان مناطق جديدة ووطنا جديدا، ونجح الشيشان في الحفاظ على استقلالهم في الفترة التي اخضع المغول فيها مناطق الاستبس في القوقاز الشمالي، والتي استمرت فيها سيطرتهم مدة قرنين كاملين.
بدأ الروس في اتباع سياسة منظمة في النصف الاول من القرن الخامس عشر الميلادي لاحتلال القوقاز الشمالي، واخذوا في توطين الكازاك الروسي على امتداد نهر تراك.
ولما تصور بطرس الأول قيصر روسيا المشهور انه أخضع بلاد الشيشان، ثار الشيشانيون ضد المحتلين الروس وكانت هذه الثورة في 7 يوليو 1732م، وهي أول الحروب الشيشانية الروسية، وألحق الشيشان بالقوات الروسية تحت قيادة الجنرال الروسي الشهير كوه هزيمة نكراء.
أخذ الشيشان يحاربون الروس معلنين الجهاد ضدهم وتمكنوا بالفعل من هزيمة القوات الروسية مرارا وتكرارا تحت قيادة شخصيات شيشانية اتسمت بالبطولة والفداء مثل: بيبولا طاي مييف والشيخ منصور.
عندما انسحب الشيشان الى المناطق الجبلية تاركين الارض الزراعية للتمكن من مقاومة القوات الروسية، وزع الروس اراضي الشيشان الخصبة على الكازاك الروس، ففوجئوا بمقاومة بارزة قام بها حمزة بك غزوات والشيخ شامل، وهما من خلفاء الامام الغازي محمد الذي توفى عام

1832م، وتوفي حمزة غزوات بك عام 1834م، وتوفى الشيخ شامل عام 1871م.
وجهاد الشيخ شامل ومعاركه ضد الروس طوال 35 عاما مشهورة في التاريخ الروسي، لأن الروس عانوا منه كثيرا عندما كانت لديهم احدث اجهزة العصر والقوة العددية الكثيفة، ولم تكن قوات الشيخ شامل تملك الا أسلحة تقليدية قديمة، وفي عدد قليل لا يمكن مقارنته بعدد القوات الروسية , والجدير بالذكر ان حركة الشيخ شامل الجهادية لم تلق دعما ولا تأييدا من العالم الاسلامي.
وبرغم إحكام السيطرة الروسية الاستعمارية على المنطقة في حوالي عام 1860م وانطلاق هجرات واسعة من الشيشان الى سوريا وفلسطين وتركيا، فإن حركات جهاد واسعة ومنظمة قامت ضد القوات الروسية في البلاد مثل: حركة الزعيم الشيشاني باي صونقور وحركة الزعيم الشيشاني أومادوييف ، ثم حركة آطاي أضاييف ، ثم حركة داده زا المايبف , أما أكبر حركات الجهاد الشيشانية ضد الروس في تلك الفترة فهي حركة الزعيم الشيشاني علي بك حاجي الذي قضى الروس على حركته وأعدموه في العاصمة جروزني عام 1878م.
لم يهدأ الشيشان وهم أمة لم تعرف الهدوء أمام أي خطر استعماري في أثناء الحكم الشيوعي, عادت حركات الجهاد ضد روسيا قوية، وأسست شعوب شمال القوقاز جمهورية ضمت الشيشان فيما ضمت، وكانوا برئاسة الشيخ أوزون حاجي عام 1917م، واعلنت الجمهورية استقلالها في 11 مايو 1918م باسم دولة القوقاز، وبعد عام واحد اجتاحها الجنرال دانيكين واحتل أراضيها وأسس هناك نظاما عسكريا صارما وبذلك أحيا هذا الجنرال، المؤسسات الديكتاتورية العسكرية التي سادت في العهد القيصري.
وردا على هذا قامت الشعوب المسلمة ومن بينها الشيشان في الاتحاد في حركة ضخمة، وقضوا على كل مراكز السلطة العسكرية التي أقامها الجنرال دانكين، وأسس المجاهدون مرات أخرى جمهورية داغستان المستقلة.
وفي هذه الأثناء كانت القوات البلشفية الشيوعية قد خانت المسلمين وتنصلت السلطة الشيوعية الجديدة من وعودها للمسلمين، فاجتاحت القوات الروسية الشيوعية أراضي داغستان الحرة واحتلوها عام 1920م، واتبعت روسيا سياسة جمهورية ذات استقلال ذاتي لكل مجموعة عرقية فقسم الروس داغستان الى جمهوريات قومية صغيرة مفككة ذات استقلال ذاتي، حتى تحول دون اتحاد مسلمي القوقاز، وهو الحلم المفزع الذي تخشاه روسيا الاتحادية حتى يومنا هذا.
اصبحت داغستان بالتالي جمهورية ذات استقلال ذاتي تابعة لروسيا الاتحادية الاشتراكية، واصبح الأنقوش كذلك، وكذلك صار الشيشان والأوستينون، ثم وحد الروس كلا من الشيشان والأنقوش في جمهورية ذات استقلال ذاتي باسم جمهورية الشيشان والأنقوش الاشتراكية السوفيتية ذات الاستقلال الذاتي وذلك عام 1939م.
وبموجب سياسة ستالين تجاه المسلمين أثناء الحرب العالمية الثانية قررت الحكومة الروسية عام 1943م إعدام 500,000 نسمة نصف مليون من المسلمين لكنها ولظروف سياسية خففت القرار وحولته الى تهجير إجباري، يعني النفي، فنفت السلطة السوفيتية شعب الشيشان والأنقوش وحلوا جمهورية الشيشان الأنقوش ذات الاستقلال الذاتي، وكان ذلك عام 1944م، وقسموا اراضيها بين اوستنيا الشمالية، وداغستان، ثم أعاد الروس وحدة هذه الجمهورية يعني الشيشان الأنقوش مرة اخرى في 9 يناير 1957م.
يلاحظ ان الشيشان المهجرين قد أخذوا بعد ذلك التاريخ في العودة الى أوطانهم, وفي 27 اكتوبر عام 1991م، ومع موجة تحرر الشعوب المسلمة من الاتحاد السوفيتي بعد انهيار الاتحاد السوفيتي اجرى الشيشان انتخابات برلمانية وانتخابات رئاسة الجمهورية وحصل جوهر دوداييف جوهر بن داود على نسبة 85% من الأصوات، وكان هذا الزعيم الوطني وقتها رئيسا لمجلس ادارة المؤتمر الوطني للشعب الشيشاني.
تم اعلان استقلال جمهورية الشيشان في أول نوفمبر عام 1991م، ولم تقبل موسكو هذا الاستقلال ولم تعترف به كما لم تعترف به أية دولة اسلامية ولا غير اسلامية.
ورجح الأنقوش في 30 نوفمبر عام 1991م البقاء تابعين لروسيا، إلا أنه بعد قرار الرئيس الروسي يلتسين استخدام كل الوسائل للقضاء على استقلال الشيشان في ديسمبر عام 1994م، أعلن الأنقوش وقوفهم مع أبناء عمومتهم الشيشان في حربهم ضد روسيا، وكذلك اعلنت داغستان.
* خلال الهجمة الروسية على الشيشان قبل خمسة اعوام عام 1994م حيث سيرت روسيا الى هناك أرتال الدبابات وآلاف المجنزرات وعشرات الألوف من الراجمات والمدافع الثقيلة

