# EXHIBIT 20




World Assembly of Muslim Youth

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No: **1/12010**   الرقم

Date: **27/09/1426H**
**30/10/2005G**   التاريخ

مكتب الأمين العام
The Secretary General Office

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001       03 MDL 1570 (RCC)

ECF Case

---

### DECLARATION OF SALEH AL-WOHAIBI

1. In the Name of God, the Merciful, the Compassionate, I, Saleh Al-Wohaibi, being duly sworn, declare and state the following:

2. I am the Secretary General of the World Assembly of Muslim Youth ("WAMY") located in Riyadh, Saudi Arabia.

3. I am submitting this declaration in support of WAMY's motions to dismiss for failure to state a claim upon which relief can be granted.

4. I am over 18 years of age and competent to testify to the matters set forth below from my personal knowledge.

5. WAMY is one of the world's largest Muslim youth organizations. WAMY believes in and strives for world peace and the betterment of humankind.

6. I have been informed by my attorney that WAMY is being sued in the above captioned action.

7. WAMY has never supported the loss of innocent lives; it believes that there is no justification for the tragic attacks of September 11, 2001. WAMY has never supported any person or organization known to participate in terrorist activities. At no time did WAMY knowingly participate in, or support in any way, terrorist

P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000 Fax:(+9661) 2050011
www.wamy.org    e-mail: info@wamy.org

ص.ب - ١٠٨٤٥ - الرياض - ١١٤٤٣ - المملكة العربية السعودية
مبنى رقم ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف: ٢٠٥٠٠٠٠ (٩٦٦١+) فاكس: ٢٠٥٠٠١١ (٩٦٦١+)




**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : 1/12010    الرقم :

Date : 27/09/1426H    التاريخ :
       30/10/2005G

مكتب الأمين العام

The Secretary General Office

activities, financially or otherwise, nor was anyone ever authorized by WAMY, explicitly or implicitly, to engage in such activities.

8. WAMY has never had any connection with Benevolence International Foundation ("BIF").

9 Benevolence Foundation and BIF are two completely separate organizations, the former of which operated under the umbrella of WAMY on a few humanitarian projects.

12. In 1996 WAMY ended its relationship with the Benevolence Foundation.

13. In 1996 the Benevolence Foundation ceased to exist.

14. Dr. Adel Batterjee's relations with WAMY were limited, and ended in 1993.

15. Dr. Batterjee was never a Secretary General of WAMY, nor did he hold any other official position within the organization. Dr. Batterjee never acted on behalf of or represented WAMY.

16. The following is a list of all the Secretary Generals of WAMY since its inception:

1. Dr. Abdul Hameed Abu Soliman (1973 to 1978)
2. Dr. Ahmad Abdull Qadir bahifdalllah (1978 to 1981)
3. Dr. Tawfeeq ibn Ahmed Al Qusayyer (1981 to 1986)
4. Dr. Manih ibn Hammad al Juhani (1986 to 2002)
5. Dr. Saleh S. Al-Wohaibi (2002 to present).

17. WAMY is a well respected charitable and humanitarian organization.

18. WAMY has a good working relationship with various countries from around the world. WAMY's humanitarian projects are usually coordinated and approved by the hosting countries.

19. WAMY is a peaceful organization that believes in helping the needy, the orphans and the poor as well as the victims of wars and natural disasters. WAMY believes in saving lives and not destroying them. Its humanitarian projects have



P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+966) 2050000 Fax:(+966) 2950011

www.wamy.org   e-mail: info...

ص.ب. ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية
مبنى رقم ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف ٢٠٥٠٠٠٠ (٩٦٦١+) فاكس ٢٩٥٠٠١١ (٩٦٦١+)



World Assembly of Muslim Youth

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No: 1/12010
27/09/1426H
Date: 30/10/2005G

مكتب الأمين العام
The Secretary General Office

saved many lives and offered education to those youths who may otherwise have not received one.

20. Since its existence, WAMY has never intentionally or knowingly carried out or assisted in any way illegal activities that would cause harm to any person, nation or property.

21. WAMY is a separate and distinct organization from the International Islamic Relief Organization ("IRO").

22. I speak both English and Arabic languages.

I declare under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 30th day of October, 2005.

Dr. Saleh Al-Wohaibi



P.O. Box: 10845 Riyadh 11443 - Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000 Fax: (+9661) 2050011
www.wamy.org  e-mail: info@wamy.org