# EXHIBIT 22



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

# *Brief Information about LBI*

## *Introduction:*

Lajnat Al-Birr Al-Islamiah "LBI" was founded in the year 1987 at Jeddah, Kingdom of Saudi Arabia by a group of intellectuals. LBI became a subsidiary organization of World Assembly of Muslim Youth (WAMY) in Saudi Arabia. The establishment of this NGO is based upon a philanthropic feeling, to provide a charitable assistance to the disturbed and needy Muslims around the globe. The genuine motive behind the establishment of LBI is to promote Kindness, Benevolance, righteousness and volunteerism by breading the principles of the Islamic teachings.

The Headquarters of LBI office is Based at the city of Jeddah. It has several regional offices including Pakistan office serving for the Afghan Refugees.

## *LBI's Vision:*

LBI's Board of Directors has the vision to work for the attainment of a Muslim world free of Poverty, Distresses and Illiteracy with the guidance of the Islamic teachings.

## *LBI's Mission:*

To contribute to the pool of humanitarianism, mobilizing all the available sources/ resources to serve for the needy Muslims, to encourage their positive initiatives and contribute to the development oriented projects.

## *LBI's Strategies:*

LBI undertakes the activities (projects) which have positive and developmental effects. Sound legally, socially, ethically and have the tendency to reduce any negative consequences in every aspect. LBI encourages the potential initiatives of the local beneficiaries aiming at the achievement of self reliance. The organization collaborates with all the coordinating bodies and the other agencies working for the same purpose.

## *Objectives:*

LBI's Objectives are in consistence with its mission. They are classified into short and long term objectives. Emergency Reliefs are regarded as short term, while the other projects serve developmental or as a long term objectives.

## **Communal Role:**

Thus LBI has a vital role to extend its helpful hand to both the Donors and the beneficiaries. To let the former always remember the needy, distressed people and to support the latter morally and materially by undertaking quick reliefs and developmental projects.

JEDDAH: P.O Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

**P.1**

CONFIDENTIAL                                         WAMYSA029462





**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

TO      : DIRECTOR GENERAL (A)

FROM    : INCHARGE, EXTERNAL RELATIONS

DATE    : FEBRUARY 24, 1993

SUBJECT : **REGISTRATION OF LBI**

I have submitted the revised and temporary copy of the Constitution which has been amended by me according to the present objectives of the Lajna. It is requested that you should kindly send a copy of this amended copy of the Constitution as well as the following documents to Dr. Bahafzallah for necessary signatures.

1. **Resolution:** Names of 7 gentlemen should be filled in as the governing body, and should be signed by the General Secretary.

2. **List of Office Bearers/Members:** Names of 15 gentlemen (7 Governing Body and 8 members) should be filled in, and signed by the Chairman, President and the General Secretary.

It was advised by the Registration Office that our list must have some Pakistani's as Members and Office Bearers. I was informed that most of the societies that are registered with the registration office are of Pakistan origin. There is no law which suggests that foreigners cannot register themselves in a Pakistani Society. But due to the prevailing situation pertaining to some foreigners with incomplete immigration documents, some restrictions can be imposed in near future.

Presently, you have two Pakistanis from your senior staff at your Peshawar office who can be included in the list. Dr. Muhammed Sharif of the Chamkani Hospital and myself.

All the three documents (RESOLUTION & LIST OF OFFICE BEARERS) should be faxed to Dr. Bahafzallah. After selecting the office bearers/members, Dr Bahafzallah should fax the same documents to us for onward transmission to the registration office. There is no need for the original documents at this stage. The Peshawar office can certify these documents.

AFTAB HUSSAIN

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL                                                        WAMYSA057745

The General body meeting of Madrasa Lajnat Al-Birr Al Islamiah Park Road, University Town, Peshawar took place under the Chairman. All the members attended the meeting and the following persons were elected unanimously as office bearers.

1. Adel Battarji..............Chairman.
2. Ayman Khayat..............President.
3. Adel Sadiq................V/President.
4. Ahmad Noimi...............General Secretary.
5. Zahida Khudira............Joint Secretary.
6. Sidiq Mohmmad Ali.........Press Secretary.
7. Majid Asil................Treasurer.

