# EXHIBIT 25



# OFFICE OF FOREIGN ASSETS CONTROL
## Specially Designated Nationals and Blocked Persons List

February 14, 2018

ALPHABETICAL LISTING OF SPECIALLY DESIGNATED NATIONALS AND BLOCKED PERSONS ("SDN List"):

This publication of Treasury's Office of Foreign Assets Control ("OFAC") is designed as a reference tool providing actual notice of actions by OFAC with respect to Specially Designated Nationals and other persons (which term includes both individuals and entities) whose property is blocked, to assist the public in complying with the various sanctions programs administered by OFAC. The latest changes to the SDN List may appear here prior to their publication in the Federal Register, and it is intended that users rely on changes indicated in this document. Such changes reflect official actions of OFAC, and will be reflected as soon as practicable in the Federal Register under the index heading "Foreign Assets Control." New Federal Register notices with regard to Specially Designated Nationals or blocked persons may be published at any time. Users are advised to check the Federal Register and this electronic publication routinely for additional names or other changes to the SDN List.

2ND ACADEMY OF NATURAL SCIENCES (a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North [NPWMD].

7 KARNES, Avenida Ciudad de Cali No. 15A-91, Local A06-07, Bogota, Colombia; Matricula Mercantil No 1978075 (Colombia) [SDNTK].

7TH OF TIR (a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH OF TIR COMPLEX (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH OF TIR INDUSTRIAL COMPLEX (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH OF TIR INDUSTRIES (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

8TH IMAM INDUSTRIES GROUP (a.k.a. CRUISE MISSILE INDUSTRY GROUP; a.k.a. CRUISE SYSTEMS INDUSTRY GROUP; a.k.a. NAVAL DEFENCE MISSILE INDUSTRY GROUP; a.k.a. SAMEN AL-A'EMMEH INDUSTRIES GROUP), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

32 COUNTY SOVEREIGNTY COMMITTEE (a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRA; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] [SDGT].

32 COUNTY SOVEREIGNTY MOVEMENT (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRA; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] [SDGT].

101 DAYS CAMPAIGN (a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia [SDGT].

200G PSA HOLDINGS LLC, 80 SW 8th Street Suite 2000, Miami, FL 33130, United States; Tax ID No. 80-0890696 (United States) [SDNTK].

1425 BRICKELL AVE 63-F LLC, 1425 Brickell Ave 63-F, Miami, FL 33131, United States; Tax ID No. 71-1053365 (United States) [SDNTK].

1425 BRICKELL AVENUE 64E LLC, 1425 Brickell Avenue 64E, Miami, FL 33131, United States; Tax ID No. 90-1019707 (United States) [SDNTK].

1425 BRICKELL AVENUE UNIT 46B, LLC, 1425 Brickell Avenue Unit 46B, Miami, FL 33131, United States; Tax ID No. 90-0865341 (United States) [SDNTK].

2904977 CANADA, INC. (a.k.a. CARIBE SOL; a.k.a. HAVANTUR CANADA INC.), 818 rue Sherbrooke East, Montreal, Quebec H2L 1K3, Canada [CUBA].

A & S CARRIER INTERNACIONAL, S.A. DE C.V. (a.k.a. A Y S CARRIER INTERNACIONAL, S.A. DE C.V.), Zapopan, Jalisco, Mexico; Folio Mercantil No. 22839 (Jalisco) (Mexico) [SDNTK].

A A TRADING FZCO, P.O. Box 37089, Dubai, United Arab Emirates [SDNTK].

A K DIFUSION S.A. PUBLICIDAD Y MERCADEO, Calle 28N No. 6BN-54, Cali,

COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France [SDGT].

BENEVOLENCE EDUCATIONAL CENTER (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSANSKA IDEALNA FUTURA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, Sarajevo 71000, Bosnia and Herzegovina; Hadzije, Mazica Put 16F, Zenica 72000, Bosnia and Herzegovina; Sehidska, Street, Breza, Bosnia and Herzegovina; Kanal, 1, Zenica 72000, Bosnia and Herzegovina; Hamze, Celenke 35, Ilidza, Sarajevo, Bosnia and Herzegovina [SDGT].

