# EXHIBIT 27



**LAW FIRM OF**
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 801
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x102
EMAIL: OMOHAMMEDI@OTMLAW.COM

NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL
TRADE

February 13, 2018

**VIA ELECTRONIC AND REGULAR MAIL**
Sean Carter, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
E-mail: SCarter1@cozen.com

RE: **In re Terrorist Attacks of September 11, 2001, 03 MDL 1570**

Dear Sean:

We are in receipt of Plaintiffs' Executive Committees ("PEC") February 6, 2018 initial list of deponents notice. PEC has identified Abdullah Bin Laden as a deponent from the World Assembly of Muslim Youth ("WAMY").

We write to notify PEC that Abdullah Bin Laden was never a WAMY employee. Abdullah Bin Laden was only a volunteer with WAMY. WAMY has no connection with Adullah Bin Laden and cannot produce him for deposition. We urge Plaintiffs to contact him directly through subpoena.

Sincerely,

Omar T. Mohammedi, Esq.

/s/ Fredrick Goetz

Frederick J. Goetz, Esq.

Cc:   Plaintiffs Executive Committee (via e-mail)
      Alan Kabat, Esq. (via e-mail)