# EXHIBIT 28

Confidential: Attorney-Client Communications

**World Assembly of Muslim Youth**

---

| | |
|---|---|
| Office of the Secretary General | No. <u>4970</u> |
| HE Prof. Abdullah Abdul Mohsen Al Turki | Date: <u>04/09/1416 AH</u> |
| Minister of Islamic Affairs, Endowments and Guidance | |
| Head of World Assembly of Muslim Youth | May Allah Bless Him |

Peace, mercy and blessings of Allah be upon you.

Supervision tasks of the Assembly's office in Washington have been assigned to Abdullah bin Laden, according to the nomination and election of the general assembly of the Assembly in the previous year. Abdullah is a teacher at the Institute of Islamic and Arabic Studies in Imam Mohammed bin Saud Islamic University in Washington.

Due to the increasing activities of the office in both Canada and USA, and due to the office's dire need for a full time supervisor who dedicates his time and effort to work and follow-up, I communicated with head of Imam Mohammed bin Saud Islamic University in Washington to approve assigning Abdullah and give him the full time in the Assembly's office with No. 2614 on 15/05/1416 AH, but the head of the University apologized for not approving the assignment (attached copy of the request and apology).

Due to the continuing dire need to give Abdullah the full time, I hope for your Excellency to personally interfere with the University to approve the assignment, or transfer him to the Ministry of Islamic Affairs then assign him and give him the full time so as the office shall continue the course of the work it started in this important area of the world.

I'm grateful and appreciative for your Excellency's continuous efforts to support the assembly. May Allah reward you well.

س/م

Peace, mercy and blessings of Allah be upon you.

Secretary General, World Assembly of Muslim Youth

Confidential: Attorney-Client Communications

Prof. Mana bin Hammad al-Juhani

P.O. Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel. (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ, - Fax: (01)4641710
Cable: ISLAMIYAH RIYADH

# CONFIDENTIAL

WAMY SA2444

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقم: ٩٧٠/ح
التاريخ: ٢٤/٩/١٤١٦هـ

مكتب الأمين العام
Office of the Secretary General

معالي الدكتور / عبد الله بن عبد المحسن التركي
وزير الشئون الاسلامية والاوقاف والدعوة والارشاد
ورئيس الندوة العالمية للشباب الاسلامي       حفظه الله

السلام عليكم ورحمة الله وبركاته .. وبعد .

أسندت مهام الاشراف على مكتب الندوة في واشنطن للأخ عبد الله بن لادن بناء على ترشيح وانتخاب الجمعية العمومية للندوة له في العام الماضي ، ويعمل الأخ عبد الله مدرسا بمعهد الدراسات الاسلامية والعربية التابع لجامعة الامام محمد بن سعود الاسلامية بواشنطن .

ونظرا للأنشطة المتزايدة للمكتب في كل من أمريكا وكندا ولحاجة المكتب الماسة لمشرف متفرغ يكرس كامل وقته وجهده للعمل والمتابعة ، فلقد خاطبت معالي مدير جامعة الامام للموافقة على ندب الأخ عبد الله وتفريغه لمكتب الندوة برقم ٢٦١٤ في ١٥/٥/١٤١٦هـ) الا أن معاليه اعتذر عن الندب (مرفق صورة من الطلب والاعتذار) .

ولأن الحاجة مازالت ملحة لتفريغ الأخ عبد الله ، آمل من معاليكم التكرم بالتدخل شخصيا لدى الجامعة للموافقة على ندبه أو نقل خدماته لوزارة الشئون الاسلامية ثم ندبه للعمل وتفريغه ليستمر المكتب في المسيرة التي بدأها في تلك المنطقة الهامة من العالم .

شاكرا ومقدرا لمعاليكم جهودكم الكريمة المتواصلة لدعم الندوة ، والله تعالى أسأل لكم التوفيق وحسن الثواب .

والسلام عليكم ورحمة الله وبركاته ....

الأمين العام
للندوة العالمية للشباب الإسلامي

د. مانع بن حماد الجهني

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ. - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
برقيا : إسلامية الرياض

CONFIDENTIAL                                                                           WAMY SA 2444

Confidential: Attorney-Client Communications

**World Assembly of Muslim Youth**

| Office of the Secretary General | No. <u>3525</u> |
|---|---|
| HE Prof. Abdullah Abdul Mohsen Al Turki | Date: <u>08/07/1417 AH</u> |
| Minister of Islamic Affairs, Endowments and Guidance | |
| Head of World Assembly of Muslim Youth | May Allah Bless Him |

Greetings,

I previously sent to your Excellency letter No. 4970 dated 04/09/1416 AH regarding the dire need of the Assembly's office in the USA to have Abdullah bin Laden for a full time position and your Excellency kindly approved his secondment to the Assembly after being appointed in the Ministry.

Whereas Mr. Abdullah is currently on a short visit to KSA, I hope you kindly complete procedures of his assignment with the Ministry then issue an order to second him for the Assembly to work as a supervisor of the Assembly's office in North America.

I'm grateful and appreciative for your care for the assembly and ask Allah to keep you safe, protect you and give you rightness and blessings.

Peace, mercy and blessings of Allah be upon you…

Secretary General, World Assembly of Muslim Youth

Prof. Mana bin Hammad al-Juhani                                              ‎س/م- 359

P.O. Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel. (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ, - Fax: (01)4641710
Cable: ISLAMIYAH RIYADH

**CONFIDENTIAL**                                                                 WAMY SA2973

Confidential:Attorney-Client Communications

بسم الله الرحمن الرحيم

(١٧)

# الندوة العالمية للشباب الإسلامي
## World Assembly of Muslim Youth

الرقم: ٣٥٢٥
التاريخ: ٨/٧/١٤١٧هـ

مكتب الأمين العام
Office of the Secretary General

معالي الدكتور / عبد الله بن عبد المحسن التركي
وزير الشئون الإسلامية والأوقاف والدعوة والإرشاد
ورئيس الندوة العالمية للشباب الإسلامي

حفظه الله

السلام عليكم ورحمة الله وبركاته ..

أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد .

سبق أن رفعت لمعاليكم بشأن الحاجة الماسة لمكتب الندوة في أمريكا لتفريغ الأخ / عبد الله بن لادن بخطابي رقم ٤٩٧٠ بتاريخ ١٤١٦/٩/٤هـ وتفضلتم معاليكم - يحفظكم الله - بالموافقة على اعارته للندوة بعد تعيينه في الوزارة.

وبمناسبة وجود الأخ عبد الله حاليا في زيارة قصيرة للمملكة ، آمل تكرمكم بانهاء اجراءات تعيينه في الوزارة ثم اصدار أمركم باعارته للندوة ليعمل مشرفا على مكتب الندوة في أمريكا الشمالية .

شاكرا ومقدرا لكم اهتماماتكم الكريمة بالندوة والله تعالى أسأل أن يحفظكم ويرعاكم وأن يلهمكم التوفيق والسداد .

والسلام عليكم ورحمة الله وبركاته ....

الأمين العام
للندوة العالمية للشباب الإسلامي

د . مانع بن حماد الجهني

س/م - ٣٠٩

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبد العزيز بن مساعد بن جلوي - السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
برقيا : إسلامية الرياض

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH

CONFIDENTIAL                                    WAMY SA2973