# EXHIBIT 29

  

U.S.A. Office

**World Assembly of Muslim Youth**

## Communication Dept.

To: Mr. Abdullah Bin laden, President
From: Adnan Al-bar
Date: September 25, 1996
Subject: *Approval for printing job*

Dear Abdullah,
Assalaamualeikum

Please, find enclosed a quotation for reprinting some of WAMY books and one more new book, from Transcom International. We need your approval to start the printing process as soon as possible.

Please, if you need any detail contact me.

Thank you.

P.O. Box 8096  Falls Church, VA 22041   FAX: (703) 916-0925   TEL.: (703) 916-0924

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E001405