# EXHIBIT 30



**World Assembly of Muslim Youth**
**U. S. A. Office**

الندوة العالمية للشباب الإسلامي
مكتب أمريكا

## Contract Agreement

This Contract Agreement is entered into on the ___5th___ day of November, 1996, by and between the following parties: *The World Assembly of Muslim Youth (WAMY) - US Office*, located at 4516 Old Columbia Pike, Annandale, VA 22003, represented by Mr. **Abdullah Awad Bin Laden**; and *Transcom International*, located at 7360 McWhorter Place, suite 201, Annandale, VA 22003, represented by **Mr. Muhammad Quadir.**

WHEREAS the World Assembly of Muslim Youth (WAMY) - US referred to as "WAMY-US", is a non-profit organization with offices in the United States; and

WHEREAS Transcom International referred to as "Transcom", is a designer and printing company.

NOW, THEREFORE, WAMY-US and Transcom hereby agree as follows:

(A) Transcom will print the following books for WAMY-US :

1-  Title:      Islam: Basic Principles and Characteristics
    Size:      8.5" high x 5.5" wide when closed
    Ink:       Cover: 4c process/0c; Body: 1c/1c (standard black PMS)
    Stock:     Cover: 10pt. Laminated; Body: 60 # offset white
    Pages:     Cover: 4pp; Body: 22pp
    Binding:   Saddle stitched
    Art:       Films are already with Transcom
    Quantity   3,000
    Price:     $ 2,100

2-  Title:      Muhammad's Prophethood
    Size:      8.5" high x 5.5" wide when closed
    Ink:       Cover: 4c process/0c; Body: 1c/1c (standard black PMS)
    Stock:     Cover: 10pt. Laminated; Body: 60 # offset white
    Pages:     Cover: 4pp; Body: 24pp
    Binding:   Saddle stitched

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMYINTL E001366



**World Assembly of Muslim Youth**
**U. S. A. Office**

الندوة العالمية للشباب الإسلامي
مكتب أمريكا

|   |   |   |
|---|---|---|
|   | Art: | Films are already with Transcom |
|   | Quantity | 3,000 |
|   | Price: | $ 2,100 |
| 3- | Title: | The Qur'an and Modern Sciences |
|   | Size: | 8.5" high x 5.5" wide when closed |
|   | Ink: | Cover: 4c process/0c; Body: 1c/1c (standard black PMS) |
|   | Stock: | Cover: 10pt. Laminated; Body: 60 # offset white |
|   | Pages: | Cover: 4pp; Body: 20pp |
|   | Binding: | Saddle stitched |
|   | Art: | Films are already with Transcom |
|   | Quantity | 3,000 |
|   | Price: | $ 2,100 |
| 4- | Title: | An Introduction to Understanding the Qur'an |
|   | Size: | 8.5" high x 5.5" wide when closed |
|   | Ink: | Cover: 4c process/0c; Body: 1c/1c (standard black PMS) |
|   | Stock: | Cover: 10pt. Laminated; Body: 60 # offset white |
|   | Pages: | Cover: 4pp; Body: 28pp |
|   | Binding: | Saddle stitched |
|   | Art: | Films are already with Transcom |
|   | Quantity | 3,000 |
|   | Price: | $ 2,500 |
| 5- | Title: | Gender Equity in Islam |
|   | Size: | 8.5" high x 5.5" wide when closed |
|   | Ink: | Cover: 4c process/0c; Body: 1c/1c (standard black PMS) |
|   | Stock: | Cover: 10pt. Laminated; Body: 60 # offset white |
|   | Pages: | Cover: 4pp; Body: 20pp |
|   | Binding: | Saddle stitched |
|   | Art: | Films are already with Transcom |
|   | Quantity | 3,000 |
|   | Price: | $ 2,100 |

CONFIDENTIAL: This document is subject to Protective Order regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

WAMYINTL E001367

**World Assembly of Muslim Youth**
**U. S. A. Office**



الندوة العالمية للشباب الإسلامي
مكتب أمريكا

6-  Title: Muslim Christian Dialogue
    Size: 8.5" high x 5.5" wide when closed
    Ink: Cover: 4c process/0c; Body: 1c/1c (standard black PMS)
    Stock: Cover: 10pt. Laminated; Body: 60 # offset white
    Pages: Cover: 4pp; Body: 64pp
    Binding: Saddle stitched
    Art: Films are already with Transcom
    Quantity: 3,000
    Price: $ 3,950

7-  Title: The Qur'an and Modern Science: Correlation Studies
    Size: 8.5" high x 5.5" wide when closed
    Ink: Cover: 4c process/0c;
         Body: 1c (black PMS): 49pp
               2c (PMS): 4pp; 3c (PMS): 1pp
               4c (PMS): 3pp; 4c (process): 3pp
    Stock: Cover: 10pt. Laminated; Body: 60 # gloss white
    Pages: Cover: 4pp; Body: 60pp
    Binding: Saddle stitched
    Art: Films are already with Transcom
    Quantity: 3,000
    Price: $ 5,560

(B) Delivery:

1- Transcom will return all films of all books to WAMY-US in the same condition as it has been given to Transcom from IGP.

2-
    a) Transcom will deliver bluelines to WAMY-US within a week from the signing date of the contract. Upon receipt of bluelines, WAMY-US shall deliver them back to Transcom within two week. Based on that, Transcom shall deliver final printed books within four weeks.

    b) If WAMY-US deliver bluelines to Transcom within a month, then final printed books will be delivered in two month. If WAMY-US deliver bluelines to

CONFIDENTIAL: This documents subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMYINTL E001368



**World Assembly of Muslim Youth**
**U. S. A. Office**

الندوة العالمية للشباب الإسلامي
مكتب أمريكا

Transcom more than a month, then both parties have to agree upon a new contract and reschedule the whole project.

3- Transcom will deliver all final printed books to WAMY-US storage which is located within the metro D.C area, address will be given to you at delivery time.

(C) Transcom will not be responsible for any text mistakes in the books listed above. Though, Transcom agreed to do the following changes for all the books:
  1- Delete the name and the address of IGP from all books from the second inside page.
  2- Add the ISBN numbers to all the books.
  3- Add the URL address of the WAMY-US HomePage to all books.

(D) Penalty:
  1- There will be a penalty prorated per day at 0.05 % for any delay in the items listed in (B).
  2- This penalty shall apply to both parties with respect to what they are supposed to deliver.

(E) Payments:

| Payment due ($) | Date due | Note |
|---|---|---|
| 7823.83 | upon signing contract | due immediately |
| 7823.83 | upon delivery of proofs | due 12/5/96 |
| 7823.83 | upon delivery of the completed product | |
| Total = $23471.49 | | |



(F) This contract shall be governed in all respects by the laws of the United States of America and the Commonwealth of Virginia.

This contract is effective upon signing by representatives of both parties.

Signed with ALLAH as witness by the following parties.

P.O. Box 8096   Falls Church, VA 22041-8096   Tel. (703) 916-0524   Fax (703) 916-0025

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMYINTL E001369



**World Assembly of Muslim Youth**
**U. S. A. Office**

النــدوة العـالمية للشبـاب الإسلامي
مكتب أمريكا

For Transcom International:

_____
Mr. Muhammad Quadir
President
Date:

For the WAMY-US:

_____
Mr. Abdullah Bin Laden
President
Date:

Prepared by:
Mr. Adnan Al-bar
Communication Dept.,
Manager
Date: 11/5/96

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York