# EXHIBIT 31



U.S. Office / مكتب أمريكا

الندوة العالمية للشباب الإسلامي
World Assembly of Muslim Youth

March 21, 1996

Central Fidelity Bank
1905 N. Moore st.
Arlington, VA 22209

Re: Closing account # 7911768792

Dear Sir/Madam:

This is to inform you that we intend to close our checking acct. 7911768792.

So please send us a cashier check of the remaining balance after deducting the cashier check fee. It's been pleasure doing business with you and we would highly appreciate your expedite response.

Thank you very much, Indeed.

Sincerely,

Abdullah Bin Laden
President

P.O. Box 8096  Falls Church, VA 22041-8096         Tel.: (703)916-0924    Fax: (703)916-0925

WAMY INTL E013864