# EXHIBIT 34



## 1994 ANNUAL REPORT
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

**CORPORATION ID:** 0388361-8

**[1] CORPORATION NAME:** HAMY INTERNATIONAL, INC.

**[2] REGISTERED AGENT:** ATTY CYNTHIA L. GAUSVIK
PETERSON & BASHA, PC
8214-C OLD COURTHOUSE RD.
VIENNA, VA 22182

**[3] ADDRESS OF THE CORPORATION'S PRINCIPAL OFFICE:**
P.O. Box 8096
Falls Church, VA 22041-8096

**[7] PRINCIPAL OFFICERS AND DIRECTORS**

| NAME | TITLE | ADDRESS | CITY-ST-ZIP |
|---|---|---|---|
| ABDULLAH BIN LADIN | Director, President and Treasurer | P.O. Box 8096 | Falls Church, VA 22041-8096 |
| Omar S. Al-Humaidi | Vice President, Secretary and Director | P.O. Box 8096 | Falls Church, VA 22041-8096 |
| Mansour Matboli | Director and Vice President | P.O. Box 8096 | Falls Church, VA 22041-8096 |

**State of Incorporation:** VIRGINIA
**City or County:** FAIRFAX COUNTY

MAR 1994 RECEIVED State Corporation Commission

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND THAT...

SIGNATURE: [signed] TITLE: President   3/14/94

# 1995 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

9554 2337
6-5-95

**[1] CORPORATION NAME:** WAMY INTERNATIONAL, INC.

**CORPORATION ID:** 0388361-8

**[2] REGISTERED AGENT:** ATTY. CYNTHIA L. GAUSVIK
1008 S. 22ND ST.
ARLINGTON, VA 22202

**[3] STATE OR COUNTRY OF INCORPORATION:** VIRGINIA

**[4] CITY OR COUNTY (IN VIRGINIA) OF THE REGISTERED OFFICE:** ARLINGTON COUNTY

**[6] ADDRESS OF THE CORPORATION'S PRINCIPAL OFFICE** (TYPE OR PRINT IN BLACK INK)
P.O. BOX 8096
FALLS CHURCH, VA 22041-8096

**[5] STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|

**[7] PRINCIPAL OFFICERS AND DIRECTORS**

NAME/TITLE: ABDULLAH BIN LADIN - P/T
ADDRESS: P.O. BOX 8096
CITY/ST/ZIP: FALLS CHURCH VA 22041-8096
[X DELETE OFFICER] [X DIRECTOR]

NAME/TITLE: OMAR S. AL-HUMAIDI - VP/S
ADDRESS: P.O. BOX 8096
CITY/ST/ZIP: FALLS CHURCH VA 22041-8096
[X DELETE OFFICER] [X DIRECTOR]

NAME/TITLE: MANSOUR MATBOLI - VICE PRESIDENT
ADDRESS: P.O. BOX 8096
CITY/ST/ZIP: FALLS CHURCH VA 22041-8096
[X DELETE OFFICER] [X DIRECTOR]

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND THAT NONE OF IT IS FALSE IN ANY MATERIAL RESPECT.

SIGNATURE: Mansour Matboli  TITLE: B. Trust  PRINTED NAME: MANSOUR MATBOLI  DATE: 6/1/95

THIS REPORT MUST BE SIGNED BY ANY OFFICER OR DIRECTOR LISTED ON THIS FORM.

# 1996 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

9689 1392
4-4-96



PAGE 1 OF 2     0057921
CORPORATION ID: 0366361-8

**[1] CORPORATION NAME:**
WAMY INTERNATIONAL, INC.

**[2] REGISTERED AGENT:** ATTY.
CYNTHIA L. GAUSVIK
1008 S. 22ND ST.
ARLINGTON, VA 22202-2138

**[3] STATE OR COUNTRY OF INCORPORATION:**
VA - VIRGINIA

**[4] CITY OR COUNTY OF VA REGISTERED OFFICE**
106 - ARLINGTON COUNTY

USE THE ENCLOSED FORM 635/834 FOR CHANGES TO REGISTERED AGENT.

**[5] ADDRESS OF CORPORATION'S PRINCIPAL OFFICE:**
P.O. BOX 8098
FALLS CHURCH, VA 22041-8096

### STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
|  |  |

PLEASE READ THE INSTRUCTIONS ON THE BACK CAREFULLY AND TYPE OR PRINT WITH BLACK INK ONLY. THIS REPORT MUST BE SIGNED BY AN OFFICER OR DIRECTOR.

