# EXHIBIT 36

Responsive to DR 39-42

| Searched File | Ref, No. | Date | From | To | Subject |
|---|---|---|---|---|---|
| Outgoing | 2621 | 11/5/1413H | Bandar Al-Dail, Executive Director of WAMY | Editors of newspapers | Asking to publish faxes about the suffering of Muslims in Bosnia. |
| Outgoing | 2892 | 27/5/1413H | Fareed Yaqoob, Comptroller of WAMY | Salah al-Din Ja'farawi, Secretary General of the Union of Islamic Organizations in Europe. | Attaching a check to pay as part of the deficit of the budget of the Office of the Union of Islamic Organizations |
| Outgoing | 2043 | 15/4/1413H | Dr. Maneh Al-Johani, Secretary General of WAMY | Abdul Aziz Al Khayyat, General Rapporteur of the political media emanating from the People's Committee of Jordan | Thanks and attaching a brief report on the work of WAMY for Bosnia and Herzegovina. |
| Outgoing | 3373 | 26/5/1415H | Dr. Maneh Al-Johani | Secretary General of the Islamic Union of North America, Canada. | Attaching a check for refugees arriving in Canada from Bosnia and Herzegovina. |
| Outgoing | 2346 | 21/3/1422H | Dr. Maneh Al-Johani | Kamel Al-Sharif, Secretary General of the International Islamic Council for Call and Relief | Attaching a report on WAMY presentation to Muslims of Bosnia and Herzegovina |
| Outgoing | 3036 | 18/4/1422H | Dr. Maneh Al-Johani | Fahad A. Al-Zaid, Ambassador of the Custodian of the Two Holy Mosques in Bosnia | Thanks for reception of the delegation of the Islamic medical committee |
| Outgoing | 8450 | 20/11/1422H | Dr. Maneh Al-Johani | Kamel Al-Sharif | Attaching a report on the 6th Islamic Solidarity Meeting for student and youth leaders in the Balkans |
| Outgoing | 7179 | 12/9/1420H | Dr. Maneh Al-Johani | Sheikh Muhammad Saleh Al Rajhi | Asking for support to Al-Taqwa Charity Association |
| Outgoing | 7079 | 10/9/1420H | Dr. Maneh Al-Johani | Mohamed Ibrahim Suleiman | Asking for support school in Bosnia. |
| Outgoing | 7054 | 8/9/1420H | Dr. Maneh Al-Johani | Sheikh Sulaiman Al Rajhi | Asking for support school |
| Outgoing | 1591 | 25/3/1413H | Dr. Maneh Al-Johani | Dr. Fatih Ali Hassanein, Director of the Office of the seminar in Austria | Thanking for efforts in Bosnia and Herzegovina |
| Outgoing | 1693-1695 | 2/4/1413H | Dr. Ibrahim Al-Quayid, Assistant Secretary-General of WAMY | | Request for help to Islamic Union in Argentina get approval to give political asylum to those displaced from Bosnia and Herzegovina. |
| Outgoing | 1943 | 11/4/1413H | Dr. Maneh Al-Johani | Kamel Al-Sharif | Attaching a report on assistance WAMY extended for Bosnia and Herzegovina. |

Responsive to DR 23, 24, 29-32

| Searched File | Ref, No. | Date | From | To | Subject |
|---|---|---|---|---|---|
| Italy | 1469/أ/413 | 28/09/1413 | Dr. Ahmed Totonji, Secretary of the Union of Muslim Students in Italy | Dr. Maneh Al-Johani, Secretary-General of WAMY | A request to send publications of WAMY in the European languages |
| Yugoslavia 3 | | 30/2/92 | Mr. Fateh Ali Hussein, Director of the Office of WAMY office in Austria and Eastern Europe | Dr. Ahmed Totonji | Paying amounts of money to associations for specific projects |
| Czechoslovakia | 8034 | 11/19/1415 | Dr. Maneh Al-Johani, Secretary-General of WAMY | Dr. Ahmed Totonji | Requesting information about the Waqf association |
| Czechoslovakia | 464 | 16/07/1415 | President of the Foundation to establish the endowment and the activity of Islamic cultural centers | Dr. Maneh Al-Johani, Secretary-General of WAMY | Requesting support for the projects of the associations. |
| Makedonija | 93/أ،ث/23 | 34,105 | Mr. Fateh Ali Hussein, | Dr. Ahmed Totonji | A report on the situation in Macedonia. |
| Austria | 96/35/أ6 | 33,337 | Mr. Fateh Ali Hussein | Dr. Ahmed Totonji | A request to send some books. |
| Europe, the Americas Bosnia and Herzegovina | | 03/10/1413 | Saladin Ja'farawi, Secretary-General of the Permanent Secretariat of the Forum of Muslims in Eastern Europe | Dr. Ahmed Totonji | Requesting support for the rehabilitation of Bosnian youth |
| Bosnia and Herzegovina | | 17/05/1414 | Mr. Rahman Barzanji, Imam Mosque Association | Dr. Ahmed Totonji | A report on the Bosnian people in Norway. |