# EXHIBIT 37

**MEICO**

STATE TRADE ENTERPRISE

ADRESS: ·4 Shkurti·, Nr. 5 Tirana, ALBANIA
Tel: 355.42.29790
Telex: 2194 MEICO AB
Fax: 355.4229790

Tirana, 22. 8. 1993.

## INVOICE No. 26

To firm: TWRA

Send by: _____

To address: PRINZ, EUGNEN, STR 36-4-2-1040 WIN

To account of: / Contract / Reference /

Terms of payment: CASH

| Colies No. | Denomination of goods | Quantity (in ) | Unit Price (in ) | Amount (in ) |
|---|---|---|---|---|
| | Diffrent Items for accmulation and Rehopertaion of Bosnions Refugeers in Albaniae as in contract No 26 | | | 1,400,000 |
| | (ONE MILLION FOURHANDRED USD) | | | 1,400,000 |

We debit to your account the above amount and you are kindly asked to pass the documents in conformity with.

MEICO

State trade enterprise
Tirana, Albania

Predračun

Za TWRA
Od
Adresa Prinz Eugen Str 36-4-2-1040 Beč
Na račun
Način plaćanja Cash

Opis

Različita dobra za       (nečitko)      bosanskih izbjeglica u Albaniji
  (nečitko)   ugovor br 26

Iznos 1.400.000



HOME   YOUR PROFILE   DIRECTORY

Username or email    ☐ Remember me   Login   Forgot login? | Register           search

Home - Directory - Austria - World Assembly of Muslim Youth Austria & East Europe Office

🔄 Random   👤 New

Main Menu

Home
Your Profile
Directory

fiza

**Dawah Directory**

Dawah Directory   Search   Add Entry

## World Assembly of Muslim Youth Austria & East Europe Office

AUSTRIA

World Assembly of Muslim Youth Austria & East Europe Office,
Prinz Eugen Str. 36/4/2,
1040 Wien,
AUSTRIA.

Tel: 650793

Fax: 5055900

Date added: 2010-04-06 07:04:28   Hits: 2

Designed by TemplatePlazza - All Rights Reserved