# EXHIBIT 39

No. 549723

0000549723
55503100990409

البنك الأهلي التجاري
THE NATIONAL COMMERCIAL BANK
Head Office Address: P.O.Box 3555, Jeddah 21481, Saudi Arabia

Date  01/03/1997
Branch 140 AL-KHANDARA#140

1-12
210

Pay to the order of   ***THIRD WORLD RELIEF AGENCY -NIGERI OFFICE***

U.S. $ **************3,733.00

The sum of US Dollars   U.S. DOLLARS THREE THOUSAND SEVEN HUNDRED THIRTY THREE ONLY.**

Payable at:
CHEMICAL BANK
55 Water Street
New York. N.Y. 10041, U.S.A.

SALAH S. BIN YAMEAN 228/A   1/1211
SALIM SAEED BA-KHRAISA 1269/A
For THE NATIONAL COMMERCIAL BANK

⑈549723⑈ ⑆021000128⑆ 400⑉026953⑈

CONFIDENTIAL                                           WAMYSA042103