# EXHIBIT 40

## Appendix E

### IRFAN support for the Bethlehem Orphan Care Society, a Hamas-run institution

### Overview of the Bethlehem Orphan Care Society

1. The Bethlehem Orphan Care Society (*jami'yya ri'aya al-yatim*) is a **Hamas-run organization** which officially focuses on caring for and maintaining orphans. In reality the institution is part of Hamas' terrorism supporting infrastructure. As a Hamas-run institution it was outlawed by Israel in 2002. The society cooperates with other Hamas-run institutions in the West Bank, such as the Islamic Charitable Society in Hebron.

2. A document found in Palestinian Preventive Security headquarters during Operation Defensive Shield (April 2002) surveys Hamas institutions in the Bethlehem area. Head of the Palestinian Preventive Security in Bethlehem, Lieutenant Colonel Majdi al-'Atari, notes in the document that "the Bethlehem Orphan Care Society **cares for orphans and the children of Hamas** *shaheeds* **and prisoners."** The Society's administration, according to that document and others, is **composed entirely of Bethlehem Hamas activists.** Prominent among them is the Society's director, **sheikh Ghassan Hermas[28], considered the Hamas political leader in the Bethlehem area.**



Sheikh Ghassan Hermas

3. Palestinian Preventive Security documents found during Operation Defensive Shield confirm that donations from abroad are funneled through the Bethlehem Orphan Care Society to finance Hamas' terrorism support apparatus. In addition, more recent documents found in the society's offices (March and May 2004) confirm the Palestinian Preventive Security report that the Society's activities are not entirely altruistic. It channels funds to the **offspring of Hamas terrorist**

---

[28] Ghassan Hermas is not only director of the Bethlehem Orphan Care Society, he is a well-known figure in Bethlehem's Hamas leadership, and in the past was arrested by Israeli security forces.

46

PEC-WAMY001144

operatives and is an additional component in Hamas' terrorism-supporting apparatus which aids, even if indirectly, the **families of** *shaheeds*, **especially those who belonged to Hamas.**

4. According to documents found during Operation Defensive Shield, the heads of the Society are involved in soliciting donations from Islamic and Hamas funds and foundations abroad, particularly **Interpal** in Britain and **WAMY** in Saudi Arabia. More recent documents (March, May 2004) show that the Society receives money from radical Islamic funds and foundations and from Hamas front organizations, among them **Interpal** in Britain, the **Al-Aqsa Fund** in Holland and Belgium, **WAMY** in Saudi Arabia and **IRFAN** in Canada.



Palestinian Preventive Security report (found during Operation Defensive Shield, April 2002) about transferring funds from abroad for **Hamas institutions** in the Bethlehem area, among them the Bethlehem Orphan Care Society (Number 1 on the list of institutions).

47

## Appendix E (1)

## Breakdown of monthly payments to the Bethlehem Orphan Care Society made by various bodies, among them IRFAN - Translation

Note: An analysis of the institutions indicates that in most cases the funds and foundations are either radical-Islamic in nature or front organizations for Hamas.

In the name of Allah the all-merciful

The Bethlehem Orphan Care Society – Palestine

Summary of Monthly Allotments

Type of allotment: internal _____ external _____ Date: March 5, 2004

| No. | Institution | Months of allotment | No. of orphans | Total (shekels) | Total (dinars) | Date of last allotment |
|---|---|---|---|---|---|---|
| 1. | Abu 'Amad/Jordan | 2+1/2004 | 1 | -- | 40 | 2005 |
| 2. | UAE Friends' Society[29] | -- | 8 | -- | -- | 5/2003 |
| 3. | Interpal[30] | 2+1/2004 | 67 | 21,440 | | 4/2004 |
| 4. | Al-Rahma al-Alamiyya Kuwait | -- | 15 | -- | -- | 12/2003 |
| 5. | The Islamic Center, Italy | 2+1/2004 | 5 | 1200 | -- | 9/2004 |
| 6. | The World Assembly [of Muslim Youth], Riyadh[31] | -- | 9 | -- | -- | Till 9/2003 |
| 7. | The World Assembly [of Muslim], eastern region (Saudi Arabia)[32] | 2+1/2004 | 5 | 1200 | -- | 9/2004 |

---

[29] Among the documents found in the Bethlehem Orphan Care Society offices in March and May 2004.
[30] A Hamas front organization in Britain, outlawed by Israel in 1997, declared a terrorist organization in 1998, mentioned in August 2003 in American Executive Order 13224, which calls for the freezing of assets of bodies and individuals linked to terrorism.
[31] The World Assembly of Muslim Youth (WAMY), Saudi Arabian, radical Islamic and Hamas-oriented; outlawed by Israel in 2002.
[32] Apparently also a reference to WAMY.

