# EXHIBIT 41

[logo]  **Eetelaf Al-Khair [Union of Good]**
Campaign of Solidarity and Security to Ease the Siege
on the Palestinian People and Support its Steadfastness

---

No.: 581/KH.M./2002
Date: 04/22/1423 A.H.
Corresponding to: 07/03/2002 A.D.

His Excellency the Esteemed / Dr. Saad Bin Saeed Al-Humaidi          May Allah protect him
The Assistant Secretary General of the World Assembly of Muslim Youth / Southern District

Peace be upon you and Allah's mercy and blessings…

I hope you are as well as God likes and wishes… Furthermore:
On behalf of Eetelaf Al-Khair [Union of Good], we are pleased to express our immense gratitude and deep appreciation for the support and assistance that Your Excellency provides in the Land of Isra' [i.e. Palestine]. We also thank you for your kind and rapid responsiveness and attention to the projects that serve the children of the Occupied Territories. We appreciate your generous decision to approve the project to install a complete village at a total cost of (US$141,000). We ask the Almighty to bless this Assembly and those who oversee it. With respect to the entity approved to oversee this project, we hereby inform Your Excellency that the Human Relief Foundation headed by Sheikh Raed Salah will handle implementation of this project. Allah willing, we will provide you very soon with the project's engineering plans, all of the detailed reports about the financial sums and how they are disbursed, along with documentation, copies of the invoices, and a videotape of the project.

| Human Relief Foundation / Umm Al-Fahm, Palestine | Head of the Organization Sheikh Raed Salah | Email: aligatha@hotmail.com | Account No.: Arab Bank / Al-Ram Branch 457896/1 |
|---|---|---|---|

[stamp:] World Assembly of Muslim Youth
         Southern District Office
         Receipt No.: *294/23*
         Date: *4/27/1423 A.H.*
              [07/07/2002 A.D.]
                            May Allah reward you generously…

                                        Dr. Jabad Swailim
                                         [signature]
                              Assistant Chief Executive Officer / Jeddah
*With greetings to the Secretary of the Youth Committee*
*Palestine. Please provide what you have.*
         [signature] *4/27/1423 A.H.* [07/07/2002 A.D.]

Original: General File
Copy to the Marketing Projects
Copy to File 47

---

Tel: 00966-2-6641637 – Fax: 00966-2-6659128 – Email: eetelaf@yahoo.com

CONFIDENTIAL                                                                                          WAMYSA190249



# ائتلاف الخير

حملة التضامن والأمن لتخفيف الحصار عن الشعب الفلسطيني ودعم صموده

الرقم: ٦٨١/خ م/٢٠٠٣
التاريخ: ٢٢/٠٤/١٤٢٣هـ
الموافق: ٠٣/٠٧/٢٠٠٢م

سعادة الأخ الفاضل/ الدكتور.. سعد بن سعيد الحميدي                 حفظه الله

الأمين العام المساعد للندوة العالمية للشباب الإسلامي/المنطقة الجنوبية

السلام عليكم ورحمة الله وبركاته

آملاً أن تكونوا على خير ما تحب ربنا وترضى ..... وبعد

يسرنا باسم ائتلاف الخير أن نتقدم إلى سعادتكم بالشكر الجزيل وعظيم الامتنان نحو الكريم الذي تقدمون لدعم ومساعدة إخوانكم في أرض الإسراء، ونشكر لكم مبادرتكم الطيبة وسرعة استجابتكم واهتمامكم بالمشاريع التي تقدم أبناء الأرض المحتلة، ونثمن لكم قراركم الكريم باعتماد مشروع تثبيت قرية كاملة بتكلفة إجمالية ($151,000) سائلين المولى عز وجل أن يبارك في الندوة والقائمين عليها. وفيما يخص الجهة المعتمدة للإشراف على هذا المشروع نفيد سعادتكم بأن مؤسسة الإغاثة الإنسانية التي يرأسها الشيخ/ رائد صلاح ستتولى تنفيذ هذا المشروع. وسنوافيكم قريباً بأذن الله مخططات المشروع الهندسية وجميع التقارير المفصلة عن المبالغ المالية وأوجه صرفها بالمستندات والصور مع الفواتير بالإضافة إلى شريط مصور بالفيديو عن المشروع.

| رقم الحساب | e-mail | رئيس المؤسسة | مؤسسة الإغاثة الإنسانية/أم |
| --- | --- | --- | --- |
| البنك العربي/فرع رام الله ٤٥٧٨٩٦/١ | aligatha@hotmail.com | الشيخ/رائد صلاح | الفحم لفلسطين |

وجزاكم الله عنا كل الخير

د. جاد سويلم
المدير التنفيذي المساعد /جدة

الندوة العالمية للشباب الإسلامي
مكتب المنطقة الجنوبية
رقم الوارد: ٢٩٤/٢/٣
التاريخ: ٧/٤/١٤٢٣هـ

الأصل للمصدر العام
صورة لمشاريع للتسويق
صورة لملف ٤٨

هاتف: 00966-2-6641637  فاكس: 00966-2-6659128  البريد الإلكتروني: corelaf@yahoo.com

CONFIDENTIAL                                              WAMYSA190249

In the Name of Allah, the Beneficent, the Merciful

**Abdulaziz & Mohammed Abdullah Aljomaih Co.**   [logo]

**General Partnership – C.R. 1010000734**

No.: 36/93/*8068*
Date: 06/05/1414 [A.H.]
Corresponding to: 11/18/1993 [A.D.]

