# EXHIBIT 42

[logo]

"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**
**Palestinian Youth Committee**

**World Assembly of Muslim Youth**
**Palestine Commettee [sic]**

## Journal Voucher

No. ____277____                                      Date: *8/29/2000*

| | Total | | Partial | Description | Account No. |
|---|---|---|---|---|---|
| | Debit | Credit | | | |
| | | | | *From the aforementioned* | |
| | *30,000* | | | *Mosque of the late Mohammed Swailim Al-Sharif* | |
| | *5,000* | | | *Dar Al-Quran Al-Karim Wal Sunnah* | |
| | *2,000* | | | *Expenses (Zakat and aid)* | |
| | *3,000* | | | *Expenses (Zakat – Umrah – Dar Al-Quran Wal Sunnah)* | |
| | | *41,000* | | *To the account at Al-Rajhi Bank* | |
| | / | / | | | |
| | / | / | | | |
| | / | / | | | |
| | / | / | | | |
| | / | / | | | |
| | / | / | | | |
| | / | / | | | |
| | / | / | | | |
| | / | / | | | |
| | / | / | | | |
| | *41,000* | *41,000* | | *Forty one thousand riyals only* | |

Prepared by: ____[illegible]_____

P.O. Box: 10845, Riyadh 11443, Kingdom of Saudi Arabia
Cable: Islamiyah Riyadh
Tel: (10) 4641663 – 4641669, Direct and Fax: 4624555
Telex: 200413 – 205220 Islami SJ

P.O BOX : 10845 ,Riyadh 11443, Saudi Arabia
Cable : Islamiyah  Riyadh
Tel : 00116411663 - 4641669 & Fax : 1624555
Te : 202111 - 205220 Islami SJ

WAMYSA341490

| Customer Advise for Banking Transaction(s) | [logo] Al-Rajehi Banking & Investment Corp. |
|---|---|

27900 – AL–Thialtheen – Olleye          32108037     Cash 7              29/08/00    44

## Transaction Summary

### 1. CURRENT ACCOUNT SUMMARY

| Account number | Description | |
|---|---|---|
| 27900-001-0006080666 33/1 | 324 – USD 10,906.80 – 29/8/2000 – SAR 40,955.02 – | World Assembly – Palestinian Youth Committee |
| 27900-001-0006080666 33/1 | 90S – SAR 45.00 – 29/8/2000 – SAR 45.00 – قطعة الجملة | World Assembly – Palestinian Youth Committee |

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
|---|---|
| 324 | Foreign Payments Order – USD 10,906.80 |
| | Payment order of USD 10,906.80 debiting SAR 40,955.02 – AL–Thialtheen – Olleye – Current Account (CR) |
| | Payment Order USD 10,906.80 equivalent SAR 40,955.02 exchange rate used 3.754999 |
| | Remitter WAMY |
| | Beneficiary DAAR AL QUR'AN AL KAREEM WO ALSANA    10188.5.500 |
| | Correspondent Arab Bank Jordan  0111/099126-0910 |
| | Reference number: 6600000038 BESCC: 0 |
| 90S | Foreign Payment Order Fees – SAR 45.00 |
| | Payment order of SAR 45.00 debiting AL–Thialtheen – Olleye – Current Account (CR) – 0006080666331 |

TELLER'S SIGNATURE

Teller's Signature

Branch Stamp

BRANCH STAMP            [stamp: illegible]            Total Amount            SAR 41,000.02

Page 1 of 1

Transaction time:  29/05/00 07:59:13PM

Form No. 51/T

WAMYSA341491            Form No. 51/T

| Money Transfer / Draft Request | [logo] Al-Rajehi Banking & Investment Corp. |
|---|---|
| Customer's Name: *World Assembly of Muslim Youth – Palestinian Youth Committee*<br>Account No.: _____ 66633/1 _____<br>Account Holding Branch: _____ 279 _____ | Branch: _____ 279 _____<br>Date: _____ 8/21/2000 A.D. _____<br>Bank Draft        [ ]<br>Telex/Swift Transfer   [X]<br>[ ] Cash                    [X] Debit my account |

| Remitter's Complete Information: | Amount in words | Currency | Amount |
|---|---|---|---|
| Name:_____<br>ID No.: _____<br>Place of Issue: _____<br>Date of Issue: _____<br>Nationality: _____<br>Telephone No.: _____<br>Sponsor's Name and Address:<br><br>_____<br>_____ | *The equivalent of forty one thousand riyals #41,000#* | *Dollars* | |

Beneficiary's Name: *Dar Al-Quran Al-Karim Wal Sunnah - Gaza*
Nationality: _____
ID Type & No.: _____
Address: _____ *Gaza Governorate – Al-Nasr Neighborhood* _____
City: _____
Country: _____
Telephone No.: _____ 07/2874779 _____
Account No.: _____ 10188/5/500 _____
Beneficiary Bank: *Arab Bank*
Branch Name and Address: *Gaza Branch*

I/We confirm the accuracy of the details set forth in this form. I/We exempt Al-Rajhi Banking & Investment Corp. from any losses incurred as a result of machine and/or transmission line failure and from any errors and/or misunderstanding by the third party.

I approve deduction of any amounts from the transfer value as a commission or other expenses owed to any party in relation to this transfer.

*On his behalf* _____ [signature] _____
Customer's Signature

[stamp:]
Secretary General of the World Assembly of Muslim Youth
Dr. Mane' Hammad Al-Jahni

Form 21/T

Message to the beneficiary at the correspondent, not to exceed 70 characters (for express transfer only)

*30,000     Mosque of the Late Mohammed Swailim Al-Sharif*
*8,000       Dar Al-Quran Al-Karim Wal Sunnah*
*3,000       Anwar Shehata Nassar*

For Bank's Use Only

Correspondent Bank _____

* Please debit the draft/transfer amount and any charges resulting from this request from my aforementioned account.

Notice: Please read the guidelines on the back of the form before filling it out.

Form No. 21/T

[signature]
*5/23/1421 A.H.* [08/01/2002 A.D.]

