# EXHIBIT 43

In the Name of Allah, the Beneficent, the Merciful

[logo]
"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**
**World Assembly of Muslim Youth**

U.S.A. Office
U.S.A. Office
Member of UN NGO's

**His Excellency Dr. Anwar Al-Awlaki** **May Allah protect him**

**Chairman of the Cultural Committee at Dar Al-Hijrah**

Peace be upon you and Allah's mercy and blessings

The World Assembly of Muslim Youth's U.S.A. Office is pleased to inform you that it will be hosting His Eminence Dr. Saeed Bin Nasser Al-Ghamedi, a professor of Islamic Aqeedah at King Khalid University in Abha, from July 13 to 29. During that time, he will give several lectures in various US cities. His Eminence will be in Washington, D.C. from July 24 to 28,

May Allah protect and bless you.

**Ibrahim Bin Suleiman Abdullah**
**Deputy Inspector of the Office**

[signature]

www.wamyusa.org
P.O. Box 8096 • Falls Church, VA 22041-8096
Tel. (703) 820-6656 / 783-8410
Fax. (703) 783-8409

  

مكتب أمريكا
U.S.A. Office
Member of UN NGO's

الندوة العالمية للشباب الاسلامي
World Assembly of Muslim Youth

**سعادة الدكتور أنور العولقي حفظه الله**

**رئيس اللجنة الثقافية بدار الهجرة**

السـلام عليكم و رحمة الله و بركـاته

يسر مكتب الندوة العالمية للشباب الإسلامى بأمريكا أن يحيطكم علما بإستضافته لفضيلة الدكتور سعيد بن ناصر الغامدى أستاذ العقيدة الإسلامية بجامعة الملك خالد بأبها في الفترة من ١٣ إلى ٢٩ يوليو يلقى خلالها العديد من المحاضرات فى مختلف المدن الأمريكية ، و سيتواجد فضيلته فى منطقة واشنطن من ٢٤ إلى ٢٨ يوليو .

و الله يحفظكم ويرعاكم.

**إبراهيم بن سليمان عبد الله**
**نائب المشرف علي المكتب**

www.wamyusa.org
P.O. Box 8096 • Falls Church, VA 22041-8096

Tel. (703) 820-6656 / 783-8410
Fax. (703) 783-8409

In the Name of Allah, the Beneficent, the Merciful

*4912222 extension 6501* [illegible]

[logo]

**World Assembly of Muslim Youth**

**Member of the United Nation Non-Governmental Organizations**

"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**

**Member of the UN NGO's**

No.: *1849*
Date: *3/7/1423 A.H.*
[5/18/2002 A.D.]

**His Excellency Dr. Saleh Bin Suleiman Al-Wahibi**
**Assistant Secretary General of Executive Affairs and Chairman of the Camp Committee – May Allah protect him**

Peace be upon you and Allah's mercy and blessings.

I pray to Allah that you are healthy and doing well… Furthermore:

This is to follow up on the letter we sent you under No. 915, dated 02/07/1423 A.H. [04/19/2002 A.D.], wherein you asked for more clarification about the Washington camps and for some of them to be prioritized. Attached to this letter, please find information about holding the summer camps that the Assembly's U.S.A. Office will oversee in Washington, D.C. this year 1423 A.H. [2002 A.D.], corresponding to the months and days set forth in the box designated for that purpose in the form that you sent for this year of 2002 A.D., with Allah's permission. The attachments include the following:

First: Information about the Texas camp (a) [typo: Irving] Camp [and] (b) College Park Mosque Camp.

Second: Information about the Connecticut camp.

Third: Information about the Georgia camp.

Fourth: Information about the Florida camp.

Fifth: Information about the Virginia camp.

Sixth: Information about the Pennsylvania camp.

Seventh: Information about the Mexico camp.

Eighth: Information about the Canada camp.

Please note that the total cost of the camps is: forty two thousand dollars (US$ 42,000).

Your Excellency, please look into the matter and provide guidance so the necessary preparations can be made.

