# EXHIBIT 44



A PROFESSIONAL CORPORATION

1900 MARKET STREET     PHILADELPHIA, PA 19103-3508

215.665.2000    1.800.523.2900    215.665.2013 FAX    www.cozen.com

November 18, 2011

**Sean P. Carter**
Direct Phone   215.665.2105
Direct Fax      215.701.2105
SCarter1@cozen.com

Omar T. Mohammedi, Esquire
Omar T. Mohammedi Law Firm, LLC
233 Broadway, Suite 801
Woolworth Building
New York, NY 10279

Re:   In Re:  September 11, 2001 Terrorist Attack
          Our File No.:  117430

Dear Omar:

The production on behalf of WAMY International bearing bates E000794-2351 contains extensive redactions. Among other things, most of the names referenced in the documents have been redacted, as well as bank account and routing numbers.  Given the relevance of that information – for example, to aid in tracking the amount, source, and destination of funds (an acknowledged important theme throughout this litigation) – and given the protections afforded by the Confidentiality Order and Protective Order already in place in the litigation, we do not see any valid basis for redacting this information and consider your document production deficient in that regard until the redactions are disclosed.  Accordingly, we would ask that you produce un-redacted copies of the documents as soon as possible.

Given the discrete nature of this request, we do not believe a formal meet and confer is necessary, and would simply ask that you promptly advise whether you are willing to produce the documents in un-redacted form.  We thank you in advance for your cooperation in this matter.

Very truly yours,

COZEN O'CONNOR

BY:   SEAN P. CARTER

SPC/bdw

Omar T. Mohammedi, Esquire
November 18, 2011
Page 2

_____

cc:   Robert Haefele, Esquire
      James Kriendler, Esquire
      Andrew Maloney, Esquire
      Jerry Goldman, Esquire
      Frederick J. Goetz, Esquire
      Stephen A. Cozen, Esquire
      Scott Tarbutton, Esquire
      Jodi Flowers, Esquire