# EXHIBIT 45

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 801
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
PHONE: (212) 725-3846
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHT CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL TRADE

November 23, 2011

**VIA ELECTRONIC MAIL**
Sean Carter, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

**Re: In re Terrorist Attacks of September 11, 2001, 03 MDL 1570**

Dear Sean:

We write in response to your letter dated November 18, 2011. WAMY is willing to provide you with financial information related to the amount and destination of funds. However, we will not provide information of any source of funding. You alleged that WAMY provided financial support directly or indirectly to Al Qaeda. Therefore, only information as to the amount and destination of funds from WAMY will be relevant. Information on individual donors will still be redacted.

On another note, thus far you have not provided us with your supplemental answers to our first and second requests to determine which documents you produced correspond to which request. During our October 18 telephone conference you promised to serve us with supplemental responses in this regard. We understood that we would be receiving this information no later than November 15, 2011. We asked for this information in our June 20, 2011 letter, and again in our September 20, 2011, November 7, 2011, and November 15, 2011 letters.

During our October 18 conference you also promised to clarify or withdraw you sweeping general objections no later than November 16. For details please refer to our letters dated September 29, 2011 and November 15, 2011, respectively.

We request receipt of answers to the above demands no later than December 1, 2011. Please do not hesitate to contact us with any questions you may have. Except for our response on the redacted documents, the additional

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

issues we listed in this letter have already been discussed through meet and confer before.

Sincerely

Omar T. Mohammedi, Esq.

Fred Goetz /OTM,

Frederick Goetz, Esq.

Cc: Plaintiffs' Executive Committee
Alan Kabat, Defendants' Executive Committee