# EXHIBIT 46

كشف كفالات الأيتام لشهر محرم ١٤٢١ هـ

| م | رقم السند | تاريخ السند | رقم الكافل | اسم الكافل | جديد | تجديد | تبرع | اسم اليتيم | البلد | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|
| ١ | ١٨٣٣٣ | ٢٦/١٢/٢٠ | | | | ٢٠٠ | | حسينة باه | غينيا | |
| ٢ | ١٨٣٣٤ | ٢٩/١٢/٢٠ | | | | ١٢٠٠ | | أقسام حمد محمد خليفة | أرتريا | |
| ٣ | ١٨٣٣٥ | ٢٩/١٢/٢٠ | | | | | ٢٠٠ | أقسام حمد محمد خليفة | أرتريا | |
| ٤ | ١٨٣٣٦ | ٣٠/١٢/٢٠ | | | | ١٢٠٠ | | الحسين محمد محمد العبودي | المغرب | |
| ٥ | ١٨٣٣٧ | ٣٠/١٢/٢٠ | | | | ١٢٠٠ | | نجاة جمع سقاف | أرتريا | |
| ٦ | ١٨٣٣٨ | ٣٠/١٢/٢٠ | | | | ١٥٠٠ | | أنس سليمان عبد الرحمن | فلسطين | |
| ٧ | ١٨٣٣٨ | ٣٠/١٢/٢٠ | | | | ١٥٠٠ | | هيثم حجر جبريل أبو ميالة | فلسطين | |
| ٨ | ١٨٣٣٩ | ٣/١/٢١ | | | | ١٠٠ | | إبراهيم المفضل العربي الهرباز | المغرب | |
| ٩ | ١٨٣٤٠ | ٥/١/٢١ | | | | ١٠٠ | | نوح سيلا | مالي | |
| ١٠ | ١٨٣٤١ | ٥/١/٢١ | | | | ١٠٠ | | آسيا العياشي النبوي | المغرب | |
| ١١ | ١٨٣٤٢ | ٦/١/٢١ | | | | ١٢٠٠ | | ريزان لطيف قادر | كردستان | |
| ١٢ | ١٨٣٤٣ | ٦/١/٢١ | | | | ١٢٥ | | ليث تيسير سليمان | الأردن | |
| ١٣ | ١٨٣٤٤ | ٧/١/٢١ | | | | ٢٠٠ | | انصاف عبد الرحمن محمد الحجام | المغرب | |
| ١٤ | ١٨٣٤٥ | ٨/١/٢١ | | | | ٣٠٠ | | هالة قاسم عبده علي | اليمن | |
| ١٥ | ١٨٣٤٦ | ١١/١/٢١ | | | | ٩٠٠ | | أرشا ميكروفا شاديتا رودينفا | الشيشان | |
| ١٦ | ١٨٣٤٧ | ١٥/١/٢١ | | | | ٣٠٠ | | لقمان صالح سعيد فرج | كردستان | |
| ١٧ | ١٨٣٤٨ | ١٥/١/٢١ | | | | ٢٠٠ | | فريدة كلي عثمان برقان | كردستان | |
| ١٨ | ١٨٣٤٩ | ١٧/١/٢١ | | | | ١٢٠٠ | | كاوه حفظ الله نعمان محمد | كردستان | |
| ١٩ | ١٨٣٥٠ | ١٧/١/٢١ | | | | ١٢٠٠ | | هارون قادر رحيم مصطفى | كردستان | |
| ٢٠ | ١٨٣٥١ | ١٧/١/٢١ | | | | | ٧٥٠ | كاوه حفظ الله نعمان محمد | كردستان | |
| ٢١ | ١٨٣٥٢ | ١٧/١/٢١ | | | | ١٣٠٠ | | محمد الأمين محمد المصطفى | موريتانيا | |
| ٢٢ | ١٨٣٥٢ | ١٧/١/٢١ | | | | ١٢٠٠ | | أحمد النهامي عمر الناصر | المغرب | |
| ٢٣ | ١٨٣٥٣ | ١٧/١/٢١ | | | ١٥٠٠ | | | مصطفى محمد أحمد الشيخ | السودان | |

CONFIDENTIAL                                                                                                                     WAMYSA797930

