# EXHIBIT 47

تقرير ايتام عام ١٤٢٣هـ

| م | اسم المستقطع | اليتيم | الدولة | المدينة | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | محمد جريوش سالم | اليمن | حرض | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | | |
| 4 | | جابر علي محد الخميس | اليمن | حرض | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 5 | | عبد الله عوض علي بارحمة | اليمن | شبوة | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 |
| 11 | | عدنان احمد شيبان عمر | اليمن | حرض | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 |
| 14 | | علي محمد يحيى جعدري | اليمن | حرض | 100 | 100 | | 100 | 100 | 100 | | 100 | 100 | 100 | 100 |
| 14 | | عادل علي محمد عراج شريف | اليمن | حرض | 100 | 100 | 100 | | 100 | 100 | | 100 | 100 | 100 | 100 |
| 14 | | أحمد عبد الله ابراهيم جعداري | اليمن | حرض | 100 | 100 | | 100 | 100 | 100 | | 100 | 100 | 100 | 100 |
| 17 | | احمد علبي يحي جعداري | اليمن | حرض | 100 | 100 | 100 | 100 | | 100 | | 100 | 100 | 100 | 100 |
| 18 | | محمد عبده ابكر حجر | اليمن | حرض | 100 | 100 | 100 | 100 | | 100 | | 100 | 100 | 100 | 100 |
| 19 | | مروة هادي غبران خميس | اليمن | حرض | 100 | | | | 100 | | | 100 | 100 | 100 | 100 |
| 19 | | احمد منصور محمد شوعي جعداري | اليمن | حرض | 100 | | | | 100 | | | 100 | 100 | 100 | 100 |
| 22 | | رئفة ناصر الشطري | اليمن | شبوة | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 |
| 26 | | عمر علي علي حمد خميس | اليمن | حرض | 100 | 100 | 0 | 0 | 100 | 100 | | 100 | 100 | 100 | 100 |
| 27 | | ذياد احمد عبد الله لشرف | اليمن | حرض | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 |
| 33 | | ابراهيم احمد خوري | اليمن | حرض | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 |
| 44 | | قاسم محمد داوود خميس | اليمن | حرض | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 | 100 |
| 44 | | علي بن علي شوعي قبول | اليمن | حرض | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 | 100 |
| 45 | | خالد شوعي محمد قرنتي | اليمن | حرض | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 49 | | يحي محمد شرعي لش | اليمن | حرض | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 | 100 |
| 49 | | احمد حمد صديق احجف | اليمن | حرض | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 | 100 |
| 51 | | حسن بغوش بخيت | اليمن | حرض | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 | 100 |
| 55 | | علي حسن حدادي | اليمن | حرض | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 | 100 |
| 57 | | علي عبده محمد ساشيم | اليمن | حرض | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 | 100 |
| 61 | | علي جابر احمد الخميس | اليمن | حرض | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 | 100 |
| 63 | | محمود محمد حسن | جيبوتي | | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 | 100 |
| 65 | | محمد محمد كلاس | اليمن | حرض | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 | 100 |
| 78 | | ابراهيم آدم عبد الله | جيبوتي | | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 | 100 |

WAMYSA084452

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 100 | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | حرض | اليمن | حورية احمد عبد الله محمد الشرفي | 78 |
| 100 | 100 | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | حرض | اليمن | عباس علي علي هامل | 82 |
| 100 | 100 | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | حرض | اليمن | حمود عبده سلمان يماني | 88 |
| 100 | 100 | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | حرض | اليمن | منال منصور محمد منصور جعداري | 90 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | علي شوعي صغير شامي | 95 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | ابراهيم هادي هدي هلال | 98 |
| | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | نجوى شوعي غازي الأسلمي | 102 |
| | | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | احمد ابراهيم هادي هلال | 104 |
| 100 | 100 | | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | الإصلاح | اليمن | اروى احمد شيخ مساعد | 107 |
| 100 | 100 | | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | اسماعيل محمد احمد محمودي | 111 |
| 100 | 100 | | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | عائشة محمد علي احمد أسود | 111 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | عبد الله يحيى صغير | 112 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | سليمان علي محمد خميس | 114 |
| 100 | | | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | عبد الله محمد محمد الوادعي | 116 |
| 100 | | | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | صدام احمد علي عمر | 116 |
| 100 | | | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | احمد عمر كدم | 116 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | احمد مطر قبول كلادة | 118 |
| | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | بلقيس عبده احمد باس خميس | 120 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | ربيع عبد الله جبران قدح | 122 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | حسن محمد ابراهيم بريدي | 126 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | عبد الرحمن حمود علي ابكر | 130 |
| 100 | | 100 | 100 | 100 | | | 100 | 100 | 100 | 100 | حرض | اليمن | يوسف عبده سالم خميس | 140 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | محسن علي حمد هادي | 150 |
| 100 | | | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | علي محمد علي طاهر | 151 |
| | | | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | عزي محمد علي خميس | 152 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | اسماعيل ابراهيم عيسى مظيم | 156 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | عبد الجليل محمد ابراهيم يتيم | 157 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | حرض | اليمن | قريش احمد حمود محجب | 159 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | | جيبوتي | اسية احمد واري | 181 |
| | 100 | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | | جيبوتي | فاطمة بشير عبد الله | 192 |
| | 100 | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | حرض | اليمن | حنش حنش عبده حدادي | 192 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | | جيبوتي | منى عبدي موسى | 194 |

