# EXHIBIT 48

# STATEMENT OF ACCOUNT / كشف حساب

**THE NATIONAL COMMERCIAL BANK** / البنك الأهلي التجاري

الفرع ٤٣٥  BRANCH  شارع الملك فيصل - ابها (١٤٠٤٤)

الندوه العالميه للشباب الاسلامى الاستقطا

حي المنهل
ابها
ص ب ٢٣٠٠....
ابها

PAGE الصفحة ١

٢٠٠٣/١١/١٨   ١١:٠٣

| ACCOUNT No. رقم الحساب | ACCOUNT TYPE نوع الحساب | DATE OF STATEMENT تاريخ الكشف |
|---|---|---|
| ٤٣٥١٤٠٤٤٠٠١٠٨ | حساب جاري بدون ع - ريال سعودي | ١٤٢٢/١٠/١٨ : ١٤٢٤/٠٩/٢٣<br>٢٠٠٢/٠١/٠١ : ٢٠٠٣/١١/١٧ |

| BALANCE الرصيد | CREDIT دائن | DEBIT مدين | DESCRIPTION البيانات | التاريخ DATE |
|---|---|---|---|---|
| ٤٢,٧٠١.١٧ | | | | |
| ٢٦,٦٣٦.١٧ | | ١٦,٠٦٥.٠٠ | | ٠١/٣٠ |
| ١٧٦,٦٣٦.١٧ | ١٥٠,٠٠٠.٠٠ | | | ٠٢/٠٤ |
| ١٧٦,٦١٦.١٧ | | ٢٠.٠٠ | | ٠٢/٠٥ |
| ٦٤,١١٦.١٧ | | ١١٢,٥٠٠.٠٠ | | ٠٢/١١ |
| ٥٦,٠٥١.١٧ | | ٨,٠٦٥.٠٠ | | ٠٢/١٣ |
| ٥,٩٨٦.١٧ | | ٥٠,٠٦٥.٠٠ | | ٠٢/١٧ |
| ١٢٥,٩٨٦.١٧ | ١٢٠,٠٠٠.٠٠ | | | |
| ٤١٥,٨٨٣.١٧ | ٢٨٩,٨٩٧.٠٠ | | | |
| ٤١٥,٩٠٣.١٧ | ٢٠.٠٠ | | | ٠٥/٠٠ |
| ٤١٥,٩٢٣.١٧ | ٢٠.٠٠ | | | ٠٥/٠٩ |
| ٤١٥,٩٤٣.١٧ | ٢٠.٠٠ | | | ٠٥/١١ |
| ٤٠,٩٤٣.١٧ | | ٣٧٥,٠٠٠.٠٠ | | ٠٥/١٢ |
| ٤٠,٩٦٣.١٧ | ٢٠.٠٠ | | | ٠٥/١٢ |
| ٤٠,٩٨٣.١٧ | ٢٠.٠٠ | | | ٠٥/١٣ |
| ٤٥٣,٤٨٣.١٧ | ٤١٢,٥٠٠.٠٠ | | | ٠٥/١٤ |
| ٤٥٣,٥٣٣.١٧ | ٥٠.٠٠ | | | ٠٥/١٤ |
| ٤٤٨,٤٦٨.١٧ | | ٥,٠٦٥.٠٠ | | ٠٥/١٥ |
| ٤٤٨,٤٨٣.١٧ | ١٥.٠٠ | | | ٠٥/١٦ |
| ٤٨,٤٨٣.١٧ | | ٤٠٠,٠٠٠.٠٠ | | ٠٥/١٨ |
| ٤٨,٤٩٨.١٧ | ١٥.٠٠ | | | ٠٥/١٨ |
| ٤٨,٥١٣.١٧ | ١٥.٠٠ | | | ٠٥/١٩ |
| ٤٨,٥٢٨.١٧ | ١٥.٠٠ | | | ٠٥/٢٠ |

Total movements / إجمالي الحركات

Number of movements / عدد الحركات

Saudi Joint Stock Co. Head Office Jeddah - C. R. 1588 - Authorized Paid up Capital S.R.

