# EXHIBIT 49

**AL-RAJHI BANKING & INVESTMENT CORP.**
Saudi joint Stock Corp. - Capital S.R. 1500,000,000
C.R. No. 96

شركة الراجحي المصرفية للإستثمار
شركة مساهمة سعودية ـ رأس المال ١٥٠٠٠٠٠٠٠٠ ريال
س.ت رقم: ٩٦

فرع حي السلامة جدة

لجنة البر الاسلامية /وكيل اول عادل عبدالجليل

اخوانا الكريم :-
نقاط البيع هي خدمة جديدة
تقدمها الشركة لراحتك
تقدم بطلبك الآن للحصول
على بطاقة صراف الراجحي حيث
يمكنك أيضا استخدامها للصرف الآلي

ص ب

| رقم الح... | نوع الحساب | الصفحة | العملة | من ١٦/٠١/٣٠ الى ١٦/٠٢/٢٨ هـ |
|---|---|---|---|---|
| ١٩٠٥/٨ | حسابات جاريه داخلية | ١ | ريال سعودي | من ٩٥/٠٦/٢٨ الى ٩٥/٠٧/٢٦ م |

| الرصيد | له | منه | مرجع الايضاحات | ميلادي | هجري |
|---|---|---|---|---|---|
| ٢٥٨٧,٠٦٢,٥٠ | | | | | |
| ٢٦٢١,٢٣٧,٩٠ | ٣٤,١٧١,٧٥ | | *90-701* | ٠٢/٠٣ | |
| ٢٦٢٧,٣٠٢,٩٠ | ٦,٠٦٥,٠٠ | | *90-702* | ٠٢/٠٤ | |
| ٢٦٢٧,٥٠٢,٩٠ | ٢٠٠,٠٠ | | *90-704* | ٠٢/٠٦ | |
| ٢٦٢٧,٧٠٢,٩٠ | ٢٠٠,٠٠ | | *90-710* | ٠٢/١٢ | |
| ٢٦٣٩,٧٠٢,٩٠ | ١٢,٠٠٠,٠٠ | | *90-716* | ٠٢/١٨ | |
| ٢٦٥٠,٦٦٩,٩٠ | ١٠,٩٦٧,٠٠ | | *90-725* | ٠٢/٢٧ | |

| ٢٦٥٠,٦٦٩,٩٠ | ٢٦٥٠,٦٦٩,٩٠ | ٠,٠٠ | اجمالي الصفحة |

| ٢٦٥٠,٦٦٩,٩٠ | ٢٦٥٠,٦٦٩,٩٠ | ٠,٠٠ | الرصيد الحالي |

المركز الرئيسي الرياض - المملكة العربية السعودية - ص.ب ٢٨ - الرمز البريدي: ١١٤١١ - هاتف رقم: ٤٠٥٤٢٤٤ - تلكس رقم: ٤٠٦٣١٧ - فاكس رقم: ٤٠٣٢٩٦٩
Head Office: Riyadh — Kingdom of Saudi Arabia — P.O.Box 28 — Postal Code 11411 — Tel. No.: 4054244 — Tlx. No.: 406317 — Fax No.: 4032969

CONFIDENTIAL
WAMYSA336756

# AL-RAJHI BANKING & INVESTMENT CORP.
Saudi joint Stock Corp. - Capital S.R. 1500,000,000
C.R. No. 96

شركة الراجحي المصرفية للإستثمار
شركة مساهمة سعودية - رأس المال ١٥٠٠٠٠٠٠٠٠ ريال
س.ت رقم: ٩٦

فرع حي السلامه جده

لجنه البر الاسلاميه / الاستقطاع الشهري

أخانا الكريم :-
نقاط البيع هي خدمة جديدة
تقدمها الشركة لراحتك
تقدم بطلبك الآن للحصول
على بطاقة صراف الراجحي
يمكنك أيضا استخدامها للصرف الآلي

