# EXHIBIT 50

قسيمة إيداع
**Deposit Form**

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
شركة مساهمة سعودية مركزها الرئيسي جدة – سجل تجاري ١٠٨٨
رأس المال المصرح به والمدفوع (٥٠٠٠) مليون ريال

**Account No.** رقم الحساب

| ١ | ٢ | ١ | ٠ | ١ | ٨ | ٥ | ٩ | ١ | ١ | ٠ | ١ | ٠ | ٥ |

| | |
|---|---|
| **Date** ............ ٩/١٢/١٤٢٢ ه | التاريخ |
| **Branch** ............ الشرفية | الفرع |
| **Name** الندوة العالمية للشباب الإسلامي | الإسم |

S/A توفير ☐   C/A جاري ☑   **Currency Type** نوع العملة الريال

| الفئات Denominations | المبلغ (شيك أو نقداً) Amount (Cheque/Cash) | رقم الشيك Cheque No. | مسحوب على Drawn on | رقم حساب الساحب Drawer A/C No. |
|---|---|---|---|---|
| x 500/٥٠٠ | ١٤٦٢٣ | | | |
| x 200/٢٠٠ | ٨٢٢٢ | عمر | | |
| x 100/١٠٠ | ٢٢ | | | |
| x 50/٥٠ | ٥٢٢ | | | |
| x 20/٢٠ | | | | |
| x 10/١٠ | ٤٨٢ | | | |
| x 5/٥ | ١٢٥ | السعر | المعادل | الرصيد الجديد (لحساب التوفير) |
| x 1/١ | ٤٧٨ | | | |
| نقود معدنية | | **Amount in words** المبلغ بالحروف: ثلاثة وثلاثين الف وسبعمائة وستة ريال لا غير | | |
| Total المجموع | ٣٢٧٠٦ | | | |

**Validation** | المصادقة

**Depositor Name** إسم المودع
الجنسية **Nationality** رقم الحفيظة/الإقامة/ Hafidha/Iqama No.
**Date & Place of Issue** مكان وتاريخ الإصدار
إسم وعنوان الكفيل Sponsor's Name & Address

إيداع نقدي 33000 P
٠٥١٠٠٠٨٥٩١٠١٢١
الندوة العالميه للشباب الإسلامي
فرع الشرفيه #٣١
SAR ٢٣٠٧٠٦.٠٠
٣١٠٠٠ في ٢٥٦٩ في ٣١/٠٥/١٠٠١ BJRN ٧٧٧٧٥٧ ٢٠٠٠/١٠٠٠/

**WAMYSA295078**

BANCS - 009

قسيمة إيداع
**Deposit Form**

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
شركة مساهمة سعودية مركزها الرئيسي جدة – سجل تجاري ١٥٨٨
رأس المال المصرح المصرح به والمدفوع (٦٠٠٠) مليون ريال

| Account No. | رقم الحساب |
|---|---|

Date التاريخ
Branch الفرع
Name الإسم

| | Currency Type | نوع العملة | الرياد |
|---|---|---|---|

S/A توفير    C/A جاري

| الفئات Denominations | المبلغ (شيك أو نقداً) Amount (Cheque/Cash) | رقم الشيك Cheque No. | مسحوب على Drawn on | رقم حساب الساحب Drawer A/C No. |
|---|---|---|---|---|
| x 500/٥٠٠ | | | شركة ابراهيم المصرية الوستية | |
| x 200/٢٠٠ | | | | |
| x 100/١٠٠ | | | | |
| x 50/٥٠ | | | | |
| x 20/٢٠ | | | | |
| x 10/١٠ | | | | |
| x 5/٥ | السعر | المعادل | الرصيد الجديد (لحساب التوفير) | |
| x 1/١ | | | | |
| نقود معدنية | | | | Amount in words المبلغ بالحروف |
| المجموع Total | | | | |

Validation
المصادقة

البنك الأهلي التجاري
NATIONAL COMMERCIAL BANK
فرع الكندرة جدة ١٤٠
**1 4 MAY 2000**
مقاصة

Depositor Name إسم المودع
Nationality الجنسية
رقم الحفيظة/الإقامة Hafidha/Iqama No.
Date & Place of Issue مكان وتاريخ الإصدار
إسم وعنوان الكفيل Sponsor Name & Address

