# EXHIBIT 51

| | |
|---|---|
| 787456 | Date 3/10/93   التاريخ |

**THE SAUDI BRITISH BANK**   البنك السعودي البريطاني

MAIN BRANCH   فرع الرئيسي
ALI IBN TALIB ST, JEDDAH   شارع علي بن ابي طالب جده

Against this Cheque Pay to the Order of _الندوة العالمية للشباب الإسلامي_   ادفعوا بموجب هذا الشيك لأمر

The amount of _Two Hundred Thousand S.R only_   S.R. #200,000#   ريال   المبلغ

_كفة شيك رقم ٢١٠١ - ليند ابن زبير ا٩٢_

120 - 520010

Signature _____   التوقيع
Do not write in space below   لا تكتب تحت هذا الخط

⑊787456⑊ 2045⑊021⑉ 02101204201⑊

WAMYSA1109647



WAMYSA1109602