# EXHIBIT 52

**AL RAJHI BANKING & INVESTMENT CORP.**
Saudi Joint Stock Corp. Capital S.R. 2,250,000,000
C.R. 96 Head Office : P.O. Box 28 Riyadh 11411

**EXPRESS**

شركة الراجحي المصرفية للإستثمار
شركة مساهمة سعودية رأس المال ٢,٢٥٠,٠٠٠,٠٠٠ ريال
س.ت ٩٦ المركز الرئيسي ص.ب ٢٨ الرياض ١١٤١١

| | | |
|---|---|---|
| Number: 279 | Branch: 279 | DATE: 3/2/2000 |
| | | CORR: |

## OUTWARD PAYMENT ORDERS
الحوالات الصادرة

**Notice** — Please Read Directions on Form Reverse Prior to Completion of Details

**BENEFICIARY DATA**

- F.C. Amount: CAD 11042/85
- Rate: 2.6035
- S.R. Amount: 28750
- Tlx/Tel. Charges: /
- SR. TOTAL: 28750

- Full Name: DAR AL YMAN SCHOOL
- Nationality: CANADA
- I.D. Type & No.: 4508 Boul Henri-Bourassa
- Address: West. Ville St Laurent
- Tel. No.: H4L 1A5 Quebec
- Acct. No.: 38951-001: 1017-856
- Beneficiary Bank: Bank of montreal
- Branch Name & Address: 3300 Cote-Vertu St. Laurent H4R 2J8 Qc. Canada
- Value Date:
- Payment Details:

**For Bank's Use Only**

Correspondent: RBC

| Code | Location | Curr. Code |
|---|---|---|
| 750 | 50 | 102 |

**PAYMENT INSTRUCTIONS**

☒ Debit my Account Number
☐ Against Cash

**REMITTER DATA:**

- Full Name: WAMY
- Tel. No.: 464669
- Address:
- I.D. Type No.:
- Sponsor's Name & Address:

I/We confirm the accuracy of the details quoted on this form. I/We exempt Al-Rajhi Banking & Investment Corp. from any losses incurred as a result of machine and / or transmission line failure and from any errors and / or misunderstanding by a third party.

Customer's Signature:

I approve deduction of any amounts from the transfer value (as commissions or charges or others) due to any party in relation to this transfer.

A message to beneficiary not exceeding 70 Characters

Accountant: _____  Manager: _____

Form 132 (Part 2)

* For Payments to Local Banks
Please Read Instructions Over leaf before sign.

WAMYSA1090498

CONFIDENTIAL