# EXHIBIT 53

# EXHIBIT 53



**مؤسسة سليمان بن عبدالعزيز الراجحي الخيرية**
SULAIMAN BIN ABDUL AZIZ AL RAJHI CHARITABLE FOUNDATION

الرقـــم : ١١٥/د/٢٢
التاريخ : ١٤٢٣/٤/٦
الموافق : ٢٠٠٢/٦/١٧

سعادة الأخ الفاضل / د. مانع بن حماد الجهني       حفظه الله

الأمين العام للندوة العالمية للشباب الإسلامي وعضو مجلس الشورى

السلام عليكم ورحمة الله وبركاته وبعد

نسأل الله سبحانه وتعالى أنـــــ تكونوا بخير حال وصحة وعافية دائمة

إشارة إلى خطابكم رقم ( ٨٣٢٣ ) وتاريخ ١٤٢٢/١١/١٤هـ والمتضمن طلبكم المساهمة في تكاليف الدورات الشرعية التي تنظمها اللجنة في عدد من الدول في صيف عام ١٤٢٣هـ والمرفق معه تقريرا عنها. نفيدكم بأنه وبعد الإطلاع على التقرير المرفق وعرض الموضوع على اللجنة المختصة رأت اللجنة تخصيص مبلغ وقدره ( ١٣٠,٠٠٠ ريال ) لصالح البرامج التالي بيانها

| م | اسم البرنامج | مكانه | المبلغ المعتمد |
|---|---|---|---|
| ١ | | البرازيل | ٥٠,٠٠٠ ريال |
| ٢ | | كندا | |
| ٣ | | التشيك | ٥٠,٠٠٠ ريال |
| ٤ | | بولندا | |
| ٥ | | بولندا | |
| ٦ | | ملاوي - ساحل العاج | ٣٠,٠٠٠ ريال |
| | | | ١٣٠,٠٠٠ ريال |

كما تجدون برفقه شيك برقم ( ٠٠٧٢١٣ ) وتاريخ ١٤٢٣/٤/٤هـ باسم اللجنة بالمبلغ المذكور ونرفق لكم بطيه الاستمارات الخاصة بالدورات ، نرجو من فضيلتكم إشعارنا بالاستلام وتزويدنا بتقرير مفصل عن كيفية صرف المبلغ ، مع ضرورة التوثيق لفعاليات الدورة من خلال التصوير الفوتوغرافي والفيديو . سائلين الله أن يبارك في جهودكم وينفع بكم ، والله يتولاكم برعايته .

والسلام عليكم ورحمة الله وبركاته

أخوكم
الأمين العام

عبد الرحمن بن عبد الله الراجحي

عبدالإله

المملكة العربية السعودية - تصريح رقم (١٠) ص.ب ٢٥٧٥٩ الرياض ١١٤٧٦ هاتف: ٤٩٢٠٠٣٣ فاكس: ٤٩١٠٢٤٢ البريد الإلكتروني: office@srajhiwakfs.org
Kingdom of Saudi Arabia — License No. 10   P.O. Box 25759, Riyadh 11476   Tel: 4920033   Fax: 4910242   Email: office@srajhiwakfs.org

WAMYSA304134