# EXHIBIT 54

**EXHIBIT 54**

| WAMY – MISSING ATTACHMENTS | |
|---|---|
| **BATES NUMBER** | **DESCRIPTION** |
| WAMYSA030505 | August 7, 2002 letter from Saleh Bin Suliman al-Wahibi, WAMY's Deputy Secretary General for Executive Affairs, to Ibrahim Faruq al Zayyat, WAMY's representative in the Western Europe office, concerning the death of WAMY Secretary General Maneh al Johani and enclosing the minutes of an emergency meeting held by the Board of Trustees following the death of the Secretary General with the instructions received at the meeting.  The meeting minutes are missing. |
| WAMYSA030416 | September 11, 2001 letter from WAMY Secretary General Maneh al Johani to Ibrahim Faruq al Zayyat, WAMY's representative in the Western Europe office, concerning a report discussing the Secretary General's travel to Lebanon, the Netherlands, Switzerland, and the United Kingdom between July 9, 2001 and August 13, 2001.  The attached delegation report is missing. |
| WAMYSA028202 | A report cover page titled, "The estimated budget of the projects of the former LBI for 1996, whose operations are overseen by the WAMY office in Jeddah."  The report itself is not attached to the cover page. |
| WAMYSA061353 | January 8, 1994 cover page of a report concerning a Lajnat al Birr al Islamiyya visit to Madagascar to conduct an inspection of the status of Muslims there.  It is noted that the report was prepared by Mouhammad Sa'ed Qadi from Lajnat al Birr   The report itself is missing. |
| WAMYSA057320 | April 17, 2012 letter from Ibrahim bin Hader Hošić, manager of WAMY's branch office in Bosnia-Herzegovina, to Abd al Hamid bin Yusuf al Mazru, Assistant to the Secretary General for Offices and International Relations, providing information concerning the WAMY office in Bosnia.  Hošić explains that the attachment contains |

| | |
|---|---|
| | information regarding the work of the office, the date of its official registration, and its representatives.  The attachment to the letter is missing. |
| WAMYSA663697 | The first page of WAMY's annual report – the Overseas Offices Administration and Youth Councils – a report on operating expenses and salaries for 2002.  The report itself is missing. |
| WAMYSA001228 | April 2, 2001 letter from WAMY's Assistant Secretary General to the head of the Eritrean Relief Organization, asking that the Organization carefully fill out all of the attached forms and submit them to the local WAMY office for confirmation in order for their issue to be studied by WAMY.  The attached forms are missing. |
| WAMYSA001286 | January 28, 2001 letter from WAMY's Assistant Secretary General to WAMY's Washington D.C. office presenting WAMY's certificate of registration in the United Nations.  The attached certificate is missing. |
| WAMYSA001355 | April 11, 1996 letter from WAMY's Secretary General to Abdullah bin Laden, WAMY's representative in the United States, presenting an attached check for the sum of $7,200, donated by an unnamed donor to fund WAMY operations in the U.S.  The attached check is missing. |
| WAMYSA001359 | April 27, 1997 letter from the manager of WAMY's Resources and Relations Department to Abdullah bin Laden, presenting the Jeddah office's activity reports for 1992-1995 and offering any further needed information. The manager asks bin Laden to send annual reports for international voluntary organizations or commercial companies for the Department's planned annual report.  The Jeddah office activity reports are missing. |
| WAMYSA001375-1379 | Undated letters from WAMY-USA to the manager of the Muslim America Society and the manager of the Institute for Islamic and Arabic Studies, presenting an attached list of books and films the office has received and a request form for Da'awa preachers who may be interested in any of the items.  The list of books includes, among others, Sayyid Qutb's "In the Shadow of the Qur'an."  The list of books and films is missing. |

| WAMYSA001400 | December 17, 2000 letter from WAMY-USA to WAMY's Assistant Secretary General presenting the attached certificate of WAMY's membership in the United Nations, per the Secretary General's request.  The certificate is missing. |
|---|---|
| WAMYSA001405 | December 18, 2000 letter from WAMY-USA to the Assistant Secretary General for Overseas Offices presenting attached documents, including an accomplishments report for 2000, work plan for 2001, and list of expenses for 2000.  The letter asks for additional funds and for approval of the next year's budget.  The documents attached to the letter are missing. |
| WAMYSA001461-1462 | August 7, 2001 letter from WAMY's Assistant Secretary General for Offices to the manager of WAMY-USA presenting the attached documents which are required for registration of WAMY in the United Nations' Economic and Social Council.  The documents attached to the letter are missing. |
| WAMYSA001263 | September 5, 2001 invitation from WAMY-USA concerning a workshop the office will be holding in Washington D.C. focusing on the use of the Internet and media, and the collection of donations, together with a participant form. The invitation was sent to Dr. Ibrahim al Kulaib.  The attached form is missing. |
| WAMYSA015000 | May 6, 2001 letter from Saleh bin Sulayman al Wahaibi, Assistant Secretary-General for Executive Affairs, to Ibrahim Faruq al Zayyat, WAMY's representative in the Western Europe office, concerning certain entities WAMY is interested in conducting da'awa activities with during the summer of 2001.  The list of entities is missing. |
| WAMYSA015009 | November 14, 2001 letter from Saleh bin Ibrahim Baba'ir, Assistant Secretary-General for Office Affairs and Foreign Relations, to Ibrahim Faruq al Zayyat, WAMY's representative in the Western Europe office, concerning a request for financial support for the Islamic Information Center in Ulm, Germany and its activities.  The attached letter request from Atef Ibrahim Salah, the head of the Islamic Information Center, is missing. |

3

| WAMYSA014997 | February 16, 2002 letter from Saleh bin Ibrahim Baba'ir, Assistant Secretary-General for Office Affairs and Foreign Relations, to Ibrahim Faruq al Zayyat, WAMY's representative in the Western Europe office, concerning planned WAMY activities for 2001.  The attached breakdown of planned activities is missing. |
| --- | --- |
| WAMYSA014982 | September 10, 2001 letter from WAMY Secretary General Maneh al Johani to Ibrahim Faruq al Zayyat, WAMY's representative in the Western Europe office, concerning a report authored by the Secretary General regarding his travel to Lebanon, Holland, Switzerland, and the United Kingdom from July 8, 2001 to August 13, 2001.  Johani asks Zayyat to distribute the report.  The attached delegation report is missing. |
| WAMYSA028357 | Letter from WAMY Secretary General Maneh al Johani to Adel Batterjee, head of Lajnat al Birr al Islamiyya, concerning his travel to Albania in July 2003.  The delegation report is missing. |
| WAMYSA028319 | Document references Lajnat al Birr al Islamiyya's operations and financial activities for 1995.  The report is missing. |
| WAMYSA029771 | WAMY's Western Europe office (Ibrahim Zayat) is notified about the increased operational 2002 budget for the WAMY branch offices in London and Brussels. The previous year's budget and the approved increases, as mentioned in the letter, are missing. |