# EXHIBIT A

# Kappler, David

| | |
|---|---|
| **From:** | Haefele, Robert |
| **Sent:** | Tuesday, February 6, 2018 3:56 PM |
| **To:** | 'Martin McMahon' |
| **Cc:** | jflowers@motleyrice.com; 'Carter, Sean'; Goldman, Jerry; Jim Kreindler (JKreindler@kreindler.com) |
| **Subject:** | Ltr to Martin McMahon 20180206.pdf |
| **Attachments:** | Ltr to Martin McMahon 20180206 |

Marty – Please see attached correspondence regarding your client, Wa'el Jelaidan, and the sanctions previously imposed on him.

Regards,

**Robert Haefele** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464 | rhaefele@motleyrice.com
o. 843.216.9184 | c. 843.834.1951 | f. 843.216.9450

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA Electronic Mail**

February 6, 2018

Martin McMahon
mm@martinmcmahonlaw.com
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., #900
Washington, D.C. 20036

Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Martin:

I hope that this letter finds you doing well. We are writing to advise you that the Office of Foreign Assets Control ("OFAC") has notified us that, last week, OFAC granted Wa'el Jelaidan a license under your application 2016-330016, filed with OFAC on April 8, 2016, which allows Mr. Jelaidan to pay the sanctions that the Court imposed on Mr. Jelaidan (*see, e.g.*, ECF No. 3087, entered Oct. 28, 2015). OFAC confirmed for us that the license that has been granted allows Mr. Jelaidan to make the payments to the three law firms and allows the three firms to receive the payments. In light of that, we ask that you do the following:

1. Provide us with a copy of the license that OFAC granted under your application 2016-330016;
2. Notify the Court that OFAC granted the license, and
3. Issue payments to the three law firms that the Court ordered Mr. Jelaidan to pay. The payments due are as follows:

|  |  |
|---|---|
| Cozen O'Connor | $ 91,578.50 |
| Motley Rice | $ 40,568.85 |
| Anderson Kill | $ 2,473.13 |
| Total | $ 134,620.48 |

Martin McMahon
February 6, 2018
Page 2

_____

   If you have any questions, please let me know as promptly as possible.  Once you advise us that Mr. Jelaidan is prepared to make payment, we can each provide you with proper instructions to do so.

         Sincerely,

         MOTLEY RICE LLC

        By: */s/ Robert T. Haefele*
         ROBERT T. HAEFELE
         For the Plaintiffs Exec.

cc: Jodi Westbrook Flowers
   Sean Carter
   Jerry Goldman
   James Kreindler