# EXHIBIT J

# Kappler, David

| | |
|---|---|
| **From:** | Haefele, Robert |
| **Sent:** | Tuesday, February 20, 2018 4:22 PM |
| **To:** | Alan Kabat; 'Martin McMahon'; 'Peter Salerno'; Amy Rothstein |
| **Cc:** | jflowers@motleyrice.com; Sean Carter; Tarbutton, Scott; Jim Kreindler (JKreindler@kreindler.com); Andrew Maloney [AMaloney@kreindler.com]; Goldman, Jerry; Strong, Bruce |
| **Subject:** | 20180220 Ltr to Kabat Salerno Rothstein McMahon re Individual Defendants.pdf |
| **Attachments:** | 20180220 Ltr to Kabat Salerno Rothstein McMahon re Individual Defendants |

Dear Alan, Martin, Peter, and Amy,

Please see attached correspondence from the PECs in 03 MDL 1570.

Regards,

**Robert Haefele** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464 | rhaefele@motleyrice.com
o. 843.216.9184 | c. 843.834.1951 | f. 843.216.9450

1

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA Electronic Mail Only**

February 20, 2018

Alan Kabat (kabat@bernabeipllc.com)  
Bernabei & Kabat, PLLC  
1400 16th Street, NW, Suite 500  
Washington, DC 20036  

Peter C. Salerno (peter.salerno.law@gmail.com)  
Amy Rothstein (amyrothsteinlaw@gmail.com)  
Salerno & Rothstein  
221 Schultz Hill Road  
Pine Plains, NY 12567  

Martin McMahon (mm@martinmcmahonlaw.com)  
Martin F. McMahon & Associates  
1150 Connecticut Avenue, N.W., #900  
Washington, D.C. 20036  

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Alan, Martin, Peter and Amy:

The Plaintiffs' Executive Committees ("PECs") have now received responses from Dallah Avco, WAMY, and MWL/IIRO regarding their intentions to facilitate or not facilitate production of the witnesses identified in the PECs' February 6, 2018 letter as associated with those three defendants; but we have not received a response that expresses the intentions of the individual defendants, which each of you represent.

By Thursday, February 22, 2018, please advise us what position each of the individual defendants takes regarding: (1) whether the individual defendants intend to comply with their discovery obligations and appear for a deposition and (2) whether, assuming there is no impediment to obtaining a visa, the identified witnesses will be presented for deposition in either New York or one of the other Presumptively Acceptable Locations set forth in Judge Netburn's Order (specifying which location has been selected), and if not, why these locations would not be acceptable for the particular witness.

Regards,

Messrs. Kabat, McMahon, Salerno, and Ms. Rothstein
February 20, 2018
Page 2

---

MOTLEY RICE LLC

By: /s/ *Robert T. Haefele*
    ROBERT T. HAEFELE
    For the Plaintiffs Exec. Committees

KREINDLER & KREINDLER

By: /s/ James P. Kreindler
    JAMES P. KREINDLER
    For the Plaintiffs' Exec. Committees

COZEN O'CONNOR

By: /s/ *Sean P. Carter*
    SEAN P. CARTER
    For the Plaintiffs Exec. Committees

ANDERSON KILL

By: /s/ Jerry S. Goldman
    JERRY S. GOLDMAN
    For the Plaintiffs' Exec. Committees