# EXHIBIT N

# Kappler, David

| | |
|---|---|
| **From:** | Haefele, Robert |
| **Sent:** | Thursday, February 22, 2018 1:33 PM |
| **To:** | Martin McMahon |
| **Subject:** | Re: EXTERNAL-Re: 20180220 Ltr to Kabat Salerno Rothstein McMahon re Individual Defendants.pdf |

Thanks. Can you also send me a copy of the license today, please.

Sent from my iPhone

On Feb 22, 2018, at 12:53 PM, Martin McMahon <mm@martinmcmahonlaw.com> wrote:

> That's one of the things I'm asking for
>
> On Feb 21, 2018 5:44 PM, "Haefele, Robert" <rhaefele@motleyrice.com> wrote:
>
>> Martin – When was it that you last checked, and what was the source that indicated to you that Mr. Jelaidan was under house arrest?
>>
>> Can you please provide us with documentation that formally confirms his confinement and that describes the duration, terms, rights, and obligations related to the confinement.
>>
>> Thanks,
>>
>> **Robert Haefele** | Attorney at Law | Motley Rice LLC
>> 28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
>> o. 843.216.9184 | f. 843.216.9450 | rhaefele@motleyrice.com
>>
>> **From:** Martin McMahon [mailto:mm@martinmcmahonlaw.com]
>> **Sent:** Wednesday, February 21, 2018 8:03 AM
>> **To:** Haefele, Robert <rhaefele@motleyrice.com>
>> **Subject:** EXTERNAL-Re: 20180220 Ltr to Kabat Salerno Rothstein McMahon re Individual Defendants.pdf
>>
>> Dear Bob I did not receive word yet from wael s Jedda based atty re the deposition issue last time I checked he was confined to the kingdom hence a Skype depo would be nec
>>
>> On Feb 20, 2018 4:22 PM, "Haefele, Robert" <rhaefele@motleyrice.com> wrote:

Dear Alan, Martin, Peter, and Amy,

Please see attached correspondence from the PECs in 03 MDL 1570.

Regards,

**Robert Haefele** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464 | rhaefele@motleyrice.com
o. 843.216.9184 | c. 843.834.1951 | f. 843.216.9450

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.