# EXHIBIT O

## Kappler, David

| | |
|---|---|
| **From:** | Michael Goldstein <mg@martinmcmahonlaw.com> |
| **Sent:** | Thursday, February 22, 2018 5:30 PM |
| **To:** | Haefele, Robert |
| **Subject:** | EXTERNAL-Jelaidan OFAC License |
| **Attachments:** | Jelaidan OFAC License.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Mr. Haefele:

Attached please find a copy of Wael Jelaidan's OFAC license. Let me know if there are any issues with it.

Best,

--
**Michael Goldstein, Esq.**
**Litigation Associate**
**Martin F. McMahon & Associates**
**1150 Connecticut Ave., N.W., Suite 900**
Washington, D.C. 20036
Tel: (202) 862-4343
Fax: (202) 828-4130
*Admitted in VA, pending in DC*

**This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.**

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

1



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

LICENSE No. SDGT-2016-330016-1

## GLOBAL TERRORISM SANCTIONS REGULATIONS
## LICENSE

(Granted under the authority of 50 U.S.C. §§ 1601-1651, 1701-06, 22 U.S.C. § 287c, Executive Order 13224, and 31 C.F.R. Parts 501 and 594.)

To:  Wael Jelaidan
c/o Martin F. McMahon & Associates
1150 Connecticut Ave., NW
Washington, DC 20036
Attn.: Martin F. McMahon, Esq.

1. Based on your requests dated April 8, 2016, June 13, 2016, November 1, 2016, May 18, 2017, June 19, 2017, July 25, 2017, and December 7, 2017, to the Office of Foreign Assets Control (the "Application") the transactions and activities delineated herein are hereby authorized.

2. This License is subject to the condition, among others, that the Licensee(s) comply with its terms and with all regulations, rulings, orders, and instructions issued under one or more of the authorities cited above.

3. **This License expires upon the completion of the authorized transactions or on January 31, 2019,** whichever comes first, and is not transferable. The transactions described in this License are subject to the authorities cited above and any regulations and rulings issued pursuant thereto. This License may be revoked or modified at any time. If this License was issued as a result of willful misrepresentation it may be declared void from the date of its issuance or from any other date.

4. This License does not authorize transactions prohibited under any law or regulation (including reporting requirements) administered by the Office of Foreign Assets Control other than those listed above.

5. This License does not excuse the Licensee(s) from the need to comply with any law or regulation (including reporting requirements) administered by any other agency or the need to obtain any required authorization(s) from any other agency.

Issued on behalf of the Secretary of the Treasury:

**OFFICE OF FOREIGN ASSETS CONTROL**

By _____          January 30, 2018
David J. Blackborow                                    Date
**Assistant Director for Licensing**

Attention is directed to 18 U.S.C. § 1001, 50 U.S.C. § 1705, and 31 C.F.R. § 594.701 for provisions relating to penalties.

License No. SDGT-2016-330016-1                                                          Page 2 of 2

**SECTION I – AUTHORIZATION:** (a) As described in the Application, and subject to the conditions and limitations set forth herein, Wael Jelaidan (the "Licensee") is hereby authorized take all necessary actions to release and transfer funds from sources as described in subsection (b) hereof held in the name of the Licensee to pay Court Ordered attorney fees and expenses to Anderson Kill & Olick, P.C., Cozen O'Connor, P.C., and Motley Rice, LLC, as ordered by Magistrate Judge Frank Maas in the U.S. District Court for the Southern District of New York. *See* Memorandum Opinion, at 38-39, 43, 44 (Oct. 28, 2015) (ECF No. 3087):

| Law Firm | Fees | Fee Award | Expenses | Total |
|---|---:|---:|---:|---:|
| Anderson Kill & Olick, P.C. | $0.00 | $3,448.54 | $0.00 | $3,448.54 |
| Cozen O'Connor, P.C. | $90,600.00 | $3,448.54 | $978.50 | $95,027.04 |
| Motley Rice, LLC | $29,964.38 | $3,448.54 | $2,731.97 | $36,144.89 |

(b) Payments authorized by this License must not originate from a source within the United States, or from any source outside the United States within the possession or control of a U.S. person, or from any entity or individual, other than Wael Jelaidan, whose property or interests in property are blocked pursuant to any statute, Executive order, or Chapter V of Title 31 of the C.F.R. Such sources may include Faisal Finance (Switzerland) S.A. Account Number ▇0409.

(c) Any transfers of funds through the U.S. financial system pursuant to the authorization set forth above should reference the number of this license to avoid the blocking or rejection of the transfer.

**SECTION II – WARNINGS:** (a) This License does not authorize the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that effects a transfer of blocked property, or the execution of any judgment against property blocked pursuant to any Executive order, statute, or 31 C.F.R. Chapter V.

(b) Except as authorized in Section I, this License does not authorize the direct or indirect transfer of funds or services to or from any individual, entity, person or group whose property or interests in property are blocked pursuant to any Executive order or statute, or 31 C.F.R. chapter V.

(c) The authorization set forth in this License applies only to laws and regulations administered by the Office of Foreign Assets Control, and should not be interpreted to excuse the Licensee from compliance with other laws, regulations, orders, or rulings to which it may be subject.

(d) The authorization set forth in this License applies only to laws and regulations administered by the Office of Foreign Assets Control, and should not be interpreted to excuse the Licensee from compliance with other laws, regulations, orders, or rulings to which it may be subject.

**SECTION III – RECORDKEEPING AND REPORTING REQUIREMENTS:** The Licensee is subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of five years from the date of each transaction.

**SECTION IV – PRECEDENTIAL EFFECT:** The authorization contained in this License is limited to the facts and circumstances specific to the Application.
*************************************************************************