**LAW FIRM OF**
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL TRADE

March 9, 2018

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:    In re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)**

Dear Judge Netburn:

On behalf of Defendants World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International (collectively referred to as "WAMY") we write respectfully seeking an extension of time to respond to Plaintiffs' motion to compel against WAMY. This is WAMY's first request for extension of time. Plaintiffs have consented to WAMY's request.

Plaintiffs served their motion to compel against WAMY on February 28, 2018, without first reaching out to WAMY for a meet-and-confer. Their motion raised various issues which require an extensive response, including securing affidavits and supporting documents. WAMY's response to Plaintiffs' motion is due on March 14, 2018. (*See* DKT # 3859). WAMY Respectfully requests an extension of time to March 30, 2018 to respond to Plaintiffs' motion. This request is also made to conform to similar timeframe given to Muslim World League and International Islamic Relief Organization for their motions to compel (*see* DKT # 3754).

Respectfully Submitted,

*/s/ Omar Mohammedi*

Omar Mohammedi, Esq.

*/s/Fredrick Goetz*

Frederick Goetz, Esq.

cc:    All MDL Counsel of Record (via ECF)