UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to:

*Ashton, et al. v. Kingdom of Saudi Arabia,* No. 17-cv-02003
*Ashton, et al. v. al Qaeda, et al.,* No. 02-cv-6977

### *ASHTON* PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD IN OPPOSITION TO THE MOTION TO DISMISS FILED BY THE KINGDOM OF SAUDI ARABIA

Pursuant to the Federal Rules of Civil Procedure, and based on the accompanying attorney's declaration and memorandum of law, the *Ashton* plaintiffs hereby move this Honorable Court for an order allowing them to supplement the record in opposition to the motion to dismiss filed by the Kingdom of Saudi Arabia and in support of the *Ashton* plaintiffs' request for jurisdictional discovery.

Dated: New York, New York
March 9, 2018

Respectfully Submitted,

/s/ Steven R. Pounian
Steven R. Pounian, Esq. (SP 5795)
James P. Kreindler, Esq.
Justin T. Green, Esq.
Andrew J. Maloney, III, Esq.
Megan W. Benett, Esq.
KREINDLER & KREINDLER, LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel: (212) 687-8181
*Attorneys for Ashton Plaintiffs*

**CERTIFICATE OF SERVICE**

 I hereby certify that a true copy of the ASHTON PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD IN OPPOSITION TO THE MOTION TO DISMISS FILED BY THE KINGDOM OF SAUDI ARABIA and all supporting documents and exhibits were filed electronically this 9th day of March 2018.  Notice of this filing will be served upon all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

    /s/ Steven R. Pounian
    Steven R. Pounian, Esq. (SP 5795)