# SUPPLEMENTAL EXHIBIT 2

REQUESTED BY: SCHULTZ, STEVEN W
OFFICIAL USE ONLY

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br>REPORT OF INVESTIGATION | 1. TECS ACCESS CODE 4 |
|---|---|
| | 2. PAGE 1 |
| | 3. CASE NUMBER SD32CI04SD0015 |

| 4. TITLE: MOHAMED, OMAR ABDI |
|---|

| 5. CASE STATUS: INTERIM RPT |
|---|

| 6. REPORT DATE<br>041304 | 7. DATE ASSIGNED<br>022704 | 8. CLASS<br>T | 9. PROGRAM CODE<br>6K1 | 10. REPORT NO.<br>018 |
|---|---|---|---|---|

| 11. RELATED CASE NUMBERS: |
|---|

| 12. COLLATERAL REQ: |
|---|

| 13. TYPE OF REPORT:<br>INVESTIGATIVE FINDINGS |
|---|

TOPIC: TRANSLATION OF SAUDI ARABIA DOCUMENTS SEIZED DURING 01/22/04 SEARCH

14. SYNOPSIS:
DOCUMENTS SEIZED DURING 01/22/04 SEARCH TRANSLATIONS

| 15. DISTRIBUTION: | 16. SIGNATURE:<br>SCHULTZ        STEVEN     W  SENIOR SPEC AGENT |
|---|---|
| | 17. APPROVED:<br>KELLMER        YESENIA    M  SPECIAL AGENT |
| | 18. ORIGIN OFFICE: SD<br>SAN DIEGO, CA - SAC | 19. TELEPHONE: 619 557 6011 |
| | | 20. TYPIST: SCHULTZ |

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T  O F  I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE  2 |
|---|---|
| | 2. CASE NUMBER SD32CI04SD0015 |
| | 3. REPORT NUMBER: 018 |

During the search, conducted per warrant, of the SUBJECT residence many documents were seized that appeared to be written in Arabic. Those documents appeared to be addressed to the SUBJECT who was referred to as Omar Abdo Mohammed Al-Khatib. The letterhead on the vast majority of the documents was Kingdom of Saudi Arabia, Ministry of Islamic Affairs, Endowments, Da'wah and Da'wah Guidance Office in America, 601 New Hampshire Avenue, Northwest, Washington, D.C. 20037. The documents were translated in three batches.

The first batch consisted of six (6) documents that were translated on January 23, 2004. The second batch consisted of forty-one (41) documents that were translated during the period of February 9 to February 12, 2004. The third batch consisted of fourteen (14) documents that were translated during the period of February 23 to February 24, 2004.

The vast majority of the documents listed Khalid bin Ibrahim Al-Suwaylim as signatory. His title was listed as Director of Da'wah Office in America. It is also apparent from some of the documents that he is/was director of activities in Canada and the Caribbean. On some of the documents Abdulrahman bin Mohammad Al-Balihi is listed as the signatory Director of Da'wah Office in America. On a few of the documents Abdulrahman bin Abdullah Al-Twaijri is listed as the signatory Director of Financial Administration.

Most of the documents were sent to provide the SUBJECT a monthly salary from the government of Saudi Arabia. The SUBJECT was employed as a "propagator." The checks cover the period of from November 1992 to August 2000. In the most recent documents the SUBJECT was being paid a salary of $1,750.00 per month. The SUBJECT was also provided with funds for travel.

As a propagator the SUBJECT was tasked with reporting on the Somali and Arab communities in San Diego and Canada. The SUBJECT was provided with tasking lists that required reporting regarding size and activities of those communities. The SUBJECT was ordered to identify community leaders and converts by names, addresses and occupations. In particular the SUBJECT was ordered to identify converts who were doctors, engineers and pilots. The SUBJECT was ordered to monitor media outlets and to serve as a representative to ensure the views of the Saudi Arabian government were addressed with the media. The SUBJECT was ordered to become active in the education of children in order that they be given "proper" instruction. The SUBJECT was given a bonus for his success in conducting the above activities. Prince Sultan bin Abd al-Aziz Al-Saud, Second Deputy Prime Minister, Ministry of Defense and Aviation also authorized a Financial Award (in May 2000) for the SUBJECT.

One of the documents is addressed to the SUBJECT from the World Assembly of Muslim Youth (WAMY). The document is apparently a response to the SUBJECT. The SUBJECT had requested funding from WAMY. WAMY asks the SUBJECT to

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | 2. CASE NUMBER SD32CI04SD0015 |
| | 3. REPORT NUMBER: 018 |

document the necessity of the funding. WAMY also required outside documentation of the legitimacy of the organization, Somali Cultural Center, of which the SUBJECT claims to be President.

One of the documents, from the government of Saudi Arabia, states that the Director of Da'wah for Europe, America and Australia has appointed Sheik Fahd bin Ibrahim Al-Thumairi to oversee the propagators working in the State of California. That document is dated January 17, 1998.

Copies of all documents and the translations are maintained in the work folder.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.