UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF CASE |

This document relates to:
*Burnett v. Arab Bank, PLC*, 03-cv-9849
*Federal Insurance Co. v. Al Qaida*, 03-cv-6978
*O'Neill v. Al Baraka Investment & Devel. Corp.*, 04-cv-01923
*Continental Casualty Co. v. Al Qaeda*, 04-cv-05970
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited*, 04-cv-07065
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp.*, 04-cv-07279

## DEFENDANT DUBAI ISLAMIC BANK'S 26(a)(1) THIRD AMENDED INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and this Court's Order of February 27, 2018 (Dkt. 3909), Defendant Dubai Islamic Bank ("DIB") in good faith hereby serves its amended initial disclosures of each individual likely to have discoverable information that DIB may use to support its defenses.

This list does not include the names of any rebuttal witnesses, witnesses used solely for impeachment, unknown witnesses, or expert witnesses. Consistent with the Court's Order of September 21, 2015 (Dkt. 3041), DIB reserves the right to amend this list "in the event of the death or unavailability of a witness, to reflect or incorporate newly discovered information or facts, or for other good cause." DIB will provide the names of expert witnesses at a later time as may be required by future court scheduling orders.

The following individuals are likely to have discoverable information that DIB may use to support its defenses. DIB does not consent to or authorize any communications with its employees, agents, officers, or directors, whether formerly or presently associated or employed by DIB and does not consent to or authorize any other communication prohibited by any applicable rule of professional conduct.

1. Dr. Hussein Hamid Hassan
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Topics of his testimony at the deposition conducted on August 1–3, 2017, including the role of DIB's Fatwa and Sharia Supervisory Board and rebuttal of allegations in Plaintiffs' July 2015 Motions to Compel.

2. Amr Abou El Maaty
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Bank and branch operations, including opening and maintenance of DIB accounts.

3. Mohammed Al Sharif
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: DIB's banking operations, governmental interactions, account and financial transaction information, and DIB's response to allegations, including the July 8, 1999 New York Times article.

4. Dr. Haroun Dharsey
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: DIB's customer, account, and financial transaction information and record keeping.

5. Bader Ibrahim Abdullah Ahmed al Maazmi
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: DIB's compliance and bank regulatory issues.

6. Abdulrahman al Ansari
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Bank administration, including DIB's circulation of government list information.

7. Alan Fine
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: DIB's response to allegations, including the July 8, 1999 New York Times article.

8. Participants in June or July 1999 meeting(s) (as alleged by Plaintiffs) in the United Arab Emirates involving U.S. Officials and representatives of the United Arab Emirates government and Participants in any conversations or meetings regarding this alleged meeting(s) or regarding any related subject matter.
Contact information: Unknown.
Subject: Any conduct or issues related to DIB.

9. Participants in 1998 meeting(s) (as alleged by Plaintiffs) involving U.S. Officials and representatives of the United Arab Emirates government and Participants in any conversations or meetings regarding this alleged meeting(s) or regarding any related subject matter.
Contact information: Unknown.
Subject: Any conduct or issues related to DIB.

DATED:   March 9, 2018            Respectfully submitted,


/s/__Steven T. Cottreau_____
Steven T. Cottreau
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 879-5572
Email: scottreau@jonesday.com

Juan P. Morillo (admitted pro hac vice)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Email: juanmorillo@quinnemanuel.com

*Counsel for Defendant Dubai Islamic Bank*

## **CERTIFICATE OF SERVICE**

     I, Steven T. Cottreau, hereby certify that I have this 9th day of March 2018 caused a true and correct copy of DIB's 26(a)(1) Third Amended Initial Disclosures to be served upon all parties in this litigation by filing through the Southern District of New York's Electronic Case Filing ("ECF") system. Parties may access this filing through the Court's ECF system.

                                            /s/ Steven T. Cottreau
                                            *Steven T. Cottreau*