## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF AND OVERNIGHT MAIL**

March 13, 2018

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

    RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

    The Plaintiffs Executive Committees ("PECs") write to advise the Court that the Consolidated Amended Complaint ("CAC") plaintiffs consent to and join in the *Ashton* plaintiffs' motion to include the documents filed at ECF No. 3930, Exh. 1 and Exh. 2, as part of the record concerning plaintiffs' oppositions (including the CAC plaintiffs' opposition) to the pending motions to dismiss of the Kingdom of Saudi Arabia.

    The submitted documents corroborate and provide further evidentiary[1] support for the CAC plaintiffs' factual allegations, *see, e.g.,* CAC (ECF No. 3463) ¶¶ 42, 158(a)[2]-(b), 171, 249; the sworn affidavit opinions offered by the CAC plaintiffs' espionage expert, Michael Rochford, *see, e.g.,* Rochford Affidavit (ECF No. 3783, Exh. 6) at ¶¶ 10-11, 21-22, 41, 43-50; and the CAC plaintiffs' related legal arguments.

---

[1] *See* Fed. R. Civ. P. 803(8).

[2] "[T]he Saudi government maintained a network of agents in the United States in the years preceding the 9/11 attacks, whose undisclosed functions involved performing activities on behalf of and at the direction of the Wahhabi clerics who populated the Islamic Affairs Offices of the Kingdom's embassies and consulates in the United States."

The Honorable George B. Daniels
March 13, 2018
P a g e 2
_____

Respectfully submitted,

| MOTLEY RICE LLC | COZEN O'CONNOR |
|---|---|
| By: /s/ *Robert T. Haefele*     ROBERT T. HAEFELE     For the Plaintiffs' Exec. Committees | By: /s/ *Sean P. Carter*     SEAN P. CARTER     For the Plaintiffs' Exec. Committees |

ANDERSON KILL P.C.

By: /s/ *Jerry S. Goldman*
    JERRY S. GOLDMAN
    For the Plaintiffs' Exec. Committees

cc:   All Counsel of Record via ECF
      The Honorable Sarah Netburn (Via ECF & Federal Express)