UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAR 2 0 2018

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to:

*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849

## ORDER

Before the Court on this 20th day of March, 2018, is Plaintiffs' Motion to Dismiss Plaintiffs JAMES S. WEISENBURGER, JR. (P2470), ARNOLD LEDERMAN (P186), JAMES W. BERGHORN (P1382), FRANCES M. GARVEY (P5066), CARRIE A. GALLAGHER (P3697), VINCENT OGNIBENE (P233), ANNA V. IVANTSOV[1] (P4662), NEIL C. FITZPATRICK (P1658), TERESA VELING CZARK (P4757), ROSANNE HELEN COSTANZA (P4380), TIMOTHY PROVENZANO (P4381), DEBORAH ANN SCHUMANN (P4382), JANE M. O'DEA (P1290), DANIEL LUGE (P1143), DAWN PETERSON, ESTATE OF DAVIN N. PETERSON, DAVID SOZIO (P2341), SCOTT BLANEY (P1397), and ESTATE OF JANICE BLANEY (P1397) (collectively "Plaintiffs") Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2).

The Court hereby finds that Defendants in this action will suffer no prejudice from the relief sought, and Plaintiffs' Motion to Dismiss Plaintiffs Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) is GRANTED.

---

[1] Anna V. Ivantsov asserted claims on behalf of herself and as the Personal Representative of the Estate of Aleksandr Ivantsov and on behalf of all survivors of Aleksandr Ivantsov. This dismissal will dismiss her claims in all capacities.

ACCORDINGLY, IT IS ORDERED that Plaintiffs listed above are DISMISSED without prejudice and each of the parties are responsible for their attorneys' fees and costs associated with this Motion.

SIGNED this 20th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

HON. GEORGE B. DANIELS