UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN) |

This document relates to:   *All actions*

## NOTICE OF FILING OF NOTICE OF POTENTIAL TAG-ALONG ACTION WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

The Kingdom of Saudi Arabia ("Saudi Arabia") hereby notifies the Court that, earlier today (March 21, 2018), it filed a Notice of Potential Tag-Along Action (the "Notice") with the Judicial Panel on Multidistrict Litigation (the "Panel"), pursuant to Rule 7.1(a) of the Panel's Rules of Procedure.  The Notice informs the Panel of the filing on March 9, 2018, in the United States District Court for the District of Columbia, of *Katherine M. Dillaber, et al. v. Islamic Republic of Iran, et al.*, No. 1:18-cv-554-KBJ.  A copy of the Notice is attached as Exhibit 1.

As set forth in more detail in the Notice, the *Dillaber* complaint is brought by seven plaintiffs who allege they suffered injuries caused by the attacks of September 11, 2001.  It names as defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security, and Saudi Arabia.  Most of the *Dillaber* complaint, as it relates to Saudi Arabia, appears to have been copied from the Consolidated Amended Complaint filed last year in this MDL, ECF No. 3463 ("CAC"), with only minor modifications.  *See* Ex. 1, at 1 n.1.

Saudi Arabia has requested that the Panel transfer *Dillaber* to this District for consolidation into the MDL, consistent with the Panel's previous ruling that "the Southern District of New York serves as the nexus for claims resulting from or related to the terrorist-related aircraft crashes of September 11, 2001."  *In re Terrorist Attacks on September 11, 2001*,

295 F. Supp. 2d 1377, 1379 (J.P.M.L. 2003).[*]  Saudi Arabia further notes that a group of

Plaintiffs in this MDL have filed a similar Notice and made a similar request.

                                              Respectfully submitted,

                                            /s/ *Michael K. Kellogg*

                                            Michael K. Kellogg
                                            Mark C. Hansen
                                            Gregory G. Rapawy
                                            KELLOGG, HANSEN, TODD,
                                                FIGEL & FREDERICK, P.L.L.C.
                                            1615 M Street, N.W., Suite 400
                                            Washington, D.C. 20036
                                            (202) 326-7900 (phone)
                                            (202) 326-7999 (fax)

March 21, 2018                         *Counsel for the Kingdom of Saudi Arabia*

---

[*] Saudi Arabia has not yet been served with a copy of the *Dillaber* complaint pursuant to the provisions of 28 U.S.C. § 1608(a) and reserves all rights in connection with such service. As it has in other cases in this MDL, Saudi Arabia will consider a request for waiver of service at such time as the *Dillaber* plaintiffs make one. For the avoidance of doubt, Saudi Arabia also reserves any other immunities, defenses, or objections under the Foreign Sovereign Immunities Act of 1976 or otherwise, including objections to personal jurisdiction.

## CERTIFICATE OF SERVICE

      I hereby certify that, on March 21, 2018, I caused an electronic copy of the foregoing Notice of Filing of Notice of Potential Tag-Along Action to be served electronically by the Court's Electronic Case Filing (ECF) System and by United States first-class mail on any parties not participating with the Court's ECF system as thereafter advised by the Court.

                                            /s/ *Michael K. Kellogg*
                                            Michael K. Kellogg