**CLIFFORD CHANCE**

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

ECF

The Honorable Sarah Netburn
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007

Direct Dial: +1 212878 3224
E-mail: robert.houck@cliffordchance.com

March 21, 2018

**IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001, CASE NO. 1:03-MDL-1570-GBD-SN (AND CONSOLIDATED CASES).**

Dear Judge Netburn:

I respectfully submit this application requesting leave of Court to withdraw as counsel for Dubai Islamic Bank and be removed from electronic notification in this matter. On July 10, 2017, Steven T. Cottreau entered a Notice of Change of Address (docket no. 3643) and continues to represent Dubai Islamic Bank with other attorneys of record. I am no longer associated with Dubai Islamic Bank and my withdrawal will have no material effect on the schedule in this matter, nor will it prejudice any party.

Accordingly, I respectfully requests permission to withdraw as counsel for the Dubai Islamic Bank in this action and that the official court docket and CM/ECF distribution be amended to reflect this change removing Robert.houck@cliffordchance.com from electronic notification in this matter.

Thank you for your attention to this request.

Respectfully yours,

S/Robert G. Houck

Robert G. Houck