UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
| --- | --- |
| | ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230)

*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the Court, Susan Sliwak, Individually as Spouse and as Personal Representative of the Estate of __Robert F. Sliwak__, Deceased, substitutes John F. Schutty of the Law Office of John F. Schutty, P.C. (Atty #1919471), as counsel of record in place of Speiser Krause, PC.

Contact information for new counsel is as follows:

> Law Office of John F. Schutty, P.C.
> 271 Main Street, 2nd Floor
> Eastchester, NY 10709
> Tel: (914) 202-0076
> Fax: (917) 591-5980

I consent to the above substitution.

Date: 01/29/2018

Susan Sliwak, Individually as Spouse and as Personal Representative of the Estate of Robert F. Sliwak, Deceased

I consent to being substituted.

Date:

_____
Frank H. Granito, III (FG9760)
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: (914) 220-5333
Fax: (914) 220-5334

I consent to the Law Office of John F. Schutty, P.C. being substituted in the place and stead of Speiser Krause, P.C.

Date: March 20, 2018

James P. Kreindler (JK7084)
Kreindler & Kreindler LLP
Lead MDL Counsel for *Ashton* Plaintiffs
750 Third Avenue
New York, NY 10017-2703
Tel: (212) 973-3449
Fax: (212) 972-9432

I consent to the above substitution.

Date: 3/22/18

_____
Law Office of John F. Schutty, P.C.
27 Main Street, 2nd Floor
Eastchester, NY 10709
Tel: (914) 202-0076
Fax: (917) 591-5980

The substitution of attorney is hereby approved and so ORDERED.

Date: **MAR 2 6 2018**

_____
George B. Daniel
Judge