UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document relates to:
*All Cases*

## NOTICE OF MOTION

PLEASE TAKE NOTICE that all plaintiffs, in accordance with F.R.C.P. 15, respectfully request that the Court re-authorizes the procedures previously employed in this MDL under the June 16, 2004 Case Management Order #2 (ECF No. 247 ¶ 12) for adding or removing plaintiffs to or from the existing complaints without seeking further leave of court.

In support of this motion, Plaintiffs submit the following memorandum of law, the Declaration of Andrew J. Maloney, the Plaintiffs' Executive Committee's Death and Injury Co-Liaison Counsel, and a Proposed Order.

Dated: March 27, 2018

Respectfully Submitted,

/s/ Andrew J. Maloney, III
James P. Kreindler, Esq.
Andrew J. Maloney, III, Esq. (AM 8684)
KREINDLER & KREINDLER, LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel: (212) 687-8181

Sean P. Carter, Esq.
J. Scott Tarbutton, Esq.
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: (215) 665-2000

Jodi W. Flowers, Esq.
Robert T. Haefele, Esq.
MOTLEY RICE, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Tel:  (843) 216-9000

Jerry S. Goldman, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 278-1000

*Plaintiffs' Executive Committees*