UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document relates to:
*All Cases*

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Allow Amended Complaints to Add Additional Plaintiffs to the Consolidated Actions and the Declaration of Andrew J. Maloney, Co-Liaison Counsel for the Plaintiffs' Executive Committee in the above-captioned action, it is hereby;

**ORDERED** that the Court authorizes the following procedure for adding or removing plaintiffs from existing complaints as follows:

    1) Plaintiffs may without further leave of court add or remove plaintiffs by listing their names and filing the lists as supplemental pleadings under F.R.C.P. 15(d). The caption in the docket for the Individual Action to which a plaintiff has been added or removed will be changed to reflect the names of the plaintiffs in the Individual Actions as amended by the filing.  Plaintiffs added by this procedure need not re-serve defendants who have already been served;

    2) Any pending motion to dismiss filed by a defendant named in the case to which a plaintiff is added will apply with equal force to the claims of each new plaintiff; and

3) Any motion previously filed by a defendant and previously ruled on by the Court will be considered to have been filed and decided in the same manner and shall apply with equal force with regard to the claims of each new plaintiff.

Dated: New York, New York
_____, 2018

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE