UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    On Wednesday, March 28, 2018, the Honorable George B. Daniels denied Defendant Saudi Arabia's motion to dismiss and ordered limited jurisdictional discovery on specific factual allegations critical to the immunity determination as to the alleged tortious acts by alleged Saudi agents Fahad al Thurnairy and Omar al Bayourni. ECF No. 3946. Accordingly, a conference is scheduled for Thursday, April 12, 2018, at 4:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. By April 6, 2018, the parties should notify the Court if more than 20 counsel intend to appear at this conference. If so, the Court will move the conference to the ceremonial courtroom.

    The parties are further ORDERED to meet and confer in advance of this conference, and they should be prepared to propose and set a reasonable schedule for limited jurisdictional discovery. The Court will also address the March 27, 2018 Letter from the Plaintiffs' Executive Committees (the "PECs") proposing a change to the procedures for adding and removing plaintiffs in this action. ECF No. 3943. The Defendants' Executive Committee may file a response to the PECs' letter by Friday, April 6, 2018.

**SO ORDERED.**

DATED:    March 30, 2018
               New York, New York

_____
SARAH NETBURN
United States Magistrate Judge