# Exhibit I

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL
TRADE

March 14, 2018

**VIA ELECTRONIC MAIL**
Sean Carter, Esq.
Scott Tarbutton, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
E-mail: SCarter1@cozen.com

**RE: In re Terrorist Attacks of September 11, 2001, 03 MDL 1570**

Dear Sean:

    Based on Magistrate Judge Netburn's, March 13, 2018 Order (DKT # 3933) and in response to Scott's email, WAMY writes to set a time for the parties to meet-and-confer. We would like to have the meet-and-confer telephonically on Monday March 19, (as ordered by the Court) at 4 pm Eastern Standard Time.

    In order to have a productive meet-and-confer and so that we may know precisely what requests for production of documents are at issue, we ask that Plaintiffs specify by document name and request number those Fed. R. Civ. P. 34 requests as to which plaintiffs contend WAMY's production had been inadequate, incomplete or otherwise deficient.[1] Kindly provide this information to us by end of business day Friday March 16, 2018.

    We look forward to your cooperation.

Sincerely,

*/s/ Omar Mohammedi*

Omar T. Mohammedi, Esq.


*/s/ Fredrick Goetz*

Frederick J. Goetz, Esq.

---

[1] For example, if Plaintiffs contend WAMY's response to Plaintiffs' Fist Set of Requests for Production of Documents Directed to the World Assembly of Muslim Youth-Saudi Arabia Requests Numbers 1, 2 and 3 are at issue, they should so state.