# Exhibit N

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:
:  **ORDER**

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                          :  03 MDL 1570 (GBD) (FM)

------------------------------------------------------------X

**FRANK MAAS**, United States Magistrate Judge.

Pursuant to the conference held on April 24, 2014, it is hereby

ORDERED that:

1. The WAMY defendants shall produce the documents that are responsive to the Plaintiffs' discovery requests, either by making the originals available for inspection and copying in this District, or by producing electronic copies as TIFF images (with load files). The WAMY defendants shall also produce forthwith any responsive electronically-stored information that has yet to be produced.

2. The Court reserves decision as to whether the 2004 discovery cut-off date set during the hearing on April 12, 2011 shall apply to the WAMY defendants. In the interim, the WAMY defendants must produce all responsive documents from 1992 through the end of 2002.

3. By May 8, 2014, each firm that seeks fees and expenses pursuant to my Report and Recommendation dated October 28, 2013, shall submit an affidavit by a knowledgeable person in support of its application.

4. By May 1, 2014, counsel for Al Haramain and Wael Jelaidan may request that the Plaintiffs' law firms produce their contemporaneous time records for two randomly-selected months during the period for which reimbursement is sought. The Plaintiffs shall provide the requested records (appropriately redacted) by May 15, 2014. By May 22, 2014, counsel for Al Haramain and Wael Jelaidan shall submit letters to my Chambers indicating whether they contest the accuracy of the Plaintiffs' time summaries or the authenticity of their contemporaneous time entries.

5. A further conference shall be held on July 10, 2014, at 2 p.m., in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: New York, New York
April 25, 2014

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF