# Exhibit Q

```
                                                                    1
     1bgr911c
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   In Re:  TERRORIST ATTACKS ON
 3           SEPTEMBER 11, 2001           03 MDL 1570 (GBD)
 4
 4   ------------------------------x
 5                                        New York, N.Y.
 5                                        November 16, 2011
 6                                        2:30 p.m.
 6
 7   Before:
 7
 8           HON. FRANK MAAS
 8
 9                                        Magistrate Judge
 9
10
10
11           APPEARANCES
11
12
12   KREINDLER & KREINDLER LLP
13        Attorneys for Ashton Plaintiffs
13   BY:  JAMES KREINDLER
14        ANDREW J. MALONEY, III
14
15
15   COZEN O'CONNOR
16        Attorneys for Plaintiff Federal Insurance
16   BY:  SEAN CARTER
17        J. SCOTT TARBUTTON
17
18
18   MOTLEY RICE LLC
19        Attorneys for Burnett Plaintiffs
19   BY:  ROBERT T. HAEFELE
20
20
21   ANDERSON KILL & OLICK, P.C.
21        Attorneys for O'Neill Plaintiffs
22   BY:  JERRY S. GOLDMAN
22
23
23   BERNABEI & WACHTEL PLLC
24        Attorneys for Defendants Al Haramain Islamic Foundation
24        and Perouz Seda Ghaty
25   BY:  ALAN R. KABAT
                   SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```

```
                                                                      2
     1bgr911c
 1            APPEARANCES
 2
 2   CLIFFORD CHANCE US LLP
 3        Attorneys for Defendant Dubai Islamic Bank
 3   BY:  RONI E. BERGOFFEN
 4
 4
 5   STEVEN K. BARENTZEN
 5        Attorney for Dr. Jamal Barzinji
 6
 6
 7   OMAR T. MOHAMMEDI
 7        Attorney for defendants WAMY International, Inc.
 8
 8
 9   MARTIN MCMAHON (telephone)
 9        Attorney for Defendant Muslim World League
10
10
11   LUQUE GERAGOS MARINO LLP
11        Attorneys for Defendant African Muslim Agency
12   BY:  NANCY LUQUE (telephone)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```

```
                                                                       11
     1bgr911c

25             THE COURT:  It's a little hard to understand, if some
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                 12
     1bgr911c
 1   of these organizations have a thousand or thousands of
 2   employees, how 12,000 pages, even if it's all financial
 3   records, would be all the financial records, quarterly, etc.,
 4   that relate to all of these branches for a multiyear period.
 5   Are you representing that in response to this first category
 6   somebody, Mr. al-Radhi or somebody else, on behalf of IIRO
 7   queried every branch office to secure the documents that
 8   plaintiffs have requested?
 9            MR. McMAHON:  Your Honor, I believe that's the case.
10   I will have to go back and check his affidavit.  As I said at
11   page 13 paragraph 5, these documents were apparently sent to
12   counsel's office.
13            THE COURT:  Just to avoid the game of chicken, I'm
14   going to direct that you provide that CD to plaintiffs' counsel
15   and also that plaintiffs' counsel review it.
16            MR. McMAHON:  There are 12 CD's.
17            THE COURT:  Like I said, the 12 CD's.  I don't want to
18   leave anybody in suspense.  It's not my intent at the end of
19   today to grant or recommend -- I think it would be a grant,
20   since this is a discovery issue -- dispositive relief in terms
21   of something like striking the answer of any of these
22   defendants.  But I do think, unless I'm convinced otherwise, we
23   may be heading in that direction.
24            MR. McMAHON:  Does your Honor have a viewpoint on the
25   bank documents we have, which are difficult to read?  I asked
                     SOUTHERN DISTRICT REPORTERS, P.C.
                               (212) 805-0300
```

```
                                                                       13
     1bgr911c
 1   Mr. Cater to send somebody down here to look at these.  We
 2   inquired of the bank about a digital format, but that may be
 3   months away.  I simply suggest to send somebody down to look at
 4   the bank records.
 5            THE COURT:  I didn't go back through prior
 6   transcripts, but I thought that there was a representation at
 7   some prior session that there was no digital version of this.
 8   Maybe the representation was just that there was no digital
 9   file at these defendants' offices.
