Exhibit R

**WAMY'S RESPONSES TO PLAINTIFFS' EXHIBIT 15**

| WAMY OVERSEAS BRANCH OFFICE ANNUAL REPORTS | | |
|---|---|---|
| **WAMY OFFICE** | **PLAINTIFFS' ALLEGATIONS** | **WAMY'S REPONSES** |
| WAMY-Canada | 2001 and 2002 Annual Reports produced. All other reports remain outstanding. | WAMY-Canada opened in December 1997. Therefore, reports prior to 1998 do not exist. WAMY produced annual reports for: 1998, 1999, and 2000. |
| WAMY-Chechnya | 1996 Annual Report produced. All other reports remain outstanding. | There is no WAMY- Chechnya office. WAMY-Russia produced annual reports for work done in Chechnya for the years WAMY undertook activities in Chechnya. |
| WAMY-Indonesia | 1995, 1996, 1999, 2000, 2001 and 2002 Annual Reports produced. All other reports remain outstanding. | WAMY Indonesia opened in 1995. Therefore, reports prior to 1995 do not exist. WAMY produced annual reports for: 1997 and 1998. |
| WAMY-Kosovo | 1999 and 2000 Annual Reports produced. All other reports remain outstanding. | WAMY Kosovo opened in 2000. Therefore, reports prior to 1999 do not exist. WAMY produced annual reports for: 2001 and 2002. |
| WAMY-South Africa | 2002 Annual Report produced. All other reports remain outstanding. | WAMY-South Africa opened in September 2001. Therefore, only the 2002 annual report exists. |
| WAMY-Sudan | 1994 Annual Report produced. All other reports remain outstanding. | WAMY produced annual reports for: 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002. WAMY is currently searching for reports for 1992 and 1993. |
| WAMY-Thailand | 2006, 2007 and 2009 Annual Reports produced. All other reports remain outstanding. | Any documents produced on Thailand which was established in 2004 are not relevant to this litigation and were inadvertently produced. |
| WAMY-United States | 1994 and 2001 Annual Reports produced. All other reports remain outstanding. | Expect for 1996 and 1997, WAMY Int'l has produced all annual reports and is currently diligently searching for the 1996 and 1997 reports. |