# EXHIBIT V

Confidentioal: Attorney - Client Communications



# World Assembly of Muslim Youth
## Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

الرقم : ١٠٤٣
التاريخ : ٥/ ب / ١٤٢٢ هـ

مكتب الأمين العام المساعد
Office of the Assistant Secretary General

الأخ الفاضل .أ. إبراهيم سليمان عبد الله                 حفظه الله
نائب المشرف على مكتب الندوة بأمريكا الشمالية وكندا

السلام عليكم ورحمة الله وبركاته وبعد ،،

أسأل الله تعالى أن تكونوا في خير حال وعافية .. وبعد .

إشارة إلى خطابكم بتاريخ ١٤٢٢/١/٢٤ هـ بخصوص استقالة الأخ/ محمد الخطيب وتعيين الأخ / طلحة الجراد - مديرا لمكتب الندوة في كندا ، ونشكركم للإيضاح الذي تفضلتم به ، ونبلغكم بموافقتنا على تعيين المذكور آملين أن يتم تفعيل مكتب الندوة في كندا لأداء رسالته على النحو المتطلع إليه .

والله تعالى أسال للجميع التوفيق لما يحب ويرضى .
والسلام عليكم ورحمة الله وبركاته.

الأمين العام المساعد لشؤون المكاتب
للندوة العالمية للشباب الإسلامي

د / صالح بن إبراهيم بابعير



P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya  -  Saudi Arabia  -  Tel. (01) 464 1669 (10) Lines / 465 5431
Cable :   ISLAMIYAH RIYADH           -           Fax. : (01) 464 1710

WAMYSA9976




# الندوة العالمية للشباب الاسلامي
## World Assembly of Muslim Youth

مكتب أمريكا
U.S.A. Office
Member of UN NGO's



التاريخ ١١/١/١٤٢٢هـ
الموافق: ٥/٤/٢٠٠١ م

سعادة الدكتور صالح بن ابراهيم بابعير          حفظه الله
الأمين العام المساعد لشئون المكاتب الخارجية

السلام عليكم ورحمة الله وبركاته

بعد شكر الله تعالى على توفيقه في ما يقوم به مكتب الندوة بأمريكا وكندا من أعمال الخير ، نشكر لكم دعمكم وتشجيعكم لهذه المسيرة تقبل الله منا ومنكم صالح الأعمال.

ونفيد سعادتكم بأن الأستاذ محمد الخطيب ممثل الندوة في كندا والذي يعمل تحت إشراف مكتب أمريكا قدم استقالته، مرفق صورة منها، نظراً لانشغاله بالعمل مع عدد من المؤسسات الاسلامية الأخرى مما سبب ازدواجية في العمل تعارضت مع مصلحة تمثيل الندوة في تلك الدولة الكبيرة والتي نسعى لترسيخ عمل الندوة فيها بما يتناسب وسمعة الندوة العالمية. وبناء على ذلك وبعد تحري دقيق وقع اختيارنا على المهندس طلحة محمد صالح الجراد ــ سوري الجنسية ــ للعمل كممثل للندوة في كندا وهو من الدعاة المجتهدين لخدمة هذا الدين ولا نزكية على الله وتتلخص خبراته في مايلي:

١- خريج جامعة الملك فهد للبترول والمعادن. وحاصل على الماجستير.
٢- عمل إماماً لأحد مساجد الجامعة لمدة اربع سنوات، كان يلقي فيها الدروس ويوجه الطلاب ونظم العديد من الرحلات والمخيمات.
٣- معروف ولدية تزكية من كل من الشيخ عبدالرحمن الربيعة ــ الأمين العام المساعد للندوة للمنطقة الشرقية، والشيخ سالم الحارثي ــ عضو الدعوة بفرع الوزارة في منطقة نجران. مرفق صور من التزكيات.
٣- معروف بنشاطه في كندا في العديد من المراكز الاسلامية في القاء المحاضرات والدروس وتوجيه الجالية الاسلامية

لمزيد من التفصيل تجدون برفقة صورة من السيرة الذاتية، نرجو من سعادتكم التكرم باعتماد ترشيح المهندس طلحة محمد صالح الجراد كممثل للندوة في كندا والتوجيه بذلك للادارات المعنية لاتخاذ اللازم.

