# EXHIBIT Y

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | **03-MD-1570 (GBD)(FM)** <br> **ECF Case** |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, No. 04-CV-05970
*Euro Brokers v. Al Baraka Investment and Development Corp., et al*, No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp., et al*, No. 04-CV-1923
*Federal Insurance Col, et al. v. Al Qaida, et al.*, No. 03-CV-6978

## DECLARATION OF DR. ABDUL WAHAB NOORWALI IN SUPPORT OF DEFENDANT WORLD ASSEMBLY OF MUSLIM YOUTH

I, Dr. Abdul Wahab Noorwali, declare that the following statements are true and correct under penalty of perjury:

1. I am not a party in the above captioned matter.

2. I am a citizen of Saudi Arabia.

3. I was born on December 6, 1953 in Jeddah, Kingdom of Saudi Arabia.

4. I have a Baccalaureate degree in Pharmacy and a Ph.D. in Clinical Biochemistry from the University of Sheffield in 1982.

5. I am currently employed as a Professor at King Abdul Aziz University Medical School in Jeddah, Saudi Arabia. I started teaching there after graduating in 1982 and have been teaching Clinical Biochemistry for the past 33 years. I give six lectures per week on Proteins and Endocrinology.

6. I first became involved with the World Assembly of Muslim Youth ("WAMY") in 1984. I met Dr. Sulaiman Nassir Basahel who was Assistant Secretary General of WAMY Jeddah at the time. He introduced me to the activities and projects WAMY carries out, and I began to volunteer for WAMY, particularly in the areas of education and youth empowerment.

7. I volunteered from time to time on various projects for four to five years. I oversaw activities in the field, mostly in Africa. I led educational workshops and directed youth camps. I worked to improve teacher quality at schools.

8. After almost ten years of volunteering, I started working for WAMY as its Assistant Secretary General in or around 1996. I ended my employment with WAMY around 2004.

9. Through my volunteer work, I became familiar with the work and operations of WAMY.

10. While working at WAMY, I became familiar with the process for developing and funding various humanitarian projects around the world.

11. As Assistant Secretary General, I worked with the Secretary General in managing the administration of WAMY as a whole. This included financial operations (i.e. the coordination and tracking of donations and expenditures), overseeing scholarships, and organizing projects like youth camps around the world.

12. WAMY operates several offices in the Kingdom of Saudi Arabia. The larger offices are in Jeddah/Mecca, Dammam, and Riyadh. Riyadh is the main headquarters of WAMY. There are smaller branch offices in Medina, Taif, and Abha.

13. WAMY often receives ideas for potential projects from WAMY's overseas offices in various countries. WAMY reviews all such proposals closely. At times, the cost for the project exceeds what WAMY can allocate to that branch or project type. In this case, WAMY will prioritize the projects that can reach the most people and do the most good in the most cost effective manner.

14. If WAMY cannot fund a certain project under the budget, donors are sought to fund that project. WAMY has a fundraising department to achieve this end. WAMY offices cannot fundraise on their own, per WAMY policy, so WAMY headquarters handles fundraising and donations for all chapters.

15. It is WAMY's policy to not send any funds unless they are being allocated for specific projects and activities.

16. Based on the Needs Assessment, a budget is developed for the year. The Assistant Secretary General is very involved in setting the budget for that year.

17. If and when a given project is funded, the money is sent from a WAMY bank account in Saudi Arabia to the project or the chapter carrying out the project.

18. When the project is completed, the chapter overseeing the project is required to send a project report and a financial statement back to the WAMY office responsible for that particular chapter or the particular project.

19. These reports are reviewed and stored at the applicable supervising WAMY Saudi Arabia office.

20. Prior to serving as Assistant Secretary General of WAMY, I was a Board Member of Lajnat Al-Birr Al-Islamiyyah ("LBI"), known as Benevolence Islamic Committee, in

Jeddah from 1993 - 1995. As such, I am familiar with its work and operations during this time.

21. In its inception, LBI worked in mostly refugee camps in Pakistan and Afghanistan. Extensive and thorough reports were kept by Mr. Batterjee regarding LBI's activities initially.

22. Sometimes Mr. Batterjee provided written operation reports for LBI projects for discussion at annual LBI Board meetings.

23. As a member of the LBI Board, I was not involved in the daily operations, only the setting of broader policy.

24. From 1992 to 1996, LBI had offices in Peshawar, Pakistan and did work in Afghanistan through that office.

25. LBI's main office was in Jeddah. It also had an office in Pakistan. Its operations were in Pakistan and Afghanistan.

26. LBI engaged in various projects throughout Afghanistan, including health projects (hospital), educational programs, and assistance to orphans.

27. Activities of LBI during my tenure on the Board included operating camps for refugees and building hospitals in Afghanistan. The hospitals were open to the public and contained one hundred (100) beds.

28. Mazen Baharith, a board member of LBI, introduced Adel Batterjee to WAMY. Adel Batterjee was well known for his charitable work, and WAMY thought that his work under LBI for refugees would be a boon to the organization.

