# EXHIBIT AB



# الندوة العالمية للشباب الإسلامي
## World Assembly of Muslim Youth

الرقم: ٦٢٥٠
التاريخ: ١٩/١١/١٤١٢ هـ

مكتب الأمين العام
Office of the Secretary General

صاحب السمو الملكي الأمير / سلمان بن عبدالعزيز
أمير منطقة الرياض          حفظه الله
السلام عليكم ورحمة الله وبركاته

سبق وأن رفعت لسموكم تقريراً عن لجنة البر وظروف تكوينها وجزء من نشاطاتها التي تمت خلال الأربع سنوات الماضية. وقد قدمت هذه اللجنة خدمات متميزة خلال الجهاد الأفغاني في المجالات الطبية والتعليمية والإغاثية والزراعية. كما اسهمت في تخفيف معاناة المسلمين في مناطق اخرى من العالم في بورما والبوسنة والهرسك وغيرها. ويدير اللجنة مجلس للمشرفين برئاسة أمين عام الندوة وكان مديرها التنفيذي الشيخ عادل بترجي.

وقد حدثت بعض التطورات في اللجنة أحببت أن تكونوا – حفظكم الله – على علم بها. لقد اجتهد المدير التنفيذي السابق للجنة الشيخ عادل بترجي وقام ببعض النشاطات في السودان والبوسنة والهرسك لم تكن مقره من مجلس المشرفين. كما قام ببعض النشاطات المتعلقة بجمع التبرعات في الداخل مما كان موضع تساؤل المسئولين في مكة وكذلك وزارة الداخلية. وقد اجتمع مجلس أمانة الندوة واتخذ قراراً بمراجعة نشاط اللجنة وتحديد الأسباب التي أدت إلى بعض التجاوزات الإدارية. ثم تبع ذلك اجتماع لمجلس المشرفين واتخذ فيه قراراً بتعيين مدير تنفيذي جديد وابعاد الشيخ عادل بترجي عن ادارة اللجنة مع التركيز الشديد على أن يتم نشاط اللجنة بالتنسيق مع المسئولين في المملكة ودون القيام بأي عمل لا يرضي المسئولين حتى وإن كانت هناك حاجة ملحة إليه مثل النشاط في السودان أو النشاط في البوسنة والهرسك إلا بعد التنسيق مع الهيئة العليا لجمع التبرعات لمسلمي البوسنة والهرسك التي ترأسونها.

وبعد عدة اجتماعات تبلورت الأمور واصبح الوضع الحالي الآن كما يأتي:

١ – لم يعد للشيخ عادل بترجي صلة ادارة بلجنة البر، بل قد استقال أيضاً من مجلس المشرفين. وقد علمت مؤخراً أنه كون هيئة أسماها "منظمة البر الدولية" لها مكاتب في عدد من الدول في الخارج وشعارها قريب من شعار لجنة البر. كما أن اسمها يوحي أيضاً بهذا التشابه. وقد كتبت له خطاب أوكد فيه على عدم مسئولية الندوة عن هذه المنظمة، كما أكدت فيه على عدم استغلال التشابه في الاسمين والقيام بأي نشاط قد يحسب على الندوة إذ أن هذه المنظمة لا وجود لها نظامي داخل المملكة (مرفق صورة من الخطاب).

ص.ب ١٠٨٤٥ – الرياض ١١٤٤٣ – شارع الأمير سلطان بن عبد العزيز – العليا
المملكة العربية السعودية، هاتف: ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقياً: اسلامية الرياض
تلكس: ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس: ٤٦٤١٧١٠/٤٦٤١٦٧٦ (٠١)

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
x. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

CONFIDENTIAL                                    WAMYSA061345



**World Assembly of Muslim Youth** — الندوة العالمية للشباب الإسلامي

مكتب الأمين العام
Office of the Secretary General

الرقم: ش ع / ٦٣٢
التاريخ: ١٩/١١/١٤١٢هـ

٢ - جرى تعيين مدير تنفيذي مؤقت للجنة البر الإسلامية هو الدكتور حسن باحفظ الله وهو استاذ في جامعة الملك عبدالعزيز ومتعاون مع رابطة العالم الإسلامي ومعروف لدى هيئة الإغاثة وغيرها من المهتمين بالعمل الإسلامي بحرصه الشديد على العمل الخيري وتفهمه وتقديره لدور المملكة في هذا المجال وكذلك حرصه على التنسيق والاهتداء بآراء المسئولين في حكومتنا الرشيدة بحيث لا يتم إلا ما يخدم المصلحة العامة وبتوجيهات المسئولين.

ونتيجة لبعض متابعات الجهات الأمنية للشيخ عادل بترجي والظن أنه مازال له علاقة بلجنة البر، فمازالت اللجنة تتلقى بعض التساؤلات وكذلك بعض الزيارات من رجال الأمن. بل طلب من مديرها التنفيذي الحالي الدكتور حسن باحفظ الله التوقيع على عدم جمع التبرعات. وكما تعلمون فإن اللجنة لها التزامات في افغانستان وبورما وعدد من المناطق التي تعتمد على الله سبحانه ثم على ما يأتي من مساهمات خيرية من بلد الخير.

لهذا كله أتقدم لسموكم الكريم مجدداً بما يأتي:

١ - السماح للندوة ومنها لجنة البر بجمع التبرعات من الأمكنة العامة والمساجد، أسوة بهيئة الإغاثة وغيرها من الجهات التي توصل مساهمات المملكة العربية السعودية حكومة وشعباً للمسلمين المحتاجين في انحاء العالم..

