# EXHIBIT AC

# توضيح حول عمل لجنة البر وحلها

## نشأة اللجنة:

أنشئت لجنة البر في عام ١٤٠٨هـ ١٩٨٨م تحت مظلة الندوة العالمية للشباب الإسلامي وذلك لتحقيق الأهداف التالية:

١)   تقديم العون المادي والرعاية الاجتماعية للمسلمين المحتاجين.

٢)   كفالة الأيتام وإنشاء دور الرعاية لهم.

٣)   بناء المساجد وترميمها.

٤)   إنشاء المدارس والمعاهد التربوية والمهنية ومراكز تحفيظ القرآن الكريم.

٥)   كفالة الدعاة.

٦)   إنشاء المستشفيات والمراكز الصحية والعيادات الطبية.

٧)   استصلاح الأراضي وحفر الآبار.

## الهيكل التنظيمي للجنة:

كانت اللجنة تتكون مما يلي:

١)   مجلس المشرفين: ويشرف على أعمال اللجنة، وله كامل الصلاحيات اللازمة لتحقيق أهدافها، ويتكون من تسعة أعضاء من أهل العلم وأساتذة الجامعات السعودية ورجال الأعمال.

٢)   الجهاز التنفيذي: ويختص بتنفيذ القرارات والسياسات والبرامج التي يقرها مجلس المشرفين، ويتكون من المكاتب والإدارات والأقسام التالية:

أ.   مكتب المدير التنفيذي للجنة.

CONFIDENTIAL
WAMYSA065181

ب.    مكتب المساعدين والمستشارين.

ت.    مكتب جدة.

ث.    إدارة تنمية الموارد ، وتشتمل على عدة أقسام فرعية.

ج.    إدارة الدراسات والمشاريع.

ح.    إدارة الشئون الإدارية.

خ.    الإدارة المالية.

د.    إدارة الأوقاف.

ذ.    إدارة الإعلام والإعلان والعلاقات العامة.

ر.    مركز المعلومات.

ز.    الحاسب الآلي.


## بعض إنجازات اللجنة:

١.    إنشاء ٢٤ مدرسة إبتدائية.

٢.    افتتاح ثمانية معاهد تربوية ومهنية.

٣.    إنشاء ( ١١ ) مركزاً لتحفيظ القرآن الكريم.

٤.    كفالة أكثر من ( ٥٠٠٠ ) يتيم.

٥.    بناء أربع دور للأيتام وترميم أخرى.

٦.    تقديم الإغاثة العاجلة للمتضررين والمحتاجين في العديد من الدول الإسلامية.

٧.    المساهمة في إنشاء مركز الملك فهد الإسلامي بالنيجر ( مسجد ومجمع مدرس ومعهد لتدريب معلمي اللغة العربية ووحدة بحوث ومستوصف).

٨.    إنشاء معهد الملك فهد الإسلامي في جمهورية الأنغوش ويبلغ طلابه ١٥٠ طالباً و ٧٠ طالبة يدرسون اللغة العربية والقرآن الكريم والعلوم الشرعية.

CONFIDENTIAL
WAMYSA065182

٩.   إنشاء معهد البر الصناعي في باكستان، ويضم تخصصات النجارة والخراطة وميكانيكا السيارات.

## مراحل عمل لجنة البر الإسلامية وحلها

١) كانت لجنة البر تعمل منذ عام ١٩٨٨م تحت مظلة الندوة العالمية للشباب الإسلامي، وتهدف بشكل رئيسي لمساعدة الأيتام والفقراء.

٢) في عام ١٤١٣هـ الموافق ١٩٩٣م أقالت الندوة الأستاذ عادل بترجي المدير التنفيذي للجنة البر، وحل مكانه الدكتور حسن باحفظ الله.

٣) في عام ١٤١٦هـ تم تعيين عصام فيلالي مديراً تنفيذياً للجنة البر بدلاً من د. حسن باحفظ الله .

٤) في ١٤١٦/٢/٢٧هـ صدر أمر من وزير الداخلية السعودي يحمل رقم ١/ش/٢٧٢٨ بتاريخ ١٤١٦/٢/٢٧هـ وينص على إيقاف أعمال لجنة البر في المملكة وإغلاق مقارها.

٥) في ١٤١٦/٨/١٧هـ تلقى مكتب لجنة البر الإسلامية في باكستان خطاباً من نائب المفتش العام للشرطة " الوحدة الخاصة بشئون الأجانب" في بيشاور" يطلب فيه ضرورة حصول المكتب على شهادة عدم ممانعة للعمل في باكستان من حكومة المملكة العربية السعودية، وشهادة أخرى بنفس المضمون من السفارة السعودية بباكستان.

