# EXHIBIT AE

**WAMY'S RESPONSES TO PLAINYIFFS' EXHIBIT 10**

| WAMY'S GENERAL SECRETARIAT/BOARD OF TRUSTEES – ALLEGED MISSING REPORTS | | |
|---|---|---|
| **MEETING** | **PLAINTIFFS' ALLEGED MISSING REPORTS** | **WAMY'S RESPONSE** |
| April 15, 1992 Meeting of the General Secretariat. (WAMYSA051637-51640) | • The WAMY Secretary General submitted a <u>report</u> concerning the meeting of the Board of Supervisors of Lajnat al Birr Islamiyya. | • Plaintiffs' translation is incorrect. No report tabled. The Secretary General submitted a verbal report. |
| | • The WAMY Secretary General submitted a <u>report</u> concerning contacts with senior government officials. | • Plaintiffs' translation is incorrect. No report tabled. The Secretary General submitted a verbal report. |
| | • The WAMY Assistant Secretary General presented a <u>report</u> concerning WAMY's new headquarters in Riyadh. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| April 27-29, 1994 Meeting of the General Secretariat. (WAMYSA051643- | • The WAMY Secretary General presented a <u>report</u> concerning consultation sessions with members of the General Secretariat regarding WAMY's ties after the establishment of the Ministry of Islamic | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request |

| 51654) | Affairs. | numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
|---|---|---|
| | • Two <u>memoranda</u> submitted by the Office of the General Secretariat on "Regulations of the regional/secondary WAMY offices" and on the "missions and responsibilities of WAMY representatives abroad – primary and secondary offices." | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • The WAMY Secretary General submitted a <u>report</u> concerning the activities of WAMY's head office (Riyadh), including the <u>report</u> of the General Secretariat, the <u>report</u> on the Executive Management at the General Secretariat, and the <u>report</u> on the assisting committees in WAMY. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • The WAMY Assistant Secretary General presented a <u>report</u> concerning the activities of the WAMY office in Jeddah, a <u>financial report,</u> and a <u>report</u> on the activities of the information center. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. |

| | | This report is generally not stored with the meeting minutes of the General Secretariat. |
|---|---|---|
| | • The General Supervisor of the WAMY office in the Eastern Province presented a <u>report</u> on the activities of the office. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • The General Supervisor of the WAMY office in Medina presented a <u>report</u> on the activities of the office. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • The General Supervisor of the WAMY office in the Southern Province (Abha) presented a <u>report</u> on the activities of the office. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |

| | | |
|---|---|---|
| | • WAMY's representative in West Africa (Senegal) presented a <u>report</u> on the activities of the office. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • WAMY's representative in East Africa (Kenya) presented a <u>report</u> on the activities of the office. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • WAMY's representative in Central and South Africa (Malawi) presented a <u>report</u> on the activities of the office. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • WAMY's representative in East Asia (Malaysia) presented a <u>report</u> on the activities of the office. | • The report has been produced as stored in the regular course of business. This report has |

| | | been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • WAMY's representative in the Indian-Pakistani subcontinent (Bangladesh) presented a <u>report</u> on the activities of the office. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • WAMY's representative in South America (Argentina) presented a <u>report</u> on the activities of the office. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • WAMY's representative in Western Europe (United Kingdom) presented a <u>report</u> on the activities of the office. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request |

| | | |
|---|---|---|
| | | numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| November 16-18, 1994 Meeting of the General Secretariat.<br><br>(WAMYSA051656-51664) | • WAMY activity <u>reports</u> were submitted by the General Secretariat, the offices in Saudi Arabia, and the overseas offices. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • The WAMY Secretary General submitted a <u>report</u> concerning the Arab world office at the UAE, approval of the Regulations of the regional and secondary office, the organizational structure of WAMY, comments on employee regulations, the need to increase women's activities, WAMY's strategic plan, encouraging transfer of reports from the offices to the General Secretariat and updating the list of names of WAMY members.  Furthermore, the report referred to the activities of the Secretary General and his assistants. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat.<br><br>• The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document |

| | | |
|---|---|---|
| | | request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • Activities <u>reports</u> of the Executive Management and the committees of the General Secretariat were reviewed and approved. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • A <u>report</u> on the activities of the WAMY office in the Southern Province (Abha) was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • A <u>report</u> on the activities of the WAMY office in Jeddah was presented: | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |

