# EXHIBIT AF

| Responsive to DR 48 | |
|---|---|
| **Subject** | **Date** |
| Strengthen the Arabic language course for teachers of Arabic language set up by. the World Assembly of Muslim Youth in Nigeria | 1421/11/1هـ |
| Program of the World Assembly of Muslim Youth Scholarship in Sudan | 1421/11/1هـ |
| Courses in the computer set up by the World Assembly of Muslim Youth of the students at the center of qualifying for the symposium in Khartoum - Sudan | 1421/11/1هـ |
| Strengthen the Arabic language course for teachers of Arabic language set up by. the World Assembly of Muslim Youth in the city of Kwara Republic of Nigeria | 1421/11/2هـ |
| Program of the World Assembly of Muslim Youth for the distribution of cultural books in the Media Centre in New Zealand | 1421/11/3هـ |
| Educational activities of the camp held by the World Assembly of Muslim Youth in. the Republic of Kyrgyzstan | 1421/11/4هـ |
| Number of new mosques, which has the World Assembly of Muslim Youth. constructed in South Asia | 1421/11/4هـ |
| Conclusion of the educational activities of the camp held by the World Assembly of. Muslim Youth in the Republic of Kyrgyzstan | 1421/11/4هـ |
| The exhibition "Far surgery," hosted by the Department of Education in cooperation with the province of Yanbu Office of the World Assembly of Muslim Youth in Yanbu | 1421/11/4هـ |
| To provide the World Assembly of Muslim Youth Media Centre in New Zealand. cultural books | 1421/11/5هـ |
| Inspection visit by the d. Abdullah bin Abdul Mohsen Turkish House Arqam. education in Chad together with Chad's former President and the Secretary General for the World Assembly of Muslim Youth d. Abdul Wahab Noor Wali | 1421/11/5هـ |

| | |
|---|---|
| The convoy of medical and educational her World Assembly of Muslim Youth to some areas of the refugees and displaced persons in the province of Maluku, Indonesia | ه1421/11/5 |
| The convoy of medical and educational her World Assembly of Muslim Youth to some areas of the refugees and displaced persons in the province of Maluku, Indonesia | ه1421/11/6 |
| Relief programs, educational and humanitarian activities provided by the World Assembly of Muslim Youth of the poor and needy families, orphans and the poor in the region of Kurdistan | ه1421/11/6 |
| Efforts and achievements of the medical committee of the Islamic World. Symposium of Muslim Youth. | ه1421/11/6 |
| The second batch of aid and humanitarian relief provided by the World Assembly of Muslim Youth of the Palestinian families in refugee camps and centers for orphans in Jordan | بدون |
| And humanitarian relief assistance provided by the World Assembly of Muslim. Youth for needy families and the poor and orphans in Kurdistan. | ه1421/11/6 |
| The convoy of medical and educational her World Assembly of Muslim Youth for the relief of refugees and displaced persons in the province of Maluku in eastern Indonesia | ه1421/11/6 |
| To the new mosque which was built by the World Assembly of Muslim Youth in. South Asia. | ه1421/11/6 |
| Educational camp, conducted by the World Assembly of Muslim Youth in the Republic of Chad | ه1421/11/7 |
| Training course in the computer set up by the World Assembly of Muslim Youth Women Ahsa province | ه1421/11/9 |
| Achievements of the Office of the World Assembly of Muslim Youth in the. southern region in the field of educational programs, educational assistance and humanitarian relief in Somalia, Djibouti, Ethiopia and Yemen. | ه1421/11/8 |
| Educational camp held by the World Assembly of Muslim Youth in the Chadian capital N'djamena | ه1421/11/8 |

| | |
|---|---|
| Program of the World Assembly of Muslim Youth for the distribution of cultural books in Senegal | 1421/13هـ |
| Medical camp, which was carried out by the World Assembly of Muslim Youth in. refugee areas in eastern Indonesia | 1421/13هـ |
| And humanitarian relief assistance provided by the World Assembly of Muslim. Youth for needy families and the poor and orphans in Kurdistan | 1421/13هـ |
| To the qualifying course set up by the World Assembly of Muslim Youth of the. parameters in Indonesia | 1421/13هـ |
| The first gathering of the directors of offices of the International Symposium on Muslim Youth and their representatives in various countries around the world in Mecca to discuss and evaluate the work of these offices and ways of developing | 2000/10/11م |
| The start of the first forum for managers of offices of the World Assembly of Muslim Youth and their representatives in various countries around the world in Jeddah and to the words of the Secretary-General of the seminar d. Mind Juhani and Assistant Secretary-General d. Abdul Wahab Noor Wali | 2000/10/14م |
| Program of the World Assembly of Muslim Youth to provide drinking water to the. needy and the completion of a number of mosques in the Republic of Burkina Faso | 1421/7/15هـ |
| Opening of the Assistant Secretary-General d. Abdul Wahab Noor Wali of the first. forum for managers of offices of the World Assembly of Muslim Youth and their representatives at the symposium in Jeddah hello attendees and presenting the idea and objectives of the forum is to promote and enhance the performance of the symposium and the worlds in which outside and inside, and to the word of the Secretary-General of the seminar d. Maneh Juhani directed through which advice. and guidance to all employees of the symposium | 1421/7/17هـ |
| Approval of the Company resolved to give the seminar (50%) on their ads in my. newspaper the Middle East and economic development | 1421/8/18هـ |
| Program of the World Assembly of Muslim Youth to provide drinking water to the needy in Somalia | 1421/7/4هـ |
| The Board of Trustees of World Assembly of Muslim Youth headed by General Secretary d. Maneh Juhani seminar to discuss the process and achievements of its offices and the work of external and internal | 1421/7/4هـ |

