# EXHIBIT AA



# World Assembly of Muslim Youth — الندوة العالمية للشباب الإسلامي

مكتب الأمين العام
Office of the Secretary General

الرقم: ٤٤٣١
التاريخ: ١٤١٣/٩/٢ هـ

سعادة الأخ الفاضل الاستاذ / عادل بترجي
رئيس منظمة لجنة البر الاسلامية العالمية          حفظه الله

السلام عليكم ورحمة الله وبركاته ..

يسرني أن احيط سعادتكم علما بأن الندوة قد علمت بتكوينكم منظمة تحمل اسم منظمة البر العالمية .. ولما كان التشابه واضحا فيما بين المنظمة ولجنة البر الاسلامية فى الندوة سواء من ناحية الشعار الموحد لهما او دورهما ووظيفتهما فانني ارجو من سعادتكم ان يؤخذ ذلك مستقبلا بعين الاعتبار حيث ان نتيجته قد تعود باللبس على المتعاملين والمتبرعين رغم عدم وجود رابطة بينهما من الناحية التنظيمية والادارية .

آمل التنبيه على المتعاونين مع منظمتكم بمراعاة ذلك اذا ظل شعار المنظمة على ما هو عليه واسمها كذلك حيث ان الندوة تعتبر غير مسئولة مع لجنة البر التابعة لها عما يصدر عن المنظمة من نشاطات او اعلانات كما ارجو التأكيد على المتعاونين مع المنظمة فى حالة جمع التبرعات داخل المملكة على عدم الخلط بين اللجنة والمنظمة نظرا لأهمية هذا الأمر .

شاكرين ومقدرين حسن تعاونكم واهتمامكم ..

والسلام عليكم ورحمة الله وبركاته ،،،،

الأمين العام
للندوة العالمية للشباب الاسلامي

د . مانع بن حماد الجهني



س/م - ٢٢٥

ص.ب ١٠٨٤٥ ــ الرياض ١١٤٤٣ ــ شارع الأمير سلطان بن عبد العزيز ــ العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقيا: اسلامية الرياض
تلكس ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس (٠١) ٤٦٤١٦٧٦/٤٦٤١٧١٠

P.O.Box 10845 · Riyadh 11443 · Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

CONFIDENTIAL                                                                                      WAMYSA027856

World Assembly of Muslim Youth     [*logo of the Assembly*]

Office of the Assistant Secretary General                                    Number 4431
                                                                             Date: 4/9/1413 H

Esteemed Brother Adel Batterjee, may Allah protect him
Head of the Islamic Benevolence International Foundation Committee

Greetings

It gives me pleasure to inform you that the Assembly has learned that you have created an organization under the name "Benevolence International Foundation". Since there is an obvious similarity between this name and the Islamic Benevolence Committee at the Assembly, in terms of the unified slogan, role and function, I hope you will take this into consideration in the future, which might confuse the sponsors or donors, although the two entities are not linked in terms of organization and administration.

I hope that you will draw the attention of those who cooperate with your organization to take care of this issue if the slogan and the name of the organization shall remain the same. The Assembly along with its benevolence committee disclaims responsibility for any activities or advertisements related to your organization. Please confirm this with those who cooperate with your organization when raising funds inside the Kingdom, so that they will not confuse our committee with your organization because it is a matter of great importance!

We appreciate your cooperation and interest.

Greetings


The Secretary General of the
World Assembly of Muslim Youth
[signature]
Dr. Mane Bin Hammad Aljihani

[*Stamp of the World Assembly of Muslim Youth. General Secretary. Riyadh. Founded in 1972*]

                                                                                    s/m 225

P.O. Box 10845 Riyadh 11443 Prince Sultan Bin Abdulaziz St.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 Islami SJ, Fax. (01) 4641676

CONFIDENTIAL                                                              WAMYSA027856