UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2018

03-MDL-1570 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

    The conference scheduled for Thursday, April 12, 2018, at 4:00 p.m. is hereby moved to Courtroom 506, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 6, 2018
             New York, New York