IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                         )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   ) No. 03 MDL 1570 (GBD/SN)
                                         )
_____)

**Defendants' Response to Plaintiffs' Motion to Allow Amended Complaints
to Add Additional Plaintiffs to the Consolidated Actions**

      The Defendants' Executive Committee, on behalf of the defendants who are currently in merits or jurisdictional discovery, respectfully submit their response to the Plaintiffs' Motion to Allow Amended Complaints to Add Additional Plaintiffs to the Consolidated Actions (ECF Nos. 3943, 3944). Defendants, while reserving all defenses and rights, do not object to the requested proposal.

Respectfully submitted,

/s/ Alan R. Kabat                                    /s/ Steven Cottreau
_____              _____
Alan R. Kabat (AK7194)                               Steven Cottreau (SC1848)
Bernabei & Kabat, PLLC                               Jones Day
1400 – 16th Street, N.W., Suite 500                  51 Louisiana Avenue, N.W.
Washington, D.C. 20036-2223                          Washington, D.C. 20001
(202) 745-1942                                       (202) 879-3939

*For the Defendants Executive Committee*

DATED:  April 6, 2018

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).

*/s/ Alan R. Kabat*
_____
Alan R. Kabat