**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: __  4/10/2018     __ │
└─────────────────────────────────┘
```

In re:

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

**03-MDL-1570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      On Tuesday, April 10, 2018, the Court held a telephone conference to discuss the sanctions that the Court previously imposed on Defendant Wael Jelaidan. Martin F. McMahon, counsel for Defendant Jelaidan, apparently had difficulty dialing into the conference call-in number provided by the Plaintiffs' Executive Committees. Accordingly, the telephone conference is RESCHEDULED for Wednesday, April 11, 2018, at 11:00 a.m. The parties are directed to dial into the conference at 10:50 a.m. If any party has difficulty dialing in or connecting with the other participants, they must contact Attorney Robert Haefele by 10:55 a.m.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 10, 2018
            New York, New York