UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001    )    03 MDL 1570 (GBD)
                                                  )    ECF CASE

This document relates to:
*Burnett v. Arab Bank, PLC*, 03-cv-9849
*Federal Insurance Co. v. Al Qaida*, 03-cv-6978
*O'Neill v. Al Baraka Investment & Devel. Corp.*, 04-cv-01923
*Continental Casualty Co. v. Al Qaeda*, 04-cv-05970
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited*, 04-cv-07065
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp.*, 04-cv-07279

## NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record

PLEASE TAKE NOTICE that Samidh Guha of Jones Day, with offices located at 250 Vesey Street, New York, NY 10281, an attorney admitted or otherwise authorized to practice in this court, hereby appears on behalf of Defendant Dubai Islamic Bank in the above-captioned action.

Dated: April 10, 2018            /s/ Samidh Guha
                                  Samidh Guha
                                  JONES DAY
                                  250 Vesey Street New York, New York 10281
                                  Telephone: (212) 326-3939
                                  Facsimile: (212) 755-7306
                                  Email: sguha@jonesday.com
                                  *Attorney for Defendant Dubai Islamic Bank*