**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 4/11/2018

**03-MDL-1570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      As discussed during the telephone conference on April 11, 2018, Defendant Wael Jelaidan is ORDERED to pay the sanctions previously imposed by the Court and listed on the Global Terrorism Sanctions Regulations License, No. SDGT-2016-330016-1, issued by the U.S. Office of Foreign Assets Control no later than May 11, 2018.

      By April 18, 2018, Defendant Jelaidan shall file a status letter of no more than five pages indicating whether he intends to pay the sanctions by May 11, 2018. If Defendant Jelaidan does not intend to pay the sanctions by the deadline, the Plaintiffs' Executive Committees may file a letter of no more than five pages explaining what actions the Court should take in response to Defendant Jelaidan's refusal to pay the sanctions in a timely manner. Defendant may file a response letter of no more than five pages by May 2, 2018.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 11, 2018
             New York, New York