# EXHIBIT 1

In the Name of Allah, the Beneficent, the Merciful

| **World Assembly of Muslim Youth** | [logo] [illegible] WAMY [illegible] | **World Assembly of Muslim Youth** |
|---|---|---|
| **Member of the United Nations Non-Governmental Organizations** | | **Member of the UN NGO's** |

| Office of the Assistant Secretary General | No.: | **32887/1** |
|---|---|---|
| Office of the Assistant Secretary General | Date: | **11-27-1432** [A.H.] |
| | | **10-25-2011** [A.D.] |

**(Very Urgent and Important Fax)**

**His Excellency the Esteemed / Mr. Mohammed Assef Yaqoub**          **May Allah protect him**

**Manager of the World Assembly's Kashmir Office**

**Peace be upon you and Allah's mercy and blessings.**

**I hope this letter finds you healthy and well. Furthermore:**

In light of the need to prepare a report about your esteemed office, we would like to obtain reports and information about all projects, programs and activities implemented by your esteemed office during the period from (1992 A.D.) to (2002 A.D.) as soon as possible.

Kindly send the reports and information requested as soon as possible.

**May Allah protect and bless you.**

**Peace be upon you and Allah's mercy and blessings.**

[signature]

**The Assistant Secretary General**

**of Offices and International Relations**

[signature]

**Dr. Abdul Hameed Bin Youssef Al-Mazrou'**

[seal:] World Assembly of Muslim Youth
[illegible]
WAMY
[illegible]

Rasheed / (Local and foreign offices) (Reports)

[illegible]                    [illegible]

www.wamy.org     email: info@wamy.org

**WAMY SA 1486**

World Assembly of Muslim Youth

Member of the UN NGOs

الندوة العالمية للشباب الإسلامي



الرقم: 1/32887
التاريخ: 27-11-1432
25-10-2011

(فاكس عاجل جدا ومهم)

سعادة الأخ الفاضل / ا. محمد آصف يعقوب          حفظه الله
مدير مكتب الندوة بكشمير

السلام عليكم ورحمة الله وبركاته.

أرجو أن يصلكم خطابي هذا وأنتم في صحة جيدة وحال طيبة ، وبعد :

نظراً للحاجة الى عمل تقرير عن مكتبكم الموقر لذا نود الحصول في اقرب وقت ممكن على تقارير ومعلومات عن كل المشروعات والبرامج والانشطة التي نفذها مكتبكم الموقر في غضون المدة من عام (1992م) إلى عام (2002م).

امل تكرمكم بإرسال التقارير والمعلومات المطلوبة باقصى سرعة ممكنة.

والله يحفظكم ويرعاكم.

والسلام عليكم ورحمة الله وبركاته.

الأمين العام المساعد
للمكاتب والعلاقات الدولية

د. عبد الحميد بن يوسف المزروع



www.wamy.org    e-mail: info wamy.org

In the Name of Allah, the Beneficent, the Merciful

**Confidential Attorney-Client Communications**
**Confidential Attorney-Client Communications**

| **World Assembly of Muslim Youth** | [logo] "And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'" World Assembly of Muslim Youth WAMY 1392 A.H. – Riyadh – 1972 A.D. | **World Assembly of Muslim Youth** |
|---|---|---|
| **Member of the United Nation Non-Governmental Organizations** | | **Member of the UN NGO's** |

Office of the Assistant Secretary General        No.:    **32887/1**
Office of the Assistant Secretary General        Date:   **11-27-1432** [A.H.]
                                                         **10-25-2011** [A.D.]

**(Very Urgent and Important Fax)**

**His Excellency the Esteemed / Mr. Omar Mohammed Sallam          May Allah protect him**

**Manager of the World Assembly's Yemen Office**

**Peace be upon you and Allah's mercy and blessings.**

**I hope this letter finds you healthy and well. Furthermore:**

In light of the need to prepare a report about your esteemed office, we would like to obtain reports and information about all projects, programs and activities implemented by your esteemed office during the period from (1992 A.D.) to (2002 A.D.) as soon as possible.

Kindly send the reports and information requested as soon as possible.

**May Allah protect and bless you.**

**Peace be upon you and Allah's mercy and blessings.**

[signature]

**The Assistant Secretary General**
**of Offices and International Relations**

[signature]

**Dr. Abdul Hameed Bin Youssef Al-Mazrou'**

[seal:] World Assembly of Muslim Youth
General Secretariat – Riyadh
WAMY
Established 1392 A.H. – 1972 A.D.

Rasheed / (Local and foreign offices) (Reports)

P.O. Box 10845 – Riyadh 11443 – Kingdom of Saudi Arabia
Building 1079 King Fahd Road – Muhammadiah District
Tel: (+9661) 2050000 Fax: (+9661) 2050011

P.O. Box: 10845 Riyadh 11443 - Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000 Fax: (+9661) 2050011

www.wamy.org    email: info@wamy.org

WAMY SA 5295

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications



**World Assembly of Muslim Youth**
Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : 1/32887  الرقم
Date : 27-11-1432  التاريخ
25-10-2011

مكتب الأمين العام المساعد
The Assistant Secretary General Office

(فاكس عاجل جداً ومهم)

سعادة الأخ الفاضل/ أ. عمر محمد سلام           حفظه الله
مدير مكتب الندوة باليمن

السلام عليكم ورحمة الله وبركاته.

