# EXHIBIT 2

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

In the Name of Allah, the Beneficent, the Merciful

| | [logo] | |
|---|---|---|
| **World Assembly of Muslim Youth** | "And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.' | **World Assembly of Muslim Youth** |
| **Member of the United Nations Non-Governmental Organizations** | World Assembly of Muslim Youth WAMY 1392 A.H. – Riyadh – 1972 A.D. | **Member of the UN NGO's** |

Office of the Assistant Secretary General          No.:     __**34006/1**__
Office of the Assistant Secretary General          Date:   __**05-15-1433** [A.H.]__
                                                                              __**04-07-2012** [A.D.]__

**His Excellency the Esteemed / Mr. Mohammed Assaf Yaqoub**              **May Allah protect him**
          **Manager of the World Assembly's Kashmir Office**


**Peace be upon you and Allah's mercy and blessings.**
**I pray to Almighty Allah that you are healthy and well… Furthermore:**

      We hereby inform you that the General Secretariat is in the process of preparing an informational program about the World Assembly's foreign offices, including all financial and administrative matters related to each office for the period from (01/01/1992 A.D. to 12/31/2002 A.D.), the projects and programs implemented, the assessment of the competent authorities at the office's headquarters of these activities, and some updated information about each of the World Assembly's foreign offices.

      **We have prepared the attached forms for purposes of collecting this information. Kindly fill out the forms (accurately and carefully),** and return them to the General Secretariat as soon as possible, within two weeks, so we can incorporate your esteemed office's information in the aforementioned program.

      In addition, kindly provide us with an account statement for the World Assembly's office for the aforementioned period.

      **May Allah protect and bless you.**

      **Peace be upon you and Allah's mercy and blessings…**

      [signature]

                                          **The Assistant Secretary General**
                                          **of Offices and International Relations**
                                                      [signature]
                                    **Dr. Abdul Hameed Bin Youssef Al-Mazrou'**

            [seal:] World Assembly of Muslim Youth
                        General Secretariat – Riyadh
                        WAMY
                        Established 1392 A.H. – 1972 A.D.


❖  Copy with regards to the Mecca Region Office
[illegible]

(1)

P.O. Box 10845 – Riyadh 11443 – Kingdom of Saudi Arabia
Building 1079 King Fahd Road – Muhammadiah District
Tel: (+9661) 2050000 Fax: (+9661) 2050011

*P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia*
*Building 1079 King Fahd Road - Muhammadiah Dist.*
*Tel: (+9661) 2050000  Fax:(+9661) 2050011*

**www.wamy.org**   **email: info@wamy.org**

WAMY SA 5767

سري.. مراسلات بين المحامي والندوة
**Confidential: Attorney-Client Communications**



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : الرقم : **1/34006**

Date : التاريخ : **15-05-1433**
**07-04-2012**

مكتب الأمين العام المساعد

The Assistant Secretary General Office

سعادة الأخ الفاضل / أ. محمد آصف يعقوب            حفظه الله

مشرف مكتب الندوة بكشمير

السلام عليكم ورحمة الله وبركاته ..

أسأل الله تعالى أن تكونوا بخير حال وعافية .. أما بعد

نفيدكم بأن الأمانة العامة بصدد إعداد برنامج معلوماتي عن مكاتب الندوة الخارجية يشمل كل الأمور المالية والإدارية المتعلقة بكل مكتب في الفترة من عام (١٩٩٢/١/١ م-٢٠٠٢/١٢/٣١ م) والمشروعات والبرامج المنفذة وتقييم الجهات المعنية في مقر عمل المكتب لهذه المناشط، إضافة إلى بعض المعلومات الحديثة عن كل مكتب من مكاتب الندوة الخارجية.

وقد أعددنا لجمع تلك المعلومات النماذج المرفقة، نأمل التكرم بتعبئة النماذج (بدقة وعناية) وإعادتها إلى الأمانة العامة في أقرب وقت ممكن بحيث لا يتعدى أسبوعين ليتسنى لنا إدخال معلومات مكتبكم في البرنامج المشار إليه.

كما أننا نأمل تزويدنا بكشف حساب مكتب الندوة عن الفترة المذكورة.

والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته . . ،،،

الأمين العام المساعد

للمكاتب والعلاقات الدولية

د. عبد الحميد بن يوسف المزروع



❖ صورة مع التحية لمكتب منطقة مكة المكرمة

P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia      (١)      ١١١- ٤٤٠٠٠ - المملكة العربية السعودية
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000  Fax:(+9661) 2050011

www.wamy.org     e-mail: info@wamy.org

WAMY SA 5767

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

In the Name of Allah, the Beneficent, the Merciful

| | [logo] | |
|---|---|---|
| **World Assembly of Muslim Youth** | "And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.' | **World Assembly of Muslim Youth** |
| **Member of the United Nations Non-Governmental Organizations** | World Assembly of Muslim Youth WAMY 1392 A.H. – Riyadh – 1972 A.D. | **Member of the UN NGO's** |

Office of the Assistant Secretary General     No.:    **34006/1**
Office of the Assistant Secretary General     Date:    **05-15-1433** [A.H.]
                                                      **04-07-2012** [A.D.]

