# EXHIBIT 3

In the Name of Allah, the Beneficent, the Merciful

| **World Assembly of Muslim Youth**<br><br>Member of the United Nations<br>Non-Governmental Organizations | [logo]<br>"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'"<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | **World Assembly of Muslim Youth**<br><br>Member of the UN NGO's |
|---|---|---|

| Office of the Assistant Secretary General | No.: | **34184/1** |
|---|---|---|
| Office of the Assistant Secretary General | Date: | **06-14-1433** [A.H.] |
| | | **05-05-2012** [A.D.] |

**His Excellency the Esteemed / Mr. Mohammed Assef Yaqoub**　　**May Allah protect him**

　　**Manager of the World Assembly's Kashmir Office**

**Peace be upon you and Allah's mercy and blessings.**

**I hope this letter finds you healthy and well. Furthermore:**

　　This is to follow up on our Letter No. (34006/1), dated 05/15/1433 A.H. [04/07/2012 A.D.] requesting the filling out of forms concerning several topics between the year 1992 A.D. and 2002 A.D., as well as some updated information about the Office. Kindly send all of your office's bank account statements for the period between 1992 A.D. and 2002 A.D., as well as the audited balance sheets for that same period.

　　**With sincere regards and appreciation. May Almighty Allah protect and bless you.**

　　**Peace be upon you and Allah's mercy and blessings.**

　　[signature]

**The Assistant Secretary General**

**of Offices and International Relations**

[signature]

**Dr. Abdul Hameed Bin Youssef Al-Mazrou'**

[seal:] World Assembly of Muslim Youth
　　　　General Secretariat – Riyadh
　　　　WAMY
　　　　Established 1392 A.H. – 1972 A.D.

---

P.O. Box 10845 – Riyadh 11443 – Kingdom of Saudi Arabia
Building 1079 King Fahd Road – Muhammadiah District
Tel: (+9661) 2050000 Fax: (+9661) 2050011

www.wamy.org　　email: info@wamy.org

WAMY SA 5791




**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : 1/34184    الرقم

Date : 14-06-1433    التاريخ
05-05-2012

مكتب الأمين العام المساعد

The Assistant Secretary General Office

سعادة الأخ الفاضل / أ. محمد آصف يعقوف    حفظه الله

مدير مكتب الندوة كشمير

السلام عليكم ورحمة الله وبركاته.

أرجو أن يصلكم خطابي هذا وأنتم في صحة جيدة وحال طيبة، وبعد:

إلحاقاً لخطابنا لكم رقم (١/٣٤٠٠٦) بتاريخ ١٤٣٣/٥/١٥هـ، المتضمن طلب تعبئة النماذج الخاصة بعدة مواضيع بين الأعوام ١٩٩٢م إلى ٢٠٠٢م إضافة إلى بعض المعلومات الحديثة عن المكتب، نأمل إرسال جميع كشوف الحسابات البنكية الخاصة بمكتبكم خلال الفترة بين ١٩٩٢م إلى ٢٠٠٢م إضافة إلى الميزانيات المدققة لنفس الفترة.

وتقبلوا خالص التحية والتقدير، والله تعالى يحفظكم ويرعاكم.

والسلام عليكم ورحمة الله وبركاته.

الأمين العام المساعد
للمكاتب والعلاقات الدولية

د. عبد الحميد بن يوسف المزروع



P.O. Box: 10845 Riyadh 11443 - Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000  Fax: (+9661) 2050011
www.wamy.org   e-mail: info@wamy.org

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية
مبنى رقم ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف: ٢٠٥٠٠٠٠ (٩٦٦١+)  فاكس: ٢٠٥٠٠١١ (٩٦٦١+)

WAMY SA 5791

In the Name of Allah, the Beneficent, the Merciful

| **World Assembly of Muslim Youth** | [logo] "And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'" World Assembly of Muslim Youth WAMY 1392 A.H. – Riyadh – 1972 A.D. | **World Assembly of Muslim Youth** |
|---|---|---|
| Member of the United Nations Non-Governmental Organizations | | Member of the UN NGO's |

Office of the Assistant Secretary General     No.: **34184/1**
Office of the Assistant Secretary General     Date: **06-14-1433** [A.H.]
                                                             **05-05-2012** [A.D.]

**His Excellency the Esteemed / Mr. Omar Mohammed Naji     May Allah protect him**

           **Manager of the World Assembly's Yemen Office**

**Peace be upon you and Allah's mercy and blessings.**

**I hope this letter finds you healthy and well. Furthermore:**

        This is to follow up on our Letter No. (34006/1), dated 05/15/1433 A.H. [04/07/2012 A.D.] requesting the filling out of forms concerning several topics between the year 1992 A.D. and 2002 A.D., as well as some updated information about the Office. Kindly send all of your office's bank account statements for the period between 1992 A.D. and 2002 A.D., as well as the audited balance sheets for that same period.

        **With sincere regards and appreciation. May Almighty Allah protect and bless you.**

        **Peace be upon you and Allah's mercy and blessings.**

        [signature]

                                         **The Assistant Secretary General**

                                         **of Offices and International Relations**

                                                       [signature]

                                       **Dr. Abdul Hameed Bin Youssef Al-Mazrou'**

     [seal:] World Assembly of Muslim Youth
            General Secretariat – Riyadh
            WAMY
            Established 1392 A.H. – 1972 A.D.

---

P.O. Box 10845 – Riyadh 11443 – Kingdom of Saudi Arabia
Building 1079 King Fahd Road – Muhammadiah District
Tel: (+9661) 2050000 Fax: (+9661) 2050011

                    www.wamy.org     email: info@wamy.org

                                                                                    WAMY SA 5787




**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : 1/34184 الرقم :

Date : 14-06-1433 التاريخ :
05-05-2012

مكتب الأمين العام المساعد

The Assistant Secretary General Office

سعادة الأخ الفاضل / أ. عمر محمد ناجي    حفظه الله

مدير مكتب الندوة باليمن

السلام عليكم ورحمة الله وبركاته.

أرجو أن يصلكم خطابي هذا وأنتم في صحة جيدة وحال طيبة، وبعد :

إلحاقاً لخطابنا لكم رقم (١/٣٤٠٠٦) بتاريخ ١٥/٥/١٤٣٣هـ، المتضمن طلب تعبئة النماذج الخاصة بعدة مواضيع بين الأعوام ١٩٩٢م إلى ٢٠٠٢م إضافة إلى بعض المعلومات الحديثة عن المكتب، نأمل إرسال جميع كشوف الحسابات البنكية الخاصة بمكتبكم خلال الفترة بين ١٩٩٢م إلى ٢٠٠٢م إضافة إلى الميزانيات المدققة لنفس الفترة.

وتقبلوا خالص التحية والتقدير، والله تعالى يحفظكم ويرعاكم.

والسلام عليكم ورحمة الله وبركاته.

الأمين العام المساعد

للمكاتب والعلاقات الدولية

د. عبد الحميد بن يوسف المزروع



P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000 Fax:(+9661) 2050011
www.wamy.org    e-mail: info@wamy.org

ص.ب : ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية
مبنى رقم ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف : ٢٠٥٠٠٠٠(٩٦٦١+) فاكس : ٢٠٥٠٠١١(٩٦٦١+)

WAMY SA 5787

In the Name of Allah, the Beneficent, the Merciful

| World Assembly of Muslim Youth | [logo]<br>"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'"<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | World Assembly of Muslim Youth |
|---|---|---|
| Member of the United Nations Non-Governmental Organizations | | Member of the UN NGO's |

Office of the Assistant Secretary General            No.:        **34184/1**
Office of the Assistant Secretary General            Date:      **06-14-1433** [A.H.]
                                                                      **05-05-2012** [A.D.]

**His Excellency the Esteemed / Mr. Ibrahim Hadher            May Allah protect him**

**Manager of the World Assembly's Bosnia and Herzegovina Office**

**Peace be upon you and Allah's mercy and blessings.**

**I hope this letter finds you healthy and well. Furthermore:**

This is to follow up on our Letter No. (34006/1), dated 05/15/1433 A.H. [04/07/2012 A.D.] requesting the filling out of forms concerning several topics between the year 1992 A.D. and 2002 A.D., as well as some updated information about the Office. Kindly send all of your office's bank account statements for the period between 1992 A.D. and 2002 A.D., as well as the audited balance sheets for that same period.

**With sincere regards and appreciation. May Almighty Allah protect and bless you.**

**Peace be upon you and Allah's mercy and blessings.**

[signature]

**The Assistant Secretary General**

**of Offices and International Relations**

[signature]

**Dr. Abdul Hameed Bin Youssef Al-Mazrou'**

[seal:] World Assembly of Muslim Youth
General Secretariat – Riyadh
WAMY
Established 1392 A.H. – 1972 A.D.

P.O. Box 10845 – Riyadh 11443 – Kingdom of Saudi Arabia
Building 1079 King Fahd Road – Muhammadiah District
Tel: (+9661) 2050000 Fax: (+9661) 2050011

www.wamy.org     email: info@wamy.org

WAMY SA 5802




**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : 1/34184 — الرقم

Date : 14-06-1433 — التاريخ
05-05-2012

مكتب الأمين العام المساعد

The Assistant Secretary General Office

سعادة الأخ الفاضل / أ. إبراهيم حاضر   حفظه الله

مدير مكتب الندوة بالبوسنة والهرسك

السلام عليكم ورحمة الله وبركاته.

أرجو أن يصلكم خطابي هذا وأنتم في صحة جيدة وحال طيبة، وبعد :

إلحاقاً لخطابنا لكم رقم (١/٣٤٠٠٦) بتاريخ ١٤٣٣/٥/١٥هـ، المتضمن طلب تعبئة النماذج الخاصة بعدة مواضيع بين الأعوام ١٩٩٢م إلى ٢٠٠٢م إضافة إلى بعض المعلومات الحديثة عن المكتب، نأمل إرسال جميع كشوف الحسابات البنكية الخاصة بمكتبكم خلال الفترة بين ١٩٩٢م إلى ٢٠٠٢م إضافة إلى الميزانيات المدققة لنفس الفترة.

وتقبلوا خالص التحية والتقدير، والله تعالى يحفظكم ويرعاكم.

والسلام عليكم ورحمة الله وبركاته.

الأمين العام المساعد
للمكاتب والعلاقات الدولية

د. عبد الحميد بن يوسف المزروع



P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000  Fax:(+9661) 2050011
www.wamy.org   e-mail: info@wamy.org

ص.ب: ١٠٨٤٥- الرياض ١١٤٤٣- المملكة العربية السعودية
مبنى رقم ١٠٧٩- طريق الملك فهد - حي المحمدية
هاتف: ٢٠٥٠٠٠٠(٩٦٦١+) فاكس: ٢٠٥٠٠١١(٩٦٦١+)

WAMY SA 5802