# EXHIBIT 5

**EXHIBIT 5**

| WAMY BANK ACCOUNTS ||
|---|---|
| **BANK** | **ACCOUNT NUMBER** |
| Al Rajhi Bank | 4/4190 |
| Al Rajhi Bank | 100006080080905 |
| Al Rajhi Bank | 110608010425160 |
| Al Rajhi Bank | 279608010024887 |
| Al Rajhi Bank | 36200-001-0006080030155 |
| Al Rajhi Bank | 2488/7 |
| Al Rajhi Bank | 319-109014 |
| Al Rajhi Bank | 3482/9 |
| Al Rajhi Bank | 5103/9 |
| Al Rajhi Bank | 66633/1 |
| Al Rajhi Bank | 27900-001-0006080084543 |
| Al Rajhi Bank | 2477/0 |
| Al Rajhi Bank | 66632/3 |
| Al Rajhi Bank | 3448/0 |

| | |
|---|---|
| Al Rajhi Bank | 4332/5 |
| Al Rajhi Bank | 3645/1 |
| Al Rajhi Bank | 3482/9 |
| Al Rajhi Bank | 66629/9 |
| Al Rajhi Bank | 66646/3 |
| Al Rajhi Bank | 66620/8 |
| Al Rajhi Bank | 5818/2 |
| Al Rajhi Bank | 66621/6 |
| Al Rajhi Bank | 66645/5 |
| Al Rajhi Bank | 5102/1 |
| Al Rajhi Bank | 6353/9 |
| Al Rajhi Bank | 5750/7 |
| Al Rajhi Bank | 66622/4 |
| Al Rajhi Bank | 66623/2 |
| Al Rajhi Bank | 66624/0 |
| Al Rajhi Bank | 66626/5 |
| Al Rajhi Bank | 6876/5 |

| | |
|---|---|
| Al Rajhi Bank | 4474/5 |
| Al Rajhi Bank | 66628/1 |
| Al Rajhi Bank | 66630/7 |
| Al Rajhi Bank | 66631/5 |
| Al Rajhi Bank | 3213/8 |
| Al Rajhi Bank | 66634/9 |
| Al Rajhi Bank | 66635/6 |
| Al Rajhi Bank | 5752/3 |
| Al Rajhi Bank | 66636/4 |
| Al Rajhi Bank | 66642/2 |
| Al Rajhi Bank | 66641/4 |
| Al Rajhi Bank | 66642/2 |
| Al Rajhi Bank | 66644/8 |
| Al Rajhi Bank | 66625/7 |
| Al Rajhi Bank | 66627/3 |
| Al Rajhi Bank | 6438/8 |
| Al Rajhi Bank | 6879/3 |

| | |
|---|---|
| Arab Albania Islamic Bank | 100479 |
| Azerbaijan International Bank | 424374-302201 |
| Bank Mandiri | 127-0001025210 |
| Bank Mandiri | 127-0000007508 |
| Bank of America | 3449655686 |
| Bank of America | 10123443 |
| Bank of America | 4003904000411530 |
| Bank of America | 4246311297033984 |
| Bank of Khartoum | 51916 |
| Bank of Montreal | 0430-8086-611 |
| Bank of Montreal | 2670-4600-543 |
| Bank of Montreal | 2670-8303-221 |
| Bank of Montreal | 2422-8094-951 |
| TD Canada Trust | 00326-51827 |
| Barclay's Bank, Kenya | 868-2349 |
| Barclay's Bank, London | 80560782 |
| Central Fidelity National Bank | 7911768792 |

| | |
|---|---|
| Credit Lyonnais Bank | 1145564 |
| Dresdner Bank | 357699102 |
| ECO Bank, Mali | 1002-6650-4017 |
| Emirates Bank International, Islamabad | 1155-701647 |
| Emirates Bank International, Peshawar | 1166-528611-082 |
| Emirates Bank International, Peshawar | 1166-520995-001 |
| Emirates Bank International, Peshawar | 700290 |
| Emirates Bank International, Peshawar | 1166-528611-082 |
| Faysal Islamic Bank of Bahrain | 109-4202155-453 |
| Habib Bank, Peshawar | 1064-95 |
| Habib Bank, Peshawar | 50143-84 |
| National Commercial Bank | 250-11199000110 |
| National Commercial Bank | 140-10850000105 |
| Nations Bank | 10123443 |
| Postbank Dortmund Bank | 457239465 |
| Saudi British Bank | 31-106693-001 |
| Tadhamon International Islamic Bank | 1/8200 |

| | |
|---|---|
| TKB Zenica Bosnia and Hercegovina Bank | 50902525 |
| Union Bank | 5804-0861-001 |
| Wachovia Bank | 1010036932966 |
| Wachovia Bank | 1010047604982 |

LEGAL\35184436\1