# EXHIBIT 6

**EXHIBIT 6**

| WAMY – RECORDS RELATING TO THE SAUDI GOVERNMENT | |
| --- | --- |
| **DOCUMENT** | **DESCRIPTION** |
| **WAMY's Budget Comes from the Saudi Government** | |
| Declaration of Mutaz Saleh Abu Unuq, Financial Director of the World Assembly of Muslim Youth. | "The Government of Saudi Arabia funds a large portion of WAMY's budget." *See* Plts' Exh. 16 at ¶ 2 (ECF No. 3912-16). |
| Minutes of WAMY's General Secretariat Board Meeting held on April 29, 1994. | WAMY Secretary General Dr. Maneh al Johani noted that "despite the enormity of the work, there are significant financial resources," and WAMY "relies on the support of the following: The government of the Custodian of the Two Holy Mosques, King Fahd Bin Abdulaziz, His Highness Crown Prince Abdullah Bin Abdulaziz, Second Deputy His Highness Prince Sultan Bin Abdulaziz, His Highness the Prince of the Riyadh Province, Prince Salman Bin Abdulaziz, and His Excellency the Minister of Islamic Affairs, Dr. Abdullah Al-Torki." *See* Plts' Exh. 18 (ECF No. 3912-18). |
| The Constitution of the World Assembly of Muslim Youth at WAMYSA001052. | Article 20 of the Constitution states that "WAMY's finance will consist of:  1. The assistance offered by the Government of Saudi Arabia." *See* Plts' Exh. 19 (ECF No. 3912-19). |
| Interview of WAMY Secretary General Dr. Maneh al Johani, Al Jazeera, January 12, 2001. | "The main source of funding for the Assembly's activities is mainly based upon the fixed annual budget that the government of the Custodian of the Two Holy Mosques, may Allah protect him, provides to the Assembly." *See* attached. |

| WAMY's Accounts and Fundraising Activities Are Regularly Monitored by the Saudi Government | |
|---|---|
| The Muslim World League Journal, Issue No. 1759, August 30, 2002. | In an interview with WAMY Assistant Secretary General Abdul Wahab Noorwali, Noorwali stated that Saudi government regularly monitors WAMY's accounts and its fundraising activities.  *See* attached. |
| **WAMY Participates in Committees Established by the Saudi Government** | |
| IIRO285002 | November 28, 1999 letter from IIRO Secretary General Adnan Basha to the Minister of the Interior, Nayef bin Abd al Aziz, referencing a previous telegram concerning the establishment of a committee comprised of the Ministry of the Interior, the Ministry of Islamic Affairs, the Saudi Red Crescent Society and representatives of the IIRO, WAMY and Al Haramain. The purpose of the committee is to examine the relief activity and define the frameworks and the measure that will ensure that the aid reaches the needy.  *See* attached. |
| Al Jazeera (July 31, 2001) | Per the recommendation of Prince Sultan bin Abdul Aziz and the Supreme Council for Islamic Affairs, King Fahd ordered the disbursement of financial assistance to a number of Islamic associations and centers in Asia, Africa, America, and Europe totaling 5.6 million Saudi riyals, and further ordered the establishment of a committee comprised of the Ministry for Foreign Affairs, Ministry of Islamic Affairs, Ministry of Education, MWL, WAMY, and other government institutions to oversee the distribution of the money.  *See* attached. |
| **The Saudi Government Has Issued Diplomatic Plates to WAMY Overseas Branch Offices** | |
| IIRO285013 | July 18, 2000 letter from IIRO Secretary General Adnan Basha to the Deputy Minister of Foreign Affairs thanking the Ministry |

| | |
|---|---|
| | for its continued support and advises that the IIRO opened an office in Hyderabad, India.  Basha asks the Deputy Minister to instruct the Saudi embassy and consulate in India to cooperate with the office manager to facilitate his work and to explore the possibilities to issue diplomatic license plates for the IIRO vehicles in India, similar to those granted by the Ministry of Foreign Affairs to the WAMY office in India.  *See* attached. |
| **WAMY Senior Officials Report to Saudi Government Ministers Regarding WAMY's Activities** | |
| Al Sharq al Awsat (June 17, 2001) | Prince Sultan Bin Abd Al Aziz, the Saudi Minister of Defense, hosted a meeting with WAMY Secretary General Maneh al Johani and members of WAMY's Board of Trustees.  During the meeting, a report was submitted to Prince Sultan concerning WAMY's da'awa and sharia activities, summer camp activities, and WAMY's efforts with the Muslim youth. |
| WAMYSA2439 | February 24, 1999 letter from WAMY Secretary General Dr. Maneh al Johani discussing an initiative by the Saudi Foreign Ministry in Riyadh to reinforce the ties and strengthen the collaboration between the Kingdom's representatives and the WAMY branch offices. |
| **WAMY is Subordinate to the Ministry of Islamic Affairs** | |
| WAMYSA14999 | May 21, 2001 letter from WAMY Secretary General Maneh al Johani to the Saudi Embassy, stating that WAMY is subordinate to the Ministry of Islamic Affairs headed by Sheikh Saleh bin Abd al Aziz al Sheikh.  Johani requests a visitor's visa for Ibrahim Faruq al Zayyat, a member of the Board of Trustees.

In 1993, King Fahd issued a Royal Decree establishing the "Ministry of Islamic Affairs, Endowment (Waqf), Guidance, and Da'awa (the Ministry of Islamic Affairs).  The Ministry assumed |

| | primary responsibility for supervising and directing the activities of Saudi Arabia's charity alter-egos, including WAMY.  As the 9/11 Commission Final Report at p. 372 explained, "international relief organizations, such as the World Assembly of Muslim Youth (WAMY), are regulated by the Ministry of Islamic Affairs.  This Ministry uses zakat and government funds to spread Wahhabi beliefs throughout the world." |
|---|---|
| **WAMY's President is the Minister of Islamic Affairs** ||
| Declaration of Mutaz Saleh Abu Unuq, Financial Director of the World Assembly of Muslim Youth. | "The current President of WAMY is the Minister of Islamic Affairs in Saudi Arabia."  *See* Plts' Exh. 16 at ¶ 2 (ECF No. 3912-16). |
| **WAMY Senior Officials Participate in Delegations to Foreign Countries Overseen by the Ministry of Islamic Affairs** ||
| MWL052935 | A February 7, 2001 letter from MWL Assistant Secretary General, Muhammad bin Nasser al Abudi, to the Deputy Minister of Islamic Affairs, Adnan bin Muhammad al Wazan, concerning the establishment a joint delegation to visit Bulgaria comprised of high-level officials and headed by the MWL in order to check the status of the Muslim minority in this country.  The delegation will be comprised of representatives of the MWL, the Ministry of Islamic Affairs, the Supreme Council for Islamic Affairs, and WAMY.  *See* attached. |
| **The Ministry of Islamic Affairs Intervenes in WAMY Personnel Decisions** ||
| WAMYSA2444 | January 25, 1996 letter from WAMY Secretary-General Dr. Maneh al Johani to Dr. Abdullah bin Abd al Muhsin al Turki, Minister of Islamic Affairs, requesting that Turki intervene in a dispute in which the Al Imam University refuses to allow Abdullah bin Laden to be appointed as the new supervisor of the WAMY office in Washington, D.C.  *See* attached. |

| WAMYSA2894 | October 20, 1996 letter from the Saudi Ministry of Islamic Affairs to office of WAMY's Secretary General requesting that the current manager of the WAMY office in Washington, D.C. come to Riyadh for several weeks to discuss a number of matters. |
|---|---|
| WAMYSA2408 | November 8, 1996 letter from the WAMY executive manager to Abdullah bin Laden, advising that the WAMY Secretary General has approved of bin Laden's appointment as the new supervisor of the WAMY office in Washington, D.C. |
| WAMYSA2973 | November 19, 1996 letter from WAMY Secretary General Dr. Maneh al Johani to Dr. Abdullah bin Abd al Muhsin al Turki, Minister of Islamic Affairs, thanking Dr. Turki for approving Abdullah bin Laden's appointment and further asking that he Ministry issue an order directing bin Laden to work as the supervisor of WAMY's office in North America. *See* attached. |
| WAMY3145-3151 | April 5, 2001 letter from Ibrahim Salman Abdullah, Deputy Manager of the WAMY office in Washington, D.C., to Saleh Babaeer, WAMY Deputy General for Overseas Offices, regarding the resignation of Muhammad al Khatib (WAMY-Canada's Director) and his replacement, Talha al Jarrad. The letter is accompanied by a letter of recommendation in favor of Jarrad from an officer in the Ministry of Islamic Affairs. |
| **WAMY and Ministry of Islamic Affairs Joint Publications** | |
| WAMYSA022995-23298 | Joint publication by WAMY and the Ministry of Islamic Affairs, *The Literature and Art in the Service of Da'awa*. |

| | |
|---|---|
| **WAMY Branch Offices and Employees Are Protected Abroad by Saudi Embassies and Consulates** | |
| Interview with Dr. Abdul Wahab A. Noorwali, WAMY Assistant Secretary General, November 20, 2001, Middle East Newsfile (originally published in the Saudi Gazette). | According to Noorwali, "Saudi Arabia's support has been enormous since the establishment of WAMY in 1963…. It also provides us with protection abroad through Saudi embassies and consulates, in addition to financial support." *See* attached. |
| **WAMY Operations Abroad are Executed Under the Direction of a Joint Committee Consisting of the Saudi Ambassador and other Saudi Embassy Personnel** | |
| MWL062668-62669 | Meeting minutes of the Saudi Coordination Committee on July 23, 1997, taking place at the Saudi Embassy, and headed by the Islamic Affairs representative.  Members attending the meeting include representatives of the MWL, IIRO, WAMY, and a representative of the Al Muntada al Islami office.

The Saudi Coordination Committee is headed and supervised by the Saudi Ambassador in Kenya and includes representatives from all Saudi organizations active in that country, including the MWL, IIRO, WAMY, and Al Haramain Islamic Foundation.  A member of the "religious affairs attaché" at the Saudi Embassy in Nairobi is also on the Committee.  Protocols reflect the Saudi Ambassador's control and oversight over the activities in Kenya.  The Saudi Foreign Ministry and Ministry of Islamic Affairs are known to have received reports from this Committee.  Also present on the Committee is Al Muntada al Islami, a London-based charity with ties to Saudi Arabia that has repeatedly been accused by Nigerian intelligence of having links to Boko Haram and serving as a platform for militant Islamic scholars.  In 2004, the Kenyan government banned Al Muntada al Islami. |

| MWL062575 | September 17, 1997 letter from MWL branch manager to members of the Saudi Coordination Committee detailing the expenses for printing a publication of the Saudi Coordination Committee and how the expenses will be divided among the members, including the MWL, IIRO, WAMY, Muassat al Haramain al Khairiyyah, Muntada al Islami, and the Saudi Embassy. |
|---|---|
| MWL062428 | November 11, 1997 letter from Manager of MWL Kenya office to all members of the Saudi Coordination Committee, stating that per the instructions of the Saudi Ambassador and chairman of the Saudi Coordination Committee, an emergency meeting will be held at the Saudi Embassy in Nairobi.  The meeting is called following the arrest of a MWL envoy in Kenya. |
| MWL063317-63322 | Meeting minutes of the Saudi Coordination Committee on November 26, 1997, taking place at IIRO's Regional Office in East Africa, moderated by the Saudi Ambassador, and attending by the individual in charge of Islamic affairs at the Saudi Embassy. |
| **Saudi Embassies Oversee the Purchases of WAMY Overseas Branch Offices** ||
| WAMYSA030193 | July 7, 1992 letter from WAMY Secretary General Maneh al Johani to Prince Bandar bin Sultan bin Abdul Aziz al Saud, the Saudi Ambassador to the United States, advising that the WAMY branch office in the United States has moved closer to the Saudi Embassy and asks the Saudi Ambassador to support the office's activities in the amount of $2 million.  *See* attached. |
| WAMYSA2683 | July 22, 1992 letter from Muhammad bin Faisal bin Turki, head of the Islamic Affairs office at the Saudi Embassy in Washington, D.C., to WAMY Secretary General Dr. Maneh al |

| | |
|---|---|
| | Johani, stating that they are searching for an appropriate building in D.C. for the new WAMY office. *See* attached. |
| WAMYSA30225 | Undated letter from the head of the Ministry of Islamic Affairs office in the Saudi Embassy in Washington D.C., Muhammad bin Faisal bin Turki, discussing the estimated budget for the purchase of a building for the WAMY office in Washington, and advising that Ambassador Bandar is handling the matter. |
| **Other Examples of Cooperation and Coordination Between WAMY and the Ministry of Islamic Affairs** | |
| WAMYSA019193-19203 | A report on the achievements and activities carried out by WAMY in Chechnya and Azerbaijan, including the cooperation between WAMY and the Ministry of Islamic Affairs to provide aid and medical assistance in Grozny and Angoscia. |
| WAMYSA181256-181257 | April 29, 1999 letter from Fahid bin Muhmmas al Barqi, the representative of the Ministry of Islamic Affairs office within the Saudi Embassy in Djibouti, to the Deputy Secretary General of WAMY, Dr. Sa'ed bin Sayid al Hamidi, regarding financial support for the Abi Baker al Sadiq Islamic School and directing Dr. Hamidi to send a check for 20,000 riyals in the name of the Ministry's office at the Saudi Embassy in Djibouti. |
| WAMYSA3592-3593 | October 12, 1987 letter from Dr. Maneh al Johani, WAMY Secretary General, to Prince Muhammad al Faisal al Saud, head of the Islamic Affairs office in the Saudi Embassy in Washington D.C., identifying the projects WAMY wishes to carry out in the United States. |
| WAMYSA2664-2665 | August 3, 1994 letter from Dr. Maneh al Johani, WAMY Secretary General, to Dr. Abdullah bin Abd al Muhsin al Turki, Saudi Minister of Islamic Affairs, requesting assistance in |

| | fulfilling request from WAMY-USA office for copies of the Quran in English and other Islamic books. |

LEGAL\35238879\1

For advertising on this site
Call now
Tel: 4870911
Fax: 4871120

# Al-Jazirah

Editor in Chief: Khalid Bin Hamad Al-Malek

For advertising on this site
Call now
Tel: 4870911
Fax: 4871120

Second   Third   Edition

Daily newspaper issued by the Al-Jazirah Journalism, Printing and Publishing Organization

Friday, Shawwal 17, 1421 A.H.          First Edition

First online Saudi Newspaper

Issue No.: 10333

Friday, January 12, 2001 A.D.

[logo] Book and Pens

| | |
|---|---|
| First | |
| Local News | |
| Articles | |
| Cultural | |
| Economy | |
| Follow-up | |
| Islamic Horizons | |
| Dear Al-Jazirah | |
| Sports | |
| Children | |
| Coverage | |
| The World Today | |
| Al-Jazirah Legacy | |
| Last | |
| Caricatures | |

Islamic Horizons

## Secretary General of the World Assembly of Muslim Youth to Al-Jazirah
### What Islamic organizations collectively contribute does not even fulfill 20% of the needs of Muslims around the world!!

* Interview: Salman Al-Omari

The Secretary General of the World Assembly of Muslim Youth, Dr. Mane' Bin Hammad Al-Jahni, stressed that the main source of funding for the Assembly's activities is mainly based upon the fixed annual budget that the Government of the Custodian of the Two Holy Mosques provides to the Assembly, as well as the aid provided by Kingdom residents.

In his interview with Al-Jazirah, he said that the Assembly conducts a comprehensive review of its activities annually, touching upon, addressing, intensifying and supporting important and urgent issues.

Dr. Al-Jahni revealed the Assembly's focus and interest in Muslim women and their issues. Indeed, it has established a special committee called the Women's Committee, which has its own various functions and activities.

The interview also touched upon several issues such as proselytization and relief programs, problems of the Islamic Ummah, youth camps, coordination with similar institutions, and other important topics. Below is the text of the interview:

* The Assembly is considered one of the most distinct Islamic institutions with interest in the issue of Kashmir. Could you share with us some of your efforts on this issue?

The issue of Kashmir is a chronic issue. Indeed, its people have suffered from widespread injustice and abuse for over a hundred years, with different forms of persecution depending on the type of colonial class, first the Sikhs, then the English and most recently the Hindus.

The issue of Kashmir is a just cause in which the right path is as clear as the sun at midday. Its people are steadfast and have, thanks to Allah, managed to move one third of their homeland, preserve their Islamic identity and successfully resist, which is a sign of victory with Allah's permission.

The World Assembly has been able, thanks to Almighty Allah, to play its role of proselytization and relief, spread awareness of the Kashmir issue, rally support for it, support it, create a documentary record of the issue and its development, and provide development, material and moral assistance to the Kashmiri Muslim people. It has also sent Kashmir proselytizers, teachers and scholars, built mosques, printed Islamic books, supported orphans, widows and martyrs' families, and provided relief to the afflicted and affected.

If you would like me tell you about what the Assembly has provided in figures, I say that, with the assistance of Allah, the Assembly has issued 4 books about the Kashmir issue, thirty thousand copies of which have been printed. The Assembly has also issued 4 pamphlets on the issue, 300 thousand copies of which have been printed. In addition, the Assembly has spread awareness about the issue through the annual press file comprised of 9 files, 60 thousand copies of which have been printed. Moreover, the Assembly has participated in about 200 media presentations to spread awareness about the Kashmir issue.

It has also distributed close to 25,000 copies of audio and videotapes.

In addition, it released the first documentary about Kashmir titled "Kashmir: History and Tragedy".

The Assembly also held about 20 press conferences for the Kashmiri Jihad leaders and organized 50 lectures and seminars on the Kashmir issue to introduce the Kashmiri issue to the world in an attempt to bring its true magnitude to the attention of the media.

All of these efforts have come as a victory for the Kashmiri people to liberate their land and provide the world with a realistic and unvarnished picture

of the brutality and injustice that our brethren there are suffering at the hands of Hindus.

\* The Assembly holds many youth camps in a number of countries around the world, what is the Assembly's strategy behind holding camps for the Ummah's youth?

From trial and experience, proselytizers and educators have noticed that youth and student camps have a great and effective impact on participants' spirits, both in terms of influencing their behavior and guiding them in a good direction, and in terms of instilling in them virtuous teachings and imbuing them with Islamic ethics. The region's need is one of the most important strategies considered by the Assembly when organizing camps. For example, in regions suffering from little stability and a lot of war, the Assembly organizes camps for refugees and displaced persons. It uses these camps to provide food and medical assistance as well as Islamic guidance. These include Eastern European countries, Kashmir and others.

As for areas that are often affected by some diseases and disasters and a lack of capabilities, the Assembly organizes medical camps through which it provides assistance and medicines in addition to some small surgeries. These include African countries and some Asian countries.

Finally, the Assembly organizes scout camps aimed, in most cases, at developing the participants' skills, expanding their mental perceptions, filling their free time with beneficial activities, fostering a religious and social spirit among the participants, and helping them get acquainted with each other so they can live in an Islamic environment in accordance with well-studied programs based upon sound educational principles supervised by a group of specialists and educators who have a conscience and good morals. The Assembly usually organizes these camps in America, Australia and a number of Arab countries. Over the course of this summer, the Assembly has held 115 summer activists in thirty-three countries around the world, benefiting 8,000 young men and women.

\* How many offices does the Assembly have in the Kingdom and abroad? What is the main source of funding for the Assembly's activities and work?

The Assembly has four main offices in the Kingdom, in the Mecca Region, the Eastern Region, Medina, and the Southern Region. The offices, in turn, have branch offices in Taif, Yanbu, Al-Ola, Wadi Al-Dawaser, Al-Salil, Ahsa, Jubail, Khobar, Khafji, Baqiq, Hafr Al-Batin, Khamis Mushait, Hail and Jazan. In addition, an office was recently opened in Al-Qusaim and another was approved in Tabuk.

The Assembly also has 12 regional offices abroad, and they are as follows:

1. The Assembly's office in East Asia, Indonesia, Jakarta.
2. The Assembly's office in South Asia, India, New Delhi.
3. The Assembly's office in the Pacific Region, Australia, Canberra.
4. The Assembly's office in East Africa, Kenya, Nairobi.
5. The Assembly's office in Nigeria, Lagos.
6. The Assembly's office in South Africa, Malawi, Zumba.
7. The Assembly's office in West Africa, Senegal, Tilles.
8. The Assembly's office in Western Europe, Germany, Cologne.
9. The Assembly's office in Eastern Europe, Romania, Timisoara.
10. The Assembly's office in North America, America, Virginia.
11. The Assembly's office in South America, Brazil.
12. The Assembly's office in Russia, Moscow.

There are also a number of sub-offices and delegates abroad in Azerbaijan, Yemen, Pakistan, Bangladesh, Thailand, Turkey, Sri Lanka, Malaysia, Nepal, Hong Kong, Kurdistan, Ethiopia, Sudan, Somalia, Uganda, Benin, Chad, Tanzania, Togo, Rwanda, Guinea Conakry, Mali, Egypt, Mauritania, Albania, Bosnia, Britain, Bulgaria, Argentina, Canada, and New Zealand.

The main source of funding for the Assembly's activities is mainly based upon the fixed annual budget that government of the Custodian of the Two Holy Mosques,

may Allah protect him, provides to the Assembly, as well as the aid provided by this nation's residents.

\* Even though there are many scholars and researchers working at the Assembly, we have not heard about or read scientific studies discussing the concerns and problems of the Ummah's youth. What do you have to say about that?

If your intent behind the question is to motivate me to mention everything the Assembly provides in the field of serving Muslim youth and the studies it has prepared about youth, their problems and their concerns, there is nothing wrong with that but I do not think there is time for that. However, if you mean to say that the Assembly has not prepared any scientific studies, I completely disagree with you. The Assembly has prepared hundreds of studies about the concerns of young people. It has also held a special conference titled "Muslim Youth and Contemporary Challenges" to discuss these concerns. It mobilized many scholars, thinkers, writers, specialists and parties interested in youth issues. It also issued important recommendations and formed committees to follow up on the implementation of these recommendations. The Assembly also has many studies, research projects and works that serve this aspect, most important of which are, for example, the book "Model Muslim Youth" about the story of Yusuf (pbh), the book "Youth and Their Problems from an Islamic perspective," the book "The Role of Youth in Carrying the Message of Islam'" the book "Good Use of Time," the book "Social Welfare for Youth," the book "Intellectual Invasion in Islamic Perception and How to Confront It," the book "Student Organizations," the book "Islamic Media," and many others. Most of them revolve around issues of interest to young people and contribute to solving the problems and guiding them to a righteous path. This is in addition to hundreds of lectures, research projects and seminars that focus on youth, guide their behavior, identify their priorities and instill righteousness and clarity in them.

\* We have noticed that Islamic work suffers from duplication and poor coordination among Islamic institutions, particularly in the areas of relief and proselytization, how can one address that?

In my opinion, the Islamic work does not suffer from duplication and poor coordination. Rather, there is diversity and multiplicity in the means and mechanisms of Islamic and proselytization work. Your question may be intended to discuss unifying the efforts of these institutions and the means of supporting them. This issue hinges on human nature, which has generated diversity in perceptions and mindsets. Indeed, people do not understand events and issues in the same way. Each person looks at them from the perspective of his knowledge, understanding and experience. That is why there is no way to find a common formula for Islamic relief or proselytization work, beyond recognizing the nature of this difference as a starting point from which to move onto the fields of competition. Indeed, everyone is seeking good things. Everyone is in agreement and seeks one goal, which is to please Almighty Allah. Let competitors compete towards that goal.

I would like to point to another point that is no less important than the one I mentioned. It is the realization of the reality we live in and the urgent need to expand the area covered by the Islamic work. Indeed, the arena widens for everyone and there is need for great efforts to meet the current and increasing needs. Struggles are still going on in many countries and hurting thousands of Muslims.

No one claims to alone be able to fulfill the needs of the Muslim community, which is full of wars and catastrophes and is living through a black era. If we realize this, we create space in our hearts to accept the other, bless his efforts and join hands, which is something our religion urges us to do. I do not think that what Islamic organizations collectively contribute even fulfills 15-20% of the needs of Muslims around the world. I conclude here with a recommendation to myself and my brethren working in the fields of proselytization and relief. We should always remember the purpose we are proselytizing and working for, which is seeking the pleasure of Almighty Allah. There is no doubt that this will be a successful balm that will protect us from failure, will help us move forward from a solid foundation, and enable us to establish strong proselytization and relief work founded upon brotherhood and cooperation.

\* The Assembly is one of the leading institutions that have focused on Muslim women by opening offices for them. What is the most prominent work that you have done for Muslim women?

The World Assembly pays particular attention to the issues of Muslim women. It has established a special committee called the "Women's Committee," which has its own buildings and various activities. This women-based proselytization work is performed by a group of female leaders in Islamic work.

The Committee has embraced the importance of the role assigned to it given the fact that women are one half the society and the first

pillar in building generations. The annual plans were developed, taking into account diversity, inclusivity, innovation and continuity. Thanks to Allah, they have resulted in blessed achievements, including medical, educational, intellectual, relief and social services to women, girls and children in the Kingdom and abroad.

The World Assembly's role in focusing on women is based on several key aspects:

First: Raising women and girls on the correct doctrine and developing their Islamic behavior.

Second: Working to deepen the sense of Islamic pride and strengthen the bonds of sisterhood among Muslim women.

Third: Spreading accurate knowledge about Islam among women and sincerely proselytizing towards it using all appropriate means.

Fourth: Focusing on children, and doing everything to build up their character, root them an Islamic identity, focus their energies, and develop their talents and abilities.

Fifth: Guiding women to use and invest their time in useful and beneficial activities.

Sixth: Spreading awareness among women in the Kingdom about the suffering of Muslim women in the Arab and Muslim world.

Seventh: Communicating with women's organizations in the Kingdom and abroad.

Eighth: Supporting Islamic proselytization activities aimed at women outside the Kingdom.

Over the past few years, one of the branches of the Women's Committee has organized 443 proselytization lectures in Arabic and 115 proselytization lectures in English.

It has also organized 64 Quran memorization, recitation and interpretation circles.

In addition, it has held 24 courses on Islamic doctrine, 20 courses on Islamic jurisprudence, 16 courses on Hadith, 23 computer courses, 15 technical skill development courses and 4 language skill courses.

Moreover, it has organized 5 book fairs, 6 exhibitions about female surgeons in the Muslim world, 5 festivals about useful hobbies, 24 charity events, 33 theater programs, 20 cultural and entertainment concerts, 8 open days for teenage girls, and 14 open days for children. It also made financial contributions to support Muslim issues such as the issue of supporting refugees in Kosovo, Bosnia and Herzegovina, Chechnya and Palestine.

* The Assembly is to be commended for its speedy relief work in disaster areas where Muslims are present, what methodology does the Assembly follow when contributing to various relief works?

The World Assembly of Muslim Youth has its role in disaster areas where Muslims are present. The Assembly follows a methodology in providing relief work focused on uplifting Muslims in these areas, lending them a helping hand, and carrying out the duty of providing relief.  The Assembly's methodology for providing speedy relief work in disaster areas is mainly focused on not giving Christian missionary organizations the opportunity to be the sole presence and source of support for Muslims in these areas. That is why, the World Assembly for Muslim Youth has a leading role in providing relief work in disaster areas. Indeed, it was the first Islamic relief organization to begin its work early in Bosnia and Herzegovina, Palestine, Kashmir and Eastern Europe. It also established permanent offices in countries where instability, war and unrest prevail, in order to carry out its relief role in a timely manner and take opportunities away from Christian missionary organizations.

The Assembly provided relief aid totaling eight million riyals during 1418 A.H. [1996/1997 A.D.], which increased to 12.6 during 1419 A.H. [1997/1998 A.D.], and totaled 10.6 million riyals in 1420 A.H. [1998/1999 A.D.]. This is in addition to the camps and the medical convoys, which are run by the Muslim Doctor Committee wherein doctors of all specialties participate, and which go to affected areas to treat Muslims who are injured and affected.

The World Assembly is now participating in joint relief work being carried out by Islamic proselytization and relief organizations within the framework of a comprehensive plan involving all charitable and proselytization organizations.

* What is new that you have not yet announced?

The World Assembly of Muslim Youth conducts an annual comprehensive review of its activities that touch upon, focus on, intensify and support important and urgent issues. What is new with the Assembly lies in its future plan, which focuses on:

First: Intensifying proselytization programs, on which over 9 million riyals were spent over the past

year of 1420 A.H. [1998/1999]. That amounts to 14% of the total cost of all of the Assembly's activities. It is comprised of supporting Quran memorization circles, increasing proselytization convoys, and focusing on activating the role of Islamic centers and societies in the world. Indeed, the World Assembly of Muslim Youth supports 156 Islamic societies and organizations, which amounts to 52% of the cost of proselytization programs, including 80 Islamic societies in Asia, 26 societies in Africa, 38 societies in Europe and 12 societies in America.

Second: Supporting the programs that introduce Islam to non-Muslims, invite them to Islam, and increase the number of proselytization messages that the Assembly sends to non-Muslims. Indeed, over the past year, the Assembly sent out 17,629 proselytization letters containing proselytization materials at a cost of 185 thousand riyals.

Third: Spreading the Islamic veil, particularly in Eastern Europe and especially in Bosnia, Macedonia and Albania.

Fourth: Increasing scholarships and student aid for Muslim children, which totaled 2.6 million riyals last year.

Fifth: Intensifying the educational and training courses over the last year. Indeed, the Assembly organized 93 educational and Sharia courses.

Sixth: [Utilizing] the Sheikh Mohammed Bin Abdul Wahhab endowment, which is aimed at establishing a charitable business complex whose proceeds would be used for charitable projects.

Top of page                                                                                                          Back

For any inquiries or suggestions, contact us at MIS@al-jazirah.com  Attention / Eng. Abdul Latif Al-Ateeq

Copyright 1997 – 2000 Al-Jazirah Corporation. All rights reserved.




رئيس التحرير : خالد بن حمد المالك

صحيفة يومية تصدرها مؤسسة الجزيرة للصحافة والطباعة والنشر

أول صحيفة سعودية تصدر على شبكة الانترنت

Friday 12th January,2001

الجمعة 17 شوال 1421

العدد:10333

الطبعة الأولى





آفاق إسلامية

**الأمين العام للندوة العالمية للشباب الإسلامي لـ الجزيرة**

**ما تقدمه الهيئات الإسلامية مجتمعة لا يسد 20% من احتياجات المسلمين في العالم!!**

* حوار : سلمان الغمري

أكد الأمين العام للندوة العالمية للشباب الإسلامي الدكتور مانع بن حماد الجهني ان المصدر الرئيسي
لتمويل مناشط الندوة قائم أساسا على ما تقدمه حكومة خادم الحرمين الشريفين حفظه الله من ميزانية
سنوية ثابتة للندوة، اضافة الى ما يقدمه أبناء المملكة من مساعدات.

وقال في حواره مع الجزيرة ان الندوة تقوم سنويا بمراجعة شاملة لمناشطها متلمسة القضايا الهامة
والملحة وتتوجه نحوها وتكثفها وتدعمها.

وكشف د. الجهني حرص الندوة واهتمامها بالمرأة المسلمة وقضاياها، حيث أنشأت لجنة خاصة باسم
اللجنة النسائية لها خصوصيتها وأنشطتها المتنوعة.

كما تطرق الحوار الى عدة قضايا متعددة كالبرامج الدعوية والإغاثية، ومشكلات الأمة الاسلامية،
والمخيمات الشبابية، والتنسيق مع المؤسسات المشابهة،، وغير ذلك من الموضوعات المهمة،، وفيما
يلي نص اللقاء:

* تعد الندوة من أميز المؤسسات الإسلامية التي لها اهتمام بقضية كشمير،، فهل كشفتم لنا شيئاً عن
جهودكم تجاه تلك القضية؟

قضية كشمير قضية مزمنة امتد الظلم والاجحاف الواقعان على أهلها منذ أكثر من مائة عام مع تباين
أنواع الاضطهاد حسب نوعية الفئة المستعمرة فمرة السيخ وأخرى الانجليز وأخيرا الهندوس.

وقضية كشمير قضية عادلة ترى فيها الحق واضحا وضوح الشمس في رابعة النهار وشعبها شعب
مجاهد استطاع بفضل الله أن يحرك ثلث وطنه وأن يحافظ على هويته الاسلامية وأن ينجح في الصمود
الذي هو يبدأ النصر بإذن الله.

ولقد استطاعت الندوة العالمية بفضل الله عز وجل ان تقوم بدورها المنوط بها دعويا واغاثيا والتعريف
بقضية كشمير وحشد التأييد لها ومساندتها وايجاد سجل وثائقي للقضية وتطوراتها وتقديم المساعدات
الانمائية والمادية والمعنوية للشعب الكشميري المسلم وأوفدت لهم الدعاة والمدرسين وطلبة العلم
وشيدت المساجد وطبعت الكتب الاسلامية وكفلت الأيتام والأرامل وعوائل الشهداء وأغاثت المنكوبين
والمتضررين.

وإذا رغبت أن أحدثك عما قدمته الندوة بلغة الأرقام فأقول مستعينا بالله بأنه بلغ عدد الكتب التي
اصدرتها الندوة حول القضية الكشميرية 4 كتب طبعت منها ثلاثون ألف نسخة كما أصدرت الندوة 4
مطويات تخص القضية طبعت منها 300 ألف نسخة وعرفت الندوة بالقضية من خلال الملف الصحفي
السنوي بـ9 ملفات طبعت منها 60 ألف نسخة وشاركت الندوة فيما يقارب من 200 معرض إعلامي
للتعريف بالقضية الكشميرية.

ووزعت ما يقارب من 25,000 نسخة من الأشرطة السمعية والمرئية.

وأصدرت أول فيلم وثائقي حول كشمير بعنوان كشمير التاريخ والمأساة.

كما عقدت الندوة ما يقارب من 20 مؤتمرا صحفيا لقادة الجهاد الكشميري ونظمت 50 محاضرة وندوة
حول القضية الكشميرية لتقدم القضية الكشميرية الى العالم محاولة بذلك ان تأخذ حجمها الحقيقي في
بؤرة الاهتمام من قبل الاعلام.

وقد جاءت كل تلك الجهود نصرة للشعب الكشميري لتحرير أرضه ولتري العالم صورة واقعية بلا رتوش

لما يتعرض له اخواننا هناك من وحشية وظلم على ايدي الحاقدين الهندوس.

\* تكثر المخيمات الشبابية التي تقيمها الندوة في عدد من بلدان العالم, فما الاستراتيجية التي تنتهجها الندوة في إقامة المخيمات لشباب الأمة؟

من واقع التجربة والخبرة فقد لمس الدعاة والمربون ورجال التعليم ان المخيمات الشبابية والطلابية ذات أثر كبير وفاعل في نفوس المشاركين سواء من ناحية التأثير على سلوكياتهم وتوجيهها الوجهة الحسنة أو من ناحية غرس المعاني الفاضلة لديهم وصبغهم بالصبغة الاسلامية وتعد حاجة المنطقة احدى أهم الاستراتيجيات التي تنتهجها الندوة في تنظيم مخيماتها فمثلا تنظم الندوة في المناطق التي تعاني من قلة الاستقرار وكثرة الحروب مخيمات اللاجئين والمنكوبين يتم من خلالها تقديم بعض المساعدات الغذائية والدوائية اضافة الى تقديم الارشادات الاسلامية ومن ذلك دول أوروبا الشرقية وكشمير وغيرها.

أما المناطق التي تعاني في الغالب من تعرضها لبعض الأمراض والكوارث وقلة الامكانات فتنظم الندوة بها مخيمات طبية وتقدم من خلالها المساعدات والأدوية اضافة الى اجراء بعض العمليات الصغرى ومن ذلك دول افريقيا وبعض من دول آسيا.

وأخيرا مخيمات الكشافة التي تهدف في أغلب أحوالها الى تنمية مهارات المشاركين وتوسيع مداركهم العقلية واشغال أوقات فراغهم بما يعود عليهم بالنفع والفائدة اضافة الى تنمية الروح الدينية والاجتماعية لدى المشاركين والتعارف فيما بينهم كي يعيشوا في مناخ اسلامي وفق برامج مدروسة على أسس تربوية سليمة يشرف عليها نخبة من المتخصصين والتربويين ذوي ضمائر وأخلاق كريمة, وهذه المخيمات غالبا ما تنظمها الندوة في أمريكا واستراليا وعدد من الدول العربية, وقد نفذت الندوة خلال صيف هذا العام 115 منشطا صيفيا في ثلاث وثلاثين دولة من دول العالم استفاد منها 8000 شاب وشابة.

\* ما عدد مكاتب الندوة في داخل المملكة وخارجها؟ وما المصدر الرئيسي لتمويل مناشط وأعمال الندوة؟

للندوة أربعة مكاتب رئيسية في داخل المملكة في كل من منطقة مكة المكرمة والمنطقة الشرقية والمدينة المنورة والمنطقة الجنوبية ويتبع لتلك المكاتب مكاتب فرعية في كل من الطائف وينبع والعلا ووادي الدواسر والسليل والاحساء والجبيل والخبر والخفجي وبقيق وحفر الباطن وخميس مشيط وحائل وجازان وافتتح حديثا مكتب القصيم وتمت الموافقة على آخر في تبوك.

أما مكاتب الندوة في الخارج فعددها 12 مكتبا إقليميا اذكرها على النحو التالي:

1 مكتب الندوة في شرق آسيا, إندونيسيا, جاكرتا.

2 مكتب الندوة في جنوب آسيا, الهند, نيودلهي.

3 مكتب الندوة لمنطقة الباسفيك استراليا كانبيرا.

4 مكتب الندوة في شرق إفريقيا, كينيا, نيروبي.

5 مكتب الندوة في نيجيريا, لاجوس.

6 مكتب الندوة في جنوب إفريقيا, ملاوي, زومبا.

7 مكتب الندوة في غرب إفريقيا, السنغال, تيلز.

8 مكتب الندوة في غرب أوروبا, المانيا, كولن.

9 مكتب الندوة في شرق أوروبا, رومانيا, تيموشوارا.

10 مكتب الندوة في أمريكا الشمالية, أمريكا, فرجينيا.

11 مكتب الندوة في أمريكا الجنوبية, البرازيل.

12 مكتب الندوة في روسيا, موسكو.

اضافة الى ذلك يوجد عدد من المكاتب الفرعية والمندوبين في الخارج في كل من أذربيجان, اليمن, باكستان, بنجلاديش, تايلاند, تركيا, سريلانكا, ماليزيا, نيبال, هونغ كونغ, أثيوبيا, كردستان, السودان, الصومال, أوغندا, بنين, تشاد, تنزانيا, توجو, رواندا, غينيا كوناكري, مالي, مصر, موريتانيا, ألبانيا, البوسنة, بريطانيا, بلغاريا, الأرجنتين, كندا, نيوزيلندا.

أما المصدر الرئيسي لتمويل مناشط الندوة فهو قائم اساسا على ما تقدمه حكومة خادم الحرمين

Case 1:03-md-01570-GBD-SN   Document 3963-6   Filed 04/13/18   Page 18 of 51

الشريفين يحفظه الله من ميزانية سنوية ثابتة للندوة اضافة الى ما يقدمه أبناء هذه البلد من مساعدات.

\* بالرغم من وجود العديد من العلماء والباحثين العاملين في جهاز الندوة إلا أننا لم نسمع أو نقرأ دراسات علمية تناقش هموم ومشكلات شباب الأمة, فما قولكم؟

إذا كان قصدك من السؤال هو تحفيزي على ان أذكر كل ما تقدمه الندوة في مجال خدمة الشباب المسلم والدراسات التي أعدتها حول الشباب ومشكلاته وهمومه فلا بأس في ذلك ولا أظن المجال يتسع لذلك, أما إن كنت تقصد أنه لا يوجد دراسات علمية أعدتها الندوة في هذا المجال فأنا اختلف معك تماما, فقد أعدت الندوة مئات الدراسات الخاصة بهموم الشباب وعقدت مؤتمرا خاصا لمناقشة تلك الهموم بعنوان الشباب المسلم والتحديات المعاصرة حشدت له العديد من العلماء والمفكرين والأدباء وأصحاب الاختصاص والمهتمين بقضايا الشباب واصدرت توصيات هامة في ذلك وشكلت لجاناً لمتابعة تنفيذ تلك التوصيات كما ان للندوة العديد من الدراسات والبحوث والمؤلفات التي تخدم هذا الجانب ومن أبرزها على سبيل المثال كتاب أنموذج الشاب المسلم في قصة يوسف عليه السلام وكتاب الشباب ومشكلاته من المنظور الاسلامي وكتاب دور الشباب في حمل رسالة الاسلام وكتاب حسن الاستفادة من الوقت وكتاب الرعاية الاجتماعية للشباب وكتاب الغزو الفكري في التصور الاسلامي وكيفية المواجهة وكتاب المنظمات الطلابية وكتاب الاعلام الاسلامي وغيرها كثير ومعظمها يدور حول قضايا تهم الشباب وتساهم في حل مشكلاته والوصول به الى جادة الصواب هذا بالاضافة الى مئات المحاضرات والبحوث والندوات التي تهتم بالشباب وتوجه سلوكه وتحدد أولوياته وتغرس به أسباب الاستقامة وصفاء المنهج.

\* يلحظ على العمل الإسلامي الازدواجية وسوء التنسيق فيما بين المؤسسات الاسلامية وخاصة في مجالات الاغاثة والدعوة,, فكيف السبيل لمعالجة مثل ذلك؟

في رأيي أن العمل الاسلامي لا يعاني من ازدواجية وسوء تنسيق إنما هناك تنوع وتعدد في وسائل وآليات العمل الإسلامي والدعوي ولعلك تقصد من سؤالك توحيد جهود تلك المؤسسات وطرق دعمها وهذه قضية مرجعها الاساس هو طبيعة النفس البشرية التي جبلت على تنوع الأفهام والمدارك والعقول, فالبشر لا يستوون في طريقة فهمهم للأحداث والقضايا, كل ينظر اليها من زاوية علمه وفهمه وخبرته,, ولذلك فلا سبيل لإيجاد صيغة مشتركة للعمل الاسلامي سواء كان الاغاثي أو الدعوي إلا الاقرار بطبيعة الاختلاف هذه لننطلق منها الى ميادين التنافس فالجميع ينشدون الخير والجميع متفقون ويسعون لهدف واحد, هو مرضاة الله عزوجل وفي ذلك فليتنافس المتنافسون .

وأمر آخر أحب أن أشير إليه ولا يقل أهمية عما ذكرت وهو ادراك الواقع الذي نعيشه والحاجة الماسة لاتساع الرقعة التي يغطيها العمل الاسلامي, فالساحة تتسع للجميع وهي بحاجة الى جهود كبيرة لتلبي الاحتياجات المطروحة والمتزايدة فالرحى ما زالت تدور في كثير من بلدان الأرض لتطحن بين شقيها آلاف المسلمين.

ولا أحد يدعي أنه يمكنه بمفرده اشباع احتياجات المجتمع الاسلامي المليء بالحروب والكوارث والذي يعيش حقبة سوداء من تاريخه, إذا أدركنا ذلك نكون قد أوجدنا مساحة في صدورنا لتقبل الآخر ومباركة جهوده وضم يدنا الى يده وهو ما يحثنا عليه ديننا الحنيف, ولا أظن ان ما تقدمه الهيئات الاسلامية مجتمعة يسد أكثر من 1520% من احتياجات المسلمين في العالم, واختم هنا بوصية أوصي بها نفسي واخواني العاملين في مجالات الدعوة والاغاثة وهي ان نتذكر دائما الغاية التي من أجلها ندعو ونعمل ألا وهي طلب مرضاة الله عزوجل, ولا شك ان ذلك سيكون بمثابة البلسم الناجع الذي يعصمنا من الزلل ويساعدنا على الانطلاق من قاعدة راسخة وتأسيس عمل دعوي واغاثي متين قائم على الأخوة والتعاون.

\* الندوة من المؤسسات الرائدة التي اهتمت في المرأة المسلمة وذلك بافتتاح مكاتب خاصة بها,, ترى ما أبرز الأعمال التي قدمتموها للمرأة المسلمة؟

تولى الندوة العالمية اهتماما خاصا بقضايا المرأة المسلمة، وقد أنشأت لجنة خاصة باسم اللجنة النسائية، ولها ميدان مستقلة بها، وأنشطة متنوعة، ويقوم على هذا العمل الدعوي النسائي نخبة من الرائدات في العمل الاسلامي.

وقد أخذت تلك اللجنة على عاتقها أهمية الدور المناط بها من منطلق أن المرأة نصف المجتمع والركيزة

الأولى في بناء الأجيال، فوضعت الخطط السنوية، وراعت فيها التنوع والشمول والتجديد والاستمرارية
وقد استطاعت بفضل الله ان تحقق انجازات مباركة قدمت من خلالها خدمات طبية وتعليمية وفكرية
واغاثية واجتماعية للنساء والفتيات والأطفال داخل المملكة وخارجها.

وينطلق دور الندوة العالمية في الاهتمام بالمرأة من عدة جوانب أساسية وهي:

أولا: تربية النساء والفتيات على العقيدة الصحيحة وتنمية السلوك الاسلامي لديهن.

ثانيا: العمل على تعميق الشعور بالعزة الاسلامية وتقوية روابط الأخوة الايمانية بين المسلمات.

ثالثا: التعريف الصحيح بالاسلام بين النساء والدعوة الصادقة اليه بجميع الوسائل المناسبة.

رابعا: الاهتمام بالطفل والعمل بكل ما من شأنه المساهمة في بناء شخصيته وتأصيل هويته الاسلامية
واستغلال طاقاته وتنمية مواهبه وقدراته.

خامسا: توجيه المرأة للاستفادة من وقتها واستثماره في الأعمال النافعة والمفيدة.

سادسا: تعريف المرأة في المملكة بمعاناة المسلمات في أقطار العالم العربي والاسلامي.

سابعا: التواصل مع الجمعيات النسائية داخل المملكة وخارجها.

ثامنا: دعم النشاط النسائي الاسلامي الدعوي خارج المملكة.

وقد نظم فرع واحد من فروع اللجنة النسائية خلال السنوات الماضية ما يقارب من 443 محاضرة دعوية
باللغة العربية و115 محاضرة دعوية باللغة الانجليزية.

كما نظمت 64 حلقة تحفيظ في القرآن الكريم وتجويده وتفسيره.

وعقدت 24 دورة في العقيدة و20 دورة في الفقه و16 دورة في الحديث و23 دورة في الحاسب الآلي و
15 دورة في تنمية المهارات الفنية و4 دورات في المهارات اللغوية.

كما نظمت 5 معارض للكتاب و6 معارض لجراحات العالم الاسلامي و5 مهرجانات للهوايات المفيدة و24
حفل طبق خيري و33 برنامج مسرحي و20 حفلة سمر ثقافي وترفيهي و8 أيام مفتوحة للناشئات و14
يوما مفتوحا للأطفال اضافة الى العديد من المساهمات المادية في دعم قضايا المسلمين كقضية دعم
اللاجئين في كوسوفا والبوسنة والهرسك والشيشان وفلسطين.

* يحسب للندوة سرعة مباشرتها الأعمال الاغاثية في المناطق المنكوبة ويتواجد بها مسلمون,, ما
المنهجية التي تتبعها الندوة في المساهمة بالأعمال الاغاثية المتنوعة؟

للندوة العالمية للشباب الاسلامي دورها الاغاثي في المناطق المنكوبة التي يتواجد بها مسلمون، وتتبع
الندوة في ذلك منهجية في تقديم الأعمال الاغاثية قوامها نصرة المسلمين في هذه المناطق، ومد يد
العون لهم، والقيام بواجب الاغاثة,, ومنهجية الندوة في سرعة تقديم العمل الاغاثي في المناطق
المنكوبة مرده الأساسي عدم اعطاء الفرصة للمنظمات التنصيرية لكي تنفرد بالمسلمين في هذه
المناطق، وتمارس دورها، وذلك كان للندوة العالمية للشباب الاسلامي دورها الرائد في تقديم الأعمال
الاغاثية في المناطق المنكوبة، بل كانت من أول المؤسسات الاسلامية الاغاثية التي بدأت أعمالها مبكرا
في كل من البوسنة والهرسك وفلسطين وكشمير وأوروبا الشرقية، كما أنشأت مكاتب دائمة في البلدان
التي تكثر بها الاضطرابات والحروب ويغلب عليها عدم الاستقرار وذلك للقيام بدورها الاغاثي في الوقت
المناسب وتضييق الفرص على المؤسسات التنصيرية.

وقد بلغ قيمة المساعدات الاغاثية التي قدمتها الندوة خلال عام 1418ه ثمانية ملايين ريال، وزادت في
عام 1419 الى 12,6 مليون ريال، ووصلت عام 1420ه الى 10,6 ملايين ريال، هذا بالاضافة الى
المخيمات والقوافل الطبية التي تقوم بتسييرها لجنة الطبيب المسلم، والتي شارك فيها أطباء من كافة
التخصصات، تذهب الى المناطق المنكوبة وتعالج المصابين والمتضررين من أبناء المسلمين.

وتتوجه الندوة العالمية الآن في اطار العمل الاغاثي المشترك الذي تقوم به المؤسسات الاسلامية
الدعوية والاغاثية للعمل في اطار خطة شاملة تشارك فيها جميع المنظمات الخيرية والدعوية.

* ما الجديد لديكم ولم يعلن بعد؟

الندوة العالمية للشباب الاسلامي تقوم سنويا بمراجعة شاملة لمناشطها تتلمس القضايا الهامة والملحة
وتتوجه نحوها وتكثفها وتدعمها، وجديد الندوة في خطتها المستقبلية يتركز على:

أولا: تكثيف البرامج الدعوية والتي بلغ اجمالي الانفاق عليها خلال العام الماضي 1420ه أكثر من تسعة

ملايين ريال، بنسبة 14% من اجمالي تكلفة سائر مناشط الندوة، وذلك بدعم حلقات تحفيظ القرآن الكريم، وزيادة القوافل الدعوية، والتركيز على تفعيل دور المراكز والجمعيات الاسلامية في العالم، فالندوة العالمية للشباب الاسلامي تقوم بدعم 156 جمعية ومنظمة اسلامية بما يعادل 52% من تكلفة البرامج الدعوية، منها 80 جمعية اسلامية في آسيا و26 جمعية في إفريقيا و38 جمعية في أوروبا و12 جمعية في أمريكا.

ثانيا: دعم برامج تعريف الاسلام لغير المسلمين ودعوتهم للاسلام، وزيادة عدد الرسائل الدعوية الموجهة من الندوة لغير المسلمين، فقد وجهت الندوة 17629 رسالة دعوية خلال العام الماضي تحتوي على مواد دعوية بتكلفة قدرها 185 ألف ريال.

ثالثا: نشر الحجاب الإسلامي وخاصة في أوروبا الشرقية وبصفة خاصة في البوسنة ومقدونيا وألبانيا.

رابعا: زيادة المنح الدراسية والمساعدات الطلابية لأبناء المسلمين والتي بلغت خلال العام الماضي 2,6 مليون ريال.

خامسا: تكثيف الدورات العلمية والتأهيلية فقد نظمت الندوة خلال العام الماضي 93 دورة علمية وشرعية.

سادسا: وقف الشيخ محمد بن عبدالوهاب ويهدف الى انشاء مجمع تجاري خيري يعود ريعه لصالح المشاريع الخيرية.

<div dir="rtl">

رجوع                                                                                          أعلى الصفحة

[تعريف بنا] [للاتصال بنا] [الإعلانات] [الاشتراكات] [الأرشيف] [البحث] [خدمة الإنترنت] [المسائية] [الجزيرة] [موقعنا]

أي إستفسارات أو إقتراحات إتصل على MIS@al-jazirah.com عناية م.عبداللطيف العتيق

</div>

Copyright, 1997 − 2000 Al−Jazirah Corporation. All rights reserved

إسلامية۔أسبوعية۔ جامعة    1423    21    1759    ISSUE NO. 1759 FRIDAY 21 Jumada II 1423H 30 August 2002



Page One

الإنجليزية الأولى

1

## Israel steps up attacks, scraps pullout deal

OCCUPIED JERUSALEM Israel pressed on with its offensive, rounding up Palestinians and razing homes as it insisted there would be no new pullback from the West Bank or Gaza Strip until the Palestinian leadership cracked down more effectively on fighters

"The Israeli Army will not move so long as the Palestinians are failing to impose calm on the ground by starting to fight hard-line groups," an Israeli security official told AFP, asking not to be named.

After Israeli commanders dashed Palestinian hopes of a redeployment in the West Bank city of Hebron on 23 August, a top aide to Palestinian leader Yasser Arafat accused them of breaking their commitments under the security deal. "The Israeli side refused to respect the engagements it had undertaken under the plans dubbed 'Gaza- Bethlehem First' and that should have resulted in a withdrawal from Hebron," the aide, Nabil Abu Rudeina, told AFP.

Meanwhile, Israeli troops killed Muhammad Hatem Hout, 26, a member of the Al-Aqsa Martyrs Brigades, during clashes. He was mowed down by bullets fired from an armored vehicle that was enforcing curfew in the town.

Six Palestinians were wounded, two of them seriously, by Israeli soldiers on 24 August afternoon during a heavy exchange of fire in the Old City of Nablus, Palestinian hospital sources and witness said.

Israeli tanks posted near the downtown area fired a rocket at a house where Palestinians had taken cover, the sources said. Two of the Palestinians, aged 18 and 23, were badly wounded, the hospital sources said.

Palestinian witnesses claim- ed all the wounded were civilians from the area who were not involved in the fighting. Since it re-invaded most of the West Bank on June 19, the Israeli Army has imposed a systemic clampdown on Palestinians. It has also rounded up relatives of alleged attackers destroying their houses and threatening them with deportation to the Gaza Strip.

In the Gaza Strip, the Israeli Army razed several Palestinian houses and another building near a Jewish settlement, itself the scene of a failed attack earlier this week, Palestinians security sources said. Israeli bulldozers, accompanied by tanks, stormed into the Deir El-Balah area near the Jewish settlement of Kfar Darom, and tore down three houses and another brick building, they said, adding that the houses were inhabited.

A Palestinian woman was gunned down by a Palestinian group on charges of collaborating with Israel, witnesses in Nablus said.

Israeli officials also stepped up their attacks on Arafat's leadership, as they prepared to welcome a US envoy next week for talks they say will focus on US-Israeli efforts to sideline the Palestinian leader.

The head of the US State Department's Middle East Desk, David Satterfield, a former ambassador to Lebanon, will visit several Arab states as well as Israel to explain why new leadership is required to press ahead with reform of the Palestinian Authority, the officials said.

"The United States, just like Israel, believes that before Palestinian legislative elections are held, the Afghan model must be applied with the establishment of a caretaker government led by a prime minister who can undertake genuine institutional and economic reforms," another senior Israeli official told AFP, asking not to be named.

But the Palestinians swiftly reiterated their rejection of the US pressure to amend their constitution and create a new post of prime minister as a brake on Arafat's powers. "We have told the Americans that it's none of their business," chief negotiator Saeb Erekat told the London-based Arabic daily Al-Hayat on 24 August.

"We were shocked when during our discussions the Americans spoke of changing the electoral law," he told the Arabic-language newspaper. - Agencies

صفحة|1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16||اخبار||العالم هذا|الأسبوع|حوارات|منتدى|الآراء|اوراق
ثقافية|المرصد الإعلامي|منوعات|الرابطة|إصداء|منابر الدعوة|الأخيرة|ة الإنجليزية

 Page One 

2

### Saudi charities deny funding terrorism

RIYADH - Two Saudi charity organizations on 17 August categorically denied any role in funding terrorism and branded a lawsuit by relatives of the victims of Sept. 11 attackers as a new plot against Islamic charities.

"This is yet another part of a series of accusations which started after Sept. 11 against Islamic charities," Secretary-General of the Jeddah-based International Islamic Relief Organization (IIRO) Adnan Pasha told AFP. "We never had any relation with Osama Bin Laden or any other illegal organizations ... they are targeting Islamic charitable work," Pasha said.

IIRO, one of several Islamic organizations charged in the lawsuit filed on 15 August, says it is active in the field of charity and relief works mostly for orphans in about 95 countries.

"Our work is official. Our financial records are well monitored and audited through international auditors and in cooperation with governments," Pasha added.

Last year, IIRO spent some $33 million on 2,800 projects and more than 44,000 orphans. It maintains offices in many countries, mostly in Africa and Asia.

Meanwhile, Assistant Secretary General of the Riyadh-based World Assembly of Muslim Youth, Abdul Wahab Noorwali, said the lawsuit was part of a "fierce campaign to discredit Islamic charity organizations."

"This is an organized and well-prepared campaign. Their ultimate goal is (to target) Islam as a religion and its charity organizations," Noorwali told AFP. He said the Saudi government regularly monitors WAMY's accounts and its fund-raising operations. Pasha and Noorwali both said joint action was needed to confront the lawsuit. - AN

صفحة|1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16||اخبار||العالم هذا|الأسبوع|حوارات|منتدى|الآراء|اوراق
ثقافية|المرصد الإعلامي|منوعات|الرابطة|إصداء|منابر الدعوة|الأخيرة|ة الإنجليزية

 Page One 

3

### Saudi relief for Palestinians

RIYADH - A convoy of 60 trucks carrying relief materials for Palestinians in the occupied territories arrived on 3 August in Amman. The trucks were laden with 500 tons of foodstuffs, 20 tons of medicines, and 2,000,400 items of clothes for distribution at the refugee camps in Jenin, Nablus, Tulkarem, Rammallah and Qalqilia. The Saudi Embassy in Jordan, Saudi Committee for

Support of Al-Quds Intifada, Saudi Red Crescent Society and Hashemite Charity Society are in charge of distribution of the materials. - SPA

صفحة1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16||اخبار||العالم هذاالأسبوع||حوارات|منتدىالأراء|اوراق ثقافية|المرصدالإعلامي|منوعات||الرابطة|اصداء|منابر الدعوة|الأخيرة|ا الإنجليزية

 Page One 

**4**

### King Fahd Plaza in Uganda handed over to Islamic University

RIYADH - The King Fahd Plaza, which was carried out at the expense of the Custodian of the Two Holy Mosques in the Uganda capital Kampla, was handed over, on 15 August, to the Islamic University there for operation and investment.

According to a press release issued here on 17 August by the Ministry of Finance and National Economy, the hand-over ceremony was attended by a number of officials from the Ugandan government, the Islamic University and the Saudi embassy in Kampala.

The project was built at a total cost of SR8million and its revenues will go to the Islamic University in Kampala.

The foundation stone of the project was laid by the Ugandan president on 27November, 1997, in the presence of representatives from the Saudi Ministry of Finance and National Economy and the Saudi embassy in Kampala

The project consists of two main buildings with a total area of about 7,327 square meters. The front building is made up of eight floors. The ground floor includes commercial shops while the upper floors are designated for offices. This in addition to two basements, one used as a mosque for men and women and the other as a car park. The other two-story building consists of commercial shops and parking lots.

The project is located in two main streets in the commercial district in the center of the capital.

It has been supplied with an air-conditioning system, early warnings systems and telephone exchange.

A part of the building has been allocated as a Saudi cultural center under the supervision of the Saudi embassy.

Arrangements are currently underway for an official opening ceremony scheduled to be attended by prominent figures from the two countries. - RD

صفحة1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16||اخبار||العالم هذاالأسبوع||حوارات|منتدىالأراء|اوراق ثقافية|المرصدالإعلامي|منوعات||الرابطة|اصداء|منابر الدعوة|الأخيرة|ا الإنجليزية

 Page One 

**5**

### New mechanism for monitoringpilgrims' accommodation during Hajj

MAKKAH - Prince Abdul Majeed Ibn Abdul Aziz, Governor of the Makkah Region and Chairman of the Hajj Central Committee, issued instructions for the implementation of a new mechanism for monitoring the pilgrims accommodation during forthcoming Hajj season.

This step is being taken to ensure providing pilgrims with the best services and avoiding the shortcomings witnessed in previous years, said Bandar Qabbani, chairman of the committee assigned for inspecting the pilgrims accommodation.

Qabbani said through the new mechanism, pilgrims will be able to choose suitable accommodations before arriving in Makkah, as all the parties concerned, such as the Hajj Ministry, Commerce Ministry, Tawafa establishments and Makkah Municipality would be linked to a unified computer network.

Qabbani said the unified network will display all data concerning Tawafa establishments licensed to provide pilgrims accommodation. This information includes the location of the housing unit, its distance from the Holy Haram in addition to the number, type and speculations of the rooms, available utilities and other services required to provide their pilgrims with comfort and peace of mind.

The statistics showed that last year there were 6,500 buildings housing over 1.5 million pilgrims, but this year there would be 7,000 buildings to accommodate two million pilgrims.

Qabbani explained that linking the concerned parties to a unified computer network would make it easier for the committee to carry out effective field monitoring and avoid the shortcomings which were a source of complaints in previous years

Qabbani called for landlords who wish to rent their buildings for pilgrims accommodations to produce a report from an architectural consultancy office proving that the building is safe and that there is emergency lighting at the entrances and exist, and that the building is provided with smoke detectors and the other required safety measures.

He said that the landlord also need to produce maps defining the location of their buildings, title deeds and maintenance contracts. - SG

صفحة‏1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16‏|‏اخبار‏|‏العالم هذاالأسبوع‏|‏حوارات‏|‏منتديا‏الآراء‏|‏اوراق ثقافية‏|‏المرصدالإعلامي‏|‏منوعات‏|‏الرابطة‏|‏إصداء‏|‏منابر الدعوة‏|‏الأخيرة‏|‏ الإنجليزية

 Page One  

6

### IN BRIEF

#### WAMY conducts Islamic course in Tanzania

JEDDAH A Ten-day educational and Islamic course for a group of 85 women was held recently by the World Assembly of Muslim Youth (WAMY) in Zanzibar, Tanzania

WAMY's Assistant Secretary General Dr. Abdulwahab Nour Wali said the course is the second of its kind organized by WAMY's office in Tanzania. He said the course was aimed at enhancing Islamic knowledge of Muslim women and qualifying them to assume active role in society. - SPA

#### IIRO distributes dates in Cameroon

JEDDAH International Islamic Relief Organization (IIRO), an affiliated of the Muslims World League (MWL), has recently distributed a large quantity of dates, donated by King Fahd Ibn Abdul Aziz, Custodian of the Two Holy Mosques, to orphans, widows and poor people in Cameroon. Dr. Adnan Khalil Pasha, Secretary General of the IIRO, announced SPA

#### Religious books for Mali

RIYADH The World Assembly of Muslim Youth (WAMY) recently provided Mali with 3,000 Islamic books in Arabic and French. They included parts 28,29 and 30 of the Holy Qur'an, its

interpretation biography of Prophet Muhammad (peace be on him) and history of the Prophet's companions and principles of Islam SPA

### 5,000 **Indonesians embrace Islam**

JEDDAH . Five thousand Indonesians in Molouk Islands have embraced Islam following extensive Da'wah works and carried out by the Jeddah-based International Islamic Relief Organization (IIRO). A statement, issued here on 17 August by IIRO, said its 150 propagators are engaged in the propagation mission in the Indonesian islands SPA

### **WAMY holds medical caravan in Rwanda**

JEDDAH World Assembly of Muslim Youth WAMY) recently organized a month-long medical caravan in the Republic of Rwanda. Over 7,000 persons benefited from free medical treatment and educational services, provided to them by this caravan, which came in the framework of intensifying Islamic charity work in this central African nation, which has suffered the impact of the 1994 devastating civil war. WAMY's Assistant Secretary General Dr. Abdulwahab Nourwali said the caravan covered four Rwandan regions and treated cases of malaria, typhoid, eye illness and urinal track inflammation SPA

<div dir="rtl">

صفحة| 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 |هذا الأسبوع|حوارات|منتدا|الآراء|اوراق العالم|اخبار| هذا العالم
ثقافية|المرصد الإعلامي|منوعات|الرابطة|إصداء|منابر الدعوة| الأخيرة| الإنجليزية

</div>



The Muslim World          Page One          الإنجليزية الأولى

7

### Bush is ignoring Muslims now

NEW YORK Several American Muslim leaders who President George W. Bush publicly courted after the Sept. 11 attacks say he is ignoring them now, and some blame conservative Christians and pro-Israel lobbyists for the reversal

Islamic support, which seemed so crucial as the nation embarked on its war on terrorism, is now losing ground to other concerns, US Muslims leaders say. "There were special interest groups involved immediately after those meetings last fall in trying to dissuade the administration from acting with us," says Salaam Al-Marayati, executive director of the Muslim Public Affairs Council in Los Angeles.

"There's sort of a right wing - whether Christian fundamentalists or pro-Israel groups - that tries to drive wedges between us and decision makers," he says.

Rebecca Needler, a spokeswoman for the American Israel Public Affairs Committee, a leading pro- Israel lobby group, called the claim ridiculous. She declined to comment further.

But Muslim leaders contend they have not met with Bush since last year, when he visited a Washington-area mosque, where he proclaimed Islam a religion of peace, and met with Muslim leaders and social workers at the White House.

The White House noted that it has celebrated Muslim holidays, such as Eid Al-Fitr at the end of the fasting month Ramadhan, while Secretary of State Colin Powell and Treasury Secretary Paul O'Neill have met with Muslim leaders.

Muslim leader say guest at the parties have been children and ambassadors from Muslim countries, and that Muslim advocates deal more often with lower-level representatives of government agencies than with Cabinet members.

Muslim leaders also say they have been further disappointed that Bush - the first presidential candidate they collectively endorsed - has failed to more strongly condemn attacks on Islam by Christian conservatives, a strong source of the president's support. - AP

صفحة‏1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16‏‏‏‏‏الأخبار‏العالم هذا‏الأسبوع‏حوارات‏منتدى‏الآراء‏أوراق ثقافية‏المرصد‏الإعلامي‏منوعات‏الرابطة‏إصداء‏منابر الدعوة‏الأخيرة‏‏ الإنجليزية

 

Page One

8

### Texas officials gang up on Muslim woman

HOUSTON, Texas (the United States) - Crystal (Ayesha) Ali Khan, a Muslim lady, has been targeted by Texas officials despite being a victim of a vicious assault by two women, according to DawaNet.

In a statement, DawaNet claimed that Ayesha, who is one of its workers, was assaulted by two non-Muslim women accusing her of abandoning her children when she got out of her car to pick up her children's medicine at a Houston Eckerd Drug Store.

"They pulled her Hijab (Islamic veil) off, tore her clothes, and threw her on the floor. The police were called but refused to arrest the attacking women or even press charges against them," said the statement.

It said they cited Ayesha instead for child abandonment. Later, the district attorney took several weeks before deciding that they will not press charges against the attackers.

DawaNet said the DA has pressed charges against the woman for child abandonment. Her hearing is on September.10

The Texas Child Protective Service has reportedly stepped in and issued a notice to Ayesha for an investigation.

A caseworker will visit her and her children and will determine if the children should be taken away.

DawaNet said Texas CPS' record against Muslim parents has been one of the worst in the nation.

It said the American Civil Liberties Union, Council on American Islamic Relations, and Muslim Legal Fund are all trying to help, but these are all civil rights groups. "The DA has made it a criminal case. Therefore, the extent to which these groups can help is limited," DawaNet said.

The Muslim Legal Fund in Dallas and DawaNet, Houston, are raising funds for Ayesha's defense, it said. - AN

صفحة‏1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16‏‏‏‏‏الأخبار‏العالم هذا‏الأسبوع‏حوارات‏منتدى‏الآراء‏أوراق ثقافية‏المرصد‏الإعلامي‏منوعات‏الرابطة‏إصداء‏منابر الدعوة‏الأخيرة‏‏ الإنجليزية

 

Page One

9

### Al-Wihaibi new WAMY chief

RIYADH - Dr. Salih Ibn Solaiman Al- Wihaibi was selected as Secretary General of the Riyadh-based World Assembly of Muslim Youth (WAMY) on 18 August.

He succeeds the late Dr. Maneh Hammad Al-Johani, who passed away in a traffic accident here on 4 August.

Before becoming WAMY Secretary General, Dr. Al- Wihaibi served as WAMY Assistant Secretary General for Executive Affairs and was a member of WAMY's Board of Trustees.

Dr. Al-Wihaibi is well known in the field of Da'wah and charity works.

He is a professor at the King Saud University in Riyadh. He holds a Ph.D. from the University of Indiana, the United States. - SG

صفحة 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16|اخبار العالم|هذا الأسبوع|حوارات|منتدى الآراء|اوراق ثقافية|المرصد الإعلامي|منوعات|الرابطة|إصداء|منابر الدعوة|الأخيرة| الإنجليزية

  Page One

10

### (Qur'an, 55:14-20)

*He created man from sounding clay like unto pottery, and He created Jinns from fire free of smoke: Then which of the favours of your Lord will you deny? (He is) Lord of the two Easts and Lord of the two Wests: Then which of the favours of your Lord will you deny? He has let free the two Seas meeting together: Between them is a Barrier, which they do not transgress: Then which of the favours of your Lord will you deny? Out of them come Pearls and Coral: Then which of the favours of your Lord will you deny?*

صفحة 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16|اخبار العالم|هذا الأسبوع|حوارات|منتدى الآراء|اوراق ثقافية|المرصد الإعلامي|منوعات|الرابطة|إصداء|منابر الدعوة|الأخيرة| الإنجليزية

  Page One

11

### Sahih Al-Bukhari

Narrated Masruq: Abdullah Ibn Amr mentioned Allah's Messenger (peace be on him) saying that he was neither a Fahish (one who speaks bad words) nor a Mutafahhish (one who speaks obscene evil words to make laugh). Abdullah Ibn Amr added, Allah's Messenger said, "The best among you are those who have the best manners and character."

صفحة 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16|اخبار العالم|هذا الأسبوع|حوارات|منتدى الآراء|اوراق ثقافية|المرصد الإعلامي|منوعات|الرابطة|إصداء|منابر الدعوة|الأخيرة| الإنجليزية

| Muslim World League<br>International Islamic Relief Org.<br>The Kingdom of Saudi Arabia<br>Secretary General's Office | International Islamic Relief Org.<br>The Kingdom of Saudi Arabia<br>[logo]<br>INT'L. ISLAMIC RELEIF ORG.<br>The Kingdom of Saudi Arabia | Muslim World League<br>INT'L. ISLAMIC RELEIF ORG.<br>The Kingdom of Saudi Arabia<br>Secretary General's Office |
|---|---|---|

No.: _100/1925/M1K_  
Date: _8/20/1420 A.H._  
[11/28/1999 A.D.]

Subject: _____  
: _____

**His Royal Highness Prince / Nayef Bin Abdul Aziz**      May Allah protect him  
**Minister of Interior**

Peace be upon you and Allah's mercy and blessings…

    This is in reference to Your Highness's confidential Telegram No. 1/M1/1SH 9302, dated 8/8/1420 A.H. [11/16/1999 A.H.], concerning the creation of a committee comprised of the Ministry of Interior, the Ministry of Islamic Affairs, Endowments, Dawah and Guidance, the Saudi Red Crescent Authority, and three members from the International Islamic Relief Organization, the World Assembly of Muslim Youth, and the Al-Haramain Charitable Organization to study relief work, determine its frameworks and methods, and determine all that would ensure it is integrated using proper avenues that ensure righteousness and aid to those who need it.

    I commend Your Highness's initiative and kind trust in the Organization, and I am pleased to inform Your Highness that Mr. Ali Al-Jaris, the manager of the Authority's office in Riyadh, has been nominated to represent the Organization on this committee. He was notified thereof via the Organization's Letter No. 100/1917/M/K, dated 8/20/1420 A.H. [11/28/1999 A.D.].

    I thank Your Highness for your kind attention.

    **Your Highness, please accept my regards and appreciation. May Allah protect and bless you.**

        **The Secretary General**  
        [signature] _8/20/1420 A.H._ [11/28/1999 A.D.]  
        **Dr. Adnan Bin Khalil Basha**

    [seal:] International Islamic Relief Organization  
        The Kingdom of Saudi Arabia  
        [logo]  
        Head Office (1)  
        International Islamic Relief Organization

Please quote above reference number and date when replying. Please quote above reference number and date when replying. Please quote above reference number and date when replying.  
Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 - 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ  
Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 - 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ  
Email: relief@iirosa.org

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 285002



Muslim World League

INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA
Secretary General's Office

رابطــة الـعــالــم الإسـلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العـــام

Sub. : _____ : الموضوع

No. : الرقـم : ٥م/م١٩٥٦/ع١١ك
Date : التاريخ : ٨/ ١٤٢٠

حفظه الله

صاحب السمو الملكي الأمير / نايف بن عبدالعزيز
وزير الداخلية

السلام عليكم ورحمة الله وبركاته

إشارة إلى برقية سموكم الخطية السرية رقم ١/م/١/ش ٩٣٠٢ بتاريخ ١٤٢٠/٨/٨هـ
بخـصوص تكوين لجنة من كل من وزارة الداخلية ووزارة الشـؤون الإسلامـية والأوقاف والدعـوة
والإرشاد وجمعية الهلال الأحمر السعودي وثلاث أعضاء من كل من هيئة الإغاثة الإسلامية العالمية
والندوة العالمية للشباب الإسلامي ومؤسسة الحرمين الخيرية لدراسة العمل الإغاثي وتحديد أطره
ووسائله وكل ما يحقق تكامله وفق مسارات صحيحة تكفل الصواب وإيصال المساعدات إلى
مستحقيها .

وإذ أشيد بمبادرة سموكم الكريم وثقتكم الطيبة في الهيئة يسرني أن أحيط سموكم بترشيح
سعادة الأستاذ/ علي الجريس مدير مكتب الهيئة بالرياض لتمثيل الهيئة في هذه اللجنة وقد عمّد
بذلك بخطاب الهيئة رقم ١٩١٧/١٠٠/م/ك وتاريخ ١٤٢٠/٨/٢٠هـ .
شاكراً سلفاً لسموكم اهتمامكم الكريم .

وتقبلوا سموكم عاطر تحياتي وتقديري . والله يحفظكم ويرعاكم ،،،

الأمين العام



د. عتقان بن خليل باشا

العنوان : ص. ب ١٤٨٤٣ جدة ٢١٤٣٤ – تليفون : ٦٥١٢٣٣٣ – ٦٥١٩٠٣٥ – فاكس : ٦٥١٨٤٩١ – تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P. O. Box 14843 Jeddah 21434 - Tel. : 6512333 / 6519035 - Fax : 6518491 - Tlk. : 606754 IGATHA SJ
E-mail : relief@iirosa.org : البريد الإلكتروني

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (RCC), United
States District Court for the Southern District of New York.

IIRO 285002

For advertising on this site
Call now
Tel: 4870911
Fax: 4871120

# Al-Jazirah

Editor in Chief: Khalid Bin Hamad Al-Malek

For advertising on this site
Call now
Tel: 4870911
Fax: 4871120

Second
Third
Edition

First

Local News

Articles

Community

Sentiments

Economy

E-Village

Sports

Investigations

Popular
Orbits

The World
Today

Final

Caricatures

Daily newspaper issued by the Al-Jazirah Journalism, Printing and Publishing Organization

Tuesday, Jumada Al-Oula 10, 1422 A.H.    First Edition    Issue No.: 10533

Tuesday, July 31, 2001 A.D.    [logo] Book and Pens

**First**

Order for financial assistance to Islamic associations and centers
as per the directive of the Custodian of the Two Holy Mosques, 10 million riyal headquarters for the
Institute of Islamic Sciences in Jakarta

* Riyadh SPA:

The Custodian of the Two Holy Mosques, King Fahd bin Abdulaziz, may Allah protect him, has ordered the disbursement of financial assistance to a number of Islamic associations and centers in Asia, Africa, America and Europe, totaling (5,646,110) five million six hundred forty-six thousand one hundred and ten riyals to support educational and proselytization projects for these Islamic institutions, associations and centers.

He, may Allah protect him, also ordered that some of these Islamic institutions and centers be provided with Noble Qurans, translations of the meanings of the Noble Quran and its interpretation, and Islamic books, that scholarships be allocated for some members of minorities, and that Imams be appointed and sent to work among the Muslim minorities in some countries.

The Custodian of the Two Holy Mosques also gave a directive to establish Sharia Science forums to train the imams of mosques as well as proselytizers in a number of countries, and to establish exhibitions of Islamic books and tapes in East Asia.

Moreover, he, may Allah protect him, ordered the creation of a committee comprised of the Ministry of Foreign Affairs, the Ministry of Islamic Affairs, Endowments, Da'wah and Guidance, the Ministry of Education, the Muslim World League, the World Assembly of Muslim Youth, as well as the relevant governmental and non-governmental institutions. This committee's mission would be to coordinate the courses held to spread Sharia Science among Muslim minorities, and it would be headquartered the Ministry of Islamic Affairs Endowments, Daw'ah and Guidance.

This came during His Majesty the King's approval of the recommendations of the Supreme Council for Islamic Affairs in the minutes it submitted to the Custodian of the Two Holy Mosques, His Royal Highness Prince Sultan bin Abdulaziz, Second Deputy Prime Minister, Minister of Defense and Aviation, Inspector General, and Chairman of the Supreme Council for Islamic Affairs. These minutes included recommendations to provide assistance to Islamic centers and institutions that provide educational and proselytization services to the Muslim minorities in a number of countries on the four continents.

The Acting Secretary-General of the Supreme Council for Islamic Affairs, Dr. Saleh bin Hussein Al-Ayyad, told the Saudi Press Agency that this assistance comes as a result of the Kingdom's kind message in the world, and in keeping with the generous hands that the Custodian of the Two Holy Mosques and his wise government have constantly extended to help our Muslim brothers everywhere.

He expressed his gratitude to His Royal Highness Prince Sultan bin Abdulaziz for his steadfastness in supporting and aiding Muslims in general, and Muslim minorities in particular, and asked Almighty Allah to reward His Highness generously.

As per the directive of the Custodian of the Two Holy Mosques, King Fahd bin Abdulaziz, may Allah protect him, a contract was signed in Jakarta to purchase headquarters for the Institute of Islamic and Arabic Sciences in Jakarta, which is affiliated with Al-Imam Muhammad Ibn Saud Islamic University. The contract is for a total of ten million riyals, and the total area of the land is over seventeen thousand square meters. The land was selected in a distinctive location of the Indonesian capital and work is underway to prepare the technical designs for a permanent project for the headquarters of the Institute in Indonesia.

Dr. Mohammed bin Saad Al Salem, Director of Al-Imam Muhammad Ibn Saud Islamic University, said: "This initiative by the Custodian of the Two Holy Mosques is a new addition to his record of focusing on education and supporting educational institutions at home and abroad. It is a generous gift from him, may Allah bless him, to a friendly Muslim people. This project of an 'Islamic and Arabic Sciences Institute in Indonesia' will provide good capabilities to respond to Indonesia's various educational needs

in the field of Sharia Science, teaching Arabic, and teacher training.

On this occasion, he conveyed sincere gratitude and appreciation, on his own behalf and on behalf of the University's staff, to the Custodian of the Two Holy Mosques and to His Highness the Crown Prince and Second Deputy Prime Minister for the attention and care they have paid to the University and to its institutions abroad, and for the accomplishments made in terms of purchasing this land, which will, with Allah's permission, be the start of a new path filled with achievements and excellence for the Islamic and Arabic Sciences Institute in Jakarta.

He also thanked His Royal Highness the Minister of Foreign Affairs, His Excellency the Minister of Finance and National Economy, and His Excellency the Minister of Higher Education for their efforts that resulted in the purchase of the land for the Institute of Islamic and Arabic Sciences in Jakarta.

It is worth noting that the Institute of Islamic and Arabic Sciences is one of the University's five institutes abroad, in addition to the Faculty of Sharia and Arabic Language in Ras Al Khaimah. It was inaugurated in 1400 A.H. [1979/1980 A.D.], and has two departments: The Sharia Department, which grants bachelor's degrees in Sharia, and the Language Preparation, Supplemental Education and Teacher Training Section. Over 5,000 male and female students have graduated from these departments, and gone on to contribute to the fields of education, proselytization, fatwa and the judiciary in Indonesia.

Top of page                                                                                                                 Back

(About us) (Contact us) (Advertisements) (Subscriptions) (Archives) (Search) (Internet Services) (Evening News) (Al-Jazirah) (Our Site)

For any inquiries or suggestions, contact us at MIS@al-jazirah.com  Attention / Eng. Abdul Latif Al-Ateeq

Copyright 1997 – 2000 Al-Jazirah Corporation. All rights reserved.





رئيس التحرير : خالد بن حمد المالك

أول صحيفة سعودية تصدر على شبكة الانترنت

صحيفة يومية تصدرها مؤسسة الجزيرة للصحافة والطباعة والنشر

**Tuesday 31th July,2001**

الثلاثاء 10 ,جمادى الأولى 1422 الطبعة:الأولى العدد:10533



الأولـى

## أمر بمساعدات مالية لجمعيات ومراكز إسلامية

### بتوجيه من خادم الحرمين، ، مقر لمعهد العلوم الإسلامية في جاكرتا بـــ 10 ملايين ريال

* الرياض واس:

أمر خادم الحرمين الشريفين الملك فهد بن عبدالعزيز حفظه الله بصرف مساعدات مالية لعدد من الجمعيات والمراكز الاسلامية في آسيا وأفريقيا وأمريكا وأوروبا بلغت خمسة ملايين وستمائة وستة وأربعين الفا ومائة وعشرة ريالات (110، 646، 5) دعما لمشروعات تعليمية ودعوية لتلك المؤسسات والجمعيات والمراكز الاسلامية،

كما أمر حفظه الله بتزويد بعض تلك المؤسسات والمراكز الاسلامية بمصاحف وترجمات لمعاني القرآن الكريم وتفسيره وكتب اسلامية وكذا تخصيص منح دراسية لبعض أبناء الاقليات وتعيين دعاة وارسال أئمة للعمل وسط الاقليات الاسلامية في بعض الدول،

كما وجه خادم الحرمين الشريفين بإقامة ملتقيات علمية في العلوم الشرعية لتأهيل أئمة للمساجد ودعاة في عدد من الدول واقامة معارض للكتاب والشريط الاسلامي في شرق آسيا،

وأمر حفظه الله بتكوين لجنة من وزارة الخارجية ووزارة الشئون الاسلامية والاوقاف والدعوة والارشاد ووزارة التعليم العالي ورابطة العالم الاسلامي والندوة العالمية للشباب الإسلامي والمؤسسات الحكومية وغير الحكومية ذات الصلة تكون مهمتها تنسيق الدورات العلمية التي تقام لنشر العلم الشرعي بين الاقليات الاسلامية ويكون مقر اللجنة في وزارة الشؤون الاسلامية والاوقاف والدعوة والارشاد،

جاء ذلك خلال موافقة الملك المفدى على توصيات المجلس الاعلى للشؤون الاسلامية في محاضر رفعها الى خادم الحرمين الشريفين صاحب السمو الملكي الأمير سلطان بن عبدالعزيز النائب الثاني لرئيس مجلس الوزراء ووزير الدفاع والطيران والمفتش العام ورئيس المجلس الاعلى للشؤون الاسلامية وتضمنت توصيات بمساعدات لمراكز ومؤسسات اسلامية تقدم خدمات تعليمية ودعوية للاقليات الاسلامية في عدد من الدول في القارات الاربع،

وأكد الأمين العام للمجلس الاعلى للشؤون الاسلامية بالنيابة الدكتور صالح بن حسين العايد لوكالة الانباء السعودية أن هذه المساعدات تأتي انطلاقا من الرسالة الخيرة للمملكة في العالم وتواصلا مع الايادي البيضاء لخادم الحرمين الشريفين وحكومته الرشيدة الممدودة باستمرار لمساعدة اخواننا المسلمين في كل مكان،

وأعرب عن شكره لصاحب السمو الملكي الأمير سلطان بن عبدالعزيز لمواقفه الخيرة في دعم ومؤازرة المسلمين بعامة والاقليات الاسلامية بخاصة سائلا الله تعالى أن يجزي سموه على ذلك خير الجزاء،

و بتوجيه من خادم الحرمين الشريفين الملك فهد بن عبدالعزيز حفظه الله تم التوقيع في جاكرتا على عقد شراء مقر لمعهد العلوم الاسلامية والعربية في جاكرتا التابع لجامعة الإمام محمد بن سعود الاسلامية بمبلغ اجمالي قدره عشرة ملايين ريال، وتبلغ المساحة الاجمالية للارض أكثر من سبعة عشر الف متر مربع تم اختيارها في موقع متميز من العاصمة الاندونيسية ويجري العمل على اعداد التصاميم الفنية لمشروع دائم لمقر المعهد في إندونيسيا.

صرح بذلك معالي مدير جامعة الإمام محمد بن سعود الاسلامية الدكتورمحمد بن سعد السالم وقال ان هذه المبادرة من خادم الحرمين الشريفين هي اضافة جديدة الى سجله الحافل بالعناية بالتعليم ودعم المؤسسات التعليمية في الداخل والخارج وهدية كريمة منه أيده الله الى شعب مسلم صديق وسيمنح هذا المشروع «معهد العلوم الاسلامية والعربية في إندونيسيا» امكانيات جيدة للاستجابة لاحتياجاته التعليمية

المتعددة في مجال العلوم الشرعية وتعليم اللغة العربية وتأهيل المعلمين.

ورفع بهذه المناسبة باسمه ومنسوبي الجامعة الى خادم الحرمين الشريفين وسمو ولي عهده الامين وسمو النائب الثاني خالص الشكر و التقدير ووافر الامتنان على ما يولونه للجامعة ومعاهدها في الخارج من عناية واهتمام وعلى ما تم انجازه والحمد لله من شراء هذه الارض التي ستكون باذن الله بداية لمسيرة جديدة لمعهد العلوم الاسلامية والعربية في جاكرتا حافلة بالعطاء متميزة في الاداء.

كما شكر معاليه صاحب السمو الملكي وزير الخارجية وصاحب المعالي وزير المالية والاقتصاد الوطني وصاحب المعالي وزير التعليم العالي على

ما بذلوه من جهود انتهت بشراء الارض لصالح معهد العلوم الاسلامية والعربية في جاكرتا.

يذكر أن معهد العلوم الاسلامية والعربية هو واحد من خمسة معاهد تابعة للجامعة في الخارج بالاضافة الى كلية الشريعة واللغة العربية في رأس الخيمة وتم افتتاحه عام 1400هـ ويحوي قسمين هما قسم الشريعة حيث يمنح درجة البكالوريوس في الشريعة وقسم الاعداد اللغوي والتعليم التكميلي وتأهيل المعلمين وتخرج من هذه الاقسام ما يزيد على خمسة آلاف طالب وطالبة يساهمون في مجالات التعليم والدعوة والافتاء والقضاء في إندونيسيا.

**أعلى الصفحة**                                                                                                    **رجوع**

[تعريف بنا] [للاتصال بنا] [الإعلانات] [الاشتراكات] [الأرشيف] [البحث] [خدمة الإنترنت] [المسائية] [الجزيرة] [موقعنا]

أي إستفسارات أو إقتراحات إتصل على MIS@al-jazirah.comعناية م.عبداللطيف العتيق

Copyright, 1997 - 2000 Al-Jazirah Corporation. All rights reserved

| **Muslim World League**<br>International Islamic Relief Org.<br>The Kingdom of Saudi Arabia | International Islamic Relief Org.<br>The Kingdom of Saudi Arabia<br>[logo]<br>INT'L. ISLAMIC RELEIF ORG.<br>The Kingdom of Saudi Arabia | **Muslim World League**<br>INT'L. ISLAMIC RELEIF ORG.<br>The Kingdom of Saudi Arabia |

No.: _100/987/103_

Date: _4/16/1421 A.H._

    [07/18/2000 A.D.]

Subject: _____

: _____

**His Excellency the Deputy Minister of Foreign Affairs**       **May Allah protect him**

Peace be upon you and Allah's mercy and blessings…

The International Islamic Relief Organization in the Kingdom of Saudi Arabia is pleased to offer you its kindest regards. It also thanks you for your continued support and for facilitating its missions. May Allah reward you generously.

I am also pleased to inform you that the Organization has opened an office in India (Hyderabad), and that Mr. Fadel Hussein Seif El-Din, a Saudi citizen, has been appointed as manager of that office. Please note that Saudis affiliated with the Organization visit India to supervise the progress of the work and survey the condition of Muslims affected by natural disasters. This requires that the Office Manager receive them at the airport in order to facilitate their exit. However, he is having problems at the parking lots.

Accordingly, we respectfully ask Your Excellency to instruct the Saudi Embassy in India and the Saudi Consulate in Bombay to cooperate with him by facilitating his mission and looking into the possibility of issuing diplomatic license plates for the Organization's vehicles purchased in India, similarly to the facilitations that your esteemed ministry provided to the World Assembly of Muslim Youth in India.

       We thank Your Excellency for your kind cooperation.

       May Allah protect you…

[signature]                   [signature]

_4/15_[/1421 A.H. 07/17/2000 A.D.]    _4/15_[/1421 A.H. 07/17/2000 A.D.]

       **The Secretary General**

    [signature] _4/15_[/1421 A.H. 07/17/2000 A.D.]

    **Dr. Adnan Bin Khalil Basha**

      [seal:] International Islamic Relief Organization

      The Kingdom of Saudi Arabia

      [logo]

      Head Office (1)

      International Islamic Relief Organization

Please quote above reference number and date when replying. Please quote above reference number and date when replying. Please quote above reference number and date when replying.

Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 - 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ

Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 - 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ

Email: relief@iirosa.org

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 285013

MUSLIM WORLD LEAGUE

**INT'L. ISLAMIC RELIEF ORG.**

THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

Sub. :      : الموضوع

No : ١٠٢ /٩٨٧ /١٠٠

Date : ١٤٠٩ /٢ /٢٦ هـ   : التاريخ

معالي وكيل وزارة الخارجية         حفظه الله

السلام عليكم ورحمة الله وبركاته

يسر هيئة الاغاثة الاسلامية العالمية بالمملكة العربية السعودية ان تهديكم اطيب تحياتها وتشكركم لدعمكم المتواصل لاعمالها وتسهيلكم لمهامها فجزاكم الله خير الجزاء.

كما يسرني احاطتكم بان الهيئة افتتحت مكتبا لها في الهند (حيدر اباد ) وتم تعيين الاستاذ/ فاضل حسين سيف الدين سعودي الجنسيه مديرا للمكتب ، ونظرا لان هناك افرادا من منسوبي الهيئة السعوديين يزورون الهند للاشراف على سير الاعمال وتفقد احوال المسلمين المتضررين من الكوارث الطبيعية الامر الذي يستدعي استقبالهم في المطار من قبل مدير المكتب لتسهيل مهمة خروجهم ويواجه صعوبة في مواقف السيارات.

لذا نرجو من معاليكم توجيه سفارة خادم الحرمين الشريفين بالهند والقنصلية السعودية في بومباي بالتعاون معه في تسهيل مهمة اداء عمله وبحث امكانية اصدار لوحات دبلوماسيه لسيارات الهيئة التي سيتم شراؤها من الهند اسوة بما قدمته وزارتكم الموقره من تسهيلات مماثله لمكتب الندوة العالمية للشباب الاسلامي بالهند.

شاكرين لسعادتكم كريم تعاونكم .
والله يحفظكم ،،،

الامين العام

د.عدنان بن خليل باشا

Please qoute above ref. No. and date when replying.     Pour répondre, Prière de citer la date et la référence sus - citées     الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٢٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
البريد الالكتروني : Email: relief@iirosa.org

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (RCC), United
States District Court for the Southern District of New York.

IIRO 285013

Studies Department

204          [stamp:] 11512
             [stamp:] Dhul Qadah 13, 1421 A.H. [February 07, 2001 A.D.]

                                        Attestation of approval to form a delegation
                                        to travel to Bulgaria


### **Fax – Very Urgent**


HE / Prof. Dr. Adnan Bin Mohammed Al-Wazan                    May Allah protect him
        Deputy Minister of Islamic Affairs, Chairman of the Preparatory Committee – Riyadh


Peace be upon you and Allah's mercy and blessings… Furthermore:

        This is in reference to your Fax No. 66, dated 11/13/1421 A.H. [2/7/2001 A.D.], about the proposal to form a high-level delegation under our chairmanship, with the membership of the Ministry of Islamic Affairs, Endowments, Dawah and Guidance, the World Assembly of Muslim Youth, and the General Secretariat of the High Council for Islamic Affairs to urgently travel to Bulgaria in order to survey the conditions and needs of the Muslim minority in Bulgaria.

        I hereby attest that we approve formation of the aforementioned committee. Kindly review and be advised thereof. May Allah help you.

[signature]

                                May Allah protect you…


                                        The Assistant Secretary General


                                        Mohammed Bin Nasser Al-Abboudi


Cc / Studies [Department] for entry 707
Cc / Office of the Assistant Secretary General for entry 688
Cc/ Communications [Department]

                                        _____*31/707/D/*_____
                                        *11/13*[/1421 A.H. [2/7/2001 A.D.]


               [signature]
               *11/13*[/1421 A.H. [2/7/2001 A.D.]


                                                        MWL 052935

إدارة الدراسات

١١٥١٢

٢٠٤

إفادة بالموافقة على تكوين وفد
السفر إلى بلغاريا.

## فاكس – عاجل جدا

سعادة / أ. د. عدنان بن محمد الوزان          حفظه الله

وكيل الوزارة للشؤون الإسلامية ، رئيس اللجنة التحضيرية – الرياض

السلام عليكم ورحمة الله وبركاته ٠٠ أما بعد:

فإشارة إلى خطابكم بالفاكس رقم ٦٦ وتاريخ ١٤٢١/١١/١٣هــــــ حـــول مقترح التوصية بتكوين وفد رفيع المستوى برئاستنا ، وعضوية كل مـــــن : وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد ، والنـــــدوة العالميـــة للشـــباب الإسلامي والأمانة العامة للمجلس الأعلى للشؤون الإسلامية للسفر إلى بلغاريـــــا عاجلا للوقوف على أوضاع الأقلية المسلمة في بلغاريا واحتياجاتهم .

أفيدكم بموافقتنا على تكوين اللجنة المذكورة للتلطف بـــــالإطلاع والإحاطـــة أعانكم الله.

والله يحفظكم ،،،

الأمين العام المساعد

محمد بن ناصر العبودي

ص/للدراسات للقيد ٧٠٧   ص/لمكتب الأمين العام المساعد للقيد ٦٨٨   ص/ للاتصالات

MWL 052935

Switch Client | Preferences | Help | Sign Out

| Search | Get a Document | *Shepard's*® | More | | History | Alerts |

FOCUS™ Terms [            ]   Search Within  Original Results (1 - 4)   [Go]      Advanced...

View Tutorial

All Results - (4)   News - (4) ▶

Source: **Combined Source Set 60** ⓘ **- News, All (English, Full Text)**
Terms:  **"WAMY team in Afghanistan risks life to deliver aid"**   (Edit Search | Feedback on Your Search)

✏ Select for FOCUS™ or Delivery
☐

*WAMY team in Afghanistan risks life to deliver aid Middle East Newsfile November 20, 2001 Tuesday*

Copyright 2001 Moneyclips
Middle East Newsfile

November 20, 2001 Tuesday

**LENGTH:** 2877 words

**HEADLINE: WAMY team in Afghanistan risks life to deliver aid**

**BYLINE:** By KHOLOUD SOLIMAN, Saudi Gazette Staff

SOURCE: SAUDI GAZETTE

**BODY:**
JEDDAH--ISLAMIC Organizations, after September 11, have become the center of world's attention. The international media has pointed an accusing finger at these organizations as one of the sources of funding and producing terrorism.

Dr Abdul Wahab A. Noorwali, Assistant Secretary General of the World Assembly of Muslim Youth (WAMY) in Jeddah talked to the Gazette about WAMY's role as an international Islamic organization, and presented his views on the current international misconceptions and accusations against Islam and Muslims.

Dr Noorwali is originally an Associate Professor, Clinical Biochemistry Department, Faculty of Medicine, King Abdul Aziz University, Jeddah. He was the Chairman of the Medical Curriculum Committee between 1982 and 1983. He is a member of the Evaluating Committee for the Haj Health Program in the Ministry of Health. He is also in charge of WAMY offices in African and Arab countries.

Q. How did you get involved with the World Assembly of Muslim Youth (WAMY) Organization?

A. My interest in charitable work began in 1977 when I was a student in the Faculty of Pharmacy, King Saud University in Riyadh. At that time I made several visits to the WAMY headquarters. I participated many times in their activities and youth gatherings and met with their visitors from all over the Islamic world. It became a great interest to me after I left the Kingdom to complete my higher studies in Medical School at the University of Sheffield, England, for I used to be in contact with charity workers of different Islamic relief organizations.

After I came back to the Kingdom I chose to keep charity work as one of my biggest interests along with my work at the university. This desire to help to develop philanthropy urged me to join WAMY and hence I became an active volunteer of the Assembly and that allowed me to visit a large number of African countries through WAMY's activities.

I had a very rich experience in Africa. I found out that most people in Africa never expected to

meet Muslims from Arab countries who were interested in their domestic issues and welfare. I have met people who are concerned for their countries' developments but don't have enough finance and facilities. As a Muslim I felt that it is important to support these people, who were mostly Muslims, with whatever help the Assembly can provide them.

Q. What is Saudi Arabia's role in supporting WAMY activities?

A. Saudi Arabia's support has been enormous since the establishment of WAMY in 1963. The Kingdom provides us with a supportive environment that allows us to work openly within the society to collect funds and spread activities. It also provides us with protection abroad through Saudi embassies and consulates, in addition to financial support. Along with the government, the Saudi people are very supportive. People here are very concerned about Muslims' trials and tribulation all over the Islamic world, especially concerning financial support, such as in Bosnia, Kosovo, Chechnya, Palestine, and lately Afghanistan. Perhaps that's because Saudi Arabia is the land of the two holy mosques, which grants it a unique position in the Islamic world.

WAMY has received huge donations from people here, both financial and material. These have been sent to Afghanistan to help the Afghani refugees at the Pakistani border. All donations were shipped to Karachi. WAMY has a big center in Pakistan, which works on delivering the donations to the refugees. WAMY also has sent a relief caravan inside Afghanistan to Kabul and it is working hard on distributing medicine and food. Another huge caravan full of clothes, tents, and nutrition moved from Peshawar last Sunday on the long trip to Jalalabad and Kabul.

Q. How do you see the situation in Afghanistan?

A. We are in contact with our workers in the area and unfortunately the situation in Afghanistan is very bad. Refugees are in great need of help. They are gathered at the Pakistani border yet they are not allowed to enter Pakistan, so they try to cross the border through mountain passes. A large number of the elderly, women and children couldn't do that because it is very hard for them to climb the very cold high mountains, so they are all scattered over the desert. These refugees have left their villages to escape the US military strikes and to come over to Pakistan. According to our contacts in Pakistan and Afghanistan, Afghani refugees can't even find bread to eat. The childbirth rate is very high and two women out of five die during labor. The death rate is very high among children under five years old. International relief organizations (such as the UN and Red Cross) said that 6 million Afghanis might face death during the winter if they are not helped quickly.

Q. How difficult is it for the relief workers to keep up their work during the heavy strikes?

A. The WAMY team in Afghanistan reported that they are facing difficulties in delivering aid. They are facing the danger of getting hit on the roads by US airline strikes. The bigger problems is that the aid must be delivered to remote villages around Jalalabad and Kabul and the road leading to those areas are mostly destroyed.

Q. What are other projects WAMY had in Afghanistan?

A. Around 1986, WAMY established a district hospital in Pakita province. The hospital was damaged several times during the war. In 1989, the hospital was rebuilt and fully equipped with all the necessary medical supplies to cover the health needs of the area. The total number benefiting from this hospital is over 30,000 people.

Q. Are there any WAMY offices around the world? In Europe and America particularly? How do these offices deal with the western world's attitude towards Islamic organizations after Sept. 11?

A. Yes, WAMY has offices in Germany, the United Kingdom, Canada and the United States. We didn't meet with any problem so far in these countries and the offices' activities are working on their regular basis. WAMY centers are just offices with a small staff and don't catch the attention of the public abuse, but the places that are in the focus of attention are mosques and Islamic schools and centers.

Q. Did WAMY bank accounts in the western countries draw any investigations of any sort?

A. WAMY's bank accounts had been watched over closely by the western governments even before September 11. This is a routine security action done by those governments for all bank accounts owned by any Islamic organization. Actually, we haven't been questioned about our funds at all.

Q. Do Islamic organizations receive any support from governments in western countries?

A. Sometimes the governments don't make our jobs easy. There are hundreds of Christian, Jewish, and even Buddhist Organizations in those countries, yet the Islamic organizations are usually the ones that face obstacles in getting permission to establish schools or centers and even tight investigations of these organizations' bank accounts.

Q. Why can't the voices of official Islamic organizations and Muslim communities (which have become large in western countries) reach governments?

A. I think there are several reasons. First, there is a lack of media and administrative coordination between the Muslim populations in each country and the local official Islamic Organization and Centers. Second, some of the official administrative leaders in those countries have fanatic attitudes (some of them are Jews) against Islam, so they try to limit the activities of the Islamic organizations. About three years ago, Islamic schools were not allowed in those countries. Though they were official schools under the supervision of local ministries of education, they were not allowed because they had Islamic curriculums. There are a large number of needy Muslims in western countries who are living on the help of the Islamic organizations, which are facing such restrictions.

Q. How do you see the Islamic organizations? Are they enough in number and in financial strength?

A. Unfortunately, the number of Islamic organizations is too few for the need. The budget for Islamic organizations in Saudi Arabia and the Gulf countries is no more than one billion Saudi Riyals, while the church in the US collected $146 billion during the year 2000.

Q. Do you think that your role, as an Islamic organization, has become more complicated after September 11?

A. In fact, our job has become a little more difficult due to the world's misconception of the Islamic organizations' role because of what the western media has said.

However, I can say that WAMY is still serving the cause of helping distressed Muslims around the world in addition to calling for Islam among the youth through our various educational programs.

Today we are conducting a project to translate more books and pamphlets on Islam into many languages. We have about ten pamphlets on Islam translated into Chinese for our offices in Taiwan and China. We are sending more books to our offices in Latin America as well.

Q. How do you see the role of Islamic and Arab media in handling the picture of Islam and Muslim issues?

A. Muslims and the Islamic media usually discuss among themselves. They are not used to presenting their cause to the others with opposing points of views, or learning how to give information in the best way. After September 11, western people started to ask about Islam and wanted to learn more about it. There is a great demand for books on Islam! I remember that at the International Frankfurt Book Exhibition, which was held recently, the books on Islam were all bought on the first few days. However, Islamic organizations were not ready with enough books and that is because we mostly expect that Islamic books might be bought only by Muslims. There is still a shortage of books and pamphlets and materials printed in different languages to answer people's need to know more about Islam.

Q. The Muslims' image today has been mixed with terrorism. People around the world are

confused between a Muslim Da'ia and a terrorist. Do you think there is a challenge for the Islamic organizations and media?

A. I believe that Muslim and Arab countries need to establish a big strategy for that. There is a need to build media channels in languages in the western world and to gather western intellectuals and Muslim intellectuals and scholars in order to hold a discussion on what Islam is and its relation with other religions, with life and with globalization.

In WAMY, we are trying to break the barriers between non-Muslims and Islam through a number of lectures and seminars. We also have a few broadcasts in Africa and Russia, yet still there are not enough facilities.

There are many projects planned to establish satellite channels to be telecast from within the Arabic world to America and Europe in English and French, yet there are not enough funds. People mostly consider donating money for relief purposes. If we are to talk about huge funds and investments, it must come from governments or maybe philanthropic businessmen. However, business people need to be guaranteed a financial reward from these projects before they invest huge amounts. That is because media channels in general cost a great deal to have a strong effect.

The other obstacle we are facing is that it is also not easy to build local Islamic media channels within western countries because we will meet with the same obstacles we had over permission for Islamic schools before! Yes, it is a big challenge.

Q. In your opinion how can WAMY and other Islamic organizations, and Muslim scholars, present a correct understanding of the concept of "Islamic Jihad"?

A. Over the last 20 years, the Islamic world was has been very occupied with the "relief of our Muslim brothers" idea. We had Afghanistan against the Russian occupation, Bosnia, Kosovo, Chechnya, the recent Palestinian Intifada, and now Afghanistan again.Muslims and Islamic governments were deeply involved in supporting other Muslims in distress. According to UN reports, 70 percent of wars are in Islamic countries and 80 percent of the world refugees are Muslims, and they need relief quickly. So time and effort were spent mostly on relief and support, rather than introducing Islamic concepts to the world.

There must be established a world definition of 'terrorism'. People should differentiate between "self defense," which is the other correct word for "Jihad," and "terrorism." Palestinians defending their home and families against the Israeli occupier are not terrorists. There are some extreme attitudes toward Islam in the world that are presented by western media to give a wrong conception of Islamic Jihad. The word jumps to the world's mind with every single bombing, though most of the time those responsible are not Muslims. The world must know that what terrorist groups are doing is far from the right Islamic path.

Jihad in Islam has laws and requirements that only Muslim scholars and authorities have the right to apply, for certain causes which are "pure self-defense". No Muslim individual can undertake it as a personal decision, for this is not accepted at all by Islam.

Q. Why is there so small a number of Muslim Da'ia persons who call for Islam?

A. I believe that the funds for educating Muslim Da'ia are too limited. Many people believe that a donation and charity should go to support a catastrophe relief or to build a mosque or to help orphans (which are some of the activities conducted by WAMY). Islamic communities should be aware of the importance of the Muslim Da'ia role in the future of Islam. We need well-educated Muslims in every field.

Q. What is your reply to the western media's accusation that religious universities and schools in the Kingdom are environments feeding terrorists?

A. I say to them that the Islamic University in Madina, for example, is a 30-year-old educational institute. Thousands of students have graduated from it. Are all those graduates from all over the Islamic world terrorists?!

Religious curriculums teach youngsters about the pure Islamic basics, Holy Qur'an reciting and the prophet's (peace be upon him) noble Hadeeth. Students start learning how to pray and how to give Zakat (Islamic charity) in lower grades, and Islamic behavior and highly ethical concepts in the upper grades.

Q. How does WAMY contribute to protecting youth from getting involved in these extremist groups?

A. Muslim youth are always under strong pressure. They see Muslims are killed, children and women were abused in distressed Muslim lands like Palestine, where no UN organization is helping to stop the brutality of Israeli occupation. This pressure has resulted in a tendency among young people to help stop those crimes against Muslims. That's why we see in a number of Islamic countries mass protests, which are sometimes violent.

WAMY's role here is to teach youth through camps held in a large number of Arab and Muslim countries. In these youth gatherings, which number 200 camps per year, we aim to get young men involved in pedagogical programs, sports, social and volunteer works, picnics, learning computer skills, attending Islamic lectures on how Islam is a moderate religion. We also discuss with these young people current issues in the Islamic world. Through these camps, youths become more educated and are protected from getting involved in extremist or terrorist groups. Most young people drawn to such groups lack a proper Islamic education.

Q. Is there any cooperation between WAMY and other international organizations?

A. Yes, WAMY is registered in the UN as an international non-governmental relief organization. The International Bank has supported most of our projects in Yemen. UNICEF has also contributed to our relief and educational programs for children.

Q. It is known that the Islamic Development Bank (IDB) provides Islamic organizations with certain funds. Could you explain the IDB's role?

A. The Islamic Development Bank has a special fund for Islamic Charity Organizations. The IDB funds projects in Non-Muslim countries, which have Muslim communities, and in Muslim countries as well. It helps build mosques, schools, hospitals, and Islamic centers and it coordinates with these countries or with Islamic charity organizations such as WAMY in order to provide these projects with operation systems and staff.

There are many projects, such as Institutions and colleges, run by WAMY in Somalia and Nigeria. WAMY also provides Muslim students from all over the world with scholarships to universities and the IDB funds them.

Q. How many students have been provided scholarships by WAMY?

A. A total of 2,500 students have received a scholarship from WAMY to a number of universities and for different subjects. Through these scholarships WAMY aims to create good Muslim individuals who can be beneficial to their countries. Many of the students who were provided scholarships by WAMY have acquired good positions in their homelands. For example, one of our students has become the Minister of Justice in the Republic of the Comoro Islands. Another student from Malawi has become the ambassador of his country in Libya.

**LOAD-DATE:** November 30, 2001

Source:   **Combined Source Set 60  ⓘ - News, All (English, Full Text)**
Terms:    **"WAMY team in Afghanistan risks life to deliver aid"**  (Edit Search | Feedback on Your
          Search)
View:     Full
Date/Time: Tuesday, May 10, 2011 - 2:31 PM EDT

In

About LexisNexis   | Privacy Policy   | Terms & Conditions   | Contact Us
Copyright ©   2011 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

In the Name of Allah, the Beneficent, the Merciful

| | [logo]<br>"And who is better in speech than one who<br>invites to Allah and does righteousness and<br>says, 'Indeed, I am of the Muslims.'<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | |
|---|---|---|
| **World Assembly of Muslim Youth** | | **World Assembly of Muslim Youth** |

Office of the Secretary General

Office of the Secretary General

No.: _____*63*_____

Date: _*1/6/1413 A.H.*_

[07/07/1992 A.D.]

### HRH / Prince Bandar Bin Sultan Bin Abdulaziz

### The Kingdom's Ambassador to Washington, D.C.       May Allah protect him

**Peace be upon you and Allah's mercy and blessings…**

I am happy to inform Your Highness that the Assembly has moved its office in North America to Washington, D.C. in order to be near the Embassy of the Custodian of the Two Holy Mosques and enjoy Your Highness's support, which we have witnessed for hard work in general and Islamic work in particular.

I previously spoke with HH Prince Mohammed Bin Faisal about the Assembly's office, its presence in Washington, D.C., and its need for support so it can undertake and oversee the Assembly's activities in the Americas.

He promised, may Almighty Allah reward him generously, to provide true assistance and help as per Your Highness's directives.

The Assembly's office in Washington, D.C. has sent us an estimated budget of about USD 750,000 for the purchase and furnishing of an office and for the first year's budget, establishment and operation expenses, etc.

Since the Assembly's budget cannot accommodate this aforementioned sum, I ask Allah and then Your Highness to support this office's activities by contributing two million dollars. This way the office can provide Islamic work in America and abroad and carry out distinguished activities that befit the Kingdom's name and Your Highness's support for the work, as well as allow this work to be elevated under the auspices of the Kingdom, ensure that the flag of Islam flies high, and serve Muslim youth around the world.

Allah is at the core of intentions, and we ask the Almighty to grant you success as He wishes and sees fit.

Peace be upon you and Allah's mercy and blessings…

**The Secretary General**

**of the World Assembly of Muslim Youth**

[signature]

**Dr. Mane' Bin Hammad Al-Jahni**

[seal:] World Assembly of Muslim Youth

General Secretariat – Riyadh

WAMY

Established 1392 A.H. – 1972 A.D.

M/090

P.O. Box 10845 – Riyadh 11443 – Prince Sultan Bin Abdul Aziz Str. – Al-Olya
Kingdom of Saudi Arabia – Tel: (01) 4641669/4641883 – [cut off]

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia. Tel.(01) 4641669/4641883. Cable: ISLAMIYAH RIYADH

CONFIDENTIAL

WAMYSA030193



بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**                    الندوة العالمية للشباب الاسلامي

الرقم ـــــ ٦٣ ـــــ                                              مكتب الأمين العام

التاريخ ـــ ٦ / ١٠ / ١٤١٣ هـ                       **Office of the Secretary General**

صاحب السمو الملكي / الأمير بندر بن سلطان بن عبدالعزيز

سفير المملكة في واشنطن                                حفظه الله

السلام عليكم ورحمة الله وبركاته

يسعدني أن أحيط سموكم علما بأن الندوة قد قامت بنقل مكتبها بأمريكا الشمالية إلى واشنطن العاصمة ليكون قريا من سفارة خادم الحرمين الشريفين، وليحظى بدعم سموكم الذي عهدناه للعمل الجاد بصفة عامة، والإسلامي على وجه الخصوص. ●

وقد سبق وأن تحدثت مع سمو الأمير محمد بن فيصل عن مكتب الندوة ووجوده في واشنطن وحاجته الى الدعم ليتمكن من القيام والإشراف على نشاطات الندوة في الأمريكتين. وقد وعد جزاه الله خيرا بتقديم صادق العون وخالص المساعدة وفقا لتوجيهاتكم الكريمة.

وقد وردنا من مدير مكتب الندوة بواشنطن ميزانية تقديرية بحوالي ٧٥٠ ألف دولار لشراء مكتب وتأثيثه، فضلا عن ميزانية السنة الأولى ومصاريف التأسيس والتشغيل وما إلى ذلك.

وحيث أن هذا المبلغ المشار اليه تعجز ميزانية الندوة عن الوفاء به. لذا فإني أتوجه إلى الله ثم الى سموكم الكريم لدعم نشاط هذا المكتب بمليوني دولار، وبذلك يستطيع المكتب أن يقدم للعمل الإسلامي في امريكا وخارجها نشاطا متميزا يليق بداية باسم المملكة وبدعم سموكم للعمل وليتسنى الارتقاء بهذا العمل تحت مظلة المملكة ولرفع راية الاسلام عاليا وخدمة شبابه في انحاء العالم. ●

والله من وراء القصد، ونسأله تعالى أن يوفقكم لما يحبه ويرضاه.

والسلام عليكم ورحمة الله وبركاته.

الأمين العام
للندوة العالمية للشباب الاسلامي



د. مانع بن حماد الجهني



م / ٩٠ .

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.          ص.ب ١٠٨٤٥ ــ الرياض ١١٤٤٣ ــ شارع الأمير سلطان بن عبد العزيز ــ العليا
Saudi Arabia. Tel (01) 4641669/4641663. Cable: ISLAMIYAH, RIYADH

CONFIDENTIAL                                                    WAMYSA030193

Confidential: Attorney-Client Communications

**World Assembly of Muslim Youth**

Office of the Secretary General                                              No. <u>4970</u>

HE Prof. Abdullah Abdul Mohsen Al Turki                     Date: <u>04/09/1416 AH</u>

Minister of Islamic Affairs, Endowments and Guidance

Head of World Assembly of Muslim Youth                      May Allah Bless Him

Peace, mercy and blessings of Allah be upon you.

Supervision tasks of the Assembly's office in Washington have been assigned to Abdullah bin Laden, according to the nomination and election of the general assembly of the Assembly in the previous year. Abdullah is a teacher at the Institute of Islamic and Arabic Studies in Imam Mohammed bin Saud Islamic University in Washington.

Due to the increasing activities of the office in both Canada and USA, and due to the office's dire need for a full time supervisor who dedicates his time and effort to work and follow-up, I communicated with head of Imam Mohammed bin Saud Islamic University in Washington to approve assigning Abdullah and give him the full time in the Assembly's office with No. 2614 on 15/05/1416 AH, but the head of the University apologized for not approving the assignment (attached copy of the request and apology).

Due to the continuing dire need to give Abdullah the full time, I hope for your Excellency to personally interfere with the University to approve the assignment, or transfer him to the Ministry of Islamic Affairs then assign him and give him the full time so as the office shall continue the course of the work it started in this important area of the world.

I'm grateful and appreciative for your Excellency's continuous efforts to support the assembly. May Allah reward you well.

س/م

Peace, mercy and blessings of Allah be upon you.

Secretary General, World Assembly of Muslim Youth

Confidential: Attorney-Client Communications

Prof. Mana bin Hammad al-Juhani

P.O. Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel. (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ, - Fax: (01)4641710
Cable: ISLAMIYAH RIYADH

CONFIDENTIAL                                              WAMY SA2444

Confidential: Attorney-Client Communications

**World Assembly of Muslim Youth** — الندوة العالمية للشباب الاسلامي

مكتب الأمين العام

الرقــم / ٧٠٩٤

التاريخ / ١٤١٦/٩/٢٤هـ

Office of the Secretary General

معالي الدكتور / عبد الله بن عبد المحسن التركي

وزير الشئون الاسلامية والاوقاف والدعوة والارشاد

ورئيس الندوة العالمية للشباب الاسلامــى

حفظه الله

السلام عليكم ورحمة الله وبركاته .. وبعد .

أسندت مهام الاشراف على مكتب الندوة فى واشنطن للأخ عبد اللــه بن لادن بناء على ترشيح وانتخاب الجمعية العمومية للندوة له فى العــام الماضى ، ويعمل الأخ عبد الله مدرسا بمعهد الدراسات الاسلامية والعربية التابع لجامعة الامام محمد بن سعود الاسلامية بواشنطن .

ونظرا للأنشطة المتزايدة للمكتب فى كل من أمريكا وكندا ولحاجــة المكتب الماسة لمشرف متفرغ يكرس كامل وقته وجهده للعمل والمتابعة ، فلقد خاطبت معالى مدير جامعة الامام للموافقة على ندب الأخ عبد اللــه وتفريغه لمكتب الندوة برقم ٢٦١٤ فى ١٤١٦/٥/١٥هـ) الا أن معاليه اعتذر عن الندب (مرفق صورة من الطلب والاعتذار) .

ولأن الحاجة مازالت ملحة لتفريغ الأخ عبد الله ، آمل من معاليكــم التكرم بالتدخل شخصيا لدى الجامعة للموافقة على ندبه أو نقل خدماتــه لوزارة الشئون الاسلامية ثم ندبه للعمل وتفريغه ليستمر المكتب فــى المسيرة التى بدأها فى تلك المنطقة الهامة من العالم .

شاكرا ومقدرا لمعاليكم جهودكم الكريمة المتواصلة لدعم الندوة ، والله تعالى أسأل لكم التوفيق وحسن الثواب .

والســلام عليكم ورحمة الله وبركاته ...

الأمين العام

للندوة العالمية للشباب الاسلامى

د . مانع بن حماد الجهنى

سرى.. مراسلات بين المحامى والندوة
Confidential: Attorney-Client Communications

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ. - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH

WAMY SA 2444

Confidential: Attorney-Client Communications

## World Assembly of Muslim Youth

Office of the Secretary General                                    No. <u>3525</u>

HE Prof. Abdullah Abdul Mohsen Al Turki                    Date: <u>08/07/1417 AH</u>

Minister of Islamic Affairs, Endowments and Guidance

Head of World Assembly of Muslim Youth                    May Allah Bless Him

Greetings,

I previously sent to your Excellency letter No. 4970 dated 04/09/1416 AH regarding the dire need of the Assembly's office in the USA to have Abdullah bin Laden for a full time position and your Excellency kindly approved his secondment to the Assembly after being appointed in the Ministry.

Whereas Mr. Abdullah is currently on a short visit to KSA, I hope you kindly complete procedures of his assignment with the Ministry then issue an order to second him for the Assembly to work as a supervisor of the Assembly's office in North America.

I'm grateful and appreciative for your care for the assembly and ask Allah to keep you safe, protect you and give you rightness and blessings.

Peace, mercy and blessings of Allah be upon you…

Secretary General, World Assembly of Muslim Youth

Prof. Mana bin Hammad al-Juhani                                    359- س/م

P.O. Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel. (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ, - Fax: (01)4641710
Cable: ISLAMIYAH RIYADH

CONFIDENTIAL                                                    WAMY SA2973

Confidential:Attorney-Client Communications

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام

Office of the Secretary General

الرقم .......... ٢٠٥٢
التاريخ .......... ١٤١٧/٧/٨

معالي الدكتور / عبد الله بن عبد المحسن التركي

وزير الشئون الإسلامية والأوقاف والدعوة والإرشاد

ورئيس الندوة العالمية للشباب الإسلامي          حفظه الله

السلام عليكم ورحمة الله وبركاته ..

أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد .

سبق أن رفعت لمعاليكم بشأن الحاجة الماسة لمكتب الندوة في أمريكا لتفريغ الأخ /
عبد الله بن لادن بخطابي رقم ٤٩٧٠ بتاريخ ١٤١٦/٩/٤هـ وتفضلتم معاليكم – يحفظكم
الله–بالموافقة على اعارته للندوة بعد تعيينه في الوزارة.

وبمناسبة وجود الأخ عبد الله حاليا في زيارة قصيرة للمملكة ، آمل تكرمكم بانهاء
اجراءات تعيينه في الوزارة ثم اصدار أمركم باعارته للندوة ليعمل مشرفا على مكتب الندوة
في أمريكا الشمالية .

شاكرا ومقدرا لكم اهتماماتكم الكريمة بالندوة والله تعالى أسأل أن يحفظكم ويرعاكم
وأن يلهمكم التوفيق والسداد .

والسلام عليكم ورحمة الله وبركاته ...

الأمين العام
للندوة العالمية للشباب الإسلامي

د . مانع بن حماد الجهني

س/م ـ ٣٥٩

O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
x.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
able : ISLAMIYAH RIYADH

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ - شـارع الأمـير عبدالعزيز بـن مسـاعد بـن جلوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط ٤٦٥٥٤٣١
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
برقيـاً : إسلاميــة الريــاض (٠١)

WAMY SA2973

In the Name of Allah, the Beneficent, the Merciful

*USA Office*                                                               *Keep*
Confidential Attorney-Client Communications

**Ministry of Foreign Affairs**        No.: *13*
**Royal Embassy of Saudi Arabia**    Date: *1/22/1413 A.H.*
**ROYAL EMBASSY OF SAUDI ARABIA**  Corresponding to: *7/22/1992 A.D.*
**WASHINGTON, D.C. 20037**     Attachments: -

*Dr. Saleh Al-Wahibi*    *May Allah protect him*
*For review*        [illegible] *1/26/1413 A.D.* [7/26/1992 A.D.]

His Excellency the Secretary General of the World Assembly of Muslim Youth
Dr. Mane' Bin Hamad Al-Jahni        May Allah protect him

Peace be upon you and Allah's mercy and blessings.

This is in reference to Your Letter No. 63, dated 01/06/1413 A.H. [07/01/1992 A.D.], to His Royal Highness Prince Bandar Bin Sultan Bin Abdulaziz, the Ambassador of the Custodian of the Two Holy Mosques. Therein, you request an estimated budget for purchasing a building for the Assembly's office in Washington, D.C. as well as establishment and operation expenses.

I would like to inform you that His Excellency the Ambassador of the Custodian of the Two Holy Mosques cares about this matter, and that we are still searching for a new location for the Assembly's office. Once the appropriate location has been found, we will look into the possibility of purchasing it as well as the budget necessary for operating the office.

Very sincerely…
Peace be upon you and Allah's mercy and blessings…

Your Brother
[signature]
Mohammed Bin Faisal Bin Torki
Head of Islamic Affairs
At the Royal Embassy of the Custodian of the Two Holy Mosques
In the United States of America

[stamp:] World Assembly of Muslim Youth
    General Secretariat
    Incoming Mail No.: *296*
    Date: *1/26/1413 A.H.* [07/26/1992 A.D.]

CONFIDENTIAL                WAMY SA2683

Confidential:Attorney-Client Communications

وزارة الخارجية

سفارة المملكة العربية السعودية واشنطن

**ROYAL EMBASSY OF SAUDI ARABIA**
**WASHINGTON, D.C. 20037**

الــرقــم : ١٣
التاريخ : ٢٢/١/١٤١٢ هـ
الموافق : ٢٢/٧/١٩٩٢م
المرفقات : —

سعادة الأمين العام للندوة العالمية للشباب الإسلامي

الدكتور مانع بن حماد الجهني        حفظه الله

السلام عليكم ورحمة الله وبركاته .

إشارة إلى خطابكم ذي الرقم ٦٢ والتاريخ ٦/١/١٤١٣ هـ الموجه لصاحب السمو الملكي الأمير بندر بن سلطان بن عبد العزيز سفير خادم الحرمين الشريفين ، والمتضمن طلب ميزانية تقديرية لشراء مبنى لمكتب الندوة في واشنطن ، ومصاريف التأسيس والتشغيل .

أود أن أخبركم أن صاحب السمو الملكي سفير خادم الحرمين الشريفين مهتم بهذا الموضوع ، وما زلنا نبحث عن مكان جيد ليكون مكتباً للندوة ، وعندما نجد المكان المناسب نبحث امكانية شرائه ، والميزانية اللازمة لتشغيل المكتب

ولكم خالص تحياتي

والسلام عليكم ورحمة الله وبركاته

أخوكم

محمد بن فيصل بن تركي

رئيس الشئون الإسلامية

بسفارة خادم الحرمين الشريفين

لدى الولايات المتحدة الأمريكية

WAMY SA2683