# EXHIBIT 7

*Release order / outgoing*    In the Name of Allah, the Beneficent, the Merciful

|  |  |  |
|---|---|---|
| **World Assembly of Muslim Youth** | [logo]<br>"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'"<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | **World Assembly of Muslim Youth** |
| **Member of the United Nations Non-Governmental Organizations** | | **Member of the UN NGO's** |

[cut off] *Payment order / issued*

Office of the Assistant Secretary General            No.:   7597
Office of the Assistant Secretary General            Date:  9/9/1423 A.H.
                                                            [11/14/2002 A.D.]

**His Excellency the Esteemed Mr. Mohamed Refaat Moussa**        May Allah protect him
**Chief Financial Officer**

Peace be upon you and Allah's mercy and blessings…

Please approve the transfer of a sum of SAR 541,005 (five hundred forty one thousand five riyals) and a sum of PKR 418,464 (four hundred eighteen thousand four hundred sixty four Pakistani rupees) to Kashmir pursuant to the minutes of the Kashmir Committee's seventy-eighth meeting (a copy of which is attached hereto) and as per the following information:

[margin:] *Transfer No. (3)*
(1)
- SAR 4,000 (four thousand riyals) to dig a well at the Shuai Nala Camp in Free Kashmir and build two tanks.
- SAR 70,000 (seventy thousand riyals) for Iftar meals for the year 1423 A.H. [2002 A.D.]
- SAR 50,000 (fifty thousand riyals) for Zakat Al-Fitr for the year 1423 A.H. [2002 A.D.]
- SAR 405 (four hundred five riyals) as an allowance for terminating the contract of teacher Mohamed Saghir Mirzaman.

[margin:] [illegible] *with Transfer No. (2)*
- PKR 26,935 (Twenty six thousand nine hundred thirty five Pakistani rupees) for the cost of the printed materials of the Committee's office in Free Kashmir.
- PKR 133,053 (one hundred thirty three thousand fifty three Pakistani rupees) towards the shortfall that has occurred with respect to furnishing the Quran memorization circles in Free Kashmir.

- PKR 65,132 (sixty five thousand one hundred thirty two Pakistani rupees) for the rent of the Committee's office in Free Kashmir.
- PKR 3300 (three thousand three hundred Pakistani rupees) towards the shortfall that has occurred with respect to the Osama Al-Dhabbah well and tank.
- PKR 30,534 (thirty thousand five hundred thirty four Pakistani rupees) towards the shortfall that has occurred with respect to furnishing the Committee's office in Free Kashmir.
- PKR 9,510 (nine thousand five hundred ten Pakistani rupees) to cover the remaining operating expenses of the Committee's office in Free Kashmir until the end of Jumada Al-Oula 1423 A.H. [August 09, 2002 A.D.].
- PKR 150,000 (one hundred fifty thousand Pakistani rupees) for six months worth of living and housing expenses for 20 students.

→ *Transferred on 1/1/1424 A.H. [03/04/2003 A.D.] in Pakistani rupees via a new letter from the Committee Chairman under No. 1238/LL, dated 12/16/*[illegible] *and filed* [illegible] 1424.

The sums mentioned under item no. (1) are to be transferred in US dollars to the following address:

CONFIDENTIAL                                                             WAMYSA343448

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 ten lines / 4655431
Cable: ISLAMIYAH RIYADH – Fax: (01) 4641710

In the Name of Allah, the Beneficent, the Merciful

| **World Assembly of Muslim Youth** | [logo] "And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'" World Assembly of Muslim Youth WAMY 1392 A.H. – Riyadh – 1972 A.D. | **World Assembly of Muslim Youth** |
|---|---|---|
| **Member of the United Nations Non-Governmental Organizations** | | **Member of the UN NGO's** |

Office of the Assistant Secretary General      No.: _____
Office of the Assistant Secretary General      Date: _____ .

> ABDUL GAYAS ALEMULLAH & MUHAMMAD IBRAHIM
> A/C NO. $ 43 MUSLIM COMERCIAL BANK LTD.
> BRANCH CHATTAR DOMEL DISTT. MUZAFARABAD A.K. PAKISTAN

2) SAR 115,000 (one hundred fifteen thousand riyals) for Iftar meals for the benefit of the Ahl Al-Hadith Society in Occupied Kashmir, to be transferred in Pakistani rupees to the following address:

> AL-ANSAR WELFARE TRUST A/C NO:1974-5
> ALLIED BANK MAIN BRANCH MUZAFARABAD A.K.(PAKISTAN)

3) 
- ❖ SAR 37,200 (thirty seven thousand two hundred riyals) to build the "Siraj Al-Oloum" Mosque through Al-Jama'a Al-Islamiyah in Occupied Kashmir.
- ❖ SAR 115,000 (one hundred fifteen thousand riyals) for Iftar meals for the benefit of Al-Jama'a Al-Islamiyah in Occupied Kashmir.

A check for the sums set forth under item no. (3) is to be disbursed in the name of Mr. Abdul Majeed Bet, the Al-Jama'a Al-Islamiyah's representative.

4) SAR 12,000 (twelve thousand riyals) out of the trust of the Committee's branch office in Abha to be transferred to the Assembly's office in Abha.

5) SAR 3,000 (three thousand riyals) as an advance, with a check being disbursed in the name of Shafiq Al-Rahman who is cooperating with the Committee's office at the Assembly's office in Medina.

6) SAR 134,400 (one hundred thirty four thousand four hundred riyals) as an annual sponsorship for 206 Kashmiri students for the year 1423 A.H. [2002 A.D.], with a check being disbursed in the name of Dr. Abdul Hamid Al-Mazrou', the Chairman of the Kashmir Muslim Youth Committee.

Peace be upon you and Allah's mercy and blessings…

[signature] *6/9/1423 A.H.* [08/18/2002 A.D.]

A copy to be sent to Kashmir Committee with regards.

        **The Assistant Secretary General
        of Office Affairs and International Relations**
        [signature]
        **Dr. Salah Bin Ibrahim Bab'ir**

[seal:] World Assembly of Muslim Youth
General Secretariat – Riyadh
WAMY
Established 1392 A.H. – 1972 A.D.

J/1618

CONFIDENTIAL      with      WAMYSA343449

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 ten lines / 4655431
Cable: ISLAMIYAH RIYADH – Fax: (01) 4641710



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

مكتب الأمين العام المساعد
Office of the Assistant Secretary General

الرقم : ٧٥٩٧
التاريخ : ٩/٩/ ١٤٢٢هـ

سعادة الأخ الفاضل / محمد رفعت موسى          حفظه الله
المدير المالي

السلام عليكم ورحمة الله وبركاته...

اعتمدوا تحويل مبلغ إجمالي وقدره ٥٤١٠٠٥ (خمسمائة وواحد وأربعون ألفاً وخمسة ريالات) ومبلغ قدره ٤١٨٤٦٤ (أربعمائة وثمانية عشر ألفاً وأربعمائة وأربعة وستون روبية باكستانية) إلى كشمير بموجب محضر اجتماع الثامن والسبعين لجنة كشمير (مرفق صورة) وذلك حسب البيانات التالية:

- ❖ ٤٠٠٠ (أربعة آلاف ريال) حفر بئر في مخيم شوئي نالة في كشمير الحرة، وبناء خزانين.
- ❖ ٧٠٠٠٠ (سبعون ألف ريال) تفطير صائم لعام ١٤٢٣هـ.
- ❖ ٥٠٠٠٠ (خمسون ألف ريال) زكاة الفطر لعام ١٤٢٣هـ.
- ❖ ٤٠٥ (أربعمائة وخمسة ريالات) بدل إنهاء عقد المدرس محمد صغير مير زمان.
- ❖ ٢٦٩٣٥ (ستة وعشرون ألفاً وتسعمائة وخمسة وثلاثون روبية باكستانية) تكلفة مطبوعات مكتب اللجنة في كشمير الحرة.
- ❖ ١٣٣٠٥٣ (مائة وثلاثة وثلاثون ألفاً وثلاثة وخمسون روبية باكستانية) على حساب العجز الحاصل لتأثيث حلقات تحفيظ القرآن الكريم في كشمير الحرة.
- ❖ ٦٥١٣٢ (خمسة وستون ألفاً ومائة واثنان وثلاثون روبية باكستانية) إيجار مكتب اللجنة في كشمير الحرة.
- ❖ ٣٣٠٠ (ثلاثة آلاف وثلاثمائة روبية باكستانية) على حساب العجز الحاصل لبئر وخزان أسامة الضباح.
- ❖ ٣٠٥٣٤ (ثلاثون ألفاً وخمسمائة وأربعة وثلاثون روبية باكستانية) على حساب العجز الحاصل لتأثيث مكتب اللجنة في كشمير الحرة.
- ❖ ٩٥١٠ (تسعة آلاف وخمسمائة وعشر روبية باكستانية) على حساب ما تبقى من المصاريف التشغيلية لمكتب اللجنة في كشمير الحرة حتى نهاية جمادى الأولى ١٤٢٣هـ.
- ❖ ١٥٠٠٠٠ (مائة وخمسون ألف روبية باكستانية) مصاريف الإعاشة والسكن لـ ٢٠ طالباً لمدة ستة أشهر.

تحول المبالغ المذكورة تحت بند رقم (١) بالدولارات الأمريكية على العنوان التالي:

ص.ب : ١٠٨٤٥ ـ الرياض ـ ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط ـ فاكس : ٤٦٤ ١٧١٠ (٠١)
برقياً : إسلاميـة الرياض           WAMYSA343448
P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya  -  Saudi Arabia  -  Tel. (01) 464 1669 (10) Lines / 465 5431
Cable : ISLAMYAH RIYADH    -    Fax. : (01) 464 1710





**World Assembly of Muslim Youth**
Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

مكتب الأمين العام المساعد
Office of the Assistant Secretary General

الرقم : ..........
التاريخ : ..........

ABDUL GAYAS ALEMULLAH & MUHAMMAD IBRAHIM
A/C NO. $ 43  MUSLIM COMERCIAL BANK LTD.
BRANCH CHATTAR DOMEL DISTT. MUZAFARABAD A.K. PAKISTAN

٢) ١١٥٠٠٠ (مائة وخمسة عشر ألف ريال) تفطير صائم لصالح جمعية أهل الحديث في كشمير المحتلة يحول بالروبيات الباكستانية على العنوان التالي:

AL-ANSAR   WELFARE   TRUST   A/C   NO:1974-5
ALLIED   BANK   MAIN   BRANCH   MUZAFARABAD   A.K.(PAKISTAN)

٣) ٣٧٢٠٠ (سبعة وثلاثون ألفاً ومائتا ريال) بناء مسجد «سراج العلوم» عن طريق الجماعة الإسلامية في كشمير المحتلة.

❖ ١١٥٠٠٠ (مائة وخمسة عشر ألف ريال) تفطير صائم لصالح الجماعة الإسلامية في كشمير المحتلة.

يصرف شيك للمبالغ المذكورة تحت بند رقم (٣) باسم الأخ/ عبد المجيد بت مندوب الجماعة الإسلامية.

٤) ١٢٠٠٠ (اثنا عشر ألف ريال) على حساب العهدة لمكتب اللجنة الفرعي في أبها يحول إلى مكتب الندوة بأبها.

٥) ٣٠٠٠ (ثلاثة آلاف ريال) على حساب سلفة ويصرف شيك باسم شفيق الرحمن المتعاون مع مكتب اللجنة في مكتب الندوة بالمدينة المنورة.

٦) ١٣٤٤٠٠ (مائة وأربعة وثلاثون ألفاً وأربعمائة ريال) كفالة سنوية لـ ٢٠٦ طلاب علم كشميري عن عام ١٤٢٣هـ يصرف شيك باسم د/عبد الحميد المزروع رئيس لجنة شباب كشمير المسلمة.

والسلام عليكم ورحمة الله وبركاته.

الأمين العام المساعد
لشؤون المكاتب والعلاقات الدولية

د.. صالح بن إبراهيم با بعير

صورة مع التحية للجنة كشمير.

١٦١٨/ج

ص.ب : ١٠٨٤٥ - الرياض ١١٤٤٣ - شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط /٥٤٣١ ٤٦٥
برقياً : إسلامية ـ الرياض ـ    فاكــس : ١٧١٠ ٤٦٤ (٠١)

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya  -  Saudi Arabia  -  Tel. (01) 464 1669 (10) Lines / 465 5431
Cable :  ISLAMIYAH RIYADH   -   Fax.: (01) 464 1710

CONFIDENTIAL    WAMYSA343449