# EXHIBIT 8

In the Name of Allah, the Beneficent, the Merciful

[logo]
"And who is better in speech than one who invites to Allah
and does righteousness and says, 'Indeed, I am of the
Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

[logo: illegible]

**World Assembly of Muslim Youth**
**Committee of Eastern Europe Muslim Youth**

**World Assembly of Muslim Youth**
**Committee of Eastern Europe Muslim Youth**

---

**His Excellency the Esteemed Mohammed Bin Ali Al-Qu'tubi          May Allah protect him**
**General Supervisor of Committees**

Peace be upon you and Allah's mercy and blessings.

We pray to Allah that you are well.                    Furthermore…

This is in reference to the minutes of the (37th) meeting of the Committee of Eastern Europe Muslim Youth, held on Saturday, 2/7/1420 A.H. [5/22/1998 A.D.]. Kindly instruct whom it may concern to complete the procedures for disbursing the sums approved therein. They are as follows:

Paragraph 2:
A sum of (DM 100,000) Deutsche marks from Kosovo Account No. (5750), provided that the check is written in the name of Mr. Abdullah Bin Abdul Rahman Al-Muhaidib.

Paragraph 3:
A sum of ($7,000) dollars from the Committee's General Account No. (3645), provided that the check is written in the name of Mr. Abdullah Bin Abdul Rahman Al-Muhaidib.

Paragraph 4:
A sum of (SAR 93,750) riyals from Kosovo Account No. (5750), provided that the check is written in the name of Mr. Abdullah Bin Abdul Rahman Al-Muhaidib.

Paragraph 5:
A sum of ($30,000) dollars from the Committee's General Account No. (3645), provided that the check is written in the name of Mr. Abdullah Bin Abdul Rahman Al-Muhaidib.

Thank you for your cooperation.

May Allah protect and bless you.

*His Excellency the Secretary General          May Allah protect him*     Samy Daoud Al-Kahout
*Kindly instruct whom it may concern*                                   [signature] *3/4/1420* [A.H.]
*to complete the procedures associated therewith.*                              [6/18/1999 A.D.]
          [signature]                                          The Committee's Executive Directors
          *3/5/1420 A.H.*
          [6/19/1999 A.D.]

          *Accounts* [Dept.] *with regards*
          *Approve completion of the procedures necessary*
          [signature]
          *3/5/1420 A.H.*
          [6/19/1999 A.D.]

CONFIDENTIAL                                                        WAMYSA052078

In the Name of Allah, the Beneficent, the Merciful

[logo]

"And who is better in speech than one who invites to Allah
and does righteousness and says, 'Indeed, I am of the
Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

[logo: illegible]

**World Assembly of Muslim Youth**
**Committee of Eastern Europe Muslim Youth**

**World Assembly of Muslim Youth**
**Committee of Eastern Europe Muslim Youth**

---

### Minutes of the Thirty-Seventh Meeting of the Committee of Eastern
### Europe Muslim Youth held on Saturday, 2/7/1420 A.H. [5/22/1998 A.D.]

Thanks be to Allah the Lord of all creation, and peace and blessings be upon the noblest of prophets and messengers, our Prophet Muhammad, his family and his companions. Furthermore…

Thanks be to Allah, the meeting was held in the presence of the undersigned. Mr. Mohammed Bin Suleiman Al-Maayouf was unable to attend because he is in Albania, and Mr. Raed Bin Ahmed Al-Mazrou' was unable to attend because he is currently travelling outside the Kingdom. The following subjects were discussed:

| | | |
|---|---|---|
| 1- | Subject: | Presentation of the letter from the Secretary General of the World Assembly, which indicates that the committees will be restructured within one month, and which was previously presented in meeting minutes no. (36), dated – |
| 2- | Recommendation: | There was unanimous agreement to form the Committee's Board of Directors [sic: the Committee] for the new term as follows: |

*Delay this provision until the Secretary General's decision about formation of the Committee is issued.*
[signature] *3/2/20* [A.H.]
            [6/16/1999 A.D.]

a- Abdullah Bin Abdul Rahman Al-Muhaidib     Committee Chairman
b- Dr. Suleiman Bin Qassem Al-Eid     Committee Vice-Chairman
c- Mohammed Bin Faye' Al-Shahrani     Member
d- Walid Bin Saeed Basamih     Member
e- Mohammed 'Ayza Bamdahj     Member
f- Hussein Al-Sheikh     Dammam Member
g- Abdul Aziz Al-Sultan     Dammam Member
h- Mohammed Bin Suleiman Al-Ma'youf     Member
i- Raed Bin Ahmed Al-Mazrou'     Member

In addition, Mr.
Abdul Rahman Bin Mohammed Al-Oqail from Riyadh was added to membership of the Committee.

| | | |
|---|---|---|
| 2- | Subject: | Request for disbursement of a sum of (100,000) marks from Kosovo Account No. (5750). Indeed, the sum was transferred to the Bosnia Office for disbursement to the Kosovar refugees there as per the attached remittance for the days of Hajj of 1419 A.H. [1999 A.D.]. |
| | Recommendation: | Approval to disburse a sum of (100,000) marks from Kosovo Account No. (5750), with the check to be written in the name of the Committee Chairman. |

1-2

CONFIDENTIAL                                    WAMYSA052079

In the Name of Allah, the Beneficent, the Merciful

[logo]
"And who is better in speech than one who invites to Allah
and does righteousness and says, 'Indeed, I am of the
Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

[logo: illegible]

**World Assembly of Muslim Youth**
**Committee of Eastern Europe Muslim Youth**

**World Assembly of Muslim Youth**
**Committee of Eastern Europe Muslim Youth**

---

3-     Subject:          Request for disbursement of a sum of ($7,000) dollars from the Committee's General Account No. (3645). Used to pay sums owed and terminate the services of <u>Proselytizers</u> Al-Dahmani Bin Shafroud ($4,000) and Nour El-Din Jaylab ($3,000) in Albania. Documentation is attached.

*Approval before disbursement*

       Recommendation:   Approval to disburse the sum, with the check to be written in the name of the Committee Chairman.

4-     Subject:          Request for disbursement of a sum of (93,750) riyals from Kosovo Account No. (5750), and then its provision in cash to Mr. Adnan Ismail Al-Makdouni during the days of Hajj so it can be used to rent apartments for the Kosovar immigrants to Macedonia.

*Bring the Hajj report*

       Recommendation:   Approval to disburse a sum of (93,750) riyals in the name of the Committee Chairman.

5-     Subject:          Request for disbursement of a sum of ($30,000) dollars from the Committee's General Account No. (3645) for the expenses to sponsor ten students for a period of one year of studies at Al-Azhar as per the study submitted by the World Assembly – Student Activity Committee in Egypt.

       Recommendation:   Approval to disburse the aforementioned sum of ($30,000), with the check to be written in the name of the Committee Chairman.

**Member Signatures**

| No. | Name | Position on the Committee | Signature |
|---|---|---|---|
| *1* | *Abdullah Bin Abdul Rahman Al-Muhaidib* | *Committee Chairman* | [signature] |
| *2* | *Dr. Suleiman Al-Eid* | *Committee Vice-Chairman* | [signature] |
| *3* | *Mohammed 'Ayza Bamdahj* | *Member* | [signature] |
| *4* | *Walid Bin Saeed Basamih* | *Member* | [signature] |
| *5* | *Mohammed Bin Faye' Al-Shahrani* | *Member* | [signature] |
| | | | |
| | *General Supervisor of Committees* | *To be approved,* | |
| | [signature] *3/1/1420 A.H.* [6/15/1999 A.D.] | [signature] | |
| | [signature] | *3/2/20 A.H.* [6/16/99 A.D.] | |
| | | | |

2-2

CONFIDENTIAL                                            WAMYSA052080




**World Assembly of Muslim Youth**

الندوة العالمية للشباب الإسلامي

————— Committee Of Eastern Europe Muslim Youth ————— لجنة شباب مسلمي أوربا الشرقية —————

سعادة الأخ الفاضل / محمد بن علي القعطبي                    حفظه الله

المشرف العام على اللجان

السلام عليكم ورحمة الله وبركاته

نسأل الله أن تكونوا على أحسن حال                  وبعد ،،،

إشارة إلى محضر اجتماع لجنة شباب مسلمي أوربا الشرقية رقم (٣٧) المنعقد يوم السبت ١٤٢٠/٢/٧هـ ، آمل التكرم بالإيعاز لمن يلزم بإنهاء إجراءات صرف المبالغ المعتمدة فيه وهي كالتالي :

**الفقرة الثانية :**

مبلغ (١٠٠,٠٠٠ D.M) مارك ألماني من حساب كوسوفا رقم (٥٧٥٠) على أن يكتب الشيك باسم الأخ عبدالله بن عبدالرحمن المهيدب.

**الفقرة الثالثة :**

مبلغ (٧٠٠٠ $) دولار من حساب اللجنة العام رقم (٣٦٤٥) على أن يكتب الشيك باسم الأخ عبدالله بن عبدالرحمن المهيدب..

**الفقرة الرابعة :**

مبلغ (٩٣,٧٥٠ ر.س) ريال من حساب كوسوفا رقم (٥٧٥٠) على أن يكتب الشيك باسم الأخ عبدالله بن عبدالرحمن المهيدب..

**الفقرة الخامسة :**

مبلغ (٣٠,٠٠٠$) دولار من حساب اللجنة العام رقم (٣٦٤٥) على أن يكتب الشيك باسم الأخ عبدالله بن عبدالرحمن المهيدب..

شاكرين لكم حسن تعاونكم ،،،

والله يحفظكم ويرعاكم ،،،

سامي داود الكحلوت

المدير التنفيذي للجنة



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الإسلامي



— Committee Of Eastern Europe Muslim Youth — لجنة شباب مسلمي أوربا الشرقية —

## محضر اجتماع مجلس لجنة أوروبا الشرقية

## السابع والثلاثون في يوم السبت ١٤٢٠/٢/٧هـ

الحمد لله رب العالمين والصلاة والسلام على أشرف الأنبياء والمرسلين نبينا محمد وعلى آله وصحبه أجمعين أما بعد ،،،

فقد تم بحمد لله عقد الاجتماع وذلك بحضور الأخوة الموقعين أدناه وقد تغيب عن الاجتماع الأخ محمد بـــن ســليمان المعيوف لتواجده في ألبانيا والأخ رائد بن أحمد المزروع لسفره خارج المملكة هذا وقد تم مناقشة الموضوعات التالية :

١– الموضـــوع :   عرض خطاب الأمين العام للندوة العالمية والمتضمن إعادة تشكيل اللجان في مدة لا تزيــد عن شهر والذي سبق عرضه في محضر رقم ( ٣٦ ) وتاريخ .

٢– التوصيـة :   تم الموافقة بالإجماع على تشكيل مجلس إدارة اللجنة للدورة الجديدة كالتالي :

| | | |
|---|---|---|
| أ– | عبدالله بن عبدالرحمن المهيدب | رئيس اللجنة |
| ب– | د.سليمــان بن قاسم العيــد | نائب رئيس اللجنة |
| ج– | محمــد بن فايع الشهــراني | عضو |
| د– | وليـــد بن سعيد باصميــح | عضو |
| هـ– | محمـد عيظــــة بامدحج | عضو |
| و– | حســين الشيــخ | عضو الدمام |
| ز– | عبـدالعزيز السلطــان | عضو الدمام |
| ح– | محمـد بن سليمان المعيوف | عضو |
| ط– | رائــد بن أحمد المزروع | عضو |

وتم إضافة الأخ :

عبدالرحمن بن محمد العقيل من الرياض إلى عضوية اللجنة .

٢– الموضـــوع :   طلب صرف مبلغ (١٠٠.٠٠٠ ) مارك من حساب كوسوفا (٥٧٥٠ ) حيث تم تحويل المبلغ لمكتب البوسنة لصرفه على اللاجئين الكوسوفيين هناك حسب الحوالة المرفقة وذلـــك في أيــام الحج لعام ١٤١٩هــ .

التوصيـة :   الموافقة على صرف المبلغ (١٠٠.٠٠٠ ) مارك من حساب كوسـوفا (٥٧٥٠ ) ويكتــب الشيك باسم رئيس اللجنة .

٢–١

                    WAMYSA052079



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الإسلامي

*Committee Of Eastern Europe Muslim Youth* — لجنة شباب مسلمي أوربا الشرقية

٣- الموضوع :   طلب صرف مبلغ ( ٧٠٠٠ $ ) من حساب اللجنة العام رقم (٣٦٤٥ ) تم دفعها مستحقات

الأول نفر (مرتر) وإنهاء خدمات الداعيتين الدهماني بن شفرود ( ٤٠٠٠ $ ) ونور الدين جيلاب ( ٣٠٠٠ $ ) في

ألبانيا ومرفق السندات.

التوصية :   الموافقة على صرف المبلغ ويكتب الشيك باسم رئيس اللجنة .

٤- الموضوع :   طلب صرف مبلغ (٩٣٧٥٠) ريال من حساب كوسوفا (٥٧٥٠ ) ثم تسليمه نقداً لـــــلأخ

عدنان إسماعيل الماكدوني في أيام الحج لصرفه على إيجار شقق المهاجرين الكوسوف لمقدونيا .

التوصية :   الموافقة على صرف مبلغ (٩٣٧٥٠) ريال باسم رئيس اللجنة.

٥- الموضوع :   طلب صرف مبلغ ( ٣٠٬٠٠٠ $ ) من حساب اللجنة العام رقم (٣٦٤٥) وذلـــك قيمـــة

مصروفات كفالة عشرة طلاب لمدة عام كامل للدراسة في الأزهر حسب الدراسة المقدمة مـــن

الندوة لجنة النشاط الطلابي بمصر .

التوصية :   الموافقة على صرف المبلغ المذكور ( ٣٠٬٠٠٠ $ ) ويكتب الشيك باسم رئيس اللجنة .

توقيع الأعضاء

| م | الاسم | وضعه في اللجنة | التوقيع |
|---|---|---|---|
| ١ | حامد بن عبدالرحمن المهيمـ | رئيس اللجنة | |
| ٢ | د. سلمان العيد | نائب رئيس اللجنة | |
| ٣ | محدير لمحمد باجرح | حاضر | |
| ٤ | وليد سيد مصطفى تابع | عضو | |
| ٥ | محمد بن غانم الشمري | حاضر | |
| | استشهام في اللجان | | |
| | السعد | بحضر | |
| | محمد المعمري | | |

CONFIDENTIAL                                        WAMYSA052080