# EXHIBIT 9

In the Name of Allah, the Beneficent, the Merciful                    *1993*

| World Assembly of Muslim Youth | [logo]<br>"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'"<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | World Assembly of Muslim Youth |

No. _____
Date _____

## Summary Report about the Work of the Jeddah Office's Activities Department during 1993 A.D. / *1414* A.H.

**Contents of the Report:**

- Overview of the work assigned to the Activities Department.
- Brief overview of the educational and proselytization programs implemented by the Department.
- Offices whose programs are supervised by the Department.
- Action plan over the past year and what portions thereof have been implemented.

**First: Overview of the work assigned to the Activities Department**

1- Receive activity requests, and develop plans and budgets for the activities and programs.

2- Receive visitors and delegates from Islamic societies and organizations.

3- Follow up on the preparation to implement activities, make sure the activities' allocations reach, set implementation dates, set programs and activities, and determine their compatibility with the Assembly's objectives by contacting the offices and following up on that.

4- Prepare and send the supplies associated with the various activities, including books, curricula and media materials, as well as the supplies associated with the caravans, such as medical supplies, etc.

5- Receive incoming reports and photographs, and then prepare reports about the activities.

6- Follow up on the activities associated with the Department, including mosques, wells, schools and cells, grants for proselytizers and students, and the printing of books.

7- Plan and develop the programs that the Department implements, and prepare appropriate curricula for each activity.

**Second: Brief overview of the educational and proselytization programs carried out by the Department.**

**a. Youth camps:**

They are divided into local and regional participant areas. They are also divided into levels, specifically beginner camps, proselytizer camps and supervisor camps. Each group has its own programs.

WAMY SA 1665

Jeddah: Medina Taleh Road – Te.l: (02)6672833/6601878 – Fax: (02)6602645 – Cable: WAMY Jeddah – Tlx.: 601973 WAMY SJ - P.O. Box 8856, Jeddah 21492
Jeddah: Medina Taleh Road – Tel.: (02)6672833/6601878 – Fax: (02)6602645 – Cable: WAMY Jeddah – Tlx.: 601973 WAMY SJ - P.O. Box 8856, Jeddah 21492

In the Name of Allah, the Beneficent, the Merciful

[logo]
"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'"
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**                                                                                       **World Assembly of Muslim Youth**

No. _____
Date _____

**b. Training courses:**

Applied courses (computers, keyboarding, secretarial skills, women's courses, carpentry, blacksmithing, driving, and languages).

Convert courses (simplified courses for new converts to Islam).

Teacher and proselytizer training courses.

Administrative science courses for proselytizers and those who supervise Islamic work.

**c. Proselytization caravans:**

They consist of relief proselytization programs wherein a group of proselytizers, accompanied by a doctor, a nurse, an agricultural engineer, and a veterinarian tour an area that does not usually receive services. The caravan provides many medical, agricultural and relief services as well as activities put on by the proselytizers. A caravan usually lasts about thirty days.

**Offices whose programs are supervised by the Activities Department:**

Given the Jeddah Office's supervisory scope, which is Africa, Southeast Asia, Eastern Europe, and the former Soviet republics, the offices whose programs are supervised by the Assembly's Activities Office in Jeddah are as follows:

1- The Sudan Regional Office in Khartoum.

2- The East Africa Office in Kenya, Nairobi.

3- The (Anglophone) West Africa Office in Nigeria, Lagos.

4- The (Francophone) West Africa Office in Dakar, Senegal.

5- The South and Central Africa Office - Malawi.

6- The Assembly's Office in Togo.

7- The Eastern Europe Office - Austria.

8- The Russia Office - Moscow.

As will be indicated below in the presentation about the programs implemented during the past year, the Department also implements joint programs with many Islamic societies in many African countries wherein there are no offices.

WAMY SA 1666



١٩٩٣

**World Assembly of Muslim Youth** — الندوة العالمية للشباب الإسلامي

الرقم ..................
التاريخ ..................

## تقرير موجز عن أعمال قسم النشاط بمكتب جدة
### خلال عام ١٩٩٣م / ١٤١٤هـ

**محتويات التقرير :**

- تعريف بالأعمال الموكلة إلى قسم النشاط .
- نبذة تعريفية عن البرامج التربوية والدعوية التي ينفذها القسم .
- المكاتب التي يشرف قسم النشاط على برامجها .
- خطة النشاط خلال العام المنصرم وما تم تنفيذه منها .

**أولاً : تعريف بالأعمال الموكلة إلى قسم النشاط**

١ - استقبال طلبات الأنشطة ووضع الخطط والميزانيات الخاصة بالأنشطة والبرامج .

٢ - استقبال الزوار والمندوبين عن الجمعيات والمؤسسات الإسلامية .

٣ - متابعة الأنشطة من حيث الإعداد للتنفيذ ووصول مخصصات الأنشطة وكذلك تحديد مواعيد التنفيذ وبرامج الأنشطة وملائمتها لأهداف الندوة وذلك من خلال الإتصال بالمكاتب ومتابعة ذلك .

٤ - إعداد وإرسال التجهيزات الخاصة بالأنشطة المختلفة من كتب ومناهج ومواد إعلامية وتجهيزات القوافل كالمواد الطبية وغيرها .

٥ - إستلام التقارير والصور الواردة ومن ثم كتابة التقارير الخاصة بالأنشطة .

٦ - متابعة الأنشطة الملحقة بالقسم ومنها المساجد - الآبار - المدارس والخلاوي - وكفالات الدعاة والطلاب - طباعة الكتب .

٧ - تخطيط وتطوير البرامج التي ينفذها القسم وإعداد المناهج المناسبة لكل نشاط .

**ثانياً : تعريف بالبرامج التربوية والدعوية التي ينفذها القسم**

**أ . المخيمات الشبابية :**

وهي تنقسم من حيث مناطق المشاركين إلى محلية وإقليمية ومن حيث مستويات المشاركين إلى مخيمات مبتدئين ومخيمات دعاة ومخيمات مشرفين ، ولكل قسم برامجه الخاصة به .

جدة : طريق المدينة الطالع — هاتف ٦٦٧٢٨٣٣/٦٦٠١٨٧٨(٠٢) — فاكس ٦٦٠٢٦٤٥(٠٢) — برقياً : وامي جدة — تلكس ٦٠١٩٧٣ وامي إس جي — ص.ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : Medina Road - Tel. (02)6672833/6601878 - Fax. (02)6602645 - Cable: WAMY Jeddah - Tlx. 601973 WAMY SJ - P.O.Box 8856 Jeddah 21492

WAMY SA 1665



**World Assembly of Muslim Youth** — الندوة العالمية للشباب الإسلامي

الرقم ..................................
التاريخ ..................................

**ب . الدورات التدريبية :**

الدورات التطبيقية (الكمبيوتر – الآلة الكاتبة – السكرتارية – الدورات النسوية – النجارة – الحدادة – السياقة – لغات) .

دورات المهتدين (وهى دورات مبسطة خاصة بحديثي العهد بالإسلام) .

دورات تدريب المعلمين والدعاة .

دورات العلوم الإدارية والخاصة بالدعاة والمشرفين على العمل الإسلامي .

**جـ . القوافل الدعوية :**

وهى عبارة عن برنامج دعوي إغاثي تقوم من خلاله مجموعة من الدعاة يرافقهم طبيب وممرض ومهندس زراعي وبيطري بجولة في منطقة من المناطق التي لا تصل إليها عادة الخدمات وتقدم القافلة العديد من الخدمات الطبية والزراعية والإغاثية بالإضافة إلى الأنشطة التي يقوم بها الدعاة ومدة القافلة عادة حوالي ثلاثين يوماً .

**المكاتب التي يشرف قسم النشاط على برامجها :**

بحكم أن نطاق الإشراف لمكتب جدة هو افريقيا وجنوب شرق اسيا وشرق اوروبا وبلدان الإتحاد السوفيتي سابقاً فإن المكاتب التي يشرف قسم النشاط بمكتب الندوة بجدة على برامجها هي :

١ – مكتب إقليم السودان بالخرطوم .
٢ – مكتب شرق افريقيا في كينيا – نيروبي .
٣ – مكتب غرب أغريقيا (الناطقين بالإنجليزية) في نيجيريا – لاجوس .
٤ – مكتب غرب أغريقيا (الناطقين الفرنسية ) في داكار – السنغال .
٥ – مكتب جنوب ووسط افريقيا – مالاوي .
٦ – مكتب الندوة في توجو .
٧ – مكتب شرق اوروبا – النمسا .
٨ – مكتب روسيا – موسكو .

كما ينفذ القسم برامج مشتركة مع كثير من الجمعيات الإسلامية في الكثير من البلدان الإفريقية التي ليس فيها مكاتب كما سيتضح من استعراض البرامج المنفذة خلال العام المنصرم .

جدة : طريق المدينة الطالع — هاتف ١٦٧٢٨٣٣/١٨٧٨ ٦٦٠ (٠٢) — فاكس ٦٦٠٢٦٤٥ (٠٢) — برقياً : وامي جدة — تلكس ٦٠١٩٧٣ وامي إس جي — ص.ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : Medina Road - Tel. (02)6672833/6601878 - Fax. (02)6602645 - Cable: WAMY Jeddah - Tlx. 601973 WAMY SJ - P.O.Box 8856 Jeddah 21492

WAMY SA 1666