# EXHIBIT 10

In the Name of Allah, the Beneficent, the Merciful

[logo]

**World Assembly of Muslim Youth**

"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'"
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**

No. _____
Date _____

# Minutes of the
# World Assembly of Muslim Youth's
# General Assembly Meeting

The World Assembly of Muslim Youth held its seventh General Assembly meeting at 5:00 pm on Friday, on Shaaban 7, 1413 A.H. corresponding to 1/29/1993 A.D. It coincided with the World Assembly's Seventh World Conference held in Kuala Lumpur, Malaysia, from Thursday, 8/6/1413 A.H. to Saturday, 8/8/1413 A.H. (corresponding to 1/28-1/30/1993 A.D.).

During its meeting, the General Assembly discussed the following topics:

**Topic 1: Amendment of the World Assembly's bylaws:**

The General Assembly discussed the proposed amendments to the World Assembly's bylaws. The Board of the World Assembly's General Secretariat had discussed amending the bylaws, over the course of several meetings, and consulted some parties concerned in regards thereto. The General Secretariat had then sent the current bylaws and the amended bylaws that had been approved by the Secretariat's Board to youth and student societies and organizations around the world as stipulated in the bylaws. In addition, a committee had been tasked with reviewing the amendments in light of the remarks received from the societies and organizations. The bylaws had then been presented to the General Assembly members at this meeting in the form approved by the Board of the World Assembly's General Secretariat.

During this meeting, the General Assembly members discussed the amended bylaws at length and decided to approve them subject to the following amendments noted on the copy presented to the General Assembly.

[signature]                                              [signature]

CONFIDENTIAL                                              WAMYSA051079

P.O. Box 10845 – Riyadh 11443 – Prince Sultan Bin Abdul Aziz Street
Kingdom of Saudi Arabia – Tel: (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx: 400413/405220 ISLAMI SJ, Fax: (01) 4641710/4641676

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

In the Name of Allah, the Beneficent, the Merciful

| | | |
|---|---|---|
| **World Assembly of Muslim Youth** | [logo]<br>"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'"<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | **World Assembly of Muslim Youth** |

No. _____
Date _____

(2)

1- Under (Chairman's Tasks), in (Second – b) of (Article 4), delete paragraphs (4) and (5), delete the words (locally and internationally) from paragraph (1), and delete the words (local and international) from paragraph (2).

2- Under (General Secretariat) in (Article 4), amend paragraph (b) to read:
   b- The General Secretariat's Board shall consist of at least twenty-one members.
   Also, add the following paragraph after (h):
   e- Determine the closing budget and approve the World Assembly's closing account.

3- Amend paragraph (e) so it becomes (f) and reads as follows:
   f- The General Secretariat's Board shall be formed using the following system:

   (1) The World Assembly's General Assembly shall elect twenty-one members, and their election shall be announced during the final meeting. Their distribution shall be as follows:
   - Twelve members shall be nominated by youth organizations representing the following twelve regions: Central Asia, South and East Asia, the Indo-Pakistani Subcontinent, the Arab World, West Africa, East Africa, Central and Southern Africa, Western Europe, Eastern Europe, North America, South America, and Australia and the Pacific.
   - Nine members from the World Assembly's country of origin shall be nominated by the General Secretariat's Board from among candidates who are righteous, work in the proselytization field, are expected to help achieve the World Assembly's missions, and are expected to contribute to fulfillment of the World Assembly's business responsibilities.

   (2) Two members shall be nominated by the World Assembly's Secretary General and elected by the General Secretariat's Board from among those expected to help achieve the World Assembly's missions in its country of origin.

   **Note:** Amend the paragraph numbers so as to become k, l, m, without amending the content.

[signature]                                                                      [signature]

CONFIDENTIAL                                                                       WAMYSA051080

P.O. Box 10845 – Riyadh 11443 – Prince Sultan Bin Abdul Aziz Street
Kingdom of Saudi Arabia – Tel: (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx: 400413/405220 ISLAMI SJ, Fax: (01) 4641710/4641676

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

In the Name of Allah, the Beneficent, the Merciful

**World Assembly of Muslim Youth**

[logo]
"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'"
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**

No. _____
Date _____

(3)

**Topic 2: Electing a Chairman for the World Assembly for the next term:**

At the suggestion of the Board of the World Assembly's General Secretariat, the General Assembly members elected His Excellency Dr. Khalid Al-Anqari as chairman of the World Assembly for the next term, which will continue for three years.

**Topic 3: Electing the members of the Board of the World Assembly's General Secretariat for the next term:**

The amended bylaws require the election of twenty-one members to the Board of the World Assembly's General Secretariat, including twelve members who represent various regions around the world as set forth in the bylaws, and nine members from the World Assembly's country of origin. In light thereof, the Elections Committee presented its report to the General Assembly, listing the names of the individuals nominated by the Islamic societies and organizations. The General Assembly elected the following individuals by region:

**First: Africa:**

| | |
|---|---|
| 1- Mr. Mohammed Salem Badmana | Representative of East Africa |
| 2- Mr. Sidi Ghali Lou | Representative of West Africa |
| 3- | Representative of Central and Southern Africa |

**Second: Asia:**

| | |
|---|---|
| 1- Mr. Baha El-Din Daghastani | Representative of Central Asia |
| 2- Mr. Anwar Taher | Representative of South and East Asia |
| 3- Mr. Sidi Abdullah Taher | Representative of the Indo-Pakistani Subcontinent |

**Third: North and South America:**

| | |
|---|---|
| 1- Mr. Abdullah Bin Laden | Representative of North America |
| 2- Mr. Mohammed Abdul Rahman Sirla | Representative of South America |

[signature]                                         [signature]

CONFIDENTIAL                                         WAMYSA051081

P.O. Box 10845 – Riyadh 11443 – Prince Sultan Bin Abdul Aziz Street
Kingdom of Saudi Arabia – Tel: (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx: 400413/405220 ISLAMI SJ, Fax: (01) 4641710/4641676

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

In the Name of Allah, the Beneficent, the Merciful

| World Assembly of Muslim Youth | [logo]<br>"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'"<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | World Assembly of Muslim Youth |
|---|---|---|

No. _____
Date _____

(4)

**Fourth: The Arab World:**

1- Mr. Hassan Al-Dokki          Representative of the Arab World

**Fifth: Europe:**

1- Mr.                           Representative of Western Europe
2- Mr.                           Representative of Eastern Europe

**Sixth: Australia and the Pacific:**
1- Attorney Mr. Abdul Rahim Rashid    Representative of the Australia and Pacific Region

**Seventh: World Assembly's Country of Origin (Kingdom of Saudi Arabia):**

1- Dr. Mane' Bin Hammad Al-Jahni
2- Dr. Ibrahim Bin Hammad Al-Qa'eed
3- Dr. Suleiman Bin Nasser Basahel
4- Dr. Saleh Bin Suleiman Al-Wahibi
5- Dr. Mohammed Bin Majed Al-Farraj
6- Dr. Oweish Harbi Al-Ghamedi
7- Mr. Khalid Bin Abdul Rahman Al-Ojeimi
8- Dr. Mohammed Bin Abdullah Al-Qari
9- Dr. Khalid Al-Awwad

The General Assembly members were unable to elect representatives for the following four [sic: three] regions:
(1) Central and Southern Africa
(2) Western Europe
(3) Eastern Europe

[signature]                                                          [signature]

CONFIDENTIAL                                                         WAMYSA051082

In the Name of Allah, the Beneficent, the Merciful

| World Assembly of Muslim Youth | [logo]<br>"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'"<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | World Assembly of Muslim Youth |
|---|---|---|

No. _____
Date _____

(5)

because there was incomplete information about the nominees or because the regions had been created after the (aforementioned) amendment. Accordingly, they decided to wait and authorized the General Secretariat's Board to select competent representative for these regions in consultation with the Islamic societies and organizations therein.

At some members' suggestion, the General Assembly made two other decisions:

1) Islamic organizations and societies that are members of the World Assembly must pay a subscription fee, even if nominal, in order to obtain membership in the World Assembly.
2) The Board of the World Assembly's Secretary General must review the World Assembly's budget and approve it.

Before the meeting ended, the General Assembly members thanked the former members of the General Secretariat's Board for their service to the World Assembly and its activities in particular, and Islamic work in general, and prayed that Allah reward them generously.

The meeting was adjourned at 5:40 pm. Allah is the source of success and guidance to the righteous path. Peace and blessings be on Muhammad, his family and his companions.

| The Secretary General | The Meeting Secretary |
|---|---|
| [signature] | [signature] |
| Dr. Mane' Bin Hammad Al-Jahni | Dr. Saleh Bin Suleiman Al-Wahibi |

CONFIDENTIAL                                                                                           WAMYSA051083

P.O. Box 10845 – Riyadh 11443 – Prince Sultan Bin Abdul Aziz Street
Kingdom of Saudi Arabia – Tel: (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx: 400413/405220 ISLAMI SJ, Fax: (01) 4641710/4641676

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676



**World Assembly of Muslim Youth** | الندوة العالمية للشباب الإسلامي

الرقم ..................
التاريخ ..................

<div dir="rtl">

محضر
اجتماع الجمعية العمومية
للندوة العالمية للشباب الإسلامي

عقدت الجمعية العمومية للندوة العالمية للشباب الإسلامي اجتماعها الدوري السابع الساعة الخامسة من بعد ظهر يوم الجمعة السابع من شهر شعبان من عام ١٤١٣هـ ( الموافق ١٩٩٣/١/٢٩م ) . وقد تزامن ذلك مع المؤتمر العالمي السابع للندوة المنعقد في كوالمبور - ماليزيا من يوم الخميس ١٤١٣/٨/٦هـ حتى يوم السبت ١٤١٣/٨/٨هـ ( الموافق ١/٢٨-١٩٩٣/١/٣٠م ) .

وقد ناقشت الجمعية العمومية في اجتماعها الموضوعات الآتية :

**الموضوع الأول : تعديل النظام الأساسي للندوة :**

ناقشت الجمعية العمومية التعديلات المقترحة على النظام الأساسي للندوة . وكان مجلس الأمانة العامة للندوة قد ناقش في عدة اجتماعات تعديل النظام الأساسي واستشار في ذلك بعض المختصين . ومن ثم قامت الأمانة العامة بإرسال النظام الأساسي المعمول به والنظام المعدل الذي أقره مجلس الأمانة إلى الجمعيات والمنظمات الشبابية والطلابية في مختلف أنحاء العالم وفقا لما ينص عليه النظام . وكلفت لجنة بمراجعة التعديلات في ضوء ملاحظات الجمعيات والمنظمات ، ثم عرض على أعضاء الجمعية العمومية في هذا اللقاء في صورته التي أقره عليها مجلس الأمانة العامة للندوة .

وقد ناقش أعضاء الجمعية العمومية في هذا الاجتماع النظام المعدل مناقشة مستفيضة ، وقرروا إقرار النظام الأساسي بالتعديلات الآتية على النسخة المعروضة على الجمعية .

</div>

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str. Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ — الرياض ١١٤٤٣ — شارع الأمير سلطان بن عبد العزيز — العليا المملكة العربية السعودية، هاتف ٤٦٤١٦٦٩/٤٦٤١٦٦٣ (٠١)، برقياً : اسلامية الرياض تلكس ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس.جي، فاكس ٤٦٤١٦٧٦/٤٦٤١٧١٠ (٠١)

CONFIDENTIAL                                                                 WAMYSA051079


**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقم ..................
التاريخ ..................

(۲)

١- في ( مهمات الرئيس ) في (ثانيا –ب ) من (المادة الرابعة) : تحذف الفقرتان (٤) و(٥) ، وتحذف كلمتا ( محليا ودوليا ) من فقرة (١) ، وكلمتا ( المحلية والدولية) من فقرة (٢) .

٢- في ( الأمانة العامة ) من ( المادة الرابعة ) تعدل الفقرة (ب) إلى :
ب- يتكون مجلس الأمانة العامة من واحد وعشرين عضوا على الأقل .
وتضاف الفقرة الآتية بعد (ح) :
ط- تقر الميزانية الختامية وتصادق على الحساب الختامي للندوة .

٣- تعدل الفقرة (ط) لتصبح (ي ) وتقرأ كالآتي :
ي- يتم تشكيل مجلس الأمانة العامة وفق النظام الآتي :

( ١ ) واحد وعشرون عضوا تنتخبهم الجمعية العمومية للندوة ، ويعلن انتخابهم في الجلسة الختامية ، ويكون توزيعهم حسب ما يأتي :

- اثنا عشر عضوا يتم ترشيحهم من قبل المنظمات الشبابية ممثلين للمناطق الاثنتي عشرة الآتية : وسط آسيا ، وجنوب وشرق آسيا ، وشبه القارة الهندية الباكستانية، والعالم العربي ؛ غرب أفريقيا ، وشرق أفريقيا ، ووسط وجنوبي أفريقيا ؛ غرب أوروبا ، وشرق أوروبا ؛ وأمريكا الشمالية ؛ وأمريكا الجنوبية ؛ أستراليا والباسيفيك .

- تسعة أعضاء من بلد المقر يرشحهم مجلس الأمانة العامة من المشهود لهم بالاستقامة والعمل في مجال الدعوة ممن يتوخى منهم المساعدة على إنجاز مهمات الندوة والإسهام في القيام بمسؤوليات أعمال المقر .

( ٢ ) عضوان ينتخبهما مجلس الأمانة العامة بترشيح من الأمين العام للندوة ممن ينتظر منهم المساعدة على إنجاز مهمات الندوة في بلد المقر .

**ملاحظة** : تعدل رموز الفقرات التي بعدها لتصير : ك ، ل ، م دون تعديل في محتواها .

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ — الرياض ١١٤٤٣ — شارع الأمير سلطان بن عبد العزيز — العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٩/٤٦٤١٦٦٣ (٠١)، برقيا: اسلامية الرياض
تلكس ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس ٤٦٤١٧١٠/٤٦٤١٦٧٦ (٠١)

CONFIDENTIAL
WAMYSA051080



**World Assembly of Muslim Youth** — الندوة العالمية للشباب الاسلامي

الرقم ..................................
التاريخ ..................................

(٣)

الموضوع الثاني : انتخاب رئيس للندوة للدورة القادمة :

انتخب أعضاء الجمعية العمومية – بناء على اقتراح من مجلس الأمانة العامة للندوة – معالي الدكتور خالد العنقري رئيسا للندوة للدورة القادمة التي تستمر ثلاث سنوات .

الموضوع الثالث: انتخاب أعضاء مجلس الأمانة العامة للدورة القادمة:

ينص النظام الأساسي المعدل على انتخاب واحد وعشرين عضوا لمجلس الأمانة العامة للندوة؛ منهم اثنا عشر عضوا يمثلون المناطق في مختلف أنحاء العالم وفقا لما نص عليه النظام، وتسعة أعضاء من بلد المقر . وفي ضوء ذلك عرضت لجنة الانتخابات تقريرها على الجمعية العمومية المتضمن أسماء المرشحين من قبل الجمعيات والمنظمات الإسلامية . وقامت الجمعية العمومية بانتخاب الإخوة الآتية أسماؤهم وفاقا لمناطقهم :

أولا : أفريقيا :

١- الأخ   محمد سالم بادمانا        ممثل لشرق أفريقيا
٢- الأخ   سيدي غالي لو            ممثل لغرب أفريقيا
٣-                                ممثل لوسط وجنوبي أفريقيا

ثانيا : آسيا :

١- الأخ   بهاء الدين داغستاني      ممثل لوسط آسيا
٢- الأخ   أنور طاهر               ممثل لجنوب وشرق آسيا
٣- الأخ   سيدي عبدالله طاهر       ممثل لشبه القارة الهندية الباكستانية

ثالثا : أمريكا الشمالية والجنوبية :

١- الأخ   عبدالله بن لادن           ممثل لأمريكا الشمالية
٢- الأخ   محمد عبدالرحمن سيرلا    ممثل لأمريكا الجنوبية

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str. Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ ــ الرياض ١١٤٤٣ ــ شارع الأمير سلطان بن عبد العزيز ــ العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقيا : اسلامية الرياض
تلكس ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس ٤٦٤١٦٧٦/٤٦٤١٧١٠ (٠١)

CONFIDENTIAL                                                WAMYSA051081



**World Assembly of Muslim Youth** — الندوة العالمية للشباب الإسلامي

الرقم ..................
التاريخ ..................

(٤)

**رابعا : العالم العربي :**

- الأخ حسن الدقي — ممثل للعالم العربي

**خامسا : أوروبــا :**

١- الأخ — ممثل لغرب أوروبا
٢- الأخ — ممثل لشرق أوروبا

**سادسا : أستراليا والباسيفيك :**

الأخ المحامي عبد الرحيم رشيد — ممثل لمنطقة أستراليا والباسيفيك

**سابعا : بلد المقر [ المملكة العربية السعودية ] :**

١- الأخ د.. مانع بن حماد الجهني
٢- الأخ د.. إبراهيم بن حمد القعيد
٣- الأخ د.. سليمان بن ناصر باسهل
٤- الأخ د.. صالح بن سليمان الوهيبي
٥- الأخ د.. محمد بن ماجد الفراج
٦- الأخ د.. عويش حربي الغامدي
٧- الأخ أ. خالد بن عبدالرحمن العجيمي
٨- الأخ د.. محمد بن عبدالله القري
٩- الأخ د.. خالــد العــــواد

هذا ، ولم يتمكن أعضاء الجمعية العمومية من انتخاب ممثلين للمناطق الأربع الآتية :
(١) وسط وجنوبي أفريقيا .
(٢) غرب أوروبا .
(٣) شرق أوروبا .

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str. Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH  RIYADH
Tlx.  400413/405220  ISLAMI SJ,  Fax. (01)  4641710/4641676

ص.ب ١٠٨٤٥ ــ الرياض ١١٤٤٣ ــ شارع الأمير سلطان بن عبد العزيز ــ العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٩/٤٦٤١٦٦٣ (٠١)، برقياً : اسلامية الرياض
تلكس ٤٠٠٥٢٢٠/٤٠٠٤١٣ اسلامي اس جي، فاكس ٤٦٤١٦٧٦/٤٦٤١٧١٠ (٠١)

CONFIDENTIAL            WAMYSA051082



**World Assembly of Muslim Youth** — الندوة العالمية للشباب الإسلامي

الرقم ..................
التاريخ ..................

(٥)

لعدم وجود معلومات كاملة عن المرشحين أو لاستحداث مناطق بعد التعديل ( المذكور أعلاه ) . لذا قرروا التريث ، وفوضوا مجلس الأمانة العامة اختيار الممثلين الأكفاء لهذه المناطق بالتشاور مع الجمعيات والمنظمات الإسلامية فيها .

وقد اتخذت الجمعية العمومية - بناء على اقتراح بعض الأعضاء ، قرارين آخرين :

١)  أنه يجب على المنظمات والجمعيات الإسلامية الأعضاء في الندوة أن تدفع اشتراكا ولو اسميا لتحصل على عضوية الندوة .

٢)  أن يقوم مجلس الأمانة العامة للندوة بمراجعة ميزانية الندوة وأن يصادق عليها .

وقبل نهاية الاجتماع وجه أعضاء الجمعية العمومية الشكر لأعضاء مجلس الأمانة العامة السابقين جزاء ما قدموه من خدمات للندوة ونشاطاتها خاصة وللعمل الإسلامي عامة ودعوا الله لهم بالثواب الجزيل .

واختتم الاجتماع الساعة الثامنة وخمس وأربعين دقيقة مساءً . والله الموفق والهادي إلى سواء السبيل ، وصلى الله على محمد وعلى آله وصحبه وسلم .

الأمين العام
د. مانع بن حماد الجهني

مقرر الجلسة
د. صالح بن سليمان الوهيبي

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str. Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ — الرياض ١١٤٤٣ — شارع الأمير سلطان بن عبد العزيز — العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٩/٤٦٤١٦٦٣ (٠١)، برقياً : اسلامية الرياض
تلكس ٤٠٠٥٢٢٠/٤٠٠٤١٣ اسلامي اس جي، فاكس ٤٦٤١٦٧٦/٤٦٤١٧١٠ (٠١)

CONFIDENTIAL                                         WAMYSA051083