# EXHIBIT 11

| [illegible] *Intelligence* | In the Name of Allah, the Beneficent, the Merciful | |
|---|---|---|
| **World Assembly of Muslim Youth** | [logo]<br>"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'"<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | **World Assembly of Muslim Youth** |

Office of the Secretary General          No.:  _7048_
Office of the Secretary General          Date:  _9/8/1420 A.H._
                                                     [12/16/1999 A.D.]

**Important and Urgent**

**HRH Prince / Turki Al-Faisal**
   Director General of the General Intelligence Directorate          May Allah protect him

Peace be upon you and Allah's mercy and blessings…
I pray to Almighty Allah that you are healthy and well. Furthermore…
I bring to the attention of Your Excellency the matter of Mr. Sayed Seif El-Din, the Prince of the Mujahideen Party in Kashmir. The aforementioned individual previously asked to meet with Your Excellency so he could present to you the most recent developments in the Kashmir issue.
Given that the aforementioned individual is currently in Jeddah and will be there for one week, and given that he wishes to meet with Your Excellency for the aforementioned purpose, I hope Your Excellency will have time to meet with him in Jeddah, or kindly instruct whom it may concern to facilitate his trip to Riyadh to meet with Your Excellency there before he leaves the Kingdom. This would constitute generous support from Your Excellency for this issue whose circumstances and importance you are well aware of. If you cannot see him while he is in the Kingdom, you could set a later date and ask him to come from there at the time you deem appropriate for the same purpose.
I pray to Almighty Allah to protect you, the guardians of the matter, and our good nation for the good of Islam and Muslims, and to reward you generously for all you do.
Peace be upon you and Allah's mercy and blessings…

                    **The Secretary General
                    of the World Assembly of Muslim Youth
                    and Member of the Shura Council**
                    [signature]
                    Dr. Mane' Bin Hammad Al-Jahni

   [seal:] World Assembly of Muslim Youth
           General Secretariat – Riyadh
           WAMY
           Established 1392 A.H. – 1972 A.D.

[signature]

M/Al-Astal 74/26

E-mail: wamyryd@naseej.com.sa

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 four lines / 4655431
Tlx: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH

CONFIDENTIAL                                                                 WAMYSA016068



**World Assembly of Muslim Youth** — الندوة العالمية للشباب الإسلامي

الرقم ..........٧٠٤٨/م..........
التاريخ ..........١٨/٩/٢٠٠٠م..........

مكتب الأمين العام
Office of the Secretary General

هام وعاجل

صاحب السمو الملكي الأمير / تركي الفيصل
رئيس الاستخبارات العامة                        حفظه الله

السلام عليكم ورحمة الله وبركاته ..
أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد
أرفع لمقامكم الكريم بشأن الأخ/ سيد سيف الدين ، أمير حزب المجاهدين في كشمير ، وقد سبق أن طلب المذكور مقابلة سموكم ، ليعرض على أنظاركم آخر تطورات القضية الكشميرية .

وبمناسبة وجود الأخ المذكور في جدة حالياً ولمدة أسبوع ، ولرغبة الأخ مقابلة سموكم للغرض المشار إليه . آمل أن يتسع وقتكم الكريم لاستقباله في جدة أو التكرم بالتوجيه لمن يلزم لتسهيل حضوره للرياض للإلتقاء بسموكم قبل مغادرته المملكة ، دعماً كريماً من سموكم لهذه القضية التي لا تخفاكم ظروفها وأهميتها . وفي حالة عدم تيسر رؤيته أثناء وجوده في المملكة فلعلكم تحددون موعداً لاحقاً وتطلبون حضوره من هناك في الوقت الذي ترونه مناسباً ، لنفس الغرض .
والله تعالى أسأل أن يحفظكم وولاة الأمر وبلدنا الخيّر ذخراً للإسلام والمسلمين ، وأن يجزيكم عن الجميع خير الجزاء .
والسلام عليكم ورحمة الله وبركاته ،،،

الأمين العام
للندوة العالمية للشباب الإسلامي
وعضو مجلس الشورى

د. مانع بن حماد الجهني



م/الأسطل ٢٦/٧٤

E-mail:wamyryd@naseej.com.sa

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
برقياً : إسلامية الرياض

CONFIDENTIAL                                                                   WAMYSA016068