# EXHIBIT 12

In the Name of Allah, the Beneficent, the Merciful

| | | |
|---|---|---|
| **World Assembly of Muslim Youth** | [logo]<br>"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'"<br>World Assembly of Muslim Youth<br>WAMY<br>1392 A.H. – Riyadh – 1972 A.D. | **World Assembly of Muslim Youth** |
| **Member of the United Nations Non-Governmental Organizations** | | **Member of the UN NGO's** |

Office of the Secretary General      No.: _18/3128_
Office of the Secretary General      Date: _4/20/1422 A.H._
     [07/11/2001 A.D.]

**His Excellency the Esteemed Mr. Zaki Al-Rahman**     **May Allah protect him**
**Prince of Lashkar-e-Taiba**

Peace be upon you and Allah's mercy and blessings…

I pray to Almighty Allah that you are healthy and well.

I am pleased to inform you that the World Assembly of Muslim Youth's Muslim Kashmir Youth Committee will be holding its sixth proselytization and educational camp in Free Kashmir from 04/29 to 05/05/1422 A.H. corresponding to 07/20 to 07/26/2001 A.D.

We take this opportunity to invite Your Excellency to attend the inauguration of this wonderful Islamic forum on Friday, 04/29/1422 A.H. corresponding to 07/20/2001 A.D.

May Almighty Allah protect and bless you…

Peace be upon you and Allah's mercy and blessings…
[signature]

         **The Secretary General**
         **of the World Assembly of Muslim Youth**
         **and Member of the Shura Council**
         [signature]
         **Dr. Mane' Bin Hammad Al-Jahni**

     [seal:] World Assembly of Muslim Youth
     [illegible]

**Copy:**
**Mr. Abdul Ghayath Aleemullah – Supervisor of the Kashmir Committee Office**
**in Free Kashmir – For review and follow-up.**

**J/1039**

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 ten lines / 4655431
Cable: ISLAMIYAH RIYADH – Fax: (01) 4641710

CONFIDENTIAL        WAMYSA052381



**World Assembly of Muslim Youth**

Member of the UN NGO'S



الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

---

الرقم : ٢١٢٨/١٨

التاريخ : ٢٠/٤/١٤٢٢هـ

مكتب الأمين العام

Office of the Secretary General

سعادة الأخ الفاضل السيد / ذكي الرحمن        حفظه الله

أمير لشكر طيبة

السلام عليكم ورحمة الله وبركاته ...

أسأل الله المولى الكريم أن تكونوا بخير حال وعافية ...

يسرني أن أخبركم بأن لجنة شباب كشمير المسلمة بالندوة العالمية للشباب الإسلامي ستقيم مخيمها السادس الدعوي والتربوي في كشمير الحرة في الفترة من ٤/٢٩ ـ ٥/٥ / ١٤٢٢ هـ الموافق ٧/٢٠ ـ ٧/٢٦/ ٢٠٠١م.

وبهذه المناسبة نتشرف بدعوة سعادتكم لحضور الحفل الافتتاحي يوم الجمعة ٤/٢٩ / ١٤٢٢هـ الموافق ٢٠/٧/٢٠٠١م لهذا المحفل الإسلامي الطيب.

والله تعالى يحفظكم ويرعاكم ...

والسلام عليكم ورحمة الله وبركاته ...

الأمين العام
للندوة العالمية للشباب الإسلامي
وعضو مجلس الشورى

د . مانع بن حماد الجهني

صورة:
الأخ/ عبد الغياث عليم الله مشرف مكتب لجنة كشمير في كشمير الحرة للإطلاع والمتابعة.

ج/١٠٣٩

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (10) Lines / 465 5431
Cable : ISLAMIYAH RIYADH - Fax.: (01) 464 1710

CONFIDENTIAL                                                                                       WAMYSA052381