# EXHIBIT 13

[handwritten text indicated in italics]

[logo] The National Commercial Bank
Saudi Joint Stock Company headquartered in Jeddah –
Commercial Register 1588
Authorized and paid up capital (6,000) million riyals

**FOREIGN TRANSFER / BANK DRAFT APPLICATION**

Date:   *9/1/1421 A.H.* [*11/27/2000 A.D.*]         Transfer Ref. No. _____
Branch: *Al-Kandara – Jeddah*

**Please issue:**   ☐ Bank Draft    ☒ International Transfer

| Transfer Currency | Amount in Figures | Amount in Words |
|---|---|---|
| *US dollars* | *=185,325.00* | *(One hundred eighty five thousand three hundred twenty five US dollars only)* |

| **Beneficiary's Information** | |
|---|---|
| Beneficiary's Name: | *TAIBAH INTERNATIONAL AID ASSOCIATION* |
| Address and/or Telephone Number: | ………………………………………………………….. *ALBANIA OFFICE* |
| Beneficiary's Account No.: | *100113* |
| Beneficiary's Bank: | *ARAB ALBANIAN ISLAMIC BANK - TIRANA* |
| Branch Name and Address: | *THROUGH ARAB AMERICAN BANK* |
| Town - Country | *N.Y. CITY        (Albania)* |

In exchange for payment by
☐ Cash   ☐ Check No. _____   ☐ Debit my/our account number   *14010850000105*
[margin: CUSTOMER COPY]

| **Remitter's Information** | |
|---|---|
| Remitter's Name: | *World Assembly of Muslim Youth - Jeddah* |
| ID No./Type/Date and Place of Issue: | ----- |
| Address: | *Jeddah* |
| Telephone Number | *6601878* |

**Other Transfer Details:**

**Purpose of the Transfer:**
Please see overleaf and write the relevant code in the box.   *91*

I/we agree to the terms and provisions set forth on the back of the request.

        *Assistant* [illegible]          **Remitter's Signature:** [signature]

**For Bank Use Only:**

| Correspondent Bank: [illegible] | | Currency | *USD* |
|---|---|---|---|
| Value Date | / / | Foreign Currency Amount | *=185,325.00* |
| Deal/Ref. No. | | Exchange Rate | *3.75* |
| Validation | | Riyal equivalent | |
| *1160* | | Commissions/Fees | -- |
| P   00067   **EFT ISSUE 14000288600 | | Telex Charges | -- |
| 14010850000105 | | Total in Riyals | *=694,968.75* |
| Mr. / World Assembly of Muslim Youth              USD 185,325.00 | | *(Six hundred ninety four thousand nine hundred sixty eight riyals and 75 halalahs).* | |
| Al-Kandara Branch #140 | | | |
| 0014 at 1:42 pm on 12/02/2000  277778 BJRN | | _____ Authorized Signature | |

BANCS-001A1  *OK*

CONFIDENTIAL                                                                                                                    WAMYSA058431

# THE NATIONAL COMMERCIAL BANK
## TRANSFER/ DRAFT APPLICATION
### طلب حوالة خارجية/ شيك مصرفي
### البنك الأهلي التجاري

التاريخ: ١٤٢٧/٩/١٠
الفرع: المنزة جدة

Date: .....................   Ref. No. [        ]   مرجع الحوالة

Branch: ....................

Please Issue:  International transfer حوالة دولية [✓]   Draft شيك مصرفي [ ]   الرجاء إصدار:

| Transfer Currency عملة التحويل | Amount in figures المبلغ بالأرقام | Amount in words المبلغ بالحروف |
|---|---|---|
| دولار أمريكي | =١٨٥٣٢٥= | (فقط مائة وخمسة وثمانون ألف وثلاثمائة وخمسة وعشرون دولار لا غير) |

## BENEFICIARY DETAILS — بيانات المستفيد

| | | |
|---|---|---|
| Beneficiary's Name | : | TAIBAH INTERNATIONAL AID ASSOCIATION |
| Address &/ or Phone No. | : | ALBANIA OFFICE |
| Beneficiary A/C No. | : | 100113 |
| Beneficiary Bank | : | ARAB ALBANIAN ISLAMIC BANK - TIRANA |
| Branch Name & Address | : | THROUGH ARAB AMERICAN BANK |
| Town - Country | : | N.Y. CITY (البانيا) |

Against payment by:   وذلك مقابل:

DEBIT MY/OUR A/C [✓] القيد على حسابي/حسابنا رقم ١٥-١١-١-٨-١-٨٠-١١-٩٤٧   CHEQUE NO. شيك رقم ......   CASH نقداً [ ]

## REMITTER DETAILS — بيانات المحول

| | | |
|---|---|---|
| Remitter's Name | : | الندوة العالمية للشباب الإسلامي - صن |
| ID No., Type, Date, Place of Issue | : | — |
| Address | : | صن |
| Phone No. | : | ٦٦-١٨٧٨ |

Other Details: / تفاصيل أخرى للحوالة:

PURPOSE OF REMITTANCE: / الغرض من التحويل:
Please see overleaf and write relevant code number in the box.  [98]

I/We agree to the terms printed overleaf.

Remitter's Signature: .................... / توقيع المحول:

## FOR BANK USE ONLY: / لإستعمال البنك فقط:

| | | | | |
|---|---|---|---|---|
| Currency | نوع العملة | U$ | Correspondent Bank | البنك المراسل |
| FCY Amount | مبلغ العملة الأجنبية | =185,325= | Value date | تاريخ الاستحقاق / |
| Rate | سعر العملة | 3.75 | Deal/ Ref. No. | رقم القطع/ المرجع |
| SAR Equivalent | المعادل بالريال | | Validation | المصادقة |
| Commission/ Fees | رسوم/ عمولة | — | | 116- |
| Telex Charges | مصاريف التلكس | — | | |
| SAR Total | المجموع بالريال | =694,968.75 | | |

(فقط ستمائة وأربعة وتسعون ألف وتسعمائة وثمانية وستون ريال وخمسة وسبعون هللة)

P ...TV **EFT ISSUE IE...(MAT..
IE.IA0....Iا٣١
لسيد/ الندوة العالمية للشباب الإسلامي
USD ١٨٥,٣٢٥.٠٠
فرع التنديرة #٥٤٢
BJRN (VVVVA (...)/١٢/٠٥ في ١٣٤٢ في...

Authorized Signature: .................... / توقيع المسئول:

BANCS -001A1

CONFIDENTIAL                                                                                      WAMYSA058431