UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2018

03-MDL-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On Thursday, April 12, 2018, the Court held a conference to set a schedule for limited jurisdictional discovery on specific factual allegations critical to Saudi Arabia's claims of sovereign immunity. The plaintiffs shall serve discovery demands by Thursday, April 26, 2018. The Kingdom of Saudi Arabia shall respond to the discovery demands by Friday, May 11, 2018. The parties are directed to meet and confer to discuss any objections to the discovery demands. By Monday, May 21, 2018, each side shall file a letter of no more than ten pages discussing the parties' positions with respect to the number of depositions that should be taken and any outstanding disputes relating to the scope of discovery, depositions, third-party discovery, and other objections. A conference is scheduled for May 24, 2018, at 10:00 a.m. in Courtroom 506, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties should be prepared to discuss the status of discovery, any discovery disputes, and a reasonable deadline to complete jurisdictional discovery.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 20, 2018
              New York, New York