UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

*This document relates to:*

*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.*, 17-cv-07914

## NOTICE OF APPEAL

NOTICE is hereby given that Plaintiffs Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, New Reinsurance Company, Ltd., AIG Specialty Insurance Company, Chartis Excess Limited, AIU Insurance Company, American Home Assurance Company, AIG Insurance Company – Puerto Rico, AIG Insurance Company of Canada, AIG Assurance Company, AIG Property Casualty Company, Commerce and Industry Insurance Company, Granite State Insurance Company, Illinois National Insurance Co., The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Memorandum Decision and Order entered on March 28, 2018 (ECF No. 3947), a copy of which is attached as Exhibit A, in favor of defendants Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Group.

                                               Respectfully submitted,

                                               COZEN O'CONNOR

                                               /s/ Stephen A. Cozen
                                               Stephen A. Cozen, Esq.
                                               Sean P. Carter, Esq.
                                               Elliott R. Feldman, Esq.
                                               J. Scott Tarbutton, Esq.
                                               COZEN O'CONNOR
                                               1650 Market Street, 28th Floor
                                               Philadelphia, PA 19103
                                               (215) 665-2000

Dated: April 23, 2018                           *Attorneys for Plaintiffs/Appellants*

## CERTIFICATE OF SERVICE

I, Coleen D. Williams, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Notice of Appeal, was served on all counsel of record via the Court's Electronic Case Filing System on this 23rd day of April, 2018.

By: _____
Coleen D. Williams, Paralegal
Cozen O'Connor
One Liberty Place
1650 Market Street, 28th Floor
Philadelphia, PA 19103