# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

## VIA ECF AND FACSIMILE

April 24, 2018

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

We write on behalf of the Plaintiffs' Executive Committees to request a four day extension, from Wednesday, April 25 until Tuesday, May 1, 2018, to submit a response to the April 18, 2018 letter from defendant Wa'el Jelaidan (ECF No. 3966), pursuant to Your Honor's Order of April 11, 2018 (ECF No. 3960). Through his counsel, Mr. Jelaidan has consented to the request.

Respectfully,

*Robert T. Haefele*
ROBERT T. HAEFELE
*FOR THE PLAINTIFFS' EXEC. COMMITTEES*

cc:   The Honorable George B. Daniels, via ECF
Martin McMahon, Esquire, via electronic mail and ECF
Sean Carter, Esq., via electronic mail and ECF
Jerry Goldman, Esq., via electronic mail and ECF
All Counsel of Record via ECF