**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 4/24/2018 _

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF AND FACSIMILE**

April 24, 2018

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

We write on behalf of the Plaintiffs' Executive Committees to request a four day extension, from Wednesday, April 25 until Tuesday, May 1, 2018, to submit a response to the April 18, 2018 letter from defendant Wa'el Jelaidan (ECF No. 3966), pursuant to Your Honor's Order of April 11, 2018 (ECF No. 3960). Through his counsel, Mr. Jelaidan has consented to the request.

Respectfully,

*Robert T. Haefele*
ROBERT T. HAEFELE
FOR THE PLAINTIFFS' EXEC. COMMITTEES

---

The request for an extension is GRANTED. The Plaintiffs' Executive Committees may file a letter in response to Defendant Wael Jelaidan's April 18, 2018 letter no later than May 1, 2018. Defendant Jelaidan may file his reply by May 8, 2018. The parties are reminded that pursuant to the Court's Individual Practices, an extension request must be filed at least 48 hours before the deadline unless the moving party can demonstrate good cause for the delay. A request for an extension made within 48 hours of the deadline must specifically explain why good cause exists.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

April 24, 2018
New York, New York