## CERTIFICATE OF SERVICE

 I hereby certify that a true copy of Plaintiffs' Motion for Final Judgments with supporting documents and exhibits, was filed electronically this 24th day of April 2018.  Notice of this filing will be served upon all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

             /s/ James P. Kreindler
             James P. Kreindler, Esq.