

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)(SN)

### ▇▇▇▇▇▇▇ FINAL ORDER OF SUMMARY JUDGMENT

Upon consideration of the evidence and arguments submitted by the *Ashton* wrongful death Plaintiffs in the above-captioned action and the Judgment by Default Against the Islamic Republic of Iran entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that final judgment is entered on behalf of those Plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-CV-6977 (GBD) (FM) identified in the attached Exhibit A against the Islamic Republic of Iran (the "*Ashton IV* Plaintiffs"); and it is

**ORDERED** that the *Ashton IV* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

**ORDERED** that the *Ashton* Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated:   New York, New York
                  _____, 2018

SO ORDERED:     **APR 2 5 2018**

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Abad, Edelmiro | Abad, Ascension | Parent | $ 8,500,000.00 |
| 2 | Abad, Edelmiro | Abad, Rebecca | Child | $ 8,500,000.00 |
| 3 | Adams, Shannon L. | Adams, Michael J. | Sibling | $ 4,250,000.00 |
| 4 | Adams, Shannon L. | Adams-Floyd, Kylie | Sibling | $ 4,250,000.00 |
| 5 | Adams, Shannon L. | Hurst Rossi, Gwynetta | Parent | $ 8,500,000.00 |
| 6 | Adderley, Jr., Terence | Adderley, Mary E. | Parent | $ 8,500,000.00 |
| 7 | Agnes, David | Agnes, Carmen | Parent | $ 8,500,000.00 |
| 8 | Ahladiotis, Joanne | Ahladiotis, Miltiadis | Parent | $ 8,500,000.00 |
| 9 | Ahladiotis, Joanne | Ahladiotis-Salloum, Effie | Sibling | $ 4,250,000.00 |
| 10 | Alger, David D. | Alger Geffen, Roxana | Child | $ 8,500,000.00 |
| 11 | Andrucki, Jean | Andrucki Izzo, Laura | Sibling | $ 4,250,000.00 |
| 12 | Aranyos, Patrick | Aranyos, Alexander | Parent | $ 8,500,000.00 |
| 13 | Aranyos, Patrick | Aranyos, Winifred | Parent | $ 8,500,000.00 |
| 14 | Arce, David | Arce, Margaret | Parent | $ 8,500,000.00 |
| 15 | Barbara, Gerard | Barbara, Paul | Child | $ 8,500,000.00 |
| 16 | Barbara, Gerard | Villarreal, Caren | Child | $ 8,500,000.00 |
| 17 | Barbella, James W. | Castronovo, Joann | Child | $ 8,500,000.00 |
| 18 | Bell, Nina P. | Bell, Lowell | Parent | $ 8,500,000.00 |
| 19 | Bell, Nina P. | Bell, Patricia | Parent | $ 8,500,000.00 |
| 20 | Berardi, Dominick J. | Berardi, Joseph | Parent | $ 8,500,000.00 |
| 21 | Berardi, Dominick J. | Berardi, Maria V. | Parent | $ 8,500,000.00 |
| 22 | Berardi, Dominick J. | Berardi, Nicholas A. | Sibling | $ 4,250,000.00 |
| 23 | Berardi, Dominick J. | Berardi, Tina M. | Sibling | $ 4,250,000.00 |
| 24 | Birnbaum, Joshua | Birnbaum, Marcel | Parent | $ 8,500,000.00 |
| 25 | Birnbaum, Joshua | Birnbaum, Samuel | Parent | $ 8,500,000.00 |
| 26 | Birnbaum, Joshua | Eisman, Jillian | Sibling | $ 4,250,000.00 |
| 27 | Bordeaux, Sherry Ann | Bordeaux, Alan | Sibling | $ 4,250,000.00 |
| 28 | Bordeaux, Sherry Ann | Lewis, Cynthia | Sibling | $ 4,250,000.00 |
| 29 | Bowers, Kimberly S. | Bowers, Jr., Frederick | Parent | $ 8,500,000.00 |
| 30 | Boyle, Michael | Arnold, Jeanne | Sibling | $ 4,250,000.00 |
| 31 | Boyle, Michael | Boyle, James J. | Parent | $ 8,500,000.00 |
| 32 | Boyle, Michael | Boyle, James P. | Sibling | $ 4,250,000.00 |
| 33 | Boyle, Michael | Boyle, Peter | Sibling | $ 4,250,000.00 |
| 34 | Boyle, Michael | Lynch, Mary | Sibling | $ 4,250,000.00 |
| 35 | Bravo, Lydia E. | Gonzalez, Mia | Child | $ 8,500,000.00 |
| 36 | Bosco, Richard Edward | Manzi, Kelly | Sibling | $ 4,250,000.00 |
| 37 | Broghammer, Herman C. | Broghammer, John C. | Child | $ 8,500,000.00 |
| 38 | Burns, Donald J. | Burns, Michael Charles | Child | $ 8,500,000.00 |
| 39 | Burns, Donald J. | Burns, Patrick Matthew | Child | $ 8,500,000.00 |
| 40 | Cahill, Scott W. | Cahill, James C. | Parent | $ 8,500,000.00 |
| 41 | Cahill, Scott W. | Cahill, Linda | Parent | $ 8,500,000.00 |
| 42 | Cahill, Scott W. | Cahill, Patrick | Sibling | $ 4,250,000.00 |
| 43 | Cahill, Thomas J. | Cahill, James W. | Parent | $ 8,500,000.00 |
| 44 | Cahill, Thomas J. | Cahill, Kathleen | Parent | $ 8,500,000.00 |
| 45 | Calderon, Edward | Calderon, Ilene | Child | $ 8,500,000.00 |
| 46 | Calia, Dominick E. | Calia, Joseph P. | Sibling | $ 4,250,000.00 |
| 47 | Cangelosi, Vincent A. | Cangelosi, Michelle | Parent | $ 8,500,000.00 |
| 48 | Cangelosi, Vincent A. | Cangelosi, Vincent | Parent | $ 8,500,000.00 |
| 49 | Carney, Mark | Carney, Richard Peter | Sibling | $ 4,250,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 50 | Casoria, Thomas | Casoria, Carlo A. | Parent | $ | 8,500,000.00 |
| 51 | Casoria, Thomas | Casoria, Carlo V. | Sibling | $ | 4,250,000.00 |
| 52 | Casoria, Thomas | Casoria, Judith | Parent | $ | 8,500,000.00 |
| 53 | Castrianno, Jr., Leonard M. | Castrianno, Sr., Leonard A. | Parent | $ | 8,500,000.00 |
| 54 | Castrianno, Jr., Leonard M. | Macadlo, Leigh | Sibling | $ | 4,250,000.00 |
| 55 | Castrianno, Jr., Leonard M. | Noah, Patricia | Parent | $ | 8,500,000.00 |
| 56 | Chin, Robert | Chin, Pak Ho | Parent | $ | 8,500,000.00 |
| 57 | Chin, Robert | Chin, Yuet Ling | Parent | $ | 8,500,000.00 |
| 58 | Ciafardini, Christopher | Ciafardini, Edward | Parent | $ | 8,500,000.00 |
| 59 | Ciafardini, Christopher | Ciafardini, Maggie | Parent | $ | 8,500,000.00 |
| 60 | Coakley, Steven | Coakley, Caroline | Parent | $ | 8,500,000.00 |
| 61 | Colbert, Kevin | Carroll, Alexander | Sibling | $ | 4,250,000.00 |
| 62 | Colbert, Kevin | Carroll, Matthew | Sibling | $ | 4,250,000.00 |
| 63 | Colbert, Kevin | Colbert, Andrew | Sibling | $ | 4,250,000.00 |
| 64 | Colon, Sol E. | Valiente, Eileen | Sibling | $ | 4,250,000.00 |
| 65 | Crant, Denise T. | Crant, John T. | Sibling | $ | 4,250,000.00 |
| 66 | Crant, Denise T. | Crant, Jr., Ellis W. | Sibling | $ | 4,250,000.00 |
| 67 | Crant, Denise T. | Crant-Baggot, Shelley | Sibling | $ | 4,250,000.00 |
| 68 | Cross, Dennis A. | Cross, Brian D. | Child | $ | 8,500,000.00 |
| 69 | Cross, Dennis A. | Cross-Feldman, Denise J. | Child | $ | 8,500,000.00 |
| 70 | Cross, Dennis A. | Cross, Laura A. | Child | $ | 8,500,000.00 |
| 71 | Cross, Dennis A. | Wylie, Lisa Ann | Child | $ | 8,500,000.00 |
| 72 | Cushing, Patricia | Cohen, Alicia | Child | $ | 8,500,000.00 |
| 73 | Cushing, Patricia | Cushing, David E. | Child | $ | 8,500,000.00 |
| 74 | Cushing, Patricia | Cushing, John | Child | $ | 8,500,000.00 |
| 75 | Cushing, Patricia | Cushing, Pegeen | Child | $ | 8,500,000.00 |
| 76 | Cushing, Patricia | Cushing, Thomas F. | Child | $ | 8,500,000.00 |
| 77 | D'Antonio, Mary | D'Antonio, Louisa | Child | $ | 8,500,000.00 |
| 78 | DeJesus, Monique E. | Hernandez, Wanda | Parent | $ | 8,500,000.00 |
| 79 | Desimone, Christian | DeSimone, Christel | Parent | $ | 8,500,000.00 |
| 80 | Desimone, Christian | DeSimone-Caliso, Martina | Sibling | $ | 4,250,000.00 |
| 81 | Devito, Jerry | Devito, Todd | Child | $ | 8,500,000.00 |
| 82 | Devito, Jerry | Goldstein, Robyn | Child | $ | 8,500,000.00 |
| 83 | DiAgostino, Michael | DiAgostino, Carl | Sibling | $ | 4,250,000.00 |
| 84 | DiAgostino, Michael | DiAgostino, Clara | Parent | $ | 8,500,000.00 |
| 85 | DiAgostino, Michael | DiAgostino, Frank | Sibling | $ | 4,250,000.00 |
| 86 | DiAgostino, Michael | DiAgostino, Paul | Sibling | $ | 4,250,000.00 |
| 87 | DiAgostino, Michael | Magliulo, Julie | Sibling | $ | 4,250,000.00 |
| 88 | DiPilato, Joseph | DiPilato, Leo | Child | $ | 8,500,000.00 |
| 89 | Dincuff, Christopher | Dincuff, Amy | Sibling | $ | 4,250,000.00 |
| 90 | Dincuff, Christopher | Dincuff, Beth | Sibling | $ | 4,250,000.00 |
| 91 | Dincuff, Christopher | Dincuff, Frank | Parent | $ | 8,500,000.00 |
| 92 | Dincuff, Christopher | Dincuff, Joan | Parent | $ | 8,500,000.00 |
| 93 | Dinnoo, Rena | Sam, Clarence | Parent | $ | 8,500,000.00 |
| 94 | Dinnoo, Rena | Sam, Dhanmatee | Parent | $ | 8,500,000.00 |
| 95 | Downey, Raymond M. | Downey, Charles R. | Child | $ | 8,500,000.00 |
| 96 | Downey, Raymond M. | Downey, Joseph R. | Child | $ | 8,500,000.00 |
| 97 | Downey, Raymond M. | Downey, Raymond M. | Child | $ | 8,500,000.00 |
| 98 | Downey, Raymond M. | Tortorici, Marie Ann | Child | $ | 8,500,000.00 |
| 99 | Downey, Raymond M. | Ugalde, Kathy A. | Child | $ | 8,500,000.00 |

| | | | | |
|---|---|---|---|---|
| 100 | Duarte, Mirna A. | Duarte, Marbin A. | Sibling | $ 4,250,000.00 |
| 101 | Duarte, Mirna A. | Hernandez, Lidia | Parent | $ 8,500,000.00 |
| 102 | Dunne, Christopher J. | Dunne, Mary | Parent | $ 8,500,000.00 |
| 103 | Eckna, Paul | Eckna, Carol | Parent | $ 8,500,000.00 |
| 104 | Eckna, Paul | Eckna, Stanley | Parent | $ 8,500,000.00 |
| 105 | Egan, Lisa E. | Egan, David | Parent | $ 8,500,000.00 |
| 106 | Egan, Samantha M. | Egan, David | Parent | $ 8,500,000.00 |
| 107 | Evans, Robert | Evans, Jeanne M. | Sibling | $ 4,250,000.00 |
| 108 | Fatha, Syed Abdul | Rahman, Syed Abdul | Sibling | $ 4,250,000.00 |
| 109 | Feidelberg, Peter | Feidelberg, Steven | Sibling | $ 4,250,000.00 |
| 110 | Flyzik, Carol | Flyzik, Janet | Parent | $ 8,500,000.00 |
| 111 | Flyzik, Carol | Walsh, Nancy | Partner | $ 12,500,000.00 |
| 112 | Folger, Jane | Folger, Michael | Child | $ 8,500,000.00 |
| 113 | Folger, Jane | Folger, Robert T. | Child | $ 8,500,000.00 |
| 114 | Folger, Jane | Folger, Thomas | Child | $ 8,500,000.00 |
| 115 | Folger, Jane | Kulik, Kathleen | Child | $ 8,500,000.00 |
| 116 | Friedlander, Alan W. | Friedlander, Steven A. | Child | $ 8,500,000.00 |
| 117 | Ganci, Peter J. | Ganci, Christopher M. | Child | $ 8,500,000.00 |
| 118 | Garcia, Jr., Andrew | Arrillaga, Kelly G. | Child | $ 8,500,000.00 |
| 119 | Garcia, Jr., Andrew | Olive, Audrey M. | Child | $ 8,500,000.00 |
| 120 | Garcia, Marlyn C. | Garcia, Carmen | Parent | $ 8,500,000.00 |
| 121 | Garcia, Marlyn C. | Garcia, Hector | Parent | $ 8,500,000.00 |
| 122 | Gargano, Rocco N. | D'Alessandro, Cathy G. | Sibling | $ 4,250,000.00 |
| 123 | Germain, Denis | Dobrinski, Peggy | Sibling | $ 4,250,000.00 |
| 124 | Germain, Denis | Germain, Brian | Sibling | $ 4,250,000.00 |
| 125 | Germain, Denis | Germain, Michael | Sibling | $ 4,250,000.00 |
| 126 | Germain, Denis | Germain, Philip | Parent | $ 8,500,000.00 |
| 127 | Germain, Denis | Ruther, Theresa | Sibling | $ 4,250,000.00 |
| 128 | Giglio, Laura A. | Marchese, Anthony | Parent | $ 8,500,000.00 |
| 129 | Giglio, Laura A. | Marchese, Lorraine | Parent | $ 8,500,000.00 |
| 130 | Goldberg, Brian | Goldberg, Shari M. | Sibling | $ 4,250,000.00 |
| 131 | Gordon, Kerene | Baker-Gual, Sharon | Sibling | $ 4,250,000.00 |
| 132 | Gordon, Kerene | George, Elmeda | Parent | $ 8,500,000.00 |
| 133 | Gordon, Kerene | Phillips, Kevin | Sibling | $ 4,250,000.00 |
| 134 | Grayling, Linda C. Mair | Mair, Annette | Sibling | $ 4,250,000.00 |
| 135 | Grayling, Linda C. Mair | Mair, Irene L. | Sibling | $ 4,250,000.00 |
| 136 | Grayling, Linda C. Mair | Mair, Lloyd C. | Sibling | $ 4,250,000.00 |
| 137 | Grayling, Linda C. Mair | Mair, Roger B. | Sibling | $ 4,250,000.00 |
| 138 | Grayling, Linda C. Mair | Ramirez, Yvonne D. | Sibling | $ 4,250,000.00 |
| 139 | Greenleaf, James | Greenleaf, Patricia | Parent | $ 8,500,000.00 |
| 140 | Haberman, Andrea L. | Haberman Osmus, Julie Ann | Sibling | $ 4,250,000.00 |
| 141 | Haberman, Andrea L. | Haberman, Gordon | Parent | $ 8,500,000.00 |
| 142 | Haberman, Andrea L. | Haberman, Kathleen | Parent | $ 8,500,000.00 |
| 143 | Hagerty, Karen E. | Whittaker, Lena | Parent | $ 8,500,000.00 |
| 144 | Haynes, William W. | Haynes, Barbara | Parent | $ 8,500,000.00 |
| 145 | Haynes, William W. | Haynes, Thomas John | Sibling | $ 4,250,000.00 |
| 146 | Haynes, William W. | Haynes-Pepe, Katherine | Sibling | $ 4,250,000.00 |
| 147 | Hobbs, Tara Y. | Hobbs, Dennis | Parent | $ 8,500,000.00 |
| 148 | Hobbs, Tara Y. | Hobbs, Dixie | Parent | $ 8,500,000.00 |
| 149 | Hoorn, Bradley | Hoorn, Dennis | Parent | $ 8,500,000.00 |

Case 1:03-md-01570-GBD-SN   Document 3978-1   Filed 04/24/18   Page 5 of 10

| # | | | | | |
|---|---|---|---|---|---|
| 150 | Hoorn, Bradley | Hoorn, Katherine | Parent | $ | 8,500,000.00 |
| 151 | Howard, Joseph L. | Howard, Joseph | Child | $ | 8,500,000.00 |
| 152 | Hunter, Joseph G. | Hunter, Bridget | Parent | $ | 8,500,000.00 |
| 153 | Hunter, Joseph G. | Labo, Teresa | Sibling | $ | 4,250,000.00 |
| 154 | Ilowitz, Abraham | Ilowitz, David | Child | $ | 8,500,000.00 |
| 155 | Ilowitz, Abraham | Piller, Faygee | Child | $ | 8,500,000.00 |
| 156 | Ilowitz, Abraham | Protovin, Chaya | Child | $ | 8,500,000.00 |
| 157 | Ilowitz, Abraham | Melamed, Malka | Child | $ | 8,500,000.00 |
| 158 | Jackman, Brooke A. | Jackman, Barbara | Parent | $ | 8,500,000.00 |
| 159 | Jackman, Brooke A. | Jackman, Erin | Sibling | $ | 4,250,000.00 |
| 160 | Jackman, Brooke A. | Jackman, Ross | Sibling | $ | 4,250,000.00 |
| 161 | Jacobs, Ariel L. | Eiberman, Silvia | Parent | $ | 8,500,000.00 |
| 162 | Jacobs, Ariel L. | Jacobs, Claudia | Sibling | $ | 4,250,000.00 |
| 163 | Jacobs, Ariel L. | Jacobs, Melvin | Parent | $ | 8,500,000.00 |
| 164 | Jordan, Robert Thomas | Jordan Stewart, Anne | Parent | $ | 8,500,000.00 |
| 165 | Joseph, Karl H. | Joseph, Leila M. | Sibling | $ | 4,250,000.00 |
| 166 | Juday, Karen | Miller, Amber | Child | $ | 8,500,000.00 |
| 167 | Juday, Karen | Miller, Jamie | Child | $ | 8,500,000.00 |
| 168 | Katsimatides, John | Katsimatides, Antonios | Parent | $ | 8,500,000.00 |
| 169 | Katsimatides, John | Katsimatides, Calliope | Parent | $ | 8,500,000.00 |
| 170 | Katsimatides, John | Katsimatides, George | Sibling | $ | 4,250,000.00 |
| 171 | Kelly, Thomas R. | Kelly, Emmet | Parent | $ | 8,500,000.00 |
| 172 | Kelly, Thomas R. | Kelly, James | Sibling | $ | 4,250,000.00 |
| 173 | Kelly, Thomas R. | Kelly, Robert E. | Sibling | $ | 4,250,000.00 |
| 174 | Kelly, Thomas R. | Kelly, Suzanne | Parent | $ | 8,500,000.00 |
| 175 | Kelly, Timothy C. | Kelly, Brian | Sibling | $ | 4,250,000.00 |
| 176 | Kelly, Timothy C. | Kelly, John | Sibling | $ | 4,250,000.00 |
| 177 | Kelly, Timothy C. | Kelly Fabbri, Christine | Sibling | $ | 4,250,000.00 |
| 178 | Kelly, Timothy C. | Kelly, Shawn P. | Sibling | $ | 4,250,000.00 |
| 179 | Kim, Andrew | Kim, Hwa Ock Lee | Parent | $ | 8,500,000.00 |
| 180 | Kim, Andrew | Kim, Paul | Parent | $ | 8,500,000.00 |
| 181 | Kim, Andrew | Kim, William Jay Ho | Sibling | $ | 4,250,000.00 |
| 182 | Klares, Richard J. | Klares, Douglas | Child | $ | 8,500,000.00 |
| 183 | Klares, Richard J. | Klares, Jr., Richard J. | Child | $ | 8,500,000.00 |
| 184 | Klares, Richard J. | Klares, Scott | Child | $ | 8,500,000.00 |
| 185 | Klitzman, Karen | Klitzman, Donna | Sibling | $ | 4,250,000.00 |
| 186 | Klitzman, Karen | Klitzman, Susan | Sibling | $ | 4,250,000.00 |
| 187 | La Corte, Andrew | Fletcher, Joanne | Sibling | $ | 4,250,000.00 |
| 188 | La Corte, Andrew | Hunchak, Marie | Sibling | $ | 4,250,000.00 |
| 189 | La Corte, Andrew | La Corte, Peter | Sibling | $ | 4,250,000.00 |
| 190 | Lafuente, Juan | Hansen, Cynthia | Child | $ | 8,500,000.00 |
| 191 | Lafuente, Juan | Jacobsen, Ruth | Child | $ | 8,500,000.00 |
| 192 | Lafuente, Juan | Lafuente, Christine | Child | $ | 8,500,000.00 |
| 193 | Lafuente, Juan | Lafuente, Jorge M. | Sibling | $ | 4,250,000.00 |
| 194 | Laieta, Vincent | Laieta, Anthony V. | Sibling | $ | 4,250,000.00 |
| 195 | Laieta, Vincent | Laieta, Josephine | Parent | $ | 8,500,000.00 |
| 196 | Lamonsoff, Amy | Lamonsoff, Morris D. | Parent | $ | 8,500,000.00 |
| 197 | Lang, Roseanne | Caballero, Donna | Sibling | $ | 4,250,000.00 |
| 198 | Lang, Roseanne | Lang, Donald | Sibling | $ | 4,250,000.00 |
| 199 | Lang, Roseanne | Lang, Gary F. | Sibling | $ | 4,250,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 200 | Lang, Roseanne | Lang, Gerald | Sibling | $ | 4,250,000.00 |
| 201 | Lang, Roseanne | Lang, James | Sibling | $ | 4,250,000.00 |
| 202 | Lang, Roseanne | Lang, Martin | Sibling | $ | 4,250,000.00 |
| 203 | Lang, Roseanne | Lang, Mary Lou | Sibling | $ | 4,250,000.00 |
| 204 | Lang, Roseanne | Lang, Richard | Sibling | $ | 4,250,000.00 |
| 205 | Lang, Roseanne | Lang, Rose | Parent | $ | 8,500,000.00 |
| 206 | Lang, Roseanne | Lang, Timothy L. | Sibling | $ | 4,250,000.00 |
| 207 | Lang, Roseanne | Lang, William | Parent | $ | 8,500,000.00 |
| 208 | Lassman, Nicholas | Lassman, Ira | Parent | $ | 8,500,000.00 |
| 209 | Lassman, Nicholas | Lassman, Laura J. | Parent | $ | 8,500,000.00 |
| 210 | Legro, Adriana | Legro Diaz, Juan | Sibling | $ | 4,250,000.00 |
| 211 | Legro, Adriana | Legro, Jeanette | Sibling | $ | 4,250,000.00 |
| 212 | Legro, Adriana | Legro, Maria | Sibling | $ | 4,250,000.00 |
| 213 | LeVeen, Jeffrey E. | Leonardi, Elizabeth Ann | Child | $ | 8,500,000.00 |
| 214 | LeVeen, Jeffrey E. | LeVeen, Jr., Jeffrey E. | Child | $ | 8,500,000.00 |
| 215 | Lewis, Margaret | Lewis, John | Child | $ | 8,500,000.00 |
| 216 | Lewis, Margaret | Lewis, Melvin | Child | $ | 8,500,000.00 |
| 217 | Lewis, Margaret | Parker, Lula P. | Sibling | $ | 4,250,000.00 |
| 218 | MacFarlane, Marianne | MacFarlane, Anne | Parent | $ | 8,500,000.00 |
| 219 | Maffeo, Jennieann | Maffeo, Andrea | Sibling | $ | 4,250,000.00 |
| 220 | Maffeo, Jennieann | Maffeo, Sam | Parent | $ | 8,500,000.00 |
| 221 | Martinez, Waleska | Martinez, Irma | Parent | $ | 8,500,000.00 |
| 222 | Martinez, Waleska | Martinez, Jr., Juan | Sibling | $ | 4,250,000.00 |
| 223 | Martinez, Waleska | Martinez, Sr., Juan | Parent | $ | 8,500,000.00 |
| 224 | Maynard, Keithroy | Maynard, Kevin | Sibling | $ | 4,250,000.00 |
| 225 | Maynard, Keithroy | Maynard, Pearl | Parent | $ | 8,500,000.00 |
| 226 | McAlary, James | McAlary, Ann | Parent | $ | 8,500,000.00 |
| 227 | McCarthy, Justin | McCarthy, Betty Ann | Parent | $ | 8,500,000.00 |
| 228 | McCarthy, Justin | McCarthy, Dennis | Parent | $ | 8,500,000.00 |
| 229 | McCarthy, Michael | McCarthy, Margaret Mary | Parent | $ | 8,500,000.00 |
| 230 | McCarthy, Michael | McCarthy, William | Parent | $ | 8,500,000.00 |
| 231 | McGovern, Ann W. | McGovern, Elizabeth | Child | $ | 8,500,000.00 |
| 232 | McGovern, Ann W. | McGovern, Lawrence | Child | $ | 8,500,000.00 |
| 233 | McGovern, Ann W. | Mcgovern, Theresa | Child | $ | 8,500,000.00 |
| 234 | Mckinney, Darryl L. | Cox-Holloway, Rubina | Parent | $ | 8,500,000.00 |
| 235 | Mckinney, Darryl L. | McKinney, Darryl S. | Parent | $ | 8,500,000.00 |
| 236 | McLaughlin, Jr., George P. | Gerbasio, Kathleen | Sibling | $ | 4,250,000.00 |
| 237 | McLaughlin, Jr., George P. | Marcelliano, Ann Marie | Sibling | $ | 4,250,000.00 |
| 238 | McLaughlin, Jr., George P. | McLaughlin, Dorothy | Parent | $ | 8,500,000.00 |
| 239 | McLaughlin, Jr., George P. | McLaughlin, George | Parent | $ | 8,500,000.00 |
| 240 | McLaughlin, Jr., George P. | McLaughlin, Linda | Sibling | $ | 4,250,000.00 |
| 241 | McLaughlin, Jr., George P. | Wexler, Sheri | Sibling | $ | 4,250,000.00 |
| 242 | McSweeney, Timothy Patrick | Eagers, Erin | Sibling | $ | 4,250,000.00 |
| 243 | McSweeney, Timothy Patrick | McSweeney, Dennis C. | Parent | $ | 8,500,000.00 |
| 244 | McSweeney, Timothy Patrick | McLaughlin, Ann | Sibling | $ | 4,250,000.00 |
| 245 | Mercado, Steve | Mercado, Jr., Louis | Sibling | $ | 4,250,000.00 |
| 246 | Milewski, Lukasz | Milewska, Anna | Parent | $ | 8,500,000.00 |
| 247 | Milewski, Lukasz | Milewski, Frederyk | Parent | $ | 8,500,000.00 |
| 248 | Millan, Sharon Christina | Marzocchi, Patricia | Sibling | $ | 4,250,000.00 |
| 249 | Millan, Sharon Christina | Millan, Christina | Parent | $ | 8,500,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 250 | Millan, Sharon Christina | Millan, Mauricio | Parent | $ | 8,500,000.00 |
| 251 | Millan, Sharon Christina | Villa, Carlos | Sibling | $ | 4,250,000.00 |
| 252 | Millan, Sharon Christina | Villa, Richard | Sibling | $ | 4,250,000.00 |
| 253 | Morales-Puopolo, Sonia | Puopolo, Mark A. | Child | $ | 8,500,000.00 |
| 254 | Morell, George W. | Morell, Mark J. | Sibling | $ | 4,250,000.00 |
| 255 | Morell, George W. | Morell Shea, Rita | Sibling | $ | 4,250,000.00 |
| 256 | Morell, George W. | Raddatz, Catherine M. | Sibling | $ | 4,250,000.00 |
| 257 | Morgenstern, Nancy | Morgenstern, Harvey | Parent | $ | 8,500,000.00 |
| 258 | Morgenstern, Nancy | Morgenstern, Suri | Parent | $ | 8,500,000.00 |
| 259 | Moroney, Dennis | Moroney, Brian | Sibling | $ | 4,250,000.00 |
| 260 | Moroney, Dennis | Moroney, Kevin | Sibling | $ | 4,250,000.00 |
| 261 | Moroney, Dennis | Moroney, Michael | Sibling | $ | 4,250,000.00 |
| 262 | Motroni, Marco | Motroni, Chris | Child | $ | 8,500,000.00 |
| 263 | Murolo, Marc A. | Lynn Birch, Cathy | Sibling | $ | 4,250,000.00 |
| 264 | Murolo, Marc A. | Murolo, Angelo | Sibling | $ | 4,250,000.00 |
| 265 | Murolo, Marc A. | Murolo, Angela | Parent | $ | 8,500,000.00 |
| 266 | Murolo, Marc A. | Murolo, Dominick | Parent | $ | 8,500,000.00 |
| 267 | Naiman, Mildred R. | Naiman, Richard B. | Child | $ | 8,500,000.00 |
| 268 | Naiman, Mildred R. | Naiman, Russell | Child | $ | 8,500,000.00 |
| 269 | Naiman, Mildred R. | Naiman, William | Child | $ | 8,500,000.00 |
| 270 | Navarro, Karen S. | Navarro, Edward | Parent | $ | 8,500,000.00 |
| 271 | Navarro, Karen S. | Navarro, Elizabeth | Parent | $ | 8,500,000.00 |
| 272 | Nelson-Risco, Theresa | Caggiano Malfi, Mary | Parent | $ | 8,500,000.00 |
| 273 | Nichilo, Jody Tepedino | Tepedino, Evelyn | Parent | $ | 8,500,000.00 |
| 274 | Novotny, Brian C. | Lawler, Jeanne | Sibling | $ | 4,250,000.00 |
| 275 | Novotny, Brian C. | Novotny, Daniel | Sibling | $ | 4,250,000.00 |
| 276 | Novotny, Brian C. | Novotny, Kevin | Sibling | $ | 4,250,000.00 |
| 277 | Novotny, Brian C. | Novotny, Robert | Sibling | $ | 4,250,000.00 |
| 278 | Novotny, Brian C. | Novotny, Michael C. | Sibling | $ | 4,250,000.00 |
| 279 | Novotny, Brian C. | Novotny, John B. | Sibling | $ | 4,250,000.00 |
| 280 | Novotny, Brian C. | Novotny, William B. | Sibling | $ | 4,250,000.00 |
| 281 | Nussbaum, Jeffrey | Nussbaum, Arline | Parent | $ | 8,500,000.00 |
| 282 | O'Brien, Scott J. | O'Brien, Steven | Sibling | $ | 4,250,000.00 |
| 283 | O'Connor, Jr., Dennis J. | O'Connor, Charlene | Parent | $ | 8,500,000.00 |
| 284 | O'Connor, Jr., Dennis J. | O'Connor, Christopher | Sibling | $ | 4,250,000.00 |
| 285 | O'Connor, Jr., Dennis J. | O'Connor, Sr., Dennis | Parent | $ | 8,500,000.00 |
| 286 | O'Connor, Jr., Dennis J. | O'Connor, William | Sibling | $ | 4,250,000.00 |
| 287 | O'Doherty, Amy | Davie, Geraldine | Parent | $ | 8,500,000.00 |
| 288 | O'Grady, James A. | O'Grady Evans, Kristin | Sibling | $ | 4,250,000.00 |
| 289 | O'Grady, James A. | O'Grady, James Wallace | Parent | $ | 8,500,000.00 |
| 290 | O'Grady, James A. | O'Grady, Sara | Parent | $ | 8,500,000.00 |
| 291 | Oliva, Linda | Oliva, Anthony | Sibling | $ | 4,250,000.00 |
| 292 | Oliva, Linda | Oliva, Frank | Sibling | $ | 4,250,000.00 |
| 293 | Oliver, Leah E. | Oliver, Walter P. | Parent | $ | 8,500,000.00 |
| 294 | Oliver, Leah E. | Rego, Elizabeth | Parent | $ | 8,500,000.00 |
| 295 | O'Neill, Sean G. C. | Doyle O'Neill, Mary | Sibling | $ | 4,250,000.00 |
| 296 | O'Neill, Sean G. C. | Doyle O'Neill, Rosaleen | Parent | $ | 8,500,000.00 |
| 297 | O'Neill, Sean G. C. | O'Neill Lamon, Brigid | Sibling | $ | 4,250,000.00 |
| 298 | O'Neill, Sean G. C. | O'Neill Wilson, Katherine | Sibling | $ | 4,250,000.00 |
| 299 | Orfi-Ehrlich, Lisa Caren | Weinstein, Stanley | Parent | $ | 8,500,000.00 |

| # | | | | | |
|---|---|---|---|---|---|
| 300 | Osorio, Elsy C. | Umanzor, Feliciana | Parent | $ | 8,500,000.00 |
| 301 | Osorio, Elsy C. | Umanzor, Jr., Anthony | Sibling | $ | 4,250,000.00 |
| 302 | Osorio, Elsy C. | Umanzor, Katherine | Sibling | $ | 4,250,000.00 |
| 303 | Oswald, Jason | Oswald, Kenneth | Parent | $ | 8,500,000.00 |
| 304 | Oswald, Jason | Oswald-Chen, Jennifer | Sibling | $ | 4,250,000.00 |
| 305 | Pabon, Jr., Angel M. | Pabon, II, Angel M. | Child | $ | 8,500,000.00 |
| 306 | Pabon, Jr., Angel M. | Pabon, Vanessa E. | Child | $ | 8,500,000.00 |
| 307 | Palazzo, Thomas A. | Palazzo Grunke, Bettina | Sibling | $ | 4,250,000.00 |
| 308 | Palazzo, Thomas A. | Palazzo, Philip | Sibling | $ | 4,250,000.00 |
| 309 | Palazzo, Thomas A. | Palazzo, Richard | Sibling | $ | 4,250,000.00 |
| 310 | Pascuma, Jr., Michael J. | Pascuma, Ada | Parent | $ | 8,500,000.00 |
| 311 | Pascuma, Jr., Michael J. | Pascuma, Michael | Parent | $ | 8,500,000.00 |
| 312 | Patel, Manish | Patel, Kantilal | Parent | $ | 8,500,000.00 |
| 313 | Pelletier, Michel | Pelletier, Daniel A. | Sibling | $ | 4,250,000.00 |
| 314 | Pelletier, Michel | Pelletier, Lillian | Parent | $ | 8,500,000.00 |
| 315 | Pelletier, Michel | Pelletier, Marcel O. | Parent | $ | 8,500,000.00 |
| 316 | Pelletier, Michel | Pelletier, Ronald A. | Sibling | $ | 4,250,000.00 |
| 317 | Pelletier, Michel | deJong, Kristina M. | Sibling | $ | 4,250,000.00 |
| 318 | Pezzuti, Kaleen E. | Pezzuti, Frank J. | Sibling | $ | 4,250,000.00 |
| 319 | Pezzuti, Kaleen E. | Pezzuti, Frank K. | Parent | $ | 8,500,000.00 |
| 320 | Pezzuti, Kaleen E. | Pezzuti, Kathleen | Parent | $ | 8,500,000.00 |
| 321 | Pickford, Christopher | Pickford, David | Sibling | $ | 4,250,000.00 |
| 322 | Pickford, Christopher | Pickford, Linda | Parent | $ | 8,500,000.00 |
| 323 | Pickford, Christopher | Pickford, Thomas | Parent | $ | 8,500,000.00 |
| 324 | Polatsch, Laurence | Bodian, Linda | Parent | $ | 8,500,000.00 |
| 325 | Polatsch, Laurence | Polatsch, Bernard | Parent | $ | 8,500,000.00 |
| 326 | Polatsch, Laurence | Polatsch, Daniel | Sibling | $ | 4,250,000.00 |
| 327 | Raggio, Eugene J. | Raggio-Granato, Melissa | Child | $ | 8,500,000.00 |
| 328 | Rambousek, Lukas | Rambousek, Jindra | Parent | $ | 8,500,000.00 |
| 329 | Rambousek, Lukas | Rambousek, Martin | Sibling | $ | 4,250,000.00 |
| 330 | Rambousek, Lukas | Rambousek, Michael | Parent | $ | 8,500,000.00 |
| 331 | Rand, Adam D. | Meyer, Lisa | Sibling | $ | 4,250,000.00 |
| 332 | Rand, Adam D. | Rand, Mary Ann | Parent | $ | 8,500,000.00 |
| 333 | Rasweiler, Roger Mark | Murdock, Lindsey Anne | Child | $ | 8,500,000.00 |
| 334 | Rasweiler, Roger Mark | Rasweiler-Griffin, Beth Ann | Sibling | $ | 4,250,000.00 |
| 335 | Rasweiler, Roger Mark | Wiley, Caryn Beth | Child | $ | 8,500,000.00 |
| 336 | Reed, Michele | Beckwith, Sharlene | Parent | $ | 8,500,000.00 |
| 337 | Reed, Michele | Reed, James A. | Parent | $ | 8,500,000.00 |
| 338 | Reilly, James B. | Reilly, William F. | Parent | $ | 8,500,000.00 |
| 339 | Reo, John A. | Maguire, Kristin | Sibling | $ | 4,250,000.00 |
| 340 | Reo, John A. | Metzemaekers, Meghan | Sibling | $ | 4,250,000.00 |
| 341 | Reo, John A. | Reo, Armand | Parent | $ | 8,500,000.00 |
| 342 | Reo, John A. | Reo, Judith | Parent | $ | 8,500,000.00 |
| 343 | Reo, John A. | Reo, Mark | Sibling | $ | 4,250,000.00 |
| 344 | Reo, John A. | Swaine, Suzanne | Sibling | $ | 4,250,000.00 |
| 345 | Reyes, Jr., Eduvigis | Reyes, Clementina | Parent | $ | 8,500,000.00 |
| 346 | Rimmele, III, Frederick | Rimmele, Jr., Frederick | Parent | $ | 8,500,000.00 |
| 347 | Rimmele, III, Frederick | Rimmele, Marilyn | Parent | $ | 8,500,000.00 |
| 348 | Robotham, Michell L. | Callum, Travis | Sibling | $ | 4,250,000.00 |
| 349 | Rodriguez, Carmen M. | Vazquez, Magarita | Parent | $ | 8,500,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 350 | Rohner, Scott W. | Rohner, Ronald R. | Parent | $ | 8,500,000.00 |
| 351 | Rosario, Angela | Cruz, Edith | Parent | $ | 8,500,000.00 |
| 352 | Rosario, Angela | Rosario, Ticey | Sibling | $ | 4,250,000.00 |
| 353 | Rosenbaum, Brooke D. | Rosenbaum, Martin | Parent | $ | 8,500,000.00 |
| 354 | Rossomando, Nicholas | Scaramuzzino, Barbara | Parent | $ | 8,500,000.00 |
| 355 | Ruiz, Gilbert | Ruiz, Jr., Gilbert | Child | $ | 8,500,000.00 |
| 356 | Ryan, Jonathan S. | Ryan, Deena | Parent | $ | 8,500,000.00 |
| 357 | Ryan, Jonathan S. | Ryan, Robert | Parent | $ | 8,500,000.00 |
| 358 | Ryook, Christina S. | Ryook, Dae Jin | Parent | $ | 8,500,000.00 |
| 359 | Sekzer, Jason M. | Sekzer, Evelyn | Parent | $ | 8,500,000.00 |
| 360 | Sekzer, Jason M. | Sekzer, Marc | Sibling | $ | 4,250,000.00 |
| 361 | Sekzer, Jason M. | Sekzer, Wilton | Parent | $ | 8,500,000.00 |
| 362 | Shahid, Khalid | Shahid, Leonor | Parent | $ | 8,500,000.00 |
| 363 | Shahid, Khalid | Shahid, Syed | Parent | $ | 8,500,000.00 |
| 364 | Shamay, Gary | Shamay, Beniamin | Parent | $ | 8,500,000.00 |
| 365 | Shamay, Gary | Shamay, Gabriel | Sibling | $ | 4,250,000.00 |
| 366 | Shamay, Gary | Shamay, Simon | Sibling | $ | 4,250,000.00 |
| 367 | Singh, Khamladai | Singh, Dhanraj | Parent | $ | 8,500,000.00 |
| 368 | Singh, Roshan | Singh, Dhanraj | Parent | $ | 8,500,000.00 |
| 369 | Sohan, Astrid | Sohan, Barbara | Parent | $ | 8,500,000.00 |
| 370 | Sohan, Astrid | Sohan, Clive | Parent | $ | 8,500,000.00 |
| 371 | Srinuan, Saranya | Srinuan, Chaleramcha | Parent | $ | 8,500,000.00 |
| 372 | Srinuan, Saranya | Srinuan, Lawan | Parent | $ | 8,500,000.00 |
| 373 | Stack, Lawrence T. | Stack, Brian | Child | $ | 8,500,000.00 |
| 374 | Stack, Lawrence T. | Stack, Michael | Child | $ | 8,500,000.00 |
| 375 | Stan, Alexandru | Stan, Daniel | Sibling | $ | 4,250,000.00 |
| 376 | Steinman, Alexander | Steinman, Irwin | Parent | $ | 8,500,000.00 |
| 377 | Sweeney, Brian E. | Sweeney, Edward | Parent | $ | 8,500,000.00 |
| 378 | Sweeney, Brian E. | Sweeney, Mary Ann | Parent | $ | 8,500,000.00 |
| 379 | Sweeney, Brian E. | Sweeney, Matthew | Sibling | $ | 4,250,000.00 |
| 380 | Sweeney, Brian E. | Wright, Lynn | Sibling | $ | 4,250,000.00 |
| 381 | Taddei, Norma | Taddei, Andrew | Child | $ | 8,500,000.00 |
| 382 | Taddei, Norma | Taddei, Loretta | Child | $ | 8,500,000.00 |
| 383 | Taddei, Norma | Taddei, Mary | Child | $ | 8,500,000.00 |
| 384 | Takahashi, Keiichiro | Takahashi, Hiroyuki | Child | $ | 8,500,000.00 |
| 385 | Tallon, Sean Patrick | Tallon, Eileen | Parent | $ | 8,500,000.00 |
| 386 | Tarasiewicz, Allan | Tarasiewicz, Allan | Child | $ | 8,500,000.00 |
| 387 | Terry, Lisa | Terry, Tania | Parent | $ | 8,500,000.00 |
| 388 | Tiesi, Mary E. | Tiesi, Ellen | Parent | $ | 8,500,000.00 |
| 389 | Tiesi, Mary E. | Tiesi, Joseph A. | Sibling | $ | 4,250,000.00 |
| 390 | Tiesi, Mary E. | Vesnesky, Theresa | Sibling | $ | 4,250,000.00 |
| 391 | Tirado, David | Tirado, Barbara | Parent | $ | 8,500,000.00 |
| 392 | Tirado, David | Tirado, Rafael | Parent | $ | 8,500,000.00 |
| 393 | Trant, Daniel | Trant, Mary C. | Parent | $ | 8,500,000.00 |
| 394 | Uman, Jonathan | Uman, Michael | Sibling | $ | 4,250,000.00 |
| 395 | Valvo, II, Carlton F. | Valvo, Nicoletta | Parent | $ | 8,500,000.00 |
| 396 | Vincelli, Chantal | Vincelli, Anthony | Sibling | $ | 4,250,000.00 |
| 397 | Virgilio, Lawrence J. | Virgilio, Lucy | Parent | $ | 8,500,000.00 |
| 398 | Wainio, Honor Elizabeth | Wainio, Benhardt R. | Parent | $ | 8,500,000.00 |
| 399 | Wall, Glen | Ammirati, Diane | Sibling | $ | 4,250,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 400 | Wall, Glen | Baumgarten, Lynn | Sibling | $ | 4,250,000.00 |
| 401 | Wall, Glen | Wall, Brian | Sibling | $ | 4,250,000.00 |
| 402 | Wall, Glen | Wall, Gary | Sibling | $ | 4,250,000.00 |
| 403 | Wall, Glen | Wall, Jean | Parent | $ | 8,500,000.00 |
| 404 | Wall, Glen | Wall, Kevin | Sibling | $ | 4,250,000.00 |
| 405 | Warner, Brian | Tucker, Karen E. | Parent | $ | 8,500,000.00 |
| 406 | Warner, Brian | Warner, Gerald L. | Parent | $ | 8,500,000.00 |
| 407 | Warner, Brian | Yamashiro, Dawn E. | Sibling | $ | 4,250,000.00 |
| 408 | Williams, Brian P. | Blessing, Tara | Sibling | $ | 4,250,000.00 |
| 409 | Williams, Brian P. | Williams, Andrew | Sibling | $ | 4,250,000.00 |
| 410 | Williams, Brian P. | Williams, Kathleen | Parent | $ | 8,500,000.00 |
| 411 | Williams, Brian P. | Williams, Kenneth | Parent | $ | 8,500,000.00 |
| 412 | Wiswall, David | Wiswall Edgington, Amy | Child | $ | 8,500,000.00 |
| 413 | Wiswall, David | Wiswall, Keith | Child | $ | 8,500,000.00 |
| 414 | Yuen, Elkin | Yuen, Billy | Sibling | $ | 4,250,000.00 |
| 415 | Yuen, Elkin | Yuen, Gilma | Parent | $ | 8,500,000.00 |