UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GDB)(SN)<br><br>ECF Case |

*This document relates to:*

*Arrowood Indemnity Company, et al. v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-03908

      NOTICE is hereby given that Plaintiffs Arrowood Indemnity Company, formerly known as Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, formerly known as Royal Surplus Lines Insurance Company, hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Memorandum Decision and Order entered on March 28, 2018 (ECF No. 3947), a copy of which is attached hereto as Exhibit A, in favor of defendants Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Group.

Dated:   New York, New York
             April 26, 2018

Respectfully submitted,

/s/ James L. Bernard
James L. Bernard
Robert Lewin
Michele L. Jacobson
Beth K. Clark
Patrick N. Petrocelli
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
212-806-5400
jbernard@stroock.com

*Attorneys for Arrowood Indemnity Company, formerly known as Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, formerly known as Royal Surplus Lines Insurance Company*

## **CERTIFICATE OF SERVICE**

I, James L. Bernard, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Notice of Appeal was served on all counsel of record via the Court's Electronic Case Filing System on this 26th day of April, 2018.

By: /s/ James L. Bernard
James L. Bernard
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
212-806-5400
jbernard@stroock.com