USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   APR 3 0 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
| | ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case
*Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))

## FINAL ORDER OF SUMMARY JUDGMENT

Upon consideration of the evidence and arguments submitted by the *Burlingame* wrongful

death Plaintiffs in the above-captioned actions and the Judgment by Default Against the Islamic

Republic of Iran entered on August 26, 2015, together with the entire record in this case, and in

addition to the default judgment award for compensatory damages for the pre-death conscious pain

and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that final judgment is entered on behalf of the *Burlingame* Plaintiffs identified

in Exhibits A and B against the Islamic Republic of Iran; it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibits A and B are

awarded solatium damages as set forth in Exhibits A and B with prejudgment interest on those

awards to be calculated at a rate of 4.96 percent per annum, compounded annually, over the same

period;

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibits A and B may

submit a future application for punitive damages consistent with any future rulings of this Court;

ORDERED that the *Burlingame* Plaintiffs not appearing on Exhibits A and B and who were not previously awarded solatium and/or economic damages may submit applications in later stages and they will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibits A and B.

Dated: New York, New York

APR 3 0 2018 18

SO ORDERED:

GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

# Exhibit A

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Bocchino, Michael | Lavender, Debra | Sibling | $ 4,250,000.00 |
| Bocchino, Michael | Bocchino, Thomas | Sibling | $ 4,250,000.00 |
| Bocchino, Michael | Bocchino, Lucy | Parent | $ 8,500,000.00 |
| Bocchino, Michael | Bocchino, Michael | Parent | $ 8,500,000.00 |
| Brunton, Vincent | Pearn, Kelly Ann | Child | $ 8,500,000.00 |
| Brunton, Vincent | Brunton, Thomas | Child | $ 8,500,000.00 |
| Brunton, Vincent | Brunton, Michael | Sibling | $ 4,250,000.00 |
| Brunton, Vincent | DeLuise, Maryann | Sibling | $ 4,250,000.00 |
| Brunton, Vincent | Brunton, Thomas P. | Sibling | $ 4,250,000.00 |
| Dimmling, William | Dimmling, Rudy | Sibling | $ 4,250,000.00 |
| Dimmling, William | Dimmling, Charlotte | Parent | $ 8,500,000.00 |
| Dowling, Mary Yolanda | Dowling, Christopher | Parent | $ 8,500,000.00 |
| Dowling, Mary Yolanda | Dowling, Andrew | Sibling | $ 4,250,000.00 |
| Faughnan, Christopher | Faughnan, Joan | Parent | $ 8,500,000.00 |
| Faughnan, Christopher | Faughnan, Thomas | Parent | $ 8,500,000.00 |
| Faughnan, Christopher | Barnes, Diane | Sibling | $ 4,250,000.00 |
| Faughnan, Christopher | Lee, Lynn Faughnan | Sibling | $ 4,250,000.00 |
| Faughnan, Christopher | Sleevi, Ellen | Sibling | $ 4,250,000.00 |
| Faughnan, Christopher | Stines, Maureen | Sibling | $ 4,250,000.00 |
| Fetchet, Bradley | Fetchet, Frank | Parent | $ 8,500,000.00 |
| Fetchet, Bradley | Fetchet, Mary | Parent | $ 8,500,000.00 |
| Fetchet, Bradley | Fetchet, Christopher | Sibling | $ 4,250,000.00 |
| Fetchet, Bradley | Fetchet, Wesley | Sibling | $ 4,250,000.00 |
| Finnegan, Michael | Finnegan, Beverly | Parent | $ 8,500,000.00 |
| Finnegan, Michael | Finnegan, Frank | Parent | $ 8,500,000.00 |
| Golkin, Andrew | Golkin, Gerald | Parent | $ 8,500,000.00 |
| Golkin, Andrew | Golkin, Janet | Parent | $ 8,500,000.00 |
| Golkin, Andrew | Golkin, Susan | Sibling | $ 4,250,000.00 |
| Kelley, Frederick | Kelley, Frederick | Child | $ 8,500,000.00 |
| Kelley, Frederick | Kelley, Katherine | Child | $ 8,500,000.00 |
| Kelley, Frederick | Kelley, Kristen | Child | $ 8,500,000.00 |
| Kelley, Frederick | Kelley, Sean | Child | $ 8,500,000.00 |
| Kolpak, Vanessa | Kolpak, Vivian | Parent | $ 8,500,000.00 |
| Kolpak, Vanessa | Kolpak, Paul | Parent | $ 8,500,000.00 |
| Kolpak, Vanessa | Kolpak, Thaddeus | Sibling | $ 4,250,000.00 |
| Kolpak, Vanessa | Kolpak Lerner, Alexis | Sibling | $ 4,250,000.00 |
| Lang, Brendan | Lang III, William | Parent | $ 8,500,000.00 |
| Lang, Brendan | Lang, Paula | Parent | $ 8,500,000.00 |
| Lang, Brendan | Deming, Meghan | Sibling | $ 4,250,000.00 |
| Lang, Brendan | Lang, Sean | Sibling | $ 4,250,000.00 |
| Lang, Brendan | Lewis, Shanna | Sibling | $ 4,250,000.00 |
| Lang, Roseann | Lang III, William | Sibling | $ 4,250,000.00 |
| Litto, Vincent | Litto-Petras, Catherine | Child | $ 8,500,000.00 |
| Litto, Vincent | Litto, Michael | Parent | $ 8,500,000.00 |
| Litto, Vincent | Litto, Marie | Parent | $ 8,500,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Lynch, Farrell | Lynch, Rosetta | Parent | $ 8,500,000.00 |
| Lynch, Farrell | Lynch, Ellen | Sibling | $ 4,250,000.00 |
| Lynch, Farrell | Lynch, Kieran | Sibling | $ 4,250,000.00 |
| Magee, Brian | Magee, Kevin | Sibling | $ 4,250,000.00 |
| Maloney, Edward | Maloney II, Edward | Parent | $ 8,500,000.00 |
| Maloney, Edward | Maloney, Sally | Parent | $ 8,500,000.00 |
| Maloney, Edward | Maloney, Mark | Sibling | $ 4,250,000.00 |
| Maloney, Edward | Maloney Duval, Sally | Sibling | $ 4,250,000.00 |
| Manning, Terence | Manning, Philip V. | Parent | $ 8,500,000.00 |
| Manning, Terence | Manning, Gertrude | Parent | $ 8,500,000.00 |
| Manning, Terence | Manning, Philip V. | Sibling | $ 4,250,000.00 |
| Manning, Terence | Manning, Sean | Sibling | $ 4,250,000.00 |
| Morabito, Laura | DeFazio, Lawrence | Parent | $ 8,500,000.00 |
| Morabito, Laura | DeFazio, Beverly | Parent | $ 8,500,000.00 |
| Morabito, Laura | DeFazio, Craig | Sibling | $ 4,250,000.00 |
| Morabito, Laura | DeFazio, Jeffrey | Sibling | $ 4,250,000.00 |
| Moran, Kathleen | Moran, Agnes | Sibling | $ 4,250,000.00 |
| Moran, Kathleen | Moran, Catherine | Parent | $ 8,500,000.00 |
| Mullan, Michael | Mullan, Patrick | Sibling | $ 4,250,000.00 |
| Mullan, Michael | Mullan, Kelly Ann | Sibling | $ 4,250,000.00 |
| Mullan, Michael | Mullan, Patrick | Parent | $ 8,500,000.00 |
| Mullan, Michael | Mullan, Theresa | Parent | $ 8,500,000.00 |
| Newton, Christopher | Newton, Michael | Parent | $ 8,500,000.00 |
| Newton, Christopher | Newton, Barbara | Parent | $ 8,500,000.00 |
| Newton, Christopher | Newton, Stephen | Sibling | $ 4,250,000.00 |
| Newton, Christopher | Rueppel, Ann-Elizabeth | Sibling | $ 4,250,000.00 |
| Newton-Carter, Christopher | Danko, Teresa | Sibling | $ 4,250,000.00 |
| Newton-Carter, Christopher | Newton-Carter, Mark | Sibling | $ 4,250,000.00 |
| Orth, Jane Marie | Orth, Michelle | Child | $ 8,500,000.00 |
| Orth, Jane Marie | Orth, Daniel | Child | $ 8,500,000.00 |
| Quinn, James | Quinn, Michael | Parent | $ 8,500,000.00 |
| Quinn, James | Quinn, Noreen | Parent | $ 8,500,000.00 |
| Quinn, James | Quinn, Michael | Sibling | $ 4,250,000.00 |
| Quinn, James | Quinn, Joseph | Sibling | $ 4,250,000.00 |
| Reich, Howard | Reich, Sharon L. | Sibling | $ 4,250,000.00 |
| Riches, James | Riches, James | Parent | $ 8,500,000.00 |
| Riches, James | Riches, Rita | Parent | $ 8,500,000.00 |
| Riches, James | Riches, Daniel | Sibling | $ 4,250,000.00 |
| Riches, James | Riches, Thomas | Sibling | $ 4,250,000.00 |
| Riches, James | Riches, Timothy | Sibling | $ 4,250,000.00 |
| Ryan, Kristin Irvine | Irvine, Stuart | Parent | $ 8,500,000.00 |
| Ryan, Kristin Irvine | Irvine, Kara Marie | Sibling | $ 4,250,000.00 |
| Ryan, Kristin Irvine | Irvine Toomey, Wendy | Sibling | $ 4,250,000.00 |
| Ryan, Kristin Irvine | Janess, Tracy | Sibling | $ 4,250,000.00 |
| Ryan, Kristin Irvine | Schleider, Michelle | Sibling | $ 4,250,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Salamone, Marjorie | Champion, Richard | Sibling | $ 4,250,000.00 |
| Salamone, Marjorie | Champion, Lillian | Parent | $ 8,500,000.00 |
| Salamone, Marjorie | Champion, Hubert | Parent | $ 8,500,000.00 |
| San Phillip, Michael | Abbott, Jill | Child | $ 8,500,000.00 |
| San Phillip, Michael | Spero, Carrie San Phillip | Child | $ 8,500,000.00 |
| Simowitz, Barry | Simowitz, Mollie | Parent | $ 8,500,000.00 |
| Simowitz, Barry | Simowitz, Laurie | Sibling | $ 4,250,000.00 |
| Simowitz, Barry | Brotman, Renee | Sibling | $ 4,250,000.00 |
| Slattery, Christopher Paul | Slattery, James | Parent | $ 8,500,000.00 |
| Slattery, Christopher Paul | Slattery, Linda | Parent | $ 8,500,000.00 |
| Slattery, Christopher Paul | Slattery, Daniel | Sibling | $ 4,250,000.00 |
| Slattery, Christopher Paul | Slattery-Appelle, Erin | Sibling | $ 4,250,000.00 |
| Smith, Heather | Smith, George | Parent | $ 8,500,000.00 |
| Smith, Heather | Smith, Judy | Parent | $ 8,500,000.00 |
| Thorpe, Nichola | Thorpe, Basil | Parent | $ 8,500,000.00 |
| Thorpe, Nichola | Binns, Valda | Parent | $ 8,500,000.00 |
| Thorpe, Nichola | Hanson, Sharon Thorpe | Sibling | $ 4,250,000.00 |
| Todisco, Richard | Todisco, Gregory | Child | $ 8,500,000.00 |
| Todisco, Richard | DeBarbrie, Lisa | Child | $ 8,500,000.00 |
| Vauk, Ronald | Vauk, Patricia | Sibling | $ 4,250,000.00 |
| Vauk, Ronald | Vauk, Dennis | Sibling | $ 4,250,000.00 |

# Exhibit B

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Booth, Mary Jane | Kimbell, Nancy | Sibling | $ 4,250,000.00 |
| Chevalier, Swede | Chevalier, Elaine | Parent | $ 8,500,000.00 |
| Chevalier, Swede | Furgal, Tylia Chevalier | Sibling | $ 4,250,000.00 |
| Chu, Pamela | Chu, Kenneth | Parent | $ 8,500,000.00 |
| Chu, Pamela | Chu, Gloria | Parent | $ 8,500,000.00 |
| Chu, Pamela | Chu, Steven | Sibling | $ 4,250,000.00 |
| Fitzsimons, Richard | Fitzsimons, Sean | Child | $ 8,500,000.00 |
| Fitzsimons, Richard | Fitzsimons, Colleen | Child | $ 8,500,000.00 |
| Fitzsimons, Richard | Fitzsimons, Patrick | Sibling | $ 4,250,000.00 |
| Gilly, Laura | Gilly, Phyllis | Parent | $ 8,500,000.00 |
| Gilly, Laura | Gilly, Joseph | Parent | $ 8,500,000.00 |
| Gilly, Laura | Gilly, Paul | Sibling | $ 4,250,000.00 |
| Granitto, Elvira | Granitto, Cosimo | Parent | $ 8,500,000.00 |
| Granitto, Elvira | Granitto, Anna | Parent | $ 8,500,000.00 |
| Granitto, Elvira | Granitto, Mario | Sibling | $ 4,250,000.00 |
| Granitto, Elvira | Granitto-Vega, Filippa | Sibling | $ 4,250,000.00 |
| Granitto, Elvira | Munro, Sandra | Sibling | $ 4,250,000.00 |
| Heller, H. Joseph | Heller, Howard | Parent | $ 8,500,000.00 |
| Heller, H. Joseph | Heller, Roberta | Parent | $ 8,500,000.00 |
| Heller, H. Joseph | Rastovich, Colleen | Sibling | $ 4,250,000.00 |
| Kren, John | Sassone, Andrea | Child | $ 8,500,000.00 |
| Kren, John | Wentworth, Janine | Child | $ 8,500,000.00 |
| Lynch, Sean | Lynch, Rosetta | Parent | $ 8,500,000.00 |
| Lynch, Sean | Lynch, Ellen | Sibling | $ 4,250,000.00 |
| Lynch, Sean | Lynch, Keiran | Sibling | $ 4,250,000.00 |
| Ortale, Peter | Ortale, Mary | Parent | $ 8,500,000.00 |
| Ortale, Peter | Grimes, Catherine | Sibling | $ 4,250,000.00 |
| Ortale, Peter | Malitas, Mary | Sibling | $ 4,250,000.00 |
| Ortale, Peter | Ortale, Julia | Sibling | $ 4,250,000.00 |
| Ortiz, Sonia | Reszka, Alexandra M. Ortiz | Child | $ 8,500,000.00 |
| Ortiz, Sonia | Ortiz, Victor | Child | $ 8,500,000.00 |
| Ortiz, Sonia | Ortiz, Luis | Child | $ 8,500,000.00 |
| Pouletsos, Daphne | Miller, Elaine | Sibling | $ 4,250,000.00 |
| Pouletsos, Daphne | Krachtus, Corinne | Sibling | $ 4,250,000.00 |
| Rauzi, Gerard | Holzhauer, Nancy | Sibling | $ 4,250,000.00 |
| Ropiteau, Eric Thomas | Ropiteau-Galloway, Barbara | Parent | $ 8,500,000.00 |
| Ropiteau, Eric Thomas | Ropiteau, Jean-Marc | Sibling | $ 4,250,000.00 |
| Ropiteau, Eric Thomas | Davis, Lara Ropiteau | Sibling | $ 4,250,000.00 |
| Song, Daniel | Song, Yongjin L. | Parent | $ 8,500,000.00 |
| Song, Daniel | Song, Hyungshin K. | Parent | $ 8,500,000.00 |
| Song, Daniel | Song, Frank | Sibling | $ 4,250,000.00 |
| Song, Daniel | Song, Julie | Sibling | $ 4,250,000.00 |
| Sutter, Selina | Derrer, Selina Sutter | Parent | $ 8,500,000.00 |
| Sutter, Selina | Sutter, Hans Ulrich | Sibling | $ 4,250,000.00 |
| Sutter, Selina | Sutter, Katherine Sussana | Sibling | $ 4,250,000.00 |
| Taddonio, Michael | Taddonio, Marc | Sibling | $ 4,250,000.00 |
| Vianna, Matthew | Vianna, Dennis | Parent | $ 8,500,000.00 |
| Vianna, Matthew | Vianna, Marilynda | Parent | $ 8,500,000.00 |

| Vianna, Matthew | Vianna Tenaglia, Christine | Sibling | $ | 4,250,000.00 |
|---|---|---|---|---|
| Waldie, Kenneth | Wrenshall, Jane W. | Sibling | $ | 4,250,000.00 |
| Waldie, Kenneth | Klimm, Mary Louise Waldie | Sibling | $ | 4,250,000.00 |
| Wren, William | Wren, Christopher | Child | $ | 8,500,000.00 |
| Wren, William | Wren, William | Child | $ | 8,500,000.00 |
| Wren, William | Dalton, Judith | Sibling | $ | 4,250,000.00 |
| Wren, William | Demme, Kathleen | Sibling | $ | 4,250,000.00 |