# SHEPS LAW GROUP

*Attorneys at Law*

25 High Street · Huntington, NY 11743 · Tel (631) 249-5600 · Fax (631) 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/3/2018___

April 19, 2018

**VIA ECF**
The Honorable Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square New York, NY 10007

Re:     *In Re Terrorist Attacks on September 11, 2001*; 03-md-1570 (GBD)(SN)
         *The Charter Oak Fire Ins. Co. et al v. Al Rajhi Bank et al*; 1:17-cv-02651
         Sheps Law File No.: 7156

Dear Judge Netburn:

If you recall, we represent The Charter Oak Plaintiffs in the above referenced matter
(the "Charter Oak Action").

If you recall, this Honorable Court recently directed (*ecf* no 3956) the parties file a
Stipulation extending Plaintiffs' time until May 1, 2018 to advise their intentions as to the
pursuit of filed claims against the following non-Sovereign defendants: The Muslim
World League, International Islamic Relief Organization, World Assembly of Muslim
Youth, and Dallah Avco Trans Arabia.

We can now report to this Court that my clients have decided to no longer pursue these
claims at this time. We will file the appropriate Stipulations of Dismissal against these
four defendants. We believe this should obviate the need to file any other Stipulation
relating to the aforementioned May 1, 2018 date.

Thank you for your kind consideration.

The Charter Oak Plaintiffs are directed to file their stipulation of dismissal by May 11, 2018.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

May 3, 2018
New York, New York