# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

May 4, 2018

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

   Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

  On behalf of the Plaintiffs' Executive Committees, we write regarding Martin McMahon's application to withdraw from representing Wa'el Jelaidan filed on Wednesday as ECF No. No.3989, and refiled yesterday as ECF Nos. 3990-92.  Although the PECs anticipate that we will likely oppose that application, due to other obligations and travel plans of members of the PECS over the next several days we ask that the Court permit the PECs until next Friday, May 11, 2018, to respond to Mr. McMahon's application.  We also ask that the application to withdraw not delay the Court's determination of the matter concerning requested sanctions for contempt.

       Respectfully submitted,

       MOTLEY RICE LLC


      By: */s/ Robert T. Haefele*
        ROBERT T. HAEFELE
        For the Plaintiffs Exec. Committees


cc: The Honorable George B. Daniels, via ECF
   All Counsel of Record via ECF