# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036
_____
mm@martinmcmahonlaw.com
www.martinmcmahonlaw.com

| | | |
|---|---|---|
| MARTIN F. MCMAHON<br>Managing Partner<br>Admitted in District of Columbia, New York and<br>U.S. District Court of Maryland | Established 1978 | CHE' THOMAS<br>Legal Clerk<br>J.D. May 2018 |
| MICHAEL GOLDSTEIN<br>Litigation Associate<br>Admitted in Virginia<br>District of Columbia pending | TELEPHONE (202) 862-4343<br>FACSIMILE (202) 828-4130 | SALMA ATTIA<br>Legal Clerk<br>J.D. May 2018<br><br>ANGELA ST. PIERRE<br>Legal Clerk<br>J.D. May 2019 |

May 9, 2018

**VIA ECF**

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

   Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GB) (SN)

Dear Judge Netburn:

Martin F. McMahon, attorney of record for Wael Jelaidan, a defendant in this action, responds to the Plaintiffs' Executive Committees' ("PEC") letter of May 1, 2018 (ECF No. 3988) as to the allegations and requested sanctions asserted against him personally.[1] Mr. McMahon has engaged counsel to represent him in connection with these issues. For his response to the PEC's letter, Mr. McMahon relies on and incorporates by reference the letter provided by his retained counsel, which is attached as Exhibit A.

Respectfully submitted,

*Martin F. McMahon*

Martin F. McMahon, Esq.

---

[1] Mr. McMahon is unable to respond to the PEC's letter on behalf of Mr. Jelaidan for the reasons set forth in Mr. McMahon's pending Motion to Withdraw (ECF No. 3990-92), such as Mr. McMahon's inability to communicate with his client.

955436v.1