# EXHIBIT 1



Martin McMahon <mm@martinmcmahonlaw.com>

## Re: Wael Jelaidan

**Martin McMahon** <mm@martinmcmahonlaw.com>   Thu, Feb 15, 2018 at 4:18 PM
To: "Haefele, Robert" <rhaefele@motleyrice.com>

Dear Bob:

As I promised I would get back to you in response to the issues that you raised in your recent email, I regret to inform you that for whatever reason I have not been able to speak with Mr. Jelaidan's attorney based in Jedda, Bassim Alim. I have sent him a lot of emails and tried to tell him what the status of things are. Now, I guess I need to know if your primary objective is to try to set up a deposition so that you can pose questions to Wael concerning various issues. That is something I thought I would have been able to discuss with Attorney Alim, but I have been unable to do so at this time.

If you can, why don't you discuss this matter with your co-counsel and see what dates you would want to depose him regarding various topics, which both you and I have touched upon? If my services are terminated, of course, I will not be in the dialogue. But if you give me deposition dates, perhaps I can serve at least a limited role and start some sort of dialogue about setting up a deposition via Skype. The last time I checked, he is under house arrest and he is confined to the Kingdom, so obviously a deposition in London could not take place.

Please get back to me with respect to some deposition dates, and I will see what I can do to facilitate that matter if indeed I am still serving as Mr. Jelaidan's attorney. The issue of my continuing representation might be one of the reasons it's taken a while for Attorney Alim and Mr. Jelaidan to meet and confer on that issue. In any case, I told you that I'd be back to you on Thursday, and I honestly thought I would have more definitive news for you.

I look forward to hearing from you regarding scheduling a Skype deposition.

--
**Martin F. McMahon, Esq.
Martin McMahon & Associates
1150 Connecticut Ave., N.W., Suite 900
Washington, D.C. 20036
Tel: (202) 862-4343
Fax: (202) 828-4130**

**This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. ***************************************************************** IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.**