# EXHIBIT B

```
                                                                      1
     16N4TERC
1    UNITED STATES DISTRICT COURT
1    SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
2
3    IN RE:  TERRORIST ATTACKS
3    ON SEPTEMBER 11, 2001                 03MDL1570(GBD)(FM)
4
4    ------------------------------x
5
5                                          June 23, 2011
6                                          11:35 a.m.
6
7    Before:
7
8                           HON. FRANK MAAS
8
9                                          Magistrate Judge
9
10                       APPEARANCES
10
11   ANDERSON KILL & OLICK
11        Attorneys for O'Neill Plaintiffs and PECs
12   JERRY S. GOLDMAN
12
13   COZEN O'CONNOR
13        Attorneys for Federal Insurance Plaintiffs and PECs
14   SEAN P. CARTER
14   J. SCOTT TARBUTTON
15
15   MOTLEY RICE
16        Attorneys for Burnett Plaintiffs and PECs
16   ROBERT T. HAEFELE
17
17   CLIFFORD CHANCE
18        Attorneys for Defendant Dubai Islamic Bank
18   BY:  RONI BERGOFFEN (via telephone)
19
19   McMAHON & ASSOCIATES
20        Attorneys for Defendants IIRO, MWL and Wa'el Jelaidan
20   BY:  MARTIN McMAHON (via telephone)
21
21   STEVEN BARENTZEN (via telephone)
22        Attorney for Defendant Jamal Barzinji
22
23
24
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                7
        16N4TERC
1       orphans and we can't just push a button in the computer and
2       that spits itself out; we have to go in and do the hard copies.
3                THE COURT:  Let's clear that up.  Mr. Carter, whoever
4       wants to chime in, do you want the list of orphans?
5                MR. CARTER:  Your Honor, we don't.  We discussed this
6       very issue at the April 12 hearing.  We had a colloquy with the
7       court during which you said, I take it you don't want the
8       orphan records, and we said, correct, your Honor.  We followed
9       up with emails subsequently making clear that we don't want the
10      orphan records.  So the fact that we are continuing to have
11      this same discussion is a source of frustration.
12               MR. McMAHON:  I just didn't want the record to reflect
13      that we didn't put together these orphan records because at
14      some point I thought they were looking for the beneficiaries of
15      IIRO-SA distributions worldwide.
16               THE COURT:  At some point they were, but since April
17      they haven't been, and I think one of my orders may even have
18      said excluding orphan records or maybe I am not recalling that
19      accurately.  So I don't understand why in late June we are
20      talking about the orphan records.
21               MR. McMAHON:  If it's no longer an issue, that's
22      great.  I want to get back to your question to me.  You don't
23      know this, I put this into the email to Sean, that until some
24      document is signed by the Saudi government with the charities,
25      the charities are unable to send any moneys out even for
                        SOUTHERN DISTRICT REPORTERS, P.C.
                                  (212) 805-0300
```

```
                                                                    8
        16N4TERC
 1      attorney fees, so I am way behind on payment of attorney fees
 2      and they can't even send me money for an airplane ticket and I
 3      just can't finance that, your Honor.
 4              I want to make sure you understand on the record that
 5      they are frustrated because the kingdom will not allow them to
 6      send out funds until such time a certain document is signed.  I
 7      have spoken with or emailed with the kingdom's attorney,
 8      Michael Kellogg, and he is trying to help me on that issue.
 9      But until such time that that's resolved, I couldn't go over
10      there.
11              We have been on Skype with Mr. al Rahdi a great deal
12      in the interim.  I think we have narrowed our differences.  I
13      also sent a couple of emails to Sean about the fact that we
14      received in these banking records for IIRO-SA, but they are
15      very lightly printed, so I said do you have somebody come down
16      and just go through this and see if you want to take a shot at
17      copying all the banking records for IIRO-SA.
18              We also had another file.  The reason I am not up
19      there today, we have a translator in today.  They can't even
20      afford to pay for a translator, so this is coming out of my
21      pocket again.  I want to spend some time with the translator to
22      see what other documents we just received in.  I think they are
23      very responsive.  And as I say, at the close of business today,
24      I was going to send Sean an email saying these are the new
25      records we got in.
                      SOUTHERN DISTRICT REPORTERS, P.C.
                               (212) 805-0300
```