# EXHIBIT C

```
 1                       UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF NEW YORK
 2

 3   -----------------------------------------X
                                              :
 4   IN RE:                                   : 03-MD-1570
                                              :
 5    TERRORIST ATTACKS ON SEPTEMBER 11, 2001 : 500 Pearl Street
                                              : New York, New York
 6                                            :
                                              : July 13, 2011
 7   -----------------------------------------X

 8
                  TRANSCRIPT OF CIVIL CAUSE FOR CONFERENCE
 9                   BEFORE THE HONORABLE FRANK MAAS
                       UNITED STATES MAGISTRATE JUDGE
10
     APPEARANCES:
11
     For Federal Insurance:   SEAN P. CARTER, ESQ.
12
     For Dubai Islamic Bank:  STEVEN COTTREAU, ESQ.
13
     For Havlish:             TIM FLEMING, ESQ.
14
     For Plaintiffs:          JAMES KREINDLER, ESQ.
15                            ROBERT T. HAEFELE, ESQ.
                              TIM FLEMING, ESQ.
16
     For Defendants:          MARTIN F. McMAHON, ESQ.
17                            ALAN KABAT, ESQ.

18

19

20

21   Court Transcriber:       MARY GRECO
                              TypeWrite Word Processing Service
22                            211 N. Milton Road
                              Saratoga Springs, NY 12866
23

24

25


     Proceedings recorded by electronic sound recording,
     transcript produced by transcription service
```

24

1  of course have their own bank accounts locally.  In other
2  words, we don't have any of those bank statements whatsoever.
3         So in sum total, we felt that the phone call we had
4  with Mr. Radhi merely served to confirm that very little
5  effort, very little true effort, has been invested in actually
6  searching and confirming that all responsive materials have
7  been aggregated and produced.  And you know there have been
8  some very specific orders and frankly we've been at this effort
9  to try and obtain these particular documents for many years
10 now.  As Your Honor can probably appreciate, we're sort of
11 reaching the point of exhaustion.
12         THE COURT:  Mr. McMahon?  Apparently he's reached the
13 point of exhaustion also.  I know I asked him to mute his
14 phone.  Maybe it's taking a second.  Why don't you call him on
15 --
16         MR. McMAHON:  Hello?
17         THE COURT:  Oh.  I take it you heard everything that
18 Mr. Carter just said.  Okay?
19         MR. McMAHON:  Yes.  I'll try to take it the way Mr.
20 Carter presented it.
21         THE COURT:  Well, let me ask you a question at the
22 beginning because I think it was last time we spoke you said
23 that you had put off a trip to Saudi Arabia because you wanted
24 to make sure that some issues had been resolved before you went
25 there.  But then I seem to recall there was a letter that said

25

1   there were insufficient funds for you to come to New York for
2   this conference which suggested that perhaps there were not
3   sufficient funds for you to go to Saudi Arabia.  So I'm trying
4   to understand the extent to which you've actually been able to
5   sit down face to face with the folks who ought to be producing
6   the documents, Mr. Radhi and others.
7              MR. McMAHON:  Yes, Your Honor, good question.  Mr.
8   Radhi wants me to come to Saudi as does the head of IIRO and
9   the head of MWL but there are no funds currently to take care
10  of that.  And unfortunately, Your Honor, what's coming up
11  shortly is Ramadan when things really shut down in Saudi
12  Arabia.  I'm hesitant to go over there during that time unless
13  I can get out of there maybe three days after it starts.
14             But yes, Your Honor, there's still a financial issue
15  about me getting over there.  However, because some people now
16  understand the severity of the situation, there are ongoing
17  attempts to get me some travel funds.  They just haven't come
18  in yet.  Again, I told IIRO's chief executive officer this
19  morning, Dr. Basha, that I can't do anything unless the funds
20  are here.  So yes, we have an ongoing funding issue.
21             THE COURT:  Okay.  I interrupted you by asking about
22  travel.  Why don't you go on to the other points?
23             MR. McMAHON:  Well, let me get something out of the
24  way, Your Honor, so that we can see something.  There is this
25  gap for the '92, '93, '94 banking records.  Now, what Samir