UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAY 1 4 2018

-------------------------------------------------------- x
                  )
IN RE: TERRORIST ATTACKS ON     )   Civil Action No. 03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2011           )
                  )   **SO ORDERED:**
                  )
-------------------------------------------------------- x

*George B. Daniels, U.S.D.J.*

*This document relates to:*

Dated:   **MAY 1 4 2018**

*The Charter Oak Fire Ins. Co. et al. v. Al Rajhi Bank et al.*, No. 1:17-cv-02651 (GBD) (SN)

## CHARTER OAK PLAINTIFFS' NOTICE OF THEIR PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all Plaintiffs in the above-captioned action hereby give notice that their claims against Defendants Mohamed Binladin Company, Mohamed Binladin Organization, The Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, Al Haramain Islamic Foundation, and Dallah Avco Trans Arabia only, are voluntarily dismissed without prejudice.  Plaintiffs claims against all other Defendants remain active herein.

Dated this 9th day of May 2018.        Respectfully submitted,

                            SHEPS LAW GROUP, P.C.

                            By: /s/ Robert C. Sheps
                            ROBERT C. SHEPS, ESQ. (RS 5388)
                            *Attorney for Plaintiffs*
                            25 High Street
                            Huntington, NY 11743
                            (631) 249-5600
                            (631) 249-5613 (fax)
                            rsheps@shepslaw.com