May 21, 2018

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    Pursuant to the Court's April 20, 2018 Order, the Plaintiffs' Executive Committees and the Kingdom of Saudi Arabia are submitting letters regarding outstanding discovery disputes. For the convenience of the Court, we submit this letter attaching the parties' discovery requests and responses and objections thereto:

| | |
|---|---|
| Exhibit A | Plaintiffs' First Set of Consolidated Jurisdictional Requests for Production of Documents Directed to the Kingdom of Saudi Arabia |
| Exhibit B | Plaintiffs' First Set of Interrogatories Regarding Jurisdictional Discovery Directed to the Kingdom of Saudi Arabia |
| Exhibit C | Defendant Kingdom of Saudi Arabia's First Set of Requests for Production of Documents |
| Exhibit D | Defendant Kingdom of Saudi Arabia's First Set of Interrogatories |
| Exhibit E | Defendant Kingdom of Saudi Arabia's Responses and Objections to Plaintiffs' First Set of Consolidated Jurisdictional Requests for Production of Documents Directed to the Kingdom of Saudi Arabia |
| Exhibit F | Defendant Kingdom of Saudi Arabia's Objections to Plaintiffs' First Set of Interrogatories Regarding Jurisdictional Discovery Directed to the Kingdom of Saudi Arabia |
| Exhibit G | Letter from Plaintiffs' Executive Committees dated May 11, 2018 |

The Honorable Sarah Netburn
May 21, 2018
Page 2

                                                    Respectfully submitted,

                                                    */s/ Michael K. Kellogg*

                                                    Michael K. Kellogg
                                                    *Counsel for the Kingdom of Saudi Arabia*

                                                    */s/ Sean P. Carter*

                                                    Sean P. Carter
                                                    Plaintiffs' Executive Committees

cc:      Chambers of the Honorable George B. Daniels (via facsimile)
          All MDL Counsel of Record (via ECF)