KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

May 22, 2018

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11*, 2001, 03 MDL 1570 (GBD) (SN)
             Permission for Electronic Devices at Hearing on May 24, 2018

Dear Judge Netburn:

      Defendant Kingdom of Saudi Arabia respectfully requests under this Court's Standing Order M10-468, as Revised, that undersigned counsel be permitted to bring a personal electronic device, and that its attorneys Gregory G. Rapawy and Daniel V. Dorris be permitted to bring personal electronic devices and laptop computers, to the hearing scheduled for Thursday, May 24, 2018. Mr. Rapawy and I have entered appearances on behalf of the Kingdom of Saudi Arabia. Mr. Dorris is a member of the Bars of the District of Columbia and State of Illinois and will be submitting a *pro hac vice* application.

      A copy of a proposed form order under Standing Order M10-468, as Revised, is attached to this letter. A copy of the order is also being emailed to judgments@nysd.uscourts.gov.

                                                Respectfully submitted,

                                                */s/ Michael K. Kellogg*

                                                Michael K. Kellogg
                                                *Counsel for the Kingdom of Saudi Arabia*

Attachment

  cc:   All MDL Counsel of Record (via ECF)
           The Honorable Sarah Netburn (via ECF)