# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** <br> **XXX** <br> **XXX** <br> <br> **PLAINTIFFS,** <br> <br> **KINGDOM OF SAUDI ARABIA** <br> <br> **DEFENDANT** | **As relates to: 03 MDL 1570 (GBD)(SN)** <br> <br> **Civil Docket Number:** _____ <br> <br> **SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY** <br> <br> **ECF CASE** |

### *ASHTON* SHORT FORM SAUDI ARABIA COMPLAINT

Plaintiff(s) file(s) this *Ashton Short Form Saudi Arabia Complaint* against Defendant Kingdom of Saudi Arabia by and through the Plaintiff(s) undersigned counsel. Plaintiff(s) incorporate(s) by reference the specific allegations, as indicated below, of the *Ashton* Plaintiffs' Complaint against the Kingdom of Saudi Arabia, 17-cv-2003 Doc. No. 1 in the United States District Court for the Southern District of New York, consolidated with 03 MDL 1570 ("the *Ashton* Saudi Arabia Complaint"). Plaintiff(s) file(s) this *Ashton* Short Form Saudi Arabia Complaint as permitted and approved by the Court's Order of May _____, 2018, ECF No.____.

### VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## **JURISDICTION**

2. Jurisdiction of this *Ashton* Short Form Saudi Arabia Complaint, as asserted in the *Ashton* Saudi Arabia Complaint, is premised upon and applicable to all defendants in this action:

- ☐ 28 U.S.C. § 1605(a)(5) (non-commercial tort exception)
- ☐ 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)
- ☐ 28 U.S.C. § 1330 (actions against foreign states)
- ☐ Other: set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP):_____

## **CAUSES OF ACTION**

3. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference, the *Ashton* Saudi Arabia Complaint as if set forth fully herein.

4. Furthermore, the following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference from the *Ashton* Saudi Arabia Complaint:

- ☐ First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

- ☐ First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

- ☐ Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law

- ☐ Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law

☐ Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

☐ Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

☐ Plaintiff assert(s) the following additional theories and/or Causes of Action against the Defendants: _____
_____
_____.

## **IDENTIFICATION OF PLAINTIFFS**

5. The following allegations and information are alleged as to each individual who is bringing this claim, as indicated on Appendix 1 to this *Ashton* Short Form Saudi Arabia Complaint; as to each decedent who was injured and who is now deceased, whose claim is brought by the Estate representative; and/or to the survivors of the decedent's Estate; herein referred to as "Plaintiffs."

   a. The citizenship/nationality of Plaintiff is as stated in Appendix 1 to this *Ashton* Short Form Saudi Arabia complaint.

   b. Plaintiff is entitled to recover damages on the causes of action set forth in this *Ashton* Short Form Saudi Arabia complaint.

   c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

   d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, related to the September 11, 2001 Terrorist Attacks, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the *Iran Short Form Complaint*, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the *Iran Short Form Complaint*, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

g. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or personal injury claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the *Ashton* Short Form Saudi Arabia Complaint deemed alleged as to each Plaintiff.

## **IDENTIFICATION OF THE DEFENDANTS**

6. The following is a Defendant herein:

☐ Kingdom of Saudi Arabia

This *Ashton* Short Form Saudi Arabia Complaint shall be deemed subject to any motion to dismiss the *Ashton* Saudi Arabia Complaint or any other filings responsive to the *Ashton* Saudi Arabia Complaint.

## **NO WAIVER OF OTHER CLAIMS**

7. By filing this *Short Form Complaint*, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

8. By filing this *Iran Short Form Complaint*, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants as set forth in the *Ashton* Saudi Arabia Complaint as appropriate.

## **JURY DEMAND**

Plaintiff(s) hereby demand(s) a trial by jury as to the claims in this action.

Dated: _____            Respectfully Submitted,

_____
Counsel for Plaintiff(s)

See Appendix 1 Annexed

## APPENDIX 1 TO THE SHORT FORM COMPLAINT
*(EXEMPLAR-ALL NAMES BELOW ARE FICTITIOUS)*

Each line below is deemed an allegation, incorporating the allegations, language and references within the Ashton *Short Form Saudi Arabia Complaint* to which this Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the Ashton *Short Form Saudi Arabia Complaint*, Allegation 2 of Appendix 1 to the Ashton *Short Form Saudi Arabia Complaint*, etc.)

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1. | Ames, Mary | CA | Smith, Joanne | Sister | US/US | US/US | Solatium |
| 2. | Green, William | NY | N/A | N/A | US/US | N/A | PI |
| 3. | Boyles, James | MA | Boyles, Caroline | spouse/PR | US/US | | WD, Solatium |
| 4. | Kiles, Frank | RI | Richardson, Martha | PR | US/US | | WD |