UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2018

03-MDL-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    As discussed during the conference on May 24, 2018, the Kingdom of Saudi Arabia (the "Kingdom") shall produce an initial round of documents and interrogatory responses on a rolling basis and shall complete that production by July 31, 2018. At this stage, the Kingdom shall search for documents and information held by the Los Angeles Consulate, the Saudi Embassy in Washington, D.C., the Presidency of Civil Aviation, the Ministry of Islamic Affairs, and the Cultural Mission in Fairfax, Virginia, and shall search for documents that the Presidency of State Security obtained and compiled from these and other Saudi agencies. Unless otherwise agreed to by the parties, the Kingdom shall search for relevant documents through December 31, 2002. The Kingdom shall produce a privilege log for any documents that are withheld. The parties are then ORDERED to meet and confer and make good faith efforts to resolve any disputes with respect to any documents that have been withheld and any disputes with respect to the appropriate scope of any further jurisdictional discovery.

    If the parties are unable to resolve all disputes themselves, the Plaintiffs' Executive Committees may file a motion to compel, with a memorandum of law that does not exceed 25 double-spaced pages in 12-point font, no later than September 21, 2018. The Kingdom may file a

response in opposition to the motion, with a memorandum of law that does not exceed 25 double-spaced pages in 12-point font, no later than October 12, 2018. No reply brief is requested.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   May 24, 2018
         New York, New York