UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

June 1, 2018

Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4TH Floor
2201 C Street N.W.
Washington, DC 20520

Re:   In Re Terrorist Attacks of September 11, 2001
      03 MDL 1570
      02 CV 6977, Ashton v. Al Queda, et al.
      02 CV 7230, Burlington v. Bin Laden, et al.

Dear Sir:

Enclosed please find a copy of a letter received from the Law Firm of Speiser Krause, along with two sets of: the Notice of Default Judgment and its Farsi Translation, a copy of the August 31, 2015 default judgment on liability and the certified Farsi Translation, a certified copy of the April 30, 2018 Final Order of Judgment and the moving papers for the Plaintiff's Motion and the certified Farsi Translation and a copy of the Foreign Sovereign Immunities Act with its Farsi Translation. Also enclosed is a money order in the amount of $2,275.00.   Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon the following:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance.   If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

In Re: Terrorist Attacks on September 11, 2001

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 03 md 1570 (gbd)

-v-

Defendant(s)

I hereby certify under the penalties of perjury that on 1 day of June, 20 18, I served:
Islamic Republic of Iran, H.E. Dr. Mohammad Javad Zarif, Foreign Minister of the Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran, Islamic Republic of Iran

☐ One copy of the _____
by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____
by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ Two copies of the Notice of Default Judgment, August 31, 2015 default judgment, certified copy of the April 30, 2018 Final Order and Judgment and moving papers for the Plaintiff's Motion and Foreign Sovereign Immunities Act and translations. Also a money order in the amount of $2,275.00
by FedEx Express 772367350135, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____
by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
06/01/2018

RUBY J. KRAJICK
CLERK OF COURT

_Jashira Carlo_
Print Name: Jashira Carlo
DEPUTY CLERK OF COURT



ORIGIN ID:PCTA  (212) 805-0136
RUBY J. KRAJICK
US DISTRICT COURT, SDNY
500 PEARL STREET
ROOM 120
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 31MAY18
ACTWGT: 3.00 LB
CAD: 9266652/INET3980

BILL SENDER

TO DIR. OF CONSULAR SVCS(CA/OCS/PRI)
US DEPARTMENT OF STATE, SA-29
2201 C STREET, NW
4TH FLOOR
WASHINGTON DC 20520
(202) 736-9110         REF:
INV:
PO:                    DEPT:



FedEx Express

FRI - 01 JUN 10:30A
PRIORITY OVERNIGHT

TRK# 7723 6735 0135
0201

EP AUKA                20520
              DC-US    IAD

5/31/2018