UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                        )
IN RE: TERRORIST ATTACKS ON             )    Civil Action No. 03 MDL 1570 (GBD)
SEPTEMBER 11, 2001                      )    ECF Case
                                        )
_____)

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.*, No. 03-cv-6978
*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 03-cv-8591
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849
*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, No. 04-cv-5970
*Cantor Fitzgerald Assocs., et al. v. Akida Inv. Co., et al.*, No. 04-cv-7065
*Pacific Employers Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-7216
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 04-cv-7279
*Beazley Furlonge Ltd. v. Saudi Binladin Group, Inc., et al.*, No. 16-cv-7456
*Bowrosen, et al. v. Kingdom of Saudi Arabia*, No. 16-cv-8070
*McCarthy, et al. v. Kingdom of Saudi Arabia*, No. 16-cv-8884
*Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-9663
*Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-9937
*Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-117
*DeSimone v. Kingdom of Saudi Arabia*, No. 17-cv-348
*Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-450
*Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-2003
*The Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-2129
*The Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-2651
*General Reinsurance Corp., et al. v. Kingdom of Saudi Arabia*, No. 17-cv-3810
*Abarca, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-3887
*Arrowood Indemnity Co. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-3908
*Abrams, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-4201
*Abtello, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-5174
*Aasheim, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-5471
*Abedhajajreh, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-6123
*Allianz Versicherungs-Aktiengesellschaft, et al. v. Kingdom of Saudi Arabia,*

*No. 17-cv-6519*

*Fraser, et al. v. Al Qaeda Islamic Army, et al., No. 17-cv-7317*

*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-7914*

*Abbate, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-8617*

*Abarca, et al. v. Kingdom of Saudi Arabia et al., No. 18-cv-947*

*Behette, et al. v. Kingdom of Saudi Arabia et al., No. 18-cv-538*

*Dillaber, et al. v. Islamic Republic Of Iran et al., No. 18-cv-3162*

*Leftt et al. v. Kingdom of Saudi Arabia et al., No. 18-cv-03353*

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Daniel V. Dorris, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the defendant The Kingdom of Saudi Arabia in the above-captioned litigation and individual cases.

I am a member in good standing of the Bars of the District of Columbia and the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal Court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 1, 2018                          Respectfully submitted,

                                                                    */s/ Daniel V. Dorris*
                                                                    Daniel V. Dorris
                                                                    KELLOGG, HANSEN, TODD,
                                                                      FIGEL & FREDERICK, P.L.L.C.
                                                                    1615 M Street, NW, Suite 400
                                                                    Washington, DC 20036
                                                                    Telephone: (202) 326-7938
                                                                    Facsimile: (202) 326-7999
                                                                    ddorris@kellogghansen.com

# CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2018, I caused an electronic copy of the foregoing Motion For Admission Of Daniel V. Dorris *Pro Hac Vice* to be served electronically by the Court's Electronic Case Filing (ECF) System. I caused the foregoing to be filed on the MDL docket and on the dockets of the below-captioned individual cases:

    *Federal Insurance Co., et al. v. al Qaida, et al.*, No. 03-cv-6978
    *Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 03-cv-8591
    *Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849
    *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922
    *Continental Casualty Co., et al. v. Al Qaeda, et al.*, No. 04-cv-5970
    *Cantor Fitzgerald Assocs., et al. v. Akida Inv. Co., et al.*, No. 04-cv-7065
    *Pacific Employers Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-7216
    *Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 04-cv-7279
    *Beazley Furlonge Ltd. v. Saudi Binladin Group, Inc., et al.*, No. 16-cv-7456
    *Bowrosen, et al. v. Kingdom of Saudi Arabia*, No. 16-cv-8070
    *McCarthy, et al. v. Kingdom of Saudi Arabia*, No. 16-cv-8884
    *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-9663
    *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-9937
    *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-117
    *DeSimone v. Kingdom of Saudi Arabia*, No. 17-cv-348
    *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-450
    *Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-2003
    *The Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-2129
    *The Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-2651
    *General Reinsurance Corp., et al. v. Kingdom of Saudi Arabia*, No. 17-cv-3810
    *Abarca, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-3887
    *Arrowood Indemnity Co. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-3908
    *Abrams, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-4201
    *Abtello, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-5174
    *Aasheim, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-5471
    *Abedhajajreh, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-6123
    *Allianz Versicherungs-Aktiengesellschaft, et al. v. Kingdom of Saudi Arabia,*

*No. 17-cv-6519*
*Fraser, et al. v. Al Qaeda Islamic Army, et al., No. 17-cv-7317*
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v.*
*Kingdom of Saudi Arabia, et al., No. 17-cv-7914*
*Abbate, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-8617*
*Abarca, et al. v. Kingdom of Saudi Arabia et al., No. 18-cv-947*
*Behette, et al. v. Kingdom of Saudi Arabia et al., No. 18-cv-538*
*Dillaber, et al. v. Islamic Republic Of Iran et al., No. 18-cv-3162*
*Leftt et al. v. Kingdom of Saudi Arabia et al., No. 18-cv-03353*

Dated:  June 1, 2018                              Respectfully submitted,

                                                  */s/ Daniel V. Dorris*
                                                  Daniel V. Dorris