UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
IN RE: TERRORIST ATTACKS ON         )     **Civil Action No. 03 MDL 1570 (GBD)**
SEPTEMBER 11, 2001                  )     **ECF Case**
_____ )

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.*, No. 03-cv-6978
*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 03-cv-8591
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849
*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, No. 04-cv-5970
*Cantor Fitzgerald Assocs., et al. v. Akida Inv. Co., et al.*, No. 04-cv-7065
*Pacific Employers Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-7216
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 04-cv-7279
*Beazley Furlonge Ltd. v. Saudi Binladin Group, Inc., et al.*, No. 16-cv-7456
*Bowrosen, et al. v. Kingdom of Saudi Arabia*, No. 16-cv-8070
*McCarthy, et al. v. Kingdom of Saudi Arabia*, No. 16-cv-8884
*Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-9663
*Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-9937
*Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-117
*DeSimone v. Kingdom of Saudi Arabia*, No. 17-cv-348
*Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-450
*Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-2003
*The Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-2129
*The Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-2651
*General Reinsurance Corp., et al. v. Kingdom of Saudi Arabia*, No. 17-cv-3810
*Abarca, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-3887
*Arrowood Indemnity Co. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-3908
*Abrams, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-4201
*Abtello, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-5174
*Aasheim, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-5471
*Abedhajajreh, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-6123
*Allianz Versicherungs-Aktiengesellschaft, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-6519
*Fraser, et al. v. Al Qaeda Islamic Army, et al.*, No. 17-cv-7317
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v.*

*Kingdom of Saudi Arabia, et al.*, No. 17-cv-7914
*Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-8617
*Abarca, et al. v. Kingdom of Saudi Arabia et al.*, No. 18-cv-947
*Behette, et al. v. Kingdom of Saudi Arabia et al.*, No. 18-cv-538
*Dillaber, et al. v. Islamic Republic Of Iran et al.*, No. 18-cv-3162
*Leftt et al. v. Kingdom of Saudi Arabia et al.*, No. 18-cv-03353

### [PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION

The motion of Daniel V. Dorris for admission to practice *Pro Hac Vice* in the above-captioned litigation and individual cases is granted.

Daniel V. Dorris has declared that he is a member in good standing of the bars of the District of Columbia and the State of Illinois; and that his contact information is as follows:

> Daniel V. Dorris
> Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
> 1615 M Street, NW, Suite 400
> Washington, DC 20036
> Tel.: 202-326-7938 / Fax: 202-326-7999
> ddorris@kellogghansen.com

Daniel V. Dorris having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the defendant The Kingdom of Saudi Arabia in the above-captioned litigation and individual cases;

**IT IS HEREBY ORDERED** that Daniel V. Dorris is admitted to practice *Pro Hac Vice* in the above-captioned litigation and individual cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____            _____
                                    SARAH NETBURN
                                    UNITED STATES MAGISTRATE JUDGE