USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Terrorist Attacks on September 11, 2001* | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

*This document relates to*:

*Fraser, et al. v. Al Qaeda Islamic Army, et al.*, Civil Action 17-cv-07317 (S.D.N.Y.) (GBD) (SN).

## STIPULATION FOR THE *FRASER* PLAINTIFFS' ADOPTION OF THE *LLOYD'S* PLAINTIFFS' ALLEGATIONS AS TO THE NATIONAL COMMERCIAL BANK

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for all Plaintiffs in the case styled as *Fraser, et al. v. Al Qaeda Islamic Army, et al.*, Civil Action 17-cv-07317 (S.D.N.Y.) (collectively, the "*Fraser* Plaintiffs") and the undersigned counsel for Defendant The National Commercial Bank ("NCB") as follows:

1. The *Fraser* Plaintiffs, as permitted and approved by the Court's Order of May 16, 2017, ECF No. 3584, adopt the factual, liability, and jurisdictional allegations as to NCB presented in the First Amended Complaint in the action captioned *Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, 16-cv-07853, ECF No. 55.

2. Upon the filing of this Stipulation, the *Fraser* Plaintiffs are deemed to have adopted, as controlling, the factual, liability, and jurisdictional allegations as to NCB set forth in Paragraphs Seventy (70) through Three-Hundred Fifty Eight (358) of the *Lloyd's I* Amended Complaint, 16-cv-07853, ECF, No. 55. This Stipulation relates solely to NCB, and does not apply to any other defendant, as to which the *Fraser* Plaintiffs' underlying Complaint and any amendments thereto are controlling.

3. In light of the above, the *Fraser* Plaintiffs agree that they are bound in all respects by the Court's Memorandum Decision and Order of March 28, 2018, dismissing as against NCB the *Lloyd's* First Amended Complaint and all other actions in this MDL proceeding that adopt the allegations of the *Lloyd's* First Amended Complaint as to NCB (MDL 1570 Dkt. # 3947).

Dated: May 31, 2018                                         Respectfully submitted,

_____                              _____
Mitchell R. Berger (MB-4112)                           Mark C. Kujawski (MK6300)
Alan T. Dickey (admitted *pro hac vice*)               KUJAWSKI & KUJAWSKI
Alexandra E. Chopin (AC-2008)                          1637 Deer Park Avenue
SQUIRE PATTON BOGGS (US) LLP                           Deer Park, New York 11729
2550 M Street, N.W.                                    Phone: 631-242-1600
Washington, D.C. 20037                                 *Attorney for the Fraser Plaintiffs*
Phone: 202-457-6000
*Attorneys for Defendant*
*The National Commercial Bank*

SO ORDERED

Dated:  June 4, 2018
        New York, New York

_____
SARAH NETBURN
United States Magistrate Judge