UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849

**NOTICE OF RULE 60(a) MOTION FOR
CORRECTIONS TO PARTIAL FINAL JUDGMENT**

Plaintiffs by undersigned counsel move under Federal Rule of Civil Procedure 60(a) for an order correcting this Court's April 30, 2018 Order of Partial Final Default Judgments on Behalf of Burnett/Iran Plaintiffs Identified at Exhibit A (Burnett/Iran II) (ECF No. 3986), and for reason state as follows:

1) Plaintiffs have discovered errors in thirteen (13) lines of Exhibit A to ECF No. 3986.

2) These thirteen errors consist of: two (2) individuals whose relationship to the decedent was incorrectly noted; one (1) individual who is actually a step-sibling and should not have been included in the Order absent an additional showing that she qualified as a "functional equivalent"; two (2) misidentified individuals; several misspelled names; and numerous missing suffixes.

3) These errors are a result of clerical mistakes or arise from an oversight or omission on the part of Plaintiffs' counsel.

4) These errors have the potential to create issues for Plaintiffs enforcing and collecting judgment.

WHEREFORE, Plaintiffs respectfully request the issuance of the Corrected Order of Partial Final Default Judgments on Behalf of Burnett/Iran Plaintiffs as set forth in Exhibit A to this motion.

Dated: June 8, 2018

Respectfully submitted,

/s/ Robert T. Haefele
Jodi Westbrook Flowers, Esq.
Robert T. Haefele, Esq.
John Eubanks, Esq.
MOTLEY RICE LLC
Mount Pleasant, SC 29464
Tel. (843) 216-9000
Fax (843) 216-9450
jflowers@motleyrice.com
rhaefele@motleyrice.com
jeubanks@motleyrice.com