

**Locke Lord** LLP

Attorneys & Counselors

Three World Financial Center
New York, NY 10281
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Joseph N. Froehlich
Direct Telephone: 212-812-8345
Direct Fax: 212-812-8398
jfroehlich@lockelord.com

June 14, 2018

**VIA ECF FILING**
Hon. George B. Daniels, U.S.D.J
Hon. Sarah Netburn, U.S.M.J.
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   In re Terrorist Attacks on September 11, 2001 (the "September 11 MDL")
      Case No. 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels and Judge Netburn:

We represent multiple Plaintiffs[1] that have filed a Short Form Complaint against Defendants Kingdom of Saudi Arabia, Saudi High Commission for Relief of Bosnia & Herzegovina and Islamic Republic of Iran pursuant to this Court's Order Approving Notices to Conform and Short Form Complaints (Doc. No. 3543). This action is captioned Global Aerospace, Inc. et al. v. Kingdom of Saudi Arabia, et al., Docket No. 18-cv-5373 (S.D.N.Y.).

We respectfully request that this matter be made part of the multi-district litigation In re Terrorist Attacks on September 11, 2001, No. 03 MDL 1570 (GBD)(SN).

Please let us know if the Court has any questions or requires any further information.

Respectfully submitted,

Joseph N. Froehlich

---

[1]   Plaintiffs are: Global Aerospace, Inc.; Global Aerospace Underwriting Managers Limited; United States Aviation Underwriters, Inc.; American Home Assurance Company; AXA Corporate Solutions Assurance SA; AXA Global Risks (UK) Limited; La Réunion Aérienne; New Hampshire Insurance Company; ProSight Specialty Management Company, Inc; Members of Lloyd's Syndicate 839; Members of Lloyd's Syndicate 800; Members of Lloyd's Syndicate 1084; and, Wurttenbergische Versicherung AG.

Atlanta | Austin | Boston | Chicago | Dallas | Hartford | Hong Kong | Houston | Istanbul | London | Los Angeles | Miami | Morristown | New Orleans
New York | Orange County | Providence | Sacramento | San Francisco | Stamford | Tokyo | Washington DC | West Palm Beach

America 68530185v.1