

**Locke Lord** LLP

Attorneys & Counselors

Brookfield Place, 200 Vesey Street, 20th Floor
New York, NY 10281
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Joseph N. Froehlich
Direct Telephone: 212-812-8345
Direct Fax: 212-812-8398
jfroehlich@lockelord.com

June 14, 2018

BY EFILE

Hon. George B. Daniels, U.S.D.J
Hon. Sarah Netburn, U.S.M.J.
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Terrorist Attacks on September 11, 2001* (the "September 11 MDL")
      Case No. 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels and Judge Netburn:

We represent IF P&C Insurance Limited (Publ), which has filed a Short Form Complaint against Defendants Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina pursuant to this Court's Order Approving Notices to Conform and Short Form Complaints (Doc. No. 3543). This action is captioned <u>IF P&C Insurance Limited (Publ) v. Kingdom of Saudi Arabia, et al.</u>, Docket No.18-cv-5383 (S.D.N.Y.).

We respectfully request that this matter be made part of the multi-district litigation <u>In re Terrorist Attacks on September 11, 2001</u>, No. 03 MDL 1570 (GBD)(SN).

Please let us know if the Court has any questions or requires any further information.

Respectfully submitted,

Joseph N. Froehlich

JNF:md

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles
Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach