# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | As relates to: 03 MDL 1570 (GBD) (SN) |

| | |
|---|---|
| LAURENCE SCHLISSEL, JUDE LASPA, BRUCE SEELIGER, MANSURA SHAJAHAN, CHRISTOPHER DAVISON, FRANCIS SHEA, KATHLEEN SHEA, THOMAS J. SHEA, THOMAS J. SHEA, FRANCIS SHEA, KATHLEEN SHEA, ELOISE CLARKE, JOHN SIGMUND, KENNETH SIKORSKY, STANLEY SIMON, MARILYN SMITH PUSEY, JAMES SMITH, CATHERINE RICCIARDELLI, MICHAEL SPAMPINATO, LINDA E. SPAMPINATO, KRISTINA SPENCE, SHANNON SPENCE, DOROTHY MULLIS, DAVID CARROLL, TORRASS STEPHENS, TRUDY STOLLER, MELANIE STRAUSS, DEREK STRAUSS, JEAN STRAUSS, JILL MARSELLA, PALLAVI SHIROLKAR, KATHLEEN THOMPSON, DOREEN THOMPSON, BEATRICE WOLLEN, SAUNDRA WOLLEN, TERESA TRAINA, THERESA CORIO, ANN VAN HINE, VASANTA VELAMURI, RAMON VELAZQUEZ, CARMEN GUZMAN, MIGDALIA LOPEZ, CLOTILDA VOLA, KIM WAGNER, ANDREA TREBLE, REBECCA WALD CLEMENTO, ROBERT WALLACE, SUSAN WATSON, ENID WHITE, WAKELAND HIGGINS, CONNIE MURRAY, HILDA VENTURA, KATHLEEN WIK, THOMAS C. WIK, RAPHAEL WIK, EDDIE WONG, SHARIF CHOWDHURY, WILLIAM YOUMANS, MARVENE YOUNG, MICHAEL ZAMPIERI, JEANNIE SCHLESINGER, JACK ZELMANOWITZ, | Civil Docket Number: _____<br><br>**SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY**<br><br>ECF CASE |
| PLAINTIFFS, | |
| V. | |
| ISLAMIC REPUBLIC OF IRAN, | |
| DEFENDANT. | |

## IRAN SHORT FORM COMPLAINT

Plaintiffs file this Short Form Complaint against Defendant Islamic Republic of Iran ("Iran") arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks") as named herein by and through the undersigned counsel.

Plaintiffs incorporate by reference the specific allegations, as indicated below, of the *Burnett, et al. v. Islamic Republic of Iran et al.*, Amended Complaint, 15-cv-9903 (S.D.N.Y.) (GBD) (SN) Doc. No. 53 (hereinafter the "*Burnett* Iran Complaint").

Plaintiffs files this *Iran Short Form Complaint* as permitted and approved by the Court's Order of May 25, 2018, 2018, ECF No. 4010 in 1:03-md-01570-GBD-SN.

Upon filing of this *Iran Short Form Complaint*, Plaintiffs are deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, Plaintiffs incorporate the factual allegations and findings contained in those pleadings and orders filed, *inter alia*, at *Havlish v. Bin Laden*, Docket No. 1:03-cv-9848, ECF Nos. 263, 294, 295 (S.D.N.Y Dec. 22, 2011); *Havlish v. Bin Laden*, 03 MDL 1570, ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before Hon. George B. Daniels on December 15, 2011 (ECF No. 2540).

This *Iran Short Form Complaint* relates solely to Defendant Iran, and does not apply to any other defendant.

2

docs-100018014.2

## VENUE

1.     Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2.     Jurisdiction against Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act) and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

## CAUSES OF ACTION

3.     Plaintiffs hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against Iran, as set forth in the following complaint [check **only one** complaint]:

        ☐     *Ashton* Iran Complaint, Docket Number 02-cv-6977 (S.D.N.Y.) (GBD)(SN) (03-md-1570 ECF Doc. No. 3237)

        **X**     *Burnett* Iran Complaint, Docket Number 15-cv-9903 (S.D.N.Y.) (GBD)(SN) (ECF Doc. No. 53)

4.     In addition, Plaintiffs hereby assert the following additional causes of action:

        **X**     *Iran Short Form Complaint* First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

3

As a factual basis for this cause of action, Plaintiffs allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the *Havlish* filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*.

☐   *Iran Short Form Complaint* First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the *Havlish* filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

5.    Plaintiffs are making such claim on the following basis, and incorporates by reference that supplemental information provided on Appendix 1 to the *Iran Short Form Complaint*, identifying the Plaintiffs asserted basis for participating in this suit:

**X**   Estate Wrongful Death Claim by Estate Representative on Behalf of an Individual Killed as a result of the September 11, 2001 Terrorist Attacks

4

**X**   Solatium Claim by Immediate Family Member of an Individual Killed as a result of the September 11, 2001 Terrorist Attacks

☐   Personal Injury Claim by Individual Injured as a result of the September 11, 2001 Terrorist Attacks

## IDENTIFICATION OF PLAINTIFFS

6.     The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this *Iran Short Form Complaint*, herein referred to as "Plaintiffs."

a.   The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this *Iran Short Form Complaint*.

b.   Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this *Iran Short Form Complaint*, and as further asserted within this *Iran Short Form Complaint*.

c.   As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

d.   For those plaintiffs with personal injury claims, as indicated in Appendix 1, related to the September 11, 2001 Terrorist Attacks, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

e.   For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the *Iran Short Form Complaint*, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f.   The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the

5

claim for each plaintiff asserting wrongful death and/or personal injury claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each plaintiff.

## IDENTIFICATION OF THE DEFENDANT

7.    The only Defendant named in this *Short Form Complaint* is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

8.    By filing this *Short Form Complaint*, Plaintiffs are not waiving any right to file suit against any other potential defendants or parties.

9.    By filing this *Iran Short Form Complaint*, Plaintiffs are not opting out of any class that the Court may certify in the future.

WHEREFORE, Plaintiffs prays for relief and judgment against Defendant as set forth in the *Burnett* Iran Complaint, as indicated above.

## JURY DEMAND

Plaintiffs hereby demands a trial by jury as to the claims in this action.

Dated: June 12, 2018

Respectfully submitted,

_____

Jerry S. Goldman
Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York
Telephone: 212-278-1000
jgoldman@andersonkill.com
*Attorneys for Plaintiffs*

See Appendix 1 Annexed

docs-100018014.2

## APPENDIX 1 TO THE IRAN SHORT FORM COMPLAINT

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Burnett* Amended Complaint as noted in the Iran Short Form Complaint to which this Appendix is appended. All allegations below shall be referenced as Allegation 1 of Appendix 1 to Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Schlissel, Laurence | NJ | Schlissel, Jon S. | Brother/PR | United States | United States | Solatium/ Wrongful Death |
| 2 | Laspa, Jude | TX | Schuler, Susan Lee | Brother/PR | United States | United States | Solatium/ Wrongful Death |
| 3 | Seeliger, Bruce | CT | Seeliger, Margaret | Spouse | United States | United States | Solatium |
| 4 | Shajahan, Mansura | FL | Shajahan, Mohammed | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 5 | Davison, Christopher | NY | Shatzoff, Kathryn A. | Brother | United States | United States | Solatium |
| 6 | Shea, Francis | NY | Shea, Daniel | Brother | United States | United States | Solatium |
| 7 | Shea, Kathleen | WA | Shea, Daniel | Sister | United States | United States | Solatium |
| 8 | Shea, Thomas J. | NJ | Shea, Daniel | Brother | United States | United States | Solatium |
| 9 | Shea, Thomas J. | NJ | Shea, Joseph | Brother | United States | United States | Solatium |
| 10 | Shea, Francis | NY | Shea, Joseph | Brother | United States | United States | Solatium |
| 11 | Shea, Kathleen | WA | Shea, Joseph | Sister | United States | United States | Solatium |

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 12 | Clarke, Eloise | MD | Sherman, Antoinette | Mother/PR | United States | United States | Solatium/ Wrongful Death |
| 13 | Sigmund, John | PA | Sigmund, Johanna | Brother | United States | United States | Solatium |
| 14 | Sikorsky, Kenneth | NY | Sikorsky, Gregory | Brother | United States | United States | Solatium |
| 15 | Simon, Stanley | NY | Simon, Arthur | Brother/PR | United States | United States | Solatium/ Wrongful Death |
| 16 | Smith Pusey, Marilyn | NC | Smith, Leon | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 17 | Smith, James | NY | Smith, Moira A. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 18 | Ricciardelli, Catherine | NJ | Sorresse, Michael C. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 19 | Spampinato, Michael | MI | Spampinato, Donald F. | Brother | United States | United States | Solatium |
| 20 | Spampinato, Linda E. | NC | Spampinato, Donald F. | Sister | United States | United States | Solatium |
| 21 | Spence, Kristina | FL | Spence, Maynard S. | Daughter | United States | United States | Solatium |
| 22 | Spence, Shannon | FL | Spence, Maynard S. | Daughter | United States | United States | Solatium |
| 23 | Mullis, Dorothy | NC | Spence, Maynard S. | Sister | United States | United States | Solatium |
| 24 | Carroll, David | MD | Statz, Patricia J. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 25 | Stephens, Torrass | GA | Stephens, Edna L. | Son/PR | United States | United States | Solatium/ Wrongful Death |

2

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 26 | Stoller, Trudy | NY | Stoller, Stanford M. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 27 | Strauss, Melanie | NY | Strauss, Steven | Daughter | United States | United States | Solatium |
| 28 | Strauss, Derek | NY | Strauss, Steven | Son | United States | United States | Solatium |
| 29 | Strauss, Jean | NY | Strauss, Steven | Spouse | United States | United States | Solatium |
| 30 | Marsella, Jill | NJ | Swift, Thomas F. | Spouse | United States | United States | Solatium |
| 31 | Shirolkar, Pallavi | NC | Thatte, Harshad S. | Spouse/PR | India | India | Solatium/ Wrongful Death |
| 32 | Thompson, Kathleen | NY | Thompson, Brian T. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 33 | Thompson, Doreen | NY | Thompson, Vanavah | Mother/PR | United States | Guyana | Solatium/ Wrongful Death |
| 34 | Wollen, Beatrice | GA | Thurman, Tamara | Sister | United States | United States | Solatium |
| 35 | Wollen, Saundra | GA | Thurman, Tamara | Mother | United States | United States | Solatium |
| 36 | Traina, Teresa | FL | Traina, Christopher M. | Mother/PR | United States | United States | Solatium/ Wrongful Death |
| 37 | Corio, Theresa | NY | Urban, Diane M. | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 38 | Van Hine, Ann | NY | Van Hine, Richard B. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 39 | Velamuri, Vasanta | NJ | Velamuri, Sankara | Spouse | United States | United States | Solatium |

3

docs-100018014.2

|  | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 40 | Velazquez, Ramon | NJ | Velazquez, Jorge L. | Son | United States | United States | Solatium |
| 41 | Guzman, Carmen | NY | Vera, David | Mother | United States | United States | Solatium |
| 42 | Lopez, Migdalia | NY | Vera, David | Sister | United States | United States | Solatium |
| 43 | Vola, Clotilda | NY | Vola, Maria P. | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 44 | Wagner, Kim | TX | Wagner, Karen J. | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 45 | Treble, Andrea | NY | Waisman, Gabriela | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 46 | Wald Clemento, Rebecca | PA | Wald, Victor | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 47 | Wallace, Robert | NY | Wallace, Robert F. | Son | United States | United States | Solatium |
| 48 | Watson, Susan | NY | Watson, Kenneth | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 49 | White, Enid | FL | White, John | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 50 | Higgins, Wakeland | FL | White, Malissa | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 51 | Murray, Connie | MD | White, Sandra L. | Sister | United States | United States | Solatium |
| 52 | Ventura, Hilda | NY | White, Wayne | Sister | United States | United States | Solatium |
| 53 | Wik, Kathleen | NY | Wik, William | Sister | United States | United States | Solatium |

4

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 54 | Wik, Thomas C. | NY | Wik, William | Brother | United States | United States | Solatium |
| 55 | Wik, Raphael | FL | Wik, William | Brother | United States | United States | Solatium |
| 56 | Wong, Eddie | NY | Wong, Yuk Ping | Son/PR | United States | United States | Solatium/ Wrongful Death |
| 57 | Chowdhury, Sharif | Dhaka, Bangladesh | Yasmin, Shakila | Father/PR | United States | United States | Solatium/ Wrongful Death |
| 58 | Youmans, William | FL | Youmans, Suzanne | Brother/PR | United States | United States | Solatium/ Wrongful Death |
| 59 | Young, Marvene | MD | Young, Edmond G. Jr. | Brother/PR | United States | United States | Solatium/ Wrongful Death |
| 60 | Zampieri, Michael | NJ | Zampieri, Robert A. | Brother | United States | United States | Solatium |
| 61 | Schlesinger, Jeannie | NJ | Zampieri, Robert A. | Sister | United States | United States | Solatium |
| 62 | Zelmanowitz, Jack | NY | Zelmanowitz, Abraham | Brother/PR | United States | United States | Solatium/ Wrongful Death |

5

28 USC 1608 Summons IH 6
4/17

## UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

LAURENCE SCHLISSEL, ET AL. (see appendix)

|                                | )   |                    |
| ------------------------------ | --- | ------------------ |
| Plaintiff                      | )   |                    |
|                                | )   |                    |
| v.                             | )   | Civil Action No.   |
| ISLAMIC REPUBLIC OF IRAN       | )   |                    |
|                                | )   |                    |
| Defendant                      | )   |                    |

### SUMMONS IN A CIVIL ACTION

To:    (Defendant's name and address)  ISLAMIC REPUBLIC OF IRAN,
c/o Permanent Mission of Iran
to the United Nations
622 Third Avenue
New York, NY 10017

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jerry S. Goldman, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
jgoldman@andersonkill.com

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

### CLERK OF COURT

Date: _____

_____
Signature of Clerk or Deputy Clerk

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

> ˃   I personally served the summons on the individual at *(place)* _____

     _____ on *(date)* _____ ; or

> ˃   I left the summons at the individual's residence or usual place of abode with *(name)* _____

     _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

> ˃   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

     _____ on *(date)* _____ ; or

> ˃   I returned the summons unexecuted because _____ ; or

> ˃   Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00      .


I declare under penalty of perjury that this information is true.


Date: _____

                  _____
                          *Server's signature*

                  _____
                          *Printed name and title*

                  _____
                          *Server's address*

Additional information regarding attempted service, etc:

**APPENDIX**

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Schlissel, Laurence | NJ | Schlissel, Jon S. | Brother/PR | United States | United States | Solatium/ Wrongful Death |
| 2 | Laspa, Jude | TX | Schuler, Susan Lee | Brother/PR | United States | United States | Solatium/ Wrongful Death |
| 3 | Seeliger, Bruce | CT | Seeliger, Margaret | Spouse | United States | United States | Solatium |
| 4 | Shajahan, Mansura | FL | Shajahan, Mohammed | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 5 | Davison, Christopher | NY | Shatzoff, Kathryn A. | Brother | United States | United States | Solatium |
| 6 | Shea, Francis | NY | Shea, Daniel | Brother | United States | United States | Solatium |
| 7 | Shea, Kathleen | WA | Shea, Daniel | Sister | United States | United States | Solatium |
| 8 | Shea, Thomas J. | NJ | Shea, Daniel | Brother | United States | United States | Solatium |
| 9 | Shea, Thomas J. | NJ | Shea, Joseph | Brother | United States | United States | Solatium |
| 10 | Shea, Francis | NY | Shea, Joseph | Brother | United States | United States | Solatium |
| 11 | Shea, Kathleen | WA | Shea, Joseph | Sister | United States | United States | Solatium |
| 12 | Clarke, Eloise | MD | Sherman, Antoinette | Mother/PR | United States | United States | Solatium/ Wrongful Death |
| 13 | Sigmund, John | PA | Sigmund, Johanna | Brother | United States | United States | Solatium |
| 14 | Sikorsky, Kenneth | NY | Sikorsky, Gregory | Brother | United States | United States | Solatium |

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 15 | Simon, Stanley | NY | Simon, Arthur | Brother/PR | United States | United States | Solatium/ Wrongful Death |
| 16 | Smith Pusey, Marilyn | NC | Smith, Leon | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 17 | Smith, James | NY | Smith, Moira A. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 18 | Ricciardelli, Catherine | NJ | Sorresse, Michael C. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 19 | Spampinato, Michael | MI | Spampinato, Donald F. | Brother | United States | United States | Solatium |
| 20 | Spampinato, Linda E. | NC | Spampinato, Donald F. | Sister | United States | United States | Solatium |
| 21 | Spence, Kristina | FL | Spence, Maynard S. | Daughter | United States | United States | Solatium |
| 22 | Spence, Shannon | FL | Spence, Maynard S. | Daughter | United States | United States | Solatium |
| 23 | Mullis, Dorothy | NC | Spence, Maynard S. | Sister | United States | United States | Solatium |
| 24 | Carroll, David | MD | Statz, Patricia J. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 25 | Stephens, Torrass | GA | Stephens, Edna L. | Son/PR | United States | United States | Solatium/ Wrongful Death |
| 26 | Stoller, Trudy | NY | Stoller, Stanford M. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 27 | Strauss, Melanie | NY | Strauss, Steven | Daughter | United States | United States | Solatium |
| 28 | Strauss, Derek | NY | Strauss, Steven | Son | United States | United States | Solatium |

2

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 29 | Strauss, Jean | NY | Strauss, Steven | Spouse | United States | United States | Solatium |
| 30 | Marsella, Jill | NJ | Swift, Thomas F. | Spouse | United States | United States | Solatium |
| 31 | Shirolkar, Pallavi | NC | Thatte, Harshad S. | Spouse/PR | India | India | Solatium/ Wrongful Death |
| 32 | Thompson, Kathleen | NY | Thompson, Brian T. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 33 | Thompson, Doreen | NY | Thompson, Vanavah | Mother/PR | United States | Guyana | Solatium/ Wrongful Death |
| 34 | Wollen, Beatrice | GA | Thurman, Tamara | Sister | United States | United States | Solatium |
| 35 | Wollen, Saundra | GA | Thurman, Tamara | Mother | United States | United States | Solatium |
| 36 | Traina, Teresa | FL | Traina, Christopher M. | Mother/PR | United States | United States | Solatium/ Wrongful Death |
| 37 | Corio, Theresa | NY | Urban, Diane M. | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 38 | Van Hine, Ann | NY | Van Hine, Richard B. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 39 | Velamuri, Vasanta | NJ | Velamuri, Sankara | Spouse | United States | United States | Solatium |
| 40 | Velazquez, Ramon | NJ | Velazquez, Jorge L. | Son | United States | United States | Solatium |
| 41 | Guzman, Carmen | NY | Vera, David | Mother | United States | United States | Solatium |
| 42 | Lopez, Migdalia | NY | Vera, David | Sister | United States | United States | Solatium |

3

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 43 | Vola, Clotilda | NY | Vola, Maria P. | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 44 | Wagner, Kim | TX | Wagner, Karen J. | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 45 | Treble, Andrea | NY | Waisman, Gabriela | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 46 | Wald Clemento, Rebecca | PA | Wald, Victor | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 47 | Wallace, Robert | NY | Wallace, Robert F. | Son | United States | United States | Solatium |
| 48 | Watson, Susan | NY | Watson, Kenneth | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 49 | White, Enid | FL | White, John | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 50 | Higgins, Wakeland | FL | White, Malissa | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 51 | Murray, Connie | MD | White, Sandra L. | Sister | United States | United States | Solatium |
| 52 | Ventura, Hilda | NY | White, Wayne | Sister | United States | United States | Solatium |
| 53 | Wik, Kathleen | NY | Wik, William | Sister | United States | United States | Solatium |
| 54 | Wik, Thomas C. | NY | Wik, William | Brother | United States | United States | Solatium |
| 55 | Wik, Raphael | FL | Wik, William | Brother | United States | United States | Solatium |

docs-100018231.1

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 56 | Wong, Eddie | NY | Wong, Yuk Ping | Son/PR | United States | United States | Solatium/ Wrongful Death |
| 57 | Chowdhury, Sharif | Dhaka, Bangladesh | Yasmin, Shakila | Father/PR | United States | United States | Solatium/ Wrongful Death |
| 58 | Youmans, William | FL | Youmans, Suzanne | Brother/PR | United States | United States | Solatium/ Wrongful Death |
| 59 | Young, Marvene | MD | Young, Edmond G. Jr. | Brother/PR | United States | United States | Solatium/ Wrongful Death |
| 60 | Zampieri, Michael | NJ | Zampieri, Robert A. | Brother | United States | United States | Solatium |
| 61 | Schlesinger, Jeannie | NJ | Zampieri, Robert A. | Sister | United States | United States | Solatium |
| 62 | Zelmanowitz, Jack | NY | Zelmanowitz, Abraham | Brother/PR | United States | United States | Solatium/ Wrongful Death |

5

IH-32                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Laurence Schlissel, et al.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:18-cv-05331 |
| Islamic Republic of Iran | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

In re Terrorist Attacks on September 11, 2001

| Plaintiff | Case Number |
|---|---|
| vs. | 03 MDL 1570 (GBD)(SN) |
| | |
| Defendant | |

Page 1

IH-32                                                              Rev: 2014-1

Status of Earlier Filed Case:

☐  Closed         (If so, set forth the procedure which resulted in closure, e.g., voluntary
                   dismissal, settlement, court decision. Also, state whether there is an appeal
                   pending.)

☑  Open           (If so, set forth procedural status and summarize any court rulings.)

Partial and/or full summary judgment as to Defendant Islamic Republic of Iran has been granted and ordered
for select plaintiffs. This matter is still ongoing. On May 25, 2018, the Court entered an Order approving the
"Iran Short Form Complaint" that is filed herewith. (See ECF No. 4010 in 1:03-md-01570-GBD-SN).

Explain in detail the reasons for your position that the newly filed case is related to the
earlier filed case.

This is also a September 11th case for wrongful death that is against the sponsors of
terrorism as the Defendant Islamic Republic of Iran is involved in the related MDL action.
We are seeking similar relief in the form of damages from the Defendant.   The Plaintiffs
herein intend to participate in the underlying litigations as to the other defendants in due
course. This case is also related to Estate of John Patrick O'Neill Sr., et al. v The Republic
of Iraq, et al., 04-1076-GBN-SN; Thomas E. Burnett, Sr., in his own right as the Parent of
Thomas E. Burnett, Jr., Deceased, et al. v. The Islamic Republic of Iran, et al.,
15-cv-09903-GBN-SN; and Kathleen Ashton et al. v. al Qaeda Islamic Army, et al.,
02-cv-06977-GBN-FM. The instant complaint is being filed in accordance with the Court's
directive of May 25, 2018, ECF No. 4010 in 1:03-md-01570-GBD-SN.

Signature: _____          Date: June 1, 2018

           Jerry S. Goldman, Esq.
Firm:      Anderson Kill P.C.

                              Page 2