IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>*This document relates to:*<br><br>*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853; *Beazley Furlonge Ltd., et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-07456; *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; *Abedhajajreh v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123; *Fraser, et al. v. Al Qaeda Islamic Army, et al.*, No. 17-cv-07317; *Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-07914; and *Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617. | Case No. 1:03-md-01570-GBD-SN |

**NOTICE OF JOINT MOTION
FOR ENTRY OF JUDGMENTS UNDER RULE 58(d) AND
FOR ENTRY OF PARTIAL FINAL JUDGMENTS UNDER RULE 54(b)**

PLEASE TAKE NOTICE that, pursuant to Rules 54(b) and 58(d) of the Federal Rules of

Civil Procedure and Local Civil Rule 7.1, Al Rajhi Bank, National Commercial Bank, and Saudi

Binladin Group (collectively, "Defendants"), and Plaintiffs in all of the above-captioned cases (other than Plaintiffs in *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, which do not oppose this Motion, and Plaintiffs in *Fraser, et al. v. Al Qaeda Islamic Army, et al.*, which have not stated their position in response to the request of Defendant National Commercial Bank), hereby appear for the purpose of moving the Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for the following relief:

    (i)    Direct the Clerk to enter judgment, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, in *The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No.16-cv-7853;

    (ii)    Extend the Court's March 28, 2018 Memorandum Decision and Order (ECF No. 3947) dismissing the claims against Defendants Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Group to include dismissal of the claims brought against these Defendants in *Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617, and direct the Clerk to note in that docket that the case is "Terminated" as to Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Group as of March 28, 2018;

    (iii)    Certify as final the Court's March 28, 2018 Memorandum Decision and Order (ECF No. 3947) and direct to the Clerk to enter partial final judgments, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, in favor of Defendants Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Group in the following cases: *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-

09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; *Abedhajajreh v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123; *Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv- 07914; and *Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617;

(iv) Certify as final the Court's March 28, 2018 Memorandum Decision and Order (ECF No. 3947) and direct to the Clerk to enter partial final judgment, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, in favor of Defendant National Commercial Bank in *Fraser, et al. v. Al Qaeda Islamic Army, et al.*, No. 17-cv-07317; and

(v) Direct the Clerk to note in the docket of *Beazley Furlonge Ltd., et al. v. Kingdom of Saudi Arabia*, No. 16-cv-07456, that the case is "Terminated" as to Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Group as of May 4, 2017.

A memorandum of law in support of this Joint Motion is filed herewith.

Dated: June 20, 2018                                                    Respectfully submitted,

/s/ *Sean P. Carter*                                                        /s/ *Christopher M. Curran*
Sean P. Carter                                                              Christopher M. Curran
COZEN O'CONNOR                                                   Nicole Erb
One Liberty Place                                                        Matthew S. Leddicotte
1650 Market Street, Suite 2800                                  Reuben J. Sequeira
                                                                                       WHITE & CASE LLP

Philadelphia, PA  19103
Telephone:   + 1 215 665 2105
Facsimile:   + 1 215 701 2105
scarter1@cozen.com

*Counsel for the Lloyd's and Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen Plaintiffs*

701 Thirteenth Street, NW
Washington, DC  20005
Telephone:   + 1 202 626 3600
Facsimile:   + 1 202 639 9355
ccurran@whitecase.com
nerb@whitecase.com
mleddicotte@whitecase.com
rsequeira@whitecae.com

*Counsel for Al Rajhi Bank*

/s/ *James L. Bernard*
James L. Bernard
Patrick N. Petrocelli
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York  10038
Telephone:   + 1 212-806-5400
Facsimile:   + 1 212-806-6006
jbernard@stroock.com
ppetrocelli@stroock.com

*Counsel for the Arrowood Plaintiffs*

/s/ *Mitchell R. Berger*
Mitchell R. Berger
Alan T. Dickey
Alexandra E. Chopin
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone:   + 1 202 457 6000
Facsimile:   + 1 202 457 6315
mitchell.berger@squirepb.com
alan.dickey@squirepb.com
alexandra.chopin@squirepb.com

*Counsel for The National Commercial Bank*

/s/ *Robert C. Sheps*
Robert C. Sheps
SHEPS LAW GROUP P.C.
25 High Street
Huntington, NY  11743
Telephone:   + 1 631 249 5606
Facsimile:   + 1 631 249 5613
rsheps@shepslaw.com

*Counsel for the Charter Oak Plaintiffs*

/s/ *James E. Gauch*
Mary Ellen Powers
James E. Gauch
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:   + 1 202 879 3939
Facsimile:   + 1 202 626 1700
jegauch@jonesday.com
mepowers@jonesday.com

Fahad A. Habib
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   + 1 415 626 3939
Facsimile:   + 1 415 875 5700
fahabib@jonesday.com

*Counsel for Saudi Binladin Group*

-4-

/s/ *Christopher R. LoPalo*
Christopher R. LoPalo
Paul J. Napoli
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Road, Suite 305
Melville, NY  11747
Telephone:     + 1 212 397 1000
clopalo@napolilaw.com
pnapoli@napolilaw.com

*Counsel for the Aguilar, Addesso, Hodges, Aiken, Abarca, Abbate, and Abedhajajreh Plaintiffs*

/s/ *Scott S. Katz*
Scott S. Katz
BUTLER WEIHMULLER KATZ CRAIG LLP
400 N. Ashley Drive, #2300
Tampa, FL  33602
Telephone:     + 1 813 281 1900
Fascimile:     + 1 813 281 0900
skatz@butler.legal

*Counsel for the Beazley Furlonge Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that, on June 20, 2018, I caused an electronic copy of the foregoing document to be served electronically by the Court's Electronic Case Filing (ECF) System on the consolidated MDL docket and the individual dockets for the following consolidated cases:

*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853
*Beazley Furlonge Ltd., et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-07456
*Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663
*Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937
*Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00117
*Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450
*Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651
*Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887
*Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908
*Abedhajajreh v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123
*Fraser, et al. v. Al Qaeda Islamic Army, et al.*, No. 17-cv-07317
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv- 07914
*Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617

Dated: June 20, 2018

/s/ *Christopher M. Curran*
Christopher M. Curran