THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TERRORIST ATTACKS ON ) | Civil Action No. 03 MDL 1570 (GBD)(SN) |
| SEPTEMBER 11, 2001 ) | ECF Case |
| ) | |

**SUPPLEMENTAL MEMORANDUM OF DEFENDANT JELAIDAN RE MOTION OF MCMAHON & ASSOCIATES TO WITHDRAW AS COUNSEL**

COMES NOW Defendant Wael Jelaidan, through Undersigned Counsel, and hereby files this Supplemental Memorandum of Defendant Jelaidan re Motion of McMahon & Associates to Withdraw as Counsel. ECF Nos. 3990-92. The need for this Memorandum is that Defendant Jelaidan's Saudi-based local counsel, Bassim Alim, has recently informed Undersigned Counsel that Defendant Jelaidan opposes his firm's Motion to Withdraw. As a result, Undersigned Counsel wanted to inform the Court of this new development.

    Respectfully submitted,

    */s Martin McMahon*
    Martin F. McMahon, Esq.
    Martin F. McMahon & Associates
    1150 Connecticut Avenue, N.W., Suite 900
    Washington, D.C. 20036
    (202) 862 - 4343

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I served the foregoing Supplemental Memorandum of Defendant Jelaidan re Motion of McMahon & Associates to Withdraw as Counsel through the Court's electronic transmission facilities on the 25th day of June, 2018.

*/s  Martin McMahon*
Martin F. McMahon, Esq.