# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF and Hand Delivery*                                June 28, 2018

The Honorable George B. Daniels            The Honorable Sarah Netburn
Daniel Patrick Moynihan U.S. Courthouse    Thurgood Marshall United States Courthouse
500 Pearl Street                           40 Foley Square, Room 430
New York, NY 10007                         New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001*
      03 MDL 1570 (GBD) (SN)
      *Jessica DeRubbio, et al. v. Islamic Republic of Iran*
      Case Number: 1:18-cv-05306 (GBD) (SN)
      *Roberta Agyeman, et al. v. Islamic Republic of Iran*
      Case Number: 1:18-cv-05320 (GBD) (SN)
      *Horace Morris, et al. v. Islamic Republic of Iran*
      Case Number: 1:18-cv-05321 (GBD) (SN)
      *Laurence Schlissel, et al. v. Islamic Republic of Iran*
      Case Number: 1:18-cv-05331 (GBD) (SN)
      *Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*
      Case Number: 1:18-cv-05339 (GBD) (SN)
      Filing of Notices of Amendment

Dear Judge Daniels and Magistrate Judge Netburn:

I represent the Plaintiffs in the above-referenced matters.

In accordance with the Court's Order of May 25, 2018, ECF 4010, I have filed Notices of Amendments for additional solatium claims in connection with such cases on June 26, 2018. Such notices were filed on the <u>individual</u> docket pursuant to the instructions from the staff of the Clerk's Office.

Courtesy copies for chambers, pursuant to your directives, are enclosed.

Respectfully submitted,

Jerry S. Goldman
*Attorney for the DeRubbio, Agyeman,
Morris, Schlissel and Kamardinova
Plaintiffs*

cc: All MDL Counsel of Record (via ECF)
Enc. A/S

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA
docs-100020495.1