| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | As relates to: 03 MDL 1570 (GBD) (SN) |
| LAURENCE SCHLISSEL, et al.<br><br>PLAINTIFFS,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>DEFENDANT. | Civil Docket Number: 18-cv-05331<br><br>**FIRST NOTICE OF AMENDMENT**<br><br>ECF CASE |

This document relates to:

*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 *(GBD) (SN)*.

Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, ECF No. 6 (the "Underlying Complaint"), as permitted and approved by the Court's Order of May 25, 2018, ECF No. 4010, read with the Order dated April 27, 2018, ECF No. 3982. Upon the filing of this Notice of Amendment, the Underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs") as plaintiffs raising claims against the Islamic Republic of Iran, and adopting the factual allegations, jurisdictional allegations, and jury trial demand of the Underlying Complaint and *Burnett* Iran Complaint, Docket Number 15-cv-9903 (S.D.N.Y.) (GBD)(SN) (ECF Doc. No. 53), as well as all causes of action specified below. The amendment effected through this Notice of Amendment supplements by incorporation into, but does not displace, the Underlying Complaint. This Notice of Amendment relates solely to the Islamic Republic of Iran and does not apply to any other defendant.

## CAUSES OF ACTION

The New Plaintiffs hereby adopt and incorporate herein by reference the causes of action set forth in the Underlying Complaint and the *Burnett* Iran Complaint, Docket Number 15-cv-9903 (S.D.N.Y.) (GBD)(SN) (ECF Doc. No. 53).

New Plaintiffs are making such claim on the following basis, and incorporate by reference that supplemental information provided in the Identification of New Plaintiffs below, identifying the New Plaintiffs asserted basis for participating in this suit:

- ☐ Estate Wrongful Death Claim by Estate Representative on Behalf of an Individual Killed as a result of the September 11, 2001 Terrorist Attacks
- X Solatium Claim by Immediate Family Member of an Individual Killed as a result of the September 11, 2001 Terrorist Attacks
- ☐ Personal Injury Claim by Individual Injured as a result of the September 11, 2001 Terrorist Attacks

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the Underlying Complaint discussing the decedent and/or the decedent's estate.

|    | New Plaintiff's Last Name, First Name | State of Residency at Filing (or death) | Citizenship/ Nationality on 9/11/2001 | Decedent's Name (alphabetical by last name) | New Plaintiff's Relationship to Decedent | Paragraphs of Complaint Discussing Decedent<br><br>1:18-cv-05331 |
|----|---------------------------------------|------------------------------------------|----------------------------------------|----------------------------------------------|-------------------------------------------|---------------------------------------|
| 63 | Slanker, Ted                          | TX                                       | United States                          | Schuler, Susan Lee                           | Son                                       | ¶ 2                                   |
| 64 | Slanker-Isenberg, Sandra              | TX                                       | United States                          | Schuler, Susan Lee                           | Daughter                                  | ¶ 2                                   |

2

| | New Plaintiff's Last Name, First Name | State of Residency at Filing (or death) | Citizenship/ Nationality on 9/11/2001 | Decedent's Name (alphabetical by last name) | New Plaintiff's Relationship to Decedent | Paragraphs of Complaint Discussing Decedent 1:18-cv-05331 |
|---|---|---|---|---|---|---|
| 65 | Shajahan, Layla | FL | United States | Shajahan, Mohammed | Daughter | ¶ 4 |
| 66 | Shajahan, Jahnan | FL | United States | Shajahan, Mohammed | Daughter | ¶ 4 |
| 67 | Shajahan, Shirin | FL | United States | Shajahan, Mohammed | Daughter | ¶ 4 |
| 68 | Shajahan, Yusuf | FL | United States | Shajahan, Mohammed | Son | ¶ 4 |
| 69 | Clarke, Charles | MD | United States | Sherman, Antoinette | Father | ¶ 12 |
| 70 | Exantus, Mandy | CA | United States | Simon, Arthur | Daughter | ¶ 15 |
| 71 | Simon, Todd | CA | United States | Simon, Arthur | Son | ¶ 15 |
| 72 | Simon, Susan | SC | United States | Simon, Arthur | Spouse | ¶ 15 |
| 73 | Simon, Berardi Jennifer | NY | United States | Simon, Arthur | Daughter | ¶ 15 |
| 74 | Smith, Irene | NY | United States | Smith, Leon | Mother | ¶ 16 |
| 75 | Smith, Jasmine Michele | NY | United States | Smith, Leon | Daughter | ¶ 16 |
| 76 | Messina, Joanne | NJ | United States | Sorresse, Michael C. | Sister | ¶ 18 |
| 77 | Sorresse, Leonard | NJ | United States | Sorresse, Michael C. | Brother | ¶ 18 |
| 78 | Sorresse, Nicholas | NJ | United States | Sorresse, Michael C. | Brother | ¶ 18 |
| 79 | Sorresse, Sr., Leonard | NJ | United States | Sorresse, Michael C. | Father | ¶ 18 |
| 80 | Sorresse, Maria | NJ | United States | Sorresse, Michael C. | Mother | ¶ 18 |
| 81 | Statz, Pamela | OR | United States | Statz, Patricia J. | Sister | ¶ 24 |
| 82 | Carroll, Daniel | MD | United States | Statz, Patricia J. | Son | ¶ 24 |
| 83 | Carroll, Erick | MD | United States | Statz, Patricia J. | Son | ¶ 24 |

docs-100020954.1

|    | New Plaintiff's Last Name, First Name | State of Residency at Filing (or death) | Citizenship/ Nationality on 9/11/2001 | Decedent's Name (alphabetical by last name) | New Plaintiff's Relationship to Decedent | Paragraphs of Complaint Discussing Decedent<br><br>1:18-cv-05331 |
|----|---------------------------------------|------------------------------------------|----------------------------------------|----------------------------------------------|-------------------------------------------|-----------------------------------------------------------------|
| 84 | Statz, Phil                           | WI                                       | United States                          | Statz, Patricia J.                           | Brother                                   | ¶ 24                                                            |
| 85 | Darrisaw, Gloria                      | GA                                       | United States                          | Stephens, Edna L.                            | Sister                                    | ¶ 25                                                            |
| 86 | Hendrix, Eunice W.                    | GA                                       | United States                          | Stephens, Edna L.                            | Sister                                    | ¶ 25                                                            |
| 87 | Hill, Betty Jo                        | GA                                       | United States                          | Stephens, Edna L.                            | Sister                                    | ¶ 25                                                            |

Dated: June 4, 2018

Respectfully submitted,

Jerry S. Goldman
Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York
Telephone: 212-278-1000
jgoldman@andersonkill.com
*COUNSEL FOR PLAINTIFFS*

4

docs-100020954.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2018, I caused the foregoing Notice of Amendment, to be served via the Court's ECF system to all counsel of record in Case Number 03-MDL-1570 (GBD) (SN).

_____
Jerry S. Goldman