UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                                      03-MDL-1570 (GBD)

TERRORIST ATTACKS ON                        **RULE 54(b) JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

*Fraser, et al. v. Al Qaeda Islamic Army, et al.*, No. 17-cv-07317


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 21, 2018, the parties' Joint Motion for Entry of Partial Final Judgments under Rule 54(b) is granted; this Court's March 28, 2018, Memorandum Decision and Order is final, and pursuant to Rule 54(b) of the Fed. R. Civ. P. there being no just reason for delay, partial final judgment is entered, in favor of Defendant National Commercial Bank in *Fraser, et al. v. Al Qaeda Islamic Army, et al.*, No. 17-cv-07317.

**Dated:** New York, New York
          June 27, 2018

                                                   RUBY J. KRAJICK
                                                   Clerk of Court
BY:
                                                   Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _ 6/29/2018