UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

*This document relates to:*

*Underwriting Members of Lloyd's Syndicate 2, et al., v. Al Rajhi Bank, et al.*, 16-cv-07853

## AMENDED NOTICE OF APPEAL

NOTICE is hereby given that Plaintiffs The Underwriting Members Of Lloyd's Syndicates 2, 53, 55, 205, 228, 271, 376, 510, 529, 535, 557, 588, 672, 807, 861, 991, 1003, 1121, 1209, 1236, 1243, 1308, 2003, and 2020; Marlon Insurance Company Limited; The Copenhagen Reinsurance Company (U.K.) Limited; Unionamerica Insurance Company Limited; SCOR Global P&C SE; SCOR UK Company Limited; SCOR Reinsurance Asia-Pacific Pte Limited; SCOR Reinsurance Company (Asia) Limited; SCOR Reinsurance Company; General Security National Insurance Company; General Security Indemnity Company of Arizona; SCOR Canada Reinsurance Company; Liberty Mutual Insurance Company; American Economy Insurance Company; American Fire and Casualty Company; Employers Insurance Company of Wausau; Excelsior Insurance Company; The First Liberty Insurance Corporation; General Insurance Company of America; Indiana Insurance Company; Liberty Insurance Corporation; Liberty Insurance Underwriters, Inc.; Liberty Life Assurance Company of Boston; Liberty Lloyds of Texas Insurance Company; Liberty Mutual Fire Insurance Company; LM Insurance Corporation; LM Property and Casualty Insurance Company; Liberty Managing Agency Limited for and on behalf of the Lloyd's Underwriting Members from time to time of Lloyd's Syndicates 4472, 190 and 282; Liberty Mutual Insurance Europe Limited; The Midwestern Indemnity

Company; The Netherlands Insurance Company; The Ohio Casualty Insurance Company; Peerless Insurance Company; Safeco Insurance Company of America; Wausau Business Insurance Company; Wausau Underwriters Insurance Company; West American Insurance Company; American Safety Indemnity Company; American Safety Casualty Insurance Company; Odyssey Reinsurance Company; and QBE Insurance (International) Ltd. hereby amend, *nunc pro tunc,* their notice of appeal filed on April 24, 2018 (ECF No. 3971), and hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Rule 58(d) Judgment issued on June 27, 2018 (ECF No. 4033) and from each and every part of any Opinion and Order underlying same, including without limitation the Rule 58(d) Order entered on June 21, 2018 (ECF No. 4030), and the Memorandum Decision and Order entered on March 28, 2018 (ECF No. 3947) in favor of defendants Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Group.  Copies of the Rule 58(d) Judgment, Rule 58(d) Order, and the March 28, 2018 Memorandum Decision and Order are attached hereto as Exhibits A, B, and C, respectively.

                Respectfully submitted,

                COZEN O'CONNOR

                /s/ Stephen A. Cozen
                Stephen A. Cozen, Esq.
                Sean P. Carter, Esq.
                Elliott R. Feldman, Esq.
                J. Scott Tarbutton, Esq.
                COZEN O'CONNOR
                1650 Market Street, 28th Floor
                Philadelphia, PA  19103
                (215) 665-2000

Dated:  June 29, 2018                *Attorneys for Plaintiffs/Appellants*

## CERTIFICATE OF SERVICE

I, Coleen D. Williams, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Amended Notice of Appeal, was served on all counsel of record via the Court's Electronic Case Filing System on this 29th day of June, 2018.

By: *Coleen Williams*
Coleen D. Williams, Paralegal
Cozen O'Connor
One Liberty Place
1650 Market Street, 28th Floor
Philadelphia, PA 19103

LEGAL\36964243\1