UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------------------------------X

03-MDL-1570 (GBD)

**JUDGMENT**

DATE FILED: 6/27/2018

This document relates to:

*Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 21, 2018, the parties' Joint Motion for Entry of Judgment under Rule 58(d) is granted; accordingly, judgment is entered pursuant to Rule 58(d) of the Fed. R. Civ. P, in favor of Defendants Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Group in the *Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853.

**Dated:** New York, New York
June 27, 2018

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk


JUDGMENT WAS ENTERED ON THE DOCKET ON 6/28/2018