UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

*This document relates to:*

*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.*, 17-cv-07914

## AMENDED NOTICE OF APPEAL

NOTICE is hereby given that Plaintiffs Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, New Reinsurance Company, Ltd., AIG Specialty Insurance Company, Chartis Excess Limited, AIU Insurance Company, American Home Assurance Company, AIG Insurance Company – Puerto Rico, AIG Insurance Company of Canada, AIG Assurance Company, AIG Property Casualty Company, Commerce and Industry Insurance Company, Granite State Insurance Company, Illinois National Insurance Co., The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company hereby amend, *nunc pro tunc,* their notice of appeal filed on April 24, 2018 (ECF No. 3972), and hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Rule 54(b) Final Judgment issued on June 27, 2018 (ECF No. 4034) and from each and every part of any Opinion and Order underlying same, including without limitation the Rule 54(b) Order entered on June 21, 2018 (ECF No. 4030) and the Memorandum Decision and Order entered on March 28, 2018 (ECF No. 3947) in favor of defendants Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Group.  Copies of the Rule 54(b) Final Judgment, Rule

54(b) Order, and March 28, 2018 Memorandum Decision and Order are attached hereto as Exhibits A, B, and C, respectively.

          Respectfully submitted,

          COZEN O'CONNOR

          /s/ Stephen A. Cozen
          Stephen A. Cozen, Esq.
          Sean P. Carter, Esq.
          Elliott R. Feldman, Esq.
          J. Scott Tarbutton, Esq.
          COZEN O'CONNOR
          1650 Market Street, 28th Floor
          Philadelphia, PA  19103
          (215) 665-2000

Dated:  June 29, 2018          *Attorneys for Plaintiffs/Appellants*

**CERTIFICATE OF SERVICE**

I, Coleen D. Williams, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Amended Notice of Appeal, was served on all counsel of record via the Court's Electronic Case Filing System on this 29th day of June, 2018.

By: *[signature]*
Coleen D. Williams, Paralegal
Cozen O'Connor
One Liberty Place
1650 Market Street, 28th Floor
Philadelphia, PA 19103

LEGAL\35528259\1