## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) ECF Case |

*The Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al. - 04-CV-1076 (GBD) (SN)*
*The Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al. - 04-CV-01923 (GBD) (SN)*
*The Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al. - 04-CV-01922 (GBD) (SN)*
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, 18-CV-05306 (GBD) (SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, 18-CV-05320 (GBD) (SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, 18-CV-05321 (GBD) (SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, 18-CV-05331 (GBD) (SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, 18-CV-05339 (GBD) (SN)

## **MOTION FOR ADMISSION *PRO HAC VICE***

PURSUANT TO RULE 1.3 (c) of the local rules of the United States District Court for the Southern District of New York, I, Arthur R. Armstrong, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the Estate of John P. O'Neill, Sr. in the above-captioned matter.

I am a member in good standing of the bar of the Commonwealth of Pennsylvania, and there are no pending disciplinary proceedings against me in any state or federal court.

I agree to adhere to the local rules of this Court, including the rules governing discipline actions.

docs-100018528.1

Dated: July 9, 2018                    Respectfully submitted,

                                       */s/ Arthur R. Armstrong*
                                       Arthur R. Armstrong, Esquire
                                       Anderson Kill P.C.
                                       1760 Market Street, Suite 600
                                       Philadelphia, PA 19103
                                       Tel: 267-216-2700
                                       Fax: 215-568-4573
                                       aarmstrong@andersonkill.com

2

docs-100018528.1