UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

*The Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al. - 04-CV-1076 (GBD) (SN)*
*The Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al. - 04-CV-01923 (GBD) (SN)*
*The Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al. - 04-CV-01922 (GBD) (SN)*
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, 18-CV-05306 (GBD) (SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, 18-CV-05320 (GBD) (SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, 18-CV-05321 (GBD) (SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, 18-CV-05331 (GBD) (SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, 18-CV-05339 (GBD) (SN)

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF ARTHUR R. ARMSTRONG *PRO HAC VICE*

I, Arthur R. Armstrong, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel Pro Hac Vice for the Plaintiffs in the above-captioned matters.

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission of readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificate of good standing from the Commonwealth of Pennsylvania is attached.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: July 9, 2018        Respectfully submitted,

Arthur R. Armstrong, Esquire
Anderson Kill P.C.
1760 Market Street, Suite 600
Philadelphia, PA 19103
Tel: 267-216-2700
Fax: 215-568-4573
aarmstrong@andersonkill.com