

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Arthur Richard Armstrong, Esq.*

**DATE OF ADMISSION**

*October 19, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: June 26, 2018

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk