UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2018

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

*The Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al. - 04-CV-1076 (GBD) (SN)*
*The Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al. - 04-CV-01923 (GBD) (SN)*
*The Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al. - 04-CV-01922 (GBD) (SN)*
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, 18-CV-05306 (GBD) (SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, 18-CV-05320 (GBD) (SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, 18-CV-05321 (GBD) (SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, 18-CV-05331 (GBD) (SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, 18-CV-05339 (GBD) (SN)

## ORDER FOR ADMISSION FOR PRO HAC VICE ON WRITTEN MOTION

The Motion of Arthur R. Armstrong for admission to practice *pro hac* vice in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Pennsylvania, and that his contact information is as follows:

Arthur R. Armstrong, Esquire
Anderson Kill P.C.
1760 Market Street, Suite 600
Philadelphia, PA 19103
Tel: (267) 216-2700
Fax: (215) 568-4573
aarmstrong@andersonkill.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the Estate of John P. O'Neill, Sr. in the above entitled action.

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in

docs-100018528.1

the above captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local rules of this Court, including the rules governing discipline actions.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 4044.
**SO ORDERED.**

July 11, 2018
New York, New York

                                      SARAH NETBURN
                                      United States Magistrate Judge

docs-100018528.1