**WIGGINS CHILDS**
**PANTAZIS FISHER**
**GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1211 Connecticut Avenue, N.W., Suite 420· WASHINGTON, D.C.  20036
Direct Dial: 202−467−4489 · Fax: 205−314−0805
Email:TFleming@wigginschilds.com · Web:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

July 12, 2018

Ruby J. Krajick, Clerk of Court
U.S. District Court for the
  Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, New York  10007

<u>*VIA ECF AND FEDERAL EXPRESS*</u>

      Re:    *Hoglan, et al. v. Iran, et al.*, **1:11-cv-07550 (GBD)(SN)**
              *In Re Terrorist Attacks on September 11, 2001*, **1:03-md-01570 (GBD)(SN)**

Dear Ms. Krajick:

      For filing herewith, find sixteen DHL Express Shipment Tracking receipts confirming that DHL Express delivered each of the sixteen packages containing the Final Order and Judgment on Compensatory Damages, and other related filings, in the above-captioned matter to the Minister of Foreign Affairs of the Islamic Republic of Iran in Tehran, Iran.  The packages were delivered to the Iranian Minister of Foreign Affairs for the following Defendants as required by the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(e):

    (1)    Islamic Republic of Iran
          *[DHL Express waybill number 25-6918-0261]*
    (2)    Iran's Ministry of Information and Security
          *[DHL Express waybill number 25-6918-4564]*
    (3)    Islamic Revolutionary Guard Corps
          *[DHL Express waybill number 25-6918-5463]*
    (4)    Iran's Ministry of Petroleum
          *[DHL Express waybill number 25-6918-7062]*
    (5)    Iran's Ministry of Commerce
          *[DHL Express waybill number 25-6918-7585]*
    (6)    Iran's Ministry of Economic Affairs and Finance
          *[DHL Express waybill number 25-6918-8532]*
    (7)    Iran's Ministry of Defense and Armed Forces Logistics

*Page 2*

              *[DHL Express waybill number 25-6918-9033]*
(8)    Ayatollah Ali Hoseini-Khamenei
        *[DHL Express waybill number 25-6918-9733]*
(9)    Ali Akbar Hashemi Rafsanjani
        *[DHL Express waybill number 25-6919-1612]*
(10)    National Iranian Oil Corporation
        *[DHL Express waybill number 25-6919-2441]*
(11)    National Iranian Tanker Corporation
        *[DHL Express waybill number 25-6919-2931]*
(12)    National Iranian Gas Company
        *[DHL Express waybill number 25-6919-3292]*
(13)    National Iranian Petrochemical Company
        *[DHL Express waybill number 25-6919-3675]*
(14)    Iran Airlines
        *[DHL Express waybill number 25-6919-3981]*
(15)    Central Bank of Iran
        *[DHL Express waybill number 25-6919-4390]*
(16)    Hezbollah
        *[DHL Express waybill number 25-6919-5042]*

All sixteen packages were refused by the Minister of Foreign Affairs of the Islamic Republic of Iran in Tehran, Iran on either June 2, 2018 or June 3, 2018, and all sixteen packages were subsequently returned to Plaintiffs' counsel in the United States.

Do not hesitate to contact us with any comments or questions.

                Sincerely,

                Timothy B. Fleming

TF/t3
Enclosures