# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

----------------------------------------------------------X

03-MDL-1570 (GBD)

## RULE 54(b) JUDGMENT

This document relates to:

*Fraser, et al. v. Al Qaeda Islamic Army, et al.*, No. 17-cv-07317

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 21, 2018, the parties' Joint Motion for Entry of Partial

Final Judgments under Rule 54(b) is granted; this Court's March 28, 2018, Memorandum

Decision and Order is final, and pursuant to Rule 54(b) of the Fed. R. Civ. P. there being no just

reason for delay, partial final judgment is entered, in favor of Defendant National Commercial

Bank in *Fraser, et al. v. Al Qaeda Islamic Army, et al.*, No. 17-cv-07317.

**Dated:** New York, New York
June 27, 2018

**RUBY J. KRAJICK**
Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _ 6/29/2018