

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)(SN)

## ORDER

Upon consideration of the *Ashton* Plaintiffs' Motion to Vacate and Enter New Final Order of Summary Judgment for Solatium Damages as to claimant Elisabeth Scott, it is hereby;

**ORDERED** that the August 17, 2017 Order of Summary Judgment for Solatium Damages as to claimant Elisabeth Scott is VACATED;

**ORDERED** that based on the reasons stated in the *Ashton* Plaintiffs' August 16, 2016 Default Motion for Solatium Damages on behalf of the *Ashton III* plaintiffs and the Declaration of James P. Kreindler, together with the entire record in this case, Elisabeth Scott is awarded a final judgment of solatium damages as the parent of September 11, 2001 decedent, Scott McGovern, in the amount of $8.5 million plus prejudgment interest to be calculated at a rate of 4.96% per annum; all interest compounded annually.

Dated:   New York, New York

[JUL 1 6 2018]

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE