UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X        03-MDL-1570 (GBD)
IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001
-------------------------------------------------------------------X

This document relates to:

*Aguilar, et al*. v. Kingdom of Saudi Arabia, et al., No.16-cv-09663
*Adesso, et al*. v. Kingdom of Saudi Arabia, et al., No. 16-cv-09937
*Hodges, et al*. v. Kingdom of Saudi Arabia, et al., No. 17-cv-00117
*Aiken, et al.* v. Kingdom of Saudi Arabia, et al., No. 17-cv-00450
*Abarca, et al*. v. Kingdom of Saudi Arabia, et al., No. 17-cv-03887
*Abedhajajreh, et al*. v. Kingdom of Saudi Arabia, et al., No. 17-cv-06123
*Abbate, et al.* v. Kingdom of Saudi Arabia, et al., No. 17-cv-08617
-------------------------------------------------------------------X

## **CORRECTED NOTICE OF APPEAL**

PLEASE TAKE NOTICE that the Plaintiffs in the above referenced matter hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Rule 54(b) Final Judgement issued on June 27, 2018 (ECF No. 4034) and from each and every part of any Opinion and Order underlying same, including without limitation the Rule 54(b) Order entered on June 21, 2019 (ECF No. 4030) and the Memorandum Decision and Order entered on March 28, 2018 (ECF No. 3947) in favor of defendants Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Group. Copies of the Rule 54(b) Final Judgement, Rule 54(b) Order and March 28, 2018 Memorandum and Decision are attached hereto as Exhibits A, B, and C respectively.

Dated: July 17, 2018
      New York, New York

                               Respectfully submitted,

                               <u>/s/ Paul J. Napoli</u>
                               Paul J. Napoli (PN-8845)
                               Christopher R. LoPalo (CL-6466)
                               Napoli Shkolnik PLLC
                               400 Broadhollow Road, Suite 305
                               Melville, New York 11747
                               (212) 267-3700
                               pnanpoli@napolilaw.com
                               clopalo@napolilaw.com