UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

)
In re: Terrorist Attacks on )
September 11, 2001[1] )   No. 03 MDL 1570 (GBD) (SN)
)

PLEASE TAKE NOTE that LEWIS BAACH KAUFMANN MIDDLEMISS PLLC, 1899 Pennsylvania Avenue, Washington D.C. 20006 by Eric L. Lewis, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of defendants: Dr. Abdullah bin Saleh Al-Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al-Turki.  The Clerk of the Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:  July 17, 2018

                                        LEWIS BAACH KAUFMANN MIDDLEMISS PLLC

                                        By: _____
                                        Eric L. Lewis
                                        1899 Pennsylvania Avenue, N.W., Suite 600
                                        Washington, D.C. 20006
                                        Telephone:  (202) 833-8900
                                        Facsimile:   (202) 466-5738

---

[1] This applies to: *Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD) (SN); *Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-cv-9849 (GBD) (SN); *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-7065 (GBD) (SN); *Continental Casualty Co., et al. v. A1 Qaeda et al.*, Case No. 04-cv-05970 (GBD) (SN); *Euro Brokers Inc., et al. v. Ai Baraka, et al.*, Case No. 04-cv-7279 (GBD)(SN); *Federal Insurance Co., et al. v. A1 Qaida, et al.*, Case No. 03-cv-6978 (GBD) (SN); *O'Neill, Sr., et al. v. Al Baraka et al.*, Case No. 04-cv-1923 (GBD) (SN).