## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GDB)(SN)<br><br>ECF Case |

*This document relates to:*

*Arrowood Indemnity Company, et al. v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-03908

### <u>AMENDED NOTICE OF APPEAL</u>

NOTICE is hereby given that Plaintiffs Arrowood Indemnity Company, formerly known as Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, formerly known as Royal Surplus Lines Insurance Company, hereby amend, *nunc pro tunc*, their notice of appeal filed on April 27, 2018 (ECF 3981), and hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Rule 54(b) Judgment filed on June 27, 2018 (ECF 4034) and from each and every part of any Opinion and Order underlying same, including without limitation the Rule 54(b) Order entered on June 21, 2018 (ECF 4030) and the Memorandum Decision and Order entered on March 28, 2018 (ECF No. 3947) in favor of defendants Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Group.  Copies of the Rule 54(b) Judgment, Rule 54(b) Order, and March 28, 2018 Memorandum Decision and Order are attached hereto as Exhibits A, B, and C, respectively.

Dated:   New York, New York
        July 17, 2018

                                   Respectfully submitted,

                                   /s/ James L. Bernard
                                   James L. Bernard
                                   Robert Lewin
                                   Michele L. Jacobson
                                   Beth K. Clark
                                   Patrick N. Petrocelli

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
212-806-5400
jbernard@stroock.com

*Attorneys for Arrowood Indemnity Company,
formerly known as Royal Indemnity
Company, and Arrowood Surplus Lines
Insurance Company, formerly known as
Royal Surplus Lines Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I, James L. Bernard, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Notice of Appeal was served on all counsel of record via the Court's Electronic Case Filing System on this 17th day of July, 2018.

By:  /s/ James L. Bernard
James L. Bernard
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
212-806-5400
jbernard@stroock.com