# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

IN RE:                                                    03-MDL-1570 (GBD)

TERRORIST ATTACKS ON                        **RULE 54(b) JUDGMENT**
SEPTEMBER 11, 2001

--------------------------------------------------------------X

This document relates to:

*Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663
*Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937
*Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00117
*Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450
*Charter Oak Fire Insurance Co., et al. v. Rajhi Bank, et al.*, No. 17-cv-02651
*Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887
*Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-3908
*Abedhajajreh v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123
*Muenchener Rueckversicherungs-Gasellschaft Aktiengesellschaft in Muenchen, et al., v.*
   *Kingdom of Saudi Arabia, et al.*, No. 17-cv-07914
*Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 21, 2018, the parties' Joint Motion for Entry of Partial

Final Judgments under Rule 54(b) is granted; this Court's March 28, 2018 Memorandum

Decision and Order is final, and partial final judgments, pursuant to Rule 54(b) of the Fed. R.

Civ. P., there being no just reason for delay, are entered in favor of Defendants Al Rajhi Bank,

National Commercial Bank, and Saudi Binladin Group in each of the following actions: *Aguilar,*

*et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi*

*Arabia, et al.*, No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-

00117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Charter Oak Fire*

*Insurance Co., et al. v. Rajhi Bank, et al.*, No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi*

*Arabia, et al.*, No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-3908; *Abedhajajreh v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123; *Muenchener Rueckversicherungs-Gasellschaft Aktiengesellschaft in Muenchen, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-07914; and *Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617.

**Dated:**  New York, New York
      June 27, 2018

      **RUBY J. KRAJICK**
      _____
           **Clerk of Court**
      BY: _____
            **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON  6/29/2018