UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br><br>ECF CASE |

*This document relates to:*

*The Charter Oak Fire Ins. Co., et al. v. Al Rajhi Bank, et al.*, 17-cv-2651 (GBD) (SN)

## **NOTICE OF APPEAL**

Pursuant to Fed. R. App. Proc. 4(a) and 28 U.S.C. § 1291, notice is hereby given that the plaintiffs appeal to the United States Court of Appeals for the Second Circuit from the Judgment of the Court (Daniels, J.), entered on the Docket on June 28, 2018 (Entry No. 4034).

Dated:   Huntington, New York
             July 18, 2018

                Respectfully submitted,

                PLAINTIFFS, THE CHARTER OAK FIRE
                INS. CO., *et al.*

           By:   /s/ Robert C. Sheps
                Robert C. Sheps, Esq. (RS 5388)
                25 High Street
                Huntington, NY  11743
                (631) 249-5600
                rsheps@shepslaw.com
                *Attorneys for Plaintiffs*

- 2 -

## **CERTIFICATION**

      This is to certify that on July 18, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:    _/s/ Robert C. Sheps_____
Robert C. Sheps, Esq.
SHEPS LAW GROUP, P.C.
25 High Street
Huntington, New York 11743
631-249-5600
rsheps@shepslaw.com
*Attorneys for Plaintiffs*