UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

### NOTICE OF MOTION FOR FINAL JUDGMENTS

For the reasons set forth in the attached memorandum of law, the declaration of James P. Kreindler, and the declarations of the claimants, the *Ashton* plaintiffs by and through counsel, Kreindler & Kreindler LLP, respectfully move this Court to award final judgments for solatium damages to the non-immediate family members of decedents killed in the September 11, 2001 terror attacks identified herein against the Islamic Republic of Iran ("Iran") for damages suffered as the result of acts of terrorism in the amounts set forth in the memorandum of law; and award prejudgment interest on those damages at the rate of 4.96%.

Dated: July 19, 2018
      New York, NY

                                             /s/ James P. Kreindler
                                             James P Kreindler, Esq (7084)
                                             KREINDLER & KREINDLER LLP
                                             750 Third Ave, 32nd Fl
                                             New York, NY 10017
                                             (212) 973 – 8181
                                             Counsel for *Ashton* Plaintiffs