# Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Barkow, Colleen | Barkow, Crystal | Stepchild | $8,500,000.00 |
| 2 | Barkow, Colleen | Barkow, Kayla | Stepchild | $8,500,000.00 |
| 3 | Battaglia, Paul | Leinung, John M. | Stepparent | $8,500,000.00 |
| 4 | Carroll, Peter J. | DeNiro Graffino, Anthony D. | Stepchild | $8,500,000.00 |
| 5 | Carroll, Peter J. | DeNiro, Dana Ann | Stepchild | $8,500,000.00 |
| 6 | Flyzik, Carol | Walsh, Joseph | Stepchild | $8,500,000.00 |
| 7 | Flyzik, Carol | Walsh, Kevin | Stepchild | $8,500,000.00 |
| 8 | Flyzik, Carol | Walsh, Kristin | Stepchild | $4,250,000.00 |
| 9 | Gabriel, Richard P. | Callanan, Robert | Stepchild | $8,500,000.00 |
| 10 | Hagerty, Karen E. | Whittaker, J. Linzee | Stepparent | $8,500,000.00 |
| 11 | Henderson, Ronnie Lee | Smith, LaKimmie | Stepchild | $8,500,000.00 |
| 12 | Henderson, Ronnie Lee | Ross, Marshall | Stepchild | $8,500,000.00 |
| 13 | Kniazev, Eugeni | Rakovsky, Gregory | Stepchild | $4,250,000.00 |
| 14 | LeBlanc, Robert | Youngren, Kjell | Stepchild | $8,500,000.00 |
| 15 | LeBlanc, Robert | Youngren, Nissa | Stepchild | $8,500,000.00 |
| 16 | Palazzo, Jeffrey M. | Sloan, Liza | cousin, godchild and "daughter" / "sibling" | $4,250,000.00 |
| 17 | Scauso, Dennis | Bailey-Scauso, Darcie | Stepchild | $8,500,000.00 |
| 18 | Smith, Kevin J. | Scochemaro, Nichole A. | Stepchild | $4,250,000.00 |
| 19 | Smith, Kevin J. | Viola, Anthony J. | Stepchild | $4,250,000.00 |
| 20 | Smith, Kevin J. | Viola, Jr., Vincent | Stepchild | $4,250,000.00 |
| 21 | Steinman, Alexander | Schoenholtz Murphy, Jessica | Stepsibling | $4,250,000.00 |
| 22 | Steinman, Alexander | Steinman, Linda | Stepparent | $4,250,000.00 |
| 23 | Rosenbaum, Brooke D. | Rosenbaum, Fern | Stepparent | $8,500,000.00 |
| 24 | Wainio, Honor Elizabeth | Heymann, Esther E. | Stepparent | $8,500,000.00 |
| 25 | Warner, Brian | Tucker, Jason | Stepsibling | $2,125,000.00 |