# Exhibit B

# B-1

## Declaration of Crystal Barkow

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
| --- | --- |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, CRYSTAL BARKOW, hereby declare:

1.  I am the stepdaughter of Colleen Barkow who was killed in the September 11, 2001 Terror Attacks.

2.  Colleen was a part of my life since I was five years-old. She dated and lived with my father, Daniel Barkow, for approximately six years before they got married. They were married on September 17, 2000, when I was eleven years-old. I lived with Colleen on weekends and holidays during the school year and full-time during the summer.

3.  My younger sister, Kayla, and I adored Colleen. We were extremely close to her. We celebrated birthdays and holidays with her. We were excited to be a part of her wedding to our dad in September 2000.

4.  My biological mother had shared custody of my sister and me when we were growing up, but she had personal issues that made it difficult for us to always rely on her.

5.  Colleen was more than a second mother to us. She was the most influential and positive female role model in our lives, and she often filled the role of being our primary female caretaker. She taught my sister and me to be independent women and not to depend on anyone but ourselves. What she was trying to teach us was cut short by her death.

6.  Colleen was an amazing person. She did all the things that a mother would do for her daughters. She was always genuine, loving and warm to my sister and me. She helped

us with anything we needed for camp or school.  She helped us with our homework.  She bathed us when we were little.  She did our hair.  She comforted us and took care of us when we were sad, sick or hurt.  She gave us advice. We went on vacation with her and my father. We loved being around her.

7.   Colleen's death on September 11, 2001 devastated our family and left a substantial void in my life.  I was twelve years-old when she died.  My sister and I had trouble sleeping for many months after.  Our father also had an extremely difficult time coping with her loss, and that was very difficult on the family, both emotionally and financially.

8.   I miss Colleen every day.  My sister and I often think about how our lives might have turned out differently if Colleen was still here to mother and guide us.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7/7/18_
Place: _Minersville, PA._

Signature: _Crystal Barkow_
Print: _Crystal Barkow_

# B-2

## Declaration of Kayla Barkow

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
| --- | --- |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, KAYLA BARKOW, hereby declare:

1.      I am the stepdaughter of Colleen Barkow who was killed in the September 11, 2001 Terror Attacks.

2.      Colleen was a part of my life since I was two years-old.  She dated and lived with my father, Daniel Barkow, for approximately six years before they got married.  They were married on September 17, 2000, when I was eight years-old.  I lived with Colleen on weekends and holidays during the school year and full-time during the summer.

3.      My older sister, Crystal, and I adored Colleen.  We were extremely close to her. We celebrated birthdays and holidays with her.  We were excited to be a part of her wedding to our dad in September 2000.

4.      My biological mother had shared custody of my sister and me when we were growing up, but she had personal issues that made it difficult for us to always rely on her.

5.      Colleen was more than a second mother to us.  She was the most influential and positive female role model in our lives, and she often filled the role of being our primary female caretaker.  She taught my sister and me to be independent women and not to depend on anyone but ourselves.  What she was trying to teach us was cut short by her death.

6.      Colleen was an amazing person.  She did all the things that a mother would do for her daughters.  She was always genuine, loving and warm to my sister and me.  She helped us

with anything we needed for camp or school.  She helped us with our homework.  She bathed us when we were little.  She did our hair.  She comforted us and took care of us when we were sad, sick or hurt.  She gave us advice. We went on vacation with her and my father.   We loved being around her.

7.     Colleen's death on September 11, 2001 devastated our family and left a substantial void in my life.  I was nine years-old when she died.  My sister and I had trouble sleeping for many months after.  Our father also had an extremely difficult time coping with her loss, and that was very difficult on the family, both emotionally and financially.

8.     I miss Colleen every day.  My sister and I often think about how our lives might have turned out differently if Colleen was still here to mother and guide us.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/28/2018

Place:  Schnecksville, PA

Signature:

Print:  Kayla Barton

# B-3

Declaration of John M. Leinung

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, John M. Leinung, hereby declare:

1.     I am the stepfather of Paul Battaglia who was killed in the September 11, 2001 Terror Attacks.

2.     I married Paul's mother, Elaine, in 1984 when Paul was two years-old.

3.     I resided in the same home as Paul from the time he was two years-old until his death on September 11, 2001.

4.     Paul was my son in every sense of the word, and I was his dad.   He called me "Dad."  His biological father did not have custody of him, and they did not have much of a relationship.  He saw his biological father primarily on holidays, at the urging of his paternal grandparents.

5.      I took care of all Paul's financial needs, including his education, clothes, and daily needs.

6.     We ate dinner together daily as a family.  I did homework and school projects with Paul.  Since I am a video editor, we enjoyed making videos together for his school projects. When Paul was in middle school, he won a prize for a video we made together where he interviewed a firefighter.

7.     I drove Paul to school every day when he was in elementary school.  When he got older, I drove him to his middle school dances.  I still remember all of the time spent on little

things like helping him look for his orthodontic retainer after he lost one.  I brought Paul to college and helped him move in.

8.      We took family vacations together. He came to family events of my parents and siblings.  He gave me presents and cards on Father's Day.

9.      My son, Paul, died on September 11, 2001.  His death had a devastating effect on my life and our family.  It is still very difficult to talk about his passing.  I miss him every day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _July 5, 2018_

Place: _Brooklyn, N.Y._

Signature:

Print: _John M. Leinung_

# B-4

Declaration of Anthony D. DeNiro

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Anthony (DeNiro) Graffino, hereby declare:

1.      I am the stepson of Peter ("Pete") Carroll who was killed in the September 11, 2001 Terror Attacks.

2.      My mother Toni Ann Graffino met my father, Pete, in the early 1990s.  He moved into our house in 1993.  I was approximately twelve years-old at the time he moved into our house, but he was involved in my life since the age of ten.

3.      Pete and my mom were legally married in 1999.  We all moved into a new house together.  He made it really comfortable for us to start our new life together.  He let me paint my room whatever color I wanted.

4.      Pete was "dad" to me.  My biological father left when I was three years-old.  I never had a relationship with him.

5.      Pete had six kids between my sister and I and my three stepbrothers and stepsister.  He would brag about his six kids.  We had a big, happy family.

6.      Pete took care of all my financial needs.  He kept a roof over my head and provided whatever I needed.  He was a good man.  He worked at the fire house and painted on the side to supplement his income.

7.      Pete taught me everything that a father teaches his son. He taught me how to talk to girls. He taught me how to drive. He helped me with my homework. He taught me how to make the "perfect egg."

8.      We had a great relationship. We would banter like father and son. All my friends would want to come to our house because we actually liked to spend time with Pete.

9.      He always listened to me and offered advice. I remember the last conversation I had with him, I was crying because the girl who I was dating at the time had just broken up with me. He told me, "let me explain something to you, don't you let anyone make you cry."

10.     We spent a lot of time together. We would take trips upstate to go hiking. If I needed extra money, Pete would bring me along to some of his painting jobs, although he liked to tell me that I got more paint on my clothes than what we were painting.

11.     Pete loved the show *The Sopranos*. He was always trying to make me watch episodes with him. I had an old beat up first car that would always break down. He would let me borrow his van if I watched an episode of *The Sopranos* with him.

12.     We loved playing board games. On the night before September 11, 2001, we were having a family game night. We played Risk for the last time, and he won. It is one title I'll never get back.

13.     Pete's death on September 11, 2001 devastated me. I cannot even talk about it without getting emotional. I did not have a father until Pete entered my life and took on that role. My biological father left me. Pete's death was like losing a father again.

14.     Everything in my life changed significantly after losing him. I have severe depression over it. It scars me. I will never be over his death.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/25/18

Place: 439 Surf Ave  SI, NY 10307

Signature:

Print: Anthony (Dedhro) Graffino

# B-5

Declaration of Dana Ann DeNiro

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Dana Ann DeNiro, hereby declare:

1.      I am the stepdaughter of Peter ("Pete") Carroll who was killed in the September 11, 2001 Terror Attacks.

2.      My mother, Toni Ann Graffino, met Pete in the early 1990s.  He moved into our house in 1993.  I was around ten years-old when Pete moved in, but he was involved in my life since I was seven.

3.      Pete and my mom were legally married in 1999.  We moved into a new house all together.  He made it really comfortable for us to start this new life together.  He took my brother and me in as if we were his own.  When he would talk about his kids, he would say "I have six kids, all boys except for Dana Ann and her sister."

4.      Pete, for all intents and purposes, was my dad.  My biological father left us when I was nineteen months-old.  I never had a relationship with him.

5.      In the beginning, I didn't like Pete. I was young and I wanted my mom to always be home with me.  Pete was a real Irishman. He was stoic and big on respect, which intimidated me as a child.  As I grew more accustomed to living with him, I began to realize that he was such a good, loving man.  As I got older, I started calling him "dad." He became a big part of my life. We had a great relationship.

6.     Our life with Pete was extremely normal.  He went to work every day.  When I came home from school, he would ask me how my day was.  He made my mother very happy.

7.     Pete provided everything for me.  He gave me my first car.

8.     Pete was the man who was always there for me.  He was there for my first boyfriend, my first heartbreak, and my sweet-sixteen.   Anything you needed, any problem you had, you could always talk to Pete about it.

9.     In high school, all of our friends would come over to the house.  Pete would bar-b-que for everyone.  Our friends still tell stories about him and how much they loved him.  He touched all of their lives too.

10.     Pete was an amazing man who taught me so much.  As a young adult trying to make my own life and start a family now, I find myself looking for men with the same qualities that he had.

11.     I remember the morning of September 11, 2001.  It was my first day of senior year.  Pete gave me a big hug and kiss in the kitchen and told me it was going to be a good year.  I left for school like it was any other day.  That was my last memory of him.

12.     When Pete was killed on September 11, 2001, our family was destroyed.  I had a terrible last year of high school.   My brother just went downhill after Pete died because he was so overcome by grief.  My mother seemed broken. She just changed entirely.

13.     We were a big, tight family before Pete's death, and we do not have that now.  We are still trying to rebuild the family life we used to have, seventeen years later.

14.     I continue to suffer from anxiety.  I avoid going into Manhattan because of my memories of the attack.

15.     Pete was not supposed to work the morning of September 11, 2001.  His best friend asked him to take his shift for him.  Being the kind of friend that he was, Pete accepted. We still have contact with his best friend.  I know he feels terrible about what happened.  I sometimes think of how unfair it is that Pete had to die that day when he wasn't even supposed to be working, but then I remember that if he hadn't been there then his best friend's family would be enduring the grief that mine does every day, and that's not fair to them either.  It's not fair to any of us that we have to feel this way.

16.     I miss Pete all the time.  We are always reminded of him and what happened to him.  The pain from his terrible death will never go away.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6-22-18

Place: Staten Island, NY

Signature: Dana Ann DeNiro

Print: DanaAnn DeNiro

# B-6

Declaration of Joseph Walsh

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
| --- | --- |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Joseph Walsh, hereby declare:

1.      I am the stepson of Carol Flyzik who was killed in the September 11, 2001 Terror Attacks.

2.      Carol was my mother's life partner.  She moved into our home in 1988 when I was seven years-old.   I lived with Carol until her death.

3.      Carol was my mother in every sense.  Every evening we ate dinner together as a family.  Carol was an amazing cook.  After dinner, Carol and my biological mom, Nancy, would sit with my siblings and me and help us with our homework.  Carol taught my brother and me how to tie a tie and how to shave.

4.      Carol taught me how to play basketball.  We practiced together all the time.  I was named Most Valuable Player on my high school team because of her guidance, patience and positivity.

5.      We spent every holiday and special occasion together as a family.

6.      Carol supported us financially through her job as a nurse.  She provided financial support for me for me while I still lived in the home and paid my college tuition and expenses until her death.

7.      We took family vacations together.  Carol sold her car and bought a truck to fit all of us kids.  We explored the country in that truck.  One summer we went to Florida.  Another

summer we took a cross country road trip with Carol and her nephew, Edwin, to see all of the landmarks in the United States.

8.      Carol bought an old Victorian home which she and my mother started to refurbish in 1988 so that we would have a big family home to live in together.  I, along with my siblings, helped our parents renovate the house for thirteen years.  Carol was a skilled carpenter and taught my brother and me carpentry so that we would always have that skill.  We moved into the house in 2000, but there was still a lot more work to be done when Carol died.

9.      On September 11, 2001, Carol boarded American Airlines Flight 11 from Boston to Los Angeles.  My siblings, mother Nancy, and I watched the horrific events of September 11, 2001 play out on live television.  We soon realized that our mother, Carol, had been killed on that terrible day.   We know she died caring for anyone wounded on the plane because that was the kind of amazing, selfless woman she was.

10.     My mother, Carol, was a remarkable woman.  She was a good person, a wonderful nurse, and an advocate for human and gay rights.  She was a loving and nurturing mother.  She could not have loved us any more than she did.  I miss her tremendously every day and her absence has forever left a deep hole in our family.


        I declare under penalty of perjury that the foregoing is true and correct.


Executed on:  _6/28/18_____

Place:  _Hampton, NH_____
         64 plymouth st.

                        Signature:  _____Joseph C Walsh_____

                        Print:  _____Joseph C Walsh_____

# B-7

Declaration of Kevin Walsh

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Kevin Walsh, hereby declare:

1.      I am the stepson of Carol Flyzik who was killed in the September 11, 2001 Terror

Attacks.

2.      Carol was my mother's life partner.  Carol moved into our home in 1988 when I

was nine years-old.

3.      Carol was my parent in every sense of the term.  Every evening we ate dinner

together as a family.  After dinner, Carol and my biological mom, Nancy, would sit with me and

my siblings and help us with our homework.  Carol taught my brother and me how to tie a tie

and how to shave.

4.      We spent every holiday and special occasion together with Carol, as a family.

5.      Carol supported us financially through her job as a nurse.  She paid for my

extracurricular expenses like summer football camp.

6.      We took family vacations together.  Carol sold her car and bought a truck to fit all

of us kids.  We explored the country in that truck.  One summer we went to Florida.  Another

summer we took a cross country road trip with Carol and her nephew, Edwin, to see all of the

landmarks in the United States.

7.      Carol bought an old Victorian home which she and my mother started to refurbish

in 1988 so that we would have a big family home to live in together.  I, along with my siblings,

helped our parents, Nancy and Carol, renovate the house for thirteen years.  Carol was a skilled carpenter and taught my brother and me carpentry so that we would always have that skill.  We moved into the house in 2000, but there was still a lot more work to be done when Carol died.

8.     On September 11, 2001, Carol boarded American Airlines Flight 11 from Boston to Los Angeles.  My siblings, mother Nancy and I watched the horrific events of September 11, 2001 play out on live television.  We soon realized that our mother, Carol, had been killed on that terrible day.   We know she died caring for anyone wounded on the plane because that was the kind of amazing, selfless woman she was.

9.     My mother, Carol, was a remarkable woman.  She was a good person, a wonderful nurse, and an advocate for human and gay rights.  She was a loving and nurturing parent.  She could not have loved us any more than she did.  I miss her tremendously every day and her absence has forever left a deep hole in our family.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _July 6th 2018_

Place: _2073 Malcolm St. Chester, VA_

Signature: _Kevin Welsh_

Print: _Kevin Welsh_

# B-8

Declaration of Kristin Walsh

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(FM)

I, Kristin Walsh, hereby declare:

1.      I am the stepdaughter of Carol Flyzik who was killed in the September 11, 2001 Terror Attacks.

2.      Carol was my mother's life partner.  She moved into our home in 1988 when I was approximately thirteen years-old.

3.      Carol was my parent in every sense.  Every evening we ate dinner together as a family.  After dinner, Carol and my biological mom, Nancy, would sit with us and help us with our homework.  We spent every holiday and special occasion together as a family.

4.      We took family vacations together.  Carol sold her car and bought a truck to fit all of us kids.  We explored the country in that truck.  One summer we went to Florida.  Another summer we took a cross country road trip with Carol and her nephew, Edwin, to see all of the landmarks in the United States.

5.      Even though I was a little older than my brothers, Kevin and Joseph, when Carol joined our home, we had a very loving relationship.  Carol and I would talk about personal things like love and relationships.  We would go shopping together without the boys.

6.      Carol bought an old Victorian home which she and my mother Nancy started to refurbish in 1988 so that we would have a big family home to live in together.  I, along with my siblings, helped them renovate the house for thirteen years.

7.     We moved into the house in 2000, but there was still a lot more work to be done when Carol died.

8.     On September 11, 2001, Carol boarded American Airlines Flight 11 from Boston to Los Angeles.  My siblings, mother Nancy, and I watched the horrific events of September 11, 2001 play out on live television.  We soon realized that our mother, Carol, had been killed on that terrible day.   We know she died caring for anyone wounded on the plane because that was the kind of amazing, selfless woman she was.

9.     My mother, Carol, was a remarkable woman.  She was a good person, a wonderful nurse, and an advocate for human and gay rights.  She was a loving and nurturing mother.  She could not have loved us any more than she did.  I miss her tremendously every day and her absence has forever left a deep hole in our family.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7/1/18_

Place: _Hampton N.H._

Signature: _Kristin Walsh_

Print: _Kristin Walsh_

# B-9

Declaration of Robert Callanan

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
| --- | --- |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Robert Callanan, hereby declare:

1.      I am the stepson of Richard P. Gabriel who was killed in the September 11, 2001 Terror Attacks.

2.      My stepdad married my mother, Barbara Gabriel, in 1966 when I was two years-old.  Richard essentially had sole custody of me throughout my childhood.  I moved with him to Virginia while he was in officers' candidate school in the United States Marine Corps.  After that, we moved back to the Bronx.  I lived with him from the time I was two years-old until I left for college at Arizona State University in 1982.

3.      Richard was my dad.  I called him "Dad."  My biological father was not part of my life and never has been.  Richard raised me.  He is the man I consider to be my father and the grandfather to my kids.

4.      Richard did everything a father does for his son.  He paid for my living expenses and high school and college tuition.

5.      Richard supported me with school and sports.  He took me fishing.  We spent a lot of time together doing renovation work on the house.  We took family vacations together.  During the summers, I worked at a business he owned.

6.      My father's death on September 11, 2001 was devastating.  He was on American Airlines Flight 77 that flew into the Pentagon.  I was the one who contacted the airline and

received confirmation that he was on the flight.  I will never get over having to be the one to convey that terrible news to the rest of my family.

7.      I think about my father and his death often.  There are so many things he would have been a part of that he has missed out on.  For example, my son just graduated from college and Richard was not there.  We are always thinking about how dad should be here too.  It is very difficult to think and talk about him.  I miss him very much.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6/25/18_____

Place: _EWING  NJ_____

Signature: _RPCallan_____

Print: _ROBERT  P.  CALLANAN_____

# B-10

Declaration of J. Linzee Whittaker

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977 (GBD)(FM)

I, J. Linzee Whittaker, hereby declare:

1.    I am the stepfather of Karen E. Hagerty who was killed in the September 11, 2001
Terror Attacks.

2.    I married Karen's mother, Lena, on October 14, 1979 when Karen was nine years-
old.  I lived with Karen from the time she was nine years-old until she left for college.

3.    Karen grew up in a big, happy household.  Lena and I had five kids between us,
and we joked that we got married because the kids liked each other.

4.    I was the father figure in Karen's life.  She had very little relationship with her
biological dad.  Karen called me "Dad."

5.    Karen and I were very close.   I paid for all of her financial needs, including her
horseback riding lessons and tuition for private school and college.

6.     I was also a teacher and disciplinarian to her.  I made Karen get a job every
summer.

7.    Karen and I loved doing things together.  We both loved riding horses and would
go riding together.  I taught her how to play piano.

8.    I worked at AIG when Karen was growing up and I would be stationed all over
the world.  Karen lived with us in all kinds of exotic places like the Bahamas, Panama and
Aruba, and we spent time exploring these new countries together.

9.      As Karen grew older, it was obvious that she was a lot like me.  She went into the insurance business just like me.  We both worked in downtown New York City, and we would meet up every day to talk about our work and the day.  She appreciated my advice, and I enjoyed spending time with her. We had a special relationship.

10.     Karen's death on September 11, 2001 affected me tremendously.  It is still very difficult for me to talk or think about her without becoming emotional.  We celebrate her birthday every year.  I really miss her.  She was a funny, wonderful person.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6-27-2018_

Place: _117 CHARLES TOWNE PLACE_
_AIKEN S.C. 29803_

Signature: _[signature]_

Print: _J. Lee or Whitfaker_

# B-11

## Declaration of LaKimmie Smith

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, LaKimmie Smith, hereby declare:

1.     I am the stepdaughter of Ronnie Lee Henderson, a New York Fire Department firefighter, who was killed in the September 11, 2001 Terror Attacks.

2.     Ronnie married my mother, Shirley Henderson, in 1981 when I was four years-old. I lived with Ronnie from the time he married my mother until I moved out of our family home when I was approximately twenty-three or twenty-four years-old.

3.     Ronnie and my mother grew up on the same block in Brooklyn, New York. They dated for many years before they were married. I do not remember there being a time when Ronnie was not in my life.

4.     I do not have a relationship with my biological father. Ronnie was and will always be the only father in my life. When I speak about my father, I only am referring to Ronnie.

5.     I moved with Ronnie from various sections of Brooklyn, New York to Port Jefferson, Long Island. My two younger half-brothers, Hashim and Doron, were born in 1981 and 1985, respectively. In 1989, our whole family moved into a house in Walden, New York together. My mother and father built the house in Walden for us. My mother and father divorced in the late 1990s. After college, I lived with Ronnie in Walden, New York until I moved out of the family home.

6.     Ronnie was a strong and courageous leader.  He was a very smart man, and I adored him.

7.     Ronnie provided for all of my financial needs as a child.  He kept a roof over my head.  He paid my car insurance.  He helped me buy my first car.  He signed off on my student loans.  Even after college, when I moved back into our family home as a young adult, he did not ask me to pay rent or bills.

8.     My father, Ronnie, taught me how to be financially responsible.  He would take money from his paycheck every week to invest in stocks and bonds.  He saved money any way that he could, even driving miles out of his way just to save on the tolls.

9.     I am Ronnie's only daughter, and I was a "daddy's girl."  We would go out for dinner together.  He was my first Valentine's Day date.  He took pictures when I went to prom.

10.    When I was fifteen and looking for my first job, Ronnie talked the manager at Pizza Hut into hiring me.

11.    Ronnie moved me into my dorm in college.  Then, he came back after I graduated, packed up all of my stuff, and moved me back into our house.

12.    Ronnie considered my three brothers and me to all be equally his kids.  We were not raised in a split home.  Our family was his life.  He was always there for my brothers and me. Even if we did something wrong or found ourselves in trouble, he was there to support us and help us to do better.

13.    His murder on September 11, 2001 was absolutely horrible.  We went to the World Trade Center site in the weeks after the attack.  It was still smoking and it smelled so bad.  I just stood there and did not stop crying.

14.     It is so traumatizing to think about what he went through on September 11, 2001. His body was never found. We did not know what happened to him. I wonder all the time if he died fast and whether he experienced a lot of pain. It felt like there was no evidence that he died. We never got to bury him. We never got closure. I always think, in the back of my mind, that maybe he is still out there or maybe he will still come home. I know it is not rational, but since we never got the chance to say goodbye and to bury him, there is always that doubt.

15.     I underwent counseling after his death. I had nightmares for a long time after September 11, 2001. I feel sad about losing him and that we have had to go through this. I feel sad for all the other families who have had to go through the same thing as ours.

16.     We never expected something like this to happen on American soil, and it does not seem like the world is in a better place since then. I do not feel safe anymore, especially in Manhattan. I moved far away from New York because of September 11, 2001.

17.     Ronnie's murder on September 11, 2001 was extremely painful back then and it is still very painful today. I try to remember the positive things that he taught me and that he loved me very much, but it is very difficult. I miss him all the time.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7-13- 18_

Place: _Decatur GA 30034_

Signature: _Lathinnie Smith_

Print: _Lathinnie Smith_

# B-12

Declaration of Marshall Ross

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
| --- | --- |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Marshall Lashon Ross, hereby declare:

1.      I am the stepson of Ronnie Lee Henderson, a New York Fire Department firefighter, who was killed in the September 11, 2001 Terror Attacks.

2.      Ronnie married my mother, Shirley Henderson, in 1981 when I was six years-old. I lived with Ronnie from the time he married my mother until he died on September 11, 2001.

3.      Ronnie and my mother grew up on the same block in Brooklyn, New York. They dated for many years before they were married. I do not remember there being a time when Ronnie was not in my life.

4.      I do not have a relationship with my biological father. Ronnie was and will always be the only father in my life. When I speak about my father, I only am referring to Ronnie.

5.      My two younger half-brothers, Hashim and Doron, were born in 1981 and 1985, respectively. We moved with Ronnie from various sections of Brooklyn, New York to Port Jefferson, Long Island. In 1989, our whole family moved into a house in Walden, New York together. My mother and father built the house in Walden for us. My mother and father divorced in the late 1990s. I chose to continue living with my father, Ronnie. I was still living in our Walden, New York home with Ronnie in 2001 when he was killed.

6.      My father, Ronnie, was my role model and my friend. We played basketball together. We went to the movies. He would take my brothers and me out for father-son days. I

will never forget the special chili he used to make with exactly the right amount of spice. It was legendary, especially around the fire house, where we would often spend time together.

7.     My father provided for all my financial needs. He kept a roof over my head. He taught me how to be financially responsible. He would take money from his paycheck every week to invest in stocks and bonds. He saved money any way that he could, even driving miles out of his way just to save on the tolls.

8.     My father, Ronnie, molded me into the man I am now. He was heroic and courageous. I had a strong relationship with him and wanted to follow in his footsteps. I would get up at 7am as a young child because, as a former marine, that was the time he woke up, and I wanted to be as regimented as he was.

9.     My father spent a lot of time talking to me. He supported me and was in my corner, no matter what. He fought for me when he needed to. He was my champion. When I did the wrong thing as a child or teenager, he taught me how to do things better.

10.     I joined the marines because of my father. He sent me letters while I was in boot camp to give me support from back home.

11.     When my father, Ronnie, was killed on September 11, 2001, it broke me up. I lost the only strong male father figure in my life. I lost his advice and wisdom. I lost the person who I knew would love me no matter what I did. I know that I really lost someone special because so many people do not have parents with whom they share the bond that I had with my father.

12.     Ronnie's murder was extremely painful back then, and it is still very painful today. I try to remember the positive things that he told me and that he loved me very much, but it is very difficult. His body was never found. We never were given closure. His death was so unnecessary,

and it makes me so angry.  It is very hard to think about his death or talk about it.  I know, at least,

that he died as a hero and that gives me some comfort.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: _7/13/18_

Place: _Decatur, Ga. 30034_

Signature: _Marshall L. Ross_

Print: _Marshall L. Ross_

# B-13

Declaration of Gregory Rakovsky

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(FM)

I, Gregory Rakovsky, hereby declare:

1.     I am the stepson of Eugueni Kniazev who was killed in the September 11, 2001 Terror Attacks.

2.     Eugueni married my mother, Irina Dubenskaya, in 1996 when I was twelve years-old.  My mother dated Eugueni for a few years before they got married.  I lived with him from 1996 until his death on September 11, 2001.

3.     I viewed Eugueni as my father.  I did not have a close relationship with my biological father.  Eugueni filled that role in my life.  He was the first man who was really involved in my life.  I looked up to him.  I valued his opinion.  He taught me how to behave and how to be a man.

4.     We spent a lot of time together.  He was fun to be around and a positive person who always had a smile on his face.  We went fishing, rollerblading through Prospect Park, and hiking and camping upstate.  He taught me how to drive.

5.     I talked to Eugueni about everything in my life.  He would give me advice about girls, how to stay in shape, and how to achieve success in life.  He helped me with my homework and pushed me to do well in school.

6.     Eugueni was a really great role model and very inspirational to me.  He was an engineer when he lived in Russia. When he came to the United States he did not speak any

English.  He worked his way up from being a dishwasher to the facilities manager at the Windows on the World restaurant on the top floor of the World Trade Center.  It was a huge deal for him to be working at the center of the commercial world.  He was so proud of himself.  He would hand his business card out to everyone he met to show them how far he had come.  He truly loved working.  He never missed a day of work even when he was sick.  He taught me so much about being ambitious and working hard to achieve my goals.

7.      Eugueni's death on September 11, 2001, devastated my family.  I was a freshman at Binghamton College, but I had to drop all my classes for the semester.  I was too grief-stricken and distracted to do my work.  My mother took his death really hard.  I went home, in part, to help her and be with her.  It took her ten years to start to move on from the tragedy, and she still has not fully recovered to this day.  I felt especially bad for her because it took her a really long time to find a man like Eugueni who was so good to her and to her son.

8.      I miss Eugueni very much.  As I go through life now, I always think about what advice he would give me and whether he would be proud of the things that I have done.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6/26/18_

Place: _Oceanside, NY_

Signature: _Gregory Rakovsky_

Print: _Gregory Rakovsky_

# B-14

Declaration of Kjell Youngren

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

 I, Kjell Andrew Youngren, hereby declare:

 1. I am the stepson of Robert LeBlanc who was killed in the September 11, 2001

Terror Attacks.

 2. Robert married my mom on February 24, 1973 when I was only four years-old. I

lived in the same household with him until I left for college at age 18. I also lived with him for a

year in Cambridge, England when he took his sabbatical there.

 3. Robert was "dad" to me. I saw my biological father occasionally, but Robert was

the dad I spent the majority of my time with, spoke to about my problems, ate dinner with, and

asked for homework help.

 4. Robert provided for me in every way. He supported me both financially and

emotionally. He paid for all of my expenses growing up, including college tuition and fees. He

advised me about college choices and accompanied me on college visits. He attended all of my

graduations from high school through Columbia University College of Physicians and Surgeons.

 5. Our home was the place where all my friends would hang out during high school.

It seemed like my dad fathered my friends as well. They all loved him. As adults, we would all

get together for dinners with my dad. Three of my friends spoke at his memorial service on

September 21, 2001.

6.      Robert was in my wedding.  He visited me after my first child was born in January 2001.  In August 2001, he traveled to Redmond, Oregon to help my family settle into our new home.  I was fortunate to see him that last time.

7.      I remember my dad's wonderful stories, his sense of adventure, and his profound knowledge about so many fascinating topics.   He expressed a deep interest in the people around him, asking personal questions that made you think and reveal yourself.  He was a wonderful, interesting, kind, and warm man who I remember so fondly.

8.      On September 11, 2001, I lost my dad.  I miss him every day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7/11/2018_
Place: _Morristown, New Jersey_

Signature: _____

Print: _Kjell A. Youngren, MD._

# B-15

Declaration of Nissa Youngren

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(FM)

I, Kjell Andrew Youngren, hereby declare:

1.      I am the stepson of Robert LeBlanc who was killed in the September 11, 2001 Terror Attacks.

2.      Robert married my mom on February 24, 1973 when I was only four years-old. I lived in the same household with him until I left for college at age 18. I also lived with him for a year in Cambridge, England when he took his sabbatical there.

3.      Robert was "dad" to me. I saw my biological father occasionally, but Robert was the dad I spent the majority of my time with, spoke to about my problems, ate dinner with, and asked for homework help.

4.      Robert provided for me in every way. He supported me both financially and emotionally. He paid for all of my expenses growing up, including college tuition and fees. He advised me about college choices and accompanied me on college visits. He attended all of my graduations from high school through Columbia University College of Physicians and Surgeons.

5.      Our home was the place where all my friends would hang out during high school. It seemed like my dad fathered my friends as well. They all loved him. As adults, we would all get together for dinners with my dad. Three of my friends spoke at his memorial service on September 21, 2001.

07/11/2018   14:44                                    (FAX)                    P.003/003

6.      Robert was in my wedding.  He visited me after my first child was born in

January 2001.  In August 2001, he traveled to Redmond, Oregon to help my family settle into

our new home.  I was fortunate to see him that last time.

7.      I remember my dad's wonderful stories, his sense of adventure, and his profound

knowledge about so many fascinating topics.   He expressed a deep interest in the people around

him, asking personal questions that made you think and reveal yourself.  He was a wonderful,

interesting, kind, and warm man who I remember so fondly.

8.      On September 11, 2001, I lost my dad.  I miss him every day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7/11/2018_

Place: _Morristown, New Jersey_

Signature: _____

Print: _Kjell A. Youngren, MD._

# B-16

Declaration of Liza Sloan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
| --- | --- |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Liza Sloan, hereby declare:

1.      I am the godchild of Jeffrey A. Palazzo, a firefighter for the Fire Department of New York, who was killed on September 11, 2001.

2.      I lived with Jeffrey from the time I was four years-old until his death on September 11, 2001.  My mother died when I was four years-old.  My father was never involved in my life, and he passed away when I was eleven or twelve years-old.

3.      Jeffrey was sixteen years older than me. He is my cousin. My mother named him as my godfather.

4.      When my mother passed away, I first went to live with Jeffrey's parents, my uncle and aunt.  Jeffrey lived in the main home with us until he got married when I was ten years-old. Then, he moved into the upstairs apartment of our home with his wife, my godmother, Lisa Palazzo.  I have known Lisa since I was very young and think of her as my parent as well.

5.      When I first moved into the home with Jeffrey, he was approximately twenty years-old.  At that time, he was like a brother to me. We played together.  We went on vacation together, especially to the Hamptons.  As he became older, he took on the role of a father to me.

6.      In 1997, when I was fourteen years-old, Jeffrey became my full-time guardian. That year, I moved with Jeffrey and Lisa to Staten Island.  I was there when Jeffrey and Lisa welcomed their two daughters, Samantha and Nicole, into the world. When Jeffrey died on

September 11, 2001, I was a freshman in college and still residing in his home. I continued living with Lisa, Samantha and Nicole until 2005.

7.      Jeffrey did everything a father does for his daughter for me. He took care of all my financial needs. He bought me cars in high school and college.

8.      Jeffrey was very strict. Being a former officer in the coast guard and an FDNY firefighter, he was tough.  While my godmother, Lisa, would often give into me, Jeffrey was firm and disciplined me.

9.      Jeffrey was also very loving and fun. We were very close and had a great relationship. He drove me to school. I enjoyed our daily talks. Jeffrey and I did the father-daughter dance at my Sweet Sixteen.

10.     Jeffrey's death on September 11, 2001 was devastating to me. It was very sudden. We had no way to see it coming. He was a young, healthy man. We expected him to be around for a very long time. Before Jeffrey's tragic death, I had lost both of my parents. On September 11, 2001, I lost a third parent.

11.     I remain very close with my godmother, Lisa, and her children. Lisa walked me down the aisle at my wedding. If Jeffrey had been alive, he would have had that honor. I miss him very much.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07.13.2018
Place: Summit, NJ

Signature:      Liza Sloan
Print:          Liza Sloan