# B-17

## Declaration of Darcie Bailey-Scauso

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Darcie Bailey-Scauso, hereby declare:

1.       I am the stepdaughter of Dennis Scauso who was killed in the September 11, 2001 Terror Attacks.

2.       Dennis Scauso married my mother, Janlyn, in 1993, when I was five years-old.  I took his last name.  He raised me and is the only man I consider to be my father.  To me, he was and will always be "Daddy."

3.       I resided with my father, Dennis, from the age of five until his death on September 11, 2001.  I was completely supported, financially and emotionally, by him.

4.       My dad, Dennis, easily took on the role of being a father to my younger brother, Donald, and I before my younger sisters, Gabielle and Juliette, were added to the family.  Even though he had many traditionally "manly" pursuits like mechanics, firefighting and collecting cars, he was still the sweetest, most loving man to his family, especially all the girls.  He had a great sense of humor and loved to tell jokes.  My mom loves telling the story about how one day she was having difficulty combing my hair and my father came to the rescue by proudly announcing "you need to use 'No More Tangles'" before finishing the job.

5.     My father, Dennis, would eat dinner with us every night.  He worked on homework with us.  We went on family vacations together.  If I had a test, he would stay with me and help me learn the material, no matter how long it would take.

6.     My father, Dennis, was a great basketball player.  He played basketball with us often.  He built a treehouse for my siblings and I to play in because he had one as a kid, and we all spent time up there.  One thing I will always remember doing with him is helping him with the lawn work and taking rides on his lawn mower.  He was truly a great dad who loved his family.  He made life happy, safe and fun.

7.     My father was killed on September 11, 2001 in the line of duty.  He died being a hero, but we still miss him so much.  His death left a huge, painful hole in our hearts and lives.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7/6/2018_

Place: _Home 31 Auden Avenue_
_Melville, NY 11747_

Signature: _[signature]_

Print: _Darcie B. Scauso_

# B-18

Declaration of Nichole A. Scochemaro

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Nichole Scochemaro, hereby declare:

1.      I am the stepdaughter of Kevin Smith who was killed in the September 11, 2001 Terror Attacks.

2.      My mother, Jerri Smith, married Kevin Joseph Smith in 1993 on his 40th birthday. *They dated for about a year before my mother, my two brothers, and I moved in with Kevin and his five kids in 1992.*

3.      I lived with Kevin full-time from the time I was approximately fourteen years-old until his death on September 11, 2001.

4.      Kevin was more of a father to me than my biological father.   I did not feel like Kevin was my stepfather.  He was my dad.  Even though he did not come into my life until I was in eighth grade, it was like he was always there.  It was an easy fit.

5.      Kevin was a great man.  He did everything a father should do for their kids.  He provided everything we needed financially, from the basics like housing and food to car insurance and a beeper when I got older.

6.      He was the one who was always there for me. As I was growing up, whenever I had a problem, I would go to him to talk about it.  If I was confused or having issues at school or with my siblings, I would go to Kevin to talk about it.  He would always listen to me and give

me his advice. If I got in trouble or got a speeding ticket, Kevin was the one I would go to for help. Kevin was the person I depended on to do these things, not my biological father.

7. Kevin was everything a father should be. He was an educated man. He taught us about his job and educated us on what he was doing in the civil service. He would help me with my homework and work on school projects with me.

8. Kevin would iron our clothes. He taught my brothers how to tie their ties.

9. Kevin taught me how to drive. I remember him taking me out on the highways during snowstorms and rainstorms so that I would be prepared to drive in all weather conditions.

10. Kevin attended my high school graduation. My biological dad was not there.

11. We had a big, mixed family and Kevin was the glue that kept us all together. We went on vacation together. We spent every holiday together. We played board games. I remember the phone calls he used to make to me and laughing with him all the time.

12. Kevin loved to cook. He would cook dinner for us almost every night. We would sit down together as a big family and eat together. He taught us how to cook too. The night before September 11, 2001, he cooked us our last family meal.

13. When Kevin was killed on September 11, 2001, it was surreal. We could not make sense of what had happened. He left for work, and that was it. He never came home.

14. His body was never identified. We never were able to bury him. We didn't get closure.

15. Our family was destroyed by his death. He was not just some man married to my mom, he was the foundation of our family. We had a sense of security that he was going to take care of all of us, both financially and emotionally, for the rest of our lives. Then, he was just ripped out of our lives.

16.     My mother took his death very hard.  Our relationship with her was never the same.  She seemed wounded.  It was very hard to see her like that.

17.     We all struggled with grief and depression.  We also struggled financially.  Kevin was the breadwinner.  I was a young adult when he died.  He was keeping a roof over my head and helping me financially.  All of the children had to grow up much quicker after he died.

18.     My brothers and I did not stay close with our stepsiblings after Kevin's death.  After his death, there was so much pain and grief that came along with it, and it caused a big rift among the kids.  Kevin held the family together.  We all had trouble dealing with the loss and it was hard to figure out what place my mother, my brothers, and I had in our stepsiblings' lives after he was gone.

19.     I miss Kevin very much.  For a while, we came home and he just wasn't there.  We missed hearing him talking, cooking, and laughing.  It was unbearable.

20.     I talk about Kevin to my kids.  They know him.  They call him Grandpa Kevin.

21.     I can never forget what happened to him.  I am reminded of his tremendous loss on every anniversary of the attack, every article I read, and any time September 11, 2001 is simply mentioned.  It never goes away.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/12/18

Place: MASTIC, NEW YORK

Signature: _____

Print: Nichole Scochemaro

# B-19

Declaration of Anthony J. Viola

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) |
|---|---|
| | ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Anthony Viola, hereby declare:

1.      I am the stepson of Kevin Smith who was killed in the September 11, 2001 Terror

Attacks.

2.      My mother, Jerri Smith, married Kevin in 1993 on his 40th birthday.  They dated

for about a year before my mother, my two siblings, and I moved in with Kevin and his five kids

in 1992.

3.      I lived with Kevin full-time from the time I was approximately ten years-old until

his death in 2001, when I was nineteen years-old.

4.      Kevin and I shared the typical father-son relationship.  Kevin was a family man.

He had five biological kids, and he would tell everyone about his eight kids.  He was a good,

respectable man.  He was a committed firefighter and a highly decorated public servant.  He

received honors from Mayor Giuliani, the Federal Emergency Management Agency, and the

Office of Emergency Management.

5.      Kevin did what the man of the house should do.  He got up every day and went to

work.  He provided for all of my financial needs.  He disciplined us when it was necessary.

6.      We had a normal, happy family life.  We did a lot of activities together.  I went to

Yankees games with him and picnics with the fire department.  He took us ice skating.  We went

on a lot of family vacations and cruises together.  He would take me golfing.  When I was a

teenager I took a job at the golf course.  He loved it because he could play all the golf he wanted for twenty bucks and also spend time with me.  We would also go to work with him sometimes and spend the night at the firehouse.  He took us on rides in the fire truck.

7.       When Kevin was killed on September 11, 2001, our family was destroyed.  At first, it was hard to even comprehend what had happened.  I felt like I was in a fog for a long time.  Once reality struck, I could not even talk about it.

8.       The hardest part was watching what happened to my mother.  She is not the same.  She is a totally different person.  It was like a part of her died that day.

9.       Kevin's body was never found.  It felt like we never really got closure, and that still bothers me to this day.  I go to Ground Zero as often as I can, and pay my respects to him where the unidentified remains are held.  I miss him every day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____7/2/18_____

Place: _____Suffolk county, NY_____

Signature: _____

Print: _____Anthony Viola_____

For Anthony Viola

Steven E. Blody
Notary Public, State of New York
No. 01BL6218119 Suffolk County
Commission Expires March 1, 2022

# B-20

Declaration of Vincent Viola, Jr.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
| --- | --- |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Vincent Viola, hereby declare:

1.      I am the stepson of Kevin Smith who was killed in the September 11, 2001 Terror

Attacks.

2.      My mother, Jerri Smith, married Kevin Joseph Smith in 1993 on his 40th birthday.

They dated for about a year before my mother, my two siblings, and I moved in with Kevin and

his five kids in 1992.

3.      I lived with Kevin full-time from the time I was approximately eleven years-old

until I left for the military.

4.      I viewed Kevin as a father. He was the head of the household. He helped with all

my financial needs, such as food and keeping a roof over my head.  My two siblings and I were

his children in his eyes.

5.      Kevin was the one who always pushed me to do the best in school.  He helped me

with my homework.  He had a strong background in science and pushed me to pursue a field

related to science.  I am in the field I am in now because of him.

6.      We did everything a family does together.  We ate dinner together. We watched

movies.  We went on a ton of family cruises together.  On special occasions, like birthdays,

Kevin would let us stay overnight at the firehouse and go out on calls.

7.     When Kevin was killed on September 11, 2001, I was in the military and out to sea. We could not freely receive communications from back home. It was an interesting experience being so disconnected from the world. I only received one message that a plane had hit the Twin Towers. I did not know until mid-October that Kevin had died. We did not receive any pictures or news about the attacks. Because I was isolated from everything that was happening, I did not see how terribly his death had impacted my family until later on.

8.     I stayed in the military longer than I had to. I felt that I needed to stay in the military in order to honor his memory and to fight for him.

9.     When I returned home from the military, it was very difficult for my family to talk about Kevin's death. I could see how destroyed they were by it. It is still extremely difficult for me to process it all to this day. I miss him a lot, and I am heartbroken over everything that he has missed in our lives.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 26, 2018
Place: MASTIC BEACH, NY.

Signature: _____

Print: Vincent Viola, JR

# B-21

Declaration of Jessica Schoenholtz Murphy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Jessica (Schoenholtz) Murphy, hereby declare:

1.      I am the stepsister of Alexander ("Alex") Steinman who was killed in the September 11, 2001 Terror Attacks.

2.      Alex became my big brother in 1983 when I was only six years-old, and we lived together and grew up in the same house until adulthood.

3.      Alex's biological father married my mother after both of their spouses had died. They were both widowers, and Alex and I had both lost a parent. When our family came together, we all shared and understood the same loss. Our parents' marriage helped heal that loss, and we were a very tight-knit family as a result.

4.      Alex was a very sweet and caring older brother. He played with me and always made me feel protected. I never considered Alex to be a step-brother. He was always my brother and that is how I referred to him.

5.      We remained close after he moved out of the house for college and until the day he died. We talked on the phone frequently, met for dinners, and saw each other during holidays.

6.      I was horrified on September 11, 2001. I knew he was working at Cantor Fitzgerald and was in the towers during the attack. I searched for him in the aftermath of the

attack, going from hospital to hospital, desperately trying to find him.  Like so many others, I was never able to find him.

7.       I miss him very much, but I remain very close to his wife, Tracy, to this day.

8.       Every year, I honor his passing with a special celebration at the new World Trade Center.  In honor of his memory, my entire life's work is now dedicated to the rebuilding of the new World Trade Center and the revitalization of lower Manhattan.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___6/25/18_____

Place: 7WTC, 250 Greenwich St  NY, NY 10007

Signature: _Jessica Schoenholtz_

Print: _Jessica Schoenholtz_

# B-22

Declaration of Linda Steinman

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Linda Steinman, hereby declare:

1.      I am the stepmother of Alexander ("Alex") Steinman who was killed in the September 11, 2001 Terror Attacks.

2.      I married Alex's father, Irwin Steinman, in 1983 when Alex was fourteen years-old.

3.      Alex and I resided together during his teenage years.

4.      Alex's mother died when he was a young teen, and he allowed me to take on that role in his life.  He also shared a close relationship with my two young children and treated them as his biological siblings.

5.      Alex and I had a lovely relationship and we spent a lot of time together discussing all his favorite topics like sports, friends, school and girls.

6.      We also spent a good deal of time talking about more serious topics like the death of his mother.

7.      I parented him through high school and college, where I had the privilege of making his dorm bed for the first time, even though I do not think he made it again for the next four years!

8.      I have known Alex's wife, Tracey, since she was sixteen years-old.  I remain close to her and involved in her life.

9.      I was devastated by Alex's death on September 11, 2001.  I miss his humor, smile, and kindness every day.

10.      I keep a personal keepsake of Alex's in my handbag so I can carry a piece of him with me everywhere I go.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7/11/18_____

Place: _____


Signature:      _Linda K Steinman_

Print:      _Linda K. Steinman_

# B-23

Declaration of Fern Rosenbaum

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Fern Rosenbaum, hereby declare:

1.      I am the stepmother of Brooke D. Rosenbaum who was killed in the September 11, 2001 Terror Attacks.

2.      I married Brooke's father, Martin Rosenbaum, in 1982. I first met Brooke when he was seven years-old. I lived in the same home as Brooke from the time he was nine years-old until he was in his twenties. Brooke did not move out of our home until after college.

3.      I was Brooke's mother. His biological mother lived in Florida. Martin and I had full custody of Brooke and his brother. Brooke's brother passed away a few years before the September 11, 2001 Terror Attacks. Brooke's biological mother would only see Brooke for a few weeks during the summer, and we would take care of him the rest of the year. My husband and I provided for all of Brooke's financial needs, including tuition and the cost of room and board while he was in college.

4.      I did everything a mother would do for her son. Brooke's father worked long hours, so I was left alone with Brooke for most of the day and night when he was a young child. I sat up with him when he was sick. I soothed him if he was in pain. We talked about everything going on in his life. I would go to his back-to-school nights. I was very involved in his academic life and decisions.

5.      Brooke and I had a great relationship.  After he moved out, our relationship grew and evolved beyond one of a mother and child.  He and I were very similar. He adopted many of my mannerisms.

6.      As an adult, Brooke and I became very good friends.  He would call me almost every day to talk.  He would call just to tell me a joke.  I would meet him for lunch or dinner to spend time with him.

7.      On holidays and special occasions, Brooke sent me cards thanking me for being his mother when he needed one.  Some of these cards are in the National September 11 Memorial Museum.

8.      I was devastated by Brooke's death on September 11, 2001.  I was a wreck.  I felt paralyzed with grief.  It was a very difficult time for me.  I felt like I was experiencing this incredible loss, but I could not show that to my husband.  I sometimes felt like I was not entitled to feel so much grief because Brooke was not my son by blood, even though I raised him.  Over the years, I have come to believe that being a mother is not just about giving birth.  It is about being there when your child is sick, when he needs to be comforted, and when he needs advice or a friend.  I did all of that for Brooke.  I was his mother, and I lost a tremendous part of my life on September 11, 2001.

9.      We think about Brooke all the time and miss him every day.  Every year on the anniversary of September 11, 2001, I cannot shut off the television coverage until I see his face and hear his name.  Some of his friends still stay in touch with my husband and me.  They help us keep his memory alive.

10.      On the anniversary of Brooke's death, we say a special prayer of remembrance. The parent of the person who passed is supposed to say the prayer.  My husband gives me the

honor of saying the prayer for Brooke every year.  I have no biological children of my own, but

we have chosen for my grave to read "Wife and Mother."


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _JUNE 23 2018_

Place: _Bayside, NEW YORK_

Signature: _Fern Rosenbaum_

Print: FERN ROSENBAUM


JOSEPH MANGINI
Notary Public, State of New York
No. 24-4950203
Cert. Filed in Nassau County
Commission Expires April 24, 2019

# B-24

Declaration of Esther E. Heymann

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
| --- | --- |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Esther E. Heymann, hereby declare:

1.      I am the stepmother of Honor Elizabeth Wainio ("Elizabeth") who was killed in the September 11, 2001 Terror Attacks.

2.      I met Elizabeth's father, Benhardt R. Wainio, in 1976, when Elizabeth was three years-old. Benhardt was awarded full custody of Elizabeth and her brother, Thomas.

3.      I met Elizabeth for the first time in late 1976, and I felt like I began raising her as soon as I met her. In February 1979, before I married her father, Elizabeth fell ill and was hospitalized for three days. I stayed overnight in the hospital with her.

4.      I moved into the family home with Benhardt, Elizabeth, and Thomas in June 1979. I married Benhardt in August 1979. In 1982, we bought a new home, and we all moved into it together. I resided full-time with Elizabeth from the time she was five years and eight months-old until she left for college.

5.      I considered Thomas and Elizabeth to be my kids. In November 1986, Benhardt and I had another child, Sarah. Thomas and Elizabeth were at the hospital to welcome their new baby sister into the world.

6.      All of our children were extremely close. Thomas and Elizabeth were great friends. They lived together at various points while adults. Elizabeth treated Sarah like she was

Sarah's second mother. She took Sarah everywhere with her. Elizabeth attended all of Sarah's plays and musicals no matter what, even after she left for college.

7.     Elizabeth was my daughter in every sense of the word. I took her to all of her doctor's appointments until she graduated high school. I attended her back-to-school nights and met all of her teachers from nursery school through high school. I took her to college visitations and helped her decide which college to attend. After Elizabeth accepted her first big job out of college, I helped her find an apartment and furnished and decorated it. I provided for her financially and supported her emotionally. I taught her how to set up investments and save money for her future, which unfortunately never came.

8.     On the day of her murder, September 11, 2001, Elizabeth called me from the plane and said "Mom, I'm calling to say goodbye." I will never forget those devastating last words as long as I live.

9.     My daughter, Elizabeth, was killed on September 11, 2001. I continue to and will always mourn the murder and loss of my beloved daughter.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on: _June 27, 2018_
Place: _Baltimore, Maryland_


Signature: _Esther E Heymann_
Print: _Esther E Heymann_

# B-25

Declaration of Jason Tucker

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Jason Tucker, hereby declare:

1.      I am the stepbrother of Brian Warner who was killed in the September 11, 2001 Terror Attacks.

2.      Brian was the brother that I never had.  My dad started dating his mom, Karen, when I was about ten years old.  Brian and I hit it off immediately.  The first day we met each other, we were wrestling by the time my dad told me it was time to go home.

3.      My dad married Brian's mom, Karen, when I was in 7th grade, around age 11. We all resided together in the same home, along with my sister Dawn.  We ate dinner together, did our homework together, and took family vacations together.

4.      Brian and I talked a lot about different things going on in our lives.  Whenever there was conflict in the family, Brian helped me forget about it by engaging in more productive behavior.  We did things together like work on bikes and computers and then cars when we got a little older.

5.      Brian was always in my corner.  I looked up to him as a role model.  He was not always perfect, and he had some personal issues as a teen and young adult, but he was able to overcome them.  I truly admired that about him.  His strength inspired me and gave me guidance for my own life.

6.    After Brian and I grew older and moved out of the family home, we stayed in touch.  Since we always enjoyed working on cars and bikes together, he called me frequently to see if I wanted to help him take something apart or put it back together with him.  We would take road trips together to junk yards in other states to find rare car parts.  As we started building our own families, we would call each other to see how the other was doing and talk about problems we were facing.

7.    Brian was always my protector and my big brother.  He was always there to answer my questions or offer his advice.  I really miss that.

8.    My brother, Brian, died on September 11, 2001.  His death had a devastating effect on my life and our family.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7/1/2018_

Place: _PORTLAND, OR_

Signature: _Jason L. Tucker_

Print: _Jason C. Tucker_