## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

VIA ECF

July 20, 2018

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    RE:    *In re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels,

    The PECs respectfully submit the attached chart contained in Exhibit A concerning various complaints filed in the 2002-2004 time period for which the Court requested status report. As to Tremsky v. Osama bin Laden, 02 CV 7300, by attorney David O'Brien, we have not heard from him since 2002. We made attempts in the 2000-2004 time period to locate Mr. O'Brien and he did not respond. Nor has he filed any additional documentation with the Court. We recently tried to locate him for this inquiry and were unsuccessful.

Please let us know if you have any additional questions.

    Respectfully,

    KREINDLER & KREINDLER LLP
    /s/ Andrew J. Maloney, III
    Andrew J. Maloney III, Esq.
    750 Third Avenue, 32nd Floor
    New York, New York 10017
    Tel: (212) 687-8181
    Fax: (212) 972 – 9432
    Email: amaloney@kreindler.com
    *PEC PI Co-Liaison Counsel*

CC: Sean Carter, Esq.
    Robert T. Haefele, Esq
    Jerry Goldman, Esq.
    All MDL Counsel of Record (via ECF)