# EXHIBIT A

# STATUS REPORT: 03 MD1570 (GBD)

| List of Cases | Case No. | Lead Law Firm | Status | Can be Closed |
|---|---|---|---|---|
| Ashton, et all. v. Al Qaeda Islamic Army | No.02-cv-6977 | Kreindler & Kreindler | Active | No |
| Beyer, et al. v. Al Qaeda Islamic Army | No.02-cv-06978 | Kreindler & Kreindler and Barasch McGarry Salzman | Active | No |
| Bauer, et al. v. Al Qaeda Islamic Army | No.02-cv-7236 | Baumeister & Samuels, P.C. | Active | No |
| Tremsky, et al. v. Osama bin Laden | No.02-cv-7300 | David O'Brien | Inactive | Unknown |
| Schneider, et al. v. Al Qaeda Islamic Arm, et al. | No.02-cv-7209 | Law Firm of Aaron J. Broder & Jonathan C. Reiter | Active | No |
| Mayore Estates, et al. v. Al Qaeda Islamic Arm, et al. | No.02-cv-7214 | Jaroslawicz & Jaros, Esqs. | Active | No |
| Burlingame, et al. v. Laden, et al. | No.02-cv-7230 | Speiser, Krause, Nolan & Granito | Active | No |
| Salvo, et al. v. Al Qaeda Islamic Army, et al. | No.03-cv-05071 | Motley Rice | Consolidated into Burnett, see Salvo ECF Nos. 73 & 75, 8/16/2005. We do not see # 73 on the MDL 1570 Docket, but # 75 is at MDL 1570 ECF No. 1137 | No |
| Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al. | No.03-cv-09849 | Motley Rice | Active (note: originally filed in D DC (02-cv-01616 (DDC) and transferred to the SDNY via JPMDL transfer order, 12/10/2003) | No |
| Barrera, et al. v. Al Qaeda Islamic Army, et al. | No.03-cv-07036 | Kreindler & Kreindler | Consolidated into Ashton, see MDL 1570 ECF No. 561, 12/6/2004, see also at Barrera ECF No. 34 | No |
| Federal Ins. Co., et al. v. Al Qaida, et al. | No.03-cv-06978 | Cozen O'Connor | Active | No |
| Vigilant Ins. Co., et al. v. Kingdom of Saudi Arabia, et al. | No.03-cv-08591 | Cozen O'Connor | Active | No |
| Havlish, et al. v. Bin-Laden, et al. | No.03-cv-09848 | Wiggins Childs | Active | No |
| O'Neill, et al. v. The Republic of Iraq, et al. | No.04-cv-1076 | Anderson Kill | Active | No |
| Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al. | No.04-cv-01922 | Anderson Kill | Active | No |
| Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. And Dev. Corp., et al. | No.04-cv-01923 | Anderson Kill | Active | No |
| Cont. Cas. Co., et al. v. Al Qaeda Islamic Army, et al. | No.04-cv-5970 | Ferber Chan | Active | No |
| Cantor Fitzgerald Assocs. L.P., et al. v. Akida Inv. Co., et al. | No.04-cv-07065 | Adams Holcomb | Active | No |
| Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al. | No.04-cv-07279 | Motley Rice | Active | No |
| World Trade Ctr. Properties, L.L.C., et al. v. Al Baraka Inv. & Dev. Corp., et al. | No.04-cv-07280 | Motley Rice | Voluntarily Dismissed, see ECF No. 2410 | Yes |
| Doe, et al. v. Bin-Lade, et al. | No.09-cv-7055 | Judicial Watch | Active | No |
| Pacific Employers Insurance Co., et al. v. Kingdom of Saudi Arabia, et al. | No. 04-cv-07216 (SDNY) | Cozen O'Connor | Active | No |
| Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corp., | No. 03-cv-5738 (SDNY) | Motley Rice | Dismissed 7/8/2008 | Yes |