UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

03-MDL-1570 (GBD)(SN)

# ORDER

Upon consideration of the Motion for Reconsideration filed by Defendants Abdullah Bin Saleh Al-Obaid, Abdullah Abdul Mohsen Al-Turki, Adnan Basha, and Abdullah Omar Naseef (July 20, 2018), any response, and the entire record of this case, it is this ___ day of ____ 2018, hereby

**ORDERED** that the four Defendants' Motion for Reconsideration shall be, and hereby is, **GRANTED**, and it is further

**ORDERED** that this Court's Opinion and Order (ECF 4043) (July 6, 2018) shall be modified by deleting the sanction that the four Defendants be "precluded from offering any testimony or further evidence, other than such evidence that has been produced as of the date of this Opinion and Order, to rebut admissible evidence offered by a party to establish these defendants' whereabouts on a particular date."

**SO ORDERED.**

_____
Hon. Sarah Netburn
U.S. Magistrate Judge

1