IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | ) <br> ) No. 03 MDL 1570 (GBD/SN) <br> ) |

NOTICE OF FILING OF DECLARATION OF
**DEFENDANT SOLIMAN H. AL-BUTHE**

Defendant Soliman H. Al-Buthe respectfully submits his Declaration, pursuant to the Court's Order (ECF 4043) (July 6, 2018). *See* Declaration of Soliman H. Al-Buthe (July 18, 2018) (attached hereto as Exhibit 1).

Respectfully submitted,

*/s/ Alan R. Kabat*

Lynne Bernabei (LB 2489)
Alan R. Kabat (AK 7194)
Bernabei & Kabat, PLLC
1400 – 16th Street, N.W., Suite 500
Washington, D.C. 20036-2223
(202) 745-1942

*Attorneys for Defendant Soliman H. Al-Buthe.*

DATED:  July 20, 2018

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In re Terrorist Attacks on Sept. 11, 2001*   )   No. 03-MDL-1570 (GBD)(SN)

### DECLARATION OF SOLIMAN H. AL-BUTHE

Under penalty of perjury, I, Soliman H. Al-Buthe, attest that the following is true and correct to the best of my knowledge:

1. I hereby certify that I have searched for and produced (through my attorneys) all nonprivileged documents that are responsive to the plaintiffs' jurisdictional discovery document requests. These include documents that were previously produced by the Al Haramain Islamic Foundation, Inc. (USA).

2. I have not withheld any documents on the basis of privilege, other than communications with my lawyers after this lawsuit was filed.

3. I have previously produced copies of my passports, which document my foreign travels during the period of 1992 to 2002.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED: _____
Soliman H. Al-Buthe

DATED: 7/18/2018