USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 3 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE:                              :
                                    :         ORDER
TERRORIST ATTACKS ON                :
SEPTEMBER 11, 2001                  :         03-MDL-1570 (GBD)
                                    :
------------------------------------x

This document relates to:

*World Trade Center Properties, L.L.C. et al. v. Al Baraka Investment and Development Corporation et al.*, No. 04 CV 7280

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is hereby directed to close the above-referenced case pursuant to Plaintiffs' so-ordered notice of voluntary dismissal dated March 4, 2011. (*See* Notice of Voluntary Dismissal, *In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570, ECF No. 2410.)

Dated: July 23, 2018
       New York, New York

SO ORDERED.

*[signature]*
George B. Daniels
United States District Judge