UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE: :
:
TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 :
:
------------------------------------x

ORDER

03-MDL-1570 (GBD)

This document relates to:

*Tremsky, et al. v. Laden, et al.*, No. 02 cv 7300

GEORGE B. DANIELS, United States District Judge:

The Plaintiffs' Executive Committee (the "PEC") advises that, despite multiple attempts, it has not been able to contact Plaintiffs' counsel in the above-referenced case since 2002. (*See* Letter to this Court from the PEC dated July 20, 2018, ECF No. 4061.) The PEC further advises that Plaintiffs' counsel has not filed any documentation with this Court since that time. (*Id.*)

Accordingly, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

Dated: July 23, 2018
       New York, New York

SO ORDERED.

George B. Daniels
United States District Judge