IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                   )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   ) No. 03 MDL 1570 (GBD/SN)
_____)

## NOTICE OF FILING OF DECLARATION OF
## DEFENDANT DR. ABDULLAH OMAR NASEEF'S PHYSICIANS

Defendant Dr. Abdullah Omar Naseef, through counsel, respectfully submits his physicians' Declaration, pursuant to this Court's Order (ECF 4043) (July 6, 2018).  *See* Declaration of Dr. Musaab Rajab and Dr. Walid A. Abukhudair (July 26, 2018).  Since the Declaration contains confidential medical information about Dr. Naseef, his counsel are filing a separate Motion for Leave to File Under Seal.

In addition to providing the information requested by this Court's Order, the declaration also provides information relevant to the discovery process.

In summary, Dr. Naseef's physicians have been treating him for the past five years.  *See* Ex. 1, at ¶¶ 1-2.  Dr. Naseef's physicians' declaration explains his current medical treatment and medical history.  *Id.* at ¶¶ 3-6.  His physicians' professional opinion is that his current physical and mental condition precludes him from providing deposition testimony.  *Id.* at ¶¶ 5-6.  Further details are given in the declaration, which is being submitted under seal.

    Respectfully submitted,

    */s/ Alan R. Kabat*

    _____
    Lynne Bernabei (LB 2489)
    Alan R. Kabat (AK 7194)
    Bernabei & Kabat, PLLC
    1400 – 16th Street, N.W., Suite 500
    Washington, D.C. 20036-2223
    (202) 745-1942

1

Eric L. Lewis (EL 0038)
Waleed Nassar (*pro hac vice*)
Lewis Baach Kaufmann Middlemiss PLLC
1899 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20006
(202) 833-8900 (voice)
(202) 466-5738 (facsimile)

*Attorneys for Defendants Dr. Al-Turki, et al.*

DATED:  July 26, 2018