UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **As relates to 03 MDL 1570 (GDB)(SN)** |
| GLOBAL AEROSPACE, INC.; GLOBAL AEROSPACE UNDERWRITING MANAGERS LIMITED; UNITED STATES AVIATION UNDERWRITERS, INC.; AMERICAN HOME ASSURANCE COMPANY; AXA CORPORATE SOLUTIONS ASSURANCE SA; AXA GLOBAL RISKS (UK) LIMITED; LA RÉUNION AÉRIENNE; NEW HAMPSHIRE INSURANCE COMPANY; PROSIGHT SPECIALTY MANAGEMENT COMPANY, INC.; MEMBERS OF LLOYD'S SYNDICATE 839; MEMBERS OF LLOYD'S SYNDICATE 800; MEMBERS OF LLOYD'S SYNDICATE 1084; WÜRTTENBERGISCHE VERSICHERUNG AG<br><br>                    Plaintiffs<br><br>   - against –<br><br>KINGDOM OF SAUDI ARABIA; SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA; ISLAMIC REPUBLIC OF IRAN<br><br>                    Defendants | CIVIL ACTION NO.: 18-cv-5373<br><br><br><br><br>**NOTICE OF APPEARANCE**<br><br>**ECF CASE** |

TO: The clerk of court and all parties of record

PLEASE TAKE NOTICE that the undersigned counsel, ANN TAYLOR, is admitted *pro hac vice* in this court, and appears in this case as counsel for Plaintiffs.

                                        Respectfully submitted,

August 2, 2018                          _s/ Ann Taylor_____
                                        Ann Taylor
                                        LOCKE LORD LLP
                                        111 South Wacker Drive
                                        Chicago, IL 60606
                                        Telephone: 312-443-0700
                                        *Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 2, 2018, I electronically filed the foregoing by using the Court's CM/ECF system, and thus served all counsel appearing in this action.

                                  */s/ Ann Taylor*
                                  Ann Taylor