UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** <br><br> IF P&C Insurance Limited (Publ) <br><br> Plaintiff <br><br> - against – <br><br> KINGDOM OF SAUDI ARABIA and SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA <br> Defendants | **As relates to 03 MDL 1570 (GDB)(SN)** <br><br> CIVIL ACTION NO.: 18-cv-5383 <br><br><br> **NOTICE OF APPEARANCE** <br><br> **ECF CASE** |

TO: The clerk of court and all parties of record

PLEASE TAKE NOTICE that the undersigned counsel, ANN TAYLOR, is admitted *pro hac vice* in this court, and appears in this case as counsel for Plaintiff.

                Respectfully submitted,

August 2, 2018             _s/ Ann Taylor_____
                   Ann Taylor
                   LOCKE LORD LLP
                   111 South Wacker Drive
                   Chicago, IL 60606
                   Telephone: 312-443-0700
                   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 2, 2018, I electronically filed the foregoing by using the Court's CM/ECF system, and thus served all counsel appearing in this action.

*/s/ Ann Taylor*
Ann Taylor