USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 7 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
| --- | --- |
| | ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))

## FINAL ORDER OF SUMMARY JUDGMENT

Upon consideration of the evidence and arguments submitted by the *Burlingame* wrongful death Plaintiffs in the above-captioned actions and the Judgment by Default Against the Islamic Republic of Iran entered on August 26, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that final judgment is entered on behalf of the *Burlingame* Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A with prejudgment interest on those awards to be calculated at a rate of 4.96 percent per annum, compounded annually, over the same period;

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A may submit a future application for punitive damages consistent with any future rulings of this Court;

**ORDERED** that the *Burlingame* Plaintiffs not appearing on Exhibit A and who were not previously awarded solatium and/or economic damages may submit applications in later stages and they will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated: New York, New York
        AUG 0 7 2018, 2018

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

# Exhibit A

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Bourder, Francisco | Bourdier, Magdalena | Parent | $8,500,000.00 |
| Bourder, Francisco | Bourdier, Manuel | Sibling | $4,250,000.00 |
| Brennan, Peter | Brennan, Ecaterini | Parent | $8,500,000.00 |
| Brennan, Peter | Brennan, Vincent | Parent | $8,500,000.00 |
| Brennan, Peter | Poulis, Nancy | Sibling | $4,250,000.00 |
| Coladonato, Anthony | Coladonato, Salvatore | Sibling | $4,250,000.00 |
| Cudmore, Neil | Cudmore, James | Parent | $8,500,000.00 |
| Cudmore, Neil | Morgan, Sheila | Parent | $8,500,000.00 |
| Finnegan, Michael | Finnegan, Katherine | Sibling | $4,250,000.00 |
| Fitzsimons, Richard | Fitzsimons, Robert | Sibling | $4,250,000.00 |
| Kren, John J. | Kren, Marian | Parent | $8,500,000.00 |
| Lynch, Farrell | Lynch, Brian | Sibling | $4,250,000.00 |
| Lynch, Sean | Lynch, Brian | Sibling | $4,250,000.00 |
| Maounis, James | Maounis, Constance | Parent | $8,500,000.00 |
| Maounis, James | Maounis, Mary Jane | Sibling | $4,250,000.00 |
| Maounis, James | Maounis, William | Sibling | $4,250,000.00 |
| Pouletsos, Daphne | Pouletsos, James | Parent | $8,500,000.00 |
| Pouletsos, Daphne | Pouletsos, Irene | Parent | $8,500,000.00 |
| Punches, Jack D. | Botta, Jennifer Punches | Child | $8,500,000.00 |
| Punches, Jack D. | Godwin, Ruth | Parent | $8,500,000.00 |
| Punches, Jack D. | Godwin, Debra | Sibling | $4,250,000.00 |
| Punches, Jack D. | Berns, Janet | Sibling | $4,250,000.00 |
| Rauzi, Gerard | Rauzi, Silvia | Parent | $8,500,000.00 |
| Salvaterra, Frank | Salvaterra, Antoinetta | Parent | $8,500,000.00 |
| Salvaterra, Frank | Salvaterra, Carmen | Sibling | $4,250,000.00 |
| Sopper, Mari-Rae | Lupcho, Stacy | Sibling | $4,250,000.00 |
| Spencer, Robert A. | Spencer, Robert | Parent | $8,500,000.00 |
| Spencer, Robert A. | Richardson, Elizabeth | Sibling | $4,250,000.00 |
| Spencer, Robert A. | Hayes, Kathryn | Sibling | $4,250,000.00 |
| Spencer, Robert A. | Spencer-Craig, Susan | Sibling | $4,250,000.00 |
| Spencer, Robert A. | Fosburgh, Jennifer | Sibling | $4,250,000.00 |
| Spencer, Robert A. | Spencer, Michael | Sibling | $4,250,000.00 |
| Taddonio, Michael | Taddonio, Richard | Sibling | $4,250,000.00 |
| Taddonio, Michael | Crowe, Lisa | Sibling | $4,250,000.00 |
| Taddonio, Michael | Martin, Teresa | Sibling | $4,250,000.00 |
| Vauk, Ronald | Caba, Lynne | Sibling | $4,250,000.00 |
| Vauk, Ronald | Masterson, Teresa | Sibling | $4,250,000.00 |