# EXHIBIT A

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA Electronic Mail**

February 6, 2018

ALL DEFENSE COUNSEL
PER ATTACHED LIST

      Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Counsel:

      As you will recall, during the January 24, 2018 telephone conference, Judge Netburn recommended that the parties in merits and jurisdictional discovery begin a meet-and-confer process to start discussing a deposition schedule. As part of that process, she indicated that the parties should begin to take steps, such as visa approvals and other travel necessities, to ensure that witnesses will be available in a timely manner. Toward that goal, plaintiffs are providing the following *initial* list of persons that the Plaintiffs' Executive Committees anticipate naming as deponents and are asking that the defendants take the steps necessary to ensure these individuals are able to travel and appear to testify.

| **Individual Defendants** | **Dallah Avco** | **MWL/IIRO** |
|---|---|---|
| Soliman Buthe | Omar Bayoumi | Moayed Butairy |
| Wael Jelaidan | Aleb Karli | Ghanam al Harbi |
| Yasin Kadi | Alawi Saeed Kamel | Abdelhamid Mujil |
| Abdullah Naseef | | Samir Jameel Radhi |
| Abdullah Obaid | **WAMY** | Turki bin Jalawi |
| Abdullah Turki | Abdullah Bin Laden | |
| Adnan Basha | | |

      In addition to the above-listed witnesses, we also intend to provide you with information to identify witnesses under FRCP 30(b)(6), to allow the entity defendants to begin preparing those witnesses for deposition and start the necessary processes for travel for those witnesses.

      To clarify, although we have listed each of the individual defendants separately, we anticipate deposing each of them both in their individual capacities and also as current or former

All Defense counsel per attached list
February 6, 2018
Page 2

representatives of the various entities to which they have been affiliated, with knowledge relevant to the claims against those entities.

Pursuant to the Court's Deposition Protocol Order (ECF No. 3894), paragraph 31, Plaintiffs anticipate noticing these depositions in New York, New York, as one of the Presumptively Acceptable Locations recognized by the Court. To the extent that a witness is unable to enter the United States or some other reason prohibits a witnesses' travel to New York, please advise us as promptly as feasible. In that case, Plaintiffs would alternatively propose that the witness's deposition proceed in London. Regardless of the location, we recommend that the witnesses begin the process to obtain visas to attend the depositions.

Although we are providing this list to start moving this process forward, we note that the depositions related to MWL, IIRO, WAMY and Kadi (including the related individual defendants) are all necessarily subject to the completion of document discovery, including the resolution of pending or planned motions to compel production. Accordingly, Plaintiffs intend to move forward first with the depositions of the Dallah Avco witnesses and Mr. Buthe.

We would appreciate hearing from you as soon as possible on the progress of availability of these witnesses for deposition consistent with the scheduling indicated herein.

Sincerely,

| COZEN O'CONNOR | MOTLEY RICE LLC |
|---|---|
| By: /s/ *Sean P. Carter*<br>SEAN P. CARTER<br>For the Plaintiffs' Exec. Committees | By: /s/ *Robert T. Haefele*<br>ROBERT T. HAEFELE<br>For the Plaintiffs' Exec. Committees |
| KREINDLER & KREINDLER | ANDERSON KILL |
| By: /s/ *James P. Kreindler*<br>JAMES P. KREINDLER<br>For the Plaintiffs' Exec. Committees | By: /s/ *Jerry S. Goldman*<br>JERRY S. GOLDMAN<br>For the Plaintiffs' Exec. Committees |

All Defense counsel per attached list
February 6, 2018
Page 3

_____

## List of Defense Counsel

| | |
|---|---|
| Alan Kabat<br>kabat@bernabeipllc.com<br>Bernabei & Kabat, PLLC<br>1400 16th Street, NW, Suite 500<br>Washington, DC 20036 | Omar Mohammedi<br>omohammedi@otmlaw.com<br>The Law Firm of Omar T. Mohammedi<br>233 Broadway #801<br>New York, NY 10279 |
| Martin McMahon<br>mm@martinmcmahonlaw.com<br>Martin F. McMahon & Associates<br>1150 Connecticut Avenue, N.W., #900<br>Washington, D.C. 20036 | Eric Lewis<br>eric.lewis@lbkmlaw.com<br>Lewis Baach PLLC<br>1201 F St NW #500<br>Washington, DC 20004 |
| Robert Kry<br>rkry@mololamken.com<br>MoloLamken LLP<br>600 New Hampshire Avenue, N.W.<br>Washington, D.C. 20037 | Steve Cottreau<br>scottreau@jonesday.com<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113 |
| Peter C. Salerno<br>Amy Rothstein<br>peter.salerno.law@gmail.com<br>amyrothsteinlaw@gmail.com<br>Salerno & Rothstein<br>221 Schultz Hill Road<br>Pine Plains, NY 12567 | |