# EXHIBIT H

# BERNABEI & KABAT, PLLC

ATTORNEYS AT LAW

1400 16th STREET, N.W., SUITE 500

WASHINGTON, D.C. 20036-2223

| | | |
|---|---|---|
| LYNNE BERNABEI | 202.745.1942 | KRISTEN SINISI |
| ALAN R. KABAT | FAX: 202.745.2627 | MICHAEL ELLEMENT* |
| PETER M. WHELAN | WWW.BERNABEIPLLC.COM | DEVIN WRIGLEY |

\* ADMITTED IN MD ONLY

<u>By Email and First Class Mail</u>
June 8, 2018

Sean P. Carter, Esquire
Scott Tarbutton, Esquire
Cozen O'Connor, P.C.
1650 Market Place
Philadelphia, PA 19103-7301

Re: <u>In re Terrorist Attacks</u>, No. 03-MDL-1570

Dear Counsel:

I write on behalf of the Defendants Dr. Abdullah Al-Turki, Dr. Abdullah Al-Obaid, Dr. Abdullah Naseef, and Dr. Adnan Basha, in response to the deposition notices and cover letter that you sent on June 4, 2018.

As a threshold matter, I never received any response to my letter dated April 16, 2018, in which I wrote that (1) "Dr. Naseef remains hospitalized and is not able to sit for a deposition;" (2) "Drs. Al-Turki, Al-Obaid, and Basha would have to be deposed by videoconferencing from Saudi Arabia, and would require an Arabic translator;" and (3) that our understanding was that plaintiffs did "did not want to depose these individuals until after the motions to compel were resolved as to the charity organizations."  Therefore, the absence of any response over the past two months led me to believe that the depositions would not be noticed until those motions were resolved, so that there was no need to provide potential deposition dates.

I can confirm that Dr. Naseef is still hospitalized and is still unavailable for any deposition. As before, I will inform you if his health should improve to a condition where he can participate in a deposition.

As to the other three individuals, since they "will only be deposed once" in this litigation (Deposition Protocol Order, at ¶ 38), their deposition will also be defended by counsel for MWL and IIRO, so it will be necessary to coordinate the scheduling with them.  As a preliminary matter, they would not be available during the period of July 15 to 23, 2018, due to other commitments that they and the three individuals have during that specific time period.

Sean P. Carter, Esquire
Scott Tarbutton, Esquire
June 8, 2018
Page 2 of 2

      Dr. Basha's deposition will have to take place by videoconferencing as expressly contemplated under the Deposition Protocol Order, since he is legitimately concerned about the safety of traveling outside his home country, given the allegations against him and the prior designations of several IIRO branch offices. He resides in Jeddah, so we propose the period of August 5 to 9, 2018 for scheduling his deposition, as that is the only August date available for him. (As you may know, the annual Hajj pilgrimage takes place later in August, and Jeddah will be overcrowded with pilgrims, making travel to and from Jeddah for any other purpose essentially impossible.) Dr. Basha will be undergoing extensive medical treatment in September 2018, so we do not want to schedule anything for him in that month.

      Dr. Al-Obaid does have a travel visa for London, and we are holding open the dates of September 9 to 15 for his deposition.

      We are confirming the availability of Dr. Al-Turki in August and September, but for now we are holding open the dates of August 5 to 9, 2018 (in Saudi Arabia) and September 9 to 15, 2018 (in London), subject to his ability to obtain a visa. We may have to request Rome or Madrid and not London, depending upon logistical considerations. However, if the plaintiffs will agree to videoconferencing for Drs. Al-Obaid and Dr. Al-Turki (as for Dr. Basha), then it should be much easier to schedule their depositions.

                                  Sincerely,

                                    */s/ Alan*

                                  Alan R. Kabat

cc: MDL 1570 counsel