UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

HENRY ACKER, et al.,

                            Plaintiffs,

            -against-

KINGDOM OF SAUDI ARABIA, et al.,

                            Defendants.

-----------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

18-CV-6922 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      On August 1, 2018, the plaintiffs filed a Short Form Complaint in the above-referenced matter pursuant to the Court's May 3, 2017 Order. The Short Form Complaint lists 140 new plaintiffs raising claims against the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia and Herzegovina. But on July 10, 2018, the Court issued an Amended Order in the MDL that superseded the May 3, 2017 Order in its entirety. ECF No. 4045. The Amended Order adopted a new and revised Saudi Arabia Short Form Complaint and dictated that no more than 100 plaintiffs, including estate plaintiffs, may be included in a single Saudi Arabia Short Form Complaint. Id. at 3. The plaintiffs in this matter have included too many plaintiffs on their Short Form Complaint and have failed to use the proper form in accordance with the Court's July 10, 2018 Amended Order. Therefore, the plaintiffs are ORDERED to carefully review the Court's July 10, 2018 Amended Order in its entirety. By August 17, 2018, the plaintiffs are

ORDERED to terminate 40 plaintiffs from this action and file an Amended Saudi Arabia Short Form Complaint substantially in the form attached as Exhibit B to the Court's July 10, 2018 Amended Order. The Amended Saudi Arabia Short Form Complaint may not include more than 100 plaintiffs. The plaintiffs are free to file claims on behalf of the terminated plaintiffs in a separate action in accordance with the Court's July 10, 2018 Amended Order. If they do so, the plaintiffs must also submit a letter to the Honorable George B. Daniels and the Honorable Sarah Netburn, docketed in the MDL, requesting that the new action be made part of the MDL.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   August 9, 2018
         New York, New York