# BERNABEI & KABAT, PLLC

ATTORNEYS AT LAW
1400 16th STREET, N.W., SUITE 500
WASHINGTON, D.C. 20036-2223

| | | |
|---|---|---|
| **LYNNE BERNABEI** | 202.745.1942 | **KRISTEN SINISI** |
| **ALAN R. KABAT** | FAX: 202.745.2627 | **MICHAEL ELLEMENT** |
| **PETER M. WHELAN** | WWW.BERNABEIPLLC.COM | **DEVIN WRIGLEY** |

August 10, 2018

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    I write on behalf of Defendant Dr. Abdullah Al-Turki to seek leave to file his physician's medical report under seal.

    As set forth in the "Notice of Filing of Medical Report of Defendant Dr. Abdullah Al-Turki's Physician (Aug. 10, 2018) (ECF No. 4093), Dr. Al-Turki is submitting a medical report from his treating physician. As it contains confidential medical information about Dr. Al-Turki's medical condition, his counsel respectfully requests that it be filed under seal, pursuant to Rule 5.2(e), Fed. R. Civ. P., and Local Civil Rule 5.2, Committee Note ("parties should consider whether the letter contains information about settlement discussions or personal information (including medical information regarding a party or counsel) that should not be in the public file"), in order to prevent the public dissemination of that personal medical information. Counsel can provide your chambers with a copy of that report for *in camera* review, if desired, and will provide a copy to the Plaintiffs' Executive Committee.

    Counsel for plaintiffs stated that they did "not have a general opposition to filing medical records under seal" but objected to any further filings regarding the application for protective orders.

    Therefore, Dr. Al-Turki respectfully requests that your Honor enter an Order allowing the sealed filing of Dr. Al-Turki's physician's report.

The Honorable Sarah Netburn
August 10, 2018
Page 2

                                              Respectfully submitted,

                                              */s/ Alan R. Kabat*

                                              Alan R. Kabat

cc:    All MDL Counsel of Record (via ECF)