UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: Terrorist Attacks on September 11, 2001[1] | ) ) ) ) ) | No. 03 MDL 1570 (GBD) (SN) |

## NOTICE OF NAME CHANGE FROM LEWIS BAACH PLLC
## TO LEWIS BAACH KAUFMANN MIDDLEMISS PLLC

**TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD**

Please take notice that, effective July 29, 2018, Lewis Baach Kaufman Middlemiss PLLC has a new mailing address. Please update your records for the listed attorneys with the address listed below. The firm's phone number and attorney email addresses will remain the same. We respectfully request that the Clerk of Court and counsel amend their records accordingly.

Lewis Baach Kaufman Middlemiss PLLC
1101 New York Avenue, N.W., Suite 1000
Washington, D.C.  20005

August 13, 2018

Respectfully submitted,

By:____/s/_____
Eric L. Lewis
Aisha E. Bembry (*pro hac vice*)
Waleed Nassar (*pro hac vice*)
Mark J. Leimkuhler (*pro hac vice*)
eric.lewis@lbkmlaw.com
aisha.bembry@lbkmlaw.com
waleed.nassar@lbkmlaw.com
mark.leimkuhler@lbkmlaw.com

*Counsel for Defendants Muslim World League and International Islamic Relief Organization;*

---

[1] This applies to: *Ashton, et al. v. Al Qaeda Islamic Army, et al.*, *Case No.* 02-cv-6977 (GBD) (SN); *Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-cv-9849 (GBD) (SN); *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-7065 (GBD) (SN); *Continental Casualty Co., et al. v. A1 Qaeda et al.*, Case No. 04-cv-05970 (GBD) (SN); *Euro Brokers Inc., et al. v. Ai Baraka, et al.*, Case No. 04-cv-7279 (GBD)(SN); *Federal Insurance Co., et al. v. A1 Qaida, et al.,* Case No. 03-cv-6978 (GBD) (SN); *O'Neill, Sr., et al. v. Al Baraka et al.*, Case No. 04-cv-1923 (GBD) (SN).