UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In re: Terrorist Attacks on
September 11, 2001          Plaintiff,      Case No. 03-mdl-1570

        -against-

                            Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Waleed Nassar**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____  My State Bar Number is 75241 (VA)

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✔] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Lewis Baach Kaufmann Middlemiss PLLC
            FIRM ADDRESS: 1899 Penns. Ave. N.W. Suite 600 WDC 20006
            FIRM TELEPHONE NUMBER: 202833-8900
            FIRM FAX NUMBER: 202-466-5738

NEW FIRM:   FIRM NAME: Lewis Baach Kaufmann Middlemiss PLLC
            FIRM ADDRESS: 1101 New York Ave. Suite 1000 WDC 20005
            FIRM TELEPHONE NUMBER: 202-833-8900
            FIRM FAX NUMBER: 202-466-5738

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: Aug. 13 2018

_____
ATTORNEY'S SIGNATURE