UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

In re: Terrorist Attacks on
September 11, 2001                                    Case No.   03-MDL-1570
                          Plaintiff,

     -against-

                          Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑   I have cases pending              ☐   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Eric L. Lewis
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EL0038          My State Bar Number is  2576718

I am,

☑   An attorney
☐   A Government Agency attorney
☐   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:      FIRM NAME:  Lewis Baach Kaufmann Middlemiss PLLC
               FIRM ADDRESS:  1899 Penns. N.W. Suite 600 WDC 20006
               FIRM TELEPHONE NUMBER:  202-833-8900
               FIRM FAX NUMBER:  202-466-5738

NEW FIRM:      FIRM NAME:  Lewis Baach Kaufmann Middlemiss PLLC
               FIRM ADDRESS:  1101 New York Ave. N.W. St. 1000 WDC 20005
               FIRM TELEPHONE NUMBER:  202-833-8900
               FIRM FAX NUMBER:  202-466-5738

☑   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐   I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
     was entered on _____ by Judge                    _____.

Dated: 8/13/2018                        _____
                                        ATTORNEY'S SIGNATURE