# EXHIBIT A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Amaranto, Angelo | Yarembinsky, Emily | Child | $8,500,000.00 |
| 2 | Andrucki, Jean | Andrucki, George | Parent | $8,500,000.00 |
| 3 | Andrucki, Jean | Andrucki, Mary | Parent | $8,500,000.00 |
| 4 | Angelini, Sr., Joseph J. | Angelini, Annmarie | Child | $8,500,000.00 |
| 5 | Angelini, Sr., Joseph J. | Angelini, Mary M. | Child | $8,500,000.00 |
| 6 | Angelini, Sr., Joseph J. | Angelini, Michael P. | Child | $8,500,000.00 |
| 7 | Battaglia, Paul | Leinung, Elaine | Parent | $8,500,000.00 |
| 8 | Blood, Jr., Richard M. | Blood, Sr., Richard | Parent | $8,500,000.00 |
| 9 | Blood, Jr., Richard M. | Taylor Wynne, Rebecca | Sibling | $4,250,000.00 |
| 10 | Briley, Jonathan E. | Briley, Alexander | Sibling | $4,250,000.00 |
| 11 | Briley, Jonathan E. | Briley, Joanne | Sibling | $4,250,000.00 |
| 12 | Briley, Jonathan E. | Briley, Timothy | Sibling | $4,250,000.00 |
| 13 | Briley, Jonathan E. | Briley-Strand, Gwendolyn | Sibling | $4,250,000.00 |
| 14 | Burns, Donald J. | Burns, Charles | Sibling | $4,250,000.00 |
| 15 | Burns, Donald J. | Burns, Julia | Parent | $8,500,000.00 |
| 16 | Calia, Dominick E. | Calia, John R. | Sibling | $4,250,000.00 |
| 17 | Calia, Dominick E. | Calia, Mildred | Parent | $8,500,000.00 |
| 18 | Calia, Dominick E. | Calia, Richard V. | Sibling | $8,500,000.00 |
| 19 | Carroll, Michael T. | Carroll, William | Sibling | $4,250,000.00 |
| 20 | Cefalu, Jason | Cefalu, Geraldine | Parent | $8,500,000.00 |
| 21 | Clark, Mannie L. | Davis, Tanya Kim | Child | $8,500,000.00 |
| 22 | Clark, Thomas R. | Clark, Patricia D. | Parent | $8,500,000.00 |
| 23 | Clark, Thomas R. | Clark, Richard J. | Parent | $8,500,000.00 |
| 24 | Cortes-Rodriguez, Carlos | Sears, Julia | Sibling | $4,250,000.00 |
| 25 | Cortes-Rodriguez, Carlos | Somogyi, María Victoria | Sibling | $4,250,000.00 |
| 26 | Devitt, Jr., Robert | Devitt, Joyce | Parent | $8,500,000.00 |
| 27 | Dincuff, Christopher | Dincuff, Ian | Sibling | $4,250,000.00 |
| 28 | Distefano, Douglas | Distefano, David | Sibling | $4,250,000.00 |
| 29 | Dunne, Christopher J. | Dunne, Jay | Parent | $8,500,000.00 |
| 30 | Edwards Angell, Mary Lynn | Edwards, Marilyn | Parent | $8,500,000.00 |
| 31 | Edwards Angell, Mary Lynn | Edwards, III, Thomas H. | Sibling | $4,250,000.00 |
| 32 | Egan, Lisa E. | Egan, Brendan | Sibling | $4,250,000.00 |
| 33 | Egan, Lisa E. | Egan, Elizabeth | Parent | $8,500,000.00 |
| 34 | Egan, Lisa E. | Emperor, Thomas | Sibling | $4,250,000.00 |
| 35 | Egan, Samantha M. | Egan, Brendan | Sibling | $4,250,000.00 |
| 36 | Egan, Samantha M. | Egan, Elizabeth | Parent | $8,500,000.00 |
| 37 | Egan, Samantha M. | Emperor, Thomas | Sibling | $4,250,000.00 |
| 38 | Fallon, Jr., William L. | Fallon, Elizabeth | Sibling | $4,250,000.00 |
| 39 | Fernandez, Julio | Fernandez, Julio C. | Child | $8,500,000.00 |
| 40 | Foley, Thomas | Gross, Joanne | Sibling | $4,250,000.00 |
| 41 | Galletti, Lourdes Janet | Diaz, Milagros | Parent | $8,500,000.00 |
| 42 | Gargano, Rocco N. | Gargano, Antonia | Parent | $8,500,000.00 |

| | | | | |
|---|---|---|---|---|
| 43 | Gnazzo, John T. | Yoshida Gnazzo, Misha | Sibling | $4,250,000.00 |
| 44 | Hayes, Phillip T. | Froehlich, Laura | Child | $8,500,000.00 |
| 45 | Hayes, Phillip T. | Hayes, Jr., Phillip T. | Child | $8,500,000.00 |
| 46 | Hayes, Phillip T. | McDermott, Virginia | Child | $8,500,000.00 |
| 47 | Hayes, Phillip T. | O'Gara, Theresa | Child | $8,500,000.00 |
| 48 | Henderson, Ronnie Lee | Henderson, Doron | Child | $8,500,000.00 |
| 49 | Henderson, Ronnie Lee | Henderson, Hashim | Child | $8,500,000.00 |
| 50 | Henderson, Ronnie Lee | Henderson, Shirley | Partner | $12,500,000.00 |
| 51 | Joseph, Karl H. | Joseph, Henri | Parent | $8,500,000.00 |
| 52 | Joseph, Karl H. | Joseph, Jacqueline | Parent | $8,500,000.00 |
| 53 | Joseph, Karl H. | Joseph, Woodly | Sibling | $4,250,000.00 |
| 54 | Joseph, Karl H. | Joseph, Ted | Sibling | $4,250,000.00 |
| 55 | Kellerman, Peter R. | Gales, Joyce L. | Parent | $8,500,000.00 |
| 56 | Kolpakova, Irina | Kolpakov, Arsen | Child | $8,500,000.00 |
| 57 | Lapin, Ruth | Lapin, David | Sibling | $4,250,000.00 |
| 58 | Lapin, Ruth | Lopatin, Joan | Parent | $8,500,000.00 |
| 59 | Lee, Yang Der | Lee, Phillip | Child | $8,500,000.00 |
| 60 | Lisi, Lorraine | Naccarato, Enrica | Sibling | $4,250,000.00 |
| 61 | Lukas, Marie | Lukas, Marie | Parent | $8,500,000.00 |
| 62 | Maynard, Keithroy | Maynard, Vernon | Sibling | $4,250,000.00 |
| 63 | McDowell, Jr., John F. | McDowell, Patricia | Parent | $8,500,000.00 |
| 64 | McGinty, Michael | McGinty, Sandra | Parent | $8,500,000.00 |
| 65 | McGinty, Michael | McGinty James, Erin | Sibling | $4,250,000.00 |
| 66 | Mercado, Steve | Mercado, Anthony | Sibling | $4,250,000.00 |
| 67 | Merkouris, George | Merkouris, Elizabeth | Parent | $8,500,000.00 |
| 68 | Merkouris, George | Vrachnas, Cathy | Sibling | $4,250,000.00 |
| 69 | Miller, Jr., Henry A. | Miller, Wayne | Sibling | $4,250,000.00 |
| 70 | Miller, Jr., Henry A. | Testagrose, Janice | Sibling | $4,250,000.00 |
| 71 | Miller, Jr., Henry A. | Warnock, Corrine | Sibling | $4,250,000.00 |
| 72 | Morales-Puopolo, Sonia | Puopolo, Sonia | Child | $8,500,000.00 |
| 73 | Navarro, Karen S. | Navarro, Sharon | Sibling | $4,250,000.00 |
| 74 | Noeth, Michael | Noeth, Avraham | Parent | $8,500,000.00 |
| 75 | Norton, Jacqueline | Seymour, Jason | Child | $8,500,000.00 |
| 76 | Norton, Jacqueline | Seymour, John | Child | $8,500,000.00 |
| 77 | Oswald, Jason | Oswald, Jane | Parent | $8,500,000.00 |
| 78 | Pascuma, Jr., Michael J. | Pascuma, Melissa | Child | $8,500,000.00 |
| 79 | Passaro, Suzanne H. | Durbin, Irene | Sibling | $4,250,000.00 |
| 80 | Passaro, Suzanne H. | Passaro, Anthony F. | Parent | $8,500,000.00 |
| 81 | Passaro, Suzanne H. | Passaro, Helene S. | Parent | $8,500,000.00 |
| 82 | Palazzo, Jeffery M. | Palazzo, Irene | Parent | $8,500,000.00 |
| 83 | Palazzo, Thomas A. | Palazzo Sulliman, Barbara | Sibling | $4,250,000.00 |
| 84 | Patel, Manish | Devani, Ila | Sibling | $4,250,000.00 |
| 85 | Patel, Manish | Patel, Kalpana | Sibling | $4,250,000.00 |
| 86 | Patel, Manish | Patel, Parul | Sibling | $4,250,000.00 |

| | | | | |
|---|---|---|---|---|
| 87 | Paz-Gutierrez, Victor Hugo | Gutierrez de Paz, Blanca Judith | Parent | $8,500,000.00 |
| 88 | Paz-Gutierrez, Victor Hugo | Paz Gutierrez, Ana Patricia | Sibling | $4,250,000.00 |
| 89 | Paz-Gutierrez, Victor Hugo | Paz Gutierrez, Jose Cipriano | Sibling | $4,250,000.00 |
| 90 | Paz-Gutierrez, Victor Hugo | Paz Gutierrez, Julia Amparo | Sibling | $4,250,000.00 |
| 91 | Rand, Adam D. | Rand, James | Sibling | $4,250,000.00 |
| 92 | Regenhard, Christian M. O. | Regenhard, Albert T. | Parent | $8,500,000.00 |
| 93 | Regenhard, Christian M. O. | Regenhard, Catherine | Parent | $8,500,000.00 |
| 94 | Rodriguez, Carmen M. | Padilla, Mary Lynn | Child | $8,500,000.00 |
| 95 | Rodriguez, Carmen M. | Santos, Carlos | Child | $8,500,000.00 |
| 96 | Santo, Susan | Santo, Jeffrey W. | Sibling | $4,250,000.00 |
| 97 | Santo, Susan | Santo, Joseph | Parent | $8,500,000.00 |
| 98 | Scauso, Dennis | Scauso, Salvatore | Parent | $8,500,000.00 |
| 99 | Schielke, Sean | Schielke, Kenneth | Parent | $8,500,000.00 |
| 100 | Sereno, Arturo | Picone, Nancy | Sibling | $4,250,000.00 |
| 101 | Sereno, Arturo | Sereno, Anna | Parent | $8,500,000.00 |
| 102 | Sereno, Arturo | Sereno, Tommaso | Parent | $8,500,000.00 |
| 103 | Shearer, Kathleen | Nicholson, Mary | Child | $8,500,000.00 |
| 104 | Shearer, Kathleen | Castro, Karrie | Child | $8,500,000.00 |
| 105 | Shearer, Robert | Nicholson, Mary | Child | $8,500,000.00 |
| 106 | Shearer, Robert | Castro, Karrie | Child | $8,500,000.00 |
| 107 | Steinman, Alexander | Steinman Kelleher, Susan Rachel | Sibling | $4,250,000.00 |
| 108 | Stewart, Michael J. | Galusha-Wild, Kristin | Partner | $12,500,000.00 |
| 109 | Taback, Harry | Taback, Cheryl | Child | $8,500,000.00 |
| 110 | Taback, Harry | Taback, Lori | Child | $8,500,000.00 |
| 111 | Taback, Harry | Taback Catalano, Tracy Ann | Child | $8,500,000.00 |
| 112 | Taylor, Sandra C. | Taylor, Samantha | Child | $8,500,000.00 |
| 113 | Trant, Daniel | Trant, Timothy P. | Sibling | $4,250,000.00 |
| 114 | Trentini, James A. | Trentini, Pamela B. | Child | $8,500,000.00 |
| 115 | Trentini, James A. | Trentini, Patti J. | Child | $8,500,000.00 |
| 116 | Trentini, James A. | Trentini, II, James A. | Child | $8,500,000.00 |
| 117 | Trentini, James A. | Vatalaro, Mary P. | Child | $8,500,000.00 |
| 118 | Trentini, James A. | Egan, Lorraine | Sibling | $4,250,000.00 |
| 119 | Trentini, James A. | Luciano, Mary M. | Sibling | $4,250,000.00 |
| 120 | Trentini, Mary | Trentini, Pamela B. | Child | $8,500,000.00 |
| 121 | Trentini, Mary | Trentini, Patti J. | Child | $8,500,000.00 |
| 122 | Trentini, Mary | Trentini, II, James A. | Child | $8,500,000.00 |
| 123 | Trentini, Mary | Vatalaro, Mary P. | Child | $8,500,000.00 |
| 124 | Vincelli, Chantal | Vincelli, Antonio | Parent | $8,500,000.00 |
| 125 | Weiser, Simon V. | Weiser, Anatoly S. | Child | $8,500,000.00 |
| 126 | Williams, III, Louis C. | Williams, Craig | Child | $8,500,000.00 |
| 127 | Williams, III, Louis C. | Williams, Scott | Child | $8,500,000.00 |
| 128 | Wodenshek, Christopher | Wodenshek, Florence | Parent | $8,500,000.00 |