# BERNABEI & KABAT, PLLC

ATTORNEYS AT LAW
1400 16th STREET, N.W., SUITE 500
WASHINGTON, D.C. 20036-2223
202.745.1942
FAX: 202.745.2627
WWW.BERNABEIPLLC.COM

LYNNE BERNABEI
ALAN R. KABAT
PETER M. WHELAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__8/15/2018____

August 10, 2018

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of Defendant Dr. Abdullah Al-Turki to seek leave to file his physician's medical report under seal.

      As set forth in the "Notice of Filing of Medical Report of Defendant Dr. Abdullah Al-Turki's Physician (Aug. 10, 2018) (ECF No. 4093), Dr. Al-Turki is submitting a medical report from his treating physician.  As it contains confidential medical information about Dr. Al-Turki's medical condition, his counsel respectfully requests that it be filed under seal, pursuant to Rule 5.2(e), Fed. R. Civ. P., and Local Civil Rule 5.2, Committee Note ("parties should consider whether the letter contains information about settlement discussions or personal information (including medical information regarding a party or counsel) that should not be in the public file"), in order to prevent the public dissemination of that personal medical information.  Counsel can provide your chambers with a copy of that report for *in camera* review, if desired, and will provide a copy to the Plaintiffs' Executive Committee.

      Counsel for plaintiffs stated that they did "not have a general opposition to filing medical records under seal" but objected to any further filings regarding the application for protective orders.

      Therefore, Dr. Al-Turki respectfully requests that your Honor enter an Order allowing the sealed filing of Dr. Al-Turki's physician's report.

The Honorable Sarah Netburn
August 10, 2018
Page 2

                              Respectfully submitted,

                              */s/ Alan R. Kabat*

                              Alan R. Kabat

---

Defendant Abdullah Al-Turki's request to file his physician's report under seal is GRANTED. Defendant may file the declaration under seal in accordance with Section 6 of the Court's ECF Rules. In addition, Defendant is directed to send a copy of the declaration to Netburn_NYSDChambers@nysd.uscourts.gov, copying the relevant members of the Plaintiffs' Executive Committee. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 4094.
**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

August 15, 2018
New York, New York