

**KREINDLER & KREINDLER LLP**

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

August 15, 2018

<u>VIA ECF</u>
The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      RE:    *In re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)
               This document relates to: *Ashton, et al. v. al Qaeda Islamic Army, et al.,*
               02-cv-6977(GBD)(SN)

Dear Judge Daniels,

      On August 14, 2018, our office filed a Motion for Final Judgments on behalf of 128 of the *Ashton* plaintiffs listed in Exhibit A attached to the Kreindler Declaration (referred to therein as the "*Ashton VI*" claimants). See 02-md-1570 (S.D.N.Y.)(GBD)(SN), Doc. Nos. 4101; 4101-1.

      In the attached exhibit, *Ashton VI* claimant, Richard V. Calia (No.18), the brother of 9/11 decedent Dominick E. Calia, is correctly listed as the victim's brother, however, his requested presumptive solatium damages award was inadvertently listed as $8.5 million. Pursuant to this Court's framework, his requested presumptive solatium damages award amount should be $4.25 million. As such, we have corrected the requested presumptive award amount in the attached exhibit, also entitled Exhibit A. We request that when entering an Order on the relief requested in the pending Motion, the Court rely on the attached Exhibit A filed today, August 15, 2018, in lieu of the original exhibit attached to the Kreindler Declaration.

      Thank you for your consideration of this matter.

                                            Respectfully,

                                            KREINDLER & KREINDLER LLP

                                            <u>/s/ James P. Kreindler</u>
                                            James P. Kreindler, Esq.
                                            Andrew J. Maloney III, Esq.
                                            750 Third Avenue, 32nd Floor

**California Office**
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

**Massachusetts Office**
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120

August 15, 2018
Page 2

           New York, New York 10017
           Tel: (212) 687-8181
           Fax: (212) 972 – 9432
           Email: amaloney@kreindler.com
           *Attorneys for Ashton Plaintiffs*

Enclosure
cc:    All MDL Counsel of Record (via ECF)