UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/18

In Re: Terrorist Attacks on September 11, 2001

**CERTIFICATE OF MAILING**

Case No.: 03MDL1570 (GBD)
02CV6977(GBD)
02CV7230 (GBD)

I hereby certify under the penalties of perjury that on the _16_ day of ___August___ 2018_, I served: <u>Islamic Republic of Iran, H.E. Dr. Mohammad Javad Zarif, Foreign Minister of the Ministry of Foreign Affairs at Imam Khomeini Street, Imam Khomeini Square, Tehran, Islamic Republic of Iran</u>

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

_2_ copy(ies) of the __See Attached Rider__ by Federal Express # 7729 7895 0889.

Dated: New York, New York
08/16/2018

RUBY J. KRAJICK
CLERK OF COURT

_____
Shanee Mcleod
DEPUTY CLERK

# Attached Rider

(1) Notice of default judgment
(2) A true and certified copy of the August 31, 2015 Default Judgment on liability
(3) A true and certified copy of the March 8, 2016 Default Judgment on damages
(4) A true and certified copy of the May 29, 2018 Final Order of Judgment and the moving paper for Plaintiffs' motion
(5) A copy of the Foreign Sovereign Immunities Act
(6) Certified Farsi translations of all the above documents.

ORIGIN ID:PCTA (212) 805-0136
RUBY J. KRAJICK
US DISTRICT COURT, SDNY
500 PEARL STREET
ROOM 120
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 15AUG18
ACTWGT: 3.19 LB
CAD: 9266652/INET4040

BILL SENDER

TO DIR. OF CONSULAR SVCS(CAOCSPRI)
US DEPARTMENT OF STATE, SA-29
2201 C STREET, NW
4TH FLOOR
WASHINGTON DC 20520
(202) 736-9110   REF:
INV:
PO:   DEPT:



FedEx Express

THU - 16 AUG 10:30A
PRIORITY OVERNIGHT

TRK# 7729 7895 0889
0201

20520
DC-US   IAD

EP AUKA



8/15/2018