# EXHIBIT A

## EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Joseph | | Agnello | | Anthony | | Agnello | | Sibling | $ 4,250,000.00 | | |
| 2 | Kermit | C. | Anderson | | Barbara | L. | Werner | | Child | $ 8,500,000.00 | | |
| 3 | Kermit | C. | Anderson | | Deborah | J. | Anderson | | Child | $ 8,500,000.00 | | |
| 4 | Michael | Rourke | Andrews | | Edward | S. | Andrews | | Parent | $ 8,500,000.00 | | |
| 5 | Peter | Paul | Apollo | | Peter | | Apollo (Estate of) | Jr. | Parent | $ 8,500,000.00 | | |
| 6 | Michael | Joseph | Armstrong | | Mary | E. | Armstrong | | Parent | $ 8,500,000.00 | | |
| 7 | Michael | Joseph | Armstrong | | Gerard | J. | Armstrong | | Sibling | $ 4,250,000.00 | | |
| 8 | Janice | Marie | Ashley | | Michael | William | Ashley | | Sibling | $ 4,250,000.00 | | |
| 9 | Gerald | T. | Atwood | | Gregory | Paul | Atwood | | Sibling | $ 4,250,000.00 | | |
| 10 | Gerald | T. | Atwood | | Jane | Marie | Duffy | | Sibling | $ 4,250,000.00 | | |
| 11 | Guy | | Barzvi | | Arie | | Barzvi (Estate of) | | Parent | $ 8,500,000.00 | | |
| 12 | John | P. | Bergin | | Agnes | T. | Bergin | | Parent | $ 8,500,000.00 | | |
| 13 | John | P. | Bergin | | George | R. | Bergin (Estate of) | | Parent | $ 8,500,000.00 | | |
| 14 | John | P. | Bergin | | George | M. | Bergin | | Sibling | $ 4,250,000.00 | | |
| 15 | Brian | | Bilcher | | Irene | A. | Bilcher | | Parent | $ 8,500,000.00 | | |
| 16 | Albert | Balewa | Blackman | Jr. | Hyacinth | | Blackman | | Parent | $ 8,500,000.00 | | |
| 17 | Kelly | Ann | Booms | | Nancy | J. | Booms | | Parent | $ 8,500,000.00 | | |
| 18 | Michael | E. | Brennan | | Eileen | V. | Walsh | | Parent | $ 8,500,000.00 | | |
| 19 | Michael | E. | Brennan | | Michael | F. | Brennan (Estate of) | | Parent | $ 8,500,000.00 | | |
| 20 | Nancy | Clare | Bueche | | Charles | G. | McNulty | | Sibling | $ 4,250,000.00 | | |
| 21 | Stephen | | Bunin | | Corinne | Loretta | Bunin | | Parent | $ 8,500,000.00 | | |
| 22 | Keith | James | Burns | | Bernard | J. | Burns (Estate of) | | Parent | $ 8,500,000.00 | | |
| 23 | Patrick | D. | Byrne | | Robert | G. | Byrne (Estate of) | Sr. | Parent | $ 8,500,000.00 | | |
| 24 | Patrick | D. | Byrne | | Robert | G. | Byrne (Estate of) | Jr. | Sibling | $ 4,250,000.00 | | |
| 25 | Cecile | Marella | Caguicla | | Asuncion | Chona | Caguicla Soriano | | Sibling | $ 4,250,000.00 | | |
| 26 | Sean | | Canavan | | Kathleen | A. | McKeon | | Sibling | $ 4,250,000.00 | | |
| 27 | John | Francis | Casazza | | John | Francis | Casazza (Estate of) | | ESTATE | | $ 2,000,000.00 | $ 21,897,195.00 |
| 28 | Charles | L. | Chan | | Michael | J. | Chan | | Sibling | $ 4,250,000.00 | | |
| 29 | Rosa | M. | Chapa | | John | J. | Chapa (Estate of) | | Child | $ 8,500,000.00 | | |
| 30 | Nestor | Julio | Chevalier | Jr. | Nestor | J. | Chevalier | Sr. | Parent | $ 8,500,000.00 | | |
| 31 | John | G. | Chipura | | Nancy | J. | Chipura | | Sibling | $ 4,250,000.00 | | |
| 32 | Elaine | | Cillo | | Nunzi | C. | Cillo (Estate of) | | Parent | $ 8,500,000.00 | | |
| 33 | James | Durward | Cleere | | Patricia | Cleere | Wilgus | | Sibling | $ 4,250,000.00 | | |
| 34 | John | Michael | Collins | | Martin | J. | Collins | Jr. | Sibling | $ 4,250,000.00 | | |
| 35 | Gerard | J. | Coppola | | George | J. | Coppola (Estate of) | Sr. | Parent | $ 8,500,000.00 | | |
| 36 | Kenneth | J. | Cubas | | Lawrence | Mark | Cubas (Estate of) | | Sibling | $ 4,250,000.00 | | |
| 37 | Laurence | D. | Curia | | Alice | | Curia (Estate of) | | Parent | $ 8,500,000.00 | | |
| 38 | Laurence | D. | Curia | | Joseph | | Curia (Estate of) | | Parent | $ 8,500,000.00 | | |
| 39 | Scott | | Davidson | | Carla | L. | Di Maggio | | Parent | $ 8,500,000.00 | | |
| 40 | Thomas | P. | DeAngelis | | Christine | Marie | Caputo | | Child | $ 8,500,000.00 | | |
| 41 | Thomas | P. | DeAngelis | | Thomas | James | DeAngelis | | Child | $ 8,500,000.00 | | |
| 42 | Simon | Marash | Dedvukaj | | Marash | | Dedvukaj | | Parent | $ 8,500,000.00 | | |
| 43 | Simon | Marash | Dedvukaj | | Vitora | | Dedvukaj | | Parent | $ 8,500,000.00 | | |
| 44 | Jason | Christopher | DeFazio | | Michael | J. | DeFazio (Estate of) | | Sibling | $ 4,250,000.00 | | |

1

EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | Neil | M. | Dollard | | Mary | K. | Dollard | | Sibling | $ 4,250,000.00 | | |
| 46 | Stephen | Patrick | Driscoll | | Patrick | Joseph | Driscoll (Estate of) | | Parent | $ 8,500,000.00 | | |
| 47 | Stephen | Patrick | Driscoll | | Letitia | | Driscoll (Estate of) | | Parent | $ 8,500,000.00 | | |
| 48 | Patrick | Joseph | Driscoll | | John | M. | Driscoll (Estate of) | | Sibling | $ 4,250,000.00 | | |
| 49 | Margaret | R. | Echtermann | | Johanna | L. | Kmetz | | Sibling | $ 4,250,000.00 | | |
| 50 | Barbara | Gollan | Edwards | | Scott | C. | Edwards | | Child | $ 8,500,000.00 | | |
| 51 | Michael | | Esposito | | Simone | | Esposito | Sr. | Parent | $ 8,500,000.00 | | |
| 52 | Francis | | Esposito | | Catherine | Michelle | Esposito | | Sibling | $ 4,250,000.00 | | |
| 53 | Francis | | Esposito | | Richard | | Esposito | | Sibling | $ 4,250,000.00 | | |
| 54 | Kathleen | | Faragher | | Beverly | A. | Faragher | | Parent | $ 8,500,000.00 | | |
| 55 | Kathleen | | Faragher | | William | E. | Faragher (Estate of) | Sr. | Parent | $ 8,500,000.00 | | |
| 56 | Wendy | Ruth | Faulkner | | Jeanette | E. | Morris-Friedrich | | Sibling | $ 4,250,000.00 | | |
| 57 | Robert | | Fazio | Jr. | Robert | A. | Fazio (Estate of) | Sr. | Parent | $ 8,500,000.00 | | |
| 58 | Robert | | Fazio | Jr. | Carole | | Lovero | | Sibling | $ 4,250,000.00 | | |
| 59 | Edward | Thomas | Fergus | Jr. | Dorothy | Anna | Fergus | | Parent | $ 8,500,000.00 | | |
| 60 | Edward | Thomas | Fergus | Jr. | Edward | Thomas | Fergus | Sr. | Parent | $ 8,500,000.00 | | |
| 61 | Louis | V. | Fersini | Jr. | Minnie | D. | Ferro | | Parent | $ 8,500,000.00 | | |
| 62 | Louis | V. | Fersini | Jr. | Josephine | N. | Ponger | | Sibling | $ 4,250,000.00 | | |
| 63 | Louis | V. | Fersini | Jr. | Joseph | V. | Fersini | Sr. | Sibling | $ 4,250,000.00 | | |
| 64 | Louis | V. | Fersini | Jr. | Frieda | | Green | | Sibling | $ 4,250,000.00 | | |
| 65 | Jeffrey | L. | Fox | | Eleanor | | Fox | | Parent | $ 8,500,000.00 | | |
| 66 | James | Andrew | Gadiel | | George | Langdon Warner | Gadiel | | Sibling | $ 4,250,000.00 | | |
| 67 | Gary | Paul | Geidel | | Patricia | Marie | Geidel (Estate of) | | Parent | $ 8,500,000.00 | | |
| 68 | James | G. | Geyer | | Philip | G. | Geyer (Estate of) | | Parent | $ 8,500,000.00 | | |
| 69 | Catherine | C. | Gorayeb | | Claire | A. | Gorayeb | | Sibling | $ 4,250,000.00 | | |
| 70 | Thomas | E. | Gorman | | Theresa | Rachel | Gorman | | Parent | $ 8,500,000.00 | | |
| 71 | Thomas | E. | Gorman | | Edward | Thomas | Gorman | | Parent | $ 8,500,000.00 | | |
| 72 | Thomas | E. | Gorman | | Theresa | Mary | Creedon | | Sibling | $ 4,250,000.00 | | |
| 73 | Thomas | E. | Gorman | | John | Edward | Gorman (Estate of) | | Sibling | $ 4,250,000.00 | | |
| 74 | David | Joseph | Grimner | | Teresa | L. | Grimner (Estate of) | | Parent | $ 8,500,000.00 | | |
| 75 | Steven | M. | Hagis | | Maryjane | | Hagis (Estate of) | | Sibling | $ 4,250,000.00 | | |
| 76 | Carl | Max | Hammond | Jr. | Sue | M. | Hammond (Estate of) | | Parent | $ 8,500,000.00 | | |
| 77 | Daniel | Edward | Harlin | | Wilbur | | Harlin (Estate of) | | Parent | $ 8,500,000.00 | | |
| 78 | Daniel | Edward | Harlin | | James | Michael | Harlin | | Sibling | $ 4,250,000.00 | | |
| 79 | Aisha | Ann | Harris | | Arvette | Denise | Harris | | Parent | $ 8,500,000.00 | | |
| 80 | John | P. | Hart | | Betty | J. | Mathwig (Estate of) | | Parent | $ 8,500,000.00 | | |
| 81 | Scott | | Hazelcorn | | Janice | | Hazelcorn | | Parent | $ 8,500,000.00 | | |
| 82 | Charles | F.X. | Heeran | | Bernard | James | Heeran | | Parent | $ 8,500,000.00 | | |
| 83 | Michelle | Marie | Henrique | | Patricia | A. | Henrique | | Parent | $ 8,500,000.00 | | |
| 84 | Stephen | G. | Hoffman | | Jean | L. | Hoffman | | Parent | $ 8,500,000.00 | | |
| 85 | Angela | Marie | Houtz | | Julia | P. | Shontere | | Parent | $ 8,500,000.00 | | |
| 86 | Robert | Joseph | Hymel | | Natalie | Christina | Conners | | Child | $ 8,500,000.00 | | |
| 87 | Yudh | V. | Jain | | Sargam | | Jain | | Child | $ 8,500,000.00 | | |
| 88 | Barbara | A. | Keating | | John | E. | Keating | | Child | $ 8,500,000.00 | | |

2

EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | Alan | David | Kleinberg | | Alan | David | Kleinberg (Estate of) | | ESTATE | | $ 2,000,000.00 | $ 51,711,383.00 |
| 90 | Alan | David | Kleinberg | | Stanley | L. | Kleinberg (Estate of) | | Parent | $ 8,500,000.00 | | |
| 91 | Danielle | | Kousoulis | | Peter | G. | Kousoulis | | Sibling | $ 4,250,000.00 | | |
| 92 | Kathryn | | Laborie | | Harlan | G. | Yancey | | Parent | $ 8,500,000.00 | | |
| 93 | Joseph | A. | LaFalce | | Dominick | V. | LaFalce | Jr. | Sibling | $ 4,250,000.00 | | |
| 94 | Michele | | Lanza | | Albert | A. | Chamberlain (Estate of) | | Parent | $ 8,500,000.00 | | |
| 95 | Michele | | Lanza | | Ethel | R. | Chamberlain (Estate of) | | Parent | $ 8,500,000.00 | | |
| 96 | Stephen | Paul | Lefkowitz | | Lillian | | Lefkowitz (Estate of) | | Parent | $ 8,500,000.00 | | |
| 97 | Stephen | Paul | Lefkowitz | | Rubin | | Lefkowitz (Estate of) | | Parent | $ 8,500,000.00 | | |
| 98 | John | J. | Lennon | | Lucille | | Lennon | | Parent | $ 8,500,000.00 | | |
| 99 | John | J. | Lennon | Jr. | Nancy | Lennon | Frain | | Sibling | $ 4,250,000.00 | | |
| 100 | John | D. | Levi | | Jennifer | A. | Levi | | Child | $ 8,500,000.00 | | |
| 101 | Daniel | | Lewin | | Jonathan | A. | Lewin | | Sibling | $ 4,250,000.00 | | |
| 102 | Daniel | | Libretti | | Joseph | | Libretti | | Sibling | $ 4,250,000.00 | | |
| 103 | Ralph | M. | Licciardi | | Sebastiano | | Licciardi (Estate of) | | Parent | $ 8,500,000.00 | | |
| 104 | Martin | | Lizzul | | Dana | Mary | Lizzul | | Sibling | $ 4,250,000.00 | | |
| 105 | Catherine | Lisa | Loguidice | | Rosanne | L. | Spirito | | Sibling | $ 4,250,000.00 | | |
| 106 | Stephen | V. | Long | | George | Thomas | Long | | Parent | $ 8,500,000.00 | | |
| 107 | Stephen | V. | Long | | George | W. | Long | | Sibling | $ 4,250,000.00 | | |
| 108 | Sean | Thomas | Lugano | | John | C. | Lugano | | Sibling | $ 4,250,000.00 | | |
| 109 | Sean | Patrick | Lynch | | Colleen | M. | Watson | | Sibling | $ 4,250,000.00 | | |
| 110 | Joseph | | Maffeo | | Susan | | Drury | | Sibling | $ 4,250,000.00 | | |
| 111 | Alfred | Russell | Maler | | Beverly | Virginia | Maler | | Sibling | $ 4,250,000.00 | | |
| 112 | Alfred | Russell | Maler | | Jeanine | Michele | Sherman | | Sibling | $ 4,250,000.00 | | |
| 113 | Hildegard | | Marcin | | Elizabeth | Ann | Kemmerer (Estate of) | | Child | $ 8,500,000.00 | | |
| 114 | Kevin | D. | Marlo | | Dennis | S. | Marlo | | Parent | $ 8,500,000.00 | | |
| 115 | Jose | Angel | Martinez | Jr. | Diane | L. | Martinez | | Child | $ 8,500,000.00 | | |
| 116 | Jose | Angel | Martinez | Jr. | Michele | C. | Melendez | | Child | $ 8,500,000.00 | | |
| 117 | Jose | Angel | Martinez | Jr. | Denise | A. | Glaser | | Child | $ 8,500,000.00 | | |
| 118 | Jose | Angel | Martinez | Jr. | JoAnne | | Gregory | | Child | $ 8,500,000.00 | | |
| 119 | Michael | | Massaroli | | Josephine | | Holubar | | Parent | $ 8,500,000.00 | | |
| 120 | Philip | William | Mastrandrea | | Lynn | Marie | Paragano | | Sibling | $ 4,250,000.00 | | |
| 121 | Rudy | | Mastrocinque | Jr. | Sharon | A. | Swailes | | Sibling | $ 4,250,000.00 | | |
| 122 | Rudy | | Mastrocinque | Jr. | Rudy | | Mastrocinque | Sr. | Parent | $ 8,500,000.00 | | |
| 123 | John | K. | McAvoy | | Michael | S. | McAvoy | | Sibling | $ 4,250,000.00 | | |
| 124 | Kevin | Michael | McCarthy | | Charles | E. | McCarthy | Sr. | Parent | $ 8,500,000.00 | | |
| 125 | Kevin | Michael | McCarthy | | Marie | P. | McCarthy | | Parent | $ 8,500,000.00 | | |
| 126 | Kevin | Michael | McCarthy | | Charles | E. | McCarthy | Jr. | Sibling | $ 4,250,000.00 | | |
| 127 | Mark | Ryan | McGinly | | Patricia | D. | McGinly | | Parent | $ 8,500,000.00 | | |
| 128 | Nicole | Carol | Miller | | Wayne | S. | Stefani | Jr. | Sibling | $ 4,250,000.00 | | |
| 129 | Paul | T. | Mitchell | | Marie | D. | Mitchell | | Sibling | $ 4,250,000.00 | | |
| 130 | Jeffrey | P. | Mladenik | | Scott | Louis | Mladenik | | Sibling | $ 4,250,000.00 | | |
| 131 | Brian | Patrick | Monaghan | | Jeanne | Ann | Monaghan | | Parent | $ 8,500,000.00 | | |
| 132 | Brian | Patrick | Monaghan | | Bernard | J. | Monaghan | | Parent | $ 8,500,000.00 | | |

3

# EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | Brian | Patrick | Monaghan | | Danielle | M. | Monaghan | | Sibling | $ 4,250,000.00 | | |
| 134 | Richard | J. | Morgan | | Catherine | Marie | Morgan | | Child | $ 8,500,000.00 | | |
| 135 | Christopher | Martel | Morrison | | Joseph | Edward | Morrison (Estate of) | | Parent | $ 8,500,000.00 | | |
| 136 | Christopher | Martel | Morrison | | Marianne | | Merritt | | Sibling | $ 4,250,000.00 | | |
| 137 | John | J. | Murray | | Philip | James | Murray | | Sibling | $ 4,250,000.00 | | |
| 138 | Joseph | Michael | Navas | | Joseph | N. | Navas (Estate of) | | Parent | $ 8,500,000.00 | | |
| 139 | Ann | Nicole | Nelson | | Jenette | C. | Nelson | | Parent | $ 8,500,000.00 | | |
| 140 | Ann | Nicole | Nelson | | Gary | S. | Nelson | | Parent | $ 8,500,000.00 | | |
| 141 | Troy | Edward | Nilsen | | Edward | Carl | Nilsen | | Parent | $ 8,500,000.00 | | |
| 142 | Katherine | McGarry | Noack | | Kathryn | Marie | McGarry (Estate of) | | Parent | $ 8,500,000.00 | | |
| 143 | John | Alexander | Ogonowski | | Joseph | | Ogonowski | | Sibling | $ 4,250,000.00 | | |
| 144 | Thomas | Gerard | O'Hagan | | Francis | P. | O'Hagan (Estate of) | Sr. | Parent | $ 8,500,000.00 | | |
| 145 | Gerald | M. | Olcott | | Graig | A. | Olcott | | Child | $ 8,500,000.00 | | |
| 146 | Gerald | M. | Olcott | | Christopher | G. | Olcott | | Child | $ 8,500,000.00 | | |
| 147 | Christine | | Olender | | Stella | | Olender | | Parent | $ 8,500,000.00 | | |
| 148 | Christine | | Olender | | John | Casimir | Olender | | Parent | $ 8,500,000.00 | | |
| 149 | Eric | Taube | Olsen | | Taube | | Olsen (Estate of) | | Parent | $ 8,500,000.00 | | |
| 150 | Kevin | M. | O'Rourke | | Dennis | Martin | O'Rourke | | Parent | $ 8,500,000.00 | | |
| 151 | James | Robert | Ostrowski | | Jill | Anne | McCullough | | Sibling | $ 4,250,000.00 | | |
| 152 | Todd | Joseph | Ouida | | Amy | R. | Morik | | Sibling | $ 4,250,000.00 | | |
| 153 | Diana | B. | Padro | | Lillian | | Borrero | | Sibling | $ 4,250,000.00 | | |
| 154 | Paul | J. | Pansini | | Joseph | L. | Pansini | | Sibling | $ 4,250,000.00 | | |
| 155 | Marie | | Pappalardo | | Gary | C. | Pappalardo | | Sibling | $ 4,250,000.00 | | |
| 156 | Avnish | Ramanbhai | Patel | | Yogesh | R. | Patel | | Sibling | $ 4,250,000.00 | | |
| 157 | Cira | Marie | Patti | | Michael | | Patti | Jr. | Sibling | $ 4,250,000.00 | | |
| 158 | Thomas | | Pedicini | | Nancy | N. | Pedicini (Estate of) | | Parent | $ 8,500,000.00 | | |
| 159 | Thomas | | Pedicini | | Albert | Anthony | Pedicini (Estate of) | | Parent | $ 8,500,000.00 | | |
| 160 | Danny | | Pesce | | Frank | | Pesce | | Sibling | $ 4,250,000.00 | | |
| 161 | Donald | A. | Peterson | | D. | Hamilton | Peterson | | Child | $ 8,500,000.00 | | |
| 162 | Donald | A. | Peterson | | Charles | R. | Peterson | | Child | $ 8,500,000.00 | | |
| 163 | Joshua | Michael | Piver | | Susan | S. | Piver | | Parent | $ 8,500,000.00 | | |
| 164 | Thomas | H. | Polhemus | | Olga | L. | Polhemus (Estate of) | | Parent | $ 8,500,000.00 | | |
| 165 | Ricardo | J. | Quinn | | Bernard | Joseph | Quinn | | Sibling | $ 4,250,000.00 | | |
| 166 | Donald | | Regan | | Margaret | | Regan | | Sibling | $ 4,250,000.00 | | |
| 167 | Donald | | Regan | | Eileen | | Regan | | Sibling | $ 4,250,000.00 | | |
| 168 | Ann Marie | | Riccoboni | | Janine | | Passelis | | Child | $ 8,500,000.00 | | |
| 169 | Ann Marie | | Riccoboni | | Maria-Elena | | Santorelli | | Child | $ 8,500,000.00 | | |
| 170 | David | H. | Rice | | Hugh | David | Rice | | Parent | $ 8,500,000.00 | | |
| 171 | Joseph | R. | Riverso | | William | D. | Riverso | | Sibling | $ 4,250,000.00 | | |
| 172 | Joseph | | Roberto | | Robert | | Roberto | Jr. | Sibling | $ 4,250,000.00 | | |
| 173 | Michael | E. | Roberts | | Paulette | M. | Roberts | | Parent | $ 8,500,000.00 | | |
| 174 | Michael | E. | Roberts | | Lisa | Ann | Roberts | | Sibling | $ 4,250,000.00 | | |
| 175 | Daniel | James | Rosetti | | Ricki | A. | Rosetti (Estate of) | | Sibling | $ 4,250,000.00 | | |
| 176 | Francis | John | Sadocha | | Susan | T. | Sadocha | | Sibling | $ 4,250,000.00 | | |

4

EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177 | Jude | Elias | Safi | | John | | Safi | | Sibling | $ 4,250,000.00 | | |
| 178 | Samuel | Robert | Salvo | Jr. | David | Robert | Salvo | | Child | $ 8,500,000.00 | | |
| 179 | Samuel | Robert | Salvo | Jr. | Susan | S. | Glick | | Child | $ 8,500,000.00 | | |
| 180 | Samuel | Robert | Salvo | Jr. | Gladys | H. | Salvo | | Spouse | $ 12,500,000.00 | | |
| 181 | Michelle | | Scarpitta | | Steven | | Scarpitta | | Sibling | $ 4,250,000.00 | | |
| 182 | Matthew | Carmen | Sellitto | | Jonathan | DiGiovanni | Sellitto (Estate of) | | Sibling | $ 4,250,000.00 | | |
| 183 | Robert | J. | Shay | | Carolyn | A. | Shay | | Sibling | $ 4,250,000.00 | | |
| 184 | Robert | J. | Shay | Jr. | Eileen | M. | Shay-Martinez | | Sibling | $ 4,250,000.00 | | |
| 185 | Robert | J. | Shay | Jr. | Kathleen | P. | Shay | | Sibling | $ 4,250,000.00 | | |
| 186 | Robert | J. | Shay | Jr. | Maureen | L. | Surko-Pomante | | Sibling | $ 4,250,000.00 | | |
| 187 | Linda | June | Sheehan | | Daniel | J. | Sheehan (Estate of) | | Parent | $ 8,500,000.00 | | |
| 188 | John | P. | Skala | | Jaroslawa | | Skala | | Sibling | $ 4,250,000.00 | | |
| 189 | Mari-Rae | | Sopper | | Raymond | W. | Sopper (Estate of) | | Parent | $ 8,500,000.00 | | |
| 190 | Jeffrey | | Stark | | Rosemary | Ann | Stark | | Parent | $ 8,500,000.00 | | |
| 191 | Jeffrey | | Stark | | Therese | | Stark | | Sibling | $ 4,250,000.00 | | |
| 192 | Jeffrey | | Stark | | John | | Stark | | Sibling | $ 4,250,000.00 | | |
| 193 | Michael | James | Stewart | | Janet | S. | Stewart-Davies | | Sibling | $ 4,250,000.00 | | |
| 194 | James | J. | Straine | Jr. | Kathleen | | O'Hara | | Sibling | $ 4,250,000.00 | | |
| 195 | Joann | | Tabeek | | Eleanor | | Neville (Estate of) | | Parent | $ 8,500,000.00 | | |
| 196 | Joann | | Tabeek | | Michael | | Smith | | Sibling | $ 4,250,000.00 | | |
| 197 | Joann | | Tabeek | | William | Joseph | Smith | Jr. | Sibling | $ 4,250,000.00 | | |
| 198 | John | Marcy | Talignani | | Armand | M. | Talignani (Estate of) | | Sibling | $ 4,250,000.00 | | |
| 199 | Michael | C. | Tarrou | | Patricia | Peterson | Tarrou | | Parent | $ 8,500,000.00 | | |
| 200 | Michael | C. | Tarrou | | Gigi | T. | Hintz | | Sibling | $ 4,250,000.00 | | |
| 201 | Michael | M. | Taylor | | Clara | S. | Taylor | | Parent | $ 8,500,000.00 | | |
| 202 | Michael | M. | Taylor | | Mary | Kaye | Crenshaw | | Sibling | $ 4,250,000.00 | | |
| 203 | Michael | M. | Taylor | | James | J. | Taylor | | Sibling | $ 4,250,000.00 | | |
| 204 | Dorothy | | Temple | | Jacqueline | F. | Temple | | Sibling | $ 4,250,000.00 | | |
| 205 | Dorothy | | Temple | | Larry | J. | Temple | | Sibling | $ 4,250,000.00 | | |
| 206 | John | P. | Tierney | | John | | Tierney (Estate of) | | Parent | $ 8,500,000.00 | | |
| 207 | Kenneth | F. | Tietjen | | Janice | A. | Tietjen | | Parent | $ 8,500,000.00 | | |
| 208 | Kenneth | F. | Tietjen | | Kenneth | A. | Tietjen | | Parent | $ 8,500,000.00 | | |
| 209 | Alicia | Nicole | Titus | | Beverly | J. | Titus | | Parent | $ 8,500,000.00 | | |
| 210 | Alicia | Nicole | Titus | | John | L. | Titus | | Parent | $ 8,500,000.00 | | |
| 211 | Amy | E. | Toyen | | Martin | | Toyen | | Parent | $ 8,500,000.00 | | |
| 212 | Jennifer | Lynn | Tzemis | | Nancy | D. | Tzemis | | Parent | $ 8,500,000.00 | | |
| 213 | John | Damien | Vaccacio | | Anne | Marie | Vaccacio | | Parent | $ 8,500,000.00 | | |
| 214 | John | Damien | Vaccacio | | James | R. | Vaccacio | | Parent | $ 8,500,000.00 | | |
| 215 | Bradley | H. | Vadas | | Donald | Joseph | Vadas | | Parent | $ 8,500,000.00 | | |
| 216 | Kenneth | Warren | Van Auken | | Kenneth | Warren | Van Auken (Estate of) | | ESTATE | | $ 2,000,000.00 | $ 7,085,037.00 |
| 217 | Daniel | Maurice | Van Laere | | Margaret | Rita | Van Laere (Estate of) | | Parent | $ 8,500,000.00 | | |
| 218 | Joseph | B. | Vilardo | | Antionette | | Vilardo (Estate of) | | Parent | $ 8,500,000.00 | | |
| 219 | Joseph | B. | Vilardo | | Benedict | J. | Vilardo (Estate of) | | Parent | $ 8,500,000.00 | | |
| 220 | Wendy | A. | Wakeford | | Clara | L. | Pachomski | | Sibling | $ 4,250,000.00 | | |

5

# EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 221 | Stephen | Gordon | Ward | | Gordon | M. | Ward | | Parent | $ 8,500,000.00 | | |
| 222 | Steven | | Weinberg | | Leonard | | Weinberg (Estate of) | | Parent | $ 8,500,000.00 | | |
| 223 | Eugene | Michael | Whelan | | Joan | A. | Whelan | | Parent | $ 8,500,000.00 | | |
| 224 | Leslie | Ann | Whittington | | Horace | G. | Whittington (Estate of) | | Parent | $ 8,500,000.00 | | |
| 225 | Alison | M. | Wildman | | Arthur | S. | Wildman | Jr. | Parent | $ 8,500,000.00 | | |
| 226 | Glenn | J. | Winuk | | Seymour | | Winuk (Estate of) | | Parent | $ 8,500,000.00 | | |
| 227 | Patrick | | Woods | | Eileen | M. | Woods | | Parent | $ 8,500,000.00 | | |
| 228 | Patrick | | Woods | | Patrick | J. | Woods | Sr. | Parent | $ 8,500,000.00 | | |
| 229 | Patrick | | Woods | | Thomas | R. | Woods | | Sibling | $ 4,250,000.00 | | |
| 230 | Patrick | | Woods | | Christopher | E. | Woods | | Sibling | $ 4,250,000.00 | | |
| 231 | Myrna | | Yaskulka | | Hal | | Yaskulka | | Child | $ 8,500,000.00 | | |
| 232 | Myrna | | Yaskulka | | Jay | E. | Yaskulka | | Child | $ 8,500,000.00 | | |
| 233 | Myrna | | Yaskulka | | Brian | G. | Yaskulka | | Child | $ 8,500,000.00 | | |
| | | | | | | | | | TOTAL: | $ 1,559,500,000.00 | $ 6,000,000.00 | $ 80,693,615.00 |

6