# EXHIBIT C

# Smith Economics Group, Ltd.

A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

*Stan V. Smith, Ph.D.*
*President*

August 3, 2018

Mr. John M. Eubanks
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC   29464

        Re: Casazza

Dear Mr. Eubanks:

You have asked me to calculate the value of certain losses subsequent to the death of John Casazza.  These losses are: (1) the loss of wages and employee benefits; (2) the loss of household/family services, including (a) the loss of housekeeping and household management services; (b) the loss of the advice, counsel, guidance, instruction and training services sustained by Mr. Casazza's surviving family; (c) the loss of accompaniment services sustained by Mr. Casazza's surviving family; (3) the loss of the value of life ("LVL"), also known as loss of enjoyment of life; (4) the loss of the society or relationship sustained by Mr. Casazza's surviving family; and (5) solatium.

QUALIFICATIONS AND EXPERIENCE

I am President of Smith Economics Group, Ltd., headquartered in Chicago, IL, which provides economic and financial consulting nationwide.  I have worked as an economic and financial consultant since 1974, after completing a Research Internship at the Federal Reserve, Board of Governors, in Washington, D.C.  My curriculum vitae lists all my publications in the last 10 years and beyond.

I received my Bachelor's Degree from Cornell University.  I received a Master's Degree and my Ph.D. in Economics from the University of Chicago; Gary S. Becker, Nobel Laureate 1992, was my Ph.D. thesis advisor.  The University of Chicago is one of the world's preeminent institutions for the study of economics, and the home of renowned research in the law and economics movement.

As President of Smith Economics, I have performed economic analyses in a great variety of engagements, including damages analysis in personal injury and wrongful death cases, business valuation, financial analysis, antitrust, contract losses, a wide range of class action matters, employment discrimination, defamation, and intellectual property valuations including evaluations of reasonable royalty.

# SEG

I have more than 40 years of experience in the field of economics. I am a member of various economic associations and served for three years as Vice President of the National Association of Forensic Economics (NAFE) which is the principal association in the field. I was also on the Board of Editors of the peer-reviewed journal, the Journal of Forensic Economics, for over a decade; I have also published scholarly articles in this journal. The JFE is the leading academic journal in the field of Forensic Economics.

I am the creator and founder of Ibbotson Associates' Stock, Bonds, Bills, and Inflation (SBBI) Yearbook, Quarterly, Monthly, and SBBI/PC Services. SBBI is currently published by Duff & Phelps and is also available on various Morningstar, Inc. software platforms. SBBI is widely relied upon and regarded as the most accepted and scholarly reference by the academic, actuarial and investment community, and in courts of law. The SBBI series, which acknowledges my "invaluable role" as having "originated the idea" while Managing Director at Ibbotson Associates, is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities.

I wrote the first textbook on Forensic Economic Damages that has been used in university courses in various states; as an adjunct professor, I created and taught the first course in Forensic Economics nationwide, at DePaul University in Chicago. I have performed economic analysis in many thousands of cases in almost every state since the early 1980s.

BACKGROUND

John Casazza was a 38.1-year-old, Caucasian, married male, who was born on ███████████, and died on September 11, 2001. Mr. Casazza's remaining life expectancy is estimated at 40.6 years. This data is from the National Center for Health Statistics, United States Life Tables, 2014, Vol. 66, No. 4, National Vital Statistics Reports, 2017. I assume an estimated trial or resolution date of January 1, 2019.

In order to perform this evaluation, I have reviewed the following materials: (1) the report by Dr. Matityahu Marcus from June 2002; and (2) the case information form.

My methodology for estimating the losses, which is explained below, is generally based on past wage growth, interest rates, and consumer prices, as well as studies regarding the value of life. The effective net discount rate using statistically average wage growth rates and statistically average discount rates is 0.25 percent.

2

# SEG

My estimate of the real wage growth rate is 1.00 percent per year.  This growth rate is based on Business Sector, Hourly Compensation growth data from the Major Sector Productivity and Costs Index found at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: PRS84006103, for the real increase in wages primarily for the last 20 years.

My estimate of the real discount rate is 1.25 percent per year. This discount rate is based on the rate of return on short-term U.S. Treasury investments.  The data is from the statistical series H.15 Selected Interest Rates, published by the Board of Governors of the Federal Reserve System found at www.federalreserve.gov.  This data is also published in the Economic Report of the President Table for "Bond yields and interest rates" for the real return on U.S. Treasury investments primarily for the last 20 years.

Estimates of real growth and discount rates are net of inflation based on the Consumer Price Index (CPI-U), published in monthly issues of the U.S. Bureau of Labor Statistics, CPI Detailed Report (Washington, D.C.: U.S. Government Printing Office) and available at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: CUUR0000SA0.  The rate of inflation for the past 20 years has been 2.14 percent.

## I. LOSS OF WAGES AND EMPLOYEE BENEFITS - Annual Employment

Tables 1 through 9 show the loss of wages and benefits.  Based on the report by Dr. Matityahu Marcus from June 2002, Mr. Casazza was Senior Vice President of the Repo Desk at Cantor Fitzgerald Securities at the time of his death.  Mr. Casazza had been in this position for eight year, and he managed and traded an $8 billion to $10 billion matched book with an emphasis on "specials" business.  Mr. Casazza worked closely with the New York sales team and the offices in London and Tokyo, and he also supervised two junior traders.  Prior to working for Cantor Fitzgerald, he had a total of ten years of experience in trading and management at other large institutional trading firms.  Mr. Casazza had an Associate's degree and was working towards a Bachelor's degree from St. Peters College.  He held a NASD series 7 General Securities Representative license.

According to Dr. Marcus's report, Mr. Casazza earned $431,874 in 1998, $406,867 in 1999, and $174,137 in 2000, and his earnings projected to $392,006 in 2001.  Additionally Mr. Casazza had partnership earnings from Cantor Fitzgerald of $52,704 in 1998, $48,389 in 1999, and $84,750 in 2000.  It is my understanding that in 2000, Mr. Casazza faced some extraordinary family difficulties that required him to assist his brother and sister in overcoming serious crises.  It is my understanding that these unusual family crises precluded him from devoting all the

3

# SEG

necessary effort and time to his trading activities, which impacted his regular earnings but not his partnership earnings. Mr. Casazza's earnings from 1998 and 1999 and projected earnings from 2001 average $410,249, and his partnership income from 1998 through 2000 average $61,948, resulting in total earnings of $472,197.

The wage estimate is illustrated at Mr. Casazza's total earnings of $472,197 based on his average wages of $410,249 from 1998, 1999 and 2001 and his average partnership income of $61,948 from 1998 through 2000. Wages are grown at national average growth of 2.09 percent in 2002, 5.28 percent in 2003, 4.40 percent in 2004, 3.03 percent in 2005, 3.90 percent in 2006, 4.03 percent in 2007, 2.97 percent in 2008, 1.22 percent in 2009, 1.23 percent in 2010, 0.50 percent in 2011, 5.90 percent in 2012, zero percent in 2013, 2.73 percent in 2014, 3.08 percent in 2015, zero percent in 2016, and 2.49 percent in 2017. Wages are grown at estimated nominal wage growth of 3.0 percent in 2018 and 2019 and 1.0 percent real wage growth thereafter.

Employee benefit estimates are based on data from the U.S. Department of Labor, Bureau of Labor Statistics, Employer Cost of Employee Compensation - December 2017, 2018, found at www.bls.gov/ect. I have assumed that employee benefits grow at the same rate as wages and are discounted to present value at the same discount rate. Since these tables assume annual work, I do not include employee benefits relating to unemployment, injury, illness or disability. Based on the benefits for management, professional and related occupations, retirement benefits are illustrated at 8.9 percent of wages, and health and life insurance benefits are illustrated at $4.65 per hour, which projects to $9,672 annually in year 2017 dollars. Social Security benefits are illustrated at 6.2 percent of the 2017 Social Security maximum earnings of $127,200, which is $7,886. Based on these assumptions, benefits are estimated at 11.3 percent of wages.

Personal consumption is an offset of the income. I use a personal consumption offset based on a study by Ruble, Patton, and Nelson, "Patton-Nelson Personal Consumption Tables 2011-12," Journal of Legal Economics, Vol. 21, No. 1, 2014, pp. 41-55, based on data from the U.S. Department of Labor, Bureau of Labor Statistics, "Consumer Expenditure Survey, 2011-12," Washington DC, 2012, personal consumption is illustrated at 10.1 percent through 2012 for a 3 person household, and at 12.6 percent thereafter for a 2 person household.

I assume annual employment each year and show the accumulation through life expectancy. While these tables are calculated through the end of life expectancy, the losses from working through any age can be read off the table.

4

# SEG

Based on the above assumptions, my opinion of the wage loss is $27,194,171 ► Table 9; this figure assumes work to age 78.7, but the ability to work through any assumed age may be read from Table 9; for example, the loss to age 67 is $19,270,667.

## II. LOSS OF HOUSEHOLD/FAMILY SERVICES

The following sections estimate the value of household/family services provided to John Casazza's wife and son.  These services do not include loss of love, care, or affection, etc., but are the tangible services, valued as if they were provided by a person unknown to the household.  A discussion of these services can be found in the **Household Services Valuation Appendix**.  The hourly value of these services grows at the same rate as the wage growth rate discussed above.

## II(A). LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOUSEHOLD MANAGEMENT SERVICES

Tables 10 through 12 show the pecuniary loss of tangible housekeeping chores and household management services.  The number of hours of housekeeping and household management services for a married, working male is illustrated at 12.99 hours per week for minor children in the home through 2012 and 13.85 hours per week for no minor children in the home through 2030, and for a married, retired male at 22.52 hours per week for ages 62 to 74 through 2038 and 18.80 hours per week for ages 75 and over thereafter.  This data is based on the American Time Use Survey published by the Bureau of Labor Statistics, www.bls.gov/tus, usefully summarized in a publication by Expectancy Data, The Dollar Value of A Day: 2016 Dollar Valuation, Shawnee Mission, KS, 2017.

The hourly value of the housekeeping and household management services is based on the mean hourly earnings of carpenters; maintenance and repair workers; painters; child care workers; waiters and waitresses; private household cooks; laundry and drycleaning workers; maids and housekeeping cleaners; landscaping and groundskeeping workers; bookkeeping, accounting and auditing clerks; and taxi drivers and chauffeurs, which is $16.19 per hour in year 2017 dollars.  This wage data is based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2017 National Occupational Employment and Wage Statistics found at www.bls.gov/oes.  This figure is corroborated by the average hourly values published by Expectancy Data, The Dollar Value of A Day: 2016 Dollar Valuation, Shawnee Mission, KS, 2017, which is also based on the BLS Occupational Employment Statistics.

5

# SEG

I assess such services at their estimated market value which includes a conservative estimate of 50 percent hourly non-wage component reasonably charged by agencies or free-lance individuals who supply such services on a part-time basis, and who are responsible for advertising, hiring and vetting, training, insuring and bonding the part-time service provider, and who are also responsible for pay-related costs such as social security contributions, etc. If a person were to hire a free-lance employee directly instead of going through an agency, then he or she would have to take on the responsibility for all the non-wage costs that the agency would otherwise incur and then charge for. The money the person would pay directly in wages would be only a portion of the total costs. The total costs would include those items discussed above that the agency would otherwise incur.

Adding the non-wage component to the hourly wage is consistent with labor market theory and competitive market behavior. Peer-reviewed economic research supports this theory and shows that the non-wage costs can average up to 300 percent for the wage. See, for example, Cushing, Matthew J. and David I. Rosenbaum, "Valuing Household Services: A New Look at the Replacement Cost Approach," Journal of Legal Economics, Vol 19, No. 1, 2012, pp. 37-60, wherein the authors found that non-wage costs exceed wage costs by 167 percent. This is more than triple the 50 percent non-wage costs amount I use, discussed above. Also see Smith, David A., Stan V. Smith, and Stephanie R. Uhl, "Estimating the Value of Family Household Management Services: Approaches and Markups," Forensic Rehabilitation & Economics, Vol 3, No. 2, 2010, pp. 85-94. According to this research, the statistical probability is 99 percent that the non-wage costs exceed 250 percent of the wage cost. The use of only a 50 percent non-wage cost makes my estimate very conservative, and it far more than compensates for two possible variations: variations in the national wage depending on locality, and variations in different types of services actually performed in the household. Thus even if one or more of the different types of services are not performed, and even if the services are provided in low wage areas, my use of the low, 50 percent non-wage costs more than compensates for these factors.

According to Merry Maids, a national home cleaning service agency, the charges for their services within the largest 100 Metropolitan Statistical Areas with populations of 500,000 and up range from $40 to $65 per hour, averaging $49 per hour, in 2012. This hourly rate reflects non-wage costs of 250 percent of wages, and after adjusting for market factors, is four times the non-wage costs figure that I use, resulting in an hourly rate of more than double the rate that I use. Thus my use of only a 50 percent addition for non-wage costs is, in fact, very conservative.

6

## SEG

Based on these assumptions, and John Casazza's life expectancy of 78.7 years, my opinion of the loss of the value of housekeeping and household management services is $572,771 ▸ Table 12.

II(B). LOSS OF HOUSEHOLD/FAMILY ADVICE, COUNSEL, GUIDANCE, INSTRUCTION AND TRAINING SERVICES

Tables 13 through 18 show the pecuniary loss of advice, counsel, guidance, instruction and training services sustained by Mr. Casazza's wife and son using the estimated market-based valuation cost method. Valuing the tangible, economic loss of household family services beyond the physical housekeeping chores is well-recognized in the economic literature and in caselaw. See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure," Journal of Forensic Economics, Vol. 11, No. 3, Fall 1998, pp. 253-265, and Michigan Central v. Vreeland discussed in the Household Services Valuation Appendix. The tangible loss of advice, counsel, and guidance services is also discussed by Frank D. Tinari and Kristin Kucsma in Gerald D. Martin's Determining Economic Damages, James Publishing Group, Santa Ana, CA, 2009. Dr. Tinari and Ms. Kucsma state that advice, counsel, and guidance services are "the provision of helpful opinion, advice and information to ones's spouse, children, and elderly parents, as the need arises, in the areas of family problems, medical concerns, schooling, careers, finances, personal relationships, etc.."

The hourly value of the loss is based on the mean hourly earnings of educational, vocational, and school counselors; marriage and family therapists; child, family and school social workers; social and human service assistants; clergy; directors of religious activities and education; coaches; elementary school teachers; and personal financial advisors, which is $27.79 per hour in year 2017 dollars. This wage data is based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2017 National Occupational Employment and Wage Statistics found at www.bls.gov/oes.

I assess such services at their estimated market value which includes a conservative estimate of 50 percent hourly non-wage component reasonably charged by agencies or free-lance individuals who supply services on a part-time basis, and who are responsible for advertising, hiring and vetting, training, insuring and bonding the part-time service provider, and who are also responsible for pay-related costs such as the employer's share of social security contributions, etc. If a person were to hire a free-lance employee directly instead of going through an agency, then he or she would have to take on the responsibility for all the non-wage costs that the agency would otherwise incur and then charge for. The money the person would

7

## SEG

pay directly in wages would be only a portion of the total costs. The total costs would include those items discussed above that the agency would otherwise incur.

Adding the non-wage component to the hourly wage is consistent with labor market theory and competitive market behavior. Peer-reviewed economic research supports this theory and shows that the non-wage costs can average up to 300 percent for the wage. See, for example, Cushing, Matthew J. and David I. Rosenbaum, "Valuing Household Services: A New Look at the Replacement Cost Approach," Journal of Legal Economics, Vol 19, No. 1, 2012, pp. 37-60, wherein the authors found that non-wage costs exceed wage costs by 167 percent. This is more than triple the 50 percent non-wage costs amount I use, discussed above. Also see Smith, David A., Stan V. Smith, and Stephanie R. Uhl, "Estimating the Value of Family Household Management Services: Approaches and Markups," Forensic Rehabilitation & Economics, Vol 3, No. 2, 2010, pp. 85-94. According to this research, the statistical probability is 99 percent that the non-wage costs exceed 250 percent of the wage cost. The use of only a 50 percent non-wage cost makes my estimate very conservative, and it far more than compensates for two possible variations: variations in the national wage depending on locality, and variations in different types of services actually performed in the household. Thus even if one or more of the different types of services are not performed, and even if the services are provided in low wage areas, my use of the low, 50 percent non-wage costs more than compensates for these factors.

According to Sylvan Learning Centers, a national home tutorial agency, charges for their services within the largest 100 Metropolitan Statistical Areas with populations of 500,000 and up range from $45 to $55 per hour, averaging $50 per hour. This reflects non-wage costs of well over 100 percent of wages, and is more than double the non-wage costs figure that I use, resulting in an hourly rate 40 percent higher than the rate I use. Thus my use of only a 50 percent addition for non-wage costs is, in fact, very conservative.

Based on a benchmark loss of 1.0 hours per day for Mr. Casazza's wife and 1.0 hours per day for Mr. Casazza's son through age 22 and 0.5 hours per day thereafter, my opinion of the loss of advice, counsel, guidance, instruction and training as a result of the death of John Casazza is as follows:

$587,559 ▸ Table 15 for Patricia Casazza;
$362,562 ▸ Table 18 for John Casazza, Jr.

8

## SEG

## II(C). LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES

Tables 19 through 24 show the pecuniary loss of accompaniment services sustained by Mr. Casazza's wife and son using the estimated market-based valuation cost method. Valuing the tangible economic loss of household family services beyond physical housekeeping chores is well-recognized in the economic literature and in caselaw. See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure," Journal of Forensic Economics, Vol. 11, No. 3, Fall 1998, pp. 253-265, and Michigan Central v. Vreeland discussed in the Household Services Valuation Appendix. The tangible economic loss of accompaniment services is also discussed by Frank D. Tinari, Ph.D., in a sub-section of chapter 6 of Gerald D. Martin's Determining Economic Damages, James Publishing Group, Santa Ana, CA, 2012, which states accompaniment does "not include consortium, intimate relations, love, and affection." Rather such accompaniment services "are more akin to those provided by a mere acquaintance" with whom one might "attend a movie, play cards, or take a stroll." Accompaniment does not require "any particular physical work activity or intimacy." Accompaniment is what can be provided by a hired home health aide or an "adult sitter."

The hourly value of the loss of accompaniment services is based on the mean hourly earnings of orderlies and attendants; home health aides; and personal and home care aides, which is $12.33 per hour in year 2017 dollars. This wage data is based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2017 National Occupational Employment and Wage Statistics found at www.bls.gov/oes.

I assess such services at their estimated market value which includes a conservative estimate of 50 percent hourly non-wage component reasonably charged by agencies or free-lance individual who supply such services on a part-time basis, and who are responsible for advertising, hiring and vetting, training, insuring and bonding the part-time service provider, and who are also responsible for pay-related costs such as the employer's share of social security contributions, etc. If a person were to hire a free-lance employee directly instead of going through an agency, then he or she would have to take on the responsibility for all the non-wage costs that the agency would otherwise incur and then charge for. The money the person would pay directly in wages would be only a portion of the total costs. The total costs would include those items discussed above that the agency would otherwise incur.

Adding the non-wage component to the hourly wage is consistent with labor market theory and competitive market behavior. Peer-reviewed economic research supports this theory and shows that

9

# SEG

the non-wage costs can average up to 300 percent for the wage.
See, for example, Cushing, Matthew J. and David I. Rosenbaum,
"Valuing Household Services: A New Look at the Replacement Cost
Approach," Journal of Legal Economics, Vol 19, No. 1, 2012, pp.
37-60, wherein the authors found that non-wage costs exceed wage
costs by 167 percent. This is more than triple the 50 percent
non-wage costs amount I use, discussed above. Also see Smith,
David A., Stan V. Smith, and Stephanie R. Uhl, "Estimating the
Value of Family Household Management Services: Approaches and
Markups," Forensic Rehabilitation & Economics, Vol 3, No. 2,
2010, pp. 85-94. According to this research, the statistical
probability is 99 percent that the non-wage costs exceed 250
percent of the wage cost. The use of only a 50 percent non-wage
cost makes my estimate very conservative, and it far more than
compensates for variations in the national wage depending on
locality. Thus even if the services are provided in low wage
areas, my use of the low, 50 percent non-wage costs more than
compensates for this factor.

According to Visiting Angels, a national companion care agency,
charges for their services within the largest 100 Metropolitan
Statistical Areas with populations of 500,000 and up range from
$17 to $25 per hour, averaging $21 per hour. This reflects non-
wage costs of approximately 100 percent of wages, and is
approximately double the non-wage costs figure that I use,
resulting in an hourly rate of more than 25 percent higher than
the rate that I use. Thus my use of only a 50 percent addition
for non-wage costs is, in fact, very conservative.

Based on a benchmark loss of 3.0 hours per day for Mr. Casazza's
wife and 2.0 hours per day for Mr. Casazza's son through age 22
and 1.0 hours per day thereafter, my opinion of the loss of
accompaniment as a result of the death of John Casazza is as
follows:

> $781,960 ▸ Table 21 for Patricia Casazza;
> $321,676 ▸ Table 24 for John Casazza, Jr.

## III. LOSS OF VALUE OF LIFE

Tables 25 through 27 show the loss of the value of life.
Economists have long agreed that life is valued at more than the
lost earnings capacity. My estimate of the value of life is
based on many economic studies on what we, as a contemporary
society, actually pay to preserve the ability to lead a normal
life. The studies examine incremental pay for risky occupations
as well as a multitude of data regarding expenditure for life
savings by individuals, industry, and state and federal agencies.
Based on the average value of a statistical life and life
expectancy of 78.7 years, my opinion of the loss of the value of
life for John Casazza is $4,966,841 ▸ Table 27.

10

SEG

My estimate of the value of life is consistent with estimates published in other studies that examine and review the broad spectrum of economic literature on the value of life. Among these is "The Plausible Range for the Value of Life," Journal of Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 17-39, by T. R. Miller. This study reviews 67 different estimates of the value of life published by economists in peer-reviewed academic journals. The Miller results, in most instances, show the value of life to range from approximately $1.6 million to $2.9 million dollars in year 1988 after-tax dollars, with a mean of approximately $2.2 million dollars. In "The Value of Life: Estimates with Risks by Occupation and Industry," Economic Inquiry, Vol. 42, No. 1, May 2003, pp. 29-48, Professor W. K. Viscusi estimates the value of life to be approximately $4.7 million dollars in year 2000 dollars. An early seminal paper on the value of life was written by Richard Thaler and Sherwin Rosen, "The Value of Saving a Life: Evidence from the Labor Market." in N.E. Terlickyj (ed.), Household Production and Consumption. New York: Columbia University Press, 1975, pp. 265-300. The Meta-Analyses Appendix to this report reviews additional literature suggesting a value of life of approximately $5.4 million in year 2008 dollars.

Because it is generally accepted by economists, the economic methodology for the valuation of life has been found to meet the Daubert and Frye standards by many courts, along with the Rules of Evidence in many states nationwide. My testimony on the value of life has been accepted in approximately 200 state and federal cases nationwide in approximately two-thirds of the states and two-thirds of the federal jurisdictions. Testimony has been accepted by U.S. district and appellate courts as well as in state circuit, appellate, and supreme courts. Proof of general acceptance and other standards is found in a discussion of the extensive references to the scientific economic peer-reviewed literature on the value of life listed in the **Value of Life Appendix** to this report.

The underlying, academic, peer-reviewed studies fall into two general groups: (1) consumer behavior and purchases of safety devices; (2) wage risk premiums to workers; in addition, there is a third group of studies consisting of cost-benefit analyses of regulations. For example, one consumer safety study analyzes the costs of smoke detectors and the lifesaving reduction associated with them. One wage premium study examines the differential rates of pay for dangerous occupations with a risk of death on the job. Just as workers receive shift premiums for undesirable work hours, workers also receive a higher rate of pay to accept a increased risk of death on the job. A study of government regulation examines the lifesaving resulting from the installation of smoke stack scrubbers at high-sulphur, coal-burning power plants. As a hypothetical example of the methodology, assume that a safety device such as a carbon

11

# SEG

monoxide detector costs $46 and results in lowering a person's risk of premature death by one chance in 100,000. The cost per life saved is obtained by dividing $46 by the one in 100,000 probability, yielding $4,600,000. Overall, based on the peer-reviewed economic literature, I estimate the central tendency of the range of the economic studies to be approximately $4.8 million in year 2018 dollars.

## IV. LOSS OF SOCIETY OR RELATIONSHIP

Tables 28 through 33 show the loss of society or relationship sustained by Mr. Casazza's wife and son. The value of the loss of society or relationship by family members with the injured can be based on a measure of the value of preserving the ability to live a normal life. This is discussed in the article, "The Relevance of Willingness-To-Pay Estimates of the Value of a Statistical Life in Determining Wrongful Death Awards," Journal of Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 75-89, by L. G. Chestnut and D. M. Violette. It is also discussed in "The Value of Life to Close Family Members: Calculating the Loss of Society and Companionship," The New Hedonics Primer for Economists and Attorneys, Second Edition, Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., 1997, pp. 377-384, by Stan V. Smith, and republished in "The Value of Life to Close Family Members: Calculating the Loss of Society and Companionship," American Rehabilitation Economics Association 1997 Monograph, pp. 10-16.

Based on a benchmark loss of 35 percent for each Mr. Casazza's wife and 20 percent for Mr. Casazza's son, my opinion of the loss of relationship as a result of the death of John Casazza is as follows:

> $1,856,847 ▸ Table 30 for Patricia Casazza;
> $1,470,184 ▸ Table 33 for John Casazza, Jr.

## V. SOLATIUM

It is my understanding that solatium damages are awarded based on a matrix produced by the court.

------------------------------------------------

Other factors may be weighed to determine if these estimated losses for John Casazza should be adjusted because of special qualities or circumstances that economists do not as yet have a methodology for analysis.

In each set of tables, the estimated losses are calculated from September 11, 2001 through an assumed trial or resolution date of

12

# SEG

January 1, 2019, and from that date thereafter. The last table in each set accumulates the past and future estimated losses. These estimates are provided as a tool, an aid, and a guide for evaluation by others.

All opinions expressed in this report are clearly labeled as such. They are rendered in accordance with generally accepted standards within the field of economics and are expressed to a reasonable degree of economic certainty. Estimates, assumptions, illustrations and the use of benchmarks, which are not opinions, but which can be viewed as hypothetical in nature, are also clearly disclosed and identified herein.

In my opinion, it is reasonable for experts in the field of economics and finance to rely on the materials and information I reviewed in this case for the formulation of my substantive opinions herein.

If additional information is provided to me, which could alter my opinions, I may incorporate any such information into an update, revision, addendum, or supplement of the opinions expressed in this report.

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

13

SEG

## APPENDIX: HOUSEHOLD SERVICES VALUATION

Courts have long recognized claims for the value of tangible household family services as an element of damages in personal injury and wrongful death cases, as an aspect of the pecuniary loss in such cases.  These services are those that are provided by the injured family member to himself or herself and to other family members, without charge or cost.  Other family members who may receive such services can include spouses, children, parents or siblings; such family members do not necessarily have to reside in the same household to receive such services.

Economists and courts have also long recognized that an appropriate method in valuing such tangible services is to value their estimated market-based costs by examining costs paid in labor markets that provide generally comparable services for. Thus, economists can value the service by looking at market equivalents from which a pecuniary standard can be established. This approach is set forth in the 1913 U.S.Supreme Court Decision, Michigan Central Railroad Company v. Vreeland, 227 U.S. 59 (1913).  So this method is a century old.

The Supreme Court's suggesting in valuing compensable services in the Vreeland decision is a standard that is not rigid, but actually rather general: "[The] pecuniary loss or damage must be one which can be measured by some standard.... Compensation for such loss manifestly does not include damages by way of recompense for grief or wounded feelings." Michigan Central v. Vreeland.

Examples of lost household services that used to be performed by persons (whether fatally or non-fatally injured) can include physical chores such as mowing the lawn, painting the house, cleaning the windows, doing the laundry, washing and repairing the car, preparing the meals and doing the dishes, among others. For many decades economists have met the Supreme Court's general standard by using labor market equivalents for cooks, laundry workers, gardeners, maids, etc. in valuing the physical chores regarding housekeeping services.

Additionally, economists have recognized that tangible services to family members include services well beyond the physical housekeeping chores.  For example, William G. Jungbauer and Mark J. Odegard, in Maximizing Recovery in FELA Wrongful Death Actions, in Assessing Family Loss in Wrongful Death Litigation: The Special Roles of Lost Services and Personal Consumption, Lawyers & Judges Publishing Co., 1999, pp. 284, indicate that a complete analysis of all services performed by family members includes much, much more than the physical housekeeping chores. Frank D. Tinari, in a peer-reviewed, scientific, economic journal article "Household Services: Toward a More Comprehensive Measure," Journal of Forensic Economics, Vol. 11, No. 3, Fall

14

# SEG

1998, pp. 253-265, expresses the same view.  Dr. Tinari has been a tenured Professor at Seton Hall University, and is a former president of the National Association of Forensic Economics. There has been no peer-reviewed critique of this article since it appeared.

Jungbauer and Odegard indicate that a person may have provided services of many other professions such as that of a chauffeur, driving other family members to appointments, or that of a security guard, especially regarding the injury to a male spouse, etc.  Every family member acts as a companion to other family members.  And it is common for family members to act as counselors for one another, typically providing advice and counsel on important personal, family, medical, financial, career or other issues.  The marketplace can and does value such items of loss. If the person cannot provide these services, or does so at a reduced capacity or rate, there is a distinct and definite loss to the other family members.  These losses have a definite and easily measurable pecuniary value.  Vreeland requires only that a "reasonable expectation" of loss of services be proven and that such loss be valued by some standard, presumably a reasonably-based economic standard, to allow recovery.

The economic literature on recovery of loss of services discusses an estimated market-oriented valuation cost method to assess the pecuniary value of the loss of accompaniment services, as well as the value of advice, guidance and counsel services that family members provide to one another, within a broadly defined scope of family services.  See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure, " Journal of Forensic Economics, Vol. 11, No. 3, Fall 1998, pp. 253-265.

Finally, according to Chief Justice Robert Wilentz of the Supreme Court of New Jersey, in Green v. Bittner, 85 NJ 1, 1980, pp. 12, accompaniment services, to be compensable, must be that which would have provided services substantially equivalent to those provided by the companions often hired today by the aged or infirm, or substantially equivalent to services provided by nurses or practical nurses; and its value must be confined to what the marketplace would pay a stranger with similar qualifications for performing such services.

In valuing the household services that are provided by family members to one another, beyond the physical housekeeping chores, both the U.S Supreme Court and the New Jersey Supreme Court discuss looking at labor markets for the equivalent value of such services.  This methodology is identical to the traditional approach that economists have been using for over four decades in valuing the physical chores involved in housekeeping services. 5206

15

## SEG

**APPENDIX: VALUE OF LIFE**

The economic methodology for the valuation of life has been found to meet the _Daubert_ and _Frye_ standards by many courts, along with the Rules of Evidence in many states nationwide.  My testimony on the value of life has been accepted in approximately 200 state and federal cases nationwide in approximately two-thirds of the states and two-thirds of the federal jurisdictions.  Testimony has been accepted by U.S. district and appellate courts as well as in state circuit, appellate, and supreme courts.  The _Daubert_ standard sets forth four criteria:

1.   Testing of the theory and science

2.   Peer Review

3.   Known or potential rate of error

4.   Generally accepted.


**Testing of the theory and science** has been accomplished over the past four decades, since the 1960s.  Dozens of economists of high renown have published over a hundred articles in high quality, peer-reviewed economic journals measuring the value of life.  The value of life theories are perhaps among the most well-tested in the field of economics, as evidenced by the enormous body of economic scientific literature that has been published in the field and is discussed below.


**Peer Review** of the concepts and methodology have been extraordinarily extensive.  One excellent review of this extensive, peer-reviewed literature can be found in "The Value of Risks to Life and Health," W. K. Viscusi, _Journal of Economic Literature_, Vol. 31, December 1993, pp. 1912-1946.  A second is "The Value of a Statistical Life: A Critical Review of Market Estimates throughout the World." W. K. Viscusi and J. E. Aldy, _Journal of Risk and Uncertainty_, Vol. 27, No. 1, November 2002, pp. 5-76.  Additional theoretical and empirical work by Viscusi, a leading researcher in the field, can be found in: "The Value of Life", W. K. Viscusi, John M. Olin Center for Law, Economics, and Business, Harvard Law School, Discussion Paper No. 517, June 2005.  An additional peer-reviewed article discusses the application to forensic economics: "The Plausible Range for the Value of Life," T. R. Miller, _Journal of Forensic Economics_, Vol. 3, No. 3, Fall 1990, pp. 17-39, which discusses the many dozens of articles published in other peer-reviewed economic journals on this topic.  This concept is discussed in detail in "Willingness to Pay Comes of Age: Will the System Survive?" T. R. Miller, _Northwestern University Law Review_, Summer 1989, pp. 876-907, and "Hedonic Damages in Personal Injury and Wrongful Death

16

# SEG

Litigation," by Stan V. Smith in Gaughan and Thornton, eds., Litigation Economics, Contemporary Studies in Economic and Financial Analysis, Vol. 74, pp. 39-59, JAI Press, Greenwich, CT, 1993. Kenneth Arrow, a Nobel Laureate in economics, discusses this method for valuing life in "Invaluable Goods," Journal of Economic Literature, Vol. 35, No. 2, 1997, pp. 759. See the Meta-Analyses Appendix for an additional review of the literature.

**The known or potential rate of error** is well researched. All of these articles discuss the known or potential rate of error, well within the acceptable standard in the field of economics, generally using a 95% confidence rate for the statistical testing and acceptance of results. There are few areas in the field of economics where the known or potential rate of error has been as well-accepted and subject to more extensive investigation.

**General Acceptance** of the concepts and methodology on the value of life in the field of economics is extensive. This methodology is and has been generally accepted in the field of economics for many years. Indeed, according to the prestigious and highly-regarded research institute, The Rand Corporation, by 1988, the peer-reviewed scientific methods for estimating the value of life were well-accepted: "Most economists would agree that the willingness-to-pay methodology is the most conceptually appropriate criterion for establishing the value of life," Computing Economic loss in Cases of Wrongful Death, King and Smith, Rand Institute for Civil Justice, R-3549-ICJ, 1988.

While first discussed in cutting edge, peer-reviewed economic journals, additional proof of general acceptance is now indicated by the fact that this methodology is now taught in standard economics courses at the undergraduate and graduate level throughout hundreds of colleges and universities nationwide as well as the fact that it is taught and discussed in widely-accepted textbooks in the field of law and economics: Economics, Sixth Edition, David C. Colander, McGraw-Hill Irwin, Boston, 2006, pp. 463-465; this introductory economics textbook is the third most widely used textbook in college courses nationwide. Hamermesh and Rees's The Economics of Work and Pay, Harper-Collins, 1993, Chapter 13, a standard advanced textbook in labor economics, also discusses the methodology for valuing life. Other textbooks discuss this topic as well. Richard Posner, a Judge and former Chief Judge of the U.S. Court of Appeals for the highly regarded 7th Circuit and Senior Lecturer at the University of Chicago Law School, one of most prolific legal writers in America, details the Value of Life approach in his widely used textbooks: Economic Analysis of Law, 1986, Little Brown & Co., pp. 182-185 and Tort Law, 1982, Little Brown & Co., pp. 120-126.

As further evidence of general acceptance in the field, some surveys (albeit non-scientific) published in the field of

17

## SEG

forensic economics show that hundreds of economists nationwide are now familiar with this methodology and are available to prepare (and critique) forensic economic value of life estimates. Indeed, some economists who indicate they will prepare such analysis for plaintiffs also are willing to critique such analysis for defendants, as I have done.   That an economist is willing to critique a report does not indicate that he or she is opposed to the concept or the methodology, but merely available to assure that the plaintiff economist has employed proper techniques.   The fact that there are economists who indicate they do not prepare estimates of value of life is again no indication that they oppose the methodology: many claim they are not familiar with the literature and untrained in this area.   While some CPAs and others without a degree in economics have opposed these methods, such professionals do not have the requisite academic training and are unqualified to make such judgements. However, as in any field of economics, this area is not without any dissent.   General acceptance does not mean universal acceptance.

Additional evidence of general acceptance in the field is found in the teaching of the concepts regarding the value of life. Forensic Economics is now taught as a special field in a number of institutions nationwide.   I taught what is believed to be the first course ever presented in the field of Forensic Economics at DePaul University in Spring, 1990.   My own book, Economic/Hedonic Damages, Anderson, 1990, and supplemental updates thereto, co-authored with Dr. Michael Brookshire, a Professor of Economics in West Virginia, has been used as a textbook in at least 5 colleges and universities nationwide in such courses in economics, and has a thorough discussion of the methodology. Toppino et. al., in "Forensic Economics in the Classroom," published in The Earnings Analyst, Journal of the American Rehabilitation Economics Association, Vol. 4, 2001, pp. 53-86, indicate that hedonic damages is one of 15 major topic areas taught in such courses.

Lastly, general acceptance is found by examining publications in the primary journal in the field of Forensic Economics, which is the peer-reviewed Journal of Forensic Economics, where there have been published many articles on the value of life.   Some are cited above.   Others include: "The Econometric Basis for Estimates of the Value of Life," W. K. Viscusi, Vol 3, No. 3, Fall 1990, pp. 61-70; "Hedonic Damages in the Courtroom Setting." Stan V. Smith, Vol. 3, No. 3, Fall 1990, pp. 41-49; "Issues Affecting the Calculated Value of Life," E. P. Berla, M. L. Brookshire and Stan V. Smith, Vol 3, No. 1, 1990, pp. 1-8; "Hedonic Damages and Personal Injury:  A Conceptual Approach." G. R. Albrecht, Vol. 5., No. 2, Spring/Summer 1992, pp. 97-104; "The Application of the Hedonic Damages Concept to Wrongful and Personal Injury Litigation." G. R. Albrecht, Vol. 7, No. 2, Spring/Summer 1994, pp. 143-150; and also "A Review of the Monte Carlo Evidence Concerning Hedonic Value of Life Estimates," R. F.

18

# SEG

Gilbert, Vol. 8, No. 2, Spring/Summer 1995, pp. 125-130.
Professor Ike Mathur, while Chairman of the Department of Finance
at Southern Illinois University wrote an article on how the value
of life studies can be used to provide a basis for estimating the
value of life per year in application to litigation.  This
article corroborates my approach: "Estimating Value of Life per
Life Year."  I. Mathur, Journal of Forensic Economics, Vol. 3,
No. 3, 1990, pp. 95-96.  As do many of the authors of
applications of the value of life literature to litigation
economics, Professor Mathur has frequently testified in court,
and courts have admitted his testimony.

It is important to note that this methodology is endorsed and
employed by the U. S. Government as the standard and recommended
approach for use by all U. S. Agencies in valuing life for policy
purposes, as mandated in current and past Presidential Executive
Orders in effect since 1972, and as discussed in "Report to
Congress on the Costs and Benefits of Federal Regulations,"
Office of Management and Budget, 1998, and "Economic Analysis of
Federal Regulations Under Executive Order 12866," Executive
Office of the President, Office of Management and Budget, pp. 1-
37, and "Report to the President on Executive Order No. 12866,"
Regulatory Planning and Review, May 1, 1994, Office of
Information and Regulatory Affairs, Office of Management and
Budget.  Prior presidents signed similar orders as discussed in
"Federal Agency Valuations of Human life," Administrative
Conference of the United States, Report for Recommendation 88-7,
December 1988, pp. 368-408.  926

19

SEG

## APPENDIX: META-ANALYSES AND VALUE OF LIFE RESULTS SINCE 2000

Below I list the principal systematic reviews (meta-analyses), since the year 2000, of the value of life literature, and the values of a statistical life that they recommend.  In statistics, a meta-analysis combines the results of several studies that address a set of related research hypotheses.  Meta-analysis increase the statistical power of studies by analyzing a group of studies and provide a more powerful and accurate data analysis than would result from analyzing each study alone.  Based on those reviews, the Summary Table suggests a best estimate.  The following table summarizes the studies and their findings.

These statistically based studies place the value between $4.4 and $7.5 million, with $5.9 million in year 2005 dollars representing a conservative yet credible estimate of the average (and range midpoint) of the values of a statistical life published in the studies in year 2005 dollars.  Net of human capital, a credible net value of life based on all these literature reviews to be $4.8 million in year 2005 dollars, or $5.4 million in year 2008 dollars.

The actual value that I use, $4.1 million in year 2008 dollars ($4.8 million in year 2018 dollars) is approximately 24 percent lower than a conservative average estimate based on the credible meta-analyses.  This value was originally based on a review conducted in the late 1980s, averaging the results published by that time.  I have increased that late 1980s value only by inflation over time, despite the fact a review of literature over the years since that time has put obvious upward pressure on the figure that I use.

20

# SEG

## VALUE OF STATISTICAL LIFE SUMMARY TABLE

Mean and range of value of statistical life estimates (in 2005 dollars) from the best meta-analyses and systematic reviews since 2000 and characteristics of those reviews.

| Study | Formal Meta-Analysis? | Number of Values | Best Estimate (2005 Dollars) | Range | Context |
|---|---|---|---|---|---|
| Miller 2000 | Yes | 68 estimates | $5.1M | $4.5-$6.2M | US estimate from all |
| Mrozek & Taylor 2002 | Yes | 203 estimates | $4.4M | + or - 35% | Labor market |
| Viscusi & Aldy 2003 | Yes | 49 estimates | $6.5M | $5.1-$9.6M | Labor market, US estimate from all |
| Kochi et al. 2006 | Yes | 234 estimates | $6.0M | + or - 44% | Labor market survey |
| Bellavance 2006 (published in 2009) | Yes | 37 estimates | $7.5M | + or - 19% | Labor market |

Adapted from Ted R. Miller's paper "Hedonic Damages," Journal of Forensic Economics, Vol. 20, No. 2 (October 2008), pp. 137-153.

21

# SEG

Miller (2000) started from the Miller 1989 JFE estimates and used statistical methods to adjust for differences between studies. It also added newer studies, primarily ones outside the United States. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.  Miller, Ted R, "Variations between Countries in Values of Statistical Life", Journal of Transport Economics and Policy, Vol. 34, No. 2 (May 2000), pp. 169-188.

Mrozek and Taylor (2002) searched intensively for studies of the value of life implied by wages paid for risky jobs. They coded all values from each study rather than a most appropriate estimate. A statistical analysis identified what factors accounted for the differences in values between studies. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.  Mrozek, Janusz R. and Laura O. Taylor, "What Determines the Value of Life?  A Meta-Analysis", Journal of Policy Analysis and Management, Vol. 21, No. 2 (2002), pp. 253-270.

Viscusi and Aldy (2003) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.  W.K. Viscusi and J.E. Aldy, "The Value of a Statistical Life:  A Critical Review of Market Estimates Throughout the World", Journal of Risk and Uncertainty, Vol. 27, No. 1 (2003), pp. 5-76.

Kochi et al. (2006) searched intensively for studies of the value of life implied by wages and coded all values from each study rather than a most appropriate estimate. They did not filter study quality carefully. The best estimate was derived by statistical methods based on the distribution of the values within and across studies.  Kochi, Ikuho, Bryan Hubbell, and Randall Kramer, "An Empirical Bayes Approach to Combining and Comparing Estimates of the Value of a Statistical Life for Environmental Policy Analysis", Environmental and Resource Economics, Vol. 34 (2006), pp. 385-406.

Bellavance et al. (2009) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.  Bellavance, Francois, Georges Dionne, and Martin Lebeau, "The Value of a Statistical Life: A Meta-Analysis with a Mixed Effects Regression Model," Journal of Health Economics, Vol. 28, Issue 2, (2009), pp. 444-464.  3A22

22

# SEG

**SUMMARY OF LOSSES FOR JOHN CASAZZA**

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| ***** | ******************************* | ********** |
| | **EARNINGS** | |
| | LOSS OF WAGES & BENEFITS, NET OF PERSONAL CONSUMPTION | |
| 9 | Annual Employment to age 67 | $19,270,667 |
| | **HOUSEHOLD/FAMILY SERVICES** | |
| 12 | LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOME MANAGEMENT SERVICES | $ 572,771 |
| | LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES | |
| 15 | Patricia Casazza | $ 587,559 |
| 18 | John Casazza, Jr. | $ 362,562 |
| | LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES | |
| 21 | Patricia Casazza | $ 781,960 |
| 24 | John Casazza, Jr. | $ 321,676 |
| | **LOSS OF ENJOYMENT OF LIFE** | |
| 27 | LOSS OF VALUE OF LIFE | $ 4,966,841 |
| | **LOSS OF SOCIETY AND RELATIONSHIP** | |
| | LOSS OF RELATIONSHIP | |
| 30 | Patricia Casazza | $ 1,856,847 |
| 33 | John Casazza, Jr. | $ 1,470,184 |
| | **SOLATIUM** | |
| | SOLATIUM | $SEE MATRIX |

The information on this Summary of Losses is intended to summarize losses under certain given assumptions.  Please refer to the report and the tables for all the opinions.

23

Table 1

LOSS OF PAST WAGES
2001 - 2018

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|-------|----------|
| 2001 | 38 | $143,600 | $143,600 |
| 2002 | 39 | 482,061 | 625,661 |
| 2003 | 40 | 507,506 | 1,133,167 |
| 2004 | 41 | 529,841 | 1,663,008 |
| 2005 | 42 | 545,919 | 2,208,927 |
| 2006 | 43 | 567,223 | 2,776,150 |
| 2007 | 44 | 590,061 | 3,366,211 |
| 2008 | 45 | 607,576 | 3,973,787 |
| 2009 | 46 | 614,961 | 4,588,748 |
| 2010 | 47 | 622,497 | 5,211,245 |
| 2011 | 48 | 625,589 | 5,836,834 |
| 2012 | 49 | 662,480 | 6,499,314 |
| 2013 | 50 | 662,480 | 7,161,794 |
| 2014 | 51 | 680,565 | 7,842,359 |
| 2015 | 52 | 701,517 | 8,543,876 |
| 2016 | 53 | 701,517 | 9,245,393 |
| 2017 | 54 | 719,008 | 9,964,401 |
| 2018 | 55 | 740,578 | $10,704,979 |

JOHN CASAZZA $10,704,979

Table 2

LOSS OF PAST EMPLOYEE BENEFITS
2001 - 2018

| YEAR | AGE | EMPLOYEE BENEFITS | CUMULATE |
|------|-----|-------------------|----------|
| 2001 | 38 | $16,227 | $16,227 |
| 2002 | 39 | 54,473 | 70,700 |
| 2003 | 40 | 57,348 | 128,048 |
| 2004 | 41 | 59,872 | 187,920 |
| 2005 | 42 | 61,689 | 249,609 |
| 2006 | 43 | 64,096 | 313,705 |
| 2007 | 44 | 66,677 | 380,382 |
| 2008 | 45 | 68,656 | 449,038 |
| 2009 | 46 | 69,491 | 518,529 |
| 2010 | 47 | 70,342 | 588,871 |
| 2011 | 48 | 70,692 | 659,563 |
| 2012 | 49 | 74,860 | 734,423 |
| 2013 | 50 | 74,860 | 809,283 |
| 2014 | 51 | 76,904 | 886,187 |
| 2015 | 52 | 79,271 | 965,458 |
| 2016 | 53 | 79,271 | 1,044,729 |
| 2017 | 54 | 81,248 | 1,125,977 |
| 2018 | 55 | 83,685 | $1,209,662 |

JOHN CASAZZA $1,209,662

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 3

LOSS OF PAST PERSONAL CONSUMPTION
2001 - 2018

| YEAR | AGE | PERSONAL CONSUMPTION | CUMULATE |
|------|-----|----------------------|----------|
| 2001 | 38 | -$16,141 | -$16,141 |
| 2002 | 39 | -54,184 | -70,325 |
| 2003 | 40 | -57,044 | -127,369 |
| 2004 | 41 | -59,554 | -186,923 |
| 2005 | 42 | -61,361 | -248,284 |
| 2006 | 43 | -63,756 | -312,040 |
| 2007 | 44 | -66,323 | -378,363 |
| 2008 | 45 | -68,292 | -446,655 |
| 2009 | 46 | -69,122 | -515,777 |
| 2010 | 47 | -69,969 | -585,746 |
| 2011 | 48 | -70,316 | -656,062 |
| 2012 | 49 | -74,463 | -730,525 |
| 2013 | 50 | -92,880 | -823,405 |
| 2014 | 51 | -95,415 | -918,820 |
| 2015 | 52 | -98,353 | -1,017,173 |
| 2016 | 53 | -98,353 | -1,115,526 |
| 2017 | 54 | -100,805 | -1,216,331 |
| 2018 | 55 | -103,829 | -$1,320,160 |

JOHN CASAZZA -$1,320,160

Table 4

ECONOMIC LOSS TO DATE
2001 - 2018

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| 2001 | 38 | $143,600 | $16,227 | -$16,141 | $143,686 | $143,686 |
| 2002 | 39 | 482,061 | 54,473 | -54,184 | 482,350 | 626,036 |
| 2003 | 40 | 507,506 | 57,348 | -57,044 | 507,810 | 1,133,846 |
| 2004 | 41 | 529,841 | 59,872 | -59,554 | 530,159 | 1,664,005 |
| 2005 | 42 | 545,919 | 61,689 | -61,361 | 546,247 | 2,210,252 |
| 2006 | 43 | 567,223 | 64,096 | -63,756 | 567,563 | 2,777,815 |
| 2007 | 44 | 590,061 | 66,677 | -66,323 | 590,415 | 3,368,230 |
| 2008 | 45 | 607,576 | 68,656 | -68,292 | 607,940 | 3,976,170 |
| 2009 | 46 | 614,961 | 69,491 | -69,122 | 615,330 | 4,591,500 |
| 2010 | 47 | 622,497 | 70,342 | -69,969 | 622,870 | 5,214,370 |
| 2011 | 48 | 625,589 | 70,692 | -70,316 | 625,965 | 5,840,335 |
| 2012 | 49 | 662,480 | 74,860 | -74,463 | 662,877 | 6,503,212 |
| 2013 | 50 | 662,480 | 74,860 | -92,880 | 644,460 | 7,147,672 |
| 2014 | 51 | 680,565 | 76,904 | -95,415 | 662,054 | 7,809,726 |
| 2015 | 52 | 701,517 | 79,271 | -98,353 | 682,435 | 8,492,161 |
| 2016 | 53 | 701,517 | 79,271 | -98,353 | 682,435 | 9,174,596 |
| 2017 | 54 | 719,008 | 81,248 | -100,805 | 699,451 | 9,874,047 |
| 2018 | 55 | 740,578 | 83,685 | -103,829 | 720,434 | $10,594,481 |

JOHN CASAZZA  $10,704,979      $1,209,662      -$1,320,160      $10,594,481

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 5

PRESENT VALUE OF FUTURE WAGES
2019 - 2042

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------|-----------------|---------------|----------|
| 2019 | 56 | $762,796 | 0.98765 | $753,375 | $753,375 |
| 2020 | 57 | 770,424 | 0.97546 | 751,518 | 1,504,893 |
| 2021 | 58 | 778,128 | 0.96342 | 749,664 | 2,254,557 |
| 2022 | 59 | 785,909 | 0.95152 | 747,808 | 3,002,365 |
| 2023 | 60 | 793,768 | 0.93978 | 745,967 | 3,748,332 |
| 2024 | 61 | 801,706 | 0.92817 | 744,119 | 4,492,451 |
| 2025 | 62 | 809,723 | 0.91672 | 742,289 | 5,234,740 |
| 2026 | 63 | 817,820 | 0.90540 | 740,454 | 5,975,194 |
| 2027 | 64 | 825,998 | 0.89422 | 738,624 | 6,713,818 |
| 2028 | 65 | 834,258 | 0.88318 | 736,800 | 7,450,618 |
| 2029 | 66 | 842,601 | 0.87228 | 734,984 | 8,185,602 |
| 2030 | 67 | 851,027 | 0.86151 | 733,168 | 8,918,770 |
| 2031 | 68 | 859,537 | 0.85087 | 731,354 | 9,650,124 |
| 2032 | 69 | 868,132 | 0.84037 | 729,552 | 10,379,676 |
| 2033 | 70 | 876,813 | 0.82999 | 727,746 | 11,107,422 |
| 2034 | 71 | 885,581 | 0.81975 | 725,955 | 11,833,377 |
| 2035 | 72 | 894,437 | 0.80963 | 724,163 | 12,557,540 |
| 2036 | 73 | 903,381 | 0.79963 | 722,371 | 13,279,911 |
| 2037 | 74 | 912,415 | 0.78976 | 720,589 | 14,000,500 |
| 2038 | 75 | 921,539 | 0.78001 | 718,810 | 14,719,310 |
| 2039 | 76 | 930,754 | 0.77038 | 717,034 | 15,436,344 |
| 2040 | 77 | 940,062 | 0.76087 | 715,265 | 16,151,609 |
| 2041 | 78 | 949,463 | 0.75147 | 713,493 | 16,865,102 |
| 2042 | 79 | 265,355 | 0.74888 | 198,719 | $17,063,821 |

JOHN CASAZZA                          $17,063,821

Table 6

PRESENT VALUE OF FUTURE EMPLOYEE BENEFITS
2019 - 2042

| YEAR | AGE | EMPLOYEE BENEFITS | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------------------|------------------|---------------|-----------|
| **** | *** | ******** | ******** | ********** | ********** |
| 2019 | 56 | $86,196 | 0.98765 | $85,131 | $85,131 |
| 2020 | 57 | 87,058 | 0.97546 | 84,922 | 170,053 |
| 2021 | 58 | 87,928 | 0.96342 | 84,712 | 254,765 |
| 2022 | 59 | 88,808 | 0.95152 | 84,503 | 339,268 |
| 2023 | 60 | 89,696 | 0.93978 | 84,295 | 423,563 |
| 2024 | 61 | 90,593 | 0.92817 | 84,086 | 507,649 |
| 2025 | 62 | 91,499 | 0.91672 | 83,879 | 591,528 |
| 2026 | 63 | 92,414 | 0.90540 | 83,672 | 675,200 |
| 2027 | 64 | 93,338 | 0.89422 | 83,465 | 758,665 |
| 2028 | 65 | 94,271 | 0.88318 | 83,258 | 841,923 |
| 2029 | 66 | 95,214 | 0.87228 | 83,053 | 924,976 |
| 2030 | 67 | 96,166 | 0.86151 | 82,848 | 1,007,824 |
| 2031 | 68 | 97,128 | 0.85087 | 82,643 | 1,090,467 |
| 2032 | 69 | 98,099 | 0.84037 | 82,439 | 1,172,906 |
| 2033 | 70 | 99,080 | 0.82999 | 82,235 | 1,255,141 |
| 2034 | 71 | 100,071 | 0.81975 | 82,033 | 1,337,174 |
| 2035 | 72 | 101,071 | 0.80963 | 81,830 | 1,419,004 |
| 2036 | 73 | 102,082 | 0.79963 | 81,628 | 1,500,632 |
| 2037 | 74 | 103,103 | 0.78976 | 81,427 | 1,582,059 |
| 2038 | 75 | 104,134 | 0.78001 | 81,226 | 1,663,285 |
| 2039 | 76 | 105,175 | 0.77038 | 81,025 | 1,744,310 |
| 2040 | 77 | 106,227 | 0.76087 | 80,825 | 1,825,135 |
| 2041 | 78 | 107,289 | 0.75147 | 80,624 | 1,905,759 |
| 2042 | 79 | 29,985 | 0.74888 | 22,455 | $1,928,214 |

JOHN CASAZZA                              $1,928,214

Table 7

PRESENT VALUE OF FUTURE PERSONAL CONSUMPTION
2019 - 2042

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------------------|-----------------|---------------|----------|
| **** | *** | *********** | ******** | *********** | *********** |
| 2019 | 56 | -$106,944 | 0.98765 | -$105,623 | -$105,623 |
| 2020 | 57 | -108,013 | 0.97546 | -105,362 | -210,985 |
| 2021 | 58 | -109,094 | 0.96342 | -105,103 | -316,088 |
| 2022 | 59 | -110,184 | 0.95152 | -104,842 | -420,930 |
| 2023 | 60 | -111,286 | 0.93978 | -104,584 | -525,514 |
| 2024 | 61 | -112,399 | 0.92817 | -104,325 | -629,839 |
| 2025 | 62 | -113,523 | 0.91672 | -104,069 | -733,908 |
| 2026 | 63 | -114,658 | 0.90540 | -103,811 | -837,719 |
| 2027 | 64 | -115,805 | 0.89422 | -103,555 | -941,274 |
| 2028 | 65 | -116,963 | 0.88318 | -103,299 | -1,044,573 |
| 2029 | 66 | -118,133 | 0.87228 | -103,045 | -1,147,618 |
| 2030 | 67 | -119,314 | 0.86151 | -102,790 | -1,250,408 |
| 2031 | 68 | -120,507 | 0.85087 | -102,536 | -1,352,944 |
| 2032 | 69 | -121,712 | 0.84037 | -102,283 | -1,455,227 |
| 2033 | 70 | -122,929 | 0.82999 | -102,030 | -1,557,257 |
| 2034 | 71 | -124,158 | 0.81975 | -101,779 | -1,659,036 |
| 2035 | 72 | -125,400 | 0.80963 | -101,528 | -1,760,564 |
| 2036 | 73 | -126,654 | 0.79963 | -101,276 | -1,861,840 |
| 2037 | 74 | -127,921 | 0.78976 | -101,027 | -1,962,867 |
| 2038 | 75 | -129,200 | 0.78001 | -100,777 | -2,063,644 |
| 2039 | 76 | -130,492 | 0.77038 | -100,528 | -2,164,172 |
| 2040 | 77 | -131,797 | 0.76087 | -100,280 | -2,264,452 |
| 2041 | 78 | -133,115 | 0.75147 | -100,032 | -2,364,484 |
| 2042 | 79 | -37,203 | 0.74888 | -27,861 | -$2,392,345 |

JOHN CASAZZA                                    -$2,392,345

Table 8

PRESENT VALUE OF FUTURE WAGE AND BENEFIT  LOSS
2019 - 2042

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| 2019 | 56 | $753,375 | $85,131 | -$105,623 | $732,883 | $732,883 |
| 2020 | 57 | 751,518 | 84,922 | -105,362 | 731,078 | 1,463,961 |
| 2021 | 58 | 749,664 | 84,712 | -105,103 | 729,273 | 2,193,234 |
| 2022 | 59 | 747,808 | 84,503 | -104,842 | 727,469 | 2,920,703 |
| 2023 | 60 | 745,967 | 84,295 | -104,584 | 725,678 | 3,646,381 |
| 2024 | 61 | 744,119 | 84,086 | -104,325 | 723,880 | 4,370,261 |
| 2025 | 62 | 742,289 | 83,879 | -104,069 | 722,099 | 5,092,360 |
| 2026 | 63 | 740,454 | 83,672 | -103,811 | 720,315 | 5,812,675 |
| 2027 | 64 | 738,624 | 83,465 | -103,555 | 718,534 | 6,531,209 |
| 2028 | 65 | 736,800 | 83,258 | -103,299 | 716,759 | 7,247,968 |
| 2029 | 66 | 734,984 | 83,053 | -103,045 | 714,992 | 7,962,960 |
| 2030 | 67 | 733,168 | 82,848 | -102,790 | 713,226 | 8,676,186 |
| 2031 | 68 | 731,354 | 82,643 | -102,536 | 711,461 | 9,387,647 |
| 2032 | 69 | 729,552 | 82,439 | -102,283 | 709,708 | 10,097,355 |
| 2033 | 70 | 727,746 | 82,235 | -102,030 | 707,951 | 10,805,306 |
| 2034 | 71 | 725,955 | 82,033 | -101,779 | 706,209 | 11,511,515 |
| 2035 | 72 | 724,163 | 81,830 | -101,528 | 704,465 | 12,215,980 |
| 2036 | 73 | 722,371 | 81,628 | -101,276 | 702,723 | 12,918,703 |
| 2037 | 74 | 720,589 | 81,427 | -101,027 | 700,989 | 13,619,692 |
| 2038 | 75 | 718,810 | 81,226 | -100,777 | 699,259 | 14,318,951 |
| 2039 | 76 | 717,034 | 81,025 | -100,528 | 697,531 | 15,016,482 |
| 2040 | 77 | 715,265 | 80,825 | -100,280 | 695,810 | 15,712,292 |
| 2041 | 78 | 713,493 | 80,624 | -100,032 | 694,085 | 16,406,377 |
| 2042 | 79 | 198,719 | 22,455 | -27,861 | 193,313 | $16,599,690 |

JOHN CASAZZA $17,063,821     $1,928,214     -$2,392,345     $16,599,690

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 9

PRESENT VALUE OF NET WAGE AND BENEFIT LOSS
2001 - 2042

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| 2001 | 38 | $143,600 | $16,227 | -$16,141 | $143,686 | $143,686 |
| 2002 | 39 | 482,061 | 54,473 | -54,184 | 482,350 | 626,036 |
| 2003 | 40 | 507,506 | 57,348 | -57,044 | 507,810 | 1,133,846 |
| 2004 | 41 | 529,841 | 59,872 | -59,554 | 530,159 | 1,664,005 |
| 2005 | 42 | 545,919 | 61,689 | -61,361 | 546,247 | 2,210,252 |
| 2006 | 43 | 567,223 | 64,096 | -63,756 | 567,563 | 2,777,815 |
| 2007 | 44 | 590,061 | 66,677 | -66,323 | 590,415 | 3,368,230 |
| 2008 | 45 | 607,576 | 68,656 | -68,292 | 607,940 | 3,976,170 |
| 2009 | 46 | 614,961 | 69,491 | -69,122 | 615,330 | 4,591,500 |
| 2010 | 47 | 622,497 | 70,342 | -69,969 | 622,870 | 5,214,370 |
| 2011 | 48 | 625,589 | 70,692 | -70,316 | 625,965 | 5,840,335 |
| 2012 | 49 | 662,480 | 74,860 | -74,463 | 662,877 | 6,503,212 |
| 2013 | 50 | 662,480 | 74,860 | -92,880 | 644,460 | 7,147,672 |
| 2014 | 51 | 680,565 | 76,904 | -95,415 | 662,054 | 7,809,726 |
| 2015 | 52 | 701,517 | 79,271 | -98,353 | 682,435 | 8,492,161 |
| 2016 | 53 | 701,517 | 79,271 | -98,353 | 682,435 | 9,174,596 |
| 2017 | 54 | 719,008 | 81,248 | -100,805 | 699,451 | 9,874,047 |
| 2018 | 55 | 740,578 | 83,685 | -103,829 | 720,434 | 10,594,481 |
| 2019 | 56 | 753,375 | 85,131 | -105,623 | 732,883 | 11,327,364 |
| 2020 | 57 | 751,518 | 84,922 | -105,362 | 731,078 | 12,058,442 |
| 2021 | 58 | 749,664 | 84,712 | -105,103 | 729,273 | 12,787,715 |
| 2022 | 59 | 747,808 | 84,503 | -104,842 | 727,469 | 13,515,184 |
| 2023 | 60 | 745,967 | 84,295 | -104,584 | 725,678 | 14,240,862 |
| 2024 | 61 | 744,119 | 84,086 | -104,325 | 723,880 | 14,964,742 |
| 2025 | 62 | 742,289 | 83,879 | -104,069 | 722,099 | 15,686,841 |
| 2026 | 63 | 740,454 | 83,672 | -103,811 | 720,315 | 16,407,156 |
| 2027 | 64 | 738,624 | 83,465 | -103,555 | 718,534 | 17,125,690 |
| 2028 | 65 | 736,800 | 83,258 | -103,299 | 716,759 | 17,842,449 |
| 2029 | 66 | 734,984 | 83,053 | -103,045 | 714,992 | 18,557,441 |
| 2030 | 67 | 733,168 | 82,848 | -102,790 | 713,226 | 19,270,667 |
| 2031 | 68 | 731,354 | 82,643 | -102,536 | 711,461 | 19,982,128 |
| 2032 | 69 | 729,552 | 82,439 | -102,283 | 709,708 | 20,691,836 |
| 2033 | 70 | 727,746 | 82,235 | -102,030 | 707,951 | 21,399,787 |
| 2034 | 71 | 725,955 | 82,033 | -101,779 | 706,209 | 22,105,996 |
| 2035 | 72 | 724,163 | 81,830 | -101,528 | 704,465 | 22,810,461 |
| 2036 | 73 | 722,371 | 81,628 | -101,276 | 702,723 | 23,513,184 |
| 2037 | 74 | 720,589 | 81,427 | -101,027 | 700,989 | 24,214,173 |
| 2038 | 75 | 718,810 | 81,226 | -100,777 | 699,259 | 24,913,432 |
| 2039 | 76 | 717,034 | 81,025 | -100,528 | 697,531 | 25,610,963 |
| 2040 | 77 | 715,265 | 80,825 | -100,280 | 695,810 | 26,306,773 |
| 2041 | 78 | 713,493 | 80,624 | -100,032 | 694,085 | 27,000,858 |
| 2042 | 79 | 198,719 | 22,455 | -27,861 | 193,313 | $27,194,171 |

JOHN CASAZZA $27,768,800    $3,137,876    -$3,712,505    $27,194,171

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 10

LOSS OF PAST HOUSEHOLD SERVICES
2001 - 2018

| YEAR | AGE | HOUSEHOLD SERVICES | CUMULATE |
|------|-----|--------------------|----------|
| 2001 | 38 | $3,277 | $3,277 |
| 2002 | 39 | 11,000 | 14,277 |
| 2003 | 40 | 11,581 | 25,858 |
| 2004 | 41 | 12,091 | 37,949 |
| 2005 | 42 | 12,458 | 50,407 |
| 2006 | 43 | 12,944 | 63,351 |
| 2007 | 44 | 13,465 | 76,816 |
| 2008 | 45 | 13,865 | 90,681 |
| 2009 | 46 | 14,033 | 104,714 |
| 2010 | 47 | 14,205 | 118,919 |
| 2011 | 48 | 14,276 | 133,195 |
| 2012 | 49 | 15,117 | 148,312 |
| 2013 | 50 | 16,118 | 164,430 |
| 2014 | 51 | 16,558 | 180,988 |
| 2015 | 52 | 17,068 | 198,056 |
| 2016 | 53 | 17,068 | 215,124 |
| 2017 | 54 | 17,494 | 232,618 |
| 2018 | 55 | 18,018 | $250,636 |

JOHN CASAZZA   $250,636

Table 11

PRESENT VALUE OF FUTURE HOUSEHOLD SERVICES
2019 - 2042

| YEAR | AGE | HOUSEHOLD SERVICES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------------|-----------------|---------------|----------|
| 2019 | 56 | $18,559 | 0.98765 | $18,330 | $18,330 |
| 2020 | 57 | 18,745 | 0.97546 | 18,285 | 36,615 |
| 2021 | 58 | 18,932 | 0.96342 | 18,239 | 54,854 |
| 2022 | 59 | 19,121 | 0.95152 | 18,194 | 73,048 |
| 2023 | 60 | 19,312 | 0.93978 | 18,149 | 91,197 |
| 2024 | 61 | 19,505 | 0.92817 | 18,104 | 109,301 |
| 2025 | 62 | 19,700 | 0.91672 | 18,059 | 127,360 |
| 2026 | 63 | 19,897 | 0.90540 | 18,015 | 145,375 |
| 2027 | 64 | 20,096 | 0.89422 | 17,970 | 163,345 |
| 2028 | 65 | 20,297 | 0.88318 | 17,926 | 181,271 |
| 2029 | 66 | 20,500 | 0.87228 | 17,882 | 199,153 |
| 2030 | 67 | 20,705 | 0.86151 | 17,838 | 216,991 |
| 2031 | 68 | 4,251 | 0.85087 | 3,617 | 220,608 |
| 2032 | 69 | 4,251 | 0.84037 | 3,572 | 224,180 |
| 2033 | 70 | 4,251 | 0.82999 | 3,528 | 227,708 |
| 2034 | 71 | 4,251 | 0.81975 | 3,485 | 231,193 |
| 2035 | 72 | 4,251 | 0.80963 | 3,442 | 234,635 |
| 2036 | 73 | 4,251 | 0.79963 | 3,399 | 238,034 |
| 2037 | 74 | 4,251 | 0.78976 | 3,357 | 241,391 |
| 2038 | 75 | 4,251 | 0.78001 | 3,316 | 244,707 |
| 2039 | 76 | 30,739 | 0.77038 | 23,681 | 268,388 |
| 2040 | 77 | 31,046 | 0.76087 | 23,622 | 292,010 |
| 2041 | 78 | 31,356 | 0.75147 | 23,563 | 315,573 |
| 2042 | 79 | 8,763 | 0.74888 | 6,562 | $322,135 |

JOHN CASAZZA                              $322,135

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 12

PRESENT VALUE OF NET HOUSEHOLD SERVICES LOSS
2001 - 2042

| YEAR | AGE | HOUSEHOLD SERVICES | CUMULATE |
|------|-----|--------------------|----------|
| **** | *** | ********* | ******** |
| 2001 | 38 | $3,277 | $3,277 |
| 2002 | 39 | 11,000 | 14,277 |
| 2003 | 40 | 11,581 | 25,858 |
| 2004 | 41 | 12,091 | 37,949 |
| 2005 | 42 | 12,458 | 50,407 |
| 2006 | 43 | 12,944 | 63,351 |
| 2007 | 44 | 13,465 | 76,816 |
| 2008 | 45 | 13,865 | 90,681 |
| 2009 | 46 | 14,033 | 104,714 |
| 2010 | 47 | 14,205 | 118,919 |
| 2011 | 48 | 14,276 | 133,195 |
| 2012 | 49 | 15,117 | 148,312 |
| 2013 | 50 | 16,118 | 164,430 |
| 2014 | 51 | 16,558 | 180,988 |
| 2015 | 52 | 17,068 | 198,056 |
| 2016 | 53 | 17,068 | 215,124 |
| 2017 | 54 | 17,494 | 232,618 |
| 2018 | 55 | 18,018 | 250,636 |
| 2019 | 56 | 18,330 | 268,966 |
| 2020 | 57 | 18,285 | 287,251 |
| 2021 | 58 | 18,239 | 305,490 |
| 2022 | 59 | 18,194 | 323,684 |
| 2023 | 60 | 18,149 | 341,833 |
| 2024 | 61 | 18,104 | 359,937 |
| 2025 | 62 | 18,059 | 377,996 |
| 2026 | 63 | 18,015 | 396,011 |
| 2027 | 64 | 17,970 | 413,981 |
| 2028 | 65 | 17,926 | 431,907 |
| 2029 | 66 | 17,882 | 449,789 |
| 2030 | 67 | 17,838 | 467,627 |
| 2031 | 68 | 3,617 | 471,244 |
| 2032 | 69 | 3,572 | 474,816 |
| 2033 | 70 | 3,528 | 478,344 |
| 2034 | 71 | 3,485 | 481,829 |
| 2035 | 72 | 3,442 | 485,271 |
| 2036 | 73 | 3,399 | 488,670 |
| 2037 | 74 | 3,357 | 492,027 |
| 2038 | 75 | 3,316 | 495,343 |
| 2039 | 76 | 23,681 | 519,024 |
| 2040 | 77 | 23,622 | 542,646 |
| 2041 | 78 | 23,563 | 566,209 |
| 2042 | 79 | 6,562 | $572,771 |

JOHN CASAZZA    $572,771

Table 13

LOSS OF PAST GUIDANCE TO PATRICIA
2001 - 2018

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ************ | ******** |
| 2001 | 40 | $3,038 | $3,038 |
| 2002 | 41 | 10,200 | 13,238 |
| 2003 | 42 | 10,738 | 23,976 |
| 2004 | 43 | 11,211 | 35,187 |
| 2005 | 44 | 11,551 | 46,738 |
| 2006 | 45 | 12,002 | 58,740 |
| 2007 | 46 | 12,485 | 71,225 |
| 2008 | 47 | 12,855 | 84,080 |
| 2009 | 48 | 13,012 | 97,092 |
| 2010 | 49 | 13,171 | 110,263 |
| 2011 | 50 | 13,237 | 123,500 |
| 2012 | 51 | 14,017 | 137,517 |
| 2013 | 52 | 14,017 | 151,534 |
| 2014 | 53 | 14,400 | 165,934 |
| 2015 | 54 | 14,843 | 180,777 |
| 2016 | 55 | 14,843 | 195,620 |
| 2017 | 56 | 15,213 | 210,833 |
| 2018 | 57 | 15,670 | $226,503 |

CASAZZA            $226,503

Table 14

PRESENT VALUE OF FUTURE GUIDANCE TO PATRICIA
2019 - 2042

| YEAR | AGE | GUIDANCE | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------|-----------------|---------------|----------|
| 2019 | 58 | $16,140 | 0.98765 | $15,941 | $15,941 |
| 2020 | 59 | 16,301 | 0.97546 | 15,901 | 31,842 |
| 2021 | 60 | 16,464 | 0.96342 | 15,862 | 47,704 |
| 2022 | 61 | 16,629 | 0.95152 | 15,823 | 63,527 |
| 2023 | 62 | 16,795 | 0.93978 | 15,784 | 79,311 |
| 2024 | 63 | 16,963 | 0.92817 | 15,745 | 95,056 |
| 2025 | 64 | 17,133 | 0.91672 | 15,706 | 110,762 |
| 2026 | 65 | 17,304 | 0.90540 | 15,667 | 126,429 |
| 2027 | 66 | 17,477 | 0.89422 | 15,628 | 142,057 |
| 2028 | 67 | 17,652 | 0.88318 | 15,590 | 157,647 |
| 2029 | 68 | 17,829 | 0.87228 | 15,552 | 173,199 |
| 2030 | 69 | 18,007 | 0.86151 | 15,513 | 188,712 |
| 2031 | 70 | 18,187 | 0.85087 | 15,475 | 204,187 |
| 2032 | 71 | 18,369 | 0.84037 | 15,437 | 219,624 |
| 2033 | 72 | 18,553 | 0.82999 | 15,399 | 235,023 |
| 2034 | 73 | 18,739 | 0.81975 | 15,361 | 250,384 |
| 2035 | 74 | 18,926 | 0.80963 | 15,323 | 265,707 |
| 2036 | 75 | 19,115 | 0.79963 | 15,285 | 280,992 |
| 2037 | 76 | 19,306 | 0.78976 | 15,247 | 296,239 |
| 2038 | 77 | 19,499 | 0.78001 | 15,209 | 311,448 |
| 2039 | 78 | 19,694 | 0.77038 | 15,172 | 326,620 |
| 2040 | 79 | 19,891 | 0.76087 | 15,134 | 341,754 |
| 2041 | 80 | 20,090 | 0.75147 | 15,097 | 356,851 |
| 2042 | 81 | 5,615 | 0.74888 | 4,205 | $361,056 |

PATRICIA CASAZZA                                    $361,056

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 15

PRESENT VALUE OF NET GUIDANCE LOSS TO PATRICIA
2001 - 2042

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ************ | ******** |
| 2001 | 40 | $3,038 | $3,038 |
| 2002 | 41 | 10,200 | 13,238 |
| 2003 | 42 | 10,738 | 23,976 |
| 2004 | 43 | 11,211 | 35,187 |
| 2005 | 44 | 11,551 | 46,738 |
| 2006 | 45 | 12,002 | 58,740 |
| 2007 | 46 | 12,485 | 71,225 |
| 2008 | 47 | 12,855 | 84,080 |
| 2009 | 48 | 13,012 | 97,092 |
| 2010 | 49 | 13,171 | 110,263 |
| 2011 | 50 | 13,237 | 123,500 |
| 2012 | 51 | 14,017 | 137,517 |
| 2013 | 52 | 14,017 | 151,534 |
| 2014 | 53 | 14,400 | 165,934 |
| 2015 | 54 | 14,843 | 180,777 |
| 2016 | 55 | 14,843 | 195,620 |
| 2017 | 56 | 15,213 | 210,833 |
| 2018 | 57 | 15,670 | 226,503 |
| 2019 | 58 | 15,941 | 242,444 |
| 2020 | 59 | 15,901 | 258,345 |
| 2021 | 60 | 15,862 | 274,207 |
| 2022 | 61 | 15,823 | 290,030 |
| 2023 | 62 | 15,784 | 305,814 |
| 2024 | 63 | 15,745 | 321,559 |
| 2025 | 64 | 15,706 | 337,265 |
| 2026 | 65 | 15,667 | 352,932 |
| 2027 | 66 | 15,628 | 368,560 |
| 2028 | 67 | 15,590 | 384,150 |
| 2029 | 68 | 15,552 | 399,702 |
| 2030 | 69 | 15,513 | 415,215 |
| 2031 | 70 | 15,475 | 430,690 |
| 2032 | 71 | 15,437 | 446,127 |
| 2033 | 72 | 15,399 | 461,526 |
| 2034 | 73 | 15,361 | 476,887 |
| 2035 | 74 | 15,323 | 492,210 |
| 2036 | 75 | 15,285 | 507,495 |
| 2037 | 76 | 15,247 | 522,742 |
| 2038 | 77 | 15,209 | 537,951 |
| 2039 | 78 | 15,172 | 553,123 |
| 2040 | 79 | 15,134 | 568,257 |
| 2041 | 80 | 15,097 | 583,354 |
| 2042 | 81 | 4,205 | $587,559 |

CASAZZA             $587,559

Table 16

LOSS OF PAST GUIDANCE TO JOHN JR
2001 - 2018

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| 2001 | 11 | $3,038 | $3,038 |
| 2002 | 12 | 10,200 | 13,238 |
| 2003 | 13 | 10,738 | 23,976 |
| 2004 | 14 | 11,211 | 35,187 |
| 2005 | 15 | 11,551 | 46,738 |
| 2006 | 16 | 12,002 | 58,740 |
| 2007 | 17 | 12,485 | 71,225 |
| 2008 | 18 | 12,855 | 84,080 |
| 2009 | 19 | 13,012 | 97,092 |
| 2010 | 20 | 13,171 | 110,263 |
| 2011 | 21 | 13,237 | 123,500 |
| 2012 | 22 | 14,017 | 137,517 |
| 2013 | 23 | 7,009 | 144,526 |
| 2014 | 24 | 7,200 | 151,726 |
| 2015 | 25 | 7,422 | 159,148 |
| 2016 | 26 | 7,422 | 166,570 |
| 2017 | 27 | 7,607 | 174,177 |
| 2018 | 28 | 7,835 | $182,012 |

CASAZZA          $182,012

Table 17

PRESENT VALUE OF FUTURE GUIDANCE TO JOHN JR
2019 - 2042

| YEAR | AGE | GUIDANCE | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------|-----------------|---------------|----------|
| 2019 | 29 | $8,070 | 0.98765 | $7,970 | $7,970 |
| 2020 | 30 | 8,151 | 0.97546 | 7,951 | 15,921 |
| 2021 | 31 | 8,233 | 0.96342 | 7,932 | 23,853 |
| 2022 | 32 | 8,315 | 0.95152 | 7,912 | 31,765 |
| 2023 | 33 | 8,398 | 0.93978 | 7,892 | 39,657 |
| 2024 | 34 | 8,482 | 0.92817 | 7,873 | 47,530 |
| 2025 | 35 | 8,567 | 0.91672 | 7,854 | 55,384 |
| 2026 | 36 | 8,653 | 0.90540 | 7,834 | 63,218 |
| 2027 | 37 | 8,740 | 0.89422 | 7,815 | 71,033 |
| 2028 | 38 | 8,827 | 0.88318 | 7,796 | 78,829 |
| 2029 | 39 | 8,915 | 0.87228 | 7,776 | 86,605 |
| 2030 | 40 | 9,004 | 0.86151 | 7,757 | 94,362 |
| 2031 | 41 | 9,094 | 0.85087 | 7,738 | 102,100 |
| 2032 | 42 | 9,185 | 0.84037 | 7,719 | 109,819 |
| 2033 | 43 | 9,277 | 0.82999 | 7,700 | 117,519 |
| 2034 | 44 | 9,370 | 0.81975 | 7,681 | 125,200 |
| 2035 | 45 | 9,464 | 0.80963 | 7,662 | 132,862 |
| 2036 | 46 | 9,559 | 0.79963 | 7,644 | 140,506 |
| 2037 | 47 | 9,655 | 0.78976 | 7,625 | 148,131 |
| 2038 | 48 | 9,752 | 0.78001 | 7,607 | 155,738 |
| 2039 | 49 | 9,850 | 0.77038 | 7,588 | 163,326 |
| 2040 | 50 | 9,949 | 0.76087 | 7,570 | 170,896 |
| 2041 | 51 | 10,048 | 0.75147 | 7,551 | 178,447 |
| 2042 | 52 | 2,808 | 0.74888 | 2,103 | $180,550 |

JOHN CASAZZA, JR.                               $180,550

Table 18

PRESENT VALUE OF NET GUIDANCE LOSS TO JOHN JR
2001 - 2042

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| 2001 | 11 | $3,038 | $3,038 |
| 2002 | 12 | 10,200 | 13,238 |
| 2003 | 13 | 10,738 | 23,976 |
| 2004 | 14 | 11,211 | 35,187 |
| 2005 | 15 | 11,551 | 46,738 |
| 2006 | 16 | 12,002 | 58,740 |
| 2007 | 17 | 12,485 | 71,225 |
| 2008 | 18 | 12,855 | 84,080 |
| 2009 | 19 | 13,012 | 97,092 |
| 2010 | 20 | 13,171 | 110,263 |
| 2011 | 21 | 13,237 | 123,500 |
| 2012 | 22 | 14,017 | 137,517 |
| 2013 | 23 | 7,009 | 144,526 |
| 2014 | 24 | 7,200 | 151,726 |
| 2015 | 25 | 7,422 | 159,148 |
| 2016 | 26 | 7,422 | 166,570 |
| 2017 | 27 | 7,607 | 174,177 |
| 2018 | 28 | 7,835 | 182,012 |
| 2019 | 29 | 7,970 | 189,982 |
| 2020 | 30 | 7,951 | 197,933 |
| 2021 | 31 | 7,932 | 205,865 |
| 2022 | 32 | 7,912 | 213,777 |
| 2023 | 33 | 7,892 | 221,669 |
| 2024 | 34 | 7,873 | 229,542 |
| 2025 | 35 | 7,854 | 237,396 |
| 2026 | 36 | 7,834 | 245,230 |
| 2027 | 37 | 7,815 | 253,045 |
| 2028 | 38 | 7,796 | 260,841 |
| 2029 | 39 | 7,776 | 268,617 |
| 2030 | 40 | 7,757 | 276,374 |
| 2031 | 41 | 7,738 | 284,112 |
| 2032 | 42 | 7,719 | 291,831 |
| 2033 | 43 | 7,700 | 299,531 |
| 2034 | 44 | 7,681 | 307,212 |
| 2035 | 45 | 7,662 | 314,874 |
| 2036 | 46 | 7,644 | 322,518 |
| 2037 | 47 | 7,625 | 330,143 |
| 2038 | 48 | 7,607 | 337,750 |
| 2039 | 49 | 7,588 | 345,338 |
| 2040 | 50 | 7,570 | 352,908 |
| 2041 | 51 | 7,551 | 360,459 |
| 2042 | 52 | 2,103 | $362,562 |

CASAZZA         $362,562

Table 19

LOSS OF PAST ACCOMPANIMENT TO PATRICIA
2001 - 2018

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| 2001 | 40 | $4,044 | $4,044 |
| 2002 | 41 | 13,574 | 17,618 |
| 2003 | 42 | 14,291 | 31,909 |
| 2004 | 43 | 14,920 | 46,829 |
| 2005 | 44 | 15,373 | 62,202 |
| 2006 | 45 | 15,972 | 78,174 |
| 2007 | 46 | 16,616 | 94,790 |
| 2008 | 47 | 17,109 | 111,899 |
| 2009 | 48 | 17,317 | 129,216 |
| 2010 | 49 | 17,529 | 146,745 |
| 2011 | 50 | 17,616 | 164,361 |
| 2012 | 51 | 18,655 | 183,016 |
| 2013 | 52 | 18,655 | 201,671 |
| 2014 | 53 | 19,164 | 220,835 |
| 2015 | 54 | 19,754 | 240,589 |
| 2016 | 55 | 19,754 | 260,343 |
| 2017 | 56 | 20,247 | 280,590 |
| 2018 | 57 | 20,854 | $301,444 |

CASAZZA            $301,444

Table 20

PRESENT VALUE OF FUTURE ACCOMPANIMENT TO PATRICIA
2019 - 2042

| YEAR | AGE | ACCOMPANIMENT | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|---------------|-----------------|---------------|----------|
| **** | *** | ************* | ******** | ******** | ******** |
| 2019 | 58 | $21,480 | 0.98765 | $21,215 | $21,215 |
| 2020 | 59 | 21,695 | 0.97546 | 21,163 | 42,378 |
| 2021 | 60 | 21,912 | 0.96342 | 21,110 | 63,488 |
| 2022 | 61 | 22,131 | 0.95152 | 21,058 | 84,546 |
| 2023 | 62 | 22,352 | 0.93978 | 21,006 | 105,552 |
| 2024 | 63 | 22,576 | 0.92817 | 20,954 | 126,506 |
| 2025 | 64 | 22,802 | 0.91672 | 20,903 | 147,409 |
| 2026 | 65 | 23,030 | 0.90540 | 20,851 | 168,260 |
| 2027 | 66 | 23,260 | 0.89422 | 20,800 | 189,060 |
| 2028 | 67 | 23,493 | 0.88318 | 20,749 | 209,809 |
| 2029 | 68 | 23,728 | 0.87228 | 20,697 | 230,506 |
| 2030 | 69 | 23,965 | 0.86151 | 20,646 | 251,152 |
| 2031 | 70 | 24,205 | 0.85087 | 20,595 | 271,747 |
| 2032 | 71 | 24,447 | 0.84037 | 20,545 | 292,292 |
| 2033 | 72 | 24,691 | 0.82999 | 20,493 | 312,785 |
| 2034 | 73 | 24,938 | 0.81975 | 20,443 | 333,228 |
| 2035 | 74 | 25,187 | 0.80963 | 20,392 | 353,620 |
| 2036 | 75 | 25,439 | 0.79963 | 20,342 | 373,962 |
| 2037 | 76 | 25,693 | 0.78976 | 20,291 | 394,253 |
| 2038 | 77 | 25,950 | 0.78001 | 20,241 | 414,494 |
| 2039 | 78 | 26,210 | 0.77038 | 20,192 | 434,686 |
| 2040 | 79 | 26,472 | 0.76087 | 20,142 | 454,828 |
| 2041 | 80 | 26,737 | 0.75147 | 20,092 | 474,920 |
| 2042 | 81 | 7,472 | 0.74888 | 5,596 | $480,516 |

PATRICIA CASAZZA                              $480,516

Table 21

PRESENT VALUE OF NET ACCOMPANIMENT LOSS TO PATRICIA
2001 - 2042

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| **** | *** | ************* | ******** |
| 2001 | 40 | $4,044 | $4,044 |
| 2002 | 41 | 13,574 | 17,618 |
| 2003 | 42 | 14,291 | 31,909 |
| 2004 | 43 | 14,920 | 46,829 |
| 2005 | 44 | 15,373 | 62,202 |
| 2006 | 45 | 15,972 | 78,174 |
| 2007 | 46 | 16,616 | 94,790 |
| 2008 | 47 | 17,109 | 111,899 |
| 2009 | 48 | 17,317 | 129,216 |
| 2010 | 49 | 17,529 | 146,745 |
| 2011 | 50 | 17,616 | 164,361 |
| 2012 | 51 | 18,655 | 183,016 |
| 2013 | 52 | 18,655 | 201,671 |
| 2014 | 53 | 19,164 | 220,835 |
| 2015 | 54 | 19,754 | 240,589 |
| 2016 | 55 | 19,754 | 260,343 |
| 2017 | 56 | 20,247 | 280,590 |
| 2018 | 57 | 20,854 | 301,444 |
| 2019 | 58 | 21,215 | 322,659 |
| 2020 | 59 | 21,163 | 343,822 |
| 2021 | 60 | 21,110 | 364,932 |
| 2022 | 61 | 21,058 | 385,990 |
| 2023 | 62 | 21,006 | 406,996 |
| 2024 | 63 | 20,954 | 427,950 |
| 2025 | 64 | 20,903 | 448,853 |
| 2026 | 65 | 20,851 | 469,704 |
| 2027 | 66 | 20,800 | 490,504 |
| 2028 | 67 | 20,749 | 511,253 |
| 2029 | 68 | 20,697 | 531,950 |
| 2030 | 69 | 20,646 | 552,596 |
| 2031 | 70 | 20,595 | 573,191 |
| 2032 | 71 | 20,545 | 593,736 |
| 2033 | 72 | 20,493 | 614,229 |
| 2034 | 73 | 20,443 | 634,672 |
| 2035 | 74 | 20,392 | 655,064 |
| 2036 | 75 | 20,342 | 675,406 |
| 2037 | 76 | 20,291 | 695,697 |
| 2038 | 77 | 20,241 | 715,938 |
| 2039 | 78 | 20,192 | 736,130 |
| 2040 | 79 | 20,142 | 756,272 |
| 2041 | 80 | 20,092 | 776,364 |
| 2042 | 81 | 5,596 | $781,960 |

CASAZZA           $781,960

Table 22

LOSS OF PAST ACCOMPANIMENT TO JOHN JR
2001 - 2018

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| 2001 | 11 | $2,696 | $2,696 |
| 2002 | 12 | 9,050 | 11,746 |
| 2003 | 13 | 9,527 | 21,273 |
| 2004 | 14 | 9,947 | 31,220 |
| 2005 | 15 | 10,248 | 41,468 |
| 2006 | 16 | 10,648 | 52,116 |
| 2007 | 17 | 11,077 | 63,193 |
| 2008 | 18 | 11,406 | 74,599 |
| 2009 | 19 | 11,544 | 86,143 |
| 2010 | 20 | 11,686 | 97,829 |
| 2011 | 21 | 11,744 | 109,573 |
| 2012 | 22 | 12,437 | 122,010 |
| 2013 | 23 | 6,218 | 128,228 |
| 2014 | 24 | 6,388 | 134,616 |
| 2015 | 25 | 6,585 | 141,201 |
| 2016 | 26 | 6,585 | 147,786 |
| 2017 | 27 | 6,749 | 154,535 |
| 2018 | 28 | 6,951 | $161,486 |

CASAZZA          $161,486

Table 23

PRESENT VALUE OF FUTURE ACCOMPANIMENT TO JOHN JR
2019 - 2042

| YEAR | AGE | ACCOMPANIMENT | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|---------------|-----------------|---------------|----------|
| **** | *** | ************* | ******** | ******** | ******** |
| 2019 | 29 | $7,160 | 0.98765 | $7,072 | $7,072 |
| 2020 | 30 | 7,232 | 0.97546 | 7,055 | 14,127 |
| 2021 | 31 | 7,304 | 0.96342 | 7,037 | 21,164 |
| 2022 | 32 | 7,377 | 0.95152 | 7,019 | 28,183 |
| 2023 | 33 | 7,451 | 0.93978 | 7,002 | 35,185 |
| 2024 | 34 | 7,526 | 0.92817 | 6,985 | 42,170 |
| 2025 | 35 | 7,601 | 0.91672 | 6,968 | 49,138 |
| 2026 | 36 | 7,677 | 0.90540 | 6,951 | 56,089 |
| 2027 | 37 | 7,754 | 0.89422 | 6,934 | 63,023 |
| 2028 | 38 | 7,832 | 0.88318 | 6,917 | 69,940 |
| 2029 | 39 | 7,910 | 0.87228 | 6,900 | 76,840 |
| 2030 | 40 | 7,989 | 0.86151 | 6,883 | 83,723 |
| 2031 | 41 | 8,069 | 0.85087 | 6,866 | 90,589 |
| 2032 | 42 | 8,150 | 0.84037 | 6,849 | 97,438 |
| 2033 | 43 | 8,232 | 0.82999 | 6,832 | 104,270 |
| 2034 | 44 | 8,314 | 0.81975 | 6,815 | 111,085 |
| 2035 | 45 | 8,397 | 0.80963 | 6,798 | 117,883 |
| 2036 | 46 | 8,481 | 0.79963 | 6,782 | 124,665 |
| 2037 | 47 | 8,566 | 0.78976 | 6,765 | 131,430 |
| 2038 | 48 | 8,652 | 0.78001 | 6,749 | 138,179 |
| 2039 | 49 | 8,739 | 0.77038 | 6,732 | 144,911 |
| 2040 | 50 | 8,826 | 0.76087 | 6,715 | 151,626 |
| 2041 | 51 | 8,914 | 0.75147 | 6,699 | 158,325 |
| 2042 | 52 | 2,491 | 0.74888 | 1,865 | $160,190 |

JOHN CASAZZA, JR.                              $160,190

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 24

PRESENT VALUE OF NET ACCOMPANIMENT LOSS TO JOHN JR
2001 - 2042

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| **** | *** | ************* | ******** |
| 2001 | 11 | $2,696 | $2,696 |
| 2002 | 12 | 9,050 | 11,746 |
| 2003 | 13 | 9,527 | 21,273 |
| 2004 | 14 | 9,947 | 31,220 |
| 2005 | 15 | 10,248 | 41,468 |
| 2006 | 16 | 10,648 | 52,116 |
| 2007 | 17 | 11,077 | 63,193 |
| 2008 | 18 | 11,406 | 74,599 |
| 2009 | 19 | 11,544 | 86,143 |
| 2010 | 20 | 11,686 | 97,829 |
| 2011 | 21 | 11,744 | 109,573 |
| 2012 | 22 | 12,437 | 122,010 |
| 2013 | 23 | 6,218 | 128,228 |
| 2014 | 24 | 6,388 | 134,616 |
| 2015 | 25 | 6,585 | 141,201 |
| 2016 | 26 | 6,585 | 147,786 |
| 2017 | 27 | 6,749 | 154,535 |
| 2018 | 28 | 6,951 | 161,486 |
| 2019 | 29 | 7,072 | 168,558 |
| 2020 | 30 | 7,055 | 175,613 |
| 2021 | 31 | 7,037 | 182,650 |
| 2022 | 32 | 7,019 | 189,669 |
| 2023 | 33 | 7,002 | 196,671 |
| 2024 | 34 | 6,985 | 203,656 |
| 2025 | 35 | 6,968 | 210,624 |
| 2026 | 36 | 6,951 | 217,575 |
| 2027 | 37 | 6,934 | 224,509 |
| 2028 | 38 | 6,917 | 231,426 |
| 2029 | 39 | 6,900 | 238,326 |
| 2030 | 40 | 6,883 | 245,209 |
| 2031 | 41 | 6,866 | 252,075 |
| 2032 | 42 | 6,849 | 258,924 |
| 2033 | 43 | 6,832 | 265,756 |
| 2034 | 44 | 6,815 | 272,571 |
| 2035 | 45 | 6,798 | 279,369 |
| 2036 | 46 | 6,782 | 286,151 |
| 2037 | 47 | 6,765 | 292,916 |
| 2038 | 48 | 6,749 | 299,665 |
| 2039 | 49 | 6,732 | 306,397 |
| 2040 | 50 | 6,715 | 313,112 |
| 2041 | 51 | 6,699 | 319,811 |
| 2042 | 52 | 1,865 | $321,676 |

CASAZZA                $321,676

Table 25

LOSS OF PAST LVL OF JOHN
2001 - 2018

| YEAR | AGE | LVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ********** | ********** |
| 2001 | 38 | $29,936 | $29,936 |
| 2002 | 39 | 100,782 | 130,718 |
| 2003 | 40 | 102,677 | 233,395 |
| 2004 | 41 | 106,024 | 339,419 |
| 2005 | 42 | 109,650 | 449,069 |
| 2006 | 43 | 112,436 | 561,505 |
| 2007 | 44 | 117,023 | 678,528 |
| 2008 | 45 | 117,128 | 795,656 |
| 2009 | 46 | 120,314 | 915,970 |
| 2010 | 47 | 122,119 | 1,038,089 |
| 2011 | 48 | 125,734 | 1,163,823 |
| 2012 | 49 | 127,921 | 1,291,744 |
| 2013 | 50 | 129,840 | 1,421,584 |
| 2014 | 51 | 130,827 | 1,552,411 |
| 2015 | 52 | 131,782 | 1,684,193 |
| 2016 | 53 | 134,510 | 1,818,703 |
| 2017 | 54 | 137,348 | 1,956,051 |
| 2018 | 55 | 140,095 | $2,096,146 |

JOHN CASAZZA $2,096,146

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 26

PRESENT VALUE OF FUTURE LVL OF JOHN
2019 - 2042

| YEAR | AGE | LVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-----|-----------------|---------------|----------|
| 2019 | 56 | $142,897 | 0.98765 | $141,132 | $141,132 |
| 2020 | 57 | 142,897 | 0.97546 | 139,390 | 280,522 |
| 2021 | 58 | 142,897 | 0.96342 | 137,670 | 418,192 |
| 2022 | 59 | 142,897 | 0.95152 | 135,969 | 554,161 |
| 2023 | 60 | 142,897 | 0.93978 | 134,292 | 688,453 |
| 2024 | 61 | 142,897 | 0.92817 | 132,633 | 821,086 |
| 2025 | 62 | 142,897 | 0.91672 | 130,997 | 952,083 |
| 2026 | 63 | 142,897 | 0.90540 | 129,379 | 1,081,462 |
| 2027 | 64 | 142,897 | 0.89422 | 127,781 | 1,209,243 |
| 2028 | 65 | 142,897 | 0.88318 | 126,204 | 1,335,447 |
| 2029 | 66 | 142,897 | 0.87228 | 124,646 | 1,460,093 |
| 2030 | 67 | 142,897 | 0.86151 | 123,107 | 1,583,200 |
| 2031 | 68 | 142,897 | 0.85087 | 121,587 | 1,704,787 |
| 2032 | 69 | 142,897 | 0.84037 | 120,086 | 1,824,873 |
| 2033 | 70 | 142,897 | 0.82999 | 118,603 | 1,943,476 |
| 2034 | 71 | 142,897 | 0.81975 | 117,140 | 2,060,616 |
| 2035 | 72 | 142,897 | 0.80963 | 115,694 | 2,176,310 |
| 2036 | 73 | 142,897 | 0.79963 | 114,265 | 2,290,575 |
| 2037 | 74 | 142,897 | 0.78976 | 112,854 | 2,403,429 |
| 2038 | 75 | 142,897 | 0.78001 | 111,461 | 2,514,890 |
| 2039 | 76 | 142,897 | 0.77038 | 110,085 | 2,624,975 |
| 2040 | 77 | 142,897 | 0.76087 | 108,726 | 2,733,701 |
| 2041 | 78 | 142,897 | 0.75147 | 107,383 | 2,841,084 |
| 2042 | 79 | 39,541 | 0.74888 | 29,611 | $2,870,695 |

JOHN CASAZZA                          $2,870,695

Table 27

PRESENT VALUE OF NET LVL OF JOHN
2001 - 2042

| YEAR | AGE | LVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ********** | ********** |
| 2001 | 38 | $29,936 | $29,936 |
| 2002 | 39 | 100,782 | 130,718 |
| 2003 | 40 | 102,677 | 233,395 |
| 2004 | 41 | 106,024 | 339,419 |
| 2005 | 42 | 109,650 | 449,069 |
| 2006 | 43 | 112,436 | 561,505 |
| 2007 | 44 | 117,023 | 678,528 |
| 2008 | 45 | 117,128 | 795,656 |
| 2009 | 46 | 120,314 | 915,970 |
| 2010 | 47 | 122,119 | 1,038,089 |
| 2011 | 48 | 125,734 | 1,163,823 |
| 2012 | 49 | 127,921 | 1,291,744 |
| 2013 | 50 | 129,840 | 1,421,584 |
| 2014 | 51 | 130,827 | 1,552,411 |
| 2015 | 52 | 131,782 | 1,684,193 |
| 2016 | 53 | 134,510 | 1,818,703 |
| 2017 | 54 | 137,348 | 1,956,051 |
| 2018 | 55 | 140,095 | 2,096,146 |
| 2019 | 56 | 141,132 | 2,237,278 |
| 2020 | 57 | 139,390 | 2,376,668 |
| 2021 | 58 | 137,670 | 2,514,338 |
| 2022 | 59 | 135,969 | 2,650,307 |
| 2023 | 60 | 134,292 | 2,784,599 |
| 2024 | 61 | 132,633 | 2,917,232 |
| 2025 | 62 | 130,997 | 3,048,229 |
| 2026 | 63 | 129,379 | 3,177,608 |
| 2027 | 64 | 127,781 | 3,305,389 |
| 2028 | 65 | 126,204 | 3,431,593 |
| 2029 | 66 | 124,646 | 3,556,239 |
| 2030 | 67 | 123,107 | 3,679,346 |
| 2031 | 68 | 121,587 | 3,800,933 |
| 2032 | 69 | 120,086 | 3,921,019 |
| 2033 | 70 | 118,603 | 4,039,622 |
| 2034 | 71 | 117,140 | 4,156,762 |
| 2035 | 72 | 115,694 | 4,272,456 |
| 2036 | 73 | 114,265 | 4,386,721 |
| 2037 | 74 | 112,854 | 4,499,575 |
| 2038 | 75 | 111,461 | 4,611,036 |
| 2039 | 76 | 110,085 | 4,721,121 |
| 2040 | 77 | 108,726 | 4,829,847 |
| 2041 | 78 | 107,383 | 4,937,230 |
| 2042 | 79 | 29,611 | $4,966,841 |

JOHN CASAZZA $4,966,841

Table 28

LOSS OF PAST RELATIONSHIP TO PATRICIA
2001 - 2018

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| 2001 | 40 | $10,478 | $10,478 |
| 2002 | 41 | 35,274 | 45,752 |
| 2003 | 42 | 35,937 | 81,689 |
| 2004 | 43 | 37,109 | 118,798 |
| 2005 | 44 | 38,378 | 157,176 |
| 2006 | 45 | 39,352 | 196,528 |
| 2007 | 46 | 40,958 | 237,486 |
| 2008 | 47 | 40,995 | 278,481 |
| 2009 | 48 | 42,110 | 320,591 |
| 2010 | 49 | 42,742 | 363,333 |
| 2011 | 50 | 44,007 | 407,340 |
| 2012 | 51 | 44,772 | 452,112 |
| 2013 | 52 | 45,444 | 497,556 |
| 2014 | 53 | 45,789 | 543,345 |
| 2015 | 54 | 46,124 | 589,469 |
| 2016 | 55 | 47,078 | 636,547 |
| 2017 | 56 | 48,072 | 684,619 |
| 2018 | 57 | 49,033 | $733,652 |
| CASAZZA | | $733,652 | |

Table 29

PRESENT VALUE OF FUTURE RELATIONSHIP TO PATRICIA
2019 - 2045

| YEAR | AGE | RELATIONSHIP | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------|-----------------|---------------|----------|
| 2019 | 58 | $50,014 | 0.98765 | $49,396 | $49,396 |
| 2020 | 59 | 50,014 | 0.97546 | 48,787 | 98,183 |
| 2021 | 60 | 50,014 | 0.96342 | 48,184 | 146,367 |
| 2022 | 61 | 50,014 | 0.95152 | 47,589 | 193,956 |
| 2023 | 62 | 50,014 | 0.93978 | 47,002 | 240,958 |
| 2024 | 63 | 50,014 | 0.92817 | 46,421 | 287,379 |
| 2025 | 64 | 50,014 | 0.91672 | 45,849 | 333,228 |
| 2026 | 65 | 50,014 | 0.90540 | 45,283 | 378,511 |
| 2027 | 66 | 50,014 | 0.89422 | 44,724 | 423,235 |
| 2028 | 67 | 50,014 | 0.88318 | 44,171 | 467,406 |
| 2029 | 68 | 50,014 | 0.87228 | 43,626 | 511,032 |
| 2030 | 69 | 50,014 | 0.86151 | 43,088 | 554,120 |
| 2031 | 70 | 50,014 | 0.85087 | 42,555 | 596,675 |
| 2032 | 71 | 50,014 | 0.84037 | 42,030 | 638,705 |
| 2033 | 72 | 50,014 | 0.82999 | 41,511 | 680,216 |
| 2034 | 73 | 50,014 | 0.81975 | 40,999 | 721,215 |
| 2035 | 74 | 50,014 | 0.80963 | 40,493 | 761,708 |
| 2036 | 75 | 50,014 | 0.79963 | 39,993 | 801,701 |
| 2037 | 76 | 50,014 | 0.78976 | 39,499 | 841,200 |
| 2038 | 77 | 50,014 | 0.78001 | 39,011 | 880,211 |
| 2039 | 78 | 50,014 | 0.77038 | 38,530 | 918,741 |
| 2040 | 79 | 50,014 | 0.76087 | 38,054 | 956,795 |
| 2041 | 80 | 50,014 | 0.75147 | 37,584 | 994,379 |
| 2042 | 81 | 50,014 | 0.74220 | 37,120 | 1,031,499 |
| 2043 | 82 | 50,014 | 0.73303 | 36,662 | 1,068,161 |
| 2044 | 83 | 50,014 | 0.72398 | 36,209 | 1,104,370 |
| 2045 | 84 | 26,172 | 0.71928 | 18,825 | $1,123,195 |

PATRICIA CASAZZA                          $1,123,195

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 30

PRESENT VALUE OF NET RELATIONSHIP LOSS TO PATRICIA
2001 - 2045

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|-------------|----------|
| 2001 | 40 | $10,478 | $10,478 |
| 2002 | 41 | 35,274 | 45,752 |
| 2003 | 42 | 35,937 | 81,689 |
| 2004 | 43 | 37,109 | 118,798 |
| 2005 | 44 | 38,378 | 157,176 |
| 2006 | 45 | 39,352 | 196,528 |
| 2007 | 46 | 40,958 | 237,486 |
| 2008 | 47 | 40,995 | 278,481 |
| 2009 | 48 | 42,110 | 320,591 |
| 2010 | 49 | 42,742 | 363,333 |
| 2011 | 50 | 44,007 | 407,340 |
| 2012 | 51 | 44,772 | 452,112 |
| 2013 | 52 | 45,444 | 497,556 |
| 2014 | 53 | 45,789 | 543,345 |
| 2015 | 54 | 46,124 | 589,469 |
| 2016 | 55 | 47,078 | 636,547 |
| 2017 | 56 | 48,072 | 684,619 |
| 2018 | 57 | 49,033 | 733,652 |
| 2019 | 58 | 49,396 | 783,048 |
| 2020 | 59 | 48,787 | 831,835 |
| 2021 | 60 | 48,184 | 880,019 |
| 2022 | 61 | 47,589 | 927,608 |
| 2023 | 62 | 47,002 | 974,610 |
| 2024 | 63 | 46,421 | 1,021,031 |
| 2025 | 64 | 45,849 | 1,066,880 |
| 2026 | 65 | 45,283 | 1,112,163 |
| 2027 | 66 | 44,724 | 1,156,887 |
| 2028 | 67 | 44,171 | 1,201,058 |
| 2029 | 68 | 43,626 | 1,244,684 |
| 2030 | 69 | 43,088 | 1,287,772 |
| 2031 | 70 | 42,555 | 1,330,327 |
| 2032 | 71 | 42,030 | 1,372,357 |
| 2033 | 72 | 41,511 | 1,413,868 |
| 2034 | 73 | 40,999 | 1,454,867 |
| 2035 | 74 | 40,493 | 1,495,360 |
| 2036 | 75 | 39,993 | 1,535,353 |
| 2037 | 76 | 39,499 | 1,574,852 |
| 2038 | 77 | 39,011 | 1,613,863 |
| 2039 | 78 | 38,530 | 1,652,393 |
| 2040 | 79 | 38,054 | 1,690,447 |
| 2041 | 80 | 37,584 | 1,728,031 |
| 2042 | 81 | 37,120 | 1,765,151 |
| 2043 | 82 | 36,662 | 1,801,813 |
| 2044 | 83 | 36,209 | 1,838,022 |
| 2045 | 84 | 18,825 | $1,856,847 |

CASAZZA          $1,856,847

Table 31

LOSS OF PAST RELATIONSHIP TO JOHN JR
2001 - 2018

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| 2001 | 11  | $5,987       | $5,987   |
| 2002 | 12  | 20,156       | 26,143   |
| 2003 | 13  | 20,535       | 46,678   |
| 2004 | 14  | 21,205       | 67,883   |
| 2005 | 15  | 21,930       | 89,813   |
| 2006 | 16  | 22,487       | 112,300  |
| 2007 | 17  | 23,405       | 135,705  |
| 2008 | 18  | 23,426       | 159,131  |
| 2009 | 19  | 24,036       | 183,167  |
| 2010 | 20  | 24,424       | 207,591  |
| 2011 | 21  | 25,147       | 232,738  |
| 2012 | 22  | 25,584       | 258,322  |
| 2013 | 23  | 25,968       | 284,290  |
| 2014 | 24  | 26,165       | 310,455  |
| 2015 | 25  | 26,356       | 336,811  |
| 2016 | 26  | 26,902       | 363,713  |
| 2017 | 27  | 27,470       | 391,183  |
| 2018 | 28  | 28,019       | $419,202 |

CASAZZA            $419,202

Table 32

PRESENT VALUE OF FUTURE RELATIONSHIP TO JOHN JR
2019 - 2068

| YEAR | AGE | RELATIONSHIP | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------|-----------------|---------------|----------|
| 2019 | 29 | $28,579 | 0.98765 | $28,226 | $28,226 |
| 2020 | 30 | 28,579 | 0.97546 | 27,878 | 56,104 |
| 2021 | 31 | 28,579 | 0.96342 | 27,534 | 83,638 |
| 2022 | 32 | 28,579 | 0.95152 | 27,193 | 110,831 |
| 2023 | 33 | 28,579 | 0.93978 | 26,858 | 137,689 |
| 2024 | 34 | 28,579 | 0.92817 | 26,526 | 164,215 |
| 2025 | 35 | 28,579 | 0.91672 | 26,199 | 190,414 |
| 2026 | 36 | 28,579 | 0.90540 | 25,875 | 216,289 |
| 2027 | 37 | 28,579 | 0.89422 | 25,556 | 241,845 |
| 2028 | 38 | 28,579 | 0.88318 | 25,240 | 267,085 |
| 2029 | 39 | 28,579 | 0.87228 | 24,929 | 292,014 |
| 2030 | 40 | 28,579 | 0.86151 | 24,621 | 316,635 |
| 2031 | 41 | 28,579 | 0.85087 | 24,317 | 340,952 |
| 2032 | 42 | 28,579 | 0.84037 | 24,017 | 364,969 |
| 2033 | 43 | 28,579 | 0.82999 | 23,720 | 388,689 |
| 2034 | 44 | 28,579 | 0.81975 | 23,428 | 412,117 |
| 2035 | 45 | 28,579 | 0.80963 | 23,138 | 435,255 |
| 2036 | 46 | 28,579 | 0.79963 | 22,853 | 458,108 |
| 2037 | 47 | 28,579 | 0.78976 | 22,571 | 480,679 |
| 2038 | 48 | 28,579 | 0.78001 | 22,292 | 502,971 |
| 2039 | 49 | 28,579 | 0.77038 | 22,017 | 524,988 |
| 2040 | 50 | 28,579 | 0.76087 | 21,745 | 546,733 |
| 2041 | 51 | 28,579 | 0.75147 | 21,476 | 568,209 |
| 2042 | 52 | 28,579 | 0.74220 | 21,211 | 589,420 |
| 2043 | 53 | 28,579 | 0.73303 | 20,949 | 610,369 |
| 2044 | 54 | 28,579 | 0.72398 | 20,691 | 631,060 |
| 2045 | 55 | 28,579 | 0.71505 | 20,435 | 651,495 |
| 2046 | 56 | 28,579 | 0.70622 | 20,183 | 671,678 |
| 2047 | 57 | 28,579 | 0.69750 | 19,934 | 691,612 |
| 2048 | 58 | 28,579 | 0.68889 | 19,688 | 711,300 |
| 2049 | 59 | 28,579 | 0.68038 | 19,445 | 730,745 |
| 2050 | 60 | 28,579 | 0.67198 | 19,205 | 749,950 |
| 2051 | 61 | 28,579 | 0.66369 | 18,968 | 768,918 |
| 2052 | 62 | 28,579 | 0.65549 | 18,733 | 787,651 |
| 2053 | 63 | 28,579 | 0.64740 | 18,502 | 806,153 |
| 2054 | 64 | 28,579 | 0.63941 | 18,274 | 824,427 |
| 2055 | 65 | 28,579 | 0.63152 | 18,048 | 842,475 |
| 2056 | 66 | 28,579 | 0.62372 | 17,825 | 860,300 |
| 2057 | 67 | 28,579 | 0.61602 | 17,605 | 877,905 |
| 2058 | 68 | 28,579 | 0.60841 | 17,388 | 895,293 |
| 2059 | 69 | 28,579 | 0.60090 | 17,173 | 912,466 |
| 2060 | 70 | 28,579 | 0.59348 | 16,961 | 929,427 |
| 2061 | 71 | 28,579 | 0.58616 | 16,752 | 946,179 |
| 2062 | 72 | 28,579 | 0.57892 | 16,545 | 962,724 |
| 2063 | 73 | 28,579 | 0.57177 | 16,341 | 979,065 |
| 2064 | 74 | 28,579 | 0.56471 | 16,139 | 995,204 |
| 2065 | 75 | 28,579 | 0.55774 | 15,940 | 1,011,144 |
| 2066 | 76 | 28,579 | 0.55086 | 15,743 | 1,026,887 |
| 2067 | 77 | 28,579 | 0.54406 | 15,549 | 1,042,436 |
| 2068 | 78 | 15,816 | 0.54032 | 8,546 | $1,050,982 |

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 32 (Cont.)

PRESENT VALUE OF FUTURE RELATIONSHIP TO JOHN JR
2019 - 2068

| YEAR | AGE | RELATIONSHIP | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------|-----------------|---------------|----------|
| **** | *** | ************ | ******** | ********* | ********* |

JOHN CASAZZA, JR.                        $1,050,982

Table 33

PRESENT VALUE OF NET RELATIONSHIP LOSS TO JOHN JR
2001 - 2068

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| 2001 | 11 | $5,987 | $5,987 |
| 2002 | 12 | 20,156 | 26,143 |
| 2003 | 13 | 20,535 | 46,678 |
| 2004 | 14 | 21,205 | 67,883 |
| 2005 | 15 | 21,930 | 89,813 |
| 2006 | 16 | 22,487 | 112,300 |
| 2007 | 17 | 23,405 | 135,705 |
| 2008 | 18 | 23,426 | 159,131 |
| 2009 | 19 | 24,036 | 183,167 |
| 2010 | 20 | 24,424 | 207,591 |
| 2011 | 21 | 25,147 | 232,738 |
| 2012 | 22 | 25,584 | 258,322 |
| 2013 | 23 | 25,968 | 284,290 |
| 2014 | 24 | 26,165 | 310,455 |
| 2015 | 25 | 26,356 | 336,811 |
| 2016 | 26 | 26,902 | 363,713 |
| 2017 | 27 | 27,470 | 391,183 |
| 2018 | 28 | 28,019 | 419,202 |
| 2019 | 29 | 28,226 | 447,428 |
| 2020 | 30 | 27,878 | 475,306 |
| 2021 | 31 | 27,534 | 502,840 |
| 2022 | 32 | 27,193 | 530,033 |
| 2023 | 33 | 26,858 | 556,891 |
| 2024 | 34 | 26,526 | 583,417 |
| 2025 | 35 | 26,199 | 609,616 |
| 2026 | 36 | 25,875 | 635,491 |
| 2027 | 37 | 25,556 | 661,047 |
| 2028 | 38 | 25,240 | 686,287 |
| 2029 | 39 | 24,929 | 711,216 |
| 2030 | 40 | 24,621 | 735,837 |
| 2031 | 41 | 24,317 | 760,154 |
| 2032 | 42 | 24,017 | 784,171 |
| 2033 | 43 | 23,720 | 807,891 |
| 2034 | 44 | 23,428 | 831,319 |
| 2035 | 45 | 23,138 | 854,457 |
| 2036 | 46 | 22,853 | 877,310 |
| 2037 | 47 | 22,571 | 899,881 |
| 2038 | 48 | 22,292 | 922,173 |
| 2039 | 49 | 22,017 | 944,190 |
| 2040 | 50 | 21,745 | 965,935 |
| 2041 | 51 | 21,476 | 987,411 |
| 2042 | 52 | 21,211 | 1,008,622 |
| 2043 | 53 | 20,949 | 1,029,571 |
| 2044 | 54 | 20,691 | 1,050,262 |
| 2045 | 55 | 20,435 | 1,070,697 |
| 2046 | 56 | 20,183 | 1,090,880 |
| 2047 | 57 | 19,934 | 1,110,814 |
| 2048 | 58 | 19,688 | 1,130,502 |
| 2049 | 59 | 19,445 | 1,149,947 |
| 2050 | 60 | 19,205 | 1,169,152 |

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 33 (Cont.)

PRESENT VALUE OF NET RELATIONSHIP LOSS TO JOHN JR
2001 - 2068

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ********* |
| 2051 | 61 | 18,968 | 1,188,120 |
| 2052 | 62 | 18,733 | 1,206,853 |
| 2053 | 63 | 18,502 | 1,225,355 |
| 2054 | 64 | 18,274 | 1,243,629 |
| 2055 | 65 | 18,048 | 1,261,677 |
| 2056 | 66 | 17,825 | 1,279,502 |
| 2057 | 67 | 17,605 | 1,297,107 |
| 2058 | 68 | 17,388 | 1,314,495 |
| 2059 | 69 | 17,173 | 1,331,668 |
| 2060 | 70 | 16,961 | 1,348,629 |
| 2061 | 71 | 16,752 | 1,365,381 |
| 2062 | 72 | 16,545 | 1,381,926 |
| 2063 | 73 | 16,341 | 1,398,267 |
| 2064 | 74 | 16,139 | 1,414,406 |
| 2065 | 75 | 15,940 | 1,430,346 |
| 2066 | 76 | 15,743 | 1,446,089 |
| 2067 | 77 | 15,549 | 1,461,638 |
| 2068 | 78 | 8,546 | $1,470,184 |

CASAZZA        $1,470,184