THE JACOB D. FUCHSBERG LAW FIRM - GREGORY J. CANNATA & ASSOCIATES
60 East 42nd Street, Suite 932
New York, New York 10165
1-888-WTC-VICTIM
www.wtcvictimfund.com

August 17, 2018

Honorable George B. Daniels and Honorable Sarah Netburn
United State District Court
Southern District Court of New York
500 Pearl Street
New York, NY 10007

Re:   03 MDL 01570-GBD-SN In Re: Terrorist Attacks on September 11, 2001 and Index# 18-cv-7509 Paige Ascher et al. v. Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina

Dear Honorable Judges Daniels and Netburn,

Our office represents the plaintiffs named in Ascher et al. v. Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina filed on August 17, 2018, under index number 18-cv-7509. This case was initiated through filing a Short Form Complaint as approved by the Court's Order of July 10, 2018, ECF No 4540 in *In Re: Terrorist Attacks on September 11, 2001, 03* MDL 1570 in the United States District Court for the Southern District of New York.

We respectfully request that this new action under index number 18-cv-7509, be made part of the existing 03 MDL 1570.

Respectfully Submitted,

_____s/_____
By: Gregory J. Cannata, Esq.
    Robert A. Grochow, PC
The Fuchsberg-Cannata Law Firm
Gregory J. Cannata & Associates, LLP and
The Jacob Fuchsberg Law Firm
60 East 42nd Street, Suite 932
New York, NY 10165
Tel: 212-552-9205
Fax: 212-227-4141
cannata@cannatalaw.com
rgrochow@aol.com

                and

                _____s/_____
                By: Alan J. Fuchsberg, Esq.
                    Bradley Zimmerman, Esq.
                The Fuchsberg-Cannata Law Firm
                JACOB FUCHSBERG LAW FIRM
                500 Fifth Avenue, 45th Floor
                New York, NY 10110
                Tel: 212-869-3500
                Fax: 212-398-1532
                a.fuchsberg@fuchsberg.com
                b.zimmerman@fuchsberg.com

Cc:

Michael K. Kellogg, Esq.
Kellogg, Hansen, Todd, Figel & & Frederick, P.L.L.C
*Attorneys for Kingdom of Saudi Arabia*
1615 M Street N.W. Suite 400
Washington, DC 20036-3215
Tel#: 202-326-7900

Roy T. Englert, Jr., Esq.
Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP
Attorneys for Saudi High Commission for Relief of Bosnia & Herzegovina
1801 K Street N.W. Suite 411l
Washington, DC  20006
Tel#: 202-775-4503