# Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Kiefer, Michael Vernon | Kiefer, Lauren | Sibling | $4,250,000.00 |
| 2 | Kiefer, Michael Vernon | Kiefer-Viverito, Kerri | Sibling | $4,250,000.00 |
| 3 | Lynch, Terence M. | Doyle, Margaret | Sibling | $4,250,000.00 |
| 4 | Lynch, Terence M. | Lynch, Carol M. | Sibling | $4,250,000.00 |
| 5 | Lynch, Terence M. | Miller, Cathleen L. | Sibling | $4,250,000.00 |
| 6 | Lynch, Terence M. | Prokop, Mary Ann | Sibling | $4,250,000.00 |
| 7 | Lyles, CeeCee Louise | Alexander Castrillo, Jevon William | Child | $8,500,000.00 |
| 8 | Lyles, CeeCee Louise | Smith, Jerome | Child | $8,500,000.00 |