UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)(SN)

## FINAL ORDER OF SUMMARY JUDGMENT

Upon consideration of the evidence and arguments submitted by the *Ashton* wrongful death Plaintiffs in the above-captioned action and the Judgments by Default Against the Islamic Republic of Iran previously entered by this Court, together with the entire record in this case, it is hereby;

**ORDERED** that final judgment is entered on behalf of those Plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-CV-6977 (GBD) (SN) identified in the attached Exhibit A against the Islamic Republic of Iran (the "*Ashton VII* Plaintiffs"); and it is

**ORDERED** that the *Ashton VII* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

**ORDERED** that the *Ashton* Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated: New York, New York
　　　　AUG 2 8 2018, 2018

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.
Dated: AUG 2 8 2018

# Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Kiefer, Michael Vernon | Kiefer, Lauren | Sibling | $4,250,000.00 |
| 2 | Kiefer, Michael Vernon | Kiefer-Viverito, Kerri | Sibling | $4,250,000.00 |
| 3 | Lynch, Terence M. | Doyle, Margaret | Sibling | $4,250,000.00 |
| 4 | Lynch, Terence M. | Lynch, Carol M. | Sibling | $4,250,000.00 |
| 5 | Lynch, Terence M. | Miller, Cathleen L. | Sibling | $4,250,000.00 |
| 6 | Lynch, Terence M. | Prokop, Mary Ann | Sibling | $4,250,000.00 |
| 7 | Lyles, CeeCee Louise | Alexander Castrillo, Jevon William | Child | $8,500,000.00 |
| 8 | Lyles, CeeCee Louise | Smith, Jerome | Child | $8,500,000.00 |