USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2018

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

August 29, 2018

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

  Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

  The Plaintiffs' Executive Committees ("PECs"), with agreement from counsel for Defendants Al-Obaid, Al-Turki, Basha, Naseef, and Al-Buthe ("the Charity Official Defendants"), request a 30-day extension of the time to file a joint letter pursuant to Your Honor's Order at ECF No. 4043 (entered July 6, 2018). In that Order, Your Honor directed that "[w]ithin 60 days of [July 6, 2018], the parties shall file a joint status letter indicating whether they have agreed upon the attorneys' fees and costs that should be imposed [on the Charity Official Defendants]. If the parties have not reached agreement, the status letter should propose a reasonable schedule for briefing on the amount of the attorneys' fees and costs."

  Whereas the parties are continuing to negotiate toward resolving the value of the fees and costs to be assessed and are hopeful that an additional 30 days will obviate the need for the Court's involvement, we ask that the Court extend the date for the submission of a joint letter from Tuesday, September 4, 2018 to Thursday, October 4, 2018.

---

The extension is GRANTED. The parties shall submit their joint status letter regarding the attorneys' fees and costs that should be imposed on the Charity Official Defendants by October 4, 2018.
**SO ORDERED.**

           _____
           SARAH NETBURN
August 29, 2018       United States Magistrate Judge
New York, New York