UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

### NOTICE OF APPEARANCE

To: The clerk of court and all parties of record.

PLEASE TAKE NOTICE that Gabrielle E. Pritsker of Jones Day, with offices located at 51 Louisiana Ave. NW, Washington, D.C. 20001, an attorney admitted or otherwise authorized to practice in this court, hereby appears on behalf of Defendant Dubai Islamic Bank in the above-captioned action.

Dated: August 30, 2018

/s/ Gabrielle E. Pritsker
Gabrielle E. Pritsker
JONES DAY
51 Louisiana Ave. NW
Washington, D.C. 20001
Telephone: (202) 879-3685
Facsimile: (202) 626-1700
Email: gpritsker@jonesday.com
*Attorney for Defendant Dubai Islamic Bank*

## **CERTIFICATE OF SERVICE**

      I, Gabrielle E. Pritsker, certify that on August 30, 2018, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                                                           /s/ Gabrielle E. Pritsker
                                                                           Gabrielle E. Pritsker

Case 1:03-md-01570-GBD-SN   Document 4133   Filed 08/30/18   Page 2 of 2