# EXHIBIT A

# EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mari-Rae | | Sopper | | Christina | Louise | Kminek | | Step-Sibling (functional equivalent of sibling) | $ 4,250,000.00 |
| 2 | Catherine | T. | Smith | | Elba | | Cedeno | | Domestic Partner (functional equivalent of spouse) | $ 12,500,000.00 |
| | | | | | | | | | | $ 16,750,000.00 |