# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF CHRISTINA J. KMINEK

I, CHRISTINA J. KMINEK, hereby declare under penalty of perjury:

1. I am currently 51 years of age and reside in Annandale, Virginia.

2. I was the step-sister of Mari-Rae Sopper who was killed on September 11, 2001 as a passenger aboard American Airlines Flight 77 that was crashed by terrorists into the Pentagon in Arlington, Virginia.

3. While we were technically "step"-sisters, Mari-Rae and I were only five months apart in age and had grown up in the same household together since we were four years old.

4. During the 14 years we lived in the same home when we were ages four through 18, Mari-Rae and I were sisters in every way possible.

5. Most people who knew us thought we were biological sisters, and many friends, teachers, and others who were closely involved in our lives were unaware that we were not biological siblings living in a blended-family situation.

6. When we were growing up, my siblings (both biological and step-) were known as the "Kminek kids" – not as the Kmineks and the Soppers. There was no difference.

7. She was my sister, and I was her sister. Many of the years growing up, Mari-Rae and I would share a room because we were the same age, and we did not mind at all.

8. After we moved out of the family home, and many years living apart seeing each other over holidays, we became closer as we both eventually lived in the Washington, DC-Metro area. I would speak with her either every other day or perhaps two times per week.

9. In 2000 and 2001, we lived in nearby neighborhoods, so we would see and speak with each other even more often.

10. On September 10, 2001, the night before she was killed, I saw my sister to tell her goodbye as she was flying to the West Coast.

11. Our relationship was so close that Mari-Rae assigned me as the Personal Representative of her estate in her will, and I am fulfilling that role by representing her estate in these actions arising out of the 9/11 terrorist attacks in addition to bringing claims on my own behalf for the loss of my sister.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/27/18

Christina L. Kminek