# EXHIBIT A

# EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Kevin | Owen | Reilly | | George | M. | Reilly (Estate of) | | Parent | $ 8,500,000.00 |
| 2 | Michael | Curtis | Fiore | | Michael | | Fiore (Estate of) | | Parent | $ 8,500,000.00 |
| 3 | Alfred | | Vukosa | | Irma | | Vukosa (Estate of) | | Parent | $ 8,500,000.00 |
| 4 | Gary | E. | Lasko | | Edward | R. | Lasko (Estate of) | | Parent | $ 8,500,000.00 |
| 5 | Danny | | Pesce | | Chiara | | Pesce | | Parent | $ 8,500,000.00 |
| 6 | Danny | | Pesce | | Angela | | Frunzi | | Sibling | $ 4,250,000.00 |
| 7 | Marie | | Pappalardo | | Vernon | Alfred | Randlett | | Sibling | $ 4,250,000.00 |
| | | | | | | | | | | $ 51,000,000.00 |