

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
|---|---|
| This document relates to: <br> *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD)(SN) <br> ECF Case |

## [PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDENTIFED AT EXHIBIT A

### (BURNETT / IRAN V)

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order ("the *Burnett/Iran V* Plaintiffs")[1], who are each a parent, sibling, or the estate of a parent, of a victim killed in the terrorist attacks on September 11, 2001, and upon consideration of the Judgment by Default for liability only against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and The Central Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants") entered on January 31, 2017 (15-cv-9903 ECF No. 85), together with the entire record in this case, it is hereby;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the *Burnett/Iran V* Plaintiffs, and it is

**ORDERED** that the *Burnett/Iran V* Plaintiffs are awarded: solatium damages of $8,500,000 per parent (or estate of a parent) and $4,250,000 per sibling, as set forth in Exhibit A; and it is

**ORDERED** that the *Burnett/Iran V* Plaintiffs are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

---

[1] The *Burnett/Iran V* Plaintiffs are each plaintiffs in in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, 15-cv-9903 ("*Burnett/Iran*").

**ORDERED** that the *Burnett/Iran V* Plaintiffs may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Burnett/Iran* Plaintiffs not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages' for decedents pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
SEP 0 4 2018

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge

| | | | EXHIBIT A | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Kevin | Owen | Reilly | | George | M. | Reilly (Estate of) | | Parent | $ 8,500,000.00 |
| 2 | Michael | Curtis | Fiore | | Michael | | Fiore (Estate of) | | Parent | $ 8,500,000.00 |
| 3 | Alfred | | Vukosa | | Irma | | Vukosa (Estate of) | | Parent | $ 8,500,000.00 |
| 4 | Gary | E. | Lasko | | Edward | R. | Lasko (Estate of) | | Parent | $ 8,500,000.00 |
| 5 | Danny | | Pesce | | Chiara | | Pesce | | Parent | $ 8,500,000.00 |
| 6 | Danny | | Pesce | | Angela | | Frunzi | | Sibling | $ 4,250,000.00 |
| 7 | Marie | | Pappalardo | | Vernon | Alfred | Randlett | | Sibling | $ 4,250,000.00 |
| | | | | | | | | | | $ 51,000,000.00 |