LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL TRADE

September 5, 2018

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

**Re:    In re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)**

Dear Judge Netburn:

On behalf of Defendants World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International (collectively referred to as "WAMY"), we write to seek clarification on the Court's Endorsed Order issued on August 31, 2018 (DKT # 4142), as relates to deadlines set in the Court's August 29, 2018, WAMY motion to compel Order (DKT # 4130). The clarification sought is limited to the deadlines set in Section IV of the Motion to compel Order (DKT # 4130).

The August 31, 2018, Endorsed Order, granted WAMY's request to file three supporting declarations from WAMY's legal counsel, along with a motion for reconsideration of Section IV of the Court's August 29, 2018 Order (DKT # 4130), to give the Court a more accurate and complete understanding of the robust and counsel-directed document production process that WAMY has completed from all its branch offices. This August 31, 2018, Endorsed Order set a briefing schedule for WAMY's reconsideration motion. We are confirming that the previous deadlines applicable to Section IV of the August 29, 2018 Order (DKT # 4130), are currently suspended pending the Court's hearing and determination of WAMY's upcoming motion for reconsideration.

Respectfully Submitted,

*/s/ Omar Mohammedi*

Omar Mohammedi, Esq.

*/s/Frederick Goetz*

Frederick Goetz, Esq.

cc:    All MDL Counsel of Record (via ECF)