## CERTIFICATE OF SERVICE

I hereby certify that a true copy of The Ashton Wrongful Death Plaintiffs' Motion for Final Judgments with supporting documents and exhibits, was filed electronically this 6th day of September 2018. Notice of filing will be served upon all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

/s/ James P. Kreindler
James P. Kreindler