# Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Blood, Jr., Richard M. | Blood, Constance | Parent | $8,500,000.00 |
| 2 | Colon, Sol E. | Palma, Elda | Parent | $8,500,000.00 |