**LAW FIRM OF**
**OMAR T. MOHAMMEDI, LLC**

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/06/2018

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

**Re:** *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

On behalf of Defendants World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International (collectively referred to as "WAMY"), we write to seek clarification on the Court's Endorsed Order issued on August 31, 2018 (DKT # 4142), as relates to deadlines set in the Court's August 29, 2018, WAMY motion to compel Order (DKT # 4130). The clarification sought is limited to the deadlines set in Section IV of the Motion to compel Order (DKT # 4130).

The August 31, 2018, Endorsed Order, granted WAMY's request to file three supporting declarations from WAMY's legal counsel, along with a motion for reconsideration of Section IV of the Court's August 29, 2018 Order (DKT # 4130), to give the Court a more accurate and complete understanding of the robust and counsel-directed document production process that WAMY has completed from all its branch offices. This August 31, 2018, Endorsed Order set a briefing schedule for WAMY's reconsideration motion. We are confirming that the previous deadlines applicable to Section IV of the August 29, 2018 Order (DKT # 4130), are currently suspended pending the Court's hearing and determination of WAMY's upcoming motion for reconsideration.

---

The deadlines in Section IV of the August 29, 2018, Opinion and Order are suspended pending the Court's determination of WAMY's motion for reconsideration. The other deadlines in the August 29 Opinion and Order remain in effect.

As stated in the August 31, 2018, Endorsed Order, WAMY's motion for reconsideration and accompanying declarations must be filed by September 12, 2018. The PECs shall file a response by September 26, 2018. WAMY may file a reply by October 3, 2018.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

September 6, 2018.
New York, New York