# Corrected Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Betru, Yeneneh | Betru, Aron | Sibling | $4,250,000.00 |
| 2 | Betru, Yeneneh | Betru, Ruth | Sibling | $4,250,000.00 |
| 3 | Betru, Yeneneh | Betru, Sirak | Sibling | $4,250,000.00 |
| 4 | Betru, Yeneneh | Tensay, Betru | Parent | $8,500,000.00 |
| 5 | Betru, Yeneneh | Teshebru, Sara | Parent | $8,500,000.00 |
| 6 | Burford, Christopher | Burford, David | Parent | $8,500,000.00 |
| 7 | Burford, Christopher | Calabro, Ashley R. | Sibling | $4,250,000.00 |
| 8 | Burford, Christopher | Thornton, Pamela J. | Parent | $8,500,000.00 |
| 9 | Diaz, Nancy | Diaz, Belkys | Sibling | $4,250,000.00 |
| 10 | Diaz, Nancy | Diaz, Carmen | Parent | $8,500,000.00 |
| 11 | Diaz, Nancy | Diaz, Leocadio | Parent | $8,500,000.00 |
| 12 | Diaz, Nancy | Diaz, Leonel | Sibling | $4,250,000.00 |
| 13 | Skinner, Toyena C. | Sherman, Jason | Partner | $12,500,000.00 |
| 14 | Cooper, Julian | Cooper, Darlene | Sibling | $4,250,000.00 |
| 15 | Cooper, Julian | Dory, Marie Annette | Sibling | $4,250,000.00 |
| 16 | Furman, Steven | Furman Andrew | Sibling | $4,250,000.00 |
| 17 | Furman, Steven | Furman, Jayne | Sibling | $4,250,000.00 |
| 18 | Furman, Steven | Furman, Michael | Sibling | $4,250,000.00 |
| 19 | Furman, Steven | Estate of Joyce Lilie | Parent | $8,500,000.00 |