| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXHIBIT A |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | John | P. | Skala | | Jaroslawa | | Skala | | Parent | $ 8,500,000.00 | | |
| | | | | | | | | | TOTAL: | $ 8,500,000.00 | $ - | $ - |