**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(FM)<br>ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.,* Case No. 04-cv-07065
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, No. 04-CV-05970
*Federal Insurance Co, et al. v. Al Qaida, et al.*, No. 03-CV-6978
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp.*, et al, No. 04-CV-1923
*Euro Brokers Inc., et al., v. AI Baraka, et al*., Case No. 04 Civ. 7279

## <u>NOTICE OF DEFENDANTS WORLD ASSEMBLY OF MUSLIM YOUTH SAUDI ARABIA AND WORLD ASSEMBLY OF MUSLIM YOUTH INTERNATIONAL'S MOTION FOR RECONSIDERATION OF SECTION IV OF THE COURT'S MOTION TO COMPEL RULING</u>

PLEASE TAKE NOTICE that upon the Declarations of Omar T. Mohammedi, Esq.,
Frederick J. Goetz, Esq., and Elizabeth K. Kimundi, Esq. and the exhibit attached thereto, and
the Memorandum of Law in Support of Defendants World Assembly of Muslim Youth-Saudi
Arabia's and World Assembly of Muslim Youth-International's (collectively "WAMY") Motion
for Reconsideration of Section IV of the Court's August 29, 2018 Motion to Compel Order
(DKT #. 4130), WAMY, by and through their undersigned counsel, will move the Court before
the Honorable Sarah Netburn, U.S. Magistrate Judge, at the United States District Court for the
Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, Room 430,
Courtroom 219, at a date and time to be determined by the Court, for an Order pursuant to Local
Civil Rule 6.3, to reverse Section IV of the Court's Order (DKT #. 4130) requiring WAMY to

search for branch office records and to hold that WAMY has conducted adequate and diligent

document searches.


Dated: September 12, 2018
      New York, New York

                                          Respectfully Submitted,

                                          */s/ Omar T. Mohammedi*
                                          Omar T. Mohammedi, Esq. (OTM7234)
                                          Law Firm of Omar T. Mohammedi, LLC
                                          233 Broadway, Suite 820
                                          Woolworth Building
                                          New York, NY 10279
                                          (212) 725-3846


                                          */s/ Frederick Goetz*
                                          Frederick Goetz, Esq.
                                          Goetz & Eckland P.A.
                                          Banks Building
                                          615 First Ave. NE, Suite 425
                                          Minneapolis, MN 55413


                                          *Attorneys for Defendants World Assembly of*
                                          *Muslim Youth Saudi Arabia and World*
                                          *Assembly of Muslim Youth International*