# Exhibit 1

















لجنة القهرية
الصندوق رقم ٦





