UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, No. 04-CV-05970
*Federal Insurance Co, et al. v. Al Qaida, et al.*, No. 03-CV-6978
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp.*, et al, No. 04-CV-1923
*Euro Brokers Inc., et al., v. AI Baraka, et al*., Case No. 04 Civ. 7279


### DECLARATION OF ELIZABETH K. KIMUNDI IN SUPPORT OF DEFENDANTS WORLD ASSEMBLY OF MUSLIM YOUTH-SAUDI ARABIA AND WORLD ASSEMBLY OF MUSLIM YOUTH-INTERNATIONAL MOTION FOR RECONSIDERATION

I, Elizabeth Kimundi, affirm, under penalty of perjury as follows:

1. I am an attorney admitted to practice before this Court and a Senior Associate at the Law Firm of Omar T. Mohammedi, LLC ("OTMLAW"), counsel of record for Defendants World Assembly of Muslim Youth Saudi Arabia (WAMY SA) and World Assembly of Muslim Youth International (WAMY Int'l), jointly referred to as "WAMY". I am the supervising associate in charge of WAMY's discovery in this multi-district litigation.

2. I submit this Declaration in support of WAMY's Motion for Reconsideration of Magistrate Judge Netburn's August 29, 2018 Order (DKT # 4130), as related to WAMY's document search and collection efforts.

**DOCUMENT COLLECTION EFFORTS**

3. As the discovery supervising attorney, I have personally been extensively involved in WAMY's documents search, gathering and production efforts. I travelled abroad and met with senior WAMY representatives, the heads of the regional offices and search team delegates involved in WAMY's document collection efforts. Other attorneys from OTMLAW and from Goetz and Eckland, P.A. have also traveled abroad as part of WAMY counsel's document gathering efforts and met with WAMY officials, heads of regional offices and chapters. Collectively, WAMY counsel have undertaken over thirty (30) trips.

4. Throughout the discovery period, I followed up with the search team delegates and WAMY officials on various missing documents and was in constant contact with the client, directing them as to any missing documents and explaining what searches were needed in response to Plaintiffs' requests.

5. WAMY's counsel were also involved in the search and collection of documents. To ensure seamless document production, counsel instructed WAMY to copy all documents from all regional and branch offices, as maintained in the regular course of business, and to send them to WAMY headquarters in Riyadh for review by counsel. ALL documents belonging to the chapters were copied and sent back to the Kingdom of Saudi Arabia.

6. I conducted extensive sessions with the search teams and WAMY officials on the search for branch office documents and identification of responsive documents. This exercise was continuous during the discovery period.

7. I extensively explained the different Plaintiffs' document requests and the applicable WAMY responsive documents to WAMY's search team supervisor.

8.   I have met with WAMY's search team supervisor and, in detail, described how to search for documents. I have subsequently met with the supervisor and reviewed the documents gathered for production to ensure that searches were being conducted properly and nothing was being excluded.

9.   I have provided presentations and demonstrations to WAMY representatives and the search team supervisor regarding WAMY's legal discovery obligations, Plaintiffs' document requests, and the responses applicable to the respective requests.

10.   I have been in constant communication with the search team supervisor and WAMY officials on document production efforts, responses, and missing documents. I communicate with WAMY representatives on a weekly basis as needed, either via email or phone call.

11.   As the Associate in charge of discovery, I have also facilitated all document gathering meetings with WAMY. I ensure that WAMY is aware of upcoming document gathering trips by counsel and prepare counsel and WAMY to review discovery documents gathered from various branch offices and WAMY documents in general. For these document gathering meetings, I provide search parameters for the required documents based on Plaintiffs' document requests and WAMY's outstanding response. Though I never personally went to any WAMY chapters or supervised and/or gathered WAMY documents, other counsel involved in this litigation have.

12.   For any discovery documents not located either at WAMY headquarters in Riyadh or found in the branch offices, counsel made requests and met with former WAMY representatives to collect any documents that may have been in the former representatives' personal control and custody.

13.  As the discovery supervising attorney at OTMLAW, I oversee the legal review team, which is comprised of attorneys, paralegals and legal assistants, the majority of whom are fluent in Arabic. All Arabic language reviewers worked exclusively on this litigation's discovery.

14.  Under my supervision, the legal team has reviewed every single document gathered by WAMY, from headquarters, regional offices, and branch chapters, in order to determine which documents are responsive to which of Plaintiffs' requests. When documents seemed to be missing, I would meet with WAMY representatives who supervise the search team and go through applicable document requests with them again to facilitate further document search efforts. In addition, WAMY counsel themselves have traveled to Saudi Arabia, conducted additional searches and brought back any missing documents.

15.  WAMY has painstakingly searched for all documents from its headquarters, regional offices, and its branch chapters, and the same have been produced to Plaintiffs once the OTMLAW legal review team determined their responsiveness and relevance.

16.  For instance:

   a. Exhaustive searches for responsive records from WAMY branch offices relating to operational and financial reports, bank account records, delegation records, recipients of aid, and audits were conducted, and all responsive documents that have been located have been produced.

   b. Comprehensive searches for responsive records relating to Benevolence International Foundation ("BIF") and WAMY's connection to BIF through its chapters – if any – were conducted, and all responsive documents that have been located, though minimal, have been produced.

17. Due to the supervision of counsel and the collective effort between counsel and WAMY, WAMY has produced over 1.25 million pages of documents.

Dated: New York, New York
September 12, 2018

Respectfully Submitted,

*Elizabeth Kimundi*
Elizabeth Kimundi, Esq.