UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Betru, et al. v. Islamic Republic of Iran, 18-cv-8297*)

## FINAL ORDER OF SUMMARY JUDGMENT

Upon consideration of the evidence and arguments submitted by the wrongful death Plaintiffs in the above-captioned action and the Judgment by Default Against the Islamic Republic of Iran entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that final judgment is entered on behalf of those Plaintiffs in the case *Betru, et al. v. Islamic Republic of Iran, 18-cv-8297* identified in the attached Exhibit A against the Islamic Republic of Iran (the "*Betru (Ashton IX)* Plaintiffs"); and it is

**ORDERED** that the *Betru (Ashton IX)* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

**ORDERED** that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated:   New York, New York
         **SEP 1 3 2018**, 2018

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Betru, Yeneneh | Betru, Aron | Sibling | $4,250,000.00 |
| 2 | Betru, Yeneneh | Betru, Ruth | Sibling | $4,250,000.00 |
| 3 | Betru, Yeneneh | Betru, Sirak | Sibling | $4,250,000.00 |
| 4 | Betru, Yeneneh | Tensay, Betru | Parent | $8,500,000.00 |
| 5 | Betru, Yeneneh | Teshebru, Sara | Parent | $8,500,000.00 |
| 6 | Burford, Christopher | Burford, David | Parent | $8,500,000.00 |
| 7 | Burford, Christopher | Calabro, Ashley R. | Sibling | $4,250,000.00 |
| 8 | Burford, Christopher | Thornton, Pamela J. | Parent | $8,500,000.00 |
| 9 | Diaz, Nancy | Diaz, Belkys | Sibling | $4,250,000.00 |
| 10 | Diaz, Nancy | Diaz, Carmen | Parent | $8,500,000.00 |
| 11 | Diaz, Nancy | Diaz, Leocadio | Parent | $8,500,000.00 |
| 12 | Diaz, Nancy | Diaz, Leonel | Sibling | $4,250,000.00 |
| 13 | Skinner, Toyena C. | Sherman, Jason | Partner | $12,500,000.00 |
| 14 | Cooper, Julian | Cooper, Darlene | Sibling | $4,250,000.00 |
| 15 | Cooper, Julian | Dory, Marie Annette | Sibling | $4,250,000.00 |
| 16 | Furman, Steven | Furman Andrew | Sibling | $4,250,000.00 |
| 17 | Furman, Steven | Furman, Jayne | Sibling | $4,250,000.00 |
| 18 | Furman, Steven | Furman, Michael | Sibling | $4,250,000.00 |
| 19 | Furman, Steven | Estate of Joyce Lilie | Parent | $8,500,000.00 |