# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

Raymond Daniel Jackson

was admitted to practice as an attorney and counsellor at the bar of this Court on December 9, 2015.

I further certify that so far as the records of this office are concerned, Raymond Daniel Jackson is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 13th day of September
A.D. 2018

By: _____
Deputy Clerk