UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

In Re: Terrorist Attacks on September 11, 2001

**CERTIFICATE OF MAILING**

Case No.: 03MDL1570 (GBD)

I hereby certify under the penalties of perjury that on the _14_ day of ___September___ 2018_, I served: <u>Islamic Republic of Iran, H.E. Dr. Mohammad Javad Zarif, Foreign Minister of the Ministry of Foreign Affairs at Imam Khomeini Street, Imam Khomeini Square, Tehran, Islamic Republic of Iran</u>

☐   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒   the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐   the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

_2_ copy(ies) of the ___See Attached Rider___ by _Federal Express # 7729 7895 0889_.

Dated:  New York, New York
        09/14/2018

RUBY J. KRAJICK
CLERK OF COURT

_____
Shanee Mcleod
DEPUTY CLERK

# Attached Rider

(1) Notice of default judgment
(2) A true and certified copy of the August 31, 2015 Default Judgment on liability
(3) A true and certified copy of the September 12, 2018 Final Order of Judgement and the moving papers for Plaintiffs' Motion
(4) A copy of the Foreign Sovereign Immunities Act
(5) Certified Farsi translations of all the above documents



### After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.