# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

I, Nissa Youngren, hereby declare:

1. I am the stepdaughter of Robert LeBlanc who was killed in the September 11, 2001 Terror Attacks.

2. Robert, for all intents and purposes, was my dad. My mother met him when I was five months old. They were married on February 24, 1973, two weeks before my second birthday. As a child, during birthdays or on their anniversary, I would tell my dad, "Thank you for marrying us!"

3. I resided in the same household with my dad, Robert, mom, and my siblings from the time I was a toddler until I was eighteen years-old and left for college.

4. I had a very special and close relationship with my dad, Robert. He would take me to my extra-curricular activities like swim, track and rowing meets. We would spend a lot of time together talking. I sought his advice about everything, like school work, friends, boyfriends, travel, college and the world.

5. I traveled a lot with my dad, Robert, and because of him. We took a family vacation to South Africa; I lived with him in Cambridge, England during his sabbatical year; he encouraged me to go alone to Fiji and Australia one summer after college, and it was one of the best experiences of my life.

6. He visited me for the last time the weekend before September 11, 2001. He told me he could not remember ever being happier, and he was killed one day later. It is so hard to think that had his plane just been scheduled for Wednesday and not Tuesday, he would still be here today.

7. My dad, Robert, totally stole my heart. I admired and trusted him more than anyone in the world. He was an engaged, loving, trusting and interested father. He was always my champion. He never judged my siblings or me. He loved all of us so much, and we loved him too.

8. My dad was taken away from me on September 11, 2001. His absence is felt every day as I raise my own family. I miss his wonderful, amazing presence, and the strong bond that we shared. My own son is named Robert after my dad.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/12/18

Place: 345 Berkeley St.
Rochester NY 14607

Signature: Nissa Young

Print: NISSA YOUNGREN