

**KREINDLER & KREINDLER LLP**

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 7 2018

September 14, 2018

VIA ECF
The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: SEP 1 7 2018

RE:   *In re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
      This document relates to: *Ashton, et al. v. al Qaeda Islamic Army, et al.*,
      02-cv-6977(GBD)(SN)

Dear Judge Daniels,

On July 19, 2018, our office filed a Motion for Final Judgments on behalf of twenty-five of the *Ashton* plaintiffs listed in Exhibit A attached to the Kreindler Declaration (referred to therein as the "*Ashton V*" claimants). See ECF Doc. Nos 4058-4060. On September 13, 2018, the Court issued its Order on the July 19, 2018 Motion. See Doc. No. 4173. In that Order, the Court directed plaintiffs to submit a signed declaration of Nissa Youngren to the Court within two weeks, as a duplicate of her brother's declaration was inadvertently included as an exhibit to the plaintiffs' motion in place of hers. In response to the Court's September 13, 2018 Order, plaintiffs now ask for leave to file the signed declaration by Nissa Youngren in which she affirms the facts that were previously articulated in the plaintiffs' July 19, 2018 memorandum of law, attached hereto as Exhibit A.

Thank you for your consideration of this matter.

Respectfully,

KREINDLER & KREINDLER LLP

/s/ James P. Kreindler
James P. Kreindler, Esq.
Andrew J. Maloney III, Esq.
750 Third Avenue, 32nd Floor

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120

September 14, 2018
Page 2

        New York, New York 10017
        Tel: (212) 687-8181
        Fax: (212) 972 – 9432
        Email: amaloney@kreindler.com
        *Attorneys for Ashton Plaintiffs*

Enclosure
cc:    All MDL Counsel of Record (via ECF)