```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

03 **MDL** 1570 (GBD)

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

**JUDGMENT**

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 13, 2018, Plaintiffs' motion is GRANTED IN PART and DENIED IN PART. Judgment is entered against the Islamic Republic of Iran for a total of $127,500,000 as the sum of the following amounts:

(1) John Leinung for Paul Battaglia in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41

(2) Dana Ann DeNiro for Peter Carroll in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(3) Joseph Walsh for Carol Flyzik in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41

(4) Kevin Walsh for Carol Flyzik in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(5) Kristin Walsh for Carol Flyzik in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(6) Robert Callanan for Richard Gabriel in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41

(7) J. Linzee Whittaker for Karen Hagerty in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(8) LaKimmie Smith for Ronnie Lee Henderson in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41

(9) Marshall Lashon Ross for Ronnie Henderson in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41

(10) Gregory Rakovsky for Euguenu Kniazev in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(11) Kjell Youngren for Robert LeBlanc in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41

(12) Nissa Youngren for Robert LeBlanc in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41

(13) Lisa Sloan for Jeffery Palazzo in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(14) Darice Bailey-Scauso for Dennis Scauso in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41

(15) Nichole Scochemaro for Kevin Smith in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(16) Anthony J. Viola for Kevin Smith in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(17) Vincent Viola for Kevin Smith in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(18) Jessica (Schoenholtz) Murphy for Alexander Steinman in the amount of $2,125,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $2,718,037.85, for a total sum of $4,843,037.85

(19)   Linda Steinman for Alexander Steinman in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(20)   Fern Rosenbaum for Brooke D. Rosenbaum in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(21)   Esther E. Heymann for Honor Elizabeth Wainio in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41

(22)   Jason Tucker for Brian Warner in the amount of $2,125,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $2,718,037.85, for a total sum of $4,843,037.85

Plaintiffs' counsel shall provide this Court with a signed declaration from Nissa Youngren within two weeks of the judgment. If this Court does not receive Nissa Youngren's declaration, her judgment will be vacated. The solatium claims for Crystal Barkow, Kayla Barkow, and Anthony (DeNiro) Graffino are DENIED under the principles established in Hoglan IV. Finally, Plaintiffs not appearing in this motion and who were not previously awarded damages may still submit applications for solatium and/or economic damages awards.

**Dated:** New York, New York
September 17, 2018

RUBY J. KRAJICK

Clerk of Court

BY:   *Xmango*
Deputy Clerk