**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: 
: 
:                **ORDER**
: 
:                1:03 MDL 01570 (GBD) (SN)
: 
------------------------------------------------------------------X

**This Document Relates to**
*Hoglan v. Iran*,
**1:11-cv-7550 (GBD) (SN)**

      **AND NOW**, this _____ day of _____, 2018, upon consideration of the *Hoglan* Plaintiffs' Motion for Issuance of Letters Rogatory, and the accompanying Memorandum of Law and exhibits, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED.

      This Court directs the Clerk of Court to issue Letters Rogatory directed to the Islamic Republic of Iran, substantially similar in form to that attached as **EXHIBIT A** to Plaintiffs' Motion, requesting assistance in serving the Final Order and Judgment On Compensatory Damages issued by this Court, and the necessary accompanying documents, upon the following Defendants: (1) Ayatollah Ali Hoseini Khamenei, Supreme Leader of Iran; (2) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (3) National Iranian Tanker Corporation; (4) National Iranian Oil Corporation; (5) National Iranian Gas Corporation; (6) National Iranian Petrochemical Company; (7) Iran Airlines; and, (8) Hezbollah.

The Letters Rogatory and the accompanying legal documents, including the translations, related to the Final Order and Judgment On Compensatory Damages in this case shall be transmitted to the U.S. Department of State for delivery to the appropriate judicial authority of the Islamic Republic of Iran, pursuant to §1608(b)(3)(A).

**BY THE COURT:**

_____
George B. Daniels
United States District Judge