UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/18

------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 **MDL** 1570 (GBD)

**CORRECTED JUDGMENT**

------------------------------------------------------------X

This document relates to:

> Ashton et al. v. al Qaeda Islamic Army, et al., 02 Civ. 6977 (GBD)(SN)
> Burlingame v. Bin Laden, et al., 02 Civ. 7230 (GBD)(SN)
> Thomas Burnett, Sr. et al. v. The Islamic Republic or Iran, et al., 15 Civ. 9903 (GBD)(SN)

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 13, 2018, judgment is entered against the Islamic Republic of Iran for a total of $42,500,000 as the sum of the following amounts:

(1) Frank Kminek, Sr. for Mari-Rae Sopper in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41

(2) Frank Kminek, Sr. for Mari-Rae Sopper in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(3) Christopher Kminek for Mari-Rae Sopper in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(4) Christina L. Kminek for Mari-Rae Sopper in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70

(5) Andrew Petisce for Kenneth Waldie in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41

(6) Elba Iris Cedeno for Catherine Smith in the amount of $12,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $15,988,457.96, for a total sum of $28,488,457.96

This Court denies the Burlingame Plaintiffs' claim on behalf of Kerby Laurent under the principles established in Hoglan IV. Both the Burnett and Burlingame Plaintiffs may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue. Finally, the remaining Burnett and Burlingame Plaintiffs not appearing in these motions and who were not previously awarded damages may still submit applications for solatium and/or economic damages awards.

**Dated:** New York, New York
September 17, 2018

**RUBY J. KRAJICK**

**Clerk of Court**

BY:  *K Mango*
**Deputy Clerk**