# SALERNO & ROTHSTEIN
### ATTORNEYS AT LAW

AMY ROTHSTEIN
PETER C. SALERNO

WRITER'S EMAIL ADDRESS:
peter.salerno.law@gmail.com

221 SCHULTZ HILL ROAD
PINE PLAINS, NY 12567
—
T: 518.771.3050
F: 866.589.9010

September 21, 2018

By ECF

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 430
New York, New York 10007

   Re: *In re Terrorist Attacks on September 11, 2001*
    03 MDL 1570 (GBD) (SN)

*This document relates to:*

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al., Case No. 02 Civ. 6977*
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 03 Civ. 9849*
*Federal Insurance Co., et al. v. Al Qaida, et al., No. 03 Civ. 6978*
*Continental Casualty Co., et al. v. Al Qaeda, et al., No. 04 Civ. 5970*
*Euro Brokers Inc., et al., v. Al Baraka, et al., No. 04 Civ. 7279*
*Estate of John P. O'Neill et. al., v. Al Baraka et. al., No. 04 Civ. 1923*

Dear Judge Netburn:

   We write on behalf of our client, Yassin Abdullah Kadi, to request a 30-day extension of our deadline for complying with Your Honor's August 27, 2018 Order (ECF 4123) directing that we search for 13 documents or, should our searches fail, provide a declaration describing our efforts to obtain those documents. This is our first request for an extension of that deadline. On September 18 we asked Plaintiffs' counsel, by email, for their consent to this extension, but have received no response.

Hon. Sarah Netburn -2- September 21, 2018

     Searches in our client's Jeddah offices have proved futile. However, we are still in the process of making inquiries in Sudan, where additional documents pertaining to Rowad Development and Investment Company might possibly be found. With respect to the documents relating to the investigation of our client conducted by the Kingdom of Saudi Arabia ("KSA"), we are in communication with the office of the Saudi lawyer who represented our client in that investigation but those communications have, so far, been fruitless. We continue to press that office and also, as the Court directed, have asked the KSA's counsel in the current case to attempt to obtain these documents from their client.

     It is obvious to us that we will not be able to obtain clear results of these searches and inquiries by September 26th, next Wednesday. We therefore respectfully request that your Honor grant us a 30-day extension, to October 26, so that we can fully comply with the directives in Your Honor's August 27th Order.

     We note also that it has not been possible for us to engage with Plaintiffs in the meet-and-confer process you ordered regarding whatever disputes may exist with respect to our privilege log because Plaintiffs have not yet identified the log entries they wish to discuss, despite our September 12 email requesting that they do so.

                                                                                 Respectfully,

                                                                                 s/
                                                                                 Peter C. Salerno

cc:       All MDL Counsel of Record (via ECF)