# MDL 1570 PLAINTIFFS' EXECUTIVE COMM

In re: Terrorist Attacks on September 11, 2001 (S.D.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/24/2018

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Exec Comme |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

September 24, 2018

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    The Plaintiffs' Executive Committees, on behalf of all plaintiffs, write to Your Honor to request a two-week extension of the deadline to submit plaintiffs' response to defendants World Assembly of Muslim Youth-Saudi Arabia and World Assembly of Muslim Youth-International's Motion for Reconsideration of Section IV of the Court's Motion to Compel Ruling at ECF Nos. 4164-4169. For various reasons, including recent international travel spanning two weeks by several members of the PECs for multiple depositions in this litigation, conflicting schedules on the part of members of the PECs over the next week, and the need to facilitate a coordinated response regarding WAMY's recent application, plaintiffs respectfully ask to extend the response date from September 26, 2018 to October 10, 2018.

    Plaintiffs have conferred with counsel for WAMY-Saudi Arabia and WAMY-International and they have indicated that the WAMY defendants do not oppose the requested extension with two provisos: First, that the WAMY defendants' reply brief would be afforded a similar two-week extension, and second, that the Court will not address the matter at the upcoming hearings on October 12, 2018. Given that the briefing will be incomplete under the proposed revised schedule, the PECs do not anticipate that the Court would hear this dispute during the October 12 hearing, and accordingly, we would not oppose the WAMY defendants' provisos.

Hon. Sarah Netburn
September 24, 2018
Page 2
_____

        Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

        Respectfully submitted,

        COZEN O'CONNOR

        By:   J. Scott Tarbutton, on behalf of the Plaintiffs' Executive Committees

cc:   All MDL Counsel of Record (via ECF)

LEGAL\38447072\1

---

The plaintiffs' request is GRANTED. Plaintiffs shall file their response to WAMY's motion for reconsideration by October 10, 2018. WAMY may file a reply by October 17, 2018. The Court will not address WAMY's motion for reconsideration at the discovery conference scheduled for October 12, 2018.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

September 24, 2018
New York, New York