LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

---

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL TRADE

September 26, 2018

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   **In re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)**

Dear Judge Netburn:

We represent Defendants World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International (collectively referred to as "WAMY"). We write respectfully seeking clarification and amendment of the Court's Endorsed Order (DKT # 4194), revising the briefing schedule on WAMY's reconsideration motion, allowing the Plaintiffs' Executive Committee (PEC) an additional two-weeks to submit their response to WAMY's motion. While the PEC accurately state in its letter that WAMY did not object to this request, WAMY had asked that the PEC include in its letter that WAMY requests the same amount of time, an additional two-weeks, to submit WAMY's reply. PEC's letter failed to clearly state that WAMY's reply would be due by October 31, 2018. WAMY's request is necessitated by the fact that counsel has motion deadlines in other cases and will also be traveling out of the country, hence unable to meet the October 17, 2018 revised due date.

We respectfully request the Court to please consider amending its Endorsed Order (DKT # 4194) to provide WAMY the same extension as granted the PEC and specify that WAMY may file a reply to its motion for reconsideration by October 31, 2018. Thank you for your time and consideration of this request.

Respectfully Submitted,

*/s/ Omar Mohammedi*
Omar Mohammedi, Esq.

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

*/s/Fredrick Goetz*
Frederick Goetz, Esq.


cc:     All MDL Counsel of Record (via ECF)