

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/28/2018

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** **In re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)**

Dear Judge Netburn:

We represent Defendants World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International (collectively referred to as "WAMY"). We write respectfully seeking clarification and amendment of the Court's Endorsed Order (DKT # 4194), revising the briefing schedule on WAMY's reconsideration motion, allowing the Plaintiffs' Executive Committee (PEC) an additional two-weeks to submit their response to WAMY's motion. While the PEC accurately state in its letter that WAMY did not object to this request, WAMY had asked that the PEC include in its letter that WAMY requests the same amount of time, an additional two-weeks, to submit WAMY's reply. PEC's letter failed to clearly state that WAMY's reply would be due by October 31, 2018. WAMY's request is necessitated by the fact that counsel has motion deadlines in other cases and will also be traveling out of the country, hence unable to meet the October 17, 2018 revised due date.

We respectfully request the Court to please consider amending its Endorsed Order (DKT # 4194) to provide WAMY the same extension as granted the PEC and specify that WAMY may file a reply to its motion for reconsideration by October 31, 2018. Thank you for your time and consideration of this request.

Respectfully Submitted,

*/s/ Omar Mohammedi*
Omar Mohammedi, Esq.

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

/s/Fredrick Goetz
Frederick Goetz, Esq.

cc:   All MDL Counsel of Record (via ECF)

---

The defendants' request is GRANTED. Pursuant to the Court's Endorsed Order on September 24, 2018 (ECF No. 4194), plaintiffs shall file their response to WAMY's motion for reconsideration by October 10, 2018. WAMY may file a reply by October 31, 2018.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

September 28, 2018
New York, New York

2