# Wael H. Jelaidan            وائل بن حمزه جليدان

## Sworn Statement and Answers of Questions.

Pursuant to Judge Netburn's statement dated August 30, 2018 with questions addressed to myself related to the sanctions, I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct and are as follows:

**The First Question's Answer:**
A bank account has been opened in Alinma Bank, a Saudi bank, with the following details:
Account Name:                Wael Hamza A. Jelaidan
Account Number (IBAN):    SA9205000068200999611000
Attached herewith a copy of the bank account statement showing the following:

1. Settling the debt of Mr. Osama Khalifa
2. Deposit from my son Hassan, as most of the deposits are done by my son Hassan as loans.
3. A deposit from the Retirement Department that has been paid after waiting for thirty years.
4. A deposit from the Social Insurance Department that has been paid after waiting for more than twenty years.

### Account in Switzerland
Messrs. Faisal Private Bureau,
3, Quai du Mont-Blanc
P.O.Box 1494,
1211 Geneva 1, Switzerland.
www.Faisalprivatebureau.com
Wael Jelaidan
00.010409_0.100
**Account No. 3418**
**Account No. 3397**
(Statements attached)

### Account in Turkey:
Turkish Co. for Financing and joint-Stock partnership
Head Office Yafagic Site,
Adnan Qahwaji St. No. 139 38576 Qartal, Istanbul, Turkey.
Tel: 02164525454
**Account No. 99007367-2**
(Statement and documentation attached)

WHJ

# Wael H. Jelaidan

<div dir="rtl">وائل بن حمزه جليدان</div>

---

**The Second Question's Answer:**
1. Two installments of my debt to Mr. Osama Khalifa have been paid from my bank account in Switzerland (in USD & Euro) attached herewith the proving correspondences and bank documents. <u>Loans taken from Mr. Osama Khalifa were to sustain livelihood.</u>
2. One installment of my debt to Mr. Khalid Hussain has been paid from my bank account in Turkey (in USD & Euro) attached herewith the proving correspondences and bank documents. <u>Loan taken from Mr. Khalid Hussain was to sustain livelihood.</u>

**The Third Question's Answer:**
My counsel Dr. Alim has been informed of settling the above mentioned debts on the settlement dates or after taking the loans.

**The Fourth Question's Answer:**
February 28, 2018.

**The Fifth Question's Answer:**
Kindly refer to the Saudi Award Execution Regulation stating in case of non-settlement the debts, the debtor shall be estopped from all public services escalating the point of imprisonment.

**The Sixth Question's Answer:**

**As per the attached emails and messages. Details given in the emails.**

**The Seventh Question's Answer:**
February 9, 2018.

**The Eighth Question's Answer:**
No.

**The Ninth Question's Answer:**
February 28, 2018.

**The Tenth Question's Answer:**
As for Dr. Alim's fees, I am still in debt to him. I have also signed a one time fixed fee agreement with Mr. McMahon in addition to direct cost were paid by good Summaritans. Attached herewith a copy of my letter to H.R.H Prince Naif bin Abdel-Aziz Al-Saud the former Crown Prince and Minister of the Interior, requesting him to (as verbally promised) support me in paying the fees of the Lawyers in both Saudi Arabia and the United States of America as I was and still am not able to settle and pay that fees with the piling debts for almost two decades.

WHJ

Wael H. Jelaidan             وائل بن حمزه جليدان

---

**The Eleventh Question's Answer:**
I cannot pay and I do not know how it could be done.

**The Twelfth Question's Answer:**
I have no objection to pay the court, it is however my duty and priority to secure my livelihood and my family's needs.

**The Thirteenth Question's Answer:**
Since I have already paid the lump sum fees and therefore cannot afford another attorney.

*Executed on 26 September, 2018*

Wael Hamzah Jelaidan
Jeddah, Saudi Arabia



**I Hereby Certify**
That the above signing person was present before me and that the signature, which appears on this document, is his/her signature. This certification does not assume any responsibility for the content &/or legality of this document.
**Bassim A. Alim, Esq. - Attorney at Law**
Ministry of Justice License No. 98 /23 - K.S.A
T: +966 12 651 3321 F: +966 12 651 0846
URL: www.alimlaw.com  Email: alim@alimlaw.com
Date: Wednesday 26, Sept. , 2018

