THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TERRORIST ATTACKS ON ) | Civil Action No. 03 MDL 1570 (GBD)(SN) |
| SEPTEMBER 11, 2001 ) | ECF Case |
| ) | |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Elizabeth B. Sandza, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Martin McMahon, Esq. in the above-captioned action.

I am in good standing of the bars of the states of Delaware, California, Maryland and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3

Respectfully submitted,

----/s/ Elizabeth B. Sandza, Esq.----
Elizabeth B. Sandza, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
700 11th Street, NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
Elizabeth.Sandza@wilsonelser.com
*Attorneys for Counsel Martin McMahon, Esq.*

977420v.1

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: )<br>)<br>TERRORIST ATTACKS ON )<br>)<br>SEPTEMBER 11, 2001 )<br>)<br>) | Civil Action No. 03 MDL 1570 (GBD)(SN)<br><br>ECF Case |

**AFFIDAVIT OF ELIZABETH B. SANDZA**

I, Elizabeth B. Sandza, state and affirm as follows:

1. I am over 21 years of age.

2. I am a Partner at Wilson, Elser, Moskowitz, Edelman & Dicker, LLP in its Washington, DC office.

3. I am in good standing of the bars of the states of Delaware, California, Maryland and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

The undersigned hereby affirms under the penalties of perjury that the foregoing is true and correct, based upon personal knowledge.

Date: October 1, 2018

-----/s/ *Elizabeth B. Sandza, Esq.*-----
Elizabeth B. Sandza, Esq.

977438v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion for Admission Pro Hac Vice, Affidavit, Certificates of Good Standing, and proposed Order was e-filed and e-served via ECF on all counsel of record, on this 1st day of October 2018, to:

----/s/ *Elizabeth B. Sandza, Esq.*----
Elizabeth B. Sandza, Esq.

977420v.1