**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

September 26, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ELIZABETH BARRY SANDZA, #100182 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1981; that from the date of admission to February 25, 1988, she was an ACTIVE member of the State Bar of California; that on February 25, 1988, she transferred at her request to the INACTIVE status as of January 1, 1988; that from that date to November 15, 1993, she was an INACTIVE member of the State Bar of California; that on November 15, 1993, she transferred at her request to the ACTIVE status; that from that date to January 1, 2003, she was an ACTIVE member of the State Bar of California; that on January 1, 2003, she transferred at her request to the INACTIVE status; that she has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Membership Records