THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

Civil Action No. 03 MDL 1570 (GBD)(SN)

ECF Case

## AFFIDAVIT OF ELIZABETH B. SANDZA

I, Elizabeth B. Sandza, state and affirm as follows:

1. I am over 21 years of age.

2. I am a Partner at Wilson, Elser, Moskowitz, Edelman & Dicker, LLP in its Washington, DC office.

3. I am in good standing of the bars of the states of Delaware, California, Maryland and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

The undersigned hereby affirms under the penalties of perjury that the foregoing is true and correct, based upon personal knowledge.

Date: October 3, 2018

----/s/ Elizabeth B. Sandza, Esq.----
Elizabeth B. Sandza, Esq.

977438v.2