

# Supreme Court of California

**JORGE E. NAVARRETE**

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *ELIZABETH BARRY SANDZA*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ELIZABETH BARRY SANDZA, #100182, was on the 1st day of December, 1981, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Inactive Members of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 2nd day of Ocotober, 2018.*

JORGE E. NAVARRETE
*Clerk/Executive of the Supreme Court*

By: _____

*Francisco Coello, Deputy Clerk*