THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> TERRORIST ATTACKS ON <br> SEPTEMBER 11, 2001 | ) <br> ) <br> ) Civil Action No. 03 MDL 1570 (GBD)(SN) <br> ) ECF Case <br> ) <br> ) |

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Elizabeth B. Sandza, Esq. for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of Delaware, California, Maryland and the District of Columbia; and that her contact information is as follows:

> Elizabeth B. Sandza, Esq.
> Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
> 700 11th Street, NW
> Suite 400
> Washington, DC 20001
> Telephone: (202) 626-7660
> Facsimile: (202) 628-3606
> Elizabeth.Sandza@wilsonelser.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Martin McMahon, Esq. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

977420v.2

Dated: _____

                                                                            United States District Judge

cc:      Counsel of record

977420v.2