# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

October 9, 2018

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

> Re:    *In re Terrorist Attacks on September 11*, 2001, 03 MDL 1570 (GBD) (SN)
>            (All Actions)
>        Permission for Electronic Devices at Hearing on October 12, 2018

Dear Judge Netburn:

Defendant Kingdom of Saudi Arabia respectfully requests under this Court's Standing Order M10-468, as Revised, that undersigned counsel be permitted to bring a personal electronic device to the hearing scheduled for Friday, October 12, 2018. I have entered an appearance on behalf of the Kingdom of Saudi Arabia.

A copy of a proposed form order under Standing Order M10-468, as Revised, is attached to this letter. A copy of the order is also being emailed to judgments@nysd.uscourts.gov.

Respectfully submitted,

*/s/ Michael K. Kellogg*

Michael K. Kellogg
*Counsel for the Kingdom of Saudi Arabia*

Attachment

  cc:   The Honorable George B. Daniels (via facsimile)
        All MDL Counsel of Record (via ECF)