UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record.

PLEASE TAKE NOTICE that Samidh Guha of Jones Day, with offices located at 250 Vesey Street, New York, NY 10281, an attorney admitted or otherwise authorized to practice in this court, hereby appears on behalf of Defendant Dubai Islamic Bank in the above-captioned action.

Dated: October 11, 2018

/s/ Samidh Guha
Samidh Guha
JONES DAY
250 Vesey Street
New York, NY 10291
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sguha@jonesday.com
*Attorney for Defendant Dubai Islamic Bank*

- 2 -

## CERTIFICATE OF SERVICE

I, Samidh Guha, certify that on October 11, 2018, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                                /s/ Samidh Guha
                                               Samidh Guha