```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

                                                         03-MDL-1570 (GBD)(SN)

-----------------------------------------------------------------X         **<u>ORDER</u>**

**SARAH NETBURN, United States Magistrate Judge:**

    For the reasons stated on the record during the October 12, 2018 conference, the Court issues the following directives.

    The Plaintiffs' Executive Committees (PECs) and the government shall jointly file a proposed protective order by November 2, 2018. If the parties disagree about the terms of the proposed order, they should each file a proposed protective order, along with a short letter brief explaining their position. In addition, the parties shall file a joint status letter by November 20, 2018. The letter should update the Court regarding the status of the government's declassification and privilege review.

    Further, the PECs and the Kingdom of Saudi Arabia are directed to meet and confer regarding the PECs' requests for additional document production. The PECs shall file a letter brief, no longer than five pages, by October 26, 2018, to address any disputes regarding these requests. The Kingdom of Saudi Arabia shall file its opposition papers, not to exceed five pages, by November 2, 2018. The PECs may file a reply, no longer than three pages, by November 7, 2018.

In addition, the PECs may file any motion to compel by November 30, 2018. The Kingdom of Saudi Arabia may file a response by December 21, 2018. The PECs may file a reply by January 4, 2019.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 12, 2018
         New York, New York