UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                                                    03-MD-01570 (GBD)(SN)

    TERRORIST ATTACKS ON                                      **ORDER**
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    For the reasons stated on the record in the October 12, 2018 conference, Martin McMahon is ORDERED to provide the Court, *ex parte* and for *in camera* review, (1) any retainer agreement between Jelaidan (or his agents) and McMahon; (2) copies of any invoices submitted to Jelaidan, and any proof of payment; and (3) any evidence that tends to prove the alleged breakdown in relationship between Jelaidan and McMahon. McMahon shall submit these documents to the Court by Friday, November 23, 2018.

    In addition, McMahon is directed to send the Court's Order to Bassim Alim, Jelaidan's counsel in Saudi Arabia, and to instruct Alim to give the Court's Order to Jelaidan. By November, 23, 2018, Jelaidan may submit evidence regarding the above facts, or any other relevant evidence, in opposition to McMahon's motion to withdraw.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     October 24, 2018
                 New York, New York