


Aisha E. R. Bembry
202 659 6752
aisha.bembry@lbkmlaw.com

October 24, 2018

The Honorable Sarah Netburn
Judge, United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

**Re:** ***In re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 – Letter Motion Requesting Extension of October 26, 2018 Document Production Deadline***

Dear Judge Netburn:

This firm represents the Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO") in the above-referenced matter. We write further to the Court's Order dated August 27, 2018 (ECF 4124), setting a deadline of October 26, 2018 for MWL and IIRO to produce certain categories of documents from their various branch offices. For the reasons stated herein, MWL and IIRO seek a 60-day extension of the deadline to December 26, 2018, which is the first request for an extension of the October 26 deadline.

Consistent with Your Honor's comments in the August 27 Order, MWL and IIRO have been working with the PECs in order to determine whether a search of "a more targeted group of branch offices will be sufficient." ECF 4124 at 6. As part of those discussions, we have provided to the PECs information concerning the MWL and IIRO branch offices, including detailed information concerning when foreign branch offices opened, which offices remain open, when certain offices closed, and where documents typically were sent by offices now closed. As a result of those discussions, the parties have reached an agreement that will focus the additional search efforts on a targeted subset of locations.

MWL and IIRO have begun their collections efforts from this more targeted subset of locations and expect to be in a position to start producing responsive materials by the end of this month. However, because of the time and effort dedicated to working with the PECs to evaluate the branch offices located in more than 60 countries and reach agreement on a targeted group, as well as the extensive additional efforts that still must be made in approximately 20 different countries to search for and produce records from the agreed upon subset, MWL and IIRO require an additional 60 days to complete their productions.

During a meet and confer that occurred on October 17, 2018, undersigned counsel requested that the PECs consent to MWL and IIRO's request for a 60-day extension. In response, the PECs requested that counsel for MWL and IIRO inquire whether the Defense Executive Committee (DEC) would be amenable to discussing an unspecified extension to the fact deposition deadline. On October 22, 2018, a call was scheduled to discuss the PEC's





request with the members of the DEC. During that call,[1] counsel for all defendants for whom the January 31, 2019 deadline is applicable, with the exception of counsel for Dallah Avco,[2] indicated that they would consent to a commensurate 60 day extension of the fact deposition deadline. The DEC's position concerning an extension of the fact deposition deadline was conveyed to the PECs on October 22, 2018 and, on October 23, 2018, the PECs advised that they would consent to the MWL and IIRO's 60-day extension request, "subject to the understanding that the request for a commensurate extension of the deposition deadline (subject to the caveats discussed) is conveyed in the same letter."[3] Undersigned counsel contacted the PECs this morning by phone and email to clarify how the PECs' request for a commensurate extension of the fact deposition deadline would be conveyed to the Court but, as of the time of this filing, received no response from the PEC.

Accordingly, MWL and IIRO seek a 60-day extension of the October 26, 2018 deadline to produce documents.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Aisha E. Bembry
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Ave, NW, Suite 1000
Washington, DC 20005
Tel: (202) 659-6752
aisha.bembry@lbkmlaw.com

For Defendants Muslim World League and the International Islamic Relief Organization

cc: All Counsel of Record

---

[1] Counsel for Defendant Wael Jelaidan did not participate in the DEC's conference call.

[2] Dallah Avco takes no position on the PECs' request for a commensurate 60 day extension of the fact deposition deadline. Counsel for Dallah Avco informed undersigned counsel that Dallah Avco's position is that, given the close relationship between the claims against Dallah Avco and the claims against the Kingdom of Saudi Arabia, Dallah Avco's fact discovery deadline should be the same as whatever fact discovery deadline applies to discovery concerning the Kingdom. Dallah Avco defers to the Kingdom concerning what that deadline should be, and has no objection to a 60-day extension for fact discovery concerning any other defendant.

[3] The caveats referenced by the PECs relate to the position taken by Dallah Avco, which is reflected herein, and the lack of participation by counsel for Wael Jelaidan in the DEC's discussion on October 22, 2018.