UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re* Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD) (SN)

ECF Case

This document relates to:

> *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al., Case No. 02 Civ. 6977*
> *Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 03 Civ. 9849*
> *Federal Insurance Co., et al. v. Al Qaida, et al., No. 03 Civ. 6978*
> *Continental Casualty Co., et al. v. Al Qaeda, et al., No. 04 Civ. 5970*
> *Euro Brokers Inc., et al., v. Al Baraka, et al., No. 04 Civ. 7279*
> *Estate of John P. O'Neill et. al., v. Al Baraka et. al., No. 04 Civ. 1923*

## DECLARATION OF MUAZ KADI
## IN RESPONSE TO AUGUST 27, 2018 ORDER

1. I am the son of Yassin Abdullah Kadi, a defendant in the captioned matter. I am a businessman based in Jeddah. From time to time I am asked by my father to assist him in responding to requests made by his lawyers. I make this Declaration to describe the extensive efforts that I have gone to, on my father's behalf, to comply with this Court's August 27, 2018 Order ("the Order").

2. The Order requires that my father search for and produce eleven documents pertaining to the investigation of him conducted by the Kingdom of Saudi Arabia ("KSA



documents") and two documents pertaining to Rowad Development and Investment Co. Ltd. ("Rowad documents"). I had no knowledge of Rowad or its dealings or businesses until I was informed of its existence by my father's London solicitors.

3. I instructed Essam Al Khatib to conduct a search for the KSA documents and the Rowad documents in the storage room in which my father's older documents are now stored. Mr. Al Khatib provided me on a daily basis with oral reports on his work as it progressed. Mr. Al Khatib has searched for these documents but his search was not successful. See Declaration of Essam Al Khatib ("Khatib Dec.", ¶ 3 and 4), submitted herewith.

4. I also asked Yousef Abu Ali (Sudanese), a long-time employee of Kadi Family's commercial interest, to contact Yassin Ahmed Ali, a Sudanese national who is a former business associate of my father. Yassin Ahmed Ali was according to official corporate records of Rowad named as a director of Rowad's Board of Directors. I asked Mr. Yousef Abu Ali to see if Mr. Yassin Ahmed Ali possessed or could help locate the two Rowad documents in issue. Yousef Abu Ali provided daily oral reports to me about his progress. Yousef Abu Ali's efforts in reaching Yassin Ahmed Ali were unsuccessful. (Declaration of Yousef Abu Ali ("Ali Dec."), ¶¶ 4, 5).

5. With respect to the eleven documents pertaining to the KSA investigation, I instructed Mr. Al Khatib to seek them from Dr. Saad Al-Beraik, the attorney who represented my father in that matter. Mr. Al Khatib called Dr.Saad Al-Beraik's law firm on 4 September 2018. He then followed up his 'phone call with an email to Dr. Saad Al-Beraik's law firm setting out in detail the list of the eleven KSA documents required to be produced under the Order. Mr. Al Khatib was told by Dr. Saad Al-Beraik's law firm that Dr. Saad Al-Beraik's whereabouts were unknown and that he had not been to the office since last year, i.e. since



2017. Mr. Al Khatib's unsuccessful efforts to obtain these documents are described in his Declaration and he reported to me on these unsuccessful efforts. (Khatib Dec. at ¶ 4). Mr. Khatib and I since learned, on 15 October 2018, that the Al-Beraik law firm, in the person of Saad Al-Beraik's brother, Abdul Raheem Bin Abdullah Al-Beraik, located and sent directly to my father's London solicitors Carter-Ruck a copy of the Statement of Claim that Dr. Al-Beraik had submitted on my father's behalf to the KSA Foreign Ministry. This document is item 2 of the KSA documents this Court ordered my father to produce.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October    , 2018

_____
MUAZ KADI