UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

**TERRORIST ATTACKS ON**
**SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2018

03-MDL-01570 (GBD)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

On October 24, 2018, Defendants Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO") requested an extension of the discovery deadlines in the Court's August 27, 2018 Order. (ECF No. 4124) Further, on October 25, 2018, Defendants World Assembly Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International (collectively, "WAMY") requested a similar extension of the discovery deadlines. Both requests are GRANTED.

Accordingly, MWL and IIRO must comply with the Court's August 27, 2018 Order by December 26, 2018. WAMY must submit all declarations ordered by the Court and any responsive new documents not previously produced by November 12, 2018. In addition, WAMY must reproduce documents initially redacted for donor names by November 26, 2018. Pursuant to the Court's September 6, 2018 Endorsed Order, the deadlines in Section IV of the August 29 Order (ECF No. 4130) remain suspended pending the Court's determination of WAMY's motion for reconsideration.

For all defendants for whom the deadline is applicable, the January 31, 2019 fact deposition deadline is EXTENDED until April 1, 2019. Absent further order, the fact deposition

deadline for Dallah Avco remains January 31, 2019. The Court does not anticipate granting any further extensions to these deadlines.

Finally, the Plaintiffs Executive Committees ("PECs") are ORDERED to create a chart regarding all outstanding discovery deadlines in this case. This chart will assist the Court manage the balance of discovery in this complex litigation. The chart should identify for each defendant, or collection of similarly situated defendants, (1) whether they are in jurisdictional or merits discovery; (2) any interim discovery deadlines, including for individual document productions or motions to compel; (3) the deadline for the close of discovery; and (4) any remaining discovery that needs to be conducted, including depositions. The chart should reflect the deadlines in this Order and should be filed on the docket no later than November 9, 2018.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 4216.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 26, 2018
         New York, New York