UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

       **TERRORIST ATTACKS ON**
       **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

**03-MD-01570 (GBD)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2018

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has been advised that the PECs intend to file today, October 26, 2018, an exhibit to a letter that the Kingdom of Saudi Arabia has marked Confidential. The PECs are granted leave to file UNDER SEAL any such exhibit(s) on a conditional basis. As part of the substantive briefing, the parties may address the propriety of continuing to hold such exhibit(s) under seal, and the Court will revisit this conditional grant when it addresses the PECs' underlying application.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 26, 2018
              New York, New York