UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

*This document relates to:*

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al., Case No. 02 Civ. 6977*
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 03 Civ. 9849*
*Federal Insurance Co., et al. v. Al Qaida, et al., No. 03 Civ. 6978*
*Continental Casualty Co., et al. v. Al Qaeda, et al., No. 04 Civ. 5970*
*Euro Brokers Inc., et al., v. Al Baraka, et al., No. 04 Civ. 7279*
*Estate of John P. O'Neill et. al., v. Al Baraka et. al., No. 04 Civ. 1923*

### DECLARATION OF YOUSEF ABU ALI
### IN RESPONSE TO AUGUST 27, 2018 ORDER

1. I am of Sudanese nationality and origin. I moved to Jeddah, Saudi Arabia in 1975. I worked in Jeddah for Sheikh Abdullah Kadi, the father of Sheikh Yassin Kadi ("Mr. Kadi"), from 1975 until Sheikh Abdullah died in 1989. Since 1990 I have been living in Jeddah and have worked continuously for Mr. Kadi with responsibility for managing the Kadi family's commercial interests (but not Mr Kadi's personal charitable or commercial activities or interests). I have not lived in Khartoum for many years and since my parents died 20 years ago I have had no family in Sudan and little reason to return to my country of origin. As a result of this my current active contacts in Sudan are few.

2. I now refer to the long defunct company Rowad Development and Investment Co. Ltd. ("Rowad") which was incorporated in Sudan. At the direction of Mr. Kadi's son, Muaz Kadi, and in cooperation with Mr. Kadi's London solicitors Carter-Ruck, I have tried to locate two documents pertaining to Rowad that, as has been explained to me, the Court has ordered Mr. Kadi to locate. Prior to Mr Kadi's and Muaz Kadi's request for my assistance in this matter I was not aware of the two documents pertaining to Rowad ordered to be produced by the Court

3. Towards this I have made extensive efforts to contact Mr Yassin Ahmed Mohammed Ali ("Mr. Ali"). Based on corporate records of Rowad (see KADI0089835, ECF No 3831-5 at 103) and information and belief, I believe that Mr Ali was listed as a director of Rowad.

4. For the last three to four weeks I have attempted on numerous occasions to contact Mr Ali, who on information and belief lives in Sudan. The purpose of trying to contact him was to ask him if he possesses or is able to locate the two Rowad documents the Court has ordered Mr. Kadi to try to locate. I attempted on many occasions to reach Mr. Ali by telephone using the contact number I had for him. I called this number around 15 times but Mr Ali did not respond.

5. There was no current number for Mr Ali in the Khartoum telephone directory. I know of no friends of Mr Ali to contact to obtain his up to date contact details or who could help me find him. Mr. Ali did not respond to any of my efforts which have all been unsuccessful.

6. During this period Mr. Siraj Abdul Bari, a Sudanese individual who was formerly employed by Muwafaq Foundation in Sudan, was himself making efforts in Sudan to

locate Mr Ali. (See Declaration of Siraj Abdul Bari submitted herewith at paragraphs 4 and 5.) I also phoned Mr. Siraj Abdul Bari on a regular basis in order to receive updates on his efforts to locate Mr Ali all of which I confirm were unsuccessful.

7.  I also attended with Mr Essam Al Khatib on Friday 5 October 2018 in order to search Mr Kadi's storage room for the Rowad related documents. We spent the entire day in the storage room searching for the two Rowad documents but our searches were unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11   ,2018

_____
YOUSEF ABU ALI