# EXHIBIT C

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ELECTRONIC MAIL**

October 23, 2018

Michael K. Kellogg, Esq.
Kellogg, Hansen, Todd, Figel & Frederick PLLC
1615 M Street N.W., Suite 400
Washington, DC 20036

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Michael:

In advance of our scheduled meet and confer, the Plaintiffs' Executive Committees offer this written notice to the Kingdom of Saudi Arabia ("Saudi Arabia") that Plaintiffs object to Saudi Arabia's confidentiality designations as to the documents listed on Exhibit A, attached hereto, and request that the Kingdom withdraw its designations as to the identified documents and/or consent to the filing of those documents in the public court docket. We anticipate discussing the designation of these documents during our meet and confer.

This list includes discovery documents that we anticipate filing with various motions, including with our letter on supplemental document discovery and the motion to compel. To be clear, the attached list identifies only a portion of the 3,320 pages that Saudi Arabia has designated as confidential. We anticipate adding more documents to this request as we proceed with our review of the documents Saudi Arabia has produced, and reserve the right to object to other documents that Saudi Arabia has so designated.

Plaintiffs object to the designations listed on Exhibit A because Saudi Arabia has made no showing that these designations meet the standards articulated in Rule 26 of the Federal Rules of Civil Procedure or any applicable case law warranting the confidentiality designation the Court authorized in the Umbrella Order, or that would support the denial of access to any such documents filed in support of submissions to the Court. Moreover, after translation and individual analysis of each of the identified documents, the Plaintiffs remain unable to identify any reason to warrant the designation, much less any rationale that would support a requirement

Michael K. Kellogg, Esq.
October 23, 2018
Page 2

that any such documents be filed under seal in relation to disputes brought to the Court for resolution.

Sincerely,

COZEN O'CONNOR

By: /s/ *Sean P. Carter*
    SEAN P. CARTER
    For the Plaintiffs' Exec. Committees

MOTLEY RICE LLC

By: /s/ *Robert T. Haefele*
    ROBERT T. HAEFELE
    For the Plaintiffs' Exec. Committees

KREINDLER & KREINDLER LLP

By: /s/ *James P. Kreindler*
    JAMES P. KREINDLER
    For the Plaintiffs' Exec. Committees

cc:    Members of Plaintiffs' Executive Committees (via Email)
       Mark C. Hansen, Esq. (via Email)
       Gregory G. Rapawy, Esq. (via Email)
       Andrew C. Shen, Esq. (via Email)

LEGAL\38821520\1

Michael K. Kellogg, Esq.
October 23, 2018
Page 3

## Exhibit A

| | | |
|---|---|---|
| KSA000550-614 | KSA001298-1299 | KSA004294 |
| KSA000696 | KSA001301 | KSA004642-4754 |
| KSA000724-726 | KSA001302 | KSA005872-5892 |
| KSA000734-737 | KSA001305-1313 | KSA005998-5999 |
| KSA000740 | KSA001318-1325 | KSA006459-6464 |
| KSA000792 | KSA001329 | KSA006641-6643 |
| KSA000840 | KSA001333 | KSA006666-6668 |
| KSA000852 | KSA001334 | KSA006670-6673 |
| KSA000854 | KSA001342 | KSA006812 |
| KSA000856 | KSA001345-1346 | KSA006860-6864 |
| KSA000883 | KSA001348-1349 | |
| KSA000897 | KSA001613-1616 | |
| KSA000898 | KSA001618-1619 | |
| KSA000903 | KSA001623 | |
| KSA000905-906 | KSA001625 | |
| KSA000976 | KSA001630-1632 | |
| KSA000995 | KSA001710-1713 | |
| KSA001168-1173 | KSA001716 | |
| KSA001193 | KSA001774-1777 | |
| KSA001197 | KSA001822-1823 | |
| KSA001194-1201 | KSA001825-1832 | |
| KSA001204-1206 | KSA001834-1841 | |
| KSA001207 | KSA002333-2358 | |
| KSA001210-1212 | KSA002584-2594 | |
| KSA001213 | KSA002605-2613 | |
| KSA001214-1218 | KSA002614 | |
| KSA001219 | KSA002627-2630 | |
| KSA001220-1227 | KSA002660-2666 | |
| KSA001228 | KSA002669 | |
| KSA001229-1240 | KSA002670-2671 | |
| KSA001241 | KSA002676 | |
| KSA001243-1252 | KSA002677-2693 | |
| KSA001253 | KSA002678 | |
| KSA001254 | KSA002686 | |
| KSA001255 | KSA002691-2692 | |
| KSA001256-1273 | KSA002693 | |
| KSA001274-1275 | KSA002829-2844 | |
| KSA001276 | KSA002845-2846 | |
| KSA001277 | KSA002847-2850 | |
| KSA001278-1286 | KSA002851 | |
| KSA001287-1288 | KSA002852-2855 | |
| KSA001289-1294 | KSA002862-2869 | |