UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, No. 04-CV-05970
*Federal Insurance Co, et al. v. Al Qaida, et al.*, No. 03-CV-6978
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp.*, et al, No. 04-CV-1923
*Euro Brokers Inc., et al., v. Al Baraka, et al.*, Case No. 04 Civ. 7279

**AFFIRMATION TRANSMITTING DOCUMENTS IN SUPPORT OF DEFENDANTS WORLD ASSEMBLY OF MUSLIM YOUTH-SAUDI ARABIA AND WORLD ASSEMBLY OF MUSLIM YOUTH-INTERNATIONAL REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR RECONSIDERATION OF SECTION IV OF THE COURT'S MOTION TO COMPEL ORDER**

I, Omar T. Mohammedi, an attorney admitted to practice before this Court, and the Courts of the State of New York, hereby affirm under penalty of perjury, as follows:

1.  I am the lead counsel presenting Defendants World Assembly of Muslim Youth Saudi Arabia (WAMY SA) and World Assembly of Muslim Youth International (WAMY Int'l), jointly referred to as "WAMY". I submit this Affirmation to transmit to the Court the following documents submitted in support of WAMY's Reply Memorandum of Law in Further Support of its Motion for Reconsideration of Section IV of the Court's Motion to Compel Order.

2.  Attached hereto as <u>Exhibit 1</u> is a copy of counsel's analysis detailing the approximate pages of documents WAMY produced for each of the twenty-two (22)

countries, many of which were not branches, and four (4) regional offices for which Plaintiffs claim they have received limited document production.

3. Exhibit 1 also lists examples of additional branch offices for this Court's review on the search and production of relevant documents, contrary to the PEC's claims.

Dated: New York, New York
October 31, 2018

Respectfully Submitted,

_____
Omar T. Mohammedi, Esq.
Law Firm of Omar T. Mohammedi, LLC
Woolworth Building
233 Broadway, Suite 820
New York, New York 10279