# Exhibit 1

## Statistical Report for Documents by Branch Office

| # of Docs | # of Pages | Branch Office Name (Requested by PEC) |
|---|---|---|
| 9 | 117 | Argentina*[1,2] |
| 79 | 3,490 | Australia (established in 2002) |
| 152 | 6,502 | Bangladesh (established in 2000) |
| 25 | 768 | Belgium*[3] |
| 100 | 2,601 | Brazil (established in 2000) |
| 197 | 19,872 | Chechnya*[4] |
| 17 | 766 | Czech Republic*[5] |
| 186 | 3,312 | Germany*[6] |
| 3 | 16 | Greece*[7] |
| 15 | 1,541 | Hong Kong*[8] |
| 178 | 11,944 | India |
| 200 | 10,489 | Kenya/East Africa (established in 1993) |
| 763 | 8,560 | Kosovo (established in 2000) |
| 44 | 3,411 | Malawi*[9] |

---

[1] Countries designed with one asterisk (*) are not official branch offices but countries where projects were performed by WAMY. These projects were often overseen by the regional Saudi offices or branch offices.

[2] Argentina is not a branch office but falls under the purview of WAMY South America, located in Brazil. Therefore, it has limited documentation.

[3] The Belgium office was scheduled to open in 2002, but it did not. Instead, activities in Belgium were carried out through the WAMY Western Europe representative in Germany.

[4] There was no Chechnya branch office. Work in Chechnya was completed through the WAMY Central Asia and Russian Federation Office from 1992 – 1994 and 1996-2002. The office was in Russia starting in 1997 and after May 1999, this office was based in Kyrgyzstan. Prior to this, projects in Chechnya were operated through the Saudi regional offices (Riyadh, Jeddah/Mecca, and Abha/Southern Province).

[5] There was no Czech Republic branch office. All work done in Czech Republic was completed by WAMY Office of Western Europe.

[6] There was no office in Germany but rather a representative of WAMY who organized projects from Germany.

[7] There was no branch office in Greece and very limited activities done in Greece through the WAMY Office of Eastern Europe.

[8] There was no Hong Kong or China office. However, funds were sent to China for activities through WAMY regional office in Medina.

| | | |
|---|---|---|
| 42 | 2,387 | **Malaysia*[10]** |
| 269 | 15,156 | **Nigeria (established in 1990)** |
| 1 | 1 | **Romania*[11]** |
| 232 | 6,858 | **Russia (in operation from 1992-1994 and 1996-2002)** |
| 289 | 19,428 | **Senegal (established in 1994)** |
| 208 | 3,699 | **Thailand[12] (established in 2004)** |
| 81 | 4,781 | **Uganda*[13]** |
| 535 | 37,230 | **Yemen (1999)** |
| | | **Other Major Branch Offices Produced** |
| 1,621 | 42,542 | **Sudan** |
| 2,125 | 42,727 | **Pakistan** |
| 1,748 | 25,883 | **WAMY International (U.S.A.)** |
| 160 | 5,774 | **Philippines** |
| 1,509 | 60,605 | **Kashmir** |
| 1,360 | 27,355 | **Indonesia** |
| | | **Saudi Regional Offices** |
| 2,152 | 101,926 | **Medina** |
| 1,879 | 44,782 | **Eastern Province (Dammam)** |
| 1,720 | 99,235 | **Southern Province (Abha)** |
| 5,965 | 95,009 | **Jeddah/Mecca** |

---

[9] There is no WAMY office in Malawi. Therefore, production regarding same is limited.
[10] There is no Malaysia branch office. Operations in Malaysia are accomplished through the WAMY Indonesia office.
[11] There is no WAMY office in Romania. However, WAMY did perform projects in Romania. Those documents have been produced.
[12] The Thailand branch office did not exist until 2004, however nearly 3,700 pages were produced inadvertently, despite the fact that they were out of the discovery timeframe.
[13] There is no WAMY office in Uganda. WAMY did perform work in Uganda through the East Africa/Kenya Office.

| Financial Documents | Project Reports | Office Name |
|---|---|---|
| 8 | 2 | **Argentina*** |
| 111 | 30 | **Australia** |
| 185 | 124 | **Bangladesh** |
| 34 | 12 | **Belgium*** |
| 116 | 64 | **Brazil** |
| 212 | 162 | **Chechnya*** |
| 13 | 16 | **Czech Republic*** |
| 180 | 131 | **Germany *** |
| 3 | 1 | **Greece*** |
| 21 | 14 | **Hong Kong*** |
| 148 | 169 | **India** |
| 227 | 162 | **Kenya/East Africa** |
| 764 | 725 | **Kosovo** |
| 48 | 34 | **Malawi*** |
| 32 | 34 | **Malaysia*** |
| 291 | 214 | **Nigeria (1990)** |
| 0 | 1 | **Romania*** |
| 150 | 192 | **Russia** |
| 241 | 246 | **Senegal/West Africa** |
| 258 | 65 | **Thailand** |
| 80 | 79 | **Uganda*** |
| 479 | 482 | **Yemen** |

3

| Financial Documents | Project Reports | Saudi[14] Office Name |
|---|---|---|
| 4,706 | 4,829 | **Jeddah/Mecca[15] (1999)** |
| 1,596 | 1,849 | **Medina[16]** |
| 1,331 | 1,509 | **Eastern Province[17] (Dammam)** |
| 2,182 | 1,324 | **Southern Province[18] (Abha)** |

---

[14] The regional office document totals are a conservative approximation of produced documents relevant to these regional offices.

[15] The Jeddah/Mecca regional office directs activities and operations – and hence aggregates the documents – in the following countries, some of which have been provided in this chart: Nigeria, Sudan, Kenya/East Africa, Pakistan, Russia, Kurdistan, Kyrgyzstan, West Africa/Senegal, Chad, Yemen, Somalia, Guinea, Mali, Malawi, Cameroon, Britain/Western Europe, projects in Chechnya, Indonesia, Mauritania, and South Africa.

[16] The Medina regional office directs activities and operations – and hence aggregates the documents – in the following countries, some of which have been provided in this chart: Mauritania, Albania, Yemen, China, and Kashmir.

[17] The Eastern Province/Dammam regional office directs activities and operations – and hence aggregates the documents – in the following countries, some of which have been provided in this chart: Malaysia, Indonesia, Sri Lanka, Bangladesh, and the Philippines.

[18] The Southern Province/Abha regional office directs activities and operations – and hence aggregates the documents – in the following countries: Djibouti, Kashmir, Doctor's Committee, Kosovo, Kurdistan, Burma, Eastern Europe, projects in Chechnya, Somalia, Sudan, Bosnia, and Yemen.

| Financial Documents | Project Reports | Major Branch Offices |
|---|---|---|
| 1,263 | 1,519 | **Sudan** |
| 1,345 | 1,507 | **Pakistan** |
| 1,421 | 422 | **WAMY International (U.S.A.)** |
| 68 | 147 | **Philippines** |
| 1,050 | 1,286 | **Kashmir** |
| 1,028 | 1,198 | **Indonesia** |