UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re Terrorist Attacks on September 11, 2001 : No. 03-MDL-1570 (GBD)(SN)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ANTHONY BEHETTE, et al.,

                              No. 18-CV-538 (GBD)(SN)

                 Plaintiffs,

            - against -

KINGDOM OF SAUDI ARABIA, et al.,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
GENERAL REINSURANCE CORPORATION,
et al.,                                 No. 17-CV-3810 (GBD)(SN)

                 Plaintiffs,

            - against -                    **NOTICE OF**
                                        **<u>CHANGE OF ADDRESS</u>**

KINGDOM OF SAUDI ARABIA,

                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        PLEASE TAKE NOTICE that the firm of O'Hare Parnagian LLP has changed its address effective immediately as follows:

                             O'HARE PARNAGIAN LLP
                             20 Vesey Street, Suite 300
                             New York, NY 10007
                             (212) 425-1401
                             (212) 425-1421 (facsimile)

2

Dated: New York, New York
November 1, 2018

           *s/Andrew C. Levitt*
           Robert A. O'Hare Jr.
           Andrew C. Levitt
           O'HARE PARNAGIAN LLP
           20 Vesey Street, Suite 300
           New York, NY 10007
           (212) 425-1401
           rohare@ohareparnagian.com
           alevitt@ohareparnagian.com

           *Attorneys for Plaintiffs in*
           *18-CV-538 and 17-CV-3810*