# EXHIBIT E

You are in: **Under Secretary for Public Diplomacy and Public Affairs** > **Bureau of Public Affairs** > **Bureau of Public Affairs: Press Relations Office** > **Press Releases (Other)** > **2004** > **January**

Taken Questions
**Office of the Spokesman**
Washington, DC
January 28, 2004
Question Taken at January 28, 2004 Daily Press Briefing

# Saudi Arabia: Diplomatic Visas (Taken Question)

**Question: Do you have any reaction to a report that several Saudi diplomats have been required to depart the US in two weeks?**

**Answer:** From time to time, the Department learns of cases where persons who are accredited to it no longer are performing the duties for which they originally were accredited. In those instances, it is customary for the Department to withdraw their accreditation. When this occurs, they must depart the country.

**Question: Can you state specifically what these diplomats were doing?**

**Answer:** As a condition of their appointments, persons accredited at embassies must perform duties directly related to and in support of the embassy. When it comes to the Department's attention that they no longer are performing duties on a full-time basis at the embassy, they lose their entitlement to this status.

**Question: Are these people a threat to the United States?**

**Answer:** The Department's action was related solely to the fact that these individuals did not appear to be engaged full time in the conduct of diplomatic duties within the Saudi Embassy.

**Question: Are they involved in fundraising?**

**Answer:** Again, the Department's action was not based on any other information regarding these individuals' activities. I have no information regarding their possible involvement in fundraising.

**Question: What are they doing?**

**Answer:** The Department recently obtained information that subsequent to their accreditation at the embassy, the persons in question were not engaged in the conduct of administrative or other duties within the Embassy, and were therefore not entitled to diplomatic status. We have asked the Saudi Mission to arrange for the immediate departure of these individuals.

**Question: Will you follow up to ensure that's done?**

P.1

file:///N|/13780-911%20TERROR/Facts/Defendants/Co-conspirators/Muslim%2...e/IIASA/Saudi%20Arabia%20%20Diplomatic%20Visas%20(Taken%20Question).htm (1 of 2) [02/04/15 10:30:45 AM]

**Answer:** Yes.

**2004/95**

Released on January 28, 2004



| Updates | Frequent Questions | Contact Us | Email this Page | Subject Index | Search |

 The Office of Electronic Information, Bureau of Public Affairs, manages this site as a portal for information from the U.S. State Department. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.

| About state.gov | Privacy Notice | FOIA | Copyright Information | Other U.S. Government Information |

**P.2**