## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

November 9, 2018

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    The Plaintiffs' Executive Committees ("PECs"), with the agreement of Dr. Abdullah Naseef, Dr. Abdullah Al-Turki, Dr. Abdullah Al-Obaid, Adnan Basha, and Soliman Al-Buthe ("the Charity Officials"), write to advise the Court of their agreement regarding the value of fees and costs to be imposed on the Charity Officials pursuant to the Court's sanctions order dated July 6, 2018 (ECF No. 4043). In that Order, Your Honor ordered the Charity Officials to pay reasonable attorneys' fees and costs, ordered the parties to meet and confer to agree on the reasonable value of fees and costs, and ordered the parties to file a joint status letter indicating whether the parties reached agreement. *Id*; *see also* ECF Nos. 4129, 4203 (extending the deadline for submitting the letter).

    Although the parties identified substantial disagreement in the meet and confer process—*e.g.*, disagreement about the time period and the tasks the Court would consider, and whether counsel's current standard rates or rates applied in 2015 should apply—the parties have agreed on a compromise to avoid the Court having to address the issue. Recognizing the range of issues that are already requiring the Court's attention, the parties have agreed to propose that the Court impose a flat rate sanction of $25,000.00 jointly and severally on the five Charity Defendants.

    A stipulated order accompanies this letter for Your Honor's consideration and signature if you agree with the proposed approach.

The Honorable Sarah Netburn
November 9, 2018
Page 2

_____

                                            Respectfully submitted,

| COZEN O'CONNOR | MOTLEY RICE LLC |
|---|---|
| By: /s/ *Sean P. Carter* <br> SEAN P. CARTER <br> For the Plaintiffs Exec. Committees | By: /s/ *Robert T. Haefele* <br> ROBERT T. HAEFELE <br> For the Plaintiffs Exec. Committees |

KREINDLER & KREINDLER LLP

By: /s/ *James P. Kreindler*
    JAMES P. KREINDLER
    For the Plaintiffs Exec. Committees

Enclosure

cc:    The Honorable George B. Daniels, via ECF
        Alan Kabat, via electronic mail
        Waleed Naseef, via electronic mail
        Aisha Bembry, via electronic mail
        All Counsel of Record via ECF