UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON            Civil Action No.
SEPTEMBER 11, 2001                    03 MDL 1570 (GBD) (SN)

-----------------------------------------------------------x

This document relates to:  All Cases

## STIPULATION AND [PROPOSED] ORDER DIRECTING PAYMENT OF FEES AND COSTS AS PAYMENT OF SANCTIONS IMPOSED IN ORDER DATED JULY 6, 2018 (ECF NO. 4043)

IT IS HEREBY STIPULATED AND AGREED by the Plaintiffs' Executive Committees ("PECs") and defendants Dr. Abdullah Naseef, Dr. Abdullah Al-Turki, Dr. Abdullah Al-Obaid, Adnan Basha, and Soliman Al-Buthe ("the Charity Officials"), by and through the undersigned counsel and subject to the approval of the Court, as follows:

1. In an order dated July 6, 2018 (ECF No. 4043), for the reasons stated therein, the Court granted the plaintiffs' requests to impose sanctions on the Charity Officials and ordered the Charity Officials to pay reasonable attorneys' fees and costs, ordered the parties to meet and confer to agree on the reasonable value of fees and costs, and ordered the parties to file a joint status letter indicating whether the parties reached agreement.  *Id*; *see also* ECF Nos. 4129, 4203 (extending the deadline for submitting the letter).

2. On November 9, 2018, the parties provided the Court with a status letter indicating that the parties had met and conferred in good faith, and that in the process of conferring the parties identified areas of disagreement – *e.g.*, the time period and tasks that the Court consider and what rates should apply.

3. In recognition of the range of other issues already necessitating the Court's attention in the multidistrict litigation, rather than requiring the Court's attention to resolve their differences,

the parties have agreed to propose that the Court impose a flat rate sanction of $25,000.00 jointly and severally on the five Charity Defendants.

4. The Plaintiffs agreed to accept the $25,000.00 value as a reasonable satisfaction of the financial sanctions imposed in the Court's order entered on July 6, 2018.

5. The Charity Officials agree to pay $25,000.00, jointly and severally, as a reasonable satisfaction of the financial sanctions imposed in the Court's order entered on July 6, 2018.

Dated: November 9, 2018

**MOTLEY RICE LLC**

By: *Robert T. Haefele*
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184

*For the Plaintiffs' Executive Committees*

**COZEN O'CONNOR**

By: *Sean P. Carter*
Sean P. Carter
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pensylvania 19103
Tel.: (215) 665-2105

*For the Plaintiffs' Executive Committees*

**KREINDLER & KREINDLER LLP**

By: *James P. Kreindler*
James P. Kreindler
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 10017
Tel.: 212-687-8181

*For the Plaintiffs' Executive Committees*

**BERNABEI & KABAT, PLLC**

By: *Alan R. Kabat*
Alan R. Kabat
Bernabei & Kabat, PLLC
1400 - 16th Street, N.W., Suite 500
Washington, D.C. 20036-2223
tel. (202) 745-1942 (ext. 242)

*Counsel for defendants Dr. Abdullah Naseef, Dr. Abdullah Al-Turki, Dr. Abdullah Al-Obaid, Adnan Basha, and Omar Al-Bayoumi*

**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**

By: *Waleed Nassar*
Waleed Nassar
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Ave, NW
Suite 1000
Washington, DC 20005
Tel.: 202 659 6752

*Counsel for defendants Dr. Abdullah Naseef, Dr. Abdullah Al-Turki, Dr. Abdullah Al-Obaid, and Adnan Basha*

**WHEREAS** the Court previously entered an order directing the Charity Officials to pay reasonable attorneys' fees and costs (ECF No. 4043);

**WHEREAS** the Court finds that the parties have met and conferred in good faith to determine a fair value of the costs and fees to be paid in satisfaction of the Court's order awarding sanctions (ECF No. 4043);

**WHEREAS** the Charity Officials have ageed to pay, jointly and severally, $25,000.00, and the plaintiffs have agreed to accept as satisfaction of the financial sanctions awarded in this Court's sanctions order (ECF No. 4043); and

**WHERAS** the Court is satisfied that the flat rate value of $25,000.00 that the parties have agreed upon is a fair value to satisfy the sanctions award and forgo further Court intervention to resolve the parties' disputes concerning the sanctions award;

The Charity Defendants are **ORDERED** to pay the agreed upon flat rate value of $25,000.00, jointly and severally, in satisfaction of the financial sanction imposed in the Court's July 6, 2018 sanctions order (ECF No. 4043).

SO ORDERED.

Dated: New York, New York
        November __, 2018                    _____
                                             SARAH S. NETBURN, U.S.M.J.