**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:

**TERRORIST ATTACKS ON**
**SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    11/9/2018
```

**03-MDL-01570 (GBD)(SN)**

<u>**ORDER**</u>

**SARAH NETBURN, United States Magistrate Judge:**

On October 26, 2018, the Court directed the Plaintiffs Executive Committees ("PECs") to create a chart regarding all outstanding discovery deadlines in this case. The chart will assist the Court manage the balance of discovery in this complex litigation. The PECs shall file the chart no later than Tuesday, November 13, 2018.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:       November 9, 2018
             New York, New York