UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, No. 04-CV-05970
*Federal Insurance Co, et al. v. Al Qaida, et al.*, No. 03-CV-6978
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp.*, et al, No. 04-CV-1923
*Euro Brokers Inc., et al., v. Al Baraka, et al.*, Case No. 04 Civ. 7279

**DECLARATION OF OMAR T. MOHAMMEDI IN RESPONSE TO THE COURT'S AUGUST 29, 2018 ORDER (DKT # 4130) REGARDING DEFENDANTS WORLD ASSEMBLY OF MUSLIM YOUTH-SAUDI ARABIA AND WORLD ASSEMBLY OF MUSLIM YOUTH-INTERNATIONAL DISCOVERY OBLIGATION COMPLIANCE**

I, Omar T. Mohammedi, affirm under penalty of perjury as follows:

1. I am an attorney admitted to practice before this Court and the lead counsel representing Defendants World Assembly of Muslim Youth Saudi Arabia (WAMY SA) and World Assembly of Muslim Youth International (WAMY Int'l), jointly referred to as "WAMY". I am managing partner at the Law Firm of Omar T. Mohammedi, LLC ("OTMLAW"); counsel of record for WAMY.

2. I submit this Declaration to transmit to the Court WAMY's Declaration as Ordered by Magistrate Judge Sarah Netburn's in the Court's August 29, 2018 Order (DKT # 4130).

3. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Dr. Abdulhameed Ben Yousof Al-Mazroo, Assistant Secretary General of WAMY Offices and

International Relations, describing in details WAMY's efforts to locate additional and/or all documents related to reports, meeting minutes, and other documents from WAMY's governing bodies, boards, and committees; documents relating to WAMY's relationship with the Saudi government; documents relating to the Benevolence International Foundation; and documents regarding WAMY's relationship with or financial support for Hamas, Fatah, and the Palestinian Islamic Jihad.

Dated: New York, New York
       November 12, 2018

                                  Respectfully Submitted,

                                  _____
                                  Omar T. Mohammedi, Esq.