UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On November 2, 2018, the Plaintiffs Executive Committees' ("PECs") and the Federal Bureau of Investigation ("FBI") submitted a proposed Protective Order to the Court. ECF No. 4242. Defendant Dallah Avco filed objections on the same day, and both the PECs and the FBI filed a response on November 7, 2018. ECF Nos. 4244, 4246, 4248. The Court has reviewed the parties' submissions and issues the following Order.

    The Court grants the proposed Protective Order adopted by the FBI, the PECs, and the Kingdom of Saudi Arabia, and overrules without prejudice the objections of Dallah Avco. Dallah Avco's U.S. counsel may avail itself of the process set forth in Paragraph 7 of the Protective Order. To the extent this procedure becomes unworkable, or if disputes are unable to be resolved efficiently through this process, Dallah Avco may renew its objections and seek further relief from the Court.

**SO ORDERED.**

                                                                                                                           SARAH NETBURN
                                                                                                                           United States Magistrate Judge

DATED:     November 14, 2018
                New York, New York