

**LAW FIRM OF**
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

ELIZABETH K. KIMUNDI, ESQ.
PHONE: (212) 725-3846
EMAIL: EKIMUNDI@OTMLAW.COM

NEW YORK,
U.S. DISTRICT COURT EASTERN DISTRICT OF NY,
U.S. DISTRICT COURT SOUTHERN DISTRICT OF NY
KENYAN BAR,
INTERNATIONAL CRIMINAL COURT,

November 26, 2018

**VIA FEDERAL EXPRESS**
Sean Carter, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103

RE: **In re Terrorist Attacks of September 11, 2001, 03 MDL 1570**

Dear Sean:

Pursuant to and in compliance with Judge Sarah Netburn's August 29, 2018 Order (DKT # 4130), enclosed herein please find one USB containing set 1 of WAMY's reproduction of documents previously produced with redactions. This production constitutes approximately 166,389 pages of documents. The documents have been re-produced bearing the same bates numbers as the initial production.

Pursuant to the Court's October 3, 2006 Order, and the Court's August 29, 2018 Order, pages in document Bates stamped WAMY SA 15521 are designated as "CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(RCC), United States District Court for the Southern District of New York." This designation also applies to other documents as designated in this production.

WAMY maintains its asserted objections in response to Plaintiffs' document requests in this litigation. Should you have any questions please do not hesitate to contact our office.

Sincerely,

*Elizabeth Kimundi*

Elizabeth K. Kimundi, Esq.

Cc:   Alan Kabat