## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | 03 MDL 1570 (GBD) (FM) |
| In re Terrorist Attacks on | ) |  |
| September 11, 2001 | ) | **MOTION FOR** |
|  | ) | **ADMISSION PRO HAC VICE** |
|  | ) |  |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Robert K. Kry, hereby move this Court for an Order for admission of George R. Salem to practice Pro Hac Vice to appear as counsel for Dallah Avco Trans Arabia Co. in the above-captioned action.

Mr. Salem is a member in good standing of the bars of the State of Georgia, the State of Florida, and the District of Columbia and there are no pending disciplinary proceedings against him in any state or federal court. He has never been convicted of a felony. He has never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 29, 2018        Respectfully submitted,

MoloLamken LLP

/s/ Robert K. Kry
Robert K. Kry
430 Park Avenue
New York, NY  10022
(202) 556-2011 (telephone)
(202) 536-2011 (facsimile)
rkry@mololamken.com

## CERTIFICATE OF SERVICE

I certify that on November 29, 2018, I caused the foregoing Motion for Admission to Practice *Pro Hac Vice* and accompanying documents to be filed with the Clerk of the Court using the CM/ECF system, which will effect service on all parties.

/s/ Robert K. Kry
Robert K. Kry
