UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on
September 11, 2001

03 MDL 1570 (GBD) (FM)

## DECLARATION OF GEORGE R. SALEM

I, George R. Salem, declare as follows:

1. I am over 18 years of age and have personal knowledge of the information contained in this declaration.

2. I am the founding member of the Law Offices of George R. Salem PLLC with offices at 500 8th Street N.W. in Washington, D.C. 20004. My telephone number is 202-887-1140, my facsimile number is 202-887-5550, and my email address is gsalem@georgesalem.com.

3. I am attorney in good standing and licensed to practice law in the District of Columbia, the State of Florida, and the State of Georgia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission to the bar of any court or jurisdiction.

6. There are no disciplinary proceedings presently pending against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 29th, 2018

George R. Salem