

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*George R. Salem*

was duly qualified and admitted on **December 18, 1981** as an attorney and counselor
entitled to practice before this Court; and is, on the date indicated below, an **Active**
member in good standing of this Bar.

**In Testimony Whereof,**
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on November 19, 2018.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By: _____

District of Columbia Bar Membership