# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do*

*hereby certify that*

### GEORGE R. SALEM

*was admitted as an attorney and counselor entitled to practice law in all the*

*Courts of the State of Florida on* **July 20, 1979,** *is presently in good*

*standing, and that the private and professional character of the attorney*

*appear to be good.*

*WITNESS my hand and the Seal of the*

*Supreme Court of Florida at Tallahassee,*

*the Capital, this November 19, 2018.*

*Clerk of the Supreme Court of Florida.*