

HAROLD D. MELTON, CHIEF JUSTICE
DAVID E. NAHMIAS, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
KEITH R. BLACKWELL
MICHAEL P. BOGGS
NELS S.D. PETERSON
SARAH HAWKINS WARREN
CHARLES J. BETHEL
  JUSTICES

# Supreme Court
# State of Georgia

STATE JUDICIAL BUILDING
Atlanta 30334

THÉRÈSE S. BARNES, CLERK/COURT EXECUTIVE
JEAN RUSKELL, REPORTER

November 15, 2018

I hereby certify that George Richard Salem, Esq., was admitted on the 12th day of June, 1978, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court hereto affixed the day and year first above written.

_____, Clerk