UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br><br> **ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Robert K. Kry, for admission of George R. Salem to practice Pro Hac Vice in the above-captioned action is granted.

Mr. Salem has declared that he is a member in good standing of the bars of the District of Columbia, the State of Florida, and the State of Georgia, and that his contact information is as follows:

Applicant's Name: George R. Salem

Firm Name: The Law Offices of George R. Salem PLLC

Address: 500 8th Street N.W.

City / State / Zip: Washington, D.C.  20004

Telephone / Fax: (202) 887-1140 (T) / (202) 887-5550 (F)

Mr. Salem, having requested admission Pro Hac Vice to appear for all purposes as counsel for Dallah Avco Trans Arabia Co. in the above-captioned action;

**IT IS HEREBY ORDERED** that George R. Salem is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
United States District / Magistrate Judge