# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to: All Cases

## NOTICE OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES FROM THE KINGDOM OF SAUDI ARABIA

Plaintiffs, by their counsel below, based on the accompanying Plaintiffs' Memorandum, Plaintiffs' Proposed Order, the declaration of Steven R. Pounian, Esq., and the Exhibits attached thereto; and, the prior proceedings and pleadings in this litigation, hereby move this Court for an Order, pursuant to Fed. R. Civ. P. 37, to compel the production of documents and answers to interrogatories from the Kingdom of Saudi Arabia.

Dated:  New York, New York
        November 30, 2018

KREINDLER & KREINDLER LLP

By: _/s/ James P. Kreindler_
James P. Kreindler
Steven R. Pounian
For the Plaintiffs Exec. Committees

COZEN O'CONNOR

By: _/s/ Sean P. Carter_
Sean P. Carter
For the Plaintiffs Exec. Committees

MOTLEY RICE LLC

By: _/s/ Robert T. Haefele_
Robert T. Haefele
For the Plaintiffs Exec. Committees