## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the annexed NOTICE OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES FROM THE KINGDOM OF SAUDI ARABIA with supporting under seal documents and exhibits, was served upon the following via email and U.S. First Class Mail this 30th day of November, 2018:

Michael K. Kellogg, Esq.
Mark C. Hansen, Esq.
Gregory G. Rapawy, Esq.
Andrew Chun-Yang Shen, Esq.
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
mkellogg@kellogghansen.com
mhansen@kellogghansen.com
grapawy@kellogghansen.com
ashen@kellogghansen.com
(Counsel for the Kingdom of Saudi Arabia)

- and -

Alan R. Kabat, Esq.
Bernabei & Kabat, PLLC
1400 - 16th Street, N.W., Suite 500
Washington, D.C.  20036-2223
Kabat@BernabeiPLLC.com
(Defendants' Executive Committee's appointed representative
to receive discovery requests and responses in MDL 1570)

/s/ James P. Kreindler
James P. Kreindler