UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to: All Cases

### NOTICE OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES FROM THE KINGDOM OF SAUDI ARABIA

Plaintiffs, by their counsel below, based on the accompanying Plaintiffs' Memorandum, Plaintiffs' Proposed Order, the declaration of Steven R. Pounian, Esq., and the Exhibits attached thereto; and, the prior proceedings and pleadings in this litigation, hereby move this Court for an Order, pursuant to Fed. R. Civ. P. 37, to compel the production of documents and answers to interrogatories from the Kingdom of Saudi Arabia.

Dated: New York, New York
November 30, 2018

| KREINDLER & KREINDLER LLP | MOTLEY RICE LLC |
|---|---|
| By: /s/ *James P. Kreindler* <br> James P. Kreindler <br> Steven R. Pounian <br> For the Plaintiffs Exec. Committees | By: /s/ *Robert T. Haefele* <br> Robert T. Haefele <br> For the Plaintiffs Exec. Committees |

COZEN O'CONNOR

By: /s/ *Sean P. Carter*
Sean P. Carter
For the Plaintiffs Exec. Committees