**Baumeister & Samuels, P.C.**
A PROFESSIONAL CORPORATION

140 Broadway, 46th Floor
New York, NY 10005

DOROTHEA M. CAPONE
tcapone@baumeisterlaw.com

212-363-1200
866-363-1200
212-363-1346 Fax
www.baumeisterlaw.com

December 6, 2018

**VIA ELECTRONIC CASE FILING**

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
U.S. Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   In Re: Terrorist Attacks on September 11, 2001, 03-MDL-1570(GBD)(SN)
      Parker, et al. v. Islamic Republic of Iran, 18-cv-11416

Dear Judge Daniels and Magistrate Judge Netburn:

As required by the Court's July 10, 2018 Amended Order Approving Notices to Conform, Short Form Complaints and Notices of Amendment (ECF Doc. 4045), we submit this letter on behalf of the ten plaintiffs in Parker, et al. v. Islamic Republic of Iran, civil docket no. 18-cv-11416, who have filed a Short Form Complaint against the Islamic Republic of Iran ("Iran"), and write to request that the action be made part of this multi-district litigation (03 MDL 1570). We have also filed a Related Case Statement on the civil docket, explaining why the newly filed case is related to 03-MDL-1570.

Respectfully,

/s/ Dorothea M. Capone
BAUMEISTER & SAMUELS, P.C.

cc: All Counsel via ECF