

Waleed Nassar<br>202 659 7872<br>waleed.nassar@lbkmlaw.com

December 7, 2018

**VIA ELECTRONIC FILING**

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 430
New York, NY 10007

      Re:    *In re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)  -
Update on Status of Dr. Abdullah Naseef's Medical Condition*

Dear Judge Netburn:

      This firm, along with Bernabei & Kabat, PLLC, serves as counsel for Defendant Dr. Abdullah Naseef.  We write pursuant to Your Honor's August 16, 2018 Order (ECF No. 4105) and Memo Endorsement (ECF No. 4211) to "update[e] the Court on the status of [Dr. Naseef's] medical conditions and ability to participate in this action."  Since our last submission regarding Dr. Naseef's health, there has been some slight improvement in his medical condition but no change in his ability to participate in this litigation.  We have been informed by a family member of Dr. Naseef that he is no longer in the intensive care unit but remains in the hospital for extensive treatment.  Dr. Naseef is being fed through a feeding tube and can speak only with the assistance of a speaking valve for a limited time each day.

      Pursuant to Your Honor's August 16, 2018 Order, we will update the Court again in sixty (60) days or sooner, if developments warrant.

                                                Sincerely,

                                                Waleed Nassar

cc:  All Counsel of Record via ECF

1101 New York Avenue, NW  |  Suite 1000  |  Washington, DC 20005  |  t 202 833 8900  |  f 202 466 5738

WASHINGTON    NEW YORK    LONDON    BUENOS AIRES

lbkmlaw.com