# O'Hare Parnagian LLP

20 Vesey Street, Suite 300
New York, NY 10007
(212) 425-1401
Fax: (212) 425-1421
www.ohareparnagian.com

Westchester Office
700 White Plains Road, Suite 255
Scarsdale, NY 10583-5013
(914) 725-3632
Fax: (914) 725-3639

December 7, 2018

**Via ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re: *In Re Terrorist Attacks on September 11, 2001*,
> No. 03-md-1570-GBD-SN
> *Anthony Behette, et al. v. Kingdom of Saudi Arabia*,
> No. 18-cv-00538-GBD-SN

Dear Judge Netburn:

We represent the plaintiffs in the above-referenced *Behette* action.

On October 26, 2018, the Court granted the *Behette* plaintiffs' request to amend the Short Form Complaint in the above-referenced action to add an additional plaintiff who is the estate representative of an immediate family member who survived the September 11 victim. (ECF no. 4225, granting request at ECF no. 4218.) On the same day, the Court also granted the *Behette* plaintiffs' request to file claims against the Islamic Republic of Iran using the Iran Short Form Complaint, and to include the estate representative of the immediate family member in that complaint. (ECF no. 4224, granting request at ECF no. 4217.)

We have since learned that one of the previously-named *Behette* plaintiffs, Leon Economos, has died. Accordingly, we respectfully request (1) pursuant to Rule 25(a)(1), permission to substitute the personal representative(s) of Mr. Economos's estate as plaintiff(s) in the *Behette* action, and to include his estate representative(s) in the amended *Behette* Short Form Complaint that Your Honor has already authorized; and (2) to include Mr. Economos's estate representative(s) as plaintiff(s) in the Iran Short Form Complaint to be filed by the *Behette* plaintiffs that Your Honor has already authorized.

We thank the Court for its consideration of these requests.

O'Hare Parnagian LLP

The Honorable Sarah Netburn
December 7, 2018
Page 2

                                                           Respectfully,

                                                           *s/Robert A. O'Hare Jr.*

                                                           Robert A. O'Hare Jr.

cc:  All Counsel (via ECF)