# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

271 Main Street, Second Floor
Eastchester, New York 10709
Telephone: (914) 202-0076  Fax: (917) 591-5980
john@johnschutty.com

December 7, 2018

**Via ECF and Fax to Judge Daniels**

Honorable George B. Daniels
United States District Court Judge
Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York

Judge Daniels Fax: (212) 805-6737

**SO ORDERED:**

*George B Daniels*

**George B. Daniels, U.S.D.J.**

Dated: **DEC 10 2018**

Re: *In re Terrorist Attacks on September 11, 2001*
MDL No. 03-MDL-1570 (GBD) (SN)
*Dickey, et al. v Islamic Republic of Iran*
SDNY Case No.: 18-CV-11417 (filed 12/06/18)

Your Honors:

I represent Plaintiff Irene Dickey, *et al.*, in an action filed yesterday in the Southern District of New York against the Islamic Republic of Iran.

This action was assigned the civil action number in the caption and at the time of filing we noted that the action is related to and should be considered part of 03-MDL-1570, *In re Terrorist Attacks on September 11, 2001*.

Pursuant to an Order (ECF#3986) issued by Judge Daniels in 03-MDL-1570 dated April 30, 2018, and Order (ECF#465) issued by Magistrate Judge Netburn in 03-CV-9848, we ask that the Court accept this new action as an "Iran Short Form Complaint" and afford these new plaintiffs the relief promised in Judge Daniel's Order (ECF#3986).

We look forward to receiving an appropriate Judgment in favor of these new Plaintiffs, a Judgment in line with what has been ordered to other Plaintiffs in *Burnett v. Islamic Republic of Iran*, No. 15-CV-9903 (GBD)(SN).

Respectfully submitted,

*John F. Schutty*