USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2018

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

December 11, 2018

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

      Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      The Plaintiffs' Executive Committees and counsel for Saudi Arabia have conferred and respectfully submit the following agreed upon proposed briefing schedule for the following matters, subject to the order of this Court.

      On the supplemental discovery issue (*see* ECF No. 4261): (a) Saudi Arabia's motion is due on December 14, 2018; (b) Plaintiffs' response shall be filed by December 28, 2018; and (c) Saudi Arabia's reply shall be filed by January 8, 2019.

      On Plaintiffs' pending motion to compel (*see* ECF Nos 4264-66, filed under seal on November 30, 2018): (a) Saudi Arabia's response shall be filed by December 21, 2018; and (b) Plaintiffs' reply (previously due on January 4, 2019) shall be filed by January 8, 2019.

                                Respectfully submitted,

| **COZEN O'CONNOR** | **MOTLEY RICE LLC** |
|---|---|
| By: *S/ J. Scott Tarbutton* | By: *S/ Robert T. Haefele* |
|     J. Scott Tarbutton |     Robert T. Haefele |
|     COZEN O'CONNOR |     MOTLEY RICE LLC |
|     One Liberty Place |     28 Bridgeside Boulevard |
|     1650 Market Street, Suite 2800 |     Mount Pleasant, SC 29465 |
|     Philadelphia, Pennsylvania 19103 |     Tel.: (843) 216-9184 |
|     Tel.: (215) 665-2105 |     Email: Rhaefele@motleyrice.com |
|     Email: STarbutton@cozen.com | |
| *Plaintiffs' Executive Committees Co-Liaison Counsel* | *Plaintiffs' Executive Committees Co-Liaison Counsel* |

**KREINDLER & KREINDLER LLP**

By:    *S/Andrew J. Maloney* III
     Andrew J. Maloney III
     KREINDLER & KREINDLER LLP
     750 Third Avenue
     New York, New York 10017
     Tel.: 212-687-8181
     Email: AMaloney@kreindler.com

*Plaintiffs' Executive Committees Co-Liaison Counsel*

cc:    The Honorable George B. Daniels, via ECF
       Michael Kellogg, Counsel for Kingdom of Saudi Arabia, via Electronic Mail
       All Counsel, via ECF

---

The parties' requests are GRANTED. As stated in the Court's November 29 Order, Saudi Arabia's application to modify the scope of the PECs' supplemental document demands must be filed by December 14, 2018. The PECs' response shall be filed by December 28, 2018. Saudi Arabia may file a reply by January 8, 2019.

In addition, as stated in the Court's October 12 Order, Saudi Arabia shall file a response to the PECs' motion to compel by December 21, 2018. The PECs may file a reply by January 8, 2019.

**SO ORDERED.**

                                         SARAH NETBURN

December 12, 2018                     United States Magistrate Judge
New York, New York