**MotleyRice** LLC
ATTORNEYS AT LAW

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000  **f.** 843.216.9450

**Robert T. Haefele**
*Licensed in DC, NJ, NY, PA, SC*
direct: 843.216.9184
rhaefele@motleyrice.com

<u>*Via ECF*</u>

December 12, 2018

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
U.S. Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: **In re Terrorist Attacks on September 11, 2001**
**Dkt. No. 03-md-1570**

Dear Judge Daniels and Magistrate Judge Netburn:

As required by the Court's July 10, 2018 Amended Order Approving Notice to Conform, Short Form Complaints, and Notices of Amendment (ECF No. 4045), we submit this letter on behalf of the 500 plaintiffs in the following cases, who have filed Short Form Complaints against the Kingdom of Saudi Arabia, and write to request that these actions be made a part of this multi-district litigation (03-md-1570):

- *Adams, et al., v. Kingdom of Saudi Arabia*, civil action no. 18-cv-11493;
- *Actisdano, et al., v. Kingdom of Saudi Arabia*, civil action no. 18-cv-11504;
- *Anderson, et al., v. Kingdom of Saudi Arabia*, civil action no. 18-cv-11509;
- *Abraham, et al., v. Kingdom of Saudi Arabia*, civil action no. 18-cv-11515; and
- *Abrahams, et al., v. Kingdom of Saudi Arabia*, civil action no. 18-cv-11519.

We have also filed Related Case Statements on the civil docket as to each case, explaining that the newly filed cases are each related to the multidistrict litigation captioned as *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD)(SN) ("MDL 1570").

Respectfully,

MOTLEY RICE LLC

By: <u>/s/ *Robert T. Haefele*</u>
ROBERT T. HAEFELE

cc: All Counsel of Record via ECF