UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE:<br><br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN)<br><br>**[PROPOSED] ORDER** |

**SARAH NETBURN, United States Magistrate Judge:**

Defendant Kingdom of Saudi Arabia ("Saudi Arabia") has submitted a request to modify the document requests made by the Plaintiffs' Executive Committees ("Plaintiffs") in Plaintiffs' First Set of Supplemental Consolidated Jurisdictional Requests for Production of Documents Directed to the Kingdom of Saudi Arabia ("Requests"). Plaintiffs have opposed modification. Having considered the arguments of the parties, the Court GRANTS Saudi Arabia's request for modification and rules as follows:

1. Saudi Arabia may comply with the Requests by searching for responsive Documents in the possession of its Ministry of Education; Ministry of Islamic Affairs; Embassy in Washington, D.C.; and Consulate in Los Angeles, as set forth in Saudi Arabia's Objections to the Requests (filed as Exhibit B to Saudi Arabia's December 14 letter to the Court), and producing any responsive Documents found that are not subject to any privilege, protection, or immunity against discovery.

2. Saudi Arabia may comply with the Requests by searching for responsive Documents within the period from 1998 to 2001, and producing any responsive Documents found that are not subject to any privilege, protection, or immunity against discovery.

3. Saudi Arabia may comply with Request 1(a) by searching for the personnel files of Musaed Al Jarrah, Smail Mana, and Mohamed Al Muhanna, and producing any responsive Documents found that are not subject to any privilege, protection, or immunity against discovery.

4. Saudi Arabia may comply with Request 1(e) by searching for Documents for the period from January 1, 1998, to September 11, 2001, concerning any assignment, task, or activity within the State of California of Al Jarrah, Mana, and/or Al Muhanna, to the extent such assignment, task, or activity relates to Fahad Al Thumairy or to Omar Al Bayoumi, and producing any responsive Documents found that are not subject to any privilege, protection, or immunity against discovery.

5. Saudi Arabia may comply with Requests 1(g) and 1(h) by searching for Documents for the period from January 1, 1998, to September 11, 2001, concerning any supervisory relationship between (a) any of Al Jarrah, Mana, or Al Muhanna, and (b) either Al Bayoumi or Al Thumairy, and producing any responsive Documents found that are not subject to any privilege, protection, or immunity against discovery.

6. Saudi Arabia may comply with Request 1(j) by performing the searches described in its Objections as to Requests 1(a) through 1(*i*) and producing any Documents found that are responsive to Request 1(j) and that are not subject to any privilege, protection, or immunity against discovery.

7. Saudi Arabia may defer conducting any searches of its Embassy or Consulate required to comply with the Requests until after the Court resolves Plaintiffs' pending motion to compel (ECF No. 4266).

**SO ORDERED.**

DATED: _____
        New York, New York

_____
SARAH NETBURN
United States Magistrate Judge