

# Marc J. Bern & Partners LLP
## ATTORNEYS AT LAW

**Via ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
U.S. Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re:**   **03 MDL 01570-GBD-SN In Re: Terrorist Attacks on September 11, 2001
and Index# 1:18-cv-11685 Abdul-Matin et al v. Kingdom of Saudi Arabia**

Dear Honorable Judges Daniels and Netburn,

Our office represents the plaintiffs named in the Abdul-Matin et al v. Kingdom of Saudi Arabia, filed on December 13, 2018 under index number 1:18-cv-11685.

As required by the Court's July 10, 2018 Amended Order Approving Notice to Conform, Short Form Complaints, and Notices of Amendment (ECF No. 4045), this case was initiated through filing a Short Form Complaint in the United States District Court for the Southern District of New York. We have also filed Related Case Statements on the civil docket as to each case, explaining that the newly filed case is related to the multidistrict litigation captioned in In re Terrorist Attacks on September 11, 2001, 03-md-1570 (GBD)(SN) ("MDL 1570").

We respectfully request that this new action under index number 1:18-cv-11685, be made a part of the existing 03-md-1570.

Respectfully,

*/s/ A. R. Bourke*

Aoife-Róisín Nora Bourke, Esq.
**MARC J. BERN & PARTNERS LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212)-702-5000
Fax: (212) 818-0164
abourke@bernllp.com

**SO ORDERED:**

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: **DEC 1 7 2018**

ONE GRAND CENTRAL PLACE • 60 E. 42ND ST., STE. 950 • NEW YORK, NY 10165 • TEL: (212) 702-5000 • FAX: (212) 818-0164 • TOLL FREE: 800-LAW-5432

NEW YORK • PENNSYLVANIA • DELAWARE • NEW JERSEY • CALIFORNIA • ILLINOIS
WWW.BERNLLP.COM

