*HAVLISH* **PLAINTIFFS' RENEWED MOTION
FOR AN ORDER CREATING A COMMON BENEFIT FUND AND
AUTHORIZING CERTAIN DISBURSEMENTS THEREFROM**

# EXHIBIT 3

## Original Liability Judgments:

| Date | Lead Plaintiff | Case Number | MDL Document |
|---|---|---|---|
| 12/22/11 | Havlish | 03-CV-9848 | 2516 |
| 08/31/15 | Ashton | 02-CV-6977 | 3021 |
|  | Burlingame | 02-CV-7230 | *not found |
|  | Bauer | 02-CV-7236 | *not found |
| 08/31/15 | O'Neill | 04-CV-1076 | 3022 |
| 01/31/17 | Burnett | 15-CV-9903 | 3443 |

*The subsequent judgments for damages in Burlingame and Bauer reference a default judgment against Iran entered on 08/26/15 but there is no such document in the MDL docket. This is probably a typo as the subsequent judgments for damages in Ashton also reference 08/26/15 when, in fact, the liability default judgment in Ashton was entered on 08/31/15. The individual dockets for the 02-CV-7230 and 02-CV-7236 do not show the entry of a liability default judgment. Regardless, it is apparent that Burlingame and Bauer relied upon the Ashton liability default judgment which, in turn, relied upon the Havlish judgment.

## Subsequent Judgments for Damages:

| Date: | Relates to: | Decedent claims | Solatium claims | MDL Document |
|---|---|---|---|---|
| 03/08/16 | Ashton 02-CV-6977 | 851 |  | 3226 |
| 06/16/16 | Ashton 02-CV-6977 | 4 | 19 | 3300 |
| 09/12/16 | Bauer 02-CV-7236 | 4 | 24 | 3341 |
| 11/29/16 | Bauer 02-CV-7236 | 1 | 1 | 3399 |
| 12/01/16 | Bauer 02-CV-7236 |  | 1 | 3403 |
| 08/17/17 | Ashton 02-CV-7236 |  | 360 | 3706 |
| 04/25/18 | Ashton 02-CV-7236 |  | 415 | 3979 |

| Date: | Relates to: | Decedent claims | Solatium claims | MDL Document |
|---|---|---|---|---|
| 04/30/18 | Ashton 02-Cv-7236<br>Burlingame 02-CV-7230 | | 164 | 3987 |
| 05/29/18 | Ashton 02-Cv-7236<br>Burlingame 02-CV-7230 | 1 | 2 | 4011 |
| 06/08/18 | Burnett 15-CV-9903 | | 1007 | 3986 |
| 08/07/18 | Ashton 02-Cv-7236<br>Burlingame 02-CV-7230 | | 37 | 4087 |
| 08/16/18 | Ashton 02-CV-7236 | | 127 | 4106 |
| 08/28/18 | Burnett 15-CV-9903 | | 233 | 4126 |
| 08/28/18 | Ashton 02-CV-7236 | | 8 | 4127 |
| 09/04/18 | Burnett 15-CV-9903 | | 7 | 4146 |
| 09/07/18 | Ashton 02-CV-7236 | | 2 | 4152 |
| 09/12/18 | Ashton 02-Cv-7236<br>Burlingame 02-CV-7230 | | 2 | 4156 |
| 09/13/18 | Ashton 02-CV-7236<br>Betru 18-CV-8297 | | 19 | 4170 |
| 09/13/18 | Burnett 15-CV-9903 | | 1 | 4171 |
| 09/12/18 | Ashton 02-Cv-7236<br>Burlingame 02-CV-7230<br>Burnett 15-CV-9903 | | 6 | 4175 |
| 09/17/18 | Ashton 02-CV-7236 | | 22 | 4173 |

**Total Decedent Claims: 861**
**Total Solatium Claims: 2,457**
**Total All Claims:      3,339**