IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON          :
SEPTEMBER 11, 2001                   :          MDL 03-1570 (GBD)(SN)

**This Document Relates To:**

*Havlish, et al. v. bin Laden, et al.,* **Case No. 03-CV-09848**
*Ashton, et al. v. al Qaeda Islamic Army, et al.,* **Case No. 02-CV-06977**
*Burnett, Sr., et al., v. Islamic Republic of Iran,* **Case No. 15-CV-9903**
*Burlingame, et al. v. bin Laden, et al.,* **Case No. 02-CV-07230**
*Bauer, et al. v. al Qaeda Islamic Army, et al.,* **02-CV-07236**
*O'Neill, Sr., et al. v. Republic of Iraq, et al.,* **Case No. 04-CV-1076**
*Federal Insurance Co., et al. v. al Qaida, et al.,* **Case No. 03-CV-06978**

----
*Dillaber, et al. v. Islamic Republic of Iran, et al.,* **Case No. 18-CV-03162**
*Agyeman, et al. v. Islamic Republic of Iran, et al.,* **Case No. 18-CV-05320**
*Morris, et al. v. Islamic Republic of Iran, et al.,* **Case No. 18-CV-05321**
*Derubbio, et al. v. Islamic Republic of Iran, et al.,* **Case No. 18-CV-05306**
*Schlissel, et al. v. Islamic Republic of Iran, et al.,* **Case No. 18-CV-05331**
*Kamardinova, et al. v. Islamic Republic of Iran, et al.,* **Case No. 18-CV-05339**
*Ades, et al. v. Islamic Republic of Iran, et al.,* **Case No. 18-CV-07306**

THE *HAVLISH* PLAINTIFFS' RENEWED MOTION
FOR AN ORDER CREATING A COMMON BENEFIT FUND AND
AUTHORIZING CERTAIN DISBURSEMENTS THEREFROM

The *Havlish* Plaintiffs, by and through their counsel, respectfully move this Court,

pursuant to its inherent equitable powers, to enter an Order creating a common benefit fund, and,

further, authorizing certain disbursements therefrom. This motion pertains to all member cases

of this MDL that have named as defendant(s) the Islamic Republic of Iran and/or its agencies and

instrumentalities. The *Havlish* Plaintiffs hereby move the Court for an order creating a common

benefit fund for the purpose of compensating and reimbursing the *Havlish* attorneys for services

performed and expenses incurred in developing and presenting the evidence and legal argument

that established liability against Iran and resulted in the *Havlish* Judgment and the *Havlish*

Findings of Fact and Conclusions of Law and, all of which were subsequently used, and will in

the future be used, to produce liability and damages findings and, ultimately, final judgments for

all each of the Responding Plaintiffs and in all cases in which similar allegations against Iran are

pending, or which are yet to be filed and consolidated in these MDL proceedings.  The *Havlish*

Plaintiffs request that the Court's order direct the Responding Plaintiffs and all future Plaintiffs

(hereinafter, the "Responding Plaintiffs") that obtain judgment against Iran and/or its agencies or

instrumentalities to deposit the sum of twelve percent (12%) of their recoveries into the common

benefit fund.  Further, the *Havlish* Plaintiffs request that the Court authorize payments to the

*Havlish* attorneys of all sums placed into the common benefit fund by virtue of USVSST Fund

distributions received by the Responding Plaintiffs in 2019 and continuing through all future

years of the USVSST.  In particular, the *Havlish* Plaintiffs seek an order:

   (1) directing the Responding Plaintiffs to set aside twelve percent (12%) of any amounts
   collected on the Responding Plaintiffs' judgments by any means;

   (2) directing counsel for the Responding Plaintiffs to deposit such assessed amounts into
   a common benefit fund escrow account to be established and maintained by lead counsel
   for the *Havlish* Plaintiffs, and to notify *Havlish* lead counsel of the origin or source of
   such collected funds;

   (3) to the extent such deposited funds were derived from payments to Responding
   Plaintiffs by the USVSST Fund, directing the distribution of such funds to the *Havlish*
   attorneys as reimbursement of costs associated with, and compensation for, the benefit
   bestowed upon Responding Plaintiffs; and

   (4) ) to the extent such deposited funds were derived from judgment collection sources

other than the USVSST Fund, whenever they occur, directing that distribution of such funds to the *Havlish* attorneys, or to other attorneys, or returned to the Responding Plaintiffs and their counsel who made the deposit, in whole or in part, be subject to the Court's consideration of the particular facts and circumstances surrounding such judgment collection(s), and be subject to further order(s) by the Court.

In the event the Court's consideration of this motion takes longer than the time for the next round of USVSST payments to be made, or for any other recoveries by Responding Plaintiffs to occur, it is further requested that the Court order the Responding Plaintiffs to deposit into the Court registry the sum of 12% of their total USVSST payments received, or other recoveries made, pending resolution of this Motion, or to order a similar arrangment.

<div style="margin-left: 45%;">

Respectfully Submitted,

</div>

Date: December 18, 2018

<div style="margin-left: 45%;">

/s/ Timothy B. Fleming
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, PLLC
1211 Connecticut Avenue, N.W., Suite 420
Washington, DC  20036
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, LLC    (*Lead Counsel*)
The Kress Building
301 19th Street North
Birmingham, AL  35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
3905 Founders Road
Indianapolis, 46268
(317) 582-0000

</div>

3

Robert M. Foote (IL Bar No. 03124325)
Craig S. Meilke (IL Bar No. 03127485)
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL  60134
(630) 232-7450

John A. Corr (PA Bar No. 52820)
LAW OFFICE OF JOHN A. CORR
301 Richard Way
Collegeville, PA 19426
(610) 482-4237

Stephen A. Corr (PA Bar No. 65266)
BEGLEY, CARLIN & MANDIO, LLP
680 Middletown Boulevard
Langhorne, PA  19047
(215) 750-0110

David C. Lee (TN Bar No. 015217)
422 South Gay Street, 3rd Floor
Knoxville, TN  37902
(865) 544-0101

Evan J. Yegelwel (FL Bar No. 319554)
TERRELL HOGAN ELLIS
  YEGELWEL, P.A.
233 East Bay Street
Blackstone Building, 8th Floor
Jacksonville, FL  32202
(904) 632-2424

Edward H. Rubenstone (PA Bar No. 16542)
EDWARD H. RUBENSTONE, LLC
812 N. Fairway Rd.
Glenside, PA 19038
(215) 887-9786

Donald J. Winder (UT Bar No. 3519)
WINDER & COUNSEL, PC
175 West 200 South, Suite 4000
P.O. BOX 2668
Salt Lake City, UT  84110-2668
(801) 322-2222

**Attorneys for the *Havlish* Plaintiffs**

4