UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

**TERRORIST ATTACKS ON**
**SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2018

**SARAH NETBURN, United States Magistrate Judge:**

On November 30, 2018, Plaintiffs' Executive Committees ("PECs") filed a motion to compel the Kingdom of Saudi Arabia to produce discovery. ECF No. 4267. The parties dispute whether certain documents attached to the PECs' motion should be filed on the public docket. On December 14, the Kingdom of Saudi Arabia filed a proposed briefing schedule to resolve the parties' dispute. ECF No. 4282. The PECs filed a response on December 17. ECF No. 4286.

The Court adopts the briefing scheduled proposed by the Kingdom of Saudi Arabia. Accordingly, Saudi Arabia shall file a letter brief in support of its position by January 15, 2019. The PECs shall file an opposition by January 22, 2019. The Kingdom may file a reply by January 25. The Court's briefing schedule will allow Saudi Arabia to address any documents that are filed with the PECs' reply to their motion to compel, currently due on January 8, 2019. At this time, the Court does not find merit in the PECs' contention that KSA "has engaged in delay and obfuscation." See ECF No. 4286, at 2.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 20, 2018
         New York, New York