UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On July 10, 2018, the Court established procedures to govern all newly filed claims against the Kingdom of Saudi Arabia ("Saudi Arabia") and the Islamic Republic of Iran ("Iran"). ECF No. 4045. Recently, the Court has been informed by the Clerk of the Court that the parties are filing complaints without following the proper administrative procedures. To manage the influx of new cases, the parties are directed to work amicably with the Clerk of the Court and to follow their instructions. The Court highlights the following guidelines for the parties' review.

    First, party names must not be written in ALL CAPS. When entering a party name as part of the case opening procedures, you must enter the full last name, full first name, and full middle name (or initial) in the designated fields. Do not write the names in all capital letters.

    Second, for any party that is bringing claims individually (that is, for injuries that are personal) *and* on behalf of an estate, that party's name must be entered twice. When opening a new case on the CM/ECF System, a party will be prompted to enter information on a "Party Information" screen. Thus, on this screen page, the party should indicate on the "Party text" dialogue box that the plaintiff is proceeding "Individually." Once this page is completed, the party should click "add party" to include the claims of the estate. Here, the estate representative should enter his or her full name as described above (even if that representative has already been

entered as a party for individual claims). On the "Party Information" screen, the party should write in the "Party text" dialogue box that the plaintiff is proceeding as the "Administrator/Administratrix of the Decedent's Estate" or as the "Executor/Executrix of the Decedent's Estate," as appropriate. To be clear, a caption in which a plaintiff appears in both capacities should have the party's name twice:

>*John T. Doe, Individually;*

>*John T. Doe, As Administrator of the Estate of Jane S. Doe.*

Third, under the July 10 Order, no more than 100 plaintiffs, including estate plaintiffs, may be included in a single short form complaint. ECF No. 4045, at 3, 4. Each entry — that is, the first entry where the plaintiff proceeds individually, and the second entry where the plaintiff proceeds on behalf of a deceased person — counts towards the 100-plaintiff cap imposed by the July 10 Order. This rule is a necessary measure for the Clerk of Court to manage this complex MDL docket. This 100-plaintiff cap further applies to any newly filed cases.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 20, 2018
         New York, New York