

THOMAS G. ROHBACK
114 WEST 47TH STREET
NEW YORK, NY 10036
(860) 275-8110
TROHBACK@AXINN.COM

December 21, 2018

**VIA ECF**
Honorable George B. Daniels
Honorable Sarah Netburn
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10017

    Re:    <u>Hartford Fire Insurance Company et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12085.

Dear Judge Daniels and Magistrate Judge Netburn:

    This Firm represents the Plaintiffs, Hartford Fire Insurance Company et al., in the above-captioned action, commenced in accordance with the Court's July 10, 2018 Order.  (<u>See</u> ECF No. 4045.)  In further accordance with that Order, we respectfully request that the above-captioned matter be made part of this MDL.

    Very truly yours,

    <u>/s/ Thomas G. Rohback</u>

    Thomas G. Rohback

CC:  All Counsel of Record (via ECF)

Axinn, Veltrop & Harkrider LLP  |  Axinn.com