# CAHILL GORDON & REINDEL LLP
## EIGHTY PINE STREET
## NEW YORK, NY 10005-1702

ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
AYANO K. CREED
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
PIERRE M. GENTIN

CHARLES A. GILMAN
ARIEL GOLDMAN
JASON M. HALL
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER*
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0)20 7920 9800

WRITER'S DIRECT NUMBER
(212) 701-3000

JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
BRIAN T. MARKLEY
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN

MICHAEL A. SHERMAN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
SEAN P. TONOLLI*
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
S. PENNY WINDLE
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

*ADMITTED IN DC ONLY

December 21, 2018

**VIA ECF**

Honorable George B. Daniels
Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York

    Re:   *In re Terrorist Attacks on September 11, 2001*
           MDL No. 03-MDL-1570 (GBD) (SN)
           *Swiss Reinsurance America Corp., et al.* v. *Kingdom of Saudi Arabia*
           Case No.: 18-CV-12109

Dear Honorable Judges Daniels and Netburn:

      Our office represents the plaintiffs named in *Swiss Reinsurance America Corp., et al.* v. *Kingdom of Saudi Arabia* filed on December 21, 2018, index number 18-CV-12109. Pursuant to this Court's Order in *In Re: Terrorist Attacks on September 11, 2001*, 03-MDL-1570, dated July 10, 2018, ECF No 4540, this case was initiated through the filing of a Short Form Complaint. We respectfully request that this new action under index number 18-CV-12109, be made part of the existing 03-MDL-1570.

                                                            Respectfully submitted,

                                                            Thorn Rosenthal
                                                            Cahill Gordon & Reindel LLP
                                                            80 Pine Street
                                                           New York, NY 10005

CAHILL GORDON & REINDEL LLP

- 2 -

cc:    Michael K. Kellogg, Esq.
       Kellogg, Hansen, Todd, Figel & & Frederick, P.L.L.C
       Attorneys for Kingdom of Saudi Arabia
       1615 M Street N.W. Suite 400
       Washington, DC 20036-3215
       Tel#: 202-326-7900