**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 12/21/2018 ___
```

**In re:**

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**

------------------------------------------------------------------X

**03-MDL-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On December 19, 2018, Anderson Kill P.C. called the Clerk of Court and requested permission to commence an action with over 1,000 plaintiffs. The Court has spoken with attorney Jerry Goldman from Anderson Kill and with the Clerk of the Court. Plaintiffs' request is DENIED. No more than 100 plaintiffs, including estate plaintiffs, may be included in a single complaint, even if that complaint is filed against defendants other than the Islamic Republic of Iran or the Kingdom of Saudi Arabia. Despite any burden on the plaintiffs, this rule is necessary to manage the Court's docket in this complex Multi-District Litigation.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 21, 2018
             New York, New York