UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:  TERRORIST ATTACKS ON
         SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03 MDL 1570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2018

**SARAH NETBURN, United States Magistrate Judge**:

On December 20, 2018, counsel for the plaintiffs in <u>Havlish, et al., v. bin Laden, et al.</u>, 03-cv-9848 (S.D.N.Y.), filed a motion for compensation through the creation of a common benefit fund. Those parties affected by the motion are ORDERED to meet and confer and propose a briefing schedule by January 4, 2019. To the extent feasible, any opposition should be consolidated into one brief.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 21, 2018
          New York, New York