# Law Office *of* Jeremy Spiegel

One South Broad Street, Suite 1500
Philadelphia, PA 19103
Tel. (215) 609-3154
Spiegel@JeremySpiegelLaw.com

---

Jeremy S. Spiegel, Esq.
Admitted in PA and NJ

**VIA ECF**

December 26, 2018

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| United States District Court | U.S. Magistrate Judge |
| Southern District of New York | United States District Court |
| Daniel P. Moynihan U.S. Courthouse | Southern District of New York |
| 500 Pearl Street | Thurgood Marshall U.S. Courthouse |
| New York, NY 10007 | 40 Foley Square |
| | New York, NY 10007 |

      Re:  *In re Terrorist Attacks on September 11, 2001*
            Dkt. No. 03-md-1570

Dear Judge Daniels and Magistrate Judge Netburn:

      Pursuant to the Court's July 10, 2018 Amended Order Approving Notice to Conform, Short Form Complaints, and Notices of Amendment (ECF No. 4045), I submit this letter on behalf of plaintiffs Robert Crossfied and Michael White, who have filed a Short Form Complaint against the Kingdom of Saudi Arabia in the matter of ***Crossfield et al. v. Kingdom of Saudi Arabia*, civil action no. 18-cv-12224**.  I write to request that this newly-filed action be made a part of the multidistrict litigation captioned as *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD)(SN).

      I have also filed a Related Case Statement on the civil docket for the *Crossfield* matter, explaining that the newly filed case is related to this multidistrict litigation.

                          Respectfully,

                          */s/ Jeremy Spiegel*

                          Jeremy S. Spiegel, Esq.

cc: Counsel of Record via ECF