# Law Office *of* Jeremy Spiegel

One South Broad Street, Suite 1500
Philadelphia, PA 19103
Tel. (215) 609-3154
Spiegel@JeremySpiegelLaw.com

---

Jeremy S. Spiegel, Esq.
Admitted in PA and NJ

**VIA ECF**

December 26, 2018

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
U.S. Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

   Re: *In re Terrorist Attacks on September 11, 2001*
     Dkt. No. 03-md-1570

Dear Judge Daniels and Magistrate Judge Netburn:

  Pursuant to the Court's July 10, 2018 Amended Order Approving Notice to Conform, Short Form Complaints, and Notices of Amendment (ECF No. 4045), I submit this letter on behalf of plaintiffs Robert Crossfied and Michael White, who have filed a Short Form Complaint against the Kingdom of Saudi Arabia in the matter of ***Crossfield et al. v. Kingdom of Saudi Arabia*, civil action no. 18-cv-12224**.  I write to request that this newly-filed action be made a part of the multidistrict litigation captioned as *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD)(SN).

  I have also filed a Related Case Statement on the civil docket for the *Crossfield* matter, explaining that the newly filed case is related to this multidistrict litigation.

      Respectfully,

      */s/ Jeremy Spiegel*

      Jeremy S. Spiegel, Esq.

cc: Counsel of Record via ECF