

December 28, 2018

**VIA ECF**

**J. Scott Tarbutton**
Direct Phone   215-665-7255
Direct Fax      215-701-2467
starbutton@cozen.com

The Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 1310
New York, NY  10007

The Honorable Sarah Netburn
Thurgood Marshall United
States Courthouse
40 Foley Square
Room 430
New York, NY  10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN); *Württembergische Versicherung AG v. Kingdom of Saudi Arabia,* Case No. 1:18-cv-12257

Dear Judge Daniels and Judge Netburn:

This firm represents the Plaintiff in *Württembergische Versicherung AG v. Kingdom of Saudi Arabia*, Case No. 1:18-cv-12257, a new action filed with the United States District Court for the Southern District of New York on December 27, 2018, asserting claims against defendant Kingdom of Saudi Arabia.  Pursuant to the Court's Order of May 3, 2017 (ECF No. 3543), Plaintiff filed a Short Form Complaint and Demand for Jury Trial incorporating the specific allegations of the March 17, 2017 *Consolidated Amended Complaint* ("CAC") as to the Kingdom of Saudi Arabia.  *See* ECF No. 3463.  Plaintiff respectfully requests that *Württembergische Versicherung AG v. Kingdom of Saudi Arabia*, Case No. 1:18-cv-12257, be made part of *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570.  We thank the Court for its consideration of this matter.

Respectfully submitted,

COZEN O'CONNOR

J. SCOTT TARBUTTON

JT:pak
cc:   All MDL 1570 Counsel (via ECF)

LEGAL\32944989\1