**KREINDLER & KREINDLER LLP**

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

December 31, 2018

**VIA ECF**

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| United Stated District Court | U.S. Magistrate Judge |
| Southern District of New York | United States District Court |
| Daniel Patrick Moynihan United States Courthouse | Southern District of New York |
| | Thurgood Marshall U.S. Courthouse |
| 500 Pearl Street | 40 Foley Square |
| New York, New York 10007 | New York, New York 10007 |

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
      *Angelini, et al. v. Islamic Republic of Iran,* 18-cv-12368

Dear Judge Daniels and Magistrate Judge Netburn:

      As required by the Court's July 10, 2018 Amended Order Approving Notices to Conform, Short Form Complaints and Notices of Amendment (ECF Doc. 4045), we submit this letter on behalf of the 10 plaintiffs in Angelini et al. v. Islamic Republic of Iran, civil docket no 18-cv-12368, who have filed Short Form Complaint against the Islamic Republic of Iran ("Iran") and wrote to request that the action be made part of this multi-district litigation (03 MDL 1570). We have also filed a Related Case Statement on the civil docket, explaining why the newly filed case is related to 03 MDL 1570.

      Respectfully,

      KREINDLER & KREINDLER LLP

      /s/ James P. Kreindler

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120