

**FLEISCHMAN BONNER & ROCCO | LLP**

565 FIFTH AVENUE • SEVENTH FLOOR • NEW YORK • NEW YORK • 10017
TEL: 212.880.9567 • FAX: 917.591.5245 • WEB: WWW.FBRLLP.COM

January 2, 2019

**Via ECF**

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| United States District Court | U.S. Magistrate Judge |
| Southern District of New York | United States District Court |
| Daniel P. Moynihan U.S. Courthouse | Southern District of New York |
| 500 Pearl Street | Thurgood Marshall U.S. Courthouse |
| New York, NY 10007 | 40 Foley Square |
| | New York, NY 10007 |

RE:   *In re Terrorist Attacks on September 11, 2001*, No. 1:03-md-01570-GBD-SN

Dear Judge Daniels and Magistrate Judge Netburn:

My firm is local counsel for the plaintiffs in the following cases, who have filed Short Form Complaints against the Kingdom of Saudi Arabia:

- *Anaya, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12339
- *Chairnoff, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12367

The cases have been assigned to Judge Daniels as possibly related to the above-referenced Multi-District Litigation 1:03-md-01570-GBD-SN (the "MDL").  In accordance with July 10, 2018 Amended Order Approving Notices to Conform, Short Form Complaints, and Notices of Amendment (ECF 4045) in the MDL, I write to respectfully request that the above-referenced *Anaya v. Saudi Arabia* and *Chairnoff v. Saudi Arabia* cases be made part of the MDL.

Respectfully submitted,

*/s/ James P. Bonner*

James P. Bonner

cc:  All Counsel of Record via ECF