

**FLEISCHMAN BONNER & ROCCO | LLP**

565 FIFTH AVENUE • SEVENTH FLOOR • NEW YORK • NEW YORK • 10017
TEL: 212.880.9567 • FAX: 917.591.5245 • WEB: WWW.FBRLLP.COM

January 2, 2019

<u>**Via ECF**</u>

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| United States District Court | U.S. Magistrate Judge |
| Southern District of New York | United States District Court |
| Daniel P. Moynihan U.S. Courthouse | Southern District of New York |
| 500 Pearl Street | Thurgood Marshall U.S. Courthouse |
| New York, NY 10007 | 40 Foley Square |
| | New York, NY 10007 |

**RE:**   *In re Terrorist Attacks on September 11, 2001*, **No. 1:03-md-01570-GBD-SN**

Dear Judge Daniels and Magistrate Judge Netburn:

My firm is local counsel for the plaintiffs in the following cases, who have filed Short Form Complaints against the Islamic Republic of Iran:

- *Anaya, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12341
- *Chairnoff, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12370

The cases have been referred to Judge Daniels as possibly related to the above-referenced Multi-District Litigation 1:03-md-01570-GBD-SN (the "MDL"). In accordance with July 10, 2018 Amended Order Approving Notices to Conform, Short Form Complaints, and Notices of Amendment (ECF 4045) in the MDL, I write to respectfully request that the above-referenced *Anaya v. Iran* and *Chairnoff v. Iran* cases be made part of the MDL.

Respectfully submitted,

James P. Bonner

cc: All Counsel of Record via ECF