```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

----------------------------------------------------------------X
```

03-MDL-01570 (GBD)(SN)

**ORDER**

This document relates to:

    <u>Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.</u>, Case No. 03-CV-9849 (GBD)(SN) (S.D.N.Y.)

**SARAH NETBURN, United States Magistrate Judge:**

    On December 31, 2018, Plaintiffs in <u>Burnett, et al. v. Al Baraka Investment and Development Corp., et al.</u>, Case No. 03-CV-9849 (GBD)(SN), filed a motion to permit the substitution of parties to name individuals as plaintiffs in their adult capacities who were previously identified as minors in their prior pleadings.

    It is hereby ORDERED that the <u>Burnett</u> Plaintiffs' motion is granted, and the individuals included on Exhibit A to that motion are to be substituted into the <u>Burnett</u> case. It is further ORDERED that the <u>Burnett</u> Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the <u>Burnett</u> action in the Court's ECF and docketing system.

    The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 4311 (03-MDL-01570) and 846 (03-CV-9849).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 2, 2019
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2019