

**Michael J. Miller** – VA, MD, DC, PA
**Nancy Guy Miller** – MS
**Bruce D. Burtoff, M.D., J.D.** – VA, DC, FL, MS
David J. Dickens – VA, DC
Jeffrey Travers – VA
Tayjes Shah – PA, NJ
Curtis G. Hoke – CA
Jeff T. Seldomridge – VA, WV
Shayne K. Hodge – NJ, VA
Brian K. Brake – VA
Edward J. Maggio - NY

**The Sherman Building**
**108 Railroad Avenue**
**Orange, VA 22960**
**Nancy Leftwich, R.N.**
**Elisa A Dickson, RN, BSN, MS**
Website: Millerfirmllc.com
Telephone:  (540) 672-4224
(866) 529-3323
Facsimile:  (540) 672-3055

January 2, 2019

<u>Via ECF</u>

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
U.S. Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, Dkt. No. 03-md-1570
            Short Form Complaints – Islamic Republic of Iran

Dear Judge Daniels and Magistrate Judge Netburn:

      As required by the Court's July 10, 2018 Amended Order Approving Notice to Conform, Short Form Complaints, and Notices of Amendment (ECF No. 4045), we submit this letter on behalf of the 323 plaintiffs in the following cases, who have filed Short Form Complaints against the Islamic Republic of Iran, and write to request that these actions be made part of this multi-district litigation (03-md-1570):

    *Gaston, et al. v. Islamic Republic of Iran*, Civil Action No. 1:18-cv-12337;
    *Johnson, et al. v. Islamic Republic of Iran*, Civil Action No. 1:18-cv-12344;
    *Rodriguez, et al. v. Islamic Republic of Iran*, Civil Action No. 1:18-cv-12347;
    *Knight, et. al. v. Islamic Republic of Iran*, Civil Action No. 1:18-cv-12398.

      We have also filed Related Case Statements on the civil docket as to each case, explaining that the newly filed cases are each related to the multidistrict litigation captioned as *In re Terrorist Attacks on September 11, 2001*, 03-md-1570-GDB-SN (MDL 1570).

                                                     Respectfully submitted,

                                                       THE MILLER FIRM LLC

                                                       /s/ Edward Maggio
                                                       Edward Maggio

cc:  All Counsel of Record via ECF