

**Michael J. Miller** – VA, MD, DC, PA
**Nancy Guy Miller** – MS
**Bruce D. Burtoff, M.D., J.D.** – VA, DC, FL, MS
David J. Dickens – VA, DC
Jeffrey Travers – VA
Tayjes Shah – PA, NJ
Curtis G. Hoke – CA
Jeff T. Seldomridge – VA, WV
Shayne K. Hodge – NJ, VA
Brian K. Brake – VA
Edward J. Maggio - NY

**The Sherman Building**
**108 Railroad Avenue**
**Orange, VA 22960**

**Nancy Leftwich, R.N.**
**Elisa A Dickson, RN, BSN, MS**
Website: Millerfirmllc.com
Telephone: (540) 672-4224
(866) 529-3323
Facsimile: (540) 672-3055

January 2, 2019

<u>**Via ECF**</u>

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| United States District Court | U.S. Magistrate Judge |
| Southern District of New York | United States District Court |
| Daniel P. Moynihan U.S. Courthouse | Southern District of New York |
| 500 Pearl Street | Thurgood Marshall U.S. Courthouse |
| New York, NY 10007 | 40 Foley Square |
| | New York, NY 10007 |

**Re:** *In re Terrorist Attacks on September 11, 2001*, Dkt. No. 03-md-1570
Short Form Complaints – Kingdom of Saudi Arabia

Dear Judge Daniels and Magistrate Judge Netburn:

As required by the Court's July 10, 2018 Amended Order Approving Notice to Conform, Short Form Complaints, and Notices of Amendment (ECF No. 4045), we submit this letter on behalf of the 323 plaintiffs in the following cases, who have filed Short Form Complaints against the Kingdom of Saudi Arabia, and write to request that these actions be made part of this multi-district litigation (03-md-1570):

*Gaston, et al. v. Kingdom of Saudi Arabia*, Civil Action No. 1:18-cv-12338;
*Johnson, et al. v. Kingdom of Saudi Arabia*, Civil Action No. 1:18-cv-12346;
*Rodriguez, et al. v. Kingdom of Saudi Arabia*, Civil Action No. 1:18-cv-12348;
*Knight, et. al. v. Kingdom of Saudi Arabia*, Civil Action No. 1:18-cv-12399.

We have also filed Related Case Statements on the civil docket as to each case, explaining that the newly filed cases are each related to the multidistrict litigation captioned as *In re Terrorist Attacks on September 11, 2001*, 03-md-1570-GDB-SN (MDL 1570).

Respectfully submitted,

THE MILLER FIRM LLC

/s/ Edward Maggio
Edward Maggio

cc: All Counsel of Record via ECF