# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.<br>
Jgoldman@andersonkill.com<br>
212-278-1569

<u>*Via ECF and Hand Delivery*</u>                                          January 2, 2019

The Honorable George B. Daniels            The Honorable Sarah Netburn
Daniel Patrick Moynihan U.S. Courthouse    Thurgood Marshall United States Courthouse
500 Pearl Street                           40 Foley Square, Room 430
New York, NY 10007                         New York, NY 10007

                Re:     *In Re: Terrorist Attacks on September 11, 2001*
                        *03 MDL 1570 (GBD) (SN)*

Dear Judge Daniels and Judge Netburn:

        We represent the Plaintiffs who commenced actions on December 26, 27, 28 and 31, 2018 by adopting the Saudi Arabia Short Form Complaint and asserting the factual and jurisdictional allegations from the Consolidated Amended Saudi Arabia Complaint, as well as by adopting the Iran Short Form Complaint and asserting the factual and jurisdictional allegations from the *Burnett* Iran Complaint. We also represent plaintiffs who have previously sued the Kingdom of Saudi Arabia, including the *O'Neill* putative class action[1] and by way of individual cases filed in December 2018,[2] along with plaintiffs who have previously sued the Republic of

---

[1] *Estate of John Patrick O'Neill, Sr., et al. v Kingdom of Saudi Arabia, et al.* 04-CV-01922 (GBD) (SN).

[2] *Abel, et al. v. Kingdom of Saudi Arabia*, 18-CV-11880; *Bonomo, et al. v. Kingdom of Saudi Arabia*, 18-CV-11885; *Cintron-Lugos, et al. v. Kingdom of Saudi Arabia*, 18-CV-11888; *DeConto, et al. v. Kingdom of Saudi Arabia*, 18- CV-11904; *Lang, et al. v. Kingdom of Saudi Arabia*, 18-CV-11926; *Gordenstein, et al. v. Kingdom of Saudi Arabia*, 18-CV-11941; *Harris, et al. v. Kingdom of Saudi Arabia*, 18-CV-11946; *Garger, et al. v. Kingdom of Saudi Arabia*, 18-CV-11950; *Bush, et al. v. Kingdom of Saudi Arabia*, 18-CV-11964; *Mercer, et al. v. Kingdom of Saudi Arabia*, 18-CV-11965; *Murray, et al. v Kingdom of Saudi Arabia*, 18-CV-11966; *Perez, et al. v. Kingdom of Saudi Arabia*, 18-CV-11967; *Richards, et al. v Kingdom of Saudi Arabia*, 18-CV-11969; *Rooney, et al. v. Kingdom of Saudi Arabia*, 18-CV-11970; and *Spence, et al. v. Kingdom of Saudi Arabia*, 18-CV-11971. On December 21, 2018, we sent a letter requesting that the above-referenced cases be made part of 03 MDL 1570 (GBD) SN).

**Anderson Kill P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
January 2, 2019
Page 2

Iran, including the original *O'Neill* individual suit,[3] and individual cases filed in June, July, and early December 2018.[4]

In addition, we represent the Plaintiffs who commenced class actions on December 21, 2018, which we believe are related to the previously filed *O'Neill* class actions.[5] These actions solely added additional causes of actions prior to the potential expiration of statutes of limitations and our intents are to move to combine them with the pending cases.

Pursuant to Judge Netburn's Order dated July 10, 2018, docketed under the MDL as Docket Number 4045 ("July 10, 2018 Order"), we respectfully request that the following cases be made part of this MDL:[6]

1. *O'Neill, et al. v. The Muslim World League, et al.*;
   Case Number: 1:18-cv- 12041 (Exhibit 1)

2. *O'Neill, et al. v. Republic of the Sudan, et al.*;
   Case Number: 1:18-cv-12114 (Exhibit 2)

3. *Aamoth, et al. v. Kingdom of Saudi Arabia*;
   Case Number: 1:18-cv-12270 (Exhibit 3)

4. *Deuel, et al. v. Kingdom of Saudi Arabia*;
   Case Number: 1:18-cv- 12272 (Exhibit 4)

---

[3] *Estate of John Patrick O'Neill, Sr., et al., v. The Republic of Iraq, et al.*, 04-civ-1076 (GBD) (SN)

[4] *DeRubbio, et al. v. Islamic Republic of Iran*, 18-CV-05306 (GBD) (SN); *Agyeman, et al. v. Islamic Republic of Iran*, 18-CV-05320 (GBD) (SN); *Morris, et al. v. Islamic Republic of Iran*, 18-CV-05321 (GBD) (SN); *Schlissel, et al. v. Islamic Republic of Iran*, 18-CV-05331 (GBD) (SN); *Kamardinova, et al. v. Islamic Republic of Iran*, 18-CV-05339 (GBD) (SN); *Ades, et al. v. Islamic Republic of Iran*, 18-CV-07306 (GBD) (SN); *Abel, et al. v. Islamic Republic of Iran*, 18-CV-11837; *Kim, et al. v. Islamic Republic of Iran*, 18-CV-11870; *Jimenez, et al. v. Islamic Republic of Iran*, 18-CV-11875; *Moody-Theinert, et al. v. Islamic Republic of Iran*, 18-CV-11876; *Rivelli, et al. v. Islamic Republic of Iran*, 18-CV-11878. On December 21, 2018, we sent a letter requesting that the cases filed in early December 2018 be made part of 03 MDL 1570 (GBD) SN).

[5] *Estate of John Patrick O'Neill, Sr., et al. v Kingdom of Saudi Arabia, et al.*, 04-CV-01922 (GBD) (SN) (filed March 10, 2004); *O'Neill, et al. v. Republic of the Sudan, et al.*, 18-CV-12114 (filed December 21, 2018); *Estate of John P. O'Neill, Sr, et al. v. Al Baraka Investment and Development Corporation, et al.*, 04-CV-01923 (GBD) (SN) (filed March 10, 2004); *O'Neill, et al. v. The Muslim World League, et al.*, 18-CV-12041(filed December 21, 2018).

[6] Copies of the pleadings and Statements of Relatedness as to the newly filed actions are attached to this letter as exhibits.

**Anderson Kill P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
January 2, 2019
Page 3

5. *Kincaid, et al. v. Kingdom of Saudi Arabia;*
Case Number: 1:18-cv- 12273 (Exhibit 5)

6. *Ortiz, et al. v. Kingdom of Saudi Arabia;*
Case Number: 1:18-cv-12274 (Exhibit 6)

7. *Stackpole, et al. v. Kingdom of Saudi Arabia;*
Case Number: 1:18-cv-12275 (Exhibit 7)

8. *Zelmanowitz, et al. v. Kingdom of Saudi Arabia;*
Case Number: 1:18-cv-12381 (Exhibit 8)

9. *Aamoth, et al. v. Islamic Republic of Iran;*
Case Number: 1:18-cv-12276 (Exhibit 9)

10. *Marinella, et al. v. Islamic Republic of Iran;* and,
Case Number: 1:18-cv-12277 (Exhibit 10)

11. *Rohenhorst, et al. v. Islamic Republic of Iran;*
Case Number: 1:18-cv-12387 (Exhibit 11)

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/Jerry S. Goldman
Jerry S. Goldman, Esquire

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Telephone: 212-278-1000
Email: jgoldman@andersonkill.com

*Attorney for the Plaintiffs in the above-listed cases (along with the plaintiffs in 04-civ-1922, the "O'Neill Plaintiffs")*

cc: All MDL Counsel of Record (via ECF, without enclosures)
Encl.

docs-100080740.4