UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON　　　　　　　Civil Action No.
SEPTEMBER 11, 2001　　　　　　　　　　　　03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:
    *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
    *Case No. 03-CV-9849 (GBD)(SN) (S.D.N.Y.)*

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 15(d)

    Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified on Exhibit A in the above referenced action. The individuals being substituted into the case were minors at the time that the case was initially instituted; were identified as such in the initial pleading; and have since attained the age of majority. They have executed contracts with counsel in their individual capacities and now seek inclusion in the caption of the case in their individual capacities.

    Exhibit A identifies each of the former minor plaintiffs to be substituted in the pleading, states each plaintiffs' residency at the time the complaint was instituted; identifies location in the existing pleading and the existing text that makes reference to each plaintiff, and identifies the decedent who was the parent of each plaintiff.

Dated:   January 2, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Robert T. Haefele*
　　　　　　　　　　　　　　　　　　　　　Jodi Westbrook Flowers, Esq.
　　　　　　　　　　　　　　　　　　　　　Donald A. Migliori, Esq.
　　　　　　　　　　　　　　　　　　　　　Michael Elsner, Esq. (NY Bar #ME8337)
　　　　　　　　　　　　　　　　　　　　　Robert T. Haefele, Esq. (NY Bar #RH2811)
　　　　　　　　　　　　　　　　　　　　　Elizabeth Smith, Esq.
　　　　　　　　　　　　　　　　　　　　　John Eubanks, Esq.
　　　　　　　　　　　　　　　　　　　　　MOTLEY RICE LLC
　　　　　　　　　　　　　　　　　　　　　Mount Pleasant, SC 29464
　　　　　　　　　　　　　　　　　　　　　Telephone: (843) 216-9000

                                                  Facsimile: (843) 216-9450
                                                  jflowers@motleyrice.com
                                                  dmigliori@motleyrice.com
                                                  melsner@motleyrice.com
                                                  rhaefele@motleyrice.com
                                                  esmith@motleyrice.com
                                                  jeubanks@motleyrice.com

*COUNSEL FOR PLAINTIFFS*