| | | **EXHIBIT A** | | |
|---|---|---|---|---|
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#3477 - 3/23/2017)** | **Decedent's Name** | **Paragraph of Complaint Discussing Decedent** |
| Adanga, Emem U. | NY | Affiong Adanga, individually and as the Personal Representative of the Estate of Ignatius Udo Adanga, Deceased and on behalf of all survivors of Ignatius Udo Adanga and on behalf of minor children E.U.A., E.U.A., and N.U.A. | Adanga, Ignatius Udo | ECF#3477, ¶ 28 |
| Adanga, Nene U. | NY | Affiong Adanga, individually and as the Personal Representative of the Estate of Ignatius Udo Adanga, Deceased and on behalf of all survivors of Ignatius Udo Adanga and on behalf of minor children E.U.A., E.U.A., and N.U.A. | Adanga, Ignatius Udo | ECF#3477, ¶ 28 |
| Adanga, Esang U. | NY | Affiong Adanga, individually and as the Personal Representative of the Estate of Ignatius Udo Adanga, Deceased and on behalf of all survivors of Ignatius Udo Adanga and on behalf of minor children E.U.A., E.U.A., and N.U.A. | Adanga, Ignatius Udo | ECF#3477, ¶ 28 |