UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON　　　　　　Civil Action No.
SEPTEMBER 11, 2001　　　　　　　　　　　03 MDL 1570 (RCC)

　　　　　　　　　　　　　　　　　　　　[PROPOSED] ORDER

----------------------------------------------------------x

This document relates to:
　　*Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
　　Case No. 03-CV-9849 (S.D.N.Y.)

**SARAH NETBURN, United States Magistrate Judge:**

　　On January 2, 2019, Plaintiffs in *Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 03-CV-9849 (GBD)(SN), filed a motion to permit the substitution of parties to name individuals as plaintiffs in their adult capacities who were previously identified as minors in their prior pleadings.

　　It is hereby ORDERED that the *Burnett* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *Burnett* case.  It is further ORDERED that the *Burnett* Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the *Burnett* action in the Court's ECF and docketing system.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SARAH NETBURN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

DATED:　　_____, 20__
　　　　　　New York, New York