**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1211 CONNECTICUT AVENUE, N.W. · SUITE 420 · WASHINGTON, D.C. 20036

Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email:TFleming@wigginschilds.com · Web:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

January 2, 2019

<u>*Via ECF and Federal Express*</u>

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| United States District Judge | United States Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| 500 Pearl Street | 40 Foley Square |
| New York, New York 10007 | New York, New York 10007 |

Re: *In Re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN)

Dear Judge Daniels and Magistrate Judge Netburn:

The undersigned is one of the attorneys representing the plaintiffs in each of the following cases in which we have filed Short Form Complaints against the Kingdom of Saudi Arabia.

- *Rosenthal, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11866
- *Soulas, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11909
- *Homer, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11910
- *McGuire, et al. v. Kingdom of Saudi Arabia*, No. 1:19-cv-00031

I note that some family members were placed in different cases because of varying times at which they elected to join the litigation, and the filing papers had already been prepared for filing. Should the Court desire us to reformat the plaintiff groupings, we will of course do so.

The cases are expected to be assigned to Judge Daniels as possibly related to the Multi-District Litigation 1:03-md-01570-GBD-SN (the "MDL"). In accordance with July 10, 2018 Amended Order Approving Notices to Conform, Short Form Complaints, and Notices of Amendment (ECF 4045) in the MDL, I write respectfully to request that the above-referenced cases be made part of the MDL *In Re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

Respectfully Submitted,

Timothy B. Fleming
*One of the Attorneys for the Homer, Rosenthal, Soulas, and Adler Plaintiffs*

cc: All MDL counsel (via ECF)