UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

This document relates to:

    Thomas E. Burnett, Sr., et al v. Al Baraka Investment and Development Corp., et al.,
    Case No. 03-CV-9849 (GBD)(SN) (S.D.N.Y.)

**SARAH NETBURN, United States Magistrate Judge:**

    On January 2, 2019, Plaintiffs in Burnett, et al. v. Al Baraka Investment and Development Corp., et al., Case No. 03-CV-9849 (GBD)(SN), filed a motion to permit the substitution of parties to name individuals as plaintiffs in their adult capacities who were previously identified as minors in their prior pleadings.

    It is hereby ORDERED that the Burnett Plaintiffs' motion is granted, and the individuals included on Exhibit A to that motion are to be substituted into the Burnett case. It is further ORDERED that the Burnett Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the Burnett action in the Court's ECF and docketing system.

    The Clerk of Court is respectfully directed to terminate the motion the motions at ECF Nos. 4322 (03-MDL-01570) and 850 (03-CV-9849).

**SO ORDERED.**

DATED:    January 3, 2019
               New York, New York

_____
SARAH NETBURN
United States Magistrate Judge