```
     IC75911c                          phone conference

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   IN RE: TERRORIST ATTACKS ON
     SEPTEMBER 11, 2001,
 4
                 v.                              03 MDL 1570 (SN)
 5
     ------------------------------x
 6                                               New York, N.Y.
                                                 December 7, 2018
 7                                               4:00 p.m.

 8   Before:

 9                       HON. SARAH NETBURN,

10                            Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

APPEARANCES

KREINDLER & KREINDLER
     Attorneys for Plaintiff
BY:  ANDREW J. MALONEY

MOTLEY RICE
     Attorneys for Plaintiff
BY:  ROBERT T. HAEFELE

ANDERSON KILL & OLICK, P.C.
     Attorneys for Plaintiff
BY:  JERRY S. GOLDMAN

LEWIS BAACH, PLLC
     Attorneys for Defendants Muslim World League and
International Islamic Relief Organization
BY:  WALEED NASSAR

1        (Phone conference; in chambers)

2        THE COURT:  Good afternoon.

3        This is Judge Netburn.  I am here with my law clerk
4   and with a court reporter.  The purpose of this call is in
5   response to Mr. Fleming's letter of November 26th.  I just had
6   some clarifying questions and so what I would like to do is I
7   understand that there are more than 20 people on this call
8   right now.  I think all we need to do is have those people who
9   intend to speak state their appearance for the record.  And if
10  anybody subsequently realizes that they do need to speak, you
11  can make your appearance at that time.

12       So, let me begin by asking who is on the line on
13  behalf of the Re: Havlish and Hoglan plaintiffs.

14       MR. FLEMING:  Your Honor, this is Timothy Fleming who
15  sent you the letter, submitted the letter originally on behalf
16  of the Re: Havlish and Hoglan plaintiffs, and I believe we are
17  going to be joined by Dennis Pantazis, who is the leader of our
18  group.  I will be speaking for us but Mr. Pantazis may want to
19  make some points as well.

20       THE COURT:  Very well.

21       MR. PANTAZIS:  And, your Honor, this is Dennis
22  Pantazis, I am on the line.

23       THE COURT:  Thank you.

24       Anybody else who currently thinks that they are going
25  to want to speak who would like to then make their appearance

1  for the record?
2           Sorry.  We had somebody about to make an appearance.
3  Waleed --
4           MR. NASSAR:  Yes, Waleed Nassar from Lewis Baach on
5  behalf of Muslim World League and International Islamic Relief
6  Organization.
7           MR. HAEFELE:  Your Honor, Robert Haefele from Motley
8  Rice for the Plaintiffs' executive committees.
9           THE COURT:  Great.  Okay.
10          So, Mr. Fleming, I will just begin with my questions.
11 I have your letter.  What I wanted to you do, because you were
12 seeking to combine two short form complaints as I understand
13 it, is if you could just explain to me who you are seeking to
14 sue in this newest complaint?
15          MR. FLEMING:  Yes, your Honor.
16          It is not so much we want to combine two short form
17 complaints it is rather that -- first of all, the answer to
18 your question directly is that we want to sue exactly the same
19 parties of the defendants that we sued in the Hoglan case and
20 we got judgments against in Hoglan and previously in the
21 Havlish case, which is the Islamic Republic of Iran and seven
22 political subdivisions of the State and eight agencies and
23 instrumentalities.  We want -- in fact, one of our main points
24 is that we wish to have a complaint that has identity of those
25 defendants in the prior cases.

1          THE COURT:  Okay.  Why don't you just describe for me
2    what it is, specifically, that you are seeking.
3          MR. FLEMING:  Yes.
4          What we would really like to do, first of all as a
5    threshold matter I want to be clear about one thing, and that
6    is we were not sure whether your Honor's order of July 10,
7    2018, regarding use of the short form complaint in Iran cases,
8    is mandatory or optional.  I refer specifically to the use of
9    the word "may" at the bottom of page 4 of that order where it
10   says: *Any plaintiff who has not yet filed a claim against Iran*
11   *and intends to do so, may initiate an action against Iran*
12   *through the filing of an Iran short form complaint,*
13   *substantially in the form attached hereto.*
14         We wanted to be sure to comply with your order, both
15   in spirit as well as the letter of your order, and so I note,
16   out of respect for the Court, we filed a letter seeking this
17   guidance.  What we really want to do, and use of the short form
18   is optional then there is no problem and we would proceed, but
19   what we want do is to file a long-form complaint that really
20   tracks the Hoglan complaints that we have already filed and
21   proceeded to judgment -- in partial final judgment,
22   respectfully, in those cases already.  There are several
23   reasons why we want to do that but if the short form is
24   optional, then it seems that we could go ahead and do that.  If
25   it is not optional, it was intended to be mandatory, that's why

1    we sent the letter asking to follow a different path.  And
2    there is a number of reasons that have been formed by, in large
3    part by our recent experience in Havlish and Hoglan where we
4    are seeking to enforce those judgments in overseas courts in
5    international litigation that is attempting to -- where we are
6    attempting to enforce and collect upon those judgments.
7            What we have found is that Court's, and we have been
8    advised by international counsel and there have been many
9    proceedings, we found that the Courts overseas are very much
10   more formalistic than the Courts in the United States, and that
11   there is a lot of aspects that are deeply scrutinized by the
12   Courts in terms of the pleadings and the judgments.  And in the
13   Havlish case, where we have advanced proceedings, our pleadings
14   have been challenged in those cases, tested thoroughly and, to
15   date at least, they have survived those tests and proceeded.
16   Now, we are going to want to include all of our new clients in
17   those cases which of course take a long time or in new cases in
18   the future, but deviations in the formats of the pleadings can
19   cause major problems in that sort of litigation.
20           We don't know whether the short form complaint would
21   work.  Maybe it would, but maybe it wouldn't.  But, we have a
22   responsibility for our clients, of course, to do everything we
23   can to ensure that they are able to enforce their.  And our
24   international counsel and so far our experience with the Courts
25   overseas, shows that it is a much, much, much preferable to

1   have identity and we are concerned that the short form of
2   complaint would not mesh well with what we have done to date.
3   That's the first major problem.
4        The second major problem is that we want to add those
5   other 15 defendants because that is another issue in the
6   international collections cases that we have encountered and it
7   is very necessary to have an identity of the defendants who
8   have been brought to judgment.  So, it would be very much a
9   problem to have different parties on the pleadings.
10       So that's why we have brought this and we want -- so,
11  our first hope is that it's actually optional and that we could
12  proceed to just file the long form complaint.  Since Iran is
13  not going to or none of the other 15 defendants are going to
14  answer, this much is clear, we would think that -- we hope that
15  it doesn't cause any particular problem or administrative
16  burden for the Court, which we are not trying to do, but we
17  would rather just file, file the long form complaints so that
18  we can proceed as we have with the other two cases.
19       THE COURT:  How many plaintiffs will be in the new
20  case?  I think it is the Ray case that was the new one?
21       MR. FLEMING:  Yes, the Ray case.  Not very many.  It
22  is between 20 and 25.
23       THE COURT:  Okay.  I understand all of that.  And, in
24  the alternative, if I don't permit that, the alternative is?
25       MR. FLEMING:  Well, in the alternative, if we have to

1  use the short form complaint what we would like do is tie it to
2  the Hoglan case rather than to Burnett and Ashton and the
3  reasons are similar but in particular, though, first of all the
4  Havlish case and the Hoglan case came first, and they set the
5  precedent.
6          Now, it is true that in the short form complaint it
7  incorporates the findings in Havlish and evidence in Havlish
8  but it doesn't incorporate the pleadings and that's where our
9  problem is.  That's what really gets examined.  And so, we
10 would want it to tie to Hoglan because then it would at least
11 incorporate the pleadings.  Now, we are concerned, of course,
12 that, as I said, that the overseas courts would blink their
13 eyes a few times at seeing a short form complaint as something
14 very much out of their experience.  But, if we have to use it,
15 we would very much rather tie it to Hoglan than to either
16 Ashton or Burnett.  And we thought about, we looked at whether
17 we could just add them through the other provisions of your
18 order, add them to Havlish or Hoglan but Havlish has proceeded
19 to final judgment, and we also have a few new estates that
20 aren't tie-able to any current case so that really was not an
21 option.  So that is the main thing, to tie Hoglan and change
22 the short form accordingly.
23         THE COURT:  Okay.  All right.  I understand all of
24 that.
25         My concern, in managing these cases, is the volume of

1   new complaints and so the July 10th order was intended to
2   facilitate both for counsel, who wanted to get claims in,
3   particularly claims in and judgments entered as part of the
4   victims' fund, but also separately for purposes of the Court's
5   management so that we didn't constantly have new complaints
6   with new pleadings raising different allegations.  So, that has
7   always been the motivating factor; not to harm anybody's claims
8   or bar them in any way but to manage the case as a whole.  So,
9   my only concern is were I to grant you permission to file the
10  long-form complaint as you seek, how many additional long-form
11  complaints am I likely to get?
12          MR. FLEMING:  Your Honor, this is Fleming again.
13          From us are you not likely to get another.  We are
14  concentrating on other enforcements and these are the last that
15  we know of.  We don't have any current plans to go beyond this,
16  in fact, we have been waiting to make sure we get everybody who
17  is interested from our groups included in this complaint but I,
18  of course, obviously can't speak for anyone else.
19          THE COURT:  Mr. Haefele, can you speak to that?
20          MR. HAEFELE:  Your Honor, I haven't taken a poll of
21  the plaintiff's group to figure out how many more there are.  I
22  do know that Motley Rice had some more that we're preparing.
23  We are not rounding any more up, so to speak, but I know that
24  we have some Moran filings and we would obviously attempt to
25  use the short-form complaint.

IC75911c                            phone conference

1       I can tell that you with regard to Mr. Fleming's
2  approach, Mr. Fleming and I had a conversation yesterday and,
3  quite frankly, we don't have a problem with his approach with
4  regard to using a long-form complaint.  Again, we have the same
5  concern about proliferation of complaints with a variety of
6  allegations, the same as your Honor had indicated, but given
7  the fact that we are talking about a group of plaintiffs that
8  had already done the pre-existing complaint and they are really
9  looking back at their pre-existing complaint, we think it is
10 somewhat of a *sui generis* situation.
11         THE COURT:  Okay, that's helpful.  Thank you.
12         Sorry, who is speaking now?
13         MR. HAEFELE:  This is Robert Haefele, still.
14         THE COURT:  Okay.
15         MR. HAEFELE:  I think our position would be that we
16 would prefer to see a singular long-form complaint that limits
17 what had previously been done then some tinkering with the
18 short-form complaint that we wouldn't necessarily know what the
19 end result would be.
20         THE COURT:  Sorry.  I didn't follow that.
21         Your preference would be the relief that Mr. Fleming
22 is seeking?
23         MR. HAEFELE:  Yes.  I think that's right.  I think we
24 would prefer to see the approach that Mr. Fleming is seeking,
25 rather than some change to the short-form complaint where we

IC75911c                         phone conference

1   don't know what the end result would be.
2          THE COURT:  Okay.  Thank you.
3          MR. GOLDMAN:  Your Honor, this is Jerry Goldman from
4   Anderson Kill.  We are filing approximately seven more
5   short-form complaints on Iran next week, that's 16 for the
6   kingdom.
7          THE COURT:  Okay.
8          MR. MALONEY:  Andrew Maloney for the Ashton plaintiffs
9   also under the PEC.
10         You might have seen that we are filing new complaints
11  against the Kingdom only -- Saudi Arabia using the short
12  form -- but because your Honor's order on the short form limits
13  it to 100 plaintiffs per complaint, we are filing I think 60 or
14  70 separate complaints because we have thousands of people that
15  have been injured and there are personal injury claims.  This
16  is the Kingdom only.  We are not seeking to change anything in
17  the pleadings other than to add new plaintiffs.  But, the
18  reason you are seeing multiple complaints filed by my office is
19  because of the limitation on the short form for the number of
20  plaintiffs.
21         MR. SAMUELS:  Your Honor, Alan Samuels speaking.
22         I'm an attorney for two plaintiffs and we have not
23  started an action against Iran and I would like -- my clients
24  have instructed me to do so and I am wondering where I can get
25  ahold of that so I can begin to get started.

1    THE COURT:  The order was docketed on July 10th, so
2 you should do on the Pacer docket and you will be able to
3 follow from that.  But if that's unclear to you, I will offer
4 Mr. Haefele's services so he can help you.
5    MR. HAEFELE:  Thank you, your Honor.  I was going to
6 say that myself.
7    MR. FLEMING:  Your Honor, this is Mr. Fleming again.
8    since people have been telling you about new
9 complaints against the Saudi kingdom, we are also filing three
10 or four complaints very soon, probably next week, against the
11 Kingdom and we do intend, in that matter, to use the short-form
12 complaint.
13    THE COURT:  Okay.  Okay.  Thank you.  I don't think I
14 need to hear an update.  If everybody is proceeding apace under
15 the guidelines then I don't need to hear an update.
16    Before I get off the line, I just wanted to check, we
17 had Waleed Nassar had made an appearance and I asked people
18 only to make an appearance if they intended to speak and so I
19 wanted to give him an opportunity if he had something to say.
20    MR. NASSAR:  I don't, your Honor.  The conference call
21 had me say my name when I was prompted so I did not intend to
22 speak.  So, I apologize for that.
23    THE COURT:  That's quite all right.
24    Okay.  I am going to grant Mr. Fleming the relief that
25 he is seeking and he can file the long-form complaint that

IC75911c                          phone conference

1   tracks the Hoglan and Havlish case.  I am granting the relief
2   on the application that was made before me which doesn't mean
3   that anybody who comes after will get the same relief.  I am
4   hopeful that this is, as people have said, a *sui generis*
5   moment, and so hopefully we won't have a radical change in the
6   overall procedures.  But, I will allow the Ray plaintiffs to
7   file the long-form complaint as requested.  All right?
8             Thank you very much everybody.  Happy Holidays.
9                                 o0o