# EXHIBIT 1

- *Abad, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11929
- *Abbas, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11527
- *Abbate , et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11051
- *Abbey, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11382
- *Abdou, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11856
- *Abdul-Jalil, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11485
- *Abdul-Wadud, et al. v. Kingdom of Saudi Arabia*, No	18-cv-11800
- *Abel, et al. v. Kingdom of Saudi Arabia, No.*	18-cv-11253
- *Abernethy, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-12309
- *Abraham, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11804
- *Abraham, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11833
- *Abrams, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11375
- *Abrams, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11573
- *Abruzzese, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11584
- *Accardo, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11314
- *Acciarito, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11483
- *Accurso, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11755
- *Acerno, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11754
- *Acerno , et al. v. Kingdom of Saudi Arabia*,   No.	18-cv-11575
- *Acevedo, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11426
- *Acevedo, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11422
- *Achong, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-12144
- *Acosta , et al. v. Kingdom of Saudi Arabia*, No.	 18-cv-11464
- *Acosta, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11810
- *Acquafredda, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11429
- *Adams, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11695
- *Addario, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11890
- *Adorno, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11578
- *Adrat, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11516
- *Agron, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11841
- *Ahlers, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11484
- *Aiello, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11345
- *Ainslie , et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11293
- *Ajami, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11855
- *Alayon, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11927
- *Albertelli, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11500
- *Albrecht, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11431
- *Alden, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11488
- *Alessi, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11757
- *Allegra, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11847
- *Allen, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11868

- *Allende, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11423
- *Allison, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11834
- *Alperstein, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11033
- *Alraimouny, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11862
- *Altinel, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11896
- *Altman, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11479
- *Aluotto, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11459
- *Amato, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11849
- *Amberman, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11724
- *Amrhein, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11892
- *Anderson, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11212
- *Andrews, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11486
- *Anobile, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11939
- *Antonelli, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11775
- *Aparicio, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11857
- *Appel, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11433
- *Atiles, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11854
- *Aucoin , et al. v. Kingdom of Saudi Arabia*,No.	18-cv-11803
- *Aversano, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11785
- *Banfield, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11346
- *Barbuto, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11580
- *Bastible, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11517
- *Bennett, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11392
- *Botwinick, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11762
- *Bowers, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11784
- *Brenholtz, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11812
- *Brill, et al. v. Kingdom of Saudi Arabia*,   No.	18-cv-11305
- *Carey, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11259
- *Carlo, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11144
- *Carollo, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11140
- *Carraway, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11191
- *Castro, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11257
- *Chin, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11481
- *Crawford, et al. v. Kingdom of Saudi Arabia, No.*	19-cv-27
- *Daly, Jr. , et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11780
- *Duval, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11157
- *Flores, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11250
- *Gerdes, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11274
- *Giambrone, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11525
- *Jacobsen, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11361
- *Kane, et al. v. Kingdom of Saudi Arabia*, No.	18-cv-11743

- *Leoniak, et al. v. Kingdom of Saudi Arabia*, No.     18-cv-11308
- *Ludewig, et al. v. Kingdom of Saudi Arabia, No.*     18-cv-12377
- *Lynch, et al. v. Kingdom of Saudi Arabia*, No.     18-cv-12145
- *Mandel, et al. v. Kingdom of Saudi Arabia*, No.     18-cv-11489
- *Massa, et al. v. Kingdom of Saudi Arabia*, No.     18-cv-11761
- *Michel, et al. v. Kingdom of Saudi Arabia*, No.     18-cv-11311
- *Mohamed, et al. v. Kingdom of Saudi Arabia, No.*     18-cv-11856
- *Naughton, et al. v. Kingdom of Saudi Arabia*, No.     18-cv-11748
- *Orpilla, et al. v. Kingdom of Saudi Arabia*, No.     18-cv-11289
- *Rebasti, et al. v. Kingdom of Saudi Arabia*, No.     18-cv-11532
- *Rix, et al. v. Kingdom of Saudi Arabia*, No.     18-cv-11798
- *Schwartz, et al. v. Kingdom of Saudi Arabia*, No.     18-cv-11251