UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/7/2019*

**SARAH NETBURN, United States Magistrate Judge:**

    On Thursday, December 27, 2018, Chief Judge McMahon stayed all civil cases (other than forfeiture cases) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, or its employees. Standing Order M10–468 (the "Standing Order"). The stay will remain in effect until the business day after the President signs into law a budget appropriation that restores Department of Justice funding. Id.

    On Friday, January 4, 2019, the Plaintiffs' Executive Committees ("PECs") filed a letter regarding the Standing Order. To identify aspects of this multidistrict litigation that are impacted by the shutdown, the PECs request that the Court direct the PECs, DOJ, Defendants' Executive Committee, counsel for the Kingdom of Saudi Arabia, and counsel for Dallah Avco, to meet and confer regarding these issues. The PECs' request is GRANTED. Accordingly, the relevant parties are directed to meet and confer about the impact of the Standing Order on this litigation by Wednesday, January 9, 2019. The parties shall file a status letter with the Court by Friday, January 11, 2019.

**SO ORDERED.**

DATED:    January 7, 2019
             New York, New York

_____
SARAH NETBURN
United States Magistrate Judge