KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

January 8, 2019

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of the Kingdom of Saudi Arabia ("Saudi Arabia"), pursuant to ¶ III(d) of the Court's Individual Practices in Civil Cases, concerning a letter that Saudi Arabia is submitting today in further support of its letter-motion filed on December 14, 2018 (ECF No. 4283), and in response to the letter-opposition of the Plaintiffs' Executive Committees ("Plaintiffs") filed on December 21.

      Saudi Arabia's letter refers to and discusses material that has been designated Confidential under the MDL Protective Order (ECF No. 1900).  In particular, a paragraph on the third page of the letter discusses Exhibit 40 to Plaintiffs' Motion to Compel filed under seal on November 30, 2018, which is a communication among senior officials of the Ministry of Islamic Affairs that reflects internal deliberations on sensitive subjects and refers to individuals who are not subjects of discovery and are not implicated by Plaintiffs' allegations.

      Pursuant to the briefing schedule approved by this Court on December 20, 2018 (ECF No. 4293), Saudi Arabia will submit a fuller justification for keeping Exhibit 40 under seal on January 15, 2019.  For today's filing, we respectfully propose certain redactions to Saudi Arabia's letter to avoid revealing the substance of Exhibit 40.

      Immediately after the filing of this letter, counsel for Saudi Arabia will submit to chambers by electronic mail:  (1) a copy of this letter; (2) a complete copy of Saudi Arabia's letter, with all proposed redactions shown in yellow highlighting; and (3) clean copies of only those pages of Saudi Arabia's letter as to which any redaction is proposed.  There are no exhibits to Saudi Arabia's letter.  Counsel for Plaintiffs will be copied on the submission.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable Sarah Netburn
January 8, 2019
Page 2

      Saudi Arabia respectfully requests that the Court accept its filing and proposed redactions, subject to further briefing of the disputed confidentiality issues.

                                     Respectfully submitted,

                                     /s/ *Michael K. Kellogg*

                                   Michael K. Kellogg
                                   *Counsel for the Kingdom of Saudi Arabia*

cc:     Chambers of the Honorable George B. Daniels (via facsimile)
          All MDL counsel of record (via ECF)