## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

January 8, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

     RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

     Pursuant to this Court's Individual Practices III.e., Plaintiffs file this letter motion to request oral argument of (1) Plaintiffs' Motion to Compel; and (2) the Kingdom of Saudi Arabia's Application to Modify the Plaintiffs' First Set of Supplemental Document Requests concerning Musaed Al Jarrah, Smail Mana, and Mohamed Al Muhanna.  Briefing on Plaintiffs' Motion and the Kingdom's Application was completed today.

     Plaintiffs believe that oral argument would be of assistance to the Court in addressing the complex facts and numerous exhibits raised by the Motion and Application.

     Prior to sending this letter, the PECs contacted Michael Kellogg, Esq., counsel for Saudi Arabia, and were informed that Saudi Arabia has no objection to Plaintiffs' request.

     Finally, in relation to this request, the PECs note that several members of the PECs and a number of defense counsel will be in Madrid, Spain from January 21, 2019 through January 25, 2019 for depositions of Dallah Avco and IIRO witnesses.

The Honorable Sarah Netburn
January 8, 2019
Page 2


Respectfully submitted,

COZEN O'CONNOR                          MOTLEY RICE

 /s/ Sean P. Carter, Esquire            /s/ Robert T. Haefele, Esquire
Sean P. Carter, Esquire                 Robert T. Haefele, Esquire
1650 Market Street, Suite 2800          28 Bridgeside Boulevard
Philadelphia, PA 19103                  Mt. Pleasant, SC 29464

MDL 1570 Plaintiffs' Exec. Committee    MDL 1570 Plaintiffs' Exec. Committee
for Commercial Claims                   for Personal Injury and Death Claims


KREINDLER & KREINDLER

 /s/ Steven R. Pounian, Esquire
Steven R. Pounian, Esquire
Andrew J. Maloney, Esquire
750 Third Avenue, 32nd Floor
New York, NY 10017

MDL 1570 Plaintiffs' Exec. Committee
for Personal Injury and Death Claims

cc:     All Counsel via ECF