**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
**In re:**

    **TERRORIST ATTACKS ON**                  **1: 03-md-1570-GBD-SN**
    **SEPTEMBER 11, 2001**
------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al.*,

                   **Plaintiffs,**              **1:18-cv-12341-GBD-SN**
           **-against-**

ISLAMIC REPUBLIC OF IRAN,
                   **Defendant.**
------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al.*,

                   **Plaintiffs,**              **1:18-cv-12339-GBD-SN**
           **-against-**

KINGDOM OF SAUDI ARABIA,
                   **Defendant.**
------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,
                   **Plaintiffs,**
           **-against-**               **1:18-cv-12370-GBD-SN**

ISLAMIC REPUBLIC OF IRAN,
                   **Defendant.**
------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,

                          **1:18-cv-12367-GBD-SN**
                   **Plaintiffs,**
           **-against-**

KINGDOM OF SAUDI ARABIA,
                   **Defendant.**
------------------------------------------------------------------X

## <u>MOTION FOR ADMISSION PRO HAC VICE</u>

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the

Southern District of New York, THOMAS PETER DONAHUE hereby moves this Court for an

Order for admission Pro Hac Vice to appear as counsel for all Plaintiffs in the above-captioned

individual actions 18-cv12341-GBD-SN, 18-cv-12339-GBD-SN, 18-cv,12370-GBD-SN and 18-cv-12367-GBD-SN, to represent them in those individual actions and the above-captioned multi-district litigation 03-md-01570-GBD-SN.

I am in good standing of the bar of the State of Maryland and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached my declaration pursuant to Local Rule 1.3.

Dated: January 11, 2019
     New York, New York          Respectfully Submitted,

          By: /s/ Thomas P. Donahue
          Thomas P. Donahue
          WISE & DONAHUE, PLC
          18 West Street
          Annapolis, MD 21401
          Telephone: (410) 280-2023
          Email:  tpd@wisedonahue.com