AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 ) | |
| Plaintiff ) | |
| v. ) | Case No. 03-md-01570-GBD-SN |
| ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs in 18-cv-12339-GBD-SN, 18-cv-12367-GBD-SN, 18-cv-12341-GBD-SN, 18-cv-12370-GBD-SN.

Date: 01/11/2019

/s/ Susan M. Davies
*Attorney's signature*

Susan M. Davies, SD-6346
*Printed name and bar number*

Fleischman Bonner & Rocco LLP
565 Fifth Avenue, 7th Floor
New York, New York 10017
*Address*

sdavies@lawsbr.com
*E-mail address*

(212) 239-4460
*Telephone number*

(917) 591-5245
*FAX number*