UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:
      TERRORIST ATTACKS ON                  1: 03-md-1570-GBD-SN
      SEPTEMBER 11, 2001
------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al.*,
                  **Plaintiffs,**                  1:18-cv-12341-GBD-SN
            -against-

ISLAMIC REPUBLIC OF IRAN,
                  **Defendant.**
------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al.*,
                  **Plaintiffs,**                  1:18-cv-12339-GBD-SN
            -against-

KINGDOM OF SAUDI ARABIA,
                  **Defendant.**
------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,
                  **Plaintiffs,**
            -against-                      1:18-cv-12370-GBD-SN

ISLAMIC REPUBLIC OF IRAN,
                  **Defendant.**
------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,

                  **Plaintiffs,**                  1:18-cv-12367-GBD-SN
            -against-

KINGDOM OF SAUDI ARABIA,
                  **Defendant.**
------------------------------------------------------------------X

## **MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, P. YORK McLANE hereby moves this Court for an Order for admission Pro Hac Vice to appear as counsel for all Plaintiffs in the above-captioned individual

actions 18-cv-12339-GBD-SN, 18-cv-12341-GBD-SN, 18-cv-12367-GBD-SN, and 18-cv-12370-GBD-SN, to represent them in those individual actions and the above-captioned multi-district litigation 03-md-01570-GBD-SN.

I am in good standing of the bars of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached my declaration pursuant to Local Rule 1.3.

Dated: January 14, 2019
New York, New York

Respectfully Submitted,

By: /s/ P. York McLane
P. York McLane
LAW OFFICE OF P. YORK MCLANE
14015 Park Drive, Suite 111
Tomball, Texas  77377
Telephone:  281-357-8000
Email:  yorkmclane@yahoo.com