**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**In re:**

      **TERRORIST ATTACKS ON**                 **1: 03-md-1570-GBD-SN**
      **SEPTEMBER 11, 2001**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al*.,

                 **Plaintiffs,**               **1:18-cv-12341-GBD-SN**
          **-against-**

ISLAMIC REPUBLIC OF IRAN,
                 **Defendant.**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al*.,

                 **Plaintiffs,**               **1:18-cv-12339-GBD-SN**
          **-against-**

KINGDOM OF SAUDI ARABIA,
                 **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,
                 **Plaintiffs,**
          **-against-**               **1:18-cv-12370-GBD-SN**

ISLAMIC REPUBLIC OF IRAN,
                 **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,

                 **Plaintiffs,**               **1:18-cv-12367-GBD-SN**
          **-against-**

KINGDOM OF SAUDI ARABIA,
                 **Defendant.**
-------------------------------------------------------------------X

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

      The motion of P. YORK McLANE for admission to practice Pro Hac Vice in the above-

captioned actions is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas; and that his contact information is as follows:

P. York McLane
LAW OFFICE OF P. YORK MCLANE
14015 Park Drive, Suite 111
Tomball, Texas 77377
Telephone: 281-357-8000
Email: yorkmclane@yahoo.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the plaintiffs in the above-captioned individual actions 18-cv-12339-GBD-SN, 18-cv-12341-GBD-SN, 18-cv-12367-GBD-SN, and 18-cv-12370-GBD-SN;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned actions in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____ , 2019


_____
United States District/Magistrate Judge