UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON           Civil Action No.
SEPTEMBER 11, 2001                             03 MDL 1570 (GBD)(SN)

                                                                        MOTION FOR ADMISSION *PRO HAC VICE*

-----------------------------------------------------------x

This document relates to:
> *Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 03-CV-9849 (GBD)(SN)
> *Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7279 (GBD)(SN)
> *Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
> *Adams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11493 (GBD)(SN)
> *Actisdano, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11504 (GBD)(SN)
> *Anderson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11509 (GBD)(SN)
> *Abraham, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11515 (GBD)(SN)
> *Abrahams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11519 (GBD)(SN)
> *Arias, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11582 (GBD)(SN)
> *Agri, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11619 (GBD)(SN)
> *Barrera, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11624 (GBD)(SN)
> *Ando, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11664 (GBD)(SN)
> *Aepelbacher, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12030 (GBD)(SN)
> *Adam, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12118 (GBD)(SN)
> *Abreu, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12318 (GBD)(SN)
> *Parks, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12322 (GBD)(SN)
> *Odland, et al. v. Kingdom of Saudi Arabia*, Case No. 19-CV-26 (GBD)(SN)
> *Arias, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-41 (GBD)(SN)
> *Prior, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-44 (GBD)(SN)

_____

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert T. Haefele, hereby move this Court for an Order for admission of John Michael Eubanks to appear *pro hac vice* as counsel for the Plaintiffs in the above-captioned actions.

Mr. Eubanks is a member in good standing of the bars of the State of Maryland and the State of South Carolina. He has never been convicted of a felony. He has never been censured, suspended, disbarred or denied admission or readmission by any court. There are no past or

pending disciplinary proceedings against him in any state or federal court.  He has not been disciplined by any bar.  His declaration in support of this motion is attached as Exhibit A.

Dated: January 15, 2019 		Respectfully submitted,


/S/ Robert T. Haefele_____
Robert T. Haefele, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel:     (843) 216-9000
Fax:    (843) 216-9450

*Attorney for Plaintiffs*