# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (GBD)(SN)

DECLARATION OF JOHN M.
EUBANKS

-------------------------------------------------------x

This document relates to:

> *Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 03-CV-9849 (GBD)(SN)
>
> *Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7279 (GBD)(SN)
>
> *Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
>
> *Adams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11493 (GBD)(SN)
>
> *Actisdano, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11504 (GBD)(SN)
>
> *Anderson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11509 (GBD)(SN)
>
> *Abraham, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11515 (GBD)(SN)
>
> *Abrahams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11519 (GBD)(SN)
>
> *Arias, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11582 (GBD)(SN)
>
> *Agri, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11619 (GBD)(SN)
>
> *Barrera, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11624 (GBD)(SN)
>
> *Ando, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11664 (GBD)(SN)
>
> *Aepelbacher, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12030 (GBD)(SN)
>
> *Adam, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12118 (GBD)(SN)
>
> *Abreu, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12318 (GBD)(SN)
>
> *Parks, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12322 (GBD)(SN)
>
> *Odland, et al. v. Kingdom of Saudi Arabia*, Case No. 19-CV-26 (GBD)(SN)
>
> *Arias, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-41 (GBD)(SN)
>
> *Prior, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-44 (GBD)(SN)

---

I, John Michael Eubanks, declare as follows:

1.     I am over 18 years of age and have personal knowledge of the information contained in this declaration

2.     I am a member of the law firm of Motley Rice LLC with my office located at 28 Bridgeside Boulevard, Mount Pleasant, South Carolina 29464.  My telephone number is (843)

216-9000, my facsimile number is (843) 216-9450, and my e-mail address is jeubanks@motleyrice.com.

      3.     I am an attorney in good standing and licensed to practice law in the State of Maryland and State of South Carolina. Certificates of good standing for each of these jurisdictions are attached hereto as Exhibit 1.

      4.     I certify that I have never been convicted of a felony.

      5.     I certify that I have never been censured, suspended, disbarred or denied admission or readmission by any court.

      6.     I certify that I have never been disciplined by any bar or any state or federal court.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2019

2

# EXHIBIT 1

# Court Of Appeals
## of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fifth day of January, 2004,*

## John Michael Eubanks

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighth day of January, 2019.*

*Clerk of the Court of Appeals of Maryland*

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that John Michael Eubanks was duly sworn and admitted as an attorney in this state on May 11, 2010, and is currently a regular member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY _Margaret C. McGu_____

DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

January 4, 2019