**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

**IN RE TERRORIST ATTACKS ON**  Civil Action No.
**SEPTEMBER 11, 2001**  03 MDL 1570 (GBD)(SN)

  [PROPOSED] ORDER FOR
  ADMISSION *PRO HAC VICE*

-----------------------------------------------------------x

This document relates to:
  *Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 03-CV-9849 (GBD)(SN)
  *Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7279 (GBD)(SN)
  *Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
  *Adams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11493 (GBD)(SN)
  *Actisdano, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11504 (GBD)(SN)
  *Anderson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11509 (GBD)(SN)
  *Abraham, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11515 (GBD)(SN)
  *Abrahams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11519 (GBD)(SN)
  *Arias, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11582 (GBD)(SN)
  *Agri, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11619 (GBD)(SN)
  *Barrera, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11624 (GBD)(SN)
  *Ando, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11664 (GBD)(SN)
  *Aepelbacher, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12030 (GBD)(SN)
  *Adam, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12118 (GBD)(SN)
  *Abreu, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12318 (GBD)(SN)
  *Parks, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12322 (GBD)(SN)
  *Odland, et al. v. Kingdom of Saudi Arabia*, Case No. 19-CV-26 (GBD)(SN)
  *Arias, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-41 (GBD)(SN)
  *Prior, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-44 (GBD)(SN)

  _____

**SARAH NETBURN, United States Magistrate Judge:**

The January 15, 2019 Motion to Appear *Pro Hac Vice* on behalf of John M. Eubanks in the above-captioned cases is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Maryland and the State of South Carolina, and that his contact information is as follows:

>John Michael Eubanks
>MOTLEY RICE LLC
>28 Bridgeside Boulevard
>Mount Pleasant, South Carolina 29464
>Telephone: (843) 216-9000; Facsimile: (843) 216-9450
>E-mail: jeubanks@motleyrice.com

Mr. Eubanks, having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above-captioned action;

**IT IS HEREBY ORDERED** that John M. Eubanks is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. _____.

**SO ORDERED.**

_____          _____
New York, New York                                            SARAH NETBURN
                                                                              United States Magistrate Judge