**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
**In re:**

| | |
|---|---|
| TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **1: 03-md-1570-GBD-SN** |

------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the Personal Representative of the Estate of Calixto Anaya, *et al*.,

|  |  |
|---|---|
| **Plaintiffs,** | **1:18-cv-12341-GBD-SN** |
| -**against**- | |
| ISLAMIC REPUBLIC OF IRAN, | |
| **Defendant.** | |

------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the Personal Representative of the Estate of Calixto Anaya, *et al*.,

|  |  |
|---|---|
| **Plaintiffs,** | **1:18-cv-12339-GBD-SN** |
| -**against**- | |
| KINGDOM OF SAUDI ARABIA, | |
| **Defendant.** | |

------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,

|  |  |
|---|---|
| **Plaintiffs,** | |
| -**against**- | **1:18-cv-12370-GBD-SN** |
| ISLAMIC REPUBLIC OF IRAN, | |
| **Defendant.** | |

------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,

|  |  |
|---|---|
| **Plaintiffs,** | **1:18-cv-12367-GBD-SN** |
| -**against**- | |
| KINGDOM OF SAUDI ARABIA, | |
| **Defendant.** | |

------------------------------------------------------------------X

**APPEARANCE OF COUNSEL – PATRICK J. DONAHUE**

**TO:** The Clerk of Court and all parties of record

I have been admitted Pro Hac Vice in this Court to appear in the above-captioned actions as counsel for all Plaintiffs in the above-captioned actions 18-cv-12339-GBD-SN, 18-cv12341-GBD-SN, 18-cv-12367-GBD-SN, and 18-cv-12370-GBD-SN.

Dated: January 15, 2019

By:   /s/ Patrick J. Donahue
Patrick J. Donahue
Wise & Donahue, PLC
18 West Street
Annapolis, MD  21401
Telephone:  410-280-2023
Email:  pjd@wisedonahue.com