**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**In re:**

    **TERRORIST ATTACKS ON**                           **1: 03-md-1570-GBD-SN**
    **SEPTEMBER 11, 2001**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al*.,
                            **Plaintiffs,**                **1:18-cv-12341-GBD-SN**
              **-against-**
ISLAMIC REPUBLIC OF IRAN,

                            **Defendant.**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al*.,
                            **Plaintiffs,**                **1:18-cv-12339-GBD-SN**
              **-against-**
KINGDOM OF SAUDI ARABIA,

                            **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,
                            **Plaintiffs,**
              **-against-**                     **1:18-cv-12370-GBD-SN**
ISLAMIC REPUBLIC OF IRAN,
                            **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,

                            **Plaintiffs,**                **1:18-cv-12367-GBD-SN**
              **-against-**
KINGDOM OF SAUDI ARABIA,
                            **Defendant.**
-------------------------------------------------------------------X

                **APPEARANCE OF COUNSEL – PATRICK M. DONAHUE**

**TO:  The Clerk of Court and all parties of record**

I have been admitted Pro Hac Vice in this Court to appear in the above-captioned actions as counsel for all Plaintiffs in the above-captioned actions 18-cv-12339-GBD-SN, 18-cv12341-GBD-SN, 18-cv-12367-GBD-SN, and 18-cv-12370-GBD-SN.

Dated: January 15, 2019

By:   /s/ Patrick M. Donahue
Patrick M. Donahue
Wise & Donahue, PLC
18 West Street
Annapolis, MD  21401
Telephone:  410-280-2023
Email:  pmd@wisedonahue.com