**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**In re:**

| | |
|---|---|
| TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 1: 03-md-1570-GBD-SN |

-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the Personal Representative of the Estate of Calixto Anaya, *et al*.,

| | |
|---|---|
| **Plaintiffs,** -against- | 1:18-cv-12341-GBD-SN |

ISLAMIC REPUBLIC OF IRAN,

**Defendant.**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the Personal Representative of the Estate of Calixto Anaya, *et al*.,

| | |
|---|---|
| **Plaintiffs,** -against- | 1:18-cv-12339-GBD-SN |

KINGDOM OF SAUDI ARABIA,

**Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,

| | |
|---|---|
| **Plaintiffs,** -against- | 1:18-cv-12370-GBD-SN |

ISLAMIC REPUBLIC OF IRAN,

**Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,

| | |
|---|---|
| **Plaintiffs,** -against- | 1:18-cv-12367-GBD-SN |

KINGDOM OF SAUDI ARABIA,

**Defendant.**
-------------------------------------------------------------------X

**APPEARANCE OF COUNSEL – THOMAS P. DONAHUE**

**TO: The Clerk of Court and all parties of record**

I have been admitted Pro Hac Vice in this Court to appear in the above-captioned actions as counsel for all Plaintiffs in the above-captioned actions 18-cv-12339-GBD-SN, 18-cv12341-GBD-SN, 18-cv-12367-GBD-SN, and 18-cv-12370-GBD-SN.

Dated: January 15, 2019

By:   <u>/s/ Thomas P. Donahue</u>
Thomas P. Donahue
Wise & Donahue, PLC
18 West Street
Annapolis, MD  21401
Telephone:  410-280-2023
Email:  tpd@wisedonahue.com