**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**In re:**

    **TERRORIST ATTACKS ON**                         1: 03-md-1570-GBD-SN
    **SEPTEMBER 11, 2001**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al.*,
                           **Plaintiffs,**               1:18-cv-12341-GBD-SN
          **-against-**
ISLAMIC REPUBLIC OF IRAN,

                           **Defendant.**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al.*,
                           **Plaintiffs,**              1:18-cv-12339-GBD-SN
          **-against-**
KINGDOM OF SAUDI ARABIA,

                           **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,
                           **Plaintiffs,**
          **-against-**                      1:18-cv-12370-GBD-SN
ISLAMIC REPUBLIC OF IRAN,
                           **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,

                         **Plaintiffs,**             1:18-cv-12367-GBD-SN
          **-against-**
KINGDOM OF SAUDI ARABIA,
                           **Defendant.**
-------------------------------------------------------------------X

              **APPEARANCE OF COUNSEL – PATRICK L. ROCCO**

**TO:  The Clerk of Court and all parties of record**

I am admitted to practice in this Court, and I appear in this case as counsel for all Plaintiffs in the above-captioned actions 18-cv-12339-GBD-SN, 18-cv-12341-GBD-SN, 18-cv-12367-GBD-SN, and 18-cv12370-GBD-SN.

Dated: January 15, 2019

                                              By:   /s/ Patrick L. Rocco
                                              Patrick L. Rocco
                                              Fleischman Bonner & Rocco LLP
                                              565 Fifth Avenue, 7th Floor
                                              New York, New York  10017
                                              Telephone:  908-516-2043
                                              Fax:  908-516-2049
                                              Email:  procco@fbrllp.com