**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**In re:**

    **TERRORIST ATTACKS ON**                       **1: 03-md-1570-GBD-SN**
    **SEPTEMBER 11, 2001**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al.*,

                          **Plaintiffs,**               **1:18-cv-12341-GBD-SN**
                 **-against-**
ISLAMIC REPUBLIC OF IRAN,

                          **Defendant.**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al.*,

                          **Plaintiffs,**               **1:18-cv-12339-GBD-SN**
                 **-against-**

KINGDOM OF SAUDI ARABIA,
                          **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,

                          **Plaintiffs,**
                 **-against-**               **1:18-cv-12370-GBD-SN**
ISLAMIC REPUBLIC OF IRAN,

                          **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,

                          **Plaintiffs,**
                 **-against-**               **1:18-cv-12367-GBD-SN**
KINGDOM OF SAUDI ARABIA,
                          **Defendant.**
-------------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS – JAMES P. BONNER

**TO:  Attorney Services Clerk and all parties of record**

       Pursuant to Local Rule 1.3 of this Court, please take notice of the following change of firm

name and address for James P. Bonner, an attorney admitted in this Court with cases pending.

**Firm Information**

Old Firm:  Stone Bonner & Rocco LLP
     1700 Broadway, 41st Floor
     New York, New York  10019
     Telephone:  212-239-4340
     Fax:  212-239-4310
     E-mail:  jbonner@lawsbr.com

New Firm:  Fleischman Bonner & Rocco LLP
     565 Fifth Avenue, 7th Floor
     New York, New York  10017
     Telephone:  908-516-2066
     Fax:  917-591-5245
     E-mail:  jbonner@fbrllp.com

I will continue to be counsel of record in the above-captioned actions at my new firm.

Dated: January 15, 2019

       By:   /s/ James P. Bonner
       SDNY Bar Number:  JB-0629
       NY State Bar Number:  2573970