**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**In re:**

    **TERRORIST ATTACKS ON**                   **1: 03-md-1570-GBD-SN**
    **SEPTEMBER 11, 2001**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya, *et al.*,

                       **Plaintiffs,**          **1:18-cv-12341-GBD-SN**
           **-against-**
ISLAMIC REPUBLIC OF IRAN,

                       **Defendant.**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya, *et al.*,

                       **Plaintiffs,**          **1:18-cv-12339-GBD-SN**
           **-against-**
KINGDOM OF SAUDI ARABIA,

                       **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,

                       **Plaintiffs,**
           **-against-**                **1:18-cv-12370-GBD-SN**
ISLAMIC REPUBLIC OF IRAN,
                       **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,

                       **Plaintiffs,**
           **-against-**                **1:18-cv-12367-GBD-SN**
KINGDOM OF SAUDI ARABIA,
                       **Defendant.**
-------------------------------------------------------------------X

### NOTICE OF CHANGE OF ADDRESS – SUSAN M. DAVIES

**TO: Attorney Services Clerk and all parties of record**

      Pursuant to Local Rule 1.3 of this Court, please take notice of the following change of firm name and address for Susan M. Davies, an attorney admitted in this Court with cases pending.

**Firm Information**

| | |
|---|---|
| Old Firm: | Stone Bonner & Rocco LLP |
| | 1700 Broadway, 41st Floor |
| | New York, New York  10019 |
| | Telephone:  212-239-4340 |
| | Fax:  212-239-4310 |
| | E-mail:  sdavies@lawsbr.com |
| | |
| New Firm: | Fleischman Bonner & Rocco LLP |
| | 565 Fifth Avenue, 7th Floor |
| | New York, New York  10017 |
| | Telephone:  212-239-4460 |
| | Fax:  917-591-5245 |
| | E-mail:  sdavies@fbrllp.com |

I will continue to be counsel of record in the above-captioned actions at my new firm.

Dated: January 15, 2019

By:   /s/ Susan M. Davies
SDNY Bar Number:  SD-6346
NY State Bar Number:  2413508