# Exhibit A

(Proposed Redactions Submitted to Chambers for Review)