UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Civil Action No. 03 MDL 1570 (GBD) (SN) |
| TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **[PROPOSED] ORDER** |

**SARAH NETBURN, United States Magistrate Judge:**

Defendant Kingdom of Saudi Arabia ("Saudi Arabia") has submitted a request to maintain under seal and/or redact certain documents submitted to the Court as exhibits in connection with the motion to compel filed by the Plaintiffs' Executive Committees ("Plaintiffs") on November 30, 2018 (the "Motion to Compel"), and Plaintiffs' December 28, 2018 opposition to Saudi Arabia's letter-motion to modify the scope of supplemental discovery (the "Scope Opposition"). Plaintiffs opposed Saudi Arabia's request. Having considered the arguments of the parties, the Court GRANTS Saudi Arabia's request as follows:

1. For the reasons stated in Saudi Arabia's letter-motion and in the Exhibit A attached thereto, the following exhibits submitted by Plaintiffs in support of the Motion to Compel shall be filed under seal in their entirety:

| Plaintiffs' Exh. No. | Bates No. | Plaintiffs' Exh. No. | Bates No. |
|---|---|---|---|
| 10 | KSA0000006679 | 36 | KSA0000001534-35 |
| 15 | KSA0000001253 KSA0000001256 |  | KSA0000001720 |
|  |  | 40 | KSA0000000556-61 |
| 16 | KSA0000000564-65 | 41 | KSA0000006868 |
| 18 | KSA0000001618 | 53 | KSA0000001822-24, KSA0000001826 KSA0000001829-33 KSA0000001835 KSA0000001837 |
| 22 | KSA0000001277 |  |  |
| 24 | KSA0000001268-70 |  |  |
| 25 | KSA0000000605-07 KSA0000000612 KSA0000001193-94 |  |  |
|  |  | 28 | KSA0000006643 |
| 26 | KSA0000001250-51 KSA0000001258 KSA0000001623 | 63 | KSA0000000553-54 |
|  |  | 65 | KSA0000005769-78 |
|  |  | 68 | KSA0000001274-75 |
| 30 | KSA0000001555-56 | 73 | KSA0000006882-902 |
| 33 | KSA0000001234-35 | 74 | KSA0000001249 |
| 34 | KSA0000001236 | 77 | KSA0000000583 |
| 35 | KSA0000006667-68 | 84 | KSA0000006860-63 |
|  |  | 85 | KSA0000001291 |

2. For the reasons stated in Saudi Arabia's letter-motion and in the Exhibit A attached thereto, the following exhibits submitted by Plaintiffs in support of the Motion to Compel shall be filed with the redactions proposed by Saudi Arabia:

| Plaintiffs' Exh. No. | Bates No. | Plaintiffs' Exh. No. | Bates No. |
|---|---|---|---|
| 7-C | N/A | 34 | KSA0000001237 |
| 7-D | N/A | 39 | KSA0000004623 |
| 7-E | N/A | 59 | N/A |
| 7-F | N/A | 60 | KSA0000006645 KSA0000001180-88 |
| 7-G | N/A |  |  |
| 7-H | N/A | 61 | KSA0000006461 |
| 7-I | N/A | 83 | N/A |
| 7-J | N/A |  |  |

3. For the reasons stated in Saudi Arabia's letter-motion and in the Exhibit A attached thereto, the following exhibits submitted by Saudi Arabia in opposition to the Motion to Compel shall be filed under seal in their entirety:

| Defendant's Exh. No. | Bates No. | Defendant's Exh. No. | Bates No. |
|---|---|---|---|
| 2 | KSA0000006667-68 | 20 | KSA0000002783 |
| 3 | KSA0000000589 | 24 | KSA0000001620 |
| 4 | KSA0000006673 | 25 | KSA0000001624 |
| 5 | KSA0000000566 | 27 | KSA0000001274-75 |
| 6 | KSA0000006810 | 28 | KSA0000001226 |
| 7 | KSA0000006861 | 31 | KSA0000001179 |
| 8 | KSA0000001349 | 47 | KSA0000006796-99 |
| 9 | KSA0000001375-93 | 49 | KSA0000000908 |
| 10 | KSA0000001213-14 | 50 | KSA0000006660 |
| 11 | KSA0000001223 | 60 | KSA0000006647 |
| 12 | KSA0000001230-31 | 61 | KSA0000006661 |
| 13 | KSA0000001227 | 62 | KSA0000006643 |
| 14 | KSA0000001557 | 63 | KSA0000001833 |
| 15 | KSA0000002689-97 | 16 | KSA0000001207 |
| 19 | KSA0000002802 | 17 | KSA0000000591 |
|  |  | 64 | KSA0000006644 |

4.      For the reasons stated in Saudi Arabia's letter-motion and in the Exhibit A attached thereto, the following exhibits submitted by Saudi Arabia in opposition to the Motion to Compel shall be filed with the redactions proposed by Saudi Arabia:

| Defendant's Exh. No. | Bates No. | Defendant's Exh. No. | Bates No. |
|---|---|---|---|
| 23 | KSA0000006882-902 | 64 | KSA0000006645 |
| 32 | KSA0000002332 | 65 | KSA0000001180-88 |
| 42 | KSA0000000943 | 66 | KSA0000006464 |
| 43 | KSA0000000961<br>KSA0000000962 |  |  |

5.      For the reasons stated in Saudi Arabia's letter-motion and in the Exhibit A attached thereto, the following exhibits submitted by Plaintiffs in support of the Scope Opposition shall be filed under seal in their entirety:  Plaintiffs' Exhibit 4 (KSA0000002691-94) and Plaintiffs' Exhibit 5 (KSA0000002695-97).

6.      For the reasons stated in Saudi Arabia's letter-motion and in the Exhibit A attached thereto, Plaintiffs' Exhibit 6 (KSA0000002404) submitted in support of the Scope Opposition shall be filed with the redactions proposed by Saudi Arabia.

7. Within seven (7) days of this order, the parties shall file on the public docket redacted versions of the briefs submitted (a) in support or opposition to the Motion to Compel and (b) in support or opposition to Saudi Arabia's letter-motion to modify the scope of supplemental discovery, in the form proposed by Saudi Arabia on January 15, 2019. At that time, the parties shall each file the exhibits attached to their respective briefs in accordance with this order. For each exhibit maintained under seal pursuant to this order, the filing party shall docket a one-page slip sheet indicating the exhibit number and the fact that it has been filed under seal. Saudi Arabia need not re-file its letter-brief in support of its letter-motion to modify the scope of supplemental discovery, which has already been filed on the public docket without redactions.

8. Notwithstanding paragraph 7, within seven (7) days of the FBI approving redactions to Plaintiffs' reply in further support of the Motion to Compel, the parties shall jointly submit via email to the Court proposed redactions to that brief.

9. Saudi Arabia may file on the public docket its letter-motion regarding confidentiality and a redacted version of Exhibit A attached thereto, in the form proposed by Saudi Arabia on January 15, 2019.

**SO ORDERED.**

DATED: _____    _____
          New York, New York        SARAH NETBURN
                                               United States Magistrate Judge