UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on
September 11, 2001[1]

03 MDL 1570 (GBD) (SN)

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Sumayya Khatib, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the International Islamic Relief Organization and the Muslim World League in the above-captioned action.

I am in good standing of the bars of the state of Texas and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 15, 2019

Respectfully submitted,

Sumayya Khatib
1101 New York Avenue, NW, Suite 1000
Washington, DC 20005
Phone: 202-833-8900
Fax: 202-466-5738
Sumayya.khatib@lbkmlaw.com

---

[1] *This applies to: Ashton, et al. v. Al Qaeda Islamic Army, et al.,* Case No. 03-cv-6977 (GBD) (FM); *Burnett Sr., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 03-cv-9849 (GBD) (FM); *Cantor Fitzgerald Associates LP, et al. v. Akida Investment Co., Ltd., et al.,* Case No. 04-cv-7065 (GBD) (FM); *Continental Casualty Co., et al. v. Al Qaeda Islamic Army et al.,* Case No. 04-vc-05970 (GBD) (FM); *Federal Insurance Co., et al. v. Al Qaeda, et al.,* Case No. 03-cv-6978 (GBD) (FM); *O'Neill, Sr., et al. v. Al Baraka Investment & Development Corporation, et al.,* Case No. 4-cv-1923 (GBD) (FM); *Euro Brokers Inc., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 04- cv-7279 (GBD) (FM).