UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on
September 11, 2001[1]

03 MDL 1570 (GBD) (SN)

## DECLARATION OF SUMAYYA KHATIB

Sumayya Khatib declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am an attorney duly admitted to practice before the courts of the State of Texas and the District of Columbia. I submit this declaration pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York in Support of my application for admission Pro Hac Vice to appear as counsel for Defendants Muslim World League and International Islamic Relief Organization in the above captioned actions.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings pending against me.

---

[1] *This applies to: Ashton, et al. v. Al Qaeda Islamic Army, et al.,* Case No. 03-cv-6977 (GBD) (FM); *Burnett Sr., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 03-cv-9849 (GBD) (FM); *Cantor Fitzgerald Associates LP, et al. v. Akida Investment Co., Ltd., et al.,* Case No. 04-cv-7065 (GBD) (FM); *Continental Casualty Co., et al. v. Al Qaeda Islamic Army et al.,* Case No. 04-vc-05970 (GBD) (FM); *Federal Insurance Co., et al. v. Al Qaeda, et al.,* Case No. 03-cv-6978 (GBD) (FM); *O'Neill, Sr., et al. v. Al Baraka Investment & Development Corporation, et al.,* Case No. 4-cv-1923 (GBD) (FM); *Euro Brokers Inc., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 04- cv-7279 (GBD) (FM).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2019          _____