**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re Terrorist Attacks on | ) | 03 MDL 1570 (GBD) (SN) |
| September 11, 2001[1] | ) | |
| | ) | **ORDER FOR ADMISSION** |
| | ) | **PRO HAC VICE** |
| | ) | |

The motion of Sumayya Khatib for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the State of Texas and the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Sumayya Khatib |
| Firm Name: | Lewis Baach Kaufmann Middlemiss PLLC |
| Address: | 1101 New York Avenue, N.W., Suite 1000 |
| City / State / Zip: | Washington, D.C. 20005 |
| Telephone / Fax: | (T) (202) 833-8900  (F) (202) 466-5738 |

 Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for International Islamic Relief Organization and the Muslim World League in the above entitled action;

---

[1] *This applies to: Ashton, et al. v. Al Qaeda Islamic Army, et al.,* Case No. 03-cv-6977 (GBD) (FM); *Burnett Sr., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 03-cv-9849 (GBD) (FM); *Cantor Fitzgerald Associates LP, et al. v. Akida Investment Co., Ltd., et al.,* Case No. 04-cv-7065 (GBD) (FM); *Continental Casualty Co., et al. v. Al Qaeda Islamic Army et al.,* Case No. 04-vc-05970 (GBD) (FM); *Federal Insurance Co., et al. v. Al Qaeda, et al.,* Case No. 03-cv-6978 (GBD) (FM); *O'Neill, Sr., et al. v. Al Baraka Investment & Development Corporation, et al.,* Case No. 04-cv-1923 (GBD) (FM); *Euro Brokers Inc., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 04-cv-7279 (GBD) (FM).

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: _____          _____

                                               United States District / Magistrate Judge