UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ———————————————— | ) No. 03 MDL 1570 (GBD) (SN) |
| | ) |
| In re: Terrorist Attacks on | ) **NOTICE OF MOTION FOR** |
| September 11, 2001[1] | ) **WITHDRAWAL OF COUNSEL** |
| | ) |
| ———————————————— | ) |

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4 and upon the annexed declaration, we seek leave of the Court for the withdrawal of Mark J. Leimkuhler, one of counsel for the Defendants the Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO").

Mr. Leimkuhler was admitted *pro hac vice* to the MDL proceeding (03 MDL 1570) by Order dated October 29, 2013 (ECF #2790). His withdrawal will not affect the posture of the case or the calendar of proceedings in any way. My appearance, along with the appearances of my colleagues, Eric L. Lewis and Aisha E. R. Bembry of Lewis Baach Kaufmann Middlemiss PLLC, will remain unchanged. In addition, Sumayya Khatib, who is an associate of the firm, has submitted a motion to appear *pro hac vice* in this matter.

A proposed order is attached.

Dated: January 17, 2019                    Respectfully submitted,

                                                        /s/ Waleed Nassar
                                                    Waleed Nassar
                                                    Lewis Baach Kaufmann Middlemiss PLLC
                                                    1101 New York Avenue, NW, Suite 1000
                                                    Washington, DC  20005
                                                    Phone: 202-833-8900
                                                    Fax: 202-466-5738
                                                    Waleed.Nassar@lbkmlaw.com

---

[1] *This applies to: Ashton, et al. v. Al Qaeda Islamic Army, et al., Case No. 03-cv-6977 (GBD) (FM); Burnett Sr., et al. v. Al Baraka Investment & Development Corp., et al., Case No. 03-cv-9849 (GBD) (FM); Cantor Fitzgerald Associates LP, et al. v. Akida Investment Co., Ltd., et al., Case No. 04-cv-7065 (GBD) (FM); Continental Casualty Co., et al. v. Al Qaeda Islamic Army et al., Case No. 04-vc-05970 (GBD) (FM); Federal Insurance Co., et al. v. Al Qaeda, et al., Case No. 03-cv-6978 (GBD) (FM); O'Neill, Sr., et al. v. Al Baraka Investment & Development Corporation, et al., Case No.  4-cv-1923 (GBD) (FM); Euro Brokers Inc., et al. v. Al Baraka Investment & Development Corp., et al., Case No. 04- cv-7279 (GBD) (FM).*