UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: Terrorist Attacks on<br>September 11, 2001 | ) No. 03 MDL 1570 (GBD) (SN)<br>)<br>) **DECLARATION OF**<br>) **MARK J. LEIMKUHLER REQUESTING**<br>) **LEAVE TO WITHDRAW AS COUNSEL** |

I, Mark J. Leimkuhler, declare as follows:

1. Pursuant to Local Rule 1.4, my firm and I seek leave of the Court for my withdrawal as one of counsel for Defendants the Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO"). I was admitted *pro hac vice* to the MDL proceeding (03 MDL 1570) by Order dated October 29, 2013 (ECF #2790).

2. The appearances of my colleagues Eric L. Lewis, Aisha E. R. Bembry and Waleed Nassar as counsel for MWL and IIRO will remain unchanged.

3. My withdrawal will not affect the posture of the case or the calendar of proceedings in any way.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: January 17, 2019

      /s/ Mark J. Leimkuhler
Mark J. Leimkuhler
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Avenue, NW, Suite 1000
Washington, DC  20005
Phone: 202-833-8900
Fax:  202-466-5738
Mark.Leimkuhler@lbkmlaw.com

1