UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001[1]

03 MDL 1570 (GBD) (SN)

**[Proposed] ORDER PERMITTING WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 1.4, it is this _____ day of _____, 2019 ORDERED THAT

1. Mark J. Leimkuhler of the law firm Lewis Baach Kaufmann Middlemiss PLLC may withdraw as one of counsel for Defendants the Muslim World League and the International Islamic Relief Organization.

2. As of the date of this Order, no further notices, papers, or pleadings should be served on Mark J. Leimkuhler.

3. The appearances of Eric L. Lewis, Aisha E. R. Bembry and Waleed Nassar, of the law firm Lewis Baach Kaufmann PLLC, on behalf of Defendants the Muslim World League and the International Islamic Relief Organization will remain unchanged.

_____
Hon. George B. Daniels
United States District Court Judge

---

[1] *This applies to: Ashton, et al. v. Al Qaeda Islamic Army, et al., Case No. 03-cv-6977 (GBD) (FM); Burnett Sr., et al. v. Al Baraka Investment & Development Corp., et al., Case No. 03-cv-9849 (GBD) (FM); Cantor Fitzgerald Associates LP, et al. v. Akida Investment Co., Ltd., et al., Case No. 04-cv-7065 (GBD) (FM); Continental Casualty Co., et al. v. Al Qaeda Islamic Army et al., Case No. 04-vc-05970 (GBD) (FM); Federal Insurance Co., et al. v. Al Qaeda, et al., Case No. 03-cv-6978 (GBD) (FM); O'Neill, Sr., et al. v. Al Baraka Investment & Development Corporation, et al., Case No. 4-cv-1923 (GBD) (FM); Euro Brokers Inc., et al. v. Al Baraka Investment & Development Corp., et al., Case No. 04-cv-7279 (GBD) (FM).*