UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On Thursday, December 27, 2018, Chief Judge McMahon stayed all civil cases (other than forfeiture cases) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, or its employees. Standing Order M10–468 (the "Standing Order"). The stay will remain in effect until the business day after the President signs into law a budget appropriation that restores Department of Justice funding. Id.

    Following a meet and confer with the Department of Justice, the Defendants' Executive Committee, counsel for the Kingdom of Saudi Arabia, and counsel for Dallah Avco, the Plaintiffs' Executive Committees ("PECs") filed a letter regarding the impact of the Standing Order on this litigation. ECF No. 4346. The Court adopts the parties' proposal. Id. at 4.

    Accordingly, any aspects of the litigation that require a response from a federal agency, including the Department of Justice, are stayed during the government shutdown. This includes, among other things, depositions that invoke the Touhy process or otherwise implicate protected FBI materials. In contrast, those aspects of the litigation that do not involve a federal agency shall move forward unaffected by the Standing Order. This includes, but is not limited to, the PECs' third-party subpoenas related to the Kingdom of Saudi Arabia; the PECs' depositions of

the merits and personal jurisdiction Defendants; and proceedings regarding the Islamic Republic of Iran.

The parties are directed to meet and confer and submit further proposals regarding the impact on this litigation of the government shutdown (whether the shutdown is ongoing or over) by Thursday, January 31, 2019.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   January 17, 2019
         New York, New York