**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re Terrorist Attacks on (SN) September 11, 2001[1] | ) ) ) ) ) ) | 03 MDL 1570 (GBD) |

## NOTICE OF APPEARANCE

To: Clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Muslim World League and International Islamic Relief Organization.

January 18, 2019

/s/ Sumayya Khatib

Sumayya Khatib
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Avenue, N.W.
Suite 1000
Washington, D.C.  20005
sumayya.khatib@lbkmlaw.com
202-833-8900
202-466-5738