**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570 (GBD)(SN)

                                              **NOTICE OF APPEARANCE**

-----------------------------------------------------------x

This document relates to:

> *Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 03-CV-9849 (GBD)(SN)
>
> *Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7279 (GBD)(SN)
>
> *Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
>
> *Adams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11493 (GBD)(SN)
>
> *Actisdano, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11504 (GBD)(SN)
>
> *Anderson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11509 (GBD)(SN)
>
> *Abraham, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11515 (GBD)(SN)
>
> *Abrahams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11519 (GBD)(SN)
>
> *Arias, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11582 (GBD)(SN)
>
> *Agri, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11619 (GBD)(SN)
>
> *Barrera, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11624 (GBD)(SN)
>
> *Ando, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11664 (GBD)(SN)
>
> *Aepelbacher, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12030 (GBD)(SN)
>
> *Adam, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12118 (GBD)(SN)
>
> *Abreu, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12318 (GBD)(SN)
>
> *Parks, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12322 (GBD)(SN)
>
> *Odland, et al. v. Kingdom of Saudi Arabia*, Case No. 19-CV-26 (GBD)(SN)
>
> *Arias, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-41 (GBD)(SN)
>
> *Prior, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-44 (GBD)(SN)

_____

To:     The Clerk of Court and all parties of record

Pursuant to the Court's January 17, 2018 Order granting the motion for undersigned counsel to appear *pro hac vice* in the above-captioned cases, I hereby enter my appearance in the above-captioned cases as counsel for the Plaintiffs.

Dated: January 18, 2019                    Respectfully submitted,


                                           /S/John M. Eubanks_____
                                           John M. Eubanks, Esq.
                                           MOTLEY RICE LLC
                                           28 Bridgeside Boulevard
                                           Mount Pleasant, SC 29464
                                           jeubanks@motleyrice.com
                                           Tel:    (843) 216-9000
                                           Fax:    (843) 216-9450

                                           *Attorney for Plaintiffs*