UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On December 20, 2018, counsel for the Plaintiffs in <u>Havlish, et al. v. bin Laden, et al.</u>, 03-CV-9848 (S.D.N.Y.), filed a motion for compensation through the creation of a common benefit fund. The <u>Havlish</u> Plaintiffs and the Plaintiffs' Executive Committees ("PECs") could not agree on a proposed briefing schedule. <u>See</u> ECF No. 4337. After reviewing the parties' respective arguments, the Court enters the following Order:

    The PECs shall file an opposition to the motion for a common benefit fund by Friday, February 15, 2019. The <u>Havlish</u> Plaintiffs may file a reply by Friday, March 1, 2019. Additionally, the <u>Havlish</u> Plaintiffs request that the PECs (and all other plaintiffs' counsel in this litigation) be required to "retain the requested percentage common benefit in their trust accounts until the matter is resolved." ECF No. 4337, at Exhibit A. This request is DENIED. The <u>Havlish</u> Plaintiffs have not established good cause for such a restraint.

**SO ORDERED.**

DATED:    January 18, 2019
                 New York, New York

_____
SARAH NETBURN
United States Magistrate Judge