UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:
       TERRORIST ATTACKS ON                1: 03-md-1570-GBD-SN
       SEPTEMBER 11, 2001
------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
et al.,
                        Plaintiffs,                1:18-cv-12341-GBD-SN
              -against-
ISLAMIC REPUBLIC OF IRAN,
                        Defendant.
------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
et al.,
                        Plaintiffs,                1:18-cv-12339-GBD-SN
              -against-
KINGDOM OF SAUDI ARABIA,
                        Defendant.
------------------------------------------------------------X
HUGH A. CHAIRNOFF, et al.,
                        Plaintiffs,
              -against-                        1:18-cv-12370-GBD-SN
ISLAMIC REPUBLIC OF IRAN,
                        Defendant.
------------------------------------------------------------X
HUGH A. CHAIRNOFF, et al.,
                        Plaintiffs,                1:18-cv-12367-GBD-SN
              -against-
KINGDOM OF SAUDI ARABIA,
                        Defendant.
------------------------------------------------------------X

### DECLARATION OF P. YORK McLANE

    P. York McLane declares pursuant to 28 U.S.C. Section 1746 as follows:

    1.    I am an attorney duly admitted to practice before the courts of the State of Texas. I submit this declaration pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York in support of my application for admission Pro Hac

Scanned with CamScanner

Vice to appear as counsel for all Plaintiffs in the above-captioned individual actions 18-cv-12339-GBD-SN, 18-cv-12341-GBD-SN, 18-cv-12367-GBD-SN, and 18-cv-12370-GBD-SN, to represent them in those individual actions and the above-captioned multi-district litigation 03-md-01570-GBD-SN.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings pending against me.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Tomball, Texas on January 14, 2019.

_____
P. York McLane

Scanned with CamScanner