# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Patrick York McLane**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of November, 2004.

I further certify that the records of this office show that, as of this date

**Patrick York McLane**

is presently enrolled with the State Bar of Texas as an active member in good standing.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 15th day of January, 2019.

BLAKE HAWTHORNE, Clerk

_Blake A. Hawthorne_
Clerk, Supreme Court of Texas

No. 3604C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.