```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hogan, et al.
                          Plaintiff(s)

            -v-

Islamic Republic of Iran, et al.,
                          Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:11 cv 07550 (GBD) (SN)
1:03 md 01570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 25 day of January, 2019, I served: National Iranian Oil Corporation c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran.

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒    the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

2 copy(ies) of the    See Attached Rider   by   Federal Express # 7742 0789 3011  .

Dated:  New York, New York
        01/25/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

## Rider

(1) Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;
(2) U.S. District Court for the Southern District of New York Clerk's Certificate of Default, dated March 17, 2015 (*Hoglan* Docket No. 89);
(3) Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;
(4) Order of Judgment Regarding Liability entered by U.S. District Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);
(5) Findings of Fact and Conclusions of Law entered by U.S. District Judge George B. Daniels on August 31, 2015 (*Hoglan* Docket No. 111);
(6) Report and Recommendation #1 by U.S. Magistrate Judge Sarah Netburn, dated October 12, 2016 (*Hoglan* Docket No. 171);
(7) Report and Recommendation #2 by U.S. Magistrate Judge Sarah Netburn, dated October 14, 2016 (*Hoglan* Docket No. 172);
(8) Report and Recommendation #3 by U.S. Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);
(9) Partial Order and Judgment entered by U.S. District Judge George B. Daniels on October 31, 2016 (*Hoglan* Docket No. 178);
(10) Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);
(11) Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);
(12) Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);
(13) Report and Recommendation #4 by U.S. Magistrate Judge Sarah Netburn, dated August 8, 2017 (*Hoglan* Docket No. 219);
(14) Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);
(15) Final Order and Judgment on Compensatory Damages entered by U.S. District Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);
(16) Text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*;
(17) Right to Appeal Notice;
(18) Right to Appeal Form;
(19) Certified Farsi translation of the above documents along with affidavit of translator; and
(20) Letters of Rogatory



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.