```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hogan, et al.

               Plaintiff(s)

-v-

Islamic Republic of Iran, et al.,

               Defendant(s)

## CERTIFICATE OF MAILING

Case No.: 1:11 cv 07550 (GBD) (SN)
1:03 md 01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 24 day of January, 2019, I served: Iran Airlines c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran.

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒    the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

2 copy(ies) of the ___ See Attached Rider by Federal Express # 7742 0789 2460.

Dated: New York, New York
       01/24/2019

                                         RUBY J. KRAJICK
                                         CLERK OF COURT

                                         Edressa Kamal
                                         DEPUTY CLERK

## Rider

(1) Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2) U.S. District Court for the Southern District of New York Clerk's Certificate of Default, dated March 17, 2015 (*Hoglan* Docket No. 89);

(3) Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4) Order of Judgment Regarding Liability entered by U.S. District Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5) Findings of Fact and Conclusions of Law entered by U.S. District Judge George B. Daniels on August 31, 2015 (*Hoglan* Docket No. 111);

(6) Report and Recommendation #1 by U.S. Magistrate Judge Sarah Netburn, dated October 12, 2016 (*Hoglan* Docket No. 171);

(7) Report and Recommendation #2 by U.S. Magistrate Judge Sarah Netburn, dated October 14, 2016 (*Hoglan* Docket No. 172);

(8) Report and Recommendation #3 by U.S. Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9) Partial Order and Judgment entered by U.S. District Judge George B. Daniels on October 31, 2016 (*Hoglan* Docket No. 178);

(10) Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11) Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12) Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13) Report and Recommendation #4 by U.S. Magistrate Judge Sarah Netburn, dated August 8, 2017 (*Hoglan* Docket No. 219);

(14) Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15) Final Order and Judgment on Compensatory Damages entered by U.S. District Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16) Text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*;

(17) Right to Appeal Notice;

(18) Right to Appeal Form;

(19) Certified Farsi translation of the above documents along with affidavit of translator; and

(20) Letters of Rogatory

