UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:
    TERRORIST ATTACKS ON                                         **1: 03-md-1570-GBD-SN**
    SEPTEMBER 11, 2001
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya, *et al*.,

                                Plaintiffs,                                 **1:18-cv-12341-GBD-SN**
                     -against-
ISLAMIC REPUBLIC OF IRAN,

                                Defendant.
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya, *et al*.,

                                Plaintiffs,                                 **1:18-cv-12339-GBD-SN**
                     -against-
KINGDOM OF SAUDI ARABIA,

                                Defendant.
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,
                                Plaintiffs,
                     -against-                                     **1:18-cv-12370-GBD-SN**
ISLAMIC REPUBLIC OF IRAN,
                                Defendant.
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,

                                Plaintiffs,                                 **1:18-cv-12367-GBD-SN**
                     -against-
KINGDOM OF SAUDI ARABIA,
                                Defendant.
-------------------------------------------------------------------X

                          **APPEARANCE OF COUNSEL – P. YORK McLANE**

**TO: The Clerk of Court and all parties of record**

I have been admitted Pro Hac Vice in this Court to appear in the above-captioned actions as counsel for all Plaintiffs in actions 18-cv-12339-GBD-SN, 18-cv12341-GBD-SN, 18-cv-12367-GBD-SN, and 18-cv-12370-GBD-SN.

Dated: January 28, 2019

By:   /s/ P. York McLane
P. York McLane
LAW OFFICE OF P. YORK MCLANE
14015 Park Drive, Suite 111
Tomball, Texas  773377
Email:  yorkmclane2.0@gmail.com