

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000   **f.** 843.216.9450

**John M. Eubanks**
*Licensed in MD & SC*
direct:  843.216.9218
JEubanks@motleyrice.com

**VIA ECF**

February 4, 2019

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| U.S. District Judge | U.S. Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel P. Moynihan U.S. Courthouse | Thurgood Marshall U.S. Courthouse |
| 500 Pearl Street | 40 Foley Square |
| New York, NY 10007 | New York, NY 10007 |

Re:   *In re Terrorist Attacks on September 11, 2001*
       **Case No. 03 MDL 1570 (GBD)(SN)**
       *Barrera, et al. v. Kingdom of Saudi Arabia*
       **Case No. 18-CV-11624 (GBD)(SN)**

Dear Judge Daniels and Magistrate Judge Netburn:

  We write to you today as counsel of record in *Barrera, et al. v. Kingdom of Saudi Arabia*, Case No. 18-cv-11624 (GBD)(SN). While we do not believe any conflict exists that would hinder either of you from presiding over this case in the MDL, we felt it was necessary to inform the Court that the Honorable Analisa Torres, United States District Judge for the Southern District of New York, is named as a plaintiff in her own right in the *Barrera* action. Again, undersigned counsel does not believe there to be any conflict related to this representation; however, out of an abundance of caution, we felt it was necessary to inform the Court.

            Respectfully,

            By: /s/ *John M. Eubanks*_____
            JOHN M. EUBANKS

cc:   All Counsel of Record via ECF

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY | WASHINGTON, DC
MORGANTOWN, WV | CHARLESTON, WV | NEW ORLEANS, LA | KANSAS CITY, MO

760910.1