**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**In re:**

    **TERRORIST ATTACKS ON**                      **1: 03-md-1570-GBD-SN**
    **SEPTEMBER 11, 2001**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al.*,
                        **Plaintiffs,**                      **1:18-cv-12341-GBD-SN**
                        **-against-**

ISLAMIC REPUBLIC OF IRAN,
                        **Defendant.**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al.*,
                        **Plaintiffs,**                      **1:18-cv-12339-GBD-SN**
                        **-against-**

KINGDOM OF SAUDI ARABIA,
                        **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,
                        **Plaintiffs,**
                        **-against-**                      **1:18-cv-12370-GBD-SN**

ISLAMIC REPUBLIC OF IRAN,
                        **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,

                        **Plaintiffs,**                      **1:18-cv-12367-GBD-SN**
                        **-against-**

KINGDOM OF SAUDI ARABIA,
                        **Defendant.**
-------------------------------------------------------------------X

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, JOSEPH PETER DRENNAN hereby moves this Court for an Order for admission Pro Hac Vice to appear as counsel for all Plaintiffs in the above-captioned

individual actions 18-cv-12339-GBD-SN, 18-cv-12341-GBD-SN, 18-cv-12367-GBD-SN, and 18-cv-12370-GBD-SN, to represent them in those individual actions and the above-captioned multi-district litigation 03-md-01570-GBD-SN.

    I am in good standing of the bars of the Commonwealth of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached my declaration pursuant to Local Rule 1.3.

Dated: February 4, 2019
       New York, New York         Respectfully Submitted,

                                            By: /s/ Joseph Peter Drennan
                                            Joseph Peter Drennan
                                            218 North Lee Street, Third Floor
                                            Alexandria, Virginia 22314
                                            Telephone: (703)519-3773
                                            Email:  Joseph@josephpeterdrennan.com