# Supreme Court of Virginia

### AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### JOSEPH PETER DRENNAN

was admitted to practice as an attorney and counsellor at the bar of this Court on September 3, 1986.

I further certify that so far as the records of this office are concerned, JOSEPH PETER DRENNAN is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 29th day of January
A.D. 2019

By: _____
*Deputy Clerk*