**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**In re:**

      **TERRORIST ATTACKS ON**                  **1: 03-md-1570-GBD-SN**
      **SEPTEMBER 11, 2001**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al*.,

                  **Plaintiffs,**             **1:18-cv-12341-GBD-SN**
          **-against-**

ISLAMIC REPUBLIC OF IRAN,
                  **Defendant.**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al*.,

                  **Plaintiffs,**             **1:18-cv-12339-GBD-SN**
          **-against-**

KINGDOM OF SAUDI ARABIA,
                  **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,
                  **Plaintiffs,**
          **-against-**           **1:18-cv-12370-GBD-SN**

ISLAMIC REPUBLIC OF IRAN,
                  **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,

                  **Plaintiffs,**             **1:18-cv-12367-GBD-SN**
          **-against-**

KINGDOM OF SAUDI ARABIA,
                  **Defendant.**
-------------------------------------------------------------------X

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of JOSEPH PETER DRENNAN for admission to practice Pro Hac Vice in

the above-captioned actions is granted.

Applicant has declared that he is a member in good standing of the bars of the

Commonwealth of Virginia and the District of Columbia; and that his contact information is as

follows:

Joseph Peter Drennan
218 North Lee Street, Third Floor
Alexandria, Virginia  22314
Telephone:  (703) 519-3773
Email:  Joseph@josephpeterdrennan.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the

plaintiffs in the above-captioned individual actions 18-cv-12339-GBD-SN, 18-cv-12341-GBD-

SN, 18-cv-12367-GBD-SN, and 18-cv,12370-GBD-SN;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the

above captioned actions in the United States District Court for the Southern District of New

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.

Dated:  February _____ , 2019


_____
United States District/Magistrate Judge

2