**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**In re:**

    **TERRORIST ATTACKS ON**                  **1: 03-md-1570-GBD-SN**
    **SEPTEMBER 11, 2001**

-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al.*,

        **Plaintiffs,**         **1:18-cv-12341-GBD-SN**
      -against-

ISLAMIC REPUBLIC OF IRAN,

        **Defendant.**
-------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al.*,

        **Plaintiffs,**         **1:18-cv-12339-GBD-SN**
      -against-

KINGDOM OF SAUDI ARABIA,

        **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,

        **Plaintiffs,**
      -against-        **1:18-cv-12370-GBD-SN**

ISLAMIC REPUBLIC OF IRAN,
        **Defendant.**
-------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al.*,

        **Plaintiffs,**         **1:18-cv-12367-GBD-SN**
      -against-

KINGDOM OF SAUDI ARABIA,
        **Defendant.**
-------------------------------------------------------------------X

        **APPEARANCE OF COUNSEL – JOSEPH PETER DRENNAN**

**TO:  The Clerk of Court and all parties of record**

I have been admitted Pro Hac Vice in this Court to appear in the above-captioned actions as counsel for all Plaintiffs in 18-cv-12339-GBD-SN, 18-cv12341-GBD-SN, 18-cv-12367-GBD-SN, and 18-cv-12370-GBD-SN.

Dated: February 5, 2019

> By:   /s/ Joseph Peter Drennan
> Joseph Peter Drennan
> 218 North Lee Street, Third Floor
> Alexandria, Virginia 22314
> Telephone: (703) 519-3773
> Email: Joseph@josephpeterdrennan.com