UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

**03-MDL-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Plaintiffs' Executive Committees ("PECs") request that the Court schedule oral argument for three issues pending before the Court. ECF Nos. 4341, 4387. The Kingdom of Saudi Arabia ("Saudi Arabia") has no objection to the PECs' request. Id. Accordingly, the Court will hold oral argument on Tuesday, February 26, 2019, at 3:00 p.m., in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The Court will hear argument on the following motions: (1) the PECs' motion to compel Saudi Arabia to produce documents and answer interrogatories, at ECF No. 4266; (2) Saudi Arabia's motion for discovery regarding the scope of the PECs' supplemental document requests, at ECF No. 4283; and (3) Saudi Arabia's motion to seal and redact certain documents that were filed in connection with the PECs' motion to compel and Saudi Arabia's motion for discovery, at ECF No. 4361.

    The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 4341 and 4387.

**SO ORDERED.**

DATED:    February 5, 2019
                New York, New York

_____
SARAH NETBURN
United States Magistrate Judge