UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2019

**SARAH NETBURN, United States Magistrate Judge:**

The oral argument currently scheduled for Tuesday, February 26, 2019, at 3:00 p.m., will take place in Courtroom 15C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The Court will hear argument on the following motions: (1) the PECs' motion to compel Saudi Arabia to produce documents and answer interrogatories, at ECF No. 4266; (2) Saudi Arabia's motion for discovery regarding the scope of the PECs' supplemental document requests, at ECF No. 4283; and (3) Saudi Arabia's motion to seal and redact certain documents that were filed in connection with the PECs' motion to compel and Saudi Arabia's motion for discovery, at ECF No. 4361.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 12, 2019
              New York, New York