UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On January 31, 2019, the Kingdom of Saudi Arabia ("Saudi Arabia") requested that the Court set a schedule for the parties to meet and confer regarding the number and identities of deponents relating to jurisdictional discovery. ECF No. 4390. The Plaintiffs' Executive Committees ("PECs") opposed this request, see ECF No. 4399, and Saudi Arabia subsequently filed a reply in further support of its motion. ECF No. 4401. Given the outstanding issues related to the parties' document discovery, the Court defers consideration of Saudi Arabia's request until after the parties' oral argument Tuesday, February 26, 2019.

    In their opposition, the PECs stated that they had offered to provide Saudi Arabia with a preliminary list of witnesses who the PECs expected to depose. ECF No. 4399, at 2. The PECs are directed to provide Saudi Arabia with a copy of this list by no later than February 20, 2019, to facilitate the meet-and-confer process.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 15, 2019
              New York, New York