# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD) (SN)

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

## **ORDER FOR ADMISSION FOR PRO HAC VICE ON WRITTEN MOTION**

The motion of Stephen M. DeGenaro, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of Ohio and the District of Columbia; and that his contact information is as follows:

Stephen M. DeGenaro
JONES DAY
51 Louisiana Ave., NW
Washington, D.C.  20001
Telephone: (202) 879-3416
Facsimile: (202) 626-1700
Email: sdegenaro@jonesday.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Dubai Islamic Bank in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

 

 

Sarah Netburn
United States Magistrate Judge