KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

February 21, 2019

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
          (All Actions)
      Permission for Electronic Devices at Hearing on February 26, 2019

Dear Judge Netburn:

      Defendant Kingdom of Saudi Arabia ("Saudi Arabia") respectfully requests under this Court's Standing Order M10-468, as Revised, that its counsel Gregory G. Rapawy, Andrew C. Shen, and Matthew R. Huppert be permitted to bring laptop computers to the hearing scheduled for Tuesday, February 26, 2019. Mr. Rapawy and Mr. Shen each have entered appearances for Saudi Arabia. Mr. Huppert is in the process of preparing and submitting a *pro hac vice* application.

      A copy of a proposed form order under Standing Order M10-468, as Revised, is attached to this letter. A copy of the order is also being emailed to judgments@nysd.uscourts.gov.

                                       Respectfully submitted,

                                       /s/ *Michael K. Kellogg*

                                       Michael K. Kellogg
                                       *Counsel for the Kingdom of Saudi Arabia*

Attachment

cc:    The Honorable George B. Daniels (via facsimile)
        All MDL Counsel of Record (via ECF)