# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

February 22, 2019

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

    Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(SN)
             Permission for Electronic Devices at Hearing on October 12, 2018

Dear Judge Netburn:

On behalf of the Plaintiffs Executive Committees ("PECs") in the above-referenced MDL, we respectfully request under this Court's Standing Order M10-468, as Revised, that the counsel identified in the accompanying proposed electronic devices order be permitted to bring personal electronic devices and laptop computers (as indicated in the accompanying proposed order), to the hearing scheduled for Tuesday, February 26, 2019.

A copy of a proposed form order under Standing Order M10-468, as Revised, is attached to this letter.

                                             Respectfully submitted,

                                             <u>/s/ Robert T. Haefele</u>
                                             ROBERT T. HAEFELE
                                             MOTLEY RICE LLC
                                             28 Bridgeside Boulevard
                                             Mount Pleasant, SC 29464
                                             Tel: (843) 216-9184
                                             *PECs Co-Liaison Counsel*

Attachment
cc:     The Honorable George B. Daniels, via ECF
           All MDL Counsel of Record (via ECF)