UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____x

     The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

     ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned___In re Terrorist Attacks on September 11, 2001 _____

_____ , No. 03-md-1570.

The date(s) for which such authorization is provided is (are)     February 26, 2019_____ .

| Attorney | Device(s) |
|---|---|
| 1. Robert T. Haefele | iPhone and Laptop computer |
| 2. Sean P. Carter | iPhone and Laptop computer |
| 3. Jerry S. Goldman | iPhone |
| 4. Bruce Strong | iPhone |
| 5. Arthur Armstrong | Samsung Galaxy phone and Laptop computer |

(Attach Extra Sheet If Needed)

     The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

     SO ORDERED:

Dated:     _____

_____
United States Judge

Revised: February 26, 2014