UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Plaintiffs' Executive Committees ("PECs") filed a letter motion for discovery on February 20, 2019. ECF No. 4410. The Kingdom of Saudi Arabia ("Saudi Arabia") requests that the PECs' letter motion be withdrawn from the public docket because it quotes from a document that Saudi Arabia has designated as confidential and moved to maintain under seal. Saudi Arabia's request is GRANTED. The Clerk of Court is directed to withdraw the PECs' motion from the public docket pending the resolution of Saudi Arabia's motion to seal. See ECF No. 4361.

**SO ORDERED.**

DATED:    February 22, 2019
              New York, New York

SARAH NETBURN
United States Magistrate Judge