UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: | ) | **Civil Action No. 03 MDL 1570 (GBD) (SN)** |
| TERRORIST ATTACKS ON | ) | **ECF Case** |
| SEPTEMBER 11, 2001 | ) |  |

This document relates to all actions.

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF MATTHEW R. HUPPERT *PRO HAC VICE*

I, Matthew R. Huppert make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel *pro hac vice* for Defendant Kingdom of Saudi Arabia.

I, Matthew R, Huppert, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. Accompanying this affidavit are certificates from the State of New York and the District of Columbia, issued within the past thirty days, stating that I am a member in good standing of the bar in each jurisdiction.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: February 25, 2019          Respectfully submitted,

         */s/ Matthew R. Huppert*
Matthew R. Huppert
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7958
Facsimile: (202) 326-7999
mhuppert@kellogghansen.com