UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: ) | Civil Action No. 03 MDL 1570 (GBD) (SN) |
| TERRORIST ATTACKS ON ) | ECF Case |
| SEPTEMBER 11, 2001 ) |  |

This document relates to all actions.

### [PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION

The motion of Matthew R. Huppert for admission to practice *pro hac vice* in the above-captioned litigation and individual cases is granted.

Matthew R. Huppert has declared that he is a member in good standing of the bars of the District of Columbia and the State of New York; and that his contact information is as follows:

> Matthew R. Huppert
> Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
> 1615 M Street, N.W., Suite 400
> Washington, D.C. 20036
> Tel.: 202-326-7958 / Fax: 202-326-7999
> mhuppert@kellogghansen.com

Matthew R. Huppert having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant The Kingdom of Saudi Arabia in the above-captioned litigation and individual cases;

**IT IS HEREBY ORDERED** that Matthew R. Huppert is admitted to practice *pro hac vice* in the above-captioned litigation and individual cases in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                            SARAH NETBURN
                                            UNITED STATES MAGISTRATE JUDGE