THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TERRORIST ATTACKS ON ) | Civil Action No. 03 MDL 1570 (GBD)(SN) |
| SEPTEMBER 11, 2001 ) | ECF Case |
| ) | |

**Motion of Martin F. McMahon & Associates, PLLC, to Withdraw as Counsel for Defendant Dallah Avco**

Martin F. McMahon respectfully moves this Court to allow him and his firm to withdraw as counsel for Defendant Dallah Avco ("the client") in this matter pursuant to Southern District of New York Local Civil Rule 1.4.

He is moving to withdraw for a number of reasons, including:

1. He has actively been defending the client in this case for some 14 years and has other litigation matters to tend to;

2. There is competent counsel already representing Dallah Avco in this case (MoloLamken LLP); and

3. He has had discussions with outside litigation counsel for Dallah Avco, Abdelgader Hashim, esq., about withdrawing from the case and he voiced no objection on behalf of Dallah Avco.

A proposed order is attached.

Respectfully submitted,

/s Martin McMahon
Martin F. McMahon, Esq.
Martin F. McMahon & Associates, PLLC
1717 K Street, N.W., Suite 900
Washington, D.C. 20006
(202) 862 - 4343