THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) <br> ) <br>TERRORIST ATTACKS ON ) <br>SEPTEMBER 11, 2001 ) <br> ) | Civil Action No. 03 MDL 1570 (GBD)(SN) <br>ECF Case |

## PROPOSED ORDER

Upon consideration of the Motion to Withdraw as Counsel filed by Martin F. McMahon & Associates, PLLC, the accompanying memorandum in support and the Affidavit of Mr. McMahon, and for good cause shown, the Court grants the Motion of Mr. McMahon and the law firm of Martin F. McMahon & Associates to withdraw as counsel for Defendant Dallah Avco. Accordingly, it is this _____ day of _____, 2019,

ORDERED that the Motion filed by Martin McMahon and Martin F. McMahon & Associates to Withdraw as Counsel representing Dallah Avco is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE