## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I served the foregoing through the Court's electronic transmission facilities and emailed to my client, on the 27th day of February, 2019.

                                        */s  Martin McMahon*
                                        Martin F. McMahon, Esq.