THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TERRORIST ATTACKS ON | ) | Civil Action No. 03 MDL 1570 (GBD)(SN) |
| SEPTEMBER 11, 2001 | ) | ECF Case |
| | ) | |

**<u>Affidavit of Martin F. McMahon in Support of his Motion to Withdraw as Counsel for Defendant Dallah Avco</u>**

I, Martin F. McMahon, hereby give this Affidavit in Support of my Motion to Withdraw as Counsel for Defendant Dallah Avco:

1. I have represented Defendant Dallah Avco for over 14 years in this litigation.

2. I recently had conversations and discussions with Abdelgader Hashim about our firm withdrawing from the case. He is outside litigation counsel for Dallah Avco. He discussed this issue with Dallah Avco's general counsel and expressed to me that Dallah Avco had no concerns about my firm's withdrawal from the case.

3. One of the things we discussed and agreed upon is that there is already present in this case competent counsel (the law firm of MoloLamken), so the Defendant's interests will be fully protected after my firm's withdrawal.

4. For the Court's edification, neither my firm nor I are charging a lien against Dallah Avco.

Date: February 27, 2019

                                                Respectfully submitted,

                                                */s  Martin McMahon*
                                                Martin F. McMahon, Esq.
                                                Martin F. McMahon & Associates, PLLC
                                                1717 K Street, N.W., Suite 900
                                                Washington, D.C. 20006
                                                (202) 862 - 4343