THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TERRORIST ATTACKS ON ) | Civil Action No. 03 MDL 1570 (GBD)(SN) |
| SEPTEMBER 11, 2001 ) | ECF Case |
| ) | |

**Motion of Martin F. McMahon & Associates, PLLC, to Withdraw as Counsel for Defendant Dallah Avco**

Martin F. McMahon respectfully moves this Court to allow him and his firm to withdraw as counsel for Defendant Dallah Avco ("the client") in this matter pursuant to Southern District of New York Local Civil Rule 1.4.

Martin McMahon has had discussions with Abdelgader Hashim, the foreign attorney principally responsible for advising Dallah Avco in its conduct of this case, about withdrawing from the case. Mr. Hashim voiced no objection and confirmed that Dallah Avco has no objection. There is competent counsel already representing Dallah Avco in this case (MoloLamken LLP), which will continue to represent Dallah Avco in this matter.

A proposed order is attached.

Respectfully submitted,

/s Martin McMahon
Martin F. McMahon, Esq.
Martin F. McMahon & Associates, PLLC
1717 K Street, N.W., Suite 900
Washington, D.C. 20006
(202) 862 - 4343