## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served the foregoing through the Court's electronic transmission facilities and emailed to my client, on the 27th day of February, 2019.

*/s Martin McMahon*___
Martin F. McMahon, Esq.