## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I served the foregoing through the Court's electronic transmission facilities and emailed to my client, on the 27th day of February, 2019.

*/s  Martin McMahon*
Martin F. McMahon, Esq.
