USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court, having received the February 20, 2019 letter of the Plaintiffs' Executive Committees ("PECs") requesting that this Court enter a certification pursuant to 8 U.S.C. § 1202(f)(1), and, having learned that the Department of State has identified certain visa and permit records of Fahad al-Thumairy, Omar al-Bayoumi, and the 19 9/11 hijackers that are responsive to Plaintiffs' subpoena, but that the records are subject to the confidentiality restrictions of 8 U.S.C. § 1202(f), and, having considered the Plaintiffs' submission, and the prior pleadings and proceedings in this litigation, and having determined that the subpoenaed records regarding the issuance or refusal of visas or permits to enter the United States may contain relevant information, including: Thumairy's claimed employment with the Kingdom of Saudi Arabia; the representations made by the Kingdom to the United States about Thumairy's employment; the reasons for the cancellation of Thumairy's visa by the United States; the representations made by Omar al-Bayoumi to enter the United States; the markers in Bayoumi and the hijackers' passports; and the timing of the hijackers' travel movements,

IT IS HEREBY ORDERED that this Court certifies, pursuant to 8 U.S.C. § 1202(f)(1), that the information contained in the records subpoenaed by the Plaintiffs from the Department

of State is needed by the Court in the interest of the ends of justice in a case pending before the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   February 27, 2019
         New York, New York