

Aisha E. R. Bembry
202 659 6752
aisha.bembry@lbkmlaw.com

February 28, 2019

**VIA ELECTRONIC FILING**

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:**   *In re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN) –*
> *Status of Martin F. McMahon & Associates as Counsel of Record for MWL*
> *and IIRO* _____

Dear Judge Netburn:

This firm represents the Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO"), defendants in the above-captioned matter.  We write pursuant to Your Individual Practices in Civil Cases, to alert Your Honor to a pending request that was filed by Martin F. McMahon, former counsel to MWL and IIRO, on January 18, 2018 (ECF No. 3874).

Although styled a "Notice of Withdrawal as Counsel" on the Court's docket and supported by a "Praecipe Re Withdrawal as Counsel," Mr. McMahon sought an order from the Court for "Martin F. McMahon and Associates [to] be stricken from the record as representing the Muslim World League and International Islamic Relief Organization."  *See* Proposed Order, attached to Praecipe Re Withdrawal as Counsel (ECF No. 3874).  Since the date of that filing, no party has sought to oppose the requested relief.

For the sake of good order, we wish to bring to the Court's attention that Mr. McMahon and his former associate, Christopher R. Smith, remains listed as counsel of record for MWL and IIRO, despite the fact that Martin F. McMahon & Associates has not represented MWL or IIRO for many years.  *See* Praecipe Re Withdrawal as Counsel (ECF No. 3874) at 1.

Granting the proposed order attached to Mr. McMahon's filing of January 18, 2018, would permit the removal of Martin F. McMahon & Associates from the record as representing MWL and IIRO.  My appearance, along with the appearances of my colleagues, Eric L. Lewis,



Hon. Sarah Netburn
February 28, 2019
Page 2

Waleed Nassar and Sumayya Khatib, as counsel representing MWL and IIRO would remain unchanged.

Respectfully submitted,

/s/ Aisha E. Bembry

_____

Aisha E. Bembry
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Avenue, NW, Suite 1000
Washington, DC  20005
Phone: 202-833-8900
Fax: 202-466-5738
Aisha.Bembry@lbkmlaw.com
*Counsel for MWL and IIRO*

cc:     All Counsel of Record via ECF