

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2019

February 28, 2019

**VIA ELECTRONIC FILING**

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN) – Status of Martin F. McMahon & Associates as Counsel of Record for MWL and IIRO

Dear Judge Netburn:

    This firm represents the Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO"), defendants in the above-captioned matter. We write pursuant to Your Individual Practices in Civil Cases, to alert Your Honor to a pending request that was filed by Martin F. McMahon, former counsel to MWL and IIRO, on January 18, 2018 (ECF No. 3874).

    Although styled a "Notice of Withdrawal as Counsel" on the Court's docket and supported by a "Praecipe Re Withdrawal as Counsel," Mr. McMahon sought an order from the Court for "Martin F. McMahon and Associates [to] be stricken from the record as representing the Muslim World League and International Islamic Relief Organization." *See* Proposed Order, attached to Praecipe Re Withdrawal as Counsel (ECF No. 3874). Since the date of that filing, no party has sought to oppose the requested relief.

    For the sake of good order, we wish to bring to the Court's attention that Mr. McMahon and his former associate, Christopher R. Smith, remains listed as counsel of record for MWL and IIRO, despite the fact that Martin F. McMahon & Associates has not represented MWL or IIRO for many years. *See* Praecipe Re Withdrawal as Counsel (ECF No. 3874) at 1.

    Granting the proposed order attached to Mr. McMahon's filing of January 18, 2018, would permit the removal of Martin F. McMahon & Associates from the record as representing MWL and IIRO. My appearance, along with the appearances of my colleagues, Eric L. Lewis,



Waleed Nassar and Sumayya Khatib, as counsel representing MWL and IIRO would remain unchanged.

    Respectfully submitted,

    /s/ Aisha E. Bembry

    _____
    Aisha E. Bembry
    Lewis Baach Kaufmann Middlemiss PLLC
    1101 New York Avenue, NW, Suite 1000
    Washington, DC  20005
    Phone: 202-833-8900
    Fax: 202-466-5738
    Aisha.Bembry@lbkmlaw.com
    *Counsel for MWL and IIRO*

cc: All Counsel of Record via ECF

---

Mr. McMahon's request to withdraw as counsel of record for the Muslim World League and the International Islamic Relief Organization, see ECF No. 3874, is GRANTED. The Clerk of Court is respectfully directed to remove Martin McMahon as counsel of record for these Defendants.

**SO ORDERED.**

March 1, 2019
New York, New York

    _____
    SARAH NETBURN
    United States Magistrate Judge