USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Parker et al.*

v.

*The Islamic Republic of Iran*

**CERTIFICATE OF MAILING**

Case No.:  __18-cv-11416__ (GBD) (SN)
            03-md-01570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the __27__ day of __February__, 20__19__, I served:

__H.E. Dr. Mohammad Javad Zarif, Foreign Minister, The Ministry of Foreign Affairs for the Islamic Republic of Iran, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran, 1136914811__

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__1__ copy(ies) of the __Notice of Suit with a copy of the Foreign Sovereign Immunites Act attached as an Exhibit, Summons, Complaint and Certification by the Translator (along with the translation of the above documents in Farsi)__

by __Federal Express# 8134 5693 1180__.

Dated: New York, New York
       02/27/2019

RUBY J. KRAJICK
CLERK OF COURT

*Melina Roberts*

Melina Roberts
DEPUTY CLERK

# FedEx International Air Waybill

RETAIN THIS COPY FOR YOUR RECORDS.    RRDA 04/18

**Express**
For FedEx services worldwide. Packages up to 150 lbs. (68 kg), excluding dangerous goods. Not all services and options are available to all destinations.

## 1 From *Please print and press hard.*

Date: 
Sender's FedEx Account Number: 114491306

Sender's Name: 

Company: Baumeister & Samuels, P.C.
Address: 140 B'way 46th Fl
Address: 
City: NY    State/Province: NY    ZIP/Postal Code: 10005
Country: USA
Email Address: 
Internal Billing Reference: 6753-51214  8213-51215

## 2 To

Recipient's Name: H.E. Mohammad Javad Zarif — Foreign Minister
Company: Ministry of Foreign Affairs for the Islamic Republic of Iran
Address: Imam Khomeini Street / Square
City: Tehran    State/Province:    ZIP/Postal Code: 1136914811
Country: Iran
Email Address: 
Recipient's Tax ID Number for Customs Purposes: 

## 3 Shipment Information

Total Packages: 
Total Weight: lbs. / kg
Commodity Description: Legal Documents
Harmonized Code: 
Country of Manufacture: 
Value for Customs: 
Total Declared Value for Carriage: 
Total Value for Customs (Specify Currency): 

Has EEI been filed in AES? ☐ No EEI required, value $2,500 or less per Sch. B Number; no license required (NLR), not subject to ITAR.
☐ No EEI required, enter exemption number:
☐ Yes — Enter AES 4 proof of filing citation:

## 4 Express Package Service

FedEx Tracking Number: 8134 5693 1180   Form ID No. 0402

NOTE: Service order has changed. Please select carefully.

☐ FedEx Intl. First
☐ FedEx Intl. Priority
☒ FedEx Intl. Economy

## 5 Packaging

☒ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ FedEx 10kg Box
☐ FedEx 25kg Box
☐ Other

## 6 Special Handling and Delivery Signature Options

☐ HOLD at FedEx Location
☐ SATURDAY Delivery
☐ Residential Delivery

☒ Direct Signature
☐ Indirect Signature

## 7 Payment

☒ Sender   Acct. No. in Section 1 will be billed.
FedEx Acct. No.: 114491306
☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Cheque

Bill duties and taxes to:
☒ Sender    ☐ Recipient    ☐ Third Party

## 8 Required Signature

Sender's Signature: DM Capone

662

For questions or to ship and track packages, go to fedex.com.
Or in the U.S. call 1.800.GoFedEx 1.800.463.3339.

PART 158410 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. • Non-Negotiable International Air Waybill

PACKAGE LABEL  8134569311B0
COMMERCIAL INVOICE LABEL  8134569311B0
DELIVERY RECORD LABEL  8134569311B0
DELIVERY REATTEMPT LABEL  8134569311B0