UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:
      TERRORIST ATTACKS ON                               1: 03-md-1570-GBD-SN
      SEPTEMBER 11, 2001
------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya, *et al*.,
                           **Plaintiffs,**               1:18-cv-12341-GBD-SN
             **-against-**
ISLAMIC REPUBLIC OF IRAN,
                           **Defendant.**
------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya, *et al*.,
                           **Plaintiffs,**               1:18-cv-12339-GBD-SN
             **-against-**
KINGDOM OF SAUDI ARABIA,
                           **Defendant.**
------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,
                           **Plaintiffs,**
             **-against-**                             1:18-cv-12370-GBD-SN
ISLAMIC REPUBLIC OF IRAN,
                           **Defendant.**
------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,

                         **Plaintiffs,**               1:18-cv-12367-GBD-SN
             **-against-**
KINGDOM OF SAUDI ARABIA,
                           **Defendant.**
------------------------------------------------------------------X

          **APPEARANCE OF COUNSEL – PATRICK J. DONAHUE**

**TO:** The Clerk of Court and all parties of record

I have been admitted Pro Hac Vice in this Court to appear in the above-captioned actions as counsel for all Plaintiffs in the above-captioned actions 18-cv-12339-GBD-SN, 18-cv12341-GBD-SN, 18-cv-12367-GBD-SN, and 18-cv-12370-GBD-SN.

Dated: January 15, 2019

                                                                                                                 By:   /s/ Patrick J. Donahue
                                                                                                                 Patrick J. Donahue
                                                                                                                 Wise & Donahue, PLC
                                                                                                                  18 West Street
                                                                                                                  Annapolis, MD  21401
                                                                                                                  Telephone:  410-280-2023
                                                                                                                  Email:  pjd@wisedonahue.com