UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
**In re:**
      **TERRORIST ATTACKS ON**                          **1: 03-md-1570-GBD-SN**
      **SEPTEMBER 11, 2001**
------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al*.,
                         **Plaintiffs,**                  **1:18-cv-12341-GBD-SN**
                   **-against-**
ISLAMIC REPUBLIC OF IRAN,

                         **Defendant.**
------------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya,
*et al*.,
                         **Plaintiffs,**                  **1:18-cv-12339-GBD-SN**
                   **-against-**
KINGDOM OF SAUDI ARABIA,
                         **Defendant.**
------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,
                         **Plaintiffs,**
                   **-against-**                  **1:18-cv-12370-GBD-SN**
ISLAMIC REPUBLIC OF IRAN,
                         **Defendant.**
------------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,

                         **Plaintiffs,**                  **1:18-cv-12367-GBD-SN**
                   **-against-**
KINGDOM OF SAUDI ARABIA,
                         **Defendant.**
------------------------------------------------------------------X

               **APPEARANCE OF COUNSEL – PATRICK L. ROCCO**

**TO:** The Clerk of Court and all parties of record

2

I am admitted to practice in this Court, and I appear in this case as counsel for all Plaintiffs in the above-captioned actions 18-cv-12339-GBD-SN, 18-cv-12341-GBD-SN, 18-cv-12367-GBD-SN, and 18-cv12370-GBD-SN.

Dated: January 15, 2019

By:   /s/ Patrick L. Rocco
Patrick L. Rocco
Fleischman Bonner & Rocco LLP
565 Fifth Avenue, 7th Floor
New York, New York  10017
Telephone:  908-516-2043
Fax:  908-516-2049
Email:  procco@fbrllp.com