UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) <br> ) Civil Action No. 03 MDL 1570 (GBD) (SN) <br> ) <br> ) |

*This document relates to: All Actions*

**PROPOSED ORDER TO WITHDRAW
BENJAMIN D. MARGO AS ATTORNEY OF RECORD**

Before the Court is the Motion to Withdraw Benjamin D. Margo as Attorney of Record for the Kingdom of Saudi Arabia, filed March 13, 2019.

It is **ORDERED** that Benjamin D. Margo be withdrawn as counsel for the Kingdom of Saudi Arabia in the above-referenced action.

Signed this _____ day of _____ 2019.

_____