UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD) (SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiff's Complaint, as amended:

### As to Plaintiff Name Corrections:

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 2nd Amendment 1:18-cv-05306 | Gallagher-Adams, Suzanne | Gallagher-Adams, Suzanne, ALSO KNOWN AS Adams, Suzanne G. |
| 2. | 1st Amendment 1:18-cv-05306 | Artola, Jennifer Feely | Artola, Jennifer Feely, ALSO KNOWN AS Artola, Jennifer |
| 3. | 1:18-cv-05306 | Haskell-Carbone, Dawn | Haskell-Carbone, Dawn, ALSO KNOWN AS Carbone, Dawn H. |
| 4. | 1:18-cv-05306 | Farino, Mary | Farino, Mary, ALSO KNOWN AS Farino-Thomas, Mary A. |
| 5. | 1:18-cv-05306 | RFF[1] | Audrey Ades, as Natural Guardian of RHSFF, a minor, as surviving child of Paul Friedman |
| 6. | 3rd Amendment 1:18-cv-05306 | Geraghty-Perez, Maureen | Geraghty-Perez, Maureen, ALSO KNOWN AS Geraghty, Maureen |
| 7. | 3rd Amendment 1:18-cv-05306 | Hamdani, Mohammed | Hamdani, Mohammad |

---

[1] Plaintiff's full name was inadvertently included in the initial pleading.

docs-100097208.1

|     | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|-----|-------------|--------------------------|------------------------------|
| 8.  | 4th Amendment 1:18-cv-05306 | Hyland, Cheryl | Hyland, Cheryl, ALSO KNOWN AS Hyland-Martinez, Cheryl |
| 9.  | 1st Amendment 1:18-cv-05306 | Ludvigson, Lauren Feely | Ludvigson, Lauren Feely, ALSO KNOWN AS Ludvigsen, Lauren |
| 10. | 1:18-cv-05306 | Morris Green, Melrose | Morris Green, Melrose, ALSO KNOWN AS Morrison Green, Melrose |
| 11. | 1:18-cv-05306 | Persol-Hodges, Jatair | Persol-Hodges, Jatair, ALSO KNOWN AS Persol, Jatair |

### As to the Plaintiff Whose Claim is Solely as Estate Administrator

|     | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|-----|-------------|--------------------------|------------------------------|
| 1.  | 4th Amendment 1:18-cv-05306 | Houston, Stephanie, individually | **Withdrawn** |

### As to the Plaintiff Whose Claim is Solely in Individual Capacity

|     | Case Number | Plaintiff's Name | Claim as Pled | Claim as Amended |
|-----|-------------|------------------|---------------|------------------|
| 1.  | 1:18-cv-05306 | Costello, Rose | Solatium/Wrongful Death | Solatium |

### As to the Plaintiffs' Whose Relationship to 9/11 Decedent is Incorrectly described:

|     | Case Number | Plaintiff's Name | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
|-----|-------------|------------------|---------------------------------------------------|------------------------------------------------------|
| 1.  | 4th Amendment 1:18-cv-05306 | Bernstein Donati, Robyn | Sister | Daughter |
| 2.  | 1:18-cv-05306 | Costello, Rose | Mother/PR | Mother |
| 3.  | 1st Amendment 1:18-cv-05306 | Doany, Camille | Sister | Brother |
| 4.  | 2nd Amendment 1:18-cv-05306 | Freiman, Michael | Spouse | Brother |

Dated:  New York, New York
            _____, 2019

_____
                                                                                                    *J.*

2