**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re Terrorist Attacks on September 11, 2001         03 MDL 1570 (GBD)(SN)

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al., No. 03-cv-6978*
*Vigilant Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al., No. 03-cv-8591*
*Pacific Employers Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al., No. 04-cv-7216*
*The Underwriting Members of Lloyd's Syndicate 53, et al. v. The Kingdom of Saudi Arabia, et al., No. 17-cv-2129*
*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al., No. 16-cv-07853*
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. The Kingdom of Saudi Arabia, et al., No. 17-cv-7914*

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, William N. Clark, Jr., hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Plaintiffs in the above-captioned litigation and individual cases.

I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  March 19, 2019                              Respectfully submitted,


                                                    */s/ William N. Clark, Jr.*
                                                    William N. Clark, Jr., Esquire
                                                    One Liberty Place
                                                    COZEN O'CONNOR
                                                    1650 Market Street, 28th Floor
                                                    Philadelphia, PA  19103
                                                    Telephone: (215)  665-4101
                                                    Facsimile: (215) 701-2401
                                                    Email: wclark@cozen.com
                                                    *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2019, I caused an electronic copy of the foregoing

Motion for Admission of William N. Clark, Jr., *Pro Hac Vice* to be served electronically by the

Court's Electronic Case Filing (ECF) System. I caused the foregoing to be filed on the MDL

docket.

/s/ *William N. Clark, Jr.*__
William N. Clark, Jr.