UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.*, No. 03-cv-6978
*Vigilant Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al.*, No. 03-cv-8591
*Pacific Employers Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al.*, No. 04-cv-7216
*The Underwriting Members of Lloyd's Syndicate 53, et al. v. The Kingdom of Saudi Arabia, et al.*, No. 17-cv-2129
*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-07853
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. The Kingdom of Saudi Arabia, et al.*, No. 17-cv-7914

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF WILLIAM N. CLARK, JR. *PRO HAC VICE*

I, William N. Clark, Jr., make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel *Pro Hac Vice* for Plaintiffs.

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificates of good standing from the Commonwealth of

1

Pennsylvania and the State of New Jersey are attached.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. §1746 that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated:  March 19, 2019                          Respectfully submitted,

                                        */s/ William N. Clark, Jr.*
                                        William N. Clark, Jr., Esquire
                                        One Liberty Place
                                        COZEN O'CONNOR
                                        1650 Market Street, 28th Floor
                                        Philadelphia, PA  19103
                                        Telephone: (215)  665-4101
                                        Facsimile: (215) 701-2401
                                        Email: wclark@cozen.com
                                        *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2019, I caused an electronic copy of the foregoing Affidavit in Support of Motion for Admission of William N. Clark, Jr., *Pro Hac Vice* to be served electronically by the Court's Electronic Case Filing (ECF) System.  I caused the foregoing to be filed on the MDL docket.

/s/ *William N. Clark, Jr.*
William N. Clark, Jr.