

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*William N. Clark Jr., Esq.*

### DATE OF ADMISSION

*December 8, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: February 27, 2019

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk