UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re Terrorist Attacks on September 11, 2001     03 MDL 1570 (GBD)(SN)

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.*, No. 03-cv-6978
*Vigilant Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al.*, No. 03-cv-8591
*Pacific Employers Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al.*, No. 04-cv-7216
*The Underwriting Members of Lloyd's Syndicate 53, et al. v. The Kingdom of Saudi Arabia, et al.*, No. 17-cv-2129
*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-07853
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. The Kingdom of Saudi Arabia, et al.*, No. 17-cv-7914

**ORDER FOR ADMISSION FOR PRO HAC VICE ON WRITTEN MOTION**

The motion of William N. Clark, Jr. for admission to practice *Pro Hac Vice* in the above-captioned litigation and individual cases is granted.

William N. Clark, Jr. has declared that he is a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey; and that his contact information is as follows:

William N. Clark, Jr.
One Liberty Place
COZEN O'CONNOR
1650 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 665-4101
Facsimile: (215) 701-2401
Email: wclark@cozen.com

William N. Clark, Jr. having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above-captioned litigation and individual cases;

**IT IS HEREBY ORDERED** that William N. Clark, Jr. is admitted to practice *Pro Hac Vice* in the above-captioned litigation and individual cases in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____
SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE