**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)

---

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al., No. 03-cv-6978*
*Vigilant Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al., No. 03-cv-8591*
*Pacific Employers Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al., No. 04-cv-7216*
*The Underwriting Members of Lloyd's Syndicate 53, et al. v. The Kingdom of Saudi Arabia, et al., No. 17-cv-2129*
*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al., No. 16-cv-07853*
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. The Kingdom of Saudi Arabia, et al., No. 17-cv-7914*

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Plaintiffs in the above referenced matters.

Dated:  March 20, 2019                      Respectfully submitted,


                                        */s/ William N. Clark, Jr.*
                                        William N. Clark, Jr., Esquire
                                        One Liberty Place
                                        COZEN O'CONNOR
                                        1650 Market Street, 28th Floor
                                        Philadelphia, PA  19103
                                        Telephone: (215)  665-4101
                                        Facsimile: (215) 701-2401
                                        Email: wclark@cozen.com
                                        *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2019, I caused an electronic copy of the foregoing

Entry of Appearance to be served electronically by the Court's Electronic Case Filing (ECF)

System. I caused the foregoing to be filed on the MDL docket.

/s/ *William N. Clark, Jr.*__
William N. Clark, Jr.