UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiffs in the above-referenced matter, by undersigned counsel and in accordance with F.R.C.P. 15, respectfully request that this Court grant plaintiff's Motion for Leave to Amend to Correct Errors. No adverse parties have appeared in this proceeding, and the Clerk issued a Certificate of Default on January 28, 2019.

In support of this motion, plaintiffs submit the following memorandum of law and a proposed order.

Dated:  March 21, 2019

                                          */s/ Jerry S. Goldman*

                                          ANDERSON KILL P.C.
                                          Jerry S. Goldman, Esq.
                                          Bruce E. Strong
                                          1251 Avenue of the Americas
                                          New York, NY  10020
                                          Tel: 212-278-1000
                                          Fax: 212-278-1733
                                          Email: jgoldman@andersonkill.com

                                          Arthur R. Armstrong, Esq. *(pro hac vice)*
                                          1760 Market Street, Suite 600
                                          Philadelphia, PA  19103
                                          Tel: 267-216-2711
                                          Fax: 215-568-4573
                                          Email: aarmstrong@andersonkill.com

                                          *Attorneys for Plaintiffs*

docs-100104049.1