UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-5321 (GBD)(SN)*

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiff's Complaint, as amended:

**As to Plaintiff Name Corrections:**

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 4th Amendment  18-cv-05321 | Bergen, Quenna | Bergen, Queena |
| 2. | 1:18-cv-05321 | Cobb McLenzie, Jennifer | McKenzie, Jennifer Cobb |
| 3. | 2nd Amendment  18-cv-05321 | Diaz, Ana Sylvia | Diaz, Ana Silvia |
| 4. | 3rd Amendment  18-cv-05321 | VHK[1] | Thomas Knobel, as Natural Guardian of VHK, a minor, as surviving child of Tu-Anh Pham |
| 5. | 5th Amendment 18-cv-05321 | Pavinski, Michele | Flannery, Michele |
| 6. | 1:18-cv-05321 | Horowitz, Jennifer | Horwitz, Jennifer |
| 7. | 2nd Amendment  18-cv-05321 | Oitice Murray, Jessica | Oitice Marrero, Jessica |
| 8. | 1:18-cv-05321 | Parham, Leno | Parham Jr., Leno |
| 9. | 3rd Amendment  18-cv-05321 | Pearlman Mason, Lisa | Pearlman-Mason, Lisa |
| 10. | 3rd Amendment  18-cv-05321 | Perry, Glen Jr. | Perry Jr., Glenn |
| 11. | 4th Amendment  18-cv-05321 | KR[2] | Hopeton Richards, as Natural Guardian of KR, a minor, as surviving child of Venesha Richards |
| 12. | 4th Amendment  18-cv-05321 | Rivera, Carmen | Rivera, Carmen Alvarado |

---

[1] Plaintiff's full name was inadvertently included in the initial pleading.
[2] Plaintiff's full name was inadvertently included in the initial pleading.

|     | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
| --- | --- | --- | --- |
| 13. | 5th Amendment 18-cv-05321 | CR[3] | Sandra Romagnolo, as Natural Guardian of CR, a minor, as surviving child of Joseph M. Romagnolo |
| 14. | 5th Amendment 18-cv-05321 | Roy, Caitlin | Roy, Caitlyn |
| 15. | 1:18-cv-05321 | Russo, Delores | Russo, Dolores |
| 16. | 1:18-cv-05321 | Salomon Macharie, Dania | Salomon Macharie, Dania ALSO KNOWN AS Salomon, Dania |
| 17. | 1:18-cv-05321 | Sanay, Hugo | Sanay Jr., Hugo |
| 18. | 1st Amendment 18-cv-05321 | Murray Waldman, Valerie | Waldman, Valerie J. |
| 19. | 3rd Amendment 18-cv-05321 | Wells, Chin | Wells, Chin Sok |
| 20. | 1:18-cv-05321 | Morris, Horace | Morris, Horace, individually, as surviving spouse of Odessa V. Morris, and as the Personal Representative of the Estate of Odessa V. Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Odessa V. Morris |
| 21. | 1:18-cv-05321 | Morrone, Linda | Morrone, Linda, individually, as surviving spouse of Ferdinand Morrone, and as the Personal Representative of the Estate of Ferdinand Morrone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ferdinand Morrone |
| 22. | 1:18-cv-05321 | Jebrine, George | Jebrine, George, as the Personal Representative of the Estate of Jude Moussa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa |
| 23. | 1:18-cv-05321 | Mowatt, Andrea | Mowatt, Andrea, individually, as surviving parent of Damion Mowatt, and as the Personal Representative of the Estate of Damion Mowatt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Damion Mowatt |
| 24. | 1:18-cv-05321 | Mulligan, Patricia | Mulligan, Patricia, individually, as surviving sibling of Dennis M. Mulligan, and as the Personal Representative of the Estate of Dennis M. Mulligan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis M. Mulligan |

---

[3] Plaintiff's full name was inadvertently included in the initial pleading.

|     | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
|-----|---|---|---|
| 25. | 1:18-cv-05321 | Murray, Michael | Murray, Michael, individually, as surviving child of Valerie V. Murray, and as the Personal Representative of the Estate of Valerie V. Murray, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Valerie V. Murray |
| 26. | 1:18-cv-05321 | Nedd, Roxanne | Nedd, Roxanne, individually, as surviving spouse of Jerome O. Nedd, and as the Personal Representative of the Estate of Jerome O. Nedd, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerome O. Nedd |
| 27. | 1:18-cv-05321 | Nesbitt, Leslie | Nesbitt, Leslie, individually, as surviving sibling of Oscar F. Nesbitt, and as the Personal Representative of the Estate of Oscar F. Nesbitt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Oscar F. Nesbitt |
| 28. | 1:18-cv-05321 | Nevins, Marie | Nevins, Marie, individually, as surviving spouse of Gerard T. Nevins, and as the Personal Representative of the Estate of Gerard T. Nevins, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard T. Nevins |
| 29. | 1:18-cv-05321 | Ngo, Man | Ngo, Man, individually, as surviving spouse of Nancy Yuen Ngo, and as the Personal Representative of the Estate of Nancy Yuen Ngo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Yuen Ngo |
| 30. | 1:18-cv-05321 | Orloske, Duane | Orloske, Duane, individually, as surviving spouse of Margaret Orloske, and as the Personal Representative of the Estate of Margaret Orloske, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Orloske |
| 31. | 1:18-cv-05321 | Ortiz, Illianette | Ortiz, Ilianette, individually, as surviving spouse of David Ortiz, and as the Personal Representative of the Estate of David Ortiz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ortiz |

|     | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
| --- | --- | --- | --- |
| 32. | 1:18-cv-05321 | Fernandez, Maria | Fernandez, Maria, individually, as surviving spouse of Isidro D. Ottenwalder, and as the co-Personal Representative of the Estate of Isidro D. Ottenwalder, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Isidro D. Ottenwalder |
| 33. | 1:18-cv-05321 | Pabon, Karen | Pabon, Karen, individually, as surviving spouse of Israel Pabon, and as the Personal Representative of the Estate of Israel Pabon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Israel Pabon |
| 34. | 1:18-cv-05321 | Patrocino, Sandra | Patrocino, Sandra, individually, as surviving spouse of Manuel D. Patrocino, as the Personal Representative of the Estate of Manuel D. Patrocino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel D. Patrocino |
| 35. | 1:18-cv-05321 | Pearlman, Dorie | Pearlman, Dorie, individually, as surviving parent of Richard A. Pearlman, and as the Personal Representative of the Estate of Richard A. Pearlman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard A. Pearlman |
| 36. | 1:18-cv-05321 | Perez, Mariana Z. | Perez, Mariana Z., individually, as surviving spouse of Alejo Perez, and as the Personal Representative of the Estate of Alejo Perez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejo Perez |
| 37. | 1:18-cv-05321 | Perez, Mario | Perez, Mario, individually, as surviving parent of Nancy E. Perez, and as the Personal Representative of the Estate of Nancy E. Perez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy E. Perez |
| 38. | 1:18-cv-05321 | Perry, Melissa | Perry, Melissa, individually, as surviving child of Emelda Perry, and as the Personal Representative of the Estate of Emelda Perry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emelda Perry |

|     | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
| --- | --- | --- | --- |
| 39. | 1:18-cv-05321 | Perry, Peggy | Perry, Peggy, individually, as surviving spouse of Glenn Perry Sr., and as the Personal Representative of the Estate of Glenn Perry Sr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Perry Sr. |
| 40. | 1:18-cv-05321 | Peterson, Robin | Peterson, Robin, individually, as surviving spouse of William R. Peterson, and as the Personal Representative of the Estate of William R. Peterson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William R. Peterson |
| 41. | 1:18-cv-05321 | Felice, Tara | Felice, Tara, individually, as surviving sibling of Glen Pettit, and as the Personal Representative of the Estate of Glen Pettit, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glen Pettit |
| 42. | 1:18-cv-05321 | Knobel, Thomas | Knobel, Thomas, individually, as surviving spouse of Tu-Anh Pham, and as the Personal Representative of the Estate of Tu-Anh Pham, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tu-Anh Pham |
| 43. | 1:18-cv-05321 | Romero, Adela | Romero, Adela, individually, as surviving parent of Giovanna Porras, and as the Personal Representative of the Estate of Giovanna Porras, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Giovanna Porras |
| 44. | 1:18-cv-05321 | Pugliese, Maureen | Pugliese, Maureen, individually, as surviving spouse of Robert D. Pugliese, and as the Personal Representative of the Estate of Robert D. Pugliese, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. Pugliese |
| 45. | 1:18-cv-05321 | Quappe, Jane | Quappe, Jane, individually, as surviving spouse of Lincoln Quappe, and as the Personal Representative of the Estate of Lincoln Quappe, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lincoln Quappe |

|  | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
|---|---|---|---|
| 46. | 1:18-cv-05321 | Ramsaur, John | Ramsaur, John, individually, as surviving spouse of Deborah Ramsaur, and as the Personal Representative of the Estate of Deborah Ramsaur, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Deborah Ramsaur |
| 47. | 1:18-cv-05321 | Reszke, James | Reszke, James, individually, as surviving spouse of Martha M. Reszke, and as the Personal Representative of the Estate of Martha M. Reszke, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martha M. Reszke |
| 48. | 1:18-cv-05321 | Riccardelli, Theresa | Riccardelli, Theresa, individually, as surviving spouse of Francis Riccardelli, and as the Personal Representative of the Estate of Francis Riccardelli, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis Riccardelli |
| 49. | 1:18-cv-05321 | Keegan, Brian | Keegan, Brian, individually, as surviving child of Eileen M. Rice, and as the co-Personal Representative of the Estate of Eileen M. Rice, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice |
| 50. | 1:18-cv-05321 | Richards, Hopeton | Richards, Hopeton, individually, as surviving spouse of Venesha Richards, and as the Personal Representative of the Estate of Venesha Richards, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Venesha Richards |
| 51. | 1:18-cv-05321 | Rivera Sr., Luis E. | Rivera Sr., Luis E., individually, as surviving spouse of Carmen A. Rivera, and as the Personal Representative of the Estate of Carmen A. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carmen A. Rivera |

docs-100104145.1

|  | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
|---|---|---|---|
| 52. | 1:18-cv-05321 | Rivera, Jose | Rivera, Jose R. ALSO KNOWN AS Rivera, Jose Ramos, individually, as surviving parent of Linda I. Rivera, and as the co-Personal Representative of the Estate of Linda I. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Linda I. Rivera |
| 53. | 1:18-cv-05321 | Romagnolo, Sandra | Romagnolo, Sandra, individually, as surviving spouse of Joseph M. Romagnolo, and as the Personal Representative of the Estate of Joseph M. Romagnolo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph M. Romagnolo |
| 54. | 1:18-cv-05321 | Horwitz, Jennifer | Horwitz, Jennifer, individually, as surviving spouse of Mark L. Rosenberg, and as the Personal Representative of the Estate of Mark L Rosenberg, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark L. Rosenberg |
| 55. | 1:18-cv-05321 | Roy-Christ, Stacey | Roy-Christ, Stacey, individually, as surviving spouse of Timothy A. Roy, and as the Personal Representative of the Estate of Timothy A. Roy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy A. Roy |
| 56. | 1:18-cv-05321 | Hans, Hillary | Hans, Hillary, individually, as surviving sibling of Ronald J. Ruben, and as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben |
| 57. | 1:18-cv-05321 | Ruggiero, Frank | Ruggiero, Frank, individually, as surviving spouse of Susan A. Ruggiero, and as the Personal Representative of the Estate of Susan A. Ruggiero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan A. Ruggiero |

docs-100104145.1

|     | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
| --- | --- | --- | --- |
| 58. |  | Salas, Carlos | Salas, Carlos, individually, as surviving child of Hernando R. Salas, and as the Personal Representative of the Estate of Hernando R. Salas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hernando R. Salas |
| 59. |  | Salie, Haleema | Salie, Haleema, individually, as surviving parent of Rahma Salie, and as the Personal Representative of the Estate of Rahma Salie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rahma Salie |
| 60. |  | Scheffold, Joan | Scheffold, Joan, individually, as surviving spouse of Frederick C. Scheffold, and as the Personal Representative of the Estate of Frederick C. Scheffold, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick C. Scheffold |
| 61. |  | Schlegel, Dawn | Schlegel, Dawn, individually, as surviving spouse of Robert A. Schlegel, and as the Personal Representative of the Estate of Robert A. Schlegel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert A. Schlegel |
| 62. |  | Wells, Norman | Wells, Norman, individually, as surviving parent of Chin Sun Pak Wells, and as the Personal Representative of the Estate of Chin Sun Pak Wells, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Pak Wells |

### As to Decedent Name Corrections:

|     | Case Number | Decedent's Name as Pled | Decedent's Name as Amended |
| --- | --- | --- | --- |
| 1. | 3rd Amendment 18-cv-05321 | Perry, Glen Sr. | Perry Sr., Glenn |
| 2. | 1:18-cv-05321 | Sanchez, Alva Cynthia Jeffries | Jeffries-Sanchez, Alva Cynthia |
| 3. | 1:18-cv-05321 | Pak-Wells, Chin Sun | Wells, Chin Sun Pak |

### As to the Plaintiff Whose Claim is Solely in Individual Capacity

8

|   | Case Number | Plaintiff's Name | Claim as Pled | Claim as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-05321 | Oitice, Samuel | Solatium/Wrongful Death | Solatium |

**As to the Plaintiffs' Whose Relationship to 9/11 Decedent is Incorrectly described:**

|   | Case Number | Plaintiff's Name | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-05321 | Oitice, Samuel | Son/PR | Son |
| 2. | 1:18-cv-05321 | Fernandez, Maria | Spouse/PR | Spouse/co-PR |
| 3. | 1:18-cv-05321 | Perry, Melissa | Mother/PR | Daughter/PR |
| 4. | 4th Amendment 18-cv-05321 | Rodgers, Omar | Sister | Brother |
| 5. | 4th Amendment 18-cv-05321 | Bergen, Lelith | Brother | Mother |

**As to the Decedent Whose Citizenship/Nationality on 9/11 is Incorrectly described:**

|   | Case Number | Decedent's Name | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 as Pled | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-05321 | Sanay, Hugo | United States | Ecuador |

Dated: New York, New York
_____, 2019

_____
                                                                                                *J.*