UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD)(SN)*

### MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO AMEND TO CORRECT ERRORS

Plaintiffs by undersigned counsel submit this Memorandum of Law in Support of Motion for Leave to Amend to Correct Errors, and say:

### BACKGROUND

Plaintiffs are comprised of personal representatives and eligible family members of individuals killed in the terrorist attacks against the United States on September 11, 2001 (the "September 11th Attacks"). The only defendant in this case is Iran. On June 14, 2018, Plaintiffs commenced suit against Iran by the filing of a Complaint. ECF 6.[1] Iran was served on July 20, 2018 pursuant to 1608(a)(4). ECF 25. Iran failed to serve an answer or otherwise file a responsive pleading within sixty (60) days after service, and the Clerk issued a Certificate of Default on January 24, 2019. ECF 54. Plaintiffs have not yet applied for either a finding of liability or a judgment on damages.

Plaintiffs' counsel conducted extensive quality control before filing and has continued its quality control process after filing the Complaint, during which time it has continued to obtain additional information from clients and family members of clients to complete its files. In so doing, counsel has determined that certain minor errors were contained in the Complaint filed in

---

[1] All ECF citations are to the individual docket in *Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD)(SN)*.

the above-referenced matter, such as name misspellings, incorrect states of residence, and certain plaintiffs were incorrectly identified with respect to their relationship to the individual who died in the September 11th Attacks (e.g., a sibling of the victim incorrectly identified as a child). None of the corrections constitute substantial changes that would potentially warrant additional service of an amended pleading on Iran.

Through the instant Motion, Plaintiffs seek to correct such errors before proceeding to default judgment so as to ensure the record is accurate. None of the modifications requested herein affect the substantive claims or relief sought. No new claims are asserted, and no additional plaintiffs have been added. Moreover, because the changes are insubstantial, no additional service on Iran is required.

## ARGUMENT

I.  LEGAL STANDARD

The Federal Rules of Civil Procedure make clear that leave to amend the complaint should be "freely given when justice so requires." Fed. R. Civ. P. 15(a) "This 'permissive standard . . . is consistent with [the] strong preference for resolving disputes on the merits.'" *Media Glow Dig., LLC v. Panasonic Corp. of N. Am.*, 2018 U.S. Dist. LEXIS 207922, at *12 (S.D.N.Y. Dec. 10, 2018) quoting *Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec.*, LLC, 797 F.3d at 190. Leave to amend should only be denied in "instances of futility, undue delay, bad faith or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, or undue prejudice to the non-moving party." *Burch v. Pioneer Credit Recovery, Inc.*, 551 F.3d 122, 126 (2d Cir. 2008). It is well settled that "[d]istrict courts are vested with broad discretion to grant a party leave to amend the pleadings." *Ruggles v. Wellpoint, Inc.*, 687 F. Supp. 2d 30, 33 (N.D.N.Y. 2009).

**A.     Plaintiff's Request for Leave to Amend Should Be Granted Under the Permissive Standard Set Forth In Rule 15(a).**

Here, Plaintiffs only seek to correct what can best be characterized as typographical errors. There are no new claims asserted or any change in the substantive relief sought. Instead, the record will be made to accurately reflect the names, states of residence, and other data of each of the Plaintiffs. Such proposed amendments, as specifically itemized below, clearly do not constitute "instances of futility, undue delay, bad faith or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, or undue prejudice to the non-moving party" and, therefore, should be permitted. *Burch v. Pioneer Credit Recovery, Inc.*, 551 F.3d 122, 126 (2d Cir. 2008).

**i.     Plaintiff Name Corrections:**

The following Plaintiff's names were misspelled, should have included an "also known as" or a "minor" designation, or should have had a more specific Personal Representative designation:

|     | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 4th Amendment  18-cv-05321 | Bergen, Quenna | Bergen, Queena |
| 2. | 1:18-cv-05321 | Cobb McLenzie, Jennifer | McKenzie, Jennifer Cobb |
| 3. | 2nd Amendment  18-cv-05321 | Diaz, Ana Sylvia | Diaz, Ana Silvia |
| 4. | 3rd Amendment  18-cv-05321 | VHK[2] | Thomas Knobel, as Natural Guardian of VHK, a minor, as surviving child of Tu-Anh Pham |
| 5. | 5th Amendment 18-cv-05321 | Pavinski, Michele | Flannery, Michele |
| 6. | 1:18-cv-05321 | Horowitz, Jennifer | Horwitz, Jennifer |
| 7. | 2nd Amendment  18-cv-05321 | Oitice Murray, Jessica | Oitice Marrero, Jessica |
| 8. | 1:18-cv-05321 | Parham, Leno | Parham Jr., Leno |
| 9. | 3rd Amendment  18-cv-05321 | Pearlman Mason, Lisa | Pearlman-Mason, Lisa |
| 10. | 3rd Amendment  18-cv-05321 | Perry, Glen Jr. | Perry Jr., Glenn |
| 11. | 4th Amendment  18-cv-05321 | KR[3] | Hopeton Richards, as Natural Guardian of KR, a minor, as surviving child of Venesha Richards |

---

[2] Plaintiff's full name was inadvertently included in the initial pleading.
[3] Plaintiff's full name was inadvertently included in the initial pleading.

|  | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 12. | 4th Amendment 18-cv-05321 | Rivera, Carmen | Rivera, Carmen Alvarado |
| 13. | 5th Amendment 18-cv-05321 | CR[4] | Sandra Romagnolo, as Natural Guardian of CR, a minor, as surviving child of Joseph M. Romagnolo |
| 14. | 5th Amendment 18-cv-05321 | Roy, Caitlin | Roy, Caitlyn |
| 15. | 1:18-cv-05321 | Russo, Delores | Russo, Dolores |
| 16. | 1:18-cv-05321 | Salomon Macharie, Dania | Salomon Macharie, Dania ALSO KNOWN AS Salomon, Dania |
| 17. | 1:18-cv-05321 | Sanay, Hugo | Sanay Jr., Hugo |
| 18. | 1st Amendment 18-cv-05321 | Murray Waldman, Valerie | Waldman, Valerie J. |
| 19. | 3rd Amendment 18-cv-05321 | Wells, Chin | Wells, Chin Sok |
| 20. | 1:18-cv-05321 | Morris, Horace | Morris, Horace, individually, as surviving spouse of Odessa V. Morris, and as the Personal Representative of the Estate of Odessa V. Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Odessa V. Morris |
| 21. | 1:18-cv-05321 | Morrone, Linda | Morrone, Linda, individually, as surviving spouse of Ferdinand Morrone, and as the Personal Representative of the Estate of Ferdinand Morrone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ferdinand Morrone |
| 22. | 1:18-cv-05321 | Jebrine, George | Jebrine, George, as the Personal Representative of the Estate of Jude Moussa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa |
| 23. | 1:18-cv-05321 | Mowatt, Andrea | Mowatt, Andrea, individually, as surviving parent of Damion Mowatt, and as the Personal Representative of the Estate of Damion Mowatt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Damion Mowatt |
| 24. | 1:18-cv-05321 | Mulligan, Patricia | Mulligan, Patricia, individually, as surviving sibling of Dennis M. Mulligan, and as the Personal Representative of the Estate of Dennis M. Mulligan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis M. Mulligan |

---

[4] Plaintiff's full name was inadvertently included in the initial pleading.

|  | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 25. | 1:18-cv-05321 | Murray, Michael | Murray, Michael, individually, as surviving child of Valerie V. Murray, and as the Personal Representative of the Estate of Valerie V. Murray, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Valerie V. Murray |
| 26. | 1:18-cv-05321 | Nedd, Roxanne | Nedd, Roxanne, individually, as surviving spouse of Jerome O. Nedd, and as the Personal Representative of the Estate of Jerome O. Nedd, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerome O. Nedd |
| 27. | 1:18-cv-05321 | Nesbitt, Leslie | Nesbitt, Leslie, individually, as surviving sibling of Oscar F. Nesbitt, and as the Personal Representative of the Estate of Oscar F. Nesbitt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Oscar F. Nesbitt |
| 28. | 1:18-cv-05321 | Nevins, Marie | Nevins, Marie, individually, as surviving spouse of Gerard T. Nevins, and as the Personal Representative of the Estate of Gerard T. Nevins, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard T. Nevins |
| 29. | 1:18-cv-05321 | Ngo, Man | Ngo, Man, individually, as surviving spouse of Nancy Yuen Ngo, and as the Personal Representative of the Estate of Nancy Yuen Ngo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Yuen Ngo |
| 30. | 1:18-cv-05321 | Orloske, Duane | Orloske, Duane, individually, as surviving spouse of Margaret Orloske, and as the Personal Representative of the Estate of Margaret Orloske, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Orloske |
| 31. | 1:18-cv-05321 | Ortiz, Illianette | Ortiz, Ilianette, individually, as surviving spouse of David Ortiz, and as the Personal Representative of the Estate of David Ortiz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ortiz |

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 32. | 1:18-cv-05321 | Fernandez, Maria | Fernandez, Maria, individually, as surviving spouse of Isidro D. Ottenwalder, and as the co-Personal Representative of the Estate of Isidro D. Ottenwalder, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Isidro D. Ottenwalder |
| 33. | 1:18-cv-05321 | Pabon, Karen | Pabon, Karen, individually, as surviving spouse of Israel Pabon, and as the Personal Representative of the Estate of Israel Pabon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Israel Pabon |
| 34. | 1:18-cv-05321 | Patrocino, Sandra | Patrocino, Sandra, individually, as surviving spouse of Manuel D. Patrocino, as the Personal Representative of the Estate of Manuel D. Patrocino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel D. Patrocino |
| 35. | 1:18-cv-05321 | Pearlman, Dorie | Pearlman, Dorie, individually, as surviving parent of Richard A. Pearlman, and as the Personal Representative of the Estate of Richard A. Pearlman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard A. Pearlman |
| 36. | 1:18-cv-05321 | Perez, Mariana Z. | Perez, Mariana Z., individually, as surviving spouse of Alejo Perez, and as the Personal Representative of the Estate of Alejo Perez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejo Perez |
| 37. | 1:18-cv-05321 | Perez, Mario | Perez, Mario, individually, as surviving parent of Nancy E. Perez, and as the Personal Representative of the Estate of Nancy E. Perez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy E. Perez |
| 38. | 1:18-cv-05321 | Perry, Melissa | Perry, Melissa, individually, as surviving child of Emelda Perry, and as the Personal Representative of the Estate of Emelda Perry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emelda Perry |

docs-100104142.1

|  | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
|---|---|---|---|
| 39. | 1:18-cv-05321 | Perry, Peggy | Perry, Peggy, individually, as surviving spouse of Glenn Perry Sr., and as the Personal Representative of the Estate of Glenn Perry Sr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Perry Sr. |
| 40. | 1:18-cv-05321 | Peterson, Robin | Peterson, Robin, individually, as surviving spouse of William R. Peterson, and as the Personal Representative of the Estate of William R. Peterson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William R. Peterson |
| 41. | 1:18-cv-05321 | Felice, Tara | Felice, Tara, individually, as surviving sibling of Glen Pettit, and as the Personal Representative of the Estate of Glen Pettit, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glen Pettit |
| 42. | 1:18-cv-05321 | Knobel, Thomas | Knobel, Thomas, individually, as surviving spouse of Tu-Anh Pham, and as the Personal Representative of the Estate of Tu-Anh Pham, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tu-Anh Pham |
| 43. | 1:18-cv-05321 | Romero, Adela | Romero, Adela, individually, as surviving parent of Giovanna Porras, and as the Personal Representative of the Estate of Giovanna Porras, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Giovanna Porras |
| 44. | 1:18-cv-05321 | Pugliese, Maureen | Pugliese, Maureen, individually, as surviving spouse of Robert D. Pugliese, and as the Personal Representative of the Estate of Robert D. Pugliese, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. Pugliese |
| 45. | 1:18-cv-05321 | Quappe, Jane | Quappe, Jane, individually, as surviving spouse of Lincoln Quappe, and as the Personal Representative of the Estate of Lincoln Quappe, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lincoln Quappe |

|     | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
| --- | --- | --- | --- |
| 46. | 1:18-cv-05321 | Ramsaur, John | Ramsaur, John, individually, as surviving spouse of Deborah Ramsaur, and as the Personal Representative of the Estate of Deborah Ramsaur, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Deborah Ramsaur |
| 47. | 1:18-cv-05321 | Reszke, James | Reszke, James, individually, as surviving spouse of Martha M. Reszke, and as the Personal Representative of the Estate of Martha M. Reszke, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martha M. Reszke |
| 48. | 1:18-cv-05321 | Riccardelli, Theresa | Riccardelli, Theresa, individually, as surviving spouse of Francis Riccardelli, and as the Personal Representative of the Estate of Francis Riccardelli, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis Riccardelli |
| 49. | 1:18-cv-05321 | Keegan, Brian | Keegan, Brian, individually, as surviving child of Eileen M. Rice, and as the co-Personal Representative of the Estate of Eileen M. Rice, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice |
| 50. | 1:18-cv-05321 | Richards, Hopeton | Richards, Hopeton, individually, as surviving spouse of Venesha Richards, and as the Personal Representative of the Estate of Venesha Richards, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Venesha Richards |
| 51. | 1:18-cv-05321 | Rivera Sr., Luis E. | Rivera Sr., Luis E., individually, as surviving spouse of Carmen A. Rivera, and as the Personal Representative of the Estate of Carmen A. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carmen A. Rivera |

|  | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
|---|---|---|---|
| 52. | 1:18-cv-05321 | Rivera, Jose | Rivera, Jose R. ALSO KNOWN AS Rivera, Jose Ramos, individually, as surviving parent of Linda I. Rivera, and as the co-Personal Representative of the Estate of Linda I. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Linda I. Rivera |
| 53. | 1:18-cv-05321 | Romagnolo, Sandra | Romagnolo, Sandra, individually, as surviving spouse of Joseph M. Romagnolo, and as the Personal Representative of the Estate of Joseph M. Romagnolo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph M. Romagnolo |
| 54. | 1:18-cv-05321 | Horwitz, Jennifer | Horwitz, Jennifer, individually, as surviving spouse of Mark L. Rosenberg, and as the Personal Representative of the Estate of Mark L Rosenberg, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark L. Rosenberg |
| 55. | 1:18-cv-05321 | Roy-Christ, Stacey | Roy-Christ, Stacey, individually, as surviving spouse of Timothy A. Roy, and as the Personal Representative of the Estate of Timothy A. Roy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy A. Roy |
| 56. | 1:18-cv-05321 | Hans, Hillary | Hans, Hillary, individually, as surviving sibling of Ronald J. Ruben, and as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben |
| 57. | 1:18-cv-05321 | Ruggiero, Frank | Ruggiero, Frank, individually, as surviving spouse of Susan A. Ruggiero, and as the Personal Representative of the Estate of Susan A. Ruggiero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan A. Ruggiero |

docs-100104142.1

|     | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
| --- | --- | --- | --- |
| 58. |     | Salas, Carlos | Salas, Carlos, individually, as surviving child of Hernando R. Salas, and as the Personal Representative of the Estate of Hernando R. Salas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hernando R. Salas |
| 59. |     | Salie, Haleema | Salie, Haleema, individually, as surviving parent of Rahma Salie, and as the Personal Representative of the Estate of Rahma Salie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rahma Salie |
| 60. |     | Scheffold, Joan | Scheffold, Joan, individually, as surviving spouse of Frederick C. Scheffold, and as the Personal Representative of the Estate of Frederick C. Scheffold, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick C. Scheffold |
| 61. |     | Schlegel, Dawn | Schlegel, Dawn, individually, as surviving spouse of Robert A. Schlegel, and as the Personal Representative of the Estate of Robert A. Schlegel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert A. Schlegel |
| 62. |     | Wells, Norman | Wells, Norman, individually, as surviving parent of Chin Sun Pak Wells, and as the Personal Representative of the Estate of Chin Sun Pak Wells, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Pak Wells |

ii.  **Decedent Name Corrections:**

The following Decedent's names were misspelled or should have included an "also known as" or a "minor" designation:

|     | Case Number | Decedent's Name as Pled | Decedent's Name as Amended |
| --- | --- | --- | --- |
| 1. | 3rd Amendment 18-cv-05321 | Perry, Glen Sr. | Perry Sr., Glenn |
| 2. | 1:18-cv-05321 | Sanchez, Alva Cynthia Jeffries | Jeffries-Sanchez, Alva Cynthia |
| 3. | 1:18-cv-05321 | Pak-Wells, Chin Sun | Wells, Chin Sun Pak |

10

### iii. Plaintiff Whose Claim is Solely in Individual Capacity

The following Plaintiff has only a solatium claim and is not the administrator of an estate.

|    | Case Number | Plaintiff's Name | Claim as Pled | Claim as Amended |
|----|-------------|------------------|---------------|------------------|
| 1. | 1:18-cv-05321 | Oitice, Samuel | Solatium/Wrongful Death | Solatium |

### iv. Plaintiffs' Whose Relationship to 9/11 Decedent is Incorrectly described:

The familial relationship to the 9/11 Decedent of the following Plaintiffs was incorrectly described:

|    | Case Number | Plaintiff's Name | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
|----|-------------|------------------|---------------------------------------------------|------------------------------------------------------|
| 1. | 1:18-cv-05321 | Oitice, Samuel | Son/PR | Son |
| 2. | 1:18-cv-05321 | Fernandez, Maria | Spouse/PR | Spouse/co-PR |
| 3. | 1:18-cv-05321 | Perry, Melissa | Mother/PR | Daughter/PR |
| 4. | 4th Amendment 18-cv-05321 | Rodgers, Omar | Sister | Brother |
| 5. | 4th Amendment 18-cv-05321 | Bergen, Lelith | Brother | Mother |

### v. Decedent Whose Citizenship/Nationality on 9/11 is Incorrectly described:

The Decedent's Citizenship/Nationality on 9/11 of the following Plaintiffs was incorrectly described:

|    | Case Number | Decedent's Name | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 as Pled | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 as Amended |
|----|-------------|-----------------|-------------------------------------------------------------|----------------------------------------------------------------|
| 1. | 1:18-cv-05321 | Sanay, Hugo | United States | Ecuador |

### B. No Additional Service Is Required Because The Changes Contained In The Amended Pleadings Are Insubstantial.

In this case, Plaintiffs properly served Iran in accordance with the Foreign Sovereign Immunities Act and, after Iran failed to timely respond, the Clerk of Court issued a Certificate of Default. *See* ECF 54. Plaintiffs now seek to make the aforementioned corrections, which are insubstantial. It is well settled that no additional service is required under these circumstances: "Where a plaintiff serves a complaint on a foreign state defendant under the FSIA, the foreign state defaults, and then the plaintiff files an amended complaint, service of the new complaint is only necessary if the changes are 'substantial.'" *Shoham v. Islamic Republic of Iran*, 922 F. Supp. 2d 44, 47 (D.D.C. 2013) *citing, Belkin v. Islamic Republic of Iran*, 667 F. Supp. 2d 8, 20 (D.D.C. 2009) ("Service of the original complaint was effected on all three Defendants under 28 U.S.C. § 1608(a)(4). Plaintiff did not serve the amended complaint on defendants. Where changes made in an amended complaint are 'not substantial,' the requirement of Rule 5(a)(2) of the Federal Rules of Civil Procedure that a pleading that states a new claim for relief against a party in default must be served on that party is not applicable."); *Blais v. Islamic Republic of Iran*, 459 F. Supp. 2d 40, 46 (D.D.C. 2006) ("Even were these changes characterized as substantive Iran, the MOIS and the IRGC had fair notice of the allegations and relief sought, because the changes to the third amended complaint were not substantial. …Accordingly, this Court will not require plaintiff to serve the amended complaint."); *Dammarell v. Islamic Republic of Iran*, 370 F. Supp. 2d 218, 225 (D.D.C. 2005) ("[S]ection 1608 is inapplicable in the setting where the defendant foreign state has failed to appear, and is therefore in default, and where an amendment does not add any claims but instead clarifies existing claims.")

In this case, the Plaintiffs only seeks to correct typographical errors and certain inaccuracies regarding the relationship of the Plaintiff to the September 11th decedent, or to

otherwise clarify the record. Because these changes are insubstantial, no additional service of the amended pleadings should be required.

## CONCLUSION

The corrections requested by Plaintiffs are clerical in nature and serve to clarify the record. They do not affect the substance of any claims made in the above-referenced action. Moreover, the corrections are necessary to the administration of justice insomuch as not making them will potentially affect the rights of the incorrectly identified plaintiffs to enforce and collect on any judgment this Court enters in their favor. For the foregoing reasons, Plaintiffs respectfully request that this Court permit the proposed amendments without requiring service on Iran.

Dated: March 22, 2019

*/s/ Jerry S. Goldman*

ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong
1251 Avenue of the Americas
New York, NY  10020
Tel: 212-278-1000
Fax: 212-278-1733
Email: jgoldman@andersonkill.com

Arthur R. Armstrong, Esq. *(pro hac vice)*
1760 Market Street, Suite 600
Philadelphia, PA  19103
Tel: 267-216-2711
Fax: 215-568-4573
Email: aarmstrong@andersonkill.com

*Attorneys for Plaintiffs*