UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br> TERRORIST ATTACKS ON <br> SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN) <br> ECF Case |

This document relates to all actions.

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew M. Duffy, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant The Kingdom of Saudi Arabia in the above-captioned litigation and individual cases.

I am a member in good standing of the Bars of the District of Columbia and the State of Indiana and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Attached hereto is an affidavit in compliance with Local Rule 1.3.

Dated: March 22, 2019

Respectfully submitted,

*/s/ Matthew, M. Duffy*
Matthew M. Duffy
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7922
Facsimile: (202) 326-7999
mduffy@kellogghansen.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2019, I caused an electronic copy of the foregoing Motion For Admission Of Matthew M. Duffy *Pro Hac Vice* to be served electronically by the Court's Electronic Case Filing (ECF) System. I caused the foregoing to be filed on the MDL docket.

Dated: March 22, 2019                                              Respectfully submitted,

                                                               */s/ Matthew M. Duffy*
                                                               Matthew M. Duffy