

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Matthew M Duffy*

was duly qualified and admitted on **July 8, 2016** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 19, 2019.

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# SUPREME COURT OF
# THE STATE OF INDIANA



*Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

### MATTHEW MICHAEL DUFFY

is a member of the bar of said Court since admission on __October 30, 2013__, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this __18th__ day of __March__, 20__19__.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA