## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD)(SN)*

## NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiffs in the above-referenced matter, by undersigned counsel and in accordance with F.R.C.P. 15, respectfully request that this Court grant plaintiff's Motion for Leave to Amend to Correct Errors. No adverse parties have appeared in this proceeding, and the Clerk issued a Certificate of Default on January 24, 2019.

In support of this motion, plaintiffs submit the following memorandum of law and a proposed order.

Dated: March 27, 2019

                                         */s/ Jerry S. Goldman*

                                         ANDERSON KILL P.C.
                                         Jerry S. Goldman, Esq.
                                         Bruce E. Strong
                                         1251 Avenue of the Americas
                                         New York, NY  10020
                                         Tel: 212-278-1000
                                         Fax: 212-278-1733
                                         Email: jgoldman@andersonkill.com

                                         Arthur R. Armstrong, Esq. *(pro hac vice)*
                                         1760 Market Street, Suite 600
                                         Philadelphia, PA  19103
                                         Tel: 267-216-2711
                                         Fax: 215-568-4573
                                         Email: aarmstrong@andersonkill.com

                                         *Attorneys for Plaintiffs*