UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-5331 (GBD)(SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiff's Complaint, as amended:

**As to Plaintiff Name Corrections:**

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 1st Amendment 18-cv-05331 | Simon, Berardi Jennifer | Berardi, Jennifer Simon |
| 2. | 3rd Amendment 18-cv-05331 | Smith, Patricia | Smith, Patricia Mary |
| 3. | 1st Amendment 18-cv-05331 | Sorresse, Leonard | Sorresse, Jr., Leonard M. |
| 4. | 1st Amendment 18-cv-05331 | Sorresse, Sr., Leonard | Sorresse, Sr., Leonard M. |
| 5. | 2nd Amendment 18-cv-05331 | Stephens Cobb, Barbara | Stephens-Cobb, Barbara |
| 6. | 1:18-cv-05331 | Strauss, Jean | Strauss, Jean<br>ALSO KNOWN AS<br>Strauss, Jeannie |
| 7. | 3rd Amendment 18-cv-05331 | Watson, Kenneth | Watson, Jr., Kenneth |
| 8. | 1:18-cv-05331 | Wollen, Saundra | Woolen, Saundra Faye |
| 9. | 3rd Amendment 18-cv-05331 | Young, Stephen | Young, Stephan |
| 10. | 1:18-cv-05331 | Schlissel, Laurence | Schlissel, Laurence, individually, as surviving sibling of Jon S. Schlissel, and as the Personal Representative of the Estate of Jon S. Schlissel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jon S. Schlissel |

|  | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 11. | 1:18-cv-05331 | Laspa, Jude | Laspa, Jude, individually, as surviving sibling of Susan Lee Schuler, and as the Personal Representative of the Estate of Susan Lee Schuler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan Lee Schuler |
| 12. | 1:18-cv-05331 | Shajahan, Mansura | Shajahan, Mansura, individually, as surviving spouse of Mohammed Shajahan, and as the Personal Representative of the Estate of Mohammed Shajahan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed Shajahan |
| 13. | 1:18-cv-05331 | Clarke, Eloise | Clarke, Eloise, individually, as surviving parent of Antionette Sherman, and as the Personal Representative of the Estate of Antionette Sherman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antionette Sherman |
| 14. | 1:18-cv-05331 | Smith Pusey, Marilyn | Smith Pusey, Marilyn, individually, as surviving spouse of Leon Smith, and as the Personal Representative of the Estate of Leon Smith, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leon Smith |
| 15. | 1:18-cv-05331 | Smith, James | Smith, James, individually, as surviving spouse of Moira A. Smith, as the Personal Representative of the Estate of Moira A. Smith, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Moira A. Smith |
| 16. | 1:18-cv-05331 | Ricciardelli, Catherine | Ricciardelli, Catherine, individually, as surviving spouse of Michael C. Sorresse, and as the Personal Representative of the Estate of Michael C. Sorresse, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael C. Sorresse |
| 17. | 1:18-cv-05331 | Carroll, David | Carroll, David, individually, as surviving spouse of Patricia J. Statz, and as the Personal Representative of the Estate of Patricia J. Statz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia J. Statz |

|  | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
|---|---|---|---|
| 18. | 1:18-cv-05331 | Stephens, Torrass | Allen-Stephens, Torrass M. ALSO KNOWN AS Allen, Torrass Martez, individually, as surviving child of Edna L. Stephens, and as the Personal Representative of the Estate of Edna L. Stephens, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna L. Stephens |
| 19. | 1:18-cv-05331 | Stoller, Trudy | Stoller, Trudy, individually, as surviving spouse of Sanford M. Stoller, and as the Personal Representative of the Estate of Sanford M. Stoller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sanford M. Stoller |
| 20. | 1:18-cv-05331 | Shirolkar, Pallavi | Shirolkar, Pallavi, individually, as surviving spouse of Harshad S. Thatte , and as the Personal Representative of the Estate of Harshad S. Thatte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harshad S. Thatte |
| 21. | 1:18-cv-05331 | Thompson, Kathleen | Thompson, Kathleen, individually, as surviving spouse of Brian T. Thompson, and as the Personal Representative of the Estate of Brian T. Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian T. Thompson |
| 22. | 1:18-cv-05331 | Thompson, Doreen | Thompson, Doreen, individually, as surviving parent of Vanavah Thompson, and as the Personal Representative of the Estate of Vanavah Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanavah Thompson |
| 23. | 1:18-cv-05331 | Traina, Teresa | Traina, Teresa, individually, as surviving parent of Christopher M. Traina, and as the Personal Representative of the Estate of Christopher M. Traina, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher M. Traina |

|     | Case Number    | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
| --- | -------------- | ------------------------ | --------------------------- |
| 24. | 1:18-cv-05331  | Corio, Theresa           | Corio, Theresa, individually, as surviving sibling of Diane M. Urban, and as the Personal Representative of the Estate of Diane M. Urban, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane M. Urban |
| 25. | 1:18-cv-05331  | Van Hine, Ann            | Van Hine, Ann, individually, as surviving spouse of Richard B. Van Hine, and as the Personal Representative of the Estate of Richard B. Van Hine, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard B. Van Hine |
| 26. | 1:18-cv-05331  | Vola, Clotilda           | Vola, Clotilda, individually, as surviving sibling of Maria P. Vola, as the Personal Representative of the Estate of Maria P. Vola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria P. Vola |
| 27. | 1:18-cv-05331  | Wagner, Kim              | Wagner, Kim, individually, as surviving sibling of Karen J. Wagner, and as the Personal Representative of the Estate of Karen J. Wagner, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Karen J. Wagner |
| 28. | 1:18-cv-05331  | Treble, Andrea           | Treble, Andrea, individually, as surviving sibling of Gabriela Waisman, and as the Personal Representative of the Estate of Gabriela Waisman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gabriela Waisman |
| 29. | 1:18-cv-05331  | Wald Clemento, Rebecca   | Wald Clemento, Rebecca, individually, as surviving spouse of Victor Wald, and as the Personal Representative of the Estate of Victor Wald, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Victor Wald |
| 30. | 1:18-cv-05331  | Watson, Susan            | Watson, Susan, individually, as surviving spouse of Kenneth Watson, and as the Personal Representative of the Estate of Kenneth Watson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Watson |

docs-100107334.1

|     | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
| --- | --- | --- | --- |
| 31. | 1:18-cv-05331 | White, Enid | White, Enid, individually, as surviving spouse of John White, and as the Personal Representative of the Estate of John White, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John White |
| 32. | 1:18-cv-05331 | Higgins, Wakeland | Higgins, Wakeland, individually, as surviving spouse of Malissa White, and as the Personal Representative of the Estate of Malissa White, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Malissa White |
| 33. | 1:18-cv-05331 | Wong, Eddie | Wong, Eddie, individually, as surviving child of Yuk Ping Wong, and as the Personal Representative of the Estate of Yuk Ping Wong, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yuk Ping Wong |
| 34. | 1:18-cv-05331 | Chowdhury, Sharif | Chowdhury, Sharif, individually, as surviving parent of Shakila Yasmin, and as the Personal Representative of the Estate of Shakila Yasmin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin |
| 35. | 1:18-cv-05331 | Young, Marvene | Young, Marvene, individually, as surviving sibling of Edmond G. Young Jr., and as the Personal Representative of the Estate of Edmond G. Young Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edmond G. Young Jr. |
| 36. | 1:18-cv-05331 | Zelmanowitz, Jack | Zelmanowitz, Jack, individually, as surviving sibling of Abraham Zelmanowitz , and as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abraham Zelmanowitz |

**As to Decedent Name Corrections:**

|     | Case Number | Decedent's Name as Pled | Decedent's Name as Amended |
| --- | --- | --- | --- |
| 1.  | 1:18-cv-05331; 1st Amendment 18-cv-05331 | Sherman, Antoinette | Sherman, Antionette |

5

| | | | |
|---|---|---|---|
| 2. | 1:18-cv-05331; 2nd Amendment 18-cv-05331 | Stoller, Stanford M. | Stoller, Sanford M. |

### As to the Plaintiffs Whose Claim is Solely in Individual Capacity

| | Case Number | Plaintiff's Name | Claim as Pled | Claim as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-05331 | Simon, Stanley | Solatium/Wrongful Death | Solatium |
| 2. | 1:18-cv-05331 | Youmans, William | Solatium/Wrongful Death | Solatium |

### As to the Plaintiffs Whose Relationship to 9/11 Decedent is Incorrectly described:

| | Case Number | Plaintiff's Name | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-05331 | Simon, Stanley | Brother/PR | Brother |
| 2. | 1:18-cv-05331 | Chowdhury, Sharif | Father/PR | Father/co-PR |
| 3. | 1:18-cv-05331 | Youmans, William | Brother/PR | Brother |
| 4. | 1:18-cv-05331 | Young, Marvene | Brother/PR | Sister/PR |

### As to the Plaintiffs Whose State of Residency at Filing is Incorrectly described:

| | Case Number | Plaintiff's Name | State of Residency at Filing as Pled | State of Residency at Filing as Amended |
|---|---|---|---|---|
| 1. | 2nd Amendment 18-cv-05331 | Stoller, Glen | NJ | ME |
| 2. | 1:18-cv-05331 | Chowdhury, Sharif | Dhaka, Bangladesh | VA |

### As to the Plaintiff Whose Citizenship/Nationality on 9/11 is Incorrectly described:

| | Case Number | Plaintiff's Name | Plaintiff's Citizenship/ Nationality on 9/11/01 as Pled | Plaintiff's Citizenship/ Nationality on 9/11/01 as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-05331 | Shajahan, Mansura | United States | Bangladesh |

docs-100107334.1

**As to Decedent's Whose Citizenship/Nationality on 9/11 is Incorrectly described:**

|  | Case Number | Plaintiff's Name | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 as Pled | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-05331; 1st Amendment 18-cv-05331 | Shajahan, Mansura | United States | Bangladesh |

Dated:  New York, New York
             _____, 2019

                                                                                    _____
                                                                                                                              *J.*