**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.*, No. 03-cv-6978
*Vigilant Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al.*, No. 03-cv-8591
*Pacific Employers Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al.*, No. 04-cv-7216
*The Underwriting Members of Lloyd's Syndicate 53, et al. v. The Kingdom of Saudi Arabia, et al.*, No. 17-cv-2129
*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-07853
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. The Kingdom of Saudi Arabia, et al.*, No. 17-cv-7914

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Abby J. Sher, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Plaintiffs in the above-captioned litigation and individual cases.

I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  April 2, 2019	Respectfully submitted,

               */s/ Abby J. Sher*_____
               Abby J. Sher., Esquire
               COZEN O'CONNOR
               One Liberty Place
               1650 Market Street, 28th Floor
               Philadelphia, PA  19103
               Telephone: (215) 665-5558
               Facsimile: (215) 372-2358
               Email: Asher@cozen.com
               *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2019, I caused an electronic copy of the foregoing Motion for Admission of Abby J. Sher *Pro Hac Vice* to be served electronically by the Court's Electronic Case Filing (ECF) System. I caused the foregoing to be filed on the MDL docket.

Respectfully submitted,

/s/ *Abby J. Sher*__
Abby J. Sher