

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### Abby Jennifer Sher, Esq.

#### DATE OF ADMISSION

#### October 27, 2010

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 15, 2019

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk