UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.*, No. 03-cv-6978
*Vigilant Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al.*, No. 03-cv-8591
*Pacific Employers Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al.*, No. 04-cv-7216
*The Underwriting Members of Lloyd's Syndicate 53, et al. v. The Kingdom of Saudi Arabia, et al.*, No. 17-cv-2129
*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-07853
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. The Kingdom of Saudi Arabia, et al.*, No. 17-cv-7914

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF JAMES D. SCHULTZ PRO HAC VICE

I, James D. Schultz, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel *Pro Hac Vice* for Plaintiffs.

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificates of good standing from the Commonwealth of

1

Pennsylvania and the State of New Jersey are attached.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. §1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Respectfully submitted,

*/s/ James D. Schultz*
James D. Schultz, Esquire
COZEN O'CONNOR
One Liberty Place
1650 Market Street, 28th Floor
Philadelphia, PA  19103
Telephone: (215) 665-5558
Facsimile: (215) 372-2358
Email: JDSchultz@cozen.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2019, I caused an electronic copy of the foregoing Affidavit in Support of Motion for Admission of James D. Schultz, *Pro Hac Vice* to be served electronically by the Court's Electronic Case Filing (ECF) System. I caused the foregoing to be filed on the MDL docket.

        Respectfully submitted,

        /s/ *James D. Schultz*
        James D. Schultz