

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*James David Schultz, Esq.*

DATE OF ADMISSION

*April 26, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  March 15, 2019

Patricia A. Johnson
Chief Clerk