USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/04/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:
Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 18-cv-05306 (GBD) (SN) (S.D.N.Y.)

## ORDER

On March 15, 2019, Plaintiffs filed a motion for leave to amend. Plaintiffs' motion is GRANTED. The corrections identified below are deemed made to Plaintiff's Complaint and Notice of Amendments. Because the alterations are insubstantial — and because Plaintiffs have properly served Defendant in accordance with the Foreign Sovereign Immunities Act and obtained a Certificate of Default — Plaintiffs are not required to serve the amended pleadings. See Shoham v. Islamic Republic of Iran, 922 F. Supp. 2d 44, 47 (D.D.C. 2013) (citations omitted).

The Clerk of the Court is directed to terminate the motions at ECF No. 4441 (03-MDL-01570) and ECF No. 57 (18-CV-05306).

**As to Plaintiff Name Corrections:**

|   | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 2nd Amendment 1:18-cv-05306 | Gallagher-Adams, Suzanne | Gallagher-Adams, Suzanne,<br>ALSO KNOWN AS<br>Adams, Suzanne G. |
| 2. | 1st Amendment 1:18-cv-05306 | Artola, Jennifer Feely | Artola, Jennifer Feely,<br>ALSO KNOWN AS<br>Artola, Jennifer |
| 3. | 1:18-cv-05306 | Haskell-Carbone, Dawn | Haskell-Carbone, Dawn,<br>ALSO KNOWN AS<br>Carbone, Dawn H. |
| 4. | 1:18-cv-05306 | Farino, Mary | Farino, Mary,<br>ALSO KNOWN AS<br>Farino-Thomas, Mary A. |
| 5. | 1:18-cv-05306 | RFF | Audrey Ades, as Natural Guardian of RHSFF, a minor, as surviving child of Paul Friedman |
| 6. | 3rd Amendment 1:18-cv-05306 | Geraghty-Perez, Maureen | Geraghty-Perez, Maureen,<br>ALSO KNOWN AS<br>Geraghty, Maureen |
| 7. | 3rd Amendment 1:18-cv-05306 | Hamdani, Mohammed | Hamdani, Mohammad |

|     | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
| --- | --- | --- | --- |
| 8.  | 4th Amendment 1:18-cv-05306 | Hyland, Cheryl | Hyland, Cheryl, ALSO KNOWN AS Hyland-Martinez, Cheryl |
| 9.  | 1st Amendment 1:18-cv-05306 | Ludvigson, Lauren Feely | Ludvigson, Lauren Feely, ALSO KNOWN AS Ludvigsen, Lauren |
| 10. | 1:18-cv-05306 | Morris Green, Melrose | Morris Green, Melrose, ALSO KNOWN AS Morrison Green, Melrose |
| 11. | 1:18-cv-05306 | Persol-Hodges, Jatair | Persol-Hodges, Jatair, ALSO KNOWN AS Persol, Jatair |

### As to the Plaintiff Whose Claim is Solely as Estate Administrator

|     | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
| --- | --- | --- | --- |
| 1.  | 4th Amendment 1:18-cv-05306 | Houston, Stephanie, individually | **Withdrawn** |

### As to the Plaintiff Whose Claim is Solely in Individual Capacity

|     | Case Number | Plaintiff's Name | Claim as Pled | Claim as Amended |
| --- | --- | --- | --- | --- |
| 1.  | 1:18-cv-05306 | Costello, Rose | Solatium/Wrongful Death | Solatium |

### As to the Plaintiffs' Whose Relationship to 9/11 Decedent is Incorrectly described:

|     | Case Number | Plaintiff's Name | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
| --- | --- | --- | --- | --- |
| 1.  | 4th Amendment 1:18-cv-05306 | Bernstein Donati, Robyn | Sister | Daughter |
| 2.  | 1:18-cv-05306 | Costello, Rose | Mother/PR | Mother |
| 3.  | 1st Amendment 1:18-cv-05306 | Doany, Camille | Sister | Brother |
| 4.  | 2nd Amendment 1:18-cv-05306 | Freiman, Michael | Spouse | Brother |

**SO ORDERED.**

April 4, 2019
New York, New York

SARAH NETBURN
United States Magistrate Judge