USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/04/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:

Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-5320 (GBD)(SN) (S.D.N.Y.)

## ORDER

On March 21, 2019, Plaintiffs filed a motion for leave to amend. Plaintiffs' motion is GRANTED. The corrections identified below are deemed made to Plaintiff's Complaint and Notice of Amendments. Because the alterations are insubstantial — and because Plaintiffs have properly served Defendant in accordance with the Foreign Sovereign Immunities Act and obtained a Certification of Default — Plaintiffs are not required to serve the amended pleadings. See Shoham v. Islamic Republic of Iran, 922 F. Supp. 2d 44, 47 (D.D.C. 2013) (citations omitted).

The Clerk of the Court is directed to terminate the motions at ECF No. 4448 (03-MDL-01570) and ECF No. 57 (18-CV-05320).

**As to Plaintiff Name Corrections:**

|   | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 4th Amendment 1:18-cv-05320 | Akinshara, Monica | Akinshara, Monica <br> ALSO KNOWN AS <br> Akinshara, Delores |
| 2. | 1st Amendment 1:18-cv-05320 | Aldridge, Delores | Aldridge, Delores <br> ALSO KNOWN AS <br> Delores Aldridge Essuon |
| 3. | 1st Amendment 1:18-cv-05320 | Callori-Amatuccio, Antoinette | Callori, Antoinette R. <br> ALSO KNOWN AS <br> Amatuccio, Antoinette |
| 4. | 1st Amendment 1:18-cv-05320 | Asaro, Philip | Asaro, Phillip |
| 5. | 2nd Amendment 1:18-cv-05320 | Barnes-Robinson, Zulemana | Barnes-Robinson, Zulema |
| 6. | 1:18-cv-05320 | Biggart, Margaret | Biggart, Margaret <br> ALSO KNOWN AS <br> Burke, Margaret |

|  | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 7. | 1:18-cv-05320 | Carter-Perry, Freddye | Carter-Perry, Freddye ALSO KNOWN AS Carter-Perry, Freddye Jean |
| 8. | 3rd Amendment 1:18-cv-05320 | Chada-Merritt, Tammy M. | Merritt, Tammy Marie ALSO KNOWN AS Merritt, Tammy Marie Chada |
| 9. | 1:18-cv-05320 | Colon-Concepcion, Juana | Colon, Juana |
| 10. | 1:18-cv-05320 | Hornback, Michele L. | Hornback, Michelle L. |
| 11. | 4th Amendment 1:18-cv-05320 | DeConto-LeBlanc, Marie | LeBlanc, Marie DeConto |
| 12. | 3rd Amendment 1:18-cv-05320 | Marisay, Robert | Marisay Jr., Robert E. |
| 13. | 3rd Amendment 1:18-cv-05320 | Alexander-McGee, Linda | McGee, Linda |
| 14. | 1:18-cv-05320 | Reoch-Moriarty, Karen | Reoch, Karen Ann |
| 15. | 3rd Amendment 1:18-cv-05320 | Rivera Sr., Urial | Rivera Sr., Uriel |
| 16. | 3rd Amendment 1:18-cv-05320 | Rivera Jr., Urial | Rivera Jr., Uriel |
| 17. | 1:18-cv-05320 | Sufilka, Erika | Sufilka, Erika ALSO KNOWN AS Sufilka, Erika C. |
| 18. | 1:18-cv-05320 | Allen, Denise | Allen, Denise, individually, as surviving parent of Richard L. Allen, and as the Personal Representative of the Estate of Richard L. Allen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard L. Allen |
| 19. | 1:18-cv-05320 | Alonso, Robert C. | Alonso, Robert C., individually, as surviving spouse of Janet Alonso, and as the Personal Representative of the Estate of Janet Alonso, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Janet Alonso |
| 20. | 1:18-cv-05320 | Amatuccio, Debra | Amatuccio, Debra, individually, as surviving spouse of Joseph Amatuccio, and as the Personal Representative of the Estate of Joseph Amatuccio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Amatuccio |
| 21. | 1:18-cv-05320 | Asaro, Heloiza | Asaro, Heloiza, individually, as surviving spouse of Carl Asaro, and as the Personal Representative of the Estate of Carl Asaro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl Asaro |

|  | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 22. | 1:18-cv-05320 | Audiffred, Robin | Audiffred, Robin, individually, as surviving spouse of James Audiffred, and as the Personal Representative of the Estate of James Audiffred, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Audiffred |
| 23. | 1:18-cv-05320 | Baierwalter, Laura | Baierwalter, Laura individually, as surviving spouse of Robert J. Baierwalter, and as the Personal Representative of the Estate of Matthew Barnes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert J. Baierwalter |
| 24. | 1:18-cv-05320 | Barnes-Ford, Susan | Barnes-Ford, Susan, individually, as surviving spouse of Matthew Barnes, and as the Personal Representative of the Estate of Matthew Barnes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Barnes |
| 25. | 1:18-cv-05320 | Barnes, Ricardo | Barnes, Ricardo, individually, as surviving spouse of Shelia P. Barnes, and as the Personal Representative of the Estate of Shelia P. Barnes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shelia P. Barnes |
| 26. | 1:18-cv-05320 | Boccardi, Carol | Boccardi, Carol, individually, as surviving parent of Michael A. Boccardi, and as the co-Personal Representative of the Estate of Michael A. Boccardi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael A. Boccardi |
| 27. | 1:18-cv-05320 | Boccardi, Michael | Boccardi, Michael, individually, as surviving parent of Michael A. Boccardi, and as the co-Personal Representative of the Estate of Michael A. Boccardi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael A. Boccardi |
| 28. | 1:18-cv-05320 | Bowen, Eugene | Bowen, Eugene, individually, as surviving spouse of Donna Bowen, and as the Personal Representative of the Estate of Donna Bowen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Bowen |

|  | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
| --- | --- | --- | --- |
| 29. | 1:18-cv-05320 | Buck, Laura | Buck, Laura, individually, as surviving child of Georgine R. Corrigan, and as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine R. Corrigan |
| 30. | 1:18-cv-05320 | Caballero, Maria | Caballero, Maria, individually, as surviving parent of Daniel M. Caballero, and as the Personal Representative of the Estate of Daniel M. Caballero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Daniel M. Caballero |
| 31. | 1:18-cv-05320 | Cachia, Joseph | Cachia, Joseph, individually, as surviving parent of Brian Cachia, and as the Personal Representative of the Estate of Brian Cachia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian Cachia |
| 32. | 1:18-cv-05320 | Calixte-Williams, Marguerite | Calixte-Williams, Marguerite, individually, as surviving parent of Felix Calixte, and as the Personal Representative of the Estate of Felix Calixte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Felix Calixte |
| 33. | 1:18-cv-05320 | Carson, Debra | Carson, Debra, individually, as surviving spouse of James Carson Jr., and as the Personal Representative of the Estate of James Carson Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Carson Jr. |
| 34. | 1:18-cv-05320 | Chada, Virgina | Chada, Virgina, individually, as surviving spouse of John Chada, and as the Personal Representative of the Estate of John Chada, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Chada |
| 35. | 1:18-cv-05320 | Cherry-Daniel, Selena | Cherry-Daniel, Selena, individually, as surviving child of Vernon P. Cherry, and as the Personal Representative of the Estate of Vernon P. Cherry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry |

|  | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 36. | 1:18-cv-05320 | Clark, LaShawn | Clark, LaShawn, individually, as surviving spouse of Benjamin K. Clark, and as the Personal Representative of the Estate of Benjamin K. Clark, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Benjamin K. Clark |
| 37. | 1:18-cv-05320 | Cloud, Mio | Cloud, Mio, individually, as surviving spouse of Geoffrey Cloud, and as the Personal Representative of the Estate of Geoffrey Cloud, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Geoffrey Cloud |
| 38. | 1:18-cv-05320 | Cohen-Day, Joyce | Cohen-Day, Joyce, individually, as surviving child of Florence Cohen, and as the Personal Representative of the Estate of Florence Cohen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Florence Cohen |
| 39. | 1:18-cv-05320 | Conway, Russell | Conway, Russell, individually, as surviving spouse of Brenda E. Conway, and as the Personal Representative of the Estate of Brenda E. Conway, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brenda E. Conway |
| 40. | 1:18-cv-05320 | Cordero, Moises | Cordero, Moises, individually, as surviving parent of Alejandro Cordero, and as the Personal Representative of the Estate of Alejandro Cordero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejandro Cordero |
| 41. | 1:18-cv-05320 | Costanza, John | Costanza, John, individually, as surviving spouse of Digna Costanza, and as the Personal Representative of the Estate of Digna Costanza, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Digna Costanza |
| 42. | 1:18-cv-05320 | Coyle, James | Coyle, James, individually, as surviving parent of James R. Coyle, and as the Personal Representative of the Estate of James R. Coyle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James R. Coyle |

|  | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
|---|---|---|---|
| 43. | 1:18-cv-05320 | Cubas, Carol | Cubas, Carol, individually, as surviving spouse of Kenneth J. Cubas, and as the Personal Representative of the Estate of Kenneth J. Cubas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth J. Cubas |
| 44. | 1:18-cv-05320 | Davidson, Daniel | Davidson, Daniel, as the co-Personal Representative of the Estate of Lawrence Davidson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lawrence Davidson |
| 45. | 1:18-cv-05320 | DeConto, David | DeConto, David, individually, as surviving sibling of Gerald F. DeConto, and as the Personal Representative of the Estate of Gerald F. DeConto, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerald F. DeConto |
| 46. | 1:18-cv-05320 | Frederick, Lafayette | Frederick, Lafayette, individually, as surviving spouse of, and as the Personal Representative of the Estate of Jacquelyn D. Aldridge, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacquelyn D. Aldridge |
| 47. | 1:18-cv-05320 | Mosobbir, Abdul | Mosobbir, Abdul, individually, as surviving sibling of, and as the Personal Representative of the Estate of Shabbir Ahmed, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shabbir Ahmed |
| 48. | 1:18-cv-05320 | Sampson, Stephanie Marie (Clarke) | Sampson, Stephanie Marie (Clarke), individually, as surviving child of Donna Clarke, and as the Personal Representative of the Estate of Donna Clarke, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Clarke |
| 49. | 1:18-cv-05320 | Tillman, Carrie | Tillman, Carrie, as the Personal Representative of the Estate of Veronique N. Bowers, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Veronique N. Bowers |

### As to Decedent Name Corrections:

|    | Case Number    | Decedent's Name as Pled | Decedent's Name as Amended |
|----|----------------|-------------------------|----------------------------|
| 1. | 1:18-cv-05320  | Alvarez, Javier A.      | Alvarez, Antonio J.        |

### As to the Plaintiffs Whose Claim is Solely in Individual Capacity

|    | Case Number   | Plaintiff's Name   | Claim as Pled           | Claim as Amended |
|----|---------------|--------------------|-------------------------|------------------|
| 1. | 1:18-cv-05320 | Ayala, Samantha    | Solatium/Wrongful Death | Solatium         |
| 2. | 1:18-cv-05320 | Davidson, William  | Solatium/Wrongful Death | Solatium         |

### As to the Plaintiffs Whose Relationship to 9/11 Decedent is Incorrectly described:

|    | Case Number   | Plaintiff's Name  | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
|----|---------------|-------------------|---------------------------------------------------|------------------------------------------------------|
| 1. | 1:18-cv-05320 | Ayala, Samantha   | Daughter/PR                                       | Daughter                                             |
| 2. | 1:18-cv-05320 | Davidson, William | Brother/PR                                        | Brother                                              |

**SO ORDERED.**

April 4, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge