USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/04/2019

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

<u>Horace Morris, et al. v. Islamic Republic of Iran</u>, No. 1:18-cv-05321 (GBD)(SN) (S.D.N.Y.)

## **ORDER**

On March 22, 2019, Plaintiffs filed a motion for leave to amend. Plaintiffs' motion is

GRANTED. The corrections identified below are deemed made to Plaintiff's Complaint and

Notice of Amendments. Because the alterations are insubstantial — and because Plaintiffs

have properly served Defendant in accordance with the Foreign Sovereign Immunities Act

and obtained a Certificate of Default — Plaintiffs are not required to serve the amended

pleadings. <u>See</u> <u>Shoham v. Islamic Republic of Iran</u>, 922 F. Supp. 2d 44, 47 (D.D.C. 2013)

(citations omitted).

The Clerk of the Court is directed to terminate the motions at ECF No. 4451 (03-

MDL-01570) and ECF No. 58 (18-CV-05321).

### **As to Plaintiff Name Corrections:**

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 4th Amendment 18-cv-05321 | Bergen, Quenna | Bergen, Queena |
| 2. | 1:18-cv-05321 | Cobb McLenzie, Jennifer | McKenzie, Jennifer Cobb |
| 3. | 2nd Amendment 18-cv-05321 | Diaz, Ana Sylvia | Diaz, Ana Silvia |
| 4. | 3rd Amendment 18-cv-05321 | VHK | Thomas Knobel, as Natural Guardian of VHK, a minor, as surviving child of<br>Tu-Anh Pham |
| 5. | 5th Amendment 18-cv-05321 | Pavinski, Michele | Flannery, Michele |
| 6. | 1:18-cv-05321 | Horowitz, Jennifer | Horwitz, Jennifer |
| 7. | 2nd Amendment 18-cv-05321 | Oitice Murray, Jessica | Oitice Marrero, Jessica |
| 8. | 1:18-cv-05321 | Parham, Leno | Parham Jr., Leno |
| 9. | 3rd Amendment 18-cv-05321 | Pearlman Mason, Lisa | Pearlman-Mason, Lisa |
| 10. | 3rd Amendment 18-cv-05321 | Perry, Glen Jr. | Perry Jr., Glenn |

|  | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 11. | 4th Amendment 18-cv-05321 | KR | Hopeton Richards, as Natural Guardian of KR, a minor, as surviving child of Venesha Richards |
| 12. | 4th Amendment 18-cv-05321 | Rivera, Carmen | Rivera, Carmen Alvarado |
| 13. | 5th Amendment 18-cv-05321 | CR | Sandra Romagnolo, as Natural Guardian of CR, a minor, as surviving child of Joseph M. Romagnolo |
| 14. | 5th Amendment 18-cv-05321 | Roy, Caitlin | Roy, Caitlyn |
| 15. | 1:18-cv-05321 | Russo, Delores | Russo, Dolores |
| 16. | 1:18-cv-05321 | Salomon Macharie, Dania | Salomon Macharie, Dania ALSO KNOWN AS Salomon, Dania |
| 17. | 1:18-cv-05321 | Sanay, Hugo | Sanay Jr., Hugo |
| 18. | 1st Amendment 18-cv-05321 | Murray Waldman, Valerie | Waldman, Valerie J. |
| 19. | 3rd Amendment 18-cv-05321 | Wells, Chin | Wells, Chin Sok |
| 20. | 1:18-cv-05321 | Morris, Horace | Morris, Horace, individually, as surviving spouse of Odessa V. Morris, and as the Personal Representative of the Estate of Odessa V. Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Odessa V. Morris |
| 21. | 1:18-cv-05321 | Morrone, Linda | Morrone, Linda, individually, as surviving spouse of Ferdinand Morrone, and as the Personal Representative of the Estate of Ferdinand Morrone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ferdinand Morrone |
| 22. | 1:18-cv-05321 | Jebrine, George | Jebrine, George, as the Personal Representative of the Estate of Jude Moussa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa |
| 23. | 1:18-cv-05321 | Mowatt, Andrea | Mowatt, Andrea, individually, as surviving parent of Damion Mowatt, and as the Personal Representative of the Estate of Damion Mowatt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Damion Mowatt |

|  | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 24. | 1:18-cv-05321 | Mulligan, Patricia | Mulligan, Patricia, individually, as surviving sibling of Dennis M. Mulligan, and as the Personal Representative of the Estate of Dennis M. Mulligan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis M. Mulligan |
| 25. | 1:18-cv-05321 | Murray, Michael | Murray, Michael, individually, as surviving child of Valerie V. Murray, and as the Personal Representative of the Estate of Valerie V. Murray, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Valerie V. Murray |
| 26. | 1:18-cv-05321 | Nedd, Roxanne | Nedd, Roxanne, individually, as surviving spouse of Jerome O. Nedd, and as the Personal Representative of the Estate of Jerome O. Nedd, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerome O. Nedd |
| 27. | 1:18-cv-05321 | Nesbitt, Leslie | Nesbitt, Leslie, individually, as surviving sibling of Oscar F. Nesbitt, and as the Personal Representative of the Estate of Oscar F. Nesbitt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Oscar F. Nesbitt |
| 28. | 1:18-cv-05321 | Nevins, Marie | Nevins, Marie, individually, as surviving spouse of Gerard T. Nevins, and as the Personal Representative of the Estate of Gerard T. Nevins, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard T. Nevins |
| 29. | 1:18-cv-05321 | Ngo, Man | Ngo, Man, individually, as surviving spouse of Nancy Yuen Ngo, and as the Personal Representative of the Estate of Nancy Yuen Ngo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Yuen Ngo |

|  | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 30. | 1:18-cv-05321 | Orloske, Duane | Orloske, Duane, individually, as surviving spouse of Margaret Orloske, and as the Personal Representative of the Estate of Margaret Orloske, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Orloske |
| 31. | 1:18-cv-05321 | Ortiz, Illianette | Ortiz, Ilianette, individually, as surviving spouse of David Ortiz, and as the Personal Representative of the Estate of David Ortiz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ortiz |
| 32. | 1:18-cv-05321 | Fernandez, Maria | Fernandez, Maria, individually, as surviving spouse of Isidro D. Ottenwalder, and as the co-Personal Representative of the Estate of Isidro D. Ottenwalder, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Isidro D. Ottenwalder |
| 33. | 1:18-cv-05321 | Pabon, Karen | Pabon, Karen, individually, as surviving spouse of Israel Pabon, and as the Personal Representative of the Estate of Israel Pabon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Israel Pabon |
| 34. | 1:18-cv-05321 | Patrocino, Sandra | Patrocino, Sandra, individually, as surviving spouse of Manuel D. Patrocino, as the Personal Representative of the Estate of Manuel D. Patrocino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel D. Patrocino |
| 35. | 1:18-cv-05321 | Pearlman, Dorie | Pearlman, Dorie, individually, as surviving parent of Richard A. Pearlman, and as the Personal Representative of the Estate of Richard A. Pearlman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard A. Pearlman |

|  | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 36. | 1:18-cv-05321 | Perez, Mariana Z. | Perez, Mariana Z., individually, as surviving spouse of Alejo Perez, and as the Personal Representative of the Estate of Alejo Perez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejo Perez |
| 37. | 1:18-cv-05321 | Perez, Mario | Perez, Mario, individually, as surviving parent of Nancy E. Perez, and as the Personal Representative of the Estate of Nancy E. Perez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy E. Perez |
| 38. | 1:18-cv-05321 | Perry, Melissa | Perry, Melissa, individually, as surviving child of Emelda Perry, and as the Personal Representative of the Estate of Emelda Perry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emelda Perry |
| 39. | 1:18-cv-05321 | Perry, Peggy | Perry, Peggy, individually, as surviving spouse of Glenn Perry Sr., and as the Personal Representative of the Estate of Glenn Perry Sr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Perry Sr. |
| 40. | 1:18-cv-05321 | Peterson, Robin | Peterson, Robin, individually, as surviving spouse of William R. Peterson, and as the Personal Representative of the Estate of William R. Peterson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William R. Peterson |
| 41. | 1:18-cv-05321 | Felice, Tara | Felice, Tara, individually, as surviving sibling of Glen Pettit, and as the Personal Representative of the Estate of Glen Pettit, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glen Pettit |
| 42. | 1:18-cv-05321 | Knobel, Thomas | Knobel, Thomas, individually, as surviving spouse of Tu-Anh Pham, and as the Personal Representative of the Estate of Tu-Anh Pham, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tu-Anh Pham |

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 43. | 1:18-cv-05321 | Romero, Adela | Romero, Adela, individually, as surviving parent of Giovanna Porras, and as the Personal Representative of the Estate of Giovanna Porras, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Giovanna Porras |
| 44. | 1:18-cv-05321 | Pugliese, Maureen | Pugliese, Maureen, individually, as surviving spouse of Robert D. Pugliese, and as the Personal Representative of the Estate of Robert D. Pugliese, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. Pugliese |
| 45. | 1:18-cv-05321 | Quappe, Jane | Quappe, Jane, individually, as surviving spouse of Lincoln Quappe, and as the Personal Representative of the Estate of Lincoln Quappe, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lincoln Quappe |
| 46. | 1:18-cv-05321 | Ramsaur, John | Ramsaur, John, individually, as surviving spouse of Deborah Ramsaur, and as the Personal Representative of the Estate of Deborah Ramsaur, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Deborah Ramsaur |
| 47. | 1:18-cv-05321 | Reszke, James | Reszke, James, individually, as surviving spouse of Martha M. Reszke, and as the Personal Representative of the Estate of Martha M. Reszke, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martha M. Reszke |
| 48. | 1:18-cv-05321 | Riccardelli, Theresa | Riccardelli, Theresa, individually, as surviving spouse of Francis Riccardelli, and as the Personal Representative of the Estate of Francis Riccardelli, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis Riccardelli |
| 49. | 1:18-cv-05321 | Keegan, Brian | Keegan, Brian, individually, as surviving child of Eileen M. Rice, and as the co-Personal Representative of the Estate of Eileen M. Rice, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice |

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 50. | 1:18-cv-05321 | Richards, Hopeton | Richards, Hopeton, individually, as surviving spouse of Venesha Richards, and as the Personal Representative of the Estate of Venesha Richards, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Venesha Richards |
| 51. | 1:18-cv-05321 | Rivera Sr., Luis E. | Rivera Sr., Luis E., individually, as surviving spouse of Carmen A. Rivera, and as the Personal Representative of the Estate of Carmen A. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carmen A. Rivera |
| 52. | 1:18-cv-05321 | Rivera, Jose | Rivera, Jose R. ALSO KNOWN AS Rivera, Jose Ramos, individually, as surviving parent of Linda I. Rivera, and as the co-Personal Representative of the Estate of Linda I. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Linda I. Rivera |
| 53. | 1:18-cv-05321 | Romagnolo, Sandra | Romagnolo, Sandra, individually, as surviving spouse of Joseph M. Romagnolo, and as the Personal Representative of the Estate of Joseph M. Romagnolo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph M. Romagnolo |
| 54. | 1:18-cv-05321 | Horwitz, Jennifer | Horwitz, Jennifer, individually, as surviving spouse of Mark L. Rosenberg, and as the Personal Representative of the Estate of Mark L Rosenberg, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark L. Rosenberg |
| 55. | 1:18-cv-05321 | Roy-Christ, Stacey | Roy-Christ, Stacey, individually, as surviving spouse of Timothy A. Roy, and as the Personal Representative of the Estate of Timothy A. Roy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy A. Roy |

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 56. | 1:18-cv-05321 | Hans, Hillary | Hans, Hillary, individually, as surviving sibling of Ronald J. Ruben, and as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben |
| 57. | 1:18-cv-05321 | Ruggiero, Frank | Ruggiero, Frank, individually, as surviving spouse of Susan A. Ruggiero, and as the Personal Representative of the Estate of Susan A. Ruggiero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan A. Ruggiero |
| 58. | 1:18-cv-05321 | Salas, Carlos | Salas, Carlos, individually, as surviving child of Hernando R. Salas, and as the Personal Representative of the Estate of Hernando R. Salas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hernando R. Salas |
| 59. | 1:18-cv-05321 | Salie, Haleema | Salie, Haleema, individually, as surviving parent of Rahma Salie, and as the Personal Representative of the Estate of Rahma Salie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rahma Salie |
| 60. | 1:18-cv-05321 | Scheffold, Joan | Scheffold, Joan, individually, as surviving spouse of Frederick C. Scheffold, and as the Personal Representative of the Estate of Frederick C. Scheffold, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick C. Scheffold |
| 61. | 1:18-cv-05321 | Schlegel, Dawn | Schlegel, Dawn, individually, as surviving spouse of Robert A. Schlegel, and as the Personal Representative of the Estate of Robert A. Schlegel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert A. Schlegel |
| 62. | 1:18-cv-05321 | Wells, Norman | Wells, Norman, individually, as surviving parent of Chin Sun Pak Wells, and as the Personal Representative of the Estate of Chin Sun Pak Wells, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Pak Wells |

**As to Decedent Name Corrections:**

|  | Case Number | Decedent's Name as Pled | Decedent's Name as Amended |
|---|---|---|---|
| 1. | 3rd Amendment 18-cv-05321 | Perry, Glen Sr. | Perry Sr., Glenn |
| 2. | 1:18-cv-05321 | Sanchez, Alva Cynthia Jeffries | Jeffries-Sanchez, Alva Cynthia |
| 3. | 1:18-cv-05321 | Pak-Wells, Chin Sun | Wells, Chin Sun Pak |

**As to the Plaintiff Whose Claim is Solely in Individual Capacity**

|  | Case Number | Plaintiff's Name | Claim as Pled | Claim as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-05321 | Oitice, Samuel | Solatium/Wrongful Death | Solatium |

**As to the Plaintiffs' Whose Relationship to 9/11 Decedent is Incorrectly described:**

|  | Case Number | Plaintiff's Name | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-05321 | Oitice, Samuel | Son/PR | Son |
| 2. | 1:18-cv-05321 | Fernandez, Maria | Spouse/PR | Spouse/co-PR |
| 3. | 1:18-cv-05321 | Perry, Melissa | Mother/PR | Daughter/PR |
| 4. | 4th Amendment 18-cv-05321 | Rodgers, Omar | Sister | Brother |
| 5. | 4th Amendment 18-cv-05321 | Bergen, Lelith | Brother | Mother |

**As to the Decedent Whose Citizenship/Nationality on 9/11 is Incorrectly described:**

|  | Case Number | Decedent's Name | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 as Pled | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-05321 | Sanay, Hugo | United States | Ecuador |

**SO ORDERED.**

April 4, 2019
New York, New York

SARAH NETBURN
United States Magistrate Judge