# Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Clarke, Christopher R. | Clarke, Kelly Anne | Sibling | $4,250,000.00 |
| 2 | Clarke, Christopher R. | Clarke, Timothy | Sibling | $4,250,000.00 |
| 3 | Clarke, Christopher R. | Clarke Head, Kathleen L. | Sibling | $4,250,000.00 |
| 4 | Clarke, Christopher R. | Clarke Scudder, Patricia | Sibling | $4,250,000.00 |
| 5 | Clarke, Christopher R. | Osborne, Tracey | Sibling | $4,250,000.00 |
| 6 | Laieta, Vincent | Laieta, Josephine (on behalf of Estate of Vincent A. Laieta) | Personal Representative of Estate of Parent | $8,500,000.00 |
| 7 | Owens, Jr., Peter | Owens, Joseph | Child | $8,500,000.00 |
| 8 | Owens, Jr., Peter | Owens, Kathleen | Spouse | $12,500,000.00 |
| 9 | Owens, Jr., Peter | Owens, Maryellen | Child | $8,500,000.00 |
| 10 | Owens, Jr., Peter | Owens, Thomas | Child | $8,500,000.00 |
| 11 | Rodriguez, Anthony | Giannelli, Lynnette | Child | $8,500,000.00 |
| 12 | Rodriguez, Anthony | Rodriguez, Derek | Child | $8,500,000.00 |
| 13 | Rodriguez, Anthony | Rodriguez, Evelyn | Spouse | $12,500,000.00 |
| 14 | Rodriguez, Anthony | Rodriguez, Lauren | Child | $8,500,000.00 |
| 15 | Rodriguez, Anthony | Rodriguez, Morgan | Child | $8,500,000.00 |
| 16 | Smith, Kevin J. | Smith, Brian K. | Child | $8,500,000.00 |
| 17 | Smith, Kevin J. | Smith, Christopher F. | Child | $8,500,000.00 |
| 18 | Smith, Kevin J. | Smith, Josephine M. | Child | $8,500,000.00 |
| 19 | Smith, Kevin J. | Smith, Thomas H. | Child | $8,500,000.00 |
| 20 | Smith, Kevin J. | Smith Riggs, Jennifer M. | Child | $8,500,000.00 |
| 21 | Tallon, Sean Patrick | Tallon, Eileen (on behalf of Estate of Patrick Tallon) | Personal Representative of Estate of Parent | $8,500,000.00 |