## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD)(SN)*

### NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiffs in the above-referenced matter, by undersigned counsel and in accordance with F.R.C.P. 15, respectfully request that this Court grant plaintiff's Motion for Leave to Amend to Correct Errors. No adverse parties have appeared in this proceeding, and the Clerk issued a Certificate of Default on January 24, 2019.

In support of this motion, plaintiffs submit the following memorandum of law and a proposed order.

Dated: April 8, 2019

　　　　　　　　　　　　　　　　　　　　*/s/ Jerry S. Goldman*

　　　　　　　　　　　　　　　　　　　　ANDERSON KILL P.C.
　　　　　　　　　　　　　　　　　　　　Jerry S. Goldman, Esq.
　　　　　　　　　　　　　　　　　　　　Bruce E. Strong
　　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY  10020
　　　　　　　　　　　　　　　　　　　　Tel: 212-278-1000
　　　　　　　　　　　　　　　　　　　　Fax: 212-278-1733
　　　　　　　　　　　　　　　　　　　　Email: jgoldman@andersonkill.com

　　　　　　　　　　　　　　　　　　　　Arthur R. Armstrong, Esq. *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　1760 Market Street, Suite 600
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　Tel: 267-216-2711
　　　　　　　　　　　　　　　　　　　　Fax: 215-568-4573
　　　　　　　　　　　　　　　　　　　　Email: aarmstrong@andersonkill.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*