UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-5339 (GBD)(SN)*

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiff's Complaint, as amended:

**As to Plaintiff Name Corrections:**

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 1:18-cv-05339 | MM[1] | Jacqueline Milam, as Natural Guardian of MM, a minor, as surviving child of Major Ronald D. Milam |
| 2. | 1:18-cv-05339 | RDM Jr. | Jacqueline Milam, as Natural Guardian of RDM, Jr., a minor, as surviving child of Major Ronald D. Milam |
| 3. | 1:18-cv-05339 | Kamardinova, Bakahityar | Kamardinov, Bakhtiyar |
| 4. | 1:18-cv-05339 | Kamardinova, Mukhamet | Kamardinov, Mukhamet |
| 5. | 1:18-cv-05339 | Kamardinova, Zahro | Kamardinova, Zahro ALSO KNOWN AS Kamardinova, Zakhro |
| 6. | 1:18-cv-05339 | Kimelman, Michael | Kimelman, Michael G. |
| 7. | 1st Amendment 18-cv-05339 | Kimelman, Michael | Kimelman, Michael P. |
| 8. | 1:18-cv-05339 | Koragova, Zukhra | Koragoz, Zukhra |
| 9. | 1:18-cv-05339 | Lopes Escalante, Lorraine | Lopes, Lorraine |
| 10. | 2nd Amendment 1:18-cv-05339 | McNeil, Walter | McNeil, Jr., Walter |

---

[1] The full names of all Plaintiffs' where initials are now used, were inadvertently used in the initial pleading.

|  | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 11. | 1:18-cv-05339 | Moran, Ellen, as Personal Representative of Margaret Murphy | Moran, Ellen ALSO KNOWN AS Brennan, Ellen, as Personal Representative of the Estate of Margaret Murphy Moran |
| 12. | 1:18-cv-05339 | Kane, George | Kane, George, individually, as surviving parent of Jennifer L. Kane, and as the Personal Representative of the Estate of Jennifer L. Kane, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Kane |
| 13. | 1:18-cv-05339 | Warren, Simara | Warren, Simara, individually, as surviving child of Brenda Kegler, and as the Personal Representative of the Estate of Brenda Kegler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brenda Kegler |
| 14. | 1:18-cv-05339 | Juleff, Anne K. | Juleff, Anne K., individually, as surviving spouse of Thomas M. Kelly, and as the Personal Representative of the Estate of Thomas M. Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas M. Kelly |
| 15. | 1:18-cv-05339 | Kelly, Kathleen | Kelly, Kathleen, individually, as surviving spouse of  Thomas W. Kelly, and as the Personal Representative of the Estate of Thomas W. Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas W. Kelly |
| 16. | 1:18-cv-05339 | Garger, Allison | Garger, Allison, individually, as surviving spouse of Thomas Kennedy, and as the Personal Representative of the Estate of Thomas Kennedy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Kennedy |
| 17. | 1:18-cv-05339 | Wallach, Terre Susan | Wallach, Terre Susan, individually, as surviving parent of Mary Jo Kimelman, and as the co-Personal Representative of the Estate of Mary Jo Kimelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Jo Kimelman |

docs-100107654.1

|  | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
|---|---|---|---|
| 18. | 1:18-cv-05339 | Kimelman, Michael G. | Kimelman, Michael G., individually, as surviving parent of Mary Jo Kimelman, and as the co-Personal Representative of the Estate of Mary Jo Kimelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Jo Kimelman |
| 19. | 1:18-cv-05339 | Koecheler, Maureen | Koecheler, Maureen, individually, as surviving spouse of Gary E. Koecheler, and as the Personal Representative of the Estate of Gary E. Koecheler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary E. Koecheler |
| 20. | 1:18-cv-05339 | Kuras, Thomas | Kuras, Thomas, individually, as surviving sibling of Patricia A. Kuras, and as the Personal Representative of the Estate of Patricia A. Kuras, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Kuras |
| 21. | 1:18-cv-05339 | Kyte, Roger | Kyte, Roger, individually, as surviving spouse of Angela R. Kyte, and as the Personal Representative of the Estate of Angela R. Kyte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Angela R. Kyte |
| 22. | 1:18-cv-05339 | Kavinski, Jeanne | Kavinski, Jeanne, individually, as surviving sibling of Carol A. LaPlante, and as the Personal Representative of the Estate of Carol A. LaPlante, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol A. LaPlante |
| 23. | 1:18-cv-05339 | Lauria, Antoinette | Lauria, Antoinette, individually, as surviving parent of Stephen J. Lauria, and as the Personal Representative of the Estate of Stephen J. Lauria, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Lauria |

|  | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
|---|---|---|---|
| 24. | 1:18-cv-05339 | Lawson Dixon, Pamela | Lawson Dixon, Pamela, individually, as surviving child of Nathaniel Lawson, and as the Personal Representative of the Estate of Nathaniel Lawson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nathaniel Lawson |
| 25. | 1:18-cv-05339 | Farrally-Plourde, Elaine | Farrally-Plourde, Elaine, individually, as surviving child of Charles A. Lesperance, and as the co-Personal Representative of the Estate of Charles A. Lesperance, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles A. Lesperance |
| 26. | 1:18-cv-05339 | Gottenberg, Mindy | Gottenberg, Mindy, individually, as surviving sibling of Alisha C. Levin, and as the Personal Representative of the Estate of Alisha C. Levin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alisha C. Levin |
| 27. | 1:18-cv-05339 | Lightbourn, Rebecca | Lightbourn, Rebecca, individually, as surviving parent of Samantha Lightbourn-Allen, and as the Personal Representative of the Estate of Samantha Lightbourn-Allen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samantha Lightbourn-Allen |
| 28. | 1:18-cv-05339 | Feliciano, Sophia W. M. | Feliciano, Sophia W. M., individually, as surviving spouse of George Lopez, and as the Personal Representative of the Estate of George Lopez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of George Lopez |
| 29. | 1:18-cv-05339 | Wexler Magee, Janet | Wexler Magee, Janet, individually, as surviving spouse of Charles W. Magee, and as the Personal Representative of the Estate of Charles W. Magee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles W. Magee |
| 30. | 1:18-cv-05339 | Fitzgerald, April | Fitzgerald, April, individually, as surviving sibling of Gene Maloy, and as the Personal Representative of the Estate of Gene Maloy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gene Maloy |

docs-100107654.1

|  | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
|---|---|---|---|
| 31. | 1:18-cv-05339 | Martinez, Gabriel | Martinez, Gabriel, individually, as surviving parent of Robert G. Martinez, and as the Personal Representative of the Estate of Robert G. Martinez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert G. Martinez |
| 32. | 1:18-cv-05339 | Neal, Jean | Neal, Jean, individually, as surviving sibling of Margaret E. Mattic, and as the Personal Representative of the Estate of Margaret E. Mattic, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret E. Mattic |
| 33. | 1:18-cv-05339 | McNeil, Kim | McNeil, Kim, individually, as surviving child of Walter A. McNeil, and as the Personal Representative of the Estate of Walter A. McNeil, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Walter A. McNeil |
| 34. | 1:18-cv-05339 | Mejia, Scarlyn | Mejia, Scarlyn, individually, as surviving child of Manuel E. Mejia, and as the Personal Representative of the Estate of Manuel E. Mejia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel E. Mejia |
| 35. | 1:18-cv-05339 | Mello, Ellen | Mello, Ellen, individually, as surviving parent of Christopher D. Mello, and as the Personal Representative of the Estate of Christopher D. Mello, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher D. Mello |
| 36. | 1:18-cv-05339 | Melnichenko, Alexsandr | Melnichenko, Alexsandr, individually, as surviving spouse of Yelena Melnichenko, and as the Personal Representative of the Estate of Yelena Melnichenko, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yelena Melnichenko |

docs-100107654.1

|   | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 37. | 1:18-cv-05339 | Revilla, Maria | Revilla, Maria, individually, as surviving spouse of Luis Clodoaldo Revilla Mier, and as the Personal Representative of the Estate of Luis Clodoaldo Revilla Mier, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis Clodoaldo Revilla Mier |
| 38. | 1:18-cv-05339 | Moccia, Elaine | Moccia, Elaine, individually, as surviving spouse of Frank V. Moccia, and as the Personal Representative of the Estate of Frank V. Moccia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank V. Moccia |
| 39. | 1:18-cv-05339 | Castrillon, Amanda | Castrillon, Amanda, individually, as surviving spouse of Antonio Montoya, and as the Personal Representative of the Estate of Antonio Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya |
| 40. | 1:18-cv-05339 | Montoya, Stacey | Montoya, Stacey, individually, as surviving spouse of Carlos A. Montoya, and as the Personal Representative of the Estate of Carlos A. Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carlos A. Montoya |
| 41. | 1:18-cv-05339 | Morello, Eileen M. | Morello, Eileen M., individually, as surviving spouse of Steven Morello, and as the Personal Representative of the Estate of Steven Morello, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Morello |
| 42. | 1:18-cv-05339 | Malani, Elisa | Malani, Elisa P., as Personal Representative of the Estate of Erica Partosoedarso, deceased, the late spouse of Michael Lomax |

### As to the Plaintiffs Whose Claim is Solely in Individual Capacity

|   | Case Number | Plaintiff's Name | Claim as Pled | Claim as Amended |
|---|---|---|---|---|
| 1. | 18-cv-05339 | Leduc-Sanchez, Cindy | Solatium/Wrongful Death | Solatium |

### As to the Plaintiffs Whose Relationship to 9/11 Decedent is Incorrectly described:

|   | Case Number | Plaintiff's Name | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
|---|---|---|---|---|
| 1. | 18-cv-05339 | Lake, Kyler | Spouse | Son |
| 2. | 18-cv-05339 | Leduc-Sanchez, Cindy | Daughter/PR | Daughter |
| 3. | 18-cv-05339 | Farrally-Plourde, Elaine | Daughter/PR | Daughter/co-PR |

### As to the Plaintiffs Whose State of Residency at Filing is Incorrectly described:

|   | Case Number | Plaintiff's Name | State of Residency at Filing as Pled | State of Residency at Filing as Amended |
|---|---|---|---|---|
| 1. | 18-cv-05339 | Moran, Ellen ALSO KNOWN AS Brennan, Ellen, as Personal Representative of the Estate of Margaret Murphy Moran | NJ | NY |
| 2. | 18-cv-05339 | Moran Brennan, Ellen | NJ | NY |

### As to the Plaintiff Whose Citizenship/Nationality on 9/11 is Incorrectly described:

|   | Case Number | Plaintiff's Name | Plaintiff's Citizenship/ Nationality on 9/11/01 as Pled | Plaintiff's Citizenship/ Nationality on 9/11/01 as Amended |
|---|---|---|---|---|
| 1. | 18-cv-05339 | Malahi, Fares | Yemen | United States |

Dated:   New York, New York
              _____, 2019

                                                                       _____
                                                                                                                    J.