USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Parker, et al*

v.

*Islamic Republic of Iran*

**CERTIFICATE OF MAILING**

Case No.:  18-cv-11416 (GBD) (SN)
            03-md-01570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the __11__ day of April, 2019, I served: H.E. Dr. Mohammad Javad Zarif, Foreign Minister, The Ministry of Foreign Affairs for the Islamic Republic of Iran, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran 1136914811

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the __Notice of Suit with the Foreign Sovereign Immunities Act attached as an Exhibit, Summons and Complaint, the certified Farsi translation of the above documents and affidavit of the translator__

by __Federal Express # 7749 1207 6953__.

Dated:  New York, New York
         04/11/ 2019

RUBY J. KRAJICK
CLERK OF COURT

_Melina Roberts_
Melina Roberts
DEPUTY CLERK

https://www.fedex.com/shipping/html/en/PrintIFrame.html

ORIGIN ID:PCTA  (212) 805-0800
CLERK OF THE COURT
USDC SOUTHERN DIST. OF NEW YORK
500 PEARL ST

NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 11APR19
ACTWGT: 2.00 LB
CAD: 112182123/INET4100

BILL SENDER

TO  **ATTN: DIR. OF CONSULAR SERVICE**
**U.S. STATE DEPARTMENT**
**OFFICE OF POLICY REVIEW**
**2201 C STREET NW, SA-29, 4TH FLO**
**WASHINGTON DC 20520**
(202) 000-0000            REF: PARKER/SUAREZ
INV:
PO:                       DEPT:

565J1/D7E5/23AD



FedEx Express

**FRI - 12 APR 3:00P**
TRK# **7749 1207 6953**   **STANDARD OVERNIGHT**
0201

**EP WGOA**            **20520**
                DC-US   **IAD**