UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2019

**SARAH NETBURN, United States Magistrate Judge:**

    The deadline to complete fact depositions closed for thirteen Defendants on April 1, 2019. See ECF Nos. 3894, 4230. Six of these Defendants are in jurisdictional discovery. They include: Abdullah Omar Naseef, Abdullah Muhsen al Turki, Abdullah bin Saleh al Obaid, Adnan Basha, Soliman al Buthe, and Yassin al Kadi (the "Jurisdictional Defendants"). The remaining Defendants for whom fact depositions have closed are in merits discovery. They include: the Muslim World League, the International Islamic Relief Organization, the World Assembly of Muslim Youth–Saudi Arabia, the World Assembly of Muslim Youth–International, Dubai Islamic Bank, Wa'el Hamza Jelaidan, and Perouz Sedaghaty (the "Merits Defendants").

    By Friday, April 19, 2019, the parties shall file a joint letter updating the Court on the status of discovery. To the extent Defendants are represented by different counsel, the parties may submit multiple letters. The parties should describe any remaining fact discovery that needs to be conducted. For the Merits Defendants, the Court understands that the parties will complete fact discovery for each of the seven Defendants before moving into any contemplated expert discovery. For similar reasons, the Court understands that the Jurisdictional Defendants will not proceed to motion practice until jurisdictional discovery for the Kingdom of Saudi Arabia and

Dallah Avco has been completed. Any party who opposes these conditions should file an appropriate letter with the Court.

Finally, in its March 31 Opinion and Order, the Court directed the Plaintiffs' Executive Committees ("PECs") to file a status letter regarding Jelaidan no later than May 15, 2019. ECF No. 4464, at 9. Although Jelaidan and the PECs are encouraged to file their status letter as soon as possible, they are not required to do so until that date.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 11, 2019
           New York, New York