UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attacks on<br>September 11, 2001 | ) <br> ) 03 MDL 1570 (GBD) (SN)<br> ) ECF Case<br> )<br> ) |

This document relates to: *Estate of John P. O'Neill, Sr., et al. v. Muslim World League*, *et al.*, 18-cv-12041 (S.D.N.Y.) (GBD) (SN)

**NOTICE OF VOLUNTARY DISMISSAL**
**(FED. R. CIV. P. 41(a)(1)(A)(i))**

TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that Plaintiffs dismiss the above-referenced action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In no way does this dismissal impact *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, 04-cv-1923 (S.D.N.Y.) (GBD) (SN) or any other case in the instant multi-district litigation.

| | |
|---|---|
| Dated: April 15, 2019 | Respectfully submitted,<br><br>ANDERSON KILL P.C.<br><br>/s/ Jerry S. Goldman<br>Jerry S. Goldman, Esq.<br>1251 Avenue of the Americas<br>New York, NY  10020<br>Telephone:  212-278-1000<br>jgoldman@andersonkill.com<br>*Attorneys for Plaintiffs* |

docs-100117475.1