# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF and Hand Delivery*                                            April 15, 2019

The Honorable George B. Daniels          The Honorable Sarah Netburn
Daniel Patrick Moynihan U.S. Courthouse  Thurgood Marshall United States Courthouse
500 Pearl Street                          40 Foley Square, Room 430
New York, NY 10007                        New York, NY 10007

    Re:    *Estate of John P. O'Neill, Sr., et al. v. Muslim World League, et al.*, 18-cv-12041 (S.D.N.Y.) (GBD) (SN)

Dear Judge Daniels and Judge Netburn:

We represent the Plaintiffs in the above-captioned matter ("*O'Neill II*"). Attached is a courtesy copy of the Notice of Voluntary Dismissal filed today, dismissing *O'Neill II* without prejudice. In no way does this dismissal impact *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, 04-cv-1923 (S.D.N.Y.) (GBD) (SN) or any other case in the instant multi-district litigation.

We thank the Court for its attention to this matter.

                      Respectfully submitted,

                      /s/ Jerry S. Goldman
                      Jerry S. Goldman, Esq.
                      Anderson Kill P.C.
                      1251 Avenue of the Americas
                      New York, NY 10020-1182
                      Telephone:  212-278-1000
                      Email: jgoldman@andersonkill.com
                      *Attorney for the Plaintiffs*

cc:    All Counsel of Record in the MDL (via ECF)
        Alan Kabat, Esq. (via email)
        Eric L. Lewis, Esq. (via email)
        Aisha E. Bembry, Esq. (via email)
        Waleed Nassar, Esq. (via email)
        Omar Mohammedi, Esq. (via email)
        Frederick Goetz, Esq. (via email)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100114678.1

**Anderson Kill P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
April 15, 2019
Page 2

        Peter C. Salerno, Esq. (via email)
        Amy Rothstein, Esq. (via email)
        Steven T. Cottreau, Esq. (via email)

docs-100114678.1