**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | ) 03 MDL 1570 (GBD) (SN) ) ECF Case ) ) |

This document relates to: *Estate of John P. O'Neill, Sr., et al. v. Muslim World League, et al.*, 18-cv-12041 (S.D.N.Y.) (GBD) (SN)

**NOTICE OF VOLUNTARY DISMISSAL**
**(FED. R. CIV. P. 41(a)(1)(A)(i))**

TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that Plaintiffs dismiss the above-referenced action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In no way does this dismissal impact *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, 04-cv-1923 (S.D.N.Y.) (GBD) (SN) or any other case in the instant multi-district litigation.

Dated:   April 15, 2019

Respectfully submitted,

ANDERSON KILL P.C.

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-278-1000
jgoldman@andersonkill.com
*Attorneys for Plaintiffs*

docs-100117475.1