UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD)(SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiff's Complaint, as amended:

### As to Plaintiff Name Corrections:

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 1:18-cv-07306 | Gardini, Margaret | Frawley-Gardini, Margaret |
| 2. | 1:18-cv-07306 | Weiner, Rachel Dana Aron | Weiner, Rachel Dana Aron, individually, as surviving spouse of Joshua Aron, and as the Personal Representative of the Estate of Joshua Aron, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joshua Aron |
| 3. | 1:18-cv-07306 | Francine Calabro | Calabro, Francine, as the Personal Representative of the Estate of Salvatore B. Calabro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore B. Calabro |
| 4. | 1:18-cv-07306 | Callahan, Angela | Callahan, Angela, individually, as surviving spouse of Francis J. Callahan, and as the Personal Representative of the Estate of Francis J. Callahan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Callahan |

docs-100109972.1

|  | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 5. | 1:18-cv-07306 | Camaj, Katrina | Camaj, Katrina, individually, as surviving spouse of Roko Camaj, and as the Personal Representative of the Estate of Roko Camaj, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roko Camaj |
| 6. | 1:18-cv-07306 | Perry, Freddye Jean-Carter | Carter-Perry, Freddye Jean, as the Personal Representative of the Estate of Angelene C. Carter, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Angelene C. Carter |
| 7. | 1:18-cv-07306 | Cascio, Evan | Cascio, Evan, as the Personal Representative of the Estate of Paul R. Cascio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul R. Cascio |
| 8. | 1:18-cv-07306 | Dataram, Mahadai | Dataram, Mahadai, individually, as surviving parent of Annette A. Dataram, and as the Personal Representative of the Estate of Annette A. Dataram, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Annette A. Dataram |
| 9. | 1:18-cv-07306 | DeRubbio, Lorraine D. | DeRubbio, Lorraine D., individually, as surviving spouse of David P. DeRubbio, and as the Personal Representative of the Estate of David P. DeRubbio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David P. DeRubbio |
| 10. | 1:18-cv-07306 | Desperito-Filiberto, Laura | Desperito-Filiberto, Laura, as the Personal Representative of the Estate of Andrew Desperito, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Desperito |
| 11. | 1:18-cv-07306 | Fox-Breland, Allison | Fox-Breland, Allison, individually, as surviving child of Virgina E. Fox, and as the Personal Representative of the Estate of Virgina E. Fox, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virgina E. Fox |
| 12. | 1:18-cv-07306 | Ades, Audrey | Ades, Audrey, as the Personal Representative of the Estate of Paul Friedman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Friedman |

docs-100109972.1

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 13. | 1:18-cv-07306 | Grijalvo, Nenita | Grijalvo, Nenita, individually, as surviving spouse of Ramon Grijalvo, and as the Personal Representative of the Estate of Ramon Grijalvo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramon Grijalvo |
| 14. | 1:18-cv-07306 | Gschaar, Myrta | Gschaar, Myrta, as the Personal Representative of the Estate of Robert Gschaar, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Gschaar |
| 15. | 1:18-cv-07306 | McKinzy, Gary | McKinzy, Gary, as the Personal Representative of the Estate of Diane Hale-McKinzy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane Hale-McKinzy |
| 16. | 1:18-cv-07306 | Haskell, Barbara | Haskell, Barbara, individually, as surviving spouse of Thomas Haskell, and as the Personal Representative of the Estate of Thomas Haskell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Haskell |
| 17. | 1:18-cv-07306 | Lyons, Jewel | Lyons, Jewel, as the Personal Representative of the Estate of Nehamon Lyons, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon Lyons |
| 18. | 1:18-cv-07306 | Milam, Jacqueline | Milam, Jacqueline, as the Personal Representative of the Estate of Major Ronald D. Milam, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Major Ronald D. Milam |
| 19. | 1:18-cv-07306 | Miller, Laurie | Miller, Laurie, as the Personal Representative of the Estate of Douglas C. Miller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas C. Miller |
| 20. | 1:18-cv-07306 | Racklin, Kim | Racklin, Kim, as the Personal Representative of the Estate of John Moran, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Moran |

docs-100109972.1

|     | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
| --- | --- | --- | --- |
| 21. | 1:18-cv-07306 | Murphy, Masako | Murphy, Masako, individually, as surviving spouse of Patrick J. Murphy, and as the Personal Representative of the Estate of Patrick J. Murphy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick J. Murphy |
| 22. | 1:18-cv-07306 | Sanay, Clara | Sanay, Clara, as the Personal Representative of the Estate of Hugo Sanay, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hugo Sanay |
| 23. | 1:18-cv-07306 | Seeliger, Bruce | Seeliger, Bruce, as the Personal Representative of the Estate of Margaret Seeliger, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Seeliger |
| 24. | 1:18-cv-07306 | Spitz, Susan | Spitz, Susan, individually, as surviving spouse of William Spitz, and as the Personal Representative of the Estate of William Spitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Spitz |
| 25. | 1:18-cv-07306 | Strauss, Jean | Strauss, Jean ALSO KNOWN AS Strauss, Jeannie, as the Personal Representative of the Estate of Steven Strauss, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Strauss |
| 26. | 1:18-cv-07306 | Sullivan, Dolores | Sullivan, Dolores, individually, as surviving spouse of Christopher P. Sullivan, as the Personal Representative of the Estate of Christopher P. Sullivan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher P. Sullivan |
| 27. | 1:18-cv-07306 | Marsella, Jill | Marsella, Jill, as the Personal Representative of the Estate of Thomas F. Swift, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas F. Swift |
| 28. | 1:18-cv-07306 | Woolen, Saundra | Woolen, Saundra Faye, as the Personal Representative of the Estate of Tamara Thurman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamara Thurman |

docs-100109972.1

|  | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 29. | 1:18-cv-07306 | Wallace, Charlotte | Wallace, Charlotte, individually, as surviving spouse of Peter G. Wallace, as the Personal Representative of the Estate of Peter G. Wallace, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter G. Wallace |
| 30. | 1:18-cv-07306 | Young, Chaquita | Young, Chaquita, individually, as surviving child of Lisa L. Young, as the Personal Representative of the Estate of Lisa L. Young, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa L. Young |
| 31. | 1:18-cv-07306 | Zambrana, Lillian | Zambrana, Lillian, individually, as surviving parent of Edwin J. Zambrana, as the Personal Representative of the Estate of Edwin J. Zambrana, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin J. Zambrana |

### As to the Plaintiffs Whose Claim is Solely in Individual Capacity

|  | Case Number | Plaintiff's Name | Claim as Pled | Claim as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-07306 | Depena, Maxima | Solatium/Wrongful Death | Solatium |
| 2. | 1:18-cv-07306 | Frawley, Theresa | Solatium/Wrongful Death | Solatium |

### As to the Plaintiffs Whose Relationship to 9/11 Decedent is Incorrectly described:

|  | Case Number | Plaintiff's Name | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-07306 | Depena, Maxima | Spouse/PR | Spouse |
| 2. | 1:18-cv-07306 | Frawley, Theresa | Sister/PR | Sister |

### As to Decedent's Whose Citizenship/Nationality on 9/11 is Incorrectly described:

docs-100109972.1

| | Case Number | Decedent's Name | Decedent's Citizenship/ Nationality on 9/11/01 as Pled | Plaintiff's Citizenship/ Nationality on 9/11/01 as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-07306 | Sanay, Hugo | United States | Ecuador |

Dated: New York, New York
_____, 2019

_____
                                          J.

docs-100109972.1