# MDL 1570 Plaintiffs' Executive Committees
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

April 18, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees ("PECs") write to request a brief extension of the deadline to provide the Court with a discovery status report concerning the remaining thirteen defendants in merits and jurisdictional discovery, as requested in Your Honor's April 11, 2019 Order (ECF No. 4484). The Court's Order currently requires that the parties submit the status report on Friday, April 19, 2019. Members of the Committees have been working together to address multiple issues regarding the defendants identified in the Order and to draft text for a jointly considered letter. However, due to the schedules of several members of the PECs relating to the Easter and Passover holidays, and the inherent difficulties of coordinating a joint submission on behalf of numerous parties with separate counsel, a brief extension is necessary. Accordingly, the PECs respectfully request an extension of the deadline to provide Your Honor with the requested discovery status report to Tuesday, April 23, 2019. The DEC has indicated that it does not oppose but otherwise takes no positon as to the PECs request.

---

The Plaintiffs' request is GRANTED. The Plaintiffs shall file a discovery status report by Tuesday, April 23, 2019.

**SO ORDERED.**

April 19, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge