UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | ) ) ) ) ) ) 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to: *Estate of John P. O'Neill, Sr., et al. v. Muslim World League, et al.*, 18-cv-12041 (S.D.N.Y.) (GBD) (SN)

## NOTICE OF VOLUNTARY DISMISSAL
### (FED. R. CIV. P. 41(a)(1)(A)(i))

TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that Plaintiffs dismiss the above-referenced action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In no way does this dismissal impact *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, 04-cv-1923 (S.D.N.Y.) (GBD) (SN) or any other case in the instant multi-district litigation.

Dated:   April 15, 2019

Respectfully submitted,

ANDERSON KILL P.C.

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com
*Attorneys for Plaintiffs*

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: APR 2 3 2019

docs-100117475.1