UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                                  :

In re Terrorist Attacks on September 11, 2001   :   INDEX NO. 03 MDL 1570 (GBD) (SN)

                                                  :   **NOTICE OF APPEARANCE**

------------------------------------------------------- X

This document relates to: *All Actions*

**PLEASE TAKE NOTICE** of the appearance of Kelly A. Moore, of the firm of Morgan, Lewis & Bockius LLP, as counsel in the above-captioned action on behalf of Akram Alzamari. I request that all papers in connection with the above-captioned action be served upon the undersigned at the address listed below and certify that I am admitted to practice in this Court.

Dated: April 29, 2019                           MORGAN, LEWIS & BOCKIUS LLP

                                                 By: */s/ Kelly A. Moore*
                                                        Kelly A. Moore, Bar No. 2483675
                                                        kelly.moore@morganlewis.com
                                                        101 Park Avenue
                                                        New York, NY  10178-0060
                                                        +1.212.309.6000
                                                        +1.212.309.6001

                                                 *Attorneys for Akram Alzamari*