UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
:
: INDEX NO. 03 MDL 1570 (GBD) (SN)
:
In re Terrorist Attacks on September 11, 2001 :
: **NOTICE OF APPEARANCE**
:
:
:
------------------------------------------------------- X

This document relates to: *All Actions*

     **PLEASE TAKE NOTICE** of the appearance of John M. Maloy, of the firm of Morgan, Lewis & Bockius LLP, as counsel in the above-captioned action on behalf of Akram Alzamari. I request that all papers in connection with the above-captioned action be served upon the undersigned at the address listed below and certify that I am admitted to practice in this Court.

Dated: April 29, 2019                    MORGAN, LEWIS & BOCKIUS LLP

                                                By: */s/ John M. Maloy*
                                                     John M. Maloy, Bar No. 5348990
                                                     john.maloy@morganlewis.com
                                                     101 Park Avenue
                                                     New York, NY  10178-0060
                                                     +1.212.309.6000
                                                     +1.212.309.6001

                                                 *Attorneys for Akram Alzamari*