

Robert K. Kry
MoloLamken LLP
The Watergate, Suite 660
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2011
F: 202.556.2001
rkry@mololamken.com
www.mololamken.com

May 3, 2019

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

<u>BY ECF</u>

   Re: *In re Terrorist Attacks on September 11, 2001*, **No. 1:03-md-01570**

Dear Judge Netburn:

  We represent Dallah Avco in this matter and respectfully write to request permission to appear telephonically at the May 13, 2019 hearing concerning the FBI's productions, due to a preexisting travel commitment overseas. Counsel for the Plaintiffs' Executive Committees, the United States, and the Kingdom of Saudi Arabia were all advised of this request, and none of them indicated any objection.

                       Respectfully submitted,

                        Robert K. Kry

cc:  All counsel by ECF