# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, Case Number:  1:18-cv-05306 (GBD) (SN)

## [PROPOSED] ORDER OF JUDGMENT

Upon consideration of the evidence submitted by Plaintiffs in filings with this Court on May 19, 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, together with the entire record in this case, it is hereby;

**ORDERED** that the *DeRubbio* Plaintiffs' Motion for Judgment by Default Against the Islamic Republic of Iran is **GRANTED** and final judgment on liability is entered in favor of the *DeRubbio* Plaintiffs in *Jessica DeRubbio, et al. v. Islamic Republic of Iran*, Case Number:  1:18-cv-05306 (GBD) (SN) and against the Islamic Republic of Iran;

**ORDERED** that the *DeRubbio* Plaintiffs are hereby referred to Magistrate Judge Sarah Netburn to resolve any remaining issues, including but not limited to damages, both compensatory and punitive.

Dated:   New York, New York
                     _____ , 2019

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100121160.2