# **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the DeRubbio Plaintiffs' Notice of Motion For Entry Of Default Judgment Against The Islamic Republic Of Iran As To Liability Only; Memorandum of Law In Support Of Motion For Entry Of Default Judgment Against The Islamic Republic Of Iran Only As To Liability On Behalf Of All DeRubbio Plaintiffs; and Proposed Order of Judgment were filed electronically this 3rd day of May, 2019. Notice of this filing will be served upon all parties in 03 MDL 1570 and 1:18-cv-1506 (GBD)(SN) by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

New York, NY
May 3, 2019

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.

docs-100122819.1