USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Hoglan et al.*

v.

*Islamic Republic of Iran*

**SUPPLEMENTAL CERTIFICATE OF MAILING**

Case No.: 11-cv-07550 (GBD) (SN)
03-md- 01570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the  02  day of May, 2019, I served: Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Office of Legal Affairs, SA 17, Tenth Floor, Washington, D.C. 20522

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

  2  copy(ies) of the  Letters Rogatory Request (*Hoglan* Docet No. 282-1), Letters Rogatory Order (*Hoglan* Docket No. 293) (in English and Farsi), certifications by the translators

by  Federal Express # 7749 8866 3900  .

Dated: New York, New York
         05/02/ 2019

RUBY J. KRAJICK
CLERK OF COURT

Melina Roberts
DEPUTY CLERK

