```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Hoglan et al.*

v.

*Islamic Republic of Iran*

**SUPPLEMENTAL CERTIFICATE OF MAILING**

Case No.:   11-cv-07550 (GBD) (SN)
            03-md-01570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the __02__ day of __May__, 20__19__, I served: Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Office of Legal Affairs, SA 17, Tenth Floor, Washington, D.C. 20522

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the ___Letters Rogatory Request (*Hoglan* Docet No. 282-1), Letters Rogatory Order (*Hoglan* Docket No. 293) (in English and Farsi), certifications by the translators___

by ___Federal Express # 7750 2523 0710___.

Dated:  New York, New York
        05/02/2019

RUBY J. KRAJICK
CLERK OF COURT

*[signature: Melina Roberts]*

Melina Roberts
DEPUTY CLERK

```
ORIGIN ID:PCTA    (212) 805-0136        SHIP DATE: 22APR19
CLERK OF COURT                          ACTWGT: 1.00 LB
DANIEL P. MOYNIHAN U.S. COURTHOUSE      CAD: 105808175/INET4100
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007                      BILL SENDER
UNITED STATES US

TO  MICHAEL MCPHERSON, PARALEGAL SPECIA
    U.S. DEPT. OF STATE, OVERSEAS CITIZ
    OFFICE OF LEGAL AFFAIRS, CA/OCS/L
    SA 17, TENTH FLOOR
    WASHINGTON DC 20522
    (202) 485-6180        REF: HOGLAN LETTERS ROG TRANS X8
    INV:
    PO:                   DEPT:
```



```
                              TUE - 23 APR 3:00P
         1 of 6               STANDARD OVERNIGHT
TRK# 7750 2523 0710
 0201
## MASTER ##
                                            20522
EP WGOA                              DC-US   IAD
```

4/22/2019