USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Hoglan et al.*

*v.*

*Islamic Republic of Iran*

**SUPPLEMENTAL CERTIFICATE OF MAILING**

Case No.:   11-cv-07550 (GBD) (SN)
               03-md- 01570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the __02_ day of _May_, 20_19_, I served:_____
_____ Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services,
Office of Legal Affairs, SA 17, Tenth Floor, Washington, D.C. 20522 _____

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☒    the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

___2__ copy(ies) of the _____ Letters Rogatory Request (*Hoglan* Docet No. 282-1), Letters
Rogatory Order (*Hoglan* Docket No. 293) (in English and Farsi), certifications by the translators _____

by ____ Federal Express # 7750 2523 0683 _____.

Dated:  New York, New York
_____05/02/ 2019 _____

RUBY J. KRAJICK
CLERK OF COURT

*Melina Roberts*

Melina Roberts
DEPUTY CLERK

FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:PCTA          (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 22APR19
ACTWGT: 1.00 LB
CAD: 105808175/INET4100

BILL SENDER

TO  MICHAEL MCPHERSON, PARALEGAL SPECIA
U.S. DEPT. OF STATE, OVERSEAS CITIZ
OFFICE OF LEGAL AFFAIRS, CA/OCS/L
SA 17, TENTH FLOOR
WASHINGTON DC 20522
(202) 485-6180          REF: HOGLAN LETTERS ROG TRANS XB
INV:
PO:                              DEPT:



FedEx
Express

E

2 of 6
MPS#
0263    7750 2523 0683
Mstr# 7750 2523 0710      0201

TUE - 23 APR 3:00P
STANDARD OVERNIGHT

EP WGOA          DC-US      20522
                                  IAD

4/22/2019