UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2019

**SARAH NETBURN, United States Magistrate Judge:**

On April 25, 2019, Plaintiffs filed a motion for an order to compel non-party Akram Alzamari to appear at a deposition. ECF No. 4496. Alzamari opposed Plaintiffs' request and filed a motion for a protective order.[1] Under Rule 26(c), the Court has broad discretion to decide when "a protective order is appropriate and what degree of protection is required." Seattle Times Co. v. Rhinehart, 467 U.S. 20, 36 (1984). The appropriateness of protective relief depends upon a "balancing of the litigation needs of the discovering party and any countervailing protectible interests of the party from whom discovery is sought." Johnson v. J. Walter Thompson U.S.A., LLC, No. 16-CV-1805 (JPO) (JCF), 2017 WL 3055098, at *3 (S.D.N.Y. July 18, 2017) (citations omitted).

Balancing the parties' respective interests, it is hereby ORDERED that, by Thursday, May 30, 2019, Alzamari shall provide a sworn declaration containing all knowledge he has regarding whether and to what extent Fahad al Thumairy, Omar al Bayoumi, and/or their agents took actions in 2000, at the direction of more senior Saudi officials, to provide assistance to Nawaf al Hazmi, Khalid al Mihdhar, and other 9/11 hijackers. See ECF No. 3946, Memorandum

---

[1] This motion, along with Plaintiffs' opposition, were filed under seal pursuant to the Protective Order for FBI Documents. See ECF No. 4255.

Decision and Order, at 23. ███████████████████████████████████

███████████████████████████████████████████████████████████

██████[2] By Thursday, June 27, 2019, Plaintiffs and Defendants shall serve follow-up questions by written interrogatories. Alzamari shall provide sworn written answers to Plaintiffs and Defendants' interrogatories no later than Thursday, July 18, 2019.

In addition, Alzamari requests that (1) his May 13 letter be filed under seal with an *ex parte* portion of the letter redacted; and (2) the Plaintiffs' May 15 response be filed under seal in its entirety. Both requests are GRANTED.

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 4496.

**SO ORDERED.**

                                                   _____
                                                 SARAH NETBURN
                                                 United States Magistrate Judge

DATED:     May 15, 2019
              New York, New York

---

[2] The Court understands that this information may be subject to the FBI Protective Order.