UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2019

**SARAH NETBURN, United States Magistrate Judge:**

    On May 16, 2019, Defendant Kingdom of Saudi Arabia filed a letter with respect to the Plaintiffs' Executive Committees' motion to compel non-party Akram Alzamari to appear at a deposition. Consistent with the Court's May 15 Order, the second paragraph of Saudi Arabia's letter shall be filed under seal.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 21, 2019
              New York, New York