UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                                                    03-MDL-01570 (GBD)(SN)

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                                                          **ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On April 23, 2019, the Plaintiffs' Executive Committees ("PECs") and Defendants' Executive Committee ("DEC") filed a joint letter regarding the status of discovery for thirteen Defendants.[1] ECF No. 4495. In addition, on May 16, 2019, the PECs filed a supplemental letter regarding the status of discovery for Individual Defendant Wa'el Hamza Jelaidan. ECF No. 4526. Having considered the parties' letters, it is hereby ORDERED that:

1.    In light of the Ramadan holiday and the remaining discovery, the fact deposition deadline for the Merits and Jurisdictional Defendants shall close on Wednesday, July 31, 2019. This deadline will not be adjourned. By this deadline, Jelaidan must sit for a deposition in one of the four "Presumptively Acceptable Locations" identified in the Court's Deposition Protocol. See ECF No. 3894. If Jelaidan intends to move for a protective order, he must do so no later than Friday, May 31, 2019. Jelaidan is directed to review the Court's April 16 Order, which addressed similar requests made by other Defendants. See ECF No. 4105.

---

[1] Six of these Defendants are in jurisdictional discovery. They include: Abdullah Omar Naseef, Abdullah Muhsen al Turki, Abdullah bin Saleh al Obaid, Adnan Basha, Soliman al Buthe, and Yassin al Kadi (the "Jurisdictional Defendants"). The remaining Defendants referred to in the parties' letter are in merits discovery. They include: the Muslim World League, the International Islamic Relief Organization, the World Assembly of Muslim Youth–Saudi Arabia, the World Assembly of Muslim Youth–International, Dubai Islamic Bank, Wa'el Hamza Jelaidan, and Perouz Sedaghaty (the "Merits Defendants"). This Order does not address ongoing jurisdictional discovery regarding the Kingdom of Saudi Arabia and Dallah Avco.

    2.    The PECs shall respond to WAMY's and Kadi's interrogatories by Monday, September 30, 2019.

    3.    The relevant parties are directed to meet-and-confer regarding the following issues:

        a.    Following the PECs' exchange with the Merits Defendants on May 10, what third party discovery is anticipated, and how long do the parties reasonably believe it will take to complete?

        b.    What class certification discovery is anticipated, and how long do the parties reasonably believe it will take to complete?

        c.    What expert discovery do the PECs anticipate conducting regarding the Jurisdictional and Merits Defendants, and to what extent will that expert discovery overlap?

        d.    Do the PECs, Saudi Arabia, and Dallah Avco anticipate conducting expert discovery before the parties proceed to motion practice? If so, what overlap, if any, will there be with the expert discovery conducted for the Jurisdictional and Merits Defendants?

    4.    The parties shall file a joint letter addressing the above-referenced issues no later than Friday, May 31, 2019.

The Court will set any additional deadlines following the parties' meet-and-confer on these issues.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 22, 2019
             New York, New York