## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the *Agyeman* Plaintiffs' Notice of Motion For Entry Of Default Judgment Against The Islamic Republic Of Iran As To Liability Only; Memorandum of Law In Support Of Motion For Entry Of Default Judgment Against The Islamic Republic Of Iran Only As To Liability On Behalf Of All *Agyeman* Plaintiffs; and Proposed Order of Judgment were filed electronically this 23nd day of May, 2019. Notice of this filing will be served upon all parties in 03 MDL 1570 and 1:18-cv-5320 (GBD) (SN) by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

New York, NY
May 23, 2019

                                                 */s/ Jerry S. Goldman*
                                                 Jerry S. Goldman, Esq.