## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-5321(GDB)(SN)

### THE *MORRIS* PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN AS TO LIABILITY ONLY

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law, the *Morris* Plaintiffs, by and through their counsel, Anderson Kill, P.C., will move the Court before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order granting Plaintiffs' Motion for Entry of Default Judgment Against the Islamic Republic of Iran as to Liability Only.

    Respectfully submitted,

    */s/ Jerry S. Goldman*
    ANDERSON KILL P.C.
    Jerry S. Goldman, Esq.
    Bruce E. Strong, Esq.
    1251 Avenue of the Americas
    New York, NY  10020
    Tel: 212-278-1000
    Fax: 212-278-1733
    Email: jgoldman@andersonkill.com

    Arthur R. Armstrong, Esq. *(pro hac vice)*
    1760 Market Street, Suite 600
    Philadelphia, PA  19103
    Tel: 267-216-2711
    Fax: 215-568-4573
    Email: aarmstrong@andersonkill.com

Dated:  New York, New York
May 23, 2019

    *Attorneys for Plaintiffs*

2

docs-100127037.1