# Exhibit 4

LAW FIRM OF
# OMAR T. MOHAMMEDI, LLC

233 BROADWAY, SUITE 801
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL TRADE

June 3, 2019

**VIA ELECTRONIC MAIL**
Sean Carter, Esq.
Scott Tarbutton, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
E-mail: SCarter1@cozen.com
starbutton@cozen.com

**RE: In re Terrorist Attacks of September 11, 2001, 03 MDL 1570**

Dear Sean and Scott:

We have received no response to our May 24, 2019 letter setting forth WAMY's objections to Plaintiff's May 22, 2019 Rule 30(b)(6) Notice and our proposed compromise. The objections were sent as required by paragraph 40 of the Deposition Protocol Order (Doc. No. 3894) in a good faith attempt to resolve the dispute. Please consider this letter our final attempt to resolve these issues without court intervention. If we do not hear back from you by the close of business Tuesday, June 4, 2019, we will have no choice but to seek appropriate relief from the Court.

Sincerely,

Omar T. Mohammedi, Esq.

*/s/ Fredrick Goetz*

Frederick J. Goetz, Esq.