# Exhibit 4

STEVEN D. MANNING
DENNIS B. KASS
ANTHONY J. ELLROD
EUGENE P. RAMIREZ
FREDRIC W. TRESTER
LAWRENCE D. ESTEN
MILDRED K. O'LINN *
ALFRED M. DE LA CRUZ
ERWIN A. NEPOMUCENO
BRIAN T. MOSS *
JEFFREY M. LENKOV
MARGUERITE L. JONAK *
JOHN D. MARINO
MICHAEL L. SMITH
LOUIS W. PAPPAS
SHARI L. ROSENTHAL
EUGENE J. EGAN
CLIFFORD A. CLANCEY
RINAT B. KLIER-ERLICH
ROBERT B. ZELMS †
R. ADAM ELLISON
SCOTT WM. DAVENPORT
JASON J. MOLNAR *
DAVID V. ROTH
JENNIFER L. SUPMAN
KATHLEEN A. HUNT *
STEVEN J. RENICK
JAMES E. GIBBONS
DANIEL B. HERBERT *
MARK A. HAGOPIAN
DONALD R. DAY *
D. HIEP TRUONG
MICHAEL A. WEISMANTEL
JANET D. JOHN *
JOHN M. HOCHHAUSLER
ANTHONY S. VITAGLIANO†
KEVIN H. LOUTH
SHARON S. JEFFREY
KEITH RICKER †
JOHN M. COWDEN*
DAVID R. REEDER*
TOBY D. BUCHANAN
LADELL H. MUHLESTEIN
SEVAN GOBEL

RICHARD G. GARCIA
DEBORA VERDIER †
JEANETTE DIXON
KENNETH S. KAWABATA
STEVEN AMUNDSON*
RICHARD MACK †
TONY M. SAIN
MARILYN R. VICTOR*
MARTIN HOLLY
MINAS SAMUELIAN
LALO GARCIA
CHRISTOPHER DATOMI
ANTHONY CANNIZZO
GARY L. POPHAM, JR.*
MAIJA OLIVIA*
ROLAND TONG
JONATHAN J. LABRUM *
JONATHON D. SAYRE
KAREN LIAO
JULIE M. FLEMING
ROBERT E. MURPHY *
NINA RICCI FRANCISCO
DONALD R. BECK
FRANK M. LAFLEUR
ROBERT P. WARGO*
SCOTT A. ALLES †
MAHASTI KASHEFI
LISA WONG
DONALD APPLEGATE
HEATHER M. ANTONIE
JASON J. DOSHI
ZUBIN FARINPOUR
LAURA MCADAMS
GRETHCHEN COLLIN
RODRIGO J. BOZOGHLIAN
ANGELA M. POWELL
JENIFER WALLIS*
MATTHEW E. KEARL
NARINE AVANES
ERIK BABAKHANIAN
ADAM ROEHRICK
TONYA N. MORA
EMILY EDWARDS
FATIMA BADREDDINE

# MANNING & KASS
## ELLROD, RAMIREZ, TRESTER LLP
### ATTORNEYS AT LAW



15TH FLOOR AT 801 TOWER
801 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3012
TELEPHONE: (213) 624-6900
FACSIMILE: (213) 624-6999
WEB SITE: WWW.MANNINGLLP.COM

January 14, 2019

DANIEL SULLIVAN
HILA GOLCHET
MARYAM MALEKI
PAUL MITTELSTADT
NICOLE THRELKEL
A. FOSTER SHI
MAE ALBERTO
MICHAEL KVYAT
BRIAN SMITH
JUDSON H. PRICE
JORDON FERGUSON *
PAUL HARSHAW
VICTORIA KAJO
ANDREA KORNBLAU
ARA BAGHDASSARIAN
ANTHONY WERBIN
MICHAEL WATTS
TRISHA NEWMAN
NISHAN WILDE
LYNN CARPENTER
JEFFREY FISHKIN
LYNELL D. DAVIS
DAVID R. RUIZ
NATALYA VASYUK
JESSICA ROSEN
ANDREEA CUSTUREA
NATHAN GROSCH
LINNA LOANGKOTE
DERIK SARKESIANS
MARK WILSON
JENNY PAK
ELIZABETH HANDELIN
CRAIG SMITH
KARLY K. WHITE
MATTHEW P. OPPEN
GARRICK P. VANDERFIN
ALEXANDRA RAMBIS
KELSEY NICOLAISEN
ASHTON MCKINNON
FAROUK MANSOUR
KIRSTEN BROWN
NATALIE ORTIZ
JAMILEH HAWATMEH
JEFFREY TSAO

ERIN N. COLLINS
JESSICA SPINOLA
TIFFANY HENDERSON
JONATHAN HACK*
DAVID BREITBURG
EMILY ELLSE
TODD LEZON
JEAN CHA
JEFFREY KORN
CURTIS GOLE
RICK MARTIN
ERIC WAHRBURG
CAROL TREASURE
R. SCOTT HARLAN
ALDWIN TANALA
COURTNEY CASIANO
BRANDON DAWOODTABAR
COURTNEY ARNOLD
BATKHAND ZOLJARGAL
RONALD STEWART
MARLON RUFINO
KIMBERLY D. RICE
JOSHUA FERGUSON
SALLY FREEMAN*
CHRISTOPHER J. LEE
CHRISTINE LA VORGNA
DANYALE TAYLOR
LIZETTE ALVARADO
IAN KING
CAMERON ARONSON
TRACY BREUER
SAMANTHA KATTAU
IBRAHIM MUHTASEB
ARTHUR KHURIN
GRACE COLLER

OF COUNSEL
ARI MARKOW

*   Admitted in Multiple Jurisdiction
†   Admitted to Practice Law in Arizona only
‡   Admitted to Practice Law in Alabama

### VIA E-MAIL AND U.S. MAIL

Mr. Steven R. Pounian
Kreindler & Kreindler, LLP
750 Third Ave.
New York, NY 10017
E-Mail: spounian@kreindler.com

Re: **In re: Terrorist Attack on 9/11/2001**

Our File No.: : 7037-70000

Dear Mr. Pounian:

This letter is in regards to our telephone conversation of January 10, 2019 and our email correspondence of that same day.

As we agreed, please find attached the unredacted versions of the documents which we agreed to produce in exchange for your agreement to not serve the subpoena duces tecum of December 6, 2018, which has not been properly served.

We understand from your email correspondence that you intend to serve additional subpoenas on the mosque. As we discussed during our telephone conversation, we would greatly appreciate the opportunity to discuss any potential future subpoenas with you beforehand, which could perhaps streamline the process.

DALLAS
1717 McKinney Ave., Suite 700
Dallas, TX 75202-1241
Telephone: (214) 953-7663

NEW YORK
One Battery Park Plaza, 4th Floor
New York, NY 10004
Telephone: (212) 858-7769

ORANGE COUNTY
19800 MacArthur Blvd, Suite 900
Irvine, CA 92612
Telephone: (949) 440-6690

PHOENIX
3636 North Central Avenue, 11th Floor
Phoenix, AZ 85012
Telephone: (602) 313-5469

SAN DIEGO
225 Broadway, Suite 1200
San Diego, CA 92101
Telephone: (619) 515-0269

SAN FRANCISCO
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 217-6990

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

Mr. Steven R. Pounian
**Re:   In re: Terrorist Attack on 9/11/2001**
January 14, 2019
Page 2

**Request No. 2**

2.      Regarding any person other than Thumairy who was employed at the Los Angeles Consulate and simultaneously was an imam or held another position or title at the King Fahad Mosque at any time during the applicable time period, produce documents concerning;

a. his appointment, title(s), activities and responsibilities at the King Fahad Mosque during the applicable time period;

b. his pay, pay increases, awards, bonuses, stipends and allowances from January 1,1998 through and including 2003;

c. his performance reviews during the applicable time period;

d. his sermons, speeches and writings during the applicable time period;

e. the instructions or directions provided by him by the King Fahad Mosque during the applicable time period;

f. the funds and resources under his control at the King Fahad Mosque during the applicable time period;

g. his responsibilities for the finances of the King Fahad Mosque during the applicable time period;

h. his superiors and supervisors at the King Fahad Mosque during the applicable time period;

i. his assistants or other persons under his supervision or oversight at the King Fahad Mosque during the applicable time period;

j. his phone, fax and email records at the King Fahad Mosque during the applicable time period;

k. King Fahad Mosque board meetings attended by the person during the applicable time period; and

l. his calendar and/or record of his activities at the King Fahad Mosque during the applicable time period.

///

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

Mr. Steven R. Pounian
**Re:   In re: Terrorist Attack on 9/11/2001**
January 14, 2019
Page 3

## Supplemental Response to Request No. 2

Please find additional documents attached. However, please note that the King Fahad Mosque specifically objects that the individuals listed on these documents were not imams nor did they otherwise hold positions relating to the mosque. The documents produced with this correspondence are produced in accordance with our agreement.

OBJECTION: Responding Party incorporates by reference here each of the objections stated in the General Objections section, in its correspondence of July 30, 2018.

PRIVACY: As phrased, this request potentially calls for the production of documents or information that is privileged from disclosure under the federal and California constitutional right to privacy, including the privacy rights of third parties, and/or – in light of its broad phrasing so as to potentially include responding party's attorneys– potentially including the attorney-client privilege (including but not limited to its investigative aspect) and/or the attorney work product protection.

ATTORNEY-CLIENT PRIVILEGE / WORK PRODUCT PRIVILEGE: As phrased, this request potentially calls for the production of documents or information that includes attorney-client privilege information (including but not limited to its investigative aspect) and/or the attorney work product protection.

VAGUE, OVERBROAD AND COMPOUND: This request is also vague, overbroad, compound, without limitation as to specific subject matter and unduly burdensome as phrased, and is therefore not likely to lead to admissible evidence.

Notwithstanding and without waiving the foregoing objections, and to the extent the responding party understands the request, responding party responds as follows: To the extent that this request seeks production of responsive unprivileged items, such documents are produced herewith.

///

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

Mr. Steven R. Pounian
**Re:  In re: Terrorist Attack on 9/11/2001**
January 14, 2019
Page 4

      We look forward to working together to move forward in a spirit of cooperation. Please do not hesitate to contact us regarding these responses. Thank you.

      Very truly yours,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

*Michael Watts*

Eugene P. Ramirez, Esq.
Michael Watts, Esq.

EPR/MRW
Enclosure

cc:   Mr. Andrew Shen