# Exhibit 5

| | |
|---|---|
| **From:** | Steven R. Pounian |
| **To:** | Shen, Andrew C. |
| **Cc:** | Maloney, III, Andrew; Carter, Sean; zRobert Haefele; Kellogg, Michael K.; Rapawy, Gregory G.; Goldman, Jerry; Megan Benett; John Fawcett |
| **Subject:** | Re: 9/11 litigation - third party productions |
| **Date:** | Tuesday, June 4, 2019 2:10:06 PM |

Andy,

To follow up on my prior message, the Mosque's counsel Mike Watts just emailed me as follows:

"I apologize for any confusion, but please do not release any of those documents. We will be in touch if we receive authorization for your office to release them."

Steve


On Jun 4, 2019, at 2:05 PM, Steven R. Pounian > wrote:

Dear Andy,

We were told yesterday by Mosque counsel Mike Watts to "hold off" on sending a copy of the documents to you pending their discussions. I just emailed Mike again, informing him of your message today and his client's need to make an immediate decision. We will let you know as soon as we hear back from them.

Regards,

Steve

On Jun 4, 2019, at 1:23 PM, Shen, Andrew C. > wrote:

Steve –

Please confirm that this production is forthcoming. If we need to meet and confer about this, please let me know your availability this afternoon.

Regards,

Andy


From: Steven R. Pounian [mailto:Spounian@kreindler.com]
Sent: Monday, June 03, 2019 3:17 PM
To: Shen, Andrew C. >
Cc: Maloney, III, Andrew >; Carter, Sean >; zRobert Haefele >; Kellogg, Michael K. >; Rapawy, Gregory G. >; Goldman, Jerry >; Megan Benett >; John Fawcett >
Subject: Re: 9/11 litigation - third party productions

Andy,

Please note that these documents were produced by the Mosque under an agreement that we reached with them, and not pursuant to our subpoena.

As I said previously, we assumed that the Kingdom already received a copy of the same documents. We have no problem giving you a copy now, as long as there is no objection from the Mosque. A separate email will follow.

We expect that the Kingdom will reciprocate and also produce documents that it has received from third parties.

Regards,

Steve


On Jun 3, 2019, at 2:29 PM, Shen, Andrew C. >> wrote:

Steve:

We have requested the additional productions from the Mosque referenced below, but have not received them. Given the two Mosque depositions on June 12 and 14, we ask that Plaintiffs produce those documents to us immediately. Please also inform us as to when Plaintiffs' received the additional productions. If you are unwilling to do so, please provide your availability this afternoon or tomorrow to meet and confer about this issue.

Regards,

Andy

Andrew C. Shen
Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Direct: (202) 326-7963
Fax: (202) 326-7999

The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

From: Steven R. Pounian [mailto:Spounian@kreindler.com]

Sent: Wednesday, May 15, 2019 2:33 PM
To: Shen, Andrew C. >>
Cc: Maloney, III, Andrew >>; Carter, Sean >>; zRobert Haefele >>; Kellogg, Michael K. >>; Rapawy, Gregory G. >>; Goldman, Jerry >>; Megan Benett >>; John Fawcett >>
Subject: Re: 9/11 litigation - third party productions

Dear Andy,

We thought the Mosque's attorney Mike Watts had already sent copies of these documents to you. That had been been the Mosque's prior practice regarding its production.

Particularly in this instance - where most of the documents were produced by the Mosque for review purposes only - we would prefer that you ask Mike Watts for a copy.

In other circumstances, the PECs have routinely and promptly produced third party documents to you. For example, the Omar Khattab Mosque's response and production were sent to you on April 22, 2018, shortly after their receipt on April 17 (while Sean was away on vacation).

Finally, Jerry will be sending you a letter shortly regarding the Bank of America production.

Regards,

Steve


On May 15, 2019, at 11:08 AM, Shen, Andrew C. >>> wrote:

Steve, Sean, Robert & Duke:

Following up on this request. Please let us know when we will receive these documents and information.

Regards,

Andy

Andrew C. Shen
Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Direct: (202) 326-7963
Fax: (202) 326-7999

The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail

address. Nothing in this communication is intended to operate as an electronic signature under applicable law.


From: Shen, Andrew C.
Sent: Friday, May 10, 2019 4:17 PM
To: 'Steven R. Pounian' >>>; Maloney, III, Andrew >>>; 'Carter, Sean' >>>; zRobert Haefele >>>
Cc: Kellogg, Michael K. >>>; Rapawy, Gregory G. >>>
Subject: 9/11 litigation - third party productions

Steve, Sean, Robert & Duke:

We understand that the King Fahad mosque has produced additional documents to the PEC in response to its subpoena. Can you please provide defendants with copies of these documents as well as the dates that you received them? The last bates stamp from the King Fahad Mosque production we have is KFM0122. In addition, to the extent that Plaintiffs have received additional documents responsive to its third-party subpoenas, please provide us with copies of those documents and the dates you received them as well.

Regards,

Andy

Andrew C. Shen
Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Direct: (202) 326-7963
Fax: (202) 326-7999

The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.


Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically

archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.