# Exhibit 6

| | |
|---|---|
| **From:** | Shen, Andrew C. |
| **To:** | "Michael Watts" |
| **Cc:** | "Steven R. Pounian"; Maloney, III, Andrew; Carter, Sean; zRobert Haefele; Kellogg, Michael K.; Rapawy, Gregory G.; Goldman, Jerry; Megan Benett; John Fawcett |
| **Subject:** | KFM production - In Re: Terrorist Attacks on September 11, 2001 |
| **Date:** | Wednesday, May 15, 2019 6:16:26 PM |

Michael –

I represent the Kingdom of Saudi Arabia in the above captioned litigation. Plaintiffs (copied here) have asked us to contact you to receive a copy of the King Fahad Mosque's recent document productions. The last bates numbered document that we have from the King Fahad Mosque is KFM0122. Can you please forward us any additional documents that you have produced to Plaintiffs and let us know when those documents were produced to Plaintiffs. Can you also please copy us on any future productions.

Best Regards,

Andy

Andrew C. Shen

Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.

1615 M Street, N.W.

Suite 400

Washington, D.C. 20036

Direct: (202) 326-7963

Fax: (202) 326-7999

The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.