# Exhibit 8

| | |
|---|---|
| **From:** | Michael Watts |
| **To:** | Shen, Andrew C. |
| **Cc:** | Eugene Ramirez; Trisha Newman; Christina Medina; Sylvia Hernandez; Irma Castellanos |
| **Subject:** | In re Terrorist Attack (Shen) Documents |
| **Date:** | Wednesday, June 5, 2019 8:43:39 AM |

Mr. Shen,

I spoke with my client last evening and unfortunately he is not willing to approve the release of any documents from ether us or from plaintiff's counsel to you. I understand you may need to file an ex parte with the court. I apologize for any inconvenience.

Please contact my cell at 931-494-3251 if I can be of any further assistance.

Thank you.

Mike Watts