UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On June 6, 2019, the Kingdom of Saudi Arabia ("Saudi Arabia") filed a motion to compel the Plaintiffs' Executive Committees ("Plaintiffs") to produce documents they received from the King Fahad Mosque. ECF No. 4572. Saudi Arabia requests that its motion be considered on an emergency basis because the parties intend to depose two Mosque employees on June 12 and June 14. *Id.*, at 1. In light of Saudi Arabia's letter, it is hereby ORDERED that:

    1.    A telephone conference is scheduled for Monday, June 10, 2019, at 12:00 p.m. The parties shall circulate a call-in number to the Court and all interested parties.

    2.    Plaintiffs shall respond to Saudi Arabia's letter no later than 5:00 p.m. on Friday, June 7, 2019.

    3.    The depositions of Khalil Al Khalil and Osman Kaldirim are adjourned *sine die*.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 6, 2019
                New York, New York