EXHIBIT 1

# Steven R. Pounian

| | |
|---|---|
| **From:** | Michael Watts <mrw@MANNINGLLP.COM> |
| **Sent:** | Thursday, June 6, 2019 5:43 PM |
| **To:** | Shen, Andrew C.; Kellogg, Michael K.; Steven R. Pounian |
| **Cc:** | Eugene Ramirez; Trisha Newman; Christina Medina; Sylvia Hernandez; Irma Castellanos |
| **Subject:** | In re Terrorist Attacks (PC/Counsel for KSA) Release of Materials |

All,

I have just received permission from my client to permit the release of all materials previously produced to plaintiff's counsel to counsel for the Kingdom of Saudi Arabia. I called Mr. Pounian and informed him of this a moment ago.

I would request, given the short time frame and the travel logistics, that the Court be informed and a joint request made for the depositions to continue as previously noticed.

Thank you all for your patience.

Very respectfully,

**Michael R. Watts**
*Associate*



MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017
Tel: 213.430.2642 | Fax: 213.624-6999
Email: mrw@manningllp.com | Website: www.manningllp.com
Los Angeles | Irvine | San Diego | San Francisco | Scottsdale | New York

This email message, including any documents, files or other attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, or a person responsible for delivering this email message to the intended recipient(s), please notify the sender of the delivery error by replying to this message, and then delete it and any attachments from your system. Thank you.