EXHIBIT 2

# Steven R. Pounian

| | |
|---|---|
| **From:** | Kellogg, Michael K. <mkellogg@kellogghansen.com> |
| **Sent:** | Thursday, June 6, 2019 6:41 PM |
| **To:** | Steven R. Pounian; Shen, Andrew C. |
| **Cc:** | Eugene Ramirez; Trisha Newman; Christina Medina; Sylvia Hernandez; Irma Castellanos; 'Michael Watts'; 'Carter, Sean'; zScott Tarbutton; zRobert Haefele; Goldman, Jerry; Jim Kreindler; Andrew J. Maloney; Megan Benett; John Fawcett; Rapawy, Gregory G. |
| **Subject:** | RE: In re Terrorist Attacks (PC/Counsel for KSA) Release of Materials |

Steve:

We have to determine whether the Arabic language documents can be translated in time. We are checking with our translators and will get back to you promptly.

Michael

**From:** Steven R. Pounian [mailto:Spounian@kreindler.com]
**Sent:** Thursday, June 06, 2019 6:02 PM
**To:** Shen, Andrew C. <ashen@kellogghansen.com>; Kellogg, Michael K. <mkellogg@kellogghansen.com>
**Cc:** Eugene Ramirez <epr@manningllp.com>; Trisha Newman <ten@MANNINGLLP.COM>; Christina Medina <cvm@manningllp.com>; Sylvia Hernandez <sxh@manningllp.com>; Irma Castellanos <ITC@manningllp.com>; 'Michael Watts' <mrw@MANNINGLLP.COM>; 'Carter, Sean' <SCarter1@cozen.com>; Tarbutton, Joseph <starbutton@cozen.com>; zRobert Haefele <rhaefele@motleyrice.com>; Goldman, Jerry <jgoldman@andersonkill.com>; Kreindler, James <jkreindler@kreindler.com>; Maloney, III, Andrew <amaloney@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; John Fawcett <Jfawcett@kreindler.com>
**Subject:** RE: In re Terrorist Attacks (PC/Counsel for KSA) Release of Materials

Dear Michael and Andrew,

We have just sent you the documents produced to us by the King Fahad Mosque by separate link.

Could you please advise us immediately regarding whether the Kingdom will withdraw its pending motion and agree to proceed with the two depositions as previously noticed by the Plaintiffs.

Otherwise, Plaintiffs will file an appropriate response and application with the Court tomorrow morning.

Steve

**From:** Michael Watts <mrw@MANNINGLLP.COM>
**Sent:** Thursday, June 6, 2019 5:43 PM
**To:** Shen, Andrew C. <ashen@kellogghansen.com>; Kellogg, Michael K. <mkellogg@kellogghansen.com>; Steven R. Pounian <Spounian@kreindler.com>
**Cc:** Eugene Ramirez <epr@manningllp.com>; Trisha Newman <ten@MANNINGLLP.COM>; Christina Medina <cvm@manningllp.com>; Sylvia Hernandez <sxh@manningllp.com>; Irma Castellanos <ITC@manningllp.com>
**Subject:** In re Terrorist Attacks (PC/Counsel for KSA) Release of Materials

All,

I have just received permission from my client to permit the release of all materials previously produced to plaintiff's counsel to counsel for the Kingdom of Saudi Arabia. I called Mr. Pounian and informed him of this a moment ago.

I would request, given the short time frame and the travel logistics, that the Court be informed and a joint request made for the depositions to continue as previously noticed.

Thank you all for your patience.

Very respectfully,

**Michael R. Watts**
*Associate*



MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
**801 S. Figueroa St, 15th Floor**
**Los Angeles, California 90017**
**Tel: 213.430.2642 | Fax: 213.624-6999**
**Email: mrw@manningllp.com | Website: www.manningllp.com**
Los Angeles | Irvine | San Diego | San Francisco | Scottsdale | New York

This email message, including any documents, files or other attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, or a person responsible for delivering this email message to the intended recipient(s), please notify the sender of the delivery error by replying to this message, and then delete it and any attachments from your system. Thank you.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.