## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

June 7, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(SN)
             ECF 4576 and ECF 4577 Plaintiffs' Emergency Motion for Reconsideration of
             this Court's June 6 Order Adjourning the Depositions of Khalil and Kaldirim,
             Including an Order Directing that those Depositions Proceed as Scheduled on
             June 12 and 14 in Los Angeles, and Opposition to the Kingdom's Emergency
             Motion

Dear Judge Netburn:

    Shortly after Plaintiffs filed these papers by ECF, Mr. Kellogg communicated that the Kingdom had received all of the documents and was agreeable to proceeding with the depositions as previously scheduled. Nonetheless, Plaintiffs believe our filing remains relevant, as it addresses several key points about the record and circumstances surrounding Plaintiffs' engagements with the Mosque.

    In addition, prior to withdrawing the motion in full, the Kingdom has asked Plaintiffs to communicate their position on the Kingdom's request at p. 5 of its motion "to provide Saudi Arabia with prior notice and copies under Rule 45(a)(4) of all Rule 45 subpoenas issued to any third party, regardless of whether those subpoenas are served formally, sent with an informal request to accept service, or otherwise negotiated." Plaintiffs intend to revert back to the Kingdom on that issue shortly.

    In the interim, Plaintiffs respectfully request that the Court vacate its June 6 Order, ECF 4574, adjourning the depositions, so that they can proceed as previously scheduled.

June 7, 2019
Page 2

Respectfully submitted,

KREINDLER & KREINDLER LLP

By: /s/ *Steven R. Pounian*
    STEVEN R. POUNIAN
    ANDREW J. MALONEY
    KREINDLER & KREINDLER LLP
    750 Third Avenue
    New York, New York 10017
    Tel.: 212-687-8181
    Email: amaloney@kreindler.com

*For the Plaintiffs' Exec. Committees*

MOTLEY RICE LLC

By: /s/ *Robert T. Haefele*
    ROBERT T. HAEFELE
    MOTLEY RICE LLC
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29465
    Tel.: (843) 216-9184
    Email: rhaefele@motleyrice.com

*For the Plaintiffs' Exec. Committees*

COZEN O'CONNOR

By: /s/ *Sean P. Carter*
    SEAN P. CARTER
    COZEN O'CONNOR
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, Pennsylvania 19103
    Tel.: (215) 665-2105
    Email: scarter@cozen.com

*For the Plaintiffs' Exec. Committees*

cc:    The Honorable George B. Daniels (via First Class Mail)
       All Counsel of Record (via ECF)
       Michael Watts, Esq. (counsel to KFM and Khailil & Kaldirim)