**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/07/2019

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

June 7, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(SN)
ECF 4576 and ECF 4577 Plaintiffs' Emergency Motion for Reconsideration of this Court's June 6 Order Adjourning the Depositions of Khalil and Kaldirim, Including an Order Directing that those Depositions Proceed as Scheduled on June 12 and 14 in Los Angeles, and Opposition to the Kingdom's Emergency Motion

Dear Judge Netburn:

Shortly after Plaintiffs filed these papers by ECF, Mr. Kellogg communicated that the Kingdom had received all of the documents and was agreeable to proceeding with the depositions as previously scheduled. Nonetheless, Plaintiffs believe our filing remains relevant, as it addresses several key points about the record and circumstances surrounding Plaintiffs' engagements with the Mosque.

In addition, prior to withdrawing the motion in full, the Kingdom has asked Plaintiffs to communicate their position on the Kingdom's request at p. 5 of its motion "to provide Saudi Arabia with prior notice and copies under Rule 45(a)(4) of all Rule 45 subpoenas issued to any third party, regardless of whether those subpoenas are served formally, sent with an informal request to accept service, or otherwise negotiated." Plaintiffs intend to revert back to the Kingdom on that issue shortly.

In the interim, Plaintiffs respectfully request that the Court vacate its June 6 Order, ECF 4574, adjourning the depositions, so that they can proceed as previously scheduled.

Respectfully submitted,

| KREINDLER & KREINDLER LLP | MOTLEY RICE LLC |
|---|---|
| By: /s/ *Steven R. Pounian*<br>STEVEN R. POUNIAN<br>ANDREW J. MALONEY<br>KREINDLER & KREINDLER LLP<br>750 Third Avenue<br>New York, New York 10017<br>Tel.: 212-687-8181<br>Email: amaloney@kreindler.com<br><br>*For the Plaintiffs' Exec. Committees* | By: /s/ *Robert T. Haefele*<br>ROBERT T. HAEFELE<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>Tel.: (843) 216-9184<br>Email: rhaefele@motleyrice.com<br><br>*For the Plaintiffs' Exec. Committees* |

COZEN O'CONNOR

By: /s/ *Sean P. Carter*
SEAN P. CARTER
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com

*For the Plaintiffs' Exec. Committees*

cc: The Honorable George B. Daniels (via First Class Mail)
All Counsel of Record (via ECF)
Michael Watts, Esq. (counsel to KFM and Khailil & Kaldirim)

---

The Court's June 6, 2019 Order is VACATED. The depositions of Khalil Al Khalil and Osman Kaldirim shall proceed as previously scheduled. In addition, the telephone conference scheduled for Monday, June 10, 2019, is ADJOURNED.

The parties shall file a letter regarding the status of Saudi Arabia's request at page five of its emergency motion to compel no later than Friday, June 14, 2019.

**SO ORDERED.**

June 7, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge