UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2019

**SARAH NETBURN, United States Magistrate Judge:**

    On May 31, 2019, the Plaintiffs' Executive Committees ("PECs") and Defendants' Executive Committee ("DEC") filed a joint letter regarding third-party discovery, class certification, and expert discovery. ECF No. 4566. Having considered the parties' letter, it is hereby ORDERED:

    1.    Depositions for third-party witnesses shall be completed by Thursday, October 31, 2019. This deadline accounts for the parties' representation that the government will need 90 days to respond to the parties' fifteen Touhy requests.

    2.    The parties agreed to draft and serve their Touhy requests by Friday, June 28, 2019. The government's response to these requests — as well as any corresponding depositions — shall proceed on a rolling basis. Accordingly, by no later than Monday, August 12, 2019, the government shall respond to seven of the parties' Touhy requests. The government shall respond to the remaining requests by no later than Friday, September 27, 2019.

    3.    The parties indicated an intent to depose six individuals who are in the custody or protection of the U.S. government. Any application for relief related to these depositions shall be filed by Monday, July 1, 2019. By this deadline, the parties should also serve subpoenas or request letters rogatory for the remaining third-party witnesses.

4. Class certification discovery in <u>Estate of John P. O'Neill, Sr., et al. v. Al Baraka Invest. et al.</u>, No. 04-CV-1923, shall commence on Tuesday, September 3, 2019, and shall be completed by Thursday, October 31, 2019. <u>See</u> ECF No. 4495, at 6 (requesting that class discovery commence 60 days prior to the deadline for third party deposition discovery). The parties shall file a status letter by Tuesday, October 15, 2019. The letter should include a proposed briefing schedule for class certification.

5. The PECs anticipate substantial overlap in the expert discovery they plan to conduct regarding the Jurisdictional and Merits Defendants. Accordingly, expert discovery for these Defendants shall coincide. The parties are directed to meet-and-confer and submit a proposed schedule for expert discovery, to commence following the conclusion of third-party discovery, by Thursday, October 17, 2019.

6. Saudi Arabia's request that the Court preclude Plaintiffs from using any affirmative expert testimony to support their opposition to Saudi Arabia's upcoming renewed motion to dismiss is DENIED without prejudice to renewal as premature.

7. Jelaidan shall sit for a deposition by October 31, 2019. Given Jelaidan's outstanding debts and limited financial resources, <u>see</u> ECF No. 4197, the parties are directed to meet-and-confer regarding the possibility of taking Jelaidan's deposition by videoconference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   June 10, 2019
         New York, New York