```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

 In re: TERRORIST ATTACKS ON                    03-MDL-01570 (GBD)(SN)
        SEPTEMBER 11, 2001

------------------------------------------------------------------X

------------------------------------------------------------------X
                                                 18-CV-10820 (GBD)(SN)
ANNE NAPOLITANO, et al.,

                        Plaintiffs,              ORDER

        -against-

KINGDOM OF SAUDI ARABIA, et al.,

                        Defendants.
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2019

**SARAH NETBURN, United States Magistrate Judge:**

     As this case, Napolitano, et al. v. Kingdom of Saudi Arabia, et al., 18-CV-10820, has been directly filed in this District and, based on the Court's review, appears to be within the scope of the multidistrict litigation, it is hereby ORDERED that it is transferred to 03-MD-01570 for coordinated or consolidated pretrial proceedings.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 14, 2019
               New York, New York