# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

June 14, 2019

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

      Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      The Plaintiffs' Executive Committees (PECs), on behalf of all plaintiffs, write to comply with the Court's order of June 7, 2019 (ECF No. 4580), wherein Your Honor directed the parties to "file a letter regarding the status of Saudi Arabia's request as page five of its emergency motion to compel no later than Friday, June 14, 2019." In Saudi Arabia's emergency motion (ECF No. 4572), Saudi Arabia requested that, "going forward, the Court order Plaintiffs to provide Saudi Arabia with prior notice and copies under Rule 45(a)(4) of all Rule 45 subpoenas issued to any third party, regardless of whether those subpoenas are served formally, sent with an informal request to accept service, or otherwise negotiated."

      Although plaintiffs believe Saudi Arabia's proposal goes beyond the requirements of the Federal Rules, plaintiffs are amenable to providing Saudi Arabia with "prior notice and copies under Rule 45(a)(4) of all Rule 45 subpoenas issued to any third party, regardless of whether those subpoenas are served formally, sent with an informal request to accept service, or otherwise negotiated."

      To place this issue in full context and clarify the record, the PECs further advise the Court of the following facts. To date, the PECs have served multiple subpoenas[1] regarding, inter alia,

---

[1] The PECs have provided pre-service notice and served subpoenas on the following entities, for jurisdictional discovery concerning Saudi Arabia: the Al-Rribat Al-Islami mosque; Bank of America; Case Western Reserve; DMV, Sacramento, CA; George Washington University; Islamic Center of San Diego; Keller Graduate School (DeVry University); King Fahd Mosque a/k/a Islamic Foundation of Sheikh Tayymiah; Omar Ibn al Khattab Mosque, San Diego State University and San Diego State University Research Center; University of California, Los Angeles (UCLA); United States

jurisdictional discovery concerning Saudi Arabia, and in each instance, counsel for Saudi Arabia received pre-service notice pursuant to FRCP 45(a)(4) and copies of the documents produced. The circumstances regarding the supplemental voluntary production of documents by the King Fahd Mosque were sui generis, as the PECs have explained. The PECs remain puzzled by the circumstances surrounding the King Fahad Mosque's "objection" to producing documents to the Kingdom and its sudden withdrawal, but plaintiffs reiterate that they had no objection to sharing the KFM documents with Saudi Arabia at any time, and in fact thought the KFM was producing them directly.

A draft of this letter was provided to counsel for Saudi Arabia before being filed, and counsel for Saudi Arabia agreed that the commitment made in the second paragraph satisfies the outstanding request for relief in Saudi Arabia's motion to compel.

Respectfully submitted,

COZEN O'CONNOR

By: /s/ *Sean P. Carter*
    SEAN P. CARTER
    COZEN O'CONNOR
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, Pennsylvania 19103
    Tel.: (215) 665-2105
    Email: scarter@cozen.com

*For the Plaintiffs' Exec. Committees*

MOTLEY RICE LLC

By: /s/ *Robert T. Haefele*
    ROBERT T. HAEFELE
    MOTLEY RICE LLC
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29465
    Tel.: (843) 216-9184
    Email: rhaefele@motleyrice.com

*For the Plaintiffs' Exec. Committees*

KREINDLER & KREINDLER LLP

By: /s/ *Andrew J. Maloney*
    ANDREW J. MALONEY
    KREINDLER & KREINDLER LLP
    750 Third Avenue
    New York, New York 10017
    Tel.: 212-687-8181
    Email: amaloney@kreindler.com

*For the Plaintiffs' Exec. Committees*

cc:    The Honorable George B. Daniels, via ECF
       All Counsel of Record via ECF

---

International University (Alliant); the U.S. Central Intelligence Agency; the U.S. Federal Bureau of Investigations; the U.S. State Department; the U.S. Treasury Department; and West Coast University.