## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

<u>**VIA ECF**</u>

June 19, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

  RE: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

  We write to advise the Court that Plaintiffs will be filing a response to the letter emailed to the Court under seal yesterday afternoon by Michael Kellogg, counsel for the Kingdom of Saudi Arabia, regarding Plaintiffs' pending Motion to Compel. As plaintiffs will address in further detail in their response, the Kingdom's letter is misleading in its characterization of the submitted testimony and its omission of other testimony and evidence, and fails entirely to address significant and glaring credibility issues.

  There are errors in the rough drafts of the depositions cited by Mr. Kellogg, and we would prefer to file our response one business day after the certified transcripts are available next week. Otherwise, if the Court desires, we will respond this Friday, pursuant to this Court's Rules for letter motions.

Hon. Sarah Netburn
June 19, 2019
Page 2

_____

Respectfully submitted,

| COZEN O'CONNOR | MOTLEY RICE |
|---|---|
| */s/ Sean P. Carter, Esquire* | */s/ Robert T. Haefele, Esquire* |
| Sean P. Carter, Esquire | Robert T. Haefele, Esquire |
| 1650 Market Street, Suite 2800 | 28 Bridgeside Boulevard |
| Philadelphia, PA 19103 | Mt. Pleasant, SC 29464 |
| On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims | On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |

KREINDLER & KREINDLER

*/s/ Steven R. Pounian, Esquire*
Steven R. Pounian, Esquire
750 Third Avenue, 32nd Floor
New York, NY 10017

On behalf of the MDL 1570 Plaintiffs'
Exec. Committee for Personal Injury and
Death Claims

cc:   The Honorable George B. Daniels
      All Counsel of Record via ECF