USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/20/2019

## MDL 1570 PLAINTIFFS' EXECUTIVE

In re: Terrorist Attacks on September 11, 20(

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintif |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

June 19, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

We write to advise the Court that Plaintiffs will be filing a response to the letter emailed to the Court under seal yesterday afternoon by Michael Kellogg, counsel for the Kingdom of Saudi Arabia, regarding Plaintiffs' pending Motion to Compel. As plaintiffs will address in further detail in their response, the Kingdom's letter is misleading in its characterization of the submitted testimony and its omission of other testimony and evidence, and fails entirely to address significant and glaring credibility issues.

There are errors in the rough drafts of the depositions cited by Mr. Kellogg, and we would prefer to file our response one business day after the certified transcripts are available next week. Otherwise, if the Court desires, we will respond this Friday, pursuant to this Court's Rules for letter motions.

---

Plaintiffs shall file a response to Saudi Arabia's June 18 letter by Friday, June 21, 2019.

**SO ORDERED.**

June 20, 2019
New York, New York

SARAH NETBURN
United States Magistrate Judge