# Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Burford, Christopher | Burford, Vicki L. | Stepparent | $8,500,000.00 |
| 2 | Burford, Christopher | Krist, Jeremy M. | Stepsibling | $4,250,000.00 |
| 3 | Diaz, Nancy | Martinez Diaz, Amanda | Child | $8,500,000.00 |
| 4 | Fredericks, Andrew | Fredericks, Andrew J. | Child | $8,500,000.00 |
| 5 | Fredericks, Andrew | Fredericks, Hayley | Child | $8,500,000.00 |
| 6 | Fredericks, Andrew | Fredericks, Michelle | Spouse | $12,500,000.00 |
| 7 | Harrell, Stephen G. | Harrell, Holly Rae | Child | $8,500,000.00 |
| 8 | Harrell, Stephen G. | Harrell, Margaret | Spouse | $12,500,000.00 |
| 9 | O'Shea, Robert W. | Lynch, Barbara | Spouse | $12,500,000.00 |
| 10 | Maldonado, Debora | Maldonado, Chris | Child | $8,500,000.00 |
| 11 | Maldonado, Debora | Maldonado, Jr., Otelio | Spouse | $12,500,000.00 |
| 12 | Maldonado, Debora | Maldonado, Krystal | Child | $8,500,000.00 |
| 13 | Skinner, Toyena C. | Sherman, Matthew | Child | $8,500,000.00 |
| 14 | Weinberg, Steven | Weinberg, Jason | Child | $8,500,000.00 |
| 15 | Weinberg, Steven | Weinberg, Laurie | Spouse | $12,500,000.00 |
| 16 | Weinberg, Steven | Weinberg, Lindsay | Child | $8,500,000.00 |
| 17 | Weinberg, Steven | Weinberg, Samuel | Child | $8,500,000.00 |