Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Betru et al. v. Islamic Republic of Iran,* 18-cv-8297 (GBD)(SN) (member case to *Ashton et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN))

I, Vicki L. Burford, hereby declare:

1. I am the stepmother of Christopher ("Chris") Burford who was killed in the September 11, 2001 Terror Attacks.

2. I married Christopher's dad, David Burford, on September 24, 1992. My son, Jeremy, and I moved in with David, Chris, and my stepdaughter, Ashley, in September 1991. I lived with Chris from the time he was thirteen years-old until he moved out for boot camp when he was around twenty-two years-old. When he came home for leave, he stayed in our home.

3. I thought of Chris as my son, and he treated me like a mother. His own mother was not very involved in Chris' life. He would see her inconsistently. She did not assist him financially. David and I paid for all of Chris' financial needs and continued to help him with his expenses while he was in the Navy.

4. I did everything for Chris that a mother does for her child. I cooked Chris dinner. I helped him with homework. I took care of him when he was sick. We went on vacation together. I drove him to work before he could drive. I taught him how to drive. I gave him guidance and advice when he asked me for it.

5. Chris' death on September 11, 2001 tore our family apart. It was a very hard loss on every one. We miss Chris every day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 27, 2018

Place: PENTAGON

Signature: /s/ Vicki L. Burford

Print: Vicki L. Burford

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Betru et al. v. Islamic Republic of Iran*, 18-cv-8297 (GBD)(SN) (member case to *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN))

I, Jeremy M. Krist, hereby declare:

1. I am the stepbrother of Christopher Burford who was killed in the September 11, 2001 Terror Attacks.

2. My mom, Vicki Burford, married my dad, David Burford, in 1992, when I was about ten years-old. In September 1991, my mom and I moved in with my dad, Chris and my step-sister, Ashley. Chris resided in our home full-time. I lived with Chris from the time I was ten years-old until he moved out for boot camp when I was in high school. He came back to stay with us when he was on leave from the Navy.

3. Since I was a little younger than Chris, when we first moved in together, we had typical fights like older and younger brothers do. As I grew older and became a teenager, Chris and I became very close. We hung out together all the time. We spent a lot of time playing sports together in our family's big front yard. We played pick-up basketball games in front of the house and football with the kids from the neighborhood.

4. One of our favorite things to do together was to play pool. We went to all of the local pool halls that would let me in as a teenager. Whenever I am back home, I put two quarters on his headstone in remembrance of the time we spent together.

5. Chris and I stayed close after he moved out of the house. Since he was in the Navy, he traveled a lot and we talked as much as we could. In the months before September 11,

2001, I went to visit him when he worked at the Pentagon. I stayed overnight with him in the barracks. It was the last time I saw him.

6. My brother's death on September 11, 2001 tore our family up. Everyone was devastated by his death. There have been periods where our family has been very strained by his loss. I have two kids of my own now and I have been reluctant, at times, to bring them to see their grandparents because I did not want them to see the stress and grief that my parents still face to this day.

7. I miss Chris very much and wish he was still a part of my life.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/24/2018

Place: Burlington, NC

Signature: _____

Print: Jeremy M. Keist