**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:

       **TERRORIST ATTACKS ON**
       **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 6/27/2019 ___

**03-MDL-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      To clarify the Court's June 26, 2019 Endorsed Order (ECF No. 4605), it is HEREBY

ORDERED:

      1.     Defendants World Assembly of Muslim Youth-International and World Assembly

of Muslim Youth-SA (collectively, "WAMY") shall file a response to the Plaintiffs' Executive

Committees' June 26, 2019 Letter (ECF No. 4603) no later than 12:00 p.m. on Friday, **June 28**,

2019.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 27, 2019
             New York, New York