Case 1:03-md-01570-GBD-SN   Document 4608   Filed 0

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/27/2019

## MDL 1570 PLAINTIFFS' EXECUTIVE CO[M]
In re: Terrorist Attacks on September 11, 2001 (S.

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

<u>**VIA ECF**</u>

June 26, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      We write pursuant to your Order, ECF 4524, directing the parties to file "a joint letter proposing a deadline for Plaintiffs to submit a reply brief" on the first phase of Plaintiffs' Motion to Compel directed to the Federal Bureau of Investigation (FBI), filed May 31, 2019.

      The PECs and the Department of Justice have met and conferred, and agreed that Plaintiffs will have a reply of 15 pages, which shall be due on July 9, 2019. The FBI reserves the right to request an opportunity to file a sur-reply to the extent the PECs' reply raises additional factual or legal arguments not presented in their opening brief.

      The PECs further state that Plaintiffs' reply brief shall also include their argument in response to the unauthorized opposition to Plaintiffs' Motion filed on June 21, 2019 by the Kingdom of Saudi Arabia.

---

The Plaintiffs' Executive Committees may file a reply brief, no longer than 15 pages, regarding the first phase of Plaintiffs' Motion to Compel the FBI to produce documents no later than July 9, 2019.

**SO ORDERED.**

June 27, 2019
New York, New York

                                                   SARAH NETBURN
                                                   United States Magistrate Judge