UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

For the reasons stated on the record during today's telephone conference, the depositions scheduled for the week of July 9, 2019, for Defendants World Assembly of Muslim Youth-International and World Assembly of Muslim Youth-SA (collectively, "WAMY"), must be completed by October 31, 2019.

                                                                  SARAH NETBURN
**SO ORDERED.**                                              United States Magistrate Judge

DATED:       July 1, 2019
                  New York, New York