**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to: All Cases

## PETITION FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

Plaintiffs, by their counsel below, pursuant to 28 U.S.C. § 2241, *et seq.*, and based on the accompanying Memorandum of Law, Declaration of Jerry S. Goldman, Esq. and Proposed Order, hereby petition this Court for a Writ of *Habeas Corpus Ad Testificandum* directing that Secretary of Defense Mark Esper, custodian of the Guantanamo Bay Detention Camp, produce Abd al Aziz Ali, Internment Serial Number 10018, for deposition at that facility on October 10, 2019, at 10 a.m.

Dated:  New York, New York
        July 1, 2019

| | |
|---|---|
| KREINDLER & KREINDLER LLP | MOTLEY RICE LLC |
| By: /s/ *James P. Kreindler*<br>    James P. Kreindler<br>    Steven R. Pounian<br>    750 Third Avenue<br>    New York, NY  10017<br>    Tel.:  (212) 687-8181<br>    Email:  jkreindler@kreindler.com<br><br>    *For the Plaintiffs' Exec. Committees* | By: /s/ *Robert T. Haefele*<br>    Robert T. Haefele<br>    28 Bridgeside Boulevard<br>    Mount Pleasant, SC  29465<br>    Tel.:  (843) 216-9184<br>    Email:  rhaefele@motleyrice.com<br><br>    *For the Plaintiffs' Exec. Committees* |

| | |
|---|---|
| COZEN O'CONNOR | ANDERSON KILL P.C. |
| By: */s/ Sean P. Carter* | By: */s/ Jerry S. Goldman* |
| Sean P. Carter | Jerry S. Goldman, Esq. |
| One Liberty Place | 1251 Avenue of the Americas |
| 1650 Market Street, Suite 2800 | New York, NY  10020 |
| Philadelphia, PA  19103 | Tel:  (212) 278-1000 |
| Tel.:  (215) 665-2105 | Email:  jgoldman@andersonkill.com |
| Email:  scarter1@cozen.com | |
| *For the Plaintiffs' Exec. Committees* | *For the Plaintiffs' Exec. Committees* |