## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |

This document relates to: All Cases

JERRY S. GOLDMAN, Esq., hereby states under penalty of perjury, as provided for by 28 U.S.C. § 1746, as follows:

1.  I am an attorney representing Plaintiffs in the above-captioned litigation and a member of the Plaintiffs' Executive Committee. I submit this declaration in support of the Petition for Writ of *Habeas Corpus Ad Testificandum* for the production of Khalid Sheikh Mohammed, Abd al Aziz Ali, and Mustafa Ahmed al Hawsawi to provide deposition testimony.

2.  Attached as Exhibit A is the from Sarah Normand to Plaintiffs' Executive Committee, dated June 25, 2019, addressing Plaintiffs' May 31, 2019 letter to the Court concerning, among other things, requests for third-party witness depositions.

3.  Attached as Exhibit B is a true and correct copy of a letter from Jerry S. Goldman on behalf of the Plaintiffs' Executive Committees to Sarah Normand, dated June 28, 2019.

4.  Plaintiffs have contacted counsel for Khalid Sheikh Mohammed, Abd al Aziz Ali, and Mustafa Ahmed al Hawsawi to help facilitate the depositions.

Dated: July 1, 2019
      New York, NY

                                        /s/ Jerry S. Goldman
                                        Jerry S. Goldman, Esq.