**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to: All Cases

### PETITION FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

Plaintiffs, by their counsel below, pursuant to 28 U.S.C. § 2241, *et seq.*, and based on the accompanying Memorandum of Law, Declaration of Jerry S. Goldman, Esq. and Proposed Order, hereby petition this Court for a Writ of *Habeas Corpus Ad Testificandum* directing that Donald W. Washington, head of the U.S. Marshals Service, produce Jamal al Fadl, for a deposition by video conference on September 26, 2019, at 10 a.m.

Dated:  New York, New York
         July 1, 2019

KREINDLER & KREINDLER LLP

By:  /s/ *James P. Kreindler*
     James P. Kreindler
     Steven R. Pounian
     750 Third Avenue
     New York, NY  10017
     Tel.: (212) 687-8181
     Email:  jkreindler@kreindler.com

     *For the Plaintiffs' Exec. Committees*

MOTLEY RICE LLC

By:  /s/ *Robert T. Haefele*
     Robert T. Haefele
     28 Bridgeside Boulevard
     Mount Pleasant, SC  29465
     Tel.: (843) 216-9184
     Email:  rhaefele@motleyrice.com

     *For the Plaintiffs' Exec. Committees*

COZEN O'CONNOR

By:  */s/ Sean P. Carter*
    Sean P. Carter
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, PA  19103
    Tel.:  (215) 665-2105
    Email:  scarter1@cozen.com

    *For the Plaintiffs' Exec. Committees*

ANDERSON KILL P.C.

By:  */s/ Jerry S. Goldman*
    Jerry S. Goldman, Esq.
    1251 Avenue of the Americas
    New York, NY  10020
    Tel:  (212) 278-1000
    Email:  jgoldman@andersonkill.com

    *For the Plaintiffs' Exec. Committees*

docs-100147504.1