### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to: All Cases

## PETITION FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

Plaintiffs, by their counsel below, pursuant to 28 U.S.C. § 2241, *et seq.*, and based on the accompanying Memorandum of Law, Declaration of Jerry S. Goldman, Esq. and Proposed Order, hereby petition this Court for a Writ of *Habeas Corpus Ad Testificandum* directing that Andre Matevousian, the Warden of USP Florence ADMAX, 5880 Hwy 67 South, Florence, CO 81226, produce Wadih el Hage, Register No. 42393-054 for deposition at that facility on October 7, 2019, at 10 a.m.

Dated:  New York, New York
July 1, 2019

KREINDLER & KREINDLER LLP

By:   /s/ *James P. Kreindler*
    James P. Kreindler
    Steven R. Pounian
    750 Third Avenue
    New York, NY  10017
    Tel.: (212) 687-8181
    Email:  jkreindler@kreindler.com

    *For the Plaintiffs' Exec. Committees*

MOTLEY RICE LLC

By:   /s/ *Robert T. Haefele*
    Robert T. Haefele
    28 Bridgeside Boulevard
    Mount Pleasant, SC  29465
    Tel.: (843) 216-9184
    Email:  rhaefele@motleyrice.com

    *For the Plaintiffs' Exec. Committees*

COZEN O'CONNOR

By:   */s/ Sean P. Carter*
  Sean P. Carter
  One Liberty Place
  1650 Market Street, Suite 2800
  Philadelphia, PA  19103
  Tel.:  (215) 665-2105
  Email:  scarter1@cozen.com

  *For the Plaintiffs' Exec. Committees*

ANDERSON KILL P.C.

By:   */s/ Jerry S. Goldman*
  Jerry S. Goldman, Esq.
  1251 Avenue of the Americas
  New York, NY  10020
  Tel:  (212) 278-1000
  Email:  jgoldman@andersonkill.com

  *For the Plaintiffs' Exec. Committees*

docs-100146817.2