UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to: All Cases

## PETITION FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

Plaintiffs, by their counsel below, pursuant to 28 U.S.C. § 2241, *et seq.*, and based on the accompanying Memorandum of Law, Declaration of Jerry S. Goldman, Esq. and Proposed Order, hereby petition this Court for a Writ of *Habeas Corpus Ad Testificandum* directing that Secretary of Defense Mark Esper, custodian of the Guantanamo Bay Detention Camp, produce Mustafa Ahmed al Hawsawi, Internment Serial Number 10011, for deposition at that facility on October 11, 2019, at 10 a.m.

Dated:  New York, New York
        July 1, 2019

KREINDLER & KREINDLER LLP

By:   /s/ *James P. Kreindler*
      James P. Kreindler
      Steven R. Pounian
      750 Third Avenue
      New York, NY  10017
      Tel.:  (212) 687-8181
      Email:  jkreindler@kreindler.com

      *For the Plaintiffs' Exec. Committees*

MOTLEY RICE LLC

By:   /s/ *Robert T. Haefele*
      Robert T. Haefele
      28 Bridgeside Boulevard
      Mount Pleasant, SC  29465
      Tel.:  (843) 216-9184
      Email:  rhaefele@motleyrice.com

      *For the Plaintiffs' Exec. Committees*

Case 1:03-md-01570-GBD-SN   Document 4624   Filed 07/01/19   Page 2 of 2

2

| | |
|---|---|
| COZEN O'CONNOR | ANDERSON KILL P.C. |
| By: */s/ Sean P. Carter* <br> Sean P. Carter <br> One Liberty Place <br> 1650 Market Street, Suite 2800 <br> Philadelphia, PA 19103 <br> Tel.: (215) 665-2105 <br> Email: scarter1@cozen.com <br> *For the Plaintiffs' Exec. Committees* | By: */s/ Jerry S. Goldman* <br> Jerry S. Goldman, Esq. <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> Tel: (212) 278-1000 <br> Email: jgoldman@andersonkill.com <br> *For the Plaintiffs' Exec. Committees* |