## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to: All Cases

## PETITION FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

Plaintiffs, by their counsel below, pursuant to 28 U.S.C. § 2241, *et seq.*, and based on the accompanying Memorandum of Law, Declaration of Jerry S. Goldman, Esq. and Proposed Order, hereby petition this Court for a Writ of *Habeas Corpus Ad Testificandum* directing that Secretary of Defense Mark Esper, custodian of the Guantanamo Bay Detention Camp, produce Khalid Sheikh Mohammed, Internment Serial Number 10024, for deposition at that facility on October 9, 2019, at 10 a.m.

Dated:  New York, New York
     July 1, 2019

| | |
|---|---|
| KREINDLER & KREINDLER LLP | MOTLEY RICE LLC |
| By:  /s/ *James P. Kreindler* | By:  /s/ *Robert T. Haefele* |
| James P. Kreindler<br>Steven R. Pounian<br>750 Third Avenue<br>New York, NY  10017<br>Tel.:  (212) 687-8181<br>Email:  jkreindler@kreindler.com | Robert T. Haefele<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC  29465<br>Tel.:  (843) 216-9184<br>Email:  rhaefele@motleyrice.com |
| *For the Plaintiffs' Exec. Committees* | *For the Plaintiffs' Exec. Committees* |

COZEN O'CONNOR

By: *_/s/ Sean P. Carter_*
Sean P. Carter
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: (215) 665-2105
Email: scarter1@cozen.com

*For the Plaintiffs' Exec. Committees*

ANDERSON KILL P.C.

By: *_/s/ Jerry S. Goldman_*
Jerry S. Goldman, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Email: jgoldman@andersonkill.com

*For the Plaintiffs' Exec. Committees*