# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to: All Cases

## PETITION FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

Plaintiffs, by their counsel below, pursuant to 28 U.S.C. § 2241, *et seq.*, and based on the accompanying Memorandum of Law, Declaration of Jerry S. Goldman, Esq. and Proposed Order, hereby petition this Court for a Writ of *Habeas Corpus Ad Testificandum* directing that Andre Matevousian, the Warden of USP Florence ADMAX, 5880 Hwy 67 South, Florence, CO 81226, produce Mamdouh Mahmud Salim, Register No. 42426-054 for deposition at that facility on October 8, 2019, at 10 a.m.

Dated:  New York, New York
        July 1, 2019

KREINDLER & KREINDLER LLP

By:  /s/ *James P. Kreindler*
     James P. Kreindler
     Steven R. Pounian
     750 Third Avenue
     New York, NY  10017
     Tel.:  (212) 687-8181
     Email:  jkreindler@kreindler.com

     *For the Plaintiffs' Exec. Committees*

MOTLEY RICE LLC

By:  /s/ *Robert T. Haefele*
     Robert T. Haefele
     28 Bridgeside Boulevard
     Mount Pleasant, SC  29465
     Tel.:  (843) 216-9184
     Email:  rhaefele@motleyrice.com

     *For the Plaintiffs' Exec. Committees*

| COZEN O'CONNOR | ANDERSON KILL P.C. |
|---|---|
| By:  */s/ Sean P. Carter*<br>Sean P. Carter<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, PA  19103<br>Tel.:  (215) 665-2105<br>Email:  scarter1@cozen.com<br><br>*For the Plaintiffs' Exec. Committees* | By:  */s/ Jerry S. Goldman*<br>Jerry S. Goldman, Esq.<br>1251 Avenue of the Americas<br>New York, NY  10020<br>Tel:  (212) 278-1000<br>Email:  jgoldman@andersonkill.com<br><br>*For the Plaintiffs' Exec. Committees* |