UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to: All Cases

## PETITION FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

Plaintiffs, by their counsel below, pursuant to 28 U.S.C. § 2241, *et seq.*, and based on the

accompanying Memorandum of Law, Declaration of Jerry S. Goldman, Esq. and Proposed

Order, hereby petition this Court for a Writ of *Habeas Corpus Ad Testificandum* directing that

Secretary of Defense Mark Esper, custodian of the Guantanamo Bay Detention Camp, produce

Abd al Aziz Ali, Internment Serial Number 10018, for deposition at that facility on October 10,

2019, at 10 a.m.


Dated:  New York, New York
       July 1, 2019


KREINDLER & KREINDLER LLP

By:  /s/ *James P. Kreindler*
    James P. Kreindler
    Steven R. Pounian
    750 Third Avenue
    New York, NY  10017
    Tel.:  (212) 687-8181
    Email:  jkreindler@kreindler.com

    *For the Plaintiffs' Exec. Committees*

MOTLEY RICE LLC

By:  /s/ *Robert T. Haefele*
    Robert T. Haefele
    28 Bridgeside Boulevard
    Mount Pleasant, SC  29465
    Tel.:  (843) 216-9184
    Email:  rhaefele@motleyrice.com

    *For the Plaintiffs' Exec. Committees*

docs-100146814.2

2

COZEN O'CONNOR

By:  */s/ Sean P. Carter*
     Sean P. Carter
     One Liberty Place
     1650 Market Street, Suite 2800
     Philadelphia, PA  19103
     Tel.:  (215) 665-2105
     Email:  scarter1@cozen.com

*For the Plaintiffs' Exec. Committees*

ANDERSON KILL P.C.

By:  */s/ Jerry S. Goldman*
     Jerry S. Goldman, Esq.
     1251 Avenue of the Americas
     New York, NY  10020
     Tel:  (212) 278-1000
     Email:  jgoldman@andersonkill.com

*For the Plaintiffs' Exec. Committees*

2