## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to: All Cases

## PETITION FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

Plaintiffs, by their counsel below, pursuant to 28 U.S.C. § 2241, *et seq.*, and based on the accompanying Memorandum of Law, Declaration of Jerry S. Goldman, Esq. and Proposed Order, hereby petition this Court for a Writ of *Habeas Corpus Ad Testificandum* directing that Donald W. Washington, head of the U.S. Marshals Service, produce Jamal al Fadl, for a deposition by video conference on September 26, 2019, at 10 a.m.

Dated:  New York, New York
            July 1, 2019

KREINDLER & KREINDLER LLP

By:   /s/ *James P. Kreindler*
    James P. Kreindler
    Steven R. Pounian
    750 Third Avenue
    New York, NY  10017
    Tel.:  (212) 687-8181
    Email:  jkreindler@kreindler.com

    *For the Plaintiffs' Exec. Committees*

MOTLEY RICE LLC

By:   /s/ *Robert T. Haefele*
    Robert T. Haefele
    28 Bridgeside Boulevard
    Mount Pleasant, SC  29465
    Tel.:  (843) 216-9184
    Email:  rhaefele@motleyrice.com

    *For the Plaintiffs' Exec. Committees*

| COZEN O'CONNOR | ANDERSON KILL P.C. |
|---|---|
| By: */s/ Sean P. Carter* | By: */s/ Jerry S. Goldman* |
| Sean P. Carter | Jerry S. Goldman, Esq. |
| One Liberty Place | 1251 Avenue of the Americas |
| 1650 Market Street, Suite 2800 | New York, NY 10020 |
| Philadelphia, PA 19103 | Tel: (212) 278-1000 |
| Tel.: (215) 665-2105 | Email: jgoldman@andersonkill.com |
| Email: scarter1@cozen.com | |
| *For the Plaintiffs' Exec. Committees* | *For the Plaintiffs' Exec. Committees* |