## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to: All Cases

### PETITION FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

Plaintiffs, by their counsel below, pursuant to 28 U.S.C. § 2241, *et seq.*, and based on the accompanying Memorandum of Law, Declaration of Jerry S. Goldman, Esq. and Proposed Order, hereby petition this Court for a Writ of *Habeas Corpus Ad Testificandum* directing that Andre Matevousian, the Warden of USP Florence ADMAX, 5880 Hwy 67 South, Florence, CO 81226, produce Wadih el Hage, Register No. 42393-054 for deposition at that facility on October 7, 2019, at 10 a.m.

Dated:  New York, New York
July 1, 2019

| | |
|---|---|
| KREINDLER & KREINDLER LLP | MOTLEY RICE LLC |
| By: /s/ *James P. Kreindler*<br>    James P. Kreindler<br>    Steven R. Pounian<br>    750 Third Avenue<br>    New York, NY  10017<br>    Tel.:  (212) 687-8181<br>    Email:  jkreindler@kreindler.com<br><br>    *For the Plaintiffs' Exec. Committees* | By: /s/ *Robert T. Haefele*<br>    Robert T. Haefele<br>    28 Bridgeside Boulevard<br>    Mount Pleasant, SC  29465<br>    Tel.:  (843) 216-9184<br>    Email:  rhaefele@motleyrice.com<br><br>    *For the Plaintiffs' Exec. Committees* |

docs-100146817.2

2

| COZEN O'CONNOR | ANDERSON KILL P.C. |
|---|---|
| By:  */s/ Sean P. Carter*<br>    Sean P. Carter<br>    One Liberty Place<br>    1650 Market Street, Suite 2800<br>    Philadelphia, PA  19103<br>    Tel.:  (215) 665-2105<br>    Email:  scarter1@cozen.com<br><br>*For the Plaintiffs' Exec. Committees* | By:  */s/ Jerry S. Goldman*<br>    Jerry S. Goldman, Esq.<br>    1251 Avenue of the Americas<br>    New York, NY  10020<br>    Tel:  (212) 278-1000<br>    Email:  jgoldman@andersonkill.com<br><br>*For the Plaintiffs' Exec. Committees* |