UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to: All Cases

### PETITION FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

Plaintiffs, by their counsel below, pursuant to 28 U.S.C. § 2241, *et seq.*, and based on the accompanying Memorandum of Law, Declaration of Jerry S. Goldman, Esq. and Proposed Order, hereby petition this Court for a Writ of *Habeas Corpus Ad Testificandum* directing that Andre Matevousian, the Warden of USP Florence ADMAX, 5880 Hwy 67 South, Florence, CO 81226, produce Mamdouh Mahmud Salim, Register No. 42426-054 for deposition at that facility on October 8, 2019, at 10 a.m.

Dated:  New York, New York
           July 1, 2019

| KREINDLER & KREINDLER LLP | MOTLEY RICE LLC |
|---|---|
| By:  /s/ *James P. Kreindler* | By:  /s/ *Robert T. Haefele* |
| James P. Kreindler<br>Steven R. Pounian<br>750 Third Avenue<br>New York, NY  10017<br>Tel.:  (212) 687-8181<br>Email:  jkreindler@kreindler.com | Robert T. Haefele<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC  29465<br>Tel.:  (843) 216-9184<br>Email:  rhaefele@motleyrice.com |
| *For the Plaintiffs' Exec. Committees* | *For the Plaintiffs' Exec. Committees* |

COZEN O'CONNOR

By: */s/ Sean P. Carter*
    Sean P. Carter
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, PA  19103
    Tel.:  (215) 665-2105
    Email:  scarter1@cozen.com

*For the Plaintiffs' Exec. Committees*

ANDERSON KILL P.C.

By: */s/ Jerry S. Goldman*
    Jerry S. Goldman, Esq.
    1251 Avenue of the Americas
    New York, NY  10020
    Tel:  (212) 278-1000
    Email:  jgoldman@andersonkill.com

*For the Plaintiffs' Exec. Committees*