## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to: All Cases

      JERRY S. GOLDMAN, Esq., hereby states under penalty of perjury, as provided for by 28 U.S.C. § 1746, as follows:

      1.     I am an attorney representing Plaintiffs in the above-captioned litigation and a member of the Plaintiffs' Executive Committee. I submit this declaration in support of the Petition for Writ of *Habeas Corpus Ad Testificandum* for the production of Mamdouh Mahmud Salim and Wadih el Hage to provide deposition testimony.

      2.     Attached as Exhibit A is a true and correct copy of a letter from Sarah Normand to the Plaintiffs' Executive Committees, dated June 25, 2019.

      3.     Attached as Exhibit B is a true and correct copy of a letter from Jerry S. Goldman on behalf of the Plaintiffs' Executive Committees to Sarah Normand, dated June 28, 2019.

      4.     Plaintiffs have contacted counsel for Mamdouh Mahmud Salim and Wadih el Hage to help facilitate the depositions.

Dated: July 1, 2019
        New York, NY

                                      /s/ Jerry S. Goldman
                                    Jerry S. Goldman, Esq.

docs-100147004.1