UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

*Ray, et al.*

v.

*Islamic Republic of Iran et al*

**CERTIFICATE OF MAILING**

Case No.: *19-cv-00012 (GBD)(SN)*
*03-md-01570 (GBD)(SN)*

I hereby certify under the penalties of perjury that on the __10__ day of July, 2019, I served: The Iranian Ministry of Information and Security, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☐   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒   the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐   the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the _____ Second Amended Complaint, Notice of Suit, Amended Summons, along with the certified Farsi translations of the above documents, affidavit of the translator

by ____ Federal Express #7756 5224 2735.

Dated:  New York, New York
        07/10/ 2019

RUBY J. KRAJICK
CLERK OF COURT

*Melina Roberts* (signature)

Melina Roberts
DEPUTY CLERK

