```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.
                  Plaintiff(s)

-v-

Islamic Republic of Iran, et al.,
                  Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD) (SN)
          1:03-md-1570 (GBD) (SN)

    I hereby certify under the penalties of perjury that on the  10  day of  July , 2019 , I served: Iranian Ministry of Economic Affairs and Finance c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran.

    ☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

    ☐    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

    ☒    the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

    ☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

     2 copy(ies) of the Second Amended Complaint, filed May 6, 2019, Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq.; and an Amended Summons in a Civil Action, dated May 10, 2019, along with Farsi translations of all the above documents with affidavits of translator by  Federal Express # 775652242264 .

Dated: New York, New York
          07/10/2019

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              Edressa Kamal
                              DEPUTY CLERK



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

July 10, 2019

RUBY J. KRAJICK
CLERK OF COURT

Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4TH Floor
2201 C Street N.W.
Washington, DC 20520

     Re: Ray et al v. Islamic Republic of Iran et al. 19-cv-00012 (GBD) (SN)
     In re Terrorist Attacks on September 11, 2001, 1:03-md-01570

Dear Sir:

Enclosed please find two sets of the Second Amended Complaint, filed in the US District Court for the Southern District of New York dated May 6, 2019, a Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq; amended Summons in a Civil Action, dated May 10, 2019 (Ray Docket No. 142) and certified Farsi translations of all the above documents with affidavits of translator. Also enclosed is a cashier's check in the amount of $2,275.00. Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon the following:

The Iranian Ministry of Economic Affairs and Finance
c/o H.E Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance. If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.