USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On July 1, 2019, the Plaintiffs' Executive Committees ("PECs" or "Plaintiffs") requested that the Court issue Letters Rogatory to the Canadian Revenue Agency ("CRA"). ECF No. 4632. Plaintiffs seek to depose Cathy Hawara, an Assistant Commissioner at the CRA, on the basis that she has knowledge concerning the Canadian government's investigation of Defendant World Assembly of Muslim Youth Saudi Arabia ("WAMY SA," collectively with Defendant World Assembly of Muslim Youth-International, "WAMY") and non-party World Assembly of Muslim Youth Canada ("WAMY Canada"). Id. at 1.

    On July 3, 2019, WAMY filed an opposition to Plaintiffs' Letters Rogatory. ECF No. 4661. WAMY argues that the deposition topics should (1) clarify whether Plaintiffs seek testimony regarding WAMY SA, WAMY Canada, or both; and (2) be amended to include an additional set of topics identified by WAMY. Id. at 5. Plaintiffs filed a response on July 8, 2019, and WAMY filed an additional opposition on July 9, 2019. ECF Nos. 4666, 4667.

    Having reviewed the parties' numerous submissions, WAMY's request is GRANTED in part and DENIED in part. Plaintiffs shall modify the deposition topics to identify which "WAMY" entity a particular topic is referencing. To the extent a deposition topic refers to multiple WAMY entities (i.e. both WAMY SA and WAMY Canada, or WAMY SA, WAMY

Canada, and other WAMY branch offices), that should be stated clearly in the request. Simply stating "WAMY," without any additional clarification, does not allow the witness to adequately prepare for the deposition.

WAMY contends that ten additional deposition topics (the "Proposed Topics") should be included in the Letters Rogatory. Almost all of the Proposed Topics, however, are already included in Plaintiffs' original submission. The only exceptions are Proposed Topics 5, 8, and 9, which are either slightly broader than their original counterpart (Topics 5 and 8), or refer to additional documentation (Topic 9). Accordingly, Plaintiffs shall modify the Letters Rogatory to include only Proposed Topics 5, 8, and 9. To the extent the parties cannot reach an agreement on this point, Plaintiffs may state that the Proposed Topics are asserted only by WAMY.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   July 11, 2019
         New York, New York