

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

July 12, 2019

UNREDACTED VERSION SUBMITTED UNDER SEAL
SUBJECT TO FBI PROTECTIVE ORDER

**By ECF**
Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

                Re:    *In re Terrorist Attacks*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      We write respectfully to advise the Court of a recent development in connection with the FBI's review of records in response to the Touhy request and subpoena served upon the FBI in this case, and to request, with the PECs' consent, an extension of time for the FBI to complete processing of a subset of materials for which the FBI has been awaiting authorization from the government                                   to release to the parties in this case.

      The Court has previously directed the FBI to complete review and processing of the "core records" that the FBI had identified (apart from records obtained via grand jury subpoena) by today, July 12, 2019. ECF No. 4524. Consistent with the Court's Order, the FBI is making a production of records today. As we have previously advised the PECs and the Court, certain of the materials and information included in the group of core records cannot be released without authorization from a foreign government. The FBI was advised today that                      has agreed to authorize the release of some materials and information to the parties in this case, subject to certain limitations. However,                      will need to review specific materials and information before they are released. Accordingly, we respectfully request an extension of today's deadline limited to the materials for which
                    . We are not able to provide a date by which                              will

*In re Terrorist Attacks*, 03 MDL 1570
Page 2

complete this review, but the FBI will promptly submit the relevant materials to
.

      We have conferred with the PECs, who consent to the requested extension.  We thank the Court for its consideration of this request.

           Respectfully,

           GEOFFREY S. BERMAN
           United States Attorney for the
           Southern District of New York

By:   */s/ Sarah S. Normand*
        SARAH S. NORMAND
        JEANNETTE A. VARGAS
        ANDREW E. KRAUSE
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.  (212) 637-2709/2678/2769