# EXHIBIT B

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jimenez, et al.

Plaintiff(s)

-v-

Islamic Republic of Iran

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:18-cv-11875 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 27 day of March, 2019, I served: the Islamic Republic of Iran, c/o H.E Mohammad Javad Zarif, Minister of Foreign Affairs, Minister of Foreign Affairs of the Islamic Republic of Iran, Iman Khomeini Avenue, Tehran, Iran.

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

2 copy(ies) of the Summons, Complaint filed on December 17, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 USC 1330, and Affidavit of translator (along with translations of all the above documents). by Federal Express #860665427362.

Dated: New York, New York
03/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

**FedEx US Airbill** — Sender's Copy

FedEx Tracking Number: 8606 6542 7362

**1 From**
Date: 
Sender's FedEx Account Number: 6283-5404-9
Name: Ruby J. Krajick
Company: Clerk of the Court, U.S. District Court, Southern District of New York — Office of the Clerk
Address: 500 Pearl Street
City: New York   State: NY   ZIP: 10007

**2 Your Internal Billing Reference:** 101147-JPOOP21

**3 To**
Name: Secretary of State, Attn: Director of Consular Services
Phone: 202 736-9110
Company: Office of Policy Review and Inter-Agency Liason
Recipient's Address: SA-29, U.S. Department of State, 4th Floor
Address: 2201 C Street NW
City: Washington   State: DC   ZIP: 20520

**4a Express Package Service** — Pkg. wt. 0200

**4b Express Freight Service**

**5 Packaging:** FedEx Envelope

**6 Special Handling**

**7 Payment:** Sender
FedEx Acct. No.: 6283-5404-9

Total Packages: Total Weight: Total Declared Value: .00

**8 NEW Residential Delivery Signature Options**

520