# EXHIBIT B

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abel, et al.

                Plaintiff(s)

-v-

Islamic Republic of Iran

                Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:18-cv-11837 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 27 day of March, 2019, I served: the Islamic Republic of Iran, c/o H.E Mohammad Javad Zarif, Minister of Foreign Affairs, Minister of Foreign Affairs of the Islamic Republic of Iran, Iman Khomeini Avenue, Tehran, Iran.

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

2 copy(ies) of the Summons, Complaint filed on December 17, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 USC 1330, and Affidavit of translator (along with translations of all the above documents). by Federal Express #813870422543.

Dated: New York, New York
        03/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

**FedEx Express US Airbill**

Tracking Number: 8138 7042 2543

**1 From**
Date: 6-28-3-5404-9
Sender's Name: Clerk of the Court, Ruby J. Krajick
Company: Southern District of New York
Address: 500 Pearl Street
City: New York   State: NY   ZIP: 10007

**2 Your Internal Billing Reference**
101147-JP002

**3 To**
Recipient's Name: Attn: Dir. of Consular Services
Company: Office of Policy Review and Inter-Agency Liason
U.S. Department of State
Phone: 202-736-9110
Address: SA-29 4th Floor
2201 C Street NW
City: Washington   State: DC   ZIP: 20520

**4 Express Package Service**

**5 Packaging**

**6 Special Handling and Delivery Signature Options**

**7 Payment** Bill to: Sender

Acct No: 6283-5404-9

644