# EXHIBIT B

```
                                              USDC SDNY
                                              DOCUMENT
UNITED STATES DISTRICT COURT                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                 DOC #: _____
                                              DATE FILED: _____
```

*Hemenway et al.*

v.

*Islamic Republic of Iran*

**CERTIFICATE OF MAILING**

Case No.: 1:18-cv-12277 (GBD)(SN)

I hereby certify under the penalties of perjury that on the __27__ day of __March__, 2019, I served:___ Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Iman Khomeini Avenue, Tehran, Iran, Attn: H.E. Mohammad Javad Zarif

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the __Summons, Complaint, Civil Cover Sheet, Notice of suit prepared in accordance with 22 CF §93.2 with a copy of 28 U.S.C. 1330, affidavit of translator (along with translations of the above documents)__
by __Federal Express 8606 6542 7340__.

Dated: New York, New York
03/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Melina Roberts
DEPUTY CLERK

**FedEx US Airbill** — Sender's Copy

RETAIN THIS COPY FOR YOUR RECORDS.

FedEx Tracking Number: 8606 6542 7340

**1 From**
- Sender's FedEx Account Number: 6283-5404-9
- Name: Clerk of the Court, Ruby J. Krajick
- Company: Sender's U.S. District Court, Southern District of New York / OFFICE OF THE CLERK
- Address: 500 Pearl Street
- City: New York   State: NY   ZIP: 10007

**2 Your Internal Billing Reference:** IO1147-JPOO2TIONAL

**3 To**
- Recipient Name: Attn: Dir. of Consular Services   Phone: 202 736-9110
- Company: Office of Policy Review and Inter-Agency Liason
- Recipient's Address: US Department of State, SA-29 4th Floor
- Address: 2201 C Street NW
- City: Washington   State: DC   ZIP: 20520

**4a Express Package Service** — Packages up to 150 lbs.
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday at FedEx Location
- HOLD Saturday at FedEx Location
- Does this shipment contain dangerous goods? No / Yes / Dry Ice / Cargo Aircraft Only

**7 Payment** Bill to:
- Sender (Acct No. in Section 1 to be billed)
- Recipient
- Third Party
- Credit Card
- Cash/Check

FedEx Acct. No./Credit Card No.: 6283-5404-9

Total Packages: __   Total Weight: __   Total Declared Value: $ .00

**8 NEW Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature

0200   520