UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>NOTICE OF MOTION<br>TO WITHDRAW AS ATTORNEY OF RECORD |

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

PLEASE TAKE NOTICE THAT, pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, and upon her accompanying declaration, Nassim Ameli hereby moves this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an Order granting this motion to withdraw as counsel for Defendant Dubai Islamic Bank in the above-captioned action.  As set forth in the attached declaration, withdrawal is necessary because the undersigned will cease to be associated with Jones Day after July 19, 2019.  In connection with the withdrawal, the clerk is requested to remove the name of the undersigned from the CM/ECF service list.

The law firm of Jones Day will continue to serve as counsel for Defendant Dubai Islamic Bank.  My withdrawal will not occasion a request for an extension of any deadlines in the case.  I am not asserting a retaining or charging lien in connection with my departure.

Dated:  July 17, 2019
New York, New York

*/s/ Nassim Ameli*
Nassim Ameli
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-7881
Email: nameli@jonesday.com
