UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

## AFFIDAVIT OF NASSIM AMELI

**BEFORE ME**, the undersigned authority, a notary public in and for said country in said state, came in person Nassim Ameli, who, having been duly sworn and on oath, deposes and states as follows:

(1) The facts herein are based upon my personal knowledge.

(2) Withdrawal is necessary because the undersigned will cease to be associated with Jones Day after July 19, 2019.

(3) My withdrawal will not occasion a request for an extension of any deadlines in the case.

(4) I am not asserting a retaining or charging lien in connection with my departure.

Dated: July 17, 2019

FURTHER AFFIANT SAYETH NAUGHT:

_____
Nassim Ameli

SWORN to and subscribed before me
this 17 day of ~~June~~ July a.z. 2019.

Notary Public: _Amy Lewis_
My Commission expires: January 7, 2020

AMY LEWIS
Notary Public, State of New York
No. 01LE6180070
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Jan. 7, 2020