# EXHIBIT B

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kim et al.

v.

Islamic Republic of Iran

**REVISED 7/12/19**
**CERTIFICATE OF MAILING**
Case No.: __18CV11870__ (GBD) (SN)

I hereby certify under the penalties of perjury that on the 27th day of March, 2019 I served: Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran at Iman Khomeini Avenue, ATTN: Mohammad Javad Zarif

☐   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒   the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐   the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the Summons, Complaint deemed filed on December 17, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330, Affidavit of Translator (Along with translations of the above documents)
by Fedex Tracking # 8606 6542 7373.

Dated: New York, New York
March 27, 2019

RUBY J. KRAJICK
CLERK OF COURT

Shanee Mcleod
DEPUTY CLERK

**FedEx Express — US Airbill**

Sender's Copy

FedEx Tracking Number: 8606 6542 7373

**From**

Sender's FedEx Account Number: 6283-5404-9

Sender's Name: Clerk of the Court, Ruby J. Krajick, U.S. District Court

Company: Southern District of New York / Office of the Clerk

Address: 500 Pearl Street

City: New York  State: NY  ZIP: 10007

Your Internal Billing Reference: 101147-JPQ02

**To**

Recipient's Name: Secretary of State, Attn: Dir. of Consular Services

Phone: 202-736-9110

Company: Office of Policy Review and Inter-Agency Liason

Recipient's Address: U.S. Department of State, SA-29 4th Floor

Address: 2201 C Street NW

City: Washington  State: DC  ZIP: 20520

**4a Express Package Service** — (options not checked)

**4b Express Freight Service**

**5 Packaging**

**6 Special Handling**

**7 Payment** — Bill to: Sender

FedEx Acct. No.: 6283-5404-9

**8 NEW Residential Delivery Signature Options**

520