# EXHIBIT B

Case 1:18-cv-11876-GBD-SN   Document 12   Filed 03/27/19   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Moody-Theinert et al.

v.

Islamic Republic of Iran

**CERTIFICATE OF MAILING**
Case No.: __18CV11876__ (GBD) (SN)

I hereby certify under the penalties of perjury that on the 27th day of March, 2019 I served: Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran at Iman Khomeini Avenue. ATTN: Mohammad Javad Zarif

☐  the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐  the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒  the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐  the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the Summons, Complaint deemed filed on December 17, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330, Affidavit of Translator (Along with translations of the above documents)
by Fedex Tracking # 860665427443.

Dated: New York, New York
March 27, 2019

RUBY J. KRAJICK
CLERK OF COURT

Shanee Mcleod
DEPUTY CLERK

**FedEx Express — US Airbill**

FedEx Tracking Number: 8606 6542 7443

Form ID: 0200

Sender's Copy

**From:**
- Sender's FedEx Account Number: 6283-5404-9
- Sender's Name: Clerk of the court, Ruby J. Krajick, U.S. District Court
- Company: Southern District of New York, Office of the Clerk
- Address: 500 Pearl Street
- City: New York   State: NY   ZIP: 10007
- Your Internal Billing Reference: 101147.JP002

**To:**
- Recipient's Name: Attn: Director of Consular Services, Secretary of State
- Phone: (202) 736-9110
- Company: Office of Policy Review and Inter-Agency Liason
- Recipient's Address: U.S. Department of State, SA-29, 4th Floor
- Address: 2201 C Street NW
- City: Washington   State: DC   ZIP: 20520

**4a Express Package Service** — Packages up to 150 lbs.

**4b Express Freight Service** — Packages over 150 lbs.

**5 Packaging**

**6 Special Handling**

**7 Payment** — Bill to: Sender
- FedEx Acct. No./Credit Card No.: 6283-5404-9

**8 NEW Residential Delivery Signature Options**

520