# EXHIBIT B

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rivelli et al.

v.

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.:  18CV11878  (GBD) (SN)

I hereby certify under the penalties of perjury that on the 27th day of March, 2019   I served:

Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran at Iman Khomeini

Avenue, ATTN: Mohammad Javad Zarif

☐      the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐      the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒      the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐      the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

___2___ copy(ies) of the Summons, Complaint deemed filed on December 17, 2018, Civil Cover
Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330, Affidavit
of Translator (Along with translations of the above documents)
by  Fedex Tracking # 8138 7042 2554                                              .

Dated:  New York, New York
        March 27, 2019

RUBY J. KRAJICK
CLERK OF COURT

Shanee Mcleod
DEPUTY CLERK

**FedEx** Express | Package **US Airbill** | FedEx Tracking Number **8138 7042 2554**

From ID No. **0200**

**1 From** *Please print and press hard.*

Date

Sender's FedEx Account Number **6 2 8 3 - 5 4 0 4 - 9**

Sender's Name **Clerk of the Court, Ruby J. Krajick**
**U.S. District Court**

Phone

*office of the clerk*

Company **Southern District of New York**

Address **500 Pearl Street**

Dept/Floor/Suite/Room

City **New York**   State **NY**   ZIP **10007**

**2 Your Internal Billing Reference** **101147-JP002**
*First 24 characters will appear on invoice.*

**3 To**

Recipient's Name **Attn: Dir. of Consular Services**   Phone **202-736-9110**
**Secretary of State**

Company **Office of Policy Review and Inter-AGency Liason**
**U.S. Department of State**

Address **SA-29 4th Floor**
*We cannot deliver to P.O. boxes or P.O. ZIP codes.*

Dept/Floor/Suite/Room

Hold Weekday
FedEx location address
REQUIRED. NOT available for
FedEx First Overnight.

Address **2201 C Street NW**
*Use this line for the HOLD location address or for continuation of your shipping address.*

Hold Saturday
FedEx location address
REQUIRED. Available ONLY for
FedEx Priority Overnight and
FedEx 2Day to select locations.

City **Washington**   State **DC**   ZIP **20520**

**4 Express Package Service** *To most locations.*

**Next Business Day**

☒ FedEx First Overnight
Earliest next business morning delivery to select
locations. Friday shipments will be delivered on
Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be
delivered on Monday unless Saturday Delivery
is selected.

☐ FedEx Standard Overnight
Next business afternoon.*
Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
Second business morning.*
Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday
will be delivered on Monday unless Sa
Delivery is selected.

☐ FedEx Express Saver
Third business day.*
Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.*

☒ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube

**6 Special Handling and Delivery Signature Options** *Fees may apply. See*

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without
obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address
may sign for delivery.

☐ Indirect S
If no one is a
address, so
address may
residential d

Does this shipment contain dangerous goods?
*One box must be checked.*

☐ No   ☐ Yes As per attached Shipper's Declaration.   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice Dry Ice, 9, UN 1845 __ kg   ☐ Cargo Aircr

*Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.*
*Restrictions apply for dangerous goods — see the current FedEx Service Guide.*

**7 Payment** *Bill to:*
Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card
FedEx Acct. No.
Credit Card No. **6283-5404-9**

Total Packages   Total Weight __ lbs.   Total Declared Value $ __ .00

*Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you*
*agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms*
Rev. Date 3/15 • Part #167002 • ©2013–2015 FedEx • PRINTED IN U.S.A. SRDA 09/00

fedex.com 1.800.GoFedEx 1.800.463.3339