# EXHIBIT B

Case 1:03-md-01570-GBD-SN   Document 4693-2   Filed 07/17/19   Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Rowenworst et al.*

v.

*Islamic Republic of Iran*

**CERTIFICATE OF MAILING**

Case No.: 1:18-cv-12387 (GBD)(SN)

I hereby certify under the penalties of perjury that on the _27_ day of _March_, 20_19_, I served:___ Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Iman Khomeini Avenue, Tehran, Iran, Attn: H.E. Mohammad Javad Zarif

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

_2_ copy(ies) of the _Summons, Complaint, Civil Cover Sheet, Notice of suit prepared in accordance with 22 CF §93.2 with a copy of 28 U.S.C. 1330, affidavit of translator (along with translations of the above documents)_ by Federal Express 8606 6542 7384.

Dated: New York, New York
03/27/2019

RUBY J. KRAJICK
CLERK OF COURT

*Melina Roberts*
Melina Roberts
DEPUTY CLERK

FedEx US Airbill

**1 From** Please print and press hard.

Date

Sender's FedEx Account Number: 6283-5404-9

Sender's Name: Clerk of the Court, Ruby J. Krajick

Company: Southern District of New York / Office of the Clerk

Address: 500 Pearl Street

City: New York   State: NY   ZIP: 10007

Tracking Number: 8606 6542 7384

**2 Your Internal Billing Reference**
101147-JP002 OPTIONAL

**3 To**

Recipient's Name: Attn: Dir. of Consular Services   Phone: 202 736-9110

Company: Office of Policy Review and Inter-Agency Liason

Recipient's Address: U.S. Department of State, SA-29 4th Floor

Address: 2201 C Street NW

City: Washington   State: DC   ZIP: 20520

**4a Express Package Service**
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service**
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**
SATURDAY Delivery
HOLD Weekday at FedEx Location
HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- No
- Yes (Shipper's Declaration not required)
- Yes (Shipper's Declaration)
- Dry Ice
- Cargo Aircraft Only

**7 Payment** Bill to:
- Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

6283-5404-9

Total Packages   Total Weight   Total Declared Value

**8 NEW Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature

520

Sender's Copy