# EXHIBIT B

```
                                                          USDC SDNY
UNITED STATES DISTRICT COURT                              DOCUMENT
SOUTHERN DISTRICT OF NEW YORK                             ELECTRONICALLY FILED
                                                          DOC #: _____
                                                          DATE FILED: _____
```

*Hemenway et al.*

v.

*Islamic Republic of Iran*

**CERTIFICATE OF MAILING**

Case No.: __1:18-cv-12277__ (GBD)(SN)

I hereby certify under the penalties of perjury that on the __27__ day of __March__, 2019, I served:___

_____Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Iman Khomeini Avenue, Tehran, Iran, Attn: H.E. Mohammad Javad Zarif_____

☐   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒   the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐   the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the _____Summons, Complaint, Civil Cover Sheet, Notice of suit prepared in accordance with 22 CF §93.2 with a copy of 28 U.S.C. 1330, affidavit of translator (along with translations of the above documents)_____

by __Federal Express 8606 6542 7340__.

Dated: New York, New York
       03/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Melina Roberts
DEPUTY CLERK

RETAIN THIS COPY FOR YOUR RECORDS.

**FedEx US Airbill** — Sender's Copy

Tracking Number: 8606 6542 7340

**1 From**
Date: 02:00
Sender's FedEx Account Number: 6283-5404-9
Name: Clerk of the Court, Ruby J. Krajick
Company: Sender's U.S. District Court — Southern District of New York / OFFICE OF THE CLERK
Address: 500 Pearl Street
City: New York  State: NY  ZIP: 10007

**2 Your Internal Billing Reference:** JO1147-JP002TIONAL

**3 To**
Recipient Name: Attn: Dir. of Consular Services  Phone: 202 736-9110
Company: Secretary of State, Office of Policy Review and Inter-Agency Liason
Recipient's Address: US Department of State, SA-29 4th Floor
Address: 2201 C Street NW
City: Washington  State: DC  ZIP: 20520

**4a Express Package Service** — Packages up to 150 lbs.
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☐ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location
Does this shipment contain dangerous goods?
☐ No ☐ Yes ☐ Dry Ice ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check
FedEx Acct. No./Credit Card No.: 6283-5404-9

Total Packages: __  Total Weight: __  Total Declared Value: $ .00

**8 NEW Residential Delivery Signature Options**
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

520

FedEx Use Only

fedex.com 1.800.GoFedEx 1.800.463.3339