# EXHIBIT A

| Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Plaintiff's Multiple Capacity Allegations | Plaintiff's Relationship to 9/11 Decedent | Plaintiff Citizenship | 9/11 Decedent's Citizenship/Nationality on 9/11/01 | Nature of Claim |
|---|---|---|---|---|---|---|
| Caceres, Julio | NY | Caceres, Julio, Individually and as Personal Representative of the Estate of Lillian Caceres | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Carlo, Robert E. | NY | Carlo, Robert E., Individually and as Personal Representative of the Estate of Michael Scott Carlo | Personal Representative/ Sibling | U.S. | U.S. | WD/ Solatium |
| Corvino, Rosemarie | NY | Corvino, Rosemarie, Individually and as Personal Representative of the Estate of Raymond Bini | Sibling/Parent | U.S. | U.S. | Solatium/ Solatium |
| Cox, Nigel Durnstan | FL | Cox, Nigel Durnstan, Individually and as Personal Representative of the Estate of Andre Cox | Personal Representative/ Sibling | U.S. | U.S. | WD/ Solatium |

| | | | | | | |
|---|---|---|---|---|---|---|
| Curatolo, Christine | | NJ | Curatolo, Christine, Individually and as Personal Representative of the Estate of Robert Curatolo | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Dawson, Helen Katrina | | U.K. | Dawson, Helen Katrina, Individually and as Personal Representative of the Estate of Anthony Richard Dawson | Personal Representative/ Parent | U.K. | U.K. | WD/ Solatium |
| Dechavez, Asuncion Malabuyoc and Dechavaz, Bibiano | | NJ | Dechavez, Asuncion Malabuyoc and Dechavaz, Bibiano, Individually and as Co-Representatives of the Estate of Jayceryll Malabuyoc de Chavez | Personal Representative/ Parent/Parent | Philippines | Philippines | WD/ Solatium |
| DOE 136 | | NY | DOE 136, Individually and as Personal Representative of the Estate of DOE 136 | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Fiore, Linda | | NY | Fiore, Linda, Individually and as Personal Representative of the Estate of Madeline F. Fiore | Sibling/Parent | U.S. | U.S. | Solatium/ Solatium |
| Flagg, Marcus W. | | TX | Flagg, Marcus W., Individually, as Personal Representative of Estate of Wilson F. Flagg, and as Co-Executor of the Estate of Darlene Embree Flagg | Personal Representative/ Child | U.S. | U.S. | WD/WD/ Solatium |
| Giammona, Theresa | | NY | Giammona, Theresa, Individually and as Personal Representative of the Estate of Vincent F. Giammona | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Giberson, Susan | | NJ | Giberson, Susan, Individually and as Personal Representative of the Estate of James Giberson | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Giordano, Marie Scotto | | NY | Giordano, Marie Scotto, Individually and as Personal Representative of the Estate of Jeffrey Giordano | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Gullickson, Naoemi P. | | NY | Gullickson, Naoemi P., Individually and as Personal Representative of the Estate of Joseph P. Gullickson | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Hopper, Rita | | NY | Hopper, Rita, Individually and as Personal Representative of the Estate of James P. Hopper | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Lee, Johnny | | NY | Lee, Johnny, Individually and as Personal Representative of the Estate of Lorraine Lee | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |

| | | | | | | |
|---|---|---|---|---|---|---|
| Marshall, Lori T. | IA | Marshall, Lori T., Individually and as Personal Representative of the Estate of John Daniel Marshall | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| McGarry, Patrick | FL | McGarry, Patrick, Individually and as Personal Representative of the Estate of Everett Joseph McGarry | Sibling/Parent | U.S. | U.S. | Solatium/ Solatium |
| McGowan, Elza Marie | MD | McGowan, Elza Marie, Individually and as Personal Representative of the Estate of Rosa Marie Chapa | Personal Representative/ Child | U.S. | U.S. | WD/ Solatium |
| McHugh-Torres, Bernadette | NY | McHugh-Torres, Bernadette, Individually and as Personal Representative of the Estate of Denis J. McHugh, III | Personal Representative/ Sibling | U.S. | U.S. | WD/ Solatium |
| Mejia, Carmen C. | NY | Mejia, Carmen C., Individually and as Personal Representative of the Estate of Manual Asitimbay | Personal Representative/ Spouse | Ecuador | Ecuador | WD/ Solatium |
| Merdinger, Barbara | PA | Merdinger, Barbara, Individually as Personal Representative of the Estate of Alan Merdinger | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Molinaro, Donna | HI | Molinaro, Donna, Individually and as Personal Representative of the Estate of Carl Eugene Molinaro | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Mosca, Eileen Ann and Hunt, Maureen | NY | Mosca, Eileen Ann and Hunt, Maureen, Individually and as Co-Fiduciaries of the Estate of Mary Ann Hunt | Sibling/Sibling/Parent | U.S. | U.S. | Solatium/ Solatium/ Solatium |
| Munson, Christine M. | NY | Munson, Christine M., Individually and as Personal Representative of the Estate of Theresa Ann Munson | Personal Representative/ Child | U.S. | U.S. | WD/ Solatium |
| Murphy, Linda | NY | Murphy, Linda, Individually and as Personal Representative of the Estate of Raymond E. Murphy, Sr. | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| O'Keefe, Karen Lisa | FL | O'Keefe, Karen Lisa, Individually and as Personal Representative of the Estate of Patrick Joseph O'Keefe | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| O'Keefe, Virginia M. | NY | O'Keefe, Virginia M., Individually and as Personal Representative of the Estate of William S. O'Keefe | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |

| | | | | | | |
|---|---|---|---|---|---|---|
| Olson, Patricia | NY | Olson, Patricia, Individually and as Personal Representative of the Estate of Steven J. Olson | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Otten, Marion Susan | NY | Otten, Marion Susan, Individually and as Personal Representative of the Estate of Michael J. Otten | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Papa, Patricia N. | NY | Papa, Patricia N., Individually and as Personal Representative of the Estate of Edward J. Papa | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Parro, Karen | NY | Parro, Karen, Individually and as Personal Representative of the Estate of Robert Parro | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Poulos, Margaret | NY | Poulos, Margaret, Individually and as Personal Representative of the Estate of Richard N. Poulos | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Preziose, Lori A. | NJ | Preziose, Lori A., Individually and as Personal Representative of the Estate of Gregory M. Preziose | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Prior, Gerard John | NY | Prior, Gerard John, Individually and as Personal Representative of the Estate of Kevin M. Prior | Personal Representative/ Parent | U.S. | U.S. | WD/ Solatium |
| Pruim, Kathryn S. | FL | Pruim, Kathryn S., Individually and as Personal Representative of the Estate of David L. Pruim | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Reich, Elizabeth Kane | NY | Reich, Elizabeth Kane, Individually, as Personal Representative of the Estate of Joan C. Kane, as Personal Representative of the Estate of Vincent D. Kane, Sr., and as Personal Representative of the Estate of Vincent D. Kane, Jr. | Personal Representative/ Sibling/Parent/Parent | U.S. | U.S. | WD/ Solatium |
| Rizzo, Concetta | NY | Rizzo, Concetta, Individually and as Personal Representative of the Estate of John Rizzo | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Russo, Arthur | NJ | Russo, Arthur, Individually and as Personal Representative of the Estate of Wayne A. Russo | Personal Representative/ Parent | U.S. | U.S. | WD/ Solatium |

| | | | | | | |
|---|---|---|---|---|---|---|
| Santoro, Alberto A. | SC | Santoro, Alberto A., Individually and as Personal Representative of the Estate of Mario L. Santoro | Personal Representative/ Parent | U.S. | U.S. | WD/ Solatium |
| Segura, Silveria | NY | Segura, Silveria, Individually and as Personal Representative of the Estate of Juan G. Salas, Deceased | Personal Representative/ Domestic Partner | U.S. | U.S. | WD/ Solatium |
| Shwartzstein, Ahuva | NY | Shwartzstein, Ahuva, Individually and as Personal Representative of the Estate of Avigdor Shwartzstein | Parent/Parent | U.S. | U.S. | Solatium/ Solatium |
| Simon, Shelley | FL | Simon, Shelley, Individually and as Personal Representative of the Estate of Paul J. Simon | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Smith, Charles Anthony | NY | Smith, Charles Anthony, Individually and as Personal Representative of the Estate of Mary Rose Smith | Sibling./Parent | U.S. | U.S. | Solatium/ Solatium |
| Stewart, Richard W. | NY | Stewart, Richard W., Individually and as Personal Representative of the Estate of Daniel E. Stewart | Personal Representative/ Parent | U.S. | U.S. | WD/ Solatium |
| Stuart, Mari Glick | CT | Stuart, Mari Glick, Individually and as Personal Representative of the Estate of Steven L. Glick | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Suarez, Sally Ann | FL | Suarez, Sally Ann, Individually and as Personal Representative of the Estate of Benjamin Suarez | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Sutcliffe, Margaret | NJ | Sutcliffe, Margaret, Individually and as Personal Representative of the Estate of Robert Sutcliffe | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Talty, Barbara | NY | Talty, Barbara, Individually and as Personal Representative of the Estate of Paul Talty | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Tam, Jin Ark | NY | Tam, Jin Ark, Individually and as Personal Representative of the Estate of Maurita Tam | Personal Representative/ Parent | U.S. | U.S. | WD/ Solatium |
| Thompson, Patricia Ann | NY | Thompson, Patricia Ann, Individually and as Personal Representative of the Estate of Philip Haentzler | Personal Representative/ Domestic Partner | U.S. | U.S. | WD/ Solatium |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tipaldi, Richard | NJ | Tipaldi, Richard, Individually and as Personal Representative of the Estate of Robert Frank Tipaldi | Personal Representative/ Parent | U.S. | U.S. | WD/ Solatium |
| Traore, Hadidjatou | NY | Traore, Hadidjatou, Individually and as Personal Representative of the Estate of Abdoul Karim Traore | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Washington-Dean, Kiesha Laneen | NY | Washington-Dean, Kiesha Laneen, Individually and as Personal Representative of the Estate of Derrick Christopher Washington | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Waters, Janice | NY | Waters, Janice, Individually and as Personal Representative of the Estate of Patrick J. Waters | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Williams, Murna T. | NV | Williams, Murna T., as Personal Representative of the Estate of Louie Anthony Williams | Personal Representative/ Parent | U.S. | U.S. | WD/ Solatium |
| Yarrow, Tina R. | SC | Yarrow, Tina R., Individually and as Personal Representative of the Estate of Stephen V. Long | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Yuen, Edwin H. | NY | Yuen, Edwin H., Individually and as Personal Representative of the Estate of Cindy Yanzhu Guan | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Zucker, Stuart Craig | FL | Zucker, Stuart Craig, Individually, as the Administrator of the Estate of Saul Zucker, and as the Administrator of the Estate of Sue Zucker | Sibling/Parent/Parent | U.S. | U.S. | Solatium/ Solatium/ Solatium |