J715911c                        phone conference

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001,

              v.                        03 MDL 1570 (SN)

------------------------------x
                                        New York, N.Y.
                                        July 1, 2019
                                        11:00 a.m.

Before:

                    HON. SARAH NETBURN,

                    Magistrate Judge

J715911c                          phone conference

1                              APPEARANCES

2    KREINDLER & KREINDLER
             Attorneys for Plaintiff
3    BY:  ANDREW J. MALONEY

4    MOTLEY RICE
             Attorneys for Plaintiff
5    BY:  ROBERT T. HAEFELE

6    COZEN O'CONNOR
             Attorneys for Plaintiffs
7    BY:  SEAN CARTER

8    GOETZ & ECKLAND, P.A.
             Attorneys for Defendant WAMY
9    BY:  FREDERICK J. GOETZ

10   MARK A. THABET
             Attorneys for Defendant WAMY
11   BY:  OMAR T. MOHAMMEDI

12   KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
             Attorneys for Defendant Kingdom
13   BY:  DANIEL V. DORRIS

14

15

16

17

18

19

20

21

22

23

24

25

J715911c                              phone conference

1          (Phone conference; in chambers)

2          THE COURT:  Good morning.  This is Judge Netburn on

3    the phone.  I am here with a court reporter, most importantly,

4    and my law clerk and interns.

5          What I am going to do is ask that the parties state

6    their appearances for the record.  As you all know, I hold

7    conferences in this case in particular by telephone rarely

8    because of the number of people involved, so I'm going to rely

9    on everybody to be particularly sensitive about when somebody

10   speaks and do your best not to interrupt.  I will be sure to

11   give everybody an opportunity to be heard.

12         I am also going to ask that before you speak, you

13   identify yourself so that the court reporter can attribute your

14   statements to the correct person.  Even if you think everybody

15   knows who you are, please, say your name before you begin to

16   speak.

17         Lastly, I will ask that only those people who

18   anticipate speaking at today's conference state their

19   appearances.  I am sure there are lots of folks on the phone

20   listening in but, for efficiency's sake, I think we only need

21   appearances from those people who intend to speak.

22         So, I will begin by asking whoever is on the line from

23   the plaintiff's executive committee to state their appearances

24   for record.

25         MR. CARTER:  Your Honor, Sean Carter, Cozen O'Connor

J715911c                           phone conference

1   on behalf of the PEC.

2               MR. HAEFELE:  Your Honor, Robert Haefele.  I wasn't

3   sure if Sean was on but I'm here, but I think Mr. Carter is

4   going to handle the argument.

5               MR. MALONEY:  And, your Honor, Andrew Maloney for

6   plaintiffs.

7               THE COURT:  And who is here on behalf of WAMY?

8               MR. MOHAMMEDI:  Your Honor, this is Omar Mohammedi.

9   Good morning.

10              THE COURT:  Good morning.

11              MR. GOETZ:  Good morning, your Honor.  Frederick Goetz

12  here for WAMY as well.

13              THE COURT:  Thank you.

14              And is somebody on the phone on behalf of the Kingdom?

15              MR. DORRIS:  Yes; Dan Dorris from Kellogg, Hansen.

16              THE COURT:  Thank you.

17              Anybody else on the call who would like to state an

18  appearance?

19              Great.  So, I have in front of me the plaintiffs'

20  letter from June 26th and the letter from WAMY dated June 28th.

21  Those are the two letters that I have in connection with

22  today's conference.  I think I understand the underlying facts

23  about what exactly happened and maybe understand why.  I think

24  I will begin by addressing you, Mr. Carter, assuming you are

25  taking the lead.  If you can tell me where the plaintiffs are

J715911c                         phone conference

1      today?  You have now had about 27 days with these documents and

2      if you can let me know where you are with respect to

3      translations and whether or not you believe that a deposition

4      going forward next week would be prejudicial.

5                MR. CARTER:  Sure, your Honor.

6                Before I get into that, there was a proposal a minute

7      before the phone call started presented by Mr. Mohammedi to

8      Mr. Haefele that may shortcut the discussion today, if it's

9      acceptable to the Court.

10               As I understand it, Mr. Mohammedi indicated a

11     willingness to work with plaintiffs to adjourn the deposition

12     schedule for the week of July 9th, but that the three witnesses

13     who would otherwise be appearing are not available again until

14     October.  That would, your Honor, fall outside of the July 31

15     deadline your Honor set for depositions of party witnesses but

16     within the deadline your Honor set for completion of the

17     third-party witnesses so it would not, as I understand it,

18     delay the overall schedule for depositions of the MDL, at least

19     as to the merits defendant.

20               THE COURT:  And the PECs are okay taking these

21     depositions into the third-party schedule?

22               MR. CARTER:  We are, your Honor.  I don't think it

23     will be terribly disruptive and under the circumstances,

24     without getting into the specifics, we do not have translations

25     of these documents at this point in time.  Even a small

J715911c                          phone conference

 1   percentage of them that we had expedited would be coming

 2   through until July 4th and we wouldn't have time to analyze

 3   those, see how they relate to other documents, do independent

 4   research regarding the events discussed in those documents.

 5            So, under the circumstances as a practical matter, we

 6   see an adjournment is necessary and are willing to accommodate

 7   is.

 8            THE COURT:  Okay.

 9            And Mr. Mohammedi, that works for your clients as

10   well, to appear in October for these depositions?

11            MR. MOHAMMEDI:  Yes, your Honor.  They -- obviously we

12   have no difficulty postponing --

13            THE COURT:  Mr. Mohammedi, can you speak up a little

14   bit?  It is hard to hear you.

15            MR. MOHAMMEDI:  Sorry, your Honor.

16            I said we have been trying to get in touch with the

17   witnesses and trying to find a way.  Obviously it is going to

18   cost us money, it is going to cost us a lot of -- rescheduling

19   is not going to be easy but just to, in good faith to

20   accommodate plaintiffs we work with witnesses and with the only

21   problem because of the HAJJ and because of the other scheduling

22   we are not going to be able to appear again until October and

23   we are okay with that, if that is agreeable to the Court.

24            THE COURT:  I will approve the agreement of the

25   parties and allow these WAMY depositions to go forward in

J715911c                              phone conference

1   October, so long as they happen within the deadline for

2   third-party discovery.

3              MR. MOHAMMEDI:  Your Honor, just for clarification,

4   only the first set, which is not the end of July.  The end of

5   July are going forward.

6              THE COURT:  Correct.  That was my understanding as

7   well.  It is only the depositions that were scheduled for the

8   week of July 9th.  That's my understanding.

9              MR. MOHAMMEDI:  Right.

10             THE COURT:  Good.

11             MR. MOHAMMEDI:  Right.

12             MR. CARTER:  Your Honor, this is Sean Carter

13   confirming that's correct from the perspective of the PEC as

14   well.

15             THE COURT:  Good.

16             Let me just, one, thank you all for working this issue

17   out on your own; and two, remind you to engage in this process

18   in advance so that there is not a fire drill on my end.  I

19   understand that these documents were produced on June 3rd.  I

20   don't need to decide whether they were produced in a timely way

21   or not.  My understanding is that the PECs wrote their letter

22   to Mr. Mohammedi on June 25th and then the next day filed their

23   letter with the Court.  It sounds like this was something that

24   the parties were able to work out, which I appreciate, but I

25   want to make sure that before you come to the Court you are

J715911c                        phone conference

1    giving yourselves enough time to have an adequate meet and

2    confer to avoid having to bring an issue to me that all are

3    able to resolve on your own.

4                With that, I think we are adjourned.

5                Anything further from either side?

6                MR. CARTER:  No, your Honor.

7                It is Sean Carter, if I can briefly address the timing

8    issue, because I don't want your Honor to think that the PEC

9    sort of sat on this.  We do not have Arabic language

10   proficiency with the attorneys representing the plaintiffs and

11   we have a team of consultants who are subject matter experts

12   and do have that Arabic language fluency.  It is a robust team

13   and very capable and they've been with us for a very long time

14   but there was a tremendous amount of work in flow already with

15   them related to the four depositions that have occurred in

16   essentially the last two weeks, the emergency production by the

17   King Fahad Mosque, and so we did not get sort of our initial

18   triage on the production until I think it was the 21st of June

19   which was a Friday, and that was because of the endless issues

20   and we pushed it as quickly as we could.  But there was a

21   tremendous amount going on from the side of our consultant.

22               THE COURT:  Understood.  And I know that you all are

23   busy and I am busy with this case as well.  I would have

24   preferred that the letter to WAMY happened with more time

25   before the issue was brought to my attention.  But, I know that

J715911c                          phone conference

1    you all are working hard and juggling a lot of balls but you

2    are not the only one.  And so, my only request is that you give

3    yourself enough time to try and resolve the issues on your own.

4    It sounds like you resolved them a minute before today's

5    conference, but hopefully in the future you'll be able to

6    resolve them before it gets to me.

7              All right.  With that, everybody enjoy your July 4th

8    holiday if you are celebrating it, and I am sure we will be in

9    touch in the coming weeks.

10                              o0o

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25