# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
|---|---|
| This document relates to: <br> *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD)(SN) <br> ECF Case |

## ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDENTIFED AT EXHIBIT A

### *(BURNETT / IRAN VI)*

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order, plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15-cv- 9903 ("Burnett/Iran")*, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and The Central Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants") entered on January 31, 2017 (15-cv-9903 ECF No. 85), together with the entire record in this case, it is hereby;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15-cv-9903*, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Burnett/Iran* Plaintiffs not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages' for decedents pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
JUL 2 3 2019

SO-ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Frank | Thomas | Aquilino | | Carol | Ann | Aquilino | | Parent | $ 8,500,000.00 |
| 2 | Frank | Thomas | Aquilino | | Frank | J. | Aquilino | | Parent | $ 8,500,000.00 |
| 3 | Frank | Thomas | Aquilino | | Tara | L. | Chiari | | Sibling | $ 4,250,000.00 |
| 4 | Brett | T. | Bailey | | Yuriah | Daniel | Bailey | | Sibling | $ 4,250,000.00 |
| 5 | Garnet | | Bailey | | Katherine | | Bailey | | Spouse | $ 12,500,000.00 |
| 6 | Arthur | T. | Barry | | Clare | Ellen | Skarda | | Sibling | $ 4,250,000.00 |
| 7 | Carl | | Bedigan | | Dolores | | Bedigan | | Parent | $ 8,500,000.00 |
| 8 | Joseph | John | Berry | | Joseph | S. | Berry | | Child | $ 8,500,000.00 |
| 9 | Joseph | John | Berry | | Kimberly | A. | Berry | | Child | $ 8,500,000.00 |
| 10 | Joseph | John | Berry | | Todd | P. | Berry | | Child | $ 8,500,000.00 |
| 11 | Timothy | D. | Betterly | | Joanne | F. | Betterly | | Spouse | $ 12,500,000.00 |
| 12 | Kelly | Ann | Booms | | Richard | L. | Booms | Jr. | Parent | $ 8,500,000.00 |
| 13 | Nicholas | W. | Brandemarti | | Jason | Michael | Brandemarti | | Sibling | $ 4,250,000.00 |
| 14 | Mark | | Brisman | | Michelle | Ann | Brisman | | Sibling | $ 4,250,000.00 |
| 15 | Mark | | Brisman | | Jacqueline | Gail | Iskols | | Sibling | $ 4,250,000.00 |
| 16 | Bernard | Curtis | Brown | II | Bernard | Curtis | Brown | | Parent | $ 8,500,000.00 |
| 17 | Bernard | Curtis | Brown | II | Sinita | C. | Brown | | Parent | $ 8,500,000.00 |
| 18 | Andrew | C. | Brunn | | Andrew | W. | Brunn | | Parent | $ 8,500,000.00 |
| 19 | Andrew | C. | Brunn | | Christina | | Brunn Thomas | | Sibling | $ 4,250,000.00 |
| 20 | Andrew | C. | Brunn | | Maria | | Losito | | Parent | $ 8,500,000.00 |

| # | First | Middle | Suffix | Last | First | MI | | Decedent Last | Relationship | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Dennis | | | Buckley | Kathleen | M. | | Buckley (Estate of) | Parent | $ | 8,500,000.00 |
| 22 | Matthew | J. | | Burke | Alicia | P. | | Burke | Parent | $ | 8,500,000.00 |
| 23 | Matthew | J. | | Burke | John | J. | | Burke | Parent | $ | 8,500,000.00 |
| 24 | Charles | F. | III | Burlingame | Mark | W. | | Burlingame | Sibling | $ | 4,250,000.00 |
| 25 | Thomas | E. | Jr. | Burnett | Deena | Burnett | | Bailey | Spouse | $ | 12,500,000.00 |
| 26 | Patrick | D. | | Byrne | William | J. | | Byrne | Sibling | $ | 4,250,000.00 |
| 27 | Michael | | | Cahill | Denise | | | Troise | Sibling | $ | 4,250,000.00 |
| 28 | George | C. | | Cain | Erin | M. | | Cain | Sibling | $ | 4,250,000.00 |
| 29 | George | C. | | Cain | Nancy | K. | | Nee | Sibling | $ | 4,250,000.00 |
| 30 | Suzanne | M. | | Calley | Frank | Gerald | | Jensen | Spouse | $ | 12,500,000.00 |
| 31 | Michael | R. | | Canty | Kathryn | F. | | Canty | Parent | $ | 8,500,000.00 |
| 32 | Michael | R. | | Canty | Edward | J. | | Canty | Parent | $ | 8,500,000.00 |
| 33 | Michael | R. | | Canty | Mary | K. | | Canty | Sibling | $ | 4,250,000.00 |
| 34 | Michael | R. | | Canty | Peter | M. | | Canty | Sibling | $ | 4,250,000.00 |
| 35 | Michael | R. | | Canty | Timothy | Martin | | Canty | Sibling | $ | 4,250,000.00 |
| 36 | Michael | R. | | Canty | John | William | | Canty | Sibling | $ | 4,250,000.00 |
| 37 | Michael | R. | | Canty | Thomas | P. | | Canty | Sibling | $ | 4,250,000.00 |
| 38 | William | Otto | | Caspar | Madeline | Agnes | | Caspar (Estate of) | Parent | $ | 8,500,000.00 |
| 39 | William | Otto | | Caspar | Charles | L. | | Caspar, Jr. (Estate of) | Sibling | $ | 4,250,000.00 |
| 40 | William | Otto | | Caspar | Janice | Lucille | | Kurtz | Sibling | $ | 4,250,000.00 |
| 41 | Leonard | | | Castrianno | Lynn | M. | | Castrianno | Sibling | $ | 4,250,000.00 |
| 42 | Nicholas | Paul | | Chiofalo | Nicholas | Paul | Jr. | Chiofalo | Child | $ | 8,500,000.00 |
| 43 | James | Durward | | Cleere | Jeffrey | Keith | | Cleere | Child | $ | 8,500,000.00 |
| 44 | Robert | Joseph | II | Coll | Margaret | L. | | Coll | Sibling | $ | 4,250,000.00 |
| 45 | Robert | Joseph | II | Coll | Suzanne | Mary | | Valentino | Sibling | $ | 4,250,000.00 |
| 46 | John | Michael | | Collins | Patricia | A. | | Amo | Sibling | $ | 4,250,000.00 |
| 47 | James | L. | | Connor | Cathleen | | | Dodge | Sibling | $ | 4,250,000.00 |
| 48 | Martin | | | Coughlan | Denise | | | Coughlan | Child | $ | 8,500,000.00 |
| 49 | Christopher | Seton | | Cramer | Walter | S. | | Cramer (Estate of) | Parent | $ | 8,500,000.00 |
| 50 | Thomas | G. | | Crotty | John | | | Crotty | Sibling | $ | 4,250,000.00 |

| # | First | M | Last | | First | M | Last | Suffix | Relationship | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Thomas | G. | Crotty | | Thomas | Michael | Crotty (Estate of) | | Parent | $ | 8,500,000.00 |
| 52 | Brian | T. | Cummins | | Brendan | William | Cummins | | Sibling | $ | 4,250,000.00 |
| 53 | Brian | T. | Cummins | | Michael | J. | Cummins | | Sibling | $ | 4,250,000.00 |
| 54 | Brian | T. | Cummins | | Martin | J. | Cummins | III | Sibling | $ | 4,250,000.00 |
| 55 | Brian | T. | Cummins | | Martin | J. | Cummins | Jr. | Parent | $ | 8,500,000.00 |
| 56 | Brian | T. | Cummins | | John | L. | Cummins | | Sibling | $ | 4,250,000.00 |
| 57 | Scott | | Davidson | | Stephen | Martin | Davidson | | Parent | $ | 8,500,000.00 |
| 58 | Ada | M. | Davis | | Nolton | Christopher | Davis | | Child | $ | 8,500,000.00 |
| 59 | Ada | M. | Davis | | Nolton | Christopher | Davis | | Child | $ | 8,500,000.00 |
| 60 | Vito | Joseph | Deleo | Sr. | Michael | | DeLeo | | Sibling | $ | 4,250,000.00 |
| 61 | Edward | | DeSimone | III | Joanne | | DeSimone | | Spouse | $ | 12,500,000.00 |
| 62 | Edward | | DeSimone | III | Edward | | DeSimone | IV | Child | $ | 8,500,000.00 |
| 63 | Edward | | DeSimone | III | Stephanie | Concetta | DeSimone | | Child | $ | 8,500,000.00 |
| 64 | Carl | A. | DiFranco | | Carmelo | A. | DiFranco (Estate of) | | Parent | $ | 8,500,000.00 |
| 65 | | | DOE AP211 | | | | DOE AP211 - Child | | Child | $ | 8,500,000.00 |
| 66 | | | DOE AP211 | | | | DOE AP211 - Child | | Child | $ | 8,500,000.00 |
| 67 | | | DOE AP211 | | | | DOE AP211 - Child | | Child | $ | 8,500,000.00 |
| 68 | | | DOE AP211 | | | | DOE AP211 - Spouse | | Spouse | $ | 12,500,000.00 |
| 69 | Neil | M. | Dollard | | Peter | A. | Dollard | | Sibling | $ | 4,250,000.00 |
| 70 | Neil | M. | Dollard | | Michael | J. | Dollard | | Sibling | $ | 4,250,000.00 |
| 71 | Neil | M. | Dollard | | Anne | L. | Zucchi | | Sibling | $ | 4,250,000.00 |
| 72 | Patrick | Joseph | Driscoll | | Christopher | John | Driscoll | | Child | $ | 8,500,000.00 |
| 73 | Barbara | Gollan | Edwards | | Douglas | C. | Edwards | | Child | $ | 8,500,000.00 |
| 74 | Martin | | Egan | Jr. | Martin | J. | Egan, Sr. (Estate of) | | Parent | $ | 8,500,000.00 |
| 75 | Eric | Adam | Eisenberg | | Paula | R. | Shapiro | | Parent | $ | 8,500,000.00 |
| 76 | Jose | | Espinal | | Marlyse | Salome | Bosley | | Sibling | $ | 4,250,000.00 |
| 77 | William | J. | Esposito | | Susan | Britt | Esposito-Lombardo | | Sibling | $ | 8,500,000.00 |
| 78 | Robert | John | Fangman | | Ruth | M. | Fangman | | Parent | $ | 8,500,000.00 |
| 79 | Robert | John | Fangman | | Michael | W. | Fangman | | Sibling | $ | 4,250,000.00 |
| 80 | Robert | John | Fangman | | Theresa | M. | Frakes | | Sibling | $ | 4,250,000.00 |
| 81 | William | M. | Feehan | | Tara | Feehan | Davan | | Child | $ | 8,500,000.00 |
| 82 | William | M. | Feehan | | Elizabeth | | Feehan | | Child | $ | 8,500,000.00 |
| 83 | Edward | Thomas | Fergus | Jr. | Maureen | Fergus | Sheehan | | Sibling | $ | 4,250,000.00 |
| 84 | Jennifer | Louise | Fialko | | Andrew | C. | Fialko | | Sibling | $ | 4,250,000.00 |
| 85 | Gerald | Paul | Fisher | | Serena | Fisher | Dugan | | Child | $ | 8,500,000.00 |
| 86 | Gerald | Paul | Fisher | | Jonathan | Michael | Fisher | | Child | $ | 8,500,000.00 |

| # | First | Middle | Last | First | Middle | Last | Suffix | Relationship | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 87 | Gerald | Paul | Fisher | Christine | | Fisher | | Spouse | $ | 12,500,000.00 |
| 88 | Wilson | Falor | Flagg | Marcus | Wilson | Flagg | | Child | $ | 8,500,000.00 |
| 89 | Noel | John | Foster | John | Alfred | Foster | | Parent | $ | 8,500,000.00 |
| 90 | Peter | Louis | Freund | Barbara | Freund | Salvadore | | Sibling | $ | 4,250,000.00 |
| 91 | Giovanna | G. | Gambale | Maryann | | Gambale | | Parent | $ | 8,500,000.00 |
| 92 | Giovanna | G. | Gambale | Antonia | | Landgraf | | Sibling | $ | 4,250,000.00 |
| 93 | Charles | | Garbarini | Richard | M. | Garbarini | | Sibling | $ | 4,250,000.00 |
| 94 | Donald | R. | Gavagan | Rosemarie | | Gavagan (Estate of) | Jr. | Parent | $ | 8,500,000.00 |
| 95 | Ronald | Franklin | Golinski | Sara | Mary | Clark | | Child | $ | 8,500,000.00 |
| 96 | Ronald | Franklin | Golinski | Irene | Mary | Golinski | | Spouse | $ | 12,500,000.00 |
| 97 | Ronald | Franklin | Golinski | Amanda | Mary | Mullins | | Child | $ | 8,500,000.00 |
| 98 | Ronald | Franklin | Golinski | Marcellia | Mary | Polter | | Child | $ | 8,500,000.00 |
| 99 | Michael | Edward | Gould | Robert | W. | Gould | | Sibling | $ | 4,250,000.00 |
| 100 | Ian | J. | Gray | Lisa | Anne | Gray | | Child | $ | 8,500,000.00 |
| 101 | Wade | Brian | Green | Anthony | | Green | | Sibling | $ | 4,250,000.00 |
| 102 | Paige | Farley | Hackel | Allan | Richard | Hackel | | Spouse | $ | 12,500,000.00 |
| 103 | Robert | John | Halligan | Sarah | Jane | Robbins | | Child | $ | 8,500,000.00 |
| 104 | Sean | | Hanley | Gerald | T. | Hanley | | Sibling | $ | 4,250,000.00 |
| 105 | Sean | | Hanley | Kevin | E. | Hanley | | Sibling | $ | 4,250,000.00 |
| 106 | Peter | Burton | Hanson | Kathryn | Lee | Barrere | | Sibling | $ | 4,250,000.00 |
| 107 | Gerald | | Hardacre | Colleen | M. | Hardacre | | Child | $ | 8,500,000.00 |
| 108 | Peter | Paul | Hashem | Rita | A. | Hashem | | Spouse | $ | 12,500,000.00 |
| 109 | Scott | | Hazelcorn | Eric | | Hazelcorn | | Sibling | $ | 4,250,000.00 |
| 110 | Michelle | Marie | Henrique | Michael | Leon | Henrique | | Sibling | $ | 4,250,000.00 |
| 111 | Michelle | Marie | Henrique | Christina | | Henrique | | Sibling | $ | 4,250,000.00 |
| 112 | Michelle | Marie | Henrique | Paul | R. | Henrique | | Sibling | $ | 4,250,000.00 |
| 113 | Joseph | P. | Henry | Mary | E. | Henry | | Sibling | $ | 4,250,000.00 |
| 114 | Mary | | Herencia | Matthew | | Herencia | | Child | $ | 8,500,000.00 |
| 115 | Patrick | Aloysius | Hoey | John | V. | Hoey | III | Sibling | $ | 4,250,000.00 |
| 116 | Stephen | G. | Hoffman | Dorothy | M. | Hoffman | | Sibling | $ | 4,250,000.00 |
| 117 | Thomas | Warren | Hohlweck | Randolph | Thomas | Hohlweck | Jr. | Child | $ | 8,500,000.00 |
| 118 | Thomas | Warren | Hohlweck | Todd | Warren | Hohlweck | Jr. | Child | $ | 8,500,000.00 |
| 119 | Cora | Hidalgo | Holland | Jessica | Lin Hidalgo | Holland | | Child | $ | 8,500,000.00 |

| # | First | Last | Middle | First | Middle | Last | Suffix | Relationship | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 120 | Cora | Hidalgo | | Nathaniel | K. | Holland | | Child | $ | 8,500,000.00 |
| 121 | Cora | Hidalgo | | Stephen | K. | Holland | | Spouse | $ | 12,500,000.00 |
| 122 | Robert | L. | Horohoe | Patricia | M. | Witschel | Jr. | Sibling | $ | 4,250,000.00 |
| 123 | Paul | Rexford | Hughes | Lynn | M. | Hill | | Sibling | $ | 4,250,000.00 |
| 124 | Paul | Rexford | Hughes | Donna | Sara | Hughes | | Spouse | $ | 12,500,000.00 |
| 125 | Paul | Rexford | Hughes | Donald | W. | Hughes | | Sibling | $ | 4,250,000.00 |
| 126 | Robert | Joseph | Hymel | Beatriz | Hymel | Lipinski | | Spouse | $ | 12,500,000.00 |
| 127 | Robert | A. | Jalbert | Catherine | Louise | Jalbert | | Spouse | $ | 12,500,000.00 |
| 128 | Robert | A. | Jalbert | Catherine | L. | Jalbert | | Spouse | $ | 12,500,000.00 |
| 129 | Robin | | Kaplan | Mark | Adam | Kaplan | | Sibling | $ | 4,250,000.00 |
| 130 | Edward | T. | Keane | Mark | Edward | Keane | | Child | $ | 8,500,000.00 |
| 131 | Richard | M. | Keane | Sean | Michael | Keane | | Child | $ | 8,500,000.00 |
| 132 | Leo | Russell | Keene | Kristen | M. | Keene | III | Spouse | $ | 12,500,000.00 |
| 133 | William | Hill | Kelly | Maureen | Kelly | Donegan | Jr. | Sibling | $ | 4,250,000.00 |
| 134 | Taimour | | Khan | Zara | Khan | Yedvarb | | Sibling | $ | 4,250,000.00 |
| 135 | Thomas | Patrick | Knox | Denis | Mooney | Knox | | Sibling | $ | 4,250,000.00 |
| 136 | Thomas | Patrick | Knox | Patricia | B. | Lalley | | Sibling | $ | 4,250,000.00 |
| 137 | Thomas | Patrick | Knox | Mary | Ellen | Profita | | Sibling | $ | 4,250,000.00 |
| 138 | Ryan | Ashley | Kohart | Geoffrey | A. | Kohart | Sr. | Parent | $ | 8,500,000.00 |
| 139 | Ryan | Ashley | Kohart | Brett | D. | Kohart | | Sibling | $ | 4,250,000.00 |
| 140 | Lyudmila | | Ksido | Robert | | Ksido | | Child | $ | 8,500,000.00 |
| 141 | Lyudmila | | Ksido | Barry | | Ksido | | Child | $ | 8,500,000.00 |
| 142 | Lyudmila | | Ksido | Felix | | Ksido | | Child | $ | 8,500,000.00 |
| 143 | Kathryn | | Laborie | Florela | S. | Yancey | | Parent | $ | 8,500,000.00 |
| 144 | Kathryn | | Laborie | Mark | A. | Yancey | | Sibling | $ | 4,250,000.00 |
| 145 | Kathryn | | Laborie | Kevin | M. | Yancey | | Sibling | $ | 4,250,000.00 |
| 146 | James | P. | Leahy | Jeanette | | Leahy | | Parent | $ | 8,500,000.00 |
| 147 | James | P. | Leahy | Danielle | | Vella | | Sibling | $ | 4,250,000.00 |

| # | First | | Last | First | | Last (Decedent) | | Relationship | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 148 | Lorraine | | Lee | Joan | A. | Greene (Estate of) | | Parent | $ | 8,500,000.00 |
| 149 | John | J. | Lennon | James | L. | Lennon | | Sibling | $ | 4,250,000.00 |
| 150 | Steven | | Lilianthal | Mindi | A. | Cohen | | Sibling | $ | 4,250,000.00 |
| 151 | Steven | | Lilianthal | Marcia | | Lilianthal | | Parent | $ | 8,500,000.00 |
| 152 | Maclovio | | Lopez | Rhonda | | Lopez | | Spouse | $ | 12,500,000.00 |
| 153 | Linda | Anne | Luzzicone | Cheryl | | Zaffuto | | Sibling | $ | 4,250,000.00 |
| 154 | Michael | Francis | Lynch | Patrick | G. | Lynch | | Sibling | $ | 4,250,000.00 |
| 155 | Michael | Francis | Lynch | Colleen | M. | Parigen | | Sibling | $ | 4,250,000.00 |
| 156 | Patrick | John | Lyons | Brian | Patrick | Lyons | | Parent | $ | 8,500,000.00 |
| 157 | Patrick | John | Lyons | Patricia | E. | Lyons | | Parent | $ | 8,500,000.00 |
| 158 | Joseph | | Maffeo | Jean | Mary | Maffeo (Estate of) | | Parent | $ | 8,500,000.00 |
| 159 | Joseph | | Maffeo | Louis | | Maffeo (Estate of) | | Parent | $ | 8,500,000.00 |
| 160 | Eamon | | McEneaney | Susan | M. | Lum | | Sibling | $ | 4,250,000.00 |
| 161 | Eamon | | McEneaney | Kevin | E. | McEneaney | | Sibling | $ | 4,250,000.00 |
| 162 | Denis | J. | McHugh III | Bernadette | Marie | McHugh Torres | | Sibling | $ | 4,250,000.00 |
| 163 | Martin | Edward | McWilliams | Lynn | M. | McWilliams | | Sibling | $ | 4,250,000.00 |
| 164 | Martin | Edward | McWilliams | Barbara | A. | Parrett | | Sibling | $ | 4,250,000.00 |
| 165 | Dora | Marie | Menchaca | Earl | Alexander | Dorsey | | Spouse | $ | 12,500,000.00 |
| 166 | Joel | | Miller | Adam | Eric | Miller | | Child | $ | 8,500,000.00 |
| 167 | Jeffrey | P. | Mladenik | Daniel | J. | Mladenik | | Child | $ | 8,500,000.00 |
| 168 | Jeffrey | P. | Mladenik | Grace | F. | Mladenik | | Child | $ | 8,500,000.00 |
| 169 | Jeffrey | P. | Mladenik | Suzanne | S. | Mladenik | | Spouse | $ | 12,500,000.00 |
| 170 | Sharon | | Moore | Eugene | | Moore | | Parent | $ | 8,500,000.00 |
| 171 | Richard | J. | Morgan | Glenn | Patrick | Morgan | Jr. | Child | $ | 8,500,000.00 |
| 172 | Christopher | | Mozzillo | Lydia | | Mozzillo | | Parent | $ | 8,500,000.00 |
| 173 | Christopher | | Mozzillo | Michael | | Mozzillo | | Parent | $ | 8,500,000.00 |
| 174 | James | Thomas | Murphy | Joan | Virginia | Murphy | | Parent | $ | 8,500,000.00 |
| 175 | James | Thomas | Murphy | William | C. | Murphy | Jr. | Parent | $ | 8,500,000.00 |
| 176 | James | Thomas | Murphy | Francis | G. | Murphy | | Sibling | $ | 4,250,000.00 |
| 177 | James | Thomas | Murphy | Mark | E. | Murphy | | Sibling | $ | 4,250,000.00 |
| 178 | James | Thomas | Murphy | Diane | Virginia | Murphy-Boiven | | Sibling | $ | 4,250,000.00 |
| 179 | James | Thomas | Murphy | Joan | P. | Murphy-Wolf | | Sibling | $ | 4,250,000.00 |
| 180 | John | J. | Murray | Virginia | Mary | Regan | | Sibling | $ | 4,250,000.00 |
| 181 | Luke | G. | Nee | Mary | Nee | Reilly | | Sibling | $ | 4,250,000.00 |
| 182 | Alfonse | J. | Niedermeyer | Carol | Ann | Niedermeyer | | Parent | $ | 8,500,000.00 |

| # | First | M | Last | First | M | Jr. | Last | Relationship | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 183 | Juan | | Nieves | Michelle | | | Nieves | Child | $ | 8,500,000.00 |
| 184 | Timothy | M. | O'Brien | Patrick | Denis | | O'Brien | Sibling | $ | 4,250,000.00 |
| 185 | Jeffrey | | Olsen | Carol | | | Olsen | Parent | $ | 8,500,000.00 |
| 186 | Jeffrey | | Olsen | John | P. | | Olsen | Sibling | $ | 4,250,000.00 |
| 187 | Kevin | M. | O'Rourke | Patricia | Mary | | Deechan | Sibling | $ | 4,250,000.00 |
| 188 | Kevin | M. | O'Rourke | Hannah | | | O'Rourke | Parent | $ | 8,500,000.00 |
| 189 | Richard | A. | Palazzolo | Annette | M. | | Palazzolo | Parent | $ | 8,500,000.00 |
| 190 | James | Matthew | Patrick | Alicia | M. | | Patrick | Sibling | $ | 4,250,000.00 |
| 191 | James | Matthew | Patrick | Kathryn | M. | | Patrick | Sibling | $ | 4,250,000.00 |
| 192 | Leonard | J. | Ragaglia | Janice | Lynn | | Pucciarelli | Sibling | $ | 4,250,000.00 |
| 193 | Leonard | J. | Ragaglia | Colleen | Patricia | | Ragaglia | Sibling | $ | 4,250,000.00 |
| 194 | Leonard | J. | Ragaglia | Daniel | James | | Ragaglia | Sibling | $ | 4,250,000.00 |
| 195 | Donald | | Regan | Joseph | W. | | Regan | Sibling | $ | 4,250,000.00 |
| 196 | John | Thomas | Resta | Christina | | | Resta | Parent | $ | 8,500,000.00 |
| 197 | Isaias | | Rivera | Gloria | E. | | Gonzalez | Sibling | $ | 4,250,000.00 |
| 198 | Isaias | | Rivera | Adrian | Isaac | | Rivera | Child | $ | 8,500,000.00 |
| 199 | Scott | W. | Rohner | Michael | R. | | Rohner | Sibling | $ | 4,250,000.00 |
| 200 | Scott | W. | Rohner | Stephen | J. | | Rohner | Sibling | $ | 4,250,000.00 |
| 201 | Michael | C. | Rothberg | Rhonda | Beth | | Dizney | Sibling | $ | 4,250,000.00 |
| 202 | Michael | C. | Rothberg | Jason | | | Rothberg | Parent | $ | 8,500,000.00 |
| 203 | Michael | C. | Rothberg | Iris | Estelle | | Rothberg | Parent | $ | 8,500,000.00 |
| 204 | Jason | Elazar | Sabbag | Laurence | | | Hagan | Sibling | $ | 4,250,000.00 |
| 205 | Jessica | Leigh | Sachs | Karen | A. | | Sachs | Parent | $ | 8,500,000.00 |
| 206 | Jessica | Leigh | Sachs | Stephen | R. | | Sachs | Parent | $ | 8,500,000.00 |
| 207 | Jessica | Leigh | Sachs | Katherine | Ann | | Scovill | Sibling | $ | 4,250,000.00 |
| 208 | Paul | Richard | Salvio | Robert | | | Giallombardo | Parent | $ | 8,500,000.00 |
| 209 | Carlos | A. | Samaniego | Luis | S. | | Samaniego | Sibling | $ | 4,250,000.00 |
| 210 | Howard | | Selwyn | James | Matthew | | Selwyn | Child | $ | 8,500,000.00 |
| 211 | Jeffrey | J. | Shaw | Brian | P. | | Shaw | Sibling | $ | 4,250,000.00 |
| 212 | Jeffrey | J. | Shaw | Richard | C. | | Shaw | Sibling | $ | 4,250,000.00 |
| 213 | Jeffrey | J. | Shaw | Geraldine | T. | | Tobia | Sibling | $ | 4,250,000.00 |

| # | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 214 | John | Anthony | Sherry | | Kristine | | DiLullo | Sibling | $ 4,250,000.00 |
| 215 | Karl | T. | Smith | | Bradford | W. | Smith | Child | $ 8,500,000.00 |
| 216 | Karl | T. | Smith | Jr. | Karl | Trumbull | Smith | Child | $ 8,500,000.00 |
| 217 | Daniel | E. | Stewart | | Russel | F. | Cosban-Stewart | Sibling | $ 4,250,000.00 |
| 218 | Daniel | E. | Stewart | | Richard | W. | Stewart | Parent | $ 8,500,000.00 |
| 219 | Richard | H. | Stewart | Jr. | Susan | Stewart | Tillier | Sibling | $ 4,250,000.00 |
| 220 | Benjamin | | Suarez | | Sally | Ann | Suarez Cobeo | Spouse | $ 12,500,000.00 |
| 221 | Thomas | G. | Sullivan | | Norene | M. | Schneider | Sibling | $ 4,250,000.00 |
| 222 | Hilario | Soriano | Sumaya | Jr. | Estrella | | Sumaya | Parent | $ 8,500,000.00 |
| 223 | Hilario | Soriano | Sumaya | Jr. | Charito | Verzosa | Sumaya | Sibling | $ 4,250,000.00 |
| 224 | Hilario | Soriano | Sumaya | Jr. | Reynaldo | Suriano | Sumaya | Sibling | $ 4,250,000.00 |
| 225 | Maurita | | Tam | | Julie | M.Y. | Tam | Parent | $ 8,500,000.00 |
| 226 | Maurita | | Tam | | Jin | Ark | Tam | Parent | $ 8,500,000.00 |
| 227 | Maurita | | Tam | | Stephanie | | Tam | Sibling | $ 4,250,000.00 |
| 228 | Maurita | | Tam | | Donald | | Tam | Sibling | $ 4,250,000.00 |
| 229 | Amanullah | | Tariq | | Mehr | Afroze | Tariq | Spouse | $ 12,500,000.00 |
| 230 | Michael | C. | Tarrou | | Demetra | T. | Lumia | Sibling | $ 4,250,000.00 |
| 231 | John | P. | Tierney | | Mary | E. | Digiacomo | Sibling | $ 4,250,000.00 |
| 232 | John | P. | Tierney | | Jeanne | Marie | Neumeyer | Sibling | $ 4,250,000.00 |
| 233 | John | P. | Tierney | | Thomas | Michael | Tierney | Sibling | $ 4,250,000.00 |
| 234 | Kenneth | F. | Tietjen | | Cindy | Marie | Metz | Sibling | $ 4,250,000.00 |
| 235 | John | J. | Tipping | II | John | J. | Tipping | Parent | $ 8,500,000.00 |
| 236 | Amy | E. | Toyen | | Dorine | Ellen | Toyen | Parent | $ 8,500,000.00 |
| 237 | Amy | E. | Toyen | | Heather | Beth | Toyen | Sibling | $ 4,250,000.00 |
| 238 | Jennifer | Lynn | Tzemis | | Sophia | E. | Tzemis | Sibling | $ 4,250,000.00 |
| 239 | Michael | A. | Uliano | | Melissa | Ann | McGrath | Sibling | $ 4,250,000.00 |
| 240 | Felix | Antonio | Vale | | Carmen | | Garcia | Parent | $ 8,500,000.00 |
| 241 | Joseph | Gerard | Visciano | | Frank | | Visciano (Estate of) | Parent | $ 8,500,000.00 |
| 242 | Wendy | A. | Wakeford | | Racquel | | Negron | Sibling | $ 4,250,000.00 |

| | Mitchel | Scott | Wallace | Rita | Elaine | Wallace | Parent | | |
|---|---|---|---|---|---|---|---|---|---|
| 243 | | | | | | | | $ | 8,500,000.00 |
| 244 | Jeffrey | P. | Walz | Raymond | E. | Walz | Sibling | $ | 4,250,000.00 |
| 245 | Derrick | Christopher | Washington | Kiesha | Laneen | Washington-Dean | Spouse | $ | 12,500,000.00 |
| 246 | Michael | T. | Weinberg | Morton | | Weinberg | Parent | $ | 8,500,000.00 |
| 247 | Peter | Matthew | West | Meredith | W. | Nelson | Child | $ | 8,500,000.00 |
| 248 | Michael | T. | Wholey | Diane | Wholey | Blackman | Sibling | $ | 4,250,000.00 |
| 249 | Ernest | M. | Whilcher | Shirley | N. | Whillcher | Spouse | $ | 12,500,000.00 |
| 250 | Ernest | M. | Willcher | Benjamin | Jacob | Willcher | Child | $ | 8,500,000.00 |
| | | | | | | | TOTAL: | $ | 1,707,000,000.00 |