## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Jessica DeRubbio et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)*

## NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiffs in the above-referenced matter, by undersigned counsel and in accordance with F.R.C.P. 15, respectfully request that this Court grant plaintiff's Motion for Leave to Amend to Correct Errors. No adverse parties have appeared in this proceeding, and the Clerk issued a Certificate of Default on January 18, 2019.

In support of this motion, plaintiffs submit the following memorandum of law and a proposed order.

Dated: July 31, 2019

                                            */s/ Jerry S. Goldman*

                                            ANDERSON KILL P.C.
                                            Jerry S. Goldman, Esq.
                                            Bruce E. Strong
                                            1251 Avenue of the Americas
                                            New York, NY  10020
                                            Tel: 212-278-1000
                                            Fax: 212-278-1733
                                            Email: jgoldman@andersonkill.com

                                            Arthur R. Armstrong, Esq. *(pro hac vice)*
                                            1760 Market Street, Suite 600
                                            Philadelphia, PA  19103
                                            Tel: 267-216-2711
                                            Fax: 215-568-4573
                                            Email: aarmstrong@andersonkill.com

                                            *Attorneys for Plaintiffs*