UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)

JAMES P. KREINDLER, Esq., hereby states under penalty of perjury that:

1. I am an attorney representing the *Ashton* plaintiffs in the above-captioned litigation and I submit this declaration in support of the motion for final judgment on behalf of the individual plaintiffs listed in the exhibits attached hereto as Exhibits A and B, and for permission to allow any remaining *Ashton* plaintiffs to move for the same relief in separate stages.

2. The source of my information and the basis for my belief in my statements contained herein is my personal involvement in this matter for over 17 years; my firm's representation of the *Ashton* plaintiffs listed in Exhibits A and B in connection with the September 11th litigation; communications directly from family members of the individuals killed in the attacks on September 11th and the plaintiffs listed in Exhibits A and B; and other court records relating to the multi-district litigation to which the *Ashton* plaintiffs are parties. Any matters about which I lack personal knowledge are asserted herein upon information and belief.

3. The decedents listed in Exhibits A and B died in the September 11th terrorist attacks and are survived by the immediate family members listed in Exhibits A and B. The relationships set forth in Exhibits A and B have been personally verified by staff members in my office who have obtained written documentation, retrieved biographical paperwork (such as marriage certificates, birth certificates, baptismal certificates, obituary notices and wedding announcements)

and/or conducted interviews with the family members listed in Exhibits A and B (or with their other family members) confirming the relationships set forth there.

4. To minimize the chance of any human error, my firm has instituted a further level of quality control, during which each client's file is reviewed a second time and the relationships and other information contained in Exhibits A and B are corroborated, as is the fact that the claimants all survived the deaths of their loved ones on September 11, 2001.

5. We have been retained by the plaintiffs listed in Exhibits A and B to pursue recovery for their solatium losses arising out of the deaths of their loved ones on September 11, 2001. Each claimant listed in Exhibits A and B is the immediate family member of a person killed on September 11, 2001 whose estate was previously awarded a final default judgment on liability against Iran in relation to the September 11, 2001 Terror Attack. We have verified that none of the plaintiffs listed in Exhibits A and B have recovered for their solatium damages previously by reviewing court dockets and cross-checking those individuals with other attorneys representing the relatives of persons killed on September 11, 2001, nor do they have any other pending motion before this Court for compensation against Iran arising out of the September 11th attacks.

6. As for those family members listed on Exhibit A, my office has confirmed their nationality based on either birth certificates, documentation previously submitted to government programs (such as the September 11th Victim Compensation Fund) and / or through written or verbal interviews with the claimants.

7. As for those family members listed on Exhibit B, my office has either confirmed that neither they nor their relative killed on September 11, 2001 was a United States national (or member of the armed services or government or government contractor employee) as of September 11, 2001, or else has not yet been able to confirm the nationality of the family member from

documentation or via interviews.

       8.      For all of the reasons set forth in this declaration and the *Ashton XII* Wrongful Death Plaintiffs' Motion for Final Judgments, I respectfully request that this Court grant the proposed order attached hereto as Exhibit C.

Dated: July 31, 2019
      New York, NY

                                     /s/ James P. Kreindler
                                      James P. Kreindler