# Exhibit B

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Arczynski, Michael G. | Arczynski, Lori Ann | Spouse | $12,500,000.00 |
| 2 | Beaven, Alan | Beaven, Christopher | Child | $8,500,000.00 |
| 3 | Beaven, Alan | Beaven, John | Child | $8,500,000.00 |
| 4 | Berkeley, Graham A. | Berkeley, Pauline | Parent | $8,500,000.00 |
| 5 | Berkeley, Graham A. | Berkeley, Charles | Parent | $8,500,000.00 |
| 6 | Bielfeld, Peter | Clarner, Theresa | Partner | $12,500,000.00 |
| 7 | Brennan III, Edward A. | Brennan, Edward | Parent | $8,500,000.00 |
| 8 | Brennan III, Edward A. | Brennan, Gail | Parent | $8,500,000.00 |
| 9 | Cheatham, Delrose Forbes | Cheatham, Bob | Spouse | $12,500,000.00 |
| 10 | Clark, Gregory A. | Clark, Yuko | Spouse | $12,500,000.00 |
| 11 | Debarrera, Ana | Barrera, Ernesto | Spouse | $12,500,000.00 |
| 12 | Geraty, Suzanne | Geraty, Eileen | Parent | $8,500,000.00 |
| 13 | Johnston, Jr., William | Johnston, Joy | Parent | $8,500,000.00 |
| 14 | Johnston, Jr., William | Johnston, William | Parent | $8,500,000.00 |
| 15 | Knox, Andrew | Knox, Marion | Spouse | $12,500,000.00 |
| 16 | Lamantia, Stephen | Lamantia, Kimberly S. | Spouse | $12,500,000.00 |
| 17 | Lee, Richard Y. C. | Lee, Karen | Spouse | $12,500,000.00 |
| 18 | Lizcano, Harold | Lizcano Vega, Emily | Spouse | $12,500,000.00 |
| 19 | Ludvigsen, Mark | Kelly, Maureen | Spouse | $12,500,000.00 |
| 20 | Mascarenhas, Bernard | Mascarenhas, Jaclyn | Child | $8,500,000.00 |
| 21 | Mascarenhas, Bernard | Mascarenhas, Raynette | Spouse | $12,500,000.00 |
| 22 | Mcdermott, Matthew T. | McDermott, Susan | Spouse | $12,500,000.00 |
| 23 | Miller, Joel | Miller, Marjorie | Spouse | $12,500,000.00 |
| 24 | Monahan, John G. | Monahan, Diane | Spouse | $12,500,000.00 |
| 25 | Mullan, Michael D. | Mullan, Patrick J. | Sibling | $4,250,000.00 |
| 26 | Murphy, Charles A. | Murphy, Elizabeth | Parent | $8,500,000.00 |
| 27 | Pakkala, Deepa | Pakkala, Sampath | Spouse | $12,500,000.00 |
| 28 | Pfeifer, Kevin | Pfeifer, Helen | Parent | $8,500,000.00 |
| 29 | Pfeifer, Kevin | Pfeifer, William | Parent | $8,500,000.00 |
| 30 | Regan, Donald J. | Regan, Theresa | Parent | $8,500,000.00 |
| 31 | Saada, Thierry | Saada Samuel, Delphine | Spouse | $12,500,000.00 |
| 32 | Saada, Thierry | Saada Samuel, Delphine | Parent and legal guardian on behalf of L. S., minor child of 9/11 Decedent Thierry Saada | $8,500,000.00 |
| 33 | Sarle, Paul F. | Sarle, Linda | Spouse | $12,500,000.00 |
| 34 | Sattaluri, Deepika | Sattaluri, Narasimha | Spouse | $12,500,000.00 |
| 35 | Saucedo, Gregory | Saucedo, Stephen | Sibling | $4,250,000.00 |
| 36 | Shah, Jayesh | Shah, Jyothi | Spouse | $12,500,000.00 |
| 37 | Stan, Alexandru | Stan, Daniel | Personal Representative of the Estate of Elisabeta Stan, deceased Parent of | $8,500,000.00 |

| | | | 9/11 Decedent Alexandru  Stan | |
|---|---|---|---|---|
| 38 | Stan, Alexandru | Stan, Daniel | Personal Representative of the Estate of Constantin Stan, deceased Parent of 9/11 Decedent Alexandru  Stan | $8,500,000.00 |
| 39 | Takahashi, Keiji | Takahashi, Marie | Child | $8,500,000.00 |
| 40 | Takahashi, Keiji | Takahashi, Midori | Spouse | $12,500,000.00 |
| 41 | Takahashi, Keiji | Takahashi, Shusaku | Child | $8,500,000.00 |
| 42 | Tomasevic, Vladimir | Tomasevic, Andrija | Parent | $8,500,000.00 |
| 43 | Tomasevic, Vladimir | Tomasevic, Radmila | Parent | $8,500,000.00 |
| 44 | Tomasevic, Vladimir | Watkins, Jelena | Sibling | $4,250,000.00 |
| 45 | Tselepis, Jr., William P. | Tselepis, Mary | Spouse | $12,500,000.00 |
| 46 | Tull-Francis, Pauline | Williams, Debby | Child | $8,500,000.00 |
| 47 | Williams, Debbie L. | Williams, Darren | Spouse | $12,500,000.00 |
| 48 | Williams, Debbie L. | Williams, Payton | Child | $8,500,000.00 |
| 49 | Wright, Neil | Wright, Mary | Parent | $8,500,000.00 |