# Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Della Bella, Andrea | Della Bella, James | Stepchild | $8,500,000.00 |
| 2 | Garcia, Marlyn C. | Perez, Julian | Nephew | $8,500,000.00 |
| 3 | Gargano, Rocco N. | D'Alessandro, Mariano | Nephew | $8,500,000.00 |
| 4 | Haynes, William W. | Smith, Jr., Terence M. | Stepchild | $8,500,000.00 |
| 5 | Rosario, Angela | Pagan, Aaron | Nephew | $8,500,000.00 |
| 6 | Steinman, Alexander | Schoenholtz, Jason | Stepsibling | $4,250,000.00 |
| 7 | Taback, Harry | Catalano, Alexandria | Grandchild | $4,250,000.00 |