## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Jessica DeRubbio et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)*

### THE *DeRUBBIO* PLAINTIFFS' NOTICE OF MOTION FOR
### PARTIAL FINAL JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and

Declaration of Jerry S. Goldman, Esq., ("Goldman Declaration"), along with the exhibits

appended, certain plaintiffs in the above-referenced matter who are identified on Exhibit A to the

Goldman Declaration, by and through their counsel, Anderson Kill P.C., respectfully move this

Court for an Order awarding them: (1) judgment as to damages in the same amounts previously

awarded by this Court to various similarly situated plaintiffs in *Burnett*, *Havlish*, *Ashton*, *Bauer*,

and other cases; (2) prejudgment interest at the rate of 4.96 percent per annum, compounded

annually for the period from September 11, 2001 until the date of the judgment for damages; (3)

permission for such plaintiffs to seek punitive damages, economic damages, and other

appropriate damages at a later date; and (4) for all other plaintiffs in this action not appearing on

Exhibit A to submit applications for damages awards in later stages, to the extent such awards

have not previously been addressed.

Plaintiffs request is made in connection with the judgment on default as to liability

entered against the Islamic Republic of Iran on May 28, 2019. *In re Terrorist Attacks on*

*September 11, 2001*, No. 03-md-1570, ECF 4563.

docs-100133856.3

Respectfully submitted,

*/s/ Jerry S. Goldman*

ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
1251 Avenue of the Americas
New York, NY  10020
Tel: 212-278-1000
Fax: 212-278-1733
Email: jgoldman@andersonkill.com

Arthur R. Armstrong, Esq. *(pro hac vice)*
1760 Market Street, Suite 600
Philadelphia, PA  19103
Tel: 267-216-2711
Fax: 215-568-4573
Email: aarmstrong@andersonkill.com

Dated:  New York, New York
August 1, 2019

*Attorneys for Plaintiffs*