# EXHIBIT A

## EX. A to *DeRubbio* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1  | Anthony J. DeRubbio | David P. DeRubbio | Sibling | $4,250,000.00 |
| 2  | Dominick A. DeRubbio | David P. DeRubbio | Sibling | $4,250,000.00 |
| 3  | Jessica DeRubbio | David P. DeRubbio | Child | $8,500,000.00 |
| 4  | Anthony Desperito | Andrew Desperito | Child | $8,500,000.00 |
| 5  | David Desperito | Andrew Desperito | Child | $8,500,000.00 |
| 6  | Laura Desperito-Filiberto | Andrew Desperito | Spouse | $12,500,000.00 |
| 7  | Casey Devlin | Dennis L. Devlin | Child | $8,500,000.00 |
| 8  | Dennis Devlin | Dennis L. Devlin | Child | $8,500,000.00 |
| 9  | Kathleen A. Devlin | Dennis L. Devlin | Spouse | $12,500,000.00 |
| 10 | Kathleen E. Devlin | Dennis L. Devlin | Child | $8,500,000.00 |
| 11 | Kerry Sharkey | Dennis L. Devlin | Child | $8,500,000.00 |
| 12 | Samia Doany | Ramzi A. Doany | Parent | $8,500,000.00 |
| 13 | Dina Doany-Azzam | Ramzi A. Doany | Sibling | $4,250,000.00 |
| 14 | Chang Don Kim | Lawrence Don Kim | Parent | $8,500,000.00 |
| 15 | Catherine Fleming | Lawrence Don Kim | Sibling | $4,250,000.00 |
| 16 | April Horton | Edward T. Earhart | Sibling | $4,250,000.00 |
| 17 | Andrea Stauter | Edward T. Earhart | Sibling | $4,250,000.00 |
| 18 | John Churchhill as Personal Representative of the Estate of Lois Churchill | John E. Eichler | Sibling (Deceased) | $4,250,000.00 |
| 19 | John R. Eichler | John E. Eichler | Child | $8,500,000.00 |
| 20 | Itauma Ette | Sadie Ette | Sibling | $4,250,000.00 |
| 21 | Jane M. Cristiano | Thomas Farino | Child | $8,500,000.00 |
| 22 | Daniel Farino | Thomas Farino | Sibling | $4,250,000.00 |
| 23 | Frank Farino | Thomas Farino | Sibling | $4,250,000.00 |
| 24 | James Farino | Thomas Farino | Child | $8,500,000.00 |
| 25 | Patrick Farino | Thomas Farino | Sibling | $4,250,000.00 |
| 26 | Mary A. Farino-Thomas | Thomas Farino | Spouse | $12,500,000.00 |
| 27 | Kathryn Nesbit | Elizabeth A. Farmer | Child | $8,500,000.00 |
| 28 | Jennifer Artola | Francis J. Feely | Child | $8,500,000.00 |
| 29 | Caitlin Feely | Francis J. Feely | Child | $8,500,000.00 |
| 30 | Lori Feely | Francis J. Feely | Spouse | $12,500,000.00 |
| 31 | Patricia Feely | Francis J. Feely | Parent | $8,500,000.00 |
| 32 | Stephanie Feely | Francis J. Feely | Child | $8,500,000.00 |
| 33 | Lauren Ludvigsen | Francis J. Feely | Child | $8,500,000.00 |
| 34 | Catherine Curley | Sean B. Fegan | Sibling | $4,250,000.00 |
| 35 | Peter Fegan Jr. | Sean B. Fegan | Sibling | $4,250,000.00 |
| 36 | Peter Fegan | Sean B. Fegan | Parent | $8,500,000.00 |
| 37 | Anne Marie Hartney | Sean B. Fegan | Sibling | $4,250,000.00 |

EX. A to *DeRubbio* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 38 | Angela Fields | Samuel Fields Sr. | Spouse | $12,500,000.00 |
| 39 | Demetrius Fields | Samuel Fields Sr. | Child | $8,500,000.00 |
| 40 | Samuel Fields Jr. | Samuel Fields Sr. | Child | $8,500,000.00 |
| 41 | Stefan Fields | Samuel Fields Sr. | Child | $8,500,000.00 |
| 42 | Angela Fields as Natural Guardian of SF | Samuel Fields Sr. | Child (Minor) | $8,500,000.00 |
| 43 | Sharaia Fields | Samuel Fields Sr. | Child | $8,500,000.00 |
| 44 | Brittany Fogel | Stephen M. Fogel | Child | $8,500,000.00 |
| 45 | David Fogel | Stephen M. Fogel | Sibling | $4,250,000.00 |
| 46 | Joseph Fogel | Stephen M. Fogel | Child | $8,500,000.00 |
| 47 | Karen Hamorsky | Stephen M. Fogel | Sibling | $4,250,000.00 |
| 48 | Laurie Pater | Stephen M. Fogel | Spouse | $12,500,000.00 |
| 49 | David Foreman | Donald A. Foreman | Sibling | $4,250,000.00 |
| 50 | Marcus Foreman | Donald A. Foreman | Child | $8,500,000.00 |
| 51 | Shirley Foreman | Donald A. Foreman | Parent | $8,500,000.00 |
| 52 | Raymond Durant | Virgin (Lucy) Francis | Child | $8,500,000.00 |
| 53 | Joseph Francis | Virgin (Lucy) Francis | Child | $8,500,000.00 |
| 54 | Peter Francis | Virgin (Lucy) Francis | Child | $8,500,000.00 |
| 55 | Troy Francis | Virgin (Lucy) Francis | Child | $8,500,000.00 |
| 56 | Felicia Cappo | Gary J. Frank | Sibling | $4,250,000.00 |
| 57 | Ellen Vigeant | Gary J. Frank | Parent | $8,500,000.00 |
| 58 | Laurie Vigeant | Gary J. Frank | Sibling | $4,250,000.00 |
| 59 | Allen Freeman | Tamitha Freeman | Parent | $8,500,000.00 |
| 60 | Carla Freeman | Tamitha Freeman | Sibling | $4,250,000.00 |
| 61 | Juanita Freeman | Tamitha Freeman | Parent | $8,500,000.00 |
| 62 | Xavier White | Tamitha Freeman | Child | $8,500,000.00 |
| 63 | Michael Freiman | Brett O. Freiman | Sibling | $4,250,000.00 |
| 64 | Bonnie Freiman a/k/a Bonnie Freiman-Magnes | Brett O. Freiman | Parent | $8,500,000.00 |
| 65 | Pamela Freiman Rentzer a/k/a Pamela Freiman | Brett O. Freiman | Sibling | $4,250,000.00 |
| 66 | Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman | Brett O. Freiman | Parent (Deceased) | $8,500,000.00 |
| 67 | Audrey Ades | Paul Friedman | Spouse | $12,500,000.00 |
| 68 | Audrey Ades, as Natural Guardian of RHSFF | Paul Friedman | Child (Minor) | $8,500,000.00 |
| 69 | Daniel Frost | Lisa Frost | Sibling | $4,250,000.00 |
| 70 | Suzanne G. Adams | Anthony E. Gallagher | Sibling | $4,250,000.00 |
| 71 | Carolyn Belford | Anthony E. Gallagher | Sibling | $4,250,000.00 |
| 72 | Rose Costello | Anthony E. Gallagher | Parent | $8,500,000.00 |
| 73 | Joseph Gallagher | Anthony E. Gallagher | Sibling | $4,250,000.00 |
| 74 | Carol Varland | Julie M. Geis | Sibling | $4,250,000.00 |
| 75 | Michael Geis | Julie M. Geis | Sibling | $4,250,000.00 |

Page 2 of 5

docs-100184088.3

**EX. A to *DeRubbio* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 76 | Janet Baronian | Edward F. Geraghty | Sibling | $4,250,000.00 |
| 77 | Lynn Cannata | Edward F. Geraghty | Sibling | $4,250,000.00 |
| 78 | Colin Geraghty | Edward F. Geraghty | Child | $8,500,000.00 |
| 79 | Colleen Geraghty | Edward F. Geraghty | Sibling | $4,250,000.00 |
| 80 | Connor Geraghty | Edward F. Geraghty | Child | $8,500,000.00 |
| 81 | James Geraghty | Edward F. Geraghty | Child | $8,500,000.00 |
| 82 | Mary Geraghty | Edward F. Geraghty | Spouse | $12,500,000.00 |
| 83 | Maureen Geraghty | Edward F. Geraghty | Sibling | $4,250,000.00 |
| 84 | Norma Geraghty | Edward F. Geraghty | Parent | $8,500,000.00 |
| 85 | Stephen Geraghty | Edward F. Geraghty | Sibling | $4,250,000.00 |
| 86 | Debra Giordano | Jeffrey J. Giordano | Sibling | $4,250,000.00 |
| 87 | Annete Herman | Michelle H. Goldstein | Sibling | $4,250,000.00 |
| 88 | Ingrid Jaffe | Michelle H. Goldstein | Parent | $8,500,000.00 |
| 89 | Rafael Herman | Michelle H. Goldstein | Parent | $8,500,000.00 |
| 90 | Tatiana S. Gomez | Wilder A. Gomez | Child | $8,500,000.00 |
| 91 | Corina Murillo | Mauricio Gonzalez | Parent | $8,500,000.00 |
| 92 | Carly Gordenstein | Lisa F. Gordenstein | Child | $8,500,000.00 |
| 93 | David Gordenstein | Lisa F. Gordenstein | Spouse | $12,500,000.00 |
| 94 | Samantha Gordenstein | Lisa F. Gordenstein | Child | $8,500,000.00 |
| 95 | Dorothy Fenn Grodberg | Lisa F. Gordenstein | Parent | $8,500,000.00 |
| 96 | Deborah Fenn | Lisa F. Gordenstein | Sibling | $4,250,000.00 |
| 97 | Erika Lutzner | Jon R. Grabowski | Spouse | $12,500,000.00 |
| 98 | Kathleen Granados | Gilbert Granados | Child | $8,500,000.00 |
| 99 | Maureen Granados | Gilbert Granados | Child | $8,500,000.00 |
| 100 | Teresa Granados | Gilbert Granados | Spouse | $12,500,000.00 |
| 101 | Lawrence Gray | Tara McCloud Gray | Spouse | $12,500,000.00 |
| 102 | Matthew Green | Andrew Peter Charles Curry Green | Sibling | $4,250,000.00 |
| 103 | Melrose Morrison Green | Derrick A. Green | Spouse | $12,500,000.00 |
| 104 | Delroy Llewellyn | Derrick A. Green | Sibling | $4,250,000.00 |
| 105 | Jennifer Green | Wanda Green | Child | $8,500,000.00 |
| 106 | Joe Green | Wanda Green | Child | $8,500,000.00 |
| 107 | Sandra Jamerson | Wanda Green | Sibling | $4,250,000.00 |
| 108 | Aserene Smith | Wanda Green | Parent | $8,500,000.00 |
| 109 | Tommy Smith | Wanda Green | Sibling | $4,250,000.00 |
| 110 | Evelyn Griffin | John M. Griffin | Parent | $8,500,000.00 |
| 111 | John Griffin | John M. Griffin | Parent | $8,500,000.00 |
| 112 | Julie Griffin | John M. Griffin | Child | $8,500,000.00 |
| 113 | June Griffin | John M. Griffin | Spouse | $12,500,000.00 |
| 114 | Jenna Griffin | John M. Griffin | Child | $8,500,000.00 |

## EX. A to *DeRubbio* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 115 | Lisa Grouzalis | Kenneth Grouzalis | Child | $8,500,000.00 |
| 116 | Myrta Gschaar | Robert Gschaar | Spouse | $12,500,000.00 |
| 117 | Genevieve Gyulavary | Peter Gyulavary | Child | $8,500,000.00 |
| 118 | Jane Gyulavary | Peter Gyulavary | Spouse | $12,500,000.00 |
| 119 | Bebe Hafiz | Nezam Hafiz | Parent | $8,500,000.00 |
| 120 | Sharon Hafiz | Nezam Hafiz | Sibling | $4,250,000.00 |
| 121 | Deborah Khublall | Nezam Hafiz | Sibling | $4,250,000.00 |
| 122 | Alisha Halmon | Carolyn Halmon | Child | $8,500,000.00 |
| 123 | Herman Halmon | Carolyn Halmon | Spouse | $12,500,000.00 |
| 124 | Standish Halmon | Carolyn Halmon | Child | $8,500,000.00 |
| 125 | Talat Hamdani | Mohammad S. Hamdani | Parent | $8,500,000.00 |
| 126 | Zeshan Hamdani | Mohammad S. Hamdani | Sibling | $4,250,000.00 |
| 127 | Beverly Harrington | Melissa M. Harrington-Hughes | Parent | $8,500,000.00 |
| 128 | Robert J. Harrington | Melissa M. Harrington-Hughes | Parent | $8,500,000.00 |
| 129 | Dawn H. Carbone | Thomas Haskell | Sibling | $4,250,000.00 |
| 130 | Kevin Haskell | Thomas Haskell | Sibling | $4,250,000.00 |
| 131 | Dawn H. Carbone | Timothy Haskell | Sibling | $4,250,000.00 |
| 132 | Kevin Haskell | Timothy Haskell | Sibling | $4,250,000.00 |
| 133 | Melissa J. Bernstein | Roberta B. Heber | Child | $8,500,000.00 |
| 134 | Stuart Bernstein | Roberta B. Heber | Child | $8,500,000.00 |
| 135 | Robyn Bernstein Donati | Roberta B. Heber | Child | $8,500,000.00 |
| 136 | Jacob Heber | Roberta B. Heber | Spouse | $12,500,000.00 |
| 137 | Robert B. Hemenway Jr. | Ronald J. Hemenway | Sibling | $4,250,000.00 |
| 138 | Pamela Dixon | DaJuan Hodges | Parent | $8,500,000.00 |
| 139 | Sherard Dixon | DaJuan Hodges | Sibling | $4,250,000.00 |
| 140 | Jatair Persol | DaJuan Hodges | Child | $8,500,000.00 |
| 141 | David Cannella | Judith Hofmiller | Child | $8,500,000.00 |
| 142 | Robert Hofmiller | Judith Hofmiller | Sibling | $4,250,000.00 |
| 143 | Francis X. Houston | Charles J. Houston | Sibling | $4,250,000.00 |
| 144 | Joan M. Houston | Charles J. Houston | Sibling | $4,250,000.00 |
| 145 | Linda Houston | Charles J. Houston | Spouse | $12,500,000.00 |
| 146 | Brian Howley | Jennifer L. Howley | Spouse | $12,500,000.00 |
| 147 | Gerald Hrycak | Marian R. Hrycak | Sibling | $4,250,000.00 |
| 148 | Joanne Hrycak | Marian R. Hrycak | Spouse | $12,500,000.00 |
| 149 | Christine Buividas | Marian R. Hrycak | Child | $8,500,000.00 |
| 150 | Harold Singleton | Lamar D. Hulse | Sibling | $4,250,000.00 |
| 151 | Linda Hulse | Lamar D. Hulse | Parent | $8,500,000.00 |
| 152 | Patricia Catherine Hardy | Stephen N. Hyland | Sibling | $4,250,000.00 |
| 153 | Charles Hyland | Stephen N. Hyland | Sibling | $4,250,000.00 |

## EX. A to *DeRubbio* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 154 | Stephen Hyland | Stephen N. Hyland | Parent | $8,500,000.00 |
| 155 | Susan Hyland | Stephen N. Hyland | Spouse | $12,500,000.00 |
| 156 | Rachel James | Ernest James | Sibling | $4,250,000.00 |
| 157 | Michael James Beckford | Gricelda E. James | Spouse | $12,500,000.00 |
| 158 | Michael Zinkofsky | Maxima Jean-Pierre | Spouse | $12,500,000.00 |
| 159 | Zamani Davis | Charles G. John | Sibling | $4,250,000.00 |
| 160 | Veronica John | Charles G. John | Parent | $8,500,000.00 |
| 161 | Royston Roach | Charles G. John | Sibling | $4,250,000.00 |
| 162 | Charlene Cumberbatch | Charles G. John | Sibling | $4,250,000.00 |
| 163 | Gary Jones | Brian L. Jones | Sibling | $4,250,000.00 |
| 164 | Leander Jones | Brian L. Jones | Parent | $8,500,000.00 |
| 165 | Patricia Jones | Brian L. Jones | Parent | $8,500,000.00 |
| 166 | Teri Marshall | Brian L. Jones | Sibling | $4,250,000.00 |
| 167 | June Jurgens | Paul W. Jurgens | Child | $8,500,000.00 |
| 168 | Lindsay Jurgens | Paul W. Jurgens | Child | $8,500,000.00 |
| 169 | Maria Jurgens | Paul W. Jurgens | Spouse | $12,500,000.00 |
| 170 | Paul Jurgens | Paul W. Jurgens | Child | $8,500,000.00 |
| 171 | Jeanne Keating | Paul Hanlon Keating | Sibling | $4,250,000.00 |

|  | Total |  |  | $1,285,750,000.00 |
|---|---|---|---|---|