**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Horace Morris et al. v. Islamic Republic of Iran*, No. 1:18-cv-5321(GBD) (SN)

## THE *MORRIS* PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL FINAL JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Jerry S. Goldman, Esq., ("Goldman Declaration"), along with the exhibits appended, certain plaintiffs in the above-referenced matter who are identified on Exhibit A to the Goldman Declaration, by and through their counsel, Anderson Kill, P.C., respectfully move this Court for an Order awarding them: (1) judgment as to damages in the same amounts previously awarded by this Court to various similarly situated plaintiffs in *Burnett*, *Havlish*, *Ashton*, *Bauer*, and other cases; (2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment for damages; (3) permission for such plaintiffs to seek punitive damages, economic damages, and other appropriate damages at a later date; and (4) for all other plaintiffs in this action not appearing on Exhibit A to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Plaintiffs request is made in connection with the judgment on default as to liability entered against the Islamic Republic of Iran on June 21, 2019. *In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570, ECF 4595.

docs-100175705.1

        Respectfully submitted,

        */s/ Jerry S. Goldman*
        ANDERSON KILL P.C.
        Jerry S. Goldman, Esq.
        Bruce E. Strong, Esq.
        1251 Avenue of the Americas
        New York, NY 10020
        Tel: 212-278-1000
        Fax: 212-278-1733
        Email: jgoldman@andersonkill.com

        Arthur R. Armstrong, Esq. *(pro hac vice)*
        1760 Market Street, Suite 600
        Philadelphia, PA 19103
        Tel: 267-216-2711
        Fax: 215-568-4573
        Email: aarmstrong@andersonkill.com

Dated: New York, New York
August 2, 2019

        *Attorneys for Plaintiffs*