# EXHIBIT A

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Laurence Schlissel | Jon S. Schlissel | Sibling | $4,250,000 |
| 2 | Jude Laspa | Susan Lee Schuler | Sibling | $4,250,000 |
| 3 | Ted Slanker | Susan Lee Schuler | Child | $8,500,000 |
| 4 | Sandra Slanker-Isenberg | Susan Lee Schuler | Child | $8,500,000 |
| 5 | Bruce Seeliger | Margaret Seeliger | Spouse | $12,500,000 |
| 6 | Jahnan Shajahan | Mohammed Shajahan | Child | $8,500,000 |
| 7 | Layla Shajahan | Mohammed Shajahan | Child | $8,500,000 |
| 8 | Shirin Shajahan | Mohammed Shajahan | Child | $8,500,000 |
| 9 | Yusuf Shajahan | Mohammed Shajahan | Child | $8,500,000 |
| 10 | Christopher Davidson | Kathryn A. Shatzoff | Sibling | $4,250,000 |
| 11 | Francis Shea | Daniel Shea | Sibling | $4,250,000 |
| 12 | Kathleen Shea | Daniel Shea | Sibling | $4,250,000 |
| 13 | Thomas J. Shea | Daniel Shea | Sibling | $4,250,000 |
| 14 | Francis Shea | Joseph Shea | Sibling | $4,250,000 |
| 15 | Kathleen Shea | Joseph Shea | Sibling | $4,250,000 |
| 16 | Thomas J. Shea | Joseph Shea | Sibling | $4,250,000 |
| 17 | Charles Clarke | Antionette Sherman | Parent | $8,500,000 |
| 18 | Eloise Clarke | Antionette Sherman | Parent | $8,500,000 |
| 19 | John Sigmund | Johanna Sigmund | Sibling | $4,250,000 |
| 20 | Kenneth Sikorsky | Gregory Sikorsky | Sibling | $4,250,000 |
| 21 | Jennifer Simon Berardi | Arthur Simon | Child | $8,500,000 |
| 22 | Mandy Exantus | Arthur Simon | Child | $8,500,000 |
| 23 | Stanley Simon | Arthur Simon | Sibling | $4,250,000 |
| 24 | Susan Simon | Arthur Simon | Spouse | $12,500,000 |
| 25 | Todd Simon | Arthur Simon | Child | $8,500,000 |
| 26 | Marilyn Smith Pusey | Leon Smith | Spouse | $12,500,000 |
| 27 | Irene Smith | Leon Smith | Parent | $8,500,000 |
| 28 | Jasmine Michele Smith | Leon Smith | Child | $8,500,000 |
| 29 | James Smith | Moira A. Smith | Spouse | $12,500,000 |
| 30 | Patricia Mary Smith | Moira A. Smith | Child | $8,500,000 |
| 31 | Joanne Messina | Michael C. Sorresse | Sibling | $4,250,000 |
| 32 | Catherine Ricciardelli | Michael C. Sorresse | Spouse | $12,500,000 |
| 33 | Leonard M. Sorresse Jr. | Michael C. Sorresse | Sibling | $4,250,000 |
| 34 | Leonard M. Sorresse Sr. | Michael C. Sorresse | Parent | $8,500,000 |
| 35 | Maria Sorresse | Michael C. Sorresse | Parent | $8,500,000 |
| 36 | Nicholas Sorresse | Michael C. Sorresse | Sibling | $4,250,000 |
| 37 | Linda E. Spampinato a/k/a Linda E. Melville | Donald F. Spampinato | Sibling | $4,250,000 |

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 38 | Michael Spampinato | Donald F. Spampinato | Sibling | $4,250,000 |
| 39 | Kristina Spence | Maynard S. Spence | Child | $8,500,000 |
| 40 | Shannon Spence | Maynard S. Spence | Child | $8,500,000 |
| 41 | Dorothy Mullis | Maynard S. Spence | Sibling | $4,250,000 |
| 42 | Daniel Carroll | Patricia J. Statz | Child | $8,500,000 |
| 43 | David Carroll | Patricia J. Statz | Spouse | $12,500,000 |
| 44 | Erick Carroll | Patricia J. Statz | Child | $8,500,000 |
| 45 | Pamela Statz | Patricia J. Statz | Sibling | $4,250,000 |
| 46 | Phil Statz | Patricia J. Statz | Sibling | $4,250,000 |
| 47 | Gloria Darrisaw | Edna L. Stephens | Sibling | $4,250,000 |
| 48 | Eunice W. Hendrix | Edna L. Stephens | Sibling | $4,250,000 |
| 49 | Betty Jo Hill | Edna L. Stephens | Sibling | $4,250,000 |
| 50 | Brenda Stephens Pyant | Edna L. Stephens | Sibling | $4,250,000 |
| 51 | Eddie Stephens | Edna L. Stephens | Sibling | $4,250,000 |
| 52 | Marvin Stephens | Edna L. Stephens | Sibling | $4,250,000 |
| 53 | Mary L. Stephens | Edna L. Stephens | Sibling | $4,250,000 |
| 54 | Barbara Stephens-Cobb | Edna L. Stephens | Sibling | $4,250,000 |
| 55 | Torrass Allen-Stephens | Edna L. Stephens | Child | $8,500,000 |
| 56 | Eric Stoller | Sanford M. Stoller | Child | $8,500,000 |
| 57 | Glen Stoller | Sanford M. Stoller | Child | $8,500,000 |
| 58 | Trudy Stoller | Sanford M. Stoller | Spouse | $12,500,000 |
| 59 | Derek Strauss | Steven Strauss | Child | $8,500,000 |
| 60 | Melanie Strauss | Steven Strauss | Child | $8,500,000 |
| 61 | Jean Strauss a/k/a Jeannie Strauss | Steven Strauss | Spouse | $12,500,000 |
| 62 | Jill Marsella | Thomas F. Swift | Spouse | $12,500,000 |
| 63 | Elina Shirolkar | Harshad S. Thatte | Child | $8,500,000 |
| 64 | Kathleen Thompson | Brian T. Thompson | Spouse | $12,500,000 |
| 65 | Daniel Thompson | Brian T. Thompson | Child | $8,500,000 |
| 66 | Giovanni McKenzie | Vanavah Thompson | Sibling | $4,250,000 |
| 67 | Saundra Faye Woolen | Tamara Thurman | Parent | $8,500,000 |
| 68 | Teresa Traina | Christopher M Traina | Parent | $8,500,000 |
| 69 | Salvatore Traina | Christopher M. Traina | Parent | $8,500,000 |
| 70 | Theresa Corio | Diane M. Urban | Sibling | $4,250,000 |
| 71 | Ann Van Hine | Richard B. Van Hine | Spouse | $12,500,000 |
| 72 | Meghan Sensenig | Richard B. Van Hine | Child | $8,500,000 |
| 73 | Emily Small | Richard B. Van Hine | Child | $8,500,000 |
| 74 | Vasanta Velamuri | Sankara Velamuri | Spouse | $12,500,000 |
| 75 | Ramon Velazquez | Jorge L. Velazquez | Child | $8,500,000 |

EX. A to Schippel Motion for Judgment on Damages
*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 76 | Carmen Guzman | David Vera | Parent | $8,500,000 |
| 77 | Migdalia Lopez | David Vera | Sibling | $4,250,000 |
| 78 | Anthony Vola | Maria P. Vola | Sibling | $4,250,000 |
| 79 | Clotilda Vola | Maria P. Vola | Sibling | $4,250,000 |
| 80 | Kim Wagner | Karen J. Wagner | Sibling | $4,250,000 |
| 82 | Warren Wagner | Karen J. Wagner | Sibling | $4,250,000 |
| 83 | Karl Wagner | Karen J. Wagner | Sibling | $4,250,000 |
| 84 | Andrea Treble | Gabriela Waisman | Sibling | $4,250,000 |
| 85 | Armando Waisman | Gabriela Waisman | Parent | $8,500,000 |
| 86 | Marta Waisman | Gabriela Waisman | Parent | $8,500,000 |
| 87 | Rebecca Wald Clemento | Victor Wald | Spouse | $12,500,000 |
| 88 | Daniella Wald Spielman | Victor Wald | Child | $8,500,000 |
| 89 | Alexandra Wald | Victor Wald | Child | $8,500,000 |
| 90 | Robert Wallace | Robert F. Wallace | Child | $8,500,000 |
| 91 | Angela Watson Cucciniello | Kenneth Watson | Child | $8,500,000 |
| 92 | Andrew Watson | Kenneth Watson | Parent | $8,500,000 |
| 93 | Carmella Watson | Kenneth Watson | Parent | $8,500,000 |
| 94 | Christopher Watson | Kenneth Watson | Child | $8,500,000 |
| 95 | Gary Watson | Kenneth Watson | Child | $8,500,000 |
| 96 | Glenn Watson | Kenneth Watson | Sibling | $4,250,000 |
| 97 | James Watson | Kenneth Watson | Sibling | $4,250,000 |
| 98 | Kenneth Watson, Jr. | Kenneth Watson | Child | $8,500,000 |
| 99 | Susan Watson | Kenneth Watson | Spouse | $12,500,000 |
| 100 | Tina Watson-Tirabassi | Kenneth Watson | Sibling | $4,250,000 |
| 101 | Enid White | John White | Spouse | $12,500,000 |
| 102 | Maxine White | John White | Child | $8,500,000 |
| 103 | Wakeland Higgins | Malissa White | Spouse | $12,500,000 |
| 104 | Phillip White | Malissa White | Sibling | $4,250,000 |
| 105 | Hilda Ventura | Wayne White | Sibling | $4,250,000 |
| 106 | Kathleen Wik | William Wik | Sibling | $4,250,000 |
| 107 | Thomas C. Wik | William Wik | Sibling | $4,250,000 |
| 108 | Raphael Wik | William Wik | Sibling | $4,250,000 |
| 109 | Christopher Wong | Yuk Ping Wong | Child | $8,500,000 |
| 110 | Eddie Wong | Yuk Ping Wong | Child | $8,500,000 |
| 111 | Fahim Chowdhury | Shakila Yasmin | Sibling | $4,250,000 |
| 112 | Sharif Chowdhury | Shakila Yasmin | Parent | $8,500,000 |
| 113 | Showkatara Sharif | Shakila Yasmin | Parent | $8,500,000 |
| 114 | William Youmans | Suzanne Youmans | Sibling | $4,250,000 |

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 115 | Edmond Young Sr. | Edmond G. Young Jr. | Parent | $8,500,000 |
| 116 | Margaret Young | Edmond G. Young Jr. | Parent | $8,500,000 |
| 117 | Markia Young | Edmond G. Young Jr. | Sibling | $4,250,000 |
| 118 | Marvene Young | Edmond G. Young Jr. | Sibling | $4,250,000 |
| 119 | Stephan Young | Edmond G. Young Jr. | Child | $8,500,000 |
| 120 | Michael Zampieri | Robert A. Zampieri | Sibling | $4,250,000 |
| 121 | Jeannie Schlesinger | Robert A. Zampieri | Sibling | $4,250,000 |
| 122 | Jack Zelmanowitz | Abraham Zelmanowitz | Sibling | $4,250,000 |
|  | **Total** |  |  | **$871,500,000.00** |