# EXHIBIT A

Case 1:03-md-01570-GBD-SN   Document 4751-1   Filed 08/06/19   Page 1 of 7

Ex. A to Morris Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Natalie Jeffries | Alva Cynthia Jeffries-Sanchez | Sibling | $4,250,000 |
| 2 | Winford F. Lamb | Odessa V. Morris | Sibling | $4,250,000 |
| 3 | Dahlia Morris | Odessa V. Morris | Child | $8,500,000 |
| 4 | Horace Morris | Odessa V. Morris | Spouse | $12,500,000 |
| 5 | Jan-Sheri Morris | Odessa V. Morris | Child | $8,500,000 |
| 6 | Keith Morris | Odessa V. Morris | Child | $8,500,000 |
| 7 | Ferdinand Morrone | Ferdinand Morrone | Child | $8,500,000 |
| 8 | Gregory Morrone | Ferdinand Morrone | Child | $8,500,000 |
| 9 | Linda Morrone | Ferdinand Morrone | Spouse | $12,500,000 |
| 10 | Alyssa Morrone | Ferdinand Morrone | Child | $8,500,000 |
| 11 | Joseph Moussa | Jude Moussa | Parent | $8,500,000 |
| 12 | Mazen Moussa | Jude Moussa | Sibling | $4,250,000 |
| 13 | Michael Moussa | Jude Moussa | Sibling | $4,250,000 |
| 14 | Yvette Moussa | Jude Moussa | Parent | $8,500,000 |
| 15 | Andre Mowatt | Damion Mowatt | Sibling | $4,250,000 |
| 16 | Andrea Mowatt | Damion Mowatt | Parent | $8,500,000 |
| 17 | Anne Muldowney | Richard Muldowney Jr. | Parent | $8,500,000 |
| 18 | Brian Muldowney | Richard Muldowney Jr. | Sibling | $4,250,000 |
| 19 | Kevin Muldowney | Richard Muldowney Jr. | Sibling | $4,250,000 |
| 20 | Mary Muldowney | Richard Muldowney Jr. | Sibling | $4,250,000 |
| 21 | Timothy Muldowney | Richard Muldowney Jr. | Sibling | $4,250,000 |
| 22 | Colleen Andello | Richard Muldowney Jr. | Sibling | $4,250,000 |
| 23 | Kevin Mulligan | Dennis M. Mulligan | Sibling | $4,250,000 |
| 24 | Michael Mulligan | Dennis M. Mulligan | Sibling | $4,250,000 |
| 25 | Patricia Mulligan | Dennis M. Mulligan | Sibling | $4,250,000 |
| 26 | Brian Mulligan | Dennis M. Mulligan | Sibling | $4,250,000 |
| 27 | Michael Murray | Valerie V. Murray | Child | $8,500,000 |
| 28 | Veronica Stinga | Valerie V. Murray | Child | $8,500,000 |
| 29 | Valerie J. Murray | Valerie V. Murray | Child | $8,500,000 |
| 30 | Timothy Murray | Valerie V. Murray | Child | $8,500,000 |
| 31 | Christopher Nardone | Mario Nardone Jr. | Sibling | $4,250,000 |
| 32 | Jerrell Nedd | Jerome O. Nedd | Child | $8,500,000 |
| 33 | Roxanne Nedd | Jerome O. Nedd | Spouse | $12,500,000 |
| 34 | Jerome Nedd | Jerome O. Nedd | Child | $8,500,000 |
| 35 | Ryan Nelson | Peter A. Nelson | Child | $8,500,000 |
| 36 | Earlrick Nesbitt | Oscar F. Nesbitt | Sibling | $4,250,000 |

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 37 | John Nesbitt | Oscar F. Nesbitt | Sibling | $4,250,000 |
| 38 | Leslie Nesbitt | Oscar F. Nesbitt | Sibling | $4,250,000 |
| 39 | Daniel Nevins | Gerard T. Nevins | Child | $8,500,000 |
| 40 | Marie Nevins | Gerard T. Nevins | Spouse | $12,500,000 |
| 41 | Andrew Nevins | Gerard T. Nevins | Child | $8,500,000 |
| 42 | Robin Loconto | Nancy Yuen Ngo | Sibling | $4,250,000 |
| 43 | Man Ngo | Nancy Yuen Ngo | Spouse | $12,500,000 |
| 44 | Robert T. Ogren | Joseph J. Ogren | Parent | $8,500,000 |
| 45 | Jessica Marrero | Samuel Oitice | Child | $8,500,000 |
| 46 | Jean Oitice | Samuel Oitice | Spouse | $12,500,000 |
| 47 | John Oitice | Samuel Oitice | Child | $8,500,000 |
| 48 | Duane Orloske | Margaret Orloske | Spouse | $12,500,000 |
| 49 | Stephen Orloske | Margaret Orloske | Child | $8,500,000 |
| 50 | Jonathan Ortiz | Paul Ortiz Jr. | Sibling | $4,250,000 |
| 51 | Pablo Ortiz Sr. | Paul Ortiz Jr. | Parent | $8,500,000 |
| 52 | Sophie Ortiz | Paul Ortiz Jr. | Parent | $8,500,000 |
| 53 | Crystal Ortiz | David Ortiz | Child | $8,500,000 |
| 54 | Ilianette Ortiz | David Ortiz | Spouse | $12,500,000 |
| 55 | Richard Ortiz | David Ortiz | Child | $8,500,000 |
| 56 | Maria Delgado | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 57 | Ana Silvia Diaz | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 58 | Maria Fernandez | Isidro D. Ottenwalder | Spouse | $12,500,000 |
| 59 | Altagracia Ottenwalder | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 60 | Jose Ottenwalder | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 61 | Maria Ottenwalder | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 62 | Pedro Ottenwalder | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 63 | Rafael Ottenwalder | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 64 | William Ottenwalder | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 65 | Ana Pena di Ottenwalder | Isidro D. Ottenwalder | Parent | $8,500,000 |
| 66 | Maria Cruz Rodriguez | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 67 | Josefina Tolentino | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 68 | Hannah Pabon | Israel Pabon | Child | $8,500,000 |
| 69 | Karen Pabon | Israel Pabon | Spouse | $12,500,000 |
| 70 | Sara Pabon | Israel Pabon | Child | $8,500,000 |
| 71 | Leno Parham Jr. | James W. Parham | Sibling | $4,250,000 |
| 72 | Kevin Parham | James W. Parham | Sibling | $4,250,000 |
| 73 | Barry Pearlman | Richard A. Pearlman | Parent | $8,500,000 |
| 74 | Dorie Pearlman | Richard A. Pearlman | Parent | $8,500,000 |

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 75 | Lisa Pearlman-Mason | Richard A. Pearlman | Sibling | $4,250,000 |
| 76 | Mariana Z. Perez | Alejo Perez | Spouse | $12,500,000 |
| 77 | Yolanda Knepper | Nancy E. Perez | Sibling | $4,250,000 |
| 78 | Berta Perez | Nancy E. Perez | Parent | $8,500,000 |
| 79 | Mario Perez | Nancy E. Perez | Parent | $8,500,000 |
| 80 | Minerva Conti | Nancy E. Perez | Sibling | $4,250,000 |
| 81 | Melissa Perry | Emelda Perry | Child | $8,500,000 |
| 82 | William Perry | Emelda Perry | Child | $8,500,000 |
| 83 | Caitlin Perry | Glenn Perry Sr. | Child | $8,500,000 |
| 84 | Glenn Perry Jr. | Glenn Perry Sr. | Child | $8,500,000 |
| 85 | Peggy Perry | Glenn Perry Sr. | Spouse | $12,500,000 |
| 86 | Meaghan Wilt | Glenn Perry Sr. | Child | $8,500,000 |
| 87 | Robin Peterson | William R. Peterson | Spouse | $12,500,000 |
| 88 | Deirdre Kroupa | Glen Pettit | Sibling | $4,250,000 |
| 89 | Neil Pettit | Glen Pettit | Sibling | $4,250,000 |
| 90 | Jane Wixted | Glen Pettit | Parent | $8,500,000 |
| 91 | Tara Felice | Glen Pettit | Sibling | $4,250,000 |
| 92 | Thomas Knobel | Tu-Anh Pham | Spouse | $12,500,000 |
| 93 | Thomas Knobel, as Natural Guardian of VHK | Tu-Anh Pham | Child (Minor) | $8,500,000 |
| 94 | Craig Pohlmann | William H. Pohlmann | Child | $8,500,000 |
| 95 | Roxana Olivieri | Giovanna Porras | Sibling | $4,250,000 |
| 96 | Adela Romero | Giovanna Porras | Parent | $8,500,000 |
| 97 | Lisa Marie Hand a/k/a Lisa Pugliese | Robert D. Pugliese | Child | $8,500,000 |
| 98 | Maureen Pugliese | Robert D. Pugliese | Spouse | $12,500,000 |
| 99 | Michael Pugliese | Robert D. Pugliese | Child | $8,500,000 |
| 100 | Dennis Pugliese | Robert D. Pugliese | Child | $8,500,000 |
| 101 | Robert Pycior | Joseph J. Pycior | Child | $8,500,000 |
| 102 | Joseph Pycior | Joseph J. Pycior | Child | $8,500,000 |
| 103 | Tara O'Connell | Lincoln Quappe | Sibling | $4,250,000 |
| 104 | Charles Quappe | Lincoln Quappe | Parent | $8,500,000 |
| 105 | Jane Quappe | Lincoln Quappe | Spouse | $12,500,000 |
| 106 | James Buro | Laura Ragonese-Snik | Child | $8,500,000 |
| 107 | Ann Ramsaur | Deborah Ramsaur | Child | $8,500,000 |
| 108 | Brian Ramsaur | Deborah Ramsaur | Child | $8,500,000 |
| 109 | John Ramsaur | Deborah Ramsaur | Spouse | $12,500,000 |
| 110 | Mark Jonas | Martha M. Reszke | Child | $8,500,000 |
| 111 | James Reszke | Martha M. Reszke | Spouse | $12,500,000 |
| 112 | Lina Dicola | Martha M. Reszke | Child | $8,500,000 |

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 113 | J.A. Reynolds | Bruce A. Reynolds | Parent | $8,500,000 |
| 114 | Christiana Riccardelli | Francis Riccardelli | Child | $8,500,000 |
| 115 | Genevieve Riccardelli | Francis Riccardelli | Child | $8,500,000 |
| 116 | Marielle Riccardelli | Francis Riccardelli | Child | $8,500,000 |
| 117 | Meghan Riccardelli | Francis Riccardelli | Child | $8,500,000 |
| 118 | Theresa Riccardelli | Francis Riccardelli | Spouse | $12,500,000 |
| 119 | Zachary Riccardelli | Francis Riccardelli | Child | $8,500,000 |
| 120 | Brian Keegan | Eileen M. Rice | Child | $8,500,000 |
| 121 | Francis Keegan | Eileen M. Rice | Sibling | $4,250,000 |
| 122 | Lesli Rice | Eileen M. Rice | Child | $8,500,000 |
| 123 | Renee Baldwin | Cecelia E. Richard | Sibling | $4,250,000 |
| 124 | Cynthia Lawson | Cecelia E. Richard | Sibling | $4,250,000 |
| 125 | Mazie Lawson | Cecelia E. Richard | Parent | $8,500,000 |
| 126 | Monica L. Lawson | Cecelia E. Richard | Sibling | $4,250,000 |
| 127 | Valerie Walls | Cecelia E. Richard | Sibling | $4,250,000 |
| 128 | Lelith Bergen | Venesha Richards | Parent | $8,500,000 |
| 129 | Naquan Bergen | Venesha Richards | Sibling | $4,250,000 |
| 130 | Queena Bergen | Venesha Richards | Sibling | $4,250,000 |
| 131 | Hopeton Richards | Venesha Richards | Spouse | $12,500,000 |
| 132 | Hopeton Richards, as Natural Guardian of KR | Venesha Richards | Child (Minor) | $8,500,000 |
| 133 | Omar Rodgers | Venesha Richards | Sibling | $4,250,000 |
| 134 | Donna Rivelli | Joseph Rivelli Jr. | Sibling | $4,250,000 |
| 135 | Joseph Rivelli Sr. | Joseph Rivelli Jr. | Parent | $8,500,000 |
| 136 | Britney Rivera | Carmen A. Rivera | Child | $8,500,000 |
| 137 | Luis E. Rivera Sr. | Carmen A. Rivera | Spouse | $12,500,000 |
| 138 | Luis Rivera Jr. | Carmen A. Rivera | Child | $8,500,000 |
| 139 | Racine Concepcion | Carmen A. Rivera | Child | $8,500,000 |
| 140 | Carmen Alvarado Rivera | Linda I. Rivera | Parent | $8,500,000 |
| 141 | Rafael J. Rivera | Linda I. Rivera | Sibling | $4,250,000 |
| 142 | Jose R. Rivera a/k/a Jose Rivera Ramos | Linda I. Rivera | Parent | $8,500,000 |
| 143 | Rafael A. Rivera | Linda I. Rivera | Sibling | $4,250,000 |
| 144 | Jennifer Cobb McKenzie | Marsha A Rodriguez | Child | $8,500,000 |
| 145 | Vanessa Phillips | Marsha A Rodriguez | Sibling | $4,250,000 |
| 146 | Daniel Rodriguez | Marsha A Rodriguez | Spouse | $12,500,000 |
| 147 | Flossie J. Foster | Marsha A. Rodriguez | Parent | $8,500,000 |
| 148 | Shavonne Cobb | Marsha A. Rodriguez | Child | $8,500,000 |
| 149 | Anibal Valdez | Mayra V. Rodriguez | Sibling | $4,250,000 |
| 150 | Jose Valdez | Mayra V. Rodriguez | Sibling | $4,250,000 |

|     | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
| --- | --- | --- | --- | --- |
| 151 | Lydia Valdez | Mayra V. Rodriguez | Parent | $8,500,000 |
| 152 | Elias Rodriguez | Mayra V. Rodriguez | Child | $8,500,000 |
| 153 | Michele Flannery | Joseph M. Romagnolo | Sibling | $4,250,000 |
| 154 | Alexis Romagnolo | Joseph M. Romagnolo | Child | $8,500,000 |
| 155 | Anthony Romagnolo | Joseph M. Romagnolo | Child | $8,500,000 |
| 156 | Joseph Romagnolo | Joseph M. Romagnolo | Child | $8,500,000 |
| 157 | Maria Romagnolo | Joseph M. Romagnolo | Parent | $8,500,000 |
| 158 | Salvatore Romagnolo | Joseph M. Romagnolo | Parent | $8,500,000 |
| 159 | Sandra Romagnolo | Joseph M. Romagnolo | Spouse | $12,500,000 |
| 160 | Sandra Romagnolo, as Natural Guardian of CR | Joseph M. Romagnolo | Child (Minor) | $8,500,000 |
| 161 | Jennifer Horwitz | Mark L. Rosenberg | Spouse | $12,500,000 |
| 162 | Janet Rosenberg | Mark L. Rosenberg | Parent | $8,500,000 |
| 163 | Sheldon Rosenberg | Mark L. Rosenberg | Parent | $8,500,000 |
| 164 | Sara L. Rosenberg Sharvit | Mark L. Rosenberg | Sibling | $4,250,000 |
| 165 | Harvey Rosenberg | Mark L. Rosenberg | Sibling | $4,250,000 |
| 166 | Caitlyn Roy | Timothy A. Roy | Child | $8,500,000 |
| 167 | Timothy Roy Jr. | Timothy A. Roy | Child | $8,500,000 |
| 168 | Stacey Roy-Christ | Timothy A. Roy | Spouse | $12,500,000 |
| 169 | Brittney Roy | Timothy A. Roy | Child | $8,500,000 |
| 170 | David Ruback | Paul G. Ruback | Child | $8,500,000 |
| 171 | Shannon Ruback | Paul G. Ruback | Child | $8,500,000 |
| 172 | Gina Ruback | Paul G. Ruback | Child | $8,500,000 |
| 173 | Hillary Hans | Ronald J. Ruben | Sibling | $4,250,000 |
| 174 | Paul Grigonis | Susan A. Ruggiero | Parent | $8,500,000 |
| 175 | Peggy Ann Asciutto | Susan A. Ruggiero | Sibling | $4,250,000 |
| 176 | Frank Ruggiero | Susan A. Ruggiero | Spouse | $12,500,000 |
| 177 | Dolores Russo | Michael Russo | Parent | $8,500,000 |
| 178 | Frank Saiya | Edward Saiya | Sibling | $4,250,000 |
| 179 | Madeline Reed | John P. Salamone | Parent | $8,500,000 |
| 180 | Benedict Salamone | John P. Salamone | Parent | $8,500,000 |
| 181 | Michael Salamone | John P. Salamone | Sibling | $4,250,000 |
| 182 | Catherine Mary Sauer | John P. Salamone | Sibling | $4,250,000 |
| 183 | Michelle Cataline | John P. Salamone | Sibling | $4,250,000 |
| 184 | Carlos Salas | Hernando R. Salas | Child | $8,500,000 |
| 185 | Carolina Salas | Hernando R. Salas | Spouse | $12,500,000 |
| 186 | Nelcy Salas | Hernando R. Salas | Child | $8,500,000 |
| 187 | Dania Salomon a/k/a Dania Salomon Macharie | Nolbert Salomon | Sibling | $4,250,000 |

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|-----|-------------------|-----------------------|-------------------------------------------|------------------|
| 188 | Michelle Sanay | Hugo Sanay | Child | $8,500,000 |
| 189 | Steven Sanay | Hugo Sanay | Child | $8,500,000 |
| 190 | Cassandra Nash | Anthony Savas | Child | $8,500,000 |
| 191 | John Savas | Anthony Savas | Child | $8,500,000 |
| 192 | Karen Scheffold Onorio | Frederick C. Scheffold | Child | $8,500,000 |
| 193 | Claudette Scheffold | Frederick C. Scheffold | Child | $8,500,000 |
| 194 | Joan Scheffold | Frederick C. Scheffold | Spouse | $12,500,000 |
| 195 | Kim Scheffold Stiefel | Frederick C. Scheffold | Child | $8,500,000 |
| 196 | Dawn Schlegel | Robert A. Schlegel | Spouse | $12,500,000 |
| 197 | Chin Sok Wells | Chin Sun Pak Wells | Sibling | $4,250,000 |
| 198 | Kum Son Wells | Chin Sun Pak Wells | Parent | $8,500,000 |
| 199 | Norman Wells | Chin Sun Pak Wells | Parent | $8,500,000 |

|  | Total |  |  | $1,531,250,000.00 |
|--|-------|--|--|-------------------|