UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Audrey Ades et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN)*

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaint, as amended:

**Plaintiff's Name Correction:**

|   | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 1:18-cv-07306 | Mardovich, Edward Jr. | Edward J. Mardovich III |

**Decedent's Name Correction:**

|   | Case Number | Decedent's Name as Pled | Decedent's Name as Amended |
|---|---|---|---|
| 1. | 1:18-cv-07306 | Fox, Virgina E. | Virginia E. Fox |

**Plaintiff Whose Claim is Solely in Individual Capacity:**

|   | Case Number | Plaintiff's Name | Claim as Pled | Claim as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-07306 | Frawley, Theresa | Solatium/Wrongful Death | Solatium |

Dated: New York, New York
_____, 2019

_____
J.

docs-100190083.1