UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Bakahityar Kamardinova et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)*

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiffs in the above-referenced matter, by undersigned counsel and in accordance with F.R.C.P. 15, respectfully request that this Court grant Plaintiffs' Motion for Leave to Amend to Correct Errors. No adverse parties have appeared in this proceeding, and the Clerk issued a Certificate of Default on January 24, 2019.

In support of this motion, Plaintiffs submit the following memorandum of law and a proposed order.

Dated: August 7, 2019

                                                */s/ Jerry S. Goldman*

                                             ANDERSON KILL P.C.
                                             Jerry S. Goldman, Esq.
                                             Bruce E. Strong
                                             1251 Avenue of the Americas
                                             New York, NY 10020
                                             Tel: 212-278-1000
                                             Fax: 212-278-1733
                                             Email: jgoldman@andersonkill.com

                                             Arthur R. Armstrong, Esq. *(pro hac vice)*
                                             1760 Market Street, Suite 600
                                             Philadelphia, PA 19103
                                             Tel: 267-216-2711
                                             Fax: 215-568-4573
                                             Email: aarmstrong@andersonkill.com

                                             *Attorneys for Plaintiffs*