# EXHIBIT A

**EXHIBIT A to *Kamardinova* Motion to Substitute Parties**

|   | Status as Filed | Filed As | State of Residency at Filing | DOB | Age (To-Date) | Decedent's Name: | Plaintiff's Name as Substituted:: |
|---|---|---|---|---|---|---|---|
| 1. | MINOR | Jacqueline Milam, as Natural Guardian of MM | TX | 6/11/2000 | 19 | Major Ronald D. Milam | MyeJoi Milam |

docs-100190244.1