# EXHIBIT A

## EXHIBIT A to *Agyeman* Motion to Substitute Parties

|    | Previous Personal Representative : | Case Number: | Substitute Personal Representative: | Case Number | State Residency of Substituted Personal Representative at Filing | Decedent's Name: |
|----|---|---|---|---|---|---|
| 1. | Abdul Mossibir, as the Personal Representative of the Estate of Shabbir Ahmed, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shabbir Ahmed | 1:18-cv-05320 | Jeba Ahmed, as the Personal Representative of the Estate of Shabbir Ahmed, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shabbir Ahmed | 1st Amendment 1:18-cv-05320 | NY | Shabbir Ahmed |

docs-100190246.1