UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to:

*Bakahityar Kamardinova et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD) (SN)

### THE *KAMARDINOVA* PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL FINAL JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Jerry S. Goldman, Esq., ("Goldman Declaration"), along with the exhibits appended, certain plaintiffs in the above-referenced matter who are identified on Exhibit A to the Goldman Declaration, by and through their counsel, Anderson Kill P.C., respectfully move this Court for an Order awarding them: (1) judgment as to damages in the same amounts previously awarded by this Court to various similarly situated plaintiffs in *Burnett*, *Havlish*, *Ashton*, *Bauer*, and other cases; (2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment for damages; (3) permission for such plaintiffs to seek punitive damages, economic damages, and other appropriate damages at a later date; and (4) for all other plaintiffs in this action not appearing on Exhibit A to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Plaintiffs request is made in connection with the judgment on default as to liability entered against the Islamic Republic of Iran on June 21, 2019. *In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570, ECF 4569.

                              Respectfully submitted,

                              */s/ Jerry S. Goldman*
                              ANDERSON KILL P.C.
                              Jerry S. Goldman, Esq.

                              Bruce E. Strong, Esq.
                              1251 Avenue of the Americas
                              New York, NY  10020
                              Tel: 212-278-1000
                              Fax: 212-278-1733
                              Email: jgoldman@andersonkill.com

                              Arthur R. Armstrong, Esq. *(pro hac vice)*
                              1760 Market Street, Suite 600
                              Philadelphia, PA  19103
                              Tel: 267-216-2711
                              Fax: 215-568-4573
                              Email: aarmstrong@andersonkill.com

Dated:  New York, New York
August 7, 2019                      *Attorneys for Plaintiffs*