# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Bakahityar Kamardinova et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)*

**[PROPOSED] PARTIAL FINAL JUDGMENT**

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran, ("Iran") entered on June 21, 2019 (03-md-1570, ECF No. 4569), together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Bakahityar Kamardinova et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)* not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
______________, 2019

SO ORDERED:

______________________________
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**EX. A to *Kamardinova* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Faye Kane | Jennifer L. Kane | Parent | $8,500,000 |
| 2 | George Kane | Jennifer L. Kane | Parent | $8,500,000 |
| 3 | Timothy Kane | Jennifer L. Kane | Sibling | $4,250,000 |
| 4 | Matthew Kane | Jennifer L. Kane | Sibling | $4,250,000 |
| 5 | McKinley Kearney | Lisa Kearney-Griffin | Parent | $8,500,000 |
| 6 | Brityne Sprauve | Lisa Kearney-Griffin | Child | $8,500,000 |
| 7 | Belinda Bennett | Brenda Kegler | Child | $8,500,000 |
| 8 | Andre Hunter | Brenda Kegler | Sibling | $4,250,000 |
| 9 | Simara Warren | Brenda Kegler | Child | $8,500,000 |
| 10 | Bing Kegler | Brenda Kegler | Spouse | $12,500,000 |
| 11 | David Royal | Brenda Kegler | Sibling | $4,250,000 |
| 12 | Anne K. Juleff | Thomas M. Kelly | Spouse | $12,500,000 |
| 13 | Kathleen Kelly | Thomas W. Kelly | Spouse | $12,500,000 |
| 14 | Thomas Kelly | Thomas W. Kelly | Child | $8,500,000 |
| 15 | Francis Kelly | Thomas W. Kelly | Child | $8,500,000 |
| 16 | Allison Garger | Thomas Kennedy | Spouse | $12,500,000 |
| 17 | Brian Kennedy | Thomas Kennedy | Sibling | $4,250,000 |
| 18 | Eileen Kennedy | Thomas Kennedy | Parent | $8,500,000 |
| 19 | James Kennedy | Thomas Kennedy | Child | $8,500,000 |
| 20 | Michael Kennedy | Thomas Kennedy | Child | $8,500,000 |
| 21 | William Kennedy | Thomas Kennedy | Parent | $8,500,000 |
| 22 | Elizabeth Khalif | Boris Khalif | Parent | $8,500,000 |
| 23 | Dara Berliner | Mary Jo Kimelman | Sibling | $4,250,000 |
| 24 | Michael G. Kimelman | Mary Jo Kimelman | Parent | $8,500,000 |
| 25 | Michael P. Kimelman | Mary Jo Kimelman | Sibling | $4,250,000 |
| 26 | Scott Kimelman | Mary Jo Kimelman | Sibling | $4,250,000 |
| 27 | Terre Susan Wallach | Mary Jo Kimelman | Parent | $8,500,000 |
| 28 | Kellie Work | Amy R. King | Sibling | $4,250,000 |
| 29 | Susan M. King | Amy R. King | Parent | $8,500,000 |
| 30 | Hans A. Klein | Peter A. Klein | Parent | $8,500,000 |
| 31 | Jill Graziano | Ronald Philip Kloepfer | Sibling | $4,250,000 |
| 32 | Janet C. Kloepfer | Ronald Philip Kloepfer | Parent | $8,500,000 |
| 33 | Michael Kloepfer | Ronald Philip Kloepfer | Sibling | $4,250,000 |
| 34 | Robert Kloepfer Jr. | Ronald Philip Kloepfer | Sibling | $4,250,000 |
| 35 | Kim McKenna | Ronald Philip Kloepfer | Sibling | $4,250,000 |
| 36 | John Koecheler | Gary E. Koecheler | Child | $8,500,000 |

**EX. A to *Kamardinova* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 37 | Mary Jo Koecheler | Gary E. Koecheler | Sibling | $4,250,000 |
| 38 | Maureen Koecheler | Gary E. Koecheler | Spouse | $12,500,000 |
| 39 | Paul Koecheler | Gary E. Koecheler | Child | $8,500,000 |
| 40 | Judy Schneider | Gary E. Koecheler | Sibling | $4,250,000 |
| 41 | Gene Koecheler | Gary E. Koecheler | Sibling | $4,250,000 |
| 42 | Thomas Kuras | Patricia A. Kuras | Sibling | $4,250,000 |
| 43 | Michael B. Kuras | Patricia A. Kuras | Sibling | $4,250,000 |
| 44 | Morgan Kyte | Angela R. Kyte | Child | $8,500,000 |
| 45 | Roger Kyte | Angela R. Kyte | Spouse | $12,500,000 |
| 46 | Kyler Lake | William D. Lake | Child | $8,500,000 |
| 47 | Jeanne Kavinski | Carol A. LaPlante | Sibling | $4,250,000 |
| 48 | Marilyn Matthews | Carol A. LaPlante | Sibling | $4,250,000 |
| 49 | Catherine Lauria | Stephen J. Lauria | Sibling | $4,250,000 |
| 50 | Antoinette Lauria | Stephen J. Lauria | Parent | $8,500,000 |
| 51 | Pamela Lawson Dixon | Nathaniel Lawson | Child | $8,500,000 |
| 52 | Betty Moore-Gooding | Nathaniel Lawson | Sibling | $4,250,000 |
| 53 | Evelyn Robinson | Nathaniel Lawson | Sibling | $4,250,000 |
| 54 | Alexia Leduc | Alexis Leduc | Child | $8,500,000 |
| 55 | Elvis Leduc | Alexis Leduc | Child | $8,500,000 |
| 56 | Cindy Leduc-Sanchez | Alexis Leduc | Child | $8,500,000 |
| 57 | Katherine Lenoir | John R. Lenoir | Sibling | $4,250,000 |
| 58 | Patricia Lenoir | John R. Lenoir | Parent | $8,500,000 |
| 59 | Patrick Lenoir | John R. Lenoir | Sibling | $4,250,000 |
| 60 | John A. Lenoir | John R. Lenoir | Parent | $8,500,000 |
| 61 | Elaine Farrally-Plourde | Charles A. Lesperance | Child | $8,500,000 |
| 62 | Audrey Levin | Alisha C. Levin | Parent | $8,500,000 |
| 63 | Marvin Levin | Alisha C. Levin | Parent | $8,500,000 |
| 64 | Mindy Gottenberg | Alisha C. Levin | Sibling | $4,250,000 |
| 65 | John E. Allen Jr. | Samantha Lightbourn-Allen | Child | $8,500,000 |
| 66 | Rennea Butler | Samantha Lightbourn-Allen | Sibling | $4,250,000 |
| 67 | Raymond Lightbourn | Samantha Lightbourn-Allen | Sibling | $4,250,000 |
| 68 | Rebecca Lightbourn | Samantha Lightbourn-Allen | Parent | $8,500,000 |
| 69 | Berdie Hicks | Nickie Lindo | Parent | $8,500,000 |
| 70 | Walter Hicks | Nickie Lindo | Sibling | $4,250,000 |
| 71 | Elisa P. Malani as Personal Representative of the Estate of Erica Partosoedarso | Michael Lomax | Spouse (Deceased) | $12,500,000 |
| 72 | Alexandra Lopes | Salvatore Lopes | Child | $8,500,000 |
| 73 | Lorraine Lopes | Salvatore Lopes | Spouse | $12,500,000 |
| 74 | Nicole Lopes | Salvatore Lopes | Child | $8,500,000 |

**EX. A to *Kamardinova* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 75 | Michael Lopez Feliciano | George Lopez | Child | $8,500,000 |
| 76 | Sophia W. M. Feliciano | George Lopez | Spouse | $12,500,000 |
| 77 | Rodney Bush | Nehamon Lyons | Sibling | $4,250,000 |
| 78 | Corey Hawkins | Nehamon Lyons | Sibling | $4,250,000 |
| 79 | Christian Lyons | Nehamon Lyons | Sibling | $4,250,000 |
| 80 | Jewel Lyons | Nehamon Lyons | Parent | $8,500,000 |
| 81 | Marquis Lyons | Nehamon Lyons | Sibling | $4,250,000 |
| 82 | Janet Wexler Magee | Charles W. Magee | Spouse | $12,500,000 |
| 83 | Malek Malahi | Abdu Ali Malahi | Child | $8,500,000 |
| 84 | Nabeela Malahi | Abdu Ali Malahi | Spouse | $12,500,000 |
| 85 | Fares Malahi | Abdu Ali Malahi | Child | $8,500,000 |
| 86 | Jarid Maldonado | Myrna Maldonado-Agosto | Child | $8,500,000 |
| 87 | Gene Maloy | Gene Maloy | Parent | $8,500,000 |
| 88 | April Fitzgerald | Gene Maloy | Sibling | $4,250,000 |
| 89 | Christine Mariani | Louis N. Mariani | Sibling | $4,250,000 |
| 90 | Christina Martinez | Betsy Martinez | Child | $8,500,000 |
| 91 | Gabriel Martinez | Robert G. Martinez | Parent | $8,500,000 |
| 92 | Marie Martinez | Robert G. Martinez | Parent | $8,500,000 |
| 93 | Francis Firth | Robert G. Martinez | Sibling | $4,250,000 |
| 94 | Shaun Mason | Ada L. Mason | Child | $8,500,000 |
| 95 | Shannon Mason | Ada L. Mason | Child | $8,500,000 |
| 96 | Deborah Moloney | William A. Mathesen | Sibling | $4,250,000 |
| 97 | Stephen Mathesen | William A. Mathesen | Sibling | $4,250,000 |
| 98 | Karen Schubert | William A. Mathesen | Sibling | $4,250,000 |
| 99 | Patricia Sarrantonio | William A. Mathesen | Sibling | $4,250,000 |
| 100 | Vivian Mattic | Margaret E. Mattic | Sibling | $4,250,000 |
| 101 | Jean Neal a/k/a Elvin Jean Neal | Margaret E. Mattic | Sibling | $4,250,000 |
| 102 | Frances Douglas | Margaret E. Mattic | Sibling | $4,250,000 |
| 103 | Dale Mattson | Dean E. Mattson | Sibling | $4,250,000 |
| 104 | Glenn Mattson | Dean E. Mattson | Sibling | $4,250,000 |
| 105 | Dwain Mattson | Dean E. Mattson | Sibling | $4,250,000 |
| 106 | Peter McMahon | Robert D. McMahon | Sibling | $4,250,000 |
| 107 | Kim McNeil | Walter A. McNeil | Child | $8,500,000 |
| 108 | Walter A. McNeil II | Walter A. McNeil | Child | $8,500,000 |
| 109 | Judith McNeil | Walter A. McNeil | Sibling | $4,250,000 |
| 110 | Scarlyn Mejia | Manuel E. Mejia | Child | $8,500,000 |
| 111 | Douglas Mello | Christopher D. Mello | Parent | $8,500,000 |
| 112 | Ellen Mello | Christopher D. Mello | Parent | $8,500,000 |

**EX. A to *Kamardinova* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 113 | John Mello | Christopher D. Mello | Sibling | $4,250,000 |
| 114 | Alexsandr Melnichenko | Yelena Melnichenko | Spouse | $12,500,000 |
| 115 | Maria Revilla | Luis Clodoaldo Revilla Mier | Spouse | $12,500,000 |
| 116 | Jacqueline Milam | Major Ronald D. Milam | Spouse | $12,500,000 |
| 117 | Jacqueline Milam, as Natural Guardian of RDM, Jr. | Major Ronald D. Milam | Child (Minor) | $8,500,000 |
| 118 | Myejoi Milam | Major Ronald D. Milam | Child | $8,500,000 |
| 119 | Laurie Miller | Douglas C. Miller | Spouse | $12,500,000 |
| 120 | Rachel Miller | Douglas C. Miller | Child | $8,500,000 |
| 121 | Sheryl Miller Bechor | Philip D. Miller | Child | $8,500,000 |
| 122 | Elaine Moccia | Frank V. Moccia | Spouse | $12,500,000 |
| 123 | Donna Velazquez | Frank V. Moccia | Child | $8,500,000 |
| 124 | Frank Moccia | Frank V. Moccia | Child | $8,500,000 |
| 125 | Mercedes Hernandez Molina | Manuel De Jesus Molina | Spouse | $12,500,000 |
| 126 | Amanda Castrillon | Antonio Montoya | Spouse | $12,500,000 |
| 127 | Cindy Montoya | Antonio Montoya | Child | $8,500,000 |
| 128 | Kelly Montoya | Antonio Montoya | Child | $8,500,000 |
| 129 | Magarita Londono de Montoya | Carlos A. Montoya | Parent | $8,500,000 |
| 130 | Gilberto Montoya-Londono | Carlos A. Montoya | Sibling | $4,250,000 |
| 131 | Jaime Montoya-Londono | Carlos A. Montoya | Sibling | $4,250,000 |
| 132 | Luis F. Montoya-Londono | Carlos A. Montoya | Sibling | $4,250,000 |
| 133 | Stacey Montoya | Carlos A. Montoya | Spouse | $12,500,000 |
| 134 | Kevin Moran | Gerard Moran | Sibling | $4,250,000 |
| 135 | Ellen Moran | John Moran | Sibling | $4,250,000 |
| 136 | Dylan Moran | John Moran | Child | $8,500,000 |
| 137 | Michael Moran | John Moran | Sibling | $4,250,000 |
| 138 | Ryan Moran | John Moran | Child | $8,500,000 |
| 139 | Ellen Moran (a/k/a Ellen Brennan) as Personal Representative of the Estate of Margaret Murphy Moran | John Moran | Parent (Deceased) | $8,500,000 |
| 140 | Mona O'Connor | John Moran | Sibling | $4,250,000 |
| 141 | Kim Racklin | John Moran | Spouse | $12,500,000 |
| 142 | Eileen M. Morello | Steven Morello | Spouse | $12,500,000 |
| 143 | Steven Morello | Steven Morello | Child | $8,500,000 |
| 144 | Jessica Spiers | Steven Morello | Child | $8,500,000 |

| | **Total** | **$1,070,000,000.00** |
|---|---|---|