# EXHIBIT A

EX. A to *Ades* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Rachel Dana Aron Weiner | Joshua Aron | Spouse | $12,500,000 |
| 2 | Alexander Blanding | Harry J. Blanding | Sibling | $4,250,000 |
| 3 | Dorothy Blanding | Harry J. Blanding | Parent | $8,500,000 |
| 4 | Angela Callahan | Francis J. Callahan | Spouse | $12,500,000 |
| 5 | Harry Callahan | Francis J. Callahan | Child | $8,500,000 |
| 6 | Nora M. Callahan | Francis J. Callahan | Child | $8,500,000 |
| 7 | Peter Callahan | Francis J. Callahan | Child | $8,500,000 |
| 8 | Rose Callahan | Francis J. Callahan | Child | $8,500,000 |
| 9 | Katrina Camaj | Roko Camaj | Spouse | $12,500,000 |
| 10 | Matthew Carlone | David G. Carlone | Child | $8,500,000 |
| 11 | Elizabeth Cleary | Kevin F. Cleary | Parent | $8,500,000 |
| 12 | Marina Correa | Danny Correa-Gutierrez | Parent | $8,500,000 |
| 13 | Anand A. Dataram | Annette A. Dataram | Sibling | $4,250,000 |
| 14 | Mahadai Dataram | Annette A. Dataram | Parent | $8,500,000 |
| 15 | Ronald Dataram | Annette A. Dataram | Sibling | $4,250,000 |
| 16 | Maxima Depena | Jose Depena | Spouse | $12,500,000 |
| 17 | Angela DeRubbio | David P. DeRubbio | Sibling | $4,250,000 |
| 18 | Lorraine D. DeRubbio | David P. DeRubbio | Spouse | $12,500,000 |
| 19 | Marion DeRubbio | David P. DeRubbio | Parent | $8,500,000 |
| 20 | Mary Lee Ianno | David P. DeRubbio | Sibling | $4,250,000 |
| 21 | Allison Fox-Breland | Virginia E. Fox | Child | $8,500,000 |
| 22 | Daniel Frawley | Kevin Frawley | Sibling | $4,250,000 |
| 23 | Theresa Frawley | Kevin Frawley | Sibling | $4,250,000 |
| 24 | Margaret Frawley-Gardini | Kevin Frawley | Sibling | $4,250,000 |
| 25 | Frances McCarthy | Kevin Frawley | Sibling | $4,250,000 |
| 26 | Nenita Grijalvo | Ramon Grijalvo | Spouse | $12,500,000 |
| 27 | Rachel Grijalvo | Ramon Grijalvo | Child | $8,500,000 |
| 28 | Raymond Grijalvo | Ramon Grijalvo | Child | $8,500,000 |
| 29 | Frances Grouzalis | Kenneth Grouzalis | Spouse | $12,500,000 |
| 30 | Barbara Haskell | Thomas Haskell | Spouse | $12,500,000 |
| 31 | Erin Haskell | Thomas Haskell | Child | $8,500,000 |
| 32 | Meaghan Haskell | Thomas Haskell | Child | $8,500,000 |
| 33 | Tara Haskell | Thomas Haskell | Child | $8,500,000 |
| 34 | Barbara Haskell as Personal Representative of the Estate of Thomas Haskell | Timothy Haskell | Sibling (Deceased) | $4,250,000 |
| 35 | Ryan Rogers | Alva Cynthia Jeffries-Sanchez | Child | $8,500,000 |
| 36 | Olga Colon | Carlos R. Lillo | Sibling | $4,250,000 |
| 37 | Iliana E. Flores | Carlos R. Lillo | Sibling | $4,250,000 |

EX. A to *Ades* Motion for Judgment on Damages

(Alphabetically by Last Name of 9/11 Decedent)

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 38 | Julio C. Lillo | Carlos R. Lillo | Sibling | $4,250,000 |
| 39 | Alexander Lopez | Carlos R. Lillo | Sibling | $4,250,000 |
| 40 | Ilia E. Rodriguez | Carlos R. Lillo | Parent | $8,500,000 |
| 41 | Ilia E. Rodriguez as Personal Representative of the Estate of Julio Cesar Lillo Torres | Carlos R. Lillo | Parent (Deceased) | $8,500,000 |
| 42 | Nahid Mashayekhi Lin | Darya Lin | Parent | $8,500,000 |
| 43 | Miriam R. Carrasquillo | Debora I. Maldonado | Sibling | $4,250,000 |
| 44 | Elvia Diaz | Debora I. Maldonado | Parent | $8,500,000 |
| 45 | Leslie Edwards | Debora I. Maldonado | Sibling | $4,250,000 |
| 46 | Laura aka Laura E. Mardovich Balemian | Edward J. Mardovich | Spouse | $12,500,000 |
| 47 | Victoria Catanese | Edward J. Mardovich | Child | $8,500,000 |
| 48 | Edward J. Mardovich III | Edward J. Mardovich | Child | $8,500,000 |
| 49 | Joseph Mardovich | Edward J. Mardovich | Child | $8,500,000 |
| 50 | Leigh Mardovich | Edward J. Mardovich | Child | $8,500,000 |
| 51 | Arnold F. Mascali Jr. | Joseph A. Mascali | Sibling | $4,250,000 |
| 52 | Catherine Mascali | Joseph A. Mascali | Parent | $8,500,000 |
| 53 | John Mascali | Joseph A. Mascali | Sibling | $4,250,000 |
| 54 | Donna Mascali Russo | Joseph A. Mascali | Sibling | $4,250,000 |
| 55 | Cathyanne Mascali Sprenger | Joseph A. Mascali | Sibling | $4,250,000 |
| 56 | Jeffrey A. McIlvaine | Robert G. McIlvaine | Sibling | $4,250,000 |
| 57 | Patricia Codispoti | Louis J. Modafferi | Sibling | $4,250,000 |
| 58 | Anthony Modafferi | Louis J. Modafferi | Sibling | $4,250,000 |
| 59 | Raffaela Modafferi | Louis J. Modafferi | Parent | $8,500,000 |
| 60 | Erin Moody | (Capt.) Thomas Moody | Child | $8,500,000 |
| 61 | Masako Murphy | Patrick J. Murphy | Spouse | $12,500,000 |
| 62 | Mitchell Murphy | Patrick J. Murphy | Child | $8,500,000 |
| 63 | Robert M. Peterson | William R. Peterson | Sibling | $4,250,000 |
| 64 | Bruce Tooker as Personal Representative of the Estate of Doris Tooker | Lincoln Quappe | Parent (Deceased) | $8,500,000 |
| 65 | John Frederick Rhodes IV | John Rhodes | Child | $8,500,000 |
| 66 | Laura Fasulo | James Romito | Sibling | $4,250,000 |
| 67 | Anthony Romito Jr. | James Romito | Sibling | $4,250,000 |
| 68 | Susan Spitz | William Spitz | Spouse | $12,500,000 |
| 69 | Brian Sullivan | Christopher P. Sullivan | Child | $8,500,000 |
| 70 | Dolores Sullivan | Christopher P. Sullivan | Spouse | $12,500,000 |
| 71 | Sean Sullivan | Christopher P. Sullivan | Child | $8,500,000 |
| 72 | Reagan Koniuch | Peter G. Wallace | Child | $8,500,000 |
| 73 | Alison W. Smith | Peter G. Wallace | Child | $8,500,000 |
| 74 | Charlotte Wallace | Peter G. Wallace | Spouse | $12,500,000 |

EX. A to *Ades* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 75 | Chaquita Young | Lisa L. Young | Child | $8,500,000 |
| 76 | Desiree Zambrana | Edwin J. Zambrana | Sibling | $4,250,000 |
| 77 | Lillian Zambrana | Edwin J. Zambrana | Parent | $8,500,000 |

|  | Total |  | | $591,750,000.00 |
|---|---|---|---|---|