# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Audrey Ades et al. v. Islamic Republic of Iran*, No.1:18-cv-07306 (GBD) (SN)

## [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Partial Final Judgment, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran, ("Iran") entered on June 21, 2019 (03-md-1570, ECF No. 4594), together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Ades, et al., v Islamic Republic of Iran (1:18-cv-07306)* not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
_____ , 2019

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**EX. A to *Ades* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Rachel Dana Aron Weiner | Joshua Aron | Spouse | $12,500,000 |
| 2 | Alexander Blanding | Harry J. Blanding | Sibling | $4,250,000 |
| 3 | Dorothy Blanding | Harry J. Blanding | Parent | $8,500,000 |
| 4 | Angela Callahan | Francis J. Callahan | Spouse | $12,500,000 |
| 5 | Harry Callahan | Francis J. Callahan | Child | $8,500,000 |
| 6 | Nora M. Callahan | Francis J. Callahan | Child | $8,500,000 |
| 7 | Peter Callahan | Francis J. Callahan | Child | $8,500,000 |
| 8 | Rose Callahan | Francis J. Callahan | Child | $8,500,000 |
| 9 | Katrina Camaj | Roko Camaj | Spouse | $12,500,000 |
| 10 | Matthew Carlone | David G. Carlone | Child | $8,500,000 |
| 11 | Elizabeth Cleary | Kevin F. Cleary | Parent | $8,500,000 |
| 12 | Marina Correa | Danny Correa-Gutierrez | Parent | $8,500,000 |
| 13 | Anand A. Dataram | Annette A. Dataram | Sibling | $4,250,000 |
| 14 | Mahadai Dataram | Annette A. Dataram | Parent | $8,500,000 |
| 15 | Ronald Dataram | Annette A. Dataram | Sibling | $4,250,000 |
| 16 | Maxima Depena | Jose Depena | Spouse | $12,500,000 |
| 17 | Angela DeRubbio | David P. DeRubbio | Sibling | $4,250,000 |
| 18 | Lorraine D. DeRubbio | David P. DeRubbio | Spouse | $12,500,000 |
| 19 | Marion DeRubbio | David P. DeRubbio | Parent | $8,500,000 |
| 20 | Mary Lee Ianno | David P. DeRubbio | Sibling | $4,250,000 |
| 21 | Allison Fox-Breland | Virginia E. Fox | Child | $8,500,000 |
| 22 | Daniel Frawley | Kevin Frawley | Sibling | $4,250,000 |
| 23 | Theresa Frawley | Kevin Frawley | Sibling | $4,250,000 |
| 24 | Margaret Frawley-Gardini | Kevin Frawley | Sibling | $4,250,000 |
| 25 | Frances McCarthy | Kevin Frawley | Sibling | $4,250,000 |
| 26 | Nenita Grijalvo | Ramon Grijalvo | Spouse | $12,500,000 |
| 27 | Rachel Grijalvo | Ramon Grijalvo | Child | $8,500,000 |
| 28 | Raymond Grijalvo | Ramon Grijalvo | Child | $8,500,000 |
| 29 | Frances Grouzalis | Kenneth Grouzalis | Spouse | $12,500,000 |
| 30 | Barbara Haskell | Thomas Haskell | Spouse | $12,500,000 |
| 31 | Erin Haskell | Thomas Haskell | Child | $8,500,000 |
| 32 | Meaghan Haskell | Thomas Haskell | Child | $8,500,000 |
| 33 | Tara Haskell | Thomas Haskell | Child | $8,500,000 |
| 34 | Barbara Haskell as Personal Representative of the Estate of Thomas Haskell | Timothy Haskell | Sibling (Deceased) | $4,250,000 |
| 35 | Ryan Rogers | Alva Cynthia Jeffries-Sanchez | Child | $8,500,000 |
| 36 | Olga Colon | Carlos R. Lillo | Sibling | $4,250,000 |
| 37 | Iliana E. Flores | Carlos R. Lillo | Sibling | $4,250,000 |

EX. A to *Ades* Motion for Judgment on Damages

(Alphabetically by Last Name of 9/11 Decedent)

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 38 | Julio C. Lillo | Carlos R. Lillo | Sibling | $4,250,000 |
| 39 | Alexander Lopez | Carlos R. Lillo | Sibling | $4,250,000 |
| 40 | Ilia E. Rodriguez | Carlos R. Lillo | Parent | $8,500,000 |
| 41 | Ilia E. Rodriguez as Personal Representative of the Estate of Julio Cesar Lillo Torres | Carlos R. Lillo | Parent (Deceased) | $8,500,000 |
| 42 | Nahid Mashayekhi Lin | Darya Lin | Parent | $8,500,000 |
| 43 | Miriam R. Carrasquillo | Debora I. Maldonado | Sibling | $4,250,000 |
| 44 | Elvia Diaz | Debora I. Maldonado | Parent | $8,500,000 |
| 45 | Leslie Edwards | Debora I. Maldonado | Sibling | $4,250,000 |
| 46 | Laura aka Laura E. Mardovich Balemian | Edward J. Mardovich | Spouse | $12,500,000 |
| 47 | Victoria Catanese | Edward J. Mardovich | Child | $8,500,000 |
| 48 | Edward J. Mardovich III | Edward J. Mardovich | Child | $8,500,000 |
| 49 | Joseph Mardovich | Edward J. Mardovich | Child | $8,500,000 |
| 50 | Leigh Mardovich | Edward J. Mardovich | Child | $8,500,000 |
| 51 | Arnold F. Mascali Jr. | Joseph A. Mascali | Sibling | $4,250,000 |
| 52 | Catherine Mascali | Joseph A. Mascali | Parent | $8,500,000 |
| 53 | John Mascali | Joseph A. Mascali | Sibling | $4,250,000 |
| 54 | Donna Mascali Russo | Joseph A. Mascali | Sibling | $4,250,000 |
| 55 | Cathyanne Mascali Sprenger | Joseph A. Mascali | Sibling | $4,250,000 |
| 56 | Jeffrey A. McIlvaine | Robert G. McIlvaine | Sibling | $4,250,000 |
| 57 | Patricia Codispoti | Louis J. Modafferi | Sibling | $4,250,000 |
| 58 | Anthony Modafferi | Louis J. Modafferi | Sibling | $4,250,000 |
| 59 | Raffaela Modafferi | Louis J. Modafferi | Parent | $8,500,000 |
| 60 | Erin Moody | (Capt.) Thomas Moody | Child | $8,500,000 |
| 61 | Masako Murphy | Patrick J. Murphy | Spouse | $12,500,000 |
| 62 | Mitchell Murphy | Patrick J. Murphy | Child | $8,500,000 |
| 63 | Robert M. Peterson | William R. Peterson | Sibling | $4,250,000 |
| 64 | Bruce Tooker as Personal Representative of the Estate of Doris Tooker | Lincoln Quappe | Parent (Deceased) | $8,500,000 |
| 65 | John Frederick Rhodes IV | John Rhodes | Child | $8,500,000 |
| 66 | Laura Fasulo | James Romito | Sibling | $4,250,000 |
| 67 | Anthony Romito Jr. | James Romito | Sibling | $4,250,000 |
| 68 | Susan Spitz | William Spitz | Spouse | $12,500,000 |
| 69 | Brian Sullivan | Christopher P. Sullivan | Child | $8,500,000 |
| 70 | Dolores Sullivan | Christopher P. Sullivan | Spouse | $12,500,000 |
| 71 | Sean Sullivan | Christopher P. Sullivan | Child | $8,500,000 |
| 72 | Reagan Koniuch | Peter G. Wallace | Child | $8,500,000 |
| 73 | Alison W. Smith | Peter G. Wallace | Child | $8,500,000 |
| 74 | Charlotte Wallace | Peter G. Wallace | Spouse | $12,500,000 |

EX. A to *Ades* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|-------------------|------------------------|-------------------------------------------|------------------|
| 75 | Chaquita Young    | Lisa L. Young          | Child                                     | $8,500,000       |
| 76 | Desiree Zambrana  | Edwin J. Zambrana      | Sibling                                   | $4,250,000       |
| 77 | Lillian Zambrana  | Edwin J. Zambrana      | Parent                                    | $8,500,000       |

|  | Total | $591,750,000.00 |
|--|-------|-----------------|