UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Jessica DeRubbio et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)*

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaint, as amended:

### As to Plaintiffs' Name Corrections:

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 2nd Amendment 1:18-cv-05306 | Herbert Freiman | Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman |
| 2. | 3rd Amendment 1:18-cv-05306 | Fenn, Debora | Fenn, Deborah |

### As to the Plaintiff Whose Relationship to 9/11 Decedent is Incorrectly described:

| | Case Number | Plaintiff's Name | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
|---|---|---|---|---|
| 1. | 4th Amendment 1:18-cv-05306 | Susan Hyland | Parent | Spouse |

SO ORDERED.

August 9, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge