USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/09/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to:

*Horace Morris et al. v. Islamic Republic of Iran*, No. 1:18-cv-5321(GBD) (SN)

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaint, as amended:

### As to Plaintiffs' Name Corrections:

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 1st Amendment 1:18-cv-5321 | Murray Waldman, Valerie | Valerie J. Murray |
| 2. | 2nd Amendment 1:18-cv-5321 | Oitice Murray, Jessica | Jessica Marrero |
| 3. | 3rd Amendment 1:18-cv-5321 | Pugliese, Lisa | Lisa Marie Hand a/aka Lisa Pugliese |

**SO ORDERED.**

August 9, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

docs-100189352.1