UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/09/2019

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Bakahityar Kamardinova et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD) (SN)

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaint, as amended:

**As to Plaintiffs' Name Corrections:**

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 2nd Amendment 1:18-cv-05339 | Francis Firth | Frances Firth |
| 2. | 1:18-cv-05339 | Deborah Maloney | Moloney, Deborah |
| 3. | 1:18-cv-05339 | Jean Neal | Jean Neal a/k/a Elvin Jean Neal |
| 4. | 2nd Amendment 1:18-cv-05339 | Walter McNeil | Walter A. McNeil II |

**As to the Plaintiff Whose Claim is Solely in Individual Capacity:**

| | Case Number | Plaintiff's Name | Claim as Pled | Claim as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-05339 | Leduc-Sanchez, Cindy | Solatium/Wrongful Death | Solatium |

SO ORDERED.

August 9, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

docs-100190048.1