| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Frank | Thomas | Aquilino | | Carol | Ann | Aquilino | | Parent | $ 8,500,000.00 |
| 2 | Frank | Thomas | Aquilino | | Frank | J. | Aquilino | | Parent | $ 8,500,000.00 |
| 3 | Frank | Thomas | Aquilino | | Tara | L. | Chiari | | Sibling | $ 4,250,000.00 |
| 4 | Brett | T. | Bailey | | Yuriah | Daniel | Bailey | | Sibling | $ 4,250,000.00 |
| 5 | Garnet | | Bailey | | Katherine | | Bailey | | Spouse | $ 12,500,000.00 |
| 6 | Arthur | T. | Barry | | Clare | Ellen | Skarda | | Sibling | $ 4,250,000.00 |
| 7 | Carl | | Bedigan | | Dolores | | Bedigan | | Parent | $ 8,500,000.00 |
| 8 | Joseph | John | Berry | | Joseph | S. | Berry | | Child | $ 8,500,000.00 |
| 9 | Joseph | John | Berry | | Kimberly | A. | Berry | | Child | $ 8,500,000.00 |
| 10 | Joseph | John | Berry | | Todd | P. | Berry | | Child | $ 8,500,000.00 |
| 11 | Timothy | D. | Betterly | | Joanne | F. | Betterly | | Spouse | $ 12,500,000.00 |
| 12 | Kelly | Ann | Booms | | Richard | L. | Booms | Jr. | Sibling | $ 4,250,000.00 |
| 13 | Nicholas | W. | Brandemarti | | Jason | Michael | Brandemarti | | Sibling | $ 4,250,000.00 |
| 14 | Mark | | Brisman | | Michelle | Ann | Brisman | | Sibling | $ 4,250,000.00 |
| 15 | Mark | | Brisman | | Jacqueline | Gail | Iskols | | Sibling | $ 4,250,000.00 |
| 16 | Bernard | Curtis | Brown | II | Bernard | Curtis | Brown | | Parent | $ 8,500,000.00 |
| 17 | Bernard | Curtis | Brown | II | Sinita | C. | Brown | | Parent | $ 8,500,000.00 |
| 18 | Andrew | C. | Brunn | | Andrew | W. | Brunn | | Parent | $ 8,500,000.00 |
| 19 | Andrew | C. | Brunn | | Christina | | Brunn Thomas | | Sibling | $ 4,250,000.00 |
| 20 | Andrew | C. | Brunn | | Maria | | Losito | | Parent | $ 8,500,000.00 |
| 21 | Dennis | | Buckley | | Kathleen | M. | Buckley (Estate of) | | Parent | $ 8,500,000.00 |
| 22 | Matthew | J. | Burke | | Alicia | P. | Burke | | Parent | $ 8,500,000.00 |
| 23 | Matthew | J. | Burke | | John | J. | Burke | | Parent | $ 8,500,000.00 |
| 24 | Charles | F. | Burlingame | III | Mark | W. | Burlingame | | Sibling | $ 4,250,000.00 |
| 25 | Thomas | E. | Burnett | Jr. | Deena | Burnett | Bailey | | Spouse | $ 12,500,000.00 |
| 26 | Patrick | D. | Byrne | | William | J. | Byrne | | Sibling | $ 4,250,000.00 |
| 27 | Michael | | Cahill | | Denise | | Troise | | Sibling | $ 4,250,000.00 |
| 28 | George | C. | Cain | | Erin | M. | Cain | | Sibling | $ 4,250,000.00 |
| 29 | George | C. | Cain | | Nancy | K. | Nee | | Sibling | $ 4,250,000.00 |
| 30 | Michael | R. | Canty | | Kathryn | F. | Canty | | Parent | $ 8,500,000.00 |
| 31 | Michael | R. | Canty | | Edward | J. | Canty | | Parent | $ 8,500,000.00 |
| 32 | Michael | R. | Canty | | Mary | K. | Canty | | Sibling | $ 4,250,000.00 |
| 33 | Michael | R. | Canty | | Peter | M. | Canty | | Sibling | $ 4,250,000.00 |
| 34 | Michael | R. | Canty | | Timothy | Martin | Canty | | Sibling | $ 4,250,000.00 |
| 35 | Michael | R. | Canty | | John | William | Canty | | Sibling | $ 4,250,000.00 |
| 36 | Michael | R. | Canty | | Thomas | P. | Canty | | Sibling | $ 4,250,000.00 |
| 37 | William | Otto | Caspar | | Madeline | Agnes | Caspar (Estate of) | | Parent | $ 8,500,000.00 |
| 38 | William | Otto | Caspar | | Charles | L. | Caspar, Jr. (Estate of) | | Sibling | $ 4,250,000.00 |
| 39 | William | Otto | Caspar | | Janice | Lucille | Kurtz | | Sibling | $ 4,250,000.00 |
| 40 | Leonard | | Castrianno | | Lynn | M. | Castrianno | | Sibling | $ 4,250,000.00 |
| 41 | Nicholas | Paul | Chiofalo | | Nicholas | Paul | Chiofalo | Jr. | Child | $ 8,500,000.00 |
| 42 | James | Durward | Cleere | | Jeffrey | Keith | Cleere | | Child | $ 8,500,000.00 |
| 43 | Robert | Joseph | Coll | II | Margaret | L. | Coll | | Sibling | $ 4,250,000.00 |
| 44 | Robert | Joseph | Coll | II | Suzanne | Mary | Valentino | | Sibling | $ 4,250,000.00 |
| 45 | John | Michael | Collins | | Patricia | A. | Amo | | Sibling | $ 4,250,000.00 |
| 46 | James | L. | Connor | | Cathleen | | Dodge | | Sibling | $ 4,250,000.00 |
| 47 | Martin | | Coughlan | | Denise | | Coughlan | | Child | $ 8,500,000.00 |
| 48 | Christopher | Seton | Cramer | | Walter | S. | Cramer (Estate of) | | Parent | $ 8,500,000.00 |
| 49 | Thomas | G. | Crotty | | John | | Crotty | | Sibling | $ 4,250,000.00 |
| 50 | Thomas | G. | Crotty | | Thomas | Michael | Crotty (Estate of) | | Parent | $ 8,500,000.00 |
| 51 | Brian | T. | Cummins | | Brendan | William | Cummins | | Sibling | $ 4,250,000.00 |
| 52 | Brian | T. | Cummins | | Michael | J. | Cummins | | Sibling | $ 4,250,000.00 |
| 53 | Brian | T. | Cummins | | Martin | J. | Cummins | III | Sibling | $ 4,250,000.00 |
| 54 | Brian | T. | Cummins | | Martin | J. | Cummins | Jr. | Parent | $ 8,500,000.00 |
| 55 | Brian | T. | Cummins | | John | L. | Cummins | | Sibling | $ 4,250,000.00 |
| 56 | Scott | | Davidson | | Stephen | Martin | Davidson | | Parent | $ 8,500,000.00 |
| 57 | Ada | M. | Davis | | Nolton | Christopher | Davis | | Child | $ 8,500,000.00 |
| 58 | Vito | Joseph | Deleo | Sr. | Michael | | DeLeo | | Sibling | $ 4,250,000.00 |
| 59 | Edward | | DeSimone | III | Joanne | | DeSimone | | Spouse | $ 12,500,000.00 |
| 60 | Edward | | DeSimone | III | Edward | | DeSimone | IV | Child | $ 8,500,000.00 |

| | EXHIBIT A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 61 | Edward | | DeSimone | III | Stephanie | Concetta | DeSimone | | Child | $ 8,500,000.00 |
| 62 | Carl | A. | DiFranco | | Carmelo | A. | DiFranco (Estate of) | | Parent | $ 8,500,000.00 |
| 63 | Neil | M. | Dollard | | Peter | A. | Dollard | | Sibling | $ 4,250,000.00 |
| 64 | Neil | M. | Dollard | | Michael | J. | Dollard | | Sibling | $ 4,250,000.00 |
| 65 | Neil | M. | Dollard | | Anne | L. | Zucchi | | Sibling | $ 4,250,000.00 |
| 66 | Patrick | Joseph | Driscoll | | Christopher | John | Driscoll | | Child | $ 8,500,000.00 |
| 67 | Barbara | Gollan | Edwards | | Douglas | C. | Edwards | | Child | $ 8,500,000.00 |
| 68 | Martin | | Egan | Jr. | Martin | J. | Egan, Sr. (Estate of) | | Parent | $ 8,500,000.00 |
| 69 | Eric | Adam | Eisenberg | | Paula | R. | Shapiro | | Parent | $ 8,500,000.00 |
| 70 | Jose | | Espinal | | Marlyse | Salome | Bosley | | Sibling | $ 4,250,000.00 |
| 71 | William | J. | Esposito | | Susan | Britt | Esposito-Lombardo | | Child | $ 8,500,000.00 |
| 72 | Robert | John | Fangman | | Ruth | M. | Fangman | | Parent | $ 8,500,000.00 |
| 73 | Robert | John | Fangman | | Michael | W. | Fangman | | Sibling | $ 4,250,000.00 |
| 74 | Robert | John | Fangman | | Theresa | M. | Frakes | | Sibling | $ 4,250,000.00 |
| 75 | William | M. | Feehan | | Tara | Feehan | Davan | | Child | $ 8,500,000.00 |
| 76 | William | M. | Feehan | | Elizabeth | | Feehan | | Child | $ 8,500,000.00 |
| 77 | Edward | Thomas | Fergus | Jr. | Maureen | Fergus | Sheehan | | Sibling | $ 4,250,000.00 |
| 78 | Jennifer | Louise | Fialko | | Andrew | C. | Fialko | | Sibling | $ 4,250,000.00 |
| 79 | Gerald | Paul | Fisher | | Serena | Fisher | Dugan | | Child | $ 8,500,000.00 |
| 80 | Gerald | Paul | Fisher | | Jonathan | Michael | Fisher | | Child | $ 8,500,000.00 |
| 81 | Gerald | Paul | Fisher | | Christine | Karas | Fisher | | Spouse | $ 12,500,000.00 |
| 82 | Wilson | Falor | Flagg | | Marcus | Wilson | Flagg | | Child | $ 8,500,000.00 |
| 83 | Noel | John | Foster | | John | Alfred | Foster | | Parent | $ 8,500,000.00 |
| 84 | Peter | Louis | Freund | | Barbara | Freund | Salvadore | | Sibling | $ 4,250,000.00 |
| 85 | Giovanna | G. | Gambale | | Maryann | | Gambale | | Parent | $ 8,500,000.00 |
| 86 | Giovanna | G. | Gambale | | Antonia | Marie | Landgraf | | Sibling | $ 4,250,000.00 |
| 87 | Charles | | Garbarini | | Richard | M. | Garbarini | | Sibling | $ 4,250,000.00 |
| 88 | Donald | R. | Gavagan | Jr. | Rosemarie | | Gavagan (Estate of) | | Parent | $ 8,500,000.00 |
| 89 | Ronald | Franklin | Golinski | | Sara | Mary | Clark | | Child | $ 8,500,000.00 |
| 90 | Ronald | Franklin | Golinski | | Irene | Mary | Golinski | | Spouse | $ 12,500,000.00 |
| 91 | Ronald | Franklin | Golinski | | Amanda | Mary | Mullins | | Child | $ 8,500,000.00 |
| 92 | Ronald | Franklin | Golinski | | Marcellia | Mary | Polter | | Child | $ 8,500,000.00 |
| 93 | Michael | Edward | Gould | | Robert | W. | Gould | | Sibling | $ 4,250,000.00 |
| 94 | Ian | J. | Gray | | Lisa | Anne | Gray | | Child | $ 8,500,000.00 |
| 95 | Wade | Brian | Green | | Anthony | L. | Green | | Sibling | $ 4,250,000.00 |
| 96 | Paige | Farley | Hackel | | Allan | Richard | Hackel | | Spouse | $ 12,500,000.00 |
| 97 | Robert | John | Halligan | | Sarah | Jane | Robbins | | Child | $ 8,500,000.00 |
| 98 | Sean | | Hanley | | Gerald | T. | Hanley | | Sibling | $ 4,250,000.00 |
| 99 | Sean | | Hanley | | Kevin | E. | Hanley | | Sibling | $ 4,250,000.00 |
| 100 | Peter | Burton | Hanson | | Kathryn | Lee | Barrere | | Sibling | $ 4,250,000.00 |
| 101 | Gerald | | Hardacre | | Colleen | M. | Hardacre | | Child | $ 8,500,000.00 |
| 102 | Peter | Paul | Hashem | | Rita | A. | Hashem | | Spouse | $ 12,500,000.00 |
| 103 | Scott | | Hazelcorn | | Eric | D. | Hazelcorn | | Sibling | $ 4,250,000.00 |
| 104 | Michelle | Marie | Henrique | | Michael | Leon | Henrique | | Sibling | $ 4,250,000.00 |
| 105 | Michelle | Marie | Henrique | | Christina | S. | Henrique | | Sibling | $ 4,250,000.00 |
| 106 | Michelle | Marie | Henrique | | Paul | R. | Henrique | | Sibling | $ 4,250,000.00 |
| 107 | Joseph | P. | Henry | | Mary | E. | Henry | | Sibling | $ 4,250,000.00 |
| 108 | Mary | | Herencia | | Matthew | | Herencia | | Child | $ 8,500,000.00 |
| 109 | Patrick | Aloysius | Hoey | | John | V. | Hoey | III | Sibling | $ 4,250,000.00 |
| 110 | Stephen | G. | Hoffman | | Dorothy | M. | Hoffman | | Sibling | $ 4,250,000.00 |
| 111 | Thomas | Warren | Hohlweck | Jr. | Randolph | Thomas | Hohlweck | | Child | $ 8,500,000.00 |
| 112 | Thomas | Warren | Hohlweck | Jr. | Todd | Warren | Hohlweck | | Child | $ 8,500,000.00 |
| 113 | Cora | Hidalgo | Holland | | Jessica | Lin Hidalgo | Holland | | Child | $ 8,500,000.00 |
| 114 | Cora | Hidalgo | Holland | | Nathaniel | K | Holland | | Child | $ 8,500,000.00 |
| 115 | Cora | Hidalgo | Holland | | Stephen | K. | Holland | | Spouse | $ 12,500,000.00 |
| 116 | Robert | L. | Horohoe | Jr. | Patricia | M. | Witschel | | Sibling | $ 4,250,000.00 |
| 117 | Paul | Rexford | Hughes | | Lynn | M. | Hill | | Sibling | $ 4,250,000.00 |
| 118 | Paul | Rexford | Hughes | | Donna | Sara | Hughes | | Spouse | $ 12,500,000.00 |
| 119 | Paul | Rexford | Hughes | | Donald | W. | Hughes | | Sibling | $ 4,250,000.00 |
| 120 | Robert | Joseph | Hymel | | Beatriz | Hymel | Lipinski | | Spouse | $ 12,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | EXHIBIT A | | | | | |
| 121 | Robert | A. | Jalbert | | Catherine | L. | Jalbert | | Spouse | $ 12,500,000.00 |
| 122 | Robin | | Kaplan | | Mark | Adam | Kaplan | | Sibling | $ 4,250,000.00 |
| 123 | Edward | T. | Keane | | Mark | Edward | Keane | | Child | $ 8,500,000.00 |
| 124 | Richard | M. | Keane | | Sean | Michael | Keane | | Child | $ 8,500,000.00 |
| 125 | Leo | Russell | Keene | III | Kristen | M. | Keene | | Spouse | $ 12,500,000.00 |
| 126 | William | Hill | Kelly | Jr. | Maureen | Kelly | Donegan | | Sibling | $ 4,250,000.00 |
| 127 | Taimour | | Khan | | Zara | Khan | Yedvarb | | Sibling | $ 4,250,000.00 |
| 128 | Thomas | Patrick | Knox | | Denis | Mooney | Knox | | Sibling | $ 4,250,000.00 |
| 129 | Thomas | Patrick | Knox | | Patricia | B. | Lalley | | Sibling | $ 4,250,000.00 |
| 130 | Thomas | Patrick | Knox | | Mary | Ellen | Profita | | Sibling | $ 4,250,000.00 |
| 131 | Ryan | Ashley | Kohart | | Geoffrey | A. | Kohart | Sr. | Parent | $ 8,500,000.00 |
| 132 | Ryan | Ashley | Kohart | | Brett | D. | Kohart | | Sibling | $ 4,250,000.00 |
| 133 | Lyudmila | | Ksido | | Robert | | Ksido | | Child | $ 8,500,000.00 |
| 134 | Lyudmila | | Ksido | | Barry | | Ksido | | Child | $ 8,500,000.00 |
| 135 | Kathryn | | Laborie | | Florela | S. | Yancey | | Parent | $ 8,500,000.00 |
| 136 | Kathryn | | Laborie | | Mark | A. | Yancey | | Sibling | $ 4,250,000.00 |
| 137 | Kathryn | | Laborie | | Kevin | M. | Yancey | | Sibling | $ 4,250,000.00 |
| 138 | James | P. | Leahy | | Jeanette | E. | Leahy | | Parent | $ 8,500,000.00 |
| 139 | James | P. | Leahy | | Danielle | | Vella | | Sibling | $ 4,250,000.00 |
| 140 | Lorraine | | Lee | | Joan | A. | Greene (Estate of) | | Parent | $ 8,500,000.00 |
| 141 | John | J. | Lennon | Jr. | James | L. | Lennon | | Sibling | $ 4,250,000.00 |
| 142 | Steven | Barry | Lillianthal | | Mindi | A. | Cohen | | Sibling | $ 4,250,000.00 |
| 143 | Steven | Barry | Lillianthal | | Marcia | | Lillianthal | | Parent | $ 8,500,000.00 |
| 144 | Maclovio | | Lopez | | Rhonda | | Lopez | | Spouse | $ 12,500,000.00 |
| 145 | Linda | Anne | Luzzicone | | Cheryl | | Zaffuto | | Sibling | $ 4,250,000.00 |
| 146 | Michael | Francis | Lynch | | Patrick | G. | Lynch | | Sibling | $ 4,250,000.00 |
| 147 | Michael | Francis | Lynch | | Colleen | M. | Parigen | | Sibling | $ 4,250,000.00 |
| 148 | Patrick | John | Lyons | | Brian | Patrick | Lyons | | Parent | $ 8,500,000.00 |
| 149 | Patrick | John | Lyons | | Patricia | E. | Lyons | | Parent | $ 8,500,000.00 |
| 150 | Joseph | | Maffeo | | Jean | Mary | Maffeo (Estate of) | | Parent | $ 8,500,000.00 |
| 151 | Joseph | | Maffeo | | Louis | | Maffeo (Estate of) | | Parent | $ 8,500,000.00 |
| 152 | Eamon | | McEneaney | | Susan | M. | Lum | | Sibling | $ 4,250,000.00 |
| 153 | Eamon | | McEneaney | | Kevin | E. | McEneaney | | Sibling | $ 4,250,000.00 |
| 154 | Denis | J. | McHugh | III | Bernadette | Marie | McHugh Torres | | Sibling | $ 4,250,000.00 |
| 155 | Martin | Edward | McWilliams | | Lynn | M. | McWilliams | | Sibling | $ 4,250,000.00 |
| 156 | Martin | Edward | McWilliams | | Barbara | A. | Parrett | | Sibling | $ 4,250,000.00 |
| 157 | Dora | Marie | Menchaca | | Earl | Alexander | Dorsey | | Spouse | $ 12,500,000.00 |
| 158 | Joel | | Miller | | Adam | Eric | Miller | | Child | $ 8,500,000.00 |
| 159 | Jeffrey | P. | Mladenik | | Daniel | J. | Mladenik | | Child | $ 8,500,000.00 |
| 160 | Jeffrey | P. | Mladenik | | Grace | F. | Mladenik | | Child | $ 8,500,000.00 |
| 161 | Jeffrey | P. | Mladenik | | Suzanne | S. | Mladenik | | Spouse | $ 12,500,000.00 |
| 162 | Sharon | | Moore | | Eugene | | Moore | | Parent | $ 8,500,000.00 |
| 163 | Richard | J. | Morgan | | Glenn | Patrick | Morgan | | Child | $ 8,500,000.00 |
| 164 | Christopher | | Mozzillo | | Lydia | | Mozzillo | | Parent | $ 8,500,000.00 |
| 165 | Christopher | | Mozzillo | | Michael | | Mozzillo | | Parent | $ 8,500,000.00 |
| 166 | James | Thomas | Murphy | | Joan | Virginia | Murphy | | Parent | $ 8,500,000.00 |
| 167 | James | Thomas | Murphy | | William | C. | Murphy | Jr. | Parent | $ 8,500,000.00 |
| 168 | James | Thomas | Murphy | | Francis | G. | Murphy | | Sibling | $ 4,250,000.00 |
| 169 | James | Thomas | Murphy | | Mark | E. | Murphy | | Sibling | $ 4,250,000.00 |
| 170 | James | Thomas | Murphy | | Diane | Virginia | Murphy-Boiven | | Sibling | $ 4,250,000.00 |
| 171 | James | Thomas | Murphy | | Joan | P. | Murphy-Wolf | | Sibling | $ 4,250,000.00 |
| 172 | John | J. | Murray | | Virginia | Mary | Regan | | Sibling | $ 4,250,000.00 |
| 173 | Luke | G. | Nee | | Mary | Nee | Reilly | | Sibling | $ 4,250,000.00 |
| 174 | Alfonse | J. | Niedermeyer | | Carol | Ann | Niedermeyer | | Parent | $ 8,500,000.00 |
| 175 | Juan | | Nieves | Jr. | Michelle | | Nieves | | Child | $ 8,500,000.00 |
| 176 | Timothy | M. | O'Brien | | Patrick | Denis | O'Brien | | Sibling | $ 4,250,000.00 |
| 177 | Jeffrey | James | Olsen | | Carol | | Olsen | | Parent | $ 8,500,000.00 |
| 178 | Jeffrey | James | Olsen | | John | P. | Olsen | | Sibling | $ 4,250,000.00 |
| 179 | Kevin | M. | O'Rourke | | Patricia | Mary | Deechan | | Sibling | $ 4,250,000.00 |
| 180 | Kevin | M. | O'Rourke | | Hannah | | O'Rourke | | Parent | $ 8,500,000.00 |

| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 181 | Richard | A. | Palazzolo | | Annette | M. | Palazzolo | | Parent | $ 8,500,000.00 |
| 182 | James | Matthew | Patrick | | Alicia | M. | Patrick | | Sibling | $ 4,250,000.00 |
| 183 | James | Matthew | Patrick | | Kathryn | M. | Patrick | | Sibling | $ 4,250,000.00 |
| 184 | Leonard | J. | Ragaglia | | Janice | Lynn | Pucciarelli | | Sibling | $ 4,250,000.00 |
| 185 | Leonard | J. | Ragaglia | | Colleen | Patricia | Ragaglia | | Sibling | $ 4,250,000.00 |
| 186 | Leonard | J. | Ragaglia | | Daniel | James | Ragaglia | | Sibling | $ 4,250,000.00 |
| 187 | Donald | | Regan | | Joseph | W. | Regan | | Sibling | $ 4,250,000.00 |
| 188 | John | Thomas | Resta | | Christina | | Resta | | Parent | $ 8,500,000.00 |
| 189 | Isaias | | Rivera | | Gloria | E. | Gonzalez | | Sibling | $ 4,250,000.00 |
| 190 | Isaias | | Rivera | | Adrian | Isaac | Rivera | | Child | $ 8,500,000.00 |
| 191 | Scott | W. | Rohner | | Michael | R. | Rohner | | Sibling | $ 4,250,000.00 |
| 192 | Scott | W. | Rohner | | Stephen | J. | Rohner | | Sibling | $ 4,250,000.00 |
| 193 | Michael | C. | Rothberg | | Rhonda | Beth | Dizney | | Sibling | $ 4,250,000.00 |
| 194 | Michael | C. | Rothberg | | Jason | | Rothberg | | Parent | $ 8,500,000.00 |
| 195 | Michael | C. | Rothberg | | Iris | Estelle | Rothberg | | Parent | $ 8,500,000.00 |
| 196 | Jason | Elazar | Sabbag | | Laurence | | Hagan | | Sibling | $ 4,250,000.00 |
| 197 | Jessica | Leigh | Sachs | | Karen | A. | Sachs | | Parent | $ 8,500,000.00 |
| 198 | Jessica | Leigh | Sachs | | Stephen | R. | Sachs | | Parent | $ 8,500,000.00 |
| 199 | Jessica | Leigh | Sachs | | Katherine | Ann | Scovill | | Sibling | $ 4,250,000.00 |
| 200 | Howard | | Selwyn | | James | Matthew | Selwyn | | Child | $ 8,500,000.00 |
| 201 | Jeffrey | J. | Shaw | | Brian | P. | Shaw | | Sibling | $ 4,250,000.00 |
| 202 | Jeffrey | J. | Shaw | | Richard | C. | Shaw | | Sibling | $ 4,250,000.00 |
| 203 | Jeffrey | J. | Shaw | | Geraldine | T. | Tobia | | Sibling | $ 4,250,000.00 |
| 204 | John | Anthony | Sherry | | Kristine | | DiLullo | | Sibling | $ 4,250,000.00 |
| 205 | Karl | T. | Smith | | Bradford | W. | Smith | | Child | $ 8,500,000.00 |
| 206 | Karl | T. | Smith | | Karl | Trumbull | Smith | Jr. | Child | $ 8,500,000.00 |
| 207 | Robert | S. | Speisman | | Tara | R. | Allison | | Child | $ 8,500,000.00 |
| 208 | Robert | S. | Speisman | | Hayley | R. | Speisman | | Child | $ 8,500,000.00 |
| 209 | Robert | S. | Speisman | | Brittany | B. | Speisman-Kugler | | Child | $ 8,500,000.00 |
| 210 | Robert | S. | Speisman | | Rena | | Speisman | | Spouse | $ 12,500,000.00 |
| 211 | Daniel | E. | Stewart | | Russel | F. | Cosban-Stewart | | Sibling | $ 4,250,000.00 |
| 212 | Daniel | E. | Stewart | | Richard | W. | Stewart | | Parent | $ 8,500,000.00 |
| 213 | Richard | H. | Stewart | Jr. | Susan | Stewart | Tillier | | Sibling | $ 4,250,000.00 |
| 214 | Benjamin | | Suarez | | Sally | Ann | Suarez Cobeo | | Spouse | $ 12,500,000.00 |
| 215 | Thomas | G. | Sullivan | | Norene | M. | Schneider | | Sibling | $ 4,250,000.00 |
| 216 | Hilario | Soriano | Sumaya | Jr. | Estrella | | Sumaya | | Parent | $ 8,500,000.00 |
| 217 | Hilario | Soriano | Sumaya | Jr. | Charito | Verzosa | Sumaya | | Sibling | $ 4,250,000.00 |
| 218 | Hilario | Soriano | Sumaya | Jr. | Reynaldo | Suriano | Sumaya | | Sibling | $ 4,250,000.00 |
| 219 | Maurita | | Tam | | Julie | M.Y. | Tam | | Parent | $ 8,500,000.00 |
| 220 | Maurita | | Tam | | Jin | Ark | Tam | | Parent | $ 8,500,000.00 |
| 221 | Maurita | | Tam | | Stephanie | | Tam | | Sibling | $ 4,250,000.00 |
| 222 | Maurita | | Tam | | Donald | | Tam | | Sibling | $ 4,250,000.00 |
| 223 | Amanulah | | Tariq | | Mehr | Afroze | Tariq | | Spouse | $ 12,500,000.00 |
| 224 | Michael | C. | Tarrou | | Demetra | T. | Lumia | | Sibling | $ 4,250,000.00 |
| 225 | John | P. | Tierney | | Mary | E. | Digiacomo | | Sibling | $ 4,250,000.00 |
| 226 | John | P. | Tierney | | Jeanne | Marie | Neumeyer | | Sibling | $ 4,250,000.00 |
| 227 | John | P. | Tierney | | Thomas | Michael | Tierney | | Sibling | $ 4,250,000.00 |
| 228 | Kenneth | F. | Tietjen | | Cindy | Marie | Metz | | Sibling | $ 4,250,000.00 |
| 229 | John | J. | Tipping | II | John | J. | Tipping | | Parent | $ 8,500,000.00 |
| 230 | Amy | E. | Toyen | | Dorine | Ellen | Toyen | | Parent | $ 8,500,000.00 |
| 231 | Amy | E. | Toyen | | Heather | Beth | Toyen | | Sibling | $ 4,250,000.00 |
| 232 | Jennifer | Lynn | Tzemis | | Sophia | E. | Tzemis | | Sibling | $ 4,250,000.00 |
| 233 | Michael | A. | Uliano | | Melissa | Ann | McGrath | | Sibling | $ 4,250,000.00 |
| 234 | Felix | Antonio | Vale | | Carmen | | Garcia | | Parent | $ 8,500,000.00 |
| 235 | Joseph | Gerard | Visciano | | Frank | | Visciano (Estate of) | | Parent | $ 8,500,000.00 |
| 236 | Wendy | A. | Wakeford | | Racquel | | Negron | | Sibling | $ 4,250,000.00 |
| 237 | Mitchel | Scott | Wallace | | Rita | Elaine | Wallace | | Parent | $ 8,500,000.00 |
| 238 | Jeffrey | P. | Walz | | Raymond | E. | Walz | | Sibling | $ 4,250,000.00 |
| 239 | Derrick | Christopher | Washington | | Kiesha | Laneen | Washington-Dean | | Spouse | $ 12,500,000.00 |
| 240 | Michael | T. | Weinberg | | Morton | | Weinberg | | Parent | $ 8,500,000.00 |

| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 241 | Peter | Matthew | West | | Meredith | W. | Nelson | | Child | $ 8,500,000.00 |
| 242 | Michael | T. | Wholey | | Diane | Wholey | Blackman | | Sibling | $ 4,250,000.00 |
| 243 | Ernest | M. | Willcher | | Shirley | N. | Willcher | | Spouse | $ 12,500,000.00 |
| 244 | Ernest | M. | Willcher | | Benjamin | Jacob | Willcher | | Child | $ 8,500,000.00 |
| | | | | | | | | | | |
| | | | | | | | | | TOTAL: | $ 1,648,000,000.00 |