**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Terrorist Attacks on September 11,
2001

03 MDL 1570 (GBD) (SN)

This filing relates to:

*Estate of John Patrick O'Neill, Sr. et al. v. The Republic of Iraq, et al.,* 04-CV-1076
(GBD) (SN)
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development
Corporation, et al.,* 04-CV-01923 (GBD) (SN)
*C. I. O'Neill et al. v. Republic of the Sudan, et al.,* 18-CV-12114
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al.,* 04-CV-01922
(GBD) (SN)

*Aamoth et al. v. Islamic Republic of Iran*, 18-CV-12276 (GBD) (SN)
*Aamoth et al. v. Kingdom of Saudi Arabia*, 18-CV-12270 (GBD) (SN)
*Abel et al. v. Islamic Republic of Iran*, 18-CV-11837 (GBD) (SN)
*Abel et al. v. Kingdom of Saudi Arabia*, 18-CV-11880 (GBD) (SN)
*Ades et al. v. Islamic Republic of Iran*, 18-CV-07306 (GBD) (SN)
*Agyeman et al. v. Islamic Republic of Iran*, 18-CV-05320 (GBD) (SN)
*Bonomo et al. v. Kingdom of Saudi Arabia*, 18-CV-11885 (GBD) (SN)
*Bush et al. v. Kingdom of Saudi Arabia*, 18-CV-11964 (GBD) (SN)
*Cintron-Lugos et al. v. Kingdom of Saudi Arabia*, 18-CV-11888 (GBD) (SN)
*DeConto et al. v. Kingdom of Saudi Arabia*, 18-CV-11904 (GBD) (SN)
*DeRubbio et al. v. Islamic Republic of Iran*, 18-CV-05306 (GBD) (SN)
*Deuel et al. v. Kingdom of Saudi Arabia*, 18-CV-12272 (GBD) (SN)
*Garger et al. v. Kingdom of Saudi Arabia*, 18-CV-11950 (GBD) (SN)
*Gordenstein et al. v. Kingdom of Saudi Arabia*, 18-CV-11941 (GBD) (SN)
*Harris et al. v. Kingdom of Saudi Arabia*, 18-CV-11946 (GBD) (SN)
*Hemenway et al. v. Islamic Republic of Iran*, 18-CV-12277 (GBD) (SN)
*Jimenez et al. v. Islamic Republic of Iran*, 18-CV-11875 (GBD) (SN)
*Kamardinova et al. v. Islamic Republic of Iran*, 18-CV-05339 (GBD) (SN)
*Kim et al. v. Islamic Republic of Iran*, 18-CV-11870 (GBD) (SN)
*Kincaid et al. v. Kingdom of Saudi Arabia*, 18-CV-12273 (GBD) (SN)
*Lang et al. v. Kingdom of Saudi Arabia*, 18-CV-11926 (GBD) (SN)
*Mercer et al. v. Kingdom of Saudi Arabia*, 18-CV-11965 (GBD) (SN)
*Moody-Theinert et al. v. Islamic Republic of Iran*, 18-CV-11876 (GBD) (SN)
*Morris et al. v. Islamic Republic of Iran*, 18-CV-05321 (GBD) (SN)
*Murray et al. v. Kingdom of Saudi Arabia*, 18-CV-11966 (GBD) (SN)
*Ortiz et al. v. Kingdom of Saudi Arabia*, 18-CV-12274 (GBD) (SN)
*Perez et al. v. Kingdom of Saudi Arabia*, 18-CV-11967 (GBD) (SN)
*Richards et al. v. Kingdom of Saudi Arabia*, 18-CV-11969 (GBD) (SN)

*Rivelli et al. v. Islamic Republic of Iran*, 18-CV-11878 (GBD) (SN)
*Rooney et al. v. Kingdom of Saudi Arabia*, 18-CV-11970 (GBD) (SN)
*Rowenhorst et al. v. Islamic Republic of Iran*, 18-CV-12387 (GBD) (SN)
*Schlissel et al. v. Islamic Republic of Iran*, 18-CV-05331 (GBD) (SN)
*Spence et al. v. Kingdom of Saudi Arabia*, 18-CV-11971 (GBD) (SN)
*Stackpole et al. v. Kingdom of Saudi Arabia*, 18-CV-12275 (GBD) (SN)
*Zelmanowitz et al. v. Kingdom of Saudi Arabia*, 18-CV-12381 (GBD) (SN)

---

## ENTRY OF APPEARANCE

---

To The Clerk of the District Court:

Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

August 12, 2019

By:  */s/ Stephen Wah*
Stephen Wah, Esquire

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Telephone:  212-278-1000
Email:  swah@andersonkill.com

Attorneys for Plaintiffs