# EXHIBIT A

Case 1:18-cv-12276-GBD-SN   Document 10   Filed 02/21/19   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aamoth, et al.

v.

The Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 1:18-cv-12276 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 20 day of February, 2019, I served: H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Summons, Complaint, Civil Cover Sheet, Notice of suit prepared in accordance with 22 CF §93.2 with a copy of 28 U.S.C. 1330, affidavit of translator (along with translations of the above documents)

by USPS Reg. Mail No. RB596317564US.

Dated: New York, New York
02/21/2019

RUBY J. KRAJICK
CLERK OF COURT

Melina Roberts
DEPUTY CLERK

```
First-Class            1        $15.77
Intl
Large Envelope
    (International)
    (Iran)
    (Weight:1 Lb 6.90 Oz)
    (Customs #:LA320892588US)
Registered             1        $16.00
    (Amount:$0.00)
    (USPS Registered Mail #)
    (RB596317564US)
Return                 1        $4.10
Receipt
```