# EXHIBIT C

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aamoth, et al.

v.

The Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 1:18-cv-12276 (GBD)(SN)

I hereby certify under the penalties of perjury that on the __27__ day of __March__, 20_19_, I served:___

__Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Iman__
__Khomeini Avenue, Tehran, Iran, Attn: H.E. Mohammad Javad Zarif__

☐  the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐  the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒  the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐  the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the _____ Summons, Complaint, Civil Cover Sheet, Notice of suit prepared in accordance with 22 CF §93.2 with a copy of 28 U.S.C. 1330, affidavit of translator (along with translations of the above documents)__
by __Federal Express 8606 6542 7454.__

Dated: New York, New York
       03/27/2019

RUBY J. KRAJICK
CLERK OF COURT

_Melina Roberts_
Melina Roberts
DEPUTY CLERK

FedEx US Airbill

Tracking Number: 8606 6542 7454

**1 From**
Date:
Sender's Name: Clerk of the Court, Ruby J. Krajick
Account Number: 6283-5404-9
Company: Southern District of New York, Office of the Clerk
Address: 500 Pearl Street
City: New York State: NY ZIP: 10007

**2 Your Internal Billing Reference**
101147.JP002 PERSONAL

**3 To**
Recipient's Name: Attn: Director of Consular Services
Company: Office of Policy Review and Inter-Agency Liaison
Secretary of State
Phone: 202-736-9110
Address: 2201 C Street NW, 2SA-29, 4th Floor, Department of State
City: Washington State: DC ZIP: 20520

Payment: 6283-5404-9

520