# EXHIBIT A

Case 1:18-cv-11837-GBD-SN   Document 11   Filed 02/15/19   Page 1 of 5

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abel, et al.

Plaintiff(s)

-v-

Islamic Republic of Iran

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:18-cv-11837 (GBD)

I hereby certify under the penalties of perjury that on the 14 day of February, 2019, I served: the Islamic Republic of Iran, c/o H.E Mohammad Javad Zarif, Minister of Foreign Affairs, Minister of Foreign Affairs of the Islamic Republic of Iran, Iman Khomeini Avenue, Tehran, Iran.

☐   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐   the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐   the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Summons, Complaint filed on December 12, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 USC 1330, and Affidavit of translator (along with translations of all the above documents), by United States Postal Service #LA320900039IUS.

Dated: New York, New York
02/14/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

February 12, 2019

Minister of Foreign Affairs
Minister of Foreign Affairs of Iran
Iman Khomeini Avenue
Tehran, Iran
Attn: H.E. Mohammad Javad Zarif

Re:   Abel, et al. v. Islamic Republic of Iran, Case No. 18-cv-11837 (GBD)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the following documents (one set each in English and Farsi) is being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or government office as a defendant:

- Summons
- Complaint deemed filed on December 12, 2018
- Civil Cover Sheet
- Notice of suit prepared in accordance with 22 CF § 93.2 with a copy of 28 USC 1330
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enc.

**UNITED STATES POSTAL SERVICE**

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all SHADED fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

### SENDER'S INFORMATION

Full Last Name: Goldman
Full First Name: Jerry
MI: S
Business Name (if applicable): Anderson Kill P.C.
Sender's Telephone: 212.278.1045
Address-1: 1251 Avenue of the Americas
City: New York
State: NY
ZIP Code: 10020

7. Sender's Email Address: jgoldman@andersonkill.com

### ADDRESSEE'S INFORMATION

Full Last Name: Minister of Foreign Affairs
Business Name (if applicable): Ministry of Foreign Affairs of Iran
Address-1: Imam Khomeini Avenue
City: Tehran
Country: Iran

### SHIPMENT INFORMATION

1. Category of Items: ☒ Document
2. Detailed Description of Contents:

| Description | Quantity |
|---|---|
| Cover Letter Affidavit | 1 |
| Summons & Complaint | 1 |
| Cover Sheet | 1 |
| Notice of Suit | 1 |

22. Nondelivery Instructions: ☒ Return to Sender

PS Form 2976-R, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

1 – Customs Declaration

---

### Registered No.

**To Be Completed By Post Office**
- Postage $
- Extra Services & Fees
  - ☐ Signature Confirmation
  - ☐ Registered Mail $
  - ☐ Return Receipt (hardcopy) $
  - ☐ Return Receipt (electronic) $
  - ☐ Restricted Delivery $
- Customer Must Declare Full Value $

Received by:

Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

**OFFICIAL USE**

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM:
Jerry Goldman
Anderson Kill PC
1251 Avenue of the Americas
New York, NY 10020

TO:
Minister of Foreign Affairs
Ministry of Foreign Affairs of Iran
Imam Khomeini Avenue ATTN: Mohammad Javad Zarif
Tehran, Iran

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)

---

PS Form 2865, February 1997

Par Avion

UNITED STATES POSTAL SERVICE

Return Receipt for International (Registered, Insured, Recorded Delivery)

Name of Firm: RUBY J. KRAJICK
Street and Number: 500 PEARL STREET
City, State, and ZIP+4: NEW YORK, NY 10007

UNITED STATES DISTRICT COURT, SDNY
UNITED STATES OF AMERICA

| Item Description (Nature de l'envoi) | ☐ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | | | Article Number | |

Office of Mailing (Bureau de dépôt): CHINA TOWN STATION

Date of Posting (Date de dépôt):

Addressee Name or Firm (Nom ou raison sociale du destinataire): MINISTRY OF FOREIGN AFFAIRS OF IRAN

Street and No. (Rue et No.): IMAM KHOMEINI AVENUE ATTN: H.E. MOHAMMAD JAVAD ZARIF

Place and Country (Localité et pays): TEHRAN Iran

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date:

Signature of Addressee (Signature du destinataire):

Office of Destination Employee Signature (Signature de l'agent du bureau du destination):

Postmark of the office of destination (Timbre du bureau de destination):

PS Form 2865, February 1997 (Reverse)

**Registered No.** LA320900029US

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer

Postage $ $13.95
Extra Services & Fees
Registered Mail $ $16.00
Return Receipt (hardcopy) $ $4.10
Return Receipt (electronic) $ $0.00
Restricted Delivery $
Total Postage & Fees $ $34.05

Customer Must Declare Full Value $0.00
Received by 02/14/2019

FROM:
Jerry Goldman
Anderson Kill PC
1251 Avenue of the Americas
New York, NY 10020

TO:
Minister of Foreign Affairs
Ministry of Foreign Affairs of Iran
Imam Khomeini Avenue ATTN: Mohammad Javad Zarif
Tehran, Iran

**USPS Customs Declaration – CN 22**

Sender's Last Name / First
Business
Address
City / State / ZIP+4
Telephone/Fax or Email

Addressee's Last Name / First
State/Province / Post Code
Telephone/Fax or Email

---

CHINATOWN
6 DOYERS ST
NEW YORK
NY
10013-9991
3596040004
02/14/2019    (800)275-8777    3:27 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Intl Large Envelope (International) (Iran) (Weight:1 Lb 3.30 Oz) (Customs #:LA320900029US) | 1 | $13.95 |
| Registered (Amount:$0.00) (USPS Registered Mail #) (RB596387653US) | 1 | $16.00 |
| Return Receipt | 1 | $4.10 |
| Total | | $34.05 |
| Cash | | $35.00 |
| Change | | ($0.95) |

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com