# EXHIBIT B

# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*By Hand Delivery*

March 26, 2019

Clerk of the Court, Ruby J. Krajick
United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, New York 10007

    Re:   *Lloyd A. Abel, et al. v. Islamic Republic of Iran*
           Case Number: 1:18-cv-11837 (GBD) (SN); RE: Service

Dear Clerk of the Court, Ruby J. Krajick:

    I represent the Plaintiffs in the above-referenced action.

    I am writing to request you effect service on the Defendant, Islamic Republic of Iran, pursuant to 28 U.S.C. §1608(a)(4), at the following address:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Iman Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Mohammad Javad Zarif

    Service on Iran cannot be effected under 28 U.S.C. Sections 1608(a)(1) and (2) because the United States and Iran do not have any special arrangement for service of process upon Iran in accordance with sub-section (1), nor is service permitted by any applicable international convention under the provisions of sub-section (2).[1] *See Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 70 (D.D.C. 2010).

    On February 15, 2019, Plaintiffs, through the Clerk of the Court, attempted to serve Defendant pursuant to the provision to 28 U.S.C. §1608(a)(3). Annexed hereto as **Exhibit 1,** is a copy of the certificate of mailing.

    As of Tuesday, March 26, 2019, over thirty (30) days passed since the certificate of mailing has been issued and service had not been able to be completed

---

[1] Iran is not a signatory to the convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

**Anderson Kill P.C.**

March 26, 2019
Page 2

under 28 U.S.C. § 1608(a)(3). Annexed hereto as **Exhibit 2,** is a true and correct copy of the USPS tracking information of the package sent by the Clerk of the Court indicating that serve has not been made. .

Accordingly please serve Defendant pursuant to 28 U.S.C. §1608(a)(4) at the following address:

U.S. Department of State
SA-29, 4th Floor, 2201 C Street NW
Washington, DC 20520.
Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)

Enclosed please find copies of the following documents:

1. Summons.
2. Complaint deemed filed on December 17, 2018.
3. Civil Cover Sheet.
4. Notice of suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330.
5. Affidavit of translator (along with translations of the above documents)[2].

In total, we are providing three complete sets of the documents, in both English and Farsi. In accordance with pages 12-13 of the Court's Foreign Mailing Instructions we are providing two sets for service on Defendant and a set of documents for the Court's file.

We have also enclosed pre-paid FedEx label and envelope for delivery to the address above. Please note that our firm FedEx account number is 628354049.

We further enclose a cashier's check in the amount of $2,275.00 made payable to "U.S. Embassy Bern."

Should you have any questions or require any additional information please do not hesitate to contact me.

Regards,

Jerry S. Goldman

Enclosures

---

[2] The affidavit of the translator comports with the requirements of NY CPLR 2101(b).

# EXHIBIT 1

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** LA3209000391US

Remove ×

## Status Not Available

The tracking number may be incorrect or the status update is not yet available. Please verify your tracking number and try again later.

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Feedback

# EXHIBIT 2

Case 1:18-cv-11837-GBD-SN   Document 11   Filed 02/15/19   Page 1 of 5

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abel, et al.
                          Plaintiff(s)

-v-

Islamic Republic of Iran
                          Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:18-cv-11837 (GBD)

I hereby certify under the penalties of perjury that on the 14 day of February, 2019, I served: the Islamic Republic of Iran, c/o H.E Mohammad Javad Zarif, Minister of Foreign Affairs, Minister of Foreign Affairs of the Islamic Republic of Iran, Iman Khomeini Avenue, Tehran, Iran.

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Summons, Complaint filed on December 12, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 USC 1330, and Affidavit of translator (along with translations of all the above documents), by United States Postal Service #1A32090003911US.

Dated: New York, New York
02/14/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

February 12, 2019

Minister of Foreign Affairs
Minister of Foreign Affairs of Iran
Iman Khomeini Avenue
Tehran, Iran
Attn: H.E. Mohammad Javad Zarif

Re:  Abel, et al. v. Islamic Republic of Iran, Case No. 18-cv-11837 (GBD)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the following documents (one set each in English and Farsi) is being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or government office as a defendant:

- Summons
- Complaint deemed filed on December 12, 2018
- Civil Cover Sheet
- Notice of suit prepared in accordance with 22 CF § 93.2 with a copy of 28 USC 1330
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enc.

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all SHADED fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

### SENDER'S INFORMATION

Full Last Name: Goldman
Full First Name: Jerry
M/S: S
Business Name (if applicable): Anderson Kill P.C.
Sender's Telephone: 212.278.1045
Address 1: 1251 Avenue of the Americas
City: New York
State: NY
ZIP Code: 10020

7. Sender's Email Address: snah@andersonkill.com

### ADDRESSEE'S INFORMATION

Full Last Name: Minister of Foreign Affairs
M/I: M
Business Name (if applicable): Ministry of Foreign Affairs of Iran
Address 1: Imam Khomeini Avenue
City: Tehran
Country: Iran

### SHIPMENT INFORMATION

1. Category of Items: ☒ Document
2. Detailed Description of Contents:

| Description | Quantity | Net Weight | Value (U.S. $) |
|---|---|---|---|
| Cover Letter Affidavit | 1 | | |
| Summons & Complaint | 1 | | |
| Cover Sheet | 1 | | |
| Notice of Suit | 1 | | |

21. Restrictions: ☐
22. Nondelivery Instructions: ☒ Return to Sender

23. Sender's Signature and Date: [signature]

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

PS Form 2976-R, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

1 – Customs Declaration

---

### Registered No.

**To Be Completed By Post Office**

Postage $
Extra Services & Fees
☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $
Customer Must Declare Full Value $

Extra Services & Fees
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $
Total Postage & Fees $
Received by

Date Stamp

Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM:
Jerry Goldman
Anderson Kill PC
1251 Avenue of the Americas
New York, NY 10020

TO:
Minister of Foreign Affairs
Ministry of Foreign Affairs of Iran
Imam Khomeini Avenue ATTN: Mohammed Javad Zarif
Tehran, Iran

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

Copy 1 – Customer (See Information on Reverse)

---

PS Form 2865, February 1997

UNITED STATES DISTRICT COURT, SDNY
500 PEARL STREET
NEW YORK, NY 10007

Avis de réception / Etats-Unis

Par Avion

UNITED STATES POSTAL SERVICE

Return Receipt for Intern (Registered, Insured, Recorded Delivery)

| | Item Description (Nature de l'envoi) | ☐ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express ☐ Mail International |
|---|---|---|---|---|---|---|---|
| Completed by the office of origin. (A remplir par le bureau d'origine.) | ☐ Insured Parcel (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | | Article Number | |
| | Office of Mailing (Bureau de dépôt)<br>CHINA TOWN STATION | | | | | Date of Posting (Date de dépôt) | |
| | Addressee Name or Firm (Nom ou raison sociale du destinataire)<br>MINISTRY OF FOREIGN AFFAIRS OF IRAN | | | | | | |
| | Street and No. (Rue et No.)<br>IMAM KHOMEINI AVENUE  ATTN:  H.E. MOHAMMAD JAVAD ZARIF | | | | | | |
| | Place and Country (Localité et pays)<br>TEHRAN Iran | | | | | | |

| | This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.<br>(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.) | Postmark of the office of destination (Timbre du bureau de destination) |
|---|---|---|
| Completed at destination. (A compléter à destination.) | ☐ The article mentioned above was duly delivered.<br>(L'envoi mentionné ci-dessus a été dûment livré.) | Date | |
| | Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination) | |

PS Form 2865, February 1997 (Reverse)

| Registered No. | | Date Stamp | LA320900029US |
|---|---|---|---|
| | | | Customs Declaration – CN 22 |

Case 1:18-cv-11837-GBD-SN   Document 11   Filed 02/15/19

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

Postage $ $13.95
Extra Services & Fees
Registered Mails $16.0
Return Receipt (hardcopy) $ $4.10
Return Receipt (electronic) $ $0.00
Restricted Delivery $
Total Postage & Fees $ $34.05
Customer Must Declare Full Value $0.00
Received by 02/14/2019

Domestic insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

Sender's Last Name: Goldman    First: Jerry
Business: Anderson Kill
Address: 1251 Avenue of the Americas
City: New York   State: NY   ZIP: 10020
Telephone/Fax or Email: 212-278-1074

FROM:
Jerry Goldman
Anderson Kill PC
1251 Avenue of the Americas
New York, NY 10020

TO:
Minister of Foreign Affairs
Ministry of Foreign Affairs of Iran
Imam Khomeini Avenue ATTN: Mohammed Javad Zarif
Tehran, Iran

Addressee's Last Name: Minister of Foreign Affairs
City: Tehran
State/Province: Iran
Post Code:

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)

---

CHINATOWN
6 DOYERS ST
NEW YORK
NY
10013-9991
3596040004
02/14/2019    (800)275-8777    3:27 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Intl Large Envelope (International) (Iran) (Weight:1 Lb 3.80 Oz) (Customs #:LA320900029US) | 1 | $13.95 |
| Registered (Amount:$0.00) (USPS Registered Mail #) (RB596387653US) | 1 | $16.00 |
| Return Receipt | 1 | $4.10 |
| Total | | $34.05 |
| Cash | | $35.00 |
| Change | | ($0.95) |

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com