# EXHIBIT C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abel, et al.

    Plaintiff(s)

-v-

Islamic Republic of Iran

    Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:18-cv-11837 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 27 day of March, 2019, I served: the Islamic Republic of Iran, c/o H.E Mohammad Javad Zarif, Minister of Foreign Affairs, Minister of Foreign Affairs of the Islamic Republic of Iran, Iman Khomeini Avenue, Tehran, Iran.

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

2 copy(ies) of the Summons, Complaint filed on December 17, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 USC 1330, and Affidavit of translator (along with translations of all the above documents). by Federal Express #813870422543.

Dated: New York, New York
03/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

FedEx Express US Airbill — Tracking Number 8138 7042 2543

1. From:
- Sender's Name: Clerk of the Court, Ruby J. Krajick
- Company: Southern District of New York
- Address: 500 Pearl Street
- City: New York, State: NY, ZIP: 10007
- Sender's FedEx Account Number: 6283-5404-9

2. Your Internal Billing Reference: 101147-JP002

3. To:
- Recipient's Name: Secretary of State, Attn: Dir. of Consular Services, 202-736-9110
- Company: Office of Policy Review and Inter-Agency Liason, U.S. Department of State
- Address: SA-29 4th Floor, 2201 C Street NW
- City: Washington, State: DC, ZIP: 20520

4. Express Package Service — FedEx Standard Overnight

5. Packaging — FedEx Envelope

7. Payment: Bill Sender
- FedEx Acct No.: 6283-5404-9

Form ID: 0200

Sender's Copy