# EXHIBIT A

Case 1:18-cv-12277-GBD-SN   Document 10   Filed 02/21/19   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _____ |

Hemenway, et al.

v.

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.:  1:18-cv-12277 (GBD)(SN)

I hereby certify under the penalties of perjury that on the __20__ day of __February__, 2019, I served:
H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Ministry of Foreign Affairs of the
Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☐  the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒  the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐  the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐  the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__1__ copy(ies) of the _____ Summons, Complaint, Civil Cover Sheet, Notice of suit prepared in accordance with 22 CF §93.2 with a copy of 28 U.S.C. 1330, affidavit of translator (along with translations of the above documents)

by USPS Reg. Mail No. RB596317555US.

Dated: New York, New York
02/21/2019

RUBY J. KRAJICK
CLERK OF COURT

Melina Roberts
DEPUTY CLERK

```
First-Class                              $15.77
Intl
Large Envelope
(International)
 (Iran)
 (Weight:1 Lb 5.00 Oz)
 (Customs #:LA320892605US)
Return                    1      $4.10
Receipt
Registered                1     $16.00
 (Amount:$0.00)
 (USPS Registered Mail #)
 (RB596317555US)
```