# EXHIBIT C

```
                                          DOCUMENT
UNITED STATES DISTRICT COURT              ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK             DOC #: _____
                                          DATE FILED: _____
```

*Hemenway et al.*

v.

*Islamic Republic of Iran*

**CERTIFICATE OF MAILING**

Case No.: __1:18-cv-12277__ (GBD)(SN)

I hereby certify under the penalties of perjury that on the __27__ day of __March__, 2019, I served:____

__Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Iman Khomeini Avenue, Tehran, Iran, Attn: H.E. Mohammad Javad Zarif__

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the __Summons, Complaint, Civil Cover Sheet, Notice of suit prepared in accordance with 22 CF §93.2 with a copy of 28 U.S.C. 1330, affidavit of translator (along with translations of the above documents)__

by __Federal Express 8606 6542 7340__.

Dated: New York, New York
03/27/2019

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*

Melina Roberts
DEPUTY CLERK

RETAIN THIS COPY FOR YOUR RECORDS.

**FedEx US Airbill** — Sender's Copy

Tracking Number: 8606 6542 7340

**1 From**
Date: 6283-5404-9
Sender's Name: Clerk of the Court, Ruby J. Krajick
Company: U.S. District Court, Southern District of New York / OFFICE OF THE CLERK
Address: 500 Pearl Street
City: New York  State: NY  ZIP: 10007

**2 Your Internal Billing Reference:** JO1147-JPOO2TIONAL

**3 To**
Recipient's Name: Secretary of State
Attn: Dir. of Consular Services  Phone: 202 736-9110
Company: Office of Policy Review and Inter-Agency Liason
Recipient's Address: US Department of State, SA-29 4th Floor
Address: 2201 C Street NW
City: Washington  State: DC  ZIP: 20520

4a Express Package Service — 0200
4b Express Freight Service
5 Packaging: FedEx Envelope
6 Special Handling
7 Payment: Sender — FedEx Acct. No.: 6283-5404-9
8 NEW Residential Delivery Signature Options

520