# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Jimenez et al.

v.

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: ___18CV11875___ (GBD) (SN)

I hereby certify under the penalties of perjury that on the _20_ day of _February_, _2019_ I served:

Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran at Imam

Khomeini Avenue. ATTN: Mohammad Javad Zarif
_____

_____

_____

☐   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐   the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐   the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__1__ copy(ies) of the Summons, Complaint deemed filed on December 19, 2018, Civil Cover

Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330, Affidavit

of Translator (Along with translations of the above documents) _____

by _USPS Reg Mail no. RB596317547US_____.

Dated:  New York, New York
        February 21, 2019

RUBY J. KRAJICK
CLERK OF COURT

_____

Shanee Mcleod
DEPUTY CLERK

```
First-Class          1        $15.77
Intl
Large Envelope
      (International)
      (Iran)
      (Weight:1 lb 4.70 Oz)
      (Customs #:LA320892614US)
Registered           1        $16.00
      (Amount:$0.00)
      (USPS Registered Mail #)
      (RB596317547US)
Return               1        $4.10
Receipt
```