# EXHIBIT A

Case 1:18-cv-11870-GBD-SN   Document 16   Filed 02/21/19   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Kim et al.

v.

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 18CV11870 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 20th day of February, 2019 I served: Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran at Imam Khomeini Avenue. ATTN: Mohammad Javad Zarif

☐  the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒  the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐  the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐  the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

___1___ copy(ies) of the Summons, Complaint deemed filed on December 17, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330, Affidavit of Translator (Along with translations of the above documents)
by USPS Reg mail no. RB596317516US

Dated: New York, New York
February 21, 2019

RUBY J. KRAJICK
CLERK OF COURT

Shanee McLeod
DEPUTY CLERK

```
First-Class           1        $15.77
Intl
Large Envelope
    (International)
    (Iran)
    (Weight:1 Lb 4.50 Oz)
    (Customs #:LA320892574US)
Registered            1        $16.00
    (Amount:$0.00)
    (USPS Registered Mail #)
    (RB596317516US)
Return                1        $4.10
Receipt
```