# EXHIBIT C

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kim et al.

v.

Islamic Republic of Iran

**REVISED 7/12/19**
**CERTIFICATE OF MAILING**
Case No.: __18CV11870__ (GBD) (SN)

I hereby certify under the penalties of perjury that on the 27th day of March, 2019 I served: Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran at Iman Khomeini Avenue. ATTN: Mohammad Javad Zarif

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the Summons, Complaint deemed filed on December 17, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330, Affidavit of Translator (Along with translations of the above documents)

by Fedex Tracking # 8606 6542 7373.

Dated: New York, New York
March 27, 2019

RUBY J. KRAJICK
CLERK OF COURT

Shanee Mcleod
DEPUTY CLERK

**FedEx Express US Airbill**

Case 1:18-cv-11870-GBD-SN Document 19 Filed 08/13/19 Page 3 of 3

FedEx Tracking Number: 8606 6542 7373

0200   Sender's Copy

**From**

Date:

Sender's FedEx Account Number: 6283-5404-9

Sender's Name: Clerk of the Court, Ruby J. Krajick, U.S. District Court

Company: Southern District of New York / Office of the Clerk

Address: 500 Pearl Street

City: New York   State: NY   ZIP: 10007

Your Internal Billing Reference: 101147-JPQ02

**To**

Recipient's Name: Secretary of State, Attn: Dir. of Consular Services

Phone: 202-736-9110

Company: Office of Policy Review and Inter-Agency Liason

Recipient's Address: U.S. Department of State, SA-29 4th Floor

Address: 2201 C Street NW

City: Washington   State: DC   ZIP: 20520

**4a Express Package Service**
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service**
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday at FedEx Location
- HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- No
- Yes (Shipper's Declaration attached)
- Yes (Shipper's Declaration not required)
- Dry Ice — Cargo Aircraft Only

**7 Payment** Bill to:
- Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

FedEx Acct. No./Credit Card No.: 6283-5404-9

Total Packages:    Total Weight:    Total Declared Value: $.00

**8 NEW Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature

520

Schedule a pickup at fedex.com