UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |

This document relates to:

*Maureen Moody-Theinert et al. v. Islamic Republic of Iran, 1:18-cv-11876 (GBD) (SN)*

## **CLERK'S CERTIFICATE OF DEFAULT**

I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York ("SDNY"), do hereby certify that this action was commenced on December 17, 2018, and Plaintiffs' Complaint and Summons (filed on December 17, 2018), were served upon defendant the Islamic Republic of Iran as follows:

As evidenced by Letter dated July 10, 2019 from Jared Hess, Attorney Advisor, Overseas Citizens Services, Office of Legal Affairs, United States Department of State, to Ruby J. Krajick, Clerk of Court, service was effectuated on Defendant Iran on June 11, 2019, when the U.S. Department of State, assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran delivered the Service Documents to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1041-IE. *See* Affidavit of Service, ECF 15.

I further certify that the docket entries indicate that Defendant Iran has not filed an answer or otherwise moved with respect to the Complaint herein.  The default of the defendant the Islamic Republic of Iran is hereby noted.

Dated: New York, New York

_____, 2019                                                    RUBY J. KRAJICK,
                                                                                              Clerk of Court

                                                                                   By: _____
                                                                                              Deputy Clerk

docs-100133476.1