# EXHIBIT A

Case 1:18-cv-11876-GBD-SN   Document 10   Filed 0~~2/21/19   Page 1 of 2~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Moody-Theinert et al.,

v.

Islamic Republic of Iran

**CERTIFICATE OF MAILING**
Case No.: __18CV11876__ (GBD) (SN)

I hereby certify under the penalties of perjury that on the 20th day of February, 2019 I served: Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran at Imam Khomeini Avenue. ATTN: Mohammad Javad Zarif

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__1__ copy(ies) of the Summons, Complaint deemed filed on December 17, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330, Affidavit of Translator (Along with translations of the above documents)
by USPS Reg. Mail no. RB596317578US

Dated: New York, New York
February 21, 2019

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*

Shanee Mcleod
DEPUTY CLERK

```
First-Class           1        $15.77
Intl
Large Envelope
    (International)
    (Iran)
    (Weight:1 Lb 6.20 Oz)
    (Customs #:LA320892565US)
Registered            1        $16.00
    (Amount:$0.00)
    (USPS Registered Mail #)
    (RB596317578US)
Return                1         $4.10
```