# EXHIBIT C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Moody-Theinert et al.

v.

Islamic Republic of Iran

**CERTIFICATE OF MAILING**
Case No.:   18CV11876  (GBD) (SN)

I hereby certify under the penalties of perjury that on the 27th day of March, 2019   I served: Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran at Iman Khomeini Avenue. ATTN: Mohammad Javad Zarif

☐   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒   the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐   the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the Summons, Complaint deemed filed on December 17, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330, Affidavit of Translator (Along with translations of the above documents)
by Fedex Tracking # 860665427443.

Dated: New York, New York
March 27, 2019

RUBY J. KRAJICK
CLERK OF COURT

Shanee Mcleod
DEPUTY CLERK



FedEx US Airbill

Tracking Number: 8606 6542 7443

**From:**
Date:
Sender's FedEx Account Number: 6283-5404-9
Sender's Name: Clerk of the court, Ruby J. Krajick
U.S. District Court
Company: Southern District of New York, Office of the Clerk
Address: 500 Pearl Street
City: New York  State: NY  ZIP: 10007
Your Internal Billing Reference: 101147.JP002

**To:**
Recipient's Name: Secretary of State
Attn: Director of Consular Services
Phone: (202) 736-9110
Company: Office of Policy Review and Inter-Agency Liason
Recipient's Address: U.S. Department of State
SA-29, 4th Floor
Address: 2201 C Street NW
City: Washington  State: DC  ZIP: 20520

FedEx Credit Card No.: 6283-5404-9

520