# EXHIBIT C

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rivelli et al.

v.

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 18CV11878 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 27th day of March, 2019 I served: Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran at Iman Khomeini Avenue. ATTN: Mohammad Javad Zarif

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

___2___ copy(ies) of the Summons, Complaint deemed filed on December 17, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330, Affidavit of Translator (Along with translations of the above documents) by Fedex Tracking # 8138 7042 2554.

Dated: New York, New York
March 27, 2019

RUBY J. KRAJICK
CLERK OF COURT

Shanee Mcleod
DEPUTY CLERK

| FedEx Express | Package US Airbill | FedEx Tracking Number 8138 7042 2554 | Form 0200 |
|---|---|---|---|

**1 From** *Please print and press hard.*

Sender's FedEx Account Number: 6283-5404-9

Date: 

Sender's Name: Clerk of the Court, Ruby J. Krajick
U.S. District Court

Phone: 

Company: Southern District of New York / OFFICE OF the CLERK

Address: 500 Pearl Street

City: New York    State: NY    ZIP: 10007

**2 Your Internal Billing Reference:** 101147-JP002

**3 To**

Recipient's Name: Secretary of State
Attn: Dir. of Consular Services

Phone: 202-736-9110

Company: Office of Policy Review and Inter-AGency Liason
U.S. Department of State

Address: SA-29 4th Floor

Address: 2201 C Street NW

City: Washington    State: DC    ZIP: 20520

**4 Express Package Service**
- [X] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube

**6 Special Handling and Delivery Signature Options**
- [ ] Saturday Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice, 9, UN 1845
- [ ] Cargo Aircraft

**7 Payment** Bill to:
- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card

FedEx Acct. No./Credit Card No.: 6283-5404-9

Total Packages    Total Weight    Total Declared Value