# EXHIBIT A

Case 1:18-cv-12387-GBD-SN   Document 11   Filed 02/21/19   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Rowenhorst, et al.

v.

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: __1:18-cv-12387__ (GBD)(SN)

I hereby certify under the penalties of perjury that on the __20__ day of __February__, 20__19__, I served:_
_____ H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Ministry of Foreign Affairs of the
Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran_____

☐   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐   the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐   the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__1__ copy(ies) of the _____ Summons, Complaint, Civil Cover Sheet, Notice of suit prepared in accordance with 22 CF §93.2 with a copy of 28 U.S.C. 1330, affidavit of translator (along with translations of the above documents)_____

by USPS Reg. Mail No. RB596317533US.

Dated: New York, New York
       02/21/2019

RUBY J. KRAJICK
CLERK OF COURT

_Melina Roberts_
Melina Roberts
DEPUTY CLERK

```
First-Class          1      $15.77
 Intl
Large Envelope
    (International)
    (Iran)
    (Weight:1 Lb 5.60 Oz)
    (Customs #:LA320892628US)
Registered           1      $16.00
    (Amount:$0.00)
    (USPS Registered Mail #)
    (RB596317533US)
Return               1      $4.10
Receipt
```