# EXHIBIT C

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Rowenworst et al.*

v.

*Islamic Republic of Iran*

**CERTIFICATE OF MAILING**

Case No.: 1:18-cv-12387 (GBD)(SN)

I hereby certify under the penalties of perjury that on the _27_ day of _March_, 20_19_, I served:___ Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Iman Khomeini Avenue, Tehran, Iran, Attn: H.E. Mohammad Javad Zarif

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

_2_ copy(ies) of the ___ Summons, Complaint, Civil Cover Sheet, Notice of suit prepared in accordance with 22 CF §93.2 with a copy of 28 U.S.C. 1330, affidavit of translator (along with translations of the above documents)

by Federal Express 8606 6542 7384.

Dated: New York, New York
03/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Melina Roberts
DEPUTY CLERK

FedEx US Airbill

**1 From** Please print and press hard.
Date
Sender's FedEx Account Number: 6283-5404-9
Sender's Name: Clerk of the Court, Ruby J. Krajick
Company: Southern District of New York
Phone: Office of the Clerk
Address: 500 Pearl Street
City: New York  State: NY  ZIP: 10007

**2 Your Internal Billing Reference**
101147-JP002 OPTIONAL

**3 To**
Recipient's Name: Attn: Dir. of Consular Services
Phone: 202 736-9110
Company: Office of Policy Review and Inter-Agency Liaison
Recipient's Address: U.S. Department of State
SA-29 4th Floor
Address: 2201 C Street NW
City: Washington  State: DC  ZIP: 20520

FedEx Tracking Number: 8606 6542 7384

**4a Express Package Service** Packages up to 150 lbs.
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service** Packages over 150 lbs.
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☐ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☐ No  ☐ Yes  ☐ Yes Shipper's Declaration not required.
☐ Dry Ice
☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

FedEx Acct. No.: 6283-5404-9

Total Packages  Total Weight  Total Declared Value

**8 NEW Residential Delivery Signature Options**
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

520

Sender's Copy — RETAIN THIS COPY FOR YOUR RECORDS.