UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Llyod A. Abel Sr. v. Islamic Republic of Iran,  1:18-cv-11837 (GBD) (SN)*

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaint, as amended:

**Plaintiffs' Name Corrections:**

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 1:18-cv-11837 | Joseph Anthony Bono | Joseph Anthony Bonomo |
| 2. | 1:18-cv-11837 | Juliana Rose Bono | Juliana Rose Bonomo |
| 3. | 1:18-cv-11837 | Tereza C. Antonios | Tereza Antonios |

**Plaintiff's Whose Relationship to 9/11 Decedent is Incorrectly described:**

| | Case Number | Plaintiff's Name | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-11837 | Estate of Benjamin Clark [Sr.], individually as surviving parent of Benjamin K. Clark | Elsie Clark as Personal Representative of the Estate of Benjamin Clark [Sr.], individually as surviving parent of Benjamin K. Clark | Elsie Clark as Personal Representative of the Estate of Benjamin Clark [Sr.], deceased, the late parent of Benjamin K. Clark |

Dated:  New York, New York
            _____, 2019

                                                     _____
                                                                                        J.