UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Alexander Jimenez et al. v. Islamic Republic of Iran, 1:18-cv-11875 (GBD) (SN)*

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaint, as amended:

|   | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 1:18-cv-11875 | Joanne Johnson | Joann Johnson |
| 2. | 1:18-cv-11875 | Joanne Johnson as Personal Representative of the Estate of Sareatha Wilson | Joann Johnson as Personal Representative of Searetha Wilson |
| 3. | 1:18-cv-11875 | Jean Neal as Personal Representative of the Estate of Katie I. Mattic | Jean Neal a/k/a/ Elvin Jean Neal, as Personal Representative of the Estate of Katie I. Mattic. |
| 4. | 1:18-cv-11875 | Yaritza Franco | Yaritza Franco Estudillo |

Dated: New York, New York
_____, 2019

_____
J.

docs-100134545.1