UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Chang Don Kim et al. v. Islamic Republic of Iran, 1:18-cv-11870 (GBD) (SN)*

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaint, as amended:

**Plaintiff Name Corrections:**

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 1:18-cv-11870 | Andrea Statuter as Personal Representative of the Estate of Thomas Earhart | Andrea Stauter as Personal Representative of the Estate of Thomas Earhart |

**Decedent's Name Corrections:**

| | Case Number | Decedent's Name as Pled | Decedent's Name as Amended |
|---|---|---|---|
| 1. | 1:18-cv-11870 | Virgina E. Fox | Virginia E. Fox |

**Plaintiffs Whose Relationship to 9/11 Decedent is Incorrectly described:**

| | Case Number | Plaintiff's Name | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-11870 | Jennifer Green | Co-PR | PR |

2

|   | **Case Number** | **Plaintiff's Name** | **Plaintiff's Relationship to 9/11 Decedent as Pled** | **Plaintiff's Relationship to 9/11 Decedent as Amended** |
|---|---|---|---|---|
| 2. | 1:18-cv-11870 | Estate of Dorothy Lee Coles (PR: Brenda Garrett) | Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles, individually as surviving sibling of Peggie Hurt | Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles, deceased, the late sibling of Peggie Hurt |
| 3. | 1:18-cv-11870 | Estate of Lelia (PR: Carlene Wynn) | Carlene Wynn as the Personal Representative of the Estate of Lelia Mae Wynn, individually, as surviving sibling of Peggie Hurt | Carlene Wynn as the Personal Representative of the Estate of Lelia Mae Wynn, deceased, the late close, immediate family member of Peggie Hurt |

Dated:  New York, New York
_____, 2019

_____
                                                                       *J.*