UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Maureen Moody-Theinert et al. v. Islamic Republic of Iran, 1:18-cv-11876 (GBD) (SN)*

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiffs in the above-referenced matter, by undersigned counsel and in accordance with F.R.C.P. 15, respectfully request that this Court grant Plaintiffs' Motion for Leave to Amend to Correct Errors. No adverse parties have appeared in this proceeding, and the Clerk issued a Certificate of Default on August 13, 2019.

In support of this motion, Plaintiffs submit the following memorandum of law and a proposed order.

Dated: August 14, 2019

                                       */s/ Jerry S. Goldman*

                                       ANDERSON KILL P.C.
                                       Jerry S. Goldman, Esq.
                                       Bruce E. Strong
                                       1251 Avenue of the Americas
                                       New York, NY  10020
                                       Tel: 212-278-1000
                                       Fax: 212-278-1733
                                       Email: jgoldman@andersonkill.com

                                       Arthur R. Armstrong, Esq. *(pro hac vice)*
                                       1760 Market Street, Suite 600
                                       Philadelphia, PA  19103
                                       Tel: 267-216-2711
                                       Fax: 215-568-4573
                                       Email: aarmstrong@andersonkill.com

                                       *Attorneys for Plaintiffs*