UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Matthew Rowenhorst et al. v. Islamic Republic of Iran, 1:18-cv-12387 (GBD) (SN)*

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaint, as amended:

**As to Plaintiff Name Corrections:**

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 1:18-cv-12387 | John Muldowney | John Proodian |
| 2. | 1:18-cv-12387 | Constance Muldowney as Personal Representative of the Estate of Kathryn Muldowney | Constance Muldowney as Personal Representative of the Estate of Kathryn Proodian |
| 3. | 1:18-cv-12387 | Perry J. Sikorsky, individually, as surviving sibling of Gregory Sikorsky | Perry V. Sikorsky, individually, as surviving sibling of Gregory Sikorsky |

Dated:  New York, New York
_____, 2019

_____
                                                                J.

docs-100134557.1