# EXHIBIT A

EX. A to *Kim* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Andrea Stauter as Personal Representative of the Estate of Charlotte Earhart | Edward T. Earhart | Parent (Deceased) | $8,500,000 |
| 2 | Andrea Stauter as Personal Representative of the Estate of Thomas Earhart | Edward T. Earhart | Parent (Deceased) | $8,500,000 |
| 3 | Joan Aiello | John E. Eichler | Sibling | $4,250,000 |
| 4 | John R. Eichler as Personal Representative of the Estate of Margaret L. Eichler | John E. Eichler | Spouse (Deceased) | $12,500,000 |
| 5 | Catherine Ericson | Ulf Ramm Ericson | Child | $8,500,000 |
| 6 | Helen Carole Ericson | Ulf Ramm Ericson | Spouse | $12,500,000 |
| 7 | Sarah DeSimone | Catherine Fagan | Child | $8,500,000 |
| 8 | Alexis Feliciano | Rose Maria Feliciano | Child | $8,500,000 |
| 9 | Amanda Feliciano | Rose Maria Feliciano | Child | $8,500,000 |
| 10 | Isaac Feliciano | Rose Maria Feliciano | Spouse | $12,500,000 |
| 11 | Christina D. Fisher | Andrew Fisher | Sibling | $4,250,000 |
| 12 | John Fisher | Andrew Fisher | Sibling | $4,250,000 |
| 13 | Maria R. Fisher | Andrew Fisher | Sibling | $4,250,000 |
| 14 | Marie E. Fisher | Andrew Fisher | Parent | $8,500,000 |
| 15 | Nina A. Fisher | Andrew Fisher | Sibling | $4,250,000 |
| 16 | Peter Fisher | Andrew Fisher | Sibling | $4,250,000 |
| 17 | Nina Fisher & John Fisher as Personal Representatives of the Estate of John F. Fisher | Andrew Fisher | Parent (Deceased) | $8,500,000 |
| 18 | Stephanie E. Lang | Andrew Fisher | Spouse | $12,500,000 |
| 19 | Catherine A. Chiola | John Roger Fisher | Sibling | $4,250,000 |
| 20 | Bridget E. Fisher | John Roger Fisher | Child | $8,500,000 |
| 21 | Evan H. Fisher | John Roger Fisher | Child | $8,500,000 |
| 22 | Kyle Fisher | John Roger Fisher | Child | $8,500,000 |
| 23 | Ryan P. Fisher | John Roger Fisher | Child | $8,500,000 |
| 24 | Tina M. Fisher | John Roger Fisher | Sibling | $4,250,000 |
| 25 | Erin N. Siegel | John Roger Fisher | Child | $8,500,000 |
| 26 | Kylie Eve Florio | John J. Florio | Child | $8,500,000 |
| 27 | Michael J. Florio | John J. Florio | Child | $8,500,000 |
| 28 | Shari Florio | John J. Florio | Spouse | $12,500,000 |
| 29 | David Fogel as Personal Representative of the Estate of Beth Fogel | Stephen M. Fogel | Parent (Deceased) | $8,500,000 |
| 30 | Patrick T. Wynn | Virginia E. Fox | Child | $8,500,000 |
| 31 | Selma M. Friedman | Paul Friedman | Parent | $8,500,000 |
| 32 | Amy Radin | Paul Friedman | Sibling | $4,250,000 |
| 33 | Christopher Geis | Julie M. Geis | Sibling | $4,250,000 |

**EX. A to *Kim* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 34 | James P. Geis | Julie M. Geis | Sibling | $4,250,000 |
| 35 | Dawn Gonzalez | Jenine Gonzalez | Sibling | $4,250,000 |
| 36 | Brenda S. Goody | Harry Goody | Spouse | $12,500,000 |
| 37 | Jonathan Goody | Harry Goody | Child | $8,500,000 |
| 38 | Alexis Goody-Harding | Harry Goody | Child | $8,500,000 |
| 39 | Deepa R. Gopu | Kiran Kumar Reddy Gopu | Sibling | $4,250,000 |
| 40 | Rozelda Bailey-Green | Derrick A. Green | Parent | $8,500,000 |
| 41 | Michael T. Griffin | John M. Griffin | Sibling | $4,250,000 |
| 42 | Douglas W. Hall | Richard Hall | Sibling | $4,250,000 |
| 43 | Shawn C. Hall | Richard Hall | Child | $8,500,000 |
| 44 | Douglas Hall as Personal Representative of the Estate of Ruth Hall | Richard Hall | Parent (Deceased) | $8,500,000 |
| 45 | Bernice Dawn Dillard | Ronnie Henderson | Sibling | $4,250,000 |
| 46 | Valestine Henderson | Ronnie Henderson | Sibling | $4,250,000 |
| 47 | Tara Butzbaugh | John Christopher Henwood Jr. | Sibling | $4,250,000 |
| 48 | Catherine M. Eklund | John Christopher Henwood Jr. | Sibling | $4,250,000 |
| 49 | David D. Henwood III | John Christopher Henwood Jr. | Sibling | $4,250,000 |
| 50 | David D. Henwood Jr. | John Christopher Henwood Jr. | Parent | $8,500,000 |
| 51 | Mary C. Henwood | John Christopher Henwood Jr. | Parent | $8,500,000 |
| 52 | Mary L. Henwood | John Christopher Henwood Jr. | Sibling | $4,250,000 |
| 53 | Robert Hofmiller as Personal Representative of the Estate of Emma Graves | Judith Hofmiller | Parent (Deceased) | $8,500,000 |
| 54 | Gregory Hrycak | Marian R. Hrycak | Child | $8,500,000 |
| 55 | Arthur Harris | Peggie Hurt | Parent | $8,500,000 |
| 56 | Madlene Brown | Gricelda E. James | Sibling | $4,250,000 |
| 57 | Darril Garo | Gricelda E. James | Sibling | $4,250,000 |

|  | Total |  |  | $410,750,000.00 |
|---|---|---|---|---|