UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Gordon Aamoth Sr. et al. v. Islamic Republic of Iran, 1:18-cv-12276 (GBD) (SN)*

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the party as identified on Exhibit A in the above referenced action. The individual being substituted into the case is the Personal Representatives of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent") or is the Personal Representative for a family member of a 9/11 decedent.

Exhibit A identifies the individuals to be substituted in the pleading including the capacity in which they seeks to be substituted; state of residency at the time the complaint was instituted; identifies the existing pleading that makes reference to the plaintiff; and identifies the decedent of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties would be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

docs-100191720.1

Dated: August 14, 2019

> */s/ Jerry S. Goldman*
> ANDERSON KILL P.C.
> Jerry S. Goldman, Esq.
> Bruce E. Strong
> 1251 Avenue of the Americas
> New York, NY  10020
> Tel:    212-278-1000
> Fax:    212-278-1733
> Email: jgoldman@andersonkill.com
>
> Arthur R. Armstrong, Esq. *(pro hac vice)*
> 1760 Market Street, Suite 600
> Philadelphia, PA  19103
> Tel:    267-216-2711
> Fax:    15-568-4573
> Email: aarmstrong@andersonkill.com