# EXHIBIT A

**EXHIBIT A to *Hemenway* Motion to Substitute Parties**

|  | Status as Filed | Filed As | State of Residency at Filing | DOB | Age (To-Date) | Decedent's Name: | Plaintiff's Name as Substituted:: |
|---|---|---|---|---|---|---|---|
| 1. | MINOR | Anastasia Mancini a/k/a Anastasia Louvelos, as Natural Guardian of SM | NY | 7/16/2001 | 18 | Francisco M. Mancini a/k/a Frank Mancini | Sophia Mancini |

3

docs-100190244.1