# EXHIBIT A

**EXHIBIT A to *Rowenhorst* Motion to Substitute Parties**

| | Previous Personal Representative : | Case Number: | Substitute Personal Representative: | State Residency of Substituted Personal Representative at Filing | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 57, being intended to designate the Personal Representative of the Estate of Gregory Sikorsky, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Gregory Sikorsky | 1:18-cv-12387 | Marie Sikorsky, as the Personal Representative of the Estate of Gregory Sikorsky, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gregory Sikorsky | NY | Gregory Sikorsky |
| 2. | John Doe 58, being intended to designate the Personal Representative of the Estate of Arthur Simon deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to | 1:18-cv-12387 | Stanley Simon, as the Personal Representative of the Estate of Arthur Simon deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Simon | NY | Arthur Simon |

| | Previous Personal Representative : | Case Number: | Substitute Personal Representative: | State Residency of Substituted Personal Representative at Filing | Decedent's Name: |
|---|---|---|---|---|---|
| | serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Simon | | | | |
| 3. | John Doe 61, as Personal Representative of the Estate of Arthur Simon, deceased, the late parent of Kenneth Simon | 1:18-cv-12387 | Stanley Simon, as Personal Representative of the Estate of Arthur Simon, deceased, the late parent of Kenneth Simon | NY | Kenneth Simon |
| 4. | John Doe 69 as Personal Representative of the Estate of William J. Houston, deceased, the late sibling of Charles J. Houston | 1:18-cv-12387 | Kelly Marchese, as Personal Representative of the Estate of William J. Houston, deceased, the late sibling of Charles J. Houston | NY | Charles J. Houston |

docs-100190244.1