UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Gordon Aamoth Sr. et al. v. Islamic Republic of Iran, 1:18-cv-12276 (GBD) (SN)*

## THE *AAMOTH* PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL FINAL JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN AS TO LIABILITY AND DAMAGES

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Jerry S. Goldman, Esq., ("Goldman Declaration"), along with the exhibits appended, plaintiffs in the above-referenced matter, by and through their counsel, Anderson Kill P.C., respectfully move this Court for an Order of judgment by default as to liability against the Islamic Republic of Iran ("Iran") as to all *Aamoth* Plaintiffs' claims under Section 1605A(c) of the FSIA.

Further, those *Aamoth* plaintiffs identified on Exhibit A to the Goldman Declaration respectfully move this Court for an Order awarding: (1) judgment as to damages on behalf of the Plaintiffs identified on Exhibit A only in the same per plaintiff amounts previously awarded by this Court to various similarly situated plaintiffs in *Burnett, Havlish, Ashton, Bauer,* and other cases; (2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001, until the date of the judgment for damages; (3) permission for such plaintiffs to seek punitive damages and economic and other appropriate damages at a later date; and (4) for all other plaintiffs in this action not appearing on Exhibit A to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

                                                                   Respectfully submitted,

                                                                   ANDERSON KILL P.C.
                                                                   Jerry S. Goldman, Esq.
                                                                   Bruce E. Strong, Esq.
                                                                   Jeffrey E. Glen, Esq.
                                                                   Vianny M. Pichardo, Esq.
                                                                   1251 Avenue of the Americas
                                                                   New York, NY  10020
                                                                   Tel:     212-278-1000
                                                                   Fax:    212-278-1733
                                                                   Email:  jgoldman@andersonkill.com
                                                                             bstrong@andersonkill.com
                                                                             jglen@andersonkill.com
                                                                             vpichardo@andersonkill.com

                                                                  Arthur R. Armstrong, Esq.
                                                                  *(pro hac vice)*
                                                                  1760 Market Street, Suite 600
                                                                  Philadelphia, PA  19103
                                                                  Tel:     267-216-2711
                                                                  Fax:    215-568-4573
                                                                  Email:  aarmstrong@andersonkill.com

Dated:  New York, New York
           August 14, 2019                                *Attorneys for Plaintiffs*