# EXHIBIT A

EX. A to *Aamoth* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Erik K. Aamoth | Gordon McCannel Aamoth, Jr. | Sibling | $4,250,000 |
| 2 | Gordon Aamoth, Sr. | Gordon McCannel Aamoth, Jr. | Parent | $8,500,000 |
| 3 | Mary Aamoth | Gordon McCannel Aamoth, Jr. | Parent | $8,500,000 |
| 4 | Peter Aamoth | Gordon McCannel Aamoth, Jr. | Sibling | $4,250,000 |
| 5 | Angeli Ylanan Agarwala | Mukul Kumar Agarwala | Child | $8,500,000 |
| 6 | Elizabeth A. Ahearn | (Lt.) Brian G. Ahearn | Sibling | $4,250,000 |
| 7 | Vincent Babakitis | Arlene T. Babakitis | Child | $8,500,000 |
| 8 | Angilic Casalduc | Vivian Casalduc | Child | $8,500,000 |
| 9 | Jeanette Kirby | Vivian Casalduc | Sibling | $4,250,000 |
| 10 | Maria Poliard | Vivian Casalduc | Parent | $8,500,000 |
| 11 | Rodrigo Gomez Castillo | Arcelia Castillo | Sibling | $4,250,000 |
| 12 | Anthony Roman | Arcelia Castillo | Child | $8,500,000 |
| 13 | Jessica Correa f/k/a Jessica Cruz | Danny Correa-Gutierrez | Sibling | $4,250,000 |
| 14 | Kathleen Birch | Charles Costello, Jr. | Sibling | $4,250,000 |
| 15 | Charles Costello | Charles Costello, Jr. | Child | $8,500,000 |
| 16 | Mary Costello | Charles Costello, Jr. | Spouse | $12,500,000 |
| 17 | Patricia Costello | Charles Costello, Jr. | Sibling | $4,250,000 |
| 18 | Raymond Costello | Charles Costello, Jr. | Sibling | $4,250,000 |
| 20 | MaryKate Naples | Charles Costello, Jr. | Child | $8,500,000 |
| 21 | Amanda Taylor | Charles Costello, Jr. | Child | $8,500,000 |
| 22 | Alfred DeMartini | Francis DeMartini | Sibling | $4,250,000 |
| 23 | Paul DeMartini | Francis DeMartini | Sibling | $4,250,000 |
| 24 | Rosemary DeMartini | Francis DeMartini | Sibling | $4,250,000 |
| 25 | Nina DeMartini Day | Francis DeMartini | Sibling | $4,250,000 |
| 28 | Juan De Jesus Rodriguez | Jose Depena | Sibling | $4,250,000 |
| 29 | Anny Depena | Jose Depena | Sibling | $4,250,000 |
| 30 | Edwin N. Depena | Jose Depena | Child | $8,500,000 |
| 31 | Marlin Nicole Depena | Jose Depena | Child | $8,500,000 |
| 32 | Victor T. Depena | Jose Depena | Sibling | $4,250,000 |
| 33 | Virgilio N. Depena | Jose Depena | Parent | $8,500,000 |
| 34 | Daniel N. Depena Mora | Jose Depena | Child | $8,500,000 |
| 35 | Belkis A. Depena Rodriguez | Jose Depena | Sibling | $4,250,000 |
| 36 | Jorge A. Depena Rodriguez | Jose Depena | Sibling | $4,250,000 |
| 37 | Miguel Angel Rodriguez | Jose Depena | Sibling | $4,250,000 |
| 38 | Pura A. Rodriguez | Jose Depena | Parent | $8,500,000 |
| 39 | Quilcio Depena | Jose Depena | Sibling | $4,250,000 |
| 40 | William Depena | Jose Depena | Sibling | $4,250,000 |

**EX. A to *Aamoth* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 41 | Joseph A. Deuel | Cindy Ann Deuel | Sibling | $4,250,000 |
| 42 | Joseph P. Deuel | Cindy Ann Deuel | Parent | $8,500,000 |
| 43 | Richard A. Deuel | Cindy Ann Deuel | Sibling | $4,250,000 |
| 44 | Patricia Kocian | Cindy Ann Deuel | Parent | $8,500,000 |
| 45 | Benjamin Dominguez, Jr. | Carlos Dominguez | Sibling | $4,250,000 |
| 48 | Barbara E. Hill | Sandra N. Foster | Parent | $8,500,000 |
| 49 | Lawrence Hill | Sandra N. Foster | Sibling | $4,250,000 |
| 50 | Martin Fredericks | Andrew Fredericks | Sibling | $4,250,000 |
| 51 | Peter E. Green | Andrew Peter Charles Curry Green | Parent | $8,500,000 |
| 52 | Lenworth Sewell | Denise Gregory | Sibling | $4,250,000 |
| 53 | Maureen Haskell | Thomas Haskell | Parent | $8,500,000 |
| 54 | Maureen Haskell | Timothy Haskell | Parent | $8,500,000 |

|   | Total |   | | $305,750,000.00 |
|---|---|---|---|---|