# EXHIBIT A

**EX. A to *Hemenway* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Desiree Hemenway | Ronald J. Hemenway | Child | $8,500,000 |
| 2 | Marinella Hemenway | Ronald J. Hemenway | Spouse | $12,500,000 |
| 3 | Stefan Hemenway | Ronald J. Hemenway | Child | $8,500,000 |
| 4 | Joan M. Houston as Personal Representative of the Estate of Joan McQuillen | Charles J. Houston | Parent (Deceased) | $8,500,000 |
| 5 | Trina Sabb | Lamar D. Hulse | Sibling | $4,250,000 |
| 6 | Orwyn John | Charles G. John | Sibling | $4,250,000 |
| 7 | Kathryn "Kay" D'Amico | Karen Kincaid | Sibling | $4,250,000 |
| 8 | Kristian G. Kincaid | Karen Kincaid | Sibling | $4,250,000 |
| 9 | Karyl Kincaid-Noel | Karen Kincaid | Sibling | $4,250,000 |
| 10 | Christopher Kloepfer | Ronald Philip Kloepfer | Sibling | $4,250,000 |
| 11 | Carolyn LaFrance | Alan LaFrance | Sibling | $4,250,000 |
| 12 | Anna Ledee | Kenneth Charles Ledee | Parent | $8,500,000 |
| 13 | Olivia Ledee Lindsey | Kenneth Charles Ledee | Child | $8,500,000 |
| 14 | Alexis John Leduc | Alexis Leduc | Child | $8,500,000 |
| 15 | Jessica Leduc | Alexis Leduc | Child | $8,500,000 |
| 16 | Leslie K. Lesperance | Charles A. Lesperance | Child | $8,500,000 |
| 17 | Nilaja A. Shealy-Loveless | Charles A. Lesperance | Child | $8,500,000 |
| 18 | Jose Liz a/k/a Domingo Liz | Nancy Liz | Sibling | $4,250,000 |
| 19 | Matthew J. Liz-Ramirez | Nancy Liz | Child | $8,500,000 |
| 20 | Anthony Mancini | Francisco M. Mancini a/k/a Frank Mancini | Sibling | $4,250,000 |
| 21 | Anastasia Mancini a/k/a Anastasia Louvelos | Francisco M. Mancini a/k/a Frank Mancini | Spouse | $12,500,000 |
| 22 | Anastasia Mancini a/k/a Anastasia Louvelos, as Natural Guardian of SM | Francisco M. Mancini a/k/a Frank Mancini | Child (Minor) | $8,500,000 |
| 23 | Jose Miguel Mejia Peguero | Manuel E. Mejia | Child | $8,500,000 |
| 24 | Sharif Chowdhury & Showkatara Sharif as Personal Representatives of the Estate of Shakila Yasmin | Nurul Miah | Spouse (Deceased) | $12,500,000 |
| 25 | Bakul Miah | Nurul Miah | Sibling | $4,250,000 |
| 26 | Arlene Miller | Philip D. Miller | Spouse | $12,500,000 |
| 27 | Dorothy Ogren | Joseph J. Ogren | Parent | $8,500,000 |
| 28 | Lance Edward Ogren | Joseph J. Ogren | Sibling | $4,250,000 |
| 29 | Graciela Lopez Pascual | Leobardo L. Pascual | Sibling | $4,250,000 |
| 30 | Terilyn Patrick Esse a/k/a Terilyn Patrick | James Patrick | Spouse | $12,500,000 |
| 31 | Terilyn Patrick Esse a/k/a Terilyn Patrick, as Natural Guardian of JJPE a/k/a JJP | James Patrick | Child (Minor) | $8,500,000 |
| 32 | Samantha Blake a/k/a Samantha Bianca Herring | Carol Rabalais a/k/a Carol South-Rabalais | Child | $8,500,000 |

EX. A to *Hemenway* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 33 | Kerene Reeves aka Kerene Sherica Clarke | Carol Rabalais a/k/a Carol South-Rabalais | Child | $8,500,000 |
| 34 | Vernessa Richard & Vernon A. Richard II as Personal Representatives of the Estate of Dorothy Richard | Vernon A. Richard | Spouse (Deceased) | $12,500,000 |
| 35 | Vernessa Richard | Vernon A. Richard | Child | $8,500,000 |

|  | Total |  |  | $270,500,000.00 |
|---|---|---|---|---|