**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Marinella Hemenway et al. v. Islamic Republic of Iran, 1:18-cv-12277 (GBD) (SN)*

## [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs through their Motion for Partial Final Judgment Against the Islamic Republic of Iran as to Liability and Damages (the "Motion"), who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling), of a victim killed in the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

ORDERED that the Motion is granted and default judgment as to liability is entered in favor of all plaintiffs in *Marinella Hemenway et al. v. Islamic Republic of Iran, 1:18-cv-12277 (GBD) (SN)* and against the Islamic Republic of Iran, ("Iran"); and it is,

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Marinella Hemenway et al. v. Islamic Republic of Iran, 1:18-cv-12277 (GBD) (SN)* not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: _____, 2019
         New York, New York

                              SO ORDERED:

                              _____
                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE