# EXHIBIT A

**EX. A to *Rowenhorst* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Andrew McMahon | Robert D. McMahon | Sibling | $4,250,000 |
| 2 | Damon McMahon | Robert D. McMahon | Sibling | $4,250,000 |
| 3 | John Owens | Peter Owens | Sibling | $4,250,000 |
| 4 | Kevin Owens | Peter Owens | Sibling | $4,250,000 |
| 5 | Terence Owens | Peter Owens | Sibling | $4,250,000 |
| 6 | Thomas F. Owens | Peter Owens | Sibling | $4,250,000 |
| 7 | Kimberly J. Rescorla | Richard C. Rescorla | Child | $8,500,000 |
| 8 | Susan G. Rescorla | Richard C. Rescorla | Spouse | $12,500,000 |
| 9 | Trevor S. Rescorla | Richard C. Rescorla | Child | $8,500,000 |
| 10 | Matthew Rowenhorst | Edward Rowenhorst | Sibling | $4,250,000 |
| 11 | Anthony F. Russo | Michael Russo | Sibling | $4,250,000 |
| 12 | George Sikorsky | Gregory Sikorsky | Sibling | $4,250,000 |
| 13 | Perry V. Sikorsky | Gregory Sikorsky | Sibling | $4,250,000 |
| 14 | Jennifer Simon Berardi | Kenneth Simon | Sibling | $4,250,000 |
| 15 | Mandy Exantus | Kenneth Simon | Sibling | $4,250,000 |
| 16 | Susan Simon | Kenneth Simon | Parent | $8,500,000 |
| 17 | Todd Simon | Kenneth Simon | Sibling | $4,250,000 |
| 18 | Timothy Soulas, Jr. | Timothy Soulas | Child | $8,500,000 |
| 19 | Kathy Buell | Timothy Stackpole | Sibling | $4,250,000 |
| 20 | Patricia Murphy | Timothy Stackpole | Sibling | $4,250,000 |
| 21 | Edward Stackpole | Timothy Stackpole | Sibling | $4,250,000 |
| 22 | Michael Stackpole | Timothy Stackpole | Sibling | $4,250,000 |
| 23 | Nia Jah-Selah Thompson | Vanavah Thompson | Child | $8,500,000 |
| 24 | Michael K. Thompson | William Harry Thompson | Child | $8,500,000 |
| 25 | Rahsaan Thompson | William Harry Thompson | Child | $8,500,000 |
| 26 | Jennifer Dolan | John Tobin | Child | $8,500,000 |
| 27 | Barbara Tobin | John Tobin | Spouse | $12,500,000 |
| 28 | Margaret M. Tobin | John Tobin | Sibling | $4,250,000 |
| 29 | Michael Tobin | John Tobin | Sibling | $4,250,000 |
| 30 | Sean Tobin | John Tobin | Child | $8,500,000 |
| 31 | Salvatore M. Traina Jr. | Christopher M. Traina | Sibling | $4,250,000 |
| 32 | Javier Guzman | David Vera | Sibling | $4,250,000 |
| 33 | Jennica Perez a/k/a Jennica Vera | David Vera | Child | $8,500,000 |
| 34 | Clarissa B. Kirschenbaum | Victor Wald | Sibling | $4,250,000 |
| 35 | Shirley Nottingham | Leonard A. White | Sibling | $4,250,000 |
| 36 | Sylvia Ball | Malissa White | Sibling | $4,250,000 |
| 37 | Marc C. White | Malissa White | Sibling | $4,250,000 |

## EX. A to *Rowenhorst* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 38 | Daren White | Wayne White | Sibling | $4,250,000 |
| 39 | Mary Kessler | Suzanne Youmans | Sibling | $4,250,000 |
| 40 | Joan Youmans as Personal Representative of the Estate of John Youmans | Suzanne Youmans | Sibling (Deceased) | $4,250,000 |

|   | Total | $229,000,000.00 |
|---|---|---|