# EXHIBIT A

EX. A to *Moody-Theinert* Motion for Judgment on Damages

(*Alphabetically by Last Name of 9/11 Decedent*)

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Deirdre Moody | (Capt.) Thomas Moody | Child | $8,500,000 |
| 2 | Jessica Moody | (Capt.) Thomas Moody | Child | $8,500,000 |
| 3 | Sean Moody | (Capt.) Thomas Moody | Child | $8,500,000 |
| 4 | Maureen Moody-Theinert | (Capt.) Thomas Moody | Spouse | $12,500,000 |
| 5 | Portia Morales | Paula E. Morales | Child | $8,500,000 |
| 6 | Sherwin Morales | Paula E. Morales | Child | $8,500,000 |
| 7 | Stephanie Morales-Guerrero | Paula E. Morales | Child | $8,500,000 |
| 8 | Petal S. Stanford-Sylvert | Paula E. Morales | Child | $8,500,000 |
| 9 | Shannon Moran | Gerard Moran | Child | $8,500,000 |
| 10 | Alfia L. Gilligan (nee Morello) | Steven Morello | Child | $8,500,000 |
| 11 | Patricia Mulligan, as Personal Representative of the Estate of Edward Mulligan | Dennis M. Mulligan | Parent (Deceased) | $8,500,000 |
| 12 | Patricia Mulligan, as Personal Representative of the Estate of Mary Frigo a/k/a Mary Catherine Brady | Dennis M. Mulligan | Parent (Deceased) | $8,500,000 |
| 13 | Jeanine Rao | Mario Nardone Jr. | Sibling | $4,250,000 |
| 14 | Duane Orloske as Personal Representative of the Estate of Sylvia Quinn | Margaret Orloske | Parent (Deceased) | $8,500,000 |
| 15 | Elizabeth O. Kenworthy | Virginia Ormiston | Child | $8,500,000 |
| 16 | James H. Kenworthy | Virginia Ormiston | Spouse | $12,500,000 |
| 17 | William O. Kenworthy | Virginia Ormiston | Child | $8,500,000 |
| 18 | Estrellita Ortiz a/k/a Estrellita Sanchez Ortiz | Paul Ortiz Jr. | Spouse | $12,500,000 |
| 19 | Paola Cepeda | Isidro D. Ottenwalder | Child | $8,500,000 |
| 20 | Felipe Oyola | Adianes Oyola | Spouse | $12,500,000 |
| 21 | Alyssa Palmer | Orio J. Palmer | Child | $8,500,000 |
| 22 | Deborah Palmer | Orio J. Palmer | Spouse | $12,500,000 |
| 23 | Keith Palmer | Orio J. Palmer | Child | $8,500,000 |
| 24 | Dana M. Runfola | Orio J. Palmer | Child | $8,500,000 |
| 25 | Sonia Lowe | Michael Parkes | Parent | $8,500,000 |
| 26 | Anya Monique Parkes | Michael Parkes | Sibling | $4,250,000 |
| 27 | Ralph Parkes | Michael Parkes | Parent | $8,500,000 |
| 28 | Alex M. Patrocino | Manuel D. Patrocino | Child | $8,500,000 |
| 29 | Patrizia Davis | Salvatore F. Pepe | Sibling | $4,250,000 |
| 30 | Anna Faustini as Personal Representative of the Estate of Anna Maria Allen | Salvatore F. Pepe | Sibling (Deceased) | $4,250,000 |
| 31 | Catherine Ng-Pepe | Salvatore F. Pepe | Spouse | $12,500,000 |
| 32 | Rosa Occhicone | Salvatore F. Pepe | Sibling | $4,250,000 |
| 33 | Genoveffa Palmieri | Salvatore F. Pepe | Sibling | $4,250,000 |
| 34 | Leonida R. Pepe | Salvatore F. Pepe | Sibling | $4,250,000 |

EX. A to *Moody-Theinert* Motion for Judgment on Damages

(Alphabetically by Last Name of 9/11 Decedent)

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 35 | Salvatore L. Pepe | Salvatore F. Pepe | Child | $8,500,000 |
| 36 | Rosemary Pepe as Personal Representative of the Estate of Antonio Pepe | Salvatore F. Pepe | Sibling (Deceased) | $4,250,000 |
| 37 | Antonio Perez | Anthony Perez | Parent | $8,500,000 |
| 38 | Brian Perez | Anthony Perez | Sibling | $4,250,000 |
| 39 | Maria Perez | Anthony Perez | Parent | $8,500,000 |
| 40 | Scott Perez | Anthony Perez | Sibling | $4,250,000 |
| 41 | Olivia Vilardi-Perez | Anthony Perez | Child | $8,500,000 |
| 42 | Dianne Lynn Hudder | William R. Peterson | Sibling | $4,250,000 |
| 43 | Robert M. Peterson as Personal Representative of the Estate of Robert Benjamin Peterson | William R. Peterson | Parent (Deceased) | $8,500,000 |
| 44 | Daniel T. Phelan | Kenneth Phelan | Child | $8,500,000 |
| 45 | Erin Phelan | Kenneth Phelan | Child | $8,500,000 |
| 46 | Kenneth J. Phelan Jr. | Kenneth Phelan | Child | $8,500,000 |
| 47 | Kimberly Phelan | Kenneth Phelan | Child | $8,500,000 |
| 48 | Patricia Phelan-Byrnes | Kenneth Phelan | Spouse | $12,500,000 |
| 49 | Mary Phelan-Cox | Kenneth Phelan | Sibling | $4,250,000 |
| 50 | Erin Cherubin | Zandra Marie Cooper Ploger (nee Flores) | Child | $8,500,000 |
| 51 | Gerald Thomas Flores | Zandra Marie Cooper Ploger (nee Flores) | Sibling | $4,250,000 |
| 52 | Gilbert Norman Flores | Zandra Marie Cooper Ploger (nee Flores) | Sibling | $4,250,000 |
| 53 | Zaneta Frances Flores | Zandra Marie Cooper Ploger (nee Flores) | Sibling | $4,250,000 |
| 54 | Zenda Flores Gutierrez-Klingenberg | Zandra Marie Cooper Ploger (nee Flores) | Sibling | $4,250,000 |
| 55 | Wendy L. Ploger, as Personal Representative of the Estate of Robert R. Ploger, III | Zandra Marie Cooper Ploger (nee Flores) | Spouse (Deceased) | $12,500,000 |
| 56 | Zena T. Wilderman | Zandra Marie Cooper Ploger (nee Flores) | Child | $8,500,000 |
| 57 | Zenda Gutierrez-Klingenberg, as Personal Representative of the Estate of Zandra Marie Ploger (nee Flores) | Robert R. Ploger III | Spouse (Deceased) | $12,500,000 |
| 58 | Marianne Ploger Hill | Robert R. Ploger III | Sibling | $4,250,000 |
| 59 | Daniel B. Ploger | Robert R. Ploger III | Sibling | $4,250,000 |
| 60 | Gregory Fiehrer Ploger | Robert R. Ploger III | Sibling | $4,250,000 |
| 61 | Marguerite Ploger | Robert R. Ploger III | Sibling | $4,250,000 |
| 62 | Wayne D. Ploger | Robert R. Ploger III | Sibling | $4,250,000 |
| 63 | Wendy Lynn Ploger | Robert R. Ploger III | Child | $8,500,000 |
| 64 | Wayne D. Ploger as Personal Representative of the Estate of Maj. General Robert R. Ploger, II | Robert R. Ploger III | Parent (Deceased) | $8,500,000 |

**EX. A to *Moody-Theinert* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 65 | David Potorti | James E. Potorti | Sibling | $4,250,000 |
| 66 | Monique Powell | Shawn E. Powell | Sibling | $4,250,000 |
| 67 | Teresa J. Pycior | Joseph J. Pycior | Spouse | $12,500,000 |
| 68 | JoAnn Boutureira | Harry Raines | Sibling | $4,250,000 |
| 69 | Joseph Raines | Harry Raines | Sibling | $4,250,000 |
| 70 | Mark S. Raines | Harry Raines | Sibling | $4,250,000 |
| 71 | Gloria Reinholtz | Harry Raines | Sibling | $4,250,000 |
| 72 | Ida Riese | Harry Raines | Sibling | $4,250,000 |
| 73 | Mark A. Jonas as Personal Representative of the Estate of Martha Magdalena Brunson | Martha M. Reszke | Parent (Deceased) | $8,500,000 |
| 74 | Michael Richard | Cecelia E. Richard | Spouse | $12,500,000 |

|  | Total |  | | $554,000,000.00 |
|---|---|---|---|---|