# EXHIBIT A

EX. A to *Rivelli* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Cheryl Rivelli | Joseph Rivelli Jr. | Spouse | $12,500,000 |
| 2 | Michael Rivelli | Joseph Rivelli Jr. | Sibling | $4,250,000 |
| 3 | Lynda Rivelli Wall | Joseph Rivelli Jr. | Sibling | $4,250,000 |
| 4 | Daniel Henry | Catherina Robinson | Sibling | $4,250,000 |
| 5 | Rita L. Ruback | Paul G. Ruback | Spouse | $12,500,000 |
| 6 | Leslie C. Ruben | Ronald J. Ruben | Sibling | $4,250,000 |
| 7 | Anthony Rubino | Joanne Rubino | Sibling | $4,250,000 |
| 8 | Antoinette Rubino | Joanne Rubino | Parent | $8,500,000 |
| 9 | Margaret Grigonis | Susan A. Ruggiero | Parent | $8,500,000 |
| 10 | Cyrina Morrison | Brock J. Safronoff | Sibling | $4,250,000 |
| 11 | Aaron Safronoff | Brock J. Safronoff | Sibling | $4,250,000 |
| 12 | Debra M. Safronoff | Brock J. Safronoff | Parent | $8,500,000 |
| 13 | Joel Safronoff | Brock J. Safronoff | Parent | $8,500,000 |
| 14 | Tara Safronoff | Brock J. Safronoff | Spouse | $12,500,000 |
| 15 | Shawn Saiya | Edward Saiya | Child | $8,500,000 |
| 16 | Katherine R. Schlosser | Edward Saiya | Child | $8,500,000 |
| 17 | Mary E. Salamone | John P. Salamone | Spouse | $12,500,000 |
| 18 | Deborah Rooney | John Sammartino | Spouse | $12,500,000 |
| 19 | Nicole Sammartino | John Sammartino | Child | $8,500,000 |
| 20 | Sonia Hernandez | Ayleen J. Santiago | Sibling | $4,250,000 |
| 21 | Jose A. Medina | Ayleen J. Santiago | Sibling | $4,250,000 |
| 22 | Julio Medina | Ayleen J. Santiago | Parent | $8,500,000 |
| 23 | Phaedra Savas | Anthony Savas | Spouse | $12,500,000 |
| 24 | Laurence Schlissel as Personal Representative of the Estate of Ruth Schlissel | Jon S. Schlissel | Parent (Deceased) | $8,500,000 |
| 25 | Jaclyn McManus | Gerard P. Schrang | Child | $8,500,000 |
| 26 | Denise Schrang | Gerard P. Schrang | Spouse | $12,500,000 |
| 27 | Katherine R. Krieger | Susan Lee Schuler | Sibling | $4,250,000 |
| 28 | Tevis Laspa | Susan Lee Schuler | Sibling | $4,250,000 |
| 29 | Elizabeth Schlehr | Margaret Seeliger | Sibling | $4,250,000 |
| 30 | Andrew T. Walier | Margaret Seeliger | Sibling | $4,250,000 |
| 31 | Arthur A. Walier | Margaret Seeliger | Parent | $8,500,000 |
| 32 | James M. Walier | Margaret Seeliger | Sibling | $4,250,000 |
| 33 | John P. Walier | Margaret Seeliger | Sibling | $4,250,000 |
| 34 | Joseph Walier | Margaret Seeliger | Sibling | $4,250,000 |
| 35 | Paul Walier | Margaret Seeliger | Sibling | $4,250,000 |
| 36 | Peter Joseph Walier | Margaret Seeliger | Sibling | $4,250,000 |

EX. A to *Rivelli* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 37 | Matthew Walier | Margaret Seeliger | Sibling | $4,250,000 |
| 38 | John Sigmund Sr. | Johanna Sigmund | Parent | $8,500,000 |
| 39 | Ruth Sigmund | Johanna Sigmund | Parent | $8,500,000 |
| 40 | John F. Signer | Dianne Signer | Sibling | $4,250,000 |
| 41 | Kenneth Signer | Dianne Signer | Sibling | $4,250,000 |
| 42 | Patricia Signer | Dianne Signer | Parent | $8,500,000 |
| 43 | Jill S. Polansky | Thomas E. Sinton III | Sibling | $4,250,000 |
| 44 | Sally Sinton | Thomas E. Sinton III | Sibling | $4,250,000 |
| 45 | Susan M. Sinton | Thomas E. Sinton III | Parent | $8,500,000 |
| 46 | Nakia Smith | Leon Smith | Child | $8,500,000 |
| 47 | Tiffany Smith | Leon Smith | Child | $8,500,000 |
| 48 | Yolanda Smith-Purdy | Leon Smith | Child | $8,500,000 |
| 49 | Mary Elizabeth Reddy | Moira A. Smith | Sibling | $4,250,000 |
| 50 | Patricia S. Rafter as Personal Representative of the Estate of Thomas J. Smithwick | Bonnie Smithwick | Spouse (Deceased) | $12,500,000 |
| 51 | Peter Shihadeh | Bonnie Smithwick | Sibling | $4,250,000 |
| 52 | James W. Smithwick | Bonnie Smithwick | Child | $8,500,000 |
| 53 | Katharine E. Smithwick | Bonnie Smithwick | Child | $8,500,000 |
| 54 | Michael Spampinato as Personal Representative of the Estate of Mary Spampinato | Donald F. Spampinato | Parent (Deceased) | $8,500,000 |
| 55 | Barbara Carroll Spence | Maynard S. Spence | Spouse | $12,500,000 |
| 56 | Vincent A. Statz | Patricia J. Statz | Parent | $8,500,000 |
| 57 | Leslie A. Intindoli | Steven Strauss | Sibling | $4,250,000 |
| 58 | Leslie A. Intindoli as Personal Representative of the Estate of Albert Strauss | Steven Strauss | Parent (Deceased) | $8,500,000 |
| 59 | Leslie A. Intindoli as Personal Representative of the Estate of Theresa Strauss | Steven Strauss | Parent (Deceased) | $8,500,000 |
| 60 | James R. Sullivan | Christopher P. Sullivan | Parent | $8,500,000 |
| 61 | Joan R. Sullivan | Christopher P. Sullivan | Parent | $8,500,000 |
| 62 | Kevin M. Sullivan | Christopher P. Sullivan | Sibling | $4,250,000 |
| 63 | Matthew J. Sullivan | Christopher P. Sullivan | Sibling | $4,250,000 |
| 64 | Peter Q. Sullivan | Christopher P. Sullivan | Sibling | $4,250,000 |
| 65 | Robert J. Sullivan | Christopher P. Sullivan | Sibling | $4,250,000 |
| 66 | Joan Wolffer | Christopher P. Sullivan | Sibling | $4,250,000 |
| 67 | Frances Swift | Thomas F. Swift | Parent | $8,500,000 |
| 68 | James S. Swift | Thomas F. Swift | Sibling | $4,250,000 |
| 69 | Patrick T. Swift | Thomas F. Swift | Sibling | $4,250,000 |
| 70 | Peter T. Swift Jr. | Thomas F. Swift | Sibling | $4,250,000 |
| 71 | Octavia Bangura | Hilda E. Taylor | Child | $8,500,000 |

**EX. A to *Rivelli* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|-------------------|-----------------------|-------------------------------------------|------------------|
| 72 | Yvette Jones      | Hilda E. Taylor       | Sibling                                   | $4,250,000       |
| 73 | Edna Mbayo        | Hilda E. Taylor       | Sibling                                   | $4,250,000       |
| 74 | Dennis Stafford   | Hilda E. Taylor       | Child                                     | $8,500,000       |
| 75 | George O. Taylor  | Hilda E. Taylor       | Sibling                                   | $4,250,000       |

|   | Total |   | $516,250,000.00 |
|---|-------|---|-----------------|