# EXHIBIT A

EX. A to *Jimenez* Motion for Judgment on Damages

(Alphabetically by Last Name of 9/11 Decedent)

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Alexander Jimenez | Eliezer Jimenez (Jr.) | Sibling | $4,250,000 |
| 2 | Eliezer S. Jimenez Sr. | Eliezer Jimenez (Jr.) | Parent | $8,500,000 |
| 3 | Elizabeth Jimenez | Eliezer Jimenez (Jr.) | Sibling | $4,250,000 |
| 4 | Erick Jimenez | Eliezer Jimenez (Jr.) | Sibling | $4,250,000 |
| 5 | Genesis Belinda Jimenez | Eliezer Jimenez (Jr.) | Child | $8,500,000 |
| 6 | Jonathan Jimenez | Eliezer Jimenez (Jr.) | Child | $8,500,000 |
| 7 | Melissa Jimenez | Eliezer Jimenez (Jr.) | Child | $8,500,000 |
| 8 | Rosa Jimenez | Eliezer Jimenez (Jr.) | Spouse | $12,500,000 |
| 9 | Anthony Salas | Eliezer Jimenez (Jr.) | Child | $8,500,000 |
| 10 | Craig Griffin | Lisa Kearney-Griffin | Spouse | $12,500,000 |
| 11 | Lorraine Griffin | Lisa Kearney-Griffin | Child | $8,500,000 |
| 12 | Christine Keating | Paul Hanlon Keating | Sibling | $4,250,000 |
| 13 | Cornelius H. Keating | Paul Hanlon Keating | Sibling | $4,250,000 |
| 14 | Cornelius J. Keating | Paul Hanlon Keating | Parent | $8,500,000 |
| 15 | Jeffrey Keating | Paul Hanlon Keating | Sibling | $4,250,000 |
| 16 | Kathleen A. Matthews | Paul Hanlon Keating | Sibling | $4,250,000 |
| 17 | Robert Lee Hunter | Brenda Kegler | Sibling | $4,250,000 |
| 18 | Lev Khalif | Boris Khalif | Parent | $8,500,000 |
| 19 | Andre LaFrance | Alan LaFrance | Sibling | $4,250,000 |
| 20 | Steven LaFrance | Alan LaFrance | Sibling | $4,250,000 |
| 21 | Annmarie Williams | Alan LaFrance | Sibling | $4,250,000 |
| 22 | Rebecca Lightbourn as Personal Representative of the Estate of Raymond Lightbourn, Sr. | Samantha Lightbourn-Allen | Parent (Deceased) | $8,500,000 |
| 23 | Vincent Linnane | Robert T. Linnane | Sibling | $4,250,000 |
| 24 | Bernard Lopes | Salvatore Lopes | Sibling | $4,250,000 |
| 25 | Antoinette Solowsky | Salvatore Lopes | Sibling | $4,250,000 |
| 26 | Carolyn DeRosier | James T. Lynch | Sibling | $4,250,000 |
| 27 | Judith "Judy" M. Hesse | James T. Lynch | Sibling | $4,250,000 |
| 28 | Judith "Judy" M. Hesse as Personal Representative of the Estate of Michael B. Lynch | James T. Lynch | Sibling (Deceased) | $4,250,000 |
| 29 | Brenda Lynch | James T. Lynch | Spouse | $12,500,000 |
| 30 | Paul Thomas Lynch | James T. Lynch | Child | $8,500,000 |
| 31 | Maureen MacDonald | James T. Lynch | Sibling | $4,250,000 |
| 32 | Kathleen E. Zetscher | James T. Lynch | Sibling | $4,250,000 |
| 33 | Andrew Magazine | Jay R. Magazine | Child | $8,500,000 |
| 34 | Michele Magazine | Jay R. Magazine | Sibling | $4,250,000 |

**EX. A to *Jimenez* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 35 | Susan Lori Magazine | Jay R. Magazine | Spouse | $12,500,000 |
| 36 | Ali Mohamed Malahi | Abdu Ali Malahi | Parent | $8,500,000 |
| 37 | Jordan Maldonado | Myrna Maldonado-Agosto | Child | $8,500,000 |
| 38 | Frances Mercado | Myrna Maldonado-Agosto | Sibling | $4,250,000 |
| 39 | Catherine Mascali as Personal Representative of the Estate of Arnold Mascali, Sr. | Joseph A. Mascali | Parent (Deceased) | $8,500,000 |
| 40 | Sherman Acker | Ada L. Mason | Spouse | $12,500,000 |
| 41 | Annie Harris | Ada L. Mason | Sibling | $4,250,000 |
| 42 | JoAnn Wilson-Johnson | Ada L. Mason | Sibling | $4,250,000 |
| 43 | Jimmie L. Willson | Ada L. Mason | Sibling | $4,250,000 |
| 44 | Jean Neal a/k/a Elvin Jean Neal, as Personal Representative of the Estate of Katie I. Mattic | Margaret E. Mattic | Parent (Deceased) | $8,500,000 |
| 45 | Donald Mauro | Nancy Mauro | Spouse | $12,500,000 |
| 46 | Anne McCloskey | Katie M. McCloskey | Parent | $8,500,000 |
| 47 | Noah R. McCloskey | Katie M. McCloskey | Sibling | $4,250,000 |
| 48 | Linda D. May | Thomas McHale | Sibling | $4,250,000 |
| 49 | Elizabeth ("Beth") McCarthy (nee McHale) | Thomas McHale | Sibling | $4,250,000 |
| 50 | Joseph M. McHale | Thomas McHale | Sibling | $4,250,000 |
| 51 | Kevin J. McHale | Thomas McHale | Sibling | $4,250,000 |
| 52 | John F. McHale Jr. a/k/a Jack McHale | Thomas McHale | Sibling | $4,250,000 |
| 53 | Julie E. McMahon | Robert D. McMahon | Spouse | $12,500,000 |
| 54 | Mathew McMahon | Robert D. McMahon | Child | $8,500,000 |
| 55 | Julie E. McMahon, as Natural Guardian of PM | Robert D. McMahon | Child (Minor) | $8,500,000 |
| 56 | Yaritza Franco Estudillo | Antonio Melendez | Child | $8,500,000 |
| 57 | Daisy N. Melendez | Antonio Melendez | Child | $8,500,000 |
| 58 | Saul Melendez-Hernandez | Antonio Melendez | Child | $8,500,000 |
| 59 | Erik F. Melnichenko | Yelena Melnichenko | Child | $8,500,000 |
| 60 | Mary Cooper | Wesley Mercer | Sibling | $4,250,000 |
| 61 | Mary Cooper as Personal Representative of the Estate of Elizabeth M. Parker | Wesley Mercer | Sibling (Deceased) | $4,250,000 |
| 62 | Linda Loran | Wesley Mercer | Child | $8,500,000 |
| 63 | Jackie J. Mercer | Wesley Mercer | Sibling | $4,250,000 |
| 64 | Queen Mercer | Wesley Mercer | Spouse | $12,500,000 |
| 65 | Katherine Miller | Douglas C. Miller | Child | $8,500,000 |

| Total | $444,250,000.00 |
|---|---|