# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

<u>Via ECF and Hand Delivery</u>         August 12, 2019

The Honorable George B. Daniels
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

>     Re:   In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN);
>           *DeRubbio et al. v. Islamic Republic of Iran*, 1:18-cv-05306 (GBD) (SN);
>           *Agyeman, et al. v. Islamic Republic of Iran*, 1:18-cv-5320 (GBD) (SN);
>           *Morris, et al. v. Islamic Republic of Iran*, 1:18-cv-5321 (GBD) (SN);
>           *Schlissel, et al. v. Islamic Republic of Iran*, 1:18-cv-5331 (GBD) (SN);
>           *Kamardinova, et al. v. Islamic Republic of Iran*, 1:18-cv-5339 (GBD) (SN);
>           *Ades, et al. v. Islamic Republic of Iran*, 1:18-cv-7306 (GBD) (SN)

Dear Judge Daniels:

Enclosed are courtesy copies for chambers of the Motions to Substitute Parties, filed by the *Kamardinova and Agyeman* Plaintiffs, the Motions for Leave to Amend to Correct Typographical Errors, filed by the *DeRubbio*, *Agyeman*, *Morris*, *Schlissel, Kamardinova* and *Ades* Plaintiffs, and the Motions for Partial Final Judgment (Damages), filed by the *DeRubbio*, *Agyeman*, *Morris*, *Schlissel, Kamardinova* and *Ades* Plaintiffs.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Jerry S. Goldman

Jerry S. Goldman, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Telephone:  212-278-1000
Email: jgoldman@andersonkill.com

*Attorney for the Plaintiffs*

**Anderson Kill P.C.**

The Honorable George B. Daniels
August 12, 2019
Page 2

cc: The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

All counsel *via ECF*