# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army*, et al., 02-CV-6977 (GBD)(FM)

[proposed] ORDER

Upon consideration of the Notice of Motion to Vacate Default Judgment and declaration of James P. Kreindler, attorney for the *Ashton* wrongful death Plaintiffs in the above-captioned action, it is hereby;

**ORDERED** that final judgment for solatium damages entered on behalf of Patrick J. Mullan in the Court's August 15, 2019 Final Order of Judgment (ECF No. 4880 at 32, line 25) against the Islamic Republic of Iran is vacated;

**ORDERED** that the modified Exhibit B removing Patrick J. Mullan is hereby adopted; and it is hereby

**ORDERED** that the Court's August 15, 2019 Final Order of Judgment (ECF No. 4880) remains otherwise in force and that all other final judgments awarded to the *Ashton* Plaintiffs identified in the August 15, 2019 Order docketed at ECF No. 4880 remain in effect.

Dated:   New York, New York
                    , 2019

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE