UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:

*Laurence Schlissel et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD) (SN)

### [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran, ("Iran") entered on June 21, 2019 (03-md-1570, ECF No. 4598), together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Laurence Schlissel et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN)* not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
       AUG 1 9 2019  2019

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

EX. A to *Schlissel* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Laurence Schlissel | Jon S. Schlissel | Sibling | $4,250,000 |
| 2 | Jude Laspa | Susan Lee Schuler | Sibling | $4,250,000 |
| 3 | Ted Slanker | Susan Lee Schuler | Child | $8,500,000 |
| 4 | Sandra Slanker-Isenberg | Susan Lee Schuler | Child | $8,500,000 |
| 5 | Bruce Seeliger | Margaret Seeliger | Spouse | $12,500,000 |
| 6 | Jahnan Shajahan | Mohammed Shajahan | Child | $8,500,000 |
| 7 | Layla Shajahan | Mohammed Shajahan | Child | $8,500,000 |
| 8 | Shirin Shajahan | Mohammed Shajahan | Child | $8,500,000 |
| 9 | Yusuf Shajahan | Mohammed Shajahan | Child | $8,500,000 |
| 10 | Christopher Davidson | Kathryn A. Shatzoff | Sibling | $4,250,000 |
| 11 | Francis Shea | Daniel Shea | Sibling | $4,250,000 |
| 12 | Kathleen Shea | Daniel Shea | Sibling | $4,250,000 |
| 13 | Thomas J. Shea | Daniel Shea | Sibling | $4,250,000 |
| 14 | Francis Shea | Joseph Shea | Sibling | $4,250,000 |
| 15 | Kathleen Shea | Joseph Shea | Sibling | $4,250,000 |
| 16 | Thomas J. Shea | Joseph Shea | Sibling | $4,250,000 |
| 17 | Charles Clarke | Antionette Sherman | Parent | $8,500,000 |
| 18 | Eloise Clarke | Antionette Sherman | Parent | $8,500,000 |
| 19 | John Sigmund | Johanna Sigmund | Sibling | $4,250,000 |
| 20 | Kenneth Sikorsky | Gregory Sikorsky | Sibling | $4,250,000 |
| 21 | Jennifer Simon Berardi | Arthur Simon | Child | $8,500,000 |
| 22 | Mandy Exantus | Arthur Simon | Child | $8,500,000 |
| 23 | Stanley Simon | Arthur Simon | Sibling | $4,250,000 |
| 24 | Susan Simon | Arthur Simon | Spouse | $12,500,000 |
| 25 | Todd Simon | Arthur Simon | Child | $8,500,000 |
| 26 | Marilyn Smith Pusey | Leon Smith | Spouse | $12,500,000 |
| 27 | Irene Smith | Leon Smith | Parent | $8,500,000 |
| 28 | Jasmine Michele Smith | Leon Smith | Child | $8,500,000 |
| 29 | James Smith | Moira A. Smith | Spouse | $12,500,000 |
| 30 | Patricia Mary Smith | Moira A. Smith | Child | $8,500,000 |
| 31 | Joanne Messina | Michael C. Sorresse | Sibling | $4,250,000 |
| 32 | Catherine Ricciardelli | Michael C. Sorresse | Spouse | $12,500,000 |
| 33 | Leonard M. Sorresse Jr. | Michael C. Sorresse | Sibling | $4,250,000 |
| 34 | Leonard M. Sorresse Sr. | Michael C. Sorresse | Parent | $8,500,000 |
| 35 | Maria Sorresse | Michael C. Sorresse | Parent | $8,500,000 |
| 36 | Nicholas Sorresse | Michael C. Sorresse | Sibling | $4,250,000 |
| 37 | Linda E. Spampinato a/k/a Linda E. Melville | Donald F. Spampinato | Sibling | $4,250,000 |

EX. A to *Schlissel* Motion for Judgment on Damages

(*Alphabetically by Last Name of 9/11 Decedent*)

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 38 | Michael Spampinato | Donald F. Spampinato | Sibling | $4,250,000 |
| 39 | Kristina Spence | Maynard S. Spence | Child | $8,500,000 |
| 40 | Shannon Spence | Maynard S. Spence | Child | $8,500,000 |
| 41 | Dorothy Mullis | Maynard S. Spence | Sibling | $4,250,000 |
| 42 | Daniel Carroll | Patricia J. Statz | Child | $8,500,000 |
| 43 | David Carroll | Patricia J. Statz | Spouse | $12,500,000 |
| 44 | Erick Carroll | Patricia J. Statz | Child | $8,500,000 |
| 45 | Pamela Statz | Patricia J. Statz | Sibling | $4,250,000 |
| 46 | Phil Statz | Patricia J. Statz | Sibling | $4,250,000 |
| 47 | Gloria Darrisaw | Edna L. Stephens | Sibling | $4,250,000 |
| 48 | Eunice W. Hendrix | Edna L. Stephens | Sibling | $4,250,000 |
| 49 | Betty Jo Hill | Edna L. Stephens | Sibling | $4,250,000 |
| 50 | Brenda Stephens Pyant | Edna L. Stephens | Sibling | $4,250,000 |
| 51 | Eddie Stephens | Edna L. Stephens | Sibling | $4,250,000 |
| 52 | Marvin Stephens | Edna L. Stephens | Sibling | $4,250,000 |
| 53 | Mary L. Stephens | Edna L. Stephens | Sibling | $4,250,000 |
| 54 | Barbara Stephens-Cobb | Edna L. Stephens | Sibling | $4,250,000 |
| 55 | Torrass Allen-Stephens | Edna L. Stephens | Child | $8,500,000 |
| 56 | Eric Stoller | Sanford M. Stoller | Child | $8,500,000 |
| 57 | Glen Stoller | Sanford M. Stoller | Child | $8,500,000 |
| 58 | Trudy Stoller | Sanford M. Stoller | Spouse | $12,500,000 |
| 59 | Derek Strauss | Steven Strauss | Child | $8,500,000 |
| 60 | Melanie Strauss | Steven Strauss | Child | $8,500,000 |
| 61 | Jean Strauss a/k/a Jeannie Strauss | Steven Strauss | Spouse | $12,500,000 |
| 62 | Jill Marsella | Thomas F. Swift | Spouse | $12,500,000 |
| 63 | Elina Shirolkar | Harshad S. Thatte | Child | $8,500,000 |
| 64 | Kathleen Thompson | Brian T. Thompson | Spouse | $12,500,000 |
| 65 | Daniel Thompson | Brian T. Thompson | Child | $8,500,000 |
| 66 | Giovanni McKenzie | Vanavah Thompson | Sibling | $4,250,000 |
| 67 | Saundra Faye Woolen | Tamara Thurman | Parent | $8,500,000 |
| 68 | Teresa Traina | Christopher M Traina | Parent | $8,500,000 |
| 69 | Salvatore Traina | Christopher M. Traina | Parent | $8,500,000 |
| 70 | Theresa Corio | Diane M. Urban | Sibling | $4,250,000 |
| 71 | Ann Van Hine | Richard B. Van Hine | Spouse | $12,500,000 |
| 72 | Meghan Sensenig | Richard B. Van Hine | Child | $8,500,000 |
| 73 | Emily Small | Richard B. Van Hine | Child | $8,500,000 |
| 74 | Vasanta Velamuri | Sankara Velamuri | Spouse | $12,500,000 |
| 75 | Ramon Velazquez | Jorge L. Velazquez | Child | $8,500,000 |

EX. A to *Schlissel* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 76 | Carmen Guzman | David Vera | Parent | $8,500,000 |
| 77 | Migdalia Lopez | David Vera | Sibling | $4,250,000 |
| 78 | Anthony Vola | Maria P. Vola | Sibling | $4,250,000 |
| 79 | Clotilda Vola | Maria P. Vola | Sibling | $4,250,000 |
| 80 | Kim Wagner | Karen J. Wagner | Sibling | $4,250,000 |
| 82 | Warren Wagner | Karen J. Wagner | Sibling | $4,250,000 |
| 83 | Karl Wagner | Karen J. Wagner | Sibling | $4,250,000 |
| 84 | Andrea Treble | Gabriela Waisman | Sibling | $4,250,000 |
| 85 | Armando Waisman | Gabriela Waisman | Parent | $8,500,000 |
| 86 | Marta Waisman | Gabriela Waisman | Parent | $8,500,000 |
| 87 | Rebecca Wald Clemento | Victor Wald | Spouse | $12,500,000 |
| 88 | Daniella Wald Spielman | Victor Wald | Child | $8,500,000 |
| 89 | Alexandra Wald | Victor Wald | Child | $8,500,000 |
| 90 | Robert Wallace | Robert F. Wallace | Child | $8,500,000 |
| 91 | Angela Watson Cucciniello | Kenneth Watson | Child | $8,500,000 |
| 92 | Andrew Watson | Kenneth Watson | Parent | $8,500,000 |
| 93 | Carmella Watson | Kenneth Watson | Parent | $8,500,000 |
| 94 | Christopher Watson | Kenneth Watson | Child | $8,500,000 |
| 95 | Gary Watson | Kenneth Watson | Child | $8,500,000 |
| 96 | Glenn Watson | Kenneth Watson | Sibling | $4,250,000 |
| 97 | James Watson | Kenneth Watson | Sibling | $4,250,000 |
| 98 | Kenneth Watson, Jr. | Kenneth Watson | Child | $8,500,000 |
| 99 | Susan Watson | Kenneth Watson | Spouse | $12,500,000 |
| 100 | Tina Watson-Tirabassi | Kenneth Watson | Sibling | $4,250,000 |
| 101 | Enid White | John White | Spouse | $12,500,000 |
| 102 | Maxine White | John White | Child | $8,500,000 |
| 103 | Wakeland Higgins | Malissa White | Spouse | $12,500,000 |
| 104 | Phillip White | Malissa White | Sibling | $4,250,000 |
| 105 | Hilda Ventura | Wayne White | Sibling | $4,250,000 |
| 106 | Kathleen Wik | William Wik | Sibling | $4,250,000 |
| 107 | Thomas C. Wik | William Wik | Sibling | $4,250,000 |
| 108 | Raphael Wik | William Wik | Sibling | $4,250,000 |
| 109 | Christopher Wong | Yuk Ping Wong | Child | $8,500,000 |
| 110 | Eddie Wong | Yuk Ping Wong | Child | $8,500,000 |
| 111 | Fahim Chowdhury | Shakila Yasmin | Sibling | $4,250,000 |
| 112 | Sharif Chowdhury | Shakila Yasmin | Parent | $8,500,000 |
| 113 | Showkatara Sharif | Shakila Yasmin | Parent | $8,500,000 |
| 114 | William Youmans | Suzanne Youmans | Sibling | $4,250,000 |

EX. A to *Schlissel* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 115 | Edmond Young Sr. | Edmond G. Young Jr. | Parent | $8,500,000 |
| 116 | Margaret Young | Edmond G. Young Jr. | Parent | $8,500,000 |
| 117 | Markia Young | Edmond G. Young Jr. | Sibling | $4,250,000 |
| 118 | Marvene Young | Edmond G. Young Jr. | Sibling | $4,250,000 |
| 119 | Stephan Young | Edmond G. Young Jr. | Child | $8,500,000 |
| 120 | Michael Zampieri | Robert A. Zampieri | Sibling | $4,250,000 |
| 121 | Jeannie Schlesinger | Robert A. Zampieri | Sibling | $4,250,000 |
| 122 | Jack Zelmanowitz | Abraham Zelmanowitz | Sibling | $4,250,000 |

|  | Total |  | | $871,500,000.00 |
|---|---|---|---|---|