# EXHIBIT A

## EX. A to *O'Neill* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Carol O'Neill | John P. O'Neill, Sr. | Child | $8,500,000 |
| 2 | Christine O'Neill | John P. O'Neill, Sr. | Spouse | $12,500,000 |
| 3 | Christine O'Neill, as Personal Representative of the Estate of Dorothy O'Neill | John P. O'Neill, Sr. | Parent (Deceased) | $8,500,000 |
| 4 | Christine O'Neill, as Personal Representative of the Estate of John F. O'Neill | John P. O'Neill, Sr. | Parent (Deceased) | $8,500,000 |
| 5 | John P. O'Neill, Jr. | John P. O'Neill, Sr. | Child | $8,500,000 |

| | Total | | | $46,500,000.00 |
|---|---|---|---|---|