# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*O'Neill et al. v. The Republic of Iraq*, No. 1:04-cv-01076 (GBD) (SN)

## [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Partial Final Judgment, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran, ("Iran") entered on August 31, 2015 (03-md-1570, ECF No. 3022), together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *O'Neill et al. v. The Republic of Iraq, No. 1:04-cv-01076 (GBD) (SN)* not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
_____ , 2019

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**EX. A to *O'Neill* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Carol O'Neill | John P. O'Neill, Sr. | Child | $8,500,000 |
| 2 | Christine O'Neill | John P. O'Neill, Sr. | Spouse | $12,500,000 |
| 3 | Christine O'Neill, as Personal Representative of the Estate of Dorothy O'Neill | John P. O'Neill, Sr. | Parent (Deceased) | $8,500,000 |
| 4 | Christine O'Neill, as Personal Representative of the Estate of John F. O'Neill | John P. O'Neill, Sr. | Parent (Deceased) | $8,500,000 |
| 5 | John P. O'Neill, Jr. | John P. O'Neill, Sr. | Child | $8,500,000 |

|   | Total |   |   | $46,500,000.00 |
|---|---|---|---|---|