# Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Beyer, Paul M. | Beyer, Arlene | Spouse | $12,500,000.00 |
| 2 | Beyer, Paul M. | Beyer, Jane | Sibling | $4,250,000.00 |
| 3 | Beyer, Paul M. | Beyer, Mark | Sibling | $4,250,000.00 |
| 4 | Beyer, Paul M. | Beyer, Michael | Child | $8,500,000.00 |
| 5 | Beyer, Paul M. | Beyer, Shawn | Child | $8,500,000.00 |
| 6 | Esposito, Michael | Esposito, Denise | Spouse | $12,500,000.00 |
| 7 | Garcia, Jr., Andrew | Garcia, Kenneth | Sibling | $4,250,000.00 |
| 8 | Gardner, Thomas | Gardner, Amy | Child | $8,500,000.00 |
| 9 | Gardner, Thomas | Gardner, Margaret | Parent | $8,500,000.00 |
| 10 | Gardner, Thomas | Gardner, Joseph | Sibling | $4,250,000.00 |
| 11 | Johnston, Jr., William | Cuff, Diane | Sibling | $4,250,000.00 |
| 12 | Johnston, Jr., William | Johnston, Robert | Sibling | $4,250,000.00 |
| 13 | Johnston, Jr., William | Sciurba, Christine | Sibling | $4,250,000.00 |
| 14 | Leahy, James P. | Leahy, Daniel | Child | $8,500,000.00 |
| 15 | Leahy, James P. | Leahy, John | Child | $8,500,000.00 |
| 16 | Leahy, James P. | Leahy, Jr., James | Child | $8,500,000.00 |
| 17 | Leahy, James P. | Leahy, Marcela | Spouse | $12,500,000.00 |
| 18 | Ross, Richard | Ross Goodman, Abigail | Child | $8,500,000.00 |
| 19 | Ross, Richard | Ross, Alison | Child | $8,500,000.00 |
| 20 | Ross, Richard | Ross, Franklin | Child | $8,500,000.00 |
| 21 | Suarez, Ramon | Suarez, Carmen | Spouse | $12,500,000.00 |
| 22 | Suarez, Ramon | Suarez, Jillian | Child | $8,500,000.00 |