| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EXHIBIT A ||||||||||| 
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Vincent | | Abate | | Elaine | | Abate | | Parent | $ 8,500,000.00 |
| 2 | Paul | Andrew | Acquaviva | | Courtney | Lizabeth | Acquaviva | | Spouse | $ 12,500,000.00 |
| 3 | Paul | Andrew | Acquaviva | | Sarah | Lizabeth | Acquaviva | | Child | $ 8,500,000.00 |
| 4 | Stephen | George | Adams | | Jessica | | Murrow-Adams | | Spouse | $ 12,500,000.00 |
| 5 | Daniel | Thomas | Afflitto | Sr. | Stacey | | Afflitto-Wain | | Spouse | $ 12,500,000.00 |
| 6 | Calixto | | Anaya | Jr. | Rebecca | Rose | Anaya | | Child | $ 8,500,000.00 |
| 7 | Calixto | | Anaya | Jr. | Brandon | Michael | Anaya | | Child | $ 8,500,000.00 |
| 8 | Kermit | C. | Anderson | | Jill | Elva Grashof | Anderson | | Spouse | $ 12,500,000.00 |
| 9 | Frank | Thomas | Aquilino | | Jill | | Walton | | Sibling | $ 4,250,000.00 |
| 10 | Eustace | R. | Bacchus | | Carla | Nicole | Bacchus | | Child | $ 8,500,000.00 |
| 11 | Diane | | Barry | | Edmund | William | Barry | | Spouse | $ 12,500,000.00 |
| 12 | Jasper | | Baxter | | Lillian | | Baxter | | Spouse | $ 12,500,000.00 |
| 13 | Manette | M. | Beckles | | Edward | C. | Williams | | Spouse | $ 12,500,000.00 |
| 14 | Debbie | | Bellows | | Sean | | Bellows | | Spouse | $ 12,500,000.00 |
| 15 | Bryan | Craig | Bennett | | Lourdes | Bennett | O'Connor | | Sibling | $ 4,250,000.00 |
| 16 | James | P. | Berger | | Alexander | Michael | Berger | | Child | $ 8,500,000.00 |
| 17 | James | P. | Berger | | Nicholas | James | Berger | | Child | $ 8,500,000.00 |
| 18 | James | P. | Berger | | Christian | Daniel | Berger | | Child | $ 8,500,000.00 |
| 19 | James | P. | Berger | | Suzanne | Jacqueline | Berger | | Spouse | $ 12,500,000.00 |
| 20 | Timothy | D. | Betterly | | Samantha | Rose | Betterly | | Child | $ 8,500,000.00 |
| 21 | Timothy | D. | Betterly | | Christine | Noel | Betterly | | Child | $ 8,500,000.00 |
| 22 | Christopher | | Blackwell | | Jane | Elizabeth | Blackwell | | Spouse | $ 12,500,000.00 |
| 23 | Kelly | Ann | Booms | | Matthew | H. | Booms | | Sibling | $ 4,250,000.00 |
| 24 | Kelly | Ann | Booms | | Thomas | E. | Booms | | Sibling | $ 4,250,000.00 |
| 25 | Carol | Marie | Bouchard | | Frederick | Earl | Bouchard | Jr. | Spouse | $ 12,500,000.00 |
| 26 | Kevin | Leah | Bowser | | Stephanie | Ayn | Bowser | | Spouse | $ 12,500,000.00 |
| 27 | Nicholas | W. | Brandemarti | | Nicole | Michele | Walsh | | Sibling | $ 4,250,000.00 |
| 28 | Patrick | J. | Brown | | Michael | Everett | Brown | | Sibling | $ 4,250,000.00 |
| 29 | Thomas | E. | Burnett | Jr. | Anna | Clare | Burnett | | Child | $ 8,500,000.00 |
| 30 | Thomas | E. | Burnett | Jr. | Halley | Elizabeth | Burnett | | Child | $ 8,500,000.00 |
| 31 | Thomas | E. | Burnett | Jr. | Madison | Margaret | Burnett | | Child | $ 8,500,000.00 |
| 32 | Joseph | M. | Calandrillo | | Deborah | | Calandrillo | | Spouse | $ 12,500,000.00 |
| 33 | Michael | F. | Cammarata | | Joseph | Michael | Cammarata | | Parent | $ 8,500,000.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | EXHIBIT A | | | |
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 34 | Michael | F. | Cammarata | | Kimberly | Dawn | Cammarata | | Sibling | $ 4,250,000.00 |
| 35 | Michael | F. | Cammarata | | Joseph | | Cammarata | Jr. | Sibling | $ 4,250,000.00 |
| 36 | Stephen | J. | Cangialosi | | Karen | D. | Cangialosi | | Spouse | $ 12,500,000.00 |
| 37 | Stephen | J. | Cangialosi | | Jeffrey | S. | Cangialosi | | Child | $ 8,500,000.00 |
| 38 | Stephen | J. | Cangialosi | | Peter | T. | Cangialosi | | Child | $ 8,500,000.00 |
| 39 | Brian | | Cannizzaro | | Carol | A. | Cannizzaro (Estate of) | | Parent | $ 8,500,000.00 |
| 40 | William | Otto | Caspar | | Charles | L. | Caspar (Estate of) | Jr. | Sibling | $ 4,250,000.00 |
| 41 | Stephen | Patrick | Cherry | | Mary | Ellen | Cherry | | Spouse | $ 12,500,000.00 |
| 42 | Kirsten | L. | Christophe | | Charles | | Christophe | | Spouse | $ 12,500,000.00 |
| 43 | Kirsten | L. | Christophe | | Gretchen | Dagmar | Christophe | | Child | $ 8,500,000.00 |
| 44 | Wai | C. | Chung | | Julie | Man Yee | Tam | | Sibling | $ 4,250,000.00 |
| 45 | James | Durward | Cleere | | Jean | Lorraine | Cleere | | Spouse | $ 12,500,000.00 |
| 46 | Mark | J. | Colaio | | June | | Coppola | | Spouse | $ 12,500,000.00 |
| 47 | Michel | Paris | Colbert | | Elizabeth | Jane | Todd-Colbert | | Spouse | $ 12,500,000.00 |
| 48 | Scott | Thomas | Coleman | | Jean | | Coleman | | Parent | $ 8,500,000.00 |
| 49 | Scott | Thomas | Coleman | | Neil | Keith | Coleman | | Parent | $ 8,500,000.00 |
| 50 | Dennis | Michael | Cook | | Dana | Emily | Donohue | | Spouse | $ 12,500,000.00 |
| 51 | Gerard | J. | Coppola | | Pui | Yee | Coppola | | Spouse | $ 12,500,000.00 |
| 52 | Gerard | J. | Coppola | | Angela | P. | Rapoport | | Child | $ 8,500,000.00 |
| 53 | Martin | | Coughlan | | Orla | | Bowie | | Child | $ 8,500,000.00 |
| 54 | Martin | | Coughlan | | Ailish | | Coughlan | | Child | $ 8,500,000.00 |
| 55 | Martin | | Coughlan | | Sinead | | Coughlan | | Child | $ 8,500,000.00 |
| 56 | Christopher | Seton | Cramer | | Marilyn | Elizabeth | Cramer | | Parent | $ 8,500,000.00 |
| 57 | Thomas | G. | Crotty | | James | G. | Crotty | | Sibling | $ 4,250,000.00 |
| 58 | Welles | Remy | Crowther | | Jefferson | Hay | Crowther (Estate of) | | Parent | $ 8,500,000.00 |
| 59 | Thelma | | Cuccinello | | Albert | C. | Cuccinello (Estate of) | | Parent | $ 8,500,000.00 |
| 60 | Richard | J. | Cudina | | Georgia | Barbara | Cudina | | Spouse | $ 12,500,000.00 |
| 61 | Thomas | A. | Damaskinos | | Jessica | | Damaskinos | | Child | $ 8,500,000.00 |
| 62 | Edward | A. | D'Atri | | Anthony | Joseph | D'Atri | | Child | $ 8,500,000.00 |
| 63 | Edward | A. | D'Atri | | Michael | Edward | D'Atri | | Child | $ 8,500,000.00 |
| 64 | Edward | A. | D'Atri | | Linda | | D'Atri-Potenza | | Spouse | $ 12,500,000.00 |
| 65 | Scott | | Davidson | | Michael | G. | Davidson | | Sibling | $ 4,250,000.00 |
| 66 | Robert | J. | DeAngelis | Jr. | Denise | | DeAngelis | | Spouse | $ 12,500,000.00 |

| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 67 | Paul | | DeCola | | Virginia | Marie | Bowrosen | | Spouse | $ 12,500,000.00 |
| 68 | Michael | Jude | D'Esposito | | Grace | Elizabeth | Lieberman | | Spouse | $ 12,500,000.00 |
| 69 | Michael | Jude | D'Esposito | | Ashley | May | D'Esposito | | Child | $ 8,500,000.00 |
| 70 | Lawrence | Patrick | Dickinson | | Linda | M. | Dickinson-Pancila | | Spouse | $ 12,500,000.00 |
| 71 | Lawrence | Patrick | Dickinson | | Linda | M. | Dickinson-Pancila, on behalf of minor child P.J.D. | | Child | $ 8,500,000.00 |
| 72 | Lawrence | Patrick | Dickinson | | Erin | R. | Dickinson | | Child | $ 8,500,000.00 |
| 73 | John | | DiFato | | Susan | | DiFato | | Spouse | $ 12,500,000.00 |
| 74 | Neil | Matthew | Dollard | | Robert | M. | Dollard (Estate of) | | Parent | $ 8,500,000.00 |
| 75 | Jackie | Sayegh | Duggan | | Mitchell | | Duggan | | Spouse | $ 12,500,000.00 |
| 76 | Constantine | | Economos | | Audrey | | Economos | | Spouse | $ 12,500,000.00 |
| 77 | Martin | | Egan | Jr. | Diane | | Egan | | Spouse | $ 12,500,000.00 |
| 78 | Martin | | Egan | Jr. | Martin | J. | Egan (Estate of) | Sr. | Parent | $ 8,500,000.00 |
| 79 | Martin | | Egan | Jr. | Sean | Christopher | Egan | | Child | $ 8,500,000.00 |
| 80 | Daphne | Ferlinda | Elder | | Jimmy | Paul | Elder (Estate of) | | Parent | $ 8,500,000.00 |
| 81 | William | J. | Esposito | | Stephanie | L. | Esposito | | Spouse | $ 12,500,000.00 |
| 82 | Joseph | | Farrelly | | Michael | | Farrelly | | Sibling | $ 4,250,000.00 |
| 83 | Joseph | | Farrelly | | Stacey | Ellen | Farrelly | | Spouse | $ 12,500,000.00 |
| 84 | Shannon | Marie | Fava | | Frank | Joseph | Fava | | Spouse | $ 12,500,000.00 |
| 85 | Shannon | Marie | Fava | | Joseph | Anthony | Fava | | Child | $ 8,500,000.00 |
| 86 | Edward | Thomas | Fergus | Jr. | Linda | Jane | Fergus | | Spouse | $ 12,500,000.00 |
| 87 | Edward | Thomas | Fergus | Jr. | Shannon | M. | Fergus | | Child | $ 8,500,000.00 |
| 88 | David | Francis | Ferrugio | | Jacqueline | | DiVirgilio | | Child | $ 8,500,000.00 |
| 89 | David | Francis | Ferrugio | | Gina | Marie | Ferrugio-Hooker | | Child | $ 8,500,000.00 |
| 90 | David | Francis | Ferrugio | | David | John | Ferrugio | | Child | $ 8,500,000.00 |
| 91 | Kristen | Nicole | Fiedel | | Lindsey | Beth | Fiedel | | Child | $ 8,500,000.00 |
| 92 | Amelia | V. | Fields | | William | H. | Fields | Sr. | Spouse | $ 12,500,000.00 |
| 93 | Alexander | M. | Filipov | | Loretta | Jean | Filipov | | Spouse | $ 12,500,000.00 |
| 94 | Alexander | M. | Filipov | | Jeffrey | Thomas | Filipov | | Child | $ 8,500,000.00 |
| 95 | Alexander | M. | Filipov | | Allan | James | Filipov | | Child | $ 8,500,000.00 |
| 96 | Alexander | | Filipov | | David | Michael | Filipov | | Child | $ 8,500,000.00 |
| 97 | Gerald | Paul | Fisher | | Elsa | Sue | Fisher | | Sibling | $ 4,250,000.00 |
| 98 | Thomas | J. | Fitzpatrick | | Michael | S. | Fitzpatrick | | Sibling | $ 4,250,000.00 |
| 99 | Thomas | James | Fitzpatrick | | Marianne | | Fitzpatrick | | Spouse | $ 12,500,000.00 |

| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 100 | Thomas | James | Fitzpatrick | | Brendan | Thomas | Fitzpatrick | | Child | $ 8,500,000.00 |
| 101 | Thomas | James | Fitzpatrick | | Caralyn | Marie | Fitzpatrick | | Child | $ 8,500,000.00 |
| 102 | Darlene | Embree | Flagg | | Marcus | W. | Flagg | | Child | $ 8,500,000.00 |
| 103 | Del Rose | | Forbes-Cheatham | | Carlton | Hugh | Forbes | | Sibling | $ 4,250,000.00 |
| 104 | Lillian | | Frederick-Lambert | | Henry | | Lambert | | Spouse | $ 12,500,000.00 |
| 105 | Gregg | J. | Froehner | | Mary | | Froehner | | Spouse | $ 12,500,000.00 |
| 106 | James | Andrew | Gadiel | | Kirstin | Warner | Gadiel | | Sibling | $ 4,250,000.00 |
| 107 | Charles | William | Garbarini | | Dylan | | Garbarini | | Child | $ 8,500,000.00 |
| 108 | Charles | William | Garbarini | | Philip | | Garbarini | | Child | $ 8,500,000.00 |
| 109 | Charles | William | Garbarini | | Andrea | DeGeorge | Garbarini | | Spouse | $ 12,500,000.00 |
| 110 | Charles | William | Garbarini | | Virginia | Gertrude | Garbarini (Estate of) | | Parent | $ 8,500,000.00 |
| 111 | Charles | William | Garbarini | | Charles | Andrew | Garbarini (Estate of) | | Parent | $ 8,500,000.00 |
| 112 | Douglas | B. | Gardner | | Julia | Sylvie | Gardner | | Child | $ 8,500,000.00 |
| 113 | Douglas | B. | Gardner | | Michael | James | Gardner | | Child | $ 8,500,000.00 |
| 114 | Douglas | B. | Gardner | | Jennifer | Radding | Gardner | | Spouse | $ 12,500,000.00 |
| 115 | Bruce | Henry | Gary | | Richard | Matthew | Gary | | Child | $ 8,500,000.00 |
| 116 | Peter | A. | Gay | Sr. | Larissa | Lynne | Gay | | Child | $ 8,500,000.00 |
| 117 | Gary | Paul | Geidel | | Mathilda | Charlotte | Conklin | | Child | $ 8,500,000.00 |
| 118 | Vincent | F. | Giammona | | ToniAnn | | Giammona | | Child | $ 8,500,000.00 |
| 119 | Vincent | F. | Giammona | | Francesca | Paulina | Giammona | | Child | $ 8,500,000.00 |
| 120 | Vincent | F. | Giammona | | Daniella | | Giammona | | Child | $ 8,500,000.00 |
| 121 | Vincent | F. | Giammona | | Nicolette | | Giammona | | Child | $ 8,500,000.00 |
| 122 | Brenda | Colbert | Gibson | | Joseph | Milton | Gibson | III | Spouse | $ 12,500,000.00 |
| 123 | Paul | Stuart | Gilbey | | Maxwell | Thornton | Gilbey | | Child | $ 8,500,000.00 |
| 124 | Paul | Stuart | Gilbey | | Mason | Moseley | Gilbey | | Child | $ 8,500,000.00 |
| 125 | Michael | | Gogliormella | | Daniela | | Gogliormella | | Spouse | $ 12,500,000.00 |
| 126 | Michael | | Gogliormella | | Gillian | | Gogliormella | | Child | $ 8,500,000.00 |
| 127 | Rosa | J. | Gonzalez | | Jennifer | | Hernandez | | Child | $ 8,500,000.00 |
| 128 | Christopher | Michael | Grady | | Dylan | Michael | Grady | | Child | $ 8,500,000.00 |
| 129 | Christopher | Michael | Grady | | Kayla | Patricia | Grady | | Child | $ 8,500,000.00 |
| 130 | Christopher | Michael | Grady | | Kelly | Ann | Green-Grady | | Spouse | $ 12,500,000.00 |
| 131 | David | Martin | Graifman | | Christine | R. | Huhn | | Spouse | $ 12,500,000.00 |
| 132 | James | Michael | Gray | | Jean | Marie | Gray | | Spouse | $ 12,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | EXHIBIT A | | | | |
| 133 | James | Michael | Gray | | Caitlin | Ann | Gray | | Child | $ 8,500,000.00 |
| 134 | James | Michael | Gray | | Colleen | Elizabeth | Gray | | Child | $ 8,500,000.00 |
| 135 | Donald | H. | Gregory | | Maureen | A. | Gregory | | Spouse | $ 12,500,000.00 |
| 136 | David | Joseph | Grimner | | Judith | A. | Grimner | | Spouse | $ 12,500,000.00 |
| 137 | Joseph | | Grzelak | | Joanne | | Grzelak | | Spouse | $ 12,500,000.00 |
| 138 | Mary | Lou | Hague | | Elizabeth | J. | Adams | | Parent | $ 8,500,000.00 |
| 139 | Robert | John | Halligan | | Emma | L. | Arro | | Child | $ 8,500,000.00 |
| 140 | Robert | John | Halligan | | William | G. | Halligan | | Sibling | $ 4,250,000.00 |
| 141 | Daniel | Edward | Harlin | | Debra | A. | Harlin | | Spouse | $ 12,500,000.00 |
| 142 | Stewart | D. | Harris | | Rubin | Jay | Harris (Estate of) | | Parent | $ 8,500,000.00 |
| 143 | John | P. | Hart | | James | Arthur | Hart (Estate of) | Jr. | Sibling | $ 4,250,000.00 |
| 144 | Peter | Paul | Hashem | | Patrick | J. | Hashem | | Child | $ 8,500,000.00 |
| 145 | Peter | Paul | Hashem | | Christopher | P. | Hashem | | Child | $ 8,500,000.00 |
| 146 | James | Edward | Hayden | | John | Alexander | Hayden | | Child | $ 8,500,000.00 |
| 147 | James | Edward | Hayden | | Elizabeth | Gail | Hayden | | Spouse | $ 12,500,000.00 |
| 148 | James | Edward | Hayden | | Elizabeth | Kaitlin | Klucznik | | Child | $ 8,500,000.00 |
| 149 | Scott | | Hazelcorn | | Charles | | Hazelcorn | | Parent | $ 8,500,000.00 |
| 150 | Mary | | Herencia | | Margaret | | McGrane | | Sibling | $ 4,250,000.00 |
| 151 | Norberto | | Hernandez | | Eulogia | | Hernandez | | Spouse | $ 12,500,000.00 |
| 152 | Norberto | | Hernandez | | Catherine | | Hernandez | | Child | $ 8,500,000.00 |
| 153 | Norberto | | Hernandez | | Jacqueline | | Hernandez | | Child | $ 8,500,000.00 |
| 154 | Norberto | | Hernandez | | Tatiana | | Hernandez | | Child | $ 8,500,000.00 |
| 155 | Claribel | | Hernandez | | Eslyn | | Hernandez | Sr. | Spouse | $ 12,500,000.00 |
| 156 | Jeffrey | A. | Hersch | | Leslie | Sue | Hersch | | Spouse | $ 12,500,000.00 |
| 157 | Patrick | Aloysius | Hoey | | Sharon | M. | Reagan | | Child | $ 8,500,000.00 |
| 158 | John | | Hofer | | Richard | Robert | Hofer | | Sibling | $ 4,250,000.00 |
| 159 | John | | Hofer | | Rebecca | Jean | Porter | | Spouse | $ 12,500,000.00 |
| 160 | Stephen | G. | Hoffman | | Thomas | J. | Hoffman (Estate of) | | Parent | $ 8,500,000.00 |
| 161 | Stephen | G. | Hoffman | | Madeline | Claire | Hoffman | | Child | $ 8,500,000.00 |
| 162 | Stephen | G. | Hoffman | | Gabrielle | | Hoffman | | Spouse | $ 12,500,000.00 |
| 163 | Thomas | Warren | Hohlweck | Jr. | Randolph | Thomas | Hohlweck | | Child | $ 8,500,000.00 |
| 164 | Thomas | Warren | Hohlweck | Jr. | Todd | Warren | Hohlweck | | Child | $ 8,500,000.00 |
| 165 | Cora | Hidalgo | Holland | | Stephanie | | Holland | | Child | $ 8,500,000.00 |

| | | | | EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 166 | Elizabeth | | Holmes | | Thomas | | Holmes | II | Sibling | $ 4,250,000.00 |
| 167 | Paul | Rexford | Hughes | | Amanda | Lucia | Hughes | | Child | $ 8,500,000.00 |
| 168 | Zuhtu | | Ibis | | Leyla | | Uyar | | Spouse | $ 12,500,000.00 |
| 169 | Frederick | J. | Ill | Jr. | Frederick | J. | Ill (Estate of) | Sr. | Parent | $ 8,500,000.00 |
| 170 | Jason | Kyle | Jacobs | | Jennifer | | Jacobs-Deutsch | | Spouse | $ 12,500,000.00 |
| 171 | Steven | Donald | Jacoby | | Kimberly | H. | Jacoby | | Spouse | $ 12,500,000.00 |
| 172 | Dennis | M. | Johnson | | Cassandra | Lee | Carter | | Child | $ 8,500,000.00 |
| 173 | Dennis | M. | Johnson | | Robert | | Johnson | | Parent | $ 8,500,000.00 |
| 174 | Joon | Koo | Kang | | Pil | Soon | Kang (Estate of) | | Parent | $ 8,500,000.00 |
| 175 | Sheldon | Robert | Kanter | | Evan | Morgan | Kanter | | Child | $ 8,500,000.00 |
| 176 | Sheldon | Robert | Kanter | | Adam | Brent | Kanter | | Child | $ 8,500,000.00 |
| 177 | Sheldon | Robert | Kanter | | Tamara | Susan | Kanter | | Spouse | $ 12,500,000.00 |
| 178 | Leo | Russell | Keene | III | Mazalee | Morgan | Keene | | Child | $ 8,500,000.00 |
| 179 | Robert | C. | Kennedy | | Meridith | | Andrews | | Child | $ 8,500,000.00 |
| 180 | Robert | C. | Kennedy | | Catherine | Mary | Miller | | Child | $ 8,500,000.00 |
| 181 | Taimour | | Khan | | Tahira | | Khan | | Parent | $ 8,500,000.00 |
| 182 | Sarah | | Khan | | Shaneeza | | Periana-Pillai | | Child | $ 8,500,000.00 |
| 183 | Sarah | | Khan | | Ameiza | | Khan | | Child | $ 8,500,000.00 |
| 184 | Chris | M. | Kirby | | James | Michael | Kirby | Jr. | Parent | $ 8,500,000.00 |
| 185 | Ryan | Ashley | Kohart | | Joy | A. | Kohart | | Parent | $ 8,500,000.00 |
| 186 | Lyudmila | | Ksido | | Lawrence | I. | Ksido | | Child | $ 8,500,000.00 |
| 187 | Lyudmila | | Ksido | | Felix | | Ksido | | Spouse | $ 12,500,000.00 |
| 188 | Kenneth | B. | Kumpel | | Gregory | James | Kumpel | | Child | $ 8,500,000.00 |
| 189 | Kenneth | B. | Kumpel | | Carl | Philip | Kumpel | | Child | $ 8,500,000.00 |
| 190 | Michele | | Lanza | | Robert | Anthony | Lanza | Jr. | Spouse | $ 12,500,000.00 |
| 191 | Robert | A. | Lawrence | Jr. | Suzanne | Burns | Lawrence | | Spouse | $ 12,500,000.00 |
| 192 | Lorraine | | Lee | | Timothy | R. | Greene (Estate of) | | Sibling | $ 4,250,000.00 |
| 193 | Daniel | John | Lee | | Kellie | | Lee | | Spouse | $ 12,500,000.00 |
| 194 | Ralph | Michael | Licciardi | | Jennifer | D. | Licciardi | | Spouse | $ 12,500,000.00 |
| 195 | Ralph | Michael | Licciardi | | Michael | S. | Licciardi | | Child | $ 8,500,000.00 |
| 196 | Ralph | Michael | Licciardi | | Ralph | R. | Licciardi | | Child | $ 8,500,000.00 |
| 197 | Stephen | V. | Long | | Tina | R. | Yarrow | | Spouse | $ 12,500,000.00 |
| 198 | Laura | M. | Longing | | William | A. | Longing | | Child | $ 8,500,000.00 |

| | | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 199 | Laura | M. | Longing | | Christopher | | Longing | | Spouse | $ 12,500,000.00 |
| 200 | Laura | M. | Longing | | Bryan | C. | Longing | | Child | $ 8,500,000.00 |
| 201 | Maclovio | | Lopez | Jr. | Dannette | Nicole | Fortin | | Child | $ 8,500,000.00 |
| 202 | Maclovio | | Lopez | Jr. | Joseph | Juaquin | Lopez | | Child | $ 8,500,000.00 |
| 203 | Anthony | | Luparello | | Geraldine | | Luparello | | Spouse | $ 12,500,000.00 |
| 204 | Alexander | | Lygin | | Vladimir | | Lygin (Estate of) | | Parent | $ 8,500,000.00 |
| 205 | Alexander | | Lygin | | Natalia | | Lygina | | Child | $ 8,500,000.00 |
| 206 | Michael | Francis | Lynch | | Thomas | Christopher | Lynch | | Sibling | $ 4,250,000.00 |
| 207 | Robert | H. | Lynch | | Marguerite | | Lynch (Estate of) | | Parent | $ 8,500,000.00 |
| 208 | Patrick | John | Lyons | | Irene | | Lyons-loeffler | | Spouse | $ 12,500,000.00 |
| 209 | Patrick | John | Lyons | | Irene | | Lyons-Loeffler, on behalf of minor child P.M.L. | | Child | $ 8,500,000.00 |
| 210 | Susan | | Mackay | | Douglas | | Mackay | | Spouse | $ 12,500,000.00 |
| 211 | Richard | B. | Madden | | Maura | Madden | Lezynski | | Spouse | $ 12,500,000.00 |
| 212 | Christian | H. | Maltby | | Samuel | K. | Maltby | | Child | $ 8,500,000.00 |
| 213 | Christian | H. | Maltby | | Morgan | Durham | Maltby | | Child | $ 8,500,000.00 |
| 214 | Charles | Joseph | Margiotta | | Norma | Jean | Adams | | Child | $ 8,500,000.00 |
| 215 | Charles | Joseph | Margiotta | | Charles | Vito | Margiotta | II | Child | $ 8,500,000.00 |
| 216 | Charles | Joseph | Margiotta | | Norma | I. | Margiotta | | Spouse | $ 12,500,000.00 |
| 217 | Paul | Richard | Martini | | Lisa | | Martini | | Spouse | $ 12,500,000.00 |
| 218 | Michael | | Massaroli | | Diane | | Massaroli | | Spouse | $ 12,500,000.00 |
| 219 | Michael | | Massaroli | | Michael | Cesare | Massaroli | | Child | $ 8,500,000.00 |
| 220 | Michael | | Massaroli | | Angelina | Nicole | Massaroli | | Child | $ 8,500,000.00 |
| 221 | Philip | William | Mastrandrea | Jr. | Sydney | Kristen | Mastrandrea | | Child | $ 8,500,000.00 |
| 222 | Philip | William | Mastrandrea | Jr. | Paige | Elizabeth | Mastrandrea | | Child | $ 8,500,000.00 |
| 223 | Philip | William | Mastrandrea | Jr. | Karen | Elizabeth | Mastrandrea | | Spouse | $ 12,500,000.00 |
| 224 | Matthew | Thomas | McDermott | | Suzanne | P. | McDermott | | Sibling | $ 4,250,000.00 |
| 225 | Matthew | Thomas | McDermott | | John | Edward | McDermott (Estate of) | | Parent | $ 8,500,000.00 |
| 226 | Brian | G. | McDonnell | | Thomas | Walter | McDonnell | | Child | $ 8,500,000.00 |
| 227 | Michael | Patrick | McDonnell | | Kevin | Michael | McDonnell | | Child | $ 8,500,000.00 |
| 228 | Michael | Patrick | McDonnell | | Brian | Michael | McDonnell | | Child | $ 8,500,000.00 |
| 229 | Michael | Patrick | McDonnell | | Cheryl | Ann | McDonnell | | Spouse | $ 12,500,000.00 |
| 230 | Eamon | | McEneaney | | Blayney | Peter | McEneaney | | Sibling | $ 4,250,000.00 |
| 231 | Martin | Edward | McWilliams | | Sara | Ryan | McWilliams | | Child | $ 8,500,000.00 |

| | | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 232 | Stuart | Todd | Meltzer | | Zachary | | Meltzer | | Parent | $ 8,500,000.00 |
| 233 | Stuart | Todd | Meltzer | | Joyce | | Meltzer | | Parent | $ 8,500,000.00 |
| 234 | Dora | Marie | Menchaca | | Jaryd | Alexander | Dorsey | | Child | $ 8,500,000.00 |
| 235 | Dora | Marie | Menchaca | | Imani | Marie | Dorsey | | Child | $ 8,500,000.00 |
| 236 | Dora | Marie | Menchaca | | Jacqueline | Menchaca | Karastamatis | | Sibling | $ 4,250,000.00 |
| 237 | Dora | Marie | Menchaca | | John | J. | Menchaca | | Sibling | $ 4,250,000.00 |
| 238 | Dora | Marie | Menchaca | | Nancy | Jo. | Menchaca | | Sibling | $ 4,250,000.00 |
| 239 | Dora | Marie | Menchaca | | Ignacia | R. | Menchaca | | Parent | $ 8,500,000.00 |
| 240 | Dora | Marie | Menchaca | | Jose | | Menchaca | Jr. | Sibling | $ 4,250,000.00 |
| 241 | Dora | Marie | Menchaca | | Mark | Anthony | Menchaca | | Sibling | $ 4,250,000.00 |
| 242 | Joel | | Miller | | Stella | | Lazzara (Estate of) | | Parent | $ 8,500,000.00 |
| 243 | Robert | C. | Miller | Jr. | Mitoko | | Miller | | Spouse | $ 12,500,000.00 |
| 244 | Paul | T. | Mitchell | | Jennifer | Maureen | Mitchell | | Child | $ 8,500,000.00 |
| 245 | Jeffrey | P. | Mladenik | | Kelly | S. | Mladenik | | Child | $ 8,500,000.00 |
| 246 | Jeffrey | P. | Mladenik | | Joshua | J. | Mladenik | | Child | $ 8,500,000.00 |
| 247 | Franklyn | | Monahan | | Matthew | | Monahan | | Child | $ 8,500,000.00 |
| 248 | Lindsay | S. | Morehouse | | Theodore | C. | Morehouse | | Parent | $ 8,500,000.00 |
| 249 | William | David | Moskal | | Andrew | Robert | Moskal | | Child | $ 8,500,000.00 |
| 250 | Peter | C. | Moutos | | Mary | M. | Belding | | Spouse | $ 12,500,000.00 |
| 251 | Peter | James | Mulligan | | Sara | Kavanagh | Mulligan Wightman | | Spouse | $ 12,500,000.00 |
| 252 | James | Donald | Munhall | | Susan | King | Munhall | | Spouse | $ 12,500,000.00 |
| 253 | James | Francis | Murphy | IV | Kathleen | Marie | Murphy | | Sibling | $ 4,250,000.00 |
| 254 | Raymond | E. | Murphy | Sr. | Raymond | | Murphy (Estate of) | Jr. | Child | $ 8,500,000.00 |
| 255 | Raymond | E. | Murphy | Sr. | Linda | Marie | Murphy | | Spouse | $ 12,500,000.00 |
| 256 | John | J. | Murray | | Philip | C. | Murray (Estate of) | | Parent | $ 8,500,000.00 |
| 257 | Laurie | Ann | Neira | | Christopher | Olaf | Neira | | Child | $ 8,500,000.00 |
| 258 | Khang | N. | Nguyen | | An | Ho-Ngoc | Nguyen | | Child | $ 8,500,000.00 |
| 259 | Alfonse | J. | Niedermeyer | | Alfonse | J. | Niedermeyer | IV | Child | $ 8,500,000.00 |
| 260 | Juan | | Nieves | Jr. | David | | Nieves | | Child | $ 8,500,000.00 |
| 261 | Juan | | Nieves | Jr. | Irma | Luz | Nieves | | Spouse | $ 12,500,000.00 |
| 262 | Juan | | Nieves | Jr. | Christine | Lee | Nieves | | Child | $ 8,500,000.00 |
| 263 | Juan | | Nieves | Jr. | John | | Nieves | | Child | $ 8,500,000.00 |
| 264 | Daniel | | O'Callaghan | | Rhonda | Lee | O'Callaghan | | Spouse | $ 12,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | EXHIBIT A | | | | |
| 265 | Daniel | | O'Callaghan | | Connor | Daniel | O'Callaghan | | Child | $ 8,500,000.00 |
| 266 | Daniel | | O'Callaghan | | Rhiannon | Rose | O'Callaghan | | Child | $ 8,500,000.00 |
| 267 | Douglas | E. | Oelschlager | | Suzanne | | Oelschlager | | Spouse | $ 12,500,000.00 |
| 268 | John | Alexander | Ogonowski | | Margaret | Mary | Hatch | | Spouse | $ 12,500,000.00 |
| 269 | John | Alexander | Ogonowski | | Laura | Elizabeth | Ogonowski | | Child | $ 8,500,000.00 |
| 270 | John | Alexander | Ogonowski | | Mary | Katharine | Ogonowski | | Child | $ 8,500,000.00 |
| 271 | John | Alexander | Ogonowski | | Caroline | Jane | Ogonowski | | Child | $ 8,500,000.00 |
| 272 | Thomas | Gerard | O'Hagan | | Bernadette | M. | Hart (Estate of) | | Sibling | $ 4,250,000.00 |
| 273 | Jeffrey | James | Olsen | | Neil | Charles | Olsen | | Sibling | $ 4,250,000.00 |
| 274 | Peter | J. | O'Neill | Jr. | Bridie | McDonough | Ledwell | | Sibling | $ 4,250,000.00 |
| 275 | Christopher | T. | Orgielewicz | | Ryan | Edward | Orgielewicz | | Child | $ 8,500,000.00 |
| 276 | Christopher | T. | Orgielewicz | | Thomas | George | Orgielewicz | | Child | $ 8,500,000.00 |
| 277 | Pablo | | Ortiz | | Edna | Iris | Velez-Mundo | | Spouse | $ 12,500,000.00 |
| 278 | Diana | B. | Padro | | Jose | Javier | Padro | | Child | $ 8,500,000.00 |
| 279 | Steven | Bennett | Paterson | | Lisa | Anne | Paterson | | Spouse | $ 12,500,000.00 |
| 280 | Thomas | | Pecorelli | | Kia | Polyxena | Pavloff, on behalf of minor child N.T.P. | | Child | $ 8,500,000.00 |
| 281 | Thomas | | Pecorelli | | Kia | P. | Pavloff | | Spouse | $ 12,500,000.00 |
| 282 | Thomas | | Pedicini | | June | | Coppola | | Sibling | $ 4,250,000.00 |
| 283 | Jon | A. | Perconti | | Tammy | | Perconti | | Spouse | $ 12,500,000.00 |
| 284 | Michael | John | Pescherine | | Thomas | Francis | Pescherine (Estate of) | Sr. | Parent | $ 8,500,000.00 |
| 285 | Matthew | M. | Picerno | | Francesca | Marie | Picerno | | Child | $ 8,500,000.00 |
| 286 | Matthew | M. | Picerno | | Matthew | Michael | Picerno | | Child | $ 8,500,000.00 |
| 287 | Joseph | | Plumitallo | | Joseph | Frank | Plumitallo | | Child | $ 8,500,000.00 |
| 288 | Joseph | | Plumitallo | | Genna | Rose | Plumitallo | | Child | $ 8,500,000.00 |
| 289 | Joseph | | Plumitallo | | Lisa | Grace | Plumitallo | | Child | $ 8,500,000.00 |
| 290 | Joshua | I. | Poptean | | Vasile | | Poptean | | Sibling | $ 4,250,000.00 |
| 291 | Edward | R. | Pykon | | Jacqueline | A. | Pykon | | Spouse | $ 12,500,000.00 |
| 292 | Edward | R. | Pykon | | Jordyn | B. | Pykon | | Child | $ 8,500,000.00 |
| 293 | Edward | R. | Pykon | | Francis | Henry | Pykon (Estate of) | | Parent | $ 8,500,000.00 |
| 294 | Donald | | Regan | | Alice | R. | Regan (Estate of) | | Parent | $ 8,500,000.00 |
| 295 | Donald | | Regan | | Katherine | | Regan-Dey | | Sibling | $ 4,250,000.00 |
| 296 | Joseph | | Reina | Jr. | Lisa | Ann | Reina | | Spouse | $ 12,500,000.00 |
| 297 | Joseph | | Reina | Jr. | Lisa | Ann | Reina, on behalf of minor child J.R.R. | | Child | $ 8,500,000.00 |

| | | | | EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 298 | Karen | | Renda | | Charles | | Redna | | Spouse | $ 12,500,000.00 |
| 299 | Karen | | Renda | | Daniel | Charles | Renda | | Child | $ 8,500,000.00 |
| 300 | Karen | | Renda | | Matthew | Thomas | Renda | | Child | $ 8,500,000.00 |
| 301 | Isaias | | Rivera | | Adrian | Isaac | Rivera | | Child | $ 8,500,000.00 |
| 302 | Leo | A. | Roberts | | Debra | | Roberts | | Spouse | $ 12,500,000.00 |
| 303 | Leo | A. | Roberts | | Daniel | Alexander | Roberts | | Child | $ 8,500,000.00 |
| 304 | Leo | A. | Roberts | | Taylor | Nicole | Roberts | | Child | $ 8,500,000.00 |
| 305 | Leo | A. | Roberts | | Michael | Leo | Roberts | | Child | $ 8,500,000.00 |
| 306 | Antonio | | Rocha | | Alyssa | Marie | Rocha | | Child | $ 8,500,000.00 |
| 307 | Antonio | | Rocha | | Marilyn | Marques | Rocha | | Spouse | $ 12,500,000.00 |
| 308 | Antonio | A. | Rocha | | Ethan | Augustus | Rocha | | Child | $ 8,500,000.00 |
| 309 | Joshua | | Rosenblum | | Dean | Russell | Rosenblum | | Sibling | $ 4,250,000.00 |
| 310 | Mark | D. | Rothenberg | | Meredith | Harris | Rothenberg | | Spouse | $ 12,500,000.00 |
| 311 | Mark | D. | Rothenberg | | Sara | Jan | Rothenberg | | Child | $ 8,500,000.00 |
| 312 | Adam | K. | Ruhalter | | Fern | G. | Ruhalter | | Spouse | $ 12,500,000.00 |
| 313 | Adam | K. | Ruhalter | | Ethan | Myles | Ruhalter | | Child | $ 8,500,000.00 |
| 314 | Thomas | E. | Sabella | | Diana | | Sabella | | Spouse | $ 12,500,000.00 |
| 315 | Jude | Elias | Safi | | Ahlam | | Safi | | Parent | $ 8,500,000.00 |
| 316 | Jude | Elias | Safi | | Elias | | Safi | | Parent | $ 8,500,000.00 |
| 317 | Jesus | | Sanchez | | Felicita | Maria | Sanchez | | Child | $ 8,500,000.00 |
| 318 | James | | Sands | Jr. | Jennifer | | Sands | | Spouse | $ 12,500,000.00 |
| 319 | Angela | Susan | Scheinberg | | Elliott | | Scheinberg | | Spouse | $ 12,500,000.00 |
| 320 | Frank | G. | Schott | | Robert | Frank | Schott | | Child | $ 8,500,000.00 |
| 321 | Frank | G. | Schott | | Dina | Marie | Schott | | Spouse | $ 12,500,000.00 |
| 322 | Frank | G. | Schott | | Erica | Anne | Schott | | Child | $ 8,500,000.00 |
| 323 | Mark | | Schwartz | | Andrew | David | Schwartz | | Child | $ 8,500,000.00 |
| 324 | Randolph | | Scott | | Denise | Marie | Scott | | Spouse | $ 12,500,000.00 |
| 325 | Randolph | | Scott | | Rebecca | Elizabeth | Scott | | Child | $ 8,500,000.00 |
| 326 | Randolph | | Scott | | Alexandra | Nicole | Scott | | Child | $ 8,500,000.00 |
| 327 | Paul | J. | Simon | | Shelley | | Simon | | Spouse | $ 12,500,000.00 |
| 328 | Marianne | | Simone | | Virginia | M. | Liquori (Estate of) | | Sibling | $ 4,250,000.00 |
| 329 | Wendy | L. | Small | | Tyreek | Dexter | Nurse | | Child | $ 8,500,000.00 |
| 330 | William | Edward | Spitz | Jr. | Pamela | | Bogdanoff | | Child | $ 8,500,000.00 |

| | | | | EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 331 | James | J. | Straine | Jr. | Finn | P. | Straine | | Child | $ 8,500,000.00 |
| 332 | David | Marc | Sullins | | Julian | A. | Sullins | | Child | $ 8,500,000.00 |
| 333 | David | Marc | Sullins | | Christian | M. | Sullins | | Child | $ 8,500,000.00 |
| 334 | David | Marc | Sullins | | Evelyn | | Sullins | | Spouse | $ 12,500,000.00 |
| 335 | Robert | E. | Sutcliffe | Jr. | Kara | P. | Sutcliffe | | Child | $ 8,500,000.00 |
| 336 | Robert | E. | Sutcliffe | Jr. | Margaret | | Sutcliffe | | Spouse | $ 12,500,000.00 |
| 337 | Brian | D. | Sweeney | | Julie | Sweeney | Roth | | Spouse | $ 12,500,000.00 |
| 338 | Madeline | Amy | Sweeney | | Anna | Elizabeth | Sweeney | | Child | $ 8,500,000.00 |
| 339 | Madeline | Amy | Sweeney | | Jack | Michael | Sweeney | | Child | $ 8,500,000.00 |
| 340 | Madeline | Amy | Sweeney | | Michael | Gerard | Sweeney | | Spouse | $ 12,500,000.00 |
| 341 | Joann | | Tabeek | | Krystal | Marie | Oliva | | Child | $ 8,500,000.00 |
| 342 | Paul | | Talty | | Paul | Richard | Talty | Jr. | Child | $ 8,500,000.00 |
| 343 | Paul | | Talty | | Lauren | Nicole | Talty | | Child | $ 8,500,000.00 |
| 344 | Paul | | Talty | | Barbara | Marie | Talty | | Spouse | $ 12,500,000.00 |
| 345 | Ronald | G. | Tartaro | | Karen | | Reilly | | Spouse | $ 12,500,000.00 |
| 346 | Ronald | G. | Tartaro | | Alana | | Tartaro | | Child | $ 8,500,000.00 |
| 347 | Ronald | G. | Tartaro | | Danielle | | Tartaro | | Child | $ 8,500,000.00 |
| 348 | Ronald | G. | Tartaro | | Andrew | C. | Tartaro | | Child | $ 8,500,000.00 |
| 349 | Sandra | D. | Teague | | Christopher | Lee | Teague | | Sibling | $ 4,250,000.00 |
| 350 | Sandra | D. | Teague | | James | Stephen | Teague | | Parent | $ 8,500,000.00 |
| 351 | Karl | W. | Teepe | | Donna | Diane | Teepe | | Spouse | $ 12,500,000.00 |
| 352 | Glenn | | Thompson | | Kai | | Hernandez | | Spouse | $ 12,500,000.00 |
| 353 | Glenn | | Thompson | | Violet | Morton | Thompson (Estate of) | | Parent | $ 8,500,000.00 |
| 354 | Glenn | | Thompson | | Edward | | Thompson (Estate of) | | Parent | $ 8,500,000.00 |
| 355 | William | R. | Tieste | | Debra | Anne | Tieste | | Spouse | $ 12,500,000.00 |
| 356 | Alicia | Nicole | Titus | | Elijah | Zane | Titus | | Sibling | $ 4,250,000.00 |
| 357 | Alicia | Nicole | Titus | | Zachery | I. | Titus | | Sibling | $ 4,250,000.00 |
| 358 | Alicia | Nicole | Titus | | Shanoa | D. | Titus-Poston | | Sibling | $ 4,250,000.00 |
| 359 | Ivan | | Vale | | Carmen | | Garcia | | Parent | $ 8,500,000.00 |
| 360 | Frederick | | Varacchi | | Eileen | | Varacchi | | Spouse | $ 12,500,000.00 |
| 361 | Frederick | | Varacchi | | Tyler | Louis | Varacchi | | Child | $ 8,500,000.00 |
| 362 | Frederick | | Varacchi | | Thomas | Frederick | Varacchi | | Child | $ 8,500,000.00 |
| 363 | Frederick | | Varacchi | | Corinne | Eileen | Varacchi | | Child | $ 8,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | EXHIBIT A | | | | | |
| 364 | Anthony | M | Ventura | | Lisa | A. | Ventura | | Spouse | $ 12,500,000.00 |
| 365 | Joshua | S. | Vitale | | Brian | Peter | Vitale | | Sibling | $ 4,250,000.00 |
| 366 | Mary | Alice | Wahlstrom | | Phillip | Andrew | Wahlstrom | | Child | $ 8,500,000.00 |
| 367 | Matthew | Blake | Wallens | | Raina | Allison | Wallens | | Spouse | $ 12,500,000.00 |
| 368 | Barbara | P. | Walsh | | James | Joseph | Walsh | | Spouse | $ 12,500,000.00 |
| 369 | Jeffrey | P. | Walz | | Bradley | M. | Walz | | Child | $ 8,500,000.00 |
| 370 | Jeffrey | P. | Walz | | Rani | Deborah | Walz | | Spouse | $ 12,500,000.00 |
| 371 | James | Arthur | Waring | | Catherine | Mary | Waring (Estate of) | | Parent | $ 8,500,000.00 |
| 372 | Derrick | Christopher | Washington | | Christopher | S. | Washington | | Child | $ 8,500,000.00 |
| 373 | Derrick | Christopher | Washington | | Malik | Ziaire | Washington | | Child | $ 8,500,000.00 |
| 374 | Derrick | Christopher | Washington | | Devin | T. | Washington | | Child | $ 8,500,000.00 |
| 375 | David | Martin | Weiss | | Barry | Todd | Weiss | | Sibling | $ 4,250,000.00 |
| 376 | David | Martin | Weiss | | Michele | | Weiss-Little | | Sibling | $ 4,250,000.00 |
| 377 | Kristin | Olga | White-Gould | | William | Allison | Osterholm | | Sibling | $ 4,250,000.00 |
| 378 | Mark | P. | Whitford | | Matthew | R. | Whitford | | Child | $ 8,500,000.00 |
| 379 | Mark | P. | Whitford | | Timothy | J. | Whitford | | Child | $ 8,500,000.00 |
| 380 | Mark | P. | Whitford | | Renee | | Whitford | | Spouse | $ 12,500,000.00 |
| 381 | Glenn | E. | Wilkinson | | Margaret | E. | Wilkinson | | Spouse | $ 12,500,000.00 |
| 382 | Ernest | M. | Willcher | | Joel | Avi | Willcher | | Child | $ 8,500,000.00 |
| 383 | Frank | Thomas | Wisniewski | | Carol | D. | Wisniewski | | Spouse | $ 12,500,000.00 |
| 384 | Frank | Thomas | Wisniewski | | Alexandra | Ashley | Wisniewski | | Child | $ 8,500,000.00 |
| 385 | John | Wayne | Wright | III | Melissa | Ann | Barrett | | Sibling | $ 4,250,000.00 |
| 386 | Myrna | | Yaskulka | | Shawn | Brett | Pearl | | Sibling | $ 4,250,000.00 |
| 387 | Myrna | | Yaskulka | | Ivan | | Pearl (Estate of) | | Sibling | $ 4,250,000.00 |
| 388 | Robert | Alan | Zampieri | | Patricia | A. | Zampieri | | Parent | $ 8,500,000.00 |
| 389 | Mark | | Zangrilli | | Alexander | | Zangrilli | | Child | $ 8,500,000.00 |
| 390 | Mark | | Zangrilli | | Nicholas | | Zangrilli | | Child | $ 8,500,000.00 |
| 391 | Christopher | Rudolph | Zarba | Jr. | Shelia | Ann | Zarba-Campbell | | Spouse | $ 12,500,000.00 |
| 392 | Christopher | Rudolph | Zarba | Jr. | Christopher | James | Zarba | | Child | $ 8,500,000.00 |
| 393 | Ira | | Zaslow | | Felice | | Zaslow | | Spouse | $ 12,500,000.00 |
| | | | | | | | | | TOTAL: | $ 3,611,750,000.00 |