UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Horace Morris et al. v. Islamic Republic of Iran, No. 1:18-cv-5321(GBD) (SN)*

## [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling), or a functional equivalent thereof, of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran, ("Iran") entered on June 21, 2019 (03-md-1570, ECF No. 4595), together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) or a functional equivalent thereof, of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

docs-100175702.2

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Horace Morris et al. v. Islamic Republic of Iran, No. 1:18-cv-5321(GBD) (SN)* not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
August 2, 2019

SO ORDERED:

'AUG 1 9 2019

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT A

EX. A to *Morris* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 1  | Natalie Jeffries | Alva Cynthia Jeffries-Sanchez | Sibling | $4,250,000 |
| 2  | Winford F. Lamb | Odessa V. Morris | Sibling | $4,250,000 |
| 3  | Dahlia Morris | Odessa V. Morris | Child | $8,500,000 |
| 4  | Horace Morris | Odessa V. Morris | Spouse | $12,500,000 |
| 5  | Jan-Sheri Morris | Odessa V. Morris | Child | $8,500,000 |
| 6  | Keith Morris | Odessa V. Morris | Child | $8,500,000 |
| 7  | Ferdinand Morrone | Ferdinand Morrone | Child | $8,500,000 |
| 8  | Gregory Morrone | Ferdinand Morrone | Child | $8,500,000 |
| 9  | Linda Morrone | Ferdinand Morrone | Spouse | $12,500,000 |
| 10 | Alyssa Morrone | Ferdinand Morrone | Child | $8,500,000 |
| 11 | Joseph Moussa | Jude Moussa | Parent | $8,500,000 |
| 12 | Mazen Moussa | Jude Moussa | Sibling | $4,250,000 |
| 13 | Michael Moussa | Jude Moussa | Sibling | $4,250,000 |
| 14 | Yvette Moussa | Jude Moussa | Parent | $8,500,000 |
| 15 | Andre Mowatt | Damion Mowatt | Sibling | $4,250,000 |
| 16 | Andrea Mowatt | Damion Mowatt | Parent | $8,500,000 |
| 17 | Anne Muldowney | Richard Muldowney Jr. | Parent | $8,500,000 |
| 18 | Brian Muldowney | Richard Muldowney Jr. | Sibling | $4,250,000 |
| 19 | Kevin Muldowney | Richard Muldowney Jr. | Sibling | $4,250,000 |
| 20 | Mary Muldowney | Richard Muldowney Jr. | Sibling | $4,250,000 |
| 21 | Timothy Muldowney | Richard Muldowney Jr. | Sibling | $4,250,000 |
| 22 | Colleen Andello | Richard Muldowney Jr. | Sibling | $4,250,000 |
| 23 | Kevin Mulligan | Dennis M. Mulligan | Sibling | $4,250,000 |
| 24 | Michael Mulligan | Dennis M. Mulligan | Sibling | $4,250,000 |
| 25 | Patricia Mulligan | Dennis M. Mulligan | Sibling | $4,250,000 |
| 26 | Brian Mulligan | Dennis M. Mulligan | Sibling | $4,250,000 |
| 27 | Michael Murray | Valerie V. Murray | Child | $8,500,000 |
| 28 | Veronica Stinga | Valerie V. Murray | Child | $8,500,000 |
| 29 | Valerie J. Murray | Valerie V. Murray | Child | $8,500,000 |
| 30 | Timothy Murray | Valerie V. Murray | Child | $8,500,000 |
| 31 | Christopher Nardone | Mario Nardone Jr. | Sibling | $4,250,000 |
| 32 | Jerrell Nedd | Jerome O. Nedd | Child | $8,500,000 |
| 33 | Roxanne Nedd | Jerome O. Nedd | Spouse | $12,500,000 |
| 34 | Jerome Nedd | Jerome O. Nedd | Child | $8,500,000 |
| 35 | Ryan Nelson | Peter A. Nelson | Child | $8,500,000 |
| 36 | Earlrick Nesbitt | Oscar F. Nesbitt | Sibling | $4,250,000 |

EX. A to *Morris* Motion for Judgment on Damages

(Alphabetically by Last Name of 9/11 Decedent)

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 37 | John Nesbitt | Oscar F. Nesbitt | Sibling | $4,250,000 |
| 38 | Leslie Nesbitt | Oscar F. Nesbitt | Sibling | $4,250,000 |
| 39 | Daniel Nevins | Gerard T. Nevins | Child | $8,500,000 |
| 40 | Marie Nevins | Gerard T. Nevins | Spouse | $12,500,000 |
| 41 | Andrew Nevins | Gerard T. Nevins | Child | $8,500,000 |
| 42 | Robin Loconto | Nancy Yuen Ngo | Sibling | $4,250,000 |
| 43 | Man Ngo | Nancy Yuen Ngo | Spouse | $12,500,000 |
| 44 | Robert T. Ogren | Joseph J. Ogren | Parent | $8,500,000 |
| 45 | Jessica Marrero | Samuel Oitice | Child | $8,500,000 |
| 46 | Jean Oitice | Samuel Oitice | Spouse | $12,500,000 |
| 47 | John Oitice | Samuel Oitice | Child | $8,500,000 |
| 48 | Duane Orloske | Margaret Orloske | Spouse | $12,500,000 |
| 49 | Stephen Orloske | Margaret Orloske | Child | $8,500,000 |
| 50 | Jonathan Ortiz | Paul Ortiz Jr. | Sibling | $4,250,000 |
| 51 | Pablo Ortiz Sr. | Paul Ortiz Jr. | Parent | $8,500,000 |
| 52 | Sophie Ortiz | Paul Ortiz Jr. | Parent | $8,500,000 |
| 53 | Crystal Ortiz | David Ortiz | Child | $8,500,000 |
| 54 | Ilianette Ortiz | David Ortiz | Spouse | $12,500,000 |
| 55 | Richard Ortiz | David Ortiz | Child | $8,500,000 |
| 56 | Maria Delgado | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 57 | Ana Silvia Diaz | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 58 | Maria Fernandez | Isidro D. Ottenwalder | Spouse | $12,500,000 |
| 59 | Altagracia Ottenwalder | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 60 | Jose Ottenwalder | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 61 | Maria Ottenwalder | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 62 | Pedro Ottenwalder | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 63 | Rafael Ottenwalder | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 64 | William Ottenwalder | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 65 | Ana Pena di Ottenwalder | Isidro D. Ottenwalder | Parent | $8,500,000 |
| 66 | Maria Cruz Rodriguez | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 67 | Josefina Tolentino | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 68 | Hannah Pabon | Israel Pabon | Child | $8,500,000 |
| 69 | Karen Pabon | Israel Pabon | Spouse | $12,500,000 |
| 70 | Sara Pabon | Israel Pabon | Child | $8,500,000 |
| 71 | Leno Parham Jr. | James W. Parham | Sibling | $4,250,000 |
| 72 | Kevin Parham | James W. Parham | Sibling | $4,250,000 |
| 73 | Barry Pearlman | Richard A. Pearlman | Parent | $8,500,000 |
| 74 | Dorie Pearlman | Richard A. Pearlman | Parent | $8,500,000 |

EX. A to *Morris* Motion for Judgment on Damages

(Alphabetically by Last Name of 9/11 Decedent)

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 75 | Lisa Pearlman-Mason | Richard A. Pearlman | Sibling | $4,250,000 |
| 76 | Mariana Z. Perez | Alejo Perez | Spouse | $12,500,000 |
| 77 | Yolanda Knepper | Nancy E. Perez | Sibling | $4,250,000 |
| 78 | Berta Perez | Nancy E. Perez | Parent | $8,500,000 |
| 79 | Mario Perez | Nancy E. Perez | Parent | $8,500,000 |
| 80 | Minerva Conti | Nancy E. Perez | Sibling | $4,250,000 |
| 81 | Melissa Perry | Emelda Perry | Child | $8,500,000 |
| 82 | William Perry | Emelda Perry | Child | $8,500,000 |
| 83 | Caitlin Perry | Glenn Perry Sr. | Child | $8,500,000 |
| 84 | Glenn Perry Jr. | Glenn Perry Sr. | Child | $8,500,000 |
| 85 | Peggy Perry | Glenn Perry Sr. | Spouse | $12,500,000 |
| 86 | Meaghan Wilt | Glenn Perry Sr. | Child | $8,500,000 |
| 87 | Robin Peterson | William R. Peterson | Spouse | $12,500,000 |
| 88 | Deirdre Kroupa | Glen Pettit | Sibling | $4,250,000 |
| 89 | Neil Pettit | Glen Pettit | Sibling | $4,250,000 |
| 90 | Jane Wixted | Glen Pettit | Parent | $8,500,000 |
| 91 | Tara Felice | Glen Pettit | Sibling | $4,250,000 |
| 92 | Thomas Knobel | Tu-Anh Pham | Spouse | $12,500,000 |
| 93 | Thomas Knobel, as Natural Guardian of VHK | Tu-Anh Pham | Child (Minor) | $8,500,000 |
| 94 | Craig Pohlmann | William H. Pohlmann | Child | $8,500,000 |
| 95 | Roxana Olivieri | Giovanna Porras | Sibling | $4,250,000 |
| 96 | Adela Romero | Giovanna Porras | Parent | $8,500,000 |
| 97 | Lisa Marie Hand a/k/a Lisa Pugliese | Robert D. Pugliese | Child | $8,500,000 |
| 98 | Maureen Pugliese | Robert D. Pugliese | Spouse | $12,500,000 |
| 99 | Michael Pugliese | Robert D. Pugliese | Child | $8,500,000 |
| 100 | Dennis Pugliese | Robert D. Pugliese | Child | $8,500,000 |
| 101 | Robert Pycior | Joseph J. Pycior | Child | $8,500,000 |
| 102 | Joseph Pycior | Joseph J. Pycior | Child | $8,500,000 |
| 103 | Tara O'Connell | Lincoln Quappe | Sibling | $4,250,000 |
| 104 | Charles Quappe | Lincoln Quappe | Parent | $8,500,000 |
| 105 | Jane Quappe | Lincoln Quappe | Spouse | $12,500,000 |
| 106 | James Buro | Laura Ragonese-Snik | Child | $8,500,000 |
| 107 | Ann Ramsaur | Deborah Ramsaur | Child | $8,500,000 |
| 108 | Brian Ramsaur | Deborah Ramsaur | Child | $8,500,000 |
| 109 | John Ramsaur | Deborah Ramsaur | Spouse | $12,500,000 |
| 110 | Mark Jonas | Martha M. Reszke | Child | $8,500,000 |
| 111 | James Reszke | Martha M. Reszke | Spouse | $12,500,000 |
| 112 | Lina Dicola | Martha M. Reszke | Child | $8,500,000 |

EX. A to *Morris* Motion for Judgment on Damages

(Alphabetically by Last Name of 9/11 Decedent)

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 113 | J.A. Reynolds | Bruce A. Reynolds | Parent | $8,500,000 |
| 114 | Christiana Riccardelli | Francis Riccardelli | Child | $8,500,000 |
| 115 | Genevieve Riccardelli | Francis Riccardelli | Child | $8,500,000 |
| 116 | Marielle Riccardelli | Francis Riccardelli | Child | $8,500,000 |
| 117 | Meghan Riccardelli | Francis Riccardelli | Child | $8,500,000 |
| 118 | Theresa Riccardelli | Francis Riccardelli | Spouse | $12,500,000 |
| 119 | Zachary Riccardelli | Francis Riccardelli | Child | $8,500,000 |
| 120 | Brian Keegan | Eileen M. Rice | Child | $8,500,000 |
| 121 | Francis Keegan | Eileen M. Rice | Sibling | $4,250,000 |
| 122 | Lesli Rice | Eileen M. Rice | Child | $8,500,000 |
| 123 | Renee Baldwin | Cecelia E. Richard | Sibling | $4,250,000 |
| 124 | Cynthia Lawson | Cecelia E. Richard | Sibling | $4,250,000 |
| 125 | Mazie Lawson | Cecelia E. Richard | Parent | $8,500,000 |
| 126 | Monica L. Lawson | Cecelia E. Richard | Sibling | $4,250,000 |
| 127 | Valerie Walls | Cecelia E. Richard | Sibling | $4,250,000 |
| 128 | Lelith Bergen | Venesha Richards | Parent | $8,500,000 |
| 129 | Naquan Bergen | Venesha Richards | Sibling | $4,250,000 |
| 130 | Queena Bergen | Venesha Richards | Sibling | $4,250,000 |
| 131 | Hopeton Richards | Venesha Richards | Spouse | $12,500,000 |
| 132 | Hopeton Richards, as Natural Guardian of KR | Venesha Richards | Child (Minor) | $8,500,000 |
| 133 | Omar Rodgers | Venesha Richards | Sibling | $4,250,000 |
| 134 | Donna Rivelli | Joseph Rivelli Jr. | Sibling | $4,250,000 |
| 135 | Joseph Rivelli Sr. | Joseph Rivelli Jr. | Parent | $8,500,000 |
| 136 | Britney Rivera | Carmen A. Rivera | Child | $8,500,000 |
| 137 | Luis E. Rivera Sr. | Carmen A. Rivera | Spouse | $12,500,000 |
| 138 | Luis Rivera Jr. | Carmen A. Rivera | Child | $8,500,000 |
| 139 | Racine Concepcion | Carmen A. Rivera | Child | $8,500,000 |
| 140 | Carmen Alvarado Rivera | Linda I. Rivera | Parent | $8,500,000 |
| 141 | Rafael J. Rivera | Linda I. Rivera | Sibling | $4,250,000 |
| 142 | Jose R. Rivera a/k/a Jose Rivera Ramos | Linda I. Rivera | Parent | $8,500,000 |
| 143 | Rafael A. Rivera | Linda I. Rivera | Sibling | $4,250,000 |
| 144 | Jennifer Cobb McKenzie | Marsha A Rodriguez | Child | $8,500,000 |
| 145 | Vanessa Phillips | Marsha A Rodriguez | Sibling | $4,250,000 |
| 146 | Daniel Rodriguez | Marsha A Rodriguez | Spouse | $12,500,000 |
| 147 | Flossie J. Foster | Marsha A. Rodriguez | Parent | $8,500,000 |
| 148 | Shavonne Cobb | Marsha A. Rodriguez | Child | $8,500,000 |
| 149 | Anibal Valdez | Mayra V. Rodriguez | Sibling | $4,250,000 |
| 150 | Jose Valdez | Mayra V. Rodriguez | Sibling | $4,250,000 |

EX. A to *Morris* Motion for Judgment on Damages

(*Alphabetically by Last Name of 9/11 Decedent*)

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 151 | Lydia Valdez | Mayra V. Rodriguez | Parent | $8,500,000 |
| 152 | Elias Rodriguez | Mayra V. Rodriguez | Child | $8,500,000 |
| 153 | Michele Flannery | Joseph M. Romagnolo | Sibling | $4,250,000 |
| 154 | Alexis Romagnolo | Joseph M. Romagnolo | Child | $8,500,000 |
| 155 | Anthony Romagnolo | Joseph M. Romagnolo | Child | $8,500,000 |
| 156 | Joseph Romagnolo | Joseph M. Romagnolo | Child | $8,500,000 |
| 157 | Maria Romagnolo | Joseph M. Romagnolo | Parent | $8,500,000 |
| 158 | Salvatore Romagnolo | Joseph M. Romagnolo | Parent | $8,500,000 |
| 159 | Sandra Romagnolo | Joseph M. Romagnolo | Spouse | $12,500,000 |
| 160 | Sandra Romagnolo, as Natural Guardian of CR | Joseph M. Romagnolo | Child (Minor) | $8,500,000 |
| 161 | Jennifer Horwitz | Mark L. Rosenberg | Spouse | $12,500,000 |
| 162 | Janet Rosenberg | Mark L. Rosenberg | Parent | $8,500,000 |
| 163 | Sheldon Rosenberg | Mark L. Rosenberg | Parent | $8,500,000 |
| 164 | Sara L. Rosenberg Sharvit | Mark L. Rosenberg | Sibling | $4,250,000 |
| 165 | Harvey Rosenberg | Mark L. Rosenberg | Sibling | $4,250,000 |
| 166 | Caitlyn Roy | Timothy A. Roy | Child | $8,500,000 |
| 167 | Timothy Roy Jr. | Timothy A. Roy | Child | $8,500,000 |
| 168 | Stacey Roy-Christ | Timothy A. Roy | Spouse | $12,500,000 |
| 169 | Brittney Roy | Timothy A. Roy | Child | $8,500,000 |
| 170 | David Ruback | Paul G. Ruback | Child | $8,500,000 |
| 171 | Shannon Ruback | Paul G. Ruback | Child | $8,500,000 |
| 172 | Gina Ruback | Paul G. Ruback | Child | $8,500,000 |
| 173 | Hillary Hans | Ronald J. Ruben | Sibling | $4,250,000 |
| 174 | Paul Grigonis | Susan A. Ruggiero | Parent | $8,500,000 |
| 175 | Peggy Ann Asciutto | Susan A. Ruggiero | Sibling | $4,250,000 |
| 176 | Frank Ruggiero | Susan A. Ruggiero | Spouse | $12,500,000 |
| 177 | Dolores Russo | Michael Russo | Parent | $8,500,000 |
| 178 | Frank Saiya | Edward Saiya | Sibling | $4,250,000 |
| 179 | Madeline Reed | John P. Salamone | Parent | $8,500,000 |
| 180 | Benedict Salamone | John P. Salamone | Parent | $8,500,000 |
| 181 | Michael Salamone | John P. Salamone | Sibling | $4,250,000 |
| 182 | Catherine Mary Sauer | John P. Salamone | Sibling | $4,250,000 |
| 183 | Michelle Cataline | John P. Salamone | Sibling | $4,250,000 |
| 184 | Carlos Salas | Hernando R. Salas | Child | $8,500,000 |
| 185 | Carolina Salas | Hernando R. Salas | Spouse | $12,500,000 |
| 186 | Nelcy Salas | Hernando R. Salas | Child | $8,500,000 |
| 187 | Dania Salomon a/k/a Dania Salomon Macharie | Nolbert Salomon | Sibling | $4,250,000 |

**EX. A to *Morris* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|-----|-------------------|------------------------|-------------------------------------------|------------------|
| 188 | Michelle Sanay | Hugo Sanay | Child | $8,500,000 |
| 189 | Steven Sanay | Hugo Sanay | Child | $8,500,000 |
| 190 | Cassandra Nash | Anthony Savas | Child | $8,500,000 |
| 191 | John Savas | Anthony Savas | Child | $8,500,000 |
| 192 | Karen Scheffold Onorio | Frederick C. Scheffold | Child | $8,500,000 |
| 193 | Claudette Scheffold | Frederick C. Scheffold | Child | $8,500,000 |
| 194 | Joan Scheffold | Frederick C. Scheffold | Spouse | $12,500,000 |
| 195 | Kim Scheffold Stiefel | Frederick C. Scheffold | Child | $8,500,000 |
| 196 | Dawn Schlegel | Robert A. Schlegel | Spouse | $12,500,000 |
| 197 | Chin Sok Wells | Chin Sun Pak Wells | Sibling | $4,250,000 |
| 198 | Kum Son Wells | Chin Sun Pak Wells | Parent | $8,500,000 |
| 199 | Norman Wells | Chin Sun Pak Wells | Parent | $8,500,000 |

|   |   |   |   |   |
|---|---|---|---|---|
|   | Total |   |   | $1,531,250,000.00 |

# EXHIBIT B