# EXHIBIT A

## EXHIBIT A to *Aamoth* Motion to Substitute Parties

| Previous Personal Representative: | Case Number: | Substitute Personal Representative: | State Residency of Substituted Personal Representative at Filing | Decedent's Name: |
|---|---|---|---|---|
| John Doe 6, being intended to designate the Personal Representative of the Estate of Vivian Casalduc, deceased, said name being fictitious, his or her true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Vivian Casalduc | 1:18-cv-12276 | Yon-Paul Casalduc, as the Personal Representative of the Estate of Vivian Casalduc, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vivian Casalduc | NY | Vivian Casalduc |

docs-100193005.1