# EXHIBIT A

**EXHIBIT A to *Moody-Theinert* Motion to Substitute Parties**

| | Status as Filed | Filed As | State of Residency at Filing | DOB | Age (To-Date) | Decedent's Name: | Plaintiff's Name as Substituted: |
|---|---|---|---|---|---|---|---|
| | MINOR | Estrellita a/k/a Estrellita Sanchez Ortiz, as Natural Guardian of RBO | FL | 12/07/2000 | 18 | Paul Ortiz Jr. | Rebecca Brianne Ortiz |

docs-100193026.1