# EXHIBIT A

**EX. A to *Abel* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Frank Camaj | Roko Camaj | Sibling | $4,250,000 |
| 2 | Kole Camaj | Roko Camaj | Sibling | $4,250,000 |
| 3 | Preta Berisha | Roko Camaj | Sibling | $4,250,000 |
| 4 | Daniel R. Carlson | Rosemarie C. Carlson | Child | $8,500,000 |
| 5 | James D. Carlson | Rosemarie C. Carlson | Child | $8,500,000 |
| 6 | Kimberly R. Carlson | Rosemarie C. Carlson | Child | $8,500,000 |
| 7 | Stephen J. Carlson | Rosemarie C. Carlson | Child | $8,500,000 |
| 8 | Diana P. Castano | Alejandro Castano | Spouse | $12,500,000 |
| 9 | Julio Masa Lebron | Ana M. Centeno | Parent | $8,500,000 |

|   | **Total** |   |   | **$67,750,000.00** |
|---|---|---|---|---|