# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
|---|---|

This document relates to:

*Abel, et al. v. Islamic Republic of Iran (1:18-CV-11837) (GBD)(SN)*

## <u>DECLARATION OF FAMILIAL RELATIONSHIP</u>

I, Diana Patricia Castano, declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1.     My name is Diana Patricia Castano, and I was in a long-term relationship and shared a child with Alejandro Castano who died on September 11, 2001 when the World Trade Center collapsed.  I submit this Declaration for the purpose of demonstrating that Alejandro Castano was the functional equivalent of my spouse.

2.     While I am not Alejandro Castano's spouse through legal marriage, for the reasons set forth below, I should be deemed the functional equivalent.

3.     Alejandro ("Alex") and I started dating in 1984 when he was 18 years old and I was 19 years old.

4.     After three years of dating, we moved in together in 1987 and lived in Bergenfield, New Jersey.

5.     I had our son, Stephen Alejandro Castano, the following year in 1988.

6.     Shortly after our son was born, Alex proposed to me.

7.     We bought a house together a couple of years later in 1990 in Englewood, New Jersey when our son Stephen was 3 years old.

8.      We continued to live in that house until 1993 when we had to move into Alex's mother's house also in Englewood, New Jersey.

9.      As with any relationship, Alejandro and I did have our ups and downs but I always felt we treated each other as husband and wife, including living together, raising our child together, sharing expenses and owning real estate together.  To this day, his mother sees me as Alex's wife.

10.      At the time of his death, we were not living together but were very much still involved and in a relationship. We continue to share our lives together, raise our child together, go on vacations together, share birthday celebrations and did things as family.

11.      The day before 9/11, I never would have imagined it was the last time I would see him.

12.      The morning of September 11, 2001, I remember coming home after dropping off our son at school and seeing the terrible events unfold on the television screen.

13.      I immediately called Alex's mother and quickly made my way to her house as we tried to find out more information about Alex since they would not let us go downtown.  A fellow co-worker of Alex who had survived the attacks met us at Alex's mother's house as he was the last person to see him alive.

14.      The next day and for the next few days, his sister, Claudia Castano, and I went to the World Trade Center to try to find him or find out any information about him.

15.      Unfortunately, we came to the realization and had to accept the terrible truth that he was one of victims.

16.      On April 2, 2002, I was appointed Administratrix of Alex's estate in Bergen County.  *See* Exhibit 1.

2

17.     The person who I shared a life with over the past 17 years and the father of my child was gone.  My son and I feel his loss every day and share fond memories of him.

18.     In sum, Alejandro Castano, was very much my partner and spouse and we considered each-other to be husband and wife in every way.

19.     We shared a life together for 17 years when he passed away and I will always miss him with fond memories.  *See* Exhibit 2.

[*intentionally left blank*]

3

Executed on: _August 15·19_

Name (Signature): _____

Name (Print): _Diana Castano_____

4

# EXHIBIT 1

Docket No.: 0000-63608

Microfilm No.: M-208427

# State of New Jersey
## Bergen County Surrogate's Court

In the matter of the Estate of:

**Alejandro Castano, Deceased**

}

**CERTIFIED COPY OF**

**LETTERS**

**OF ADMINISTRATION**

I, **Michael R. Dressler**, Surrogate of Bergen County, do **certify** that Letters of Administration of the decedent, intestate, late of the County of Bergen and State of New Jersey, on April 2, 2002, was/were issued to **Diana Patricia Castano**, who is (are) duly authorized to administer same agreeably to law;

And I further **certify** that said Letters of Administration, as appears from the records of this court, have never been revoked and still remain in full force and effect.

**WITNESS my hand and seal of office on:**

**February 5, 2010**

**Michael R. Dressler, Surrogate**

**DO NOT ACCEPT WITHOUT RAISED SEAL**



E51197

Page 1 of 1

# EXHIBIT 2



