# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Abel, et al. v. Islamic Republic of Iran (1:18-CV-11837) (GBD) (SN)*

## [PROPOSED] PARTIAL FINAL JUDGMENT II

Upon consideration of the evidence and arguments submitted by *Abel II* Plaintiffs

identified in Exhibit A to this Order, who are each a spouse, parent, child, or sibling (or the estate

of a spouse, parent, child, or sibling), or a functional equivalent thereof, of a victim killed in the

terrorist attacks on September 11, 2001, and the *Abel II* Plaintiffs' motion for Judgment by

Default for liability and damages against the Islamic Republic of Iran, ("Iran") filed on August

15, 2019 (03-md-1570, ECF Nos. 4872-4875), together with the entire record in this case, it is

hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those

Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or

sibling (or the estate of a spouse, parent, child, or sibling) or a functional equivalent thereof, of

individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it

is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of

$12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling,

as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of

4.96 percent per annum, compounded annually, running from September 11, 2001 until the date

of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive

damages, economic damages, or other damages (to the extent such awards have not previously

been ordered) at a later date consistent with any future rulings made by this Court on this issue;

and it is

Dated: New York, New York
            _____ , 2019

                                     SO ORDERED:

                                       _____
                                       SARAH NETBURN
                                       UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**EX. A to *Abel* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Frank Camaj | Roko Camaj | Sibling | $4,250,000 |
| 2 | Kole Camaj | Roko Camaj | Sibling | $4,250,000 |
| 3 | Preta Berisha | Roko Camaj | Sibling | $4,250,000 |
| 4 | Daniel R. Carlson | Rosemarie C. Carlson | Child | $8,500,000 |
| 5 | James D. Carlson | Rosemarie C. Carlson | Child | $8,500,000 |
| 6 | Kimberly R. Carlson | Rosemarie C. Carlson | Child | $8,500,000 |
| 7 | Stephen J. Carlson | Rosemarie C. Carlson | Child | $8,500,000 |
| 8 | Diana P. Castano | Alejandro Castano | Spouse | $12,500,000 |
| 9 | Julio Masa Lebron | Ana M. Centeno | Parent | $8,500,000 |

|   | Total | | | $67,750,000.00 |
|---|---|---|---|---|