**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Roberta Agyeman et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN)*

<u>**THE *AGYEMAN* PLAINTIFFS' NOTICE OF MOTION FOR**</u>
<u>**PARTIAL FINAL JUDGMENT II**</u>

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and

Declaration of Jerry S. Goldman, Esq., ("Goldman Declaration"), along with the exhibits

appended, certain plaintiffs in the above-referenced matter who are identified on Exhibit A to the

Goldman Declaration, by and through their counsel, Anderson Kill P.C., respectfully move this

Court for an Order awarding them: (1) judgment as to damages in the same amounts previously

awarded by this Court to various similarly situated plaintiffs in *Burnett*, *Havlish*, *Ashton*, *Bauer*,

and other cases; (2) compensatory damages for pain and suffering in the same per estate amount

previously awarded by this Court regarding other estates of decedents killed in the September

11th attacks; (3) in the case of plaintiff Laura Buck, Personal Representative of the Estate of

Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally entitled

beneficiaries and family members of Georgine Corrigan, an award of economic damages in the

amount of $6,410,658; and (4) prejudgment interest at the rate of 4.96 percent per annum,

compounded annually for the period from September 11, 2001, until the date of the judgment for

damages and (5) permission for plaintiffs to submit an application for punitive damages,

economic damages, or other damages (to the extent such awards have not previously been

ordered) at a later date consistent with any future rulings made by this Court on this issue.

Plaintiffs' request is made in connection with the judgment on default as to liability entered against the Islamic Republic of Iran on June 21, 2019. *In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570, ECF 4597.

Respectfully submitted,

*/s/ Jerry S. Goldman*

ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Jeffrey E. Glen, Esq.
Vianny M. Pichardo, Esq.
1251 Avenue of the Americas
New York, NY  10020
Tel:     212-278-1000
Fax:     212-278-1733
Email:  jgoldman@andersonkill.com
            bstrong@andersonkill.com
            jglen@andersonkill.com
            vpichardo@andersonkill.com

Arthur R. Armstrong, Esq.
*(pro hac vice)*
1760 Market Street, Suite 600
Philadelphia, PA  19103
Tel:     267-216-2711
Fax:     215-568-4573
Email:  aarmstrong@andersonkill.com
*Attorneys for Plaintiffs*

Dated:  August 20, 2019
            New York, New York

2