# EXHIBIT A

EX. A to *Agyeman* Motion for Judgment on Damages (II)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages | Pain and Suffering Damages | Economic Damages | Total Damages (Per Plaintiff) |
|---|---|---|---|---|---|---|---|
| 1 | Reginald Colon | Jaime Concepcion | Child | $8,500,000 | N/A | N/A | $8,500,000.00 |
| 2 | Rosa Colon | Jaime Concepcion | Child | $8,500,000 | N/A | N/A | $8,500,000.00 |
| 3 | Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine R. Corrigan | Georgine R. Corrigan | PR | N/A | $2,000,000 | $6,410,658 | $8,410,658.00 |
| | TOTAL | | | | | | $25,410,658.00 |