# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
|---|---|

This document relates to: *Roberta Agyeman, et al. v. Islamic Republic of Iran*
Case Number: *1:18-cv-05320 (GBD) (SN)*

## DECLARATION OF FAMILIAL RELATIONSHIP

I, Rosa Colon, declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1. My name is Rosa Colon, and I am the step-daughter of Jaime Concepcion, who died on September 11, 2001 when the World Trade Center collapsed. I submit this Declaration for the purpose of demonstrating that Jaime Concepcion was the functional equivalent of my father.

2. While not Jaime's biological daughter, for the reasons set forth below, I should be deemed the functional equivalent.

3. Shortly after my birth in 1990, my mother, Arelis Manon was killed.

4. As my biological father was never in my life, I had no biological parents at the age of two-years old.

5. Thankfully, my aunt Juana adopted me, and her boyfriend at the time (and future husband) Jaime Concepcion brought me into their life and raised me as their own. *See* Exhibit 1, Affidavit of Helen Speransky, Clinical Social Worker at ¶ 2; *see also*, Exhibit 2, family photographs.

6. We lived in the same household for all my life until he was taken away from me by the 9/11 attacks. I would was 10 years old at the time. Ex. 1 at ¶ 2

7. I never met my biological father; Jaime was the only true father I had ever known.

8. Juana was stricken with an illness, Lupus, which prevented her from working. Ex. 1 at ¶ 4.

9. But Jaime worked hard as a restaurant manager at the Windows of the World in the World Trade Center to provide for Juana and me, along with 4 other children who made up our family. Ex. 1 at ¶ 4.

10. In addition to this financial support, he treated me like his daughter, emotionally and socially, always made sure I did my homework and properly focused on school, as well as helped me with afterschool programs and extra-curricular activities like ballet dancing and singing.

11. We would regularly go to the park, pool, and beach at Coney Island in our free time.

12. We would also take vacations to the Dominican Republic as a family.

13. I was in 9th grade when the September 11th attacks occurred.

14. When we heard the news, my whole family gathered at our house and tried to reach Jaime without success.

15. We went to the hospitals and contacted the fire department.

16. We submitted an official missing person's report and filed out all the necessary forms and provided material for DNA analysis at the Victim's Assistance Center.

17. Eventually, we realized he was never coming home. It was devastating.

18. My family and I held a spiritual prayer service at the house to honor and remember him.

19. After his death, I lost interest in school, became quiet and introverted and suffered from depression.

20. I applied to the Victim's Compensation Fund ("VCF") as the functional equivalent of Jaime's daughter.

21. I was awarded $100,000 by the VCF. *See* Exhibit 3, September 11th Victims Compensation Fund Distribution Plan.

22. In sum, Jaime and I viewed each other as immediate family and Jaime was the only father I had ever known. As such, we should be treated as the functional equivalent of a biological father and daughter.

Executed on: 8-13-2019.

Name (Signature): Rosa Colón

Name (Print): Rosa Colón

3

docs-100190825.1

# EXHIBIT 1

## AFFIDAVIT OF HELEN SPERANSKY, CSW

STATE OF NEW YORK    )
                     )   S.S:
COUNTY OF NEW YORK   )

I, HELEN SPERANSKY, C.S.W., of full age, being duly sworn, do hereby depose and say:

1. I am a licensed clinical social worker in the State of New York. Prior to his death, JAIME CONCEPCION became known to me in connection with the treatment of his two (2) stepchildren, REGINALD COLON and ROSA LUCINA COLON, who are the adopted children of his wife, JUANA COLON.

2. On multiple occasions prior to his death, the decedent JAIME CONCEPCION advised me of the living situation for ROSA LUCINA COLON and REGINALD COLON. He advised me that ROSA LUCINA COLON and REGINALD COLON lived with the decedent and his wife, JUANA COLON, and MARGIE MANON, ORQUIDIA COLON, JAIME CONCEPCION, JR., KIRSY CONCEPCION and MERCEDES CONCEPCION, in an apartment located at 60 Thayer Street, apartment 3C, New York, New York.

3. Decedent JAIME CONCEPCION advised me that he had one (1) additional daughter, VIRGINIA CONCEPCION, who resided in the Dominican Republic.

4. Decedent JAIME CONCEPCION advised me that his wife, JUANA COLON, was ill with Lupus, and he advised me that he worked to support MERCEDES CONCEPCION, KIRSY CONCEPCION, ORQUIDIA COLON, JAIME CONCEPCION, JR, MARGIE MANON, REGINALD COLON, ROSA LUCINA COLON and his spouse, JUANA COLON.

5. Decedent JAIME CONCEPCION also advised me that he had also helped support his daughter in The Dominican Republic, VIRGINIA CONCEPCION, and his ex-wife, JUANA EUGENIA SALAZAR.

I hereby affirm that the statements made by me herein are true. I understand that if any of the statements made be me are willfully false, that I am subject to punishment.

HELEN SPERANSKY, C.S.W.

Sworn to before me this 4th day of Sep., 2003

_____
Notary Public

2

## AUTHORIZATION AND REQUEST FOR HOSPITAL AND MEDICAL RECORDS

DATED: May 8 2002

TO: Helen Speransky, Ph.D.　　　　　RE: Rosa Lucina Colon
　　　235 West 71st Street - #3
　　　New York, New York 10023

　　　You are hereby requested and authorized to disclose, make available and furnish to my attorneys, Goldsmith Richman Levinson & Harz, LLP whose address is 140 Sylvan Avenue, Englewood Cliffs, New Jersey 07632 all information, records, x-rays, reports or copies thereof, relating to my child's examination, consultation, confinement or treatment and to permit them to inspect and make copies or abstracts thereof.

　　　Approximate date of admission to hospital, first examination or consultation:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Juana Colon

Sworn and Subscribed to before me
this ____ day of May
2002

**FRANCISCO J. RODRIGUEZ**
Notary Public, State of New York
No. 02R050_____
Qualified in New ____
Commission Expires Au____ __, 2005
X _____

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE
### DEATH TRANSCRIPT

**CERTIFICATE OF DEATH**

Certificate No. 156-01-049969

NEW YORK CITY DEPARTMENT OF HEALTH
DATE FILED: 2001 OCT 26 P 3:06

**1. NAME OF DECEASED** (Type or print): Jaime (First Name) / (Middle Name) / Concepcion (Last Name)

## MEDICAL CERTIFICATE OF DEATH (To be filled in by the O.C.M.E.)

| 2. PLACE OF DEATH | 2b. Name of hospital or other facility if not facility, street address | 2c. If in Hospital or Other Facility | 2d. If inpatient, date of current admission |
|---|---|---|---|
| NEW YORK CITY | World Trade Center | 1 ☐ DOA   ☐ Outpatient | Month / Day / Year |
| 2a. BOROUGH: Manhattan | | 2 ☐ Emerg.   4 ☐ Inpatient | |

| 3. DATE AND HOUR OF DEATH OR FOUND DEAD | 3a. (Month)(Day)(Year) September 11, 2001 | 3b. Hour ☒ AM ☐ PM | 4. SEX MALE | 5. APPROXIMATE AGE 46 Years |
|---|---|---|---|---|

**6. DEATH WAS CAUSED BY:** Enter only one cause per line — INTERVAL BETWEEN ONSET AND DEATH

PART 1
- a. Immediate cause: Physical Injuries. (Body Not Found)
- b. Due to or as a consequence of:
- c. Due to or as a consequence of:

PART 2
- d. Other significant conditions contributing to death but not resulting in the underlying cause given in part 1:

| 7a. INJURY: DATE (Month)(Day)(Year) September 11, 2001 | 7b. Time ☒ AM ☐ PM | 7c. AT WORK 1 ☒ Yes 2 ☐ No | 7d. PLACE OF INJURY: At home, Farm, Street, etc. Office Building | 7e. LOCATION World Trade Center |
|---|---|---|---|---|

**7f. HOW INJURY OCCURRED:** Restaurant Worker Killed In World Trade Center Disaster

| 8. Manner of Death | 9. Autopsy | 10. On the basis of examination and/or investigation, in my opinion, death occurred due to the causes and manner as stated: |
|---|---|---|
| ☐ Pending Further Study  ☒ Homicide  ☐ Natural  ☐ Suicide  ☐ Accident  ☐ Undetermined | ☐ Yes  ☐ No Autopsy Pursuant to Law  ☒ No Autopsy | Certifier Signature: _[signature]_ M.D.  Date: October 25, 2001  Name (Print): Charles S. Hirsch, M.D. |

| 11. M.E. Case No. DX0101242 | 12a. Date Pronounced Dead (if different from 3a) (Month)(Day)(Yr) | 12b. Time ☐ AM ☐ PM | |

## PERSONAL PARTICULARS (To be filled in by Funeral Director, or in case of City Burial, by O.C.M.E.)

| 13. Usual Residence a. State NY | 13b. County New York | 13c. City, Town, or Location New York | 13d. Street & House No. 60 Thayer St | Zip 10040 | Apt. No 3C | 13e. Inside City Limits of 7c ☒ Yes ☐ No |
|---|---|---|---|---|---|---|

| 14. Served in U.S. Armed Forces No ☒ Yes ☐ Specify Years From / To | 15. Marital Status (Check One) ☐ Never married ☐ Widowed ☒ Married or separated ☐ Divorced | 16. Name of Surviving Spouse (If wife, give maiden name) Juana Colon |
|---|---|---|

| 17. Date of Birth of Decedent (Month)(Day)(Year) 11/20/54 | 18. Age at last birthday 46 | if under 1year mos. / days / hours / mins | 19. Social Security No. ▓▓▓▓▓▓▓▓▓ |
|---|---|---|---|

| 20a. Usual Occupation (Kind of work done during most of working lifetime. Do not enter retired) Delivery | 20b. Kind of business or industry Restaurant Delivery |
|---|---|

| 21. Birthplace (City & State or Foreign Country) Santo Domingo, Dominican | 22. Education (Specify only highest grade completed) Elementary/Secondary (0-12) 05   College (1-4 or 5+) | 23. Other name(s) by which decedent was known |
|---|---|---|

| 24. NAME OF FATHER OF DECEDENT Francisco Fria | 25. MAIDEN NAME OF MOTHER OF DECEDENT Virginia Jaime |
|---|---|

| 26a. NAME OF INFORMANT Juana Colon | 26b. RELATIONSHIP TO DECEASED Wife | 26c. ADDRESS 60 Thayer Street, Apt. 3C, New York, NY 10040 (CITY)(STATE)(ZIP) |
|---|---|---|

| 27a. NAME OF CEMETERY OR CREMATORY | 27b. LOCATION (City, Town, State and Country) | 27c. DATE OF BURIAL OR CREMATION |
|---|---|---|

| 28a. FUNERAL ESTABLISHMENT | 28b. ADDRESS |
|---|---|

VR16(1/94) (9/01)   VITAL RECORDS   DEPARTMENT OF HEALTH   THE CITY OF NEW YORK

This is to certify that the foregoing is a true copy of a record on file in the Department of Health. The Department of Health does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.


Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.



# EXHIBIT 2









# EXHIBIT 3

**September 11th Victims Compensation Fund**

Date: 3/18/2005
Time: 6:28:46PM

**Distribution Plan Report for Claim: 212-000006**

**Distributees**

**September 11th Victims Compensation Fund**

Date: 3/18/2005
Time: 6:28:46PM

**Distribution Plan Report for Claim: 212-000006**





**SSN:** **Name:** ROSA LUCINA COLON

**DOB:** 6-23-1990   **Relationship to Victim:** STEP-DAUGHTER

**FBI Verification:** Minor-Not Checked

**Distribution Type:** Lump Sum   **Original Distribution %:** 0.00

**Economic Distribution Amount:** $0.00   **Non-Economic Distribution Amount:** $100,000.00

**Address Information**

**Address Line 1:** 2222 CHATTERTON AVE
**Address Line 2:**
**Apt:** 2A
**City:** BRONX   **State:** NY   **Zip:** 10472
**Country:**

**September 11th Victims Compensation Fund**

Date: 3/18/2005
Time: 6:28:46PM

**Distribution Plan Report for Claim: 212-000006**



**September 11th Victims Compensation Fund**

Date: 3/18/2005
Time: 6:28:46PM

**Distribution Plan Report for Claim: 212-000006**



**SM Distribution Plan Decision**

**Economic Breakdown:**

**Non-Economic Breakdown:**

**Receives $100K Dependency:** and 2 step-children (Rosa and Reginald Colon)

**Application of Collateral Offsets:**

**Potential Beneficiaries:**

**Last Decision:** Plan Approved

**Last Decision Maker:** FELDMAN, JORDY
**Last Decision Date:** 06/08/2004
**Last Decision Entered By:** FELDMAN, JORDY
**Last Decision Entered On:** 06/08/2004

**Claimant Distribution Reallocation Decision**

**Last Decision:**

**Last Decision Maker:**
**Last Decision Date:**
**Last Decision Entered By:**
**Last Decision Entered On:**