# EXHIBIT D

## ECONOMIC LOSS

1.  Economic Loss Report prepared by Expert Economist Stan V. Smith, Ph.D.

2.  Curriculum Vitae; Stan V. Smith, Ph.D.

# TAB 1

# Corporate Financial Group, Ltd.

*Economics / Finance / Litigation Support*

*Stan V. Smith, Ph.D.*
*President*

December 6, 2004

Mr. Paul J. Hedlund
Baum & Hedlund
12100 Wilshire Blvd. Ste. 950
Los Angeles, CA  90025

    Re: Corrigan

Dear Mr. Hedlund:

You have asked me to calculate the value of certain losses subsequent to the death of Georgine Corrigan.  These losses are: (1) the loss of prospective earnings capacity and employee benefits; (2) the loss of household services; (3) the loss of the advice, counsel, guidance, instruction and training services sustained by Ms. Corrigan's daughter; (4) the loss of accompaniment services sustained by Ms. Corrigan's daughter; (5) the loss of child care services sustained by Ms. Corrigan's daughter; (6) the loss of the value of life ("LVL"), also known as loss of enjoyment of life; and (7) the loss of the society or relationship sustained by Ms. Corrigan's surviving family.

Georgine Corrigan was a 55.4-year-old, Caucasian, single female, who was born on April 24, 1946, and died on September 11, 2001. Ms. Corrigan's remaining life expectancy is estimated at 27.4 years.  This data is from the National Center for Health Statistics, <u>United States Life Tables, 2001</u>, Vol. 52, No. 14, National Vital Statistics Reports, 2004.  I assume an estimated trial or settlement date of June 1, 2005.

In order to perform this evaluation, I have reviewed the following materials: (1) a verification request from National Student Clearinghouse DegreeVerify; (2) an interview with Laura Brough on December 3, 2004; and (3) the case information form.

My methodology for estimating the losses, which is explained below, is generally based on past wage growth, interest rates, and consumer prices, as well as studies regarding the value of life.

My estimate of the real wage growth rate is 1.25 percent per year.  This growth rate is based on Business Sector, Hourly Compensation growth data from the Major Sector Productivity and Costs Index found at the U.S. Bureau of Labor Statistics website

# CFG

at www.bls.gov/data/home.htm, Series ID: PRS84006103, for the
real increase in wages primarily for the last 20 years.

My estimate of the tax-affected real discount rate is 1.06
percent per year.  This discount rate is based on the rate of
return on 90 day U.S. Treasury Bills published in the Economic
Report of the President for the real return on T-Bills primarily
for the last 20 years.  This rate is also consistent with
historical rates published by Ibbotson Associates, Chicago, in
its continuously updated series Stocks, Bonds, Bills and
Inflation.  This series, which acknowledges me as its founder and
creator, is generally regarded by academics in the field of
finance as the most widely accepted source of statistics on the
rates of return on investment securities.  It is relied upon
almost exclusively by academic and business economists, insurance
companies, banks, institutional investors, CPA's, actuaries,
benefit analysts, and economists in courts of law.

Estimates of real growth and discount rates are net of inflation
based on the Consumer Price Index (CPI-W), published in monthly
issues of the U.S. Bureau of Labor Statistics, CPI Detailed
Report (Washington, D.C.: U.S. Government Printing Office) and
available at the U.S. Bureau of Labor Statistics website at
www.bls.gov/data/home.htm, Series ID: CWUR0000SA0.  The rate of
inflation for the past 20 years has been 2.92 percent.

I assume a tax rate of 21 percent.  This rate applies to wage and
interest earnings.

## I(A). LOSS OF PROSPECTIVE EARNINGS CAPACITY

Tables 1 through 7 show the loss of wages and benefits.  Ms.
Corrigan attended Bowling Green State University, however, she
did not complete a degree.  The wage estimate is based on the
average earnings of a non-Hispanic, white female with a some
college but no degree between the ages of 55 to 59 of $37,498 in
year 2003 dollars.  This wage data is published in the U.S.
Bureau of the Census and the Bureau of Labor Statistics, Current
Population Survey, Annual Social and Economic Supplement,
Washington, D.C., 2004.

Employee benefit estimates are based on data from the U.S.
Chamber of Commerce, 2003 Employee Benefits Study, (Washington,
DC: Statistics and Research Center, 2003).  I have assumed that
employee benefits grow at the same rate as wages and are
discounted to present value at the same discount rate.  Since
these tables assume full-time work, I do not include employee
benefits relating to unemployment, injury, illness or disability;
benefits are estimated at 27.6 percent of wages.

2

# CFG

Personal consumption is an offset of the income. I use a
personal consumption offset based on a study by Patton, Nelson,
and Lierman, "Patton-Nelson Personal Consumption Tables Updated,"
Journal of Forensic Economics, Vol. 11, No. 1, Winter, 1998 which
shows personal consumption to be 67.8 percent for a single person
with income between $35,000 and $40,000.

I assume full-time employment each year and show the accumulation
through life expectancy. While these tables are calculated
through the end of life expectancy, the losses from working full-
time through any assumed retirement age can be read off the
table.

Based on the above assumptions, my opinion of the loss of
prospective earnings capacity for full-time employment is
$361,031 ▶ Table 9. This figure assumes full-time work to age
82.8, but any assumed retirement age may be read from Table 9.
For example, the full-time employment loss of prospective
earnings capacity to age 67 is $158,233.

## II. LOSS OF REPLACEMENT SERVICES

The following sections estimate the value of replacement services
provided to Georgine Corrigan's daughter. These services do not
include loss of love, care, or affection, etc., but are the
tangible services, valued as if they were provided by a person
unknown to the household.

## II(A). LOSS OF HOUSEHOLD SERVICES

Tables 10 through 12 show the loss of household services. Ms.
Corrigan was living with her daughter, son-in-law and
grandchildren at the time of her death. Laura Brough, Ms.
Corrigan's daughter, states that her mother helped with the
cooking, cleaning, grocery shopping and laundry as well as
assisting with transportation for the grandsons. The number of
hours of household services is illustrated at 2.0 hours per day,
based on Ms. Corrigan's estimate of her mother's contribution.
Household services are valued at $6.68 per hour in year 1991
dollars, based on a study by Douglass, Kenney and Miller, "Which
Estimates of Household Production are the Best?" Journal of
Forensic Economics, Vol 4, No. 1, Winter 1990, pp 25-45, and
unpublished updates from the authors. I value such services at
their replacement cost which includes a minimum 50 percent hourly
premium paid to agencies who supply such services on a part-time
basis and who are responsible for insuring, bonding and vetting
the part-time employee. The hourly value of these services grows
at the same rate as wages and is discounted at the same rates as
wages.

3

# CFG

Based on these assumptions, and Ms. Corrigan's life expectancy of 82.8 years, my opinion of the loss of the value of household services is $331,758 ► Table 12.


## II(B). LOSS OF ADVICE, COUNSEL, GUIDANCE, INSTRUCTION AND TRAINING SERVICES

Tables 13 through 15 show the pecuniary loss of advice, counsel, guidance, instruction and training services sustained by Ms. Corrigan's daughter.  The method of valuing the economic loss of these services is recognized in the economic literature.  See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure," Journal of Forensic Economics, Vol. 11, No. 3, Fall 1998, p. 253-265.  The hourly value of the loss is based on the mean hourly earnings of educational, vocational, and school counselors, marriage and family therapists, child, family and school social workers, social and human service assistants, clergy, directors of religious activities and education, coaches and elementary school teachers, which is $17.54 per hour in year 2002 dollars.  These wage data are based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, 2002 National Occupational Employment and Wage Statistics found at www.bls.gov/oes.  I value such services at their replacement cost which includes a minimum 50 percent hourly overhead premium paid to agencies who supply such services on a part-time basis and who are responsible for insuring, bonding and vetting the background, experience and training of the part-time employee.

Laura Brough states that her mother was her best friend, and she talked to her mother about everything.  Her mother was a good role model and had good morals and standards.  Her mother was always supportive of her decisions, however, her mother would also speak her mind if she believed that her decisions were going to hurt someone.

Based on a benchmark loss of 0.5 hours per day for Ms. Corrigan's daughter, my opinion of the loss of advice, counsel, guidance, instruction and training as a result of the death of Georgine Corrigan is $147,087 ► Table 15 for Laura Brough.


## II(C). LOSS OF ACCOMPANIMENT SERVICES

Tables 16 through 18 show the pecuniary loss of accompaniment services sustained by Ms. Corrigan's daughter.  The method of valuing the economic loss of these services is recognized in the economic literature.  See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure," Journal of Forensic Economics, Vol. 11, No. 3, Fall 1998, p. 253-265.  The hourly value of the loss of accompaniment is based on

4

# CFG

the mean hourly earnings of licensed practical and licensed vocational nurses and home health aides, which is $12.35 per hour in year 2002 dollars. This wage data is based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, 2002 National Occupational Employment and Wage Statistics found at www.bls.gov/oes. I value such services at their replacement cost which includes a minimum 50 percent hourly premium paid to agencies who supply such services on a part-time basis and who are responsible for insuring, bonding and vetting the part-time employee.

Laura Brough states that she and her mother did everything together. They enjoyed traveling, and they went to Mexico and California. They would occasionally take 2 hour lunches together and go to high tea. Mrs. Brough states that would do crafts with her mother, however, she was not very good and only did it so that she could spend time with her mother. They would go shopping, cook dinner and eat together. Her mother was always very active and hands-on in her life.

Based on a benchmark loss of 2.0 hours per day for Ms. Corrigan's daughter, my opinion of the loss of accompaniment as a result of the death of Georgine Corrigan is $414,137 ► Table 18 for Laura Brough.

## II(D). LOSS OF CHILD CARE SERVICES

Tables 19 through 21 show the pecuniary loss of child care services sustained by Ms. Corrigan's daughter. The method of valuing the hourly value of child care services is based on the mean hourly earnings of child care workers, which is $8.32 per hour in year 2002 dollars. This wage data is based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, 2002 National Occupational Employment and Wage Statistics found at www.bls.gov/oes. I value such services at their replacement cost which includes a minimum 50 percent hourly premium paid to agencies who supply such services on a part-time basis and who are responsible for insuring, bonding and vetting the part-time employee.

Laura Brough states that her mother would often babysit her children. She states that her mother would watch the children for entire weekends, and she and her husband would go on trips or just check in a nearby hotel for the weekend. Her mother would also babysit during the week so that she and her husband could go out with friends or have time by herself. She estimates that her mother would spend approximately 2.0 hours per day babysitting for her children.

5

# CFG

Based on a benchmark loss of 2.0 hours per day through 2008 and at 1.0 hour per day from 2009 through 2014, my opinion of the loss of child care services as a result of the death of Georgine Corrigan is $101,982 ▸ Table 21.


## IV. LOSS OF VALUE OF LIFE

Tables 22 through 24 show the loss of the value of life. Economists have long agreed that life is valued at more than the lost earnings capacity. My estimate of the value of life is based on many economic studies on what we, as a contemporary society, are willing to pay to preserve the ability to lead a normal life. The studies examine incremental pay for risky occupations as well as a multitude of data regarding expenditure for life savings by individuals, industry, and state and federal agencies. Based on societal value and life expectancy of 82.8 years, my opinion of the loss of the value of life for Georgine Corrigan is $3,369,994 ▸ Table 24.

My estimate of the value of life is consistent with estimates published in other studies that examine and review the broad spectrum of economic literature on the value of life. Among these is "The Plausible Range for the Value of Life," _Journal of Forensic Economics_, Vol. 3, No. 3, pp. 17-39(1990), by T. R. Miller. This study reviews 67 different estimates of the value of life published by economists in peer-reviewed academic journals. The results, in most instances, show the value of life to range from approximately $1.6 million to $2.9 million dollars in year 1988 after-tax dollars, with a mean of approximately $2.2 million dollars.

The underlying studies fall into three general groups: (1) consumer behavior and purchases of safety devices; (2) wage risk premiums to workers; and (3) cost-benefit analyses of regulations. For example, one consumer safety study analyzes the costs of smoke detectors and the lifesaving reduction associated with them. One wage premium study examines the differential rates of pay for dangerous occupations with a risk of death on the job. Just as workers receive shift premiums for undesirable work hours, workers also receive a higher rate of pay to accept a increased risk of death on the job. A study of government regulation examines the lifesaving resulting from the installation of smoke stack scrubbers at high-sulphur, coal-burning power plants. As a hypothetical example of the methodology, assume that a safety device costs $460 and results in lowering a person's risk of premature death by one chance in 5,000. The cost per life saved is obtained by dividing $460 by the one in 5,000 probability, yielding $2,300,000. Overall, based on the peer-reviewed economic literature, I estimate the

6

# CFG

central tendency of the range of the economic studies to be approximately $3.6 million in year 2004 dollars.

## V. LOSS OF SOCIETY OR RELATIONSHIP

Tables 25 through 27 show the loss of society or relationship sustained by Ms. Corrigan's daughter.  The value of the loss of society or relationship by family members with the deceased can be based on a measure of the value of preserving the ability to live a normal life.  This is discussed in the article, "The Relevance of Willingness-To-Pay Estimates of the Value of a Statistical Life in Determining Wrongful Death Awards," Journal of Forensic Economics, Vol. 3, No. 3, pp. 75-89 (1990), by L. G. Chestnut and D. M. Violette.

Based on a benchmark loss of 25 percent for each family member, my opinion of the loss of relationship as a result of the death of Georgine Corrigan is $1,555,394 ► Table 27 for Laura Brough.

-------------------------------------------

A trier-of-fact may weigh other factors to determine if these estimated losses for Georgine Corrigan should be adjusted because of special qualities or circumstances that economists do not as yet have a methodology for analysis.

In each set of tables, the estimated losses are calculated from September 11, 2001 through an assumed trial or settlement date of June 1, 2005, and from that date thereafter.  The last table in each set accumulates the past and future estimated losses.  These estimates are provided as an aid, tool and guide for the trier-of-fact.

All opinions expressed in this report are clearly labeled as such.  They are rendered in accordance with generally accepted standards within the field of economics, and are expressed to a reasonable degree of economic certainty.  Estimates, assumptions, illustrations and the use of benchmarks, which are not opinions (but which can be viewed as hypothetical in nature) are also clearly identified.

If there is additional information which I have not yet taken into account and which could alter my opinions, please let me know so that I may incorporate any such information into an update of the opinions expressed in this report.

7

# CFG

If any additional information becomes available in the future which could alter my opinions, again, please let me know so that I may incorporate any such information into an update of the opinions expressed in this report.

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

8

# CFG

## APPENDIX: HOUSEHOLD REPLACEMENT SERVICES

Courts have long recognized that members's claims to the value of family household replacement services as an element of damages in personal injury and wrongful death cases, as an aspect of the pecuniary loss in such cases.  These services are those that are provided by the injured family member to other family members without charge or cost.  Members who receive such services can include spouses, children, parents or siblings; such family members do not necessarily have to reside in the same household to receive such services.

Courts have long recognized that an appropriate method in valuing such services is to value their replacement costs by examining costs paid in labor markets that provide generally comparable services for.  "[T]he service must have market equivalents from which a pecuniary standard can be established ..."  This standard is set forth the 1913 U.S.Supreme Court Decision, <u>Michigan Central Railroad Company</u> v. Vreeland, 227 U.S. 59 (1913).  So this method is a century old.

The Supreme Court's suggesting in valuing compensable services in the Vreeland decision is a standard that is not rigid, but actually rather general: "[The] pecuniary loss or damage must be one which can be measured by some standard.... Compensation for such loss manifestly does not include damages by way of recompense for grief or wounded feelings."  <u>Michigan Central v. Vreeland</u>.

Examples of lost household services that used to be performed by victims (whether fatally or non-fatally injured) can include physical chores such as mowing the lawn, painting the house, cleaning the windows, doing the laundry, washing and repairing the car, preparing the meals and doing the dishes, among others. For many decades economists have met the Supreme Court's general standard by using labor market equivalents for cooks, laundry workers, gardeners, maids, etc. in valuing the physical chores regarding housekeeping services.

However, economists have recognized that services to family members include services well beyond the physical housekeeping chores.  For example, William G. Jungbauer and Mark J. Odegard, in Maximizing Recovery in FELA Wrongful Death Actions," in <u>Assessing Family Loss in Wrongful Death Litigation: The Special Roles of Lost Services and Personal Consumption</u>, Lawyers & Judges Publishing Co., 1999, p. 284, indicate that a compete analysis of all services performed by the injured or deceased person includes much, much more than the physical chores.  Frank D.Tinari, in a peer-reviewed, scientific, economic journal article "Household Services: Toward a More Comprehensive Measure, " <u>Journal of Forensic Economics</u>,11(3), 1998, expresses the same view.

# CFG

Jungbauer and Odegard indicate that a victim may have provided services of many other professions such as that of a chauffeur, driving other family members to appointments, or that of a security guard, especially regarding the injury to a male spouse, etc. Every family member acts as a companion to other family members. And is it is common for family members to act as a counselors for one another, typically providing advice and counsel on important personal, family, medical, financial, career or other issues. The marketplace can and does value such items of loss. If the victim cannot provide these services, or does so at a reduced capacity or rate, there is a distinct and definite loss to the other family members. These losses have a definite and easily measurable pecuniary value. <u>Vreeland</u> requires only that a "reasonable expectation" of loss of services be proven and that such loss be valued by some standard, presumably a reasonably-based economic standard, to allow recovery.

Tinari discusses a market-oriented method to assess the pecuniary value of the loss of accompaniment services, as well as the value of advice, guidance and counsel services that family members provide to one another, within a broadly defined scope of family services. See Frank D.Tinari, "Household Services: Toward a More Comprehensive Measure," <u>Journal of Forensic Economics</u>,11(3), 1998.

Finally, according to Chief Justice Robert Wilentz of the Supreme Court of New Jersey, in <u>Green v. Bittner</u>, 85 NJ 1,1980, p. 12, accompaniment services, to be compensable, must be that which would have provided services substantially equivalent to those provided by the companions often hired today by the aged or infirm, or substantially equivalent to services provided by nurses or practical nurses; and its value must be confined to what the marketplace would pay a stranger with similar qualifications for performing such services.

In valuing the household replacement services that are provided by family members to one another, beyond the physical chores, both the U.S Supreme Court and the New Jersey Supreme Court discuss looking at labor markets for the equivalent value of such services. This methodology is identical to what economists have been doing for over four decades in valuing the physical chores involved in housekeeping services.

Corporate Financial Group, Ltd. ▪ *312-943-1551*

# CFG

## APPENDIX: VALUE OF LIFE

The economic methodology for the valuation of life has been found to meet the standards set forth in <u>Daubert v. Merrell Dow Pharmaceuticals</u>, 113 S.Ct. 2786 (1993).  My testimony has been accepted in over 100 jurisdictions nationwide in over half the states.  Dozens of other economists have offered this testimony over the past decade also.  The <u>Daubert</u> standard sets forth four criteria:

1.   Testing of the theory and science

2.   Peer Review

3.   Known or potential rate of error

4.   Generally accepted.

Testing of the theory and science has been accomplished over the past four decades, since the 1960s.  Economists of high renown have published articles in high quality, peer-reviewed economic journals.

A review of this extensive literature can be found in "The Value of Risks to Life and Health," W. Kip Viscusi, <u>Journal of Economic Literature</u>, Vol. XXXI (December, 1993), pp. 1912-1946.  Another peer-reviewed article discusses the application to forensic economics: "The Plausible Range for the Value of Life," T. R. Miller, <u>Journal of Forensic Economics</u>, Fall 1990, which discusses the many dozens of articles published in other peer-reviewed economic journals on this topic.  This concept is further discussed in "Willingness to Pay Comes of Age:  Will the System Survive?" Ted R. Miller, <u>Northwestern University Law Review</u>, Summer 1989, pp. 876-907, and "Hedonic Damages in Personal Injury and Wrongful Death Litigation," by me in <u>Litigation Economics</u>, pp. 39-59.  Kenneth Arrow, a Nobel Laureate in economics discusses this method for valuing life in "Invaluable Goods," <u>Journal of Economic Literature</u>, XXXV, No. 2, 1997, p. 759.  All of these articles discuss the known or potential rate of error, well within the acceptable standard in the field of economics, generally using a 95% confidence rate for the statistical testing and acceptance of results.

This methodology has been generally accepted in the field of economics.  Indeed, according to the prestigious and highly-regarded think tank, <u>The Rand Corporation</u>, by 1988: "Most economists would agree that the willingness-to-pay is the most conceptually appropriate criterion for establishing the value of life," <u>Computing Economic loss in Cases of Wrongful Death</u>, King and Smith, Rand Institute for Civil Justice, R-3549-ICJ, 1988. While first discussed in cutting edge, peer-reviewed economic journals, this methodology is now taught in standard economics

11

# CFG

courses at the undergraduate and graduate level throughout hundreds of colleges and universities nationwide as it is discussed in widely-accepted textbooks in the field of law and economics:  Economics, David C. Colander, Irwin, Chicago, 2004, pp. 446-449; this introductory to an economics textbook is the third most widely used textbook in college courses nationwide. Hamermesh and Rees's The Economics of Work and Pay, HarperCollins, 1993, Chapter 13, perhaps the standard advanced textbook in labor economics, also discusses the methodology for valuing life.  Other textbooks discuss this topic.  Richard Posner, Chief Justice of the U.S. Court of Appeals for the 7th Circuit and Senior Lecturer at the University of Chicago Law School, one of most prolific legal writers in America, details the Value of Life approach in his widely used textbooks: Economic Analysis of Law, 1986, Little Brown & Co., pp. 182-185 and Tort Law, 1982, Little Brown & Co., p 120-126.

Forensic Economics is now taught as a special field in a number of institutions nationwide.  I taught what is believed to be the first course ever presented in the field of Forensic Economics at DePaul University in Spring, 1990.  My own book, Economic/Hedonic Damages, Anderson, 1990, co-authored with Dr. Michael Brookshire, a Professor of Economics in West Virginia, has been used as a textbook in at least 5 colleges and universities nationwide in such courses in economics, and has a thorough discussion of the methodology. Toppino et. al., in "Forensic Economics in the Classroom," published in The Earnings Analyst, Journal of the American Rehabilitation Economics Association, pp. 53-86, Vol. IV, 2001, indicate that hedonic damages is one of 15 major topic areas taught in such courses.

Finally, this methodology is endorsed by the U. S. Government as the standard and recommended approach for use by all U. S. Agencies in valuing life for policy purposes, as mandated in current and past Presidential Executive Orders in effect since 1972, and as discussed in "Report to Congress on the Costs and Benefits of Federal Regulations," Office of Management and Budget, 1998, and "Economic Analysis of Federal Regulations Under Executive Order 12866," Executive Office of the President, Office of Management and Budget, pp. 1-37, and "Report to the President on Executive Order No. 12866, Regulatory Planning and Review, May 1, 1994, Office of Information and Regulatory Affairs, Office of Management and Budget.  Prior presidents signed similar orders as discussed in "Federal Agency Valuations of Human life", Administrative Conference of the United States, Report for Recommendation 88-7, December 1988, pp. 368-408.

Corporate Financial Group, Ltd.▪ 312-943-1551

# CFG

## SUMMARY OF LOSSES FOR GEORGINE CORRIGAN

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| | **EARNINGS** | |
| | LOSS OF WAGES & BENEFITS, NET OF PERSONAL CONSUMPTION | |
| 9 | Full-Time Employment to age 67 | $ 158,233 |
| | **REPLACEMENT SERVICES** | |
| 12 | LOSS OF HOUSEHOLD SERVICES | $ 331,758 |
| 15 | LOSS OF GUIDANCE Laura Brough | $ 147,087 |
| 18 | LOSS OF ACCOMPANIMENT Laura Brough | $ 414,137 |
| 21 | LOSS OF CHILD CARE SERVICES | $ 101,982 |
| | **LOSS OF ENJOYMENT OF LIFE** | |
| 24 | LOSS OF VALUE OF LIFE | $3,369,994 |
| | **LOSS OF RELATIONSHIP** | |
| 27 | LOSS OF RELATIONSHIP Laura Brough | $1,555,394 |

The information on this Summary of Losses is intended to summarize losses under certain given assumptions.  Please refer to the report and the tables for all the opinions.

Corporate Financial Group, Ltd. ▪ *312-943-1551*

Table I

LOSS OF PAST WAGES
2001 - 2005

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|-------|----------|
| 2001 | 55 | $8,595 | $8,595 |
| 2002 | 56 | 28,683 | 37,278 |
| 2003 | 57 | 29,623 | 66,901 |
| 2004 | 58 | 30,734 | 97,635 |
| 2005 | 59 | 13,192 | $110,827 |

CORRIGAN        $110,827

Table 2

LOSS OF PAST EMPLOYEE BENEFITS
2001 - 2005

| YEAR | AGE | EMPLOYEE BENEFITS | CUMULATE |
|------|-----|-------------------|----------|
| **** | *** | ******** | ******** |
| 2001 | 55 | $2,372 | $2,372 |
| 2002 | 56 | 7,917 | 10,289 |
| 2003 | 57 | 8,176 | 18,465 |
| 2004 | 58 | 8,483 | 26,948 |
| 2005 | 59 | 3,641 | $30,589 |
| CORRIGAN | | $30,589 | |

Table 3

## LOSS OF PAST PERSONAL CONSUMPTION
### 2001 - 2005

| YEAR | AGE | PERSONAL CONSUMPTION | CUMULATE |
|------|-----|----------------------|----------|
| **** | *** | ********** | ******* |
| 2001 | 55 | -$7,436 | -$7,436 |
| 2002 | 56 | -24,814 | -32,250 |
| 2003 | 57 | -25,627 | -57,877 |
| 2004 | 58 | -26,588 | -84,465 |
| 2005 | 59 | -11,412 | -$95,877 |
| CORRIGAN | | -$95,877 | |

CORPORATE FINANCIAL GROUP, LTD.   312/943-1551

Table 4

### ECONOMIC LOSS TO DATE
#### 2001 - 2005

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| 2001 | 55 | $8,595 | $2,372 | -$7,436 | $3,531 | $3,531 |
| 2002 | 56 | 28,683 | 7,917 | -24,814 | 11,786 | 15,317 |
| 2003 | 57 | 29,623 | 8,176 | -25,627 | 12,172 | 27,489 |
| 2004 | 58 | 30,734 | 8,483 | -26,588 | 12,629 | 40,118 |
| 2005 | 59 | 13,192 | 3,641 | -11,412 | 5,421 | $45,539 |
| | | | | | | |
| CORRIGAN | | $110,827 | $30,589 | -$95,877 | $45,539 | |

Table 5

PRESENT VALUE OF FUTURE WAGES
2005 - 2029

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------|-----------------|---------------|----------|
| **** | *** | ****** | ******** | ******** | ******** |
| 2005 | 59 | $18,695 | 0.99382 | $18,580 | $18,580 |
| 2006 | 60 | 32,286 | 0.98340 | 31,750 | 50,330 |
| 2007 | 61 | 32,690 | 0.97308 | 31,810 | 82,140 |
| 2008 | 62 | 33,099 | 0.96288 | 31,870 | 114,010 |
| 2009 | 63 | 33,513 | 0.95278 | 31,931 | 145,941 |
| 2010 | 64 | 33,932 | 0.94279 | 31,991 | 177,932 |
| 2011 | 65 | 34,356 | 0.93290 | 32,051 | 209,983 |
| 2012 | 66 | 34,785 | 0.92311 | 32,110 | 242,093 |
| 2013 | 67 | 35,220 | 0.91343 | 32,171 | 274,264 |
| 2014 | 68 | 35,660 | 0.90385 | 32,231 | 306,495 |
| 2015 | 69 | 36,106 | 0.89437 | 32,292 | 338,787 |
| 2016 | 70 | 36,557 | 0.88499 | 32,353 | 371,140 |
| 2017 | 71 | 37,014 | 0.87570 | 32,413 | 403,553 |
| 2018 | 72 | 37,477 | 0.86652 | 32,475 | 436,028 |
| 2019 | 73 | 37,945 | 0.85743 | 32,535 | 468,563 |
| 2020 | 74 | 38,419 | 0.84844 | 32,596 | 501,159 |
| 2021 | 75 | 38,899 | 0.83954 | 32,657 | 533,816 |
| 2022 | 76 | 39,385 | 0.83073 | 32,718 | 566,534 |
| 2023 | 77 | 39,877 | 0.82202 | 32,780 | 599,314 |
| 2024 | 78 | 40,375 | 0.81340 | 32,841 | 632,155 |
| 2025 | 79 | 40,880 | 0.80487 | 32,903 | 665,058 |
| 2026 | 80 | 41,391 | 0.79642 | 32,965 | 698,023 |
| 2027 | 81 | 41,908 | 0.78807 | 33,026 | 731,049 |
| 2028 | 82 | 42,432 | 0.77980 | 33,088 | 764,137 |
| 2029 | 83 | 4,708 | 0.77890 | 3,667 | $767,804 |

GEORGINE CORRIGAN                    $767,804

CORPORATE FINANCIAL GROUP, LTD.  312/943-1551

Table 6

PRESENT VALUE OF FUTURE EMPLOYEE BENEFITS
2005 - 2029

| YEAR | AGE | EMPLOYEE BENEFITS | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------------------|-----------------|---------------|----------|
| 2005 | 59 | $5,160 | 0.99382 | $5,128 | $5,128 |
| 2006 | 60 | 8,911 | 0.98340 | 8,763 | 13,891 |
| 2007 | 61 | 9,022 | 0.97308 | 8,779 | 22,670 |
| 2008 | 62 | 9,135 | 0.96288 | 8,796 | 31,466 |
| 2009 | 63 | 9,250 | 0.95278 | 8,813 | 40,279 |
| 2010 | 64 | 9,365 | 0.94279 | 8,829 | 49,108 |
| 2011 | 65 | 9,482 | 0.93290 | 8,846 | 57,954 |
| 2012 | 66 | 9,601 | 0.92311 | 8,863 | 66,817 |
| 2013 | 67 | 9,721 | 0.91343 | 8,879 | 75,696 |
| 2014 | 68 | 9,842 | 0.90385 | 8,896 | 84,592 |
| 2015 | 69 | 9,965 | 0.89437 | 8,912 | 93,504 |
| 2016 | 70 | 10,090 | 0.88499 | 8,930 | 102,434 |
| 2017 | 71 | 10,216 | 0.87570 | 8,946 | 111,380 |
| 2018 | 72 | 10,344 | 0.86652 | 8,963 | 120,343 |
| 2019 | 73 | 10,473 | 0.85743 | 8,980 | 129,323 |
| 2020 | 74 | 10,604 | 0.84844 | 8,997 | 138,320 |
| 2021 | 75 | 10,736 | 0.83954 | 9,013 | 147,333 |
| 2022 | 76 | 10,870 | 0.83073 | 9,030 | 156,363 |
| 2023 | 77 | 11,006 | 0.82202 | 9,047 | 165,410 |
| 2024 | 78 | 11,144 | 0.81340 | 9,065 | 174,475 |
| 2025 | 79 | 11,283 | 0.80487 | 9,081 | 183,556 |
| 2026 | 80 | 11,424 | 0.79642 | 9,098 | 192,654 |
| 2027 | 81 | 11,567 | 0.78807 | 9,116 | 201,770 |
| 2028 | 82 | 11,711 | 0.77980 | 9,132 | 210,902 |
| 2029 | 83 | 1,299 | 0.77890 | 1,012 | $211,914 |

GEORGINE CORRIGAN                    $211,914

CORPORATE FINANCIAL GROUP, LTD.   312/943-1551

Table 7

## PRESENT VALUE OF FUTURE PERSONAL CONSUMPTION
## 2005 - 2029

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------------------|-----------------|---------------|----------|
| **** | *** | *********** | ******** | ******** | ******** |
| 2005 | 59 | -$16,173 | 0.99382 | -$16,073 | -$16,073 |
| 2006 | 60 | -27,931 | 0.98340 | -27,467 | -43,540 |
| 2007 | 61 | -28,280 | 0.97308 | -27,519 | -71,059 |
| 2008 | 62 | -28,634 | 0.96288 | -27,571 | -98,630 |
| 2009 | 63 | -28,992 | 0.95278 | -27,623 | -126,253 |
| 2010 | 64 | -29,355 | 0.94279 | -27,676 | -153,929 |
| 2011 | 65 | -29,721 | 0.93290 | -27,727 | -181,656 |
| 2012 | 66 | -30,093 | 0.92311 | -27,779 | -209,435 |
| 2013 | 67 | -30,469 | 0.91343 | -27,831 | -237,266 |
| 2014 | 68 | -30,849 | 0.90385 | -27,883 | -265,149 |
| 2015 | 69 | -31,235 | 0.89437 | -27,936 | -293,085 |
| 2016 | 70 | -31,625 | 0.88499 | -27,988 | -321,073 |
| 2017 | 71 | -32,021 | 0.87570 | -28,041 | -349,114 |
| 2018 | 72 | -32,421 | 0.86652 | -28,093 | -377,207 |
| 2019 | 73 | -32,826 | 0.85743 | -28,146 | -405,353 |
| 2020 | 74 | -33,236 | 0.84844 | -28,199 | -433,552 |
| 2021 | 75 | -33,652 | 0.83954 | -28,252 | -461,804 |
| 2022 | 76 | -34,072 | 0.83073 | -28,305 | -490,109 |
| 2023 | 77 | -34,498 | 0.82202 | -28,358 | -518,467 |
| 2024 | 78 | -34,928 | 0.81340 | -28,410 | -546,877 |
| 2025 | 79 | -35,365 | 0.80487 | -28,464 | -575,341 |
| 2026 | 80 | -35,807 | 0.79642 | -28,517 | -603,858 |
| 2027 | 81 | -36,255 | 0.78807 | -28,571 | -632,429 |
| 2028 | 82 | -36,708 | 0.77980 | -28,625 | -661,054 |
| 2029 | 83 | -4,073 | 0.77890 | -3,172 | -$664,226 |

GEORGINE CORRIGAN                                -$664,226

CORPORATE FINANCIAL GROUP, LTD.  312/943-1551

Table 8

## PRESENT VALUE OF FUTURE WAGES AND BENEFITS
### 2005 - 2029

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| **** | *** | ******** | ******** | *********** | ******** | ******** |
| 2005 | 59 | $18,580 | $5,128 | -$16,073 | $7,635 | $7,635 |
| 2006 | 60 | 31,750 | 8,763 | -27,467 | 13,046 | 20,681 |
| 2007 | 61 | 31,810 | 8,779 | -27,519 | 13,070 | 33,751 |
| 2008 | 62 | 31,870 | 8,796 | -27,571 | 13,095 | 46,846 |
| 2009 | 63 | 31,931 | 8,813 | -27,623 | 13,121 | 59,967 |
| 2010 | 64 | 31,991 | 8,829 | -27,676 | 13,144 | 73,111 |
| 2011 | 65 | 32,051 | 8,846 | -27,727 | 13,170 | 86,281 |
| 2012 | 66 | 32,110 | 8,863 | -27,779 | 13,194 | 99,475 |
| 2013 | 67 | 32,171 | 8,879 | -27,831 | 13,219 | 112,694 |
| 2014 | 68 | 32,231 | 8,896 | -27,883 | 13,244 | 125,938 |
| 2015 | 69 | 32,292 | 8,912 | -27,936 | 13,268 | 139,206 |
| 2016 | 70 | 32,353 | 8,930 | -27,988 | 13,295 | 152,501 |
| 2017 | 71 | 32,413 | 8,946 | -28,041 | 13,318 | 165,819 |
| 2018 | 72 | 32,475 | 8,963 | -28,093 | 13,345 | 179,164 |
| 2019 | 73 | 32,535 | 8,980 | -28,146 | 13,369 | 192,533 |
| 2020 | 74 | 32,596 | 8,997 | -28,199 | 13,394 | 205,927 |
| 2021 | 75 | 32,657 | 9,013 | -28,252 | 13,418 | 219,345 |
| 2022 | 76 | 32,718 | 9,030 | -28,305 | 13,443 | 232,788 |
| 2023 | 77 | 32,780 | 9,047 | -28,358 | 13,469 | 246,257 |
| 2024 | 78 | 32,841 | 9,065 | -28,410 | 13,496 | 259,753 |
| 2025 | 79 | 32,903 | 9,081 | -28,464 | 13,520 | 273,273 |
| 2026 | 80 | 32,965 | 9,098 | -28,517 | 13,546 | 286,819 |
| 2027 | 81 | 33,026 | 9,116 | -28,571 | 13,571 | 300,390 |
| 2028 | 82 | 33,088 | 9,132 | -28,625 | 13,595 | 313,985 |
| 2029 | 83 | 3,667 | 1,012 | -3,172 | 1,507 | $315,492 |
| CORRIGAN | | $767,804 | $211,914 | -$664,226 | $315,492 | |

Table 9

## PRESENT VALUE OF NET WAGE AND BENEFIT LOSS
### 2001 - 2029

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| **** | *** | ******** | ******** | *********** | ******** | ******** |
| 2001 | 55 | $8,595 | $2,372 | -$7,436 | $3,531 | $3,531 |
| 2002 | 56 | 28,683 | 7,917 | -24,814 | 11,786 | 15,317 |
| 2003 | 57 | 29,623 | 8,176 | -25,627 | 12,172 | 27,489 |
| 2004 | 58 | 30,734 | 8,483 | -26,588 | 12,629 | 40,118 |
| 2005 | 59 | 31,772 | 8,769 | -27,485 | 13,056 | 53,174 |
| 2006 | 60 | 31,750 | 8,763 | -27,467 | 13,046 | 66,220 |
| 2007 | 61 | 31,810 | 8,779 | -27,519 | 13,070 | 79,290 |
| 2008 | 62 | 31,870 | 8,796 | -27,571 | 13,095 | 92,385 |
| 2009 | 63 | 31,931 | 8,813 | -27,623 | 13,121 | 105,506 |
| 2010 | 64 | 31,991 | 8,829 | -27,676 | 13,144 | 118,650 |
| 2011 | 65 | 32,051 | 8,846 | -27,727 | 13,170 | 131,820 |
| 2012 | 66 | 32,110 | 8,863 | -27,779 | 13,194 | 145,014 |
| 2013 | 67 | 32,171 | 8,879 | -27,831 | 13,219 | 158,233 |
| 2014 | 68 | 32,231 | 8,896 | -27,883 | 13,244 | 171,477 |
| 2015 | 69 | 32,292 | 8,912 | -27,936 | 13,268 | 184,745 |
| 2016 | 70 | 32,353 | 8,930 | -27,988 | 13,295 | 198,040 |
| 2017 | 71 | 32,413 | 8,946 | -28,041 | 13,318 | 211,358 |
| 2018 | 72 | 32,475 | 8,963 | -28,093 | 13,345 | 224,703 |
| 2019 | 73 | 32,535 | 8,980 | -28,146 | 13,369 | 238,072 |
| 2020 | 74 | 32,596 | 8,997 | -28,199 | 13,394 | 251,466 |
| 2021 | 75 | 32,657 | 9,013 | -28,252 | 13,418 | 264,884 |
| 2022 | 76 | 32,718 | 9,030 | -28,305 | 13,443 | 278,327 |
| 2023 | 77 | 32,780 | 9,047 | -28,358 | 13,469 | 291,796 |
| 2024 | 78 | 32,841 | 9,065 | -28,410 | 13,496 | 305,292 |
| 2025 | 79 | 32,903 | 9,081 | -28,464 | 13,520 | 318,812 |
| 2026 | 80 | 32,965 | 9,098 | -28,517 | 13,546 | 332,358 |
| 2027 | 81 | 33,026 | 9,116 | -28,571 | 13,571 | 345,929 |
| 2028 | 82 | 33,088 | 9,132 | -28,625 | 13,595 | 359,524 |
| 2029 | 83 | 3,667 | 1,012 | -3,172 | 1,507 | $361,031 |
| | | | | | | |
| CORRIGAN | | $878,631 | $242,503 | -$760,103 | $361,031 | |

Table 10

LOSS OF PAST HOUSEHOLD SERVICES
2001 - 2005

| YEAR | AGE | HOUSEHOLD SERVICES | CUMULATE |
|------|-----|--------------------|----------|
| **** | *** | ******** | ******** |
| 2001 | 55 | $3,246 | $3,246 |
| 2002 | 56 | 10,831 | 14,077 |
| 2003 | 57 | 11,187 | 25,264 |
| 2004 | 58 | 11,606 | 36,870 |
| 2005 | 59 | 4,981 | $41,851 |

CORRIGAN      $41,851

Table 11

PRESENT VALUE OF FUTURE HOUSEHOLD SERVICES
2005 - 2029

| YEAR | AGE | HOUSEHOLD SERVICES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------------|-----------------|---------------|----------|
| 2005 | 59 | $7,060 | 0.99382 | $7,016 | $7,016 |
| 2006 | 60 | 12,192 | 0.98340 | 11,990 | 19,006 |
| 2007 | 61 | 12,344 | 0.97308 | 12,012 | 31,018 |
| 2008 | 62 | 12,498 | 0.96288 | 12,034 | 43,052 |
| 2009 | 63 | 12,654 | 0.95278 | 12,056 | 55,108 |
| 2010 | 64 | 12,812 | 0.94279 | 12,079 | 67,187 |
| 2011 | 65 | 12,972 | 0.93290 | 12,102 | 79,289 |
| 2012 | 66 | 13,134 | 0.92311 | 12,124 | 91,413 |
| 2013 | 67 | 13,298 | 0.91343 | 12,147 | 103,560 |
| 2014 | 68 | 13,464 | 0.90385 | 12,169 | 115,729 |
| 2015 | 69 | 13,632 | 0.89437 | 12,192 | 127,921 |
| 2016 | 70 | 13,802 | 0.88499 | 12,215 | 140,136 |
| 2017 | 71 | 13,975 | 0.87570 | 12,238 | 152,374 |
| 2018 | 72 | 14,150 | 0.86652 | 12,261 | 164,635 |
| 2019 | 73 | 14,327 | 0.85743 | 12,284 | 176,919 |
| 2020 | 74 | 14,506 | 0.84844 | 12,307 | 189,226 |
| 2021 | 75 | 14,687 | 0.83954 | 12,330 | 201,556 |
| 2022 | 76 | 14,871 | 0.83073 | 12,354 | 213,910 |
| 2023 | 77 | 15,057 | 0.82202 | 12,377 | 226,287 |
| 2024 | 78 | 15,245 | 0.81340 | 12,400 | 238,687 |
| 2025 | 79 | 15,436 | 0.80487 | 12,424 | 251,111 |
| 2026 | 80 | 15,629 | 0.79642 | 12,447 | 263,558 |
| 2027 | 81 | 15,824 | 0.78807 | 12,470 | 276,028 |
| 2028 | 82 | 16,022 | 0.77980 | 12,494 | 288,522 |
| 2029 | 83 | 1,778 | 0.77890 | 1,385 | $289,907 |

GEORGINE CORRIGAN                    $289,907

CORPORATE FINANCIAL GROUP, LTD.   312/943-1551

Table 12

## PRESENT VALUE OF NET HOUSEHOLD SERVICES
### 2001 - 2029

| YEAR | AGE | HOUSEHOLD SERVICES | CUMULATE |
|------|-----|--------------------|----------|
| **** | *** | ******** | ******** |
| 2001 | 55 | $3,246 | $3,246 |
| 2002 | 56 | 10,831 | 14,077 |
| 2003 | 57 | 11,187 | 25,264 |
| 2004 | 58 | 11,606 | 36,870 |
| 2005 | 59 | 11,997 | 48,867 |
| 2006 | 60 | 11,990 | 60,857 |
| 2007 | 61 | 12,012 | 72,869 |
| 2008 | 62 | 12,034 | 84,903 |
| 2009 | 63 | 12,056 | 96,959 |
| 2010 | 64 | 12,079 | 109,038 |
| 2011 | 65 | 12,102 | 121,140 |
| 2012 | 66 | 12,124 | 133,264 |
| 2013 | 67 | 12,147 | 145,411 |
| 2014 | 68 | 12,169 | 157,580 |
| 2015 | 69 | 12,192 | 169,772 |
| 2016 | 70 | 12,215 | 181,987 |
| 2017 | 71 | 12,238 | 194,225 |
| 2018 | 72 | 12,261 | 206,486 |
| 2019 | 73 | 12,284 | 218,770 |
| 2020 | 74 | 12,307 | 231,077 |
| 2021 | 75 | 12,330 | 243,407 |
| 2022 | 76 | 12,354 | 255,761 |
| 2023 | 77 | 12,377 | 268,138 |
| 2024 | 78 | 12,400 | 280,538 |
| 2025 | 79 | 12,424 | 292,962 |
| 2026 | 80 | 12,447 | 305,409 |
| 2027 | 81 | 12,470 | 317,879 |
| 2028 | 82 | 12,494 | 330,373 |
| 2029 | 83 | 1,385 | $331,758 |

CORRIGAN          $331,758

Table 13

LOSS OF PAST GUIDANCE TO LAURA
2001 - 2005

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| 2001 | 31  | $1,439   | $1,439   |
| 2002 | 32  | 4,802    | 6,241    |
| 2003 | 33  | 4,959    | 11,200   |
| 2004 | 34  | 5,145    | 16,345   |
| 2005 | 35  | 2,208    | $18,553  |
| BROUGH |   | $18,553  |          |

Table 14

PRESENT VALUE OF FUTURE GUIDANCE TO LAURA
2005 - 2029

| YEAR | AGE | GUIDANCE | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------|-----------------|---------------|----------|
| **** | *** | ************ | ******** | ******** | ******** |
| 2005 | 35 | $3,130 | 0.99382 | $3,110 | $3,110 |
| 2006 | 36 | 5,405 | 0.98340 | 5,315 | 8,425 |
| 2007 | 37 | 5,473 | 0.97308 | 5,326 | 13,751 |
| 2008 | 38 | 5,541 | 0.96288 | 5,335 | 19,086 |
| 2009 | 39 | 5,610 | 0.95278 | 5,345 | 24,431 |
| 2010 | 40 | 5,680 | 0.94279 | 5,355 | 29,786 |
| 2011 | 41 | 5,751 | 0.93290 | 5,365 | 35,151 |
| 2012 | 42 | 5,823 | 0.92311 | 5,375 | 40,526 |
| 2013 | 43 | 5,896 | 0.91343 | 5,386 | 45,912 |
| 2014 | 44 | 5,970 | 0.90385 | 5,396 | 51,308 |
| 2015 | 45 | 6,045 | 0.89437 | 5,406 | 56,714 |
| 2016 | 46 | 6,121 | 0.88499 | 5,417 | 62,131 |
| 2017 | 47 | 6,198 | 0.87570 | 5,428 | 67,559 |
| 2018 | 48 | 6,275 | 0.86652 | 5,437 | 72,996 |
| 2019 | 49 | 6,353 | 0.85743 | 5,447 | 78,443 |
| 2020 | 50 | 6,432 | 0.84844 | 5,457 | 83,900 |
| 2021 | 51 | 6,512 | 0.83954 | 5,467 | 89,367 |
| 2022 | 52 | 6,593 | 0.83073 | 5,477 | 94,844 |
| 2023 | 53 | 6,675 | 0.82202 | 5,487 | 100,331 |
| 2024 | 54 | 6,758 | 0.81340 | 5,497 | 105,828 |
| 2025 | 55 | 6,842 | 0.80487 | 5,507 | 111,335 |
| 2026 | 56 | 6,928 | 0.79642 | 5,518 | 116,853 |
| 2027 | 57 | 7,015 | 0.78807 | 5,528 | 122,381 |
| 2028 | 58 | 7,103 | 0.77980 | 5,539 | 127,920 |
| 2029 | 59 | 788 | 0.77890 | 614 | $128,534 |

LAURA BROUGH                                    $128,534

Table 15

## PRESENT VALUE OF NET GUIDANCE TO LAURA
### 2001 - 2029

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ************ | ******** |
| 2001 | 31 | $1,439 | $1,439 |
| 2002 | 32 | 4,802 | 6,241 |
| 2003 | 33 | 4,959 | 11,200 |
| 2004 | 34 | 5,145 | 16,345 |
| 2005 | 35 | 5,318 | 21,663 |
| 2006 | 36 | 5,315 | 26,978 |
| 2007 | 37 | 5,326 | 32,304 |
| 2008 | 38 | 5,335 | 37,639 |
| 2009 | 39 | 5,345 | 42,984 |
| 2010 | 40 | 5,355 | 48,339 |
| 2011 | 41 | 5,365 | 53,704 |
| 2012 | 42 | 5,375 | 59,079 |
| 2013 | 43 | 5,386 | 64,465 |
| 2014 | 44 | 5,396 | 69,861 |
| 2015 | 45 | 5,406 | 75,267 |
| 2016 | 46 | 5,417 | 80,684 |
| 2017 | 47 | 5,428 | 86,112 |
| 2018 | 48 | 5,437 | 91,549 |
| 2019 | 49 | 5,447 | 96,996 |
| 2020 | 50 | 5,457 | 102,453 |
| 2021 | 51 | 5,467 | 107,920 |
| 2022 | 52 | 5,477 | 113,397 |
| 2023 | 53 | 5,487 | 118,884 |
| 2024 | 54 | 5,497 | 124,381 |
| 2025 | 55 | 5,507 | 129,888 |
| 2026 | 56 | 5,518 | 135,406 |
| 2027 | 57 | 5,528 | 140,934 |
| 2028 | 58 | 5,539 | 146,473 |
| 2029 | 59 | 614 | $147,087 |

BROUGH            $147,087

Table 16

LOSS OF PAST ACCOMPANIMENT TO LAURA
2001 - 2005

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| **** | *** | ************* | ******** |
| 2001 | 31 | $4,051 | $4,051 |
| 2002 | 32 | 13,520 | 17,571 |
| 2003 | 33 | 13,963 | 31,534 |
| 2004 | 34 | 14,487 | 46,021 |
| 2005 | 35 | 6,218 | $52,239 |
| BROUGH | | $52,239 | |

Table 17

PRESENT VALUE OF FUTURE ACCOMPANIMENT TO LAURA
2005 - 2029

| YEAR | AGE | ACCOMPANIMENT | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|---------------|-----------------|---------------|----------|
| **** | *** | ************* | ******** | ******* | ******** |
| 2005 | 35 | $8,812 | 0.99382 | $8,758 | $8,758 |
| 2006 | 36 | 15,218 | 0.98340 | 14,965 | 23,723 |
| 2007 | 37 | 15,408 | 0.97308 | 14,993 | 38,716 |
| 2008 | 38 | 15,601 | 0.96288 | 15,022 | 53,738 |
| 2009 | 39 | 15,796 | 0.95278 | 15,050 | 68,788 |
| 2010 | 40 | 15,993 | 0.94279 | 15,078 | 83,866 |
| 2011 | 41 | 16,193 | 0.93290 | 15,106 | 98,972 |
| 2012 | 42 | 16,395 | 0.92311 | 15,134 | 114,106 |
| 2013 | 43 | 16,600 | 0.91343 | 15,163 | 129,269 |
| 2014 | 44 | 16,808 | 0.90385 | 15,192 | 144,461 |
| 2015 | 45 | 17,018 | 0.89437 | 15,220 | 159,681 |
| 2016 | 46 | 17,231 | 0.88499 | 15,249 | 174,930 |
| 2017 | 47 | 17,446 | 0.87570 | 15,277 | 190,207 |
| 2018 | 48 | 17,664 | 0.86652 | 15,306 | 205,513 |
| 2019 | 49 | 17,885 | 0.85743 | 15,335 | 220,848 |
| 2020 | 50 | 18,109 | 0.84844 | 15,364 | 236,212 |
| 2021 | 51 | 18,335 | 0.83954 | 15,393 | 251,605 |
| 2022 | 52 | 18,564 | 0.83073 | 15,422 | 267,027 |
| 2023 | 53 | 18,796 | 0.82202 | 15,451 | 282,478 |
| 2024 | 54 | 19,031 | 0.81340 | 15,480 | 297,958 |
| 2025 | 55 | 19,269 | 0.80487 | 15,509 | 313,467 |
| 2026 | 56 | 19,510 | 0.79642 | 15,538 | 329,005 |
| 2027 | 57 | 19,754 | 0.78807 | 15,568 | 344,573 |
| 2028 | 58 | 20,001 | 0.77980 | 15,597 | 360,170 |
| 2029 | 59 | 2,219 | 0.77890 | 1,728 | $361,898 |

LAURA BROUGH                                    $361,898

CORPORATE FINANCIAL GROUP, LTD.   312/943-1551

Table 18

PRESENT VALUE OF NET ACCOMPANIMENT TO LAURA
2001 - 2029

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| **** | *** | ************* | ******** |
| 2001 | 31 | $4,051 | $4,051 |
| 2002 | 32 | 13,520 | 17,571 |
| 2003 | 33 | 13,963 | 31,534 |
| 2004 | 34 | 14,487 | 46,021 |
| 2005 | 35 | 14,976 | 60,997 |
| 2006 | 36 | 14,965 | 75,962 |
| 2007 | 37 | 14,993 | 90,955 |
| 2008 | 38 | 15,022 | 105,977 |
| 2009 | 39 | 15,050 | 121,027 |
| 2010 | 40 | 15,078 | 136,105 |
| 2011 | 41 | 15,106 | 151,211 |
| 2012 | 42 | 15,134 | 166,345 |
| 2013 | 43 | 15,163 | 181,508 |
| 2014 | 44 | 15,192 | 196,700 |
| 2015 | 45 | 15,220 | 211,920 |
| 2016 | 46 | 15,249 | 227,169 |
| 2017 | 47 | 15,277 | 242,446 |
| 2018 | 48 | 15,306 | 257,752 |
| 2019 | 49 | 15,335 | 273,087 |
| 2020 | 50 | 15,364 | 288,451 |
| 2021 | 51 | 15,393 | 303,844 |
| 2022 | 52 | 15,422 | 319,266 |
| 2023 | 53 | 15,451 | 334,717 |
| 2024 | 54 | 15,480 | 350,197 |
| 2025 | 55 | 15,509 | 365,706 |
| 2026 | 56 | 15,538 | 381,244 |
| 2027 | 57 | 15,568 | 396,812 |
| 2028 | 58 | 15,597 | 412,409 |
| 2029 | 59 | 1,728 | $414,137 |

BROUGH          $414,137

Table 19

## LOSS OF PAST CHILD CARE SERVICES
### 2001 - 2005

| YEAR | AGE | CHILD CARE SERVICES | CUMULATE |
|------|-----|---------------------|----------|
| 2001 | 31  | $2,730              | $2,730   |
| 2002 | 32  | 9,110               | 11,840   |
| 2003 | 33  | 9,409               | 21,249   |
| 2004 | 34  | 9,762               | 31,011   |
| 2005 | 35  | 4,190               | $35,201  |

BROUGH        $35,201

Table 20

PRESENT VALUE OF FUTURE CHILD CARE SERVICES
2005 - 2014

| YEAR | AGE | CHILD CARE SERVICES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|---------------------|-----------------|---------------|----------|
| **** | *** | ********* | ******** | ******* | ******** |
| 2005 | 35 | $5,938 | 0.99382 | $5,901 | $5,901 |
| 2006 | 36 | 10,255 | 0.98340 | 10,085 | 15,986 |
| 2007 | 37 | 10,383 | 0.97308 | 10,103 | 26,089 |
| 2008 | 38 | 10,513 | 0.96288 | 10,123 | 36,212 |
| 2009 | 39 | 5,322 | 0.95278 | 5,071 | 41,283 |
| 2010 | 40 | 5,389 | 0.94279 | 5,081 | 46,364 |
| 2011 | 41 | 5,456 | 0.93290 | 5,090 | 51,454 |
| 2012 | 42 | 5,524 | 0.92311 | 5,099 | 56,553 |
| 2013 | 43 | 5,593 | 0.91343 | 5,109 | 61,662 |
| 2014 | 44 | 5,663 | 0.90385 | 5,119 | $66,781 |

LAURA BROUGH                               $66,781

Table 21

### PRESENT VALUE OF NET CHILD CARE SERVICES
### 2001 - 2014

| YEAR | AGE | CHILD CARE SERVICES | CUMULATE |
|------|-----|---------------------|----------|
| **** | *** | ********* | ******** |
| 2001 | 31 | $2,730 | $2,730 |
| 2002 | 32 | 9,110 | 11,840 |
| 2003 | 33 | 9,409 | 21,249 |
| 2004 | 34 | 9,762 | 31,011 |
| 2005 | 35 | 10,091 | 41,102 |
| 2006 | 36 | 10,085 | 51,187 |
| 2007 | 37 | 10,103 | 61,290 |
| 2008 | 38 | 10,123 | 71,413 |
| 2009 | 39 | 5,071 | 76,484 |
| 2010 | 40 | 5,081 | 81,565 |
| 2011 | 41 | 5,090 | 86,655 |
| 2012 | 42 | 5,099 | 91,754 |
| 2013 | 43 | 5,109 | 96,863 |
| 2014 | 44 | 5,119 | $101,982 |
| | | | |
| BROUGH | | $101,982 | |

CORPORATE FINANCIAL GROUP, LTD.  312/943-1551

Table 22

LOSS OF PAST LVL TO GEORGINE
2001 - 2005

| YEAR | AGE | LVL | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ******** | ******** |
| 2001 | 55 | $34,402 | $34,402 |
| 2002 | 56 | 115,804 | 150,206 |
| 2003 | 57 | 117,703 | 267,909 |
| 2004 | 58 | 120,645 | 388,554 |
| 2005 | 59 | 51,159 | $439,713 |

CORRIGAN          $439,713

Table 23

PRESENT VALUE OF FUTURE LVL TO GEORGINE
2005 - 2029

| YEAR | AGE | LVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-----|-----------------|---------------|----------|
| 2005 | 59 | $72,503 | 1.00000 | $72,503 | $72,503 |
| 2006 | 60 | 123,662 | 1.00000 | 123,662 | 196,165 |
| 2007 | 61 | 123,662 | 1.00000 | 123,662 | 319,827 |
| 2008 | 62 | 123,662 | 1.00000 | 123,662 | 443,489 |
| 2009 | 63 | 123,662 | 1.00000 | 123,662 | 567,151 |
| 2010 | 64 | 123,662 | 1.00000 | 123,662 | 690,813 |
| 2011 | 65 | 123,662 | 1.00000 | 123,662 | 814,475 |
| 2012 | 66 | 123,662 | 1.00000 | 123,662 | 938,137 |
| 2013 | 67 | 123,662 | 1.00000 | 123,662 | 1,061,799 |
| 2014 | 68 | 123,662 | 1.00000 | 123,662 | 1,185,461 |
| 2015 | 69 | 123,662 | 1.00000 | 123,662 | 1,309,123 |
| 2016 | 70 | 123,662 | 1.00000 | 123,662 | 1,432,785 |
| 2017 | 71 | 123,662 | 1.00000 | 123,662 | 1,556,447 |
| 2018 | 72 | 123,662 | 1.00000 | 123,662 | 1,680,109 |
| 2019 | 73 | 123,662 | 1.00000 | 123,662 | 1,803,771 |
| 2020 | 74 | 123,662 | 1.00000 | 123,662 | 1,927,433 |
| 2021 | 75 | 123,662 | 1.00000 | 123,662 | 2,051,095 |
| 2022 | 76 | 123,662 | 1.00000 | 123,662 | 2,174,757 |
| 2023 | 77 | 123,662 | 1.00000 | 123,662 | 2,298,419 |
| 2024 | 78 | 123,662 | 1.00000 | 123,662 | 2,422,081 |
| 2025 | 79 | 123,662 | 1.00000 | 123,662 | 2,545,743 |
| 2026 | 80 | 123,662 | 1.00000 | 123,662 | 2,669,405 |
| 2027 | 81 | 123,662 | 1.00000 | 123,662 | 2,793,067 |
| 2028 | 82 | 123,662 | 1.00000 | 123,662 | 2,916,729 |
| 2029 | 83 | 13,552 | 1.00000 | 13,552 | $2,930,281 |

GEORGINE CORRIGAN                     $2,930,281

Table 24

## PRESENT VALUE OF NET LVL TO GEORGINE
## 2001 - 2029

| YEAR | AGE | LVL | CUMULATE |
|------|-----|-----|----------|
| 2001 | 55 | $34,402 | $34,402 |
| 2002 | 56 | 115,804 | 150,206 |
| 2003 | 57 | 117,703 | 267,909 |
| 2004 | 58 | 120,645 | 388,554 |
| 2005 | 59 | 123,662 | 512,216 |
| 2006 | 60 | 123,662 | 635,878 |
| 2007 | 61 | 123,662 | 759,540 |
| 2008 | 62 | 123,662 | 883,202 |
| 2009 | 63 | 123,662 | 1,006,864 |
| 2010 | 64 | 123,662 | 1,130,526 |
| 2011 | 65 | 123,662 | 1,254,188 |
| 2012 | 66 | 123,662 | 1,377,850 |
| 2013 | 67 | 123,662 | 1,501,512 |
| 2014 | 68 | 123,662 | 1,625,174 |
| 2015 | 69 | 123,662 | 1,748,836 |
| 2016 | 70 | 123,662 | 1,872,498 |
| 2017 | 71 | 123,662 | 1,996,160 |
| 2018 | 72 | 123,662 | 2,119,822 |
| 2019 | 73 | 123,662 | 2,243,484 |
| 2020 | 74 | 123,662 | 2,367,146 |
| 2021 | 75 | 123,662 | 2,490,808 |
| 2022 | 76 | 123,662 | 2,614,470 |
| 2023 | 77 | 123,662 | 2,738,132 |
| 2024 | 78 | 123,662 | 2,861,794 |
| 2025 | 79 | 123,662 | 2,985,456 |
| 2026 | 80 | 123,662 | 3,109,118 |
| 2027 | 81 | 123,662 | 3,232,780 |
| 2028 | 82 | 123,662 | 3,356,442 |
| 2029 | 83 | 13,552 | $3,369,994 |

CORRIGAN        $3,369,994

CORPORATE FINANCIAL GROUP, LTD.  312/943-1551

Table 25

LOSS OF PAST RELATIONSHIP TO LAURA
2001 - 2005

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ******** |
| 2001 | 31 | $8,600 | $8,600 |
| 2002 | 32 | 28,951 | 37,551 |
| 2003 | 33 | 29,426 | 66,977 |
| 2004 | 34 | 30,161 | 97,138 |
| 2005 | 35 | 12,789 | $109,927 |
| | | | |
| BROUGH | | $109,927 | |

Table 26

PRESENT VALUE OF FUTURE RELATIONSHIP TO LAURA
2005 - 2052

| YEAR | AGE | RELATIONSHIP | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------|-----------------|---------------|----------|
| 2005 | 35 | $18,126 | 1.00000 | $18,126 | $18,126 |
| 2006 | 36 | 30,915 | 1.00000 | 30,915 | 49,041 |
| 2007 | 37 | 30,915 | 1.00000 | 30,915 | 79,956 |
| 2008 | 38 | 30,915 | 1.00000 | 30,915 | 110,871 |
| 2009 | 39 | 30,915 | 1.00000 | 30,915 | 141,786 |
| 2010 | 40 | 30,915 | 1.00000 | 30,915 | 172,701 |
| 2011 | 41 | 30,915 | 1.00000 | 30,915 | 203,616 |
| 2012 | 42 | 30,915 | 1.00000 | 30,915 | 234,531 |
| 2013 | 43 | 30,915 | 1.00000 | 30,915 | 265,446 |
| 2014 | 44 | 30,915 | 1.00000 | 30,915 | 296,361 |
| 2015 | 45 | 30,915 | 1.00000 | 30,915 | 327,276 |
| 2016 | 46 | 30,915 | 1.00000 | 30,915 | 358,191 |
| 2017 | 47 | 30,915 | 1.00000 | 30,915 | 389,106 |
| 2018 | 48 | 30,915 | 1.00000 | 30,915 | 420,021 |
| 2019 | 49 | 30,915 | 1.00000 | 30,915 | 450,936 |
| 2020 | 50 | 30,915 | 1.00000 | 30,915 | 481,851 |
| 2021 | 51 | 30,915 | 1.00000 | 30,915 | 512,766 |
| 2022 | 52 | 30,915 | 1.00000 | 30,915 | 543,681 |
| 2023 | 53 | 30,915 | 1.00000 | 30,915 | 574,596 |
| 2024 | 54 | 30,915 | 1.00000 | 30,915 | 605,511 |
| 2025 | 55 | 30,915 | 1.00000 | 30,915 | 636,426 |
| 2026 | 56 | 30,915 | 1.00000 | 30,915 | 667,341 |
| 2027 | 57 | 30,915 | 1.00000 | 30,915 | 698,256 |
| 2028 | 58 | 30,915 | 1.00000 | 30,915 | 729,171 |
| 2029 | 59 | 30,915 | 1.00000 | 30,915 | 760,086 |
| 2030 | 60 | 30,915 | 1.00000 | 30,915 | 791,001 |
| 2031 | 61 | 30,915 | 1.00000 | 30,915 | 821,916 |
| 2032 | 62 | 30,915 | 1.00000 | 30,915 | 852,831 |
| 2033 | 63 | 30,915 | 1.00000 | 30,915 | 883,746 |
| 2034 | 64 | 30,915 | 1.00000 | 30,915 | 914,661 |
| 2035 | 65 | 30,915 | 1.00000 | 30,915 | 945,576 |
| 2036 | 66 | 30,915 | 1.00000 | 30,915 | 976,491 |
| 2037 | 67 | 30,915 | 1.00000 | 30,915 | 1,007,406 |
| 2038 | 68 | 30,915 | 1.00000 | 30,915 | 1,038,321 |
| 2039 | 69 | 30,915 | 1.00000 | 30,915 | 1,069,236 |
| 2040 | 70 | 30,915 | 1.00000 | 30,915 | 1,100,151 |
| 2041 | 71 | 30,915 | 1.00000 | 30,915 | 1,131,066 |
| 2042 | 72 | 30,915 | 1.00000 | 30,915 | 1,161,981 |
| 2043 | 73 | 30,915 | 1.00000 | 30,915 | 1,192,896 |
| 2044 | 74 | 30,915 | 1.00000 | 30,915 | 1,223,811 |
| 2045 | 75 | 30,915 | 1.00000 | 30,915 | 1,254,726 |
| 2046 | 76 | 30,915 | 1.00000 | 30,915 | 1,285,641 |
| 2047 | 77 | 30,915 | 1.00000 | 30,915 | 1,316,556 |
| 2048 | 78 | 30,915 | 1.00000 | 30,915 | 1,347,471 |
| 2049 | 79 | 30,915 | 1.00000 | 30,915 | 1,378,386 |
| 2050 | 80 | 30,915 | 1.00000 | 30,915 | 1,409,301 |
| 2051 | 81 | 30,915 | 1.00000 | 30,915 | 1,440,216 |
| 2052 | 82 | 5,251 | 1.00000 | 5,251 | $1,445,467 |

LAURA BROUGH                          $1,445,467

CORPORATE FINANCIAL GROUP, LTD.  312/943-1551

Table 27

PRESENT VALUE OF NET RELATIONSHIP TO LAURA
2001 - 2052

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| 2001 | 31 | $8,600 | $8,600 |
| 2002 | 32 | 28,951 | 37,551 |
| 2003 | 33 | 29,426 | 66,977 |
| 2004 | 34 | 30,161 | 97,138 |
| 2005 | 35 | 30,915 | 128,053 |
| 2006 | 36 | 30,915 | 158,968 |
| 2007 | 37 | 30,915 | 189,883 |
| 2008 | 38 | 30,915 | 220,798 |
| 2009 | 39 | 30,915 | 251,713 |
| 2010 | 40 | 30,915 | 282,628 |
| 2011 | 41 | 30,915 | 313,543 |
| 2012 | 42 | 30,915 | 344,458 |
| 2013 | 43 | 30,915 | 375,373 |
| 2014 | 44 | 30,915 | 406,288 |
| 2015 | 45 | 30,915 | 437,203 |
| 2016 | 46 | 30,915 | 468,118 |
| 2017 | 47 | 30,915 | 499,033 |
| 2018 | 48 | 30,915 | 529,948 |
| 2019 | 49 | 30,915 | 560,863 |
| 2020 | 50 | 30,915 | 591,778 |
| 2021 | 51 | 30,915 | 622,693 |
| 2022 | 52 | 30,915 | 653,608 |
| 2023 | 53 | 30,915 | 684,523 |
| 2024 | 54 | 30,915 | 715,438 |
| 2025 | 55 | 30,915 | 746,353 |
| 2026 | 56 | 30,915 | 777,268 |
| 2027 | 57 | 30,915 | 808,183 |
| 2028 | 58 | 30,915 | 839,098 |
| 2029 | 59 | 30,915 | 870,013 |
| 2030 | 60 | 30,915 | 900,928 |
| 2031 | 61 | 30,915 | 931,843 |
| 2032 | 62 | 30,915 | 962,758 |
| 2033 | 63 | 30,915 | 993,673 |
| 2034 | 64 | 30,915 | 1,024,588 |
| 2035 | 65 | 30,915 | 1,055,503 |
| 2036 | 66 | 30,915 | 1,086,418 |
| 2037 | 67 | 30,915 | 1,117,333 |
| 2038 | 68 | 30,915 | 1,148,248 |
| 2039 | 69 | 30,915 | 1,179,163 |
| 2040 | 70 | 30,915 | 1,210,078 |
| 2041 | 71 | 30,915 | 1,240,993 |
| 2042 | 72 | 30,915 | 1,271,908 |
| 2043 | 73 | 30,915 | 1,302,823 |
| 2044 | 74 | 30,915 | 1,333,738 |
| 2045 | 75 | 30,915 | 1,364,653 |
| 2046 | 76 | 30,915 | 1,395,568 |
| 2047 | 77 | 30,915 | 1,426,483 |
| 2048 | 78 | 30,915 | 1,457,398 |
| 2049 | 79 | 30,915 | 1,488,313 |
| 2050 | 80 | 30,915 | 1,519,228 |

CORPORATE FINANCIAL GROUP, LTD.  312/943-1551

Table 27 (Cont.)

PRESENT VALUE OF NET RELATIONSHIP TO LAURA
2001 - 2052

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ********* |
| 2051 | 81  | 30,915       | 1,550,143 |
| 2052 | 82  | 5,251        | $1,555,394 |
| | | | |
| BROUGH | | $1,555,394 | |

# TAB 2

# Corporate Financial Group, Ltd.

*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
President

## S T A N   V.   S M I T H,   P H. D.

### CURRICULUM VITAE

**Corporate Financial Group, Ltd.** -- Consultants in Economics and Finance. President, 11/85 to present.  Clients include many of the nation's largest law firms as well as almost a thousand other prominent law firms in almost every state.  Firm provides economic and financial consulting; economic legal analysis for plaintiff and defense counsel in Federal and state courts on lost wages and other monetary losses, business valuation, hedonic damages, product liability, pension fund evaluation and withdrawal liability, security losses, and commercial damages.

-------------------------------------------------------------------

**DePaul University.** -- Adjunct Professor, College of Law, 1990.  Taught a full three credit course in Advanced Remedies - Analysis of Economic Damages in Litigation, and delivered lectures to other courses in subsequent years.

**Ibbotson Associates, Inc.** -- Economic and Financial Consultants.  Managing Director; founder of SBBI Subscription Services, 11/81 to 11/85.  Firm provides consulting to hundreds of the nation's most prominent money managers, law firms, brokerage firms, and pension funds.

**Seaquest International, Inc.** -- Founder and President, 7/77 to 11/81.  Developed and financed sophisticated research, search, and recovery technologies for ancient underwater artifacts.

**The December Group, Ltd.** -- Investment Banking Consultants.  Associate Economic Analyst 12/74 to 7/77.  Firm specialized in mergers and acquisitions, leveraged buy-outs, divestitures and financing specialized start-ups with venture capital.

**Bank One - Chicago.** -- Staff Economist, 3/74 to 12/74.  Analyzed bank credit and service pricing policies.

**Federal Reserve System.** -- Staff Economist at Board of Governors, Washington, D.C. 9/73 to 2/74.

**University of Chicago.** -- Lecturer in Public Policy Economics, 3/73 to 6/73. Research Assistant in Economics, 3/70 to 6/73.

**Midlothian Manufacturing Co.** -- Vice President, 9/68 to 3/73.  Responsible for marketing to retail and industrial clients; responsible for production control.

CFG

## EDUCATIONAL BACKGROUND:

University of Chicago, Chicago IL.  Ph.D. in Economics, 1997; Support Areas in
    Finance and Econometrics.  Honors: Allied Chemical Scholar and Federal
    Reserve Internship.

University of Chicago, Chicago, IL.  Master's Degree, 1972, Graduate School of
    Business; Field of Concentration in Economics.

Cornell University, Ithaca, NY.  Bachelor of Science, Operations Research, 1968;
    Field of Concentration in Statistics, Computer Science and Industrial
    Engineering, Honors: John McMullen Scholar.

## PROFESSIONAL ACTIVITIES:

American Arbitration Association, Arbitrator, 1994 to 1996;
American Board of Disability Analysts, Member & Diplomate, 2001 to present;
American Board of Disability Analysts, Professional Advisory Council, 2002 to
    present;
American College of Forensic Examiners, Fellow and Board Certified Forensic
    Examiner, 1996 to present;
American Economic Association, Member, 1985 to present;
American Finance Association, Member, 1985 to present;
Journal of the American Rehabilitation Economics Association: The Earnings
    Analyst, Manuscript Referee, 1998 to present;
Journal of Forensic Economics, Board of Editors, 1990 to 2001;
Journal of Forensic Economics, Manuscript Referee, 1990 to present;
National Academy of Economic Arbitrators, Founder and Charter Member, 1989 to
    present;
National Association of Forensic Economics, Member, 1987 to present;
National Association of Forensic Economics, Vice President, 2000 to 2003;
National Futures Association's Panel of Arbitrators, Arbitrator, 1994 to
    present;

## PUBLICATIONS:

Author, "Historical Returns on Investment Instruments," Handbook of Modern
    Finance 1985, with Roger Ibbotson and Larry Siegel; Dennis Logue, ed.,
    Warren, Gorham & Lamont, New York.
Author, 1988 Supp.to Vol 13, Am Jur Proof of Facts 2d on Hedonic Damages.
Author, "Economist Proposes Relief From Present Value Ruling," Chicago Daily Law
    Bulletin, June 8, 1988.
Author, "Hedonic Damages" Illinois Tort Report, June, 1988.
Author, "Hedonic Damages in Wrongful Death Cases," the ABA Journal, Sept,1988.
Author, "Hedonic Damages," The Audio Lawyer, Vol. 6 No. 8, ALI-ABA, February,
    1989.
Author, "The Hedonic Value of Life: Economic Expert Witness Testimony in Injury
    and Wrongful Death," Expert Evidence Reporter, Vol. 1, No. 1, September 1989,
    Shepard's McGraw-Hill.
Author, "Hedonic Damages in the Courtroom Setting - A Bridge Over Troubled
    Waters," Journal of Forensic Economics, 3(3), 1990, pp. 41-49, 4419.

2

CFG

Co-author, "Hedonic Damages and Personal Injury:  A Conceptual Approach," Journal of Forensic Economics, 3(1), 1990, pp. 1-8; Reprinted in A Hedonics Primer for Economists and Attorneys, Compiled and Edited by John O. Ward, Lawyers & Judges Publishing Co., Chapter 7, pp. 121-129, 1992, and in A New Hedonics Primer for Economists and Attorneys, Compiled and Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., Reading 25, pp. 325-334, 1996.

Co-author: Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys, with M. L. Brookshire, Anderson Publishing Co., Cinn., Ohio, 1990.

Co-author: 1991/1992 Cumulative Supplement to Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys, with M. L. Brookshire, Anderson Publishing Co., Cinn., Ohio, 1992.

Co-author: 1992/1993 Cumulative Supplement to Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys, with M. L. Brookshire and Charles W. de Seve, Anderson Publishing Co., Cinn., Ohio, 1993.

Author, "Admissibility of Hedonic Damages Testimony," The Audio Litigator, Vol. 1, No. 1, April, 1990, ALI-ABA, N601.

Author, "Hedonic Damages in the Courtroom Setting," Journal of Forensic Economics, 3(3), 1990, pp. 41-49; Reprinted in A Hedonics Primer for Economists and Attorneys, Compiled and Edited by John O. Ward, Lawyers & Judges Publishing Co., Chapter 6, pp. 111-120, 1992.

Author, "Hedonic Damages," with G. Magnarini, Wisconsin Lawyer, Vol. 64, No. 2, February 1991.

Author, "Hedonic Damages: Assessing the Loss of Enjoyment of Life," California State Bar Bulletin, Vol. 1, No. 8, June 1991.

Author, "Spotting Bias in Plaintiffs' Economic Loss Reports: A Primer for both Sides," Illinois Bar Journal, Vol 80, No. 12, December, 1992, pp. 635-638.

Co-Author, 1993 Economic/Hedonic Damages Cumulative Supplement, with M. L. Brookshire and C. W. de Seve, Anderson Publishing Co., Cinn., Ohio.

Author, "Life Values: Measuring the Loss of Enjoyment of Life - Economic Analysis whose time has come," The Brief, Summer 1993, Vol. 22, No. 4 pp. 24-27, 62-63, The American Bar Association.

Author, "Evaluating the Loss of Enjoyment of Life - Hedonic Damages," in Charles N. Simkins, ed., Analysis, Understanding and Presentation of Cases Involving Traumatic Brain Injury, National Head Injury Foundation, Wash., DC, 1993.

Author, "Hedonic Damages in Personal Injury and Wrongful Death Litigation," in Gaughan and Thornton, eds. Litigation Economics, Contemporary Studies in Economic and Financial Analysis, Vol 74, JAI Press, Greenwich, CT, 1993; Reprinted in A New Hedonics Primer for Economists and Attorneys, Compiled and Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., Reading 3, pp. 15-36, 1996.

Author, "Economic Evaluation of the Loss of Enjoyment of Life - Hedonic Damages," in Damages in Tort Actions, Ch. 124, Release 29 - February 1994, Pub. 309, Mathew Bender & Co., New York.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," Journal of the Massachusetts Academy of Trial Attorneys, Vol 2, No. 1, July, 1994, pp. 65-67.

Author, 3-Part Series, "Two Plus Two Equals -- What?" October, 1994, p. 21; "Detecting Bias in Economics," November, 1994, pp. 14 & 21; "Striving for Economic Fairness," December, 1994, pp. 24-25, California Bar Journal, The Experts.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," MTLA News, Vol. 6, No. 4, December, 1994, pp. 3-5, Maine Trial Lawyers Association.

CFG

Author, "Hedonic Damages: Measuring The Loss of Enjoyment of Life in Personal Injury Cases," <u>The Prairie Barrister</u>, Vol. 1, No. 1, Winter, 1995, pp. 3, 4, & 12, Nebraska Association of Trial Attorneys.

Author, "Measuring The Loss of Enjoyment of life in Personal Injury Cases in Ohio - Hedonic Damages," <u>Ohio Trial</u>, Vol. 6, Issue 3, Summer 1995, pp. 13-16, Ohio Academy of Trial Lawyers Education Foundation.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," <u>The Advocate</u>, Vol. 22, No. 5, September/October, 1995, pp. 14-16, 22, The Kentucky Academy of Trial Attorneys.

Author, "Damages for the Value of Life,"  North Dakota Trial Lawyers <u>The Pleader</u>, Vol. 18, No. 4, September 1995, pp. 9-11, 24.

Author, "Hedonic Damages - Measuring The Loss of Enjoyment of Life in Personal Injury Cases," <u>Law Reporter</u>, The Journal of the Hawaii Trial lawyers Association, Vol. 7, No. 9, September 1995, pp. 8-10.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Arizona - Hedonic Damages," <u>Advocate</u>, Arizona Trial Lawyers Association, November 1995, pp. 5, 7, 15.

Author, "Hedonic Damages - Measuring the Loss of Enjoyment of Life in P.I. Cases," <u>In Brief</u>, Iowa Trial Lawyers Association, Vol. 7/Issue 1, January-February 1996, pp. 13-15.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases and Wrongful Death Cases in New Mexico - Hedonic Damages," <u>The New Mexico Trial Lawyer</u>, New Mexico Trial Lawyers' Foundation, Vol. XXIV, No. 3, March, 1996, pp. 1, 60-63.

Author with Introduction by Darrel W. Aherin, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," <u>Idaho Trial Lawyers Association Journal</u>, Volume 25, Number 2, Summer 1996, pp. 32-36.

Author, "The Value of Life to Close Family Members:  Calculating the Loss of Society and Companionship," <u>The New Hedonics Primer for Economists and Attorneys</u>, Second Edition, Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., 1996, pp. 377-384.

Author, "Pseudo-Economists - The New Junk Scientists," <u>Federation of Insurance & Corporate Counsel Quarterly</u>, Vol. 47, No. 1, Fall 1996, pp. 95-105.

Author with Introduction by Darrel W. Aherin, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Idaho - Hedonic Damages," <u>Western Chronicle</u>, N/D 1996, pp. 32, 35-36, Western Trial Lawyers Association.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Washington - Hedonic Damages," <u>Trial News</u>, Vol. 32, Number 5, January 1997, pp. 29-30, Washington State Trial Lawyers Association.

Author, "Jury Verdicts in Drunken Driving Cases," University of Chicago Ph.D. Thesis, UMI Dissertation Services, Ann Arbor, MI, 1997.

Author, "The Value of Life to Close Family Members:  Calculating the Loss of Society and Companionship," <u>American Rehabilitation Economics Association 1997 Monograph</u>, pp. 10-16.

Author, Abstract:  "Jury Verdicts in Drunken Driving Cases," <u>Journal of Forensic Economics</u>, 11(1), 1998, p. 67-68.

Author, "Why Juries Can Be Trusted," <u>Voir Dire</u>, Vol. 5, Issue 3, Summer 1998, pp. 19-21 & 25, American Board of Trial Advocates.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," <u>The Neurolaw Letter</u>, Vol. 9, No. 8, April 2000, pp. 45, 48-49.

Author, "Jury Verdicts and the Dollar Value of Human Life," <u>Journal of Forensic Economics</u>, 13(2), 2000, pp. 169-188.

CFG

Author, "Hedonic Damages," Izabela Z. Schultz, Douglas O. Brady, Steven Carella, Eds., <u>Psychological Injuries at Trial</u>, Torts Section, American Bar Association, 2003.

Creator, founder and past contributor to <u>Stocks, Bonds, Bills, and Inflation</u> (SBBI) Yearbook, Quarterly, Monthly, and SBBI/PC Services published by Ibbotson Associates.  SBBI is the authoritative compendium of U. S. financial and investment performance data from 1926 to the present.  SBBI is widely relied upon and regarded as the standard reference in courts of law and by the academic, actuarial and investment community.

## PROFILES:

<u>The Wall Street Journal</u> December 12, 1988, page 1 feature article;
<u>The Best Lawyer's in America: Directory of Expert Witnesses</u> 1990, 1992;
<u>National Law Journal</u> April 17, 1989, page 1 feature article;
<u>Who's Who in the World</u> 2001
<u>Who's Who in America</u> 1988-89, 1990-91, 1992-93, 1994, 1995, 1996, 1997, 1998, 1999; 2000; 2001; 2002;
<u>Who's Who in Finance and Industry</u> 1989-90;
<u>Who's Who in Science and Engineering</u> 1993, 1995;
<u>Who's Who in the Midwest</u> 1993;
<u>Who's Who of Emerging Leaders of America</u> 1989-90, 1991-92, 1993-94;
<u>Chicago Daily Law Bulletin</u> August 26, 1988, page 1 feature article;
<u>Chicago Reader</u> Sept 22, 1989 Section 1 feature article;
<u>Like Judgment Day, The Ruin and Redemption of A Town Called Rosewood</u>, D'Orso, Michael, 1996, Pg. 237.

## NATIONAL PRESENTATIONS:

American Bar Assn. Annual Meeting in Honolulu, HI, Speaker and Expert Witness at Mock Trial, August, 1989;
American Bar Assn. Annual Meeting, San Francisco, CA, August 10, 1992;
American Bar Assn., National Institute Transportation Megaconference, New Orleans, LA, March 5, 1993;
American Rehabilitation Economics Association Conference, Mock Trial Presided by Nevada Supreme Court Justice William Maupin, Reno, NV, May 15, 1999;
Association of Trial Lawyers of America Annual Meeting, Toronto, Economic Damages, 1991;
Association of Trial Lawyers of America 1992 Winter Convention, Boca Raton, FL, "Cutting Edge Developments in Economic Testimony," January 15, 1992;
Association of Trial Lawyers of America 2001 Winter Convention, New Orleans, LA Litigation at Sunrise, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases -- Hedonic Damages Over the Last Ten Years," February 12, 2001;
Brain Injury Association 10th Anniversary Trial Lawyers Conference, Palm Beach, FL, September 19, 1996;
Brain Injury Association 13th Annual Conference for Attorneys, Phoenix, AZ, September 16, 1999;
Defense Research Institute, Medical Malpractice Seminar, New Orleans, LA, May 6, 1994;
Inner Circle of Advocates Annual Meeting, Sun Valley, ID, August, 1989;

5

CFG

Larry King Live, CNN, May 22, 1989;
MADD Advanced Victim Assistance Institute Seminar, Dallas, TX, November 12,
    1994;
National Academy of Economic Arbitrators Annual Meeting, Differences in
    Economic Assumptions in Personal Injury Wage Calculations, Atlanta, GA,
    December, 1989;
National Assn. of Consumer Advocates, Building on Our Success, Panel of Experts,
    "What the Experts Have Learned, A View From the Witness Box, " Orlando, FL,
    March 9, 2003;
National Assn. of Forensic Economics Annual Meeting, Value of Life, Atlanta, GA,
    December, 1989;
National Assn. of Protection & Advocacy Systems, Inc., 19th Annual Conference,
    "Assessment and Proof of Damages," Washington, DC, May 30, 1996;
National Institute for Trial Advocacy (NITA), Seventh Annual Washington DC
    Masters Advocacy Program, "Direct and Cross Examination of an Economic
    Witness," October 15, 1991;
National Norplant Litigation Conference 1995, Houston, TX, June 22, 1995;
Northwest #255 Air Disaster Steering Committee Mtg, Detroit, MI, June, 1989;
Swiss Re American Annual Claims Conference, "Looking to the Third Millenium,"
    Hershey, PA, June 3, 1996;
University of Chicago 1982 Annual Management Conference on Venture Capital;


**REGIONAL PRESENTATIONS:**

Advocacy Institute, Continuing Legal Education, 46th Annual Seminar,
    "Wrongful Death of an Older Person," Ann Arbor, MI, May 12, 1995;
American Reinsurance Company for Senior Claims Executives Annual Meeting,
    August, 1989;
Anderson Publishing Co., Proof of Economic Damages Seminar, Cincinnati, Ohio,
    November 2, 1990;
Eastern Finance Assn. Special Session on Pension Fund Asset Reversions, 1985;
GSA Seminar "Selling your Business", Chicago, IL, October, 1987;
Lorman Education Services, "Direct Examination of Experts in a Traumatic Brain
    Injury Case," Novi, MI, August 21, 1997;
Lorman Education Services, "Direct Examination of Experts in a Traumatic Brain
    Injury Case," Livonia, MI, August 26, 1998;
Southern Trial Lawyers Assn. Annual Meeting, New Orleans, LA, 1988;
Southern Trial Lawyers Assn. 1996 Mardi Gras Conference, ATLA Traumatic Brain
    Injury Litigation Group, "Economic Implication of a Closed Head Injury," New
    Orleans, LA, February 18, 1996;
Western Trial Lawyers Assn. 1994 Annual Convention, "Making it Work--Trial
    Practice in the 90's," Maui, HI, June 16, 1994.


**STATEWIDE PRESENTATIONS:**

Arizona State Bar Fourth Annual "CLE By The Sea," San Diego, July 22-23, 1994;
Arkansas Trial Lawyer Assn. "Maximizing Damages in the Personal Injury Case,"
    Tunica, MS, October 24, 2003;
Connecticut Trial Lawyer Assn., "All About Experts," November 21, 1992;
Florida State Bar Assn., National Institute of Trial Advocacy (NITA), Advanced
    Trial Advocacy Seminar, Speaker and Expert Witness at Mock trial on Economic
    Damages, May 14, 1991;

CRG

Georgia Brain Injury Association & Institute of Continuing Legal Education in
    Georgia, "Hedonic Damages: Proving Loss of Enjoyment of Life in Non-Fatal
    Injury Cases," Atlanta, March 29, 2002;
Idaho Trial Lawyers Assn. Annual Meeting, Twin Falls, February 23, 1996;
Illinois, Insurance Group of the Union League Club of Chicago, "Toward A More
    Rational Approach to Liability Judgments," March 19, 1991;
Illinois State Bar Assn. CLE Series, April, 1989;
Indiana State Bar Assn. Annual Meeting, October, 1989;
Indiana State Bar Assn. "Masters in Trial" Spring Meeting, South Bend, April 18,
    1997;
Indiana Trial Lawyers Assn. Annual Meeting, November 30, 1990;
Iowa Trial Lawyers Assn. Annual Meeting, Des Moines, November 5, 1993;
Kansas Trial Lawyers Assn. Annual Meeting, December 8, 1990;
Kentucky Academy of Trial Attorneys Damages Seminar, Louisville, KY, August 18,
    1995;
Louisiana Trial Lawyer Assn., Baton Rouge, LA, "Winning with Experts" Seminar,
    November 10, 1989;
Louisiana Trial Lawyer Assn., New Orleans, LA, "Winning With the Masters"
    Seminar, November 21, 1995;
Louisiana Trial Lawyer Assn., New Orleans, LA, "Winning With the Masters"
    Seminar, December 10, 1997;
Massachusetts Trial Lawyers Assn., "Learn From the Experts," October 9, 1992;
Massachusetts Trial Lawyers Assn. Annual Mtg, Boston, October 29, 1993.
Michigan Trial Lawyers Assn. Annual Mtg, Wrongful Death Damages, May, 1990;
Michigan Trial Lawyers Assn. Winter Seminar, Gaylord, "Hedonic Damages and
    Other Special Economic Issues," February 24, 2001;
Michigan Trial Lawyers Assn. 13th Annual Seminar in the Snow, Litigation
    Strategies and Techniques, Bellaire, "Loss of Society and Household
    Companionship and Advisory Services," February 22, 2003;
Michigan Head Injury Alliance Fifth Annual Seminar on Closed Head Injury,
    Detroit, March 24, 1994;
Michigan Head Injury Alliance Sixth Annual Seminar on Closed Head Injury,
    Detroit, March 23, 1995;
Michigan Head Injury Alliance Seventh Annual Seminar on Closed Head Injury,
    Detroit, March 28, 1996;
Michigan Head Injury Alliance Eighth Annual Seminar on Closed Head Injury,
    Detroit, March 27, 1997;
Michigan, Institute of Continuing Legal Education, Troy, MI, "The Name of the
    Game is Damages--Plaintiff and Defense Strategies in Negligence and
    Employment Cases," July 20, 2000;
Mississippi Trial Lawyers Assn. Annual Convention, "Shooting Stars Seminar,"
    Biloxi, May 19, 1995;
Mississippi Trial Lawyers Assn. Annual Convention, "Taking Your Recovery to the
    Next Level: Hedonic Damages, Biloxi, May 10, 2001;
Missouri State Bar Annual Meeting, Kansas City, September 19, 1996;
Missouri State Bar CLE Seminar, Proving Damages in Catastrophic Injury Cases,
    "Hedonic Damages after September 11th and An Economist's View on Proving
    Economic Damages," Kansas City, April 19, 2002;
Missouri State Bar CLE Seminar, Proving Damages in Catastrophic Injury Cases,
    "Hedonic Damages after September 11th and An Economist's View on Proving
    Economic Damages," St. Louis, May 9, 2002;
Montana Trial Lawyer Association Fourth Annual Convention, "Proving The
    Intangible (Hedonic) Value of Human Life," Whitefish, July 23, 1993;
Montana Trial Lawyer Association Seventh Annual Convention, Seminar of the
    Masters, Polson, August 1, 1996;

CFG

Montana Trial Lawyer Association Spring Seminar, Scientific Evidence, "Making
    Tangible the Intangible: Loss of Enjoyment of Life, and Society &
    Companionship Damages," Billings, April 25, 2003;
Nevada, Required Medical and Legal Education for the Traumatic Brain Injury
    Case, "9/11 Victim Compensation Fund Hedonic Damages: Implications for the
    State of Nevada," Las Vegas, October 25, 2002;
New Hampshire Trial Lawyer Association, "Secrets & Strategies of Trial Law,"
    Concord, October 8, 1993;
New Mexico Trial Lawyers Association Annual Meeting, Economic Damages, June 22,
    1991;
New Mexico Trial Lawyers Foundation Damages Seminar, Albuquerque, October 11,
    1996;
North Carolina, Brain Injury Assn. of NC, First Annual Trial Lawyers Conference,
    "The Use of Expert Testimony in Brain Injury Litigation," Charlotte, January
    26, 1996;
North Carolina, Brain Injury Assn. of NC, Second Annual Trial Lawyers
    Conference, "The Loss of Enjoyment of Life in Personal Injury - Hedonic
    Damages," Charlotte, January 24, 1997;
North Dakota Trial Lawyers Assn, Annual Meeting Trial Practice Seminar, Fargo,
    May 4, 1995.
Ohio Assn. of Trial Lawyers Annual Meeting, Speaker and Expert Witness at Mock
    Trial on Wrongful Death Damages, April, 1990;
Ohio Head Injury Association, "Representing the Survivor of Mild Head Injury,"
    Annual Seminar, Columbus, June 3, 1994;
Pennsylvania, Philadelphia Trial Lawyers Association CLE Lecture Series, March
    17, 1993;
South Dakota Trial Lawyers Assn. Spring Seminar, April, 1989;
Texas Trial Lawyers Assn., Medical Malpractice Seminar, Wrongful Death
    Damages, May, 1990;
Washington State Trial Lawyers Annual Meeting & Convention, Stevenson, July 11,
    1998;
Wisconsin Assn. of Trial Lawyers Annual Mtg, Wrongful Death Damages, July, 1990.
Wisconsin Brain Injury 2nd Annual Seminar, "Identifying and Understanding
    Traumatic Brain Injury," Green Lake, May 31, 1997;


**LOCAL PRESENTATIONS:**

American Radio Network, WFOX, Detroit, MI, January, 1989;
Anchorage, Alaska, Trial Lawyers Assn., August, 1989;
Cassiday Schade & Gloor, "Catastrophic Damages...They're Back! - Limiting
    Damages After the Invalidation of Tort Reform," Chicago, November 18, 1998;
Chicago Advocates Society, June, 1988;
Chicago Bar Assn. Effective Direct and Cross-Examination of Expert Witnesses - A
    Demonstration, January 9, 1995;
Chicago Bar Assn. Torts Seminar, Defense Perspectives on Economic Damages,
    January 21, 1991;
Chicago Bar Assn. Wrongful Death Seminar, Wrongful Death Damages, February,
    1990;
Chicago Bar Assn., Wrongful Death Seminar, February 11, 1993;
Chicago North Suburban Bar Assn. May, 1988;
Chicago Public Radio, WBEZ, February, 1989;
DuPage County, Illinois (Chicago) Bar Assn., May, 1989;
Hamilton County, Ohio, (Cincinnati) Bar Assn. Seminar on Economic Damages,
    January 31, 1991;

## CFG

Interstate National Corporation, Illinois, (Chicago), "Cutting Edge Developments
on Economic Damages - Defense Perspectives", August 2, 1995;
Interstate National Corporation, Illinois, (Chicago), "Cutting Edge Developments
on Economic Damages - Defense Perspectives", September 2, 1997;
Law Bulletin Publishing Company, Legal Career Day, Economic Outlook for Lawyer
Employment, April 13, 2004;
McHenry County, Illinois (Chicago) Bar Assn., May, 1989;
Northwest Chicago Suburban Bar Assn., January, 1989;
Oakland County Bar Association Negligence Committee, Bloomfield Hills, MI,
November 5, 1996;
Sangamon County, Illinois (Springfield) Trial Lawyers Assn., May, 1989.


## VIDEO PRESENTATIONS

American Bar Association Tort and Insurance Practice Section Annual Meeting,
"Hedonic Damages," San Francisco, August 10, 1992.
American Law Institute-American Bar Association, ALI-ABA Tape, "Hedonic
Damages:  Litigating the Loss of Enjoyment of Life," _The Lawyers' Video
Magazine_,  Vol. III Issue 20, December, 1991.


## PERSONAL BACKGROUND:

Born November 16, 1946, Rhinelander, Wisconsin;
Graduated Nicolet High School 1964, Milwaukee, Wisconsin;
Honorable Discharge U.S. Army, 1975;
Co-Founder, Men's Guild, Chicago, Illinois, 1991.