# EXHIBIT E

**John E. Beauzile**
28 Penny Lane
Binghamton, NY 13905
Email: jeb2235@columbia.edu


**Arthur R. Armstrong**
Anderson Kill
1760 Market Street, Suite 600
Philadelphia, PA 19103


Re: Update of Analysis of Economic Loss in the Matter of
The Estate of **Ms. Georgine Corrigan**


July 13, 2019

Dear Mr. Armstrong,

You have asked me to update the present value numbers in the analysis of the likely economic loss award from the September 11th Victim Compensation Fund prepared by Expert Economist **Stan V. Smith, Ph.D.** dated **December 6, 2004**. I have used his assumptions for wages, benefits, personal consumption, replacement services, and discount rate to estimate those values and bring them to the present. The valuation date chosen is **July 1, 2019**.

In preparing this update, the only document reviewed is **Mr. Smith**'s report. This update assumes the reader is familiar with the methodology used and assumptions made by **Mr. Smith** and, therefore, they will not be restated here.

The update of **Mr. Smith**'s analysis is summarized in five (5) sets of Exhibits.
- *Exhibit 1* provides the summary of Lost Earnings, Lost Replacement Services, Lost Enjoyment of Life, and Lost Relationship;
- The set of *Exhibits 2*s shows the details behind the loss of earnings numbers;
- The *Exhibit 3* set provides supporting documentation for Replacement Services;
- The loss of Enjoyment of Life amounts are in *Exhibits 4*s.
- *Exhibit 5* shows the Loss of Relationship.

I believe that the Law Offices of Kreindler & Kreindler has a copy of my curriculum vitae. Feel free to contact them for a copy if it is needed.


Sincerely,



John E. Beauzile

| VALUATION DATE | 01-JUL-19 |
|---|---|
| DISCOUNT RATE | 1.06% |

## EXHIBIT 1. SUMMARY OF ECONOMIC DAMAGES
### MS. GEORGINE CORRIGAN

| | PRESENT VALUE |
|---|---|
| Present Value of Lost Earnings | $397,288 |
| Present Value of Lost Replacement Services | 1,087,982 |
| Present Value of Lost Enjoyment of Life | 3,369,994 |
| Present Value of Lost Relationship | 1,555,394 |
| **Total** | **$6,410,658** |

**Exhibit 2a.** Present Value of Lost Earnings
**Ms. Georgine Corrigan**
Special Master Worklife

| Year | Age | Time Frame | Earnings | Benefits | Consumption | Net Earnings | PV of Net Earnings |
|---|---|---|---|---|---|---|---|
| 2001 | 55 | 0.31 | $8,595 | $2,372 | -$7,436 | $3,531 | $3,531 |
| 2002 | 56 | 1.31 | 28,683 | 7,917 | -24,814 | 11,785 | 11,785 |
| 2003 | 57 | 2.31 | 29,623 | 8,176 | -25,628 | 12,171 | 12,171 |
| 2004 | 58 | 3.31 | 30,734 | 8,483 | -26,589 | 12,628 | 12,628 |
| 2005 | 59 | 4.31 | 31,887 | 8,801 | -27,586 | 13,101 | 13,101 |
| 2006 | 60 | 5.31 | 32,286 | 8,911 | -27,932 | 13,265 | 13,265 |
| 2007 | 61 | 6.31 | 32,690 | 9,022 | -28,281 | 13,431 | 13,431 |
| 2008 | 62 | 7.31 | 33,099 | 9,135 | -28,635 | 13,599 | 13,599 |
| 2009 | 63 | 8.31 | 33,513 | 9,250 | -28,993 | 13,770 | 13,770 |
| 2010 | 64 | 9.31 | 33,932 | 9,365 | -29,356 | 13,942 | 13,942 |
| 2011 | 65 | 10.31 | 34,356 | 9,482 | -29,722 | 14,116 | 14,116 |
| 2012 | 66 | 11.31 | 34,785 | 9,601 | -30,093 | 14,292 | 14,292 |
| 2013 | 67 | 12.31 | 35,220 | 9,721 | -30,470 | 14,471 | 14,471 |
| 2014 | 68 | 13.31 | 35,660 | 9,842 | -30,850 | 14,652 | 14,652 |
| 2015 | 69 | 14.31 | 36,106 | 9,965 | -31,236 | 14,835 | 14,835 |
| 2016 | 70 | 15.31 | 36,557 | 10,090 | -31,626 | 15,020 | 15,020 |
| 2017 | 71 | 16.31 | 37,014 | 10,216 | -32,022 | 15,208 | 15,208 |
| 2018 | 72 | 17.31 | 37,477 | 10,344 | -32,422 | 15,398 | 15,398 |
| 2019 | 73 | 18.31 | 37,945 | 10,473 | -32,827 | 15,591 | 15,502 |
| 2020 | 74 | 19.31 | 38,419 | 10,604 | -33,237 | 15,785 | 15,531 |
| 2021 | 75 | 20.31 | 38,899 | 10,736 | -33,653 | 15,983 | 15,560 |
| 2022 | 76 | 21.31 | 39,385 | 10,870 | -34,073 | 16,182 | 15,589 |
| 2023 | 77 | 22.31 | 39,877 | 11,006 | -34,499 | 16,384 | 15,618 |
| 2024 | 78 | 23.31 | 40,375 | 11,144 | -34,930 | 16,589 | 15,647 |
| 2025 | 79 | 24.31 | 40,880 | 11,283 | -35,366 | 16,796 | 15,677 |
| 2026 | 80 | 25.31 | 41,391 | 11,424 | -35,809 | 17,006 | 15,706 |
| 2027 | 81 | 26.31 | 41,908 | 11,567 | -36,256 | 17,219 | 15,736 |
| 2028 | 82 | 27.31 | 42,432 | 11,711 | -36,709 | 17,434 | 15,766 |
| 2029 | 83 | 27.40 | 4,708 | 1,299 | -4,073 | 1,934 | 1,739 |
| **Total** | | | **$988,437** | **$272,809** | **-$855,124** | **$406,121** | **$397,288** |

**EXHIBIT 3A.** LOSS ESTIMATED VALUE OF REPLACEMENT SERVICES
**MS. GEORGINE CORRIGAN**

| Year | Age | Time Frame | Household Services | Guidance to Laura | Accompaniment to Laura | Care Services | Total Services | Present Value |
|---|---|---|---|---|---|---|---|---|
| 2001 | 55 | 0.31 | $3,246 | $1,439 | $4,051 | $2,730 | $11,466 | $11,466 |
| 2002 | 56 | 1.31 | 10,831 | 4,802 | 13,520 | 9,110 | 38,263 | 38,263 |
| 2003 | 57 | 2.31 | 11,187 | 4,959 | 13,963 | 9,409 | 39,518 | 39,518 |
| 2004 | 58 | 3.31 | 11,606 | 5,145 | 14,487 | 9,762 | 41,000 | 41,000 |
| 2005 | 59 | 4.31 | 12,041 | 5,338 | 15,030 | 10,128 | 42,537 | 42,537 |
| 2006 | 60 | 5.31 | 12,191 | 5,405 | 15,218 | 10,255 | 43,068 | 43,068 |
| 2007 | 61 | 6.31 | 12,343 | 5,472 | 15,408 | 10,383 | 43,607 | 43,607 |
| 2008 | 62 | 7.31 | 12,498 | 5,541 | 15,601 | 10,513 | 44,152 | 44,152 |
| 2009 | 63 | 8.31 | 12,654 | 5,610 | 15,796 | 5,322 | 39,382 | 39,382 |
| 2010 | 64 | 9.31 | 12,812 | 5,680 | 15,993 | 5,389 | 39,874 | 39,874 |
| 2011 | 65 | 10.31 | 12,972 | 5,751 | 16,193 | 5,456 | 40,372 | 40,372 |
| 2012 | 66 | 11.31 | 13,134 | 5,823 | 16,396 | 5,524 | 40,877 | 40,877 |
| 2013 | 67 | 12.31 | 13,299 | 5,896 | 16,601 | 5,593 | 41,388 | 41,388 |
| 2014 | 68 | 13.31 | 13,465 | 5,969 | 16,808 | 5,663 | 41,905 | 41,905 |
| 2015 | 69 | 14.31 | 13,633 | 6,044 | 17,018 |  | 36,695 | 36,695 |
| 2016 | 70 | 15.31 | 13,804 | 6,120 | 17,231 |  | 37,154 | 37,154 |
| 2017 | 71 | 16.31 | 13,976 | 6,196 | 17,446 |  | 37,618 | 37,618 |
| 2018 | 72 | 17.31 | 14,151 | 6,274 | 17,664 |  | 38,089 | 38,089 |
| 2019 | 73 | 18.31 | 14,328 | 6,352 | 17,885 |  | 38,565 | 38,345 |
| 2020 | 74 | 19.31 | 14,507 | 6,431 | 18,109 |  | 39,047 | 38,417 |
| 2021 | 75 | 20.31 | 14,688 | 6,512 | 18,335 |  | 39,535 | 38,490 |
| 2022 | 76 | 21.31 | 14,872 | 6,593 | 18,564 |  | 40,029 | 38,562 |
| 2023 | 77 | 22.31 | 15,058 | 6,676 | 18,796 |  | 40,529 | 38,635 |
| 2024 | 78 | 23.31 | 15,246 | 6,759 | 19,031 |  | 41,036 | 38,707 |
| 2025 | 79 | 24.31 | 15,436 | 6,844 | 19,269 |  | 41,549 | 38,780 |
| 2026 | 80 | 25.31 | 15,629 | 6,929 | 19,510 |  | 42,068 | 38,853 |
| 2027 | 81 | 26.31 | 15,825 | 7,016 | 19,754 |  | 42,594 | 38,926 |
| 2028 | 82 | 27.31 | 16,023 | 7,103 | 20,001 |  | 43,127 | 38,999 |
| 2029 | 83 | 27.40 | 1,778 | 788 | 2,219 |  | 4,785 | 4,302 |
| **Total** |  |  | **$373,231** | **$165,466** | **$465,898** | **$105,236** | **$1,109,831** | **$1,087,982** |

EXHIBIT 4A. LOSS ESTIMATED OF VALUE OF LIFE
MS. GEORGINE CORRIGAN

| Year | Age | Time Frame | LVL to Georgine | Present Value |
|---|---|---|---|---|
| 2001 | 55 | 0.31 | $34,402 | $34,402 |
| 2002 | 56 | 1.31 | 115,804 | 115,804 |
| 2003 | 57 | 2.31 | 117,703 | 117,703 |
| 2004 | 58 | 3.31 | 120,645 | 120,645 |
| 2005 | 59 | 4.31 | 123,662 | 123,662 |
| 2006 | 60 | 5.31 | 123,662 | 123,662 |
| 2007 | 61 | 6.31 | 123,662 | 123,662 |
| 2008 | 62 | 7.31 | 123,662 | 123,662 |
| 2009 | 63 | 8.31 | 123,662 | 123,662 |
| 2010 | 64 | 9.31 | 123,662 | 123,662 |
| 2011 | 65 | 10.31 | 123,662 | 123,662 |
| 2012 | 66 | 11.31 | 123,662 | 123,662 |
| 2013 | 67 | 12.31 | 123,662 | 123,662 |
| 2014 | 68 | 13.31 | 123,662 | 123,662 |
| 2015 | 69 | 14.31 | 123,662 | 123,662 |
| 2016 | 70 | 15.31 | 123,662 | 123,662 |
| 2017 | 71 | 16.31 | 123,662 | 123,662 |
| 2018 | 72 | 17.31 | 123,662 | 123,662 |
| 2019 | 73 | 18.31 | 123,662 | 123,662 |
| 2020 | 74 | 19.31 | 123,662 | 123,662 |
| 2021 | 75 | 20.31 | 123,662 | 123,662 |
| 2022 | 76 | 21.31 | 123,662 | 123,662 |
| 2023 | 77 | 22.31 | 123,662 | 123,662 |
| 2024 | 78 | 23.31 | 123,662 | 123,662 |
| 2025 | 79 | 24.31 | 123,662 | 123,662 |
| 2026 | 80 | 25.31 | 123,662 | 123,662 |
| 2027 | 81 | 26.31 | 123,662 | 123,662 |
| 2028 | 82 | 27.31 | 123,662 | 123,662 |
| 2029 | 83 | 27.40 | 13,552 | 13,552 |
| **Total** | | | **$3,369,994** | **$3,369,994** |

**EXHIBIT 5A.** LOSS ESTIMATED VALUE OF RELATIONSHIP TO LAURA

**MS. GEORGINE CORRIGAN**

| YEAR | AGE | TIME FRAME | RELATIONSHIP | PRESENT VALUE |
|---|---|---|---|---|
| 2001 | 31 | 0.31 | $8,600 | $8,600 |
| 2002 | 32 | 1.31 | 28,951 | 28,951 |
| 2003 | 33 | 2.31 | 29,426 | 29,426 |
| 2004 | 34 | 3.31 | 30,161 | 30,161 |
| 2005 | 35 | 4.31 | 30,915 | 30,915 |
| 2006 | 36 | 5.31 | 30,915 | 30,915 |
| 2007 | 37 | 6.31 | 30,915 | 30,915 |
| 2008 | 38 | 7.31 | 30,915 | 30,915 |
| 2009 | 39 | 8.31 | 30,915 | 30,915 |
| 2010 | 40 | 9.31 | 30,915 | 30,915 |
| 2011 | 41 | 10.31 | 30,915 | 30,915 |
| 2012 | 42 | 11.31 | 30,915 | 30,915 |
| 2013 | 43 | 12.31 | 30,915 | 30,915 |
| 2014 | 44 | 13.31 | 30,915 | 30,915 |
| 2015 | 45 | 14.31 | 30,915 | 30,915 |
| 2016 | 46 | 15.31 | 30,915 | 30,915 |
| 2017 | 47 | 16.31 | 30,915 | 30,915 |
| 2018 | 48 | 17.31 | 30,915 | 30,915 |
| 2019 | 49 | 18.31 | 30,915 | 30,915 |
| 2020 | 50 | 19.31 | 30,915 | 30,915 |
| 2021 | 51 | 20.31 | 30,915 | 30,915 |
| 2022 | 52 | 21.31 | 30,915 | 30,915 |
| 2023 | 53 | 22.31 | 30,915 | 30,915 |
| 2024 | 54 | 23.31 | 30,915 | 30,915 |
| 2025 | 55 | 24.31 | 30,915 | 30,915 |
| 2026 | 56 | 25.31 | 30,915 | 30,915 |
| 2027 | 57 | 26.31 | 30,915 | 30,915 |
| 2028 | 58 | 27.31 | 30,915 | 30,915 |
| 2029 | 59 | 28.31 | 30,915 | 30,915 |
| 2030 | 60 | 29.31 | 30,915 | 30,915 |
| 2031 | 61 | 30.31 | 30,915 | 30,915 |
| 2032 | 62 | 31.31 | 30,915 | 30,915 |
| 2033 | 63 | 32.31 | 30,915 | 30,915 |
| 2034 | 64 | 33.31 | 30,915 | 30,915 |
| 2035 | 65 | 34.31 | 30,915 | 30,915 |
| 2036 | 66 | 35.31 | 30,915 | 30,915 |
| 2037 | 67 | 36.31 | 30,915 | 30,915 |
| 2038 | 68 | 37.31 | 30,915 | 30,915 |
| 2039 | 69 | 38.31 | 30,915 | 30,915 |
| 2040 | 70 | 39.31 | 30,915 | 30,915 |
| 2041 | 71 | 40.31 | 30,915 | 30,915 |
| 2042 | 72 | 41.31 | 30,915 | 30,915 |
| 2043 | 73 | 42.31 | 30,915 | 30,915 |
| 2044 | 74 | 43.31 | 30,915 | 30,915 |
| 2045 | 75 | 44.31 | 30,915 | 30,915 |
| 2046 | 76 | 45.31 | 30,915 | 30,915 |
| 2047 | 77 | 46.31 | 30,915 | 30,915 |
| 2048 | 78 | 47.31 | 30,915 | 30,915 |
| 2049 | 79 | 48.31 | 30,915 | 30,915 |
| 2050 | 80 | 49.31 | 30,915 | 30,915 |
| 2051 | 81 | 50.31 | 30,915 | 30,915 |
| 2029 | 82 | 50.48 | 5,251 | 5,251 |
| **Total** | | | **$1,555,394** | **$1,555,394** |

# JOHN E. BEAUZILE

jeb2235@columbia.edu
502 North Main Street, Brewster, NY 10509 • (914) 227-4048

## EDUCATION

**Columbia University**, *MS in Actuarial Science*, New York, NY                                    Jan 2013 – May 2014

**Marist College**, *BA in Mathematics;* Minor in Economics; GPA 3.75, Poughkeepsie, NY             Jan 2010 – Dec 2011

**Pace University,** *BBA in Public Accounting*; GPA 3.79; Pleasantville, NY                        Sep 2004 – Jun 2007

## WORK ELIGIBILITY
Eligible to work in the U.S. with no restrictions

## ACTUARIAL EXAMS
**Exams Passed**: P, FM, MFE, ST, LC
**VEE Fulfilled:** Economics, Corporate Finance, Applied Statistics

## PROFESSIONAL EXPERIENCE

**Kreindler & Kreindler, LLP—***Actuarial Analyst (Contractor)*; New York, NY                       Aug 2017—May 2018
- Understand the methodology promulgated by the Special Master of September 11th Victim Compensation Fund
- Review 500+ Economic Loss Award analyses prepared by various economists and actuarial experts back in 2002—2004
- Forecast or determine forecasted incomes, fringe benefits (including pension), tax and personal consumption rates, life and work-life expectancies, household and other care services
- Calculate the present value of presumed economic damages of victims

**The Hartford –** *Workers' Comp Reserving and Claims Analytics (Contractor)*; Hartford, CT         Feb 2016 – Jul 2016
- Prepare variance analysis of average cost of claims and their drivers to company's management
- Analyze duration of temporary total disability payments and percentage of workers receiving such payments
- Provide analysis of the workers' compensation line claims settlement rates to management
- Prepare and distribute to senior management a summary report on large losses
- Support the Workers' Comp Reserving actuary with the reserve review and SOX documentation

**ACE Group –** *Corporate Actuarial, Intern*; New York, NY                                          Nov 2014 – Dec 2015
- Under direct supervision of the Senior Vice President of Corporate Pricing, complete assigned projects and prepare summary reports for company's senior management
- Prepare analysis of rate changes for senior management
- Analyze potential impact of economic conditions on losses of Accident & Health line of business in Europe
- Analyze the relationship between the macro-economy and P&C profitability
- Model the relationship between the macro-economy and Workers' Compensation loss frequency

**IBM –** *Professional Accountant;* Somers, NY                                                      Jun 2007 – May 2009
- Prepare and process month-end and year-end journal entries including closing, reclassifications, accruals, deferrals
- Review contracts for revenue recognition purposes
- Reconcile various general ledger accounts including Software, Maintenance, and other Prepaid Assets
- Provide various analyses of gross spending on services contracts

## OTHER EXPERIENCE

**Quantitative Risk Management Term Project**                                                        Fall 2013
- Simulate at monthly intervals Assets and Liabilities of an insurance company and compare them to the risk-return profile of the S&P500
- Assets were invested equally in S&P500, 10-year, and 30-year treasuries; Amounts were then used to pay Liabilities starting with S&P500 proceeds, then 10-year bonds, then 30-year bonds
- S&P500 returns were simulated using a Double Exponential Jump Diffusion Process; Bonds' interest rates were simulated using a multi-factor Cox-Ingersoll-Ross model; Liabilities were simulated by a Gamma process

## COMPUTER SKILLS AND INTERESTS
**Computer Skills:** Excel, PowerPoint, SAS, VBA, SQL, ResQ, MATLAB, R, and JAVA