# EXHIBIT A

**EX. A to *DeRubbio* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | George A. Cuellar | Luke Dudek | Spouse | $12,500,000 |
| 2 | Rebecca Loethen | Julie M. Geis | Spouse | $12,500,000 |
| 3 | Timothy Geraghty | Edward F. Geraghty | Sibling | $4,250,000 |
| 4 | Dora Murillo | Mauricio Gonzalez | Sibling | $4,250,000 |
| 5 | Gary McKinzy | Diane Hale-McKinzy | Spouse | $12,500,000 |
| 6 | Mohammad Hamdani | Mohammad S. Hamdani | Sibling | $4,250,000 |
| 7 | Cheryl Hyland | Stephen N. Hyland | Sibling | $4,250,000 |
| 8 | Jeffrey Jenkins | John C. Jenkins | Sibling | $4,250,000 |
|   | **Total** |   |   | **$58,750,000.00** |

docs-100192531.1