# EXHIBIT A

**EX. A to *Jimenez* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Maurice Corbett Kearney | Lisa Kearney-Griffin | Sibling | $4,250,000 |
| 2 | Cornelius J. Keating as Personal Representative of the Estate of Muriel Keating | Paul Hanlon Keating | Parent (Deceased) | $8,500,000 |
| 3 | Thomas Kuras as Personal Representative of the Estate of Frances Kuras | Patricia A. Kuras | Parent (Deceased) | $8,500,000 |
| 4 | Jem A. Howard | Alan LaFrance | Child | $8,500,000 |
| 5 | Jody C. Howard | Alan LaFrance | Child | $8,500,000 |
| 6 | Joann Johnson as Personal Representative of the Estate of Searetha E. Wilson | Ada L. Mason | Parent (Deceased) | $8,500,000 |
| 7 | Dale Mattson as Personal Representative of the Estate of Bernice Mattson | Dean E. Mattson | Parent (Deceased) | $8,500,000 |
| 8 | Elizabeth ("Beth") McCarthy (nee McHale) as Personal Representative of the Estate of John F. McHale | Thomas McHale | Parent (Deceased) | $8,500,000 |
| 9 | Anthony B. McMahon | Robert Dismas McMahon | Sibling | $4,250,000 |
| 10 | Irene McMahon | Robert Dismas McMahon | Sibling | $4,250,000 |
|   | **Total** |   |   | **$72,250,000.00** |