# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Alexander Jimenez, et al. v. Islamic Republic of Iran, 1:18-cv-11875 (GBD) (SN)*

### [PROPOSED] PARTIAL FINAL JUDGMENT II

Upon consideration of the evidence and arguments submitted by *Jimenez II* Plaintiffs identified in Exhibit A to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling), or a functional equivalent thereof, of a victim killed in the terrorist attacks on September 11, 2001, and the *Jimenez II* Plaintiffs' motion for Judgment by Default for liability and damages against the Islamic Republic of Iran, ("Iran") filed on August 15, 2019 (03-md-1570, ECF Nos. 4876-4879), together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) or a functional equivalent thereof, of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated: New York, New York
_____ , 2019

SO ORDERED:

_____
SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

**EX. A to *Jimenez* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Maurice Corbett Kearney | Lisa Kearney-Griffin | Sibling | $4,250,000 |
| 2 | Cornelius J. Keating as Personal Representative of the Estate of Muriel Keating | Paul Hanlon Keating | Parent (Deceased) | $8,500,000 |
| 3 | Thomas Kuras as Personal Representative of the Estate of Frances Kuras | Patricia A. Kuras | Parent (Deceased) | $8,500,000 |
| 4 | Jem A. Howard | Alan LaFrance | Child | $8,500,000 |
| 5 | Jody C. Howard | Alan LaFrance | Child | $8,500,000 |
| 6 | Joann Johnson as Personal Representative of the Estate of Searetha E. Wilson | Ada L. Mason | Parent (Deceased) | $8,500,000 |
| 7 | Dale Mattson as Personal Representative of the Estate of Bernice Mattson | Dean E. Mattson | Parent (Deceased) | $8,500,000 |
| 8 | Elizabeth ("Beth") McCarthy (nee McHale) as Personal Representative of the Estate of John F. McHale | Thomas McHale | Parent (Deceased) | $8,500,000 |
| 9 | Anthony B. McMahon | Robert Dismas McMahon | Sibling | $4,250,000 |
| 10 | Irene McMahon | Robert Dismas McMahon | Sibling | $4,250,000 |

| | **Total** | | | **$72,250,000.00** |
|---|---|---|---|---|