# EXHIBIT A

EX. A to *Kamardinova* Motion for Judgment on Damages (II)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages | Pain and Suffering Damages | Economic Damages | Total Damages (per Plaintiff) |
|---|---|---|---|---|---|---|---|
| 1 | George Kane, as the Personal Representative of the Estate of Jennifer L. Kane, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Kane | Jennifer L. Kane | Sibling | N/A | $2,000,000 | $2,650,230 | $4,650,230.00 |
| 2 | Maureen Bernadette Paglia | Thomas William Kelly | Sibling | $4,250,000 | N/A | N/A | $4,250,000.00 |
| 3 | William J. Kelly | Thomas William Kelly | Sibling | $4,250,000 | N/A | N/A | $4,250,000.00 |
| 4 | Dennis T. Kelly | Thomas William Kelly | Sibling | $4,250,000 | N/A | N/A | $4,250,000.00 |
| 5 | Robert Kennedy | Thomas Kennedy | Sibling | $4,250,000 | N/A | N/A | $4,250,000.00 |
| 6 | Michael McMahon | Robert D. McMahon | Sibling | $4,250,000 | N/A | N/A | $4,250,000.00 |
|   | **TOTAL** |   |   |   |   |   | **$25,900,230.00** |