# EXHIBIT A

**EX. A to *Rowenhorst* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1. | Daryl Gabriel | Benilda Domingo | Child | $8,500,000 |
| 2. | Kelly Marchese, as Personal Representative of the Estate of William J. Houston | Charles J. Houston | Sibling (Deceased) | $4,250,000 |
| 3. | John Proodian | Richard Muldowney Jr. | Child | $8,500,000 |
| 4. | Marie Sikorsky | Gregory Sikorsky | Spouse | $12,500,000 |
| 5. | Steven Sikorsky | Gregory Sikorsky | Child | $8,500,000 |
| 6. | Stanley Simon, as Personal Representative of the Estate of Arthur Simon | Kenneth Simon | Parent (Deceased) | $8,500,000 |
| 7. | Clotilda Vola as Personal Representative of the Estate of Rita Vola | Maria P. Vola | Parent (Deceased) | $8,500,000 |

|  | **Total** |  |  | **$59,250,000.00** |
|---|---|---|---|---|