UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Chang Dom Kim et al. v. Islamic Republic of Iran, 1:18-cv-11870 (GBD) (SN)*

## THE *KIM* PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL FINAL JUDGMENT II

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Jerry S. Goldman, Esq., ("Goldman Declaration"), along with the exhibits appended, certain plaintiffs in the above-referenced matter who are identified on Exhibit A to the Goldman Declaration, by and through their counsel, Anderson Kill P.C., respectfully move this Court for an Order awarding them: (1) judgment as to damages in the same amounts previously awarded by this Court to various similarly situated plaintiffs in *Burnett*, *Havlish*, *Ashton*, *Bauer*, and other cases; (2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment for damages; and (3) permission for such plaintiffs to seek punitive damages, economic damages, and other appropriate damages at a later date.

Plaintiffs request is made in connection with their motion for judgment on default as to liability and damages to be entered against the Islamic Republic of Iran filed August 14, 2019. *In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570, ECF Nos. 4841-4844.

                                                    Respectfully submitted,

                                                    */s/ Jerry S. Goldman*

                                                  ANDERSON KILL P.C.
                                                  Jerry S. Goldman, Esq.
                                                  Bruce E. Strong, Esq.
                                                  Jeffrey E. Glen, Esq.
                                                  Vianny M. Pichardo, Esq.
                                                  1251 Avenue of the Americas
                                                  New York, NY  10020
                                                  Tel: 212-278-1000
                                                  Fax: 212-278-1733
                                                  Email: jgoldman@andersonkill.com
                                                                    bstrong@andersonkill.com
                                                                    jglen@andersonkill.com
                                                                    vpichardo@andersonkill.com
                                                  Arthur R. Armstrong, Esq. *(pro hac vice)*
                                                  1760 Market Street, Suite 600
                                                  Philadelphia, PA  19103
                                                  Tel: 267-216-2711
                                                  Fax: 215-568-4573
                                                  Email: aarmstrong@andersonkill.com

Dated:  New York, New York
August 20, 2019                                                  *Attorneys for Plaintiffs*