# EXHIBIT A

**EX. A to *Kim* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|-------------------|----------------------|------------------------------------------|------------------|
| 1. | Elizabeth Ann Kiel | John Joseph Florio | Sibling | $4,250,000 |
| 2. | John Florio | John Joseph Florio | Parent | $8,500,000 |
| 3. | Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz | Nezam Hafiz | Parent (Deceased) | $8,500,000 |
| 4. | Douglas Hall as Personal Representative of the Estate of Herman W. Hall | Richard Hall | Parent (Deceased) | $8,500,000 |
| 5. | Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles | Peggie Hurt | Parent (Deceased) | $8,500,000 |
| 6. | Edith Otelia Harris | Peggie Hurt | Parent | $8,500,000 |
| 7. | Margaret Ann Williams | Peggie Hurt | Sibling | $2,125,000 |
| 8. | Christine Sandra Wilson | Peggie Hurt | Parent | $8,500,000 |
| 9. | Carlene Wynn as Personal Representative of the Estate of Lelia Mae Wynn | Peggie Hurt | Parent (Deceased) | $8,500,000 |
| 10. | Katherine Wynn | Peggie Hurt | Parent | $8,500,000 |
|    | **Total** | | | **$74,375,000.00** |