# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
|---|---|

This document relates to:

---

## DECLARATION OF FAMILIAL RELATIONSHIP

I, Margaret Williams, declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1.  My name is Margaret Williams, and I am an aunt of **Peggie Maxine Hurt**, who died on September 11, 2001 when the Pentagon was attacked in conjunction with the attack on the World Trade Center in New York. My niece Peggie, who was an accountant for the United States Army, had only been stationed at the Pentagon for two weeks when she died.

2.  While not Peggie's blood sister, for the reasons set forth below, I should be deemed the functional equivalent of her sister.

3.  I was born in 1952, and Peggie was born in 1965. Although we are a generation apart, we were raised together in the home of my parents (Peggie's maternal grandparents) in Kenbridge, Virginia. Peggie's birth mother, Mary Magdalene Hurt, who was born July 22, 1944, lived in the same house until her death in 1987. Peggie and I grew up like sisters, and we lived in the same residence until she left for college.

4.  I had five blood sisters, but I was the youngest. I think it is fair to say that I bonded more with Peggie than I did with my older blood sisters, most of whom were out of the family house by the time I was in my early teens.

5.      I was for all practical purposes Peggie's older sister from the time of her birth until she went to college. I advised her on all the usual problems of growing up – school, friends, boys, and dealing with her mother and my parents. Her father just wasn't ever around, and when my mom made Peggie go visit him she would cry. So I think I had even more of a role as older sister than would have been true had her dad been a part of her life.

6.      I have so many memories of Peggie and I together. We used to ride together when she came home. Sometimes I would say no; and she will say "Come on and ride; you're not doing anything." I would ride with her. We used to go to Walmart a lot of times and I regret it because as soon as we entered the store, she would run into someone she knew. They would talk forever. I would say, "I am going to walk around," while she is engaged in her conversation. When I returned, she would still be standing there in the same location-- still talking.

7.      I was with Peggie one night when we went to her boyfriend's house. They were standing on the outside of her vehicle and when she got back inside, she was crying and stated he had broken up with her. I did my best to comfort her.

8.      After Peggie went to college and then moved to the Richmond area, she and I visited a lot, and she continued to confide in me, ask my advice, and come to me when she needed comforting. I was particularly involved in her deciding to go into the accounting field.

9.      Peggie would always let me know where she was going and what she did. Whenever she travelled, she would notify me of the flight she was taking, the number of the flight; her departure and arrival time and when she arrived. She would then call and let me know the name of the place she was staying and the room and phone numbers.

docs-100189701.2

10. The last time she was home before she was killed, she remembered to give me her work number at the Pentagon. She wrote the number down and a number of a friend in Northern Virginia. She always let me know where she was.

11. We also sang in the choir together with our other family members. I still remember her voice, laugh and bubbly personality.

12. Peggie had no blood siblings. Because we were so close, she made me the beneficiary of her life insurance policy. I miss her every day.

Executed on: ____7 August 2019_____

Name (Signature): __*Margaret Ann Williams*_____

Name (Print): _____Margaret Ann Williams_____