# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
|---|---|

This document relates to:

## DECLARATION OF FAMILIAL RELATIONSHIP

I, Christine Wilson, declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1. My name is Christine Wilson. I was an aunt of Peggie Maxine Hurt, who died on September 11, 2001 when the Pentagon was attacked in conjunction with the attack on the World Trade Center in New York. My niece Peggie, who was an accountant for the United States Army, had only been stationed at the Pentagon for two weeks when she died.

2. For the reasons set forth below, I respectfully request that I should be deemed to have been during Peggie's life an immediate family member entitled to be compensated financially by the defendants for Peggie's death.

3. The Hurt family of Kenbridge, Virginia, was and remains a close-knit family in which all the members provide mutual support, care, and solace. Peggie lived in the family house in Kenbridge as a child and through her college years, with her maternal grandparents – my parents – and with my sister Margaret.

4. As is true in many black families in the American south, personal relations between the generations were extremely close in the Hurt family We looked on all the aunts as a

band of mothers and sisters. As we were 15 years apart in age, I would say I was someone a bit in between; to some degree a confidential sibling, to some degree a more experienced adult who would provide motherly care and advice

5. One indication of the closeness of our family was the Hurt family signers, which we all participated in and which sang at congregations in the Kenbridge area. Peggie had a beautiful voice and led us all.

6. After college, Peggie moved to Richmond to take an accounting job with the state. I was living in Richmond by then, and Peggie stayed with me until she got her own place. For that period, I think one can say that I was Peggie's mother substitute.

7. After Peggie's death, I and my sisters applied to the Victims' Compensation Fund for compensation as an immediate family member. I attended the hearing, and responded to questions from the woman judge who was in charge. I explained, as did my sisters who were there, how close we all had been to Peggie, how we shared in bringing her up, and how Peggie and I would talk and talk about everything that concerned her.

8. We must have been persuasive, because in 2004 we received an award, of which my share was $96,737.03. I understand this constitutes a determination by the Victims' Compensation Fund that I am a member of the immediate family entitled to share in any recovery stemming from Peggie's death.

Executed on: 8-15-19

Name (Signature): Christine Wilson
Name (Print): Christine Wilson