# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |

This document relates to:

### DECLARATION OF FAMILIAL RELATIONSHIP

I, Edith Otelia Harris, declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1. My name is Edith Otelia Harris. I was an aunt of Peggie Maxine Hurt, who died on September 11, 2001 when the Pentagon was attacked in conjunction with the attack on the World Trade Center in New York. My niece Peggie, who was an accountant for the United States Army, had only been stationed at the Pentagon for two weeks when she died.

2. For the reasons set forth below, I respectfully request that I should be deemed to have been during Peggie's life an immediate family member entitled to be compensated financially by the defendants for Peggie's death.

3. The Hurt family has lived in Kenbridge, Virginia, for many years. Peggie and her mother lived in the family house in Kenbridge from the time she was born. The house was primarily occupied by Peggie's grandparents, who were my parents, Hunter Hurt and LeliaAnn Fields-Hurt.

4. I was born in 1945. I married a relative of Peggie's birth father, who was named Arthur Harris, which is why my last name is Harris. It is also why I know how little Arthur

Harris carried for his daughter; he hardly ever say her and Peggie never, as a teenager, wanted to visit with him.

5. My daughter Dolores was born in 1965, the same year as Peggy. We lived, and I still live, in Kenbridge, about a mile from my parents' house where Peggie grew up. Peggie and Dolores were inseparable; they grew up as true sisters. My sister Katherine lived next door to our parents, and Katherine's daughter Connie was really the "third sister".

6. After Peggie died, Arthur Harris applied to the Victims Compensation Fund for an award because he was Peggie's father. My sisters and I opposed that, and I remember going to a hearing in Fairfax County where my sisters spoke to the hearing officer, and let her know that we aunts, and not Arthur, really were the glue in the family, especially after Peggie's mother passed when Peggie finished college. I didn't testify, but I agreed with what my sisters told the hearing officer. Shortly thereafter, I learned that Arthur had only been given the minimum award, and that the six sisters were to split the major award because of our role in Peggie's upbringing and life.

7. In 2004, I received $96,737.03 from the Victims' Compensation Fund, which is understand constitutes a determination by the Fund that I am a member of the immediate family entitled to share in any recovery arising from Peggie's death.

Executed on: 8-14-19

Name (Signature): *Edith O. Harris*

Name (Print): Edith O. Harris