# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
|---|---|

This document relates to:

_____

# DECLARATION OF FAMILIAL RELATIONSHIP

I, Brenda Garrett, declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1. My name is Brenda Garrett. I am the executor of the Estate of Dorothy Lee Coles, who was an aunt of Peggie Maxine Hurt, who died on September 11, 2001 when the Pentagon was attacked in conjunction with the attack on the World Trade Center in New York. My cousin Peggie, who was an accountant for the United States Army, had only been stationed at the Pentagon for two weeks when she died. Dorothy was my mother; she was born in 1941 and died in 2018.

2. While Dorothy was not Peggie's mother, for the reasons set forth below, she should be deemed to have been during her life to be the functional equivalent of a member of Peggie's immediate family.

3. I remember Peggie well; during Peggie's life I often visited with her and with Dorothy at the home in Kenbridge, Virginia of Peggie and my grandparents, Hunter and Lelia Ann Hurt.

4. I remember hearing Dorothy on many occasions talking with Peggie as she grew through high school and college about family and personal matters, often involving sensitive

issues. By the time Peggie was graduating from college, which I believe was in 1987, Peggie's mother had died. I did not know her father, but I understood from my mother that Peggie's father had left the family years before.

5. After Peggie's mother died in 1987, Dorothy became even more involved in raising Peggie. I would say that my mother treated Peggie and me similarly, as if we were both sisters. After Peggie moved to Richmond, which is only a few miles from North Chesterfield, we spent even more time with Peggie, who was working in an accounting position for the State.

6. While I was seven years older than Pennie, I remember both of us going to my mother Dorothy for advice on personal relations, planning our futures, and dealing with problems at work or in school.

7. After Peggie moved to Northern Virginia after college, she continued a very close relation with my mom. On many occasions when Peggie would leave Kenbridge to return to Northern Virginia, my mom and Peggie would talk on the phone from the time she left her home in Kenbridge until she reached her home in Northern Virginia safely. Frequently, Peggie would stop by my home here in North Chesterfield, a town south of Richmond, and we would visit and catch up before she got back on the road. On some of her trips back from Kenbridge, Peggie would even pick up my mom in Kenbridge and drop her off here at my home in North Chesterfield. Peggie was very close to all her aunts and cousins as she grew up, and remained a close member of the extended family until her death.

8. As the Chicago Tribune wrote in an obituary after Peggie died, "She didn't have brothers or sisters, but when she went home to Kenbridge, she made it her business to visit and check in with everybody, aunts and uncles and cousins.

docs-100189946.2

9. For years, Peggie, who had a beautiful voice, sang in church choirs with cousins and aunts in the Hurt Family gospel singing group. As our cousin Delores Hardy said to a Washington Post reporter who wrote another obituary, "Peggie was a spiritual person. Every first and third Sunday, she returned to her hometown church in Kenbridge, Virginia. She sang in the choir, and with the Hurt family singers which consisted of aunts and cousins." I remember my mother and Peggie singing in the family group.

10. On behalf of my mother's estate, I applied to the Victims' Compensation Fund, and in 2004 the estate was awarded $96,737.03, which I understand constitutes a determination by the Fund that my mother was deemed to be a functional equivalent of a member of Peggie's immediate family.

11. In sum, Peggie viewed all her aunts, and in particular my mother Dorothy Coles, as immediate family and as the family who raised her.

Executed on:

_August 13, 2019   *August 13, 2019*

Name (Signature):

Brenda Garrett

*Brenda Garrett*