# EXHIBIT I



**U.S. Department of Justice**
September 11th Victim Compensation Fund

P.O. Box 18698
Washington, D.C. 20036-8698

January 14, 2004

LELIA WYNN
714 RED BANKS ROAD
VICTORIA, VA 23974

Re: Claim for PEGGIE MAXINE HURT

Dear LELIA WYNN:

This letter serves to notify you that a final award determination has been made by the September 11th Victim Compensation Fund ("Fund"). The Special Master has reviewed and approved the distribution plan submitted by the Personal Representative. Based on the approved distribution plan, you will receive the following amount either as a direct distribution or from the Personal Representative:

| Beneficiary | Relationship to Victim | Net Amount |
|---|---|---|
| LELIA WYNN | OTHER | $96,737.03 |

Under federal regulations, approval of the distribution plan by the Special Master is final and not subject to judicial review. See Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, Sec. 405(b)(3)(2001).

If you have any questions, please feel free to call the toll-free Helpline at 1-888-714-3385, 1-888-560-0844 for the hearing impaired (TDD); from outside the United States, please call collect at 212-625-1645.

Sincerely,

Kenneth R. Feinberg
Special Master
September 11th Victim Compensation Fund



# U.S. Department of Justice
### September 11th Victim Compensation Fund

P.O. Box 18698
Washington, D.C. 20036-8698

January 14, 2004

MARGARET WILLIAMS
PO BOX 191
KENBRIDGE, VA 23944-0191

Re: Claim for PEGGIE MAXINE HURT

Dear MARGARET WILLIAMS:

    This letter serves to notify you that a final award determination has been made by the September 11th Victim Compensation Fund ("Fund"). The Special Master has reviewed and approved the distribution plan submitted by the Personal Representative. Based on the approved distribution plan, you will receive the following amount either as a direct distribution or from the Personal Representative:

| Beneficiary | Relationship to Victim | Net Amount |
|---|---|---|
| MARGARET WILLIAMS | OTHER | $96,737.03 |

    Under federal regulations, approval of the distribution plan by the Special Master is final and not subject to judicial review. See Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, Sec. 405(b)(3)(2001).

    If you have any questions, please feel free to call the toll-free Helpline at 1-888-714-3385, 1-888-560-0844 for the hearing impaired (TDD); from outside the United States, please call collect at 212-625-1645.

Sincerely,

*Kenneth R. Feinberg*

Kenneth R. Feinberg
Special Master
September 11th Victim Compensation Fund



**U.S. Department of Justice**
September 11th Victim Compensation Fund

P.O. Box 18698
Washington, D.C. 20036-8698

January 14, 2004

CHRISTINE WILSON
2708 LANCERS BLVD
RICHMOND, VA 23224

Re: Claim for PEGGIE MAXINE HURT

Dear CHRISTINE WILSON:

This letter serves to notify you that a final award determination has been made by the September 11th Victim Compensation Fund ("Fund"). The Special Master has reviewed and approved the distribution plan submitted by the Personal Representative. Based on the approved distribution plan, you will receive the following amount either as a direct distribution or from the Personal Representative:

| Beneficiary | Relationship to Victim | Net Amount |
|---|---|---|
| CHRISTINE WILSON | OTHER | $96,737.03 |
| | | |

Under federal regulations, approval of the distribution plan by the Special Master is final and not subject to judicial review. See Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, Sec. 405(b)(3)(2001).

If you have any questions, please feel free to call the toll-free Helpline at 1-888-714-3385, 1-888-560-0844 for the hearing impaired (TDD); from outside the United States, please call collect at 212-625-1645.

Sincerely,

Kenneth R. Feinberg

Kenneth R. Feinberg
Special Master
September 11th Victim Compensation Fund



**U.S. Department of Justice**
September 11th Victim Compensation Fund

P.O. Box 18698
Washington, D.C. 20036-8698

January 14, 2004

EDITH HARRIS
3015 FLETCHER CHAPEL ROAD
KENBRIDGE, VA 23944

Re: Claim for PEGGIE MAXINE HURT

Dear EDITH HARRIS:

This letter serves to notify you that a final award determination has been made by the September 11th Victim Compensation Fund ("Fund"). The Special Master has reviewed and approved the distribution plan submitted by the Personal Representative. Based on the approved distribution plan, you will receive the following amount either as a direct distribution or from the Personal Representative:

| Beneficiary | Relationship to Victim | Net Amount |
|---|---|---|
| EDITH HARRIS | OTHER | $96,737.03 |
| | | |

Under federal regulations, approval of the distribution plan by the Special Master is final and not subject to judicial review. See Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, Sec. 405(b)(3)(2001).

If you have any questions, please feel free to call the toll-free Helpline at 1-888-714-3385, 1-888-560-0844 for the hearing impaired (TDD); from outside the United States, please call collect at 212-625-1645.

Sincerely,

Kenneth R. Feinberg

Kenneth R. Feinberg
Special Master
September 11th Victim Compensation Fund



# U.S. Department of Justice
### September 11th Victim Compensation Fund

P.O. Box 18698
Washington, D.C. 20036-8698

January 14, 2004

KATHERINE WYNN
3241 BLACKSTONE ROAD
KENBRIDGE, VA 23944

Re: Claim for PEGGIE MAXINE HURT

Dear KATHERINE WYNN:

This letter serves to notify you that a final award determination has been made by the September 11th Victim Compensation Fund ("Fund"). The Special Master has reviewed and approved the distribution plan submitted by the Personal Representative. Based on the approved distribution plan, you will receive the following amount either as a direct distribution or from the Personal Representative:

| Beneficiary | Relationship to Victim | Net Amount |
|---|---|---|
| KATHERINE WYNN | OTHER | $96,737.03 |
| | | |

Under federal regulations, approval of the distribution plan by the Special Master is final and not subject to judicial review. See Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, Sec. 405(b)(3)(2001).

If you have any questions, please feel free to call the toll-free Helpline at 1-888-714-3385, 1-888-560-0844 for the hearing impaired (TDD); from outside the United States, please call collect at 212-625-1645.

Sincerely,

*Kenneth R. Feinberg*

Kenneth R. Feinberg
Special Master
September 11th Victim Compensation Fund



**U.S. Department of Justice**
September 11th Victim Compensation Fund

P.O. Box 18698
Washington, D.C. 20036-8698

January 14, 2004

DOROTHY COLES
3055 FLETCHER CHAPEL ROAD
KENBRIDGE, VA 23944

Re: Claim for PEGGIE MAXINE HURT

Dear DOROTHY COLES:

This letter serves to notify you that a final award determination has been made by the September 11th Victim Compensation Fund ("Fund"). The Special Master has reviewed and approved the distribution plan submitted by the Personal Representative. Based on the approved distribution plan, you will receive the following amount either as a direct distribution or from the Personal Representative:

| Beneficiary | Relationship to Victim | Net Amount |
|---|---|---|
| DOROTHY COLES | OTHER | $96,737.03 |
| | | |

Under federal regulations, approval of the distribution plan by the Special Master is final and not subject to judicial review. See Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, Sec. 405(b)(3)(2001).

If you have any questions, please feel free to call the toll-free Helpline at 1-888-714-3385, 1-888-560-0844 for the hearing impaired (TDD); from outside the United States, please call collect at 212-625-1645.

Sincerely,

Kenneth R. Feinberg
Special Master
September 11th Victim Compensation Fund