# EXHIBIT J

Date: March 19, 2005
Time: 7:48:52AM

# September 11th Victim Compensation Fund

Notable Issues For Claim: 212-000904

**Notable Issues:**

| Issue | Suggested Resolution | Final Resolution |
|---|---|---|
| The victim left part of her insurance to her grandfather who died shortly after 9-11. Therefore, his portion of the insurance went to his estate. | I am assuming there is no one to notify in this circumstance. | |
| There is no way to verify the victim's tax bracket since the claimant can only provide Federal Tax Forms. | Use the effective tax rate. | |
| Lydia with HR verified the pay that was used in the calculation. | | |
| Since the FEGLI was paid to the Aunt/Estate of the Grandfather, the calculation does not break down the FEGLI portions nor include the premiums. | | |
| An objection/statement of interest was received from the maternal Aunt of the claimant. According to the Aunt, the victim was raised by her mother who lived with her parents. The victim's biological father played a minimal role in the her life. In fact, the aunt claims that "Peggie [the victim] saw Mr Harris [the biological father] less than fifteen times in her life." | The objector (the Aunt of the victim) asks the following: "I ask the Special Master to exercise his discretion to deviate from Virginia's intestacy statue and ensure that the family Peggie [the victim] knew and loved receives the award." | |