# EXHIBIT K

**September 11th Victim Compensation Fund**
Claim Actions Report for Claim: 212-000904

Date: March 19, 2005
Time: 7:48:49AM

| Action | Status | Created Date | Created by User | Responsible User | Due Date |
|---|---|---|---|---|---|
| Call from claimant | Complete | 02/05/2003 | Kim Feld | Kim Feld | 02/05/2003 |

Comments: Claimant called for status. Told him SM reviewing claim, told him four parties objecting. He was upset he says he has the court order and the other people the aunts and cousins want the money. I told him the SM office will review the objections, I do not know what there decision will be. He wanted to know if we could tell him the nature of the objection. I told him I would have to check. He stated he was upset with the potential delay for AB and processing claim. Told him the SM will review the claim, but they encourage the families and interested parties to try to work it out. He said he will call again in a few weeks.

| | | | | | |
|---|---|---|---|---|---|
| CCTS Contact | Complete | 02/03/2003 | Vcms Vcms | Ozie Jackson | 02/03/2003 |

Comments: Caller requested a CSI on his deceased claim #904 his social is ███ He also has a new address/phone which I told him to submit to us in writing. Warm Xfer to CSI. ********************************************************** CSI. Validated identity. Claim Action entry of 2/3/03 relates.      CLOSED.

| | | | | | |
|---|---|---|---|---|---|
| Call to claimant | Complete | 02/03/2003 | Kim Feld | Kim Feld | 02/03/2003 |

Comments: Called claimant and left a message home and cell.

| | | | | | |
|---|---|---|---|---|---|
| Call from claimant | Complete | 02/03/2003 | Manuel Galvan | Manuel Galvan | 02/03/2003 |

Comments: CSI. Provided status. CM (Kim) spoke to Mr. Harris on 1/27/03. No change. Asked that CM call him.   [Kim: claim in Valuation phase, but AB decision not approved. If AB denied, CSRs don't tell over the phone]

| | | | | | |
|---|---|---|---|---|---|
| New Related Claim | Complete | 01/28/2003 | Vcms Vcms | Philip Tull | |

Comments: New Related Claim Inserted (Note: Pending claim action is moved to Complete by system because the responsible party is an inactive team member.)

| | | | | | |
|---|---|---|---|---|---|
| Call from claimant | Complete | 01/27/2003 | Kim Feld | Kim Feld | 01/27/2003 |

Comments: Call for claim status-- told her at SM being reviewed. Asked about objection- told him I'd have to look into that. He said okay he would wait to hear from SM.

| | | | | | |
|---|---|---|---|---|---|
| New Related Claim | Complete | 01/23/2003 | Vcms Vcms | Philip Tull | |

Comments: New Related Claim Inserted (Note: Pending claim action is moved to Complete by system because the responsible party is an inactive team member.)