# EXHIBIT L

## HEARING DECISION: HURT, PEGGIE (212-000904A)

**Hearing Date:** April 30, 2003

**Presiding:** Jacqueline Zins

**Decision:** Two separate hearings were held to determine the appropriate allocation for the claim, filed by Arthur Harris, the Personal Representative of the decedent, Peggie Hurt. In the first hearing the decedent's maternal aunts testified that they were entitled to the award. In the second hearing the decedent's father testified that he was entitled to the award. The Federal Regulations governing the September 11 Victim Compensations Fund provide that:

> *Notwithstanding any other provision of these regulations or any other provision of state law*, in the event that the Special Master concludes that the Personal Representative's plan for distribution does not appropriately compensate the victim's spouse, children *or other relatives*, the Special master may direct the Personal Representative to distribute all or part of the award to such spouse, children or other relatives. (28 C.F.R. § 104.52, emphasis supplied)

Based on testimony elicited at the hearings, the award is allocated as follows: non-economic damages of $250,000 are awarded to Arthur Harris, the biological father of the decedent; economic damages of $580,422.15 are awarded to the decedent's maternal aunts.

JZ:cer