# EXHIBIT N

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Chang Dom Kim et al. v. Islamic Republic of Iran, 1:18-cv-11870 (GBD) (SN)*

## [PROPOSED] PARTIAL FINAL JUDGMENT II

Upon consideration of the evidence and arguments submitted by *Kim II* Plaintiffs identified in Exhibit A to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling), or a functional equivalent thereof, of a victim killed in the terrorist attacks on September 11, 2001, and the *Kim II* Plaintiffs' motion for Judgment by Default for liability and damages against the Islamic Republic of Iran, ("Iran") filed on August 14, 2019 (03-md-1570, ECF Nos. 4841-4844), together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) , or a functional equivalent thereof, of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, except in the case Margaret Williams (sibling equivalent of Peggie Maxine Hurt) who should be awarded one-half of the full solatium damages award otherwise awarded to the siblings of September 11, 2001 decedents ($2.125 Million), as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated: New York, New York
_____, 2019

SO ORDERED:

_____
SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

**EX. A to *Kim* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1. | Elizabeth Ann Kiel | John Joseph Florio | Sibling | $4,250,000 |
| 2. | John Florio | John Joseph Florio | Parent | $8,500,000 |
| 3. | Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz | Nezam Hafiz | Parent (Deceased) | $8,500,000 |
| 4. | Douglas Hall as Personal Representative of the Estate of Herman W. Hall | Richard Hall | Parent (Deceased) | $8,500,000 |
| 5. | Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles | Peggie Hurt | Parent (Deceased) | $8,500,000 |
| 6. | Edith Otelia Harris | Peggie Hurt | Parent | $8,500,000 |
| 7. | Margaret Ann Williams | Peggie Hurt | Sibling | $2,125,000 |
| 8. | Christine Sandra Wilson | Peggie Hurt | Parent | $8,500,000 |
| 9. | Carlene Wynn as Personal Representative of the Estate of Lelia Mae Wynn | Peggie Hurt | Parent (Deceased) | $8,500,000 |
| 10. | Katherine Wynn | Peggie Hurt | Parent | $8,500,000 |
|  | **Total** |  |  | **$74,375,000.00** |