## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

August 21, 2019

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees ("PECs") write to request a brief extension of two business days for the deadline to respond to the under-seal filings of made by the Kingdom of Saudi Arabia on Monday, August 19, 2019.  At present, the PECs are to respond by Friday, August 23, 2019.  We request that that deadline by adjusted to Tuesday, August 27, 2019.

The extension is necessary because several members of the PECs are unavailable due to travel to New York for a meet and confer with the Department of Justice today.  We received the Kingdom's filing on Monday evening.  Yesterday and today have been and will be used for travel to and from and to attend a meet and confer that has been a long time in the planning due to summer schedules on both sides of the meeting.

As a result, the PECs are requesting an additional two business days to allow us to coordinate the PECs' response to the Kingdom's August 19, 2019 filings.  This is the PECs' first request for an extension related to this application.  We have asked Mr. Kellogg, counsel for the Kingdom of Saudi Arabia, and he has advised that the Kingdom does not oppose this request.

The Honorable Sarah Netburn
August 21, 2019
Page 2

_____

      Respectfully submitted,

COZEN O'CONNOR                              MOTLEY RICE LLC

By:  */s/ Sean P. Carter*                     By:  */s/ Robert T. Haefele*
      SEAN P. CARTER                       ROBERT T. HAEFELE
      COZEN O'CONNOR                   MOTLEY RICE LLC
      One Liberty Place                      28 Bridgeside Boulevard
      1650 Market Street, Suite 2800        Mount Pleasant, SC 29465
      Philadelphia, Pennsylvania 19103      Tel.: (843) 216-9184
      Tel.: (215) 665-2105                 Email: rhaefele@motleyrice.com
      Email: scarter@cozen.com

*For the Plaintiffs' Exec. Committees*          *For the Plaintiffs' Exec. Committees*

KREINDLER & KREINDLER LLP

By:  */s/ Andrew J. Maloney*
      ANDREW J. MALONEY
      KREINDLER & KREINDLER LLP
      750 Third Avenue
      New York, New York 10017
      Tel.: 212-687-8181
      Email: amaloney@kreindler.com

*For the Plaintiffs' Exec. Committees*

cc:    The Honorable George B. Daniels, via ECF
        All Counsel of Record via ECF