# EXHIBIT A

EX. A to *Schlissel* Motion for Judgment on Damages (II)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages | Pain and Suffering Damages | Economic Damages | Total Damages (per Plaintiff) |
|---|---|---|---|---|---|---|---|
| 1 | Beatrice Woolen | Tamara Thurman | Sibling | $4,250,000 | N/A | N/A | $4,250,000.00 |
| 2 | Ann Van Hine, as the Personal Representative of the Estate of Richard B. Van Hine, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard B. Van Hine | Richard B. Van Hine | PR | N/A | $2,000,000 | $1,388,723 | $3,388,723.00 |
| 3 | Kim Wagner as Personal Representative of the Estate of Mattie B. Wagner | Karen J. Wagner | Parent (Deceased) | $8,500,000 | N/A | N/A | $8,500,000.00 |
| 4 | Connie Murray | Sandra L. White | Sibling | $4,250,000 | N/A | N/A | $4,250,000.00 |
| | **Total** | | | | | | $20,388,723.00 |