UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |

This document relates to:

*Cheryl Rivelli et al. v. Islamic Republic of Iran, 1:18-cv-11878 (GBD) (SN)*

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaint, as amended:

**Plaintiff Name Corrections:**

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 1:18-cv-11878 | Edna Mibayo | Edna Mbayo |
| 2. | 1:18-cv-11878 | Peter Shihadeh as Personal Representative of the Estate of Theodore D. Smithwick, deceased, the late parent of Bonnie Smithwick | Peter Shihadeh as the Personal Representative of the Estate of Theodore D. Shihadeh, deceased, the late parent of Bonnie Smithwick |

Dated:  New York, New York
_____, 2019

_____
J.

docs-100134552.1