# EXHIBIT A

**EX. A to *Aamoth* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Yon-Paul Casalduc | Vivian Casalduc | Child | $8,500,000 |
| 2 | Patricia Costello as the Personal Representative of the Estate of Charles Costello, Sr. | Charles Costello, Jr. | Parent (Deceased) | $8,500,000 |
| 3 | Alfred DeMartini, as Personal Representative of the Estate of Alberta DeMartini | Francis DeMartini | Parent (Deceased) | $8,500,000 |
| 4 | Paul DeMartini, as Personal Representative of the Estate of Alfred DeMartini | Francis DeMartini | Parent (Deceased) | $8,500,000 |
| 5 | Veronica Altagracia Sanchez Depena | Jose Depena | Sibling | $4,250,000 |
| 6 | Clara Depena | Jose Depena | Sibling | $4,250,000 |
| 7 | Benjamin Dominguez, Jr., as the Personal Representative of the Estate of Benjamin Dominguez, Sr. | Carlos Dominguez | Parent (Deceased) | $8,500,000 |
| 8 | Benjamin Dominguez, Jr., as the Personal Representative of the Estate of Eugenia Dominguez | Carlos Dominguez | Parent (Deceased) | $8,500,000 |

|   | **Total** |   |   | **$59,500,000.00** |
|---|---|---|---|---|