UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Gordon Aamoth Sr. et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)*

## [PROPOSED] PARTIAL FINAL JUDGMENT II

Upon consideration of the evidence and arguments submitted by *Aamoth II* Plaintiffs identified in Exhibit A to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001, and the *Aamoth II* Plaintiffs' motion for Judgment by Default for liability and damages against the Islamic Republic of Iran, ("Iran") filed on August 14, 2019 (03-md-1570, ECF Nos. 4852-4855), together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated:   New York, New York
         _____, 2019

                                     SO ORDERED:

                                     SARAH NETBURN
                                     UNITED STATES DISTRICT JUDGE