# EXHIBIT A

**EX. A to *Hemenway* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | **NAME OF PLAINTIFF** | **NAME OF 9/11 DECEDENT** | **Plaintiff's Relationship to 9/11 Decedent** | **Solatium Damages** |
|---|---|---|---|---|
| 1. | Robert B. Hemenway Sr. | Ronald J. Hemenway | Parent | $8,500,000 |
| 2. | Shirley Hemenway | Ronald J. Hemenway | Parent | $8,500,000 |
| 3. | Kathleen Novich | Ronald J. Hemenway | Sibling | $4,250,000 |
| 4. | Cleveland B. John | Charles G. John | Sibling | $4,250,000 |
| 5. | Wendy Satimays | Ronald Philip Kloepfer | Sibling | $4,250,000 |
| 6. | Jaime Reali | Ronald Philip Kloepfer | Child | $8,500,000 |
| 7. | Taylor Kloepfer | Ronald Philip Kloepfer | Child | $8,500,000 |
| 8. | Dawn Kloepfer | Ronald Philip Kloepfer | Spouse | $12,500,000 |
| 9. | Casey Kloepfer | Ronald Philip Kloepfer | Child | $8,500,000 |
| 10. | Anthony Mancini as the Personal Representative of the Estate of Lea Sola (a/k/a Lea Mancini) | Francisco M. Mancini a/k/a Frank Mancini | Parent (Deceased) | $8,500,000 |
| 11. | Selvyn Neil Patrick Blake | Carol Rabalais a/k/a Carol South-Rabalais | Child | $8,500,000 |
| 12. | Vernon A. Richard II | Vernon A. Richard | Child | $8,500,000 |

| | **Total** | | | **$93,250,000.00** |
|---|---|---|---|---|