# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Marinella Hemenway et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)*

### [PROPOSED] PARTIAL FINAL JUDGMENT II

Upon consideration of the evidence and arguments submitted by *Hemenway II* Plaintiffs identified in Exhibit A to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001, and the *Hemenway II* Plaintiffs' motion for Judgment by Default for liability and damages against the Islamic Republic of Iran, ("Iran") filed on August 14, 2019 (03-md-1570, ECF Nos. 4856-4859), together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated: New York, New York
_____, 2019

SO ORDERED:

_____
SARAH NETBURN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

EX. A to *Hemenway* Motion for Judgment on Damages (II)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1. | Robert B. Hemenway Sr. | Ronald J. Hemenway | Parent | $8,500,000 |
| 2. | Shirley Hemenway | Ronald J. Hemenway | Parent | $8,500,000 |
| 3. | Kathleen Novich | Ronald J. Hemenway | Sibling | $4,250,000 |
| 4. | Cleveland B. John | Charles G. John | Sibling | $4,250,000 |
| 5. | Wendy Satimays | Ronald Philip Kloepfer | Sibling | $4,250,000 |
| 6. | Jaime Reali | Ronald Philip Kloepfer | Child | $8,500,000 |
| 7. | Taylor Kloepfer | Ronald Philip Kloepfer | Child | $8,500,000 |
| 8. | Dawn Kloepfer | Ronald Philip Kloepfer | Spouse | $12,500,000 |
| 9. | Casey Kloepfer | Ronald Philip Kloepfer | Child | $8,500,000 |
| 10. | Anthony Mancini as the Personal Representative of the Estate of Lea Sola (a/k/a Lea Mancini) | Francisco M. Mancini a/k/a Frank Mancini | Parent (Deceased) | $8,500,000 |
| 11. | Selvyn Neil Patrick Blake | Carol Rabalais a/k/a Carol South-Rabalais | Child | $8,500,000 |
| 12. | Vernon A. Richard II | Vernon A. Richard | Child | $8,500,000 |
|  | **Total** |  |  | **$93,250,000.00** |