# EXHIBIT A

EX. A to *Moody-Theinert* Motion for Judgment on Damages (II)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Ortiz, Rebecca Brianne | Paul Ortiz Jr. | Child | $8,500,000 |
| 2 | Ida Riese as Personal Representative of the Estate of Gloria Raines | Harry Raines | Parent (Deceased) | $8,500,000 |

|   | **Total** |   |   | **$17,000,000.00** |
|---|---|---|---|---|