**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Morris, et al. v. Islamic Republic of Iran (1:18-cv-05321) (GBD) (SN)*

**THE *MORRIS* PLAINTIFFS' NOTICE OF MOTION FOR**
**PARTIAL FINAL JUDGMENT II**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Jerry S. Goldman, Esq., ("Goldman Declaration"), along with the exhibits appended, certain plaintiffs in the above-referenced matter who are identified on Exhibit A to the Goldman Declaration, by and through their counsel, Anderson Kill P.C., respectfully move this Court for an Order awarding them: (1) judgment as to damages in the same amounts previously awarded by this Court to various similarly situated plaintiffs in *Burnett*, *Havlish*, *Ashton*, *Bauer*, and other cases; (2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment for damages; and (3) permission for such plaintiffs to seek punitive damages, economic damages, and other appropriate damages at a later date.

Plaintiffs request is made in connection with the judgment on default as to liability entered against the Islamic Republic of Iran on June 21, 2019. *In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570, ECF No. 4595.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Jerry S. Goldman* |
|  | ANDERSON KILL P.C. |
|  | Jerry S. Goldman, Esq. |
|  | Bruce E. Strong, Esq. |
|  | Jeffrey E. Glen, Esq. |
|  | Vianny M. Pichardo, Esq. |
|  | 1251 Avenue of the Americas |
|  | New York, NY  10020 |
|  | Tel: 212-278-1000 |
|  | Fax: 212-278-1733 |
|  | Email: jgoldman@andersonkill.com |
|  |  |
|  | Arthur R. Armstrong, Esq. *(pro hac vice)* |
|  | 1760 Market Street, Suite 600 |
|  | Philadelphia, PA  19103 |
|  | Tel: 267-216-2711 |
|  | Fax: 215-568-4573 |
|  | Email: aarmstrong@andersonkill.com |
| Dated:  New York, New York |  |
| August 21, 2019 | *Attorneys for Plaintiffs* |