# EXHIBIT A

**EX. A to *Morris* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Rawlins Anthony Nesbitt | Oscar F. Nesbitt | Sibling | $4,250,000 |
| 2 | Ho Ying Yee | Nancy Yuen Ngo | Parent | $8,500,000 |
| 3 | Homero Ottenwalder | Isidro D. Ottenwalder | Sibling | $4,250,000 |
| 4 | Arnulfo Rodriguez | Mayra V. Rodriguez | Spouse | $12,500,000 |

|   | **Total** |   |   | $29,500,000.00 |
|---|---|---|---|---|