# EXHIBIT A

**EX. A to *Rivelli* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Arthur Walier as Personal Representative of the Estate of Kathryn Ann Walier | Margaret Seeliger | Parent (Deceased) | $8,500,000 |

| | **Total** | | | **$8,500,000** |
|---|---|---|---|---|