

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

August 22, 2019

**By ECF**
Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *In re Terrorist Attacks*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      With the consent of the Plaintiffs' Executive Committees ("PECs"), we write respectfully to request an extension of four business days, from August 30 to September 6, 2019, to respond to the remaining aspects of the PECs' motion to compel with regard to the Federal Bureau of Investigation ("FBI").  Pursuant to the Court-approved schedule, ECF No. 4524, the PECs filed the motion on May 31, the FBI responded to certain aspects of the motion on June 21, and the FBI is to respond to the remaining aspects of the motion on August 30.  The additional time is requested to allow the Department of Justice to complete its consideration of the privilege issues raised by the motion to compel.

      We have conferred with the PECs, who consent to the requested extension.  We thank the Court for its consideration of this request.

                              Respectfully,

                              GEOFFREY S. BERMAN
                              United States Attorney for the
                              Southern District of New York

      By:   */s/ Sarah S. Normand*
             SARAH S. NORMAND
             JEANNETTE A. VARGAS
             ANDREW E. KRAUSE
             Assistant United States Attorneys
             86 Chambers Street, 3rd Floor
             New York, New York 10007
             Tel.  (212) 637-2709/2678/2769