# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.<br>Jgoldman@andersonkill.com<br>212-278-1569

<u>*Via ECF and Hand Delivery*</u>                                                      August 22, 2019

The Honorable George B. Daniels
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN);
*Aamoth Sr. et al. v. Islamic Republic of Iran*, 1:18-cv-12276 (GBD) (SN);
*Abel Sr. v. Islamic Republic of Iran*, 1:18-cv-11837 (GBD) (SN);
*Hemenway et al. v. Islamic Republic of Iran*, 1:18-cv-12277 (GBD) (SN);
*Jimenez et al. v. Islamic Republic of Iran*, 1:18-cv-11875 (GBD) (SN);
*Kim et al. v. Islamic Republic of Iran*, 1:18-cv-11870 (GBD) (SN);
*Moody-Theinert et al. v. Islamic Republic of Iran*, 1:18-cv-11876 (GBD) (SN);
*Rivelli et al. v. Islamic Republic of Iran*, 1:18-cv-11878 (GBD) (SN);
*Rowenhorst et al. v. Islamic Republic of Iran*, 1:18-cv-12387 (GBD) (SN); and
<u>*O'Neill et al. v. The Republic of Iraq*, No. 1:04-cv-01076 (GBD) (SN)</u>

Dear Judge Daniels:

        Enclosed are courtesy copies for chambers of the Affidavit in Support of Request for Clerk's Default and Clerk's Certificate of Default, filed by the *Aamoth*, *Abel*, *Hemenway, Jimenez*, *Kim, Moody-Theinert, Rivelli,* and *Rowenhorst* Plaintiffs; the Motions to Substitute Parties, filed by the *Aamoth, Hemenway,* and *Rowenhorst* Plaintiffs; the Motions for Leave to Amend to Correct Typographical Errors, filed by the *Aamoth*, *Abel*, *Jimenez*, *Kim, Moody-Theinert, Rivelli,* and *Rowenhorst* Plaintiffs; the Motion for Partial Final Judgment filed by the *O'Neill* Plaintiffs; and the Partial Final Judgment against Islamic Republic of Iran as to liability and damages, filed by the *Aamoth*, *Abel*, *Hemenway, Jimenez*, *Kim, Moody-Theinert, Rivelli* and *Rowenhorst* Plaintiffs.

        We thank the Court for its attention to these matters.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100192199.1

**Anderson Kill P.C.**

The Honorable George B. Daniels
August 22, 2019
Page 2

                                 Respectfully submitted,

                                 */s/ Jerry S. Goldman*
                                 Jerry S. Goldman, Esq.
                                 Anderson Kill P.C.
                                 1251 Avenue of the Americas
                                 New York, NY 10020-1182
                                 Telephone:  212-278-1000
                                 Email: jgoldman@andersonkill.com

                                 *Attorney for the Plaintiffs*

cc:      The Honorable Sarah Netburn
          Thurgood Marshall United States Courthouse
          40 Foley Square, Room 430
          New York, NY 10007

          All counsel *via ECF*