# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF and Hand Delivery*  August 22, 2019

The Honorable George B. Daniels
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN); Morris et al. v. Islamic Republic of Iran (1:18-cv-05321) (GBD) (SN); and Ades, et al., v Islamic Republic of Iran (1:18-cv-07306) (GBD) (SN)

Dear Judge Daniels:

    Enclosed are courtesy copies for chambers of the Motions for Partial Final Judgment filed by the *Morris* and *Ades* Plaintiffs.

    We thank the Court for its attention to these matters.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Telephone:  212-278-1000
Email: jgoldman@andersonkill.com

*Attorney for the Plaintiffs*

cc:    The Honorable Sarah Netburn
    Thurgood Marshall United States Courthouse
    40 Foley Square, Room 430
    New York, NY 10007

    All counsel *via ECF*