# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

<u>*Via ECF and Hand Delivery*</u>                                                            August 22, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN);
             Aamoth et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN);
             Hemenway et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN);
             Moody-Theinert et al. v. Islamic Republic of Iran (1:18-CV-11876) (GBD) (SN);
             <u>Rivelli et al. v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD) (SN)</u>

Dear Judge Netburn:

        Enclosed are courtesy copies for chambers of the Motions for Partial Final Judgment, filed by the *Aamoth*, *Hemenway*, *Moody-Theinert*, and *Rivelli* Plaintiffs.

        We thank the Court for its attention to these matters.

                              Respectfully submitted,

                              */s/ Jerry S. Goldman*
                              Jerry S. Goldman, Esq.
                              Anderson Kill P.C.
                              1251 Avenue of the Americas
                              New York, NY 10020-1182
                              Telephone:  212-278-1000
                              Email: jgoldman@andersonkill.com

                              *Attorney for the Plaintiffs*

cc:    The Honorable George B. Daniels
       Daniel Patrick Moynihan U.S. Courthouse
       500 Pearl Street
       New York, NY 10007

       All counsel *via ECF*