# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

<u>Via ECF and Hand Delivery</u>                                                                                              August 22, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    <u>In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN); Lloyd A. Abel et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN); Roberta Agyeman et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN); Jessica DeRubbio et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN); Alexander Jimenez et al. v. Islamic Republic of Iran, 1:18-cv-11875 (GBD) (SN); Bakahityar Kamardinova et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN); Chang Dom Kim et al. v. Islamic Republic of Iran, 1:18-cv-11870 (GBD) (SN); Matthew Rowenhorst, et al. v. Islamic Republic of Iran (1:18-cv-12387) (GBD) (SN); Laurence Schlissel et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN)</u>

Dear Judge Netburn:

      Enclosed are courtesy copies for chambers of the Motions to Substitute Parties filed by the Plaintiffs in the *Aamoth*, *Hemenway* and *Moody-Theinert* cases, the Motion for Leave to Amend to Correct Errors, filed by the Plaintiffs in the *Kim* case, and the Motions for Partial Final Judgment, filed by the *Abel*, *Agyeman*, *DeRubbio*, *Jimenez*, *Kamardinova*, *Kim*, *Rowenhorst* and *Schlissel* Plaintiffs.

      We thank the Court for its attention to these matters.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100192729.1

**Anderson Kill P.C.**

The Honorable Sarah Netburn
August 22, 2019
Page 2

                                                                                 Respectfully submitted,

                                                                                 */s/ Jerry S. Goldman*
                                                                                 Jerry S. Goldman, Esq.
                                                                                 Anderson Kill P.C.
                                                                                 1251 Avenue of the Americas
                                                                                 New York, NY 10020-1182
                                                                                 Telephone:  212-278-1000
                                                                                 Email: jgoldman@andersonkill.com

                                                                                 *Attorney for the Plaintiffs*

cc:    The Honorable George B. Daniels
        Daniel Patrick Moynihan U.S. Courthouse
        500 Pearl Street
        New York, NY 10007

        All counsel *via ECF*

docs-100192729.1