USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Chang Don Kim et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD) (SN)

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby;

ORDERED that the Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaint, as amended:

**Plaintiffs Whose Relationship to 9/11 Decedent is Incorrectly described:**

| | Case Number | Plaintiff's Name | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-11870 | Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles | Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles, deceased, the late sibling of Peggie Hurt | Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles, deceased, the late parent of Peggie Hurt |
| 2. | 1:18-cv-11870 | Edith Otelia Harris | Sibling | Parent |
| 3. | 1:18-cv-11870 | Christine Sandra Wilson | Sibling | Parent |
| 4. | 1:18-cv-11870 | Carlene Wynn as Personal Representative of the Estate of Lelia Mae Wynn | Carlene Wynn as the Personal Representative of the Estate of Lelia Mae Wynn, deceased, the late close, immediate family member of Peggie Hurt | Carlene Wynn as the Personal Representative of the Estate of Lelia Mae Wynn, deceased, the late parent of Peggie Hurt |
| 5. | 1:18-cv-11870 | Katherine Wynn | Sibling | Parent |

SO ORDERED.

August 23, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge