UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/23/2019

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) ECF Case |
|---|---|

This document relates to:

*Roberta Agyeman et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN)

## ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *Agyeman* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *Agyeman* case.

**SO ORDERED.**

August 23, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

docs-100190247.1

# EXHIBIT A

**EXHIBIT A to *Agyeman* Motion to Substitute Parties**

|   | Previous Personal Representative : | Case Number: | Substitute Personal Representative: | Case Number | State Residency of Substituted Personal Representative at Filing | Decedent's Name: |
|---|---|---|---|---|---|---|
| 1. | Abdul Mossibir, as the Personal Representative of the Estate of Shabbir Ahmed, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shabbir Ahmed | 1:18-cv-05320 | Jeba Ahmed, as the Personal Representative of the Estate of Shabbir Ahmed, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shabbir Ahmed | 1st Amendment 1:18-cv-05320 | NY | Shabbir Ahmed |

2

docs-100190247.1