UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/2019

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |
|---|---|

This document relates to:

*Gordon Aamoth Sr. et al. v. Islamic Republic of Iran*, 1:18-cv-12276 (GBD) (SN)

## ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative for a family member of a individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *Aamoth* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *Aamoth* case.

**SO ORDERED.**

August 23, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

docs-100190247.1

# EXHIBIT A

**EXHIBIT A to *Aamoth* Motion to Substitute Parties**

|   | Previous Personal Representative : | Case Number: | Substitute Personal Representative: | State Residency of Substituted Personal Representative at Filing | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 13 as Personal Representative of the Estate of Alberta DeMartini, deceased, the late parent of Francis DeMartini | 1:18-cv-12276 | Alfred DeMartini, as Personal Representative of the Estate of Alberta DeMartini, deceased, the late parent of Francis DeMartini | PA | Francis DeMartini |
| 2. | John Doe 14 as Personal Representative of the Estate of Alfred DeMartini, deceased, the late parent of Francis DeMartini | 1:18-cv-12276 | Paul DeMartini, as Personal Representative of the Estate of Alfred DeMartini, deceased, the late parent of Francis DeMartini | NJ | Francis DeMartini |
| 3. | Stephen M. Fogel, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde | 1:18-cv-12276 | Angela Alleyne, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde | London, England | Godwin Forde |

docs-100191720.1