USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/23/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Marinella Hemenway et al. v. Islamic Republic of Iran, 1:18-cv-12277 (GBD) (SN)*

## ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name individuals as plaintiffs in their adult capacities who were previously identified as minors in their prior pleadings; it is hereby

ORDERED that the *Hemenway* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *Hemenway* case.

**SO ORDERED.**

August 23, 2019
New York, New York

SARAH NETBURN
United States Magistrate Judge

docs-100190245.1

# EXHIBIT A

**<u>EXHIBIT A to *Hemenway* Motion to Substitute Parties</u>**

| | Status as Filed | Filed As | State of Residency at Filing | DOB | Age (To-Date) | Decedent's Name: | Plaintiff's Name as Substituted:: |
|---|---|---|---|---|---|---|---|
| 1. | MINOR | Anastasia Mancini a/k/a Anastasia Louvelos, as Natural Guardian of SM | NY | 7/16/2001 | 18 | Francisco M. Mancini a/k/a Frank Mancini | Sophia Mancini |

3

docs-100190244.1