USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/23/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:

*Gordon Aamoth Sr. et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD) (SN)

## ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *Aamoth* Plaintiffs' motion is granted, and the individual included on Exhibit A is to be substituted into the *Aamoth* case.

**SO ORDERED.**

August 23, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

docs-100193005.1

# EXHIBIT A

2

### EXHIBIT A to *Aamoth* Motion to Substitute Parties

| Previous Personal Representative: | Case Number: | Substitute Personal Representative: | State Residency of Substituted Personal Representative at Filing | Decedent's Name: |
|---|---|---|---|---|
| John Doe 6, being intended to designate the Personal Representative of the Estate of Vivian Casalduc, deceased, said name being fictitious, his or her true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Vivian Casalduc | 1:18-cv-12276 | Yon-Paul Casalduc, as the Personal Representative of the Estate of Vivian Casalduc, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vivian Casalduc | NY | Vivian Casalduc |

2

docs-100193005.1