```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

Plaintiff(s)

-v-

Iran's Ministry of Economic Affairs and Finance

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:  1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

IRAN'S MINISTRY OF ECONOMIC AFFAIRS AND FINANCE, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 501 US

Dated:  New York, New York
        8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Casey Goedtel
DEPUTY CLERK

## USPS® Customs Declaration – CN 22

**From:**
Sender's Last Name: Mellon  First: Thomas
Address: 1811 Conn. Ave. NW Suite 420
City: Washington  State: DC  ZIP: 20036
Telephone: 202-467-4489

**To:**
Addressee's Last Name: Iran's Ministry of Economic Affairs
Business: C/O H.E. Mohammad Javad Zarif
Address: Min. of Foreign Affairs, Khomeini Ave.
City: Tehran  Post Code: 11369

Detailed description of contents: Legal Complaint
Qty: 1  Weight: 2 lb 1 oz  Value: $0  HS Tariff: 1  Country of Origin: USA
Totals: 2 lb 1 oz  $0

☒ Documents

Barcode: LA337930501US

---

## PS Form 3806, Registered Mail Receipt

**FROM:** Thomas Mellon, Wiggins, Childs et al, 1811 Conn Ave NW Ste 420, Washington DC 20036

**TO:** Iran's Ministry of Economic Affairs + Finance, C/O H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Ave, Tehran Iran 11369

---

## Registered Article (Office of origin form)

Addressee: Iran's Ministry of Economic Affairs + Finance
C/O H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs
Street: Imam Khomeini Avenue
Place and Country: Tehran, Iran 11369