```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

                              Plaintiff(s)

-v-

Islamic Republic of Iran

                              Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
            1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

ISLAMIC REPUBLIC OF IRAN, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

    1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 515 US

Dated: New York, New York
        8/27/2019

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      _____
                                      Casey Goedtel
                                      DEPUTY CLERK

## USPS® Customs Declaration – CN 22

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

**From:**
Sender's Last Name: Mellon    First: Thomas
Business: Wiggins, Childs, et al.
Address: 1311 Conn. Ave. N.W. ste 400
City: Washington    State: DC    ZIP+4: 20036
Telephone/Fax or Email: 202.467.4489

**To:**
Addressee's Last Name: Islamic Republic of Iran    First:
Business: c/o H.E. Mohammad Javad Zarif
Address: Ministry of Foreign Affairs, Khomeini
City: Tehran    State/Province: Iran    Post Code: 11369
Country: Iran    Telephone/Fax or Email: 982166739191

☒ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Humanitarian Donation ☐ Other

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. / oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 / 1 | 0 | 1 | USA |
| | | | | | |
| | | Totals (7) 2/1 | $ 0 | | |

**AES Exemption (8)**
☐ NOEEI § 30.37(a)   ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9): [signature] Aug 26, 19

PS Form 2976, July 2013  PSN 7530-01-000-9833    1 – Post Office Copy — retain on file for 30 days after mailing

---

**Registered No.** LA337905150S

(Reverse side - PS Form 2865, February 1997)

Item Description (Nature de l'envoi): ☐ Insured Parcel
Office of Mailing (Bureau de dépôt): The Islamic Republic of Iran
Addressee Name or Firm: c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs
Street and No.: Imam Khomeini Avenue
Place and Country: Tehran, Iran 11369

☐ Registered ☐ Letter ☐ Printed Matter ☐ Other ☐ Recorded Delivery ☐ Express Mail International

---

## PS Form 3806, Registered Mail Receipt

**FROM:** Fleming Esquire, Wiggins Childs, et al., 1301 Conn. Ave. N.W. Suite 420, Washington, DC 20036

**TO:** The Islamic Republic of Iran, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Ave, Tehran, Iran 11369

Copy 1 – Customer