# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON : | |
| SEPTEMBER 11, 2001 : | 03-MDL-1570 (GBD)(SN) |

**This Document Relates To:**
*Lorie Van Auken, Individually as Spouse and as Personal Representative of the Estate of Kenneth Van Auken, deceased; Sarah Van Auken, Individually as Surviving Child of Kenneth Van Auken, deceased; and Matthew Van Auken, Individually as Surviving Child of Kenneth Van Auken, deceased <u>only</u> in the case of Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.;* **Case No.: 1:15-cv-09903 (GBD) (SN) (SDNY)**

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

**COME NOW**, Lorie Van Auken, individually and as spouse and Personal Representative of the Estate of Kenneth Van Auken, deceased; Sarah Van Auken, individually as surviving child of Kenneth Van Auken, deceased; and Matthew Van Auken, individually as surviving child of Kenneth Van Auken, deceased ("the Van Auken Plaintiffs"), Plaintiffs in *Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.;* Case No. 1:15-cv-09903 (GBD) (SN) (SDNY), and bring this Unopposed Motion to Substitute Counsel. As grounds for said Motion, the Van Auken Plaintiffs state as follows:

1. The Van Auken Plaintiffs request the Court to grant permission for John Michael Eubanks and Robert Turner Haefele of Motley Rice LLC to withdraw and to substitute Dennis G. Pantazis as attorney of record as to the Van Auken Plaintiffs *only*.

2. The Van Auken Plaintiffs have retained Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC to represent them in this matter.

3. The Van Auken Plaintiffs, John Michael Eubanks and Robert Turner Haefele, and Dennis G. Pantazis consent to the substitution of counsel as requested herein (signed Consents attached hereto as Exhibit A).

4.      The parties anticipate after substitution of counsel is granted, they will move the Court to separate the Van Auken Plaintiffs into a separate case.

**WHEREFORE, PREMISES CONSIDERED**, Lorie Van Auken, individually and as spouse and Personal Representative of the Estate of Kenneth Van Auken, deceased; Sarah Van Auken, individually as surviving child of Kenneth Van Auken, deceased; and Matthew Van Auken, individually as surviving child of Kenneth Van Auken, deceased, pray that this Honorable Court enter an Order allowing John Michel Eubanks and Robert Turner Haefele of Motley Rice LLC to withdraw from representing the Van Auken Plaintiffs and to substitute Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC as attorney of record for the Van Auken Plaintiffs *only* in *Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.;* Case No. 1:15-cv-09903 (GBD) (SN) (SDNY).

RESPECTFULLY SUBMITTED,

*/s/ Dennis G. Pantazis*
Dennis G. Pantazis

OF COUNSEL:
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com