# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON  :
SEPTEMBER 11, 2001           :     03-MDL-1570 (GBD)(SN)

This Document Relates To:
*Lorie Van Auken, Individually as Spouse and as Personal Representative of the Estate of Kenneth Van Auken, deceased only in the case of Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.;* Case No.: 1:15-cv-09903 (GBD) (SN) (SDNY)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Lorie Van Auken, **individually as spouse and as Personal Representative of the Estate of Kenneth Van Auken, deceased,** substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of John Michael Eubanks and Robert Turner Haefele of Motley Rice LLC.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

I, **Lorie Van Auken, individually as spouse and as Personal Representative of the Estate of Kenneth Van Auken, deceased,** hereby consent to the above substitution of counsel.

Date: August 16, 2019

_____
Lorie Van Auken, Individually as Spouse
and as Personal Representative of the Estate
of Kenneth Van Auken, deceased

We, John Michael Eubanks and Robert Turner Haefele, the undersigned on behalf of Motley Rice LLC, hereby consent to being substituted as counsel in this matter as to plaintiffs **Lorie Van Auken, individually as spouse and as Personal Representative of the Estate of Kenneth Van Auken, deceased.**

Date: 8/15/19

John Michael Eubanks
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

Robert Turner Haefele
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiffs **Lorie Van Auken, individually as spouse and as Personal Representative of the Estate of Kenneth Van Auken, deceased.**

Date: 8/26/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiffs **Lorie Van Auken, individually as spouse and as Personal Representative of the Estate of Kenneth Van Auken, deceased** is hereby approved and so **ORDERED**.

Date: _____       _____
                                   UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON  :
SEPTEMBER 11, 2001           :     03-MDL-1570 (GBD)(SN)

This Document Relates To:
*Sarah Van Auken, Individually as Surviving Child of Kenneth Van Auken only in the case of Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*
Case No.: 1:15-cv-09903 (GBD) (SN) (SDNY)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Sarah Van Auken, individually as surviving child of Kenneth Van Auken, deceased**, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of John Michael Eubanks and Robert Turner Haefele of Motley Rice LLC.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

I, **Sarah Van Auken, individually as surviving child of Kenneth Van Auken, deceased**, hereby consent to the above substitution of counsel.

Date: 08/16/2019

Sarah Van Auken, individually as surviving child
of the Estate of Kenneth Van Auken, deceased

We, John Michael Eubanks and Robert Turner Haefele, the undersigned on behalf of Motley Rice LLC, hereby consent to being substituted as counsel in this matter as to plaintiff Sarah Van Auken, individually as surviving child of Kenneth Van Auken, deceased.

Date: 8/15/19

John Michael Eubanks
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

Robert Turner Haefele
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiff Sarah Van Auken, individually as surviving child of Kenneth Van Auken, deceased.

Date: 8/26/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiff **Sarah Van Auken, individually as surviving child of Kenneth Van Auken, deceased** is hereby approved and so **ORDERED**.

Date: _____          _____
                                       UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 : 03-MDL-1570 (GBD)(SN)

This Document Relates To:
*Matthew Van Auken, Individually as Surviving Child of Kenneth Van Auken only in the case of Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*
Case No.: 1:15-cv-09903 (GBD) (SN) (SDNY)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Matthew Van Auken, individually as surviving child of Kenneth Van Auken, deceased**, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of John Michael Eubanks and Robert Turner Haefele of Motley Rice LLC.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

> Wiggins Childs Pantazis Fisher Goldfarb LLC
> The Kress Building
> 301 Nineteenth Street North
> Birmingham, Alabama 35203
> Telephone: (205) 314-0531
> Facsimile: (205) 314-0731
> Email: dgp@wigginschilds.com

I, **Matthew Van Auken, individually as surviving child of Kenneth Van Auken, deceased**, hereby consent to the above substitution of counsel.

Date: 8/18/2019

Matthew Van Auken, individually as surviving child of the Estate of Kenneth Van Auken, deceased

We, John Michael Eubanks and Robert Turner Haefele, the undersigned on behalf of Motley Rice LLC, hereby consent to being substituted as counsel in this matter as to plaintiff **Matthew Van Auken, individually as surviving child of Kenneth Van Auken, deceased.**

Date: 8/15/19

John Michael Eubanks
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

Robert Turner Haefele
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiff **Matthew Van Auken, individually as surviving child of Kenneth Van Auken, deceased.**

Date: 8/26/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiff **Matthew Van Auken, individually as surviving child of Kenneth Van Auken, deceased** is hereby approved and so **ORDERED.**

Date: _____

_____
UNITED STATES DISTRICT JUDGE