UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|28|19

Herman Ray

                                    Plaintiff(s)

                    -v-

Islamic Revolutionary Guard Corps.

                                    Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:    1:19-cv-00012 (GBD)(SN)
             1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of  August , 2019 , I served:

ISLAMIC REVOLUTIONARY GUARD CORPS, *c/o* H.E. Mohammad Javad Zarif, Minister of

Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

        1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court
        for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of
        Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. §
        1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No.
        172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 577 US

Dated:  New York, New York
        8/27/2019

                                    RUBY J. KRAJICK
                                    CLERK OF COURT

                                    Casey Goedtel
                                    DEPUTY CLERK

☑ Documents  ☐ Commercial sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Humanitarian Donation  ☐ Other ____

**Sender's Last Name** / **First**

From: Mellon, Thomas
Business
Address: Wiggins, Childs, et al.
1211 Conn. Ave., N.W./Suite 420
City / State / ZIP+4
WASHINGTON, DC 20036
Telephone/Fax or Email
202.467.4489

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. | oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 | 1 | Ø | 1 | USA |
| | | | | | | |
| Totals (7) | 1 | 2 | 1 | $ Ø | | |

**Addressee's Last Name** / **First**

To: Islamic Revolutionary Guard Corps
Business
c/o H.E. Mohammad Javad Zarif
Address
M.W. of Foreign Affairs, Imam Khomeini
City / State/Province / Post Code Ave.
TEHRAN  11369
Country / Telephone/Fax or Email
IRAN   982166739191

AES Exemption (8)
☐ NOEEI § 30.37(a)  ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9)   Aug 20, '19

PS Form 2976, July 2013  PSN 7530-01-000-9833

1 - Post Office Copy — retain on file for 30 days after mailing

PS Form 2865, February 1997 (Reverse)

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®