```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

                            Plaintiff(s)

-v-

Iran's Ministry of Commerce

                            Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
            1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:
IRAN'S MINISTRY OF COMMERCE, *c/o* H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

      1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 563 US

Dated: New York, New York
         8/27/2019

                                          RUBY J. KRAJICK
                                          CLERK OF COURT

                                          _____
                                          Casey Goedtel
                                          DEPUTY CLERK

## Registered Mail Receipt (PS Form 3806)

**FROM:** Higgins, Childs, et al., Wigmore Ct. Suite 420, 1101 Conn. Ave NW, Washington DC 20036

**TO:** c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Ave., Tehran, Iran 11369

---

## Return Receipt (International)

- Item Description: Registered Article
- Office of Mailing: Iran's Ministry of Commerce
- Addressee: c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs
- Street and No.: Imam Khomeini Avenue
- Place and Country: Tehran, Iran 11369

---

## USPS Customs Declaration — CN 22

**From:**
- Sender's Last Name: Mellon
- First: Thomas
- Business: Higgins, Childs, et al.
- Address: 1101 Conn. Ave NW Suite 420
- City: Washington DC
- ZIP: 20036
- Telephone: 844-467-4489

**To:**
- Addressee's Last Name: Iran's Ministry of Commerce
- Business: c/o H.E. Mohammad Javad Zarif
- Address: Min. of Foreign Affairs, Imam Khomeini Ave.
- City: Tehran
- Country: Iran
- Post Code: 11369
- Telephone: 982166739191

Detailed description of contents: Legal Complaint
Qty: 2   Weight: 1 lb 8 oz   Value: $1   Country of Origin: USA

Barcode: LA379305645US

Signed and dated Aug 20, '19