USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

                         Plaintiff(s)

-v-

Iran's Ministry of Defense and Armed Forces Logistics

                         Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
              1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

IRAN'S MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

    1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 529 US

Dated:  New York, New York
        8/27/2019

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      *Casey Goedtel* (signature)

                                      Casey Goedtel
                                      DEPUTY CLERK

## USPS® Customs Declaration – CN 22

**Sender's Last Name:** Mellon  **First:** Thomas
**Business:** Wiggins, Childs, et al.
**Address:** 1211 Conn. Ave. NW, Suite 420
**City:** Washington  **State:** DC  **ZIP:** 20036
**Telephone/Fax or Email:** 202.467.4489

**Addressee's Last Name:** Min. of Defense + Armed Forces Logistics  **First:** Iran
**Business:** c/o H.E. Mohammad Javad Zarif, Min. of Foreign Affairs
**Address:** Min. of Foreign Affairs, Khomeini
**City:** Tehran  **State/Province:** —  **Post Code:** 1369
**Country:** Iran  **Telephone/Fax or Email:** 982166739191

**Detailed description of contents:** Legal Complaint
- Qty: 1
- Weight: 2 lb 1 oz
- Value: $0
- HS Tariff: 1
- Country of Origin: USA
- Totals: 2 lb 1 oz / $0

☒ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods ☐ Gift ☐ Humanitarian Donation ☐ Other

AES Exemption: ☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**Sender's Signature and Date:** T. Wilson Aug 22, '19

PS Form 2976, July 2013 PSN 7530-01-000-9833

---

**Item Description (Nature de l'envoi):** Registered Article (Envoi recommandé)
☐ Insured Parcel (Colis avec valeur déclarée)
☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express ☐ International

**Office of Mailing (Bureau de dépôt):** —
**Addressee Name or Firm:** Iran's Ministry of Defense + Armed Forces Logistics
**Street and No.:** c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs
**Place and Country:** Imam Khomeini Avenue, Tehran, Iran 1369

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

**Signature of Addressee / Office of Destination Employee Signature / Date / Postmark**

PS Form **2865**, February 1997 (Reverse)

---

**Registered No.:** LA 337 305 29 US

**To Be Completed By Post Office:**
- Postage $
- Extra Services & Fees: ☐ Registered Mail $ ☐ Return Receipt (hardcopy) $ ☐ Return Receipt (electronic) $ ☐ Restricted Delivery $ ☐ Signature Confirmation ☐ Signature Confirmation Restricted Delivery
- Total Postage & Fees $
- Received by
- Date Stamp

Customer Must Declare Full Value $

OFFICIAL USE

**FROM:** Fleming Esquire, Wiggins Childs, et al., 1211 Conn. Ave. NW, Suite 420, Washington DC 20036

**TO:** Iran's Ministry of Defense + Armed Forces Logistics, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Ave, Tehran, Iran 1369

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

PS Form **3806**, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051  Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®