# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON  :
SEPTEMBER 11, 2001             :     03-MDL-1570 (GBD)(SN)

This Document Relates To:
*Mindy Kleinberg, Individually as Spouse and as Personal Representative of the Estate of Alan D. Kleinberg, deceased only in the case of Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.;* Case No.: 1:15-cv-09903 (GBD) (SN) (SDNY)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Mindy Kleinberg, individually as spouse and as Personal Representative of the Estate of Alan D. Kleinberg, deceased**, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of John Michael Eubanks and Robert Turner Haefele of Motley Rice LLC.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

I, **Mindy Kleinberg, individually as spouse and as Personal Representative of the Estate of Alan D. Kleinberg, deceased**, hereby consent to the above substitution of counsel.

Date: 8/14/19

Mindy Kleinberg, Individually as Spouse
and as Personal Representative of the Estate
of Alan D. Kleinberg, deceased

We, John Michael Eubanks and Robert Turner Haefele, the undersigned on behalf of Motley Rice LLC, hereby consent to being substituted as counsel in this matter as to plaintiffs **Mindy Kleinberg, individually as spouse and as Personal Representative of the Estate of Alan D. Kleinberg, deceased.**

Date: 8/15/19

John Michael Eubanks
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

Robert Turner Haefele
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiffs **Mindy Kleinberg, individually as spouse and as Personal Representative of the Estate of Alan D. Kleinberg, deceased.**

Date: 8/26/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiffs **Mindy Kleinberg, individually as spouse and as Personal Representative of the Estate of Alan D. Kleinberg, deceased** is hereby approved and so **ORDERED**.

Date: _____    _____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON : 
SEPTEMBER 11, 2001 : 03-MDL-1570 (GBD)(SN)

This Document Relates To:
*Jacob Kleinberg, Individually as Surviving Child of Alan D. Kleinberg only in the case of Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*
Case No.: 1:15-cv-09903 (GBD) (SN) (SDNY)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Jacob Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased**, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of John Michael Eubanks and Robert Turner Haefele of Motley Rice LLC.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

I, **Jacob Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased**, hereby consent to the above substitution of counsel.

Date: 8-16-19

Jacob Kleinberg, individually as surviving child of the Estate of Alan D. Kleinberg, deceased

We, John Michael Eubanks and Robert Turner Haefele, the undersigned on behalf of Motley Rice LLC, hereby consent to being substituted as counsel in this matter as to plaintiffs **Jacob Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased.**

Date: 8/15/19

John Michael Eubanks
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

Robert Turner Haefele
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiffs **Jacob Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased.**

Date: 8/26/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiffs **Jacob Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased** is hereby approved and so **ORDERED.**

Date: _____          _____
                                    UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON : 03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001 :

This Document Relates To:
*Lauren Nicole Kleinberg, Individually as Surviving Child of Alan D. Kleinberg only in the case of Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*
Case No.: 1:15-cv-09903 (GBD) (SN) (SDNY)

# CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Lauren Nicole Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased,** substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of John Michael Eubanks and Robert Turner Haefele of Motley Rice LLC.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

I, Lauren Nicole Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased, hereby consent to the above substitution of counsel.

Date: 8\16\19

_____
Lauren Nicole Kleinberg, individually as
surviving child of the Estate of Alan D.
Kleinberg, deceased

We, John Michael Eubanks and Robert Turner Haefele, the undersigned on behalf of Motley Rice LLC, hereby consent to being substituted as counsel in this matter as to plaintiffs **Lauren Nicole Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased**.

Date: 8/15/19

John Michael Eubanks
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

Robert Turner Haefele
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiffs **Lauren Nicole Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased**.

Date: 8/26/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiffs **Lauren Nicole Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased** is hereby approved and so **ORDERED**.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON : 
SEPTEMBER 11, 2001 : 03-MDL-1570 (GBD)(SN)

This Document Relates To:
*Sam Eric Kleinberg, Individually as Surviving Child of Alan D. Kleinberg only in the case of Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*
Case No.: 1:15-cv-09903 (GBD) (SN) (SDNY)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Sam Eric Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased**, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of John Michael Eubanks and Robert Turner Haefele of Motley Rice LLC.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

I, **Sam Eric Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased**, hereby consent to the above substitution of counsel.

Date: 8/16/19

Sam Eric Kleinberg, individually as surviving child of the Estate of Alan D. Kleinberg, deceased

We, John Michael Eubanks and Robert Turner Haefele, the undersigned on behalf of Motley Rice LLC, hereby consent to being substituted as counsel in this matter as to plaintiff **Sam Eric Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased.**

Date: __8/15/19__

_____
John Michael Eubanks
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

_____
Robert Turner Haefele
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiff **Sam Eric Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased.**

Date: __8/26/19__

_____
Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiff **Sam Eric Kleinberg, individually as surviving child of Alan D. Kleinberg, deceased** is hereby approved and so **ORDERED**.

Date: _____

_____
UNITED STATES DISTRICT JUDGE