```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

Plaintiff(s)

-v-

Central Bank of Iran a/k/a Bank Markazi

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
            1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served: CENTRAL BANK OF IRAN A/K/A BANK MARKAZI, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 550 US

Dated: New York, New York
       8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

*Casey Goedtel* (signature)

Casey Goedtel
DEPUTY CLERK

## PS Form 2865, February 1997 (Reverse)

**Completed by the office of origin.** (A remplir par le bureau d'origine.)

- Item Description (Nature de l'envoi)
- Insured Parcel (Colis avec valeur déclarée)
- Office of Mailing (Bureau de dépôt): Central Bank of Iran, Al-Jahat Blvd, Mirdamad
- Addressee Name or Firm (Nom ou raison sociale du destinataire): c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs
- Street and No. (Rue et No.): Imam Khomeini Avenue
- Place and County (Localité et pays): Tehran, Iran 11369
- Registered / Article (Envoi recommandé)
- Printed / Letter (Lettre) / Matter (Imprimé) / Other (Autre)
- Recorded Delivery (Envoi à livraison attestée)
- Express / Mail / Military / national
- Date of Posting (Date de dépôt)
- Article Number

**Completed at destination.** (A compléter à destination.)

- The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)
- Signature of Addressee (Signature du destinataire)
- Office of Destination Employee Signature
- Date
- Postmark of the office of destination (Timbre du bureau de destination)

---

**Registered No.** 

FROM: Iran Chamber of New Iran Party [illegible handwriting]

TO: [illegible handwriting]

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

Postage $
Extra Services & Fees
- Registered Mail $
- Return Receipt (hardcopy) $
- Return Receipt (electronic) $
- Restricted Delivery $

Total Postage & Fees $
Received by
Customer Must Declare Full Value $

OFFICIAL USE

Date Stamp

---

## USPS® Customs Declaration — CN 22

From:
- Sender's Last Name: Mellon  First: Thomas
- Business
- Address: 1211 Conn Ave NW Suite 420
- City: Washington  State: DC  ZIP+4: 20036
- Telephone/Fax or Email: 202.467.4489

To:
- Addressee's Last Name: c/o H.E. Mohammad Javad Zarif  First: Imam
- Business: Central Bank of Iran
- Address: Min. of Foreign Affairs, Khomeini Ave
- City: Tehran  State/Province: 11369  Post Code
- Country: Iran
- Telephone/Fax or Email: 982 166 73919 [?]

| Documents ☒ | Commercial sample ☐ | Merchandise ☐ | Dangerous Goods ☐ |
| Gift ☐ | Humanitarian Donation ☐ | Other ☐ |

Detailed description of contents (1): Legal Complaint
Qty (2): 2  Weight lb oz (3): 1 / 0  Value US$ (4): 1  HS Tariff # (5): —  Country of Origin (6): USA

Totals (7): 1.2 lbs / $1

AES Exemption (8): NOEEI § 30.37(a) ☒   NOEEI § 30.37(h) ☐

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9): S. Mellon  Aug 20, '19