USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

                        Plaintiff(s)

-v-

Iran's Ministry of Information and Security

                        Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
           1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August , 2019 , I served:

IRAN'S MINISTRY OF INFORMATION AND SECURITY c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

     1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 532 US

Dated: New York, New York
        8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

*Casey Goedtel* (signature)

Casey Goedtel
DEPUTY CLERK

# USPS® Customs Declaration — CN 22

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

**From:**
- Sender's Last Name / First: Mellon, Thomas
- Business: Wiggins, Childs, et al.
- Address: 1211 Conn. Ave., N.W., Suite 420
- City / State / ZIP+4: Washington, D.C. 20036
- Telephone/Fax or Email: 202.467.4489

**To:**
- Addressee's Last Name / First: Iran's Ministry of Info. Security
- Business: c/o H.E. Mohammad Javad Zarif
- Address: Ministry of Foreign Affairs, Khomeini Ave.
- City / State/Province / Post Code: Tehran, 11369
- Country: Iran
- Telephone/Fax or Email: 982166731119

☒ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Humanitarian Donation ☐ Other

| Detailed description of contents (1) | Qty (2) | Weight (3) lb. oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 1 | $0 | / | USA |

Totals (7): 2 1 / $0

AES Exemption (8):
☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9): [signed] Aug. 20, '19

PS Form 2976, July 2013 PSN 7530-01-000-9833
1 - Post Office Copy — retain on file for 30 days after mailing

Registered No. LA337905325US

---

PS Form 2865, February 1997 (Reverse)

Item Description (Nature de l'envoi):
☐ Insured Parcel (Colis avec valeur déclarée)
☐ Registered Article (Envoi recommandé)
☐ Letter (Lettre)
☐ Printed Matter (Imprimé)
☐ Other (Autre)
☐ Recorded Delivery (Envoi à livraison attestée)
☐ Express Mail International

Insured Value (Valeur déclarée) / Article Number

Office of Mailing (Bureau de dépôt) / Date of Posting (Date de dépôt)

Addressee's Name or Firm: Iran's Ministry of Information + Security, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs
Street and No.: Iman Khomeini Avenue 11369
Place and Country: Tehran, Iran 11369

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered.

Signature of Addressee / Office of Destination Employee Signature / Date

Postmark of the office of destination

---

**Registered No.**

| Postage $ | Extra Services & Fees (continued) |
|---|---|
| Extra Services & Fees | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | **Total Postage & Fees** $ |
| ☐ Restricted Delivery $ | **Received by** |

Customer Must Declare Full Value $: **OFFICIAL USE**

**FROM:** T. Henry Esquire, Wiggins Childs, et al., 1211 Conn. Avenue N.W., Suite 420, Washington DC 20036

**TO:** Iran's Ministry of Information + Security, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs, Iman Khomeini Ave., Tehran, Iran 11369

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

PS Form 3806, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051
Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

Date Stamp