**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE:  TERRORIST ATTACKS ON      :
SEPTEMBER 11, 2001                :          03-MDL-1570 (GBD)(SN)
_____

**This Document Relates To:**
*Patricia D. Casazza, Individually as Spouse and as Personal Representative of the Estate of John Francis Casazza, deceased; and John F. Casazza, Individually as Surviving Child of John Francis Casazza, deceased only in the case of Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.;* **Case No.:  1:15-cv-09903 (GBD) (SN) (SDNY)**

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

**COME NOW**, Patricia D. Casazza, individually and as spouse and Personal Representative of the Estate of John Francis Casazza, deceased; and John F. Casazza, individually as surviving child of John Francis Casazza, deceased ("the Casazza Plaintiffs"), Plaintiffs in *Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.;* Case No. 1:15-cv-09903 (GBD) (SN) (SDNY), and bring this Unopposed Motion to Substitute Counsel.  As grounds for said Motion, the Casazza Plaintiffs state as follows:

1. The Casazza Plaintiffs request the Court to grant permission for John Michael Eubanks and Robert Turner Haefele of Motley Rice LLC to withdraw and to substitute Dennis G. Pantazis as attorney of record as to the Casazza Plaintiffs *only*.

2. The Casazza Plaintiffs have retained Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC to represent them in this matter.

3. The Casazza Plaintiffs, John Michael Eubanks and Robert Turner Haefele, and Dennis G. Pantazis consent to the substitution of counsel as requested herein (signed Consents attached hereto as Exhibit A).

4. The parties anticipate after substitution of counsel is granted, they will move the Court to separate the Casazza Plaintiffs into a separate case.

**WHEREFORE, PREMISES CONSIDERED**, Patricia D. Casazza, individually and as spouse and Personal Representative of the Estate of John Francis Casazza, deceased; and John F. Casazza, individually as surviving child of John Francis Casazza, deceased, pray that this Honorable Court enter an Order allowing John Michel Eubanks and Robert Turner Haefele of Motley Rice LLC to withdraw from representing the Casazza Plaintiffs and to substitute Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC as attorney of record for the Casazza Plaintiffs *only* in *Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.;* Case No.: 1:15-cv-09903 (GBD) (SN) (SDNY).

                              RESPECTFULLY SUBMITTED,

                              */s/ Dennis G. Pantazis*
                              Dennis G. Pantazis

OF COUNSEL:
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com