# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON  :
SEPTEMBER 11, 2001           :    03-MDL-1570 (GBD)(SN)

This Document Relates To:
*Patricia D. Casazza, Individually as Spouse and as Personal Representative of the Estate of John Francis Casazza only in the case of Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.;* Case No.: 1:15-cv-09903 (GBD) (SN) (SDNY)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Patricia D. Casazza, individually as spouse and as Personal Representative of the Estate of John Francis Casazza, deceased,** substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of John Michael Eubanks and Robert Turner Haefele of Motley Rice LLC.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

I, **Patricia D. Casazza, individually as spouse and as Personal Representative of the Estate of John Francis Casazza, deceased,** hereby consent to the above substitution of counsel.

Date: 8/21/19

Patricia D. Casazza, Individually as Spouse
and as Personal Representative of the Estate
of John Francis Casazza, deceased

We, John Michael Eubanks and Robert Turner Haefele, the undersigned on behalf of Motley Rice LLC, hereby consent to being substituted as counsel in this matter as to plaintiffs **Patricia D. Casazza, individually as spouse and as Personal Representative of the Estate of John Francis Casazza, deceased.**

Date: 8/15/19

John Michael Eubanks
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

Robert Turner Haefele
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiffs **Patricia D. Casazza, individually as spouse and as Personal Representative of the Estate of John Francis Casazza, deceased.**

Date: 8/26/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiffs **Patricia D. Casazza, individually as spouse and as Personal Representative of the Estate of John Francis Casazza, deceased** is hereby approved and so **ORDERED**.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 : 03-MDL-1570 (GBD)(SN)

This Document Relates To:
*John F. Casazza, individually as surviving child of John Francis Casazza only in the case of Thomas E. Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.;*
Case No.: 1:15-cv-09903 (GBD) (SN) (SDNY)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **John F. Casazza, individually as surviving child of John Francis Casazza, deceased**, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of John Michael Eubanks and Robert Turner Haefele of Motley Rice LLC.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

I, **John F. Casazza, individually as surviving child of John Francis Casazza, deceased**, hereby consent to the above substitution of counsel.

Date: 8/21/19

John F. Casazza, individually as surviving child of the Estate of John Francis Casazza, deceased

We, John Michael Eubanks and Robert Turner Haefele, the undersigned on behalf of Motley Rice LLC, hereby consent to being substituted as counsel in this matter as to plaintiffs **John F. Casazza, individually as surviving child of John Francis Casazza, deceased.**

Date: 8/15/19

John Michael Eubanks
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

Robert Turner Haefele
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9218

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiffs **John F. Casazza, individually as surviving child of the Estate of John Francis Casazza, deceased.**

Date: 8/26/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiffs **John F. Casazza, individually as surviving child of the Estate of John Francis Casazza, deceased** is hereby approved and so **ORDERED**.

Date: _____          _____
                                        UNITED STATES DISTRICT JUDGE