```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/29/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dickey, et al.
                       Plaintiff(s)

-v-

Islamic Republic of Iran
                       Defendant(s)

## CERTIFICATE OF MAILING

Case No.:  1:18-cv-11417-GBD-SN
            1:03-md-01570-GBD-SN

I hereby certify under the penalties of perjury that on the 14th day of August, 2019, I served:
ISLAMIC REPUBLIC OF IRAN, Minister of Foreign Affairs, Ministry of Foreign Affairs for the Republic of Iran, Iman Khomeini Avenue, Tehran, Iran. ATTN: H.E. Mohammad Javad Zarif

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Summons, Complaint, SDNY Civil Cover Sheet, Notice of Suit (and related papers relating to the Foreign Sovereign Immunities Act) provided in English and Farsi, with an affidavit of translator attesting to the accuracy of the Farsi translation.

by   USPS RB 596 280 453 US

Dated: New York, New York
         8/29/2019

                                     RUBY J. KRAJICK
                                     CLERK OF COURT

                                     _____
                                     Casey Goedtel
                                     DEPUTY CLERK

1A

| Registered No. RB596280453US | | Date Stamp |
|---|---|---|
| Postage $ $12.13 | Extra Services & Fees (continued) ☐ Signature Confirmation $ ☐ Signature Confirmation Restricted Delivery $ | 0004 05 |
| Extra Services & Fees ☐ Registered Mail $ $16.00 ☐ Return Receipt (hardcopy) $ $4.10 ☐ Return Receipt (electronic) $ $0.00 ☐ Restricted Delivery $ $0.00 | Total Postage & Fees $ $32.23 | |
| Customer Must Declare Full Value $0.00 $ | Received by 08/14/2019 | Domestic insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: John F. Schutty
Law Office of John F. Schutty P.C.
445 Park Avenue, 9th Floor
New York, NY 10022

TO: Minister of Foreign Affairs
Minister of Foreign Affairs of Iran
Iman Khomeini Avenue
Tehran, Iran

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®
Copy 1 - Customer
(See Information on Reverse)