# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean P. Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

August 29, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees (PECs) write to respectfully request that the Court enter an Order granting qualified persons access, subject to the terms of the FBI Privacy Act and Protective Order (ECF No. 4255), to the petitions filed by the Government and now pending before Your Honor, seeking the disclosure of certain grand jury material.

By email dated August 28, 2019, the Department of Justice (DOJ) advised the PECs, counsel for the Kingdom of Saudi Arabia, and counsel for Dallah Avco that the Government had filed petitions in four jurisdictions seeking disclosure of grand jury material responsive to plaintiffs' subpoena and *Touhy* request to the Federal Bureau of Investigation (FBI). The DOJ further advised that the petitions had now been transferred to the United States District Court for the Southern District of New York for adjudication before Your Honor.

The DOJ has indicated that, because the Government is not itself a litigant in this case, it has not sought to make a showing of need in support of the petitions. As such, the Government anticipates that the PECs will want the opportunity to file papers in support of the petitions making that showing. However, because the petitions describing the particular records in issue are themselves under seal, the Government cannot provide those petitions to the PECs without a Court Order. The Government has advised that it does not oppose the entry of an Order allowing such access, subject to the FBI Privacy Act and Protective Order.

In order to allow the PECs to file papers in support of the petitions on behalf of plaintiffs, the PECs respectfully request that the Court enter an Order granting qualified persons, as that

Honorable Sarah Netburn
August 29, 2019
Page 2

term is defined in the FBI Privacy Act and Protective Order, access to the Government's petitions seeking disclosure of grand jury material responsive to plaintiffs' subpoena and *Touhy* request to the FBI. Once again, the Government does not oppose this request. In addition, the PECs shared this letter with counsel for Saudi Arabia and Dallah Avco prior to filing, and they have advised that their clients do not object to this request.

We thank Your Honor for the Court's consideration of this matter.

Respectfully submitted,

| COZEN O'CONNOR | MOTLEY RICE LLC |
|---|---|
| By: /s/ *Sean P. Carter*<br>SEAN P. CARTER<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>Tel.: (215) 665-2000<br>Email: scarter1@cozen.com<br><br>*For the Plaintiffs' Exec. Committees* | By: /s/ *Robert T. Haefele*<br>ROBERT T. HAEFELE<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>Tel.: (843) 216-9184<br>Email: rhaefele@motleyrice.com<br><br>*For the Plaintiffs' Exec. Committees* |

KREINDLER & KREINDLER LLP

By: /s/ *Andrew J. Maloney*
ANDREW J. MALONEY
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, NY 10017
Tel.: (212) 687-8181
Email: amaloney@kreindler.com

*For the Plaintiffs' Exec. Committees*

cc:   The Honorable George B. Daniels (via ECF)
      All MDL Counsel of Record (via ECF)

LEGAL\42645061\1