## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

August 29, 2019

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

      Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

Pursuant to this Court's Individual Practices in Civil Cases III.e., the Plaintiffs' Executive Committees file this letter motion for oral argument of Plaintiffs' Motion to Vacate this Court's November 2018 Order and Allow Supplemental Document Discovery of Saudi Arabia Regarding Four of its Officials.

Briefing of the subject motion was completed on August 27, 2019, and courtesy copies of the motion papers were provided to the Court yesterday.

Plaintiffs' Motion to Vacate addresses many of the same facts presented in Plaintiffs' pending Motion to Compel the Federal Bureau of Investigation to Produce Documents From its Investigation of Saudi Government Officials' Assistance to the 9/11 Hijackers. Plaintiffs previously moved for oral argument of that Motion to Compel. ECF 4677 (July 11, 2019).

Oral argument has not previously been heard by the Court on the issues raised in the Motion to Vacate. Plaintiffs believe that oral argument would be of assistance to the Court, and the parties, because the Motion to Vacate raises important and unique issues of law and fact, and the record is substantial and complex.

The Honorable Sarah Netburn
August 29, 2019
Page 2

_____

      Earlier today, the PECs sent a draft of this letter to Saudi Arabia's counsel, Michael Kellogg, Esq., to determine Saudi Arabia's position on the motion and were advised: "We consider oral argument unnecessary and likely to cause delay. We therefore oppose the motion."

                          Respectfully submitted,

| COZEN O'CONNOR | MOTLEY RICE |
|---|---|
| /s/ Sean P. Carter, Esquire | /s/ Robert T. Haefele, Esquire |
| Sean P. Carter, Esquire | Robert T. Haefele, Esquire |
| 1650 Market Street, Suite 2800 | 28 Bridgeside Boulevard |
| Philadelphia, PA 19103 | Mt. Pleasant, SC 29464 |
| On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims | On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |

KREINDLER & KREINDLER

/s/ Steven R. Pounian, Esquire
Steven R. Pounian, Esquire
Andrew J. Maloney, III, Esquire
750 Third Avenue, 32nd Floor
New York, NY 10017

On behalf of the MDL 1570 Plaintiffs'
Exec. Committee for Personal Injury and
Death Claims

cc:    Hon. George B. Daniels, U.S.D.J. – via ECF
        All counsel - via ECF
        Sarah Normand, Esq. – via email
        Jeannette Vargas, Esq. – via email