UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On August 27, 2019, the Court granted the request of the Department of Justice ("DOJ") to file the attachments to its August 14, 2019 letter under seal. ECF No. 4999. On August 28, 2019, the DOJ informed the Court that it had inadvertently failed to include certain documents that should have been attached to the August 14 letter. The DOJ requests that these documents also be filed under seal. For the reasons stated in the August 27 Order, that request is GRANTED.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 30, 2019
                New York, New York