```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

## CERTIFICATE OF MAILING

Case No(s).:  03-MDL-1570 (GBD) (SN)
02-cv-6977 (GBD) (SN)
02-cv-7230  (GBD) (SN)

I hereby certify under the penalties of perjury that on the 30th day of August, 2019, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 7761 1777 7610, to the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

1) the Notice of Default Judgment with certified Farsi translation;

2) a true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation;

3) a true and certified copy of the July 29, 2019 Final Order of Judgment and the moving papers of Plaintiffs' Motion, with certified Farsi translations of the Default Judgment and Plaintiffs' motion papers; and

4) the Foreign Sovereign Immunities Act with certified Farsi translation.

Dated: New York, New York
August 30, 2019

RUBY J. KRAJICK
CLERK OF COURT

_____
Gordana Peter
DEPUTY CLERK

```
ORIGIN ID:PCTA    (212) 805-0136        SHIP DATE: 29AUG19
RUBY J. KRAJICK                         ACTWGT: 3.00 LB
US DISTRICT COURT, SDNY                 CAD: 9266652/INET4160
500 PEARL STREET
ROOM 120
NEW YORK, NY 10007                      BILL SENDER
UNITED STATES US
```

TO **DIR. OF CONSULAR SVCS(CAOCSPRI)**
   **US DEPARTMENT OF STATE, SA-29**
   **2201 C STREET, NW**
   **4TH FLOOR**
   **WASHINGTON DC 20520**
   (202) 736-9110                REF: BURLINGAME V
   INV:
   PO:                           DEPT:

567J3/E9E7/05A2




FedEx Express

FRI - 30 AUG 10:30A
PRIORITY OVERNIGHT

TRK# 7761 1777 7610
0201

**EP WGOA**                    20520
                         DC-US  IAD

