# EXHIBIT A

EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Brian | | Cummins | | Deborah | L. | Barrett | | Fiancee (functional equivalent of spouse) | $ 12,500,000.00 |
| 2 | Stephen | F. | Masi | | Theresa | | Bevilacqua | | Stepdaughter (functional equivalent of child) | $ 8,500,000.00 |
| 3 | Gavin | | Cushny | | Susann | Carol | Brady | | Fiancee (functional equivalent of spouse) | $ 12,500,000.00 |
| 4 | Salvatore | | Fiumefreddo | | Rebecca | | Chang | | Stepdaughter (functional equivalent of child) | $ 4,250,000.00 |
| 5 | Elizabeth | C. | Logler | | Douglas | C. | Cleary | | Fiance (functional equivalent of spouse) | $ 12,500,000.00 |
| 6 | Donald | A. | Foreman | | Cheryl | D. | Cooper | | Domestic Partner (functional equivalent of spouse) | $ 12,500,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Kevin | W. | Donnelly | Mary | Coughlin | Domestic Partner (functional equivalent of spouse) | $ 12,500,000.00 |
| 8 | Patricia | | McAneney | Margaret | E. | Cruz | Domestic Partner (functional equivalent of spouse) | $ 12,500,000.00 |
| 9 | William | J. | McGovern | John | | Cuccinello | Step-Child (functional equivalent of child) | $ 8,500,000.00 |
| 10 | Karen | Lynn | Seymour | William | G. | Dietrich | Fiance (functional equivalent of spouse) | $ 12,500,000.00 |
| 11 | Paul | Richard | Salvio | Robert | | Giallombardo | Step-Parent (functional equivalent of parent) | $ 8,500,000.00 |
| 12 | Keith | A. | Glascoe | Veronica | A. | Glascoe | Registered Domestic Partner (functional equivalent of spouse) | $ 12,500,000.00 |
| 13 | Martin | | McWilliams | Lisa | C. | Goldberg-McWilliams | Domestic Partner (functional equivalent of spouse) | $ 12,500,000.00 |
| 14 | Doctor | Johnnie | | Lydeda | Jr. | Grant | Step-Child (functional equivalent of child) | $ 8,500,000.00 |

| # | First | Middle | Last | Suffix | First | Middle | Last | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 15 | Doctor | Johnnie | Ianelli | Jr. | Anthony | | Newsome | Step-Child (functional equivalent of child) | $ 8,500,000.00 |
| 16 | Joseph | A. | Ianelli | | Monica | | Ianelli | Fiancee (functional equivalent of spouse) | $ 12,500,000.00 |
| 17 | Suzanne | M. | Calley | | Frank | G. | Jensen | Fiance (functional equivalent of spouse) | $ 12,500,000.00 |
| 18 | Joseph | | Leavey | | Kerri | | Kelly | Step-Child (functional equivalent of child) | $ 8,500,000.00 |
| 19 | Joshua | S. | Vitale | | Ina | | Leventhal | Fiancee (functional equivalent of spouse) | $ 12,500,000.00 |
| 20 | Charles | Augustus | Laurencin | | Camille | Nicole | Martin | Grandchild (functional equivalent of child) | $ 8,500,000.00 |
| 21 | Kevin | M. | McCarthy | | Chelsea | Rhea | McCarthy | Step-Child (functional equivalent of child) | $ 8,500,000.00 |
| 22 | James | Durward | Cleere | | Rhonda | | McCleary | Step-Child (functional equivalent of child) | $ 4,250,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | Mitchel | Scott | Wallace | Noreen | V. | McDonough | Fiancee (functional equivalent of spouse) | $ 12,500,000.00 |
| 24 | Joann | | Tabeek | Vincent | A. | Milotta | Fiance (functional equivalent of spouse) | $ 12,500,000.00 |
| 25 | Michael | J. | Armstrong | Catherine | M. | Nolan | Fiancee (functional equivalent of spouse) | $ 12,500,000.00 |
| 26 | James | N. | Pappageorge | Gina | | Pinos | Fiancee (functional equivalent of spouse) | $ 12,500,000.00 |
| 27 | Daniel | Maurice | Van Laere | Cheryl | | Rinbrand | Fiancee (functional equivalent of spouse) | $ 12,500,000.00 |
| 28 | Juan | G. | Salas | Silveria | | Segura | Domestic Partner (functional equivalent of spouse) | $ 12,500,000.00 |
| 29 | Michael | Matthew | Miller | Patricia | | Skic | Domestic Partner (functional equivalent of spouse) | $ 12,500,000.00 |
| 30 | Benjamin | | Suarez | Jose | A. | Franco-Suarez | Step-Child (functional equivalent of child) | $ 8,500,000.00 |

| | | | | | | | | | Step-Child (functional equivalent of child) | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | Benjamin | | Suarez | | Joscelyn | C. | | Franco-Suarez | | $ 8,500,000.00 |
| | | | | | | | | | TOTAL | $ 331,000,000.00 |