# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br><br>ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

### DECLARATION OF THERESA BEVILACQUA

I, THERESA BEVILACQUA, hereby declare under penalty of perjury:

1.    I am 50 years of age and reside in Lithia, Florida.

2.    I was the stepdaughter of Stephen F. Masi who was killed in the September 11, 2001 terrorist attacks at the World Trade Center in New York where he worked for Cantor Fitzgerald.

3.    When I was eight months old, my mother ~~married~~ began dating Stephen F. Masi and he became my stepfather, but they didn't marry until September 9, 1981. *[initialed]*

4.    From the time I was eight months old until I left home at age 21, I lived with my mother and my stepfather, Stephen F. Masi.

5.    I have never known the identity of my biological father; my mother has never provided me with his name. I have never met my biological father.

6.    Throughout my life, I have considered Stephen F. Masi to be my father.

7.    Stephen F. Masi raised me as his daughter.

8.    Stephen F. Masi, along with my mother, provided me with a loving two-parent family.

9.    Stephen F. Masi was the father figure in my life.

10.     Stephen F. Masi provided me with financial support until I reached the age of 21 and left the family home. Thereafter, he continued to provide me with financial support whenever I needed it.

11.     As I was growing up, Stephen F. Masi regularly helped me with my homework.

17.     As I was growing up, Stephen F. Masi provided me moral guidance. Stephen F. Masi taught me right from wrong.

13.     As I approached the age of sixteen, Stephen F. Masi taught me to drive a car.

14.     After I left home at age 21, I continued to return home on Sundays, Birthdays, holidays and other special occasions to be with my mother and my stepfather, Stephen F. Masi.

15.     Stephen F. Masi was the only father I have ever known.

16.     Following his death on September 11, 2001, my life was devastated and will never be the same. Since then, I have moved away from my home town of New York because the memories there are too much for me to bare.

I declare under penalty of perjury the foregoing is true and correct.

Date: _August 1, 2019_                     _Theresa Bevilacqua_
                                            Theresa Bevilacqua