# EXHIBIT E

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
|---|---|

*This document relates to :*

*Burnett, et al. v. Islamic Republic of Iran,* No. 15-cv-9903 (GBD)(SN)

**DECLARATION OF REBECCA CHANG**

I, REBECCA CHANG, under penalty of perjury declare as follows:

1. I am 25 years of age and reside in Manalapan, New Jersey.

2. I am the stepdaughter of Salvatore ("Sal") A. Fiumefreddo who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York where he was working in telecommunications for Cantor Fitzgerald.

3. At the time of his death on September 11, 2001, I was seven years old.

4. My biological father and mother were divorced when I was three years old. I was six years old when my mother met Sal and I began spending a lot of time with him.

5. My mother and Sal married on September 29, 2000 and we began living together as a family at that time.

6. My mother worked one-and-a-half hours from home and Sal worked nights. This allowed Sal and I to bond as a father and daughter. Sal made me breakfast and lunch and we talked about what was going on at school. Sal always made sure I had done all my homework and often helped me complete it. Having Sal home in the morning was great for me because I did not have to go to "before school care."

7. Sal always made me feel special, like I was his little girl.

8. During our first year living together, I was hospitalized. Sal was always there at the hospital with me for support and provided comfort for what was for me a very frightening experience.

9. From the day I was first introduced to him until the day he died, Sal was the father figure in my life on a daily basis.

10. The terrorist attacks on September 11, 2001, destroyed the father-daughter relationship which had developed between Salvatore Fiumefreddo and I.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/26/2019

Rebecca Chang