# EXHIBIT F

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to*

*Burnett, et al, v. Islamic Republic of Iran,* No. 15-cv-9903 (GBD)(SN)

**DECLARATION OF DOUGLAS C. CLEARY**

I, DOUGLAS C. CLEARY, hereby declare under penalty of perjury as follows:

1. I am 51 years old and reside in New York, New York.

2. I was the fiancé of Elizabeth C. Logler who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York where she was Vice President for Investor Relations at Cantor Fitzgerald.

3. At the time of her death on September 11, 2001, Elizabeth and I had been cohabitating for approximately five years though we had been romantically involved for approximately seven years.

4. During out approximate five years of cohabitation, Elizabeth and I shared all living expenses. Elizabeth paid the mortgage on our shared Manhattan co-op, and I paid the monthly maintenance fee on the co-op.

5. Prior to her death, Elizabeth informed me that she had named me as her beneficiary on a life insurance policy provided by Cantor Fitzgerald. However, it is my understanding the records relating to the life insurance were destroyed in the attacks and the information set out in those records has never been recovered.

6. Elizabeth and I had been engaged to be married for approximately two years at the time of her death on September 11, 2001. Our wedding date was to have been December 30, 2001.

7. Throughout our relationship, Elizabeth and I travelled frequently together and shared many adventures together.

8. At the time of her death on September 11, 2001, Elizabeth and I were looking forward to starting the next chapter in our lives that included starting our own family together.

9. We lived for each other every day. We shared all aspects of our lives together and lived in every way like a married couple.

10. The September 11, 2001 terrorist attacks destroyed the life Elizabeth and I had built together, and I will never be the same after losing her.

I declare under penalty of perjury that the foregoing is true and correct.

Date  8/25/19

Douglas C. Cleary