# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
|---|---|

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

**DECLARATION OF MARY COUGHLIN**

I, MARY COUGHLIN, hereby declare under penalty of perjury:

1. I am currently 57 years old and reside in Mineola, New York.

2. I was the domestic partner of Kevin W. Donnelly who was killed in the September 11, 2001 terrorist attacks at the World Trade Center in New York where he was a firefighter who responded to the attacks on that facility.

3. At the time of his death on September 11, 2001, Kevin Donnelly and I had resided together in Mineola, New York as husband and wife for six years though we had been romantically involved with each other for over twelve years.

4. During the time we resided together, Kevin and I shared all our living expenses. (See attached cancelled checks and/or check registries from August 1998 through September 2001.)

5. Kevin and I registered together as voters at our local Board of Elections. (See attached voter registration cards.)

6. Kevin and I were members of Corpus Christi Church in Mineola.

7. On September 11, 2000, exactly one year before the terrorist attacks that took his life, Kevin purchased a diamond ring as a symbol of his love for me and his commitment to our relationship. (See attached receipt and appraisal.)

8.      Since his death on September 11, 2001, I have been receiving health insurance benefits through the Fire Department of the City of New York based upon my status as the domestic partner of Kevin W. Donnelly. (See attached letter of May 21, 2004 from Mylan Denerstein, Deputy Fire Commissioner, Bureau of Legal Affairs.)

9.      Since his death on September 11, 2001, I was awarded a Domestic Partner Payment from the Twin Towers Fund as the domestic partner of Kevin W. Donnelly. (See attached invoice and letter dated January 21, 2002 from Laurence A. Levy, President, Twin Towers Fund. See also, criteria used by the Twin Towers Fund to establish domestic partner status.)

10.     Since his death on September 11, 2001, I was awarded a distribution from the Uniformed Firefighters Association's Widows and Children's Fund as the widow of Kevin W. Donnelly. (See attached letter of December 2003 from Stephen J. Cassidy, President, UFA Widows' & Children's Fund.)

11.     Since his death on September 11, 2001, I was awarded a sum from the New York City Crime Victims Board based upon a finding that I was mutually interdependent on Kevin W. Donnelly at the time of his death. (See attached Crime Victims Board Death Claim Decision.)

12.     Since his death on September 11, 2001, I was awarded a sum from the New York World Trade Center Relief Fund based upon a finding that Kevin W. Donnelly and I where domestic partners who were financially interdependent upon each other. (See attached letter dated August 26, 2002 from the Honorable George E. Pataki, Governor, State of New York. See also, Domestic Partner Affidavit of Mary Coughlin submitted in support of my Surviving Spouse Affidavit.)

13. Following his death on September 11, 2001, I was awarded six separate payments by the Families of Freedom Scholarship Fund based upon my financial dependence on Kevin W. Donnelly. (See attached September 11 Scholarship Alliance award letters (6).)

14. Kevin W. Donnelly and I were financially interdependent on each other throughout our six years of cohabitation.

15. Prior to his death on September 11, 2001, Kevin W. Donnelly and I held ourselves out to family and friends to be husband and wife.

16. Kevin W. Donnelly and I relied on each other for moral, emotional, financial and spiritual support.

17. Kevin W. Donnelly was my husband in all ways except name.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/25/19

Mary Coughlin
Mary Coughlin

#1

KEVIN W. DONNELLY

1578

1-2/210 820

DATE 8/20/98

PAY TO THE ORDER OF

$ 833 70/xx

DOLLARS

CHASE The Chase Manhattan Bank 1201 Wantagh Avenue Wantagh, NY 11793

MEMO

KEVIN W. DONNELLY

1579

DATE 8/20/98

PAY TO THE ORDER OF Mary Coughlin $ 74.30

Seventy Four 30/xx DOLLARS

CHASE The Chase Manhattan Bank 1201 Wantagh Avenue Wantagh, NY 11793

MEMO Elect, oil Aug 98

KEVIN W. DONNELLY

1593

DATE 9/21/98

PAY TO THE ORDER OF Mary Coughlin $ 74.30

Seventy Four 30/xx DOLLARS

CHASE The Chase Manhattan Bank 1201 Wantagh Avenue Wantagh, NY 11793

MEMO 8/20 #1579

KEVIN W. DONNELLY

1594

DATE 9/21/98

PAY TO THE ORDER OF Mary Coughlin $ 833.70

Eight Hundred and Thirty Three 70/xx DOLLARS

CHASE The Chase Manhattan Bank 1201 Wantagh Avenue Wantagh, NY 11793

MEMO Sept Rent Mineola



KEVIN W. DONNELLY 02 092898

1-2/210 820

1595

DATE 9/21/98

PAY TO THE ORDER OF Mary Coughlin $ 74.30

Seventy Four 30/xx DOLLARS

CHASE The Chase Manhattan Bank 1201 Wantagh Avenue Wantagh, NY 11793

MEMO Sept/Aug Oil

⑆021000021⑆ 342 1 0000007430

---

1608

1-2/210 820

KEVIN W. DONNELLY 02 101598

DATE 10/10/98

PAY TO THE ORDER OF MARY COUGHLIN $74.30

SEVENTY FOUR 30/xxx DOLLARS

CHASE The Chase Manhattan Bank 1201 Wantagh Avenue Wantagh, NY 11793

MEMO OCT - Elect/oil

---

1607

1-2/210 820

KEVIN W. DONNELLY 02 101598

DATE 10/10/98

PAY TO THE ORDER OF MARY COUGHLIN $833 70/xx

Eight Hundred And Thirty Three 70/xx DOLLARS

CHASE The Chase Manhattan Bank 1201 Wantagh Avenue Wantagh, NY 11793

MEMO RENT.

KEVIN W. DONNELLY 02 113098

1627

1-2/210 820

DATE 11/17/98

PAY TO THE ORDER OF Mary Coughlin $ 833 70/xx

Eight Hundred And Thirty Three 70/xx DOLLARS

CHASE The Chase Manhattan Bank 1201 Wantagh Avenue Wantagh, NY 11793

MEMO Nov Rent

---

KEVIN W. DONNELLY 02 113098

1628

1-2/210 820

DATE 11/17/98

PAY TO THE ORDER OF Mary Coughlin $ 74 30

Seventy Four 30/xx DOLLARS

CHASE The Chase Manhattan Bank 1201 Wantagh Avenue Wantagh, NY 11793

MEMO Nov Elect/Oil

---

KEVIN W. DONNELLY 130085100 02 122898

1638

1-2/210 820

DATE 12/10/98

PAY TO THE ORDER OF Mary Coughlin $ 833.70

Eight Hundred And Thirty Three 70/xx DOLLARS

CHASE The Chase Manhattan Bank 1201 Wantagh Avenue Wantagh, NY 11793

MEMO Dec Rent

KEVIN W. DONNELLY

1-2 820/210

1639

130065099 02 122898 072765468

DATE 12/10/98

PAY TO THE ORDER OF Mary Coughlin $ 74.30

Seventy four 30/xx DOLLARS

CHASE The Chase Manhattan Bank 1201 Wantagh Avenue Wantagh, NY 11793

MEMO Dec - Elect/oil

Kevin Donnelly

---

1-2 820/210

1658

KEVIN W. DONNELLY 140513784 02 012099

DATE 1/15/99

PAY TO THE ORDER OF Mary Coughlin $ 74.30

Seventy -four 30/xx DOLLARS

CHASE The Chase Manhattan Bank 1201 Wantagh Avenue Wantagh, NY 11793

MEMO Elect Jan

Kevin Donnelly

---

1-2 820/210

1657

KEVIN W. DONNELLY 140513783 02 012099

DATE 1/15/99

PAY TO THE ORDER OF Mary Coughlin $ 833.70

Eight Hundred thirty three 70/xx DOLLARS

CHASE The Chase Manhattan Bank 1201 Wantagh Avenue Wantagh, NY 11793

MEMO Jan Rent

Kevin Donnelly

342-00820-B014-00820- -001-1-01 Primary Account Number: 342-1122650

CHECK # 1841 $5,000.00 PAID 02/23

CHECK # 1842 $817.00 PAID 03/03

CHECK # 1849 $650.00 PAID 02/29

CHECK # 1850 $60.00 PAID 03/07

CHECK # 1851 $11.95 PAID 03/07

CHECK # 1852 $1,375.08 PAID 03/09

CHECK # 1853 $245.00 PAID 03/09

CHECK # 1854 $200.00 PAID 03/10

CHECK # 1855 $200.00 PAID 03/10

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SIMONSON RD
MINEOLA, NY 11501

1-8/210 235 72765168

1174

4230 21 012099

DATE 1/16/99

PAY TO THE ORDER OF Kevin Donnelly $ 466.00

Four Hundred and sixty-six and 00/100 DOLLARS

CITIBANK
CITIBANK, N.A. BR. #236
3295 SUNRISE HIGHWAY
WANTAGH, NY 11793

MEMO

Mary Coughlin

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SIMONSON RD
MINEOLA, NY 11501

1-8/210 235 72765168

1158

DATE 12/19/98

160026826 102 4161 21 122498

PAY TO THE ORDER OF Kevin Donnelly $ 466.00

Four Hundred sixty-six and 00/100 DOLLARS

CITIBANK
CITIBANK, N.A. BR. #236
3295 SUNRISE HIGHWAY
WANTAGH, NY 11793

MEMO Sixty-four 12/98

Mary Coughlin

140066631 102 4190 21 120298

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SIMONSON RD
MINEOLA, NY 11501

1-8/210 235 72765168

1140

DATE 11/19/98

PAY TO THE ORDER OF Kevin Donnelly $ 466.00

Four Hundred sixty six and 00/100 DOLLARS

CITIBANK
CITIBANK, N.A. BR. #236
3295 SUNRISE HIGHWAY
WANTAGH, NY 11793

MEMO Sixty-four 11/98

Mary Coughlin



MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Statement Period - Feb. 24 - Mar. 22, 1999

275757/R1/20

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbere checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN / PATRICIA AGNES COUGHLIN — 1183 — Date 2-11-99 — Pay to the order of Anthony Alongi $ 1012.61 — One thousand twelve and 61/100 Dollars — CITIBANK — Memo Windows — Mary Coughlin

Ck Date: 03/08/1999 Ck No: 1183 Amt: $1012.61

MARY CECELIA COUGHLIN / PATRICIA AGNES COUGHLIN — 1184 — Date 2/27/99 — Pay to the order of Kevin Donnelly $ 466.00 — Four Hundred Sixty-Six and 00/100 Dollars — CITIBANK — Mary Coughlin

Ck Date: 03/08/1999 Ck No: 1184 Amt: $466.00

MARY CECELIA COUGHLIN / PATRICIA AGNES COUGHLIN — 1185 — Date 3/1/99 — Pay to the order of Paramount Delivery $ 27.00 — Twenty-seven and 00/100 Dollars — CITIBANK — Memo 3/1-3/29/99 — Mary Coughlin

Ck Date: 03/08/1999 Ck No: 1185 Amt: $27.00

MARY CECELIA COUGHLIN / PATRICIA AGNES COUGHLIN — 1186 — Date 3/1/99 — Pay to the order of Nations Bank $ 1667.40 — Sixteen Hundred Sixty-seven and 40/100 Dollars — CITIBANK — Memo 2000775045 — Mary Coughlin

Ck Date: 03/09/1999 Ck No: 1186 Amt: $1667.40

MARY CECELIA COUGHLIN / PATRICIA AGNES COUGHLIN — 1187 — Date 3/1/99 — Pay to the order of Nations Bank $ 100.00 — One Hundred and 00/100 Dollars — CITIBANK — Memo 2000775045 Add Princ. — Mary Coughlin

Ck Date: 03/09/1999 Ck No: 1187 Amt: $100.00

MARY CECELIA COUGHLIN / PATRICIA AGNES COUGHLIN — 1188 — Date 3/1/99 — Pay to the order of Hudson Fuel $ 77.89 — Seventy-seven and 89/100 Dollars — CITIBANK — Memo 14505D — Mary Coughlin

Ck Date: 03/11/1999 Ck No: 1188 Amt: $77.89

MARY CECELIA COUGHLIN / PATRICIA AGNES COUGHLIN — 1189 — Date 3/1/99 — Pay to the order of LIPA $ 57.20 — Fifty-seven and 20/100 Dollars — CITIBANK — 66-62-1335-1-8 — Mary Coughlin

Ck Date: 03/04/1999 Ck No: 1189 Amt: $57.20

MARY CECELIA COUGHLIN / PATRICIA AGNES COUGHLIN — 1191 — Date 3/1/99 — Pay to the order of Jim Vrabik $ 261.33 — Two Hundred Sixty-one and 33/100 Dollars — CITIBANK — Memo 108655671 — Mary Coughlin

Ck Date: 03/04/1999 Ck No: 1191 Amt: $261.33

MARY CECELIA COUGHLIN / PATRICIA AGNES COUGHLIN — 1192 — Date 3/1/99 — Pay to the order of Markerl Missionaries $ 10.00 — Ten and 00/100 Dollars — CITIBANK — Stamp: MONTFORT MISSIONARIES THANK YOU FOR YOUR GENEROUS DONATION — Mary Coughlin

Ck Date: 03/09/1999 Ck No: 1192 Amt: $10.00

MARY CECELIA COUGHLIN / PATRICIA AGNES COUGHLIN — 1194 — Date 3/1/99 — Pay to the order of American Express $ 516.11 — Five Hundred Sixteen and 11/100 Dollars — CITIBANK — Memo 3721-63005-21001 — Mary Coughlin

Ck Date: 03/04/1999 Ck No: 1194 Amt: $516.11



MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Statement Period Apr. 23 - May 24, 1999

273355/R1/20F

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 MADISON RD.
MINEOLA, NY 11501
1212
Date 4-18-99
Pay to the Order of Kevin Donnelly $ 683.45
Six Hundred eighty three and 45/100 DOLLARS
CITIBANK
Memo 1/2 Escrow Taxes
Mary Coughlin

Ck Date: 04/30/1999 Ck No: 1212 Amt: $683.45

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 MADISON RD.
MINEOLA, NY 11501
1213
Date 4-15-99
Pay to the Order of Ed O'Neill $ 110.00
One Hundred ten and 00/100 DOLLARS
CITIBANK
Mary Coughlin

Ck Date: 04/30/1999 Ck No: 1213 Amt: $110.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 MADISON RD.
MINEOLA, NY 11501
1214
Date 4-27-99
Pay to the Order of Angie Bafe $ 1000.00
One thousand and 00/100 DOLLARS
ALBANK FSB APR 30 1999 5301
CITIBANK
Mary Coughlin

Ck Date: 05/03/1999 Ck No: 1214 Amt: $1000.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 MADISON RD.
MINEOLA, NY 11501
1215
Date 5/3/99
Pay to the Order of LIPA $ 76.78
Seventy-six and 78/100 DOLLARS
CITIBANK
Memo 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-1-8
Mary Coughlin

Ck Date: 05/10/1999 Ck No: 1215 Amt: $76.78

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 MADISON RD.
MINEOLA, NY 11501
1216
Date 5/3/99
Pay to the Order of Bank of America $ 1418.06
Fourteen Hundred eighteen and 06/100 DOLLARS
CITIBANK
Memo 2000773505 Acct 6/1/99
Mary Coughlin

Ck Date: 05/12/1999 Ck No: 1216 Amt: $1418.06

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 MADISON RD.
MINEOLA, NY 11501
1217
Pay to the Order of Bank of America $ 100.00
One Hundred and 00/100 DOLLARS
CITIBANK
Memo 2000773505 Add Principle
Mary Coughlin

Ck Date: 05/12/1999 Ck No: 1217 Amt: $100.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 MADISON RD.
MINEOLA, NY 11501
1218
Date 5/7/99
Pay to the Order of VW Credit $ 261.33
Two hundred sixty-one and 33/100 DOLLARS
CITIBANK
Memo 108555671 Due 5/99
Mary Coughlin

Ck Date: 05/13/1999 Ck No: 1218 Amt: $261.33

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 MADISON RD.
MINEOLA, NY 11501
1219
Date 5/3/99
Pay to the Order of American Express $ 1308.68
Thirteen Hundred eight and 68/100 DOLLARS
CITIBANK
Memo 3724-673015-21001
Mary Coughlin

Ck Date: 05/11/1999 Ck No: 1219 Amt: $1308.68

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 MADISON RD.
MINEOLA, NY 11501
1220
Date 5/2/99
Pay to the Order of Bell Atlantic $ 67.92
Sixty-seven and 92/100 DOLLARS
CITIBANK
Memo 516-248-7213-828-273
Mary Coughlin

Ck Date: 05/10/1999 Ck No: 1220 Amt: $67.92

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 MADISON RD.
MINEOLA, NY 11501
1221
Date 5/3/99
Pay to the Order of Windsor Fuel $ 233.66
Two Hundred thirty-three and 66/100 DOLLARS
CITIBANK
Memo 145050
Mary Coughlin

Ck Date: 05/12/1999 Ck No: 1221 Amt: $233.66

CITIBANK

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Statement Period May 25 - June 22, 1999

25884 R1/20F

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 ELDERIDGE RD.
MINEOLA, NY 11501
1224
Date 5/25/99
Pay to the order of Kevin Donnelly $ 921.29
Nine Hundred twenty one and 29/100 Dollars
CITIBANK
Memo Physician 4/99/5/99
Mary C. Coughlin

Ck Date: 06/04/1999 Ck No: 1224 Amt: $921.29

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
MINEOLA, NY 11501
1225
Date 5/25/99
Pay to the order of Village Hall $ 10.00
Ten and 00/100 Dollars
CITIBANK
Memo Leisure Pass Renewal
Mary Coughlin

Ck Date: 06/07/1999 Ck No: 1225 Amt: $10.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
MINEOLA, NY 11501
1226
Date 5/27/99
Pay to the order of LILCO $ 135.00
One Hundred thirty five and 00/100 Dollars
CITIBANK
Mary Coughlin

Ck Date: 05/28/1999 Ck No: 1226 Amt: $135.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 ELDERIDGE RD.
MINEOLA, NY 11501
1227
Date 6/5/99
Pay to the order of MAPD Fund Drive $ 25.00
Twenty-five and 00/100 Dollars
CITIBANK
Mary Coughlin

Ck Date: 06/16/1999 Ck No: 1227 Amt: $25.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
MINEOLA, NY 11501
1228
Date 6/5/99
Pay to the order of Inc. Village of Mineola $ 47.00
Forty Seven and 00/100 Dollars
CITIBANK
Memo 433940030
Mary Coughlin

Ck Date: 06/14/1999 Ck No: 1228 Amt: $47.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
MINEOLA, NY 11501
1229
Date 6/7/99
Pay to the order of NW Audit $ 261.33
Two Hundred sixty-one and 33/100 Dollars
CITIBANK
Memo 108555672
Mary Coughlin

Ck Date: 06/11/1999 Ck No: 1229 Amt: $261.33

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 ELDERIDGE RD.
MINEOLA, NY 11501
1230
Date 6/5/99
Pay to the order of LIPA $ 56.75
Fifty-six and 75/100 Dollars
CITIBANK
Memo 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-1-8
Mary Coughlin

Ck Date: 06/10/1999 Ck No: 1230 Amt: $56.75

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 ELDERIDGE RD.
MINEOLA, NY 11501
1231
Date 6/5/99
Pay to the order of Mineola Fire Dept $ 25.00
Twenty-five and 00/100 Dollars
CITIBANK
Mary Coughlin

Ck Date: 06/16/1999 Ck No: 1231 Amt: $25.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
MINEOLA, NY 11501
1232
Date 6/5/99
Pay to the order of NY Times $ 21.60
Twenty-one and 60/100 Dollars
CITIBANK
Memo 089985279
Mary Coughlin

Ck Date: 06/11/1999 Ck No: 1232 Amt: $21.60

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 ELDERIDGE RD.
MINEOLA, NY 11501
1233
Date 6/5/99
Pay to the order of Bell Atlantic $ 63.77
Sixty-three and 77/100 Dollars
CITIBANK
Memo 516-248-3269-508-273
Mary C. Coughlin

Ck Date: 06/10/1999 Ck No: 1233 Amt: $63.77

CITIBANK

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Statement Period - June 23 - July 25, 1999

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 131 [illegible] RD. MINEOLA, NY 11501 — 1240 — Date 7/3/99
Pay to the order of Bank of America $ 1418.06
Fourteen Hundred eighteen and 06/100 Dollars
CITIBANK
Memo 20067[illegible]8045 — Mary Coughlin

Ck Date: 07/14/1999 Ck No: 1240 Amt: $1418.06

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN MINEOLA, NY 11501 — 1241 — Date 7/3/99
Pay to the order of Bank of America $ 100.00
One Hundred and 00/100 Dollars
CITIBANK
Memo 200[illegible]8045 Addl Principal — Mary Coughlin

Ck Date: 07/14/1999 Ck No: 1241 Amt: $100.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN MINEOLA, NY 11501 — 1242 — Date 7/3/99
Pay to the order of [illegible] Fuel $ 117.00
One Hundred seventeen and 00/100 Dollars
CITIBANK
Memo 145050 — Mary Coughlin

Ck Date: 07/14/1999 Ck No: 1242 Amt: $117.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN MINEOLA, NY 11501 — 1243 — Date 7/3/99
Pay to the order of VW Credit $ 261.33
Two Hundred Sixty One and 33/100 Dollars
CITIBANK
Memo 109555672 — Mary Coughlin

Ck Date: 07/12/1999 Ck No: 1243 Amt: $261.33

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN MINEOLA, NY 11501 — 1244 — Date 7/3/99
Pay to the order of LIPA $ 56.75
Fifty-Six and 75/100 Dollars
CITIBANK
Memo 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-1-8 — Mary Coughlin

Ck Date: 07/12/1999 Ck No: 1244 Amt: $56.75

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN MINEOLA, NY 11501 — 1245 — Date 7/3/99
Pay to the order of Bell Atlantic $ 19.39
Nineteen and 39/100 Dollars
CITIBANK
Memo 516-248-3268-509-273 — Mary Coughlin

Ck Date: 07/13/1999 Ck No: 1245 Amt: $19.39

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN MINEOLA, NY 11501 — 1246 — Date 7/3/99
Pay to the order of Paramount [illegible] Svc $ 61.00
Sixty-one and 00/100 Dollars
CITIBANK
Memo [illegible] — Mary Coughlin

Ck Date: 07/15/1999 Ck No: 1246 Amt: $61.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN MINEOLA, NY 11501 — 1247 — Date 7/3/99
Pay to the order of Mineola Volunteer Ambulance $ 25.00
Twenty-Five and 00/100 Dollars
CITIBANK
Mary Coughlin

Ck Date: 07/22/1999 Ck No: 1247 Amt: $25.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN MINEOLA, NY 11501 — 1248 — Date 7/3/99
Pay to the order of American Express $ 88.36
Eighty eight and 36/100 Dollars
CITIBANK
Memo 3721-[illegible]-21001 — Mary Coughlin

Ck Date: 07/12/1999 Ck No: 1248 Amt: $88.36

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN MINEOLA, NY 11501 — 1249 — Date 7-9-99
Pay to the order of Kevin Donnelly $ 466.00
Four Hundred Sixty-six and 00/100 Dollars
CITIBANK
Memo [illegible] — Mary Coughlin

Ck Date: 07/12/1999 Ck No: 1249 Amt: $466.00



MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Statement Period June 23 - July 25, 1999

26463/VR1/20F

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Ck Date: 07/20/1999 Ck No: 1251 Amt: $635.50

CITIBANK

254199R1/20F000

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Statement Period - Aug. 24 - Sept. 23, 1999

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1262
Date 8/27/99
Pay to the order of Mr. & Mrs. Weldon $ 200.00
Two Hundred and 00/100 Dollars
CITIBANK
Memo Money Wedding
Mary Coughlin

Ck Date: 08/31/1999 Ck No: 1262 Amt: $200.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1263
Date 9/8/99
Pay to the order of Hazel Donnelly $ 466.00
Four Hundred Sixty-Six and 00/100 Dollars
CITIBANK
Memo Aug Sept [illegible]
Mary Coughlin

Ck Date: 09/09/1999 Ck No: 1263 Amt: $466.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1264
Date 9/7/99
Pay to the order of Bank of America $ 1418.06
Fourteen Hundred Eighteen and 06/100 Dollars
CITIBANK
Memo 2000 775095
Mary Coughlin

Ck Date: 09/14/1999 Ck No: 1264 Amt: $1418.06

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1265
Date 9/7/99
Pay to the order of Bank of America $ 100.00
One Hundred and 00/100 Dollars
CITIBANK
Memo 2007[illegible]045 Adell Park
Mary Coughlin

Ck Date: 09/14/1999 Ck No: 1265 Amt: $100.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1266
Date 9/7/99
Pay to the order of Windsor Fuel $ 117.00
One Hundred Seventeen and 00/100 Dollars
CITIBANK
Mary Coughlin

Ck Date: 09/16/1999 Ck No: 1266 Amt: $117.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1267
Date 9/7/99
Pay to the order of UPA $ 69.17
Sixty-nine and 17/100 Dollars
CITIBANK
Memo 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-1-8
Mary Coughlin

Ck Date: 09/14/1999 Ck No: 1267 Amt: $69.17

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1268
Date 9/7/99
Pay to the order of VW Credit $ 261.33
Two Hundred Sixty-One and 33/100 Dollars
CITIBANK
Memo 108555672
Mary Coughlin

Ck Date: 09/13/1999 Ck No: 1268 Amt: $261.33

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1269
Date 9/7/99
Pay to the order of Bell Atlantic $ 18.81
Eighteen and 81/100 Dollars
CITIBANK
Memo [illegible]
Mary Coughlin

Ck Date: 09/13/1999 Ck No: 1269 Amt: $18.81

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1270
Date 9/7/99
Pay to the order of American Express $ 89.74
Eighty-Nine and 74/100 Dollars
CITIBANK
Mary Coughlin

Ck Date: 09/13/1999 Ck No: 1270 Amt: $89.74

CITIBANK

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Statement Period Sept. 24 - Oct. 25, 1999

256119/R1/20F0

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1271
Date 10/5/99
Pay to the order of Bank of America $1418.06
Fourteen hundred and eighteen and 06/100 Dollars
CITIBANK
Memo 2000775045 Mary Coughlin

Ck Date: 10/15/1999 Ck No: 1271 Amt: $1418.06

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1272
Date 10/5/99
Pay to the order of Bank of America $100.00
One Hundred and 00/100 Dollars
CITIBANK
Memo 2000775045 [illegible] Mary Coughlin

Ck Date: 10/15/1999 Ck No: 1272 Amt: $100.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1273
Date 10/5/99
Pay to the order of Bell Atlantic $93.26
Ninety three and 26/100 Dollars
CITIBANK
Memo 516 248 3268 509 273 Mary C Coughlin

Ck Date: 10/13/1999 Ck No: 1273 Amt: $93.26

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1274
Date 10/5/99
Pay to the order of LIPA $62.49
Sixty-two and 49/100 Dollars
CITIBANK
Memo 5240-62-1335-1-8 Mary Coughlin

Ck Date: 10/13/1999 Ck No: 1274 Amt: $62.49

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1275
Date 10/5/99
Pay to the order of Newsday Delivery $61.00
Sixty-one and 00/100 Dollars
CITIBANK
Mary Coughlin

Ck Date: 10/12/1999 Ck No: 1275 Amt: $61.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1276
Date 10/5/99
Pay to the order of [illegible] Donnelly $466.00
Four hundred sixty-six and 00/100 Dollars
CITIBANK
Memo Stephen 9/99 Mary Coughlin

Ck Date: 10/13/1999 Ck No: 1276 Amt: $466.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1277
Date 10/5/99
Pay to the order of [illegible] Ave Telecom $10.33
Ten and 33/100 Dollars
CITIBANK
Memo 772-0003-153 Mary Coughlin

Ck Date: 10/13/1999 Ck No: 1277 Amt: $10.33

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1278
Date 10/5/99
Pay to the order of American Red Cross $25.00
Twenty-five and 00/100 Dollars
CITIBANK
Mary Coughlin

Ck Date: 10/19/1999 Ck No: 1278 Amt: $25.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1279
Date 10/5/99
Pay to the order of American Express $807.91
Eight Hundred seven and 91/100 Dollars
CITIBANK
Mary Coughlin

Ck Date: 10/12/1999 Ck No: 1279 Amt: $807.91

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1280
Date 10/5/99
Pay to the order of Fairfield University $25.00
Twenty-five and 00/100 Dollars
CITIBANK
Mary Coughlin

Ck Date: 10/20/1999 Ck No: 1280 Amt: $25.00



MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Statement Period - Oct. 26 - Nov. 23, 1999

248799R1/20F00

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1284
Date 11/5/99
Pay to the order of Bell Atlantic $ 19.56
Nineteen and 56/100 Dollars
CITIBANK
Memo 516-248-7262-[illegible]
Mary Coughlin

Ck Date: 11/12/1999 Ck No: 1284 Amt: $19.56

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
111599 1285
Date 11/5/99
Pay to the order of American Express $ 75.00
Seventy-five and 00/100 Dollars
CITIBANK
Memo 3721-671015-21001
Mary Coughlin

Ck Date: 11/15/1999 Ck No: 1285 Amt: $75.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
111599 1286
Date 11-5-99
Pay to the order of Bank of America $ 1418.06
Fourteen hundred eighteen and 06/100 Dollars
CITIBANK
Memo 2006775015
Mary Coughlin
1286 /0000141806/

Ck Date: 11/15/1999 Ck No: 1286 Amt: $1418.06

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
111599 1287
Date 11-5-99
Pay to the order of Bank of America $ 100.00
One Hundred and 00/100 Dollars
CITIBANK
Memo 2006775015 Add'l
Mary Coughlin
/0000010000/

Ck Date: 11/15/1999 Ck No: 1287 Amt: $100.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
111599 1288
Date 11-5-99
Pay to the order of Windsor Fuel $ 117.00
One Hundred seventeen and 00/100 Dollars
CITIBANK
Memo 145050
Mary Coughlin
1288 /0000011700/

Ck Date: 11/15/1999 Ck No: 1288 Amt: $117.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
111599 1289
Date 11-5-99
Pay to the order of LIPA $ 61.12
Sixty-one and 12/100 Dollars
CITIBANK
Memo 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-1-8
Mary Coughlin

Ck Date: 11/15/1999 Ck No: 1289 Amt: $61.12

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1290
Date 11-5-99
Pay to the order of Visa Credit $ 261.33
Two Hundred sixty-one and 33/100 Dollars
CITIBANK
Memo 10R555672
Mary Coughlin

Ck Date: 11/12/1999 Ck No: 1290 Amt: $261.33

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
112299 1291
Date 11-5-99
Pay to the order of Paramount Delivery Svc $ 31.00
Thirty-one and 00/100 Dollars
CITIBANK
Memo 10/1 - 10/31
Mary Coughlin
3100

Ck Date: 11/22/1999 Ck No: 1291 Amt: $31.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1292
Date 11-5-99
Pay to the order of Karen Donnelly $ 466.00
Four Hundred and 00/100 Dollars
CITIBANK
Memo Sixteen 10/99
Mary Coughlin

Ck Date: 11/10/1999 Ck No: 1292 Amt: $466.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
111899 1293
Date 11/12/99
Pay to the order of Visual Tours $ 200.00
Two Hundred and 00/100 Dollars
CITIBANK
Memo 40th Anniversary
Mary Coughlin
/0000020000/

Ck Date: 11/18/1999 Ck No: 1293 Amt: $200.00



MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Statement Period - Nov. 24 - Dec. 22, 1999

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1306
DATE 12/1/99
PAY TO THE ORDER OF Amer. Express $ 64.00
Sixty four and 00/100 DOLLARS
citibank

Ck Date: 12/07/1999 Ck No: 1306 Amt: $64.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1307
DATE 12/1/99
PAY TO THE ORDER OF The Fresh Air fund $ 25.00
Twenty-five and 00/100 DOLLARS
citibank

Ck Date: 12/06/1999 Ck No: 1307 Amt: $25.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1308
DATE 12/3/99
PAY TO THE ORDER OF $ 25.00
Twenty five and 00/100 DOLLARS
citibank

Ck Date: 12/06/1999 Ck No: 1308 Amt: $25.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1309
DATE 12/12/99
PAY TO THE ORDER OF Kevin Donnelly $ 466.00
Four Hundred sixty-six and 00/100 DOLLARS
citibank

Ck Date: 12/14/1999 Ck No: 1309 Amt: $466.00



MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Statement Period - Dec. 23 - Jan. 25, 2000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SUNDNSON RD.
MINEOLA, NY 11501
1304
DATE 12/1/99
PAY TO THE ORDER OF Eastern Paralyzed Veterans $ 25.00
Twenty-five and 00/100 DOLLARS
citibank
MEMO
Mary Coughlin

Ck Date: 12/31/1999 Ck No: 1304 Amt: $25.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SUNDNSON RD.
MINEOLA, NY 11501
1311
DATE 12/20/99
PAY TO THE ORDER OF Mary Cay Martin Fund $ 250.00
Two Hundred Fifty and 00/100 DOLLARS
citibank
MEMO
Mary Coughlin

Ck Date: 12/30/1999 Ck No: 1311 Amt: $250.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SUNDNSON RD.
MINEOLA, NY 11501
1312
DATE 12/23/99
PAY TO THE ORDER OF St. Elizabeth School $ 125.00
One hundred twenty-five and 00/100 DOLLARS
citibank
MEMO Merry Christmas
Mary Coughlin

Ck Date: 01/18/2000 Ck No: 1312 Amt: $125.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SUNDNSON RD.
MINEOLA, NY 11501
1313
DATE 1/3/00
PAY TO THE ORDER OF VW Credit $ 261.33
Two hundred sixty-one and 33/100 DOLLARS
citibank
MEMO 1085561012
Mary Coughlin

Ck Date: 01/07/2000 Ck No: 1313 Amt: $261.33

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SUNDNSON RD.
MINEOLA, NY 11501
1315
DATE 1/2/00
PAY TO THE ORDER OF Paramount Delivery Svc $ 29.85
Twenty-nine and 85/100 DOLLARS
citibank
MEMO Del. - 12/31/99
Mary Coughlin

Ck Date: 01/13/2000 Ck No: 1315 Amt: $29.85

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SUNDNSON RD.
MINEOLA, NY 11501
1316
DATE 1/2/00
PAY TO THE ORDER OF Paramount Delivery Svc $ 20.00
Twenty and 00/100 DOLLARS
citibank
MEMO Merry Christmas
Mary Coughlin

Ck Date: 01/13/2000 Ck No: 1316 Amt: $20.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SUNDNSON RD.
MINEOLA, NY 11501
1317
DATE 1/3/00
PAY TO THE ORDER OF Merrill Lynch $ 12,000.00
Twelve Thousand and 00/100 DOLLARS
citibank
MEMO [illegible] 21049
Mary Coughlin

Ck Date: 01/10/2000 Ck No: 1317 Amt: $12000.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SUNDNSON RD.
MINEOLA, NY 11501
1319
DATE 1/5/00
PAY TO THE ORDER OF Hodges Donnelly $ 476.00
Four Hundred Seventy-six and 00/100 DOLLARS
citibank
MEMO Stephanie 12/99
Mary Coughlin

Ck Date: 01/05/2000 Ck No: 1319 Amt: $476.00



242901/RH/20F000

Statement Period - Jan. 26 - Feb. 23, 2000

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1314
Pay to the order of Mineola Volunteer Hook Co. $ 25.00
Twenty five and 00/100 Dollars
citibank

Ck Date: 02/08/2000 Ck No: 1314 Amt: $25.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1318
Pay to the order of Hannan Hansen $ 8.94
Eight and 94/100 Dollars
citibank

Ck Date: 02/04/2000 Ck No: 1318 Amt: $8.94

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1321
Pay to the order of Fernwood Del. Assoc. $ 31.00
Thirty-one and 00/100 Dollars
citibank

Ck Date: 02/10/2000 Ck No: 1321 Amt: $31.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1322
Pay to the order of Kevin Donnelly $ 466.00
Four Hundred and sixty-six and 00/100 Dollars
citibank

Ck Date: 02/11/2000 Ck No: 1322 Amt: $466.00

CITIBANK

Page 5 of 6

239661/R1720F000

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Statement Period - Feb. 24 - Mar. 22, 2000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1323 — 2/19/00 — The Algae Fund — $ 250.00 — Two Hundred fifty and 00/100 — citibank — Mary Coughlin

Ck Date: 02/29/2000 Ck No: 1323 Amt: $250.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1324 — 2/19/00 — The Algae Fund — $ 250.00 — Two hundred fifty and 00/100 — citibank — Mary Coughlin

Ck Date: 02/29/2000 Ck No: 1324 Amt: $250.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1325 — 2/19/00 — The Algae Fund — $ 250.00 — Two Hundred fifty and 00/100 — citibank — Mary Coughlin

Ck Date: 02/29/2000 Ck No: 1325 Amt: $250.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1326 — 2/19/00 — The Algae Fund — $ 250.00 — Two Hundred fifty and 00/100 — citibank — Mary Coughlin

Ck Date: 02/29/2000 Ck No: 1326 Amt: $250.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1327 — Ed O'Neill — $ 120.00 — one hundred twenty and 00/100 — citibank — Mary Coughlin

Ck Date: 02/29/2000 Ck No: 1327 Amt: $120.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1328 — Dr. Altabef — $ 15.00 — Fifteen and 00/100 — citibank — Mary Coughlin

Ck Date: 03/07/2000 Ck No: 1328 Amt: $15.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1329 — 3/3/00 — Lord Gallah — $ 63.00 — Sixty-three and 00/100 — citibank — Mary Coughlin

Ck Date: 03/15/2000 Ck No: 1329 Amt: $63.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1330 — Paramount Delivery Svc — $ 28.75 — Twenty eight and 75/100 — citibank — 2/1 - 2/29/00 — Mary Coughlin

Ck Date: 03/20/2000 Ck No: 1330 Amt: $28.75

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1331 — 2/27/00 — Kevin Donnelly — $ 466.00 — Four Hundred sixty-six and 00/100 — citibank — Mary Coughlin

Ck Date: 03/17/2000 Ck No: 1331 Amt: $466.00



MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Statement Period - Mar. 23 - Apr. 24, 2000

251135/R1/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SAMOHSON RD.
MINEOLA, NY 11501
1332
DATE 3/19/00
PAY TO THE ORDER OF Comm. of Motor Vehicles $ 43.50
Forty three and 50/100 DOLLARS
citibank
MEMO [illegible]
Mary Coughlin

Ck Date: 03/29/2000 Ck No: 1332 Amt: $43.50

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SAMOHSON RD.
MINEOLA, NY 11501
1333
DATE 3/25/00
PAY TO THE ORDER OF Care Cards $ 25.00
Twenty-five and 00/100 DOLLARS
citibank
MEMO Happy Christening
Mary Coughlin

Ck Date: 03/29/2000 Ck No: 1333 Amt: $25.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SAMOHSON RD.
MINEOLA, NY 11501
1334
DATE 3/28/00
PAY TO THE ORDER OF LIRR $ 135.00
One Hundred thirty five and 00/100 DOLLARS
citibank
MEMO
Mary Coughlin
⑆021000089⑆ 72755168⑈ 1334 ⑈0000013500⑈

Ck Date: 03/28/2000 Ck No: 1334 Amt: $135.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SAMOHSON RD.
MINEOLA, NY 11501
1336
DATE 4/3/00
PAY TO THE ORDER OF Paramount Del. Service $ 30.00
Thirty and 00/100 DOLLARS
citibank
MEMO 3/1 - 3/31/00
Mary Coughlin

Ck Date: 04/13/2000 Ck No: 1335 Amt: $30.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SAMOHSON RD.
MINEOLA, NY 11501
1337
DATE 4/7/00
PAY TO THE ORDER OF NY Central Mutual $ 1604.00
Sixteen Hundred and four and 00/100 DOLLARS
citibank
MEMO 752574
Mary Coughlin

Ck Date: 04/12/2000 Ck No: 1337 Amt: $1604.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SAMOHSON RD.
MINEOLA, NY 11501
1338
DATE 4/7/00
PAY TO THE ORDER OF Bell Atlantic $ 91.55
Ninety-one and 55/100 DOLLARS
citibank
MEMO 516-248-3368-508-273
Mary Coughlin

Ck Date: 04/13/2000 Ck No: 1338 Amt: $91.55

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SAMOHSON RD.
MINEOLA, NY 11501
1339
DATE 4/7/00
PAY TO THE ORDER OF LIPA $ 69.58
Sixty-nine and 58/100 DOLLARS
citibank
MEMO 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-18
Mary Coughlin

Ck Date: 04/13/2000 Ck No: 1339 Amt: $69.58

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SAMOHSON RD.
MINEOLA, NY 11501
1340
DATE 4/7/00
PAY TO THE ORDER OF Kevin Donnelly $ 466.00
Four Hundred Sixty-six and 00/100 DOLLARS
citibank
MEMO [illegible]
Mary Coughlin

Ck Date: 04/11/2000 Ck No: 1340 Amt: $466.00

CITIBANK

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Accoun
Statement Period - May 23 - June 22, 2000

Page 5 of 6

241253/R1/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1342
Date 5/27/00
Pay to the order of Paramount Delivery Service $ 60.00
Sixty and 00/100 Dollars
citibank
Memo Bill 5/31/00 Mary Coughlin

Ck Date: 06/05/2000 Ck No: 1342 Amt: $60.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1343
Date 5/30/00
Pay to the order of Kevin Donnelly $ 483.00
Four Hundred eighty-three and 00/100 Dollars
citibank
Memo April 00 Mary Coughlin

Ck Date: 06/01/2000 Ck No: 1343 Amt: $483.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1344
Date 5/30/00
Pay to the order of Kevin Donnelly $ 235.00
Two hundred thirty five and 00/100 Dollars
citibank
Memo [illegible] Mary Coughlin

Ck Date: 06/01/2000 Ck No: 1344 Amt: $235.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1345
Date 6/2/00
Pay to the order of Paramount Del. Svc. $ 30.00
Thirty and 00/100 Dollars
citibank
Memo 6/1-6/2/00 Mary Coughlin

Ck Date: 06/19/2000 Ck No: 1345 Amt: $30.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1347
Date 6/1/00
Pay to the order of Bob Coughlin $ 100.00
One Hundred and 00/100 Dollars
citibank
Memo [illegible] Mary Coughlin

Ck Date: 06/12/2000 Ck No: 1347 Amt: $100.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1348
Date 6/1/00
Pay to the order of Robert Coughlin $ 100.00
One Hundred and 00/100 Dollars
citibank
Memo [illegible] Mary Coughlin

Ck Date: 06/20/2000 Ck No: 1348 Amt: $100.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1349
Date 6/7/00
Pay to the order of Cash $ 60.00
Sixty and 00/100 Dollars
citibank
Mary Coughlin

Ck Date: 06/19/2000 Ck No: 1349 Amt: $60.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1350
Date 6/16/00
Pay to the order of Kevin Donnelly $ 483.00
Four Hundred eighty three and 00/100 Dollars
citibank
Memo Sep-June-May '00 Mary Coughlin

Ck Date: 06/20/2000 Ck No: 1350 Amt: $483.00

CITIBANK

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Acco
Statement Period - June 23 - July 25, 2000

237763/R1/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1346
DATE 6/6/00
PAY TO THE ORDER OF MAPD Ford Drive $ 25 00
Twenty five and 00/100 DOLLARS
citibank

Ck Date: 06/27/2000 Ck No: 1346 Amt: $25.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1351
PAY TO THE ORDER OF Paramount Delivery Svc $ 32.00
Thirty-two and 00/100 DOLLARS
citibank

Ck Date: 07/17/2000 Ck No: 1351 Amt: $32.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1353
PAY TO THE ORDER OF Kevin Donnelly $ 1191.00
One thousand one hundred ninety one 00/100 DOLLARS
citibank

Ck Date: 07/25/2000 Ck No: 1353 Amt: $1191.00

citibank

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Page 5 of 6
Statement Period - July 26 - Aug. 22, 2000

225075/R1/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1352
DATE 7/24/00
PAY TO THE ORDER OF Kathleen DeMaio $ 6,000.00
Six thousand and 00/100 DOLLARS
citibank
Mary Coughlin

Ck Date: 08/01/2000 Ck No: 1352 Amt: $6000.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1354
DATE 8/5/00
PAY TO THE ORDER OF Kevin Donnelly $ 483.00
Four Hundred eighty-three and 00/100 DOLLARS
citibank
MEMO Hall Stair bar
Mary Coughlin

Ck Date: 08/15/2000 Ck No: 1354 Amt: $483.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1355
DATE 8/11/00
PAY TO THE ORDER OF Paramount Delivery Svc $ 30.00
Thirty and 00/100 DOLLARS
citibank
MEMO 8/1 - 8/31/00
Mary Coughlin

Ck Date: 08/18/2000 Ck No: 1355 Amt: $30.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1356
DATE 8/17/00
PAY TO THE ORDER OF Lori Gallati $ 190.00
One Hundred and ninety and 00/100 DOLLARS
citibank
MEMO Diet !!
Mary Coughlin

Ck Date: 08/21/2000 Ck No: 1356 Amt: $190.00

citibank

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Statement Period - Aug. 23 - Sept. 25, 2000

236221/R1/20F00

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1357
Date 9-4-00
Pay to the order of Lori Gallati $ 77.00
Seventy-seven and 00/00 Dollars
citibank
Memo Nail
Mary C Coughlin

Ck Date: 09/12/2000 Ck No: 1357 Amt: $77.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1358
Date 9-6-00
Pay to the order of Kevin Donnelly $ 483.00
Four hundred eighty-three and 00/00 Dollars
citibank
Memo 9/00
Mary C Coughlin

Ck Date: 09/18/2000 Ck No: 1358 Amt: $483.00

citibank

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Account
Statement Period - Oct. 25 - Nov. 23, 2000

245743/RM/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1360
DATE 10/22/00
PAY TO THE ORDER OF Howard Donnelly $ 483.00
Four Hundred eighty-three and 00/100 DOLLARS
citibank
MEMO 10/20 ...
Mary Claughton

Ck Date: 10/30/2000 Ck No: 1360 Amt: $483.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SIMONSON RD.
1361
11/4/00
PAY TO THE ORDER OF Paramount Oil Svc $ 64.00
Sixty Four and 00/100 DOLLARS
citibank
MEMO 9/1 - 10/31/00
Mary Claughton

Ck Date: 11/13/2000 Ck No: 1361 Amt: $64.00



ARY CECELIA COUGHLIN
ATRICIA AGNES COUGHLIN

Account
Statement Period - Nov. 24 - Dec. 25, 2000

249347R1/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1363
Date: 12/3/00
Pay to the order of: Eastern Paralyzed Veterans $ 25.00
Twenty-five and 00/100 Dollars
citibank
Signed: Mary Coughlin

Ck Date: 12/15/2000 Ck No: 1363 Amt: $25.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
MINEOLA NY 11501
1364
Date: 12/3/00
Pay to the order of: Amer. Red Cross $ 25.00
Twenty-five and 00/100 Dollars
citibank
Signed: Mary Coughlin

Ck Date: 12/11/2000 Ck No: 1364 Amt: $25.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
MINEOLA NY 11501
1365
Date: 12/3/00
Pay to the order of: Paramount Dist. Svc $ 31.00
Thirty one and 00/100 Dollars
citibank
Memo: 11/1 - 11/30/00
Signed: Mary Coughlin

Ck Date: 12/11/2000 Ck No: 1365 Amt: $31.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
MINEOLA NY 11501
1366
Pay to the order of: PAL $ 25.00
Twenty-five and 00/100 Dollars
citibank
Signed: Mary Coughlin

Ck Date: 12/21/2000 Ck No: 1366 Amt: $25.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
MINEOLA NY 11501
1367
POSTED
Date: 12/3/00
Pay to the order of: Fairfield University $ 25.00
Twenty-five and 00/100 Dollars
citibank
Signed: Mary Coughlin

Ck Date: 12/21/2000 Ck No: 1367 Amt: $25.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
MINEOLA NY 11501
1368
Date: 12/3/00
Pay to the order of: Kevin Donnelly $ 483.00
Four Hundred eighty three and 00/100 Dollars
citibank
Memo: [illegible]
Signed: Mary Coughlin

Ck Date: 12/15/2000 Ck No: 1368 Amt: $483.00

citibank

.RY CECELIA COUGHLIN
.TRICIA AGNES COUGHLIN

Account
Statement Period - Dec. 26 - Jan. 24, 2001

Page 5 of 6

254095/R1/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1362 Date 12/3/00 Pay to the order of Mineola Volunt Ambulance $ 25.00 Twenty five and 00/100 Dollars citibank Mary Coughlin

Ck Date: 01/02/2001 Ck No: 1362 Amt: $25.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1370 Date 12/20/00 Pay to the order of Mary Cay Mader Fund $ 100.00 One Hundred and 00/100 Dollars citibank Mary Coughlin

Ck Date: 12/28/2000 Ck No: 1370 Amt: $100.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1371 Date 12/20/00 Pay to the order of The Algee Fund $ 200.00 Two Hundred and 00/100 Dollars citibank Memo Acct #50031901700 Mary Coughlin

Ck Date: 12/27/2000 Ck No: 1371 Amt: $200.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1372 Date 12/20/00 Pay to the order of The Algee Fund $ 200.00 Two Hundred and 00/100 Dollars citibank Memo 200079648-00 Mary Coughlin

Ck Date: 12/27/2000 Ck No: 1372 Amt: $200.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1373 Date 12/20/00 Pay to the order of The Algee Fund $ 200.00 Two Hundred and 00/100 Dollars citibank 200063776-00 Mary Coughlin

Ck Date: 12/27/2000 Ck No: 1373 Amt: $200.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1374 Date 12/20/00 Pay to the order of The Algee Fund $ 200.00 Two Hundred and 00/100 Dollars citibank Memo 200063808-00 Mary Coughlin

Ck Date: 12/27/2000 Ck No: 1374 Amt: $200.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1375 Date 12/20/00 Pay to the order of St. Elizabeth School $ 100.00 One Hundred and 00/100 Dollars citibank Mary Coughlin

Ck Date: 01/17/2001 Ck No: 1375 Amt: $100.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1376 Date 12/20/00 Pay to the order of Paramount Del. Svc. $ 53.00 Fifty three and 00/100 Dollars citibank Memo 12/1 - 12/31 Mary Coughlin

Ck Date: 01/02/2001 Ck No: 1376 Amt: $53.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1377 Date 12/20/00 Pay to the order of Robert Coughlin $ 75.00 Seventy five and 00/100 Dollars citibank Memo Merry Christmas Mary Coughlin

Ck Date: 01/03/2001 Ck No: 1377 Amt: $75.00

MARY CECELIA COUGHLIN PATRICIA AGNES COUGHLIN 1378 Date 12/20/00 Pay to the order of Kevin Donnelly $ 483.00 Four Hundred eighty three and 00/100 Dollars citibank Memo 12/00 Mary Coughlin

Ck Date: 12/29/2000 Ck No: 1378 Amt: $483.00

citibank

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Account
Statement Period - Feb. 26 - Mar. 22, 2001

Page 5 of 6

249301/R1/20F00(

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SIMONSON RD.
MINEOLA, NY 11501
1383
3/1/01
Pay to the order of Kevin Donnelly $ 483.00
Four Hundred eighty three and 00/100 Dollars
citibank
Memo 2/01
Mary Coughlin

Ck Date: 03/13/2001 Ck No: 1383 Amt: $483.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SIMONSON RD.
MINEOLA, NY 11501
1384
3/2/01
Pay to the order of Mineola Fire Dept. $ 25.00
Twenty five and 00/100 Dollars
citibank
Mary Coughlin

Ck Date: 03/15/2001 Ck No: 1384 Amt: $25.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SIMONSON RD.
MINEOLA, NY 11501
1385
3/2/01
Pay to the order of Paramount Del. Svc. $ 24.05
Twenty four and 05/100 Dollars
citibank
Memo 2/1-2/28 Newsweek
Mary Coughlin

Ck Date: 03/14/2001 Ck No: 1385 Amt: $24.05

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 SIMONSON RD.
MINEOLA, NY 11501
1386
3/4/01
Pay to the order of Kevin Donnelly $ 522.00
Five Hundred twenty-two and 00/100 Dollars
citibank
Memo 3/01 14th [illegible]
Mary Coughlin

Ck Date: 03/13/2001 Ck No: 1386 Amt: $522.00


MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN

Account 727
Statement Period - Apr. 24 - May 22, 2001

26410 R1/20F00

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1-235/210
1391
DATE 5/1/01
PAY TO THE ORDER OF LIRR $ 135.00
One Hundred thirty-five and 00/100 DOLLARS
citibank
MEMO 4/24-01
Mary Coughlin

Ck Date: 05/01/2001 Ck No: 1391 Amt: $135.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
MINEOLA, NY 11501
1-235/210
1392
DATE 5/7/01
PAY TO THE ORDER OF Kevin Donnelly $ 966.00
Nine Hundred sixty-six and 00/100 DOLLARS
citibank
MEMO [illegible] 4/26-5/01
Mary Coughlin

Ck Date: 05/22/2001 Ck No: 1392 Amt: $966.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
MINEOLA, NY 11501
1-235/210
1393
DATE 5/9/01
PAY TO THE ORDER OF Dr Elfenbein $ 15.00
Fifteen and 00/100 DOLLARS
citibank
Mary Coughlin

Ck Date: 05/14/2001 Ck No: 1393 Amt: $15.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
1394
PAY TO THE ORDER OF Kathleen [illegible] $ 2,500.00
Twenty five hundred and 00/100 DOLLARS
citibank
Mary Coughlin

Ck Date: 05/15/2001 Ck No: 1394 Amt: $2500.00



Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 [illegible] RD.
MINEOLA, NY 11501
1400
DATE 8/1/01
PAY TO THE ORDER OF Paramount Data Svc $ 63.00
Sixty-three and 00/100 DOLLARS
citibank
MEMO 6/1 - 7/31/01
Mary Coughlin

Ck Date: 08/20/2001 Ck No: 1400 Amt: $63.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 [illegible]
MINEOLA, NY 11501
1402
DATE 8/17/01
PAY TO THE ORDER OF Roger Boyle $ 25.00
Twenty-five and 00/100 DOLLARS
citibank
MEMO
Mary C Coughlin

Ck Date: 08/21/2001 Ck No: 1402 Amt: $25.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 [illegible]
MINEOLA, NY 11501
1403
DATE 8/17/01
PAY TO THE ORDER OF Pat Coughlin $ 50.00
Fifty and 00/100 DOLLARS
citibank
MEMO
Mary Coughlin

Ck Date: 08/21/2001 Ck No: 1403 Amt: $50.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 [illegible] RD.
MINEOLA, NY 11501
1404
DATE 8/20/01
PAY TO THE ORDER OF Kevin Donnelly $ 199.00
One Hundred Ninety Nine and 00/100 DOLLARS
citibank
MEMO
Mary Coughlin

Ck Date: 08/22/2001 Ck No: 1404 Amt: $199.00

MARY CECELIA COUGHLIN
PATRICIA AGNES COUGHLIN
131 [illegible] RD
MINEOLA, NY 11501
1405
DATE 8/20/01
PAY TO THE ORDER OF Kevin Donnelly $ 1544.13
Fifteen Hundred Forty-four and 13/100 DOLLARS
citibank
MEMO 6/7/01-[illegible]
Mary Coughlin

Ck Date: 08/22/2001 Ck No: 1405 Amt: $1544.13

#6

NASSAU COUNTY
BOARD OF ELECTIONS
400 COUNTY SEAT DRIVE, MINEOLA, NY 11501-4800
RETURN SERVICE REQUESTED

FIRST CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
MINEOLA, N.Y.
PERMIT NO. 58

REGISTRATION ADDRESS

Town / City of: NH
Assembly Dist. # -17 Election Dist. # 026
Cong. Dist. # -04 Sen. Dist. # -07
Leg. Dist. # -09

REGISTERED VOTERS

MARY C

YOUR POLLING PLACE IS:

MINEOLA MIDDLE SCHOOL
EMORY RD
MINEOLA, NY 11501

HANDICAPPED ACCESSIBLE

The COUGHLIN Residence
131 SIMONSON RD
MINEOLA, NY 11501-

31M2335

NASSAU COUNTY
BOARD OF ELECTIONS
400 COUNTY SEAT DRIVE, MINEOLA, NY 11501-4800
RETURN SERVICE REQUESTED

FIRST CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
MINEOLA, N.Y.
PERMIT NO. 58

REGISTRATION ADDRESS

Town / City of: NH
Assembly Dist. # -17 Election Dist. # 026
Cong. Dist. # -04 Sen. Dist. # -07
Leg. Dist. # -09

REGISTERED VOTERS

KEVIN W

YOUR POLLING PLACE IS:

MINEOLA MIDDLE SCHOOL
EMORY RD
MINEOLA, NY 11501

HANDICAPPED ACCESSIBLE

The DONNELLY Residence
131 SIMONSON RD
MINEOLA, NY 11501-

31M2335

CUSTOMER COPY

-030040

S0429495

DATE PROMISED 9/11/00 7PM

SERVICE CENTER

off® W ☐ J ☑ E ☐

...NTRY ROAD, WESTBURY, L.I., N.Y. • Telephone: 516-832-9000 Ext. 1688
54th ST., NEW YORK, NEW YORK • Telephone: 212-758-6660 Ext. 5217
...S PARK MALL, PARAMUS, N.J. • Telephone: 201-261-8900
...WNE CENTER, WAYNE, N.J. • Telephone: 973-256-5000
...IDGE CENTER DRIVE, WOODBRIDGE, N.J. • Telephone: 732-602-1000

KEVIN DONNELLY

NYC 10009

212 995-2344

SALESPERSON: M. Cocuzza

| SKU | DESCRIPTION AND STOCK NUMBER | AMOUNT |
|---|---|---|
| 76111810 | 149R 35099 | N/C |
| 7408937 | Dia = .70 | |
| | I SI1 6 DIA = .50 | |
| 750.00 | Diamond only | |
| 7R 2526 | 14Kyg setting | N/C |

ORIGINAL DATE OF PURCHASE: 9/11/00

VALUE OF C.O.M.: 2650 + 100

SUB TOTAL / DEPOSIT / TAX / TOTAL

DELIVERED

...TIONS: Remount diamond into case in 14Kyg 4 prong semi mounting closed and size to a full 6

☐ SIZED

PLEASE READ

...scription and values of articles listed above have been supplied by me and are correct to the best ...nowledge. The store's acceptance of any article is not an acknowledgement of its condition or the ...ness of its description.
...rstand that the store's liability for loss or damage from any cause is limited to the value stated ... days of notification of completed repairs will be deemed

---

7801561

DATE

NAME: KEVIN DONNELLY

PHONE # (212) 995-2344

ADDRESS: NY

CITY & STATE: NY

ZIP CODE: 10009

DATE OF GIFT: 9/6/00

S/P NUMBER: 11515

STOCK NO.: 149R + 507R

S/P NAME: M. Cocuzza

| DEPT | SKU NUMBER | QTY. | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 106 | 07011810 | 1 | 5400 | 2650.00 |
| | Diamond only | | | |
| 106 | 07410893 | 1 | | 100.00 |

| | |
|---|---|
| SUB-TOTAL | 2750.00 |
| TAX | 233.75 |
| TOTAL | 2983.75 |

☐ CASH ☐ CHECK ☐ GIFT CERTIF. ☐ FORTUNOFF CHARGE ☑ VISA ☐ MASTERCARD ☐ AMERICAN EXPRESS ☐ DINERS CLUB ☐ DISCOVER CARD ☐ FINAL SALE ☐ SEND ESTIMATE

AUTH. CODE

CUSTOMER'S SIGNATURE X

STOCK NUMBER AND DESCRIPTION: 149R 35099 Dia = .70 I SI1 6 Dia = .50 mtg = 250.00 Diamond only 507R 14K Gold semi mtg for a 3/4ct for Read

4226 9100 0888 PM 4 100-1 113 8916
11515
7804561 2983.75
VISA 04-02 V
KEVIN DONNELLY 0407 01119801 0.00
Cash Due
Handwritten Salescheck Total 2983.75
Visit Our Website WWW.FORTUNOFF.COM

TAG
FORTUNOFF SS WS
416719 0992 MV
6 1 3178 AX

INV. CONTROL SIGNATURE X

CASE NO.

Cardholder agrees to pay to the ISSUER of the Credit Card identified hereon the amount shown as TOTAL (together with any other charges due thereon) in accordance with the agreement governing the use of such Credit Card.

SIZED OR ALTERED ITEMS NOT REFUNDABLE

1300 OLD COUNTRY ROAD, WESTBURY, NEW YORK 11590 (516) 832-9000
681 FIFTH AVENUE, NEW YORK, NEW YORK 10022 (212) 758-6660
303 PARAMUS PARK MALL, PARAMUS, NEW JERSEY 07652 (201) 261-8900
250 WAYNE TOWNE CENTER, WAYNE, NEW JERSEY 07470 (973) 256-5000
441 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NEW JERSEY 07095 (732) 602-1000

CUSTOMER REFUNDS OR EXCHANGES WILL BE ISSUED

fortunoff

# fortunoff

P.O. BOX 132, WESTBURY, N.Y. 11590 1-800-777-2807

PROPERTY OF:

Kevin Donnelly

New York, NY 10009

• ESTIMATE OF VALUE FOR REPLACEMENT •

DESCRIPTION

Diamond solitaire ring of 14 karat gold, containing:
1 round brilliant full cut diamond, weight approximately 0.70 carat, I color, SI1 clarity.

SKU: 074108937 VEN: 000507 STY: 401H/TT/.75 SCK: 07801561
SKU: 070111810 VEN: 149 STY: R1649TT

Date of Purchase: 09/11/2000

Estimated replacement cost, excluding all taxes: $3,300.00

[signature]
AUTHORIZED SIGNATURE

09/22/2000
TODAY'S DATE

For questions regarding this estimate of value, please call 516-542-5844

1 ) THE ABOVE REPRESENTS OUR ESTIMATE OF THE PRESENT APPROXIMATE RETAIL REPLACEMENT PRICE OF IDENTICAL ITEMS, AND NOT NECESSARILY THE AMOUNTS THAT MIGHT BE OBTAINED IF THE ARTICLES WERE OFFERED FOR SALE.
2 ) ALL WEIGHTS ARE APPROXIMATE. COLOR AND CLARITY GRADING OF GEMSTONES IS SUBJECTIVE, AND THE GRADING GIVEN ON THIS ESTIMATE MAY VARY FROM THAT GIVEN BY OTHERS.
3 ) CONSUMERS SHOULD BE AWARE THAT NATURAL GEMSTONES ARE PROCESSED FROM THE TIME THEY ARE MINED, BY TRADITIONALLY ACCEPTED JEWELRY INDUSTRY PRACTICES. MOST COLORED GEMSTONES HAVE BEEN SUBJECTED TO A POSSIBLY UNDETECTABLE ENHANCEMENT PROCESS WHICH IS STABLE. EMERALDS, IN PARTICULAR, ARE VIRTUALLY ALL TREATED AT THE MINES, USING A COMBINATION OF OILS/RESINS TO IMPROVE BEAUTY AND DURABILITY. THIS TREATMENT MAY NEED TO BE REPEATED OVER THE LIFETIME OF THE EMERALD.
4 ) WE ASSUME NO LIABILITY WITH RESPECT TO ANY ACTION THAT MAY BE TAKEN ON THE BASIS OF THIS ESTIMATE. THIS ESTIMATE IS FOR INSURANCE PURPOSES ONLY AND IS INTENDED FOR PERSONAL USE OF THE PARTY LISTED. IT MAY NOT BE USED FOR ADVERTISING PURPOSES.

WESTBURY
OLD COUNTRY ROAD
WESTBURY, NY 11590

NEW YORK
5th AVE AT 54th ST.
NEW YORK, NY 10022

WAYNE
WAYNE TOWN CENTER
WAYNE, NJ 07470

PARAMUS
PARAMUS PARK MALL
PARAMUS, NJ 07652

WOODBRIDGE
WOODBRIDGE CENTER DR.
WOODBRIDGE, NJ 07095



FIRE DEPARTMENT
9 MetroTech Center Brooklyn, N.Y. 11201-3857

MYLAN DENERSTEIN
*Deputy Fire Commissioner*
Bureau of Legal Affairs Room 8N-7

May 21, 2004

Ms. Mary Coughlin

Mineola, N.Y. 11501

Re: Letter dated March 9, 2004 to Rabbi Douglas Krantz

Dear Ms. Coughlin:

The above-referenced letter was forwarded to Mayor Michael Bloomberg for a response. The Fire Department Pension Fund, Subchapter 2, has carefully reviewed your request to receive domestic partner benefits pursuant to Chapter 468 of the Laws of 2002, signed into law on August 20, 2002, as amended by Chapter 162 of the Laws of 2003, signed into law on July 22, 2003.

Lieutenant Kevin Donnelly had designated his parents as primary beneficiaries of his pension funds and his sister, Mary Kay Donnelly, as the secondary beneficiary of those funds. These designations were never changed. Both his parents and his sister renounced their shares in favor of the estate. The administrator of the estate elected to receive the funds in a lump sum payment rather than in monthly payments. The funds were paid out on August 7, 2002. This payout of the funds preceded the enactment of Chapter 468 of the Laws of 2002, as amended by Chapter 162 of the Laws of 2003, the Domestic Partner Law. Since Lieutenant Donnelly's entire pension fund monies were paid out prior to the enactment of the Domestic Partner Law, no further monies are available to pay you a monthly allowance, as his domestic partner.

As you are aware, Lieutenant Donnelly's name was removed from section (a)(1) of the amended Domestic Partner Law, Chapter 162 of the Laws of 2003, granting the monthly benefit payable pursuant to 208-f of the General Municipal Law to domestic partners, but his name was not removed from section 4(a) making you eligible for health benefits pursuant to section 12-126 of the Administrative Code. It is my understanding that you are receiving these benefits.



TWIN
TOWERS
FUND℠

January 21, 2003

Ms. Mary Coughlin

Mineola, NY 11501

Dear Ms. Coughlin:

**Executive Committee**

**Rudolph W. Giuliani**
*Chairman*

**Bernard Kerik**
*Vice-Chairman*

**Thomas Von Essen**
*Vice-Chairman*

**Ann Daly Printon**
*Treasurer*

**Roberta Waldman**
*Secretary*

**Laurence A. Levy**
*President*

On behalf of the Board of the Twin Towers Fund, I am pleased to let you know that you have been accepted as a beneficiary of the Fund. Please accept this one-time contribution of $100,000, which is enclosed.

As a TTF beneficiary, you will receive the Twin Towers Fund Newsletter on a monthly basis, and will have access to programs and services available to TTF beneficiaries. If you at any time have any suggestions, questions or concerns, please don't hesitate to call me at (212) 551-9991 x.4482, or Carolyn Cavicchio, the Fund's Deputy Director, at extension 4481.

Please accept my deepest sympathy on the loss of your partner, Kevin Donnelly, and know that you both remain in my thoughts.

Sincerely,

Laurence A. Levy
President

Enclosure

575 5th Avenue, 2nd Floor, Atrium
New York, New York 10017
T 212.551.9991
F 212.551.9989
www.twintowersfund.org

citibank®

**Deposit to Day to Day Savings, Passbook Savings or Certificate of Deposit** (Please do not use for Checking, PMMA, IMMA deposits)

Date 2/1/03

- [x] Day-to-Day Savings
- [ ] Passbook Savings*
- [ ] Certificate of Deposit* (Type) ______

*See Customer Service Representative

Thank You

Address 131 Simonson Rd
Mineola NY Zip 11501

ENTER ACCOUNT NUMBER - NOT NUMBER ON CITICARD. TO HELP ENSURE PROPER ACCOUNT CREDITING, PLEASE PRINT CLEARLY.

* [illegible]

START 8 DIGIT ACCOUNT NUMBER HERE

| | DOLLARS | CENTS |
|---|---|---|
| Cash | 100,000 | — |
| CHECKS LIST SEPARATELY 1 | Twin Towers | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| TOTAL $ | 100,000.00 | |

WRITE NUMBERS IN SHADED BOXES

CUSTOMER RECEIPT WHEN VALIDATED

**TWIN TOWERS FUND**

To: Ms. Mary Coughlin
Vendor ID: 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
Contact:

1/21/2003
004731

| INVOICE NUMBER | DATE | DESCRIPTION | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | 1/21/2003 | Domestic Partner Payment | $100,000.00 | $0.00 | $100,000.00 |
| | | **Totals:** | **$100,000.00** | **$0.00** | **$100,000.00** |



TWIN
TOWERS
FUND SM

**Executive Committee**

**Rudolph W. Giuliani**
*Chairman*

**Bernard Kerik**
*Vice-Chairman*

**Thomas Von Essen**
*Vice-Chairman*

**Ann Daly Printon**
*Treasurer*

**Roberta Waldman**
*Secretary*

**Laurence A. Levy**
*President*

July 30, 2002

Ms. Mary Coughlin

Mineola, NY 11501

Dear Ms. Coughlin,

On behalf of the Twin Towers Fund, I would like to inform you that the guidelines for domestic partners of rescue workers who were killed on September 11, 2001 have been approved by TTF's Distribution Committee and legal counsel.

Enclosed please find the domestic partners guidelines. If you have any questions, please contact Luz Espinosa, Program Assistant, at 212-551-9991 ext. 4478 or via email at lespinosa@twintowersfund.org.

Sincerely,

Laurence A. Levy
President

575 5th Avenue, 2nd Floor, Atrium
New York, New York 10017
T 212.551.9991
F 212.551.9989



TWIN
TOWERS
FUND SM

Executive Committee

Rudolph W. Giuliani
*Chairman*

Bernard Kerik
*Vice-Chairman*

Thomas Von Essen
*Vice-Chairman*

Ann Daly Printon
*Treasurer*

Roberta Waldman
*Secretary*

Laurence A. Levy
*President*

## TWIN TOWERS FUND
## BENEFITS FOR DOMESTIC PARTNERS

The Board of Directors of the Twin Towers Fund has voted to provide support to the domestic partners of those uniformed rescue workers who were killed on September 11th. The Fund defines domestic partnership as two adult partners whose relationship is long-term and characterized by an emotional and financial commitment and interdependence. In order to be eligible for inclusion in the Twin Towers Fund as a Domestic Partner, the following six criteria must all be met:

1. Relationship in existence for at least six months prior to and including September 11, 2001.

2. Intermingling of finances or joint ownership of property as evidenced by:
   a. Bank, investment or other financial accounts, and/or
   b. personal and real property, and/or
   c. credit cards, and/or
   d. loan obligations, and/or
   e. joint tax returns, and/or
   f. co-signed leases.

3. Formalizing of legal obligations, intentions, and responsibilities, as evidenced by:
   a. executing wills or other testamentary documents and being named as executor and/or beneficiary, and/or
   b. granted power of attorney, and/or
   c. given authority to make health care decisions, and/or
   d. entering into a personal relationship contract, and/or
   e. serving as a representative payee for purposes of public benefits, and/or
   f. making a domestic partnership declaration; and/or
   g. named as primary beneficiary under insurance policies, pension plans, annuities and the like.

4. Sharing of/relying upon the deceased for payment of household or family expenses, and/or other common necessities of life.

5. Performing family functions regularly, such as caring for each other or each other's extended family members, and acting as family members to other family members, friends, members of the community, religious institutions, society in general, through their words or actions.

6. Residing together for at least 3 months prior to and including September 11, 2001, and not engaged in another domestic partnership during that time period. Partners who were legally married to someone else but separated from their legal spouse are eligible for inclusion in TTF.

In addition, the domestic partner must have been over the age of 18 on September 11, 2001, and not related to the deceased to any degree that would preclude legal marriage in the state of residence.

If you believe you meet all of these criteria, please submit the appropriate documentation to:

Luz M. Espinosa
Program Assistant
Twin Towers Fund
575 Fifth Avenue, 2nd floor Atrium
New York, NY 10017

If you have any questions, please call 212-551-9991 extension 4478.

575 5th Avenue, 2nd Floor, Atrium
New York, New York 10017
T212.551.9991



UFA WIDOWS AND CHILDRENS FUND 204 EAST 23RD STREET

5283

VENDOR NO: DON015 NAME: MARY COUGHLIN (DONNELLY) CHECK DATE: 3/13/2003

| REFERENCE | INVOICE DATE | GROSS AMOUNT | DISCOUNT TAKEN | NET AMOUNT PAID |
|---|---|---|---|---|
| 2002 GRANT | 3/13/2003 | 25,000.00 | 0.00 | 25,000.00 |
| | TOTAL > | 25,000.00 | 0.00 | 25,000.00 |



STEPHEN J. CASSIDY
*President* ENG. 236

JAMES SLEVIN
*Vice President* LAD. 7

JOSEPH MICCIO
*Recording Secretary* ENG. 295

KEVIN McADAMS
*Treasurer* ENG. 93

PHILIP McARDLE
*Sergeant-At-Arms* Haz Mat

LAD. 113

204 East 23rd Street • N.Y.C., N.Y. 10010 • Tel. (212) 683-4832 • Fax (212) 683-0710

Uniformed Firefighters Association of Greater New York, Local 94 IAFF, AFL-CIO

ROBERT STRAUB
*Bronx Trustee*
*Chairman of the Board* ENG. 4

THOMAS DAPARMA
*Queens Trustee* ENG. 31

RUDY SANFILIPPO
*Manhattan Trustee* ENG. 7

JOHN KELLY
*Brooklyn Trustee* ENG. 20

DONALD RULAND
*Staten Island Trustee* ENG. 15

EDWARD BURKE
*Fire Marshal Representative*

December 2003

Dear Extended Family Member:

We are pleased to enclose herewith a check payable to you in the sum of $5,000 as a final distribution from the UFA Widow's and Children's Fund.

God bless you and your loved ones during this joyous holiday.

Very truly yours,

Kevin McAdams
Treasurer

Stephen J. Cassidy
President



STATE OF NEW YORK
EXECUTIVE CHAMBER
ALBANY 12224

**GEORGE E. PATAKI**
GOVERNOR

August 26, 2002

Dear Mrs. Coughlin:

Due to the continued generosity of my fellow New Yorkers, as well as people from across the country and around the world, the New York World Trade Center Relief Fund has received sufficient donations to allow us to make a third round of awards to the families of the heroes killed in the cowardly terrorist attacks of September 11, 2001.

As a result of this latest round of awards, representing more than $20 million, the New York State World Trade Center Relief Fund will be able to distribute more than $56 million to the families.

Please accept the enclosed award with the respect, admiration and best wishes of myself, Libby and the entire family of New York--and remember that we will always stand with you. God bless you and your family.

Sincerely,

Mary C Coughlin
131 Simonson Rd
Mineola, NY 11501

# State of New York

A

**REMITTANCE ADVICE for CHECK NO. 62725234**

**NOTICE:** To access remittance information on any one of your NYS payments, visit https://www2.osc.state.ny.us/pay

| Agency Code and Description | Tele Inquiry No | Voucher No | Payee Reference/Invoice No | Ref/Inv Date | Payment Amount |
|---|---|---|---|---|---|
| 20040 DTF - WTC RELIEF FUND | 518-457-8235 | 0200674 | NYS WTC RELIEF FUND | 08/26/02 | 7,000.00 |

Non-Negotiable | Check Total | *********$7,000.00

**DETACH HERE BEFORE CASHING**

**PLEASE CASH WITHIN 180 DAYS**

THE FACE OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

29974169

# State of New York

Check No. 62725234

AUGUST 26, 2002

DEPARTMENT OF TAXATION AND FINANCE - DIVISION OF THE TREASURY

FLEET BANK

51-44 / 119

A

20040

KNOW YOUR ENDORSER

GENERAL CHECKING ACCOUNT "A"

**********$7,000.00

Pay to the Order of MARY C COUGHLIN

**********$7,000.00

H. Carl McCall, State Comptroller

Arthur J. Roth, Comm. of Taxation and Finance

**CRIME VICTIMS BOARD**
**DEATH CLAIM DECISION**

Claim No: 433614 WTC
**Xref No.: 433848**

Decedent's Name: KEVIN DONNELLY

Claimant's Name and Address:

MARY COUGHLIN

MINEOLA, NEW YORK 11501

Attorney's Name and Address:

| COMMISSIONER |
|---|
| CHARLES F. MAROTTA |

MEDICAL AND FUNERAL EXPENSES

| PROVIDER | TOTAL | ALLOWED | RECEIVED | BALANCE |
|---|---|---|---|---|
| | | | -0- | |

COUNSELING: YES

EMPLOYMENT

Occupation **FDNY** Monthly Salary $6,007.58

| | | |
|---|---|---|
| Federal Income Tax | $690.89 | |
| State Income Tax | $278.89 | |
| City Income Tax | $154.68 | |
| Social Security | $459.57 | |
| Personal Expenses | -0- | |
| TOTAL | $1584.03 | |
| | Net Income | $4,423.55 |
| Present Income: | | |
| Pension | -0- | |
| Social Security | -0- | |
| Workers' Compensation | -0- | |
| TOTAL | -0- | |

| | | | | | |
|---|---|---|---|---|---|
| Lost of Support | Fro | 9/11/01 | thru | 6/30/02 | |
| Months | | 9 | thru | $4,423.55 | = $39,811.98 |
| Weeks | | 2.8 | at | $1,020.82 | = $ 2,858.30 |
| | | | | TOTAL | $42,670.28 |
| Reimbursements: (Soc. Sec., WC, etc.) | | | at | | = -0- |
| | | | | Actual Loss of Support | = $42,670.28 |
| Attorney's Fees | | $ | | | |

| | |
|---|---|
| Total Funeral Expenses | -0- |
| Total Medical Expenses | -0- |

CLAIM NO. 433614 WTC

VICTIM: KEVIN DONNELLY
CLAIMANT: MARY COUGHLIN

1. Statutory Requirements: YES
2. Financial Difficulty: N/A

---

Reason for Decision:

Claimant is mutually interdependent upon a thirty-nine year old male, who was a victim of a terrorist act at the World Trade Center on September 11, 2001 in New York, New York.

After reviewing the file and the evidence submitted, I find that eligibility and jurisdiction have been established; and that the provisions of Article 22, Section 631, of the Executive Law have been complied with. The victim was an innocent victim of a crime.

Accordingly, an award is herein made and payable, pursuant to claimant's authorization dated October 22, 2001 as follows:

To:

MARY COUGHLIN $30,000.00
131 SIMONSON ROAD
MINEOLA, NEW YORK 11501
SS#: 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
(for loss of support)

**TOTAL AWARD $30,000.00**

Executive Law Section 626 (1) provides the Board may consider reimbursement for the cost of counseling for the eligible spouse, parents, step-parents, grandparents, guardians, siblings, step-siblings, children and step-children of a homicide victim. Therefore, pursuant to Executive Law Section 626 (1), claimant will be permitted to submit to the Board for consideration of payment evidence of any causally related unreimbursed counseling expense, if incurred as a direct result of the crime, after submission to any applicable health insurance coverage. The Crime Victims Board is payer of last resort.

Dated: APR 2 5 2002
Dated at Brooklyn, New York

Signed: [signature]
Charles F. Marotta
Commissioner

CFM:sa

---

**NOTICE TO CLAIMANT OR ATTORNEY**

If you are dissatisfied with the decision of the Board within thirty days after receipt of the decision, make of the Board for consideration of the decision by the grounds thereof, and should be sent to the Board at it

2 sided

**CRIME VICTIM**
**845 Central A**

citibank®

**Deposit to Day to Day Savings, Passbook Savings or Certificate of Deposit** (Please do not use for Checking, PMMA, IMMA deposits)

Date 7/22/[illegible]

☑ Day-to-Day Savings ☐ Passbook Savings* ☐ Certificate of Deposit* (Type) ________

*See Customer Service Representative

Thank You

Address 131 Simonson Rd
Mineola NY Zip 11501

ENTER ACCOUNT NUMBER - NOT NUMBER ON CITICARD. TO HELP ENSURE PROPER ACCOUNT CREDITING, PLEASE PRINT CLEARLY.

| | DOLLARS | CENTS |
|---|---|---|
| Cash | | |
| CHECKS LIST SEPARATELY 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| TOTAL $ | 30,000.— | |

*

START 8 DIGIT ACCOUNT NUMBER HERE

NYS crime victims

CUSTOMER RECEIPT WHEN VALIDATED



# New York State World Trade Center Relief Fund
## Surviving Spouse Application

WTCRF-1 (11/01)

*For office use only*

This application will be used to determine the eligibility of a claimant for receipt of an award from the New York State World Trade Center Relief Fund. This application should be filed by a surviving spouse/domestic partner of a victim of the September 11, 2001, terrorist attacks occurring at the World Trade Center. This application may be prepared by someone on behalf of a surviving spouse/domestic partner. If you are acting on their behalf, you must attach evidence of your authority to do so, such as a Power of Attorney or an affidavit explaining your authority to so act.

**All information given will be considered in reviewing this application and is subject to investigation. This information will not be used for any purposes other than for matters concerning the New York State World Trade Center Relief Fund. Any false statement on this application may be grounds for non-payment of an award and may be subject to subsequent legal action. The New York State World Trade Center Relief Fund anticipates that the survivors of the victims of the terrorist attacks may have short-term financial needs, and that awards from the Relief Fund may assist with those needs. Accordingly, please file this application as promptly as possible. Any award you may be eligible for is subject to the availability of funds.**

**Please see the *Instructions* on page 2 of this form.**

### Part I — Victim information

Last name of victim: Donnelly
First name and middle initial: Kevin W
Social security number *(if the victim had one)*:
Permanent home address *(number and street or rural route)*:
Apartment number:
City, village or post office: Mineola
State: NY
ZIP code: 11501
Date of death: 9-11-01
Mailing address - If different from Permanent home address, above *(number and street or rural route)*:
Apartment number:
City, village or post office:
State:
ZIP code:
Place of death: WTC

### Part II — Surviving spouse information

Last name: Coughlin
First name and middle initial: Mary C
Social security number *(if you have one)*:
Permanent home address *(number and street or rural route)*:
Apartment number:
Date of birth: 03-29-62
City, village or post office: Mineola
State: NY
ZIP code: 11501
Marital status at time of victim's death:
☐ Married ☐ Separated
☐ Divorced ☑ Domestic partner
Mailing address - If different from Permanent home address, above *(number and street or rural route)*:
Apartment number:
City, village or post office:
State:
ZIP code:
Phone number *(include area code)*: 516-248-3268

### Part III — Certification / signature

I certify that every statement made in this application is true, correct and complete, to the best of my knowledge, and I understand that filing a false application is a crime.

Signature: Mary C Coughlin
Date: 1/02/02
Information relating to person signing above if not surviving spouse - Print name: Domestic Partner
Social security number *(if you have one)*:
Mailing address *(number and street or rural route)*:
Apartment number:
City, village or post office: Mineola
State: NY
ZIP code: 11501
Phone number *(include area code)*: 516-248-3268

mailed 1/4/02

## Domestic Partner Affidavit

State of New York

County of Kings

**The undersigned, being duly sworn, deposes and declares as follows:**

1. Both I and Kevin Donnelly *(insert name of victim)* were eighteen years of age or older and unmarried at the time of the victim's death.
2. We were not related by blood in a manner that would bar marriage under the laws of the State of New York.
3. We were each other's sole domestic partner, had been so for at least one year prior to the date of his/her death, and intended to remain so indefinitely. We were in a relationship of mutual support, caring, and commitment, and had assumed responsibility for each other's welfare.
4. We had been living together on a continuous basis for at least one year prior to the date of his/her death and I submit proof of qualifying cohabitation *(see page 4 for proof of cohabitation)*.
5. As domestic partners, we were financially interdependent. I submit two proofs of our financial interdependence *(see page 4 for proofs of financial interdependence)*.
6. I understand that making any false statements in order to receive an award from the New York State World Trade Center Relief Fund is a crime.

| Print name of domestic partner completing affidavit | Print name of victim | |
|---|---|---|
| Mary Coughlin | Kevin Donnelly | |
| Social security number *(if you have one)* | Social security number *(if the victim had one)* | |
| Address: Mineola, NY 11501 | Date of Birth: 7-11-58 | Date of Death: 9-11-01 |
| Signature *(sign in presence of notary)* Mary Coughlin | Address: Rd. Mineola, NY 11501 | |

Sworn to before me 2nd this day of January, 2002.

NOTARY PUBLIC

DONALD W. RICHARDS
Notary Public, State of New York
No. 01RI6011202
Qualified in Kings County
Commission Expires Aug. 3, 2002



[illegible]

September 7, 2004

Mary Coughlin
[illegible]
Mineola, NY 11501

Dear Mary:

You will be pleased to learn that you have received the following scholarship assistance for the 2004 fall term on behalf of the September 11 Scholarship Alliance. School costs and other known sources of aid were used to determine the award amount.

| | |
|---|---|
| MLB - MLB Players Assoc. Freedom Scholarship | $500.00 |
| Total Award Amount | $500.00 |

Single or multiple checks made payable to you and your school are enclosed. The scholarship may be used to pay education-related expenses. The check(s) and a copy of this letter should be presented to the school where you are enrolled.

The September 11 Scholarship Alliance was formed to coordinate the delivery of scholarship assistance for post-secondary study to dependents of persons killed or permanently disabled as a direct result of the terrorist attacks in America on September 11, 2001.

Assistance is being provided to you based on attendance at an accredited two-year or four-year college, university, or vocational-technical school in the United States or other country. Please inform Scholarship America, administrator of the program, if any changes occur in your school plans. A change of school may result in an award adjustment.

For future assistance, an application must be submitted for each term. Scholarship information and forms are now available on the Internet at www.scholarship911.org.

If you have questions, please contact me toll free at (877) 862-0136 or by e-mail at scholarships911@scholarshipamerica.org .

Best wishes as you pursue your post-secondary education!

Sincerely,

Teri Campbell

Teri Campbell
Program Manager
Scholarship America

Enclosure(s)

Processed May 13

Families of Freedom
SCHOLARSHIP FUND™

*Citizens' Scholarship Foundation® of America, Inc.*
1505 Riverview Road • P.O. Box 297
St. Peter, MN 56082 • (877) 862-0136
www.familiesoffreedom.org

PLEASE DETACH BEFORE DEPOSITING
AND RETAIN FOR YOUR RECORDS

100934
100934

09/02/2004

| | |
|---|---|
| Fund: MLB - MLB Players Assoc. Freedom Scholarship | $500.00 |
| Check Amount | $500.00 |

MARY C. COUGHLIN
131 Simonson Rd
Mineola NY 11501

# SEPTEMBER 11
# SCHOLARSHIP ALLIANCE

**Alliance Members**
*Children's Aid Society*
*The Citigroup Foundation*
*Citizens' Scholarship Foundation of America*
*The Power of America Fund*
*Institute for International Education*
*International Youth Foundation*
*Polo Ralph Lauren Foundation*

**Advisory Members**
*American Jewish World Service*
*Educational Testing Services*
*Federal Emergency Management Agency*
*Jack Kent Cooke Foundation*
*National Association of Student Financial Aid Administrators*
*New York State Higher Education Services Corporation*
*Pace University*
*Safe Horizon*
*September 11th Fund*
*Silver Shield Foundation*
*Twin Towers Fund*
*United Negro College Fund*

**Scholarship Funds**
*American Heroes Fund*
*Big Ten 9-11 Scholarship Fund*
*Citigroup Relief Fund*
*Families of Freedom Scholarship Fund*
*Japan Relief Fund*
*Nokia Education Fund*
*NY KIN Scholarship Fund*
*The Power of America Fund*
*Jacke Kent Cooke Foundation Bridge to Tomorrow*

March 2, 2005

Mary Coughlin

Mineola, NY 11501

Dear Mary:

You will be pleased to learn that you have received the following scholarship assistance for the 2005 spring term on behalf of the September 11 Scholarship Alliance. School costs and other known sources of aid were used to determine the award amount.

| | |
|---|---|
| MLB-MLB Players Assoc. Freedom Scholarship | $500.00 |
| Total Award Amount | $500.00 |

Single or multiple checks made payable to you and your school are enclosed. The scholarship may be used to pay education-related expenses. The check(s) and a copy of this letter should be presented to the school where you are enrolled.

The September 11 Scholarship Alliance was formed to coordinate the delivery of scholarship assistance for post-secondary study to dependents of persons killed or permanently disabled as a direct result of the terrorist attacks in America on September 11, 2001.

Assistance is being provided to you based on attendance at an accredited two-year or four-year college, university, or vocational-technical school in the United States or other country. Please inform Scholarship America, administrator of the program, if any changes occur in your school plans. A change of school may result in an award adjustment.

For future assistance, an application must be submitted for each term. Scholarship information and forms are now available on the Internet at www.scholarship911.org.

If you have questions, please contact me toll free at (877) 862-0136 or by e-mail at scholarships911@scholarshipamerica.org .

Best wishes as you pursue your post-secondary education!

Sincerely,

Teri Campbell

Teri Campbell
Program Manager
Scholarship America

Enclosure(s)

*Citizens' Scholarship Foundation of America, Inc., 1505 Riverview Road, P.O. Box 297, Saint Peter, MN 56082*
*Phone: 877-862-0136 • Fax: 507-931-8924 • E-mail: scholarships911@csfa.org • www.scholarships911.org*

Families of Freedom
SCHOLARSHIP FUND™

Citizens' Scholarship Foundation® of America, Inc.
1505 Riverview Road • P.O. Box 297
St. Peter, MN 56082 • (877) 862-0136
www.familiesoffreedom.org

PLEASE DETACH BEFORE DEPOSITING
AND RETAIN FOR YOUR RECORDS

101183

03/02/2005

Fund: MLB-MLB Players Assoc. Freedom Scholarship $500.00
Check Amount $500.00

MARY C. COUGHLIN
131 Simonson Rd
Mineola NY 11501

Spring '05

# SEPTEMBER 11 SCHOLARSHIP ALLIANCE

**Alliance Members**
*Children's Aid Society*
*Citigroup Foundation*
*Scholarship America*
*DaimlerChrysler Corporation Fund*
*The Power of America Fund*
*Institute for International Education*
*International Youth Foundation*
*Polo Ralph Lauren Foundation*
*The Scottish Rite Foundation, Southern Jurisdiction, U.S.A. Inc.*

**Advisory Members**
*American Jewish World Service*
*Educational Testing Services*
*Federal Emergency Management Agency*
*Jack Kent Cooke Foundation*
*National Association of Student Financial Aid Administrators*
*New York State Higher Education Services Corporation*
*Pace University*
*Safe Horizon*
*September 11th Fund*
*Silver Shield Foundation*
*Twin Towers Fund*
*United Negro College Fund*

**Scholarship Funds**
*Benjamin Moore & Company Heroes of Freedom Fund*
*Big Ten 9-11 Scholarship Fund*
*Biogen Legacy Fund*
*Citigroup Relief Fund*
*DaimlerChrysler Help the Children Fund*
*DuPont Scholarship Fund*
*Families of Freedom Scholarship Fund*
*Hyogo Prefecture Friendship Fund*
*Japan Relief Fund*
*Major League Baseball - Major League Baseball Players Association Freedom Scholarship Fund*
*MBS Mega Scholarship Fund*
*National Automobile Dealers Charitable Foundation Survivors Relief Fund*
*NCAA 9-11 Scholarships*
*Nokia Education Fund*
*NY KIN Scholarship Fund*
*PeopleSoft Scholarship Fund*
*PGA TOUR 9-11 Scholarship Fund*
*Polo Ralph Lauren Foundation American Heroes Fund*
*The Power of America Fund*
*Scottish Rite National Disaster Relief Scholarship Fund*

August 5, 2005

Mary Coughlin
Mineola, NY 11501

Dear Mary:

You will be pleased to learn that you have received the following scholarship assistance for the 2005 summer term on behalf of the September 11 Scholarship Alliance. School costs and other known sources of aid were used to determine the award amount.

| | |
|---|---|
| Benjamin Moore & Company Heroes of Freedom Fund | $2,500.00 |
| Total Award Amount | $2,500.00 |

Single or multiple checks made payable to you and your school are enclosed. The scholarship may be used to pay education-related expenses. The check(s) and a copy of this letter should be presented to the school where you are enrolled.

The September 11 Scholarship Alliance was formed to coordinate the delivery of scholarship assistance for post-secondary study to dependents of persons killed or permanently disabled as a direct result of the terrorist attacks in America on September 11, 2001.

Assistance is being provided to you based on attendance at an accredited two-year or four-year college, university, or vocational-technical school in the United States or other country. Please inform Scholarship America, administrator of the program, if any changes occur in your school plans. A change of school may result in an award adjustment.

For future assistance, an application must be submitted for each term. Scholarship information and forms are now available on the Internet at www.scholarship911.org.

If you have questions, please contact me toll free at (877) 862-0136 or by e-mail at scholarships911@scholarshipamerica.org .

Best wishes as you pursue your post-secondary education!

Sincerely,

Teri Campbell
Program Manager
Scholarship America

Enclosure(s)

*Scholarship America, One Scholarship Way, P.O. Box 297, Saint Peter, MN 56082*
*Phone: 877-862-0136 • Fax: 507-931-8924 • E-mail: scholarships911@scholarshipamerica.org • www.scholarships911.org*

**Hunter College**

To: COUGHLIN, MARY

Check Date: 9/29/2005
Check Number: 681760

Families of Freedom

| Invoice Number | Date | Description | Amount | Discount | Net Amount |
|---|---|---|---|---|---|
| | 9/29/2005 | | $2,500.00 | | $2,500.00 |
| | | Direct Disbursement Totals | **$2,500.00** | | **$2,500.00** |

Reimbursement for summer '05

Families of Freedom
SCHOLARSHIP FUND™

*Citizens' Scholarship Foundation® of America, Inc.*
1505 Riverview Road • P.O. Box 297
St. Peter, MN 56082 • (877) 862-0136
www.familiesoffreedom.org

PLEASE DETACH BEFORE DEPOSITING
AND RETAIN FOR YOUR RECORDS

101269

08/05/2005

Fund: Benjamin Moore & Company Heroes of Freedom Fund $2,500.00
Check Amount $2,500.00

summer '05

MARY C. COUGHLIN
Mineola NY 11501



# Families of Freedom

SCHOLARSHIP FUND®

*September 11 Scholarship Alliance funds are administered through the Families of Freedom Scholarship Fund.*

December 13, 2005

Mary Coughlin
[illegible]
Mineola, NY 11501

Dear Mary:

You will be pleased to learn that you have received the following scholarship assistance for the 2005 fall term on behalf of the September 11 Scholarship Alliance. School costs and other known sources of aid were used to determine the award amount.

| | |
|---|---|
| MLB-MLB Players Assoc. Freedom Scholarship | $5,300.00 |
| Total Award Amount | $5,300.00 |

Single or multiple checks made payable to you and your school are enclosed. The scholarship may be used to pay education-related expenses. The check(s) and a copy of this letter should be presented to the school where you are enrolled.

The September 11 Scholarship Alliance was formed to coordinate the delivery of scholarship assistance for post-secondary study to dependents of persons killed or permanently disabled as a direct result of the terrorist attacks in America on September 11, 2001.

Assistance is being provided to you based on attendance at an accredited two-year or four-year college, university, or vocational-technical school in the United States or other country. Please inform Scholarship America, administrator of the program, if any changes occur in your school plans. A change of school may result in an award adjustment.

For future assistance, an application must be submitted for each term. Scholarship information and forms are now available on the Internet at www.scholarship911.org.

If you have questions, please contact me toll free at (877) 862-0136 or by e-mail at scholarships911@scholarshipamerica.org .

Best wishes as you pursue your post-secondary education!

Sincerely,

Teri Campbell
Program Manager
Scholarship America

Enclosure(s)

ScholarshipAmerica®

Families of Freedom
SCHOLARSHIP FUND™

*Citizens' Scholarship Foundation® of America, Inc.*
1505 Riverview Road • P.O. Box 297
St. Peter, MN 56082 • (877) 862-0136
www.familiesoffreedom.org

PLEASE DETACH BEFORE DEPOSITING
AND RETAIN FOR YOUR RECORDS

101526
101526

12/13/2005

Fund: MLB-MLB Players Assoc. Freedom Scholarship $5,300.00
Check Amount $5,300.00

Brought To Bursar 1/10/06

For Fall '05 term

MARY C. COUGHLIN
Mineola NY 11501



# Families of Freedom

SCHOLARSHIP FUND®

*September 11 Scholarship Alliance funds are administered through the Families of Freedom Scholarship Fund.*

May 11, 2006

Mary Coughlin
1? Simons
Mineola, NY 11501

Dear Mary:

You will be pleased to learn that you have received the following scholarship assistance for the 2006 spring term on behalf of the September 11 Scholarship Alliance. School costs and other known sources of aid were used to determine the award amount.

| | |
|---|---|
| MLB-MLB Players Assoc Freedom Scholarship Fund | $5,300.00 |
| Total Award Amount | $5,300.00 |

Single or multiple checks made payable to you and your school are enclosed. The scholarship may be used to pay education-related expenses. The check(s) and a copy of this letter should be presented to the school where you are enrolled.

The September 11 Scholarship Alliance was formed to coordinate the delivery of scholarship assistance for post-secondary study to dependents of persons killed or permanently disabled as a direct result of the terrorist attacks in America on September 11, 2001.

Assistance is being provided to you based on attendance at an accredited two-year or four-year college, university, or vocational-technical school in the United States or other country. Please inform Scholarship America, administrator of the program, if any changes occur in your school plans. A change of school may result in an award adjustment.

For future assistance, an application must be submitted for each term. Scholarship information and forms are now available on the Internet at www.scholarship911.org.

If you have questions, please contact me toll free at (877) 862-0136 or by e-mail at scholarships911@scholarshipamerica.org .

Best wishes as you pursue your post-secondary education!

Sincerely,

Teri Campbell
Program Manager
Scholarship America

Enclosure(s)

ScholarshipAmerica

Families of Freedom
SCHOLARSHIP FUND™

*Citizens' Scholarship Foundation® of America, Inc.*
1505 Riverview Road • P.O. Box 297
St. Peter, MN 56082 • (877) 862-0136
www.familiesoffreedom.org

PLEASE DETACH BEFORE DEPOSITING
AND RETAIN FOR YOUR RECORDS

1020[illegible]
102015

08/07/2006

Fund: MLB-MLB Players Assoc Freedom Scholarship Fund $1,800.00
Check Amount $1,800.00

MARY C. COUGHLIN
Mineola NY 11501



# Families of Freedom

SCHOLARSHIP FUND®

*September 11 Scholarship Alliance funds are administered through the Families of Freedom Scholarship Fund.*

August 7, 2006

Mary Coughlin

Mineola, NY 11501

Dear Mary:

You will be pleased to learn that you have received the following scholarship assistance for the 2006 summer term on behalf of the September 11 Scholarship Alliance. School costs and other known sources of aid were used to determine the award amount.

| | |
|---|---|
| MLB-MLB Players Assoc Freedom Scholarship Fund | $1,800.00 |
| Total Award Amount | $1,800.00 |

Single or multiple checks made payable to you and your school are enclosed. The scholarship may be used to pay education-related expenses. The check(s) and a copy of this letter should be presented to the school where you are enrolled.

The September 11 Scholarship Alliance was formed to coordinate the delivery of scholarship assistance for post-secondary study to dependents of persons killed or permanently disabled as a direct result of the terrorist attacks in America on September 11, 2001.

Assistance is being provided to you based on attendance at an accredited two-year or four-year college, university, or vocational-technical school in the United States or other country. Please inform Scholarship America, administrator of the program, if any changes occur in your school plans. A change of school may result in an award adjustment.

For future assistance, an application must be submitted for each term. Scholarship information and forms are now available on the Internet at www.scholarship911.org.

If you have questions, please contact me toll free at (877) 862-0136 or by e-mail at scholarships911@scholarshipamerica.org .

Best wishes as you pursue your post-secondary education!

Sincerely,

Teri Campbell
Program Manager
Scholarship America

Enclosure(s)

ScholarshipAmerica

-001-1-01

Primary Account Number

April Rent

CHECK # 1856 $834.00 PAID 03/30

CHECK # 1861 $127.34 PAID 03/21

CHECK # 1863 $250.00 PAID 03/23

CHECK # 1864 $31.40 PAID 03/28

CHECK # 1865 $28.00 PAID 04/14

CHECK # 1866 $966.71 PAID 04/13

CHECK # 1867 $758.39 PAID 04/13

CHECK # 1868 $1,426.45 PAID 04/14

CHECK # 1869 $250.00 PAID 04/14

CHECK # 1870 $34.69 PAID 04/13

CHECK # 1871 $200.00 PAID 04/18

CHECK # 1872 $200.00 PAID 04/18

CHASE

April 21 - May 18, 2000
Page 5 of 5

-001-1-01

Primary Account Number:

MAY NEY

KEVIN W. DONNELLY 1873 4/10/00 Pay to the order of Angie M. Cullin $1,030.20 [illegible] Thousand and Thirty 20/100 Dollars CHASE [illegible] 1873 /0000103020/

CHECK # 1873 $1,030.20 PAID 04/25

KEVIN W. DONNELLY 1874 4/10/00 Pay to the order of Long Island Power [illegible] $375.17 Three Hundred and Seventy Five 17/100 Dollars CHASE Memo [illegible] 3/21 1874 /0000037517/

CHECK # 1874 $375.17 PAID 04/26

KEVIN W. DONNELLY 1875 4/10/00 Pay to the order of Mary Coughlin $816.00 Eight Hundred and Sixteen Dollars CHASE Memo [illegible] 1875 /0000081600/

CHECK # 1875 $816.00 PAID 04/25

KEVIN W. DONNELLY 1876 4/10/00 Pay to the order of Mary Coughlin $147.00 [illegible] Hundred and Forty Seven Dollars CHASE Memo [illegible] 1876 /0000014700/

CHECK # 1876 $147.00 PAID 04/25

KEVIN W. DONNELLY 1877 4/24/00 Pay to the order of Mary Coughlin $884.00 Eight Hundred and Eighty Four Dollars CHASE Memo St. Thomas 1877 /0000088400/

CHECK # 1877 $884.00 PAID 04/25

KEVIN W. DONNELLY 1878 5/2/00 Pay to the order of Bell Atlantic $18.38 Eighteen Dollars and 38/100 CHASE Memo 516-756-5402 1878 /0000001838/

CHECK # 1878 $18.38 PAID 05/09

KEVIN W. DONNELLY 1879 5/2/00 Pay to the order of Garbage Trash Service $54.25 Fifty Four dollars + 25/100 Dollars CHASE Memo [illegible] 4/1 1879 /0000005425/

CHECK # 1879 $54.25 PAID 05/09

KEVIN W. DONNELLY 1880 5/3/00 Pay to the order of Chase Gold Visa $813.70 Eight Hundred and Thirteen 70/100 Dollars CHASE Memo [illegible] 1880 /0000081370/

CHECK # 1880 $813.70 PAID 05/09

KEVIN W. DONNELLY 1881 5/8/00 Pay to the order of Jones Fund $200.00 Two Hundred Dollars CHASE Memo [illegible] 1881 /0000020000/

CHECK # 1881 $200.00 PAID 05/17

KEVIN W. DONNELLY 1882 5/8/00 Pay to the order of Jones Fund $200.00 Two Hundred Dollars CHASE 1882 /0000020000/

KEVIN W. DONNELLY 1883 5/8/00 Pay to the order of Bell Atlantic $12.91 Twelve Dollars + 91/100 Dollars CHASE Memo 212-945-2344 1883 /0000001291/

KEVIN W. DONNELLY 1885 5/10/00 Pay to the order of North American Mortgage $1,426.45 [illegible] Hundred and Twenty Six 45/100 Dollars CHASE Memo 2825210 1885 /0000142645/

CHASE

May 19 - June 20, 2000
Page 6 of 6

-001-1-01

Primary Account Number

| CHECK # | AMOUNT | PAID |
|---|---|---|
| 1884 | $126.00 | PAID 05/23 |
| 1887 | $815.00 | PAID 05/26 |
| 1889 | $8,000.00 | PAID 05/22 |
| 1890 | $65.00 | PAID 06/19 |
| 1891 | $5.21 | PAID 06/06 |
| 1892 | $12.57 | PAID 06/06 |
| 1893 | $86.00 | PAID 06/14 |
| 1894 | $10.41 | PAID 06/14 |
| 1895 | $922.43 | PAID 06/14 |
| 1897 | $54.25 | PAID 06/13 |
| 1898 | $1,426.45 | PAID 06/13 |
| 1899 | $250.00 | PAID 06/13 |
| 1900 | $966.71 | PAID 06/20 |

-001-1-01 Primary Account Number



CHECK # 1896 $15.00 PAID 06/23
CHECK # 1902 $65.00 PAID 06/23
CHECK # 1903 $40.00 PAID 06/23
CHECK # 1904 $200.00 PAID 06/26
CHECK # 1905 $200.00 PAID 06/26
CHECK # 1906 $13.51 PAID 06/23
CHECK # 1907 $11.96 PAID 06/22
CHECK # 1908 $257.00 PAID 07/10
CHECK # 1909 $54.25 PAID 07/14
CHECK # 1910 $12.54 PAID 07/13
CHECK # 1911 $1,426.45 PAID 07/14
CHECK # 1912 $260.00 PAID 07/14
CHECK # 1913 $1,385.94 PAID 07/13
CHECK # 1914 $832.85 PAID 07/14
CHECK # 1915 $790.00 PAID 07/20
CHECK # 1916 $200.00 PAID 07/14
CHECK # 1917 $200.00 PAID 07/14
CHECK # 1918 $966.71 PAID 07/17

:0- -001-1-01

Primary Account Numbe



ECK # 1901 $790.00 PAID 07/10



CHECK # 1920 $60.00 PAID 07/21

-001-1-01 Primary Account Number

CHECK # 1921 $790.00 PAID 07/28

CHECK # 1922 $55.00 PAID 07/31

CHECK # 1923 $13.60 PAID 08/01

CHECK # 1924 $966.71 PAID 08/02

CHECK # 1927 $54.25 PAID 08/09

CHECK # 1928 $15.05 PAID 08/08

CHECK # 1929 $200.00 PAID 08/10

CHECK # 1930 $200.00 PAID 08/10

CHECK # 1931 $1,426.45 PAID 08/15

CHECK # 1932 $500.00 PAID 08/15

CHECK # 1933 $829.65 PAID 08/14

CHASE

August 19 - September 21, 2000
Page 5 of 5

-001-1-01

Primary Account Numbe

| Check # | Amount | Paid |
|---|---|---|
| 1925 | $200.00 | PAID 08/21 |
| CHECK # 1926 | $790.00 | PAID 08/30 |
| CHECK # 1934 | $16.74 | PAID 08/22 |
| # 1935 | $250.00 | PAID 08/22 |
| CHECK # 1936 | $1,415.20 | PAID 09/12 |
| CHECK # 1937 | $260.00 | PAID 09/12 |
| # 1938 | $28.76 | PAID 09/08 |
| CHECK # 1939 | $14.09 | PAID 09/08 |
| CHECK # 1940 | $5.21 | PAID 09/11 |
| # 1943 | $1,626.70 | PAID 09/14 |
| CHECK # 1944 | $966.71 | PAID 09/15 |
| CHECK # 1945 | $50.00 | PAID 09/20 |

CHASE

September 22 - October 20, 2000
Page 5 of 5

-001-1-01

Primary Account Number

| Check # | Amount | Paid |
|---|---|---|
| 1941 | $431.00 | PAID 10/10 |
| 1942 | $790.00 | PAID 10/10 |
| 1946 | $124.43 | PAID 09/26 |
| 1947 | $200.00 | PAID 09/22 |
| 1948 | $200.00 | PAID 09/22 |
| 1949 | $1,250.00 | PAID 10/11 |
| 1950 | $15.33 | PAID 09/29 |
| 1951 | $966.71 | PAID 10/04 |
| 1952 | $1,415.20 | PAID 10/06 |
| 1953 | $260.00 | PAID 10/06 |
| 1954 | $200.00 | PAID 10/10 |
| 1955 | $200.00 | PAID 10/10 |
| 1956 | $4,130.09 | PAID 10/06 |
| 1957 | $13.61 | PAID 10/11 |
| 1958 | $804.00 | PAID 10/10 |
| 1959 | $135.63 | PAID 10/11 |

CHASE

October 21 - November 20, 2000
Page 6 of 6

-001-1-01

Primary Account Number:

| CHECK # | Amount |
|---|---|
| 1960 | $830.00 PAID 10/27 |
| 1961 | $125.00 PAID 10/27 |
| 1962 | $13.37 PAID 10/31 |
| 1963 | $987.45 PAID 11/06 |
| 1964 | $17.03 PAID 11/09 |
| 1965 | $55.00 PAID 11/09 |
| 1966 | $200.00 PAID 11/14 |
| 1967 | $200.00 PAID 11/14 |
| 1968 | $368.47 PAID 11/10 |
| 1969 | $1,415.20 PAID 11/10 |
| 1970 | $275.00 PAID 11/10 |
| 1971 | $1,004.37 PAID 11/17 |
| 1973 | $200.00 PAID 11/16 |
| 1974 | $54.25 PAID 11/15 |

CHASE

November 21 - December 20, 2000
Page  5 of  5

-001-1-01

Primary Account Number

1972    $830.00 PAID 12/08

CHECK #  1975    $27.13 PAID 12/01

CHECK #  1976    $43.00 PAID 12/13

1977    $1,149.83 PAID 12/12

CHECK #  1978    $1,415.20 PAID 12/12

CHECK #  1979    $300.00 PAID 12/12

#  1980    $403.55 PAID 12/11

CHECK #  1981    $13.64 PAID 12/11

CHECK #  1983    $200.00 PAID 12/19

#  1984    $200.00 PAID 12/19

CHECK #  1985    $14.01 PAID 12/20

CHECK #  1986    $13.31 PAID 12/20

CHASE

December 21 - January 22, 2001
Page 5 of 5

-001-1-01

Primary Account Numbe

# 1982 $830.00 PAID 01/08

CHECK # 1987 $5.00 PAID 01/05

CHECK # 1988 $223.08 PAID 01/04

# 1989 $150.00 PAID 01/04

CHECK # 1990 $1,415.20 PAID 01/09

CHECK # 1991 $250.00 PAID 01/09

# 1992 $987.45 PAID 01/09

CHECK # 1993 $123.12 PAID 01/08

CHECK # 1994 $200.00 PAID 01/10

K # 1995 $200.00 PAID 01/10

CHECK # 1996 $13.55 PAID 01/09

CHASE

February 22 - March 20, 2001
Page 5 of 5

-001-1-01

Primary Account Number

| CHECK # | AMOUNT | PAID |
|---|---|---|
| 1997 | $830.00 | PAID 03/06 |
| 1998 | $1,176.82 | PAID 03/06 |
| 2010 | $18.00 | PAID 02/22 |
| 2012 | $12.74 | PAID 02/26 |
| 2013 | $830.00 | PAID 03/06 |
| 2014 | $1,043.23 | PAID 03/09 |
| 2016 | $1,428.24 | PAID 03/08 |
| 2017 | $1,415.20 | PAID 03/09 |
| 2018 | $300.00 | PAID 03/09 |
| 2019 | $830.00 | PAID 03/06 |
| 2020 | $250.00 | PAID 03/19 |
| 2021 | $13.34 | PAID 03/13 |
| 2022 | $200.00 | PAID 03/20 |
| 2023 | $200.00 | PAID 03/20 |

HASE

April 20 - May 18, 2001
Page 4 of 4

-001-1-01

Primary Account Number



2030   $830.00 PAID 05/09

CHECK #  2031    $200.00 PAID 04/27

CHECK #  2039    $1,043.23 PAID 05/04

2040   $830.00 PAID 05/09

CHECK #  2042    $1,439.80 PAID 05/11

CHECK #  2043    $300.00 PAID 05/11

#  2044    $1,385.88 PAID 05/14

CHECK #  2045    $13.46 PAID 05/10

CHECK #  2046    $65.10 PAID 05/14

CHASE

June 21 - July 20, 2001
Page 5 of 5

-001-1-01

Primary Account Number

CHECK # 2059 $125.00 PAID 06/22

CHECK # 2060 $100.00 PAID 07/06

CHECK # 2101 $100.00 PAID 07/11

CHECK # 2102 $200.00 PAID 07/03

CHECK # 2105 $1,439.80 PAID 07/12

CHECK # 2106 $300.00 PAID 07/12

CHECK # 2107 $865.66 PAID 07/17

CHECK # 2108 $65.10 PAID 07/12

CHECK # 2109 $990.69 PAID 07/11

CHECK # 2110 $14.40 PAID 07/11

CHECK # 2111 $1,040.95 PAID 07/16

CHASE

August 21 - September 21, 2001
Page 5 of 5

Primary Account Number:

-001-1-01

# 2103 $960.00 PAID 08/22

CHECK # 2104 $938.00 PAID 08/22

CHECK # 2122 $1.20 PAID 08/27

# 2123 $837.00 PAID 08/22

CHECK # 2124 $2,278.50 PAID 08/28

CHECK # 2125 $244.13 PAID 08/29

K # 2126 $1,004.07 PAID 09/10

CHECK # 2127 $925.00 PAID 09/21

CHECK # 2128 $15.83 PAID 09/19

CK # 2130 $3,800.00 PAID 09/18

CHECK # 2131 $3,800.00 PAID 09/20

CHECK # 2132 $3,800.00 PAID 09/20

CK # 2134 $841.00 PAID 09/20