# EXHIBIT I

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br><br> ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

Declaration of MARGARET E. CRUZ

I, MARGARET E. CRUZ, hereby declare under penalty of perjury as follows:

1. I am 60 years old and reside in Pomona, New York.

2. I was the domestic partner of Patricia A. McAneney who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York where she worked for Guy Carpenter and Co.

3. At the time of her death on September 11, 2001, Patricia McAneney and I had been cohabitating for a total of approximately sixteen years.

4. We were together as life partners in the role of spouse in each other's life until such time as marriage would have been legal and permitted in New York.

5. We lived for each other every day. We cooked together, vacationed together, shopped together, woke up each morning together, and lived in every other way like a married couple.

6. Patricia and I named each other as beneficiaries on our respective life insurance policies. After her death on September 11, 2001, I received the proceeds from her life insurance policy.

7. Patricia and I named each other as beneficiary on our respective investment accounts – specifically our Janus Henderson (formally known as Janus Funds) accounts. To this day, I continue to manage those accounts.

8. Since her death on September 11, 2001, I have been receiving New York State Workers' Compensation surviving spouse benefits.

9. Patricia and I shared all household expenses and responsibilities equally.

10. In my will Patricia was named as the Executrix of my estate. Patricia would not execute a will because she was superstitious and feared it tempted fate to execute a will.

11. Patricia and I made all major decisions in our life together and we had plans for our future together.

12. The only thing that we did not share was marriage, but we fully intended to get married if New York law would have allowed us to do so.

13. The September 11, 2001 terrorist attacks destroyed the life Patricia and I built together, and I will never be the same after losing her.

14. Patricia was my spouse in all ways but name.

Date: 8/28/2019

Margaret E. Cruz