# EXHIBIT K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF WILLIAM G. DIETRICH

I, WILLIAM G. DIETRICH, hereby declare under penalty of perjury:

1. I am currently 68 years of age and reside in Peapack, New Jersey

2. I was the fiancée of Karen Lynn Seymour who was killed in the September 11, 2001 terrorist attacks at the World Trade Center in New York where she was working for the ETC division of Garban Intercapital.

3. At the time of her death, Karen L. Seymour and I had been living together as husband and wife for approximately eleven years.

4. At the time of her death, Karen L. Seymour and I were living with our two children in the home that we purchased together for our family. (See attached Deed dated January 26, 2000).

5. Prior to her death, Karen L. Seymour and I had agreed to be married to each other.

6. At the time of her death on September 11, 2001, Karen L. Seymour was wearing an engagement ring and a wedding band that I had given her.

7. Karen L. Seymour and I had two children together.

8. During our life together, Karen L. Seymour and I comingled all our assets, including our bank savings account. (See attached Millington Savings Bank Account Summary).

9. On September 11, 2001, Karen L. Seymour died intestate. I was issued Letters of Administration authorizing me to administer her estate. (See attached Letters of Administration.)

10. At the time of her death, Karen L. Seymour and I were very much in love and intended to spend the rest of our lives together raising our children and growing old together.

11. At the time of her death, Karen L. Seymour and I depended on each other for financial, spiritual and emotional support.

12. The September 11, 2001 terrorist attacks destroyed the life that Karen Seymour and I had built together, and my life will never be the same after losing her.

13. At the time of her death, Karen Seymour was my spouse in all ways except in name.

I declare under penalty of perjury the foregoing is true and correct.

Date: 8/1/19

_____
William G. Dietrich

SK


008318

ORIGINAL
RECEIVED

DEED - BARGAIN AND SALE (Covenant as to Grantor's Act) IND. TO IND. OR CORP. - Plain Language

2000 JAN 31  P 2: 39

# DEED

JOAN BRAMHALL
MORRIS CO. CLERK

This Deed is made on January 26, 2000

    **BETWEEN**

    **JOSEPH W. TIMKO, TRUSTEE UNDER A TRUST AGREEMENT DATED JANUARY, 1994,** whose address is **13 Dogwood Terrace, Millington New Jersey  07946,** referred to as the GRANTOR,

    **AND**

    **WILLIAM G. DIETRICH AND KAREN L. SEYMOUR, NOT MARRIED TO EACH OTHER,** whose address is about to be **13 Dogwood Terrace, Millington New Jersey  07946,** referred to as the GRANTEE.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

    **TRANSFER OF OWNERSHIP.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of **Six Hundred Fifty Thousand Dollars and No Cents ($650,000.00).** The Grantor acknowledges receipt of this money.

    **TAX MAP REFERENCE.** (N.J.S.A. 46:15-2.1) Municipality of **Township of Long Hill.**

    **Block No. 134**    **Lot No. 18**

    **PROPERTY.** The property consists of the land and all the buildings and structures on the land in **Township of Long Hill, County of Morris and State of New Jersey.** The legal description is:

**SEE SCHEDULE A ATTACHED HERETO AND MADE A PART HEREOF.**

**STREET ADDRESS RECITAL.** Being commonly designated as **13 Dogwood Terrace, Millington New Jersey 07946.**

PREPARED BY:

_____
DOUGLAS M. D'ALESSANDRO, ESQ.

COUNTY OF MORRIS
Consideration _____ 650,000
Base Tax _____ 2,275.00
Additional Tax _____ 750.00
REALTY TRANSFER FEE _____ 3,025.00  Hok
Date _____ 1-31-00 _____ By SK
RECORDING FEE _____ 2200  pdck

DB5128 P259

FIDELITY NATIONAL TITLE INSURANCE COMPANY

SCHEDULE A

ITEM 4

DESCRIPTION			LA 16,294

Situate in the Township of Long Hill, County of Morris and the State of New Jersey.

Being known and designated as Lot 18 in Block 134 as shown and laid out on a certain map entitled "Map of Skyline Ridge at Millington, Section 3, situated in Passaic Township, Morris County, New Jersey" which map was filed in the Morris County Clerk's Office on January 12, 1972 as Map No. 3190.

For Information Only: Being known as Lot 18 Block 134 on the Official Tax Map of the Township of Long Hill and commonly called 13 Dogwood Terrace.

DB5128 P260

**TITLE RECITAL.** Being the same premises conveyed to the Grantor herein by Deed of Joseph W. Timko, married, dated January 21, 1994 and recorded in the Morris County Clerk's Office on February 14, 1994 in Deed Book 3922 at Page 180; the same premises having been conveyed to Joseph W. Timko, married by Deed of Joseph W. Timko and Ellen L. Timko, his wife, dated January 21, 1994 and recorded in the office of the Morris County Clerk in Deed Book 3922 at Page 177; the same premises having been conveyed to Joseph W. Timko and Ellen L. Timko, his wife by Deed of Sky Line Ridge, Inc. dated July 3, 1973 and recorded July 9, 1973 in the office of the Morris County Clerk in Deed Book 2259 at page 404.,

**EASEMENTS AND RESTRICTIONS.** This conveyance is made subject to easements and restrictions of record, if any, such statement of facts as an accurate survey may disclose and to applicable zoning ordinances.

**PROMISES BY GRANTORS.** The Grantor promises that the Grantor has done no act to encumber this property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**SIGNATURES.** The Grantor signs this Deed as of the date at the top of the first page.

Witnessed by:

_____     _____
DOUGLAS M. D'ALESSANDRO                      JOSEPH W. TIMKO, TRUSTEE
Attorney at Law of New Jersey

STATE OF NEW JERSEY, COUNTY OF SOMERSET         SS.:

I CERTIFY that on **January 26, 2000**
**JOSEPH W. TIMKO, TRUSTEE**

personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person):
a) are named in and personally signed this Deed;
b) signed, sealed and delivered this Deed as his or her act and deed; and
c) made this Deed for **$650,000.00** as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

_____
DOUGLAS M. D'ALESSANDRO
Attorney at Law of New Jersey

---

**DEED**

JOSEPH W. TIMKO, TRUSTEE UNDER A
TRUST AGREEMENT DATED
JANUARY, 1994, GRANTOR

TO

WILLIAM G. DIETRICH AND KAREN L.
SEYMOUR, NOT MARRIED TO EACH
OTHER, GRANTEE

DATED: January 26, 2000

**RECORD AND RETURN TO:**

CHARLES A. STRENK, ESQ.
KIERNAN & STRENK, ESQS.
13 PINE STREET
P.O. BOX 1127
MORRISTOWN, NJ 07962

DMD - \\Dd01\wpold\Realestate\Pending Docs\TIMKO SALE DOCUMENTS.doc

END OF DOCUMENT

DB5128 P261

```
                MILLINGTON SAVINGS BANK        | ACCOUNT SUMMARY |
                1902 LONG HILL ROAD
                MILLINGTON, N.J.  07946
```

```
           2035 001
                                              PAGE        1 OF   2
      WILLIAM  DIETRICH                       STATEMENT PERIOD
      KAREN SEYMOUR                           FROM        10/16/00
                                              THRU        11/15/00

                                              ENCLOSURES         16
```

------------------------- NEW CHECKING -------------------------

```
ACCOUNT NBR DD    [        ]     BEGINNING BALANCE      $3,926.77
AVG BALANCE        $4,532.66     DEPOSITS/CREDITS      $14,000.00
TAX ID NUMBER     [        ]     INTEREST PAID              $7.30
YTD INTEREST         $385.47     CHECKS/DEBITS         $17,820.33-
YTD WITHHOLDING         $.00     SERVICE CHARGES             $.00
                                 ENDING BALANCE           $113.74
                                 # DEPOSITS/CREDITS            3
                                 # CHECKS/DEBITS              16


DATE       DESCRIPTION                    AMOUNT         BALANCE

10/16  BEGINNING BALANCE                                $3,926.77
10/20  CK#       152                      49.99-         3,876.78
10/21  DEPOSIT-CASH                    8,000.00         11,876.78
10/21  CK#       165                   2,524.00-         9,352.78
10/24  CK#       162                      90.00-         9,262.78
10/24  CK#       164                      90.00-         9,172.78
10/25  CK#       163                   1,500.00-         7,672.78
10/30  DEPOSIT-CASH                    6,000.00         13,672.78
10/30  CK#       167                     500.00-        13,172.78
10/30  CK#       169                   1,380.00-        11,792.78
11/01  CK#       166                   3,177.60-         8,615.18
11/01  CK#       171                   4,000.67-         4,614.51
11/02  CK#       170                   1,850.00-         2,764.51
11/03  CK#       173                     493.52-         2,270.99
11/09  CK#       168                      90.00-         2,180.99
11/09  CK#       172                      90.00-         2,090.99
11/09  CK#       176                      90.00-         2,000.99
11/09  CK#       174                     298.55-         1,702.44
11/09  CK#       175                   1,596.00-           106.44
11/15  CREDIT-INTEREST                     7.30            113.74
11/15  ENDING BALANCE                                     $113.74
```

                         CHECK REGISTER

```
   CHECK#   DATE      AMOUNT        CHECK#   DATE         AMOUNT

     152   10/20       49.99         162*   10/24          90.00
```

MILLINGTON SAVINGS BANK
1902 LONG HILL ROAD
MILLINGTON, N.J.  07946

**ACCOUNT SUMMARY**

2035 001

WILLIAM DIETRICH
KAREN SEYMOUR

PAGE
STATEMENT PERIOD
FROM          10/16/00
THRU          11/15/00

## CHECK REGISTER

| CHECK# | DATE  | AMOUNT   | CHECK# | DATE  | AMOUNT   |
|--------|-------|----------|--------|-------|----------|
| 163    | 10/25 | 1,500.00 | 170    | 11/02 | 1,850.00 |
| 164    | 10/24 | 90.00    | 171    | 11/01 | 4,000.67 |
| 165    | 10/21 | 2,524.00 | 172    | 11/09 | 90.00    |
| 166    | 11/01 | 3,177.60 | 173    | 11/03 | 493.52   |
| 167    | 10/30 | 500.00   | 174    | 11/09 | 298.55   |
| 168    | 11/09 | 90.00    | 175    | 11/09 | 1,596.00 |
| 169    | 10/30 | 1,380.00 | 176    | 11/09 | 90.00    |

* INDICATES NON-CONSECUTIVE CHECK NUMBER(S)

ANNUAL PERCENTAGE YIELD EARNED (APY-E)          1.91%
INTEREST EARNED THIS STATEMENT PERIOD           $7.30

HAVE YOU USED MILLINGTON SAVINGS BANKS
ONLINE BANKING?

LOOK UP BALANCES - TRANSFER FUNDS - REVIEW TRANSACTIONS
PAY BILLS ONLINE
WWW.MILLINGTONSB.COM

## Morris County Surrogate's Court

John Pecoraro
*Surrogate*

Administration & Records Bldg.
Morristown, New Jersey 07963-0900
Tel # (973) 285-6500
Fax # (973) 829-8599

Christopher Luongo, Esq.
*Deputy Surrogate*

---------------------------------------------------------X
In the Matter of the Estate of
**KAREN LYNN SEYMOUR**, Deceased
(aka: )
SSN: **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**
---------------------------------------------------------X

LETTERS OF
ADMINISTRATION
Docket No.: **MRS-P-2271-2001**
Date of Death: **9/11/2001**

SURROGATE OF **MORRIS** County

I, **Hon. John Pecoraro**, Surrogate of the County of **MORRIS** do certify that on November 19th, 2001 Administration of the Goods and Chattels, Rights and Credits which were of **KAREN LYNN SEYMOUR** late of the County of **MORRIS**, who died intestate, was granted by me to **WILLIAM G. DIETRICH** who is(are) the Administrator(s) and is(are) duly authorized to administer the same agreeably to law.

WITNESS my hand and seal of office, on
November 19th, 2001.



_____
Hon. John Pecoraro, Surrogate

©FACSTORE, 1994 Form-A13  CASE: 27496  PRINT DATE: 11/19/2001          Page 1