# EXHIBIT M

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran,* No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF VERONICA A. GLASCOE

I, VERONICA A. GLASCOE, hereby declare under penalty of perjury as follows:

1. I am 47 years old and reside in Massapequa Park, New York.
2. I am the registered domestic partner of Keith A. Glascoe who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York where, as a firefighter with the Fire Department of New York Ladder Company 21, he responded to the call of duty.
3. At the time of his death on September 11, 2001, Keith and I had been living together with our two children, ages 1 and 2, for approximately five years.
4. At the time of Keith's death, I was 5 months pregnant with our third child.
5. In 1999, shortly after the birth of our first child, Keith and I registered as domestic partners with the City of New York. (See attached Certificate of Domestic Partnership)
6. Keith and I shared a bank account at the Independence Community Bank Branch of Santander Bank of Brooklyn, New York.
7. To honor his memory, and so that our children would have the same last name as their one surviving parent, in 2002 I legally changed my last name to Glascoe.
8. At the time of his death, Keith and I were just beginning to grow our family. Our focus at that time was having a family.
9. Keith and I had future plans to purchase a house together to raise our family in.
10. Keith and I intended to grow old together watching our children mature into adults and having their own families.

11. The terrorist attacks on September 11, 2001, destroyed our plans for the future and left our three children fatherless.

12. I was the spouse of Keith A. Glascoe in all ways but name.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 08-27-19

Veronica A. Glascoe