# EXHIBIT N

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br><br> ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

### DECLARATION OF LISA C. GOLDBERG-McWILLIAMS

I, LISA C. GOLDBERG-McWILLIAMS, hereby declare under penalty of perjury as follows:

1. I am 56 years of age and reside in Warwick, New York.

2. I was the domestic partner of Martin Edward McWilliams who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York where he was working as a firefighter with the New York City Fire Department.

3. At the time of his death on September 11, 2001, Martin E. McWilliams and I had been cohabitating for approximately three-and-one-half years.

4. At the time of his death on September 11, 2001, Martin E. McWilliams and I were raising our newborn daughter (See attached Birth Certificate of Sara Ryan McWilliams), as well as my other daughter, both of whom lived in our home.

5. Prior to his death, Martin E. McWilliams tutored my older daughter in math and was a constant in her life. He fulfilled the role of her biological father and she always thought of him as her father.

6.     Prior to his death, Martin E. McWilliams and I completed a course in Prepared Childbirth and Cesarean Delivery in anticipation of the arrival of our daughter who was born on April 12, 2001. (See attached Certificate of Completion.)

7.     Less than two months before his death on September 11, 2001, Martin E. McWilliams and I enrolled in a program called HealthExtras that provided us both with disability insurance as well as other insurance products. (See attached Membership Summary.)

8.     At the time of his death on September 11, 2001, Martin E. McWilliams and I were in the process of buying a home together. After his death, I had to remove Martin E. McWilliam's name from the sales agreement to accommodate the subsequent purchase of the property.

9.     At the time of his death on September 11, 2001, Martin E. McWilliams and I had planned to be married in December of 2001, after moving into the new home we were in the process of buying together.

10.    On September 11, 2001, Martin E. McWilliams died intestate. Subsequently, I was issued Letters of Administration that authorized me to administer his estate. I was also issued Letters of Guardianship that authorized me to collect funds from insurance companies, banks and other institutions that were holding funds on behalf of our infant daughter.

11.    Following his death on September 11, 2001, I was awarded the lifetime health benefits typically awarded to the spouses of fallen firefighters by the New York City Fire Department.

12.    At the time of his death on September 11, 2001, Martin E. McWilliams and I were very much in love and intended to spend the rest of our lives together raising our children, working until retirement and growing old together. We discussed and looked forward to family vacations

we intended to take as well as seminal family events to come such as school graduations and our daughter's wedding.

13. At the time of his death, Martin E. McWilliams and I depended upon each other for financial, spiritual and emotional support.

14. The September 11, 2001 terrorist attacks destroyed the life that Martin E. McWilliams and I had built together, and my life will never be the same after losing him.

15. At the time of his death on September 11, 2001, Martin E. McWilliams was my spouse in all ways except name.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/11/19

Lisa Goldberg-McWilliams

# New York State Department of Health
## CERTIFICATE OF LIVE BIRTH

Recorded District: 2951
Register Number: 1598
State File Number:

**INFANT**
- 1A. Name: First: SARA   Middle: RYAN   Last: McWilliams
- 1B. Medical Record No.: 01364655
- 2A. Date of Birth: April 12, 2001
- 2B. Hour: 06:20AM
- 3. Sex: Female
- 4A. Birth is: Single
- 4B. If Not Single, Birth is: —
- 5. Place of Birth: Hospital
- 6A. Facility Name: North Shore Univ. Hosp.
- 6B. Locality: Town of North Hempstead
- 6C. County of Birth: Nassau

May the Social Security Administration be furnished with information from this form to issue your child a social security number? Yes ☒ No ☐
May the newspapers be furnished with notice of this birth? Yes ☐ No ☒
NOTE: If yes is checked there is a consent form signed by the mother in the hospital record.

**MOTHER**
- 7A. Maiden Name: First: LISA   Middle: CORINNE   Last: GOLDBERG
- 7B. Date of Birth: —
- 7C. City and State of Birth: anhattan, NY
- 7D. Social Security No.: —
- 8A. Residence, State: New York
- 8B. County: Queens
- 8C. Locality: City of New York (Kew Gardens)
- 8D. If City or Village, is Residence Within City or Village Limits? Yes
- 8E. Street and Number of Residence: 135-20 HOOVER AVENUE, Apt. 6P
- 8F. Zip Code: 11435
- 8G. Mailing Address: 135-20 HOOVER AVENUE, Apt. 6P KEW GARDENS NY
- 8H. Zip Code: 11435
- 8I. Medical Record No.: 02950267

**FATHER**
- 9A. Name: First: MARTIN   Middle: EDWARD   Last: McWilliams
- 9B. Date of Birth: —
- 9C. City and State of Birth: Port Jefferson, NY
- 9D. Social Security No.: —

**ATTENDANT**
- 10A. I certify that the stated information concerning this child is true to the best of my knowledge and belief. Signature: [signed]
- 10B. Date Signed: [illegible]
- 10C. Name of Certifier, if not Attendant: —
- 10D. Attendant's Name: SOLAIMA SOUKKARY   Title: M.D.
- 10E. License Number: 150945
- 10F. Attendant's Mailing Address: 108-16 63rd ROAD FOREST HILLS, NY
- 10G. Zip Code: 11375

- 11A. Signature of the Registrar: [signed] Deputy
- 11B. Date Filed: 4/19/01
- 11C. Information Added or Amended / Reason: —
- 11D. Date Amended: —

DOH-1963E (3/94)

0104   0541   A   01638   0

---

**District 2951**

This is to certify that this is a true and correct copy of the original Certificate of Birth on file in the Office of the Registrar, Town of North Hempstead, County of Nassau, State of New York.

Signature: *Michelle Schimel*
Michelle Schimel, Registrar of Vital Statistics
Date: 4/19/01

No. 10521-2001
VS Form TNH BR
7/2000 MS tc/rvs

*N.B. Do not accept this copy unless the raised seal of the Town of North Hempstead is thereon affixed.*

---

This is a copy of the above noted child's "Certificate of Live Birth." (DOH 1963-E) N.Y.S. Department of Health regulation requires the Local Registrar send you this copy. Carefully review this record for accuracy. Report discrepancies to:

| North Shore University Hospital Birth Certificate Unit (516) 562-8349 | Michelle Schimel, Registrar 200 Plandome Road Manhasset, New York 11030 (516) 869-7650 |



# The New York Hospital Medical Center of Queens
### 56-45 Main Street
### Flushing, New York 11355



This is to certify that

*Lisa Goldberg*

*Martin McWilliams*

Have completed a course in Prepared Childbirth and Cesarean Delivery.

Date ___March 24, 2001___

Instructor ___Jane Pepe, R.N., L.C.C.E___





## Membership Summary

Benefits especially for Customers of JCPENNEY

MARTIN E MC WILLIAMS
MS LISA GOLDBERG
[REDACTED] HOOVER AVE APT 6P
[REDACTED] NY 11435



DOES NOT APPLY IN DEATH

No one is immune from a disabling accident. It pays to be ready. Your HealthExtras® membership is at no cost to you for 30 days. In addition, if for any reason you decide to cancel your membership during the first 90 days, you have a money-back guarantee. Please review the details of your coverage carefully. Plan descriptions for your benefits, including your $1,000,000 accident disability insurance are enclosed. If you have questions about your HealthExtras membership, call toll-free 1-800-591-4291.

Benefits of the program include:

- **$1,000,000 Accident Disability Benefit Plan**, underwritten by JCPenney Life Insurance Company, under the Policy GADS6. It pays you a $1,000,000 lump sum benefit six months after a covered permanent accidental injury as described in your plan description booklet. Or, you can choose a $300,000 initial payment, followed by $5,000 a month for 20 years, for a total benefit of $1,500,000.

- **Emergency Accident and Sickness Medical Expense Benefit**, underwritten by Virginia Surety Company, Inc. under the Travel Protection Policy Number HTP00137. It pays up to $2,500 per year in medical reimbursement for co-insurance payments and/or deductibles while traveling 100 miles or more from home.

- **24-Hour Nurse Consultation**
Registered nurses are available toll-free 24 hours a day, seven days a week to assist in identifying the appropriate level and source(s) of care based upon symptoms reported and/or healthcare questions asked.

- **Medical Care Coordination**
In the event a member becomes permanently disabled, a medical care coordinator will be available to assist in evaluating care options and providing guidance and assistance in obtaining appropriate medical treatment at competitive prices.

| | |
|---|---|
| **Member ID#:** | |
| **Member Name(s):** | MS LISA GOLDBERG<br>MARTIN E MC WILLIAMS |
| **Enrollment Date:** | 07-25-2001 |
| **Membership Fee:** | $15.90   Monthly |
| **Program Administrator:** | HealthExtras/JCPenney Life Insurance Co.<br>Customer Care Department (800) 591-4291<br>24-Hour Nurse Consultation (888) 668-8855 |
| **Claims:** | Accident Disability (888) 889-5330<br>Medical Expense (800) 793-5919 |

S95600



HEALTHEXTRAS