# EXHIBIT O

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to:*

> Burnett, et al. v. Islamic Republic of Iran, No. 15-cv-9903 (GBD)(SN)

Declaration of Lydeda Grant

I, Lydeda Grant, hereby declare under penalty of perjury as follows:

1. I am 31 years old and reside in Jacksonville, Florida.

2. I am the stepdaughter of Johnnie Doctor, Jr. who was killed on September 11, 2001 when terrorists crashed a plane into the Pentagon in Arlington, Virginia where he was stationed as an active duty U.S. Sailor.

3. At the time of his death on September 11, 2001, I had been residing with Johnnie for approximately nine years. My mother and Johnnie were married in approximately 1992 and I began living with him at that time and continued to do so until his death.

4. Throughout the time I lived with Johnnie, my biological father played no role whatsoever in my life. My biological father made no child-support payments to my mother as I was growing up, and he never provided me with any direct financial support.

5. Johnnie was the father figure in my life. He provided for me financially and emotionally. He nurtured me, guided me, encouraged me disciplined me, and in all other way was my father. Johnnie Doctor taught me right from wrong and always encouraged me to do my best.

6. Johnnie served as my basketball coach when I was a young girl and always attended my games when he could. Johnnie spent countless hours playing basketball with me and taught me many techniques of the game. We enjoyed watching basketball games together as well.

7. Johnnie attended parent-teacher meetings along with my mother and was always involved with my school activities. Johnnie always stressed the importance of getting an education.

8. Johnnie referred to me as his daughter and treated me the same as his other children. I never felt any different because he was not my biological father.

9. Without Johnnie Doctor in my life, I would not be the woman I am today.

10. My life will never be the same since Johnnie's death.

Date: 8-25-2014

Lydeda Grant