# EXHIBIT Q

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran,* No. 15-cv-9903(GBD)(SN)

### DECLARATION OF MONICA IANELLI

I, MONICA IANELLI, hereby declare under penalty of perjury as follows:

1. I am 50 years old and reside in Brooklyn, New York.

2. I was the fiancée of Joseph A. Ianelli who was killed in the September 11, 2001 terrorist attacks at the World Trade Center in New York where he was an accountant with Marsh & McLennan.

3. At the time of his death on September 11, 2001, Joseph and I had been cohabitating for two years though we had been romantically involved for three years.

4. Joseph and I became engaged to be married on December 23, 2000. Our wedding was to take place on September 1, 2002 at the New Rochelle Country Club in New Rochelle, New York.

5. During the period of our cohabitation, Joseph and I maintained a joint checking account at PNC Bank. We shared all household expenses and were equally responsible for maintaining our home, and for making decisions related to our home.

6. I was named as Joseph's beneficiary on a life insurance policy provided to him by his employer, and I received the proceeds from that policy following his death.

7. Following his death on September 11, 2001, I was awarded benefits provided to domestic partners by the State of New York Workers' Compensation Board.

8. Shortly after Joseph's death, I went through the formal process of legally changing my name to "Ianelli" as a way to honor our commitment to each other, and to honor his memory.

9. Joseph Ianelli and I had plans for starting a family and spending the rest of our lives together.

10. The terrorist attacks on September 11, 2001 destroyed our plans and I will never be the same without Joseph.

I declare under penalty of perjury the foregoing is true and correct.

Date: 8/28/2019

Monica Ianelli