# EXHIBIT R

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to:*

> Burnett, et al. v. Islamic Republic of Iran, No. 15-cv-9903 (GBD)(SN)

Declaration of FRANK G. JENSEN

I, FRANK G. JENSEN, hereby declare under penalty of perjury as follows:

1. I am 62 years old and reside in Roseville, California.

2. I was the fiancé of Suzanne M. Calley who was killed in the September 11, 2001 terrorist attacks on the Pentagon in Arlington, Virginia. She was aboard Flight 77 which was crashed into the Pentagon.

3. At the time of her death on September 11, 2001, Suzanne M. Calley and I had cohabitated together for twenty years.

4. At the time of her death on September 11, 2001, Suzanne M. Calley and I had been engaged to be married for approximately 15 years. One of the reasons we did not marry was taxes. Every year when we did our taxes we had our accountant compute the difference in our tax liability based upon our being married or remaining single. It was always significantly less to remain single. Despite this, while on vacation together in August, 2001, we decided to get married in September, 2002.

5. Suzanne and I started a dive travel business together called CJ Travel Direct & Co. The "CJ" in the company name stood for our respective last names: Calley and Jensen. (See attached cancelled check #1024.)

6. Suzanne and I maintained several joint checking accounts. (See attached cancelled checks representing three separate jointly-held checking accounts.)

7. Suzanne and I maintained several joint credit card accounts. (See attached Visa and Visa Gold credit card issues.)

8. Suzanne and I maintained a joint investment account as joint tenants with rights of survivorship. (See attached correspondence from Smith Barney as well as Account Verification Profiles for our Smith Barney account.)

9. All our physical assets (cars, homes, etc.) were owned jointly. At the time of her death, Suzanne and I had purchased at least six cars and three homes together.

10. Prior to her death on September 11, 2001, Suzanne M. Calley and I named each other as beneficiaries on our respective life insurance policies, as well as our respective investment accounts.

11. During our twenty years of cohabitation, Suzanne M. Calley and I shared all household expenses, chores, and responsibilities.

12. Following her death on September 11, 2001, Suzanne's employer, Cisco Systems, sent me her final paycheck as her beneficiary. (See attached check and check invoice dated September 21, 2001.)

13. Following her death on September 11, 2001, I received a death benefit from AAA California as her beneficiary. (See attached letter dated September 18, 2001 from AAA California.)

14. We lived for each other every day. We traveled together, shopped together, supported each other, woke up each morning together, and lived in every other way as if we were married.

15. We loved each other and had plans for the future, including our decision to marry each other after 20 years of living together as a married couple.

16. I gave Suzanne an engagement ring in 1986. She wore that ring every day as both an engagement ring and as a wedding ring.

17. I referred to Suzanne as my spouse, and she referred to me as her spouse.

18. The September 11, 2001 terrorist attacks destroyed the life Suzanne and I had built together over twenty years, and I will never be the same after losing her.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 08/12/19

Frank G. Jensen









P O BOX 442
SAN FRANCISCO, CA 94104-4

Card(s) Enclosed    Account Number

M17/    2

000506
FRANK JENSEN



# YOUR NEW CARD IS HERE

YOUR CARD(S) MUST BE SIGNED IN ORDER TO BE VALID





Card(s) issued by:
         PATELCO CREDIT UNION

877 225-1728
To report your cards lost or stolen, please
call the above listed number

Licensed under U.S. Patent No. B1 4 034 210     OSC25B REV. 8/98

```
P O BOX 442
SAN FRANCISCO, CA 94104-4
```

Card(s) Enclosed    Account Number

```
  M17/    2
```

```
000558
FRANK G JENSEN
```

# YOUR NEW CARD IS HERE

YOUR CARD(S) MUST BE SIGNED IN ORDER TO BE VALID

 

Card(s) issued by:
      PATELCO CREDIT UNION

877 225-1728
To report your cards lost or stolen, please call the above listed number

# SALOMON SMITH BARNEY
A member of citigroup

DAVID J. PEREZ
SMITH BARNEY
333 WEST SAN CARLOS
SUITE 900
SAN JOSE   CA 95110

December 1, 2000

MR. FRANK GERALD JENSEN  AND
MS SUZANNE M. CALLEY  JTWROS

Re:  Account Number:

Financial Consultant:
Hall Walsworth Group

Dear Mr. Jensen and Ms Calley:

Thank you for your continued confidence and trust in Salomon Smith Barney and your Financial Consultant.

To ensure that your account information is correct and current, enclosed is a profile of your account.

Please take a moment to assure that we have the correct information. If you find any incorrect or outdated information please make the appropriate changes, sign and date at the bottom of the page, and return it to the attention of the Branch Manager. Any changes you make will be noted in our files. Changes to your investment objectives or financial information will be confirmed to you in writing. If the current information is correct, simply retain these documents for your records.

You may be assured that this information is held in strict confidence and will be used to assist us in providing you with the appropriate investment advice. We appreciate your taking the time to review this information, and look forward to continue serving your investment needs.

Sincerely,

*[signature]*

David J. Perez
Branch Manager



## Account Verification Profile
### Confidential Information

MR. FRANK GERALD JENSEN AND
MS SUZANNE M. CALLEY  JTWROS

DAVID J. PEREZ-BrMgr
SMITH BARNEY
333 WEST SAN CARLOS
SUITE 900
SAN JOSE    CA 95110

SSN:

December 1, 2000

Please review the information you have previously provided us. If it is incorrect or outdated, please make the appropriate change(s) on this Profile, sign it, and return it to the attention of the Branch Manager. Any changes you make will be noted in our files. Changes to your investment objectives or financial information will be confirmed to you in writing. For explanation of Risk Tolerance, Investment Objectives, Speculation, and the relationship of risk and return please review the enclosed insert "RISK AND RETURN". Thank you.

Profile For: **MR. FRANK GERALD JENSEN**

FC Name: **HALL WALSWORTH GROUP**             Account Number:

### PERSONAL
Date of Birth: **June 30, 1957**              Marital Status: **Single**
Primary Source of Income: **Compensation**    Number of Dependents: **0**

### EMPLOYMENT
Employer: **CJ DIRECT & CO**                  Occupation: **Owner**

### FINANCIAL
| | | | |
|---|---|---|---|
| Est. Annual Compensation: | $100,000 | Est. Liquid Net Worth: | $300,000 |
| Est. Total Annual Income: | $190,000 | Est. Total Net Worth*: | $500,000 |
| Tax Bracket: | 40% | | |

My Investment Objectives allow speculation: **Yes**

| INVESTMENT OBJECTIVES** | RISK TOLERANCE | INVESTMENT EXPERIENCE |
|---|---|---|
| Ranked in priority 1-4 (Highest to Lowest) | | Investing Since: |
| 1  Growth | [X] Aggressive | Stocks     1982 |
| 4  Current Income | [ ] Moderate | Bonds      None |
| 3  Tax Deferral | [ ] Conservative | Commodities None |
| 2  Liquidity | | Options    None |

\* Total assets, exclusive of residence and retirement assets, less total liabilities
\*\* If a ? appears, the objective was not chosen

Client Signature _____     Date _____



**SALOMON SMITH BARNEY**
A member of citigroup

## Account Verification Profile
### Confidential Information

**MR. FRANK GERALD JENSEN AND**
**MS SUZANNE M. CALLEY JTWROS**

DAVID J. PEREZ-BrMgr
SMITH BARNEY
333 WEST SAN CARLOS
SUITE 900
SAN JOSE   CA 95110

SSN:

December 1, 2000

Please review the information you have previously provided us. If it is incorrect or outdated, please make the appropriate change(s) on this Profile, sign it, and return it to the attention of the Branch Manager. Any changes you make will be noted in our files. Changes to your investment objectives or financial information will be confirmed to you in writing. For explanation of Risk Tolerance, Investment Objectives, Speculation, and the relationship of risk and return please review the enclosed insert "RISK AND RETURN". Thank you.

Profile For: **MS SUZANNE MARIE CALLEY**
FC Name: **HALL WALSWORTH GROUP**    Account Number:

**PERSONAL**
Date of Birth: **June 30, 1957**     Marital Status: **Single**
Primary Source of Income: **Compensation**    Number of Dependents: **0**

**EMPLOYMENT**
Employer: **CISCO**     Occupation: **Mkt Mgr**

**FINANCIAL**
| | | | |
|---|---|---|---|
| Est. Annual Compensation: | $90,000 | Est. Liquid Net Worth: | $300,000 |
| Est. Total Annual Income: | $190,000 | Est. Total Net Worth*: | $500,000 |
| Tax Bracket: | 40% | | |

My Investment Objectives allow speculation: **Yes**

**INVESTMENT OBJECTIVES**\*\*         **RISK TOLERANCE**      **INVESTMENT EXPERIENCE**
Ranked in priority 1-4 (Highest to Lowest)                Investing Since:

| | | | | |
|---|---|---|---|---|
| 1 | Growth | [X] Aggressive | Stocks | 1982 |
| 4 | Current Income | [ ] Moderate | Bonds | None |
| 3 | Tax Deferral | [ ] Conservative | Commodities | None |
| 2 | Liquidity | | Options | None |

\* Total assets, exclusive of residence and retirement assets, less total liabilities
\*\* If a ? appears, the objective was not chosen

_____    _____
Client Signature          Date

SALOMON SMITH BARNEY INC.
A MEMBER OF CITIGROUP

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**CISCO SYSTEMS**

Cisco Systems, Inc.
170 West Tasman Drive
San Jose, CA 95134-1706
Phone: 408 526-4000
Fax: 408 526-4100

CITIBANK DELAWARE
NEW CASTLE, DELAWARE

No. 407616

82-20
311

| CHECK DATE | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|
| 24-SEP-01 | 407616 | *****22,456.66 |

PAY  Twenty-Two Thousand Four Hundred Fifty-Six Dollars And 66 Cents***

TO THE
ORDER OF

FRANK G. JENSEN

United States

CHECK NOT VALID AFTER 6 MONTHS

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

---

No. 407616

Cisco Systems, Inc.    170 West Tasman Drive  •  San Jose, CA 95134-1706
Phone: 408 526-4000    Fax: 408 526-4100

DATE: 24-SEP-01    CUST. ACCT. NO.    VENDOR NAME  FRANK G. JENSEN    VENDOR NO. 113029

| INVOICE NO. | INVOICE DATE | DESCRIPTION | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| MR092101 | 21-SEP-01 | P/UX65484  RE: SUZANNE CALLEY F | | 22,456.66 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT.  *Thank You*    22,456.66

SE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT.  *Thank You*    22,456.66

*COPY OF ZANNE'S FINAL CHECK*



California State
Automobile Association
Inter-Insurance Bureau

P.O. Box 920
Suisun City, CA 94585-0920

September 18, 2001

Frank Jensen
12101 Columbet Avenue
San Martin, CA 95046

Re:   Insured: Calley, Suzanne
      PA Claim: (
      Date of Loss: 9-11-2001

Dear Mr. Jensen;

Please accept our heartfelt condolences on your recent loss.

We wish to advise you that as a member of the California State Automobile Association, a Personal Accident Certificate was in effect for your wife Suzanne. This certificate had a death benefit, which pays $2,500.00 for death while riding as a fare-paying passenger in any conveyance licensed for commercial public transportation.

Enclosed herewith is a check in the amount of $2,500.00 payable to you.

With Ms. Calley's AAA Plus membership, there are potentially additional benefits and services that may be provided. We have opened a special case for you with World Access, the company that provides emergency travel assistance under the AAA Plus policy. Please call Ricky Horowitz at (804) 673-1520 if you would like to discuss the additional benefits and services that may be available.

If we can be of any further assistance to you and your family, please feel free to call me directly at (925) 280-3400.

Once again, we are very sorry for your loss.

Sincerely,

Joey Daryanani
Manager, Resolution Center Operations Support

F268 (Aug 1998)