# EXHIBIT T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

*This document relates to:*

    *Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF INA LEVENTHAL

I, Ina Leventhal, hereby declare under penalty of perjury as follows:

1. I am currently 46 years of age and reside in Syosset, New York.

2. I was the fiancée of Joshua S. Vitale who was killed in the September 11, 20001 terrorist attacks at the World Trade Center in New York where he worked the Trading Sales Desk at Cantor Fitzgerald.

3. Joshua and I had known each other since we were both approximately 13 years old and had been the best of friends since that time.

4. At the time of his death on September 11, 2001, we had been living together for approximately five months; for approximately two years prior to his death, we would alternate between staying at his apartments and staying at my apartment on a regular basis.

5. During the approximate five-month period we were living together, we shared all our bills and living expenses equally.

6. At the time of his death, Joshua Vitale and I were engaged to be married; he had proposed to me on May 21, 2001 by presenting me with the wedding band of my deceased mother.

7. At the time of his death, our marriage ceremony was to take place on July 3, 2002 at the Beth Torah Temple located in Dix Hill, New York.

8. At the time of his death, Joshua and I filled the role of spouse in each other's lives.

9. We lived for each other every day. We cooked together, shopped together, vacationed together, made plans for our future together and lived in every other way like a married couple.

10. The September 11, 2001 terrorist attacks destroyed the life that Joshua and were building together and I will never be the same after losing him.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/23/19

Ina Leventhal