# EXHIBIT U

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF CAMILLE NICOLE MARTIN

I, CAMILLE NICOLE MARTIN, hereby declare under penalty of perjury:

1. I am currently 28 years of age and reside in Brooklyn, New York.

2. I am the granddaughter of Charles Augustus Laurencin who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York where he was a security worker.

3. At the time of my birth in 1991, my biological father was incarcerated and I never developed a father-daughter relationship with him. He was murdered in 1997.

4. At the time of my birth in 1991, my biological mother was a habitual drug abuser and was completely unable to care for me.

5. From the time I was born in 1991 until he was killed on September 11, 2001, I lived with my grandfather, Charles Augustus Laurencin, and my grandmother, Barbara Ann Laurencin.

6. Shortly after my birth in 1991, my grandparents Charles Augustus Laurencin and Barbara Ann Laurencin, were appointed my legal guardians.

7. My grandparents raised me and did all those things parents do for their children. They feed me, clothed me, nurtured me, guided me, disciplined me, and provided me with a loving home.

8. When I was a little girl my grandfather taught me to ride a bike.

9. When I was a little girl my grandfather picked me up from school each day.

10. When I was a little girl my grandfather would take me to the Brooklyn Children's Museum. He loved art and he instilled in me a life-long love of art.

11. When I was a little girl my grandfather would make me breakfast every Saturday morning.

12. When I was a little girl my grandfather would erect a swimming pool for me in our back yard every summer.

13. When I was a little girl my grandfather took me to Disneyworld.

14. From my earliest memories until he was killed on September 11, 2001, my grandfather would get off from his job early on Wednesdays and he and I would do things together.

15. My grandfather was from St. Lucia. When I was eight years old he and my grandmother took me there because he wanted to show me where he was from.

16. My grandfather, Charles Augustus Laurencin, was my father in all ways but name.

I declare under penalty of perjury the foregoing is true and correct.

Date: 8/2/19

Camille Nicole Martin