# EXHIBIT V

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br><br>ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

Declaration of CHELSEA RHEA McCARTHY

I, CHELSEA RHEA MCCTHY, hereby declare under penalty of perjury as follows:

1. I am 29 years old and reside in Norwalk, Connecticut.

2. I am the stepdaughter of Kevin M. McCarthy, who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York where he worked as a bond trader for Cantor Fitzgerald.

3. At the time of his death on September 11, 2001, I was 11 years old and had been residing in the same home with Kevin McCarthy since I was three years old, when my mother married him.

4. When I was seven years old, my mother and Kevin petitioned the Probate and Family Court Department of the Commonwealth of Massachusetts to have my surname changed to "McCarthy." As set forth in the Petition for Change of Name, my biological father consented to the name change. As further set forth in the Petition for Change of Name, the reason given for the name change was that my mother was pregnant with my twin step-siblings and she and Kevin wanted the "...[siblings] to have the same last name." (See attached Petition for Change of name.)

5. I have only vague memories of my biological father, who played no role whatsoever in my life.

6. I was seven years old when my mother gave birth to my twin stepsiblings and Kevin McCarthy became a stay-at-home dad for all three of us children for several years. He raised the three of us as if we were all him biological children.

7. As our stay-at-home dad, Kevin McCarthy prepared me for school in the mornings and was there when I returned from school in the afternoons.

8. As our stay-at-home dad, Kevin McCarthy helped me with my homework.

9. As our stay-at-home dad, Kevin McCarthy took me on afternoon outings.

10. When I was twelve years old, I wrote about Kevin for a school writing assignment. (See attached essay: "Whom I Admire Most.")

11. As I grew older, Kevin McCarthy taught me to play soccer and other physical activities. At one point, he was my soccer coach. He always attended my soccer matches.

12. Until the day he died on September 11, 2011, Kevin McCarthy provided me with moral guidance.

13. I have never referred to or thought of Kevin McCarthy as my stepfather.

14. I have always referred to and thought of Kevin McCarthy as my father.

15. From the time he married my mother when I was three years old until the day he died on September 11, 2001, Kevin McCarthy assumed all the responsibilities of a father figure to me.

16. Since the day Kevin McCarthy died on September 11, 2001, there has been a void in my life that will never be filled.

I declare under penalty of perjury the foregoing is true and correct.

Date: 8/16/19

*Chelsea McCarthy*
Chelsea Rhea McCarthy

**Commonwealth of Massachusetts**
The Trial Court
Probate and Family Court Department

Plymouth Division

Docket No. 97C0026-CA1

### Change of Name(s)

Name of Petitioner: Debra Diane Menich

25 Ellis Lane, Duxbury, Plymouth 02332
(Street and No.) (City or Town) (County) (Zip)

Occupation: Tech Design Manager, TALBOTS
Date and Place of Birth: Oct. 14, 1963, Cook County ILL
Name of Spouse: Kevin M. McCarthy
Occupation: Self Employed, Limo service
Date and Place of Birth: June 26, 1959, Winchester MA
Names of Minor Children: Chelsea Rhea MacDonald

Reason for change: Petitioner's mother has since remarried and will give birth to petitioner's sibling. Would like siblings to have the same last name, biological father of petitioner is not opposed to the change.

Have parties ever changed their names prior to this petition? no  If answer is yes, explain

Petitioner(s) pray(s) that his/her/their name(s) be changed as follows:

| Names at Present: | To be changed to: |
|---|---|
| Petitioner | |
| Spouse | |
| Child Chelsea Rhea MacDonald | Chelsea Rhea McCarthy |
| Child | |
| Child | |
| Child | |

Date:
Date: Feby 28, 1997
Publication waived.
Justice of Probate and Family Court

*Debra Menich-McCarthy*
SIGNATURE OF PETITIONER

*Kevin McCarthy*
SIGNATURE OF SPOUSE

*Chelsea Rhea MacDonald* (signed by mother)
xxx *Debra Diana McCarthy*
*James MacDonald*

Signature of Minors as signed by father or mother as next friend.

biological Father →
171 Beacon St
Boston MA

### Decree

Notice having been given according to the order of the Court, and no objection being made, It is decreed that the above name(s) be changed as prayed for, which name(s) he/she/they shall hereafter bear, and which shall be his/her/their legal name(s).

Date Feby 28, 1997
JUSTICE OF THE PROBATE AND FAMILY COURT

CJ-P 27 (8/88)

A True Copy,
Attest:

Register

*From: Chelsea, for a writing assignment "Whom I admire most"*

# My Daddy

The person whom I admire the most is my dad, Kevin McCarthy. I admire him because he had qualities that most dads don't have. One quality that I'm certain most dads don't have is to stay home and take care of us for two years! Instead of him going to working and my mom being the stay-at-home mom, and he was a much better cook. I also admire him because he was very smart, he figured out how to accomplish extremely complicated household projects without directions, he built us numerous of things, like a tree house, a paint easel, and more. Another thing I admire is his humor. He could make anyone laugh. When my younger sister would cry, he could make her laugh so hard, that she would fall to the ground. He also ran his own business, which included taking care of a European Princess and her children. Those are the some special things that I admire about my dad.

*Chelsea McCarthy   10/17/02*

