# EXHIBIT X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF NOREEN V. MCDONOUGH

I, NOREEN V. MCDONOUGH, hereby declare under penalty of perjury:

1. I am 65 years of age and reside in Floral Park, New York.

2. I was the fiancée of Mitchel Scott Wallace who was killed in the September 11, 2001 terrorist attacks at the World Trade Center. Mitchel was a Court Officer with the New York State Supreme Court and a trained EMT. As he was on his way to work that fateful day, he saw the first plane hit the World Trade Center and ran to help. Then the second plane hit.

3. At the time of his death on September 11, 2001, Mitchel and I had been residing together for over three years.

4. During those three years, Mitchel and I shared expenses and co-mingled our funds. Specifically, Mitchel would deposit his paycheck into my bank account and I would pay all our bills.

5. Mitchel and I shared the household chores equally.

6. On my birthday, December 9, 1998, Mitchel proposed to me and presented me with a beautiful engagement ring as a symbol of his love and commitment to our relationship.

7. We had planned to be married before September 11, 2001 but my father was diagnosed with cancer and we had to put it off, then I had a stroke and we had to put it off once

again. Days before he died, we decided to marry in October, 2001 and have a simple dinner to celebrate.

8. I was a beneficiary on Mitchel's New York State Court Officers Life Insurance policy, and I received proceeds from that policy.

9. I currently receive payments as his domestic partner from the New York State Workers' Compensation Board.

10. On September 9, 2002, Senator Hillary Rodham Clinton stood before the Senate chamber and honored Mitchel by paying tribute to his heroism and noted that he and I were to be married in October, 2001. (See attached excerpt from the Congressional Record of September 9, 2002.)

11. Mitchel and I had a loving, caring and nurturing relationship in which we were interdependent on each other financially, emotionally, and spiritually.

12. Mitchel and I had made plans for our lifetime together.

13. The September 11, 2001 terrorist attacks destroyed the life the Mitchel and I had built together, and I my life will never be the same after losing him.

14. At the time of his death, Mitchel was my husband in all but name.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8 6 19

Noreen McDonough



# Congressional Record

United States of America

PROCEEDINGS AND DEBATES OF THE 107th CONGRESS, SECOND SESSION

Vol. 148     WASHINGTON, MONDAY, SEPTEMBER 9, 2002     No. 113

## Senate

### Honoring New York City's Court Officers

Mrs. CLINTON: Mr. President, as we approach the one-year anniversary of 9/11, I rise today to again honor all of the public safety officers whose courageous and heroic acts saved thousands of lives at the World Trade Center. In particular, I want to highlight a group of public safety officers who deserve to be honored for their heroism. The New York City court officers risked their lives and contributed immensely to the rescue and recovery operations at Ground Zero.

I especially would like to honor three court officers who gave the ultimate sacrifice – their lives. Their heroic deeds have earned them the nomination for the Public Safety Officer Medal of Valor – a testament to true American heroes.

I would like to say a little bit on each officer:

Captain William "Harry" Thompson, of the Bronx, was widely respected and beloved by all 1,600 court officers in New York City as senior instructor at the New York State Court Officers Academy. A 27-year veteran, he was the father of two adult sons and was the sole supporter for his widowed mother. All who knew Captain Thompson considered him a "spit and polish" type of officer. Captain Thompson was proud of his profession and New York is so very lucky that he devoted his life to public service.

Senior Court Officer Thomas Jurgens was part of a family that believed in giving back to one's city and country. Senior Court Officer Jurgens was the son of a firefighter, and was a volunteer fireman from Lawrence, Long Island. He made all of us proud by serving his country in the Persian Gulf War as an Army combat paramedic. Senior Court Officer Jurgens was a four-year veteran at the Manhattan Supreme Court, and he was married in June 2001.

Senior Court Officer Mitchel Wallace, of Mineola, Long Island, worked at the Manhattan Supreme Court for two years. Before September 11th, New York State Court of Appeals Chief Judge Judith Kaye honored him for resuscitating a man who had collapsed from cardiac arrest aboard a Long Island Railroad Train. Senior Court Officer Wallace planned to marry Noreen McDonough in October, and he called her "Cinderella."

In addition to these brave heroes who were lost, twenty-two other court officers risked their lives to save others at the World Trade Center. These men and women have been honored for their bravery on September 11th. They are: Deputy Chief Joseph Baccellieri, Jr., Officer Tyree Bacon, Sgt. Frances Barry, Captain John Civelia, Sgt. Gerard Davis, Officer William Faulkner, Officer Gerard Grant, Officer Edwin Kennedy, Officer Elayne Kittel, Officer William Kuhrt, Officer Theodore Leoutsakos, Officer Craig Lovich, Sgt. Patricia Maiorino, Major Reginald V. Mebane, Sgt. Al Moscola, Sgt. Kathryn Negron, Officer Joseph Ranauro, Sgt. Albert Romanelli, Sgt. Richard Rosenfeld, Officer Andrew Scagnelli, Officer Mahindra Seobarrat and Sgt. Andrew Wender.

Hundreds of court officers volunteered to work on recovery efforts at Ground Zero. After working full-shifts at the courthouse, these officers would then work a full-shift at Ground Zero. They would return home, clean the dust and debris from their hands, and return to their jobs at the courthouse. Through valor, duty and commitment, they did all that they could to assist in the rescue and recovery operations.

On behalf of the American people, I would like to express my thanks and appreciation for these public safety officers whose dedication and patriotism strengthen the resolve of our nation. These officers went above and beyond the call of duty, sacrificing their lives in order to save others, not because it was their job, but because it was their sense of duty of pride. These officers represent the very best in America.

*Hillary Rodham Clinton*