# EXHIBIT Y

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF VINCENT A. MILOTTA

I, Vincent Milotta, hereby declare under penalty of perjury as follows:

1. I am currently 70 years of age and reside in Bonita Springs, Florida.

2. I was the fiancé of Joann Tabeek, who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York, where she worked as a Vice President for Cantor Fitzgerald.

3. At the time of his death on September 11, 2001, Joann Tabeek and I had co-habitated as a couple for six years.

4. At the time of her death on September 11, 2001, Joann and I had been engaged to be married for approximately one year. It was our intent to be married in September of 2002.

5. Joann and I did everything together. We traveled often together and had just returned from a Carribbean Cruise just weeks before September 11, 2001.

6. Joann and I had plans for her to retire within three years and then we intended to move to Florida. Joann and I had visited Florida several times to look for a house to retire to.

7. To this day, I continue to wear her engagement ring around my neck.

8. Joann and I provided each other with financial, emotional and spiritual support.

9.  The terrorist attacks on September 11, 2001 destroyed the plans Joann and I had made and my life will never be the same without her.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-6-19

Vincent A. Milotta