# EXHIBIT Z

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
|---|---|

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran,* No. 15-cv-9903 (GBD)(SN)

### DECLARATION OF CATHERINE M. NOLAN

I, CATHERINE M. NOLAN, hereby declare under penalty of perjury as follows:

1. I am 49 years old and reside in Bronxville, New York.

2. I was the fiancée of Michael J. Armstrong who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York where he was a Vice President with Cantor Fitzgerald.

3. Michael and I had been dating since June of 1997.

4. Michael and I became engaged to be married on February 15, 2001, and were to be married at the church of St. Thomas More in New York City on October 6, 2001. A reception was to follow at the Wainright House in Rye, New York.

5. Since our engagement, Michael and I were actively planning our future life together. We were both very excited about starting a family and raising children together.

6. Since our engagement, Michael and I began commingling our assets and saving together for our wedding and future plans. We bought a car together.

7. The plans Michael and I made for our life together was destroyed on September 11, 2001, and my life will never be the same without him.

I declare under penalty of perjury that the foregoing is true and correct.

Date: *August 25, 2019*

*Catherine M Nolan*

Catherine M. Nolan