# EXHIBIT AA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br><br>ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran,* No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF GINA PINOS

I, GINA PINOS, hereby declare under penalty of perjury as follows:

1. I am 47 years of age and reside in Seaford, New York.

2. I was the fiancée of James N. Pappageorge who was killed in the September 11, 2001 terrorist attacks at the World Trade Center in New York where he was responding to the attacks as a firefighter with the Fire Department of New York.

3. At the time of his death on September 11, 2001, James and I had been cohabitating, along with my then 5-year-old son Justin, for approximately three-and-one-half years. We had been romantically involved with each other for approximately seven years.

4. James was present when I gave birth to my son at Mount Sinai Hospital on August 8, 1995.

5. At the time of his death on September 11, 2001, I was pregnant with James' baby. Late on the evening of September 10, 2001, I took a home pregnancy test that indicated I was pregnant. I wanted to be certain before I revealed the news to James. He left for work early on the morning of September 11th, before I took a second test that also indicated I was pregnant. It was my intent to surprise James that evening when he returned from work. James died not

knowing he was going to be a father. Due to the trauma I experience from losing James on 9/11 and the immediate aftermath, I miscarried the following month. My obstetrician determined I was three months pregnant when I miscarried.

6. While cohabitating, James and I comingled our finances and shared all expenses equally. In 1999, we opened a joint checking account at the Bank of New York into which are respective paychecks we deposited (See attached Bank of New York Reference Inquiry).

7. James proposed marriage to me in 2000 while holding my son, Justin. We were to be married in 2002 and had given a booking deposit to the Crest Hollow Country Club on Long Island to serve as the venue for our wedding reception.

8. Ours was a relationship of mutual support, trust and commitment.

9. The terrorist attacks on 9/11 not only took the life of my soul mate, but I believe also took the life of our unborn baby.

10. The September 11, 2001 terrorist attacks destroyed the life James and I were building together, and my life will never be the same without him.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Aug. 19, 2019

GINA PINOS

ANK OF NEW YORK
 WEST 51st STREET
NEW YORK, NY 10019

```
03/22/02      BNY    MEMO   ICI QUICK REFERENCE INQUIRY      IAQR      09:28:12
(                                 BASIC CHECKING                   FILE DATE: 03/21/02
STATUS: NORMAL                                A/T: GINA E PINOS
                                                   JAMES N PAPPAGEORGE
PRIMARY TAX ID....:  S                 RT=
SECONDARY TAX ID..:  S              ..  CERT=      20 SECOR PL APT 5J
DAY PHONE.........:  212-484-5456 EXT:             YONKERS, NY 10704-3236
NIGHT PHONE.......:  914-776-5469 EXT:
ORGANIZATION NBR..:                      FIFTH AVENUE

CURRENT BALANCE...:  28,025.01                 DATE OPENED......: 04/06/99
AVAILABLE BALANCE.:  28,025.01                 HOLD REASON......: NONE
HOLD AMOUNT.......:                            STATEMENT CYCLE..: X0505 X0505
12MO AVG BALANCE..:  6,841.00                  DATE LAST STATEMNT: 03/07/02
YTD INTEREST......:  0.00                      LAST 12MO OD/UNCOL:   2  /    1
LST INT YIELD/AMT.:  00.000 0.00               ATTRITION LEVEL..: MEDIUM
CURRENT INT RATE..:  00.000                    NEXT PROD TO SELL.: INSTCR SAVING
LST CUST INIT TRAN:  03/13/02                  SEGMENT..........: BRONZE
DATE LAST DEPOSIT.:  03/13/02                  POTENTIAL/XSELL..: MEDIUM    587
AMT LAST DEPOSIT..:  500.00                    LOAN PROMOTIONS..:
CARD ATTACHMENTS..:  01P/02D                   DEPOSIT PROMOTIONS:
*******************************  ******************************  ***************************
CHOICE:
```