# EXHIBIT BB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF CHERYL RINBRAND

I, Cheryl Rinbrand, hereby declare under penalty of perjury as follows:

1. I am currently 63 years of age and reside in Glen Rock, New Jersey.

2. I was the fiancé of Daniel Maurice Van Laere who was killed in the September 11, 2001 terrorist attacks at the World Trade Center in New York where he worked for AON Corporation.

3. At the time of his death on September 11, 2001, Daniel and I had been living together as husband and wife for approximately eleven years. Prior to residing together, we dated each other for several years. In addition, we dated for three years while we were in high school together. We began our relationship as high school sweethearts.

4. The house we shared together was deeded in both of our names with the "right of survivorship" and we shared all household expenses and chores equally.

5. Daniel and I co-mingled all of our financial assets.

6. Following his death on September 11, 2001, I was the sole beneficiary of a life insurance policy provided through Daniel's employer, AON Corporation.

7. Approximately six years before his death, Daniel and I became formally engaged to be married.

8. At the time of his death, Daniel and I had been working with the Catholic Church to perform the Rite of Marriage. Daniel was Catholic and I am a Protestant who had previously been granted a divorce. The Catholic Church had certain requirements that we were in the process of addressing at the time of his death.

9. Daniel and I had made plans for our future together and had been executing on those plans when he was killed on September 11, 2001.

10. At the time of his death, Daniel Maurice Van Laere was my husband in all but name.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/22/2019

Cheryl Rinbrand