# EXHIBIT CC

TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS

DISTRITO SUR DE NUEVA YORK

| En re ataques terroristas el 11 de septiembre de 2001 | 03-md-1570 (GBD)(SN) ECF Caso |
|---|---|

Este documento se relaciona con:

Burnett y col. v. República Islámica de Irán, No. 15-cv-9903 (GBD) (SN)

## DECLARACION DE SILVERIA SEGURA

Yo, SILVERIA SEGURA, declaro bajo pena de perjurio lo siguiente:

1. Actualmente tengo 59 años y vivo en el Bronx, Nueva York.

2. Fui compañera doméstica de Juan G. Salas, quien fue asesinado en los ataques terroristas del 11 de septiembre de 2001 en el World Trade Center de Nueva York, donde trabajaba como trabajador de un restaurante en Windows on the World.

3. En el momento de su muerte, el 11 de septiembre de 2001, Juan G. Salas y yo habíamos residido juntos como esposo y esposa continuamente durante ocho años.

4. Juan G. Salas y yo tuvimos dos hijos juntos.

5. El 11 de septiembre de 2001, Juan G. Salas murió en el estado, me enviaron Cartas de Administración autorizándome a administrar su patrimonio. (Ver Certificado de Cartas de Administración adjunto).

6. Antes de su muerte el 11 de septiembre de 2001, Juan G. Salas mantuvo una póliza de seguro de vida a través de su sindicato que nombró a nuestro hijo, Juan Luis Salas, como su único beneficiario. Las ganancias de esa política se pagaron posteriormente a nuestro hijo.

7. Antes de su muerte el 11 de septiembre de 2001, Juan G. Salas y yo vivíamos juntos como esposo y esposa junto con nuestros dos hijos.

8. Antes de su muerte el 11 de septiembre de 2001, Juan G. Salas y yo hicimos planes para nuestras vidas y las de nuestros hijos.

9. Antes de su muerte el 11 de septiembre de 2001, Juan G. Salas y yo éramos muy activos en la vida de nuestros hijos. A Juan le encantaba llevarlos al parque cuando tenía tiempo libre del trabajo.

10. En el momento de su muerte, Juan G. Salas y yo dependíamos el uno del otro para obtener apoyo financiero, espiritual y financiero.

11. Los ataques terroristas del 11 de septiembre de 2001 destruyeron la vida que Juan G. Salas y yo habíamos hecho para nosotros y nuestra familia, y nuestras vidas nunca serán las mismas después de perderlo.

12. En el momento de su muerte, Juan G. Salas era mi esposo en todos los aspectos, excepto en el nombre.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Fecha: 08-05-2019                          Silverio Seguro
                                           Silveria Segura

# Surrogate's Court
## of the County of New York

224739

CERTIFICATE OF LETTERS OF ADMINISTRATION
The People of the State of New York

Index# 2002-2279

To all to whom these presents shall come or may concern,

Know Ye, that we, having inspected the records of our Surrogate's Court in and for the County of New York, do find that on October 2, 2002 by said court, LETTERS OF ADMINISTRATION on the goods, chattels, and credits of Juan G. Salas Favian Salas, deceased, late of the County of New York were granted unto Silveria Segura and that it does not appear by said records that letters have been revoked.

**\*\*RESTRICTIONS\*\***

The said administrator(s) be and hereby is (are) authorized to submit a claim to the September 11th Victim Compensation Fund of 2001, but is (are) restrained from collecting more than $50,000 of the proceeds therof until further order of this court. This authorization does not constitute court approval of the submission of such claim.

These letters with respect to any other cause of action are limited to the power to prosecute and confer no power to compromise the action, collect any settlement or enforce any judgment until further order of this court.

In Testimony Whereof, we have caused the seal of the Surrogate's Court of the County of New York to be hereunto affixed.

WITNESS, Honorable Renee R. Roth, a Surrogate of the County of New York, this 23rd Day of October, 2002.

*Jane Passenant*
Jane Passenant
Clerk of the Surrogate's Court

\* NOT VALID WITHOUT A RAISED SEAL OF THE COURT \*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

### DECLARATION OF SILVERIA SEGURA

I, SILVERIA SEGURA, hereby declare under penalty of perjury as follows:

1. I am currently 59 years of age and reside in the Bronx, New York.

2. I was the domestic partner of Juan G. Salas who was killed in the September 11, 2001 terrorist attacks at the World Trade Center in New York where he was working as a restaurant worker at the Windows on the World.

3. At the time of his death on September 11, 2001, Juan G. Salas and I had resided together as husband and wife continuously for eight years.

4. Juan G. Salas and I had two children together.

5. On September 11, 2001, Juan G. Salas died intestate, I was issued Letters of Administration authorizing me to administer his estate. (See attached Certificate of Letters of Administration).

6. Prior to his death on September 11, 2001, Juan G. Salas maintained a life insurance policy through his labor union that named our son, Juan Luis Salas, as his sole beneficiary. The proceeds of that policy were subsequently paid to our son.

7. Prior to his death on September 11, 2001, Juan G. Salas and I lived together as husband and wife along with our two children.

8. Prior to his death on September 11, 2001, Juan G. Salas and I made plans for ours and our children's lives.

9. Prior to his death on September 11, 2001, Juan G. Salas and I were very active in the lives of our children. Juan loved to take them to the park when he had time off from work.

10. At the time of his death, Juan G. Salas and I depended upon each other for financial, spiritual and financial support.

11. The September 11, 2001 terrorist attacks destroyed the life that Juan G. Salas and I had made for ourselves and our family, and our lives will never be the same after losing him.

12. At the time of his death, Juan G. Salas was my spouse in all ways except name.

I declare under penalty of perjury the foregoing is true and correct.

Date: _____            _____
                                        Silveria Segura