PEC-WAMY000466

وعشرات الطائرات القاذفة، ورغم المقاومة المشرفة التي واجهت الروس إلا ان تفوقهم العددي وتطور عتادهم وكثرتهم التي مكنهم من تدمير البنية الأساسية هناك حيث دمرت محطات الكهرباء والمياه والغاز ووسائل الاتصال وكذلك المزارع والبيوت، وأسفرت تلك الهجمة عن تشريد نصف مليون لاجىء، وقتل 22 25 ألفا من أصل مليون ومائتي ألف نسمة.

* الخسائر الناجمة عن الهجمة الحالية من المؤكد انها اكبر بكثير من سابقتها لسببين: الأول ان روسيا تخشى تكرار الهزيمة السابقة القريبة التي ذاقتها في افغانستان وفي الشيشان نفسها، الثاني ان بوتين نائب الرئيس الروسي ورئيس وزرائه يحاول الحصول على انتصار ساحق وشامل ليحرز النجاح الانتخابي الذي يتطلع اليه في قيادة روسيا بعد يلتسين, ان الوضع الراهن وفق ما بثته وكالات الأنباء هو أن قرابة خمسمائة ألف شخص يعيشون على الحدود مع انجوشيا وجورجيا واستونيا الشمالية في خيام في العواصف الثلجية, هذا بالاضافة الى 120 ألف نسمة مشردين داخل الشيشان نفسها وهم جميعا من الاطفال والنساء والشيوخ وانتشرت بينهم نزلات البرد والسل والتيفوتيد، وأمراض سوء التغذية، ومات المئات من الأطفال واجهضت النساء وامتلأت الشوارع والمستشفيات بالجثث وأكوام الأشلاء، ولا يزال التدمير والتهجير والتقتيل مستمرا.

أسباب العدوان الروسي على الشيشان:
هناك اسباب كثيرة وراء الاعتداء الروسي على الشيشان يمكن اجمالها فيما يلي:
1 رغبة الروس في تحقيق نصر عسكري يعوض عن هزيمتهم في افغانستان والشيشان نفسها قبل 3 سنوات.
2 عدم استقرار الحالة الصحية للرئيس الروسي.
3 الصراع حول خلافة الرئيس الروسي الحالي بين العناصر السياسية الروسية.
4 رغبة الرئيس يلتسين في الاستمرار في السلطة رغم سوء صحته وذلك من خلال تأخير الانتخابات بسبب الحرب القائمة في الشيشان.
5 أهمية الشيشان الاقتصادية حيث يتوفر البترول بكميات كبيرة وكذلك الغاز الطبيعي خاصة مع تزايد الاهتمام الامريكي في المنطقة من خلال اتفاقيات ومد الانابيب من جمهورية جورجيا وأذربيجان من بحر قزوين الى البحر الأسود.
وتقدر كمية البترول التي يمكن ان تنتج سنويا في المنطقة 5,4 مليارات برميل سنويا, واما الغاز فقد اكتشفت امريكا أكبر حقول الغاز في العالم في أراضي اذربيجان.
هذه هي أبعاد المأساة بايجاز: شعب مسلم مسالم قوامه مليون نسمة يتعرض للإبادة والتصفية ثلاث مرات خلال خمسين عاما، ولا ذنب له إلا أنه يطلب الحرية والإسلام.
أقول هذه فقط بعض جوانب وصور تلك المأساة، وما خفي اعظم ومن أراد الاستزادة فليطالع التقارير والبث التلفازي اليومي وشبكة الانترنت حول تلك التصفية المتفجرة، ويوجد للمجاهدين موقع على الانترنت يوفر معلومات قد لا تتوفر من مصادر اخرى.

الشيشان جزء من مشكلة العالم الإسلامي:
إن الذي يجري اليوم في الشيشان، وقبلها كوسوفا والبوسنة وكشمير وفلسطين، وما قد يجري بالغد لا قدر الله من مآس جديدة سببه الرئيسي هو ضعف مكانة ومهابة الأمة الاسلامية ككل. لقد ابتعد جل المسلمين في القرون الماضية عن الإسلام شيئا فشيئا، فضعف دينهم، وهانوا على الله فهانوا على خلقه، وضعفت هيبتهم لدى أعدائهم فكان ما نرى ونسمع واليكم شواهد قليلة لا تخفى على احد تظهر الظلم الذي يقع على المسلمين وتجاهل مطالبهم من قبل الدول صانعة القرار التي تكيل بمكيال بخس عندما يتعلق الامر بالمسلمين:
1 قبل سنوات عند بدء تفكك الاتحاد السوفيتي أعلنت جمهوريات بحر البلطيق استقلالها عن روسيا، ورفضت روسيا ذلك إلا أنها أجبرت على قبول الاستقلال لأن تلك الجمهوريات نصرانية أي تربطها بدول النصارى الأقوياء وشائج العقيدة، فهب المجتمع الدولي النصراني بتأييد الجمهوريات معنويا وسياسيا فآثرت روسيا التسليم وقبول الأمر الواقع.
2 عندما تفككت يوغسلافيا، واستقلت كرواتيا، ورغم همجية الصرب وشيوعيتهم فكرا ومعتقدا، الا ان الدخول في حرب لإرغام كرواتيا على البقاء في الاتحاد اليوغسلافي لم تلق رواجا لديهم بعد أن أظهر لهم الغرب عدم الرضا عن ذلك والمحوا لهم بالاكتفاء بالبوسنة والهرسك.
3 قبل شهرين قرر سكان اقليم تيمور النصارى الاستقلال عن إندونيسيا ولأن الاقليم جزء جغرافي من أندونيسيا فلقد حاولت فرض السيطرة عليه بالقوة، فماذا حدث : حشد أمريكي انجليزي فرنسي، مع تعاون روسي صيني، لإجبار أندونيسيا على الموافقة والخروج من الاقليم، لماذا؟ لأن سكانه نصارى أمثالهم.

http://www.suhuf.net.sa/2000jaz/jan/15/fe1.htm                                                     1/17/2011

PEC-WAMY000467

إن السبب الرئيسي لما يقع في العالم الإسلامي وجرأة غير المسلمين علينا يكمن في ضعف الأمة الإسلامية وتفكك دولها، أما السبب التابع فهو الصحوة الإسلامية التي تمثلت في الرغبة في العودة الى تعاليم الإسلام, فالغرب والشرق لا يريدون مسلمين يعتزون بعقيدتهم الناصعة وشريعتهم الطاهرة السمحة لأن ذلك يظهر تفاهة عقائدهم المشركة الملحدة وسفالة شرائعهم الإباحية المادية.

هذه الصحوة أغاظت اعداء الاسلام شديدا فباركوا كل اعتداء على المسلمين، وساهموا بقدر كبير في اذكاء نيران مآسي المسلمين إما بمنع المسلمين من الدفاع عن أنفسهم أو بدعم عدوهم سياسيا وعسكريا أو الأمرين معا, أقول هذا أيضا مشاهد ومتوقع ووارد فلا يحتاج منا للتعجب او لذكر شواهد.

لقد أسهم السببان السابقان في تشكيل الموقف الدولي والإسلامي من هذه المأساة:

1 المجتمع الدولي، في عصر العولمة التي تسيطر على العالم بفكر نصراني علماني إباحي ملحد، يساند ويبارك روسيا علانية في ممارستها، فلا رفض ولا استنكار، بل عتاب ظاهري رقيق، وموافقة سرية وتأييد كامل ما دامت روسيا تقتل مسلمين تحت شعار تصفية الإرهاب والأصولية.

2 المجتمع الإسلامي الذي لا تزال جل دوله ومجتمعاته تعاني من ضعف بصورة أو بأخرى، عجز حتى عن المواجهة الاعلامية وحتى عن المساعدة الاغاثية الفاعلة فضلا عن النصرة والتأييد، ولا حول ولا قوة إلا بالله.

3 نحن في مؤسسة ترعى الشباب وأرى من أوجب الواجب التوعية بأبعاد تلك المأساة وأسبابها التي ذكرت فالعلة كما ذكرها الله عز وجل في محكم التنزيل: ولا يزالون يقاتلونكم حتى يردوكم عن دينكم إن استطاعوا .

والعلاج كما جاء في الكتاب العزيز : وإن تصبروا وتتقوا لا يضركم كيدهم شيئا، والله بما يعملون محيط .

إذن فالعلاج ليس في أن نشجب مواقف غير المسلمين او تنتظر منهم العون والمساعدة، فهؤلاء طووا قلوبهم على بغض الإسلام ويتربصون بأهله الدوائر وليس من المقبول ان يطلب عاقل النجدة من عدوه الذي يسعى الى هلكته بكل الوسائل، ويدبر لذلك ليل نهار.

ان العلاج في العودة الى الله، لأن الله تعالى ربنا وهو قيوم السموات والأرض ومسير الكون، فمن وثق الصلة به ضمن النصر آجلا أو عاجلا وأيا كانت عدة عدو الله فهو تحت مشيئة الله وقدرته والدنيا لا تساوي عند الله جناح بعوضة فيكون الدرس الذي يجب ان نعيه هو عودتنا لديننا هي رفعة لنا عند الله وقوة لنا في الارض وتمكينا للإسلام وترسيخا لمهابته ولا علاج لنا في العاجل ولا الآجل إلا ذلك.

لقد شرفنا الله تعالى بان جعلنا خير أمة أخرجت للناس وشرفنا الله تعالى بأن عاصرنا الصحوة المباركة، وشرفنا الله تعالى بأن شهدنا رايات الجهاد ترفع في العديد من دور الإسلام وجميعها إرهاصات وبوادر تبشر بخير, فما هو الواجب علينا اليوم؟ العودة الى الإسلام هي أولى الخطوات والغايات وهذا يتم من خلال الأمور الآتية:

1 الإيمان بالله وحده وبالعلم والفهم الصحيح لتعاليم الإسلام ومقاصد شريعته السمحة الغراء، وبالدعوة الى الله تعالى ودينه الحنيف على علم وبصيرة.

2 المثابرة في طلب العلم بأنواعه والتسلح به بعد الايمان بالله عز وجل من خلال اعداد القوة المطلوبة.

3 الحرص على الجد والعمل المتقن المتميز والتفاعل مع القضايا الإسلامية بفاعلية.

4 الحرص على دعم الصحوة الإسلامية والمساهمة في تناميها، كل حسب طاقاته وقدراته وامكاناته وتفعيل دور التضامن الإسلامي وتحقيق الأخوة الإسلامية ومفهوم الجسد الواحد.

كيف نتعامل مع مأساة الشيشان:

أؤكد أولا على ان ما يحدث في الشيشان وان كان كارثة خطيرة ومأساة مفجعة إلا أن ذلك يجب الا يفت في عضدنا او يضعف همتنا او يداخلنا منه بأس وانهزام، فالشيشان يجاهدون استجابة لأمر الله تعالى بمحكم التنزيل : يا أيها النبي جاهد الكفار والمنافقين ,, وجاهدوا في الله حق جهاده واتباعا لهدي رسولنا صلى الله عليه وسلم القائل في الصحيح: (أفضل العمل: الإيمان بالله والجهاد في سبيله) وقوله: (إن في الجنة مائة درجة أعدها الله للمجاهدين في سبيل الله، ما بين الدرجتين كما بين السماء والأرض),.

وهم كما أخبرنا رب العزة ما بين شرفين: نصر في الدنيا أو شهادة عالية المكانة والرفعة قل هل تربصون بنا إلا إحدى الحسنيين ونحن نتربص بكم أن يصيبكم الله بعذاب من عنده أو

بأيدينا.
وأؤكد ثانيا على ان هؤلاء المسلمين الأبطال المجاهدين الصامدين يستحقون منا الدعم والدعاء وبذل كل طاقاتنا لنصرتهم ويذيقونهم طعم الهزيمة مجددا
لقد ضربوا أمثالا رائعة سوف يسجلها لهم التاريخ في أنصع صفحاته واجهوا عدو الله وعدوهم بكل شجاعة وقوة، ولم يرهبهم كثرة عددهم وعتادهم وضخامة آلة الحرب التي معهم، فحاربوا وقاتلوا وأوقعوا بصفوف الروس خسائر عظيمة واجبروا الروس في الاولى على الانسحاب، وسوف يجبرونهم في الثانية كذلك بإذن الله تعالى على الانسحاب ويذيقونهم طعم الهزيمة مجددا.
وأسوق هنا بعض الشهادات لقادة روس لأن الحق ما شهد به الأعداء يقول عنهم احد القادة الروس في مذكراته:
إن الشيشان يستحقون كخصوم كل تقدير واحترام، وفي وسط الغابات والجبال لا تستطيع أية قوة ان تغلبهم، فهم رماة مهرة شجعان أذكياء وينتهزون فرصة كل خطأ ارتكبناه لتدميرنا.
ويقول آخر: لقد رأيت بعضهم أثناء القتال ممزقين إربا وأجسادهم مثقوبة كالمنخل ومع ذلك كانوا يستمرون في القتال كأنهم لا يشتكون من شيء.
وثالث يقول: حاصرنا منزلا اختبأ فيه مجاهدون فأبوا تسليم أنفسهم فأشعلنا النار في المنزل فخرجوا بسلاحهم يمطروننا برصاصاتهم فلما فرغت ذخيرتهم تقدموا نحونا بالسيوف حتى قتلناهم جميعا.
ويقول روسي وقع في الأسر: إنهم لا يعاملوننا معاملة تختلف عن جرحاهم وأطباؤهم لا يسبونا كما يفعل الأطباء الروس: إذ ذهب إليهم الجريح الروسي يقولون له: فلتمت أيها الوغد.
كما أسوق هذه الكلمة لأم تودع ابنها الذي استشهد اخواه: اذهب يا ولدي، مت وأنت تحارب في سبيل دينك ووطنك ومن أجل حريتك ان هذا الموت أفضل من الحياة تحت نير الروس، تذكر والدك حين طلب مني أن أخرج بأسناني من كبده رصاصة روسية قبل أن يموت، لأنه لم يود أن تصعد روحه الى بارئها وفي جسده رصاصة كافرة.
أما العدو الذي يحاربونه فهو عدو غشوم حاقد، ورث آلة حرب هائلة مع حقد عارم دفين من عهد القياصرة الذين نصبوا أنفسهم سادة، والشيوعيين البلاشفة الذين أزعجهم عدم ذوبان المسلمين في فكرهم الالحادي الإباحي، والصليبيين الذين توارثوا كراهية الإسلام وأرضعوها وتصور النقول التالية صفات الروس وهذا بعض ما قالوه عن أنفسهم:
1 رئيسة لجنة أمهات الجنود الروس تقول: يريد الروس إبقاء حقيقة ما يجري طي الكتمان وهذه خطة إبادة مقصودة للشعب الشيشاني.
2 ويقول وكيل وزارة الخارجية الروسي: لقد أساءت الحكومة الروسية إدارة الأزمة الشيشانية إساءة مقصودة دون شك.
3 امرأة روسية الأصل في جروزني: إنني أشعر بالعار من كوني روسية وان جنود يلتسين يتصرفون كالحيوانات.
4 ويقول رابع: لقد كنت واحدا من المعارضين للأساليب التي نتبعها في القوقاز والتي تذكر بجميع الأعمال الوحشية التي قام بها الأسبان في بداية استعمارهم لأمريكا.
ماذا قدمت الهيئات الإسلامية؟:
أسهمت الهيئات الإسلامية ببعض الجهود المتواضعة لمساعدة مسلمي الشيشان, وسوف أذكر بعض ما قدمته الندوة كمثال على جهود الهيئات الإسلامية وأثني باختصار عن جهود المملكة من خلال اللجنة المشتركة لمسلمي كوسوفا والشيشان:
1 منذ عام خمسة عشر واربعمائة وألف للهجرة أسست الندوة العالمية للشباب الإسلامي : لجنة شباب الجمهوريات الإسلامية وروسيا الاتحادية، لرعاية المسلمين في تلك المناطق من خلال محوري الدعوة والإغاثة، وقد حققت اللجنة خلال مسيرتها الخماسية من عام 1415 حتى 1420هـ إنجازات متعددة في جوانب دعوية وعلمية وإغاثية للمسلمين في تلك الجمهوريات، قد لا يتسع المقام لذكرها في هذه العجالة.
2 ولكن لا بأس ان نقف على بعض ما قدمته الندوة لمسلمي الشيشان في أزمتهم الاولى، حيث سيرت الندوة قافلتين مباركتين لإغاثة الشعب الشيشاني تحت مسمى قافلة مكة المكرمة قافلة المملكة العربية السعودية كانتا محملتين بما يربو على 100 طن من المواد الغذائية المتنوعة وبعض الأجهزة والمواد الطبية، التي وزعت على الفقراء والمتضررين الشيشان.
3 وعلى الصعيد الدعوي كفلت اللجنة 50 قاضيا في جمهورية الشيشان، وقدمت مساعدات مالية لمعهد القضاة الشرعي تزيد على نصف مليون ريال.

اما بعد العدوان الغاشم الأخير فقد قدمت الندوة المساعدات الآتية لمسلمي الشيشان:
1 إرسال حاويتين سعة 20 طنا للحاوية الواحدة محملة بالمواد الغذائية والملابس والبطانيات والمواد الطبية الى اللاجئين الشيشان.
2 شراء سيارتي اسعاف لنقل المصابين والمتضررين الى المستشفيات.
3 توزيع مواد مواد غذائية وملابس وبطانيات على اللاجئين الشيشان.
4 تنفيذ مشروع تفطير الصائمين للمهجرين الشيشان.
5 تحديد أماكن تواجد اللاجئين ووضع خطة اغاثية لهم ومعرفة احتياجاتهم.
6 القيام بنشاطات دعائية وإعلامية للتعريف بالقضية الشيشانية.
7 المشاركة في برنامج حول المساعدات الشيشانية في محطة اقرأ الفضائية.
8 تنفيذ حملة بريدية على مستوى منطقة الرياض لبيان مأساة الشيشان.
9 إرسال ما يربو على 20 طنا من التمور الى اللاجئين الشيشان.
10 عقد مؤتمر صحفي حول أوضاع المهاجرين الشيشان.
11 المشاركة في عدد من البرامج الإذاعية والتليفزيونية واللقاءات الصحفية والمحاضرات العامة للتعريف بهذه القضية المهمة.
الى غير ذلك من المشاريع المختلفة التي قدمتها الندوة بعون الله وتوفيقه لمسلمي الشيشان.
وتشرفت الندوة العالمية للشباب الإسلامي بعضوية اللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان، ولن تألو جهدا في تقديم وسعها لتحقيق الأهداف والخطة المرسومة من قبل اللجنة السعودية المشتركة، والتي تتمثل بإيجاز فيما يلي:
1 بيان مأساة المسلمين الشيشان وأوضاع اللاجئين والنازحين والحث على دعمهم وإغاثتهم من خلال وسائل الإعلام المختلفة المرئية المسموعة المقروءة.
2 المشاركة في فريق العمل المنتدب للسفر الى أماكن تواجد اللاجئين، والترتيب لإعداد الخطط المناسبة لتوزيع المساعدات عليهم.
3 إعداد حملة إعلامية مناسبة خلال شهر رمضان وغيره.
4 التنسيق لتنظيم مخيمات طبية في أوساط اللاجئين.
5 إقامة المعارض والأسواق الخيرية التي يكون ريعها للمتضررين الشيشان.
6 عقد الندوات لبحث الوسائل المناسبة لسد حاجة الشيشانيين وتخفيف مأساتهم.
ختاما: لا نريد الإطالة عليكم، فمجمل خطتنا لإغاثة الشعب الشيشاني التي هي خطة اللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان تتمثل في أربع عبارات خطط إدارية مباركة تغطية إعلامية زيارات ميدانية تنفيذية تقديم برامج إغاثية متنوعة.
وجدير بالذكر ان الندوة العالمية للشباب الإسلامي ضاعفت جهودها واستنفرت كافة فروعها داخل المملكة وخارجها لخدمة القضية الشيشانية وتنفيذ الخطة الإغاثية المرسومة للمهجرين الشيشان.
والسؤال الذي يفرض نفسه هو: ماذا يحتاج مسلمو الشيشان منا اليوم؟
1 إنهم يحتاجون المال لشراء السلاح والعتاد.
2 ويحتاجون الطعام والكساء والدواء والخيام.
3 ويحتاجون الدعاة ومواد الدعوة لتوعيتهم، فهم سنيون، غيبوا عن الإسلام قرابة سبعين عاما وتمسكوا به في ظروف صعبة تكاد تشابه ظروف محاكم التفتيش, وهاهم اليوم يظهرون كل الحب والشوق للرجوع الى تعاليمه.
4 وهم يحتاجون منا الدعاء لهم في الصلوات والأسحار.
5 ويحتاجون الإشادة بجهادهم وصمودهم وان نكف عنهم الألسن التي تحاول ان تصور جهادهم على أنه قومي أو أنهم لم يعدوا العدة ولم يحسنوا الترتيب.
6 يحتاجون لموقف إسلامي موحد، يبدأ من الفرد وعلى صعيد الأسرة والوطن والأمة ككل، يجب ان يعرف الأطفال الصغار بقضيتهم وان نحفزهم للتبرع لهم وان نواسيهم بما نستطيع من مواساة، لنقلل من أوقات الترفيه ووسائله ولنقل لأبنائنا ان ذلك هو أدنى مشاركة وجدانية لهذه الامة التي تباد لأنهم مسلمون، لنقاطع أي منتج روسي، وليرتب كل منا لاقتطاع جزء من دخله لدعمهم.
7 لابد من رفع الصوت الإسلامي ضد العدوان الروسي على كافة المستويات الرسمية والشعبية من خلال حث الدول الإسلامية وكذلك الأفراد للاحتجاج على العدوان الروسي لدى الحكومة الروسية وشعاراتها في كل مكان ولدى المنظمات الدولية في العالم.
وأبشركم بالنصر القريب بإذن الله.

1 فالصحوة الإسلامية في تنام ولله تعالى الحمد، ولعل هذا هو الذي يقلق الشرق الشيوعي والغرب المشرك، فهم يخشون أن يستيقظوا يوما فإذا المسلمون يامرونهم بدفع الجزية.

2 والصراع حول خلافة يلتسين الذي يرفض الكثيرون سياسته، والفساد الذي استشرى داخل الإدارة الروسية ووصل حد سرقة الأموال المخصصة لروسيا من صندوق النقد الدولي وتحويلها الى حسابات قيادات روسية في البنوك الأوروبية، جميع هذه الارهاصات تبشر بسقوط روسيا وحكومتها الطاغية.

3 والله تعالى وعدنا بان يظهر هذا الدين على الدين كله، ورسولنا صلى الله عليه وسلم بشرنا بأن هذا الدين سيبلغ في انتشاره ما بلغ الليل والنهار وإنه لن يوجد بيت إلا دخله الإسلام، بعز عزيز أو بذل ذليل، عز يعز الله به الإسلام وأهله وذل يذل به الكفر وأهله.

فالنصر قادم والإسلام باق والله تعالى غالب على امره، اسأل الله تعالى لإخواننا المجاهدين في الشيشان وداغستان الثبات والمدد والنصر المبين.

واسأله جل وعلا لأبنائهم وذرياتهم وضعفائهم ان ينزل عليهم الرحمات والسكينة، وأن يكسوهم ويطعمهم ويؤويهم ويشافيهم,وأسأله جل وعلا لكل من دعمهم ودعا لهم ونافح عن قضيتهم جزيل الأجر والمثوبة.

وآخر دعوانا أن الحمد لله رب العالمين.

\* الأمين العام للندوة العالمية للشباب الإسلامي
وعضو مجلس الشورى

أعلى الصفحة                                                                      رجوع

[تعريف بنا] [للاتصال بنا] [الإعلانات] [الاشتراكات] [الأرشيف] [البحث] [خدمة الإنترنت] [المسائية] [الجزيرة] [موقعنا]
Contact MIS@al-jazirah.com with questions or comments to c/o Abdullatif Saad Al-Ateeq.
Copyright, 1997-1999 Al-Jazirah Corporation. All rights reserved.

Al Alam Al Islami -- June 3, 1991

## Wamy calls for Jihad to free Kashmir

Muslims should come forward to wage Jihad to liberate Kashmir, said the Secretary-General of the World Assembly of Muslim Youth, Dr. Maneh al-Johani

The Wamy chief was addressing the Kashmiri expatriates, in Riyadh, on 16 May, at the auditorium of the Muslim World League. The meeting was sponsored by the Riyadh section of the World Kashmir Freedom Movement. A large number of Kashmiri expatriates working in the central province, were present at the gathering.

Speaking further, Dr. Johani said that according to the Islamic faith, Jihad could be performed in many forms. Muslims can go to the battlefield to wage a war against the enemies of Islam or they can give their moral, physical and financial support the cause of Jihad. The Muslims in the Kingdom, particularly the Kashmiris, should have a sense of responsibility to help their brethren to secure their freedom through Jihad, he said. They can extend financial support, create an awakening among Muslims on the problems of Kashmiris and prepare literature to project the cause of the Kashmiris.

Dr. Johani pointed out that there is an organised effort to crush the Muslims in many parts of the world. Some of these destructive



Dr. Maneh al-Johani

elements could be seen while others cannot be seen, he said. "Jihad is the only way out for us to get emancipated from these cruel hands," he added.

The Wamy chief said it was unfortunate that India is insensitive to any of the demands of the world's Muslims regarding the Kashmir issue, whereas the Pakistani government has been more sympathetic towards the demand for peaceful solution of the problem.

"Whatever the case may be, the Muslims in all parts of the world should be united to fight against the atrocities committed against the Muslim minorities," he said.

## Burmese Muslims forced to convert to Buddhism

Burmese soldiers tortured Muslims in western Burma to force them to convert to Buddhism, causing more than 1,000 others to flee to the Thai-Burmese border, Thai officials said recently.

A Muslim eyewitness said Lt. Aung Naing Swe, chief of Burmese military soldiers in Nabu town, 65 miles (104 km) southwest of the groups to fight against the Burmese government," he said. About 100 others managed to cross into Mae Sot, he said.

Abdul Razzak, chairman of the All Burma Muslim Union, confirmed the accusation. Razzak said he would consult with ethnic insurgent groups in the democratic alliance of Burma for possible retaliation.

تفاقم المأساة الإنسانية بسبب حرب الإبادة الروسية

# د. الجهني يناشد المسلمين مساعدة الشيشانيين.. والمجلس الإسلامي يندد باعتداء الروس على هيئات الإغاثة الإسلامية

■■ الرياض/ محمد اليحيى
■■ القاهرة/ سيد عرفات
■■ نيويورك/ جروزني ـ وكالات الأنباء

تواصل روسيا حربها العدوانية على شعب الشيشان المسلم وتطوق بدباباتها عاصمتها الصامدة جروزني وتصل سلاحها بنيران الصواريخ أرض - أرض والقوات الروسية وتستمر عدم اكتراث المجتمع الدولي بحرب إبادة حقيقية تمارس ضد شعب أعزل لمجرد أنه شعب مسلم ينشأ بحقه كافرون من شعوب العالم - بتقرير مصيره بنفسه وبالاستقلال عن الحكم الروسي الفدرالي.

وفي مواجهة هذه الهجمة الروسية الدامية تصاعدت نداءات عديدة من أنحاء متفرقة من العالم الإسلامي مطالبة الدول الإسلامية بالتحرك الفعال لوقف هذه المجازر بحق إخوانهم في الشيشان.

ففي مؤتمر صحفي بالرياض طالب الأمين العام للندوة العالمية للشباب الإسلامي الدكتور مانع الجهني المسلمين بنصرة ودعم إخوانهم في الشيشان الذين يعانون حرب الدمار الروسية وأكد الجهني. وقال أن نكون لكم بحاجة ماسة إلى الدعم من إخوانهم في هذا الوطن للجهاد وأشار الدكتور الجهني إلى أن ٢٠٠ ألف مواطن شيشاني فروا للدول المجاورة من وجه حرب الإبادة ويعيشون ظروفا مأساوية.

ونوه بموقف الحكومة السعودية الداعم للشعب الشيشاني. وطالب جميع الدول الإسلامية أن تحذو وحذو المملكة لمساندة الشعب المسلم.

وفي القاهرة أعرب المجلس الإسلامي العالمي للدعوة والإغاثة عن أسفه من الغارة الروسية كاتفاقها على مسابقة خطيرة تعد الأسوأ من نوعها وسط إجراءات بطش مذهلة لعمليات روسيا بها المجتمع الدولي بسلسلة من الإجراءات القمعية التي شملت منظمات الإغاثة الإسلامية والقانون بسبب مسارعتها لتقديم العون وصول الإغاثة الإسلامية والقانون بسبب مسارعتها لتقديم العون والحرب وصول الإغاثة لمسلمي الشيشان في الوقت الذي تكون فيه هذه المنظمات بمؤامرتها أدرى بحجم وتكلفته مهام في القانون الدولي والأعراف الثقافية يوحي أن المسألة في روسيا الآن في مواجهة شاملة مع الإسلام والمسلمين فيما يمثل اعتداء غربي الإبادة الدائرة حاليا ضد المسلمين في الشيشان.

جاء ذلك في بيان أصدره المجلس العالمي للدعوة والإغاثة وقام بتعميمه على ما يقرب من ٧٠ هيئة إسلامية عاملة في مختلف دول العالم.

وأشار البيان إلى أنه من دواعي الأسف أن تلبس الأوضاع على السلطة الروسية فتبحث عن كبش فداء تنسب إليه مسؤولية الوضع الحالي في منطقة القوقاز فلم تجد أمامها سوى مؤسسة «زمزم الخرية» بموسكو فتعصف بها وبمواردها في لحظة غضب، وما تقوم ماليا إلا تكوينها مؤسسة دعوية خيرية نشطة مظاهرها شامل ومسالكها متعددة وجهودها في تصاعد مستمر تحظى بسايدترم الإدارات المدنية والمسلمين بشكل روسيا. وبتقدير المنظمات الإسلامية الإنسانية في العالم.

العربي والإسلامي مما يستدعي وقفة حازمة من قبل المنظمات الإنسانية على المستوى المحلي والعالمي لنصرة مؤسسة زمزم الخيرية في موسكو.

وفي نيويورك أعربت الموضوعة السامية للاجئين التابعة للأمم المتحدة مجددا عن قلقها العميق إزاء الأزمة الإنسانية الناجمة عن الأعمال العسكرية الروسية ضد السكان المدنيين في الشيشان وإزاء الخسائر البشرية بينهم. وقال متحدث باسم المفوضية أن حوالي ٢٠٠٠٠ شخص فروا من الشيشان إلى أنغوشيا منذ يوم الأربعاء الماضي وسط تقارير عن قصف كثيف ووقوع خسائر بشرية مدنية في الشيشان. وأضاف المتحدث أن عدة آلاف من الأشخاص عبروا أيضا الحدود من أنغوشيا إلى الشيشان من أجل جلب عائلاتهم - ويقدر عدد اللاجئين فروا من الشيشان إلى أنغوشيا منذ بدء الحملة العسكرية الروسية بحوالي ١٩٠٠٠٠ شخص حتى يوم الجمعة الماضي.

من جهة أخرى قتلى الآلاف من اللاجئين الشيشان ليلة باردة أخرى في خيام أنصبت في جمهورية انغوش المجاورة لجمهورية الشيشان في الوقت الذي استعد فيه مراقبون أوروبيون لتفقد منطقة اللاجئين على الطبيعة أمس الأربعاء، ويزور وفد من منظمة الأمن والتعاون في أوروبا المخيمات القائمة في جمهورية انغوش القطيعة التي استقبلت نحو ٢٠٠ ألف لاجئ شيشاني فروا من الحملة العسكرية التي تشنها روسيا على الجمهورية منذ أكثر من ستة أسابيع. وتجري زيارة بعثة منظمة الأمن والتعاون في أوروبا بعد أن دافعت روسيا أمس الأول بشدة عن معلتها في الشيشان في مواجهة انتقادات غربية متصاعدة، وتعهد فلاديمير بوتين رئيس وزراء روسيا باستمرار تقدم القوات الروسية الاتحادية داخل الراضي

## نداء لمن كان له قلب

تشعر الأحرق في وسلمك وتسوى العبرات في مهجة ويلف اللسان معنا استسلامه أمام مأساة المسلمين في الشيشان، ليست الأحداث فمما قدروا، في أي الماضي سلمات تخترن إلى كون ترى ماسا للاجئين الشيشان على قاعدي فلا تخطر لها قلب ولا ينعف لها شعور.

لقد شاءت إراداتنا قدس إسلامي لدى كل من في فيه مطلق ذرة من إيمان، كل مسلم برى ويسمع بمعاناة الشعب الشيشاني نلك فاه إسلامه، ولم تهز إنسان إنسانه عن الوبشاء فقلحدها فينا مين هينا على الله تعالى تخطت وناهن غلبه بلائه.

أن الأطفال من الشيشان قد أفرحوا أرض، والخلطوا السلم، الذين لاجم بزيتالات الأطفال ناتمهم الجوع والعسلمة يتعايلوا ولكن من يحمنى الجنوم في الصحراء برخس سلمتهم ليسكب بهم رجلهم العدو عضو بعيدا، ورفضتهم اعمرت الأبائين الأرياب لأو داخل وينعمهم المسكن. وجسمعت العيسا اللمدبة مان آمن أن تجنبهم بتلكم، وشمت منهما علوا قبل، نثر ينجبه كنت له عن طائر وشبكي بقعته، وتلقى لم في ١٠ علا شاعتمها وتقاعدها ولقد سمعت بلا تلكا لإسلام عليها حجر في إداني فوائل حسين يدير من تكلموا. ماذا اختر قوم طلعهم بفتها هذا الملل اسلامي في قبلسا متلقى تلفت سفك ومستلك بسوا نلاكنا من زيم الخلوط لأف الله لو غدا وقتا مرأن.

أخرى العاقلة للشباب الإسلامي



الجنود الروس الفدرالي يحفرون حفرة بالميد من جروزني كشف الضغط على القيادتين (أ ف ب)

الشيشان رغم الجليد الذي غطى أجزاء شاسعة من المنطقة والذي يعمر العمليات العسكرية على معقل باسموت الجبيل للثوار الشيشان في غرب البلاد. وسيقوم جوترييس قاضي لاجئ الأمن الشيشاناتيه. وقال كيم رافلد السفير النرويجي الذي يقود بعثة مثلنه الأمن والتعاون في أوروبا المؤلفة من عشرة أعضاء أرويتز في العاصمة النرويجية أوسلو «المنظمة تشعر بقلق إزاء الموقف في شمال القوقاز، سنحاول أن نفهم موقف اللاجئين وأيضا موقف النازحين الشيشان في الداخل ». وتتولى النرويج حاليا رئاسة الدورية للمنظمة.

ويواجه الألف النازحين الشيشانيين أوضاعا مأساوية في مخيماتهم المؤقتة وتفتقد أي شيء يحميهم الجليد المتراكم مع تصاعد التلوح وانخفاض درجات الحرارة إلى ما دون الصفر. غير أن وزير الطوارئ الروسي سيرجي شويجو نفى بشدة وجود كارثة إنسانية في شمال القوقاز. - وتمهيد سوء الأحوال الجوية في عرقلة تقدم القوات الروسية في الشيشان في حين رفض فلاديمير بوتين رئيس الوزراء الروسي موجة انتقادات غربية جديدة للحملة العسكرية التي بدأت قبل ستة أسابيع .

وقال مراسل أرويتز إن القوات الروسية قصفت أمس الأول غربا وجنوبي شرق بحوة 10 كيلومترا جلوبي العاصمة الشيشانية جروزني، وأضاف أن ستة انفجارات وقعت ولكن لم ترد أنباء عن القرى عن سقوط ضحايا . وفي النرويج تشبث لاجئة تردي حذاء خليلها بلعبوب القشعري لخيمتها في محاولة يائسة لإبعاد قدميها عن الميأة المتجمدة الذي تغطي الأرض وصرخت عجز من اللاجئ فرضوي معتقا واقيا من جلد الماعز « لا يوجد خشب ولا أسنان، لا يوجد شيء، لا عسلي لأنانيا بشمعة يسحب عنه الشمارش ولم تحصل على أي شيء.

ويضم الخيم القريب من غازيوت والأقسام في مخساتان تعدد 10 كيلومترا يعيش النزوحي حوالي 10 ألف لاجئ شيشاني من بين 400 ألف تقريبا نزحوا من الشيشان هربا من العمليات العسكرية الروسية. وتحاوي على خيمة كبيرة نحو عشرة أشخاص في صفوف من أسرة معدنية فوق بعضها البعض. وبلعكس الصرير العادي تقريبا سلف الخيمة حيث شباب مياه التلوج على من ينام عليه، وتجمهر الشيشانيون حول موقد خشبي

صغير. وقالت امرأة ضحية تحمل رضيعاً بفرحه في بعض الألياف «للإيفاع مروفا». فهم يفهمون خياباً ويحاولون موافق ولكن لا يوجد خشب. كإشعال مرضي، وقال منصور اروبريا طفل اليمل في جنوب الشيشان أنه رأى أثار دمار جديدة بسبب ضربات جوية على قرية إنهوم على المنتاحية الواقعة على طول طريق يستخدمها اللاجئون الهاربون إلى جورجينا. وكان سنان أن فتاة في الثامنة عشرة من العمر الألنى وأصيب ثمانية اشناس تعرون في الضربات التي وقعت يوم الاثنين. وقال الصور أنه كانت هناك أيضا ضربات قوية حول جروزني في ديباي القليلة الماضية وكلاهما لم يقدم معلومات عن الخسائر. وأشارت إلى أن اللاجئين وتزايد خسائر المدنيين موجه ضرب غربي ضد الحملة العسكرية الروسية. وكررت الولايات المتحدة مطالبتها بالتوصل إلى حل لأزمة عن المفاوضات . وقال الرئيس الأمريكي بيل كلينتون في وقت سابق «لنسفين» مستواضل الضغط من أجل تقليل خسائر المدنيين إلى اقصى حد . ومن أجيل نيل ربادة استخدام خيارات المفاوضات إلى اقصى حد بهدف تسوية هذه الأزمة». لما صعد وزير الخارجية الفرنسي لويج فرين من انتقاداته كتحدثك ثالث كان باريس تتهد أن روسيا شلت طريقها في هذه المفاوضات. ولكن بوتين دافع عن العملية قائلا أن محاولة موسكو القصاء على الثوار الإسلاميين الذين تتهمهم روسيا بتنظيم سلسلة انفجارات دمرت مدنا روسية «ندى تتعامل مع جماعات مستلحة تحكيماً جيدا بجربي تعربيهم وتمويلهم من الخارج . أبراماتنا تتناسب تماماً مع القطر الذي يحمله بروسيا ». واوضحت موسكو فيها على الانتقادات بين شمال التوتان والقطالم الغارابي أمس الأول وعكست حركة الخلامة الجوية بين جنوب روسيا وأنت دول الشرق الأوسط.