General Secretary,
Lajnat Al-Birr Al-Islamiah
Park Road, University Town, Peshawar.

CONFIDENTIAL                                      WAMYSA057746

GS&PD. NWFP.—186 Dir. of Ind.—3,000 F.—4-8-88- (2)

## FORM OF THE MEMORANDUM OF ASSOCIATION

Fee Rs. 50.00

(Name of Society)

(*Registered under Act XXI of 1860*)

MEMORANDUM OF ASSOCIATION.

1. The name of Society is :— LAJNAT AL-BIRR AL-ISLAMIAH

2. The Registered Office of the Society is situated at 77-D/B PARK ROAD, UNIVERSITY TOWN, PESHAWAR. In the Province of N.-W.F.

3. The objects (must be Literary, Scientific, Charitable, etc.) of which the Society is established are :

TO READING ISLAMIC EDUCATION.

TO PUBLISH ISLAMIC LITERATURE.

TO HELP FORWARD THE UNITY OF THE MUSLIM UMMAH.

TO ESTABLISH CHARITABLE MEDICAL TREATMENT CENTRE.

4. The names, addresses and descriptions of the present Members of the Executive Committee (or Governing body) are

| Name | Addresses | Description |
|---|---|---|
| ADEL BATTARJI. | 77-D/B PARK ROAD, UNIVERSITY TOWN, Pesh: | Chairman. |
| AYMAN KHAYAT. | " " " " " " " " " | President. |
| ADEL SADIQ. | " " " " " " " " " | V/President. |
| AHMAD NOIMI. | " " " " " " " " " | General Secretary. |
| ZAKRIA KHUDIRA. | " " " " " " " " " | Joint Secretary. |
| SIDIQ MOHMMAD ALI. | " " " " " " " " " | Press Secretary. |
| MAJID ASIL. | " " " " " " " " " | Treasurer. |

We, the undersigned, are desirous of forming a Society in pursuance of this memorandum of Association.

| Signature | Address and Description of Signatory | Name, address and description of Witnesses. |
|---|---|---|
| [signatures] | 77-D/B Park Road, University Town, Peshawar. | |

ted this day of ........ 19

CONFIDENTIAL                                                                    WAMYSA057747

## LIST OF OFFICE BEARERS/MEMBERS.

1. Adel Battarji................Chairman.
2. Ayman Khayat................President.
3. Adel Sadiq..................V/President.
4. Ahmad Noimi................General Secretary.
5. Zakria Khudira.............Joint Secretary.
6. Sidiq Mohammad Ali.........Press Secretary.
7. Majid Asil.................Treasurer.
8. Mazin Bahamith.............Member.
9. Shahir Battarji............    "
10. Ahmad Bahifzullah.........    "
11. Hasan Bahifzullah.........    "
12. Abdulwahab Nourwali.......    "
13. Mohammad Gawgom...........    "
14. Yosef Al-Akhdar...........    "
15. Mian Zamarud Shah.........    "

Chairman.                President.                General Secretary.

CONFIDENTIAL                                                     WAMYSA057748

10. Un-Shedule Meeting and Ordinary Meeting.

The General Secretary can call un-shedule meeting any time. There will be twice a year meeting of Majlis-e-Muntazima.

11). Member Ship.

The Majlis-e-Muntazima can make any person member of the Madrasa Lajnat Al-Birr Al-Islamiah.

12). Amendments and Memorandum /Constitution.

The Majlis-e-Muntazima can make any ammendment in Memorandum of Associaton/Constitution.

13. Approval of Memorandum/Constitution.

The Memorandum of Association/Constitution will be approved by Majlis Muntazima/Shora.

14. Meeting Schedule.

There will be twice meeting of Majlis-e-Muntazima on every year and the List of Office Bearers will sent to the Registrar of Societies for information, and issue the year wise list of Office Bearers Certificate to Madrasa Lajnat Al-Birr Al-Islamiah.

15. Approval of Constitution.

This Constitution/Memorandum of Association is approved by Majlis-e-Muntazima/Shora.

## CONSTITUTION OF ~~MADRASA~~ LAJNAT AL-BIRR-AL-ISLAMIAH

1. **Name:-** Madrasa Lajnat Al-Birr Al-Islamiah

2. **Office:-** 77-D/B Park Road, University Town, Peshawar.

3. **Aims and Objects:**

   To reading Islamic Education to the People.

   To publish Islamic Literature to the People.

   To help forward the Unity of the Muslim Ummah.

   To Establish Charitable Medical Treatment Centre.

4. **Annual Election Procedures.**

   There will be Seven Members in Majlis Muntazima which will be appointed by the Majlis Shora.

5. **Expulsion of Members.**

   The Majlis Shora have the authority to expel any member by the consultation of Majlis Muntazima.

6. **Powers of Majlis Muntazima/Amila.**

   There will be Majlis Muntazima consisting of Seven members, which will carry out the decisions done by Majlis Muntazima/Majlis Shora.

7. **CORUM of the Majlis Muntazima:**

   The corum for the meeting will be 2/3 rd members of total members Majlis-e-Muntazima.

8. **Funds.**

   Funds will be taken on a receipt and accounts will be look after by treasurer who will make audit every year and present accounts to the Majlis-e-Muntaz

9. **Termination of Office Bearers.**

   Any Office bearers can be terminated by the Majority decision of Majlis-e-Muntazima.

CONFIDENTIAL                                                                 WAMYSA057750

IN THE MATTER OF ...LAJNAT AL-BIRR AL-ISLAMIYA,
...... 77-D/B PARK ROAD, UNIVERSITY TOWN, PESHAWAR.

I hereby that certify that the undermentioned documents have this day been duly filed and registered pursuant to the provisions of Act XXI of 1860.

1. List of Office Bearers for the years 1990-91.
2.
3.
4.
5.

Give under my hand and Seal, this...12th...day of..March, 91..198

No. 2478 /5/1527.
Date. 12/03/198 9.1.

Registrar, Joint Stock Companies,
North-West Frontier Province,
Peshawar.

[Seal: Registrar of Firms & Societies N.W.F.P. Peshawar]

الشيخ عبد الحي .. حفظه الله

السلام عليكم ورحمة الله وبركاته

مرفقه لكم صورة من شهادة تسجيل لجنة البر الإسلامية في الباكستان
لا رغبة فيها مع معاملة اللاسلكي لأننا ما أرفقناها مع الحاملة عندما
اعطيناك الملف

وجزاكم الله خيراً

أبو خالد المدني
19-3-91

CONFIDENTIAL                                                                 WAMYSA057751

WORLD ASSEMBLY OF MUSLIM YOUTH - PAKISTAN OFFICE
NOTES TO THE ACCOUNTS FOR THE YEAR ENDED 30 ZULHAJ 1417 HIJRAH

1. **LEGAL STATUS AND NATURE OF OPERATIONS**

   1.1 WORLD ASSEMBLY OF MUSLIM YOUTH - PAKISTAN OFFICE (the Society) is a component of World Assembly of Muslim Youth (WAMY) which is an international relief organisation headquartered in Jeddah, Saudi Arabia. The Society was registered in Pakistan in the name of LAJNAT AL-BIRR AL-ASLAMIAH under the Societies Registration Act, 1860 on 22 October 1989 with Kashmir Affairs and Northern Areas and States and Frontier Regions Division (SAFRON) in Peshawar, North West Frontier Province. The Society has changed its name to WORLD ASSEMBLY OF MUSLIM YOUTH in Shaban 1417 Hijrah (December 1996) and permission to for the change was given on Rabiul Awal 1418 Hijrah (July 1997).

   1.2 The main activities of the Society are to provide:

   - health services to deserving muslims
   - urgent relief and assistance to the affectees after a major flood, earthquake or disaster
   - financial assistance to the widows and orphans
   - technical education to the unemployed muslims
   - Islamic education, specially in arabic language
   - assistance and expertise in the field of agriculture and rural development

   1.3 The main source of receipts is orphanage sponsorship which is collected from philanthropists, mainly from Saudi Arabia through WAMY. The orphans section disburses monthly allowance to orphans. At present the Society is providing assistance to approximately 3,700 Afghan orphans in different provinces of Afghanistan.

   1.4 The Society has implemented various projects for the benefit of deserving muslims in the following areas:

   - Social welfare
   - Medical assistance
   - Education
   - Agricultural and rural development projects in Afghanistan