BENEVOLENCE INTERNATIONAL FOUNDATION (a.k.a. AL BIR AL DAWALIA; a.k.a. BIF; a.k.a. BIF-USA; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND), 8820 Mobile Avenue, 1A, Oak Lawn, IL 60453, United States; (Formerly located at) 20-24 Branford Place, Suite 705, Newark, NJ 07102, United States; (Formerly located at) 9838 S. Roberts Road, Suite 1-W, Palos Hills, IL 60465, United States; P.O. Box 548, Worth, IL 60482, United States; Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia and Herzegovina; Zenica, Bosnia and Herzegovina; 3 King Street, South Waterloo, Ontario N2J 3Z6, Canada; P.O. Box 1508 Station B, Mississauga, Ontario L4Y 4G2, Canada; 2465 Cawthra Rd., #203, Mississauga, Ontario L5A 3P2, Canada; Ottawa, Canada; Grozny, Chechnya, Russia; 91 Paihonggou, Lanzhou, Gansu, China; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan, Russia; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia, Russia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia; P.O. Box 1055, Peshawar, Pakistan; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia and Herzegovina; Gaza Strip, undetermined; Yemen; US FEIN 36-3823186 [SDGT].

BENEVOLENCE INTERNATIONAL FUND (a.k.a. BENEVOLENT INTERNATIONAL FUND; a.k.a. BIF-CANADA), 2465 Cawthra Rd., Unit 203, Mississauga, Ontario L5A 3P2, Canada; P.O. Box 1508, Station B, Mississauga, Ontario L4Y 4G2, Canada; P.O. Box 40015, 75 King Street South, Waterloo, Ontario N2J 4V1, Canada; 92 King Street, 201, Waterloo, Ontario N2J 1P5, Canada [SDGT].

BENEVOLENCE INTERNATIONAL NEDERLAND (a.k.a. STG.BENEVOLENCE INTERNATIONAL NEDERLAND; a.k.a. STICHTING BENEVOLENCE INTERNATIONAL NEDERLAND), Radeborg 14 B, Maastricht 6228CV, Netherlands; Postbus 1149, Maastricht 6201BC, Netherlands; Registration ID 14063277 [SDGT].

BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France [SDGT].

BENEVOLENT INTERNATIONAL FUND (a.k.a. BENEVOLENCE INTERNATIONAL FUND; a.k.a. BIF-CANADA), 2465 Cawthra Rd., Unit 203, Mississauga, Ontario L5A 3P2, Canada; P.O. Box 1508, Station B, Mississauga, Ontario L4Y 4G2, Canada; P.O. Box 40015, 75 King Street South, Waterloo, Ontario N2J 4V1, Canada; 92 King Street, 201, Waterloo, Ontario N2J 1P5, Canada [SDGT].

BENGHALEM, Salim, Syria; DOB 06 Jul 1980; POB Bourg la Reine, France; nationality France (individual) [SDGT].

BENGOECHEA, Jose Antonio Urruticoechea (a.k.a. BENGOETXEA, Jose Antonio Urrutikoetxea; a.k.a. TERNERA, Josu); DOB 24 Dec 1950; POB Miravalles, Vizcaya, Spain; nationality Spain; Identification Number 14 884 849 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is Fugitive, Wanted for Terrorism (individual) [SDGT].

BENGOETXEA, Jose Antonio Urrutikoetxea (a.k.a. BENGOECHEA, Jose Antonio Urruticoechea; a.k.a. TERNERA, Josu); DOB 24 Dec 1950; POB Miravalles, Vizcaya, Spain; nationality Spain; Identification Number 14 884 849 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is Fugitive, Wanted for Terrorism (individual) [SDGT].

BENHAMMEDI, Mohammed (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya (individual) [SDGT].

BEQIRI, Hidajet (a.k.a. BEQIRI, Idajet); DOB 20 Feb 1951; POB Mallakaster Fier, Albania (individual) [BALKANS].

BEQIRI, Idajet (a.k.a. BEQIRI, Hidajet); DOB 20 Feb 1951; POB Mallakaster Fier, Albania (individual) [BALKANS].

BERASATEGUI ESCUDERO, Ismael; DOB 15 Mar 1963; POB Eibar Guipuzcoa Province, Spain; D.N.I. 15.379.555; Member ETA (individual) [SDGT].

BERCIAN MANCHON, Moris Alexander (a.k.a. "EL BARNEY"); DOB 30 Oct 1984; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

BEREZIN, Fedor (a.k.a. BEREZIN, Fyodor; a.k.a. BEREZIN, Fyodor Dmitrievich); DOB 07 Feb 1960; POB Donetsk, Ukraine (individual) [UKRAINE-EO13660].

BEREZIN, Fyodor (a.k.a. BEREZIN, Fedor; a.k.a. BEREZIN, Fyodor Dmitrievich); DOB 07 Feb 1960; POB Donetsk, Ukraine (individual) [UKRAINE-EO13660].

In the Name of Allah, the Beneficent, the Merciful

[logo]
**Benevolence Islamic Committee**
(World Assembly of Muslim Youth)

Date: 10/15/1412 A.H.
Corresponding to: 04/18/1992 A.D.
Ref. No.: 465/Bir [Benevolence]/10/12

To the Muwafaq Al-Maydani Foundation
    To the attention of the esteemed Mr. Yassine Qadi      May Allah protect him

Peace be upon you and Allah's mercy and blessings

    The Benevolence Islamic Committee is pleased to express its sincere thanks and gratitude for your ongoing and productive support, which consists of your sponsorship of the orphanage project that the Committee is implementing in Afghanistan for the orphans of the Afghan mujahedeen.

    In reference to the agreement contract signed with you in that regard, kindly provide the instructions necessary so we can receive the second installment of the support in the amount of SAR 476,941.75 (four hundred seventy six thousand nine hundred forty one riyals and seventy five halalahs), which <u>constitutes 25%</u> of the total budget for the Nangarhar and Panjshir orphanages.

    Attached, please find photocopies of the implementation reports on the progress of the work on the project. We ask Allah to accept your good works and reward you generously.

Peace be upon you and Allah's mercy and blessings…

                                 The Chief Executive Officer
                                 of the Benevolence Islamic Committee

                                          [signature]

                                     Adel Abdul Jalil Baterji

                     [stamp:] Benevolence Islamic Committee
                          [logo]
                     World Assembly of Muslim Youth

*Paid*

Jeddah – P.O. Box: 7600 – Jeddah 21472 – Kingdom of Saudi Arabia – Tel: 6832836 – Fax: 6833094
Riyadh – P.O. Box: 10845 – Riyadh 11443 – Kingdom of Saudi Arabia – Tel: 4641663/4641669 – Fax: 4641710
Peshawar – P.O. Box: 1055 – Republic of Pakistan – Tel: 42249-41485 – Fax: 42385
P.O. Box: 1937, Khartoum – Tel: 225989 - Sudan

KADI0222029



بسم الله الرحمن الرحيم

لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

التاريخ: ١٥/١٠/١٤١٢هـ
الموافق: ١٨/٠٤/١٩٩٢م..
صادر رقم: ٤٦٥/بر/١٠/١٢

السادة مؤسسة موفق الميداني
عناية الأخ الكريم/ ياسين قاضي                    حفظه الله

السلام عليكم ورحمة الله وبركاته،،،

يسر لجنة البر الإسلامية أن تتقدم لكم بخالص الشكر والتقدير لدعمكم المستمر والبناء والذي يتمثل في كفالتكم لمشروع دور الأيتام الذي تنفذه اللجنة في أفغانستان لصالح أيتام المجاهدين الأفغان.

وبالإشارة لعقد الإتفاق الموقع معكم بهذا الشأن ، نأمل منكم التكرم بتعميد من يلزم لموافاتنا بالدفعة الثانية من الدعم ومقدارها ٤٧٦,٩٤١/٧٥ ريال (فقط أربعمائة وستة وسبعون ألف وتسعمائة وواحد وأربعون ريال وخمسة وسبعون هللة) وهو عبارة عن ٢٥٪ من إجمالي ميزانية داري ننجرهار وبنجشير.

ونرفق لكم تقارير التنفيذ المصورة الخاصة بسير العمل في المشروع ، سائلين الله أن يتقبل منكم صالح الأعمال وأن يثيبكم عنها خير الثواب.

السلام عليكم ورحمة الله وبركاته،،،

المدير التنفيذي
للجنة البر الإسلامية

عادل عبدالجليل بترجي



جدة - ص.ب : ٧٦٠٠ - جدة ٢١٤٧٢ - المملكة العربية السعودية - هاتف: ٦٨٣٢٨٣٦ فاكس:٦٨٣٣٠٩٤
الرياض - ص.ب : ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية - ت.٤٦٤١٦٦٣/٤٦٤١٦٦٩ فاكس ٤٦٤١٧١٠
بيشاور - ص.ب : ١٠٥٥ - جمهورية باكستان - هاتف : ٤٢٢٤٩ - ٤١٤٨٥ - فاكس : ٤٢٣٨٥
ص.ب : ١٩٣٧ الخرطوم - هاتف : ٢٢٥٩٨٩ - السودان

KADI0222029

[Home] [Go Back] [Feedback] [Contents] [Search]

# Contact Info

*you're welcome*

## Contact Information

### Main Office:

P.O. Box 10845, Riyadh 11443 Saudi Arabia

Telephone: (01)464-1663 / 464-1669    Fax: (01) 464-1710

### U.S.A. Office (host office):

**Telephone**
    703-916-0924
**FAX**
    703-916-0925
**Postal address**
    P.O. Box 8096 Falls Church, Virginia 22041 USA
**Electronic mail**
    General Information: wamy@wamy.org
    Sales: 703-916-0924

Webmaster: wamy@wamy.org

Counter:

Send mail to **wamy@wamy.org** with questions or comments about this web site.



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

5

## Total number of expatriates and local employees

Here is the total number of LBI employees:

| S.No | Type of Employees | No of Employees |
|---|---|---|
| 1 | Expatriates | 22 Persons |
| 2 | Pakistanis | 12 // |
| 3 | Afghans | 189 // |

## List of the office bearers

| No. | Name | Designation |
|---|---|---|
| 1. | Muhammad Mustafa | Director General- Pakistan Office |
| 2. | A/Qadir Adam | Finance Sec. Mgr |
| 3. | Khalifa Fawzi | Social Welfare Sect. Mgr |
| 4. | Muhammad Assaf | Education Section Mgr. |
| 5. | Wali Khan Mohmand | Public Relations Mgr |
| 6. | Dr. M. Rasheed | Health Section Mgr. |
| 7. | Muhammad Gul | Vocational Training Institute Mgr |
| 8 | Eng. Naqiibudiin | Rural Development Section Mgr |

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL                                                                                                    WAMYSA057760



**World Assembly of Muslim Youth**  الندوة العالمية للشباب الإسلامي

No: 2572
الرقم ‎<٥٧٢<
التاريخ ١٤/٥/١٤١٦هـ
Date: 08-10-1995

مكتب الأمين العام
Office of the Secretary General

To: The Manager of

**EMIRATES BANK LIMITED**
**PESHAWER -PAKISTAN**

<u>Sub: Appointment of Dr. Isam Yahya Al Filali executive director of Lajnat Al-Bir Al -Islamiah</u>

Dear Manager,

This is to certify that Dr. Isam Yahia Al-Filali has been appointed executive director of Lajnat Al-Birr Al-Islamiah - WAMY.

He is now authorised to sign all papers and financial matters of the society. Also, please be informed that Dr. Hasan Bahafzallah is no more authorised to sign on behalf of L.B.I. since August 1995.

Please guided accordingly,

Best regards,

Dr. Maneh al-Johani
Secretary General of WAMY
and The Chairman of the Supervising
Committee of the L.B.I



N.B.  This nullifies our previous letter No. 2555 dated 13/5/1416.

P.O Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx. 400416 / 405263 ISLAMI SJ, Fax: (01) 4641710

CONFIDENTIAL                                                             WAMYSA061323



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)



TO      : DIRECTOR GENERAL (A)

FROM    : INCHARGE, EXTERNAL RELATIONS

DATE    : FEBRUARY 24, 1993

SUBJECT : <u>REGISTRATION OF LBI</u>

I have submitted the revised and temporary copy of the Constitution which has been amended by me according to the present objectives of the Lajna. It is requested that you should kindly send a copy of this amended copy of the Constitution as well as the following documents to Dr. Bahafzallah for necessary signatures.

1. <u>Resolution:</u> Names of 7 gentlemen should be filled in as the governing body, and should be signed by the General Secretary.

2. <u>List of Office Bearers/Members:</u> Names of 15 gentlemen (7 Governing Body and 8 members) should be filled in, and signed by the Chairman, President and the General Secretary.

It was advised by the Registration Office that our list must have some Pakistani's as Members and Office Bearers. I was informed that most of the societies that are registered with the registration office are of Pakistan origin. There is no law which suggests that foreigners cannot register themselves in a Pakistani Society. But due to the prevailing situation pertaining to some foreigners with incomplete immigration documents, some restrictions can be imposed in near future.

Presently, you have two Pakistanis from your senior staff at your Peshawar office who can be included in the list. Dr. Muhammed Sharif of the Chamkani Hospital and myself.

All the three documents (RESOLUTION & LIST OF OFFICE BEARERS) should be faxed to Dr. Bahafzallah. After selecting the office bearers/members, Dr Bahafzallah should fax the same documents to us for onward transmission to the registration office. There is no need for the original documents at this stage. The Peshawar office can certify these documents.

*Aftab Hussain*
AFTAB HUSSAIN
JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL                                                                WAMYSA057745