**[6] ADD / CHANGES TO PRINCIPAL OFFICE ADDRESS:**

**[7] PRINCIPAL OFFICER OR DIRECTOR**



ABDULLAH BIN LADIN
P/T
P.O. BOX 8098
FALLS CHURCH, VA 22041-8096

Officer X    Director X

CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND THAT NONE OF IT IS FALSE IN ANY MATERIAL RESPECT.

SIGNATURE: [signed]
PRINTED TITLE: President
PRINTED NAME: ABDULLAH BIN LADIN
DATE: 4/1/96

CONTINUATION SHEET

# 1996 ANNUAL REPORT
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

968913920001



PAGE 2 OF 2      0057921
CORPORATION ID: 0388361-8

CORPORATION NAME:
WAMY INTERNATIONAL, INC.

☒ PRINCIPAL OFFICERS AND DIRECTORS



OMAR S. AL-HUMAIDI
VP/S
P.O. BOX 8096
FALLS CHURCH, VA 22041-8096

Officer X   Director X

CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:

MANSOUR MATBOLI
VICE PRESIDENT
P.O. BOX 8096
FALLS CHURCH, VA 22041-8096

Officer X   Director X

CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:

ADDITIONS SHEET

# 1996 ANNUAL REPORT
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

9689139200062

**CORPORATION NAME:**

**CORPORATION ID:** 0388361-8

USE THIS PAGE FOR ADDITIONAL OFFICERS AND DIRECTORS. INSTRUCTIONS FOR FILLING OUT THIS REPORT ARE ON THE REVERSE SIDE OF THIS FORM.

**ADDITIONAL PRINCIPAL OFFICER OR DIRECTOR:**

ADNAN
M
AL-BAR
VICE PRESIDENT
5800 QUANTRELL AVE
APT 514
ALEXANDRIA                           VA
                                    22312

**ADDITIONAL PRINCIPAL OFFICER OR DIRECTOR:**

# 1997 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

**1. CORPORATION NAME:**
WAMY INTERNATIONAL, INC.

**CORPORATION ID:** 0388361-8

**2. REGISTERED AGENT:** OFFCR.
ADNAN M. AL-BAR
4516 OLD COLUMBIA PIKE
ANNANDALE VA 22003-2117

**3. CITY OR COUNTY OF VA REGISTERED OFFICE:**
129 - FAIRFAX COUNTY

**4. STATE OR COUNTRY OF INCORPORATION:**
VA - VIRGINIA

**5. STOCK INFORMATION:**

| CLASS | AUTHORIZED |
|---|---|
|  |  |

**6. ADDRESS OF CORPORATION'S PRINCIPAL OFFICE:**
P.O. BOX 8096
FALLS CHURCH, VA 22041-8096

PLEASE READ THE INSTRUCTION SHEET CAREFULLY AND TYPE OR PRINT WITH BLACK INK ONLY. THIS REPORT MUST BE SIGNED BY AN OFFICER OR DIRECTOR.

**7. ADD / CHANGES TO PRINCIPAL OFFICE ADDRESS:**

STREET: P O BOX 8096
CITY: FALLS CHURCH
STATE: VA
ZIP: 22041-8096
CORP PHONE #: 703-916-0924

**8. PRINCIPAL OFFICER OR DIRECTOR:**

ABDULLAH BIN LADIN
P/T
P.O. BOX 8096
FALLS CHURCH, VA 22041-8096

NO CHANGE: X    CHANGE: ___    REMOVE ENTIRE NAME/ADDRESS: ___
Officer: X    Director: X

**CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:**

FIRST NAME:
MIDDLE NAME:
LAST NAME:
TITLE:                                    OFFICER ___   DIRECTOR ___
STREET:
CITY:
STATE:
ZIP:

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND THAT NONE OF IT IS FALSE IN ANY MATERIAL RESPECT.

SIGNATURE: [signed]
PRINTED TITLE: President
DATE: 5-20-97

B002N0050427

CONTINUATION SHEET

# 1997 ANNUAL REPORT
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

CORPORATION NAME:
WAMY INTERNATIONAL, INC.

CORPORATION ID: 0388361-8

[X] PRINCIPAL OFFICERS AND DIRECTORS:

ADNAN M AL-BAR
VICE PRESIDENT
5800 QUANTRELL AVE
APT 514
ALEXANDRIA, VA 22312

NO CHANGE [ ]   CHANGE [X]   REMOVE ENTIRE NAME/ADDRESS [ ]

Officer X   Director X

CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:

- FIRST NAME: ADNAN
- MIDDLE NAME: M
- LAST NAME: AL-BAR
- TITLE: VICE PRESIDENT   OFFICER [X]   DIRECTOR [ ]
- STREET: P O BOX 8096
- CITY: FALLS CHURCH   STATE: VA
- ZIP: 22041-8096

OMAR S. AL-HUMAIDI
VP/S
P.O. BOX 8096
FALLS CHURCH, VA 22041-8096

NO CHANGE [X]   CHANGE [ ]   REMOVE ENTIRE NAME/ADDRESS [ ]

Officer X   Director X

CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:

- FIRST NAME:
- MIDDLE NAME:
- LAST NAME:
- TITLE:   OFFICER [ ]   DIRECTOR [ ]
- STREET:
- CITY:   STATE:
- ZIP:

B002N0050427

# 1998 ANNUAL REPORT
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

9803 7392
2-28-98

**[1] CORPORATION NAME:**
WAMY INTERNATIONAL, INC.

**DUE DATE:** 03/02/1998
**CORPORATION ID:** 0388361-8

**[2] REGISTERED AGENT NAME AND ADDRESS:** OFFCR.
ADNAN H. AL-BAR
4516 OLD COLUMBIA PIKE
ANNANDALE, VA 22003

**[5] STOCK INFORMATION:**

| CLASS | AUTHORIZED |
|---|---|
|  |  |

**[3] CITY OR COUNTY OF VA REGISTERED OFFICE:**
129 - FAIRFAX COUNTY

**[4] STATE OR COUNTRY OF INCORPORATION:**
VA - VIRGINIA

IF THIS IS THE CORPORATION'S FIRST YEAR FOR FILING AN ANNUAL REPORT, PLEASE FILL IN BLOCKS 6 AND 7. PLEASE READ THE INSTRUCTION SHEET **CAREFULLY** AND TYPE OR PRINT WITH **BLACK INK ONLY.** THIS REPORT MUST BE SIGNED BY AN OFFICER OR DIRECTOR LISTED IN THIS REPORT.

## [6] PRINCIPAL OFFICE ADDRESS

| NO CHANGE ☑    REMOVE ENTIRE ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| ADDRESS: PO BOX 8096 | ADDRESS: |
| CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | CITY/ST/ZIP: |

## [7] PRINCIPAL OFFICERS AND DIRECTORS

| NO CHANGE ☐    REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br>NAME: ABDULLAH BIN LADIN | OFFICER ☐  DIRECTOR ☐<br>NAME: |
| TITLE: P/T | TITLE: |
| ADDRESS: P.O. BOX 8096 | ADDRESS: |
| CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | CITY/ST/ZIP: |

b001N0009421

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE.

X _____  President   1/22/98
                   PRINTED TITLE        DATE

PLEASE SIGN AND DATE THIS REPORT (EVEN IF THERE ARE NO CHANGES TO THE INFORMATION ON FILE).

# 1998 ANNUAL REPORT CONTINUED

**CORPORATE ID:** 0388361-8

| NO CHANGE ☐  REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [X]  DIRECTOR [X]<br>NAME: OMAR S. AL-HUMAIDI<br>TITLE: VP/S<br>ADDRESS: P.O. BOX 8096<br>CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| NO CHANGE ☐  REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [X]  DIRECTOR ☐<br>NAME: ADNAN M AL-BAR<br>TITLE: ~~VICE PRESIDENT~~ Treasurer *[handwritten]*<br>ADDRESS: PO BOX 8096<br>CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| NO CHANGE ☐  REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [✓]  DIRECTOR ☐<br>NAME: Mohammed Mayranjil *[handwritten, unclear]*<br>TITLE: Vice President<br>ADDRESS: same<br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| NO CHANGE ☐  REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

B001H0000421

**1999 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

9910 1921
02-08-1999

**[1] CORPORATION NAME:**
WAMY INTERNATIONAL, INC.

**[2] REGISTERED AGENT NAME AND ADDRESS:** OFFCR.
ADNAN M. AL-BAR
4516 OLD COLUMBIA PIKE
ANNANDALE, VA 22003

**[3] CITY OR COUNTY OF VA REGISTERED OFFICE:**
129-FAIRFAX COUNTY

**[4] STATE OR COUNTRY OF INCORPORATION:**
VA-VIRGINIA

DUE DATE: 03/01/1999
CORPORATION ID: 0388361-8

**[5] STOCK INFORMATION:**

| CLASS | AUTHORIZED |
|---|---|
|  |  |
|  |  |
|  |  |

IF THIS IS THE CORPORATION'S FIRST YEAR FOR FILING AN ANNUAL REPORT, PLEASE FILL IN BLOCKS 6 AND 7. PLEASE READ THE INSTRUCTION SHEET <u>CAREFULLY</u> AND TYPE OR PRINT WITH <u>BLACK INK ONLY</u>. THIS REPORT MUST BE SIGNED BY AN OFFICER OR DIRECTOR LISTED IN THIS REPORT.

**[6] PRINCIPAL OFFICE ADDRESS**

| NO CHANGE ☐ REMOVE ENTIRE ADDRESS ☒ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| ADDRESS: PO BOX 8096 | ADDRESS: |
| CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | CITY/ST/ZIP: |

**[7] PRINCIPAL OFFICERS AND DIRECTORS**

| NO CHANGE ☐ REMOVE ENTIRE NAME/ADDRESS ☒ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒ DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
| NAME: ABDULLAH BIN LADIN | NAME: |
| TITLE: P/T | TITLE: |
| ADDRESS: P.O. BOX 8096 | ADDRESS: |
| CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE.

SIGNATURE: *Abdullah Bin Ladin*   PRINTED TITLE: President   DATE: 2/4/1999

PLEASE SIGN AND DATE THIS REPORT (EVEN IF THERE ARE NO CHANGES TO THE INFORMATION ON FILE). 2/3

B1975

## 1999 ANNUAL REPORT CONTINUED

CORPORATE ID: 0388361-8

| NO CHANGE ☐ REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME: OMAR S. AL-HUMAIDI | NAME: |
| TITLE: VP/S | TITLE: |
| ADDRESS: P.O. BOX 8096 | ADDRESS: |
| CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | CITY/ST/ZIP: |

| NO CHANGE ☐ REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
| NAME: MOHAMMED MAGHRZIL | NAME: |
| TITLE: VICE PRESIDENT | TITLE: |
| ADDRESS: PO BOX 8096 | ADDRESS: |
| CITY/ST/ZIP: FALLS CHURCH, VA 22041-0096 | CITY/ST/ZIP: |

| NO CHANGE ☐ REMOVE ENTIRE NAME/ADDRESS ☒ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
| NAME: ADNAN M AL-BAR | NAME: |
| TITLE: TREASURER | TITLE: |
| ADDRESS: PO BOX 8096 | ADDRESS: |
| CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | CITY/ST/ZIP: |

| NO CHANGE ☐ REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☐  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

3/3

C1975



20034 2328
**2000 ANNUAL REPORT** 05-17-2000
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

① CORPORATION NAME:
WAMY INTERNATIONAL, INC.

② REGISTERED AGENT NAME AND ADDRESS: OFFCR.
ADNAN M. AL-BAR
4516 OLD COLUMBIA PIKE
ANNANDALE, VA 22003

③ CITY OR COUNTY OF VA REGISTERED OFFICE:
129-FAIRFAX COUNTY

④ STATE OR COUNTRY OF INCORPORATION:
VA-VIRGINIA

DUE DATE: 02/29/2000
CORPORATION ID: 0388361-8

⑤ STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
|       |            |
|       |            |
|       |            |

Carefully read the attached instruction sheet and type or print with black ink only. If Block ⑥ is blank, you must add the principal office address. If block ⑦ is blank, you must add the officer and/or director information.

### ⑥ PRINCIPAL OFFICE ADDRESS

| NO CHANGE ☐  REMOVE ENTIRE ADDRESS ☒ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| ADDRESS: PO BOX 8096 | ADDRESS: |
| CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | CITY/ST/ZIP: |

### ⑦ PRINCIPAL OFFICERS AND DIRECTORS

| NO CHANGE ☐  REMOVE ENTIRE NAME/ADDRESS ☒ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME: ABDULLAH BIN LADIN | NAME: |
| TITLE: P/T | TITLE: |
| ADDRESS: P.O. BOX 8096 | ADDRESS: |
| CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE.

_____  Ibrahim S. Abdullah  5/13/2000
SIGNATURE                    PRINTED NAME         DATE

MUST BE SIGNED BY AN OFFICER OR DIRECTOR LISTED IN THIS REPORT.
B2164

## 2000 ANNUAL REPORT CONTINUED

CORPORATE ID:   0388361-8

| NO CHANGE ☐   REMOVE ENTIRE NAME/ADDRESS ☒ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [X]   DIRECTOR [X]<br>NAME:   OMAR S. AL-HUMAIDI<br>TITLE:   VP/S<br>ADDRESS:   P.O. BOX 8096<br>CITY/ST/ZIP:   FALLS CHURCH, VA 22041-8096 | OFFICER ☒   DIRECTOR ☒<br>NAME: Ibrahim S. Abdullah<br>TITLE: Vice President<br>ADDRESS: P.O. Box 8096<br>CITY/ST/ZIP: Falls church, VA 22041-8096 |

| NO CHANGE ☐   REMOVE ENTIRE NAME/ADDRESS ☒ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [X]   DIRECTOR ☐<br>NAME:   MOHAMMED MAGHRZIL<br>TITLE:   VICE PRESIDENT<br>ADDRESS:   PO BOX 8096<br>CITY/ST/ZIP:   FALLS CHURCH, VA 22041-0096 | OFFICER ☐   DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| NO CHANGE ☐   REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☐   DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| NO CHANGE ☐   REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☐   DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

**2001 ANNUAL REPORT**  20105 1520
COMMONWEALTH OF VIRGINIA  01-10-2001
STATE CORPORATION COMMISSION

① CORPORATION NAME:
WAMY INTERNATIONAL, INC.

② REGISTERED AGENT NAME AND ADDRESS: OFFCR.
IBRAHIM S ABDULLAH
5613 LEESBURG PIKE STE 52
FALLS CHURCH, VA 22041

DUE DATE: 02/28/2001
CORPORATION ID: 0388361-8
⑤ STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
|       |            |

③ CITY OR COUNTY OF VA REGISTERED OFFICE:
129-FAIRFAX COUNTY

④ STATE OR COUNTRY OF INCORPORATION:
VA-VIRGINIA

Carefully read the attached instruction sheet and type or print with black ink only. If block ⑥ is blank, you must add the principal office address. If block ⑦ is blank, you must add the officer and/or director information.

⑥ **PRINCIPAL OFFICE ADDRESS**

| NO CHANGE ☐  REMOVE ENTIRE ADDRESS ☒ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| ADDRESS: PO BOX 8096 | ADDRESS: |
| CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | CITY/ST/ZIP: |

⑦ **PRINCIPAL OFFICERS AND DIRECTORS**

| NO CHANGE ☐  REMOVE ENTIRE NAME/ADDRESS ☒ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME: ABDULLAH BIN LADIN | NAME: |
| TITLE: P/T | TITLE: |
| ADDRESS: P.O. BOX 8096 | ADDRESS: |
| CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE.

_____   Ibrahim Abdullah   1/2/2001
SIGNATURE                  PRINTED NAME         DATE

MUST BE SIGNED BY AN OFFICER OR DIRECTOR LISTED IN THIS REPORT.

B9465

## 2001 ANNUAL REPORT CONTINUED

CORPORATE ID: 0388361-8

| NO CHANGE ☒  REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒  DIRECTOR ☒ <br> NAME: IBRAHIM S. ABDULLAH <br> TITLE: VICE PRESIDENT <br> ADDRESS: P O BOX 8096 <br> CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | OFFICER ☐  DIRECTOR ☐ <br> NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: |

| NO CHANGE ☐  REMOVE ENTIRE NAME/ADDRESS ☒ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒  DIRECTOR ☐ <br> NAME: MOHAMMED MAGHRZIL <br> TITLE: VICE PRESIDENT <br> ADDRESS: PO BOX 8096 <br> CITY/ST/ZIP: FALLS CHURCH, VA 22041-0096 | OFFICER ☐  DIRECTOR ☐ <br> NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: |

| NO CHANGE ☐  REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒  DIRECTOR ☒ <br> NAME: Sameer Moabbir <br> TITLE: Vice President <br> ADDRESS: P.O. Box 8096 <br> CITY/ST/ZIP: Falls Church, VA 22041-8096 | OFFICER ☐  DIRECTOR ☐ <br> NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: |

| NO CHANGE ☐  REMOVE ENTIRE NAME/ADDRESS ☐ | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER ☒  DIRECTOR ☒ <br> NAME: Naser S. Bajaba <br> TITLE: Representative <br> ADDRESS: P.O. Box 8096 <br> CITY/ST/ZIP: Falls church, VA 22041-8096 | OFFICER ☐  DIRECTOR ☐ <br> NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: |

3/3

C9465

**2002 ANNUAL REPORT** 20205 1795
COMMONWEALTH OF VIRGINIA 01-14-2002
STATE CORPORATION COMMISSION

① CORPORATION NAME:
WAMY INTERNATIONAL, INC.

② REGISTERED AGENT NAME AND OFFICE ADDRESS: OFFCR.
IBRAHIM S ABDULLAH
5613 LEESBURG PIKE STE 52
FALLS CHURCH, VA 22041

③ CITY OR COUNTY OF VA REGISTERED OFFICE:
129-FAIRFAX COUNTY

④ STATE OR COUNTRY OF INCORPORATION:
VA-VIRGINIA

DUE DATE: 02/28/02
CORPORATION ID: 0388361-8

⑤ STOCK INFORMATION:

| CLASS | AUTHORIZED |
|---|---|
|  |  |

Carefully read the attached instruction sheet. Type or print in black only. If block ⑥ is blank, you must add the principal office address. If block ⑦ is blank, you must add the director and officer information (see Section 13.1-775 A 3 or Section 13.1-936 A 3 of the Code of Virginia).

⑥ PRINCIPAL OFFICE ADDRESS

| ☐ NO CHANGE | ☐ ADDITIONS/CHANGES ONLY |
|---|---|
| ADDRESS: PO BOX 8096 | ADDRESS: |
| CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | CITY/ST/ZIP: |

⑦ DIRECTORS AND PRINCIPAL OFFICERS
All directors and principal officers must be listed.
One individual maybe a director and an officer

| ☐ NO CHANGE ☒ REMOVE | ☐ ADDITIONS/CHANGES ONLY |
|---|---|
| OFFICER ☒ DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
| NAME: ABDULLAH BIN LADIN | NAME: |
| TITLE: P/T | TITLE: |
| ADDRESS: P.O. BOX 8096 | ADDRESS: |
| CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE.

_[signature]_    Ibrahim Abdullah / president    1/9/02
SIGNATURE OF DIRECTOR/OFFICER    PRINTED NAME/TITLE    DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing.
B9870

2/3

## 2002 ANNUAL REPORT CONTINUED

**CORPORATE ID:** 0388361-8

| ☐ NO CHANGE ☐ REMOVE | ☒ ADDITIONS/CHANGES ONLY |
|---|---|
| OFFICER [X] DIRECTOR [X] | OFFICER ☐ DIRECTOR ☐ |
| NAME: IBRAHIM S ABDULLAH<br>TITLE: VICE PRESIDENT<br>ADDRESS: P O BOX 8096<br>CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | NAME: Ibrahim S. Abdullah<br>TITLE: President<br>ADDRESS: P.O. Box 8096<br>CITY/ST/ZIP: Falls church, VA 22041 |

| ☐ NO CHANGE ☒ REMOVE | ☒ ADDITIONS/CHANGES ONLY |
|---|---|
| OFFICER [X] DIRECTOR [X] | OFFICER ☐ DIRECTOR ☐ |
| NAME: SAMEER MOABBIR<br>TITLE: VICE PRESIDENT<br>ADDRESS: POB 8096<br>CITY/ST/ZIP: FALLS CHURCH, VA 22041-0096 | NAME: Mohammad BIN Faris<br>TITLE: Vice President<br>ADDRESS: PO Box 8096<br>CITY/ST/ZIP: Falls church, VA 22041 |

| ☐ NO CHANGE ☐ REMOVE | ☐ ADDITIONS/CHANGES ONLY |
|---|---|
| OFFICER [X] DIRECTOR [X] | OFFICER ☐ DIRECTOR ☐ |
| NAME: NASER S BAJABA<br>TITLE: REPRESENTATIVE<br>ADDRESS: POB 8096<br>CITY/ST/ZIP: FALLS CHURCH, VA 22041-8096 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| ☐ NO CHANGE ☐ REMOVE | ☐ ADDITIONS/CHANGES ONLY |
|---|---|
| OFFICER ☒ DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
| NAME: Fadel K. Solyman<br>TITLE: Exective Manager<br>ADDRESS: P.O. Box 8096<br>CITY/ST/ZIP: Falls church, VA 22041 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

3/3

C9870