PEC-WAMY001146

| 8. | The House of Charity | 12+11/2003 | 15 | -- | 900 | 12/2003 |
|---|---|---|---|---|---|---|
| 9. | The Qatar Charity Committee[33] | -- | 16 | -- | -- | 9/2002 |
| 10. | The Society for Orphan Aid, Germany | 2+1/2004 | 40 | 11,400 | -- | Till 6/2004 |
| 11. | The Palestinian -Fund;[34]Austria | 2+1/2004 | 88 | 31,680 | -- | 12/2003 |
| 12. | Local aid | 12/2003 + 1/2004 | 336 | 81,610 | -- | -- |
| 13. | The Welfare Organization[35] | -- | -- | -- | -- | -- |
| 14. | Lajna Ri'aya al-Mar'a wa-al-Tifl al-Filastini | -- | 16 | -- | -- | 8/2003 |
| 15. | The Palestinian Charity Society[36] | 2+1/2004 | 85 | -- | 5100 | 12/2003 |
| 16. | The Al-Aqsa Foundation of South Africa[37] | 2+1/2004 | 42 | 13,440 | -- | 4/2004 |
| 17. | IRFAN – Canada | 2+1/2004 | 108 | 35,640 | -- | 12/2003 |
| 18. | Mounasara [Aid] Italy[38] | March-December 2003 | 20 | 4,000 | -- | 12/2003 |

[33] The Charitable Society of Qatar is a radical Islamic foundation operating in various areas of conflict, among them the PA-administered territories. In the past it has been suspected of aiding the Chechen rebels.
[34] The fund is suspected of being a Hamas front organization in Austria. In August 2003 it was included in American Executive Order 13224, which calls for the freezing of assets of bodies and individuals linked to terrorism.
[35] Apparently the International Islamic Relief Organization (IIRO), a Saudi Arabian radical Islamic fund which provides very generous contributions to Hamas societies in the PA-administered territories.
[36] Apparently the Palestinian Society of The International Islamic Charity Organization (IICO), a radical Kuwaiti fund, outlawed by Israel in 2002.
[37] Suspected of being a South African Hamas front organization.
[38] Apparently the Italian Beneficent Association of Solidarity with the Palestinian People (Associazione Benefica Di Solidarietà con il Popolo Palestinese – ABSPP), suspected of being a Hamas front organization.

49

PEC-WAMY001147

## Appendix E (1)

**Breakdown of monthly payments to the Bethlehem Orphan Care Society made by various bodies, among them IRFAN - Original Document**



50



**Appendix D**

**Transfer of funds from the Al-Aqsa Charitable Foundation and its various branches to the Orphan Care Society in Bethlehem, a Hamas institution responsible, among other things, for raising funds for the terrorist-supportive infrastructure.**

**Characteristics of the Orphan Care Society**

- The Orphan Care Society is a Hamas institution in Bethlehem that was established in 1997. Alongside its extensive humanitarian activity, the society comprises part of Hamas' terrorist-supportive infrastructure and serves the movement as a channel for raising funds. The heads of the society are well-known Hamas activists and the society works in cooperation with additional Hamas institutions in the West Bank, such as the Hebron Islamic Charitable Society. Being a Hamas institution, it was declared an illegal organization in Israel in 2002.

PEC-WAMY001176

* A seized document captured in the Palestinian Preventive Security headquarters in the course of Operation Defensive Shield (April 2002) outlines the Hamas institutions in the Bethlehem area (a copy of the document appears below). In that document, Lt. Col. Majdi al-Atari notes that the Orphan Care Society tends to the needs of orphans as well as of children of martyrs and detained Hamas members. The governing board of the society, according to that document, is composed entirely of Hamas activists in Bethlehem, prominent among whom is Dr. Ghassan Harmas, considered to be the Hamas political leader in Bethlehem.

* Dr. Ghassan 'Issa Mahmoud Harmas, also known as Abu Tayyib, is the director of the Orphan Care Society and the top figure among the Hamas leadership in Bethlehem. Born in 1956, he is a resident of Bethlehem, holds a university degree (Islamic Law) and serves as a lecturer of Islamic Law. One of those deported to the Lebanese border town of Marj al-Zuhoor, he was arrested in the past (2002) by the Israeli security forces and was released. He continues to direct the society to this day.



### The funding of the Orphan Care Society

* The society is generously funded by radical Islamic foundations and Hamas' designated foundations abroad, and it is considered to be the most financially well-off association in Bethlehem. According to seized documents (from 2002 and 2004), the society receives financial assistance from the Union of Good and Hamas' goal-oriented foundations, including the British INTERPAL fund and the Al-Aqsa Charitable Foundation in Germany, Holland, Belgium and Denmark. In addition, according to the seized documents, the society received financial assistance from radical Islamic foundations such as Saudi Arabia's WAMY.

## Seized documents on the relations of the Al-Aqsa Charitable Foundation and its various branches with the Orphan Care Society in Bethlehem

### Document no. 1

**A request made by the head of the Al-Aqsa Charitable Foundation in Germany to the Orphan Care Society to send the Belgium office a list of the orphans who receive support funds from the foundation—translatio**

Our brothers in the Orphan Care Society, Bethlehem
May Allah keep them and his mercy be upon them
[Greetings]

Subject: Orphans' support funds allocation for the year 2002

You are well aware of the situation of the Al-Aqsa Charitable Foundation in Germany. It has been closed down with all its property confiscated. The appeal over this decision is currently underway in the German court and we plead Allah to restore the situation to its former state.

In order to continue to do so [i.e. restoring the situation to its former state], I ask you to report to us on the conclusions recently reached on the matter of the orphans' support funds for the year 2002, of which you were informed in writing. In addition, I ask you to send a list of the orphans who receive support funds from the institution, with the following items:

Name of orphan
Date of birth
Cause of parent's death according to the death certificate[10]
[Name of the] family provider

PEC-WAMY001177

This could help in the proceedings of the trial and provide evidence as to how unfounded the accusations directed against the institution are. Please send us the list by e-mail to al-aqsa@skynet.be, the address of the Al-Aqsa Charitable Foundation in Belgium[11]. Please send the original copy by mail to the following address:

El-Hajjaji Mohamed
Rue des Sorbiers 89
4800 Verviors
Belgium

[Regards,]

Your brother,
Mahmoud Amru [director of the Al-Aqsa Charitable Foundation branch in Germany]

---

10. The cause of the parent's death makes it possible to tell whether the child in question is the child of a martyr who died in the course of the violent confrontation with Israel, or an "ordinary" orphan.

11. Owing to the ban on the foundation's activity in Germany, it maintained its correspondence through the Belgium branch.

PEC-WAMY001178

Appendix B (9)

## Al-Islah Charitable Society,[21] Bethlehem branch: part of the terrorism-supporting apparatus

21. The exact translation of the Society's names is Al-Islah Social Charitable Society. However, the translation appearing on its emblem, for unknown reasons, is Al-Aqsa Social Reconciliation Committee .

### Overview

- The following document was found in the files of the Bethlehem branch of Al-Islah Charitable Society. It deals with the gift of $100 presented by the Society to the families of *shaheeds* on the occasion of Eid al-Fitr [the three-day holiday ending the Muslim holy month of Ramadan], 2001.

- A random examination of the names indicates that the families are those of terrorist-operatives who died during the ongoing violent Palestinian-Israeli confrontation, some of them important figures, from all the leading Palestinian terrorist organizations: Hamas, Fatah and the Palestinian Islamic Jihad. The money was given to them by the Saudi Arabian-based World Assembly of Muslim Youth (WAMY) charitable organization (previously mentioned) in collaboration with Interpal.

- A Palestinian Preventive Security report mentions the Al-Islah Charitable Society on its list of Hamas institutions as active in the Bethlehem area and as receiving contributions from abroad [See Appendix F(1)].

PEC-WAMY001256

**Appendix B (9)**

**Original Document**

PEC-WAMY001257

**Appendix A (12)**

**Document No 12**

**Original Document**

بسم الله الرحمن الرحيم

لجنة الزكاة والصدقات برام الله البيرة واللواء

**المؤسسات الكافلة**

| ملاحظات | العنوان | اسم المؤسسة | الرقم |
|---|---|---|---|
| | رام الله | الكيانات الداخلية | 1 |
| | عمان | لجنة المناصرة الخيرية | 2 |
| | الدوحة | جمعية قطر الخيرية | 3 |
| | الكويت | لجنة المناصرة الخيرية الكويتية | 4 |
| | السلطة الشرقية | هيئة الإغاثة الشرقية | 5 |
| | انســدلا | الصندوق الفلسطيني / الانترناك | 6 |
| | بلجيكا | مؤسسة الاقصى الخيرية | 7 |
| | أمريكا | مؤسسة الأرض المقدسة للإغاثة | 8 |
| | الامارات | هيئة الأعمال الخيرية | 9 |
| | ايطاليا | لجنة فلسطين الخيرية | 10 |
| | فرنسا | لجنة فلسطين الخيرية | 11 |
| | كفر قاسم | الهيئة الاسلامية لاغاثة الايتام | 12 |
| | الناصرة | لجنة الإغاثة الانسانية | 13 |
| | الرياض | الندوة العالمية للشباب الاسلامي | 14 |
| | | | 15 |
| | | | 16 |
| | | | 17 |

**Appendix B**

**Interpal transfer of contributions to the designated Hamas-affiliated Al-Islah Charitable Society,[1] both the Ramallah-Al-Bireh and Bethlehem branches – another test case examining Interpal's connections with one of Hamas' leading institutions in the PA-administered territories.**

1. *Jam'iyyat al-Islah al-Khayriyyah al-ijtima'iyyah* in Arabic, Al-Islah Charitable Social Society, henceforth Al-Islah Charitable Society.

### Overview

• Al-Islah Charitable Society, which was founded as a Muslim Brotherhood society in 1984, is one of Hamas' largest and most important charitable societies on the West Bank. It has a number of branch offices, the most prominent of which is in Ramallah. In addition to its wide range of social activities, it is involved in supporting terrorism; it regularly transfers money to the families of Hamas *shaheeds* and prisoners and to Hamas terrorist operatives. It aids in renovating houses razed by Israeli forces, especially those belonging to families of Hamas terrorists who died as a result of their activities against Israel, particularly suicide bombers.[2]

2. For example, the house of Muhyel al-Din Sharif, who until his death was number one on Israel's list of wanted Hamas terrorists in the West Bank. During Operation Defensive Shield (April 2002) Israeli forces found documents in the Society's offices relating to the cost of renovating houses destroyed by the Israeli army. Almost all of them belonged to high-ranking Hamas terrorists.

Appendix C (8)

### Interpal transfers of funds to the Bani Naim branch of the Islamic Charitable Society - Hebron, affiliated with Hamas

- The Islamic Charitable Society in Bani Naim is a branch of the Islamic Charitable Society - Hebron. It was founded in 1990 and headed by Nuh Muhammad Mahmoud Mounasara, a veteran Hamas activist and one of those deported to Lebanon in December 1992. The Society has dozens of employees and manages two centers for Qur'an memorization (one for boys, one for girls), an orphanage and an elementary school. The Society was outlawed by Israel in 2002.

- The Society is supported by a number of funds and foundations in the West, Saudi Arabia and the Gulf States, among them designated Hamas-affiliated organizations: Interpal in Britain, Al-Aqsa Fund in Germany and CBSP in France, all of which were outlawed in 1997 and declared terrorist organizations in 1998.

- The following two documents deal with the transfer of L8,400 to the Arab Bank account of the Bani Naim Charitable Society by Interpal (March 22, 2003). The money was earmarked for the WAMY-sponsored orphanage, where, as in other Hamas-operated orphanages, the children are indoctrinated with hatred and incitement to terrorism (See below).

Appendix C (8)

**Transfer of funds by Interpal to the Bani Naim branch of the Hamas-affiliated Islamic Charitable Society - Hebron**



A receipt form for the transfer of L8,400 by Interpal to the Arab Bank account of the Bani Naim Charitable Society. The document was found in Hebron on August 7, 2004.

PEC-WAMY001275

NatWest

PAYMENT DEBIT ADVICE

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW8 3RW

Our ref: IACCIY000417210
Your ref: BTR 2003 91
Date: 20th February 2003

We confirm having remitted the following Standard transfer.

Amount debited:   GBP 8,400.00
From account:   60027-95142943
Amount sent:   GBP 8,396.00

Debit date: 20th February 2003

In favour of:
BANI NAIM CHARITABLE SOCIETY

Beneficiary bank:
ARAB BANK PLC
SALAM STREET
HEBRON PALESTINE

Beneficiary account number:
7318318510

Payment details:
SPONSOR AN ORPHAN/NEEDY CHILD PROG

Ordered by:
PALESTINIANS DEV FUND INTERPAL

Transactional information:

Remmitted amount:    GBP 8,400.00

Rate:
Currency exchange contract:

NWB commission charges:      0.00
Agent banks charges:       0.00

This advice alone is not confirmation of receipt of the funds by the beneficiary and Bank does not accept any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the information.

NatWest Bank PLC

A receipt for the L8,400 transferred to the Arab Bank account of the Bani Naim Charitable Society by Interpal.

PEC-WAMY001276