His Excellency the Secretary General of the World Assembly of Muslim Youth – in Riyadh
The esteemed Dr. Mane' Bin Hamad Al-Jahni

Peace be upon you and Allah's mercy and blessings…
This is in reference to your Letter No. 1419, dated 02/19/1414 A.H. [08/07/1993 A.D.] concerning the Islamic Society in Gaza, Palestine, wherein you indicate that it is engaged in various charity and social activities and is in need of support.
We are happy to attach for you hereto Check No. 52983, dated 06/04/1414 [A.H.] corresponding to 11/17/1993 A.D., for a sum of (75,000) seventy five thousand riyals corresponding to (20,000) twenty thousand dollars, drawn to the order of the Assembly on the National Commercial Bank, as assistance from our company to the aforementioned Society.
Kindly confirm receipt… Allah is the source of success.
Peace be upon you and Allah's mercy and blessings…

**Abdulaziz & Mohammed Abdullah Aljomaih Co.**

[signature]

*Accounts Dept. with* [illegible]
   [signature]                                        *674*
   *6/7/1414 A.H.* [11/20/1993 A.D.]

A.H.        [stamp:] World Assembly of Muslim Youth
                    General Secretariat
                    Receipt No.: *4026*
                    Date: *6/7/1414 A.H.* [11/20/1993 A.D.]

Head Office – Riyadh – Kingdom of Saudi Arabia
P.O. Box 132, Postal Code: 11411, Tel: 4788811, Fax: 4774038,
Arabic Telex: 400143 Jomaih – Foreign Telex: 401023 SJ
Cable: Aljomaih - Chamber of Commerce Membership No.: 44
Branches: Jeddah – Dammam – Buraida – Sharqa - Hail

WAMYSA167861

بسم الله الرحمن الرحيم

*Abdulaziz & Mohammed A. Aljomaih Co.*

General Partnership — C. R. 1010000734



شركة عبد العزيز ومحمد العبدالله الجميح

شركة تضامن — س.ت ١٠١٠٠٠٠٧٣٤

٨٠٦٨

الرقـــم : ٩٣/٣٦/
التاريخ : ٥ / ٦ / ١٤١٤
الموافق : ١٨ / ١١ / ١٩٩٣

سعادة الأمين العام للندوة العالمية للشباب الإسلامي — بالرياض
الأخ الدكتور / مانع بن حماد الجهني         الموقــر

السلام عليكم ورحمة الله وبركاته ،،

اشارة لخطابكم رقم ١٤١٩ وتاريخ ١٤١٤/٢/١٩هـ عن الجمعية الإسلامية في قطاع غزة بفلسطين وأنها تقوم بنشاطات خيرية واجتماعية متعددة وهي بحاجة للدعم .

يسرنا أن نرفق لكم بطيه شيك رقم ٥٢٩٨٣ وتاريخ ١٤١٤/٦/٤ الموافق ١٩٩٣/١١/١٧م بمبلغ خمسة وسبعون ألف ريال (٧٥٠٠٠) يعادل لمبلغ عشرون ألف دولار (٢٠٠٠٠) سحبنا لأمر الندوة على البنك الأهلي التجاري مساعدة من شركتنا للجمعية المذكورة أعلاه .

نأمل افادتنا بالاستلام ،، والله الموفق ،،
والسلام عليكم ورحمة الله وبركاته ،،،

شركة عبد العزيز ومحمد العبدالله الجميح

HEAD OFFICE - RIYADH - SAUDI ARABIA
P.O. Box 132 Postal Code 11411. Tel. 4788811 - Fax 4774038 Telex 401023 JOMH SJ -
Cable: Aljomaih Chamber of Commerce Membership No. 44
Branches: Jeddah - Dammam - Buraida - Shaqra - Hail.

المركز الرئيسي - الرياض - المملكة العربية السعودية

WAMYSA167861

FROM : AL'AQSA,SCHOOLS,& KG    FAX NO. : 082050620    Jan. 07 2003 11:03AM P1

In the Name of Allah, the Beneficent, the Merciful

**Al-Mujamma Al-Islami – Gaza**  [logo] [illegible]
Religious * Social * Cultural * Sports * Health    Al-Mujamma Al-Islami

**Receipt Voucher**

~~Shekel~~    [illegible]
*Dollars*    No. 24947
*$10,000*    ---

I received from Messrs. /    *World Assembly of Muslim Youth – Riyadh*
A sum of:    *Ten thousand US dollars only*
For the:    *Backpack project*
In cash *transfer* or via check no. _____ drawn on the *Arab* Bank at _____
Type of currency:    *US dollar*    Amount: _____
Date: *11/30/2002 A.D.*    Corresponding to: *Ramadan 25, 1423 A.H.*

**Recipient's signature**    **Payer's signature**
[signature]
[seal]: [illegible]
Al-Mujamma Al-Islami

Main Office: Tel: 2847955 – 2824679 – Fax: 2866484 – Islah Branch in Shaja'eya: Tel: 2820144 – P.O. Box: 282

CONFIDENTIAL    WAMYSA189391

بسم الله الرحمن الرحيم

المجمع الإسلامي - غزة

ديني • اجتماعي • ثقافي • رياضي • صحي

إيصال قبض

NO 24947

وصلني من السيد/ة: ..................................................
مبلغاً وقدره: ..................................................
وذلك عن: ..................................................
نقداً .......... أو بشيك رقم .......... على بنك ..........
نوع العملة .......... مبلغها ..........
التاريخ: .......... / .......... / .......... م
الموافق: .......... / .......... / 1423 هـ
التوقيع بالاستلام
توقيع الدافع

المقر الرئيسي : ت/ 2847955 - 2824679 تلفاكس 2866484 / فرع الإصلاح بالشجاعية ت/ 2820144 . ص.ب 282

CONFIDENTIAL

WAMYSA189391