WAMYSA341492



**World Assembly of Muslim Youth**
Palestine Commetee

الندوة العالمية للشباب الإسلامي
لجنة شباب فلسطين

سند قيد

## Journal Voucher

Date التاريخ ٩/٨/١٤٠٩

No — ٧٧ — الرقم

| مرجع الحساب A/C NO | البيان Description | جزئي Partial | الإجمالي | |
|---|---|---|---|---|
| | | | دائن | مدين |
| | من حساب الصرف | | | ٣٠٠٠ |
| | سهم الدعوة محمد سليم زكرية | | | ٥٠٠ |
| | جمعية القرآن الكريم وأهله | | | ٢٠٠ |
| | المصاريف (زكاة مال مساعدة بالع) | | | ٣٠٠ |
| | المصاريف (زكاة مال وأهله لعمرة - الرئيس وأهله) | | | |
| | إلى ح/ بنك الراجحي | | ٤١٠٠ | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | فقط: ــ أربعة وأربعون ألف ريال لا غير | | ٤١٠٠ | ٤١٠٠ |

أعدها : ــ إبراهيم ــ

P.O BOX : 10815 .Riyadh 11443 , Saudi Arabia
Cable : Islamiyah  Riyadh
Tel : 4011611663 - 4611669 & Fax : 1624555
Tlx : 203111 - 205220 Islami  SJ

ص . ب : ١٠٨١٥ الرياض ١١٤٤٣ المملكة العربية السعودية
برقياً : إسلامية الرياض
هاتف : ٤٦١١٦٦٣ - ٤٦١١٦٦٩ (١٠) رقم عاشر رقاكس ١٦٢٤٥٥٥
تلكس : ٢٠٣١١١ - ٢٠٥٢٢٠ إسلامي إس جي

WAMYSA341490



إشعار العميل لعملية/عمليات مصرفية
**CUSTOMER ADVISE FOR BANKING TRANSACTION(S)**

شركة الراجحي المصرفية للإستثمار
**AL RAJHI BANKING & INVESTMENT CORP.**

| 27000 – AL-Thlatheen – Olleya | 32108937 | Cash 7 | | 29/08/00 | 44 |
|---|---|---|---|---|---|

## Transaction Summary

### 1. CURRENT ACCOUNT SUMMARY

| Account number | Description |
|---|---|
| 27900-001-0006080666 33/1 | 324 – USD 10,906.80 – 29/8/2000 – SAR 40,955.02 – الندوة العالمية لجنة شباب فلسطين |
| 27900-001-0006080666 33/1 | 908 – SAR 45.00 – 29/8/2000 – SAR 45.00 – الندوة العالمية لجنة شباب فلسطين |

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
|---|---|
| 324 | Foreign Payments Order – USD 10,906.80<br>  Payment order of USD 10,906.80 debiting SAR 40,955.02 – AL-Thlatheen – Olleya – Current Account (CR)<br>    Payment Order USD 10,906.80 equivalent SAR 40,955.02 exchange rate used 3.754999<br>      Remitter WAMY<br>      Beneficiary  DAAR AL QURAN AL KAREEM WO ALSANA    10188.5.500<br>      Correspondent Arab Bank Jordan  0111/099126-0910<br>      Reference number: 00000000038 BESCC: 0 |
| 908 | Foreign Payment Order Fees – SAR 45.00<br>  Payment order of SAR 45.00 debiting AL-Thlatheen – Olleya – Current Account (CR) – 0006080666331 |

TELLER'S SIGNITURE                                    توقيع الصراف

BRANCH STAMP                                           ختم الفرع    Total amount    SAR 41,000.02

Transaction time:  29/08/00 07:59:12PM

Form No. 51/T

WAMYSA341491

طلب إصدار شيك مصرفي/ حوالة
**MONEY TRANSFER/DRAFT REQUEST**

شركة الراجحي المصرفية للاستثمار
**AL RAJHI BANKING & INVESTMENT CORP.**

Branch : الفرع :   ٢٧٩

Date : التاريخ :   ٢٣/ ١٢/ ١٨/ ١٤

اسم العميل ، الفرقة العالمية للإنسان والإسلام جمعية شباب مسلمين — Customer Name

Account No.   ٦٦٦٢٢ /١   رقم الحساب

Account Holding Branch   ٢٧٩   الفرع المفتوح فيه الحساب :

☐ Bank Draft   إصدار شيك مصرفي
☑ Telex/Swift Transfer   إصدار حوالة
☑ Debit my account*   خصماً من حسابي*
○ Cash   نقداً

تكتب البيانات الشخصية للمحول :
Complete remitter's data :

| | |
|---|---|
| Name: | الاسم : |
| I.D. No. | رقم الهوية : |
| Place of Issue | مكان الإصدار : |
| Date of Issue | تاريخ الإصدار : |
| Nationality | الجنسية : |
| Telephone No. | رقم الهاتف : |
| Sponsor's Name & Address | اسم وعنوان الكفيل : |

| المبلغ Amount | العملة Currency | Amount in Words المبلغ بالحروف |
|---|---|---|
| | دولار | مائة وأربعون وأربعمائة ألف ريال ٤٤٠،١٠٠ |

Beneficiary Name:   دار القرآن الكريم والسنة ـ غزة   اسم المستفيد :
Nationality:   الجنسية :
I.D. Type & No.:   نوع ورقم الهوية :
Address:   جامعة غزة ـ حي النصر   العنوان :
City:   المدينة :
Country:   البلد :
Telephone No.   ٧/ ٢٨٧٤٧٧٩   رقم الهاتف :
Account No.   ١٠١٨٨/٥/٥٠٠   رقم الحساب :
Beneficiary Bank:   البنك العربي   بنك المستفيد :
Branch Name & Address:   فرع غزة   اسم الفرع وعنوانه :

أنا / نحن نصادق على صحة البيانات الموضحة في هذا النموذج وأنا / نحن
نعفي شركة الراجحي المصرفية للاستثمار من أي خسارة
ناتجة بسبب عمل في الأجهزة أو / و خطوط الإرسال ومن أي خطأ و/ او
سوء فهم من الطرف الثالث.

I/We confirm the accuracy of the details quoted on this form.
I/We exempt Al Rajhi Banking & Investment Corp. from any losses
incurred as a result of machine and/or transmission line failure
and from any errors and/or misunderstanding by the third party.

رسالة للمستفيد لدى المراسل لا تزيد عن ٧٠ حرفاً. (خاص بالحوالات العاجلة فقط)
Message to beneficiary with the correspondent not exceeding 70 characters.
(for express transfer only)

بسم الله الرحمن الرحيم لشركة   ٣،٠٠٠
دار القرآن الكريم والسنة   ٨٠٠
أبو شحادة نصار   ٢،٠٠٠

أوافق على خصم أي استقطاعات من قيمة الحوالة من عمولة أو مصاريف أخرى
تستحق لأية جهة بسبب هذه الحوالة.

I approve deduction of any amounts from the transfer value (as commissions
or charges or others) due to any party in relation to this transfer.

**For Bank's Use Only**   لاستخدام البنك فقط
Correspondent Bank:   البنك المراسل :

Customer's Signature   توقيع العميل

Notice: Please read guidelines on reverse of form
before completion of details

Form No. 21/T

* Please debit my account with the draft/transfer
amount and any charges resulting from this
request.

* نرجو خصم قيمة الشيك/ الحوالة وأيضاً أي مصاريف أخرى
تترتب على هذا الطلب من حسابي الموضح أعلاه.

تنبيه : الرجاء قراءة الإرشادات على ظهر النموذج
قبل البدء في إكمال بياناته

نموذج رقم ٢١ /ت

WAMYSA341492

[logo]

"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth
Palestinian Youth Committee**

**World Assembly of Muslim Youth
Palestine Commettee [sic]**

## Journal Voucher

No.   _274_                                                Date: *8/29/2000*

|  | Total | | Partial | Description | Account No. |
|---|---|---|---|---|---|
|  | Debit | Credit |  |  |  |
|  | *6,000* |  |  | *From the account of Mr.* [illegible] |  |
|  |  | *6,000* |  | *To the account at Al-Rajhi Bank* |  |
|  | / | / |  |  |  |
|  | / | / |  | *To the benefit of the Quran centers* |  |
|  | / | / |  | *affiliated with Al-Salah Islamic Society* |  |
|  | / | / |  | *- Deir Al-Balah* |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | *6,000* | *6,000* |  | *Six thousand riyals only* |  |

Prepared by:   _____[illegible]_____

P.O. Box: 10845, Riyadh 11443, Kingdom of Saudi Arabia
Cable: Islamiyah Riyadh
Tel: (10) 4641663 – 4641669, Direct and Fax: 4624555
Telex: 200413 – 205220 Islami SJ

P.O BOX : 10845 :Riyadh 11443, Saudi Arabia
Cable : Islamiyah Riyadh
Tel : (01)1611663 – 4611669 & Fax : 1624555
Ilx :202111 – 205220 Islami SJ

WAMYSA341503

| **Customer Advise for Banking Transaction(s)** | [logo] Al-Rajehi Banking & Investment Corp. |
|---|---|

| 27900 – AL–Thietheen – Olleya | 32108937 | Cash  7 | 29/08/00 | 45 |
|---|---|---|---|---|

## Transaction Summary

### 1. CURRENT ACCOUNT SUMMARY

| Account number | Description | |
|---|---|---|
| 27900-001-0006080666 33/1 | 324 – USD 1,585.90 – 29/8/2000 – SAR 5,955.05 – 0 | World Assembly – Palestinian Youth Committee |
| 27900-001-0006080666 33/1 | 908 – SAR 45.00 – 29/8/2000 – SAR 45.00 – الملف | World Assembly – Palestinian Youth Committee |

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
|---|---|
| 324 | Foreign Payments Order – USD 1,585.90<br>Payment order of USD 1,585.90 debiting SAR 5,955.05 – AL–Thietheen – Olleya – Current Account (CR)<br>Payment Order USD 1,585.90 equivalent SAR 5,955.05 exchange rate used 3.754999<br>Remitter WAMY<br>Beneficiary  JAMIATH ALSALAH ALISLAMIA     9500.5600.6<br>Correspondent Arab Bank Jorden  0111/099126-0910<br>Reference number: 00000000039 BESCC: 0 |
| 908 | Foreign Payment Order Fees – SAR 45.00<br>Payment order of SAR 45.00 debiting AL–Thietheen – Olleya – Current Account (CR) –<br>0006080666331 |

TELLER'S SIGNATURE

[stamp: illegible]

BRANCH STAMP

Teller's Signature

Branch Stamp

Total  المبلغ                          SAR 6,000.05

Page  1 of  1

Transaction time:  29/08/00 08:04+14PM

Form No. 51/T

WAMYSA341504    Form No. 51/T

| **Money Transfer / Draft Request** | [logo] Al-Rajehi Banking & Investment Corp. |
|---|---|
| Customer's Name: *World Assembly of Muslim Youth – Palestinian Youth Committee*<br>Account No.: _____ *66633/1* _____<br>Account Holding Branch: _____ *279* _____ | Branch: _____ *279* _____<br>Date: _____ *8/21/2000 A.D.* _____<br>Bank Draft          [ ]<br>Telex/Swift Transfer   [X]<br>[ ] Cash                    [X] Debit my account |

| Remitter's Complete Information: | Amount in words | Currency | Amount |
|---|---|---|---|
| Name: _____<br>ID No.: _____<br>Place of Issue: _____<br>Date of Issue: _____<br>Nationality: _____<br>Telephone No.: _____<br>Sponsor's Name and Address:<br><br>_____<br>_____ | *The equivalent of six thousand riyals #6,000#* | *Dollars* | |

Beneficiary's Name: *Al-Salah Islamic Society* _____
Nationality: _____
ID Type & No.: _____
Address: _____ *Deir Al-Balah – Gaza - Palestine* _____
City: _____
Country: _____
Telephone No.: _____ *(07) 2531081* _____
Account No.: _____ *9500-5600-6* _____
Beneficiary Bank: *Arab Bank*
Branch Name and Address: *Gaza Branch*

I/We confirm the accuracy of the details set forth in this form. I/We exempt Al-Rajhi Banking & Investment Corp. from any losses incurred as a result of machine and/or transmission line failure and from any errors and/or misunderstanding by the third party.

I approve deduction of any amounts from the transfer value as a commission or other expenses owed to any party in relation to this transfer.

Message to the beneficiary at the correspondent, not to exceed 70 characters (for express transfer only)

*For the benefit of the Quran centers affiliated with the Al-Salah Islamic Society, Deir Al-Balah.*

*On his behalf* _____ [signature] _____
Customer's Signature

[stamp:]
Secretary General of the World Assembly of Muslim Youth
Dr. Mane' Hammad Al-Jahni

For Bank's Use Only

Correspondent Bank _____

* Please debit the draft/transfer amount and any charges resulting from this request from my aforementioned account.

Notice: Please read the guidelines on the back of the form before filling it out.

Form No. 21/T

Form 21/T

---

[signature]
*5/23/1421 A.H. [08/01/2002 A.D.]*

Gaza Strip
4) (18,750) eighteen thousand seven hundred fifty riyals for the benefit of the summer camp held by the Islamic Charitable Society in Khalil
5) (5,000) five thousand riyals for the benefit of Dar Al-Quran Wal Sunnah in Gaza. It was donated by a donor for the Umrah trip that Dar Al-Quran Wal Sunnah holds for its top students.
6) (30,000) thirty thousand riyals for the benefit of the Mohammed Swailim Al-Sharif Mosque project in Gaza.
7) (1,200) one thousand two hundred riyals that a donor donated for the purchase of two animals to be slaughtered and distributed among the needy Palestinian families in Palestine.

Formal Report 180/1-4

P.O. Box: 10845 – Riyadh 11443, Kingdom of Saudi Arabia
Cable: Islamiyah Riyadh
Tel: (01) 4641663 – 4641669 & Fax: 4624555
Telex: 200413 – 205220 Islami SJ

P.O. Box: 10845 – Riyadh 11443, Saudi
Cable: Islamiyah Riyadh
Tel: (01) 4641663 – 4641669 & Fax: 4624555
Tlx: 202413 – 205220 Islami SJ

WAMYSA341505

World Assembly of Muslim Youth
Palestine Commetee



الندوة العالمية للشباب الإسلامي
لجنة شباب فلسطين

سند قيد

Journal Voucher

Date التاريخ ٦\٨\٠٩                                          No الرقم ٧٤

| مرفوعات A.C NO | البيان Description | جزئي Partial | الإجمالي دائن | مدين |
|---|---|---|---|---|
| | يصرف / لأستاذ ذ م | | | ٦٠٠٠ |
| | إلى د/ بلال الراهيمي | | ٦٠٠٠ | |
| | | | | |
| | لصالح مراكز القرآن ك | | | |
| | النابعة لجمعية الصلاح الإسلامي | | | |
| | - دير البلح | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | نقط: ستة آلاف ريال لا غير | | ٦٠٠٠ | ٦٠٠٠ |

أعدها : ياسمين

P.O BOX : 10845, Riyadh 11443, Saudi Arabia
Cable : Islamiyah  Riyadh
Tel : 01)1611663 – 4611669 & Fax : 1624555
Tlx : 203111 – 205220 Islami  SJ

ص . ب : ١٠٨٤٥ الرياض ١١٤٤٣ المملكة العربية السعودية
برقياً : إسلامية  الرياض
هاتف : ٤٦١١٦٦٣ – ٤٦١١٦٦٩ (١٠١) رام عاشر زلكس ٤٢٤٥٥٥
تلكس : ٢٠٣١١١ – ٢٠٥٢٢٠ إسلامي اس جى

WAMYSA341503

 

إشعار العميل لعملية/عمليات مصرفية
CUSTOMER ADVISE FOR BANKING TRANSACTION(S)

شركة الراجحي المصرفية للإستثمار
AL RAJHI BANKING & INVESTMENT CORP.

| 27900 – AL-Thlatheen – Olleya | 32108937 | Cash 7 | 29/08/00 | 45 |

## Transaction Summary

### 1. CURRENT ACCOUNT SUMMARY

| Account number | Description |
|---|---|
| 27900-001-0006080666 33/1 | 324 – USD 1,585.90 – 29/8/2000 – SAR 5,955.05 – الندوة العالمية لجنة شباب فلسطين |
| 27900-001-0006080666 33/1 | 908 – SAR 45.00 – 29/8/2000 – SAR 45.00 – الندوة العالمية لجنة شباب فلسطين |

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
|---|---|
| 324 | Foreign Payments Order – USD 1,585.90<br>   Payment order of USD 1,585.90 debiting SAR 5,955.05 – AL-Thlatheen – Olleya – Current Account (CR)<br>      Payment Order USD 1,585.90 equivalent SAR 5,955.05 exchange rate used 3.754999<br>         Remitter WAMY<br>         Beneficiary JAMIATH ALSALAH ALISLAMIA    9500.5600.6<br>         Correspondent Arab Bank Jordan  0111/099126-0910<br>         Reference number: 00000000039 BESCC: 0 |
| 908 | Foreign Payment Order Fees – SAR 45.00<br>   Payment order of SAR 45.00 debiting AL-Thlatheen – Olleya – Current Account (CR) – 0006080666331 |

TELLER'S SIGNITURE                              توقيع الصراف

BRANCH STAMP                    ختم الفرع    Total amount        SAR 6,000.05

Page 1 of 1

Transaction time: 29/08/00 08:04:14PM

Form No. 51/T

WAMYSA341504 ت/ ٥١ رقم نموذج

طلب إصدار شيك مصرفي/ حوالة

شركة الراجحي المصرفية للاستثمار
AL RAJHI BANKING & INVESTMENT CORP.

**MONEY TRANSFER/DRAFT REQUEST**

| | |
|---|---|
| Customer Name: اسم العميل : الذروة العالمة للبناء الإسلامي- لجنة شباب المسلم | Branch : ٤٧٩ : الفرع |
| Account No. رقم الحساب : ٦٦٦٣٣/١ | Date: ٣٥....١/١٨/١٥ : التاريخ |
| Account Holding Branch الفرع المفتوح فيه الحساب : ٤٧٩ | Bank Draft إصدار شيك مصرفي |
| | Telex/Swift Transfer إصدار حوالة ☑ |
| | خصماً من حسابي* Debit my account ⊘ |
| | Cash نقداً |

تكتب البيانات الشخصية للمحول
Complete remitter's data:

| | |
|---|---|
| Name: الاسم : | Amount in Words المبلغ بالحروف |
| I.D. No. رقم الهوية : | المبلغ Amount / العملة Currency / المبلغ بالحروف Amount in Words |
| Place of Issue مكان الإصدار : | دولار Currency: ايبادل ست آلاف ريال = ٦٠٠٠ |
| Date of Issue تاريخ الإصدار : | |
| Nationality الجنسية : | |
| Telephone No. رقم الهاتف : | Beneficiary Name: اسم المستفيد : جمعية الصلاح الإسلامية |
| Sponsor's Name & Address اسم وعنوان الكفيل : | Nationality: الجنسية : |
| | I.D. Type & No. نوع ورقم الهوية : |
| | Address: العنوان : دير البلح ـ قطاع غزة ـ فلسطين |
| | City: المدينة : |
| | Country: البلد : |
| | Telephone No.: رقم الهاتف : (٠٧) ٥٢٣١٠.١١ |
| | Account No.: رقم الحساب : ٩٥٠٠ ـ ٥٠٠ ـ ٦ |
| | Beneficiary Bank: بنك المستفيد : البنك العربي |
| | Branch Name & Address اسم الفرع وعنوانه : فرع غزة |

أنا/ نحن نصادق على صحة البيانات الموضحة في هذا النموذج وأنا / نحن نعفى شركة الراجحي المصرفية للاستثمار من أي خسارة ناتجة بسبب عطل في الأجهزة و/ أو خطوط الإرسال ومن أي خطأ و/ أو سوء فهم من الطرف الثالث.

I/We confirm the accuracy of the details quoted on this form. I/We exempt Al Rajhi Banking & Investment Corp. from any losses incurred as a result of machine and/or transmission line failure and from any errors and/or misunderstanding by the third party.

أوافق على خصم أي استقطاعات من قيمة الحوالة من عمولة أو مصاريف أخرى تستحق لأية جهة بسبب هذه الحوالة.

I approve deduction of any amounts from the transfer value (as commissions or charges or others) due to any party in relation to this transfer.

رسالة للمستفيد لدى المراسل لا تزيد عن ٧٠ حرفاً. (خاص بالحوالات العاجلة فقط)
Message to beneficiary with the correspondent not exceeding 70 characters. (for express transfer only)

لصالح مراكز القرآن التابعة لجمعية الصلاح الإسلامية دير البلح

For Bank's Use Only لاستخدام البنك فقط

Correspondent Bank: البنك المراسل :

Customer's Signature توقيع العميل

Notice: Please read guidelines on reverse of form before completion of details

* يرجو خصم قيمة الشيك/ الحوالة زائداً أي مصاريف أخرى تترتب على هذا الطلب من حسابي الموضح أعلاه.
* Please debit my account with the draft/transfer amount and any charges resulting from this request.

تنبيه : الرجاء قراءة الإرشادات على ظهر النموذج قبل البدء في إكمال بياناته.

Form No. 21/T نموذج رقم ٢١ ت/

قطاع عزة.

---

٤) (١٨،٧٥٠)ثمانية عشر ألفا وسبعمائة وخمسون ريالاً لصالح المخيم الصيفي الـذي تقيمه الجمعيـة الخيريـة الإسلامية بالخليل.

٥) (٥،٠٠٠)خمسة آلاف ريال لصالح دار القرآن والسنة بغزة،وقد تبرع بها أحد المحسنين لصالح رحلـة العمـرة التي تقيمها الدار لطلابها المتفوقين.

٦) (٣٠،٠٠٠)ثلاثون ألف ريال لصالح مشروع مسجد محمد سويلم الشريف بغزة.

٧) (١٢٠٠)ألف ومائتا ريال التي تبرع بها أحد المحسنين لشراء ذبيحتين وتوزيعـها علـى العـائلات الفلسطينية المحتاجة في الرياض.

محضر ١٨٠/ ١-٤

P.O BOX : ١٠٨٤٥ ,Riyadh ١١٤٤٣ , Saudi
Cable : Islamiyah Riyadh
Tel : (٠١)٤٦٤١٦٦٣ ـ ٤٦٤١٦٦٩ & Fax :٤٦٢٤٥٥٥
Tlx :٢٠٢٤١٣ ـ ٢٠٥٢٢٠ Islami SJ

ص.ب : ١٠٨٤٥ الرياض ١١٤٤٣ المملكة العربية السعودية
إسلامية الرياض
٤٦٤١٦٦٣ ـ ٤٦٤١٦٦٩ (١٠) رقم مباشر وفاكس ٤٦٢٤٥٥٥
٢٠٠٤١٣: ٢٠٥٢٢٠ ـ إسلامي ج

WAMYSA341505

[logo]

**World Assembly of Muslim Youth**
**Palestinian Youth Committee**

"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**
**Palestine Commettee [sic]**

## Journal Voucher

No.  _273_                                                    Date: *8/29/2000*

|  | Total | | Partial | Description | Account No. |
|---|---|---|---|---|---|
|  | Debit | Credit |  |  |  |
|  | 2,400 |  |  | *From the account of Mr.* [illegible] |  |
|  |  | 2,400 |  | *To the account at Al-Rajhi Bank* |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  | *For the benefit of the family of the orphan Fadi* |  |
|  | / | / |  | *Mohammed Kamel Al-Ashaal affiliated with* |  |
|  | / | / |  | *the Mubarat Al-Rahma Society - Gaza* |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | / | / |  |  |  |
|  | 2,400 | 2,400 |  | *Two thousand four hundred riyals only* |  |

Prepared by:  _____[illegible]_____

P.O. Box: 10845, Riyadh 11443, Kingdom of Saudi Arabia
Cable: Islamiyah Riyadh
Tel: (10) 4641663 – 4641669, Direct and Fax: 4624555
Telex: 200413 – 205220 Islami SJ

P.O BOX : 10845 ,Riyadh 11443, Saudi Arabia
Cable : Islamiyah  Riyadh
Tel : (01)4641663 – 4641669 & Fax :4624555
Tlx :202113 – 205220 Islami SJ

WAMYSA341500

| Money Transfer / Draft Request | [logo] Al-Rajehi Banking & Investment Corp. |
|---|---|

Customer's Name: *World Assembly of Muslim Youth –*
*Palestine Committee*
Account No.: _____ *66633/1* _____
Account Holding Branch: _____ *279* _____

Branch: _____ *279* _____
Date: _____ *8/23/2000 A.D.* _____
Bank Draft          [ ]
Telex/Swift Transfer   [X]
[ ] Cash                      [X] Debit my account

| Remitter's Complete Information: | Amount in words | Currency | Amount |
|---|---|---|---|

Name: _____
ID No.: _____
Place of Issue: _____
Date of Issue: _____
Nationality: _____
Telephone No.: _____
Sponsor's Name and Address:

_____
_____

I/We confirm the accuracy of the details set forth in this form. I/We exempt Al-Rajhi Banking & Investment Corp. from any losses incurred as a result of machine and/or transmission line failure and from any errors and/or misunderstanding by the third party.

I approve deduction of any amounts from the transfer value as a commission or other expenses owed to any party in relation to this transfer.

*On his behalf* _____ [signature] _____
Customer's Signature

[stamp:]
Secretary General of the World Assembly of Muslim Youth
Dr. Mane' Hammad Al-Jahni

Form 21/T

*The equivalent of two thousand four*
*hundred riyals #2,400#*      *Dollars*

Beneficiary's Name: *Mabarat Al-Rahma Children's Society*
Nationality: _____
ID Type & No.: _____
Address: _____ *Gaza – Al-Remal – Al-Nasr Street*
City: _____ *Gaza – Eastern [illegible]*
Country: _____
Telephone No.: _____ *07-2824092 - 2822660*
Account No.: _____ *100208*
Beneficiary Bank: *Arab Bank*
Branch Name and Address: *Al-Remal Branch*

Message to the beneficiary at the correspondent, not to exceed 70 characters (for express transfer only)

For Bank's Use Only

Correspondent Bank _____

* Please debit the draft/transfer amount and any charges resulting from this request from my aforementioned account.

Notice: Please read the guidelines on the back of the form before filling it out.

Form No. 21/T

[signature]
*5/23/1421 A.H.* [08/01/2002 A.D.]
Gaza Strip

4)  (18,750) eighteen thousand seven hundred fifty riyals for the benefit of the summer camp held by the Islamic Charitable Society in Khalil
5)  (5,000) five thousand riyals for the benefit of Dar Al-Quran Wal Sunnah in Gaza. It was donated by a donor for the Umrah trip that Dar Al-Quran Wal Sunnah holds for its top students.
6)  (30,000) thirty thousand riyals for the benefit of the Mohammed Swailim Al-Sharif Mosque project in Gaza.
7)  (1,200) one thousand two hundred riyals that a donor donated for the purchase of two animals to be slaughtered and distributed among the needy Palestinian families in Palestine.

Formal Report 180/1-4

P.O. Box: 10845 – Riyadh 11443, Kingdom of Saudi Arabia
Cable: Islamiyah Riyadh
Tel: (01) 4641663 – 4641669 & Fax: 4624555
Telex: 200413 – 205220 Islami SJ

P.O. Box: 10845 – Riyadh 11443, Saudi
Cable: Islamiyah Riyadh
Tel: (01) 4641663 – 4641669 & Fax: 4624555
Tlx: 202413 – 205220 Islami SJ

WAMYSA341501

| Customer Advise for Banking Transaction(s) | [logo] Al-Rajehi Banking & Investment Corp. |

| 27900 – AL-Thlatheen – Olleya | 32108937 | Cash 7 | 29/08/00 | 46 |

## Transaction Summary

### 1. CURRENT ACCOUNT SUMMARY

| Account number | Description | |
|---|---|---|
| 27900-001-0006080666 33/1 | 324 – USD 627.00 – 29/8/2000 – SAR 2,354.38 | World Assembly – Palestinian Youth Committee |
| 27900-001-0006080666 33/1 | 908 – SAR 45.00 – 29/8/2000 – SAR 45.00 – عمولة | World Assembly – Palestinian Youth Committee |

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
|---|---|
| 324 | Foreign Payments Order – USD 627.00 |
| | Payment order of USD 627.00 debiting SAR 2,354.38 – AL-Thlatheen – Olleya – Current Account (CR) |
| | Payment Order USD 627.00 equivalent SAR 2,354.38 exchange rate used 3.754999 |
| | Remitter WAMY |
| | Beneficiary  JAMIYA MUBARRAH  ALRAHMA LILATFAAL    100203 |
| | Correspondent Arab Bank Jordan  0111/099126-0910 |
| | Reference number: 00000000940 BESCC: 0 |
| 908 | Foreign Payment Order Fees – SAR 45.00 |
| | Payment order of SAR 45.00 debiting AL-Thlatheen – Olleya – Current Account (CR) – 0006080666331 |

TELLER'S SIGNITURE                                        Teller's Signature

BRANCH STAMP                                               Branch Stamp

[stamp: illegible]                                          SAR 2,399.38

Transaction time: 29/08/00 08:11:03PM                       Page 1 of 1

Form No. 51/T                                              WAMYSA341502



World Assembly of Muslim Youth
Palestine Committee

النلوة العالمية للشباب الإسلامي
لجنة شباب فلسطين



سند قيد

**Journal Voucher**

Date التاريخ ٩٧\٨\٢٩          No الرقم ٦٧٧

| رقم الحساب / A C NO | البيان / Description | جزئي / Partial | دائن | مدين |
|---|---|---|---|---|
| | صرف مبلغ للأستاذ ديم | | | ٤٠٠ |
| | الى ... مكتب إبراهيم | | ٤٠٠ | |
| | لصالح عائلة النسيم فادي؟ | | | |
| | صرف كامل لاستمر الشهر | | | |
| | كحسب دفعة الدعم - كفالة غزة | | | |
| | نظر: المدخلات لكفالة غزة للأسر | | ٤٠٠ | ٤٠٠ |

أعدها : ياسر

P.O BOX : 10845 Riyadh 11443 , Saudi Arabia
Cable : Islamiyah Riyadh
Tel : (01)4641663 - 4641669 & Fax :4624555

ص.ب : ١٠٨٤٥ الرياض ١١٤٤٣ المملكة العربية السعودية
برقيا : إسلامية الرياض
هاتف : ٤٦٤١٦٦٣ - ٤٦٤١٦٦٩ (١٠) رقم عاشر تلكس ٤٦٢٤٥٥٥

WAMYSA341500

طلب إصدار شيك مصرفي / حوالة
**MONEY TRANSFER/DRAFT REQUEST**

شركة الراجحي المصرفية للاستثمار
AL RAJHI BANKING & INVESTMENT CORP.

| | |
|---|---|
| Branch : | الفرع : ٦٧٩ |
| Date : | التاريخ : ٢٠٠١/٨/٢٤ |

Customer Name : اسم العميل : البيت العالمية للشباب الإسلامية - لجنة فلسطين

Account No. : رقم الحساب : ٦٦٧٢٢/١

Account Holding Branch : الفرع المفتوح فيه الحساب : ٦٧٩

Bank Draft إصدار شيك مصرفي
Telex/Swift Transfer إصدار حوالة ☑
خصماً من حسابي*/Debit my account
نقداً Cash ○

| Complete remitter's data : | تكتب البيانات الشخصية للمحول : |
|---|---|
| Name : | الاسم : |
| I.D. No. : | رقم الهوية : |
| Place of Issue : | مكان الإصدار : |
| Date of Issue : | تاريخ الإصدار : |
| Nationality : | الجنسية : |
| Telephone No. : | رقم الهاتف : |
| Sponsor's Name & Address : | اسم وعنوان الكفيل : |

| Amount in Words المبلغ بالحروف | العملة Currency | المبلغ Amount |
|---|---|---|
| ثمانية عشر ألف وسبعمائة وخمسون ريال لا غير | دولار Currency | |

Beneficiary Name : اسم المستفيد : جمعية مريج الرحمة للأيتام
Nationality : الجنسية :
I.D. Type & No. : نوع ورقم الهوية :
Address : العنوان : غزة - الرمال - شارع النصر
City : المدينة : غزة - ساحة الشفا - الرمال
Country : البلد :
Telephone No. : رقم الهاتف : ٧-٨٨٥٤٠٩٨ / ٨٨٥٦٦
Beneficiary Bank : بنك الحساب :
Branch Name & Address : اسم الفرع وعنوانه : البنك العربي فرع الرمال

رسالة للمستفيد لدى المراسل لا تزيد عن ٧٠ حرفاً. (خاص بالحوالات العاجلة فقط)
Message to beneficiary with the correspondent not exceeding 70 characters.
(for express transfer only)

أنا / نحن نصادق على صحة البيانات الموضحة في هذا النموذج وأنا / نحن نعفي شركة الراجحي المصرفية للاستثمار من أي خسارة ناتجة بسبب عمل في الأجهزة و / أو خطوط الإرسال ومن أي خطأ و / أو سوء فهم من الطرف الثالث.

I/We confirm the accuracy of the details quoted on this form. I/We exempt Al Rajhi Banking & Investment Corp. from any losses incurred as a result of machine and/or transmission line failure and from any errors and/or misunderstanding by the third party.

أوافق على خصم أي استقطاعات من قيمة الحوالة من عمولة أو مصاريف أخرى تستحق لأية جهة بسبب هذه الحوالة

I approve deduction of any amounts from the transfer value (as commissions or charges or others) due to any party in relation to this transfer.

**For Bank's Use Only** لاستخدام البنك فقط
Correspondent Bank : البنك المراسل :

Customer's Signature توقيع العميل

* نرجو خصم قيمة الشيك / الحوالة زائداً أي مصاريف أخرى
Please read the guidelines on reverse of form
before completion of details
Notice: Please read guidelines on reverse of form
* Please debit my account with the draft/transfer amount and any charges resulting from this request.

تنبيه : الرجاء قراءة الإرشادات على ظهر النموذج قبل البدء في إكمال بياناته.

Form ٢١/ت

قطاع غزة

٤) (١٨،٧٥٠)ثمانية عشر ألفاً وسبعمائة وخمسون ريالاً لصالح المخيم الصيفي الذي تقيمه الجمعية الخيرية الإسلامية بالخليل.

٥) (٥،٠٠٠)خمسة آلاف ريال لصالح دار القرآن والسنة بغزة،وقد تبرع بها أحد المحسنين لصالح رحلة العمرة التي تقيمها الدار لطلابها المتفوقين.

٦) (٣٠،٠٠٠)ثلاثون ألف ريال لصالح مشروع مسجد محمد سويلم الشريف بغزة.

٧) (١٢٠٠)ألف ومائتي ريال التي تبرع بها أحد المحسنين لشراء ذبيحتين وتوزيعها على العائلات الفلسطينية المحتاجة في الرياض.

محضر ١٨٠ / ١-٤

P.O BOX : ١٠٨٤٥ ,Riyadh ١١٤٤٣ , Saudi
Cable : Islamiyah Riyadh
Tel : (٠١)٤٦٤١٦٦٣ – ٤٦٤١٦٦٩ & Fax : ٤٦٢٤٥٥٥
Tlx : ٢٠٢٤١٣ – ٢٠٥٢٢٠ Islami SJ

ص.ب : ١٠٨٤٥ الرياض ١١٤٤٣ المملكة العربية السعودية
برقياً : إسلامية الرياض
هاتف : ٤٦٤١٦٦٣ – ٤٦٤١٦٦٩ (١٠) رقم مباشر وفاكس ٤٦٢٤٥٥٥
تلكس : ٤١٣ إسلامي اس جى

WAMYSA341501

إشعار العميل لعملية/عمليات مصرفية
- CUSTOMER ADVISE FOR BANKING TRANSACTION(S)

شركة الراجحي المصرفية للإستثمار
AL RAJHI BANKING & INVESTMENT CORP.



| 27900 – AL–Thlatheen – Ollaya | 32108937 | Cash 7 | 29/08/00 | 46 |

## Transaction Summary

### 1. CURRENT ACCOUNT SUMMARY

| Account number | Description |
| --- | --- |
| 27900–001–0006080666 33/1 | 324 – USD 627.00 – 29/8/2000 – SAR 2,354.38 – الندوة العالمية لجنة شباب فلسطين |
| 27900–001–0006080666 33/1 | 908 – SAR 45.00 – 29/8/2000 – SAR 45.00 – الندوة العالمية لجنة شباب فلسطين |

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
| --- | --- |
| 324 | Foreign Payments Order – USD 627.00<br>   Payment order of USD 627.00 debiting SAR 2,354.38 – AL–Thlatheen – Ollaya – Current Account (CR)<br>      Payment Order USD 627.00 equivalent SAR 2,354.38 exchange rate used 3.754999<br>         Remitter WAMY<br>         Beneficiary JAMIYA MUBARRAH ALRAHMA LILATFAAL    100208<br>         Correspondent Arab Bank Jordan  0111/099126–0910<br>         Reference number: 00000000040 BESCC: 0 |
| 908 | Foreign Payment Order Fees – SAR 45.00<br>   Payment order of SAR 45.00 debiting AL–Thlatheen – Ollaya – Current Account (CR) – 0006080666331 |

TELLER'S SIGNITURE                                                توقيع الصراف

BRANCH STAMP                                         ختم الفرع   Total:        SAR 2,399.38

Transaction time: 29/08/00 08:11:03PM

Page 1 of 1

Form No. 51/T                                                                              WAMYSA341502

| **Money Transfer / Draft Request** | [logo] Al-Rajehi Banking & Investment Corp. |
|---|---|

Customer's Name: *World Assembly of Muslim Youth – Palestine Committee*
Account No.: _____66633/1_____
Account Holding Branch: _____279_____

Branch: _____279_____
Date: _____
Bank Draft         [ ]
Telex/Swift Transfer   [X]
[ ] Cash                    [X] Debit my account

| Remitter's Complete Information: | Amount in words | Currency | Amount |
|---|---|---|---|
| Name: _____ | *#3,750#* | *Dollars* | |
| ID No.: _____ | *The equivalent of three thousand seven hundred fifty riyals* | | |
| Place of Issue: _____ | | | |

Beneficiary's Name: *Islamic Society – Al-Nuseirat*
Nationality: _____
ID Type & No.: _____
Address: _____*Gaza - Al-Nuseirat*_____
City: _____
Country: _____
Telephone No.: _____*2531840*_____
Account No.: _____*5858/1*_____
Beneficiary Bank: *Arab Bank*
Branch Name and Address: *Gaza Branch "Al-Saha"*

Name: _____
ID No.: _____
Place of Issue: _____
Date of Issue: _____
Nationality: _____
Telephone No.: _____
Sponsor's Name and Address:

_____

I/We confirm the accuracy of the details set forth in this form. I/We exempt Al-Rajhi Banking & Investment Corp. from any losses incurred as a result of machine and/or transmission line failure and from any errors and/or misunderstanding by the third party.

Message to the beneficiary at the correspondent, not to exceed 70 characters (for express transfer only)

I approve deduction of any amounts from the transfer value as a commission or other expenses owed to any party in relation to this transfer.

*On his behalf* _____ [signature] _____
Customer's Signature

[stamp:]
Secretary General of the World Assembly of Muslim Youth
Dr. Mane' Hammad Al-Jahni

For Bank's Use Only

Correspondent Bank _____

* Please debit the draft/transfer amount and any charges resulting from this request from my aforementioned account.

Notice: Please read the guidelines on the back of the form before filling it out.                    [signature]

Form 21/T

Form No. 21/T

Gaza Strip
4)  (18,750) eighteen thousand seven hundred fifty riyals for the benefit of the summer camp held by the Islamic Charitable Society in Khalil
5)  (5,000) five thousand riyals for the benefit of Dar Al-Quran Wal Sunnah in Gaza. It was donated by a donor for the Umrah trip that Dar Al-Quran Wal Sunnah holds for its top students.
6)  (30,000) thirty thousand riyals for the benefit of the Mohammed Swailim Al-Sharif Mosque project in Gaza.
7)  (1,200) one thousand two hundred riyals that a donor donated for the purchase of two animals to be slaughtered and distributed among the needy Palestinian families in Palestine.

Formal Report 180/1-4

| P.O. Box: 10845 – Riyadh 11443, Kingdom of Saudi Arabia | P.O. Box: 10845 – Riyadh 11443, Saudi |
|---|---|
| Cable: Islamiyah Riyadh | Cable: Islamiyah Riyadh |
| Tel: (01) 4641663 – 4641669 & Fax: 4624555 | Tel: (01) 4641663 – 4641669 & Fax: 4624555 |
| Telex: 200413 – 205220 Islami SJ | Tlx: 202413 – 205220 Islami SJ |

WAMYSA341489

طلب إصدار شيك مصرفي/الحوالة

**MONEY TRANSFER/DRAFT REQUEST**

شركة الراجحي المصرفية للاستثمار
AL RAJHI BANKING & INVESTMENT CORP.

| | |
|---|---|
| اسم العميل : الدرة الخائية بسبيه الاسلام - لجنة فلسطين | Customer Name |
| رقم الحساب : ٦٦٦٧٣/١ | Account No. |
| الفرع المفتوح فيه الحساب : ٦٢٩ | Account Holding Branch |

Branch : الفرع
Date : التاريخ
Bank Draft — إصدار شيك مصرفي
Telex/Swift Transfer — إصدار حوالة
Debit my account* — خصماً من حسابي*
Cash — نقداً

تكتب البيانات الشخصية للمحول :
Complete remitter's data:

Name: الاسم
I.D. No.: رقم الهوية
Place of Issue: مكان الإصدار
Date of Issue: تاريخ الإصدار
Nationality: الجنسية
Telephone No.: رقم الهاتف
Sponsor's Name & Address: اسم وعنوان الكفيل

| Amount in Words # ١٨،٧٥٠ # المبلغ بالحروف | العملة Currency | المبلغ Amount |
|---|---|---|
| ثمانية عشر ألفا وسبعمائة وخمسون ريال | دولار | |

Beneficiary Name: اكهيه الاسلاميه _ الخيرات : اسم المستفيد
Nationality: الجنسية
I.D. Type & No.: نوع ورقم الهوية
Address: غزة _ الخيرات : العنوان
City: المدينة
Country: البلد
Telephone No.: ٢٥٢١٨٤٠ : رقم الهاتف
Account No.: ١/٥٨٥١ : رقم الحساب
Beneficiary Bank: البنك العرب : بنك المستفيد
Branch Name & Address: فرع غزة "الساهه" : اسم الفرع وعنوانه

أنا / نحن نصادق على صحة البيانات الموضحة في هذا النموذج ، نحن نـعفـى شـركـة الراجـحـي المصرفية للاستثمار من أي مسؤولية ناتجة بسبب عطـل في الأجهزة أو أي خطوط الإرسال ومن أي سوء فهم من الطرف الثالث.

I/We confirm the accuracy of the details quoted on this form.
I/We exempt Al Rajhi Banking & Investment Corp. from any losses incurred as a result of machine and/or transmission line failure and from any errors and/or misunderstanding by the third party.

رسالة للمستفيد لدى المراسل لا تزيد عن ٧٠ حرفاً . (خاص بالحوالات العاجلة فقط)
Message to beneficiary with the correspondent not exceeding 70 characters.
(for express transfer only)

أوافق على خصم أي استقطاعات من قيمة الحوالة (من عمولة أو مصاريف أخرى تستحق لأية جهة بسبب هذه الحوالة.

I approve deduction of any amounts from the transfer value (as commissions or charges or others) due to any party in relation to this transfer.

For Bank's Use Only — لاستخدام البنك فقط
Correspondent Bank: البنك المراسل

Customer's Signature — توقيع العميل

\* نرجو خصم قيمة الشيك/ الحوالة زائداً أي مصاريف أخرى تترتب على هذا الطلب من حسابي الموضح أعلاه.
\* Please debit my account with the draft/transfer amount and any charges resulting from this request.

Notice: Please read guidelines on reverse of form before completion of details

تنبيه : الرجاء قراءة الإرشادات على ظهر النموذج قبل البدء في إكمال بياناته.

For 21/T
نموذج رقم ٢١/ ت

---

قطاع غزة.

(٤)   (١٨،٧٥٠)ثمانية عشر ألفا وسبعمائة وخمسون ريالاً لصالح المخيم الصيفي الـذي تقيمـه الجمعيـة الخيريـة الإسلامية بالخليل.

(٥)   (٥،٠٠٠)خمسة آلاف ريال لصالح دار القرآن والسنة بغزة،وقد تبرع بها أحد المحسنين لصالح رحلة العمـرة التي تقيمها الدار لطلابها المتفوقين.

(٦)   (٣٠،٠٠٠)ثلاثون ألف ريال لصالح مشروع مسجد محمد سويلم الشريف بغزة.

(٧)   (١٢٠٠)ألف ومائتا ريال التي تبرع بها أحد المحسنين لشراء ذبيحتين وتوزيعـها علـى العـائلات الفلسطينيـة المحتاجة في الرياض.

محضر ١٨٠ / ٤-١

ص.ب : ١٠٨٤٥ الرياض ١١٤٤٣ المملكة العربية السعودية
P.O BOX : ١٠٨٤٥ ,Riyadh ١١٤٤٣ , Saudi
Cable : Islamiyah Riyadh
Tel : (٠١)٤٦٤١٦٦٣ – ٤٦٤١٦٦٩ & Fax :٤٦٢٤٥٥٥
Tlx:٢٠٢٤١٣ – ٢٠٥٢٢٠ Islami SJ

برقياً : إسلامية الرياض
هاتف : ٤٦٤١٦٦٣ – ٤٦٤١٦٦٩ (١٠) رقم مباشر وفاكس  ٤٦٢٤٥٥٥
تلكس : ٢٠٢٤١٣ – ٢٠٥٢٢٠ إسلامي اس جى

WAMYSA341489