**Mohammed Bin Ali Al-Qaatabi**
[signature] *3/7/1423 A.H.* [5/18/2002 A.D.]
**Director of the Youth Activity Committees Department**

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 four lines / 4655431
Telex: 400413 / 405220 – ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH
Email: info@wamy.org www.wamy.org

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org www.wamy.org

**The Assembly/American Islamic Association Camp in Texas**
**Second: Information about the activity requested to be held or supported**
**(A)**

- Name of the activity: Texas Youth Camp
- Place where the activity will be held: Texas / Irving
- Country: United States State: Texas City: Irving
  Duration of the activity: Proposed timeframe: July 24 to July 28
- Subject matter and slogan of the activity: Brotherhood in Allah
- Number and sex of the beneficiaries from the activity: 200 young men
- Objectives of the activity:

1. Fostering a spirit of brotherhood in Allah
2. Spreading a spirit of cooperation towards righteousness and piety

- Programs accompanying the activity:

1. Lectures
2. Sports
3. Recreation

- Lecturers proposed for the activity in the United States:

1. Sheikh Youssef Estes
2. Sheikh Anwar Al-Awlaki
3. Mr. Fadel Suleiman

Budget details:

| No. | Description | Units | Price | Total |
|---|---|---|---|---|
| 1 | Camp rent | 1 | $2,000 | $2,000 |
| 2 | Food | 200 individuals | $15 | $3,000 |
| 3 | Transportation | 2 buses | $250 | $500 |
| 4 | Equipment and prizes | | | $500 |

General time schedule for the activity:

| Time | Activity | Time | Activity |
|---|---|---|---|
| 7:00 am | Sports | 4:00 pm | Session |
| 10:00 am | Lecture | 7:00 pm | Recreation |

Lecture and session program:

| Title of the Lecture/Class | Date and Time | Sheikh's Name |
|---|---|---|

**(B)**

**The Assembly/American Islamic Association Camp in College Park in Texas**

**Second: Information about the activity requested to be held or supported**

- Name of the activity: Texas Youth Camp
- Place where the activity will be held: Texas / College Park
- Country: United States State: Texas City: College Park

  Duration of the activity: Proposed timeframe: June 4 to June 8
- Subject matter and slogan of the activity: Brotherhood in Allah
- Number and sex of the beneficiaries from the activity: 200 young men
- Objectives of the activity:

3. Fostering a spirit of brotherhood in Allah
4. Spreading a spirit of cooperation towards righteousness and piety

- Programs accompanying the activity:

4. Lectures
5. Sports
6. Recreation

- Lecturers proposed for the activity in the United States:

4. Sheikh Youssef Estes
5. Sheikh Anwar Al-Awlaki
6. Mr. Fadel Suleiman

Budget details:

| No. | Description | Units | Price | Total |
|---|---|---|---|---|
| 1 | Camp rent | 1 | $2,000 | $2,000 |
| 2 | Food | 200 individuals | $15 | $3,000 |



World Assembly of Muslim Youth
Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

الرقم : ١٨٤٩
التاريخ : ١٤٢٣/٢/٧ هـ

**سعادة الدكتور / صالم بن سليمان الوهيبي**

**الأمين العام المساعد للشؤون التنفيذية ورئيس لجنة المخيمات حفظه الله**

السلام عليكم ورحمة الله وبركاته ...

أسأل الله أن تكونوا بأتم صحة وخير ،،، وبعد

إلحاقاً بخطابنا الوارد إليكم برقم ٩١٥ وتاريخ ١٤٢٣/٢/٧هـ والذي طلبتم فيه زيادة التوضيح بالنسبة لمخيمات واشنطن وإعطاء بعضها الأولوية ؛ فإننا نُرفق لكم مع الخطاب معلومات عن إقامة المخيمات الصيفية التي سيشرف عليها مكتب الندوة في واشنطن لهذه السنة ١٤٢٣هـ والذي سيوافق الشهور والأيام الموضحة في الخانة المخصصة لذلك ضمن الاستمارة المرسلة من قبلكم من العام الحالي ٢٠٠٢م بإذن الله .وتتضمن المرفقات ما يلي :

أولاً : معلومات عن مخيم ولاية تكساس ( أ ) مخيم إيفرنج ( ب ) مخيم مسجد كولج بارك

ثانياً : معلومات عن مخيم ولاية كونكتيكات

ثالثاً : معلومات عن مخيم ولاية جورجيا

رابعاً : معلومات عن مخيم ولاية فلوريدا

خامساً : معلومات عن مخيم ولاية فرجينيا

سادساً : معلومات عن مخيم ولاية بنسلفينيا

سابعاً : معلومات عن مخيم المكسيك

ثامناً : معلومات عن مخيم كندا

علماً أن التكلفة الكلية للمخيمات هي : اثنان وأربعون ألف دولاراً ( ٤٢٠٠٠ $ )

آملين من سعادتكم النظر فيها والتوجيه للاستعدادات اللازمة .

محمد بن علي القعطبي

مدير إدارة لجان النشاط الشبابي

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org www.wamy.org

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربعة خطوط / ٤٦٥٥٤٣١
تلكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ - إسلامي إس جي - فاكس: ٤٦٤١٧١٠ (٠١)
برقيا: إسلامية الرياض
بريد الكتروني: info@wamy.org www.wamy.org

**مخيم الندوة/الجمعية الإسلامية الأمريكية بتكساس**
**ثانياً : معلومات عن النشاط المطلوب إقامته أو دعمه**

# ( أ )

- مسمى النشاط : مخيم شباب ولاية تكساس
- مكان إقامة النشاط تكساس/ ايرفنج
- الدولة : الولايات المتحدة الولاية: تكساس المدينة : إيرفينج

مدة النشاط ؛ الموعد المقترح : ٢٤ يوليو إلى ٢٨ يوليو

- موضوع وشعار النشاط : الأخوة في الله
- عدد المستفيدين من النشاط ونوعهم : ٢٠٠ شاب
- أهداف النشاط :

١. تنمية روح الأخوة في الله
٢. بث روح التعاون على البر و التقوى

- البرامج المصاحبة للنشاط :

١. محاضرات
٢. رياضة
٣. ترفيه

- المحاضرون المقترحون في النشاط من داخل أمريكا :

١. شيخ يوسف إستس
٢. شيخ أنور العولقي
٣. م/ فاضل سليمان

تفصيل الميزانية :

| م | البيان | العدد | السعر | الجملة |
|---|---|---|---|---|
| ١ | إيجار المخيم | ١ | $ ٢٠٠٠ | $٢٠٠٠ |
| ٢ | طعام | ٢٠٠ فرد | $ ١٥ | $٣٠٠٠ |
| ٣ | انتقالات | ٢ باص | $٢٥٠ | $٥٠٠ |
| ٤ | أدوات و جوائز | | | $٥٠٠ |

البرنامج الزمني العام للنشاط :

| الوقت | النشاط | الوقت | النشاط |
|---|---|---|---|
| ٧ص | رياضة | ٤ م | دورة |
| ١٠ص | محاضرة | ٧ م | سمر |

برنامج المحاضرات والدورات :

| عنـوان المحاضـرة / الدرس | التاريخ والوقت | اسم الشيخ |
|---|---|---|
| | | |

( ب )

# مخيم الندوة/مسجد كولج بارك بتكساس

## ثانياً : معلومات عن النشاط المطلوب إقامته أو دعمه

- مسمى النشاط : مخيم شباب ولاية تكساس
- مكان إقامة النشاط : تكساس/ كولج بارك
- الدولة : الولايات المتحدة الولاية: تكساس المدينة : كولج بارك

مدة النشاط ؛ الموعد المقترح : ٤ يونيو إلى ٨ يونيو

- موضوع وشعار النشاط : الأخوة في الله
- عدد المستفيدين من النشاط ونوعهم : ٢٠٠ شاب
- أهداف النشاط :

٣. تنمية روح الأخوة في الله

٤. بث روح التعاون على البر و التقوى

- البرامج المصاحبة للنشاط :

٤. محاضرات

٥. رياضة

٦. ترفيه

- المحاضرون المقترحون في النشاط من داخل أمريكا :

٤. شيخ يوسف إستس

٥. شيخ أنور العولقي

٦. م/ فاضل سليمان

- تفصيل الميزانية :

| م | البيان | العدد | السعر | الجملة |
|---|---|---|---|---|
| ١ | إيجار المخيم | ١ | $ ٢٠٠٠ | $٢٠٠٠ |
| ٢ | طعام | ٢٠٠ فرد | $ ١٥ | $٣٠٠٠ |

In the Name of Allah, the Most Gracious, the Most Merciful

**Objective:** To make da`wah to the Chinese-origin (Mandarin-speaking) immigrants in the United States by distributing Chinese translation of WAMY's brochures: "Series on Islam" (1 – 10) to the Chinese people.

.

**Purposes:**

- Spread Islam for the sake of Allah to the Chinese-origin immigrants in the US
- While Chinese-origin immigrants can be found in almost every major city in the US, certain cities or areas have significant concentration. In the greater Los Angeles area, for example, there is an estimated 790,000 Chinese according to a local TV station. In the San Francisco Bay area, the estimation is 430,000 according to US Census 2000, which does not include Taiwanese immigrants.
- Increase the awareness of Islam among the Chinese-origin Americans

**Distribution:** To distribute flyers via various channels in selected cities where a high concentration of Chinese lives, or where Chinese muslim volunteers are available to do so.

- **Active Distribution:** To distribute flyers on the streets and various locations such as Chinese supermarkets, Chinese schools, etc. on various occasions, such as the up-coming Chinese Moon-festival, Chinese Lunar new-year festival.
- **Static Distribution:** Place flyers at certain places such as Chinese supermarkets, Chinese restaurants, Chinese schools, libraries, Senior houses.

**Cost estimation:**

Total cost is estimated to be $4108.00, as detailed in the table:

| **Description** | **Amount** | **Notes** |
|---|---|---|
| Printing (10/set, 5000 sets) | $3808.00 | Quotations attached, tax not included. |
| Shipping | $200.00 | Ship to various cities |
| Translator gifts (4) | $100.00 | 4 translators, each a set of audio tapes "The Hereafter Vol. 1" by Sh. Anwar Aulaqi, $25 per set. |
| Distributor gifts (40) | $0.00 | Use free books from WAMY or else where. |
| Total: | $4108.00 | |

**Targeted Areas:**

| **Area or City** | **Estimated Chinese Population** | **Point of Contact** | **Sets to be Distributed** |
|---|---|---|---|
| Greater Los Angeles, CA | 790,000 | Sr. Fatoma Wang* | 3000 |
| San Francisco bay area, CA | 430,000 | Sr. Sharifa Ma | 1000 |
| Dallas & Fortworth, TX | 90,000 | Sr. Jemilla Yang | 500 |
| Ann Arbor, OH | 50,000 | Sr. Aisha Chang | 300 |
| Reserved copies | N/A | Br. Isa Chao | 200 |

* President of Chinese American Muslim Fellowship of Southern California, a non-profit organiztion.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York

# CONTRACT

THIS ARTICLE OF AGREEMENT, between **Dar Al-Hijrah Islamic Center**, party of the first part, and **Sheikh Anwar Aulaqi**, party of the second part:

WITNESSETH, that the said party of the first part agrees to employ and the party of the second part agrees to accept such employment in the position of **"Imam"**, subject to the authority of party of the first part, under the supervision and direction of the **EXECUTIVE COMMITTEE OF DAR AL-HIJRAH (ECDAH)**, and agrees to the following conditions, to wit:

1. The said part of the second part shall perform such duties during the period of this contact as outlined in the Job Description document.

2. The said party of the first part reserves the right to terminate this contract, giving said party of the second part, at least a one-month written notice and paying for services rendered in accordance with this agreement to date of termination.

3. The said party of the second part may request release from the terms of this contract, giving party of the first part at least one month notice in writing and setting forth therein the reason considered just cause for resignation.

4. The said party of the first part, agrees to pay said party of the second part for the duration of this contract ---------- payable in 12 equal installments for services rendered, payable by the last day of the Gregorian calendar month or as soon thereafter as possible. For each subsequent year, the salary shall be increased by a percentage equal to the inflation rate, but not exceeding 5%. In the event this contract is terminated by mutual consent prior to the end of the contract period, payment will be made for services rendered on a daily basis to be determined by dividing the salary stipulated in this contract by the number of days officially covered under the provision of this contract (26 working days per month).

5. The said party of the first part shall deduct monthly from the salary due to the said party of the second part the computed amount due under the federal social security and withholding tax acts, as well as the state withholding taxes.

6. **SPECIAL COVENANTS:**
   (See attached sheets)

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

**QUALIFICATIONS, REQUIRED SKILLS AND ABILITIES:**

Included but are not limited to the following:

1. Must have demonstrated a high standard of understanding of Islam as a complete way of life as well as knowledge of Islamic teachings of creed, worship, moral values and transactions.
2. Must have demonstrated a high standard in adherence to the teachings of Islam in his private family, and professional life.
3. Must have demonstrated excellent verbal and written communication skills in both Arabic and English.
4. Must hold adequate certification for the position of Imam from a well-recognized institution.
5. Must have a minimum of five years of experience as an Imam or other similar community leadership position.
6. Must have demonstrated leadership qualities and personal characteristics necessary for working effectively with Center worshipers, staff, volunteers and the general public.
7. Must have demonstrated success in developing and utilizing community support.
8. Must have demonstrated ability in administering Fatwa (religious opinion) in matters of creed, rites, morals, and transactions as outlined in the Qur'an and Sunnah.
9. Such alternatives to the above qualifications as the Executive Committee may find appropriate.

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

# JOB DESCRIPTION

**DEFINITION:**

Under the direction of the Executive Committee of DAR AL-HIJRAH ISLAMIC CENTER (ECDAH), the Imam shall provide religious leadership for the Muslim community of Dar Al-Hijrah Islamic Center (Center). He shall be actively involved in spreading the correct understanding of, and adherence to the principles and teachings of Islam. He shall also participate in strengthening the cooperation and mutual understanding between the Muslim community of Dar Al-Hijrah and other religious and civic organizations working for the better future of the Society at large.

**REPORTING:**

The Imam shall report to ECDAH, represented by the president of ECDAH.

**TYPICAL TASKS:**

1- Leads in the daily five prayers held at the Mosque.

2- Conducts the Friday *Khutbah* (sermon) every other Friday except when another *"Guest Khateeb"* has been assigned by ECDAH, and by a full coordination with the Imam.

3- Provides verbal and written answers and fatawa to the English-speaking members of the Muslim community.

4- He will actively participate in the planning and implementation of the plans of the Dar Al-Hijrah established committees.

5- Works with the Da'wah Committee participates in the planning and implementation of Da'wah programs and interfaith dialogues.

6- Conducts marriage and divorce contracts, and all proceeds go to Dar Al-Hijrah's account.

7- Provides family counseling, and all proceeds go to Dar Al-Hijrah's account.

8- Mediates in reconciliation between parties of the Muslim community.

9- Visits local area businesses and professional establishments with the objective of gaining their moral and financial support for the Center, with a full coordination with ECDAH.

10- Studies the needs of the Muslim community served by the Center and develops or adapts educational and social programs approved by ECDAH to meet such needs.

11- Performs *"Khutbah"*. at other Centers and centers through a Board request or an invitation.

12- Devotes special attention to the youth activities of Dar Al-Hijrah and the surrounding universities with special emphasis to the spiritual and religious development of the youth of the Muslim community.

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

# SPECIAL COVENANTS

## IMAM

1. The Imam shall receive paid Islamic holidays with exact dates adjusted as needed for the Center activities during Islamic holidays.

2. The Imam shall receive at the end of each contractual year the sum of one monthly salary as bonus.

3. The Imam is entitled to receive economy airplane tickets for him, his spouse and his children at commencement and final termination of this agreement.

4. The Imam shall receive 21 (twenty-one) calendar days of paid vacations per year. If the Imam does not take any of the above times or portions thereof upon request from ECDAH, then he shall receive proportional compensation. Accrued vacation may be accumulated to a maximum of sixty calendar days.

5. The Imam shall receive 10 (ten) sick days and two personal leave days per year. Unused sick or personal days shall not be used in subsequent years and shall not be compensated for monetarily.

6. The Imam is entitled to a travel leave every other Friday and Saturday which is devoted towards Islamic Dawah activities. In case the Imam is not traveling, he is expected to be involved in any of many local Islamic Dawah activities or engaged in Dar Al-Hijrah activities as seen suitable by the Imam and the ECDAH.

7. After having worked for three or more consecutive years, the Imam shall receive, upon termination of this agreement by mutual consent, monetary compensation equal to 1/2 "half month salary" for each year of service but not exceeding fifteen thousand dollars ($15,000).

8. The Imam shall arrange with ECDAH before accepting any official invitations for activities outside the Center.
9. As much as possible, the Imam shall not be burdened with administrative duties.
10. The working hours of the Imam shall be arranged according to the needs of the community as deemed appropriate by ECDAH and according to the needs of Dar Al-Hijrah.
11. The Imam shall assist in the editing of Dar Al-Hijrah's periodical newsletter.
12. The Imam shall plan a comprehensive program for the community of Dar Al-Hijrah as follow, but not limited to:
    a. Share'aa program geared to the new Muslims.
    b. Two weekly sessions in Qur'an and Sunnah.
    c. The weekend session.
    d. Monthly session with the youth.
    e. Session for the Sisters by coordination with the Sisters Committee.
    f. Monthly Prayer at Night (*Qiyam* ).

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

Obtained by Judicial Watch via FOIA (September 3, 2013)

DECLASSIFIED BY NSICG J89J28T90
ON 04-04-2013

SECRET

Surveillance Log Cover Sheet

Subject: Anwar Nasser Aulaqi
IT-UBL/Al Qaeda

Day & Date: Tuesday, December 18, 2001
Shift: 2:00pm-10:00p Team:

Conducted by:

b6
b7C
b7E

☒ Subject Observed
☐ Subject Not Observed
☐ Contact Observed

☐ Assessment Data Obtained
☐ Photos Attempted
by

☐ Unusual Activity
☐ Video Attempted
by

Prepared by: IS
Approved by: SIS

Analysis / Administrative Data

**1:30pm** - Surveillance of Anwar Nasser Aulaqi was instituted in the vicinity of the work place located at 3159 Row Street, Falls Church, Virginia and his residence located at 3331 Kaywood Drive, Falls Church, Virginia. Aulaqi's vehicle, a 1999 White Dodge Caravan bearing Virginia license plate YGM-1238 was believed to be at the work place.

b6
b7C
b7A

**1:38pm** - A Known Middle Eastern Female (KMEF), Aulaqi's wife, was observed driving the aforementioned vehicle South on Glen Forest Drive. The KMEF then proceeded to drive East on the Route 7 Service road, and North into the Crossroads Shopping Center. The KMEF then proceeded to park the car and entered a Kinkos Copy Center where she photocopied what appeared to be a plane ticket. The KMEF then placed the photocopy in a business sized envelope. The KMEF then exited the Kinkos Copy Center and went to the Safeway Grocery store in the same shopping center. At 2:15pm the KMEF exited the Safeway Grocery Store and drove the aforementioned vehicle back to the residence located at 3331 Kaywood Drive, Falls Church, Virginia.

~~File #: 199N-WF-222852 Sub Fisur~~

**3:30pm** - An Unknown Middle Eastern Male (KMEM) approaches Aulaqi while Aulaqi is in the aforementioned vehicle going thru the First Union Bank Drive Thru located

~~Derived from: G-3~~
~~Declassify on: X-1~~

SECRET

Obtained by Judicial Watch via FOIA (September 3, 2013)

SECRET

Surveillance Log Cover Sheet

Subject: Anwar Nasser Aulaqi
File #: 199N-WF-222852 Sub Fisur

Day & Date: Tuesday, December 18, 2001
Shift: 2:00p-10:00p Team: [redacted] b7E

Analysis / Administrative Data (continued):

at the Culmore Shopping Center. The KMEM and Aulaqi greet, shake hands, and talk for several minutes while Aulaqi is waiting in line at the drive thru. The KMEM had come out of a Vacuum shop in the same strip mall Aulaqi and happened to notice Aulaqi. At this point the KMEM went over and started speaking to Aulaqi. When Aulaqi moves the vehicle, the KMEM walks along side of the aforementioned vehicle and continues to talk. On several occasions the KMEM seemed very animated while talking to Aulaqi. When it was finally Aulaqi's turn to use the drive thru, Aulaqi and the KMEM shook hands and the KMEM departed. The KMEM then entered a older model White Ford Windstar bearing Virginia license plate [redacted] The KMEM then proceeded to drive East thru the parking lot, East on Route 7, a u-turn at George Mason Drive, West on Route 7, North into a small business park just West of Forest Drive. The KMEM's vehicle was located parked in front of an office for the World Assembly of Muslim Youth, 5136 Forest Drive, Alexandria, Virginia. b6 b7C

**5:15pm** - The KMEM was observed coming out of the World Assembly of Muslim Youth and entered the KMEM's vehicle. The KMEM then proceeded to drive a logical route to the KMEM's residence located at 3100 Manchester Street, Falls Church, Virginia. This residence is the address the KMEM's vehicle comes back as being registered to.

**10:00pm** - Surveillance discontinued, due to end of shift.

b6
b7C

Prepared by: IS [redacted]

SECRET