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | موريتانيا | محمد بن الميس بن محمدو | | ١٢٠٠ | | | ١٧/١/٢١ | ١٨٣٥٤ | ٢٤ |
| | كردستان | هاوزين عويذ غنور | | ١٠٠ | | | ١٨/١/٢١ | ١٨٣٥٥ | ٢٥ |
| | كردستان | شمال جوهر كوني رسول | | ١٠٠ | | | ١٨/١/٢١ | ١٨٣٥٦ | ٢٦ |
| | كردستان | بيتون كريم مصطفى | | ١٠٠ | | | ١٨/١/٢١ | ١٨٣٥٧ | ٢٧ |
| | اليمن | نسيبة محمد يحي المسعدي | | ٤٠٠ | | | ١٨/١/٢١ | ١٨٣٥٨ | ٢٨ |
| | غينيا | حسينة باه | | ٢٠٠ | | | ١٨/١/٢١ | ١٨٣٥٩ | ٢٩ |
| | اليمن | هشام عبد الملك اليافعي | | ٢٠٠ | | | ١٨/١/٢١ | ١٨٣٦٠ | ٣٠ |
| | كردستان | هيمن برهان عمر قرني | | ٢٠٠ | | | ١٨/١/٢١ | ١٨٣٦١ | ٣١ |
| | كردستان | توانا سلام نبي | | ١٠٠ | | | ١٨/١/٢١ | ١٨٣٦٢ | ٣٢ |
| | غينيا | حسنة باه | | ١٠٠ | | | ١٨/١/٢١ | ١٨٣٦٣ | ٣٣ |
| | كردستان | هيمن برهان عمر قرني | | ١٠٠ | | | ١٨/١/٢١ | ١٨٣٦٤ | ٣٤ |
| | كردستان | سعد علي حسين | | ١٠٠ | | | ١٨/١/٢١ | ١٨٣٦٥ | ٣٥ |
| | أرتريا | سالم سعيد سليوم | | ١٠٠ | | | ١٨/١/٢١ | ١٨٣٦٦ | ٣٦ |
| | غينيا كوناكري | محمد ألفا جالو | | ١٠٠ | | | ١٨/١/٢١ | ١٨٣٦٧ | ٣٧ |
| | أوغندا | صبرة محمد ككوانو نلويما | | | ٣٠٠ | | ٢٥/١/٢١ | ١٨٣٦٨ | ٣٨ |
| | كردستان | يوسف كاظم محمد نجيب | | | ١٠٠ | | ٢٨/١/٢١ | ١٨٣٦٩ | ٣٩ |
| | كردستان | ده رووز أحمد معروف | | ١٠٠ | | | ٢٨/١/٢١ | ١٨٣٧٠ | ٤٠ |
| | كردستان | دانا عبد الله حمه توفيق | | ١٠٠ | | | ٢٨/١/٢١ | ١٨٣٧١ | ٤١ |
| | | | ٩٥٠ | ١٨٥٢٥ | ١٩٠٠ | | | | |
| | | | | ٢١٣٧٥ | | | | | |

CONFIDENTIAL                                                                                                     WAMYSA797931

| م | اسم المشروع | البلد | المبلغ | رقم السند | تاريخ السند | ملاحظات |
|---|---|---|---|---|---|---|
| ١ | جمعية البلاغ الثقافية Islam on Line | قطر | ٥٠٠٠ | ٣٥٧٥ | ٢٩/١٢/٢٠ | |
| ٢ | جمعية البلاغ الثقافية Islam on Line | قطر | ٢٠٠ | ٣٥٨٨ | ٠٣/٠١/٢١ | |
| ٣ | جمعية البلاغ الثقافية Islam on Line | قطر | ٤٠٠ | ٣٦٥٢ | ٢٢/٠١/٢١ | |
| ٤ | البرنامج الصيفي الدعوي | | ٥٠٠ | ٣٦٣٦ | ١٩/٠١/٢١ | |
| | الإجمالي | | ٦١٠٠ | | | |

كشف البرامج الدعوية لشهر محرم ١٤٢١ هـ

CONFIDENTIAL

WAMYSA797932

| م | البيــــــــان | البلد | المبلغ | رقم السند | تاريخ السند | ملاحظات |
|---|---|---|---|---|---|---|
| ١ | تجديد كفالة الطالب ( أحمد علي بن سليمان ) | اليمن | ١٢٠٠ | ٣٦٠١ | ٠٤/٠١/٢١ | |
| ٢ | كفالة داعية | | ١٥٠٠ | ٣٦٠٣ | ٠٤/٠١/٢١ | |
| | الإجــــــمالي | | ٢٧٠٠ | | | |

كشف التعليم لشهر محرم ١٤٢١هـ

CONFIDENTIAL

WAMYSA797933

| م | البيــــــــان | البلد | المبلغ | رقم السند | تاريخ السند | ملاحظات |
|---|---|---|---|---|---|---|
| | كشف حلقات القرآن لشهر محرم ١٤٢١ هـ | | | | | |
| ١ | كفالة حلقة قرآن | فلسطين | ٥٦٠ | ٣٥٩١ | ٢١/٠١/٠٣ | القسط الأول — شهر محرم |
| ٢ | حلقة تحفيظ قرآن | حضرموت | ١٥٠ | ٣٦٥٨ | ٢١/٠١/٢٥ | |
| | | الإجمالي | ٧١٠ | | | |

CONFIDENTIAL

WAMYSA797934

| م | اسم المشروع | البلد | المبلغ | رقم السند | تاريخ السند | ملاحظات |
|---|---|---|---|---|---|---|
| | كشف المشاريع لشهر محرم ١٤٢١ هـ | | | | | |
| ١ | حفر بئر باسم ( بئر الرحمة ) | الصومال | ١٥٠٠٠ | ٣٥٧٦ | ٢٩/١٢/٢٠ | |
| ٢ | أنشاء مشروع مركز صحي ( قرية السديرة الشرقية ) | السودان | ٢٨٦٠٠ | ٣٥٨٤ | ٣٠/١٢/٢٠ | |
| ٣ | أخر دفعة من بناء مسجد ( الإيثار ) | غينيا كوناكري | ٢٠٠٠ | ٣٥٨٧ | ٠٣/٠١/٢١ | |
| ٤ | تكملة بناء مسجد ( النور ) | كردستان | ١٠٠ | ٣٦٢٥ | ١٣/٠١/٢١ | |
| ٥ | قسط ثالث لبناء مدرسة ( السراج المنير ٢ ) | كردستان | ١٠٠١٥ | ٣٦٣٥ | ١٩/٠١/٢١ | |
| ٦ | بناء مسجد باسم مسجد ( موسى البوشي ) | باكستان | ٣٥٠٠٠ | ٣٦٣٩ | ٢٠/٠١/٢١ | |
| | | الإجمالي | ٩٠٧١٥ | | | |

CONFIDENTIAL                                                                                                                WAMYSA797935