WAMYSA084453

| | | | | | | | | | | | | | الاسم | # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 100 | | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | | جيبوتي | امنة عمر جوزة | ١ | 196 |
| 100 | | 100 | | 100 | 100 | | 100 | 100 | 100 | 100 | | جيبوتي | آسية علي عبد الله | ٢ | 197 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | | جيبوتي | سريد ومجمد رويلة | ٣ | 199 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | | جيبوتي | سريدة محمد محمود | ٤ | 210 |
| 100 | | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | | جيبوتي | دينة احمد خنفري | ٥ | 212 |
| 100 | 100 | | | 100 | 100 | 100 | 100 | 100 | | 100 | | جيبوتي | امين محمد علي | ٦ | 214 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | | جيبوتي | وهرة حسن نوح | ٧ | 215 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | | 100 | | جيبوتي | امنة يحي ابراهيم | ٨ | 216 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | | جيبوتي | مرحتا حاتر حمد | ٩ | 218 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | | | العدين | اليمن | عارف محمد حمود عبد الرب | | 219 |
| 100 | 100 | | 100 | 100 | 100 | 100 | | 100 | 100 | 0 | | جيبوتي | فاطمة عويلة عويس | ١٠ | 221 |
| | 100 | 100 | | 100 | 100 | 100 | 100 | 100 | 100 | 0 | | جيبوتي | عمر رويلة راجي | ١١ | 226 |
| | 100 | 100 | | 100 | 100 | 100 | 100 | 100 | 100 | 0 | شبوة | اليمن | صالح محسن بجنف | | 226 |
| 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | 0 | | جيبوتي | عبد القادر محمد آدم | ١٢ | 230 |
| 100 | 100 | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | | جيبوتي | سهل اويسة رويلة | ١٣ | 232 |
| 100 | | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | | | جيبوتي | زهرة سعيد جمعالة | ١٤ | 236 |
| 100 | | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | | حرض | اليمن | حسن عبده علي عاطفي | | 236 |
| 100 | | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | | حرض | اليمن | صالح حسن احمد الاسلمي | | 236 |
| 100 | | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | | حرض | اليمن | احمد هادي مزيد كديش | | 236 |
| 100 | | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | | حرض | اليمن | عبده احمد جمعان عكي | | 236 |
| 100 | | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | | حرض | اليمن | حسين علي محمد حاسر جمح | | 236 |
| 100 | | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | | حرض | اليمن | هادي محمد هادي جماعي | | 236 |
| 100 | | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | | حرض | اليمن | فاطمة شوعي احمد عويد | | 236 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | | | جيبوتي | احمد محمد اسماعيل | ١٥ | 238 |
| | 100 | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | | جيبوتي | صابر عمر حسين | ١٦ | 240 |
| 100 | 100 | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 0 | حرض | اليمن | غنية محمد علي خميس | | 241 |
| 100 | 100 | 100 | 100 | | 100 | | 100 | 100 | 100 | | | جيبوتي | امنة رويلة مجل حسن | ١٧ | 243 |
| 100 | 100 | | 100 | | | 100 | 100 | | 100 | | | جيبوتي | افراح رويلة راجي | ١٨ | 244 |
| 100 | 100 | | 100 | | | 100 | 100 | | 100 | | | جيبوتي | يس دعالة برالة | ١٩ | 244 |
| 100 | 100 | 100 | | 100 | 100 | 100 | 100 | 100 | | | | جيبوتي | سمية عمر عبد | ٢٠ | 246 |
| 100 | 100 | 100 | 100 | 100 | | | | 100 | | رازح | اليمن | ضيف أحمد حسين دعيش | | 249 |
| 100 | 100 | 100 | 100 | | | 100 | 100 | 100 | 100 | | | جيبوتي | عبد الرحمن عبد العزيز محمد | ٢١ | 250 |

WAMYSA084454

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 100 | | 100 | | 100 | 100 | 100 | 100 | 100 | | | جيبوتي | رشيد رويلة راجي | 251 |
| 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | 100 | | شبوة | اليمن | محسن محمد الدنيش | 252 |
| 100 | 100 | 100 | 100 | 100 | 100 | | | 100 | 100 | | | جيبوتي | اسماء عمر عيد | 254 |
| | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | حرض | اليمن | عبده جابر شوعي | 255 |
| 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | 100 | | شبوة | اليمن | فهد عوض عبد الله يزيد | 259 |
| 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | 100 | | | جيبوتي | مختار سويتة جامع | 260 |
| 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | 100 | | | جيبوتي | محي الدين سعيد عبد الله | 262 |
| 100 | | | 100 | | 100 | 100 | 100 | 100 | 100 | 0 | شبوة | اليمن | محمد محمد احمد العز | 265 |
| | 100 | | 100 | | 100 | 100 | 100 | 100 | 100 | | | جيبوتي | امرين ضيف الله علي | 266 |
| 100 | 100 | 100 | 100 | | 100 | 100 | | | | | شبوة | اليمن | مروة محسن محمد بجنف | 270 |
| 100 | | 100 | | 100 | 100 | 100 | | 100 | 100 | | | جيبوتي | علي عبدي حسين | 272 |
| 100 | 100 | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 0 | 0 | جيبوتي | ميرم مؤمني محمد | 280 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | | رازح | اليمن | نوح حسن صالح منصور | 281 |
| 100 | 100 | 100 | 100 | | 100 | | | 100 | | | حرض | اليمن | جلال حمود القاضي | 286 |
| 100 | 100 | 100 | 100 | 100 | | 100 | | 100 | | | حرض | اليمن | نبيل حمود إبراهيم مسلماني | 288 |
| 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | | | حرض | اليمن | عبد الله احمد مقبول كلاده | 289 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | | | شبوة | اليمن | دلال صالح مبارك هنم | 290 |
| 100 | 100 | 100 | 100 | 100 | 100 | | | 100 | | | حرض | اليمن | احمد حسن علي هلمان | 291 |
| 100 | 100 | 100 | 100 | | | 100 | 100 | | | | حرض | اليمن | هيثم عمر علي دوس | 292 |
| 100 | 100 | 100 | 100 | | 100 | 100 | 100 | | | | شبوة | اليمن | رجاء علي بو بكر بامعبد | 293 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | | | | | حرض | اليمن | محمد علي درويش | 294 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | | | | | حرض | اليمن | علي مسواك عبد الله بحيري | 295 |
| | 100 | 100 | 100 | 100 | 100 | 100 | | | | | حرض | اليمن | إبراهيم احمد يماني هتان | 296 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | | | | | حرض | اليمن | حمد احمد علي صالحي | 297 |
| 200 | | 100 | 100 | 200 | | 100 | | | | | رازح | اليمن | امين عيظة زايد عيظة | 301 |
| 200 | | 100 | 100 | 200 | | 100 | | | | | حرض | اليمن | علي شوعي افندي هتان | 301 |
| 200 | | 100 | 100 | 200 | | 100 | | | | | رازح | اليمن | احمد حسن صلاح حسين | 301 |
| 100 | | 100 | 100 | 200 | | 100 | | | | | شبوة | اليمن | وفاء هادي احمد الاعجم | 304 |
| 200 | | 100 | 100 | 200 | | 100 | | | | | شبوة | اليمن | خولة محمد منصور كندر | 305 |
| 200 | | 100 | 100 | 200 | | 100 | | | | | الإصلاح | اليمن | خضرة ناصر علي غدغد | 306 |
| 200 | | 100 | 100 | 200 | | 100 | | | | | حرض | اليمن | علي محمد احمد علي قيم | 307 |
| 200 | | 100 | 100 | 200 | | 100 | | | | | حرض | اليمن | امنة احمد مبروك مبارك | 307 |

WAMYSA084455

| 200 | | 100 | 100 | 200 | | 100 | | | | حرض | اليمن | طاهرة محمد عبده بدوي | 307 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | | 100 | 100 | 200 | | 100 | | | | حرض | اليمن | ياسر عثمان مقبول زياد | 310 |
| 200 | | 100 | 100 | 200 | | 100 | | | | رازح | اليمن | هلال شارد عبد الله سعيد | 311 |
| | | 100 | 100 | 200 | | 100 | | | | حرض | اليمن | نور حسن عبد الله قرنتي | 312 |
| 100 | 100 | 100 | | 100 | 100 | 100 | 100 | | | حرض | اليمن | ابراهيم سالم الزين مغربي | 318 |
| 100 | 100 | 100 | | 100 | 100 | 100 | 100 | | | حرض | اليمن | فاتن شوعي حسين خميس | 318 |
| 100 | 100 | | 100 | 100 | | 100 | | | | حرض | اليمن | اسماعيل علي حسن | 319 |
| 100 | 100 | | 100 | 100 | | 100 | | | | حرض | اليمن | علي يحي حسن | 319 |
| 100 | 100 | 100 | | 100 | 100 | 100 | | | | حرض | اليمن | ابراهيم درويش احمد هارب | 320 |
| 100 | 100 | | 100 | 100 | | 100 | | | | حرض | اليمن | اشراق علي عراج علي حجوري | 321 |
| 100 | 100 | | 100 | 100 | | 100 | | | | حرض | اليمن | عائشة حسن حسن خميس | 321 |
| 100 | 100 | | 100 | 100 | | 100 | | | | حرض | اليمن | محمد مهدي محمد بابوه | 321 |
| 100 | 100 | | 100 | 100 | | 100 | | | | حرض | اليمن | احمد مكين محمد شكوي | 321 |
| 100 | 100 | | 100 | 100 | | 100 | | | | حرض | اليمن | قاسم عبد الله محمدزين | 321 |
| 100 | 100 | 100 | 100 | 100 | | 100 | | | | شبوة | اليمن | اسماعيل احمد اسماعيل | 322 |
| | 100 | 100 | 100 | 100 | 100 | 100 | | | | حرض | اليمن | بندر احمد علي حيشبري | 323 |
| 100 | 100 | | 100 | | 100 | | 100 | | | رازح | اليمن | صالح ناصر ظافر ناصر | 328 |
| 100 | 100 | | 100 | | 100 | | 100 | | | رازح | اليمن | احمد محمد جبران سلمان | 328 |
| 300 | | | | 300 | | | 300 | | | حرض | اليمن | حمود علي عبيس زعبر | 329 |
| 100 | 100 | | 100 | 100 | 100 | | 100 | | | حرض | اليمن | سيف قاسم شرفي | 330 |
| 100 | 100 | 100 | 100 | 100 | 100 | | | | | حرض | اليمن | عباس احمد يوسف ربيع | 332 |
| 200 | 100 | 100 | 100 | 200 | | | | | | رازح | اليمن | إحسان عبد الله مسفر | 334 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | مسعود يحيى مسعود مسعدة | 338 |
| 200 | | 100 | 100 | 200 | | | | | | رازح | اليمن | غالب قاسم احمد علي | 338 |
| 200 | | 100 | 100 | 200 | | | | | | رازح | اليمن | احمد جبران جوعان حسين | 340 |
| 200 | | 100 | 100 | 200 | | | | | | العدين | اليمن | محمد قاسم قايد عبد الله | 342 |
| 200 | | 100 | 100 | 200 | | | | | | رازح | اليمن | إنتضار احمد يحيى عثمان | 344 |
| 200 | | 100 | 100 | 200 | | | | | | رازح | اليمن | روحه سالم علي ميسر | 346 |
| 200 | | 100 | 100 | 200 | | | | | | رازح | اليمن | صفيه احمد محمد منصور | 346 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | محمد طيب عمر قزان | 347 |
| 200 | | 100 | 100 | 200 | | | | | | رازح | اليمن | يحيى يحيى حسين مرشد | 352 |
| 200 | | 100 | 100 | 200 | | | | | | العدين | اليمن | فواز عبد الله مهيوب علي | 355 |

WAMYSA084456

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | | 100 | 100 | 200 | | | | | | | العدين | اليمن | انس يحي عبد اللطيف | 355 |
| 200 | | 100 | 100 | 200 | | | | | | | العدين | اليمن | طلال عبد الله قايد علي | 355 |
| 200 | | | | 200 | | | | | | | رازح | اليمن | عائشه علي صالح مسعود | 356 |
| 200 | | 100 | 100 | 200 | | | | | | | العدين | اليمن | هيثم قاسم مرشد دحان | 358 |
| 200 | | 100 | 100 | 200 | | | | | | | رازح | اليمن | عبد العظيم صغير مسفر العزام | 362 |
| 200 | | 100 | 100 | 200 | | | | | | | رازح | اليمن | خالد سالم جابر الدقيق | 362 |
| 200 | | 100 | 100 | 200 | | | | | | | حرض | اليمن | يحيى يحيى صالح غضبان | 362 |
| 200 | | 100 | 100 | 200 | | | | | | | شبوة | اليمن | لبيبا صالح حسن مهدي | 364 |
| 200 | | 100 | | 200 | | | | | | | رازح | اليمن | عبد ربه ناصر معوض عوض | 365 |
| 200 | | 100 | 100 | 200 | | | | | | | رازح | اليمن | آمنه عبد الله مسفر | 367 |
| 200 | | 100 | 100 | 200 | | | | | | | رازح | اليمن | ماجد قاسم أحمد علي | 367 |
| 200 | | 100 | 100 | 200 | | | | | | | رازح | اليمن | صدام حسين سلمان صالح | 371 |
| 200 | | 100 | 100 | 200 | | | | | | | رازح | اليمن | مختار غيظه معوض | 374 |
| 200 | | 100 | 100 | 200 | | | | | | | رازح | اليمن | شرف محمد شرف عدلان | 378 |
| 200 | | 100 | 100 | 200 | | | | | | | رازح | اليمن | سليمان يحيى حسين مرشد | 381 |
| 200 | | 100 | 100 | 200 | | | | | | | الإصلاح | اليمن | عبده عبد الرحمن علي السلامي | 382 |
| 200 | | 100 | 100 | 200 | | | | | | | رازح | اليمن | سمير احسن محمد صالح | 384 |
| 200 | | 100 | 100 | 200 | | | | | | | شبوة | اليمن | وليد محمد عبد الله باحنجه | 385 |
| 200 | | 100 | 100 | 200 | | | | | | | | كشمير | دلاور عبد الرحمن دار | 387 |
| 200 | | 100 | 100 | 200 | | | | | | | رازح | اليمن | إبراهيم جرادي شاكر جرادي | 389 |
| 100 | | | 100 | 200 | | | | | | | رازح | اليمن | إسماعيل جرادي شاكر جرادي | 390 |
| 100 | | | 100 | 200 | | | | | | | رازح | اليمن | سعيد شارد يحيى | 390 |
| 100 | | | 100 | 200 | | | | | | | رازح | اليمن | زيد قاسم أحمد علي | 390 |
| 200 | | 100 | | 200 | | | | | | | حرض | اليمن | خليل شوعي عبد الغني مقري | 393 |
| 200 | | 100 | | 200 | | | | | | | حرض | اليمن | اسماعيل محمد علي زيد | 394 |
| 200 | | 100 | 100 | 200 | | | | | | | رازح | اليمن | عبد الخالق جرادي شاكر جرادي | 396 |
| 200 | | 100 | 100 | 200 | | | | | | | رازح | اليمن | عبد الله جرادي شاكر جرادي | 397 |
| 200 | 100 | | | 200 | | | | | | | رازح | اليمن | حسين احمد حسين احمد | 398 |
| 200 | | 100 | 100 | 200 | | | | | | | حرض | اليمن | احمد محمد طيب عتين | 400 |
| 200 | | 100 | 100 | 200 | | | | | | | رازح | اليمن | احمد صالح احمد | 401 |
| | 100 | | 100 | 100 | 100 | | | | | | شبوة | اليمن | محمد ناصر مبارك الطوي | 402 |
| 200 | | 100 | | 200 | 100 | | | | | | رازح | اليمن | مقداد حسن محمد سليمان | 403 |

WAMYSA084457

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | | 100 | 100 | 200 | | | | | | شبوة | اليمن | مرفت محمد يحيى ناصر كعش | 404 |
| 200 | | 100 | 100 | 200 | | | | | | رازح | اليمن | جميل يوسف سودان علي | 405 |
| 200 | | 100 | 100 | 200 | | | | | | رازح | اليمن | فايده شارد يحيى حسين | 406 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | تاعب ناصر المقدم | 409 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | حافظ محمد شوعي غضبان | 409 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | مسعود جابر محمد | 409 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | عبد الله عيضه حجر | 410 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | عائض علي محمد مربع | 410 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | شوقيه عثمان إبراهيم جعيدي | 411 |
| 200 | | | 100 | 200 | | | | | | حرض | اليمن | عبد الله محمد طراش خميسي | 412 |
| 200 | | | 100 | 200 | | | | | | حرض | اليمن | صبّارحسن علي عرجي | 412 |
| | | | | 1200 | | | | | | حرض | اليمن | عبد الله حسن محمد شعلان | 413 |
| | | | | 1200 | | | | | | حرض | اليمن | عادل احمد علي خوري | 413 |
| | | | | 1200 | | | | | | حرض | اليمن | عجاجة علي محمد فلاح | 413 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | حمزه محمد علي موري | 414 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | عبد الله أحمد عبده جعيدي | 415 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | خالد محمد حسن مقتل | 415 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | موسى محمد سالم عمودي | 416 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | علي أحمد هوايش مطري | 418 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | علي محمد مهدلي مطري | 418 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | سند إبراهيم جعيدي مطري | 418 |
| 200 | | 100 | 100 | 200 | | | | | | رازح | اليمن | عاطف علي حسن صالح | 419 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | عبده أحمد جمعان عكي | 420 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | وائل أحمد يحيى حجوري | 420 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | إبراهيم محسن محمد موري | 420 |
| 200 | | 100 | 100 | 200 | | | | | | رازح | اليمن | فاديه عبد الله مسفر | 421 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | نايف سعيد عميس علي | 423 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | عثمان علي أحمد حقين | 424 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | محمد محمد أحمد حقين | 427 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | سعيد الحسن سعيد موسى | 428 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | عبده أحمد علي صديق | 429 |
| 200 | | 100 | 100 | 200 | | | | | | حرض | اليمن | علي أحمد محمد صغير | 429 |

WAMYSA084458

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | | 100 | 100 | 200 | | | | | | | حرض | اليمن | إبراهيم ها دي علي محمدي | 429 |
| 100 | 100 | 100 | 100 | 200 | 100 | | | | | | رازح | اليمن | سعيد سالم معيض حميد | 432 |
| 200 | | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | جبران احمد جبران دعيل | 433 |
| 200 | | 100 | | 100 | 100 | | | | | | شبوة | اليمن | صدام احمد علي الجعب | 440 |
| 200 | | 100 | | 100 | 100 | | | | | | شبوة | اليمن | وسام علي عبد الله الجعب | 440 |
| 200 | 100 | | | | 100 | | | | | | رازح | اليمن | فاضل ناصر مستور جلهم | 441 |
| 100 | | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | مهند علي علي حملي | 442 |
| 200 | | 100 | 100 | 100 | 100 | | | | | | | كشمير | ميمه بنت علي محمد مير | 443 |
| 200 | | 100 | 100 | 100 | 100 | | | | | | شبوة | اليمن | ساري محمد المبرود | 443 |
| 200 | | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | مهدي حسين شوعي | 449 |
| 100 | 100 | 100 | 100 | 100 | | | | | | | رازح | اليمن | امين سليمان سالم خبتي | 454 |
| 100 | 100 | 100 | 100 | 100 | | | | | | | | كشمير | طارق احمد واغنو حبيب | 455 |
| 100 | 100 | 100 | 100 | 100 | | | | | | | رازح | اليمن | صالح قاسم حسن سبتة | 459 |
| 100 | 100 | 100 | 100 | 100 | | | | | | | رازح | اليمن | شرف الدين حسن يحيى عبده | 460 |
| 100 | 100 | 100 | 100 | 100 | | | | | | | رازح | اليمن | أمة الرحمن عبد الله مسفر | 460 |
| 100 | 100 | 100 | 100 | 100 | | | | | | | رازح | اليمن | عبد الرحمن عسكر ضيف حسين | 460 |
| 100 | 100 | 100 | 100 | 100 | | | | | | | رازح | اليمن | بسام عيظه سالم معوض | 460 |
| 200 | | | | 100 | 100 | | | | | | رازح | اليمن | صادق محمد جبران يماني | 462 |
| 200 | | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | ضيف محمد يحي سهيل | 464 |
| 200 | | | | 100 | 100 | | | | | | رازح | اليمن | امين علي حسين جبران | 465 |
| 200 | | 100 | | 100 | 100 | | | | | | شبوة | اليمن | عمر سعيد احمد باودي | 466 |
| 100 | 100 | 100 | 100 | 100 | | 100 | | 100 | | | رازح | اليمن | بشرى عيظه حبران عيظه | 467 |
| 100 | 100 | 100 | 100 | 100 | 100 | | | | | | شبوة | اليمن | رمزي محمد سعيد باحاج | 468 |
| 200 | | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | ضيف علي حسن صالح | 469 |
| 100 | 100 | 100 | 100 | 100 | | | | | | | رازح | اليمن | عبد الرحمن مسفر عبود | 471 |
| 100 | 100 | 100 | 100 | 100 | | | | | | | رازح | اليمن | عبد السلام محمد حسن الراعي | 473 |
| 200 | | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | خديجه علي حمود القاسمي | 477 |
| 200 | | 100 | 100 | | 100 | | | | | | رازح | اليمن | علي عبد الله ناصر معبر | 478 |
| 200 | | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | جابر جابر يحي مبارك | 487 |
| 200 | | 100 | 100 | 100 | 100 | | | | | | العدين | اليمن | محمد احمد سيف علي | 487 |
| 100 | | 100 | 100 | | | | | | | | رازح | اليمن | خالد بن خالد مسفر | 496 |
| 100 | 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | داود ناصر هادي | 506 |

WAMYSA084459

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 100 | 100 | 100 | 100 | | | | | | شبوة | اليمن | صفاء علي بو عمر بامعبد | | 506 |
| 100 | 100 | 100 | 100 | | | | | | | رازح | اليمن | عبير خالد مسفر عبود | | 507 |
| 100 | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | هدايه عبد الله مسفر عبود | | 518 |
| 100 | 100 | 100 | | 100 | | | | | | رازح | اليمن | طه حسين صالح محمد | | 528 |
| 100 | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | عوض سالم علي ميسر | | 530 |
| 100 | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | نادية حسين محمد | | 530 |
| 100 | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | ماجد عبد الله مسفر عبود | | 543 |
| 100 | | 100 | 100 | 100 | | | | | | حرض | اليمن | فاطمة احمد علي دهيس | | 544 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | عبد الله علي عيسى ابكر | | 552 |
| 100 | | 100 | 100 | | | | | | | شبوة | اليمن | صالح عبد الله احمد جعفر | | 553 |
| 100 | | 100 | 100 | | | | | | | شبوة | اليمن | موسى سالم بوهيوج | | 553 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | إبراهيم علي إبراهيم مفزي | | 557 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | نبيل محمد شوعي كدز | | 558 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | بلقيس هندي بن هندي عبده | | 559 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | هدى هندي بن هندي عبده | | 561 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | محمد إبراهيم حسن نور | | 565 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | موسى حمود أحمد شوعي | | 568 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | آمنه محمد هادي عراج | | 572 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | حورية جراد مقدم الشارف | | 576 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | ابو بكر علي علي مظليع | | 577 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | خولة عبد حسن علي الخميسي | | 578 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | علي بن علي بن علي مبروك | | 580 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | يوسف محمد علي العريضي | | 582 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | نبيل حسن محمد حسن الخميسي□ | | 582 |
| 200 | | 100 | 100 | 100 | | | | | | رازح | اليمن | فيصل حسين صالح محمد | | 585 |
| 100 | | 100 | 100 | | | | | | | رازح | اليمن | معوض معوض قاسم بكرة | | 588 |
| 100 | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | عصام حسين صالح محمد | | 591 |
| 100 | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | مطر هارب سالم شداد | | 591 |
| 100 | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | جمعه صالح علي | | 591 |
| 100 | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | هايل حسين صالح محمد | | 592 |
| 100 | 100 | 100 | | 100 | | | | | | رازح | اليمن | فايز عبه صالح محمد | | 593 |
| 100 | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | إبراهيم علي صبحان هادي | | 594 |

WAMYSA084460

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 100 | 100 | 100 | 100 | | | | | | رازح | اليمن | أحمد جبران سلمان جبران | | 594 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | إسماعيل حسن أحمد عنتر | | 595 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | أحمد محمد محمد حاج | | 601 |
| 125 | 125 | 125 | 125 | | | | | | | | | | | 602 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | إسماعيل محمد أحمد فهيم | | 603 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | حميد محمد سوير العروي | | 604 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | حميد يحيى صالح الجرو | | 608 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | أحمد مرداف جابر جاثم | | 612 |
| 100 | | 100 | | | | | | | | حرض | اليمن | محمد صالح هادي ياسين مبارك | | 614 |
| 200 | | 100 | 100 | 100 | | | | | | العدين | اليمن | إبراهيم عبد الرحمن عمر عبد الواحد | | 615 |
| 200 | | 100 | 100 | 100 | | | | | | شبوة | اليمن | محمد علي القيرحي | | 615 |
| 200 | | 100 | 100 | 100 | | | | | | حرض | اليمن | حسين محمد يتيم بحجري | | 619 |
| 100 | | 100 | 100 | 100 | | | | | | رازح | اليمن | ياسر قاسم عبده هيجان | | 620 |
| 200 | | 100 | 100 | | | | | | | شبوة | اليمن | سالم سالم طالب بالفقير | | 622 |
| 200 | | 100 | 100 | | | | | | | شبوة | اليمن | علي سعد صالح بارحمة | | 622 |
| 200 | | 100 | 100 | | | | | | | شبوة | اليمن | محمد خالد هادي باسردة | | 622 |
| 100 | | 100 | 100 | 100 | | | | | | | كشمير | خورشيد احمد بت محمد امين | | 623 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | حمد علي قحم | | 624 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | علي طيب علي عذيبي | | 624 |
| 100 | 100 | 100 | 100 | 100 | | | | | | حرض | اليمن | عبد الله عمر أحمد عرام | | 624 |
| 200 | | 100 | 100 | | | | | | | شبوة | اليمن | موسى محمد جعفر | | 627 |
| 200 | | 100 | 100 | | | | | | | حرض | اليمن | إبراهيم عبد الله حسن اشرف | | 629 |
| 200 | | 100 | 100 | | | | | | | حرض | اليمن | منصور محمد عبد الله حوفان | | 629 |
| 200 | | 100 | 100 | | | | | | | حرض | اليمن | مالك يحي شوعي حسين | | 630 |
| 200 | | 100 | 100 | | | | | | | رازح | اليمن | عبد الله ناصر مستور جلهم | | 631 |
| 200 | | 100 | 100 | | | | | | | حرض | اليمن | علي شوعي علي شداد | | 632 |
| 200 | | 100 | 100 | | | | | | | حرض | اليمن | احمد علي هادي نش | | 640 |
| 200 | | 100 | 100 | | | | | | | | جيبوتي | فاطمة علمة محمد | | 642 |
| 200 | | 100 | 100 | | | | | | | | جيبوتي | عائشة علمة محمد | | 642 |
| 200 | | 100 | 100 | | | | | | | شبوة | اليمن | دعام يسلم فرج | | 642 |
| 200 | | | 200 | | | | | | | حرض | اليمن | حسن عبد الله يحيى أعجم | | 644 |
| 100 | 100 | 100 | | | | | | | | حرض | اليمن | فؤاد محمد خميس حسين خميس | | 647 |

WAMYSA084461

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 100 | 100 | | | | | | | | | رازح | اليمن | طارق جبران متعب مفرح | 648 |
| 100 | 100 | 100 | | | | | | | | | رازح | اليمن | محمد هارب سالم شداد | 650 |
| 100 | 100 | 100 | | | | | | | | | رازح | اليمن | اسماء جبران محمد جبران | 650 |
| 100 | 100 | 100 | | | | | | | | | حرض | اليمن | ابراهيم علي محمد عبد الله | 651 |
| 100 | 100 | 100 | | | | | | | | | حرض | اليمن | منى محمد مرشد سالم | 651 |
| 100 | 100 | 100 | | | | | | | | | رازح | اليمن | صباح جبران محمد جبران | 654 |
| 100 | 100 | 100 | | | | | | | | | | كشمير | طارق عزيز غناي ع العزيز | 655 |
| 100 | 100 | 100 | | | | | | | | | حرض | اليمن | غابش علي جحر علي | 657 |
| 100 | 100 | 100 | 100 | | | | | | | | شبوة | اليمن | ابراهيم سليمان الجهض | 658 |
| 100 | 100 | 100 | 100 | | | | | | | | شبوة | اليمن | نيازي مصطفى عبد الله | 658 |
| 100 | 100 | 100 | 100 | | | | | | | | شبوة | اليمن | احمد علي احمد الجعب | 658 |
| 100 | | 100 | 100 | | | | | | | | حرض | اليمن | صدام علي محمد عويد | 661 |
| 100 | 100 | 100 | | | | | | | | | حرض | اليمن | محمد عبد الله احمد شهير | 662 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | محمد محمد جبران القاضي | 663 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | احمد محمد محمد القاضي | 664 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | علي محمد علي عسيس القاضي | 665 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | سلطان احمد محمد مقص | 666 |
| 125 | 125 | 125 | 125 | | | | | | | | | | | 667 |
| 125 | 125 | 125 | 125 | | | | | | | | الخليل | | | 668 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | ايمن عباس محسن الحلمي | 671 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | علي حمود مهدي ابو شذاب | 673 |
| 100 | 100 | 100 | 100 | | | | | | | | شبوة | اليمن | دلال سالم احمد لمرط | 674 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | عبد الله احمد ابو سبلان | 674 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | فاطمة احمد عثمان العيسى | 674 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | عبير علي محمد خميسي | 674 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | احمد مصلح يحي صالح | 674 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | علي يحيى محمد جعيس | 675 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | حورية محسن حسين غضبان | 677 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | جوهرة عباس احمد مقص | 678 |
| 100 | 100 | 100 | 100 | | | | | | | | حرض | اليمن | عمر عبد العزيز علي حسن حمود | 679 |
| 100 | 100 | 100 | | | | | | | | | حرض | اليمن | علي احمد محمد غضبان | 681 |
| 100 | 100 | 100 | | | | | | | | | حرض | اليمن | عبده عبد الله عايض القاضي | 681 |

WAMYSA084462

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | عبد الرحمن شوقي محمد بلقيص | | 682 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | احمد حسين علي الراشدي | | 682 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | عبد العزيز محمد علي مجود | | 682 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | عادل علي يحيى عرجي | | 683 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | ماجد علي محمد حدادي | | 685 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | لمياء يسلم مبارك بن صماه | | 686 |
| 100 | 100 | 100 | 100 | | | | | | | ردمان | اليمن | احمد مساعد صالح العويق | | 686 |
| 100 | 100 | 100 | | | | | | | | حرض | اليمن | انتصار احمد سعيد زرنوقي | | 687 |
| 125 | 125 | 125 | 125 | | | | | | | | | | | 690 |
| 100 | 100 | 100 | 100 | | | | | | | رازح | اليمن | سالم علي سالم الهجري | | 691 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | أبو بكر محمد محمد علي زيلع | | 695 |
| 100 | 100 | 100 | 100 | | | | | | | رازح | اليمن | جبران محمد يحيى صغير | | 697 |
| | 100 | 100 | 100 | | | | | | | رازح | اليمن | فيصل ميسر سليمان قمان | | 701 |
| 100 | 100 | 100 | 100 | | | | | | | رازح | اليمن | جبران عيظه جبران عيظه□□ | | 702 |
| 100 | 100 | 100 | 100 | | | | | | | ردمان | اليمن | ضيف الله علي سالم الراشدي | | 704 |
| 100 | 100 | 100 | 100 | | | | | | | ردمان | اليمن | صالح محمد عبد ربه الفقيه | | 705 |
| 100 | 100 | 100 | 100 | | | | | | | ردمان | اليمن | سليم عبد الله حسين الصليطي | | 707 |
| 100 | 100 | 100 | | | | | | | | ردمان | اليمن | محمد دحان العبدلي | | 708 |
| 100 | 100 | 100 | 100 | | | | | | | ردمان | اليمن | رابد احمد شارد عضية | | 709 |
| 100 | 100 | 100 | 100 | | | | | | | ردمان | اليمن | فضل طالب ضيف الله مدحير | | 710 |
| 100 | 100 | 100 | 100 | | | | | | | ردمان | اليمن | عبد الله محمد عبد ربه الراشدي | | 713 |
| 100 | 100 | 100 | 100 | | | | | | | ردمان | اليمن | عبد الله احمد علوي الحنشلي | | 714 |
| 100 | 100 | 100 | 100 | | | | | | | ردمان | اليمن | محمد احمد صالح الحنشلي | | 714 |
| 100 | 100 | 100 | 100 | | | | | | | ردمان | اليمن | ياسر علي ضيف الله الحنشلي | | 714 |
| 100 | 100 | 100 | | | | | | | | ردمان | اليمن | فارس عبد القوي العبدلي | | 715 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | يحيى عبد الله علي مريع | | 716 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | يوسف مظيم مهدي الدوسي | | 716 |
| 100 | 100 | 100 | | | | | | | | شبوة | اليمن | لبيبا سعيد عوض لذيل | | 717 |
| 100 | 100 | 100 | | | | | | | | شبوة | اليمن | ماجد عبد الله علي بامعيلاء | | 717 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | محسن صالح حسن□ | | 718 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | وفاء احمد اسماعيل | | 718 |
| 100 | 100 | 100 | 100 | | | | | | | العدين | اليمن | تسنيم عبد الله يحي | | 719 |

WAMYSA084463

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 100 | 100 | 100 | | | | | | | الإصلاح | اليمن | محمد علي مسعد الطيب | 720 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | احمد علي العمري | 721 |
| 100 | 100 | 100 | 100 | | | | | | | الإصلاح | اليمن | مصطفى رشاد محمد عبد الجليل | 722 |
| 100 | 100 | 100 | 100 | | | | | | | | جيبوتي | ايمن مراد حسين | 724 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | حنان ناصر محمد لسود | 726 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | فلسطين سعيد يسلم حبيش | 726 |
| 100 | 100 | 100 | | | | | | | | الإصلاح | اليمن | طشة عبد الله احمد القدري | 727 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | رويدا ناصر يسلم | 729 |
| 100 | 100 | 100 | | | | | | | | شبوة | اليمن | شيخة ناصر محمد لسود | 730 |
| 100 | 100 | 100 | | | | | | | | شبوة | اليمن | وسام محمد احمد السلماني | 731 |
| 100 | 100 | 100 | | | | | | | | شبوة | اليمن | سوريا سعيد الحفشاء | 733 |
| 100 | 100 | 100 | | | | | | | | حرض | اليمن | طارق محمد عبد الله هبة | 735 |
| 100 | 100 | 100 | | | | | | | | حرض | اليمن | محمد سلطان محمد انعم القليس | 737 |
| 100 | 100 | 100 | | | | | | | | حرض | اليمن | علي حسن هادي الدوحي | 738 |
| 100 | 100 | 100 | | | | | | | | حرض | اليمن | قايد محمد قايد طلة | 739 |
| 100 | 100 | 100 | | | | | | | | حرض | اليمن | احمد هادي علي الجريزي | 740 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | محمد عبد الله حسن جابر | 741 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | حميد علي صالح متعب | 742 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | ماجد عبده حسن القاضي | 742 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | محمد علي حسن غضبان | 743 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | ابراهيم احمد حسين القاضي | 744 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | محمد صدام حمود القاضي | 745 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | سفير محمد عايض القاضي | 746 |
| 100 | 100 | 100 | 100 | | | | | | | حرض | اليمن | احمد احمد يحيى بختان | 747 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | محمد مهدي محمد حبتور | 748 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | محمد علي سعيد العلوي | 749 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | صالح ناصر مبارك العلوي | 750 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | محمد صلاح علي مسمار | 751 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | حسن سالم بافقير | 752 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | ابراهيم احمد علي باحليم | 753 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | عمر احمد محمد شيخ | 754 |
| 100 | 100 | 100 | 100 | | | | | | | شبوة | اليمن | خالد سعيد باقادر | 755 |

WAMYSA084464

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 100 | 100 | 100 | | | | | | | | شبوة | اليمن | وليد محمد سعيد بامسلم | 758 |
| 100 | 100 | 100 | 100 | | | | | | | | شبوة | اليمن | زاهر مصطفى باشبيبة | 759 |
| 100 | 100 | 100 | 100 | | | | | | | | شبوة | اليمن | احلام ابو بكر باشيبة | 763 |
| 125 | 125 | 125 | 125 | | | | | | | | | | | 765 |
| 100 | 100 | 100 | 100 | | | | | | | | شبوة | اليمن | محمد احمد محمد شيخ | 766 |
| | 100 | 100 | 100 | | | | | | | | شبوة | اليمن | صالح محمد علي لخزع | 768 |
| | 100 | 100 | 100 | | | | | | | | شبوة | اليمن | عمر سالم احمد لمرط | 768 |
| 200 | | 100 | | | | | | | | | شبوة | اليمن | حسن صالح حسن مهدي | 777 |
| | 100 | | | | | | | | | | شبوة | اليمن | عبير عبد الله علي طيب | 781 |
| 100 | 100 | | | | | | | | | | | | | 783 |
| 100 | 100 | | | | | | | | | | | | | 783 |
| 100 | 100 | | | | | | | | | | شبوة | اليمن | صالح مهدي عبد السيد | 785 |
| 100 | 100 | | | | | | | | | | شبوة | اليمن | ثابت محمد القميشي | 786 |
| 100 | 100 | | | | | | | | | | | | | 787 |
| 100 | 100 | | | | | | | | | | | | | 789 |
| 100 | 100 | | | | | | | | | | | | | 795 |
| 100 | 100 | | | | | | | | | | | | | 797 |
| 100 | 100 | | | | | | | | | | | | | 798 |
| 100 | 100 | | | | | | | | | | | | | 801 |
| 100 | 100 | | | | | | | | | | | | | 802 |
| 100 | 100 | | | | | | | | | | | | | 804 |
| 100 | 100 | | | | | | | | | | | | | 805 |
| 100 | 100 | | | | | | | | | | | | | 807 |
| 100 | 100 | | | | | | | | | | | | | 813 |
| 100 | 100 | | | | | | | | | | | | | 814 |
| 100 | 100 | | | | | | | | | | | | | 815 |
| 100 | 100 | | | | | | | | | | | | | 816 |
| 100 | 100 | | | | | | | | | | | | | 818 |
| 100 | 100 | | | | | | | | | | | | | 818 |
| 100 | 100 | | | | | | | | | | | | | 819 |
| 100 | 100 | | | | | | | | | | | | | 821 |
| 100 | 100 | | | | | | | | | | | | | 822 |

WAMYSA084465

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 100 | | | | | | | | | | | | | 825 |
| | 100 | | | | | | | | | | | | | 828 |
| 100 | 100 | | | | | | | | | حرض | اليمن | اسيا يحيى علي بختان | | 829 |
| 100 | 100 | . | | | | | | | | | | | | 832 |
| 100 | 100 | | | | | | | | | | | | | 834 |
| 100 | 100 | | | | | | | | | | كشمير | بشارت بشير بشير احمد | | 835 |
| 100 | 100 | | | | | | | | | | | | | 836 |
| 100 | 100 | | | | | | | | | | | | | 837 |
| 100 | | | | | | | | | | | | | | 839 |
| 100 | | | | | | | | | | الإصلاح | اليمن | صفا علي يحيى القعده | | 843 |
| 100 | | | | | | | | | | | | | | 844 |
| 100 | | | | | | | | | | | | | | 844 |
| 100 | | | | | | | | | | | | | | 844 |
| 100 | | | | | | | | | | | | | | 845 |
| 100 | | | | | | | | | | | | | | 846 |
| 100 | | | | | | | | | | | | | | 847 |
| 100 | | | | | | | | | | | | | | 849 |
| 100 | | | | | | | | | | | | | | 850 |
| 100 | | | | | | | | | | | | | | 851 |
| 100 | | | | | | | | | | | | | | 854 |
| 100 | | | | | | | | | | الإصلاح | اليمن | منير حسن احمد النماري | | 857 |
| 100 | | | | | | | | | | | | | | 860 |
| 100 | | | | | | | | | | | | | | 861 |
| 100 | | | | | | | | | | | | | | 862 |
| 100 | | | | | | | | | | | | | | 864 |
| 100 | | | | | | | | | | | | | | 864 |
| 100 | | | | | | | | | | | | | | 866 |
| 100 | | | | | | | | | | | | | | 867 |
| 100 | | | | | | | | | | | | | | 867 |
| 100 | | | | | | | | | | | | | | 867 |
| 100 | | | | | | | | | | | | | | 868 |
| 125 | | | | | | | | | | | | | | 869 |

WAMYSA084466

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | | | | | | | | | | | | | | | | 870 |
| 100 | | | | | | | | | | | | | | | | 872 |
| 100 | | | | | | | | | | | | | | | | 873 |
| 100 | | | | | | | | | | | ردمان | اليمن | ضيف الله عبد الله الفقيه | | | 874 |
| 100 | | | | | | | | | | | ردمان | اليمن | سهام علي احمد لســـــود | | | 875 |
| 100 | | | | | | | | | | | | | | | | 876 |
| 100 | | | | | | | | | | | | | | | | 877 |
| 100 | | | | | | | | | | | | | | | | 879 |
| 100 | | | | | | | | | | | | | | | | 879 |
| 100 | | | | | | | | | | | | | | | | 881 |
| 100 | | | | | | | | | | | | | | | | 882 |
| 100 | | | | | | | | | | | | | | | | 883 |
| 100 | | | | | | | | | | | | | | | | 885 |
| 100 | | | | | | | | | | | | | | | | 888 |
| 100 | | | | | | | | | | | | | | | | 891 |
| 100 | | | | | | | | | | | | | | | | 892 |
| 100 | | | | | | | | | | | | | | | | 894 |
| 100 | | | | | | | | | | | | | | | | 895 |
| 100 | | | | | | | | | | | | | | | | 895 |
| 100 | | | | | | | | | | | | | | | | 895 |
| 100 | | | | | | | | | | | | | | | | 898 |
| 100 | | | | | | | | | | | | | | | | 898 |
| 100 | | | | | | | | | | | | | | | | 899 |
| 59061 | 30235 | 37334 | 36633 | 37407 | 13506 | 7705 | 10604 | 9603 | 9402 | 6801 | | | | | | |

WAMYSA084467