شركة مساهمة سعودية مركزها الرئيسي - جدة - سجل تجاري ١٥٨٨ - رأس المال المصرح به والمدفوع (٦٠٠٠) مليون ريال

(الفحص الطبي قبل الزواج .. إشراقة صحية لأسرة سعيدة)

Important Notice Overleaf / ملاحظات هامة خلف الكشف

WAMYSA084468

# THE NATIONAL COMMERCIAL BANK

## STATEMENT OF ACCOUNT / كشف حساب

**BRANCH:** ٤٣٠ — شارع الملك فيصل - ابها (١٤٠٤٤)

الندوه العالميه للشباب الاسلامى الاستقطا
حى المنهل
ابها
ص ب ٢٣٠٠....
ابها

**PAGE:** ٢

**DATE OF STATEMENT:** ١١:٠٣   ٢٠٠٣/١١/١٨
١٤٢٢/١٠/١٨ : ١٤٢٤/٠٩/٢٣
٢٠٠٢/٠١/٠١ : ٢٠٠٣/١١/١٧

**ACCOUNT TYPE:** حساب جارى بدون ع - ريال سعودى

**ACCOUNT No.:** ٤٣٥١٤٠٤٤٠٠٠١٠٨

| BALANCE | CREDIT | DEBIT | DESCRIPTION | DATE |
|---|---|---|---|---|
| ٤٨,٥٢٨.١٧ |  |  |  |  |
| ٣٤,٤٦٣.١٧ |  | ١٤,٠٦٥.٠٠ |  | ٠٥/٢١ |
| ٣٤,٤٧٨.١٧ | ١٥.٠٠ |  |  | ٠٥/٢١ |
| ٣٤,٤٩٣.١٧ | ١٥.٠٠ |  |  | ٠٥/٢٢ |
| ٣,٣٧٨.١٧ |  | ٣١,١١٥.٠٠ |  | ٠٦/٠٩ |
| ٣,٣٩٣.١٧ | ١٥.٠٠ |  |  | ٠٦/٢٢ |
| ٥٦,٣٧٩.١٧ | ٥٢,٩٨٦.٠٠ |  |  | ٠٦/٢٣ |
| ٥٠,٧٤٦.١٧ |  | ٥,٦٣٣.٠٠ |  | ٠٦/٢٣ |
| ٤٩,٠٣١.١٧ |  | ١,٧١٥.٠٠ |  | ٠٦/٢٣ |
| ٤٩,٠٤٦.١٧ | ١٥.٠٠ |  |  | ٠٦/٢٣ |
| ٤٩,٠٦١.١٧ | ١٥.٠٠ |  |  | ٠٦/٢٤ |
| ٤٩,٠٩١.١٧ | ٣٠.٠٠ |  |  | ٠٦/٢٦ |
| ٤٩,١٠٦.١٧ | ١٥.٠٠ |  |  | ٠٦/٢٧ |
| ٤٩,١٢١.١٧ | ١٥.٠٠ |  |  | ٠٦/٢٩ |
| ٣٤,٦٣٣.١٧ |  | ١٤,٤٨٨.٠٠ |  | ٠٧/١٠ |
| ٣١,٣٢٨.١٧ |  | ٣,٣٠٥.٠٠ |  | ٠٧/١٧ |
| ١٢,٣٦٣.١٧ |  | ١٨,٩٦٥.٠٠ |  | ٠٧/١٧ |
| ٧,٢٩٨.١٧ |  | ٥,٠٦٥.٠٠ |  | ٠٧/٢٨ |
| ٩,٢٩٨.١٧ | ٢,٠٠٠.٠٠ |  |  | ٠٧/٢٨ |
| ٩,٢٨٨.١٧ |  | ١٠.٠٠ |  | ٠٧/٢٨ |
| ٥,٢٦٧.١٧ |  | ٤,٠٢١.٠٠ |  | ٠٨/١٩ |
| ١,٩٠٢.١٧ |  | ٣,٣٦٥.٠٠ |  | ٠٨/١٩ |
| ١,٨٩٢.١٧ |  | ١٠.٠٠ |  | ٠٨/٢١ |
| ٦١٥,١٩٥.١٢ | ٦١٣,٣٠٢.٩٥ |  |  | ٠٨/٢٢ |
| ٧٧٣,٨١٤.١٢ | ١٥٨,٦١٩.٠٠ |  |  | ٠٨/٢٢ |
| ٧٧٦,٦١٤.١٢ | ٢,٨٠٠.٠٠ |  |  | ٠٨/٢٥ |

**Total movements** / اجمالى الحركات

**Number of movements** / عدد الحركات

شركة مساهمة سعودية مركزها الرئيسى - جدة - سجل تجارى ١٥٨٨ - رأس المال المصرح به والمدفوع (٦٠٠٠) مليون ريال
Saudi Joint Stock Co. Head Office Jeddah - C. R. 1588 - Authorized Paid up Capital S.R. 6000 Millions.

(الفحص الطبى قبل الزواج .. إشراقة صحية لأسرة سعيدة)

Important Notice Overleaf / ملاحظات هامة خلف الكشف

WAMYSA084469

# THE NATIONAL COMMERCIAL BANK

## STATEMENT OF ACCOUNT كشف حساب

الفرع ٤٣٠  BRANCH  شارع الملك فيصل - ابها
(١٤٠٤٤)

الندوه العالميه للشباب الاسلامى الاستقطا

حى المنهل
ابها
ص ب ٢٣٠٠...
ابها

PAGE الصفحة ٣

٢٠٠٣/١١/١٨   ١١:٠٣

| DATE OF STATEMENT تاريخ الكشف | ACCOUNT TYPE نوع الحساب | ACCOUNT No. رقم الحساب |
|---|---|---|
| ١٤٢٢/١٠/١٨ : ١٤٢٤/٠٩/٢٣<br>٢٠٠٢/٠١/٠١ : ٢٠٠٣/١١/١٧ | حساب جارى بدون ع - ريال سعودى | ٤٣٠١٤٠٤٤٠٠٠١٠٨ |

| BALANCE الرصيد | CREDIT دائن | DEBIT مدين | DESCRIPTION البيانات | التاريخ DATE |
|---|---|---|---|---|
| ٧٧٦,٦١٤.١٢ | | | | |
| ٧٩٧,١٤٧.١٢ | ٢٠,٥٣٣.٠٠ | | | ٠٨/٢٥ |
| ٨٠٨,٨٤٧.١٢ | ١١,٧٠٠.٠٠ | | | ٠٨/٢٥ |
| ٨١٨,٠٨٧.١٢ | ٩,٢٤٠.٠٠ | | | ٠٨/٢٥ |
| ٧٧١,٥٨٢.١٢ | | ٤٦,٥٠٥.٠٠ | | ٠٨/٢٦ |
| ٧٨٨,٩٣٢.١٢ | ١٧,٣٥٠.٠٠ | | | ٠٨/٢٦ |
| ٧٧٠,٨٦٧.١٢ | | ١٨,٠٦٥.٠٠ | | ٠٨/٢٦ |
| ٧٣٩,٥٥٢.١٢ | | ٣١,٣١٥.٠٠ | | ٠٨/٢٦ |
| ٧١١,٤١٠.١٢ | | ٢٨,١٤٢.٠٠ | | ٠٨/٢٦ |
| ٦٩٩,٣٤٥.١٢ | | ١٢,٠٦٥.٠٠ | | ٠٨/٢٦ |
| ٦٨٥,٤٢١.١٢ | | ١٣,٩٢٤.٠٠ | | ٠٨/٢٦ |
| ٦٧١,٤٩٧.١٢ | | ١٣,٩٢٤.٠٠ | | ٠٨/٢٦ |
| ٦٦٤,٩٨١.١٢ | | ٦,٥١٦.٠٠ | | ٠٨/٢٦ |
| ٦٦٨,٧٦١.١٢ | ٣,٧٨٠.٠٠ | | | ٠٨/٢٨ |
| ٦٨٦,٨٦١.١٢ | ١٨,١٠٠.٠٠ | | | ٠٨/٢٨ |
| ٦٨٦,٨٥١.١٢ | | ١٠.٠٠ | | ٠٩/٠١ |
| ٦٨٦,٨٠١.١٢ | | ٥٠.٠٠ | | ٠٩/٠٢ |
| ٦٨١,٧٣٦.١٢ | | ٥,٠٦٥.٠٠ | | ٠٩/٠٩ |
| ٦٦٤,٣٢٧.١٢ | | ١٧,٤٠٩.٠٠ | | ٠٩/١٠ |
| ٦٦٢,٦٤٢.١٢ | | ١,٦٨٥.٠٠ | | ٠٩/٢٨ |
| ٦٦٠,٥٧٧.١٢ | | ٢,٠٦٥.٠٠ | | ٠٩/٢٨ |
| ٦٥٩,٠٧٧.١٢ | | ١,٥٠٠.٠٠ | | ١٠/٠٦ |
| ٦٣١,٦٢٨.١٢ | | ٢٧,٤٤٩.٠٠ | | ١٠/٠٦ |
| ٦٢٦,٩٧٤.١٢ | | ٤,٦٥٤.٠٠ | | ١٠/٠٦ |
| ٦٢٦,٥٧٢.١٢ | | ٤٠٢.٠٠ | | ١٠/٠٨ |
| ٥٦٦,٥٠٧.١٢ | | ٦٠,٠٦٥.٠٠ | | ١٠/٢٩ |
| ٥٦٦,٦٠٧.١٢ | ١٠٠.٠٠ | | | ١٠/٣١ |
| ٥٥٩,١٠٧.١٢ | | ٧,٥٠٠.٠٠ | | ١١/١٠ |
| ٥٥٦,٥٤٢.١٢ | | ٢,٥٦٥.٠٠ | | ١١/١٠ |

| Total movements | | | | إجمالي الحركات |
| Number of movements | | | | عدد الحركات |

شركة مساهمة سعودية مركزها الرئيسي - جدة - سجل تجاري ١٥٨٨ - رأس المال المصرح به والمدفوع (٦٠٠٠) مليون ريال
Saudi Joint Stock Co. Head Office Jeddah - C. R. 1588 - Authorized Paid up Capital S.R. 6000 Millions.

(الفحص الطبي قبل الزواج .. إشراقة صحية لأسرة سعيدة)

Important Notice Overleaf   ملاحظات هامة خلف الكشف

WAMYSA084470



البنك الأهلي التجاري
THE NATIONAL COMMERCIAL BANK

كشف حساب
STATEMENT OF ACCOUNT

| الفرع | ٤٣٥ |
| --- | --- |
| BRANCH | شارع الملك فيصل - ابها (١٤٠٤٤) |

الندوه العالميه للشباب الاسلامى الاستقطا

حى المنهل
ابها
ص ب ٢٣٠٠....
ابها

PAGE الصفحة ٤

١١:٠٣   ٢٠٠٣/١١/١٨

| ACCOUNT No. رقم الحساب | ACCOUNT TYPE نوع الحساب | DATE OF STATEMENT تاريخ الكشف |
| --- | --- | --- |
| ٤٣٥٠١٤٠٤٤٠٠٠١٠٨ | حساب جارى بدون ع -ريال سعودي | ١٤٢٢/١٠/١٨ : ١٤٢٤/٠٩/٢٣<br>٢٠٠٢/٠١/٠١ : ٢٠٠٣/١١/١٧ |

| BALANCE الرصيد | CREDIT دائن | DEBIT مدين | DESCRIPTION البيانات | التاريخ DATE |
| --- | --- | --- | --- | --- |
| ٥٥٦,٥٤٢.١٢ | | | | |
| ٥٥١,٤٧٧.١٢ | | ٥,٠٦٥.... | | ١١/١٠ |
| ٥٣٨,٢٨٧.١٢ | | ١٣,١٩٠.... | | ١١/١٠ |
| ٥٣٨,٢٧٧.١٢ | | ١٠.... | | ١١/١٦ |
| ٤٤٢,٦٣٢.١٢ | | ٩٥,٦٤٥.... | | ١١/١٨ |
| ٤٣٠,٣٥٢.١٢ | | ١٢,٢٨٠.... | | ١١/١٨ |
| ٤٣٧,٣٥٢.١٢ | ٧,٠٠٠.... | | | ١١/٢٠ |
| ٤٤٧,٣٥٢.١٢ | ١٠,٠٠٠.... | | | ١١/٢٥ |
| ٤٣٩,٧٨٧.١٢ | | ٧,٥٦٥.... | | |
| ٤٣٠,٢٠٥.١٢ | | ٩,٥٨٢... | | ١١/٢٥ |
| ٤٤٠,٢٠٥.١٢ | ١٠,٠٠٠.... | | | ١١/٢٦ |
| ٤٥٠,٢٠٥.١٢ | ١٠,٠٠٠.... | | | ١١/٢٦ |
| ٤٥٠,٣٠٥.١٢ | ١٠٠.... | | | ١١/٣٠ |
| ٤٥٠,٥٠٥.١٢ | ٢٠٠.... | | | ١١/٣٠ |
| ٤٥٠,٦٠٥.١٢ | ١٠٠.... | | | ١١/٣٠ |
| ٤٥٢,٦٠٥.١٢ | ٢,٠٠٠.... | | | ١٢/٠١ |
| ٤٤٩,٩٣٢.١٢ | | ٢,٦٧٣... | | ١٢/٠١ |
| ٤٥٤,٩٣٢.١٢ | ٥,٠٠٠.... | | | ١٢/١٤ |
| ٤٥٤,٣٦٧.١٢ | | ٥٦٥.... | | ١٢/٢١ |
| ٤٣٣,٢٦٩.١٢ | | ٢١,٠٩٨... | | ١٢/٢٥ |
| ٤٣٢,٩٦٩.١٢ | | ٣٠٠.... | | ١٢/٢٩ |
| ٤٣٣,٠٦٩.١٢ | ١٠٠.... | | | ١٢/٢٩ |
| ٤٣٣,١٦٩.١٢ | ١٠٠.... | | | ١٢/٢٩ |
| ٥١٨,١٦٩.١٢ | ٨٥,٠٠٠.... | | | ٠١/٠٦ |
| ٥٠٤,٧٧٩.١٢ | | ١٣,٣٩٠... | | ٠١/١٩ |
| ٥٠٩,٧٧٩.١٢ | ٥,٠٠٠.... | | | ٠١/٢٦ |

| Total movements | | | | اجمالي الحركات |
| --- | --- | --- | --- | --- |
| Number of movements | | | | عدد الحركات |

شركة ...كزها الرئيسي - جدة - سجل تجاري ١٥٨٨ - رأس المال المصرح به والمدفوع (٦٠٠٠) مليون ريال
Saudi Joint Stock Co. Head Office Jeddah - C. R. 1588 - Authorized Paid up Capital S.R. 6000 Millions.
(الفحص الطبي قبل الزواج .. إشراقة صحية لأسرة سعيدة)

WAMYSA084471