ص ب

| رقم الـ | نوع الحساب | الصفحة | العملة | من ٠٢/٠١ الى ١٦/٠٤/٢١ هـ |
|---|---|---|---|---|
| ٣٠٠٠/١ | حسابات جاريه دائنه | ١ | ريال سعودي | من ٩٥/٠٦/٢٩ الى ٩٥/٠٩/١٦ م |

| الرصيد | له | منه | هجري ميلادي مرجع الايضاحات |
|---|---|---|---|
| ٦٥٣,٥٣٣٦٥ | | | |
| ٦٥٣,٩٣٣٦٥ | ٤٠٠٠٠ | | *٩٥٠٧٠١*  ٠٣/٠٣ |
| ٦٥٣,٩٨٣٦٥ | ٥٠٠٠ | | ٩٥٠٧٠٨   ٠٣/١٠ |
| ٦٥٤,١٨٣٦٥ | ٢٠٠٠٠ | | *٩٥٠٧٢٧*  ٠٣/٢٩ |
| ٦٥٤,٥٨٣٦٥ | ٤٠٠٠٠ | | *٩٥٠٨٠١*  ٠٣/٠٥ |
| ٦٥٤,٦٣٣٦٥ | ٥٠٠٠ | | *٩٥٠٨٠٣*  ٠٣/٠٧ |
| ٦٥٥,٠٣٣٦٥ | ٤٠٠٠٠ | | *٩٥٠٩٠٣*  ٠٤/٠٨ |
| ٦٥٥,٠٨٣٦٥ | ٥٠٠٠ | | *٩٥٠٩١٦*  ٠٤/٢١ |

| ٦٥٥,٠٨٣٦٥ | ٦٥٥,٠٨٣٦٥ | ٠٠ | اجمالي الصفحة |

| ٦٥٥,٠٨٣٦٥ | ٦٥٥,٠٨٣٦٥ | ٠٠ | الرصيد الحالي |

المركز الرئيسي: الرياض - المملكة العربية السعودية - ص.ب ٢٨ - الرمز البريدي: ١١٤١١ - هاتف رقم: ٤٠٥٤٢٤٤ - تلكس رقم: ٤٠٦٣١٧ - فاكس رقم: ٤٠٣٢٩٦٩
Head Office: Riyadh – Kingdom of Saudi Arabia – P.O.Box 28 – Postal Code 11411 – Tel. No.: 4054244 - Tlx. No.: 406317 - Fax No.: 4032969

CONFIDENTIAL
WAMYSA336757

**AL-RAJHI BANKING & INVESTMENT CORP.**
Saudi joint Stock Corp. - Capital S.R. 1500,000,000
C.R. No. 96

شركة الراجحي المصرفية للإستثمار
شركة مساهمة سعودية - رأس المال ١٥٠٠,٠٠٠,٠٠٠ ريال
س.ت رقم: ٩٦

فرع حي السلامة جدة

لجنة البر الإسلامية / الصدقات

أخاننا الكريم :-
ص ب

نقاط البيع هي خدمة جديدة
تقدمها الشركة لراحتك
تقدم بطلبك الآن للحصول
على بطاقة مصرف الراجحي
يمكنك أيضاً استخدامها للصرف الآلي

| رقم الحساب | نوع الحساب | العملة | الصفحة | من ١٦/٠٢/٠١ الى ١٦/٠٤/١٦ هـ |
|---|---|---|---|---|
| ٥/٠٠٠٣ | حسابات جارية دائنة | ريال سعودي | ١ | من ٩٥/٠٦/٢٩ الى ٩٥/٠٩/١١ م |

| الرصيد | له | منه | هجري | ميلادي | مرجع | الإيضاحات |
|---|---|---|---|---|---|---|
| ٣٦٤,٦٢٩,٤٨ | | | | | | |
| ٣٦٤,٦٧٩,٤٨ | ٥٠,٠٠ | | | ٩٥٠٧٠١ | ٠٢/٠٣ | |
| ٣٦٤,٧٢٩,٤٨ | ٥٠,٠٠ | | | ٩٥٠٧٢٦ | ٠٢/٢٨ | |
| ٣٦٤,٧٧٩,٤٨ | ٥٠,٠٠ | | | ٩٥٠٨٠١ | ٠٣/٠٥ | |
| ٣٦٤,٨٢٩,٤٨ | ٥٠,٠٠ | | | ٩٥٠٩٠٣ | ٠٤/٠٨ | |
| ٣٦٤,٨٢٩,٤٨ | ٣٦٤,٨٢٩,٤٨ | ٠,٠٠ | | | | إجمالي الصفحة |
| ٣٦٤,٨٢٩,٤٨ | ٣٦٤,٨٢٩,٤٨ | ٠,٠٠ | | | | الرصيد الحالي |

المركز الرئيسي الرياض - المملكة العربية السعودية - ص.ب ٢٨ - الرمز البريدي ١١٤١١ - هاتف رقم: ٤٠٥٤٢٤٤ - تلكس رقم: ٤٠٦٣١٧ - فاكس رقم: ٤٠٣٢٩٦٩
Head Office: Riyadh – Kingdom of Saudi Arabia – P.O.Box 28 – Postal Code 11411 – Tel. No. 4054244 – Tlx. No. 406317 – Fax No. 4032969

CONFIDENTIAL    WAMYSA336757

**AL-RAJHI BANKING & INVESTMENT CORP.**
Saudi joint Stock Corp. - Capital S.R. 1500,000,000
C.R. No. 96

شركة الراجحي المصرفية للإستثمار
شركة مساهمة سعودية ـ رأس المال ١٥٠٠٠٠٠٠٠٠ ريال
س.ت رقم: ٩٦

فرع العزيزيه / مكه

لجنة البر الإسلامية د حسن

إخوانا الكريم :-
نقاط البيع هي خدمة جد...
تقدمها الشركة لراحتك...
تقدم بطلبك الآن للحص...
على بطاقة صراف الراجحي...
يمكنك أيضا استخدامها للصرف...

ص ب ١٢١٤٨
مكه ١

| رقم الحساب | نوع الحساب | العملة | الصفحة | من ١٦/٠٢/٠١ الى ١٦/٠٤/٣١ هـ |
|---|---|---|---|---|
| ٤٦٨٤/٠ | حسابات جاريه داكنه | ريال سعودي | ١ | من ٩٥/٠٦/٢٩ الى ٩٥/٠٩/١٦ م |

| الرصيد | له | منه | هجري ميلادي مرجع الإيضاحات |
|---|---|---|---|
| ٢,٠٠٠.٠٠ | | | |
| ٣,٠٠٠.٠٠ | ١,٠٠٠.٠٠ | | *٩٥٠٨٠٧ ٠٣/١١ |
| ٢,٠٠٠.٠٠ | | ١,٠٠٠.٠٠ | ٩٥٠٨٣١ ٠٤/٠٥ |

| ٢,٠٠٠.٠٠ | ٣,٠٠٠.٠٠ | ١,٠٠٠.٠٠ | اجمالي الصفحة |

| ٢,٠٠٠.٠٠ | ٣,٠٠٠.٠٠ | ١,٠٠٠.٠٠ | الرصيد الحالي |

المركز الرئيسي ـ الرياض ـ المملكة العربية السعودية ـ ص.ب ٢٨ ـ الرمز البريدي: ١١٤١١ ـ هاتف رقم: ٤٠٥٤٢٤٤ ـ تلكس رقم: ٤٠٦٣١٧ ـ فاكس رقم: ٤٠٣٢٩٦٩
Head Office: Riyadh — Kingdom of Saudi Arabia — P.O.Box 28 — Postal Code 11411 — Tel. No.: 4054244 — Tlx. No.: 406317 — Fax No.: 4032969

CONFIDENTIAL
WAMYSA336754



**AL-RAJHI BANKING & INVESTMENT CORP.**

كشف حساب

فرع جدة السلامة جدة

لجنة البر الإسلامية/وكيل أول عادل عبد الجليل

| من ١٠/١٠/١٦ إلى ٣٠/١٠/١٦ هـ | الصفحة | العملة | نوع الحساب | رقم الحساب |
|---|---|---|---|---|
| من ١٩/٠٣/٩٧ إلى ١٩/٠٣/٩٧ م | ١ | ريال سعودي | حسابات جارية دائنة | ٨/٠١٩٠٠ |

| تاريخ ميلادي | مرجع الإضافات | منه | له | الرصيد |
|---|---|---|---|---|
| ٠٧/١٠ ٠٢٢٠٢٢٥٠٩٣ | | | | ٣٩٤,٠٨٥,٩٣ |
| ٠٧/١٠ ٠٢٢٠٥٥٠٩٣ | | ٢٠٠,٠٠٠ | ١٠,٢٦٢,٠٠ | ٤٠٤,٩٧٠,٩٣ |
| ١٣/١٠ ٣٢٠٣٠٣٩٣ | | ٢٠٠,٠٠٠ | | ٤٠٥,١٧٠,٩٣ |
| ١٤/١٠ ٣٢٠٣٠٣٩٣ | | ٥,٩٥٠,٠٠ | | ٤١١,١٢٠,٩٣ |
| ١٧/١٠ ٥٠٣٠٣٩٣ | | ١٢,٠٠٠,٠٠ | | ٤٢٣,١٢٠,٩٣ |

| إجمالي الصفحة | ٠,٠٠ | ٤٢٣,١٢٠,٩٣ | ٤٢٣,١٢٠,٩٣ |
|---|---|---|---|

| الرصيد الحالي | ٠,٠٠ | ٤٢٣,١٢٠,٩٣ | ٤٢٣,١٢٠,٩٣ |
|---|---|---|---|

CONFIDENTIAL                                                                                      WAMYSA336775

AL-RAJHI BANKING & INVESTMENT CORP.

كشف حساب

فرع حي السلامة جدة

لجنة البر الإسلامية/الاستقطاع الشهري

مصرفنا الكريم :-
نفاد ما لبيع في خدمة جديدة
نتقدم بها الشركة لسيادتكم
نتقدم بطلبنا الآن للحصول
على بطاقة صراف الراجحي حيث
بركتكم أيضا استخدامها للسحب الكاش .

| رقم الحساب | نوع الحساب | العملة | الصفحة | الفترة |
|---|---|---|---|---|
| 1/00300 | حسابات جارية دائنة | 1 ريال سعودي | من ١٦/١٠/٣٠ الى ١٦/١٠/٣٠ هـ | من ٩٦/٠٣/١٩ الى ٩٦/٠٣/١٩ م |

| الرصيد | له | وحدة | الايضاحات | هجري | ميلادي | مرجع |
|---|---|---|---|---|---|---|
| 54,870.31 | | | | | | |
| 14,870.31 | 3,000.00 | | | | ٠٣٠٢٦ | ١٠/١٧ |
| 14,870.31 | 50.00 | | | | ٣١٤٠٣ | ٠٧/٠٥ |
| 14,970.31 | 14,970.31 | 0.00 | اجمالي الصفحة | | | |

| الرصيد الحالي | 0.00 | 14,978.31 | 14,978.31 |

AL-RAJHI BANKING & INVESTMENT CORP.

CONFIDENTIAL                                                WAMYSA336776

AL-RAJHI BANKING & INVESTMENT CORP.

كشف حساب

فرع حي السلامة جدة

لجنة البر الإسلامية / للصدقات

اخواننا الكريم :-
نظام السبيج هي خدمة جديدة
تقدمها الشركة لسراحتك -
تقدم بطلبها الآن للحصول
على بطاقة صراف الراجحي حيث
يمكنك ايضا استخدامها للصرف الآلي

| من ١٦/١٠/٠١ الى ١٦/١٠/٣٠ | رقم الصفحة | العملة | نوع الحساب | رقم الحساب |
| من ١٩٧٦/٠٣/٢٦ الى ١٩٩٧/٠٣/١٩ م | ١ | ريال سعودي | حسابات جارية دائنة | ١٠٣٠٠٠/٥ |

| تاريخ ميلادي | مرجع الايضاحات | وصف | له | الرصيد |
|---|---|---|---|---|
| | | | | ٥,٣٧٥٨٥ |
| ١٠/٠٩ | ٤٩٦٠٢٢٧ | | ١,٠٠٠٠٠ | ٦,٣٧٥٨٥ |
| ١٠/١٧ | ٤٩٦٠٤٠٦ | | ٥٠٠٠٠ | ٦,٨٧٥٨٥ |
| ١٠/٢٨ | ٤٩٦٠٤١٧ | | ٥٠٠٠٠ | ٧,٣٧٥٨٥ |
| اجمالي الصفحة | | ٠,٠٠ | ٢,٠٠٠٠٠ | ٧,٣٧٥٨٥ |

| الرصيد الحالي | | ٠,٠٠ | ٢,٠٠٠٠٠ | ٧,٣٧٥٨٥ |

CONFIDENTIAL                                                                                  WAMYSA336780