BANCS - 009

WAMYSA295079

قسيمة إيداع
**Deposit Form**

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
شركة مساهمة سعودية مركزها الرئيسي جدة – سجل تجاري ١٥٨٨
رأس المال المصرح به والمدفوع (٥٠٠٠) ملــيون ريال

| Account No. | رقم الحساب |
|---|---|

١|٤|٠|١|٠|١|٨|٥|٠|-|١|-|٠|٨|٥|ه

Date ........... ٠٥/١٤٤١/٨    التاريخ
Branch ........... كورنيش ج    الفرع
Name ........... الاسم

S/A توفير ☐   C/A جاري ☑   Currency Type نوع العملة   الريال

| رقم حساب الساحب<br>Drawer A/C No. | مسحوب على<br>Drawn on | رقم الشيك<br>Cheque No. | المبلغ (شيك أو نقداً)<br>Amount (Cheque/Cash) | الفئــات<br>Denominations |
|---|---|---|---|---|
| | البنك العربي الوطني | ٠٠٠٠٠٠ | ٥٦٠ | x 500/٥٠٠ |
| | | | | x 200/٢٠٠ |
| | | | | x 100/١٠٠ |
| | | | | x 50/ ٥٠ |
| | | | | x 20/ ٢٠ |
| | | | | x 10/ ١٠ |
| الرصيد الجديد (لحساب التوفير) | المعــادل<br>السعر | | | x 5/ ٥ |
| | | | | x 1/ ١ |
| Amount in words   المبلغ بالحروف  خمسمائة وستون ريال ... | | | | نقود معدنية |
| | | | ٥٦٠ | Total المجموع |

المصادقة   Validation

Depositor Name  اسم المودع

رقم الحفيظة/الإقامة  الجنسية  Nationality ........... Hafidha/Iqama No.

Date & Place of Issue  مكان وتاريخ الإصدار
اسم وعنوان الكفيل
Sponsor's Name & Address

البنك الأهلي التجاري
THE NATIONAL COMMERCIAL BANK
فرع الكندرة جدة ١٤٠
**1 4 MAY 2000**
٦  مقاصة  6

WAMYSA295080

BANCS - 009

Note : Maximum four cheques can be deposited on this form . ملاحظة : بحد أقصى أربعة شيكات فقط

Deposit Conditions on Reverse of the Form   شروط الإيداع خلف القسيمة

قسيمة إيداع
**Deposit Form**

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
شركة مساهمة سعودية مركزها الرئيسي جدة - سجل تجاري ١٥٨٨
رأس المال المصرح به والمدفوع (٦٠٠) مليون ريال

Account No. رقم الحساب

| ١ | ٤ | ٠ | ١ | ٠ | ١ | ٨ | ٥ | ٠ | ٠ | ٠ | ٠ | ١ | ١ | ٥ |

Date التاريخ .......... ٢٠٠٠/٥/٩

Branch الفرع .......... جدة ٣٣٣

S/A توفير  C/A جاري ✓  Currency Type نوع العملة الريال

Name الإسم .......... الشركة السعودية للصناعات الأساسية / ...........

Note: Maximum four cheques can be deposited on this form
ملحوظة : لمد القسيمة لإيداع لا يزيد عن شيكات فقط

| رقم حساب الساحب Drawer A/C No. | مسحوب على Drawn on | رقم الشيك Cheque No. | المبلغ (شيك أو نقداً) Amount (Cheque/Cash) | | الفئات Denominations |
|---|---|---|---|---|---|
| | البنك السعودي الأمريكي | ٦٦١٢٠٠٠ | | | x 500/٥٠٠ |
| | | | | | x 200/٢٠٠ |
| | | | | | x 100/١٠٠ |
| | | | | | x 50/٥٠ |
| | | | | | x 20/٢٠ |
| | الرصيد الجديد (لحساب التوفير) | المعادل | السعر | | x 10/١٠ |
| | | | | | x 5/٥ |
| | | | | | x 1/١ |
| Amount in words | | المبلغ بالحروف فقط مائة ألف ريال لا غير | | | نقود معدنية |
| | | | ١ | ٠ ٠ ١ | المجموع Total |

Deposit Conditions on Reverse of the Form
شروط الإيداع على ظهر القسيمة

Depositor Name إسم المودع

الجنسية Nationality .......... رقم الحفيظة/الإقامة Hafidha/Iqama No.

Date & Place of Issue .......... مكان وتاريخ الإصدار

إسم وعنوان الكفيل Name & Address

Validation
.......... فرع جدة الشرفية
١٤ MAY 2000
مقاصة
6

WAMYSA295081

BANCS - 009

قسيمة إيداع
**Deposit Form**

الـبنـك الأهـلـي الـتـجـاري
**THE NATIONAL COMMERCIAL BANK**
شركة مساهمة سعودية مركزها الرئيسي جدة – محل تجاري ١٥٨٨
رأس المال المصرح به والمدفوع (٥٠٠٠) مليون ريال

Account No.   رقم الحساب

| ١ | ٤ | ٠ | - | ١ | ٠ | ١ | ٨ | ٥ | ٤ | - | ٠ | ١ | ٠ | - | ١ | ١ | ٠ | ١ | ٥ |

Date   التاريخ ............... ١٤٢١/٤/٩
Branch   الفرع ............... جدة

S/A  توفير ☐      C/A  جاري ☑      Currency Type نوع العملة  الـريـال        Name   الإسم .............................

| رقم حساب الساحب<br>Drawer A/C No. | مسحوب على<br>Drawn on | رقم الشيك<br>Cheque No. | المبلغ (شيك أو نقداً)<br>Amount (Cheque/Cash) | | | الفئات<br>Denominations | |
|---|---|---|---|---|---|---|---|
| | البنك الأهلي التجاري | ٠٠٠٠٨٢ | ٥٠ | - | - | x 500/٥٠٠ | |
| | | | | | | x 200/٢٠٠ | |
| | | | | | | x 100/١٠٠ | |
| | | | | | | x 50/٥٠ | |
| | | | | | | x 20/٢٠ | |
| | | | | | | x 10/١٠ | |
| الرصيد الجديد (لحساب التوفير) | المعـادل | السـعـر | | | | x 5/٥ | |
| | | | | | | x 1/١ | |
| Amount in words   المبلغ بالحروف ..... فقط خمسون ألف ريال لا غير | | | ٥٠ | - | - | نقود معدنية | |
| | | | ٥٠ | - | - | Total  المجموع | |

Validation   المصادقة

Depositor Name   إسم المودع

النجنسية
Nationality        رقم الحفيظة/الإقامة
               Hafidha/Iqama No.

Date & Place o        مكان وتاريخ الإص
                إسم وعنوان الكـ
               e & Address

P  ٠٠٥٠   **CR PCHQPTN ٠٠٠٠٠٠٣٤
١١٢٠١٨٥٠٠٠٠٠٥٥
السيد / الندوة العالميه للشباب الإسلامي
SAR ٥٠٠٠٠٠.٠٠************************
فرع الكندره ٤٦٣# ٠
٢١٥١ في ٠٩:٥٨ في ٢٠٠٠/٠٥/١٤
BJRN ٨٠٨٥٢ ٢٠٥٨٠

WAMYSA295082

BANCS - 009

قسيمة إيداع
**Deposit Form**

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
شركة مساهمة سعودية مركزها الرئيسي جدة - سجل تجاري ١٥٨٨
رأس المال المصرح به والمدفوع (٦٠٠٠) مليون ريال

| | |
|---|---|
| Account No. رقم الحساب | Date التاريخ ٢٤/٢/١٤٢٢ |
| ١٤٤٠١٠٨٣٥٢٢٠١١١٩ | Branch الفرع ٨١١ |
| S/A توفير ☐   C/A جاري ☑   Currency Type نوع العملة ١ الريال | Name الإسم الندوة العالمية للشباب الإسلامي |

| رقم حساب الساحب<br>Drawer A/C No. | مسحوب على<br>Drawn on | رقم الشيك<br>Cheque No. | المبلغ (شيك أو نقداً)<br>Amount (Cheque/Cash) | الفئات<br>Denominations |
|---|---|---|---|---|
| | | | ٥٩٥٠٠ | ١٢٩ x 500/٥٠٠ |
| | | | ٤٨٤٠ | ٢٤ x 200/٢٠٠ |
| | | نقدي | ١٢٤٠٠ | ١٢٤ x 100/١٠٠ |
| | | | ١٦٥٠ | ٣٣ x 50/٥٠ |
| | | | | x 20/٢٠ |
| | | | ٥٨٠ | ٥٨ x 10/١٠ |
| المبلغ الجديد (لحساب التوفير) الرصيد | المعادل | السعر | ٣٣٥ | ٦٧ x 5/٥ |
| | | | ٢٥١ | ٢٥١ x 1/١ |
| Amount in words المبلغ بالحروف ...واحد وتسعون ألفاً ومائتان وستة عشر ريالاً ... وستة عشر هللة | | | | نقود معدنية |
| | | | ٩١٢١٦ | المجموع Total |

| | | |
|---|---|---|
| Depositor Name إسم المودع | **Validation** | المصادقة |
| الجنسية Nationality | | P   ٦٠٠٠٦   إيداع نقدي |
| رقم الحفيظة/الإقامة dha/Iqama No. | | ١٤٠١٠٨٣٥٢٠٠٠٠٥٠ |
| | | الندوة العالمية للشباب الإسلامي |
| Date مكان وتاريخ الإصدار | | SAR ٩١،٢١٦.٠٠ |
| إسم وعنوان الكفيل Sponsor's Name & Address | | فرع ش ١٧ لستين بجدة<br>فرع ٥٠٠٠٠٠ في ٠٥ ٩، في ٨١/٥/٢٠٠٠ ٢٩٨٨٩٢ BJRN ٠٢٨٨٥٧ |

BANCS - 009

WAMYSA295083

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
شركة مساهمة سعودية مركزها الرئيسي جدة – سجل تجاري ١٥٨٨
رأس المال المصرح به والمدفوع (٦٠٠٠) مليون ريال

قسيمة إيداع
**Deposit Form**

**Account No.** رقم الحساب

| ١ | ٤ | ٠ | ١ | ٠ | ١ | ٨ | ٥ | ٠ | - | ٠ | - | ٠ | ١ | ٠ | ٥ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Date** التاريخ ١٤٢٢/٦/١٩ هـ
**Branch** الفرع ١١٣
**Name** الإسم ........ مؤسسة الحرمين الاسلامية الخيرية .........

S/A توفير ☐    C/A جاري ☑    Currency Type نوع العملة | الريال |

| رقم حساب الساحب<br>Drawer A/C No. | مسحوب على<br>Drawn on | رقم الشيك<br>Cheque No. | المبلغ (شيك أو نقداً)<br>Amount (Cheque/Cash) | | الفئات<br>Denominations |
|---|---|---|---|---|---|
| | | | ٨٧ | | x 500/٥٠٠ | ٧٤ |
| | | | ٦٠٠ | | x 200/٢٠٠ | |
| | دفعات | | | | x 100/١٠٠ | |
| | | | ١٥٠ | | x 50/ ٥٠ | ٢ |
| | | | ٦٠ | | x 20/ ٢٠ | |
| | | | | | x 10/ ١٠ | |
| الرصيد الجديد (الحساب التوفير)<br>المعـادل | | السـعـر | | ١٠٢ | x 5/ ٥ | |
| | | | | | x 1/ ١ | ١٠٢ |
| **Amount in words** المبلغ بالحروف .... سبعة ماية وأربعة وثمانون الف وأربع ماية واربع عشر ريال بثلاثة ... وعشرون هللة بلا غير | | | ٨٧٤٤٦ | | نقود معدنية |
| | | | | | **Total** المجموع |

**Validation** المصادقة

| Depositor Na. إسم المودع .... |
| Nationality الجنسية ........    Hafidha/Iqama No. رقم الحفيظة/الإقامة .... |
| Date & Place of Issue مكان وتاريخ الإصدار .... |
| Sponsor's Name & Address إسم وعنوان الكفيل .... |

P ٠٠٠٢٤
إيداع نقدي ٨٧٤٠٠٠
١٤٠١٠٨٥٠٠٠٠١٠٢١
مؤسسة الحرمين للشباب الإسلامي
SAR ٨٧،٤٦٢٠٠٠
فرع الكندرة #٠٢١
٢٠٠٠ قسم ٤٧،٥٩٠ قسم ٣٢/٥٠/٠٠٦٢
BJRN ٥٩٢٤٩٧

WAMYSA295084

BANCS - 009

Note: Maximum four cheques can be deposited in this form
Deposit Conditions on Reverse of the Form

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
شركة مساهمة سعودية مركزها الرئيسي جدة – سجل تجاري ١٥٨٨
رأس المال المصرح به والمدفوع (٣٠٠٠) مليون ريال

قسيمة إيداع
**Deposit Form**

رقم الحساب **Account No.**

١٤٢٠١٨١٥٤٠٠١٠٦٠٠٥

التاريخ ١٤٢١/٤/١٩هـ **Date**

الفرع الخبر **Branch**

توفير S/A ☐    جاري C/A ☑    نوع العملة **Currency Type** الريال

الإسم الندوة العالمية للشباب الإسلامية **Name**

| رقم حساب الصاحب<br>Drawer A/C No. | مسحوب على<br>Drawn on | رقم الشيك<br>Cheque No. | المبلغ (شيك أو نقداً)<br>Amount (Cheque/Cash) | | الفئـــات<br>Denominations |
|---|---|---|---|---|---|
| | البنك الأهلي التجاري | ٨٦٠٠٠٠ | ٥٢٩٠ | | x 500/٥٠٠ |
| | | | | | x 200/٢٠٠ |
| | | | | | x 100/١٠٠ |
| | | | | | x 50/٥٠ |
| | | | | | x 20/٢٠ |
| | السعر | المعادل | الرصيد الجديد (لحساب التوفير) | | x 10/١٠ |
| | | | | | x 5/٥ |
| Amount in words المبلغ بالحروف | خمسة الآلاف ومائتان وتسعون ريال لاغير | | | | x 1/١ نقود معدنية |
| | | المبلغ بالحروف | ٥٢٩٠ | | المجموع Total |

**Depositor Name** إسم المودع

رقم الحفيظة/الإقامة
**Nationality** الجنسية ------- **Hafidha/Iqama No.**

**Date & Place of Issue** مكان وتاريخ الإصدار
إسم وعنوان الكفيل
**Sponsor's Name & Address**

المصادقة Validation

P ٠٠٠٤٧   **CR PCHQPTN** ٠٠٠٠٠١A
٠١٠٠٠٠٨٥٠١٠٧٣١
السيد/ الندوة العالمية للشباب الإسلامي
SAR ٥٫٢٩٠٫٠٠***********************
فرع الخبر #١٣١
BJRN ٣٧٨٥٠ في ٢١/٠٥/٠٠٠٠ في ٢٤٥٠ في ٠٠٠٠

WAMYSA295085

BANCS - 009

شروط الإيداع على ظهر القسيمة / Deposit Conditions on Reverse of the Form

ملاحظة: يمكن إيداع أربعة شيكات على ظهر القسيمة فقط / Note: Maximum four cheques can be deposited on the back

قسيمة إيداع
**Deposit Form**

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
شركة مساهمة سعودية مركزها الرئيسي جدة – سجل تجاري ١٥٨٨
رأس المال المصرح به والمدفوع (٢٠٠٠) مليون ريال

**Account No.** رقم الحساب
١١٤٠ ١٠١٧٥١ ١٠١٠١٠١٥

**Date** التاريخ ١٤٢١/٣/١٩ ٥
**Branch** فرع النبع ٥
**Name** الإسم

نوع العملة / Currency Type — الريال
☐ S/A توفير    ☐ C/A جاري

| رقم حساب الساحب<br>Drawer A/C No. | مسحوب على<br>Drawn on | رقم الشيك<br>Cheque No. | المبلغ (شيك أو نقداً)<br>Amount (Cheque/Cash) | الفئات<br>Denominations | | |
|---|---|---|---|---|---|---|
| | البنك العربي الوطني | ٦٦٦ | | x 500/٥٠٠ | | |
| | | | | x 200/٢٠٠ | | |
| | | | | x 100/١٠٠ | | |
| | | | | x 50/٥٠ | | |
| | | | | x 20/٢٠ | | |
| | | | | x 10/١٠ | | |
| الرصيد الجديد (لحساب التوفير) | المعادل | السعر | | x 5/٥ | | |
| | | | | x 1/١ | | |
| **Amount in words** المبلغ بالحروف | | | | نقود معدنية | | |
| | | | | المجموع Total | | |

**Depositor Name** إسم المودع

الجنسية / **Nationality**
رقم الحفيظة/الإقامة / **Hafidha/Iqama No.**
مكان وتاريخ الإصدار / **Date & Place of Issue**
إسم وعنوان الكفيل / **Sponsor's Name & Address**

**Validation** المصادقة
P ٨٠٠٠٠ A٢٠٠٠٠ P
٥٠٤٠٠٠٨٠٤٠٣١
السيد / الندوة العالمية للشباب الإسلامي
SAR ١٠٣٠٠٠٠
فرع الكندرة ٥ #٣٢١
٢٠٠٠ قسم ٠٥٢٥ة قى ٣٢/٠٥/١٠٠٠ ٢٢٤٢٤٠ BJRN

WAMYSA295086

BANCS - 009

قسيمة إيداع
**Deposit Form**

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
شركة مساهمة سعودية مركزها الرئيسي جدة - سجل تجاري ١٥٨٨
رأس المال المصرح به والمدفوع (٦٠٠٠) مليون ريال

Account No.     رقم الحساب

التاريخ ......................... Date

الفرع ......................... Branch

الإسم ......................... Name

| رقم حساب الساحب<br>Drawer A/C No. | مسحوب على<br>Drawn on | رقم الشيك<br>Cheque No. | المبلغ (شيك أو نقداً)<br>Amount (Cheque/Cash) | الفئات<br>Denominations | |
|---|---|---|---|---|---|
| | | | | x 500/٥٠٠ | ٢٣ |
| | | | | x 200/٢٠٠ | ٢٢ |
| | | | | x 100/١٠٠ | ٢١ |
| | | | | x 50/ ٥٠ | |
| | | | | x 20/ ٢٠ | |
| | | | | x 10/ ١٠ | ٤ |
| الرصيد الجديد (لحساب التوفير)<br>المعادل | | السعر | | x 5/ ٥ | |
| | | | | x 1/ ١ | ٢ |
| Amount in words     المبلغ بالحروف | | | | نقود معدنية | |
| | | | ٥١٧٤٤ | المجموع<br>Total | |

**Validation**     المصادقة

**Depositor Name**     إسم المودع

رقم الحفيظة/الإقامة     Hafidha/Iqama No.
Nationality     الجنسية

Date & Place of Issue     مكان وتاريخ الإصدار
Sponsor's Name & Address     إسم وعنوان الكفيل

إيداع نقدي     ٧٢٠٠٠ P
٠٥١٠٠٠٥٨١٠٤٣١
الندوة العالمية للشباب الإسلامي

فرع التنمية ٥#٤٣١     SAR ٥١٥٤٥.٠٠
٢١٠٠ فم ٤٣٥٩٠ فم ١٣/٥٥/٠٠٠١ AA١٣١١ NRLB
BJRN ١١٤١٨٨

WAMYSA295087

BANCS - 009

قسيمة إيداع
**Deposit Form**

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
شركة مساهمة سعودية مركزها الرئيسي جدة – سجل تجاري ١٥٨٨
رأس المال المصرح به والمدفوع (٦٠٠٠) مليون ريال

Account No.   رقم الحساب

| ١ | ٤ | ٠ | ١ | ٠ | ١ | ٨ | ٥ | ٦ | ١ | ٠ | ١ | ٠ | ٦ | ١ | ٥ |

Date ............ التاريخ   ٥/١٤٢١/٨
Branch ............ الفرع   العشرة

نوع العملة Currency Type   الرياض

S/A توفير   C/A جاري ✓

Name ............ الإسم

| رقم حساب الساحب<br>Drawer A/C No. | مسحوب على<br>Drawn on | رقم الشيك<br>Cheque No. | المبلغ (شيك أو نقداً)<br>Amount (Cheque/Cash) | الفئات<br>Denominations | |
|---|---|---|---|---|---|
| | | | ٩٢ | x 500/٥٠٠ | ٥٨ |
| | | | | x 200/٢٠٠ | ٢ |
| | | | | x 100/١٠٠ | ١٦ |
| | | | | x 50/ ٥٠ | ١ |
| | | | | x 20/ ٢٠ | |
| | | | | x 10/ ١٠ | |
| الرصيد الجديد (لحساب التوفير) | المعادل | السعر | | x 5/ ٥ | |
| | | | ٤٥ | x 1/ ١ | |
| Amount in words   المبلغ بالحروف | | | | نقود معدنية | |
| | | | ٢٩٦١٥ | Total   المجموع | |

Depositor Name   إسم المودع   P ٥٥٥٨

Nationality   رقم الحفيظة/الإقامة
Hafidha/Iqama No.   SAR ٢١,٢١٥.٠٠

Validation   المصادقة
إيداع نقدي
١٤٢١٥٠٠٠٦٥
لندوة العالمية للشباب الإسلامي
فرع الكندرة #١٤٠
٢٠٠٦ في ١٠:١٧ ٢٠٥٣٤٢ ٢٠٠٠/٠٦/٠٢

Date & Place of Issue   مكان وتاريخ الإصدار
إسم وعنوان الكفيل
Sponsor's Name & Address   BJRN

WAMYSA295088

BANCS - 009

ملاحظة : هذه القسيمة للإيداع فقط كما أن الشيكات المودعة بها برسم التحصيل فقط
Note : Amounts for cheques can be deposited on the line

شروط الإيداع بخلف القسيمة   Deposit Conditions on Reverse of the Form