10            MR. McMAHON:  I think at that time, your Honor, we
11   didn't have total definition on this issue.  But subsequently,
12   in conference with the bank of Mr. al-Radhi, we discovered that
13   there is a hardcopy, and if they are to have access to the
14   digital records, that would take an enormous amount of time.  I
15   know I referenced that somewhere that that is something that is
16   still --
17            THE COURT:  You say it would take I guess it was at
18   least six months.  One of the things that plaintiffs pointed
19   out was the letter request seeking these documents, I guess
20   from just one bank, was dated August 15th, which hardly
21   suggests that the defendants are proceeding with dispatch.
22            MR. McMAHON:  Your Honor, I addressed this in point 4
23   on page 13, right before 5.  I just want to know what to do
24   with these records, because we do have them.  I want you to
25   know that I made the offer to come and visit and see if they
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                              14
     1bgr911c
 1   can read these banking records if they so terribly want them.
 2   I can't be more definite on what is in here regarding any
 3   digital version.
 4            MR. CARTER:  Your Honor, my recollection of this is
 5   that we were initially told that this was an old dot matrix
 6   printout of some banking records and that there were no digital
 7   files that could ever be identified.  When we interviewed Mr.
 8   al-Radhi at Mr. McMahon's request, what he told us is that
 9   these were banking records that were printed out by their banks
10   during the course of this litigation.  That prompted an inquiry
11   from us.
12            If that is the case, then digital files have existed
13   during the course of this litigation.  Has anyone gone and
14   asked them to print it again so that we can have a legible copy
15   or to give us the digital files?  Mr. al-Radhi said we've never
16   asked them.
17            So, the first representation was that we've had
18   checked, it doesn't exist.  The second representation is no one
19   ever asked.  It's just difficult for us to figure out what the
20   actual playing field is.
21            THE COURT:  It seems to me that there is an obligation
22   to produce records not just in the possession of a party but
23   those that are in their custody or control.  To the extent that
24   there are electronic records or files that are available from
25   the banks, those have to be requested in a timely fashion and
                   SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```

```
                                                                   15
     1bgr911c
 1   produced.
 2            It also seems to me that the request, unless Mr.
 3   Carter tells me otherwise, extends to each branch of the
 4   organization.  And to the extent that there are nonduplicative
 5   files in the branches, those have to be produced, whether it's
 6   burdensome or not.
 7            This whole case is about money being diverted toward
 8   terrorist goals.  As I understand it, the lion's share of the
 9   effort is to see where money went.  So the notion that this is
10   a lot of paper or bytes of information and therefore
11   burdensome, Mr. McMahon, doesn't really resonate to be me.
12            MR. McMAHON:  OK, your Honor.  I went back and tried
13   to find the reference to the banking records.  That's in
14   paragraph 22, I guess, of Mr. al-Radhi's affidavit.  My team
15   has also inquired of the al-Radhi bank if they have a digital
16   record of financial banking transactions, and they have stated
17   such inquiries should be requested to the head office and it
18   might take six months, and we are in the process of doing that
19   accordingly.
20            THE COURT:  I assume if you had a large number of
21   branches, there is also a fairly large number of banks.  What
22   is required here is not one request to one bank but, to the
23   extent that records don't exist in the branches themselves,
24   many requests to many banks.
25            While I said that I'm certainly at this stage not
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                    16
     1bgr911c
 1   going to grant dispositive sanctions, at some point Mr.
 2   al-Radhi or somebody else, as a 30(b)(6) witness, is going to
 3   testify as to the efforts that these defendants made in
 4   response to these requests.
 5            Except to the extent that the two sides can agree that
 6   some branch office is not relevant, if each branch office is
 7   not queried and the documents from that branch produced, as far
 8   as I'm concerned that will have been an inadequate search and
 9   may lead to dispositive sanctions.
10            MR. McMAHON:  I hear and appreciate that, your Honor.
11            MR. CARTER:  Your Honor, we focused a lot during the
12   discussion today on the financial records and bank statements,
13   but there were a number of other categories.
14            THE COURT:  I had written down, just on the April 12th
15   order, I was going to focus on 1, 3, 4, 6, and 8.  We don't
16   have time to go through each one.  I know 2 is important to
17   you, but you seemed to get a list of orphans, so I skipped that
18   one.
19            3 relates to the annual constituent council meetings
20   where it would appear that there should be centrally located
21   files.  To the extent that there is something from the
22   Philippines' office, as an example, that the main office
23   doesn't have, if the Philippines office has it, it needs to be
24   produced from that office.
25            I guess 4 is similar, although I would imagine Mr.
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```