وتفضلوا بقبول خالص تحياتي..

م. إبراهيم سليمان عبدالله
نائب المشرف على المكتب

www.wamyusa.org
P.O. Box 8096 · Falls Church, VA 22041-8096

Tel. (703) 820-6656 / 783-8410
Fax. (703) 783-8409

WAMYSA9977

Case 1:03-md-01570-GBD-SN Document 3949-23 Filed 03/30/18 Page 4 of 11
Confidentioal: Attorney - Client Communications
Received: 19.Mar.01 08:14 AM From: 4167877669 To: 7037838409    Powered by eFax.com   Page: 1 of 1
FROM : KHATIB & ELNACHEF    PHONE NO. : 416 787 7669    Mar. 19 2001 10:24AM P1

24 ذو الحجة 1421 هـ

سعادة الأخ الفاضل المهندس إبراهيم سليمان عبد الله           حفظه الله
نائب المشرف على مكتب الندوة في أمريكا

السلام عليكم ورحمة الله وبركاته

بالاشارة الى خطابكم بتاريخ 21 ذو الحجة 1421 هـ نشكر لكم صراحتكم ، وأقدم لكم استقالتي من تمثيل الندوة في كندا، وافسح المجال للاخ طلحة الجراد لتحقيق مصلحة العمل، وسأكون عونا له على كل خير بإذن الله عز وجل، وقد قابلت الأخ طلحة منذ يومين واعلمته بفحوى قراركم.

تحياتي للأخ الفاضل المهندس عبد الله بن لادن وللاخوة العاملين في الندوة الحبيبة عندكم، والسلام عليكم ورحمة الله.

أخوكم محمد الخطيب

WAMYSA9978

Confidential Attorney Client Communication

1) Canada Office
2) America Office

<div style="text-align:center">In the name of Allah, the Merciful, the Gracious</div>

World Assembly of Muslim Youth           [*logo of the Assembly*]
Member of UN NGO's

Office of the Assistant Secretary General                               Number 1043

<div style="text-align:right">5/2/1422 Hegira</div>

His Excellency the esteemed brother Ibrahim Suleiman Abdullah, may Allah protect him
The Director of North America Office

Greetings

I pray to God that you are well.

I refer to you letter dated 24/1/1422 regarding the resignation of Brother Mohamed Alkhatib and appointment of Brother Talat Aljarad as the manager of the Assembly office in Canada,; we thank you for the explanation presented. We inform you of our approval of appointing the aforementioned hoping that the Assembly office in Canada is reactivated to perform its duties in the proper manner.

I ask Allah to guide everyone for what He loves and likes.

Greetings.

Assistant Secretary General for Offices Affairs
World Assembly of Muslim Youth
[*signature*] [*stamp of World Assembly of Muslim Youth*]
Dr. Saleh Bin Ibrahim Babaer

P. O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jalawi St., Sulaimaniya - Saudi Arabia
Tel: (01) 4655431/4624615/4628975/4641669/4641663 Cable: ISLAMIYAH RIYADH Telex 400413/405220 ISLAMI SJ, Fax: (01)4641710

<div style="text-align:right">WAMY SA9976</div>

Confidential Attorney Client Communication

<div style="text-align:center">In the name of Allah, the Merciful, the Gracious</div>

World Assembly of Muslim Youth         [*logo of the Assembly*]
U.S.A. office
Member of UN NGO's

11/1/1422 Hegira
Corresponding to 5/4/2001 Gregorian

[*stamp*: World Assembly of Muslim Youth, General Secretariat 24 Muharram 1422 Reception number 737 Identification number 3365]

His Excellency Dr. Saleh Bin Ibrahim Babaer,
The Assistant Secretary General for Foreign Offices Affairs

Greetings

After thanking Allah for His guidance of the good work done by the offices in America and Canada, we thank you for your support and encouragement for this job asking Allah to accept our good works and yours.

We inform you that Mr. Mohamed Alkhatib, the representative of the Assembly in Canada, which is under the supervision of America office, has submitted his resignation, a copy of which is attached, due to his preoccupation working with a number of other Islamic organizations leading to duplicity of work contrary to the interest of representing the Assembly in that vast country in which we strive to establish the work of the Assembly in line with the international reputation of the Assembly. Hence, and after a thorough investigation, we have shortlisted Engineer Talhat Mohamed Saleh Aljarad - a Syrian citizen - to act as the Assembly representative in Canada, and he is one of the hardworking preachers to serve this religion [illegible 4 words], and his experience is summarized as follows:

1- A graduate of the University of King Fahd, Petrol and Minerals, holding a Master's degree.
2- Has worked as an Imam for one of the university mosques for four years, giving lectures and guiding students and organizing a number of trips and camps.
3- Is known and recommended by Sheikh Abdurrahman Rabeea - Assistant General Secretary of the East Region, and Sheikh Salem Alharithi - member of the herald at the ministry office in Najran region. Enclosed are copies of the recommendations.
4- Is known for his activity in Canada in a number of Islamic centers, giving lectures and lessons and guiding the Islamic community.

For further details, please find a copy of his CV. Please approve the appointment of Engineer Talhat Mohammed Saleh Aljarad as Assembly Representative in Canada, informing the concerned departments to perform the procedures.

M. Ibrahim Suleiman Abdullah

Assistant Office Supervisor

www.wamyusa.org - P. O. Box 8096 - Falls Church, VA 22041-8096 - Tel. (703) 820-6656/783-8410 - Fax. (703) 783-8409

WAMYSA9977

Confidential: Attorney - Client Communication

| Received 19.Mar.01   06:14 AM   From 4167877669   to 7037838409 | Powered by eFax.com | Page 1 of 1 |
| From: KHATIB & ELNACHEF              Phone No.: 416 787 3096 | Mar. 19 2001 10:24 PM P1 | |

24 Zou Alhijjah 1422 Hegira

His Excellency Brother Engineer Ibrahim Suleiman Abdullah, may Allah protect him

Assistant Supervisor of the Assembly office in America

Greetings

Reference is made to your letter of 21 Zou Alhijjah 1421. I thank you for your frankness, and I submit my resignation from representing the Assembly in Canada, to give space to Brother Talhat Aljarad to achieve the job duties, and I will be his support for every good deed as Allah permits. I met Brother Talhat two days ago and informed him of your decision.

My regards to the esteemed Brother Engineer Abdullah Bin Laden and the brothers working at the beloved Assembly at your end.

Greetings.

Your brother Mohammed Alkhatib

WAMYSA9978




مكتب أمريكا
U.S.A. Office
Member of UN NGO's

# الندوة العالمية للشباب الإسلامي
## World Assembly of Muslim Youth

التاريخ ١٤٢٢/١/١١هـ
الموافق ٢٠٠١/٤/٥م

سعادة الدكتور صالح بن إبراهيم بابعير       حفظه الله
الأمين العام المساعد لشئون المكاتب الخارجية

السلام عليكم ورحمة الله وبركاته

بعد شكر الله تعالى على توفيقه في ما يقوم به مكتب الندوة بأمريكا وكندا من أعمال الخير، نشكر لكم دعمكم وتشجيعكم لهذه المسيرة تقبل الله منا ومنكم صالح الأعمال.

ونفيد سعادتكم بأن الأستاذ محمد الخطيب ممثل الندوة في كندا والذي يعمل تحت إشراف مكتب أمريكا قدم استقالته، مرفق صورة منها، نظراً لانشغاله بالعمل مع عدد من المؤسسات الإسلامية الأخرى مما سبب ازدواجية في العمل تعارضت مع مصلحة تمثيل الندوة في تلك الدولة الكبيرة والتي نسعى لترسيخ عمل الندوة فيها بما يتناسب وسمعة الندوة العالمية. وبناء على ذلك وبعد تحري دقيق وقع اختيارنا على المهندس طلحة محمد صالح الجراد –سوري الجنسية- للعمل كممثل للندوة في كندا وهو من الدعاة المجتهدين لخدمة هذا الدين ولا نزكية على الله وتتلخص خبراته في مايلي:

١- خريج جامعة الملك فهد للبترول والمعادن. وحاصل على الماجستير.
٢- عمل إماماً لأحد مساجد الجامعة لمدة اربع سنوات، كان يلقي فيها الدروس ويوجه الطلاب ونظم العديد من الرحلات والمخيمات.
٣- معروف ولدية تزكية من كل من الشيخ عبدالرحمن الربيعة –الأمين العام المساعد للندوة للمنطقة الشرقية، والشيخ سالم الحارثي –عضو الدعوة بفرع الوزارة في منطقة نجران. مرفق صور من التزكيات.
٣- معروف بنشاطه في كندا في العديد من المراكز الإسلامية في القاء المحاضرات والدروس وتوجيه الجالية الإسلامية

لمزيد من التفصيل تجدون برفقة صورة من السيرة الذاتية، نرجو من سعادتكم التكرم باعتماد ترشيح المهندس طلحة محمد صالح الجراد كممثل للندوة في كندا والتوجية بذلك للادارات المعنية لاتخاذ اللازم.

وتفضلوا بقبول خالص تحياتي..

م. إبراهيم سليمان عبدالله
نائب المشرف على المكتب

www.wamyusa.org
P.O. Box 8096 • Falls Church, VA 22041-8096
Tel. (703) 820-6656 / 783-8410
Fax. (703) 783-8409

WAMYSA9795

In the name of Allah, the Merciful, the Gracious

World Assembly of Muslim Youth [*logo of the Assembly*]
U.S.A. office - Member of UN NGO's
11/1/1422 Hegira
Corresponding to 5/4/2001 Gregorian

[stamp: World Assembly of Muslim Youth, General Secretariat 24 Muharram 1422 Reception number 737 Identification number 3365]

His Excellency Dr. Saleh Bin Ibrahim Babaer,
The Assistant Secretary General for Foreign Offices Affairs

Greetings

After thanking Allah for His guidance of the good work done by the offices in America and Canada, we thank you for your support and encouragement for this job asking Allah to accept our good works and yours.

We inform you that Mr. Mohamed Alkhatib, the representative of the Assembly in Canada, which is under the supervision of America office, has submitted his resignation, a copy of which is attached, due to his preoccupation working with a number of other Islamic organizations leading to duplicity of work contrary to the interest of representing the Assembly in that vast country in which we strive to establish the work of the Assembly in line with the international reputation of the Assembly. Hence, and after a thorough investigation, we have shortlisted Engineer Talhat Mohamed Saleh Aljarad - a Syrian citizen - to act as the Assembly representative in Canada, and he is one of the hardworking preachers to serve this religion [*illegible 4 words*], and his experience is summarized as follows:

1- A graduate of the University of King Fahd, Petrol and Minerals, holding a Master's degree.
2- Has worked as an Imam for one of the university mosques for four years, giving lectures and guiding students and organizing a number of trips and camps.
3- Is known and recommended by Sheikh Abdurrahman Rabeea - Assistant General Secretary of the East Region, and Sheikh Salem Alharithi - member of the herald at the ministry office in Najran region. Enclosed are copies of the recommendations.
4- Is known for his activity in Canada in a number of Islamic centers, giving lectures and lessons and guiding the Islamic community.

For further details, please find a copy of his CV. Please approve the appointment of Engineer Talhat Mohammed Saleh Aljarad as Assembly Representative in Canada, informing the concerned departments to perform the procedures.

M. Ibrahim Suleiman Abdullah
Assistant Office Supervisor

www.wamyusa.org - P. O. Box 8096 - Falls Church, VA 22041-8096 - Tel. (703) 820-6656/783-8410 - Fax. (703) 783-8409

# Talhah Al-Jarad, M. Sc., MCSE, OCSE

## Some Non Curriculum Activities at the University
- Leader for Quran Memorization Circle at KFUPM for 4 years.
- Imam at KFUPM mosques for 5 years.
- Two weekly lectures at the mosque for 5 years.
- Established a mosque library for audio and Islamic references.
- Leader of the Competition Committee at KFUPM for 4 years for the largest competition in the university history.
- Member of the Organization Committee for the First Annual Cultural Week of the GCC (Gulf Countries Counsel) Universities.
- Host of the Cultural Completion for the First Annual Cultural Week of the GCC Universities.
- Director of the Competition Committee for the First Annual Cultural Week of the GCC Universities.
- Leader of 2 annual university trips for University students each for 4 days.
- Member of the New Students Committee at the University for 3 years.

## Some Non Curriculum Activities outside the University
- Leader of the Cultural and Educational Committee at Summer Centers for 5 years
- Member of the management team of Summer Centers for 4 years.
- Attended 3 intensive courses in Islamic teachings (Faith, Fiqh, Hadith, etc.)

## Some Non Curriculum Activities in Canada
- Imam of Al-Noor Mosque for 1.5 years providing Khutba, lectures, youth activities, etc
- Member of the board of director for St. Catharine's Islamic Community Center.
- Currently providing a weekly lecture in Tafseer at the Islamic Community Center of Ontario on Friday.
- Currently providing a weekly program for a group of 55 youth on Sunday.
- Currently serves as a member of Educational Committee at ICCO.
- Currently delivering a Friday Khutba in a rotation between 12 mosques and Islamic Community centers in Toronto.

## TECHNIAL EDUCATION

**2001**   **Octel Certified System Engineer (OCSE) in Lucent Unified Messenger 4.0**
2000    Professional Engineer status (Designation Pending)
2000    Windows 2000 AD Course and Upgrading to Windows 2000 Course
2000    Project Management Course
2000    Cisco Certified Network Associate (CCNA) Course (Designation Pending)
**1999**   **Checkpoint Certified Security Administrator (Firewall-1 4.0)**
1999    Siebel Courses (Server Administration, Configuration, Support, and Maintenance)
**1997**   **Microsoft Certified System Engineer (MCSE) (Exchange 5.5 and TCP/IP)**

**Dec. 96**        **Master of Science in Computer Engineering and Networking**

**Jan. 93**        **Bachelor of Science In Computer Engineering**

WAMYSA9796

## HIGHLIGHTS OF TECHNICAL SKILLS

### Expertise
- Microsoft NT 4.0/2000 and MS Terminal Server
- Microsoft Exchange 5.5/2000
- Checkpoint Firewall1, VPN1, and SecuRemote
- Cisco routers installation, configuration, implementation, and maintenance
- Citrix (Win Frame 1.7/1.8, and Meta Frame 1.8)
- Unified Messenger 3.0/4.0
- Lotus Notes (4.5) and Domino
- Siebel (CRM), Clientele, and Nuance (Voice Recognition System)
- MS SQL 6.5/7.0
- Compaq, IBM, and Dell servers: installation, configuration, and maintenance

### Personal Skills
- Excellent Written and verbal communication skills
- Leadership qualities with skills to provide direction to others.
- Self-motivated, self-starter, and team-oriented with strong Customer Service dedication
- Strong problem solving skills and superior analytical skills
- Detail oriented, resourceful, creative and continuous learner

## LATEST WORK EXPERIENCE

### Manager, Information Technologies
- Designing, leading, and implementing continues projects for the IT dept across Canada
- Implementing and enforcing policies to ensure QA and security
- Managing and supporting the Business Unit Exchange servers across Canada
- Managing the daily activities of the IT Dept. and ensuring customers/staff productivity
- Effectively led the relocation of office networks project after merger with no downtime
- Successfully led the CRM project upgrade from planning to execution across Canada
- Designed, installed, and configured Checkpoint Firewall-1 for the all offices in Canada
- Led the project for migration the company's users and staff from Unix (Solaris) environment to NT Environment from planning to execution
- Re-designed the entire network to enhance performance and availability
- Led the Y2K project to assure normal business on Jan. 1, 2000

## PUBLICATIONS

- "RAZAN: A high performance Switch Architecture for ATM Networks", International Journal of Communication Systems, 11, 275-285, 1998
- Master Thesis: "Design and Analysis of a Fault Tolerant Switch for B-ISDN"

WAMYSA9797