29. Because WAMY was already doing hospital and medical aid projects in Afghanistan on a larger scale, WAMY initially took over the operation of LBI's hospital projects,

4

on the condition that LBI would follow WAMY policies and protocols. This occurred prior to the Government of Afghanistan assuming control of the hospital operations from WAMY.

30. LBI undertook fundraising activities on its own to support its projects. WAMY was not involved in any LBI fundraising or daily operations, but it did financially support projects completed by LBI under the auspices of WAMY until the relationship between LBI and WAMY ended.

31. The WAMY Pakistan office eventually took over all of LBI's projects. The purpose and goal of LBI's work was to provide assistance and support programs for the needy in the areas of social welfare, orphanage establishment and support, schools and educational programs, hospitals and primary health care, University scholarships, technical and vocational training programs, and special education programs.

32. Adel Batterjee was initially retained by WAMY to continue daily operations of LBI's former projects. He was very resourceful. At that time, his projects were successful.

33. During this time, WAMY engaged in mainly educational activities and development projects in Afghanistan.

34. Over time, as WAMY's relationship with Adel Batterjee and LBI progressed, WAMY had some financial, administrative and report delivering disagreements with Adel Batterjee. WAMY is very strict with regards to reporting. Field visits must be conducted during an activity, and a project report must be issued whenever an activity or program is completed.

35. Mr. Batterjee often disregarded these procedures and was not very clear with the operations he conducted. There was lack of clarity with what he was doing and a lack

of reporting to confirm operations (i.e. ambiguity in receivables and expenditures). He routinely started to give the Board incomplete evidence of projects performed or would only report on activities after the fact.

36. Mr. Batterjee also wanted to conduct all of LBI's operations alone and did not want a support team from WAMY. He had a financial management team, but would not cooperate with the team and never spoke to me about finances. Batterjee was determined to be a one man show.

37. In addition to Mr. Baharith, who introduced Adel Batterjee to Dr. Al Johani, Mr. Shahir Batterjee was a board member of LBI. Both individuals did not agree with Adel Batterjee's operation and management of programs in Pakistan and Afghanistan.

38. Mr. Batterjee also attempted to raise money for LBI at mosques during Friday prayers without WAMY's permission, which is against WAMY and government policy. WAMY was reprimanded by the Kingdom of Saudi Arabia as a result.

39. WAMY did not agree with the way Adel Batterjee was operating the LBI projects which WAMY took over and was concerned at his lack of transparency, and so it was decided that he should be dismissed.

40. Around the time of Mr. Batterjee's termination in 1993, WAMY became aware that Adel Batterjee had started an organization named Monathamat El Birr A Doualia known as Benevolence International Foundation ("BIF"). WAMY sent him a letter on February 26, 1993 advising him that it was inappropriate for him to start this organization with a similar name to confuse people. Donors may be confused and think that BIF is affiliated with LBI (Benevolence Islamic Committee), as the names

– and the logo Batterjee created for BIF- were very similar. WAMY did not condone such behavior and demanded that he cease and desist.

41. I was present at a Board of Trustees Meeting in 1993 when Dr. al Johani asked Adel Batterjee to resign.

42. When asked to resign, Mr. Batterjee did not seem upset, likely because he had already arranged other things for himself.

43. When WAMY took over LBI projects, the LBI Board was dissolved and replaced by a new WAMY board.

44. The late Hassan Bahafzallah replaced Adel Batterjee as the head of LBI. Mr. Mohammed Moustafa was the field director of the projects and operations in Peshawar, Pakistan thereafter.

45. I am aware that Adel Batterjee started to work in Sudan on his own after this. LBI did not operate in Sudan. I also heard that Adel Batterjee started an organization in Chicago, Illinois, U.S.A.

46. I never had any personal knowledge of BIF, nor have I ever had any access to documents involving BIF.

47. WAMY Pakistan at no time shared or intended to share its office with BIF or any other entity.

48. No money or funds were sent by WAMY or LBI to al Qaeda. Based upon all of my years and extensive involvement with WAMY, I am not aware of any misuse of funds or diverting of any money for any other purpose than planned charity projects.

49. To my knowledge, WAMY has never allowed support of al Qaeda. It has never been involved in any activity for the benefit of al Qaeda, including disguising al Qaeda

members as WAMY employees. WAMY employees were at all times doing exactly what they were supposed to do – providing charitable services through various projects, mostly in the area of war, natural disasters and/or poor regions.

50. I am not aware of any activity by LBI or WAMY wherein travel documents were procured for anyone who was not doing WAMY or LBI related work.

51. I have no suspicion that LBI was giving any kind of support to al Qaeda.

52. WAMY would never allow LBI to continue work on its projects if WAMY were to find out they were engaged in al Qaeda-related activities. That would certainly not be a part of WAMY's mission of helping communities.

Dated:      30/03/2018

Dr. Abdul Wahab Noorwali

Sworn to before me this_____

day of _____, 2018.

_____

Notary Public

8