٢ - الإيعاز للجهات الأمنية بعدم التعرض للندوة أو لجانها العاملة فيها ومنها لجنة البر والإتصال بالمسئولين في الندوة عند وجود أي استفسار أو متابعة. ونحن في الندوة نحرص تماماً على الإلتزام بما توجهون به - حفظكم الله - ولا نسعى إلا لخدمة ديننا وبلادنا أولاً ومساعدة اخواننا المسلمين ثانياً. وكل ذلك يتم بتوجهاتكم والتنسيق معكم.

وفقكم الله لما يحبه ويرضاه ونفع بكم الإسلام والمسلمين.
والسلام عليكم ورحمة الله وبركاته.

الأمين العام
للندوة العالمية للشباب الاسلامي

د. مانع بن حماد الجهني

(٤٨١) / ع

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - شارع الأمير سلطان بن عبد العزيز - العليا
المملكة العربية السعودية، هاتف: ٤٦٤١٦٦٩/٤٦٤١٦٦٣ (٠١)، برقياً: اسلامية الرياض
تلكس: ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس: (٠١) ٤٦٤١٧١٠/٤٦٤١٦٧٦

P.O.Box 10845 · Riyadh 11443 · Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

CONFIDENTIAL                                                    WAMYSA061346

World Assembly of Muslim Youth        [*logo of the Assembly*]

Office of the Assistant Secretary General                                    Number 4431
                                                                             Date: 4/9/1413 H

His Royal Highness Prince Salman bin Abdulaziz
Prince of the Riyadh Region

Greetings

I have previously submitted to your highness a report about the Benevolence Committee and the circumstances of its creation and some of its activities during the past four years. This committee provided distinguished services during the Afghani jihad in the medical, educational, relief, and agricultural sectors. It also helped to alleviate the suffering of Muslims in other parts of the world including Burma, Bosnia and Herzegovina, etc. The Committee is run by a supervisory council headed by the Secretary General of the Assembly. Its executive director was Sheikh Adel Batterjee.

There are some developments that have occurred to the Committee, which I would like to brief you on. The former executive director Sheikh Adel Batterjee has proactively done some activities in Sudan, Bosnia and Herzegovina, which were not preapproved by the supervisory council. He has also done some activities related to fund-raising domestically, which were questionable to the officials in Makah as well as in the Ministry of Interior. The Assembly's Board of Trustees has convened and made a decision to review the Committee's activities and define the reasons that have led to some administrative violations. Following that, the supervisory council convened and made a decision to appoint a new executive director and dismiss Sheikh Adel Batterjee from the Committee's administration with particular stress on the committee to perform its activities in coordination with the officials in the Kingdom and not to do any work that does not satisfy the officials even if there is an urgent need to it, such as the activity in Sudan or the activity in Bosnia and Herzegovina, except after coordinating with the Supreme Commission for Raising Funds for the Muslims of Bosnia and Herzegovina, which you preside over.

After several meetings, things have become clear and the current situation is as follows:
1. Sheikh Adel Batterjee is no longer associated with the administration of the Benevolence Committee. He has also resigned from the supervisory council. I have recently known that he has formed a foundation under the name "Benevolence International Foundation" that has offices in a number of countries overseas. Its logo resembles the logo of the Benevolence Committee. Likewise, its name indicates such resemblance. I have written him a letter in which I asserted that the Assembly is not responsible for this organization. I also emphasized that the similarities between both names should not exploited to do any activities that might be ascribed to the Assembly. Such an organization does not have an official presence within the Kingdom. (A copy of the letter is attached).

P.O. Box 10845 Riyadh 11443 Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 Islami SJ, Fax. (01) 4641676

CONFIDENTIAL                                                                WAMYSA061345

2. A temporary executive director has been appointed for the Islamic Benevolence Committee, Dr. Hasan Bahifz Allah, who is a professor at King Abdul Aziz University and cooperates with the Muslim World League. He is known to the Relief Organization and other bodies involved in Islamic work for his keen interest in philanthropy, understanding, appreciation of the Kingdom's role in this respect, as well as for his cooperation and deriving guidance from the opinions of governmental officials, so that nothing is done except that serves the public interest and in line with the official guidelines.

As a result of the security check by the authorities on Sheikh Adel Batterjee and the assumption that he is still related to the Benevolence Committee, the Committee still receive inquiries and visits from the security personnel. The present executive director Dr. Hasan Bahifz Allah was even asked to sign a declaration not to raise funds. As you know, the Committee has commitments in Afghanistan, Burma and other areas that depend on God the Almighty and on the charities that come from this benevolent country.

For all of these reasons, I approach your highness for the second time with the following requests:
1. To allow the Assembly and its Benevolence Committee to raise funds in public places and mosques, following the example of the Relief Organization and other bodies that deliver the contributions of the Kingdom of Saudi Arabia's government and people to the needy Muslims all over the world.
2. To advise the security authorities not to interfere with the Assembly or its active committees including the Benevolence Committee and to rather contact those responsible in the Assembly when having a question or follow-up. At the Assembly, we fully observe your directions and only seek to first serve our religion and country and second to help our fellow Muslim. All this is done in accordance with your guidelines and in coordination with you.

May Allah guide you to what He loves and pleases him, and may He benefit by you Islam and Muslims.

May God's peace, mercy and blessings be upon you.

The Secretary General of the
World Assembly of Muslim Youth
Dr. Mane' Bin Hammad Aljihani

P.O. Box 10845 Riyadh 11443 Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 Islami SJ, Fax. (01) 4641676

CONFIDENTIAL                                                                                                                                    WAMYSA061346