٦) في ١٤١٦/١١/١٣هـ أرسل الأمين العام للندوة مقترحاً لوزير الشئون الإسلامية بتصفية لجنة البر وإصدار قرار بتأليف نشاط بديل يطلق عليه ( برنامج رعاية الأيتام والفتيان المسلمين) وتحويل أموال لجنة البر للندوة، وكان هذا الاقتراح استناداً إلى الصعوبات التي تواجهها اللجنة في عملها،

                                              WAMYSA065183

وكذلك استناداً إلى المذكرة التي رفعها الدكتور عصام الفيلالي المدير التنفيذي للجنة البر إلى وزير الشئون الإسلامية بهذا الخصوص أيضاً.

٧) بناءً على ما عرضه الأمين العام للندوة على مجلس أمناء الندوة العالمية للشباب الإسلامي، فقد أصدر المجلس في ١٤١٧/١/٥هـ قراراً بتصفية لجنة البر الإسلامية وفقاً لما نصت عليه لوائح الندوة ولجنة البر، وتشكيل لجنة لمتابعة عملية التصفية، نظراً للصعوبات التي واجهتها خلال عملها، وعدم نجاح المساعي التي بذلت لدى المسئولين لإقناعهم ببقاء عملها داخل المملكة.

٨) في ١٤١٧/١/١١هـ استقال د.عصام فيلالي وعين د.إبراهيم صالح أبو العلا بدلاً عنه وذلك للقيام بأعمال تصفية اللجنة وحلها.

٩) في ١٤١٧/١/١٥هـ أرسل وزير الداخلية برقية لوزير الشئون الإسلامية والأوقاف والدعوة والإرشاد تحمل رقم ١ش ٣/٨٨٢/ش بتاريخ ١٤١٧/١/١٥هـ يطلب فيه حصر ممتلكات لجنة البر، وإيداع المبالغ الخاصة بها في حساب وزارة الشئون الإسلامية.

١٠) في ١٤١٧/١/١٥هـ وجهت وزارة الداخلية للندوة بإيداع المبالغ الخاصة بلجنة البر بعد حصرها في حساب وزارة الشئون الإسلامية، وفي ١٤١٧/٤/١٨هـ جاء خطاب من وزارة الشئون الإسلامية للندوة يطلب الشيء نفسه.

١١) في ١٤١٧/٢/٧هـ جاء خطاب من وزارة الشئون الإسلامية بخصوص إيقاف نشاط اللجنة وإغلاق مقرها والموافاة بحصر ممتلكات اللجنة.

١٢) في ١٤١٧/٥/١٩هـ قامت الندوة بإحالة مبلغ " ٨,١٣٠,٩٨٢ " ثمانية ملايين ومئة وثلاثين ألفاً وتسعمائة واثنين وثمانين ريالاً سعودياً لحساب وزارة الشئون الإسلامية وهي صافي المبالغ الخاصة بلجنة البر.

CONFIDENTIAL                                          WAMYSA065184

١٣)    في ١٤١٧/١٠/٢٤هـ أصدر الأمين العام المساعد للندوة بجدة قراراً

بإلغاء عدد من الوظائف الموجودة في مكتب الندوة في باكستان وإلغاء معهد البر الصناعي التابع للجنة البر.

١٤)    قامت وزارة الشئون الإسلامية بعد ذلك بإعادة المبلغ للندوة مرة أخرى نظراً لوجود مستحقات مالية متعلقة بالمشروعات، وذلك ليتم تسديد الجهات ذات العلاقة من هذا المبلغ.

١٥)    بالنسبة لصندوق البريد رقم (١٠٥٥)  فقد كان خاصاً بمعهد أبي حنيفة في بيشاور، وكانت كل من الندوة ولجنة البر تستعملان نفس الصندوق للمراسلات.

CONFIDENTIAL                                        WAMYSA065185

## An explanation regarding the work and dissolution of
## the Benevolence Committee

**Creation of the Committee:**

The Benevolence Committee was created in the year 1408H 1988G under the umbrella of the World Assembly of Muslim Youth to achieve the following objectives:

1. To provide financial support and social care to needy Muslims
2. To sponsor orphans and establish orphanages for them
3. To build and restore mosques
4. To establish educational and professional schools and institutes, and centers for teaching the Quran
5. To sponsors du'aat [preachers of Islam]
6. To establish hospitals, health centers, and medical clinics
7. To cultivate lands and dig wells

**The Committee's organizational structure:**

The Committee was comprised of:

1. A supervisory council: it supervised the Committee's works, with full powers necessary to achieve its objectives. It consisted of nine members who are scholars, professors at Saudi universities, and businessmen.
2. An executive body: it was concerned with implementing the decisions, policies and programs approved by the supervisory council. It consisted of the following offices, administrations and departments:
   a. The Committee's executive director's office

CONFIDENTIAL

WAMYSA065181

b. The assistants' and consultants' office
c. The Jeddah office
d. The resources development administration, which consisted of several sub-sections
e. The studies and projects administration
f. The administrative affairs department
g. The financial administration
h. The endowments administration
i. The media, advertisement and public relations administration
j. The information center
k. The computer

**Some of the Committee's achievements:**
1. Established 24 primary schools.
2. Opened eight educational and professional institutes.
3. Established 11 centers for teaching the Quran.
4. Sponsored more than 5000 orphans.
5. Built four orphanages and restored others.
6. Provided urgent relief to the affected and the needy in several Islamic countries.
7. Contributed to creating the King Fahd Islamic Center in Niger (a mosque, a school complex, an institute for training Arabic teachers, a research unit, and a dispensary).
8. Created the King Fahd Islamic Institute in the Republic of Ingushetia, with a total of 150 male and 70 female students studying Arabic, the Quran, and Islamic sciences.

WAMYSA065182

9. Created the Industrial Benevolence Institute in Pakistan that included the specializations of carpentry, turnery, and car mechanics.

**Work stages and dissolution of the Islamic Benevolence Committee:**

1. The Benevolence Committee worked since 1988 under the umbrella of the World Assembly of Muslim Youth, with the primary aim of helping orphans and the poor.
2. In 1413H 1993G, the Committee dismissed Mr. Adel Batterjee, the executive director of the Benevolence Committee, who was replaced by Dr. Hasan Bahifz Allah.
3. In 1416, Dr. Esam Filali was appointed an executive director of the Committee in place of Dr. Hasan Bahifz Allah.
4. On 27/2/1416 H, the Saudi Minister of Interior issued a decision number 1/S/2728 dated 27/2/1416 H to stop the work of the Benevolence Committee in the Kingdom and to close its headquarters.
5. On 17/8/1416 H, the office of the Islamic Benevolence Committee in Pakistan received a letter from the vice inspector of the police "the unit of the foreign affairs" in Peshawar asking the office to definitely obtain a certificate from the government of the Kingdom of Saudi Arabia permitting its work in Pakistan and a similar certificate from the Saudi embassy in Pakistan.
6. On 13/11/1416 H, the Secretary General of the Assembly sent a proposal to the Minister of Islamic Affairs to liquidate the Benevolence Committee and to issue a decision to create an alternative activity called "Program for Caring for Muslim Orphans and Youths" and to transfer the funds of the Benevolence Committee to the Assembly. This proposal was made with reference to the difficulties that the Committee faced in its work and with reference to the memo that the executive director of the Benevolence Committee Dr. Esam Al-Filali submitted to the Minister of Islamic Affairs in this respect.

CONFIDENTIAL

7. Based on what the Secretary General of the Assembly presented to the Board of Trustees of the World Assembly of Muslim Youth, the Board issued in 5/1/1417 H a decision to liquidate the Islamic Benevolence Committee according to the regulations of the Assembly and of the Benevolence Committee, and to form a committee to oversee the liquidation process, due to the difficulties that it faced in its work and the failure of attempts to convince officials to continue it work inside the Kingdom.

8. On 11/1/1417 H, Dr. Esam Al-Filali resigned. Meanwhile, Dr. Ibrahim Saleh Abul-Ela was appointed in his place to undertake the liquidation and dissolution of the Committee.

9. On 15/1/1417 H, the Minister of Interior sent a cable (number 1S/882/3, dated 15/1/1417 H) to the Minister of Islamic Affairs, Endowments, Da'wah, and Guidance requesting an inventory of the properties of the Benevolence Committee and depositing its funds into the account of the Ministry of Islamic Affairs.

10. On 15/1/1417 H, the Ministry of Interior instructed the Assembly to deposit the funds of the Benevolence Committee, after calculating them, into the account of the Ministry of the Islamic Affairs. On 18/4/1417 H, a letter was issued by the Ministry of Islamic Affairs to the Assembly asking for the same thing.

11. On 7/2/1417, a letter was received from the Ministry of Islamic Affairs to the effect of stopping the Committee's activities, closing its headquarters, and submitting an inventory of the Committee's properties.

12. On 19/5/1417 H, the Committee transferred an amount of 8,130,982 (eight millions one hundred and thirty thousand nine hundred and eighty-two) Saudi riyals to the account of the Ministry of Islamic Affairs, totaling the net funds of the Benevolence Committee.

CONFIDENTIAL                                                                        WAMYSA065184

13. On 24/10/1417, the Secretary General of the Assembly in Jeddah issued a decision to cancel a number of jobs at the Assembly's office in Pakistan and to cancel the benevolence industrial institute affiliated with the Benevolence Committee.
14. The Ministry of Islamic Affairs reimbursed the amount to the Assembly because there were financial commitments related to the projects, so that the bodies concerned would be paid from that amount.
15. As for the post office box number 1055, it belonged to the Abu Hanifa Institute in Peshawar. Both the Assembly and the Benevolence Committee used the box for correspondence.

WAMYSA065185