| | |
|---|---|
| • A <u>report</u> on the activities of the WAMY office in the Eastern Province was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| • A <u>report</u> on the activities of the WAMY office in Medina was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| • A <u>report</u> on the activities of the WAMY office in South Asia (Bangladesh) was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| • A <u>report</u> on the activities of the WAMY office in East Africa (Kenya) was presented. | • The report has been produced as stored in the regular course of business. This report has |

| | | been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • A report on the activities of the WAMY office in Sudan (Khartoum) was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • A report on the activities of the WAMY office in Western Europe (London) was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • A report on the activities of the WAMY office in West Africa (Lagos, Nigeria) was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in |

| | | response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
|---|---|---|
| | • A report on the activities of the WAMY office in West Africa (Senegal) was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • A report on the activities of the WAMY office in Southeast Asia (Kuala Lumpur) | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • A report on the activities of the WAMY office in Australia was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting |

|  |  | minutes of the General Secretariat. |
|---|---|---|
|  | • The General Secretariat's financial <u>report</u> was presented. | • Plaintiffs' translation is incorrect. No report tabled. The Accountant submitted a verbal report. |
|  | • The <u>report</u> of the Chartered Accountant was reviewed. | • Plaintiffs' translation is incorrect. No report tabled. The Accountant submitted a verbal report. |
| July 13, 1995 Meeting of the General Secretariat.<br><br>(WAMYSA051665-51671) | •The <u>reports</u> of the General Secretariat and offices were submitted. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
|  | • A <u>report</u> concerning WAMY's Eighth World Conference was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| May 22-23, 1996 Meeting of the General Secretariat. | • The WAMY Secretary General presented a <u>report</u> concerning his activities. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to |

11

| (WAMYSA051672-51678) | | Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • The WAMY Secretary General presented a <u>report</u> concerning efforts to obtain donations of land and buildings. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| 12, 1997 Meeting of the General Secretariat. (WAMYSA051679-51683) | • The WAMY Secretary General reviewed the <u>report</u> of the General Secretariat and the offices, detailing WAMY's achievements and activities during the past year.  The Secretary General and his assistant stressed the obligation of the offices to send their <u>reports</u> to the General Secretariat long enough in advance and asked them to ensure the recording of information so that the final <u>report</u> can be published in time and in a satisfactory manner. | • These reports were produced: **WAMY Jeddah office activities report for 1418:** WAMYSA188562-WAMYSA188584 **WAMY Jeddah office  Muslim Medical Committee annual report for 1418:** WAMYSA188585-WAMYSA188600 |
| | • The <u>report</u> of the committee formed in the fifth conference to examine the proposals for amendments to WAMY's Regulations was reviewed. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in |

| | | |
|---|---|---|
| | | response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • The Head of the Conference Preparatory Committee presented a comprehensive <u>report</u> regarding preparations for the eighth conference. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| June 25, 1998 Meeting of the General Secretariat. (WAMYSA051686-51691) | • The WAMY Secretary General reviewed the <u>report</u> of the General Secretariat and the offices, detailing WAMY's achievements and activities during the past year.  Each office supervisor presented a <u>report</u> on the activities of his office. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • The General Secretariat recommended that an employee who specializes in statistics should be appointed at the headquarters of the General Secretariat to prepare statistical <u>reports</u> for WAMY. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. |

| | |
|---|---|
| • The <u>report</u> of the committee for the evaluation of the offices was presented. | This report is generally not stored with the meeting minutes of the General Secretariat.<br><br>• The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| • The <u>report</u> on the activities and achievements of the Coordinating Council was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| • The <u>report</u> of WAMY's Membership Committee was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |

14

| | | |
|---|---|---|
| September 17, 1998 Meeting of the General Secretariat. (WAMYSA051692-51698) | • The WAMY Secretary General presented a report concerning WAMY's achievements in the past year, including visits and official and informal meetings conducted by members of the General Secretariat. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • A report on the activities of the WAMY office in the West Africa region was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • A report on the activities of the WAMY office in South Africa was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |

| | | |
|---|---|---|
| | • A <u>report</u> on the activities of the WAMY office in the Indian subcontinent was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • A <u>report</u> on the activities of the WAMY office in the South America region was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • The General Secretariat made certain recommendations concerning WAMY's overseas offices.  First, the offices will submit <u>reports</u> on the office's activities each month. Detailed reports, including photos and videos are to be sent every three months to the body in Saudi Arabia to which the office belongs and to the General Secretariat. These reports are to be sent on a regular basis in order to be used in WAMY's PR publications and in the Annual Report.  Second, the offices must send periodic | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>This report is generally not stored with the meeting minutes of the General Secretariat.<br>• The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request |

| | | |
|---|---|---|
| | financial reports separately from the activity reports. Financial reports must be accompanied by receipts and supporting documents. | numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • The <u>report</u> of the committee for evaluating the overseas offices was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • The <u>report</u> of WAMY's Membership Committee was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document |

| | | |
|---|---|---|
| | • The Head of the Preparatory Committee and Head of the Programs Committee presented a <u>report</u> on the arrangements and procedures related to the Eighth International Conference. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • The <u>report</u> of the seventh session submitted by the Reports Committee was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| April 14, 1999 Meeting of the General Secretariat. (WAMYSA051699-51706) | • The WAMY Secretary General's <u>report</u> was presented. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| | • A <u>report</u> on the achievements of WAMY in the internet and its websites in the United States and | • The report has been produced as stored in the regular course of business. This report has |

| | United Kingdom was presented. | been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| --- | --- | --- |
| | • The General Secretariat reviewed the <u>minutes</u> of the meeting of the "Saudi Joint Committee for Relief to the Muslims of Kosovo," which was held on April 15, 1999. | • The minutes have been produced as stored in the regular course of business. The minutes have been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. These minutes are generally not stored with the meeting minutes of the General Secretariat. |
| | • A <u>report</u> was presented concerning the measures taken regarding candidates to represent WAMY in a number of available areas on the basis of the recommendations of the General Assembly. | • The report has been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9. This report is generally not stored with the meeting minutes of the General Secretariat. |
| February 9-11, 2000 Meeting of the Board of Trustees. | • The WAMY Secretary General's <u>report</u> was presented. | • Plaintiffs' translation is incorrect. No report tabled. The Secretary General submitted a verbal report. |

| (WAMYSA051707-51718) | • <u>Reports</u> of WAMY's chief offices in Saudi Arabia and the <u>reports</u> of the WAMY representatives who are members of the Board of Trustees from different regions around the world were presented. | • Plaintiffs' translation is incorrect. Some of the reports were verbal. The tabled reports have been produced as stored in the regular course of business. This report has been produced to Plaintiffs in response to Plaintiffs' First set of documents request numbers 50, 54, 56, 57, 59, 61, 63 and in response to Plaintiffs' Second set of document request numbers 1, 4, 6, 7, 8 and 9.<br>These reports are generally not stored with the meeting minutes of the General Secretariat. |
| September 20-22, 2000 Meeting of the Board of Trustees. (WAMYSA051719-51730) | • The WAMY Secretary General's <u>report</u> was presented.<br><br>• The WAMY offices <u>report</u> was presented.<br><br>• The WAMY Secretary General presented a <u>summary</u> of WAMY efforts and investments in the field of Waqf.<br><br>• The Assistant Secretary General presented a <u>report</u> on the topic of administrative and technical developments concerning the Al Mustaqbal al Islami magazine. | • Plaintiffs' translation is incorrect. No report tabled. The Secretary General submitted a verbal report.<br><br>• Plaintiffs' translation is incorrect. No report tabled. The Secretary General submitted a verbal report.<br><br>• Plaintiffs' translation is incorrect. No report tabled. The Secretary General submitted a verbal report consisting of a summary of WAMY's efforts in the areas of Waqf and investment.<br><br>• Plaintiffs' translation is incorrect. No report tabled. The Assistant Secretary General submitted a verbal report. |

| June 19-21, 2002 Meeting of the Board of Trustees. (WAMYSA051731-51745) | • The WAMY Secretary General's <u>report</u> was presented. | • Plaintiffs' translation is incorrect. No report tabled. The Secretary General submitted a verbal report. |
|---|---|---|
| | • The WAMY offices <u>report</u> was presented. | • Plaintiffs' translation is incorrect. No report tabled. The Secretary General submitted a verbal report. |
| | • The <u>report</u> of the Ninth International Conference Committee was presented. | • Plaintiffs' translation is incorrect. No report tabled. The Secretary General submitted a verbal report. |
| | • The WAMY Membership Committee's <u>report</u> was presented. | • Plaintiffs' translation is incorrect. No report tabled. The Secretary General submitted a verbal report. |
| | • A <u>report</u> concerning employee regulations for offices abroad was presented. | • Plaintiffs' translation is incorrect. No report tabled. The Secretary General submitted a verbal report. |