| | |
|---|---|
| Program of the World Assembly of Muslim Youth to provide drinking water to the needy in the Republic of Guinea Conakry | 27/ 9/ 2000م |
| Course organized by the World Assembly of Muslim Youth of the teachers in the. Republic of Guinea Conakry | 1421/7/2هـ |
| Course organized by the World Assembly of Muslim Youth of the parameters in Andonisba | 1421/7/2هـ |
| Educational projects for the World Assembly of Muslim Youth in some of the world | 1421/7/2هـ |
| Visit of a delegation from the World Assembly of Muslim Youth - drilling. subcontractor to social observation house in Dammam and open day events. | 1421/7/2هـ |
| - Meeting of the Medical Committee in the Islamic World Assembly of Muslim Youth the Medina on the Committee's work plan for the next stage and approval of plan health activities | 1421/7/3هـ |
| President praised the Islamic Supreme Council on the efforts of Ethiopia, the. World Assembly of Muslim Youth | 1421/7/4هـ |
| To meet and discuss the Secretary-General for the World Assembly of Muslim Youth d. Abdul Wahab Noor Wali acting with the Saudi Arabian Embassy in Addis Ababa on overcoming obstacles to relief work in Addis Ababa | 1421/7/5هـ |
| To the mosques that the World Assembly of Muslim Youth in the Republic of Ghana constructed | 3/ 10/ 2000م |
| Program of the World Assembly of Muslim Youth to provide drinking water to the needy in Senegal and Indonesia as well as the construction of the mosque | 4/ 10/ 2000م |
| Program of the World Assembly of Muslim Youth to provide drinking water to the needy in Guinea Conakry | 27/ 9/ 2000م |
| The scholarship program of the Office of the World Assembly of Muslim Youth in Sudan | 1421/7/2هـ |
| Program convoys of medical and educational functioning of the Office of the World Assembly of Muslim Youth in Sudan to southern Sudan and refugee camps in eastern Sudan | 1421/7/3هـ |

| | |
|---|---|
| Press announcement on the program of the World Assembly of Muslim Youth. Breakfast for fasters. | 1421/8/23هـ |
| Appeal sent by the president of the Koran in a Sri Lanka. Zainuddin Muhammad Arif of the World Assembly of Muslim Youth and philanthropists to assist in completing the remainder of the project to build the center and a school for teaching the Koran for girls. | 1421/10/12هـ |
| Educational camp which was organized by the World Assembly of Muslim Youth in the Republic of Gambia for high school students | 1421/10/12هـ |
| Program of the World Assembly of Muslim Youth to provide drinking water to the needy and the construction of mosques in some African countries | 1421/10/12هـ |
| Educational camp which was organized by the World Assembly of Muslim Youth in the Republic of Gambia for high school students | 1421/10/12هـ |
| Receiving agent Emirate of Makkah for security affairs, Prince Faisal bin Thamer. bin Abdul Aziz, President and members of the Medical Committee in the Islamic World Assembly of Muslim Youth. | 1421/10/12هـ |
| Participation of the Secretary-General for the World Assembly of Muslim Youth d. Abdul Wahab NoorWali  in the  "the joy of Eid," which was held in Jeddah on the occasion of Eid al-Fitr. | 1421/10/12هـ |
| Graduation of the first batch of students of Imam al-Nawawi educational complex of the World Assembly of Muslim Youth in Somalia | 1421/10/13هـ |
| A tribute to a number of Somali officials and the efforts of the programs the World Assembly of Muslim Youth in Somalia and various other countries of the world | 1421/10/13هـ |
| Letter of appeal sent by the president of the Koran in a Sri Lanka. Zainuddin Muhammad Arif of the World Assembly of Muslim Youth and philanthropists to assist in completing the remainder of the project to build the center and a school for teaching the Koran for Girls | 1421/10/13هـ |
| Training course organized by the World Assembly of Muslim Youth of the parameters in the Sudan | 1421/10/14هـ |
| Program of the World Assembly of Muslim Youth to provide drinking water to the needy, and has constructed mosques that in some African countries | 1421/10/14هـ |
| The efforts of the World Assembly of Muslim Youth in Kurdistan, and a lack of health services, education and safe drinking water in the Kurdistan Region | بدون |

| | |
|---|---|
| Somali officials praise the work and efforts and achievements of the World . Assembly of Muslim Youth in Somalia. | 1421/10/14هـ |
| Celebrate the achievements of the Cultural and Sports Center community outreach office of the World Assembly of Muslim Youth - Medina | 1421/10/14هـ |
| Meeting of the International Symposium legitimacy of Muslim Youth chaired by the Secretary-General of the seminar d. Mind Juhani | 1421/10/16هـ |
| Training courses in the computer carried out by the World Assembly of Muslim Youth of university students in Sudan | 1421/10/15هـ |
| Program of the World Assembly of Muslim Youth for the distribution of cultural books in the Republic of the Gambia and the Eritreans refugee camps in eastern Sudan | 1421/10/16هـ |
| For the school in Djibouti, Saudi Arabia ranked first in the competition organized by the Ramadan First World Assembly of Muslim Youth in Djibouti | 1421/10/16هـ |
| Educational camp held by the World Assembly of Muslim Youth for university students in Cameroon | 1421/10/17هـ |
| Training course set up by the World Assembly of Muslim Youth of the foundation phase teachers in Sudan | 1421/10/17هـ |
| Educational camp which was organized by the World Assembly of Muslim Youth for university students in Cameroon | 1421/10/18هـ |
| Program of the World Assembly of Muslim Youth for the distribution of cultural books in Yemen | 1421/10/19هـ |
| Program of the World Assembly of Muslim Youth Day for the distribution of clothing to the orphans and the poor in some countries of the world | 1421/10/19هـ |
| Program of the World Assembly of Muslim Youth Day for the distribution of clothing to the orphans and the poor, and the construction of a number of mosques in some of the world | 1421/10/22هـ |
| Program of the World  Assembly of Muslim Youth for the distribution of cultural books in Yemen | 1421/10/22هـ |

| | |
|---|---|
| d Reception of the Secretary-General of the World Assembly of Muslim Youth. Abdul Wahab Noor Wali Thai Consul in Jeddah a. Mr. Makata which touched on the explanation of the conditions of the Muslim minority in his country and the request for relief and educational programs for them. | 1421/6/19ﻫ |
| Program of the World Assembly of Muslim Youth in the provision of drinking water to the needy, and the construction of mosques in some of the world | 1421/6/19ﻫ |
| Visit of the Secretary-General of the World Assembly of Muslim Youth d. Juhani objection to a number of Islamic institutions in Bavaria, Germany | 1421/6/19ﻫ |
| Program of the World Assembly of Muslim Youth in the provision of drinking water to the needy, and the construction of mosques in some of the world | 1421/6/20ﻫ |
| Tutorial set up by the World Assembly of Muslim Youth of the parameters in Indonesia | 1421/6/20ﻫ |
| Educational projects for the World Assembly of Muslim Youth in Pakistan | 1421/6/21ﻫ |
| Educational camp held by the World Assembly of Muslim Youth for secondary school students in Guinea Conakry | 2000 /10 /5ﻡ |
| Educational projects, educational based World Assembly of Muslim Youth in. implementing some of the world. | 1420/12/2ﻫ |
| Program of the World Assembly of Muslim Youth to distribute relief items and Eid Gifts to poor families and orphans in the camps of Kashmiri migrants | 1421/6/27ﻫ |
| Educational and humanitarian projects that the World Assembly of Muslim Youth. in implementing some of the world. | 1421/6/27ﻫ |
| Educational projects for the World Assembly of Muslim Youth in South Asiaﺍ | 1421/8/19ﻫ |
| The organization of the Office of the World Assembly of Muslim Youth in Mecca. Second Scientific Conference on Global miracle in the Quran and the Sunnah. | 1421/8/21ﻫ |
| The opening of the Office of the World Assembly of Muslim Youth in Khamis Micht. | 1421/8/21ﻫ |

| | |
|---|---|
| Program relief campaign launched by the World Assembly of Muslim Youth Relief. Somalia and Ethiopia. | 1421/8/21ھ |
| Program of the World Assembly of Muslim Youth to provide drinking water in. Burkina Faso. | 1421/ 8ھ |
| Consent of the Government Office for the registration of Kazakhstan the World Assembly of Muslim Youth Madina officially to exercise its activities in the Republic of Kazakhstan | 1421/ 8ھ |
| Festival "Ramadan Karim", organized by the Tenth Annual Symposium of Women Committee World Assembly of Muslim Youth in Jeddah | 1421/8/21ھ |
| Educational projects set up by the World Assembly of Muslim Youth in Kurdistan | 1421/8/21ھ |
| Course conducted by the World Assembly of Muslim Youth of the teachers in. Senegal. | 1421/8/23ھ |
| Ramadan second competition organized by the World Assembly of Muslim Youth in Medina during the month of Ramadan | 1421/8/23ھ |
| The signing of a cooperation agreement between the World Assembly of Muslim Youth and the University (Abay) in the Republic of Kazakhstan | 1421/8/28ھ |
| Office of winning the World Assembly of Muslim Youth in Mecca shield the. Department of Education allocated to the region distinct from managers and school teachers in the Kingdom of Saudi Arabia. | 1421/8/29ھ |
| The opening ceremony of the new building of the Office of the World Assembly of Muslim Youth | 1421/8/30ھ |
| .Press announcement for the World Assembly of Muslim Youth. | 1421/8/30ھ |
| Appeal and the appeal is addressed to the World Assembly of Muslim Youth for. the construction of schools and institutes prepare teachers in Tanzania. | 1421/6/7ھ |
| Educational projects for the World Assembly of Muslim Youth in some of the world | 1421/6/7ھ |

| | |
|---|---|
| Certificate of Appreciation from the Ethiopian government for the World Assembly of Muslim Youth for its efforts to address the drought in the Horn of Africa | هـ1421/6/13 |
| Visit of the Secretary-General for the World Assembly of Muslim Youth of the. Office of Mayor of Jeddah d. Abdel Fattah Ahmed Amin and congratulate him on his new position. | هـ1421/6/13 |
| Summer camp held by the World Assembly of Muslim Youth for students of secondary schools in Senegal | هـ1421/6/14 |
| Ethiopian government grants a certificate of appreciation for the World Assembly. of Muslim Youth for its efforts to address the drought in the Horn of Africa. | هـ1421/6/8 |
| The opening of the Secretary-General of the World Assembly of Muslim Youth. Maneh Juhani events Scout Jamboree the second symposium . | هـ1421/6/10 |
| Educational camp held by the World Assembly of Muslim Youth for students of. public high schools in Senegal. | هـ1421/6/15 |
| Posts outcome of the seminar and the press release that most of the local.(هـ1421) newspapers during the first month of spring(1421 AH). | هـ1421/4/2 |
| Plan developed by the World Assembly of Muslim Youth to save the victims of the. famine that swept the Ogaden region in Ethiopia. | هـ1421/3/4 |
| Tribute to the Minister of Communications and Transportation in Ethiopia and the. President of the Supreme Council for Islamic Affairs to the efforts of the World Assembly of Muslim Youth in the relief of those affected by famine. | هـ1421/3/9 |
| The achievements of the World Assembly of Muslim Youth in the provision of opportunities for university education to a large number of students in some African countries, Asian and European | هـ1421/3/10 |
| The convoy of medical and educational her World Assembly of Muslim Youth in. South Africa. | هـ1421/3/15 |
| Visit of the Secretary-General of the World Assembly of Muslim Youth Maneh. Juhani objection to the headquarters of the symposium in Jeddah and inspecting the various departments and sections and listening to a detailed explanation about the activities and actions that have been implemented. | هـ1421/3/15 |
| news report about the seminar delegation which visited Ethiopia and some countries in the Horn of Africa to find out the extent of the tragedy in those countries affected. | هـ1421/3/17 |

| | |
|---|---|
| The signing of a cooperation agreement between the World Assembly of Muslim Youth and Ajlan and his brothers under which deduct a certain percentage of its sales in favor of programs and projects of the symposium | 1421/3/26هـ |
| Training courses organized by the World Assembly of Muslim Youth in the Republic of Senegal in the field of computer science and management in addition to a course in first aid | 1421/3/25هـ |
| Press interview in the newspaper "Muslim world" with the director of overseas. offices in the World Assembly of Muslim Youth and Movdha in Ogaden region to study the situation d. Hamdi went on about the causes of famine in the region. | 1421/3/21هـ |
| Newspaper article on the fight against drugs and to stand with the United Nations and its support in the fight against drugs has taken a slogan this year: directed reality: denial, corruption, violence | 1421/3/27هـ |
| Construction of the World Assembly of Muslim Youth a number of new mosques in Sudan | 1421/3/27هـ |
| Study by the World Assembly of Muslim Youth identified the areas affected by. famine and drought in Ethiopia and the needs of those affected and the number and ways to save them. | 1421/4/19هـ |
| Program of the World Assembly of Muslim Youth to take care of students in. different disciplines and academic levels and from different countries of the world. | 1421/4/19هـ |
| Invite the World Assembly of Muslim Youth of philanthropists to contribute to the furnishing of the new mosque built in the area of the symposium Aiba, Nigeria | 1421/4/17هـ |
| Report of the Office of the World Assembly of Muslim Youth in Australia and the Pacific includes the most prominent achievements of the Office | 1421/4/15هـ |
| Program of the World Assembly of Muslim Youth to provide drinking water to the needy in Indonesia | 1421/4/8هـ |
| Inspection visit carried out by members of the Women's Committee of the Office. of the World Assembly of Muslim Youth in the province of drilling subcontractor to maintain the Institute of the Deaf Mute to see how they are dealing with this category. | 1421/4/8هـ |
| Educational projects, educational, health and humanity carried out by the World Assembly of Muslim Youth in some of the world | 1421/4/10هـ |
| Training and rehabilitation carried out by the World Assembly of Muslim Youth in the field of Management Science and Computer and machine Almkatebh and driving and first aid | 1421/4/11هـ |

| | |
|---|---|
| Pursuit of the World Assembly of Muslim Youth to the opening of the College of. Education in the Islamic University Bakazan - Tatarstan, and the Institute for the education of languages and computers in Kyrgyzstan, in order to provide education and improve literacy. | هـ1421/2/26 |
| Invite the World Assembly of Muslim Youth Islamic institutions and organizations in the world to contribute to the establishment of educational projects and provide scholarships lifting of ignorance and illiteracy | هـ1421/2/21 |
| Visit of a delegation of orphans who are sponsored by the World Assembly of. Muslim Youth in Jordan with their mothers to the headquarters of the symposium in Jeddah to see activities and events and officials. | هـ1421/6/3 |
| Two camps Sifaan their stay the World Assembly of Muslim Youth for students of secondary and tertiary levels in Chad | هـ1421/6/2 |
| Reception of the Secretary-General of the World Assembly of Muslim Youth d. Maneh Juhani and Afghan Foreign Minister Sheikh Mawlawi Abdul Jalil, who praised the efforts of the e World Assembly of Muslim Youth in their for the Afghan | هـ1421/6/3 |
| Two teaching hospitals implemented the World Assembly of Muslim Youth and. Women imams in Guinea Conakry. | هـ1421/5/25 |
| Appeal to the World Assembly of Muslim Youth philanthropists to contribute to. the relief of the areas affected by famine and drought in the Horn of Africa which is still in dire need of relief and development efforts. | هـ1421/5/16 |
| Welcome the Secretary General of the World Assembly of Muslim Youth d. Maneh Juhani decision of the State Tourism with organizations that will provide an opportunity for young people in the world to visit Saudi Arabia and to identify the cities and civilization | هـ1421/5/16 |
| The return of the delegation of the World Assembly of Muslim Youth, who took. part in the two camps, which they forged educational seminar in Yemen, and standing on the activities of her office visit in addition to the many orphans Center which is sponsored by the seminar. | هـ1421/5/20 |
| Warning Secretary-General of the World Assembly of Muslim Youth d. Juhani mind all the organizations and charities and the general public of the existence of a personal claim to do charity work in various parts of the world | هـ1421/5/20 |
| Interview with the Director, Office of the symposium on the situation in the. Kurdistan region and the problems facing the people of the region, and the efforts of the symposium. | هـ1421/5/19 |

| | |
|---|---|
| Program of the World Assembly of Muslim Youth to care for orphans in Yemen | 1421/5/19هـ |
| Acute water crisis in some parts of Kenya and the human-animal conflict on the. drop of water as stated in the report of the delegation of the World Assembly of Muslim Youth, which stood on the scale of the tragedy. | 1421/5/18هـ |
| Educational programs for the World Assembly of Muslim Youth in some parts of. the world. | 1420/1/1هـ |
| Interview Assistant Secretary-General of the seminar d. Abdul Wahab Noor Crown. points to the urgent relief assistance provided by the Symposium of the Kosovar refugees in Albania. | 1420/1/7هـ |
| The auspices of the World Assembly of Muslim Youth on Mljin Kosovar refugees in Albania | 1420/2/10هـ |
| Reports received for the World Assembly of Muslim Youth benefit large numbers. of Kosovars who fled to the mountains to escape the Serb forces, where they hid in the forests covered by the snow and suffering from hunger and cold. | 1420/2/18هـ |
| Program of the World Assembly of Muslim Youth for the Relief of the People of Kosova | 1420/2/20هـ |
| The efforts of the World Assembly of Muslim Youth in order to identify the needs. of Kosovar refugees of food and health services, educational and social through a field survey done in all the camps and the camps where they live. | 1420/2/24هـ |
| Recommendations of the World Assembly of Muslim Youth in order to help the refugees of Kosovo and their rescue and save them | 1420/2/26هـ |
| Program relief assistance provided by the World Assembly of Muslim Youth of the Eritreans refugees in eastern Sudan | 1420/2/27هـ |
| The opening of the World Assembly of Muslim Youth School to teach the children . in the Kosovar refugee camps in Albania and the opening of two mosques. | 1420/3/1هـ |
| Qualifying session set up by the World Assembly of Muslim Youth for teachers in Indonesia | 1420/4/9هـ |
| Student aid provided by the World Assembly of Muslim Youth of the students in some of the world | 1420/4/16هـ |

| | |
|---|---|
| The efforts of the World Assembly of Muslim Youth in the field of education in. some of the world. | 1420/4/14هـ |
| Programs of the World Assembly of Muslim Youth for the Relief of the people of. Kosovo in Albania. | 1420/4/14هـ |
| Educational programs implemented by the World Assembly of Muslim Youth in some of the world | 1420/4/17هـ |
| Educational projects, educational, which was built by the World Assembly of Muslim Youth in Kurdistan | 1420/4/23هـ |
| For health and medical services provided by the World Assembly of Muslim Youth to patients in east Afghanistan | 1420/4/26هـ |
| The efforts of the World Assembly of Muslim Youth in the area of educational programs in Korea | 1420/4/28هـ |
| Interview with the Chairperson of the Committee a women's seminar. Lamia. Khalifa on the role of women in charitable relief work | 1420/4/29هـ |
| Educational courses and camps set up by the World Assembly of Muslim Youth. during the year (1420) in some of the world. | 1420/5/2هـ |
| New relief aid provided by the World Assembly of Muslim Youth of the people of Kosovo | 1420/5/6هـ |
| Educational camp, conducted by the World Assembly of Muslim Youth in the city of Bannagy in Central Africa | 1420/5/7هـ |
| Program of the World Assembly of Muslim Youth of the printing and distribution. of cultural books. | 1420/5/9هـ |
| Visit of a delegation of orphans who are sponsored by the World Assembly of. Muslim Youth in Jordan with their mothers to the headquarters of the symposium in Jeddah to see activities and events and officials. | 1420/5/12هـ |
| Courses and camps conducted by the World Assembly of Muslim Youth in a number of countries in the world | 1420/5/22هـ |

| | |
|---|---|
| Construction of the World Assembly of Muslim Youth mosque in Senegal | 1420/6/12هـ |
| Health projects carried out by the World Assembly of Muslim Youth in the number of countries. | 1420/7/8هـ |
| Educational projects, educational, health and humanity to be implemented by the World Assembly of Muslim Youth in a number of countries in the world. | 1420/7/12هـ |
| Construction of the World Assembly of Muslim Youth girls' school in the Republic of Nigeria | 1420/7/10هـ |
| The efforts of the World Assembly of Muslim Youth in the area of educational programs in some countries in Africa, Asia and Europe. | 1420/7/17هـ |
| Student aid provided by the World Assembly of Muslim Youth of the students in various stages and states | 1420/7/20هـ |
| Educational projects, educational, health and humanity to be implemented by the World Assembly of Muslim Youth in a number of countries in the world | 1420/7/23هـ |
| Program of the World Assembly of Muslim Youth to take care of orphans in some countries in the continents of Africa and Asia | 1420/7/24هـ |
| Educational projects, educational, health and humanity to be implemented by the World Assembly of Muslim Youth in a number of countries in the world | 1420/7/28هـ |
| Tutorial set up by the World Assembly of Muslim Youth of the teachers in the Republic of Gambia | 1420/7/30هـ |
| Lecture organized by the tariff the World Assembly of Muslim Youth in the Media program for the next phase in Jeddah | 1420/8/1هـ |
| Educational projects, educational, health and humanity to be implemented by the World Assembly of Muslim Youth in a number of countries in the world. | 1420/8/10هـ |
| Tutorial set up by the World Assembly of Muslim Youth of the teachers in the Republic of the Gambia. | 1420/8/18هـ |

| | |
|---|---|
| Receive the Assistant Secretary General of the World Assembly of Muslim Youth d. Abdul Wahab Noor Crown Wali Sudanese Acting a. Abdul Rahman Dirar and governor of the northern state of Sudan, a. Badawi Idris, who came to offer thanks the people of the northern state of the symposium for their efforts and assistance to those affected by floods in Sudan. | ھ1420/9/5 |
| The efforts of the World Assembly of Muslim Youth in the field of health and medical programs in eastern Afghanistan. | ھ1420/9/9 |
| Medical camp which will be implemented by the World Assembly of Muslim Youth in Yemen | ھ1420/9/24 |
| Efforts and achievements of the Office of the World Assembly of Muslim Youth in the Republic of Senegal | ھ1420/9/24 |
| Interview with Assistant Secretary-General on the efforts of the symposium and seminar programs and projects during the month of Ramadan. | ھ1420/9/25 |
| Initiative, Second Deputy Prime Minister and Minister of Defense and Inspector General Prince Sultan bin Abdul Aziz, the development of Yemeni hospitals, and the implementation of the World Assembly of Muslim Youth in the medical camp in Yemen city of Aden | ھ1420/9/26 |
| On programs of relief organizations and bodies in the month of Ramadan. | ھ1420/9/28 |
| Program of the World Assembly of Muslim Youth Day for the distribution of clothing in some of the world | ھ1420/9/28 |
| Student aid provided by the World Assembly of Muslim Youth of the students in various countries | ھ1420/10/11 |
| Educational projects implemented by the World Assembly of Muslim Youth in some of the world | ھ1420/10/15 |
| Increase programs and projects of the World Assembly of Muslim Youth to keep up with the geographical expansion around the globe | ھ1420/10/20 |
| Program of the World Assembly of Muslim Youth to provide drinking water in Somalia, Ghana | ھ1420/10/24 |

| | |
|---|---|
| Educational projects for the World Assembly of Muslim Youth in Sudan | هـ1420/10/27 |
| Report of the Office of the World Assembly of Muslim Youth in Nigeria for a few Islamic schools where | هـ1420/10/28 |
| Educational projects carried out by the World Assembly of Muslim Youth in the continents of Africa, Asia and Europe. | هـ1420/11/2 |
| Lecture by Assistant Secretary-General of the World Assembly of Muslim Youth entitled "Charity of the symposium in your hands," King Abdul Aziz University in Jeddah | هـ1420/11/2 |
| Medical camp, which was carried out by the World Assembly of Muslim Youth in Yemen. | هـ1420/11/5 |
| Medical camp, which was carried out by the World Assembly of Muslim Youth in Yemen. | هـ1420/11/12 |
| Educational projects carried out by the World Assembly of Muslim Youth in some of the world. | هـ1420/11/25 |
| Educational projects which was built by the World Assembly of Muslim Youth in India. | هـ1420/11/21 |
| Educational projects which was built by the World Assembly of Muslim Youth in Ghana. | هـ1420/11/27 |
| Educational projects which was built by the World Assembly of Muslim Youth in a number of countries in the world. | هـ1420/11/29 |
| Courses and rehabilitation carried out by the World Assembly of Muslim Youth during the year in a number of countries in the world. | هـ1420/12/7 |
| Program of the World Assembly of Muslim Youth to provide drinking water, construction of educational projects in Sudan. | هـ1420/12/14 |
| Meetings and interviews with the Secretary-General of the Islamic personalities in addition to news sections and branches of the symposium. | هـ1418/10/8 |

# WAMY PUBLICATIONS INDEX OF

ائمة بالكتب التي طبعتها الندوة العالمية للشباب الإسلامي

## **Responsive to DR 48**

| المؤلف | الكتاب |
|---|---|
| بحوث ندوة أقامتها الندوة العالمية للشباب الإسلامي | الأدب والفن في خدمة الدعوة |
| الدكتور/ مروّح موسى نصار | الأربعون المقدسية |
| الأستاذ/  عصام بن محمد عطية | لماذا نحب محمداً ρ |
| الدكتور/ محمد جميل المصطفى | تَجديدُ الّدين مفهومه، وضوابطه، وآلياته |
| الدكتورة/ منيرة بنت عبد الله القاسم | حقوق الطفل في الإسلام |
| لجنة التأصيل الإسلامي للعلوم بالندوة | قراءات في التأصيل الإسلامي للعلوم: مفاهيم تأسيسية |
| الدكتور/ ناصر بن عبد الكريم العقّل | الثوابت والمسلّمات في تأصيل العلوم |
| الدكتور/ مسفر بن عتيق الدوسري | التأمين الصحي في مجتمع إسلامي |
| الدكتور/ أحمد سيف الدين  الدكتور/ مالك الأحمد | الإعلام الإسلامي النظرية والتطبيق |
| الدكتور/ عبد العزيز بن محمد النغيمشي  الدكتور/ عبد الله بن ناصر الصبيح | التأصيل الإسلامي للعلوم  " من التنظير إلى التطبيق" |
| الدكتور/  عبد الرزاق محمود الحمد | التأصيل بين التنظير الفكري والتطبيق الميداني |
| المؤلف | الكتاب |

1

| | |
|---|---|
| القواعد الذهبية لتطوير الشخصية | الدكتور/ أحمد بن علي المبارك |
| أضواء على بعض الأحداث الكونية بين القرآن والعلم | الدكتور/ يحيى بن محمد شيخ أبو الخير |
| المنظور الإسلامي في تفسير التاريخ | الدكتور/ نعمان بن عبد الرزاق السامرائي |
| فيض الباري شرح مختصر صحيح البخاري | الدكتور/ عبد الرحيم فيروز هروى |
| حقيبة طالب العلم | مجموعة مؤلفين |
| الضوابط الشرعية لتحقيق الأخوة الإيمانية والوحدة الإسلامية | الشيخ / سعيد عبد العظيم |
| المملكة العربية السعودية والدعوة الإسلامية: رؤية مستقبلية | معالي الشيخ / صالح بن عبد الرحمن الحصين |
| الإسلام والغرب بين التعايش والصدام | الأستاذ / بغداد سيدي محمد |
| الغزو الفكري في التصور الإسلامي وكيفية مواجهته | د. أحمد عبد الرحيم السايح |
| التحقيق والإيضاح لكثير من مسائل الحج والعمرة والزيارة | سماحة الشيخ عبد العزيز بن عبد الله بن باز |
| قالوا عن الإسلام | د. عماد الدين خليل |
| الموسوعة الميسر ة في الأديان والمذاهب والأحزاب المعاصرة | مجموعة مؤلفين |
| الكتاب | المؤلف |
| الرعاية الاجتماعية للشباب: التوجيه العلمي وتفعيل الممارسة المهنية | د. سعد بن مسفر القعيب |
| حقوق غير المسلمين في بلاد الإسلام | د. صالح بن حسين العايد |

2

| الكتاب | المؤلف |
|---|---|
| التأصيل الإسلامي للعلوم: المفهوم والمنهج | د. إبراهيم عبد الرحمن رجب<br>د. عبد الرحمن بن زيد الزنيدي |
| الدروس المهمة لعامة الأمة | سماحة الشيخ عبد العزيز بن عبد الله بن باز |
| أين أنت من الصدقة | أ.د. زيد بن عبد الكريم الزيد |
| حسن الاستفادة من الوقت طريق السعادة والنجاح | د. أحمد البراء الأميري |
| الصحوة الإسلامية نظرة مستقبلية | د. مانع بن حماد الجهني |
| الأربعون الشاملة: مختارات مشروحة من طوال الأحاديث النبوية مع تراجم لرواتها وتبيين لأحكامها | د. مانع بن حماد الجهني |
| المنهج النبوي في التربية الإيمانية للشباب والاستفادة منه في العصر الحاضر | د. سليمان بن قاسم العيد |
| في أصول الحوار | مجموعة مؤلفين |
| **الكتاب** | **المؤلف** |
| المخيمات الإسلامية: أهدافها، برامجها، مراحل إعدادها | مجموعة مؤلفين |
| دليلك الشخصي للسعادة والنجاح | د. إبراهيم بن حمد القعيد |
| كيف نفهم القرآن الكريم | الشيخ / محمد جميل زينو |
| الشباب ومشكلاته من منظور إسلامي | الأستاذ/ محمد توفيق زناتي |
| أدب الخلاف | معالي الدكتور. صالح بن عبد الله بن حميد |
| مفهوم الحكمة في الدعوة | معالي الدكتور. صالح بن عبد الله بن حميد |
| الهوية النقدية من منظور إسلامي | أ.د. ناصر بن سعود الرشيد |

3

| الكتاب | المؤلف |
|---|---|
| مجموع الفتاوى | شيخ الإسلام ابن تيمية |
| الأم | الإمام محمد بن إدريس الشافعي |
| البدر التمام شرح بلوغ المرام | القاضي حسين بن محمد المغربي |
| فتح القدير | الإمام محمد بن علي الشوكاني |
| إكمال المعلم بفوائد مسلم | القاضي عياض اليحصبي |
| توجيهات إسلامية لإصلاح الفرد والمجتمع | الشيخ محمد جميع زينو |
| التوجيه غير المباشر وأثره في التربية وتغيير السلوك | معالي الدكتور/ صالح بن عبد الله بن حميد |
| **الكتاب** | **المؤلف** |
| شرح أركان الإسلام والإيمان وما يجب أن يعرفه المسلم عن دينه | الشيخ محمد جميل زينو |
| لماذا أتصدق سؤال وخمسون إجابة | الأستاذ مصطفى بن عبد الله الشيخ |
| تنبيهات على أهم المهمات | الأستاذ/ علي بن صالح الجبالي |
| رسالة عاجلة حتى لا تدور علينا الدائرة | الأستاذ / مصطفى بن عبد الله الشيخ |
| أنموذج الشاب المسلم في قصة يوسف ρ | الدكتور/ محمود شاكر سعيد |
| رد شبهات القس سويقارت في مناظرته الشيخ أحمد ديدات | الدكتور/ حسن باجودة |
| حقيقة الخلاف بين علماء الشيعة وجمهور علماء المسلمين | الدكتور / سعيد إسماعيل |
| موقف الإسلام من العلمانية | الدكتور / صلاح الصاوي |
| في سبيل رواية إسلامية " دفء الليالي الشاتية " أنموذجاً | الدكتور / عبد الله بن صالح العريني |

4

| فضيلة الشيخ/ بكر بن عبد الله أبو زيد | أذكار طرفي النهار |
|---|---|

# WAMY PUBLICATIONS INDEX OF

ائمة بالكتب التي طبعتها الندوة العالمية للشباب الإسلامي

## Responsive to DR 48

| المؤلف | الكتاب |
|---|---|
| الندوة العالمية الشباب الا سلامي | مجلـة المسـتقبل |
| World Assembly of Muslim Youth | What they say about Islam – WAMY Series on  Islam no.3 |
| World Assembly of Muslim Youth | What they say about Mohammed - - WAMY Series on Islam no.4 |
| World Assembly of Muslim Youth | Moral System of Islam – WAMY Series on Islam no.5 |
| World Assembly of MuslimYouth | The Concept of God in Islam – WAMY Series on Islam no.9 |
| World Assembly of Muslim Youth | Human Rights in Islam – WAMY Series no.10 |
| World Assembly of Muslim Youth | Do You Look for what is Pure, Natural, and Environmentally Friendly? |
| World Assembly of Muslim Youth | What is Islam: A Holistic Vision Muhammad: A Role Model for A New Millennium |

1

| | |
|---|---|
| World Assembly of Muslim Youth | The Qur'an: A Book you can Believe |
| Assad Ali | Easy Salah: The Muslim Prayer |
| Abul A'la Mawdudi | Towards Understanding Islam |
| I.A Ibrahim | A Brief Illustrated Guide to Understanding Islam |
| | Discover Islam: The Reader |
| World Assembly of Muslim Youth | Muslim Youth Magazine |

# WAMY PUBLICATIONS INDEX OF

ائمة بالكتب التي طبعتها الندوة العالمية للشباب الإسلامي

## Responsive to DR 48

| المؤلف | الكتاب |
|---|---|
| عبدالله العريني | في سبيل رواية إسلامية |
| الندوة العالمية | الموسوعة الميسرة |
| عبدالرحيم فيروز | فيض الباري شرح مختصر صحيح البخاري |
| عبدالرحيم فيروز | فيض الباري شرح مختصر صحيح البخاري |
| أحمد سيف الدين وآخر | الإعلام الإسلامي |
| المؤلف | الكتاب |
| عبدالعزيز النغيمشي وآخر | التأصيل الإسلامي للعلوم |
| إبراهيم رجب وآخر | التأصيل الإسلامي للعلوم |
| ناصر الرشيد | الهوية النقدية |
| سعد القعيب | الرعاية الاجتماعية للشباب |
| بغداد محمد | الإسلام والغرب |
| صالح بن حميد | التوجيه غير المباشر |

1

| المؤلف | الكتاب |
|---|---|
| مصطفى الشيخ | لماذا أتصدق |
| أحمد الأميري | حسن الاستفادة من الوقت |
| يحيى أبو الخير | أضـواء علـى بعـض الأحـداث الكونيـة بـين القرآن والعلم |
| عبدالرزاق الحمد | التأصـيل الإسـلامي بـين التنظيـر الفكـري والتطبيق الميداني |
| محمد زينو | كيف نفهم القرآن |
| المؤلف | الكتاب |
| مانع الجهني | الأربعون الشاملة |
| الندوة العالمية | في أصول الحوار |
| سليمان العيد | المنهج النبوي في التربية الإيمانية للشباب |
| الندوة العالمية | المخيمات الإسلامية أهدافها برامجها مراحل إعدادها |
| محمود سعيد | أنوذج الشاب المسلم في قصة يوسف عليه السلام |
| مانع الجهني | الصحوة الإسلامية  نظرة مستقبلية |

| المؤلف | الكتاب |
|---|---|
| زمين الله ترب (لجنـة المنـاهج– منـاهج دبلـوم الدعوة). | **كتاب الصرف** |
| لجنة المناهج– مناهج دبلوم الدعوة | دراسـات فـي التربيـة **مـن طـرق التـدريس ونمـــاذج لإعـــداد دروس فـــي العلـــوم الشرعية** |
| لجنة المناهج– مناهج دبلوم الدعوة | دراسات في التربية **الخطابة والبحوث** |
| لجنة المناهج– مناهج دبلوم الدعوة | **تاريخ التشريع الإسلامي** |
| لجنة المناهج– مناهج دبلوم معلمين | **علم النفس التربوي** |
| **المؤلف** | **الكتاب** |
| لجنة المناهج– مناهج دبلوم معلمين | دراسـات فـي الحـديث وعلومــه **أحاديـث للدراسة التحليلية توجيهات نبوية** |
| لجنة المناهج– مناهج دبلوم معلمين | **تقريب قطر الندى (الجزء الأول)** |
| لجنة المناهج– مناهج دبلوم معلمين | **تقريب قطر الندى (الجزء الثاني)** |
| لجنة المناهج– مناهج دبلوم معلمين | **تقريب قطر الندى (الجزء الثالث)** |
| لجنة المناهج– مناهج دبلوم معلمين | **تقريب قطر الندى (الجزء الرابع)** |

3

| أبي مصعب الحموي | أحكام الأسرة في الإسلام |
|---|---|
| **المؤلف** | **الكتاب** |
| لجنة المناهج– مناهج دبلوم الدعوة | دراسـات فـي الفقـه وأصـوله **فقـه العبـادات** (الزكاة والحـج) |
| لجنة المناهج– مناهج دبلوم الدعوة | دراسـات في التربيـة الإسـلامية **مـن أصـول** التربية في الإسلام |

4