أرجو أن يصلكم خطابي هذا وأنتم في صحة جيدة وحال طيبة، وبعد:

نظراً للحاجة إلى عمل تقرير عن مكتبكم الموقر لذا نود الحصول في أقرب وقت ممكن على تقارير ومعلومات عن كل المشروعات والبرامج والأنشطة التي نفذها مكتبكم الموقر في غضون المدة من عام (1992م) إلى عام (2002م).

آمل تكرمكم بإرسال التقارير والمعلومات المطلوبة بأقصى سرعة ممكنة.

والله يحفظكم ويرعاكم.

والسلام عليكم ورحمة الله وبركاته.

الأمين العام المساعد
للمكاتب والعلاقات الدولية

د. عبد الحميد بن يوسف المزروع



رشيد/(المكاتب الداخلية والخارجية) (التقارير)

P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000   Fax:(+9661) 2050011
www.wamy.org   e-mail: info@wamy.org

ص.ب: 10845 - الرياض 11443 - المملكة العربية السعودية
مبنى رقم 1079 - طريق الملك فهد - حي المحمدية
هاتف: (9661+)2050000 فاكس: (9661+)2050011

WAMY SA 5295

In the Name of Allah, the Beneficent, the Merciful

**Confidential Attorney-Client Communications**
**Confidential Attorney-Client Communications**

| **World Assembly of Muslim Youth** | [logo]<br>"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'"<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | **World Assembly of Muslim Youth** |
|---|---|---|
| **Member of the United Nations Non-Governmental Organizations** | | **Member of the UN NGO's** |

Office of the Assistant Secretary General        No.: __32887/1__
Office of the Assistant Secretary General        Date: __11-27-1432__ [A.H.]
                                                         __10-25-2011__ [A.D.]

**(Very Urgent and Important Fax)**

**His Excellency the Esteemed / Mr. Ibrahim Hadher                May Allah protect him**

**Manager of the World Assembly's Bosnia and Herzegovina Office**

**Peace be upon you and Allah's mercy and blessings.**

**I hope this letter finds you healthy and well. Furthermore:**

In light of the need to prepare a report about your esteemed office, we would like to obtain reports and information about all projects, programs and activities implemented by your esteemed office during the period from (1992 A.D.) to (2002 A.D.) as soon as possible.

Kindly send the reports and information requested as soon as possible.

**May Allah protect and bless you.**

**Peace be upon you and Allah's mercy and blessings.**

[signature]

**The Assistant Secretary General**

**of Offices and International Relations**

[signature]

**Dr. Abdul Hameed Bin Youssef Al-Mazrou'**

[seal:] World Assembly of Muslim Youth
General Secretariat – Riyadh
WAMY
Established 1392 A.H. – 1972 A.D.

Rasheed / (Local and foreign offices) (Reports)

---

P.O. Box 10845 – Riyadh 11443 – Kingdom of Saudi Arabia
Building 1079 King Fahd Road – Muhammadiah District
Tel: (+9661) 2050000 Fax: (+9661) 2050011

www.wamy.org      email: info@wamy.org

WAMY SA 5281

سري.. مراسلات بين المحامي والدون

Confidential: Attorney-Client Communications



**World Assembly of Muslim Youth**
Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : 1/32887 الرقم :
Date : 27-11-1432 التاريخ :
25-10-2011

مكتب الأمين العام المساعد
The Assistant Secretary General Office

(فاكس عاجل جداً ومهم)

سعادة الأخ الفاضل/ أ. إبراهيم حاضر     حفظه الله
مدير مكتب الندوة بالبوسنة والهرسك

السلام عليكم ورحمة الله وبركاته.

أرجو أن يصلكم خطابي هذا وأنتم في صحة جيدة وحال طيبة ، وبعد :

نظراً للحاجة إلى عمل تقرير عن مكتبكم الموقر لذا نود الحصول في أقرب وقت ممكن على تقارير ومعلومات عن كل المشروعات والبرامج والأنشطة التي نفذها مكتبكم الموقر في غضون المدة من عام (1992م) إلى عام (2002م).

آمل تكرمكم بإرسال التقارير والمعلومات المطلوبة بأقصى سرعة ممكنة.

والله يحفظكم ويرعاكم.

والسلام عليكم ورحمة الله وبركاته.

الأمين العام المساعد
للمكاتب والعلاقات الدولية

د. عبد الحميد بن يوسف المزروع



رشيد/(المكاتب الداخلية والخارجية) (التقارير)

P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000  Fax:(+9661) 2050011

ص.ب: 10845 - الرياض 11443 - المملكة العربية السعودية
مبنى رقم 1079 - طريق الملك فهد - حي المحمدية
هاتف: 2050000 (9661+) ، فاكس: 2050011 (9661+)

www.wamy.org     e-mail: info@wamy.org

WAMY SA 5281