**His Excellency the Esteemed / Mr. Omar Mohammed Naji**        **May Allah protect him**
           **Manager of the World Assembly's Yemen Office**

**Peace be upon you and Allah's mercy and blessings.**
**I pray to Almighty Allah that you are healthy and well… Furthermore:**

       We hereby inform you that the General Secretariat is in the process of preparing an informational program about the World Assembly's foreign offices, including all financial and administrative matters related to each office for the period from (01/01/1992 A.D. to 12/31/2002 A.D.), the projects and programs implemented, the assessment of the competent authorities at the office's headquarters of these activities, and some updated information about each of the World Assembly's foreign offices.

       **We have prepared the attached forms for purposes of collecting this information. Kindly fill out the forms (accurately and carefully),** and return them to the General Secretariat as soon as possible, within two weeks, so we can incorporate your esteemed office's information in the aforementioned program.

       In addition, kindly provide us with an account statement for the World Assembly's office for the aforementioned period.

       **May Allah protect and bless you.**

       **Peace be upon you and Allah's mercy and blessings…**

[signature]

                       **The Assistant Secretary General**
                      **of Offices and International Relations**
                                [signature]
                     **Dr. Abdul Hameed Bin Youssef Al-Mazrou'**

             [seal:] World Assembly of Muslim Youth
                   General Secretariat – Riyadh
                   WAMY
                   Established 1392 A.H. – 1972 A.D.

❖   Copy with regards to the Mecca Region Office
[illegible]

                                       (1)

P.O. Box 10845 – Riyadh 11443 – Kingdom of Saudi Arabia
Building 1079 King Fahd Road – Muhammadiah District
Tel: (+9661) 2050000 Fax: (+9661) 2050011

*P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia*
*Building 1079 King Fahd Road - Muhammadiah Dist.*
*Tel: (+9661) 2050000 Fax:(+9661) 2050011*

**www.wamy.org**    **email: info@wamy.org**

WAMY SA 5439

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

(2) Employees at the World Assembly's Office during the period from 01/01/1992 A.D. to 12/31/2002 A.D.:

| Name | Nationality | Position | Work Start Date | Work Departure Date | Type of Job / Fulltime / Part-time / Collaborator |
|------|-------------|----------|-----------------|---------------------|--------------------------------------------------|
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |
|      |             |          |                 |                     |                                                  |

If the requested information is not available, please indicate why.

(3)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5440

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

(1) Financial and in-kind assistance received by the World Assembly's Office from other (non-World Assembly) entities during the period from 01/01/1992 A.D. to 12/31/2002 A.D.:

| Type of Assistance | Amount / Quantity | Grantor Entity | Purpose of the Assistance | Date of Assistance |
|---|---|---|---|---|
| * Financial | * 10,000 riyals | * Company | * Building a school | * 01/01/1992 A.D. |
| * In-kind | * Clothing and medicines | * Ministry | * Refugee relief | * 01/01/1412 A.H. [07/13/1991 A.D.] |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

First: The information preceded by an asterisk (*) is fictitious and not real.
Second: If the requested information is not available, please indicate why.

(2)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5441

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

(3) Letters praising the activities and projects implemented by the World Assembly's Office during the period from 01/01/1992 A.D. to 12/31/2002 A.D.:

| Sent by | Position | Content of the Letter | Date |
|---|---|---|---|
| * Mr. Abdullah | * Director of the …. Establishment | Praise for the World Assembly's relief project | 01/01/1992 A.D. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

The information preceded by an asterisk (*) is fictitious and not real.

(4)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5442

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

Photograph

**Employee File**

| | | | |
|---|---|---|---|
| **Name** | | **Employee No.** | |
| **Nationality** | | **Date of birth** | |
| **Marital status** | | **Number of children** | |
| **Position** | **Monthly salary** | **Passport No.** | |
| **Educational qualifications** | | **Languages** | |
| **Work hours** | Fulltime     [ ] | Part-time     [ ] | |
| **Country** | | **City** | |
| **Employee's address** | | | |
| **Email** | | **Mobile Tel. No.** | |
| **Hire date** | | **Previous experience** | |
| **Job duties at the World Assembly's Office** | 1- | | |
| | 2- | | |
| | 3- | | |
| | 4- | | |
| | 5- | | |
| | 6- | | |
| | 7- | | |
| | 8- | | |
| | 9- | | |
| | 10- | | |

Note: Form to be filled out by each employee.

(5)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5443

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

### Statement of Office Employee Salaries

| No. | Employee Name | Position | Salary in Riyals/Dollars | Hours Fulltime / Part-time |
|-----|--------------|----------|--------------------------|----------------------------|
| 1   |              |          |                          |                            |
| 2   |              |          |                          |                            |
| 3   |              |          |                          |                            |
| 4   |              |          |                          |                            |
| 5   |              |          |                          |                            |
| 6   |              |          |                          |                            |
| 7   |              |          |                          |                            |
| 8   |              |          |                          |                            |
| 9   |              |          |                          |                            |
| 10  |              |          |                          |                            |

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5444

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

### Operating Expenses

| No. | Description | Amount | Remarks |
|-----|-------------|--------|---------|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |

(7)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5445

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

**Statement of the Office's Property**

| No. | Type | Year of Purchase | Quantity | Features | Remarks |
|-----|------|------------------|----------|----------|---------|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |

(8)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5446

Confidential Attorney-World Assembly Communications
Confidential Attorney-Client Communications

### Office Information

| Office | | In the city of | | P.O. Box | | |
|---|---|---|---|---|---|---|
| Tel. no. | | | | Fax no. | | |
| Website | | | | Email | | |
| Legal status | | ( ) Licensed | ( ) International<br>( ) Local | Valid until<br>_____ | ( ) Not Licensed | Why? _____ |
| Number of office employees | | | | Office's operating budget | | |
| Magnitude of Office's activity | | ( ) Excellent | ( ) Good | ( ) Average | ( ) Weak | |
| Office's relationship with the government | | ( ) Excellent | ( ) Good | ( ) Average | ( ) Weak | |
| Office's relationship with the people | | ( ) Excellent | ( ) Good | ( ) Average | ( ) Weak | |
| Office's relationship with public figures | | ( ) Excellent | ( ) Good | ( ) Average | ( ) Weak | |
| Magnitude of the Office's volunteer work | | ( ) Excellent | ( ) Good | ( ) Average | ( ) Weak | |
| Office's relationship with Islamic entities | | ( ) Excellent | ( ) Good | ( ) Average | ( ) Weak | |
| Office's relationship with member organizations in the region | | ( ) Excellent | ( ) Good | ( ) Average | ( ) Weak | |
| Possibility for the Office to become a regional office in the region | | ( ) Possible because:<br>_____ | | ( ) Not possible because:<br>_____ | | |

| The World Assembly's activities and programs | | | | | |
|---|---|---|---|---|---|
| Implementation of the World Assembly's activities and programs | ( ) Through the Office:<br>Percentage ___ % | | ( ) Through member organizations:<br>Percentage ___ % | | ( ) Through other organizations:<br>Percentage ___ % |
| Nature of the Office's activities | Educational Percentage ___ % | Dawah Percentage ___ % | Media & Intellectual Percentage ___ % | Social & Developmental Percentage ___ % | Relief Percentage ___ % | Other: _____ Percentage ___ % |

(9)

Confidential Attorney-World Assembly Communications
Confidential Attorney-Client Communications

WAMY SA 5447

Confidential Attorney-World Assembly Communications
Confidential Attorney-Client Communications

| Are the World Assembly's activities and programs spread out across the country? | ( ) Yes | Percentage ___ % | ( ) No |
|---|---|---|---|

| The Office's headquarters | | | |
|---|---|---|---|
| **Type of building** | ( ) Villa | ( ) Building | ( ) Apartment |
| | ( ) Endowment | ( ) Private Property | ( ) Leased |
| **Size of the building** | ( ) Large | ( ) Suitable | ( ) Small |
| **Office's location** | ( ) Suitable | | ( ) Unsuitable |
| **Office's quality** | ( ) New | ( ) Old | ( ) Renovated |
| **Remarks about the building** | ● ● | | |

| The Office's resources | | | |
|---|---|---|---|
| **Are there endowments for the Office?** | ( ) Yes     ( ) No | If the answer is yes, state it | |
| **Does the Office have its own financial resources?** | ( ) Yes, percentage _____ % of the Office's total budget | | ( ) No |
| **What is the disbursement mechanism for these resources, if available?** | 1- _____<br>2- _____<br>3- _____ | | |
| **What is the possibility of activating development of the Office's resources through** | 1. Collecting donations from local donors | ( ) Possible | ( ) Not possible |
| | 2. Various investments | ( ) Possible | ( ) Not possible |
| | If the answer is possible, what is the nature of these investments?<br>_____ | | |

**Kindly attach the following:**

(10)

Confidential Attorney-World Assembly Communications
Confidential Attorney-Client Communications

WAMY SA 5448

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

1- Photos of the interior and exterior of the World Assembly's Office.
2- A photo of the Office's site or map in the region.
3- Photos of some of the projects and activities implemented by the Office.

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

(11)

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

بسم الله الرحمن الرحيم

الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

World Assembly of Muslim Youth
Member of the UN NGO'S

مكتب الأمين العام المساعد
The Assistant Secretary General Office

Ref. No : 1/34006 : الرقم
Date : 15-05-1433 : التاريخ
07-04-2012

سعادة الأخ الفاضل / أ. عمر محمد ناجي
مدير مكتب الندوة باليمن

حفظه الله

السلام عليكم ورحمة الله وبركاته ..

أسأل الله تعالى أن تكونوا بخير حال وعافية .. أما بعد

نفيدكم بأن الأمانة العامة بصدد إعداد برنامج معلوماتي عن مكاتب الندوة الخارجية يشمل كل الأمور المالية والإدارية المتعلقة بكل مكتب في الفترة من عام (١٩٩٢/١/١ م-٢٠٠٢/١٢/٣١ م) والمشروعات والبرامج المنفذة وتقييم الجهات المعنية في مقر عمل المكتب لهذه المناشط، إضافة إلى بعض المعلومات الحديثة عن كل مكتب من مكاتب الندوة الخارجية.

وقد أعددنا لجمع تلك المعلومات النماذج المرفقة، نأمل التكرم بتعبئة النماذج (بدقة وعناية) وإعادتها إلى الأمانة العامة في أقرب وقت ممكن بحيث لا يتعدى أسبوعين ليتسنى لنا إدخال معلومات مكتبكم الموقر في البرنامج المشار إليه.

كما أننا نأمل تزويدنا بكشف حساب مكتب الندوة عن الفترة المذكورة.

والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته . . .،

الأمين العام المساعد
للمكاتب والعلاقات الدولية

د. عبد الحميد بن يوسف المزروع

WAMY

❖صورة مع التحية لمكتب منطقة مكة المكرمة

(١)

ص.ب: ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية
P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
www.wamy.org e-mail: info@wamy.org

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

(٢)العاملون في مكتب الندوة في الفترة من ١٩٩٢/١/١ م - ٢٠٠٢/١٢/٣١ م:

| نوع الوظيفة دوام كامل / جزئي/متعاون | تاريخ ترك العمل | تاريخ بدء العمل | الوظيفة | الجنسية | الاسم |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

إذا لم تتوافر المعلومات المطلوبة فيرجى ذكر سبب ذلك.

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMY SA 5440

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

(١) المساعدات النقدية والعينية التي تسلمها مكتب الندوة من جهات أخرى (غير الندوة) في الفترة من

١٩٩٢/١/١ م - ٢٠٠٢/١٢/٣١ م:

| نوع المساعدة | المبلغ / الكمية | الجهة المانحة | الغرض من المساعدة | تاريخ المساعدة |
|---|---|---|---|---|
| ❖ مالية | ❖ ١٠،٠٠٠ ريال | ❖ شركة... | ❖ بناء مدرسة | ❖ ١٩٩٢/١/١ م |
| ❖ عينية | ❖ ملابس وأدوية | ❖ وزارة ... | ❖ إغاثة اللاجئين | ❖ ١٤١٢/١/١هـ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

أولاً: المعلومات المؤشر أمامها بعلامة ( ❖ ) معلومات شكلية غير حقيقية.

ثانياً: إذا لم تتوافر المعلومات المطلوبة فيرجى ذكر سبب ذلك.

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMY SA 5441

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

- (٣) خطابات ثناء وإشادة بالمناشط والمشروعات التي نفذها مكتب الندوة في الفترة من ١٩٩٢/١/١ م
٢٠٠٢/١٢/٣١ م:

| تاريخه | فحوى الخطاب | وظيفته | المرسل منه |
|---|---|---|---|
| ١٩٩٢/١/١ م | الثناء على المشروع الإغاثي للندوة | ❖ مدير مؤسسة ... | ❖أ. عبد الله |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

المعلومات المؤشر أمامها بعلامة (❖) معلومات شكلية غير حقيقية.

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMY SA 5442

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

## ملف الموظفين

| | | | | الاسم |
|---|---|---|---|---|
| رقم الموظف | | | | |
| | تاريخ الميلاد | | | الجنسية |
| | عدد الأولاد | | | الحالة الاجتماعية |
| رقم الجواز | | الراتب الشهري | | الوظيفة |
| | اللغات | | | المؤهلات العلمية |
| ☐ | تفرغ جزئي | ☐ | تفرغ كامل | التفرغ |
| | المدينة | | | الدولة |
| | | | | عنوان الموظف |
| الجوال | | | | بريد إلكتروني |
| | الخبرات السابقة | | | تاريخ الالتحاق بالعمل |

صورة شخصية

|  | مهام العمل بمكتب الندوة |
|---|---|
| ١- | |
| ٢- | |
| ٣- | |
| ٤- | |
| ٥- | |
| ٦- | |
| ٧- | |
| ٨- | |
| ٩- | |
| ١٠- | |

ملاحظة: يعبأ نموذج لكل موظف

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

(٥)

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

# كشف رواتب موظفي المكتب

| رقم | اسم الموظف | الوظيفة | الراتب بالريال/بالدولار | الدوام كامل/جزئي |
|-----|-----------|---------|------------------------|-------------------|
| ١ | | | | |
| ٢ | | | | |
| ٣ | | | | |
| ٤ | | | | |
| ٥ | | | | |
| ٦ | | | | |
| ٧ | | | | |
| ٨ | | | | |
| ٩ | | | | |
| ١٠ | | | | |

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMY SA 5444

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

## المصاريف التشغيلية

| م | البيان | المبلغ | ملاحظات |
|---|---|---|---|
| ١ | | | |
| ٢ | | | |
| ٣ | | | |
| ٤ | | | |
| ٥ | | | |
| ٦ | | | |
| ٧ | | | |
| ٨ | | | |
| ٩ | | | |
| ١٠ | | | |
| ١١ | | | |
| ١٢ | | | |
| ١٣ | | | |

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMY SA 5445

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

## كشف بممتلكات المكتب

| م | الصنف | سنة الشراء | العدد | الخصائص | ملاحظات |
|---|---|---|---|---|---|
| ١ | | | | | |
| ٢ | | | | | |
| ٣ | | | | | |
| ٤ | | | | | |
| ٥ | | | | | |
| ٦ | | | | | |
| ٧ | | | | | |
| ٨ | | | | | |
| ٩ | | | | | |
| ١٠ | | | | | |
| ١١ | | | | | |
| ١٢ | | | | | |
| ١٣ | | | | | |
| ١٤ | | | | | |
| ١٥ | | | | | |
| ١٦ | | | | | |
| ١٧ | | | | | |
| ١٨ | | | | | |
| ١٩ | | | | | |
| ٢٠ | | | | | |
| ٢١ | | | | | |

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMY SA 5446

Confidential: Attorney-Client Communications

Confidential: Attorney-Client Communications

WAMY SA 5447

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

| هل تشمل برامج المكتب التشريع الدولة؟ | ○ نعم | بنسبة ........% | ○ لا |

| مقر المكتب | | | |
|---|---|---|---|
| نوع المبنى | ○ فيلا | ○ عمارة | ○ شقة |
| | ○ وقف | ○ ملك | ○ مستأجر |
| حجم المبنى | ○ كبير | ○ مناسب | ○ صغير |
| موقع المبنى | ○ مناسب | | ○ غير مناسب |
| جودة المبنى | ○ جديد | ○ قديم | ○ مرمم |
| ملاحظات على المبنى | • | | |
| | • | | |

| موارد المكتب | | |
|---|---|---|
| هل يوجد أوقاف للمكتب | ○ نعم   ○ لا | إذا كانت الإجابة بنعم أذكرها |
| هل يوجد موارد مالية ذاتية للمكتب | ○ نعم بنسبة ........% من الميزانية الإجمالية للمكتب | ○ لا |
| ما هى آلية صرف هذه الموارد فى حال توفرها | ١– ....................................... | |
| | ٢– ....................................... | |
| | ٣– ....................................... | |
| ما مدى إمكانية تفعيل تنمية موارد المكتب عن طريق | ١. جمع التبرعات من المحسنين المحليين   ○ ممكن   ○ غير ممكن | |
| | ٢. الاستثمارات المختلفة   ○ ممكن   ○ غير ممكن | |
| | إذا كان الإجابة بممكن، فما هي طبيعة هذه الاستثمارات؟ | |
| | ....................................... | |

نأمل التكرم بإرفاق التالي:

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMY SA 5448

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

١-   صور لمكتب الندوة من الداخل والخارج.

٢-   صورة لموقع أو خريطة المكتب في المنطقة.

٣-   صور لبعض المشاريع والأنشطة التي نفذها المكتب.

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

In the Name of Allah, the Beneficent, the Merciful

| | | |
|---|---|---|
| **World Assembly of Muslim Youth** | [logo]<br>"And who is better in speech than one who<br>invites to Allah and does righteousness and<br>says, 'Indeed, I am of the Muslims.'<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | **World Assembly of Muslim Youth** |
| **Member of the United Nations**<br>**Non-Governmental Organizations** | | **Member of the UN NGO's** |

Office of the Assistant Secretary General          No.:     **34006/1**
Office of the Assistant Secretary General          Date:     **05-15-1433** [A.H.]
    **04-07-2012** [A.D.]

**His Excellency the Esteemed / Mr. Ibrahim Hadher**            **May Allah protect him**
     **Manager of the World Assembly's Bosnia and Herzegovina Office**

**Peace be upon you and Allah's mercy and blessings.**
**I pray to Almighty Allah that you are healthy and well… Furthermore:**

     We hereby inform you that the General Secretariat is in the process of preparing an informational program about the World Assembly's foreign offices, including all financial and administrative matters related to each office for the period from (01/01/1992 A.D. to 12/31/2002 A.D.), the projects and programs implemented, the assessment of the competent authorities at the office's headquarters of these activities, and some updated information about each of the World Assembly's foreign offices.

     **We have prepared the attached forms for purposes of collecting this information. Kindly fill out the forms (accurately and carefully),** and return them to the General Secretariat as soon as possible, within two weeks, so we can incorporate your esteemed office's information in the aforementioned program.

     In addition, kindly provide us with an account statement for the World Assembly's office for the aforementioned period.

     **May Allah protect and bless you.**
     **Peace be upon you and Allah's mercy and blessings…**

[signature]

**The Assistant Secretary General**
**of Offices and International Relations**
[signature]
**Dr. Abdul Hameed Bin Youssef Al-Mazrou'**

[seal:] World Assembly of Muslim Youth
General Secretariat – Riyadh
WAMY
Established 1392 A.H. – 1972 A.D.

❖ Copy to the Offices and International Relations Department
[illegible]

(1)

P.O. Box 10845 – Riyadh 11443 – Kingdom of Saudi Arabia
Building 1079 King Fahd Road – Muhammadiah District
Tel: (+9661) 2050000 Fax: (+9661) 2050011
**www.wamy.org**    **email: info@**[cut off]

*P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000  Fax:(+9661) 2050011*

WAMY SA 5667

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

(2) Employees at the World Assembly's Office during the period from 01/01/1992 A.D. to 12/31/2002 A.D.:

| Name | Nationality | Position | Work Start Date | Work Departure Date | Type of Job / Fulltime / Part-time / Collaborator |
|------|-------------|----------|-----------------|---------------------|---------------------------------------------------|
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |
|      |             |          |                 |                     |                                                   |

If the requested information is not available, please indicate why.

(3)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5668

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

(1) Financial and in-kind assistance received by the World Assembly's Office from other (non-World Assembly) entities during the period from 01/01/1992 A.D. to 12/31/2002 A.D.:

| Type of Assistance | Amount / Quantity | Grantor Entity | Purpose of the Assistance | Date of Assistance |
|---|---|---|---|---|
| * Financial | * 10,000 riyals | * Company | * Building a school | * 01/01/1992 A.D. |
| * In-kind | * Clothing and medicines | * Ministry | * Refugee relief | * 01/01/1412 A.H. [07/13/1991 A.D.] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

First: The information preceded by an asterisk (*) is fictitious and not real.
Second: If the requested information is not available, please indicate why.

(2)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5669

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

(3) Letters praising the activities and projects implemented by the World Assembly's Office during the period from 01/01/1992 A.D. to 12/31/2002 A.D.:

| Sent by | Position | Content of the Letter | Date |
|---|---|---|---|
| * Mr. Abdullah | * Director of the …. Establishment | Praise for the World Assembly's relief project | 01/01/1992 A.D. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

The information preceded by an asterisk (*) is fictitious and not real.

(4)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5670

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

**Employee File**

|  |  |  | Photograph |
|---|---|---|---|

| Name | | | | | Employee No. | |
|---|---|---|---|---|---|---|
| Nationality | | | Date of birth | | | |
| Marital status | | | Number of children | | | |
| Position | | Monthly salary | | | Passport No. | |
| Educational qualifications | | | Languages | | | |
| Work hours | Fulltime          [ ] | | | Part-time          [ ] | | |
| Country | | | | City | | |
| Employee's address | | | | | | |
| Email | | | | Mobile Tel. No. | | |
| Hire date | | | Previous experience | | | |

| Job duties at the World Assembly's Office | 1- |
|---|---|
| | 2- |
| | 3- |
| | 4- |
| | 5- |
| | 6- |
| | 7- |
| | 8- |
| | 9- |
| | 10- |

Note: Form to be filled out by each employee.

(5)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5671

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

### Statement of Office Employee Salaries

| No. | Employee Name | Position | Salary in Riyals/Dollars | Hours Fulltime / Part-time |
|-----|---------------|----------|--------------------------|----------------------------|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

(6)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5672

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

**<u>Operating Expenses</u>**

| No. | Description | Amount | Remarks |
|-----|-------------|--------|---------|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |

(7)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5673

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

### Statement of the Office's Property

| No. | Type | Year of Purchase | Quantity | Features | Remarks |
|-----|------|------------------|----------|----------|---------|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |

(8)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5674

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

### Office Information

| Office | | In the city of | | P.O. Box | | |
|---|---|---|---|---|---|---|
| Tel. no. | | | | Fax no. | | |
| Website | | | | Email | | |
| Legal status | | ( ) Licensed | ( ) International ( ) Local | Valid until _____ | ( ) Not Licensed | Why? _____ |
| Number of office employees | | | | Office's operating budget | | |
| Magnitude of Office's activity | ( ) Excellent | | ( ) Good | | ( ) Average | ( ) Weak |
| Office's relationship with the government | ( ) Excellent | | ( ) Good | | ( ) Average | ( ) Weak |
| Office's relationship with the people | ( ) Excellent | | ( ) Good | | ( ) Average | ( ) Weak |
| Office's relationship with public figures | ( ) Excellent | | ( ) Good | | ( ) Average | ( ) Weak |
| Magnitude of the Office's volunteer work | ( ) Excellent | | ( ) Good | | ( ) Average | ( ) Weak |
| Office's relationship with Islamic entities | ( ) Excellent | | ( ) Good | | ( ) Average | ( ) Weak |
| Office's relationship with member organizations in the region | ( ) Excellent | | ( ) Good | | ( ) Average | ( ) Weak |
| Possibility for the Office to become a regional office in the region | ( ) Possible because: _____ | | | ( ) Not possible because: _____ | | |

| The World Assembly's activities and programs | | | | | | |
|---|---|---|---|---|---|---|
| Implementation of the World Assembly's activities and programs | ( ) Through the Office: Percentage ____ % | | ( ) Through member organizations: Percentage ____ % | | ( ) Through other organizations: Percentage ____ % | |
| Nature of the Office's activities | Educational Percentage ____ % | Dawah Percentage ____ % | Media & Intellectual Percentage ___ % | Social & Developmental Percentage ___ % | Relief Percentage ___ % | Other: _____ Percentage ___ % |

(9)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5675

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

| Are the World Assembly's activities and programs spread out across the country? | ( ) Yes | Percentage ___ % | ( ) No |
|---|---|---|---|

| The Office's headquarters | | | |
|---|---|---|---|
| **Type of building** | ( ) Villa | ( ) Building | ( ) Apartment |
| | ( ) Endowment | ( ) Private Property | ( ) Leased |
| **Size of the building** | ( ) Large | ( ) Suitable | ( ) Small |
| **Office's location** | ( ) Suitable | | ( ) Unsuitable |
| **Office's quality** | ( ) New | ( ) Old | ( ) Renovated |
| **Remarks about the building** | • <br> • | | |

| The Office's resources | | | |
|---|---|---|---|
| **Are there endowments for the Office?** | ( ) Yes     ( ) No | If the answer is yes, state it | |
| **Does the Office have its own financial resources?** | ( ) Yes, percentage _____ % of the Office's total budget | | ( ) No |
| **What is the disbursement mechanism for these resources, if available?** | 1- _____ <br> 2- _____ <br> 3- _____ | | |
| **What is the possibility of activating development of the Office's resources through** | 1. Collecting donations from local donors | ( ) Possible | ( ) Not possible |
| | 2. Various investments | ( ) Possible | ( ) Not possible |
| | If the answer is possible, what is the nature of these investments? <br> _____ | | |

**Kindly attach the following:**

(10)

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

WAMY SA 5676

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

1- Photos of the interior and exterior of the World Assembly's Office.
2- A photo of the Office's site or map in the region.
3- Photos of some of the projects and activities implemented by the Office.

**Confidential Attorney-World Assembly Communications**
**Confidential Attorney-Client Communications**

(11)

سري.. مراسلات بين المحامي والموكل
WAMY SA 5667
Confidential: Attorney-Client Communications



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : ‫الرقم‬ : **1/34006**

Date : ‫التاريخ‬ : **15-05-1433**
**07-04-2012**

مكتب الأمين العام المساعد

The Assistant Secretary General Office

سعادة الأخ الفاضل / أ. إبراهيم حاضر              حفظه الله

مدير مكتب الندوة في البوسنة والهرسك

السلام عليكم ورحمة الله وبركاته ..

أسأل الله تعالى أن تكونوا بخير حال وعافية .. أما بعد

نفيدكم بأن الأمانة العامة بصدد إعداد برنامج معلوماتي عن مكاتب الندوة الخارجية يشمل كل الأمور المالية والإدارية المتعلقة بكل مكتب في الفترة من عام (١٩٩٢/١/١ م-٢٠٠٢/١٢/٣١ م) والمشروعات والبرامج المنفذة وتقييم الجهات المعنية في مقر عمل المكتب لهذه المناشط، إضافة إلى بعض المعلومات الحديثة عن كل مكتب من مكاتب الندوة الخارجية.

وقد أعددنا لجمع تلك المعلومات النماذج المرفقة، نأمل التكرم بتعبئة النماذج (بدقة وعناية) وإعادتها إلى الأمانة العامة في أقرب وقت ممكن بحيث لا يتعدى أسبوعين ليتسنى لنا إدخال معلومات مكتبكم في البرنامج المشار إليه.

كما أننا نأمل تزويدنا بكشف حساب مكتب الندوة عن الفترة المذكورة.

والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته .. ،،

الأمين العام المساعد

للمكاتب والعلاقات الدولية

د. عبد الحميد بن يوسف المزروع



❖صورة لإدارة المكاتب والعلاقات الدولية

P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000  Fax:(+9661) 2050011

(١)

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية
مبنى رقم ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف: (٢٠٥٠٠٠٠)(٩٦٦١+) فاكس:(٢٠٥٠٠١١)(٩٦٦١+)

www.wamy.org    e-mail: info@wamy.org

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

(٢) العاملون في مكتب الندوة في الفترة من ١٩٩٢/١/١ م - ٢٠٠٢/١٢/٣١ م:

| نوع الوظيفة دوام كامل / جزئي/متعاون | تاريخ ترك العمل | تاريخ بدء العمل | الوظيفة | الجنسية | الاسم |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

إذا لم تتوافر المعلومات المطلوبة فيرجى ذكر سبب ذلك.

(٣)

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMY SA 5668

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

(١) المساعدات النقدية والعينية التي تسلمها مكتب الندوة من جهات أخرى (غير الندوة) في الفترة من

١٩٩٢/١/١ م - ٢٠٠٢/١٢/٣١ م:

| نوع المساعدة | المبلغ / الكمية | الجهة المانحة | الغرض من المساعدة | تاريخ المساعدة |
|---|---|---|---|---|
| ❖ مالية | ❖ ١٠،٠٠٠ ريال | ❖ شركة... | ❖ بناء مدرسة | ❖ ١٩٩٢/١/١ م |
| ❖ عينية | ❖ ملابس وأدوية | ❖ وزارة ... | ❖ إغاثة اللاجئين | ❖ ١٤١٢/١/١هـ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

أولاً: المعلومات المؤشر أمامها بعلامة ( ❖ ) معلومات شكلية غير حقيقية.

ثانياً: إذا لم تتوافر المعلومات المطلوبة فيرجى ذكر سبب ذلك.

(٢)

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMY SA 5669

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

(٣) خطابات ثناء وإشادة بالمناشط والمشروعات التي نفذها مكتب الندوة في الفترة من ١٩٩٢/١/١ م -

٢٠٠٢/١٢/٣١ م:

| المرسل منه | وظيفته | فحوى الخطاب | تاريخه |
|---|---|---|---|
| ❖أ. عبد الله | ❖ مدير مؤسسة ... | الثناء على المشروع الإغاثي للندوة | ١٩٩٢/١/١ م |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

المعلومات المؤشر أمامها بعلامة (❖) معلومات شكلية غير حقيقية.

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMY SA 5670

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

## ملف الموظفين

| | | صورة شخصية |
|---|---|---|

| | رقم الموظف | | الاسم |
|---|---|---|---|
| | تاريخ الميلاد | | الجنسية |
| | عدد الأولاد | | الحالة الاجتماعية |
| رقم الجواز | الراتب الشهري | | الوظيفة |
| اللغات | | | المؤهلات العلمية |
| ☐ | تفرغ جزئي | ☐ تفرغ كامل | التفرغ |
| المدينة | | | الدولة |
| | | | عنوان الموظف |
| الجوال | | | بريد إلكتروني |
| الخبرات السابقة | | | تاريخ الالتحاق بالعمل |

| مهام العمل بمكتب الندوة |
|---|
| ١- |
| ٢- |
| ٣- |
| ٤- |
| ٥- |
| ٦- |
| ٧- |
| ٨- |
| ٩- |
| ١٠- |

ملاحظة: يعبأ نموذج لكل موظف

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMY SA 5671

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

# كشف رواتب موظفي المكتب

| رقم | اسم الموظف | الوظيفة | الراتب بالريال/بالدولار | الدوام كامل/جزئي |
|---|---|---|---|---|
| ١ | | | | |
| ٢ | | | | |
| ٣ | | | | |
| ٤ | | | | |
| ٥ | | | | |
| ٦ | | | | |
| ٧ | | | | |
| ٨ | | | | |
| ٩ | | | | |
| ١٠ | | | | |

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMY SA 5672

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

## المصاريف التشغيلية

| م | البيان | المبلغ | ملاحظات |
|---|---|---|---|
| ١ | | | |
| ٢ | | | |
| ٣ | | | |
| ٤ | | | |
| ٥ | | | |
| ٦ | | | |
| ٧ | | | |
| ٨ | | | |
| ٩ | | | |
| ١٠ | | | |
| ١١ | | | |
| ١٢ | | | |
| ١٣ | | | |

(v)

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

سري.. مراسلات بين المحامي والندوة

Confidential: Attorney-Client Communications

## كشف بممتلكات المكتب

| م | الصنف | سنة الشراء | العدد | الخصائص | ملاحظات |
|---|---|---|---|---|---|
| ١ | | | | | |
| ٢ | | | | | |
| ٣ | | | | | |
| ٤ | | | | | |
| ٥ | | | | | |
| ٦ | | | | | |
| ٧ | | | | | |
| ٨ | | | | | |
| ٩ | | | | | |
| ١٠ | | | | | |
| ١١ | | | | | |
| ١٢ | | | | | |
| ١٣ | | | | | |
| ١٤ | | | | | |
| ١٥ | | | | | |
| ١٦ | | | | | |
| ١٧ | | | | | |
| ١٨ | | | | | |
| ١٩ | | | | | |
| ٢٠ | | | | | |
| ٢١ | | | | | |

سري.. مراسلات بين المحامي والندوة

Confidential: Attorney-Client Communications

WAMY SA 5674

مراسلات سرية بين المحامي والموكل
Confidential: Attorney-Client Communications

مراسلات سرية بين المحامي والموكل
Confidential: Attorney-Client Communications

WAMY SA 5675

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

| هل لنشاط وبرامج المكتب انتشار في الدولة؟ | ○ نعم | بنسبة ........% | ○ لا |

| مقر المكتب | | | |
| --- | --- | --- | --- |
| نوع المبنى | ○ فيلا | ○ عمارة | ○ شقة |
| | ○ وقف | ○ ملك | ○ مستأجر |
| حجم المبنى | ○ كبير | ○ مناسب | ○ صغير |
| موقع المبنى | ○ مناسب | | ○ غير مناسب |
| جودة المبنى | ○ جديد | ○ قديم | ○ مرمم |
| ملاحظات على المبنى | • | | |
| | • | | |

| موارد المكتب | | |
| --- | --- | --- |
| هل يوجد أوقاف للمكتب | ○ نعم   ○ لا | إذا كانت الإجابة بنعم أذكرها |
| هل يوجد موارد مالية ذاتية للمكتب | ○ نعم بنسبة ........% من الميزانية الإجمالية للمكتب | ○ لا |
| ما هي آلية صرف هذه الموارد في حال توفرها | ١– ..................................................<br>٢– ..................................................<br>٣– .................................................. | |
| ما مدى إمكانية تفعيل تنمية موارد المكتب عن طريق | ١. جمع التبرعات من المحسنين المحليين | ○ ممكن   ○ غير ممكن |
| | ٢. الاستثمارات المختلفة | ○ ممكن   ○ غير ممكن |
| | إذا كان الإجابة بممكن، فما هي طبيعة هذه الاستثمارات؟<br>.................................................. | |

نأمل التكرم بإرفاق التالي:

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMY SA 5676

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

١ –   صور لمكتب الندوة من الداخل والخارج.

٢ –   صورة لموقع أو خريطة المكتب في المنطقة.

٣ –   صور لبعض المشاريع والأنشطة التي نفذها المكتب.

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications