# EXHIBIT DD

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF PATRICIA SKIC

I, PATRICIA SKIC, hereby declare under penalty of perjury:

1.       I am currently 49 years old and reside in Buckeye, Arizona.

2.       I was the domestic partner of Michael Matthew Miller who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York where he was a Bond Trader with Cantor Fitzgerald.

3.       On Christmas of 2000, Michael surprised me with an engagement ring and asked me to marry him. (See attached Insurance Declarations Page listing engagement ring.)

4.       So that my sister and her husband could attend from Australia, our wedding ceremony was set for September 28, 2001.

5.       Prior to his death, Michael Miller spoke with his accountant and informed him that he intended to be married to me by the end of 2001, and he expected the two of us would file a joint income tax return for that year. (See attached letter dated May 3, 2002.)

6.       Prior to his death on September 11, 2001, I spoke with my accountant and informed him that I intended to be married to Michael by the end of 2001, and I expected the two of us would file a joint income tax return for that year. (See attached letter dated May 20, 2002.)

7.       In May of 2001, Michael Matthews and I were pre-qualified for a home mortgage loan and began looking for a home in the Hamptons.

8.  In March of 2001, Michael Matthews and I jointly leased a vehicle together (See attached Motor Vehicle Lease Agreement.)

9.  Just weeks before his death on September 11, 2001, Michael Miller and I had contracted for remodeling work do be undertaken at our condominium in New Jersey. (See attached Invoice from Cohen Construction Mgt.)

10.  Following his death on September 11, 2001, the State of New York - Workers' Compensation Board found that I was the domestic partner of Michael M. Miller and awarded benefits accordingly. (See attached Notice of Decision — Death Claim.)

11.  The parents of Michael M. Miller did not contest the Workers' Compensation Board's finding that I was his domestic partner. (See attached letter dated April 10, 2003.

12.  Following his death on September 11, 2001, various family members and close friends wrote letters attesting to the close relationship that Michael M. Miller and I had. (See attached letters from Karen Wolf, Pat Theodora, Kimberly and Daniel Chick, Cynthia, and Robert Skic.)

13.  During our life together, Michael Matthew Miller and I comingled our assets and in all ways lived our lives like a married couple.

14.  At the time of his death on September 11, 2001, Michael M. Miller and I were very much in love, intended to be married within weeks, and were looking forward to spending our lives together.

15.  At the time of his death on September 11, 2001, Michael M. Miller and I depended upon each other for financial, spiritual and emotional support.

16.  The September 11, 2001 terrorist attacks destroyed the life that Michael M. Miller and I had built, and my life will never be the same after losing him.

17.     At the time of his death, Michael M. Miller was my spouse in all ways except in name.

I declare under penalty of perjury the foregoing is true and correct.

Date: Aug 13th, 2019

Patricia Skic

Policy Number
30-CY-1926-5

## DECLARATIONS PAGE

**State Farm Fire and Casualty Company**
1750 Route 23, Wayne NJ 07477-0001
A Stock Company With Home Offices in Bloomington, Illinois



**Named Insured**

SKIC, PATRICIA                    1195-F557 N 3
41 EAGLES NOTCH DR
ENGLEWOOD NJ  07631-5060

## PERSONAL ARTICLES POLICY

**AUTOMATIC RENEWAL** - If the **POLICY PERIOD** is shown as **12 MONTHS**, this policy will be renewed automatically subject the premiums, rules and forms in effect for each succeeding policy period.  If this policy is terminated we will give y and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

| | |
|---|---|
| **Policy Period:** 12 Months | The policy period begins and ends at 12:01 am standard time at the named insured's address. |
| **Effective Date:** DEC 20 2001 | |
| **Expiration Date:** DEC 20 2002 | INFLATION COVERAGE - U.S. Department of Labor Consumer Price Index: 178.3 |

| Class of Property | Amount of Insurance | |
|---|---|---|
| Jewelry as scheduled | $      19,000 | — Engagement ring |

**(SCHEDULE ATTACHED)**

**Forms, Options, and Endorsements**

| | | |
|---|---|---|
| PERSONAL ARTICLES POLICY | FP-7940.2 | **POLICY PREMIUM**  $      245.00 |
| INFLATION COVERAGE | OPTION I | |
| AMENDATORY ENDORSEMENT | FE-7646 | Discount Applied:  Home Alert |
| | | NJ Surcharge  $        1.00 |
| | |  Total Amount  $      246.00 |

**NOTICE:**  We have the option of repairing or replacing the lost or damaged property at our cost.  If we agree to a cash settlement, we will pay you no more than our cost to replace the item.

We will provide the insurance described in this policy i return for the premium and compliance with all applicable provisions of this policy.

PREPARED   JAN 16 2002
FP-7070.2C

Countersigned _____ 1-22-08

By _____                    Agent
   JOE BROGAN
   201-339-8100

Your policy consists of this page, any endorsements and the policy form. **PLEASE KEEP THESE TOGETHER.**

01f0391b

# PERSONAL ARTICLES
## SCHEDULE

Policy Number
30-CY-1926-5

DEC 20 2001
PAGE 001



Named Insured

1195-F557 N3

SKIC, PATRICIA

Property Covered:  Jewelry
(Inflation Coverage Applies)

| Item Number | Description | Coverage Amount |
|---|---|---|
| 1 | LDS DIA ENGAGEMENT RING 1.60CT E COLOR SI1 CLARITY 2 TRILLION DIAS .80CT SI1 CLARITY E COLOR MANNY WINICK & SON, NY,NY 212-302-9555 | $ 19,000 |



KAPLAN & SCHULTZ
CERTIFIED PUBLIC ACCOUNTANTS

MITCHELL KAPLAN
LEONARD J. SCHULTZ

135 WILLIAM STREET
NEW YORK, N.Y. 10038
TELEPHONE 212-964-1800
FAX: (212) 732-4539

May 3, 2002

To Whom It May Concern:

I was the accountant for Michael Miller for several years.  Based on our phone conversations before he passed away, he was expected to marry Patricia Skic and file jointly by the end of the 2001 tax year.

Respectfully submitted by

Leonard J. Schultz, CPA

**ROBERT T. STEVENSON, P.C.**
CERTIFIED PUBLIC ACCOUNTANT
A PROFESSIONAL CORPORATION
2400 AUGUSTA DRIVE
SUITE 150
HOUSTON, TEXAS  77057-4911

MEMBER TEXAS SOCIETY OF
CERTIFIED PUBLIC ACCOUNTANTS

MEMBER AMERICAN INSTITUTE OF
CERTIFIED PUBLIC ACCOUNTANTS

TELEPHONE: 713-785-8939
FACSIMILE: 713-785-8930
EMAIL: ROBERTCPA @ NETROPOLIS.NET

May 20, 2002

To Whom It May Concern

   Re:  Patricia A. Skic
       41 Eagles Notch Drive
       Englewood, NJ  07631-5060

Dear Sirs,

The above referenced taxpayer was engaged to be married in September, 2001 and in 2001 would have filed married filing jointly with her fiancé Michael M. Miller.

Cordially,

*Robert Stevenson, CPA*

Robert Stevenson
Certified Public Accountant

# MOTOR VEHICLE LEASE AGREEMENT – NEW JERSEY

PORSCHE

**1.  LESSEE AND LESSOR.**

| LESSEE(S) (and CO-LESSEE, if any) Name and Address | LESSOR (Dealer) Name and Address |
|---|---|
| PATRICIA A SKIC   MICHAEL N MILLER | PAUL MILLER INC<br>250 U.S. ROUTE 46<br>PARSIPPANY, NJ 07054 |
| BERGEN | Telephone Number: 973-575-7750 |
| | DATE |
| VEHICLE'S GARAGING ADDRESS (if different than Lessee's address) | 03/16/2001 |
| | ACCOUNT NUMBER | LEASE TERM 39 months |

Lessee(s) and Co-Lessee, if any, (collectively "Lessee," "you" and "your") agree to lease from lessor ("Lessor") the leased vehicle described below ("Vehicle") according to the terms and conditions set forth on the front and back of this lease agreement ("Lease"). You acknowledge that this Lease will be assigned to Porsche Credit Corporation, 4343 Commerce Ct., Lisle, IL 60532, (800) 505-1041, or an assignee designated by Porsche Credit Corporation (collectively "Assignee").

**This box is a Single Payment Lease if this box is checked:** ☐

**2.  VEHICLE DESCRIPTIONS.**

A.  LEASED VEHICLE. ☒ New  Manufacturer's Suggested Retail Price $ 49431.00  ☐ Used  Primary Use: ☐ Personal ☐ Business

| Year | Make | Model | Body Style | Odometer Reading | Vehicle Identification No. |
|---|---|---|---|---|---|
| 2000 | PORSCHE | BOXSTER | | 945 | WP0CA2981YU625920 |

| If the Odometer Reading is greater than 1000 miles, then the prior use of the Vehicle is: | | No. Cylinders | Transmission | Brakes | Steering | Air Conditioning |
|---|---|---|---|---|---|---|
| ☐ personal, family or household | ☐ livery ☐ prior wreckage | | ☐ automatic | ☐ power-assisted | ☐ power-assisted | ☒ yes |
| ☐ demonstrator | ☐ daily rental ☐ unknown ☐ police | | ☒ manual | ☐ manual | ☐ manual | ☐ no |

B.  TRADE-IN VEHICLE.  Year  N/A  Make  N/A  Model  N/A

| **3. AMOUNT DUE AT LEASE SIGNING OR DELIVERY.**<br><br>(Itemized below)*<br><br>$ 2773.00 | **4. MONTHLY PAYMENTS OR SINGLE PAYMENT.**<br>A. Your first Monthly Payment of $ 509.00 is due on 16 MAY 2001 followed by 38 payments of $ 589.00 due on the 16TH of each month.<br>B. The total of your Monthly Payments is $ 22971.00<br>C. If this is a Single Payment Lease, your Single Payment of $ N/A is due on N/A N/A which is at Lease Signing or Delivery as shown in Section 7(A)(3). | **5. OTHER CHARGES.**<br>(Not part of your Monthly Payment or Single Payment)<br><br>A. Termination Fee $ 350.00 (if you do not purchase the Vehicle)<br><br>B. N/A $ N/A<br><br>C. Total $ 350.00 | **6. TOTAL OF PAYMENTS.**<br>(The amount you will have paid by the end of the Lease)<br><br>$ 25965.00<br><br>(Section 3 plus Section 4(B) plus Section 4(C) plus Section 5(C) minus Section 7(A)(2) minus Section 7(A)(3)) |

**7.  *ITEMIZATION OF AMOUNT DUE AT LEASE SIGNING OR DELIVERY.**

| A. Amount Due at Lease Signing or Delivery: | | B. How the Amount Due at Lease Signing or Delivery will be Paid: | |
|---|---|---|---|
| (1) Capitalized Cost Reduction | $ 1500.00 | (1) Net Trade-in Allowance | N/A |
| (2) First Monthly Payment | 589.00 | | |
| (3) Single Payment | N/A | (2) Rebates and Noncash Credits | N/A |
| (4) Title Fees | N/A | | |
| (5) Registration Fees | N/A | (3) Amount to be Paid in Cash | 2773.00 |
| (6) License Fees | 120.00 | | |
| (7) Sales or Use Tax | N/A | | |
| (8) UPFRONT ACQ | 495.00 | | |
| (9) DOC FEE UPFRONT WARRANTY | 69.00 | | |
| (10)   Total | $ 2773.00 | (4)   Total | $ 2773.00 |

**8.  YOUR MONTHLY PAYMENT OR SINGLE PAYMENT IS DETERMINED AS SHOWN BELOW:**

A.  Gross Capitalized Cost. The agreed upon value of the Vehicle ($ 43936.55 ) and any items you pay over the Lease Term (such as service contracts, insurance, and any outstanding prior credit or lease balance) ................ $ 45091.03  If you want an itemization of this amount, please check this box. ☐

B.  Capitalized Cost Reduction. The amount of any Net Trade-in Allowance, rebate, noncash credit, or cash you pay that reduces the Gross Capitalized Cost ...... 1500.00

C.  Adjusted Capitalized Cost. The amount used in calculating your Base Monthly Payment or Base Single Payment ....... = 43591.03

D.  Residual Value. The value of the Vehicle at the end of the Lease used in calculating your Base Monthly Payment or Base Single Payment ....... – 30152.91

E.  Depreciation and any Amortized Amounts. The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term ...... = 13438.12

F.  Rent Charge. The amount charged in addition to the Depreciation and any Amortized Amounts ............... + 9622.88

G.  Total of Base Monthly Payments or Single Payment. The Depreciation and any Amortized Amounts plus the Rent Charge ........................... = 22971.00

H.  Lease Payments. The number of payments in your Lease + 39

I.  Base Monthly Payment or Base Single Payment ...... = 589.00

J.  Administrative Charge ................ + N/A

K.  Monthly or Total Sales/Use Tax ............... + N/A

L.  ........................ + N/A

M.  Total Monthly Payment ("Monthly Payment") or Total Single Payment ("Single Payment") ...... = $ 589.00

**Early Termination.** You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.

**9.  EXCESSIVE WEAR AND USE.** You may be charged for Excess Wear and Use based on our standards for normal use and for mileage in excess of 13000 miles per year at the rate of $0.30 per mile.

**10.  PURCHASE OPTION AT END OF LEASE TERM.** You have an option to purchase the Vehicle "AS IS" at the end of the Lease Term for the sum of the Residual Value, plus any past due Monthly Payments and any other amount due under this Lease, plus any official fees, taxes and other charges related to purchase of the Vehicle.
**Other Important Terms.** See your Lease documents for additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

**11.  ESTIMATED OFFICIAL FEES AND TAXES.** The estimated amount you will pay for official and license fees, registration,

**12.  WARRANTIES.** If the Vehicle is new, it is covered by the standard manufacturer's new vehicle

..., and taxes over the term of your Lease, whether included in your Monthly Payments or Single Payment or assessed otherwise:

| | | |
|---|---|---|
| A. Estimated Sales/Use Tax | $ | 827.82 |
| B. Estimated Personal Property, Excise or Other Taxes | $ | 237.46 |
| C. Estimated License, Registration and Certificate of Title Fees | $ | 954.90 |
| D. Total of Estimated Official Fees and Taxes | $ | 2018.48 |

The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the Vehicle at the time a fee or tax is assessed.

**14. SIGNATURES.**

YOU AGREE TO ALL PROVISIONS OF THIS LEASE INCLUDING THOSE ON THE REVERSE SIDE HEREOF WHICH ARE INCORPORATED HEREIN BY REFERENCE.

**NOTICE: THE LESSEE AND THE LESSOR SHALL BE ENTITLED TO REVIEW THIS CONTRACT FOR ONE BUSINESS DAY BEFORE SIGNING THE CONTRACT.**

NOTICE TO THE LESSEE: (1) IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS LEASE BEFORE YOU SIGN IT. (2) DO NOT SIGN THIS LEASE BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES TO BE FILLED IN. (3) YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THIS LEASE. YOU AGREE THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY OF THIS LEASE.

warranty. If the Vehicle is used, it is only covered by the express warranty(ies) identified below:

[X] The Vehicle is covered by the remainder of the standard manufacturer's new vehicle warranty.

[ ] The Vehicle is covered by the standard manufacturer's used vehicle warranty.

Lessor assigns to you all rights Lessor has under any of these warranties. You acknowledge that you have received a copy of the indicated warranties.

**13. DISCLOSURE REQUIRED BY NEW JERSEY LAW.**

Assuming there is no default and that you exercise your purchase option at the end of the Lease Term, the Total Cost of the Lease is $ 55,287.91 . (Section 3 plus Section 4(B) plus Section 4(C) plus Section 8(D) minus Section 7(A)(2) minus Section 7(A)(3)).

# Cohen Construction Mgt.

240 E 39th St.
New York , N.Y.  10016
212 297-0361 fax 212 856-0823

**Invoice No.**                     1

# INVOICE

**Customer**

| | |
|---|---|
| Name | Michael Miller And Patricia Skic |
| Address | |
| City | |
| Phone | |

| | |
|---|---|
| Date | 11/7/01 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | Protection of existing carpet and all affected areas of home. | $250.00 | |
| | Remove existing carpet and marble on landings & stairs. | $750.00 | |
| | **Material** | | |
| | Replace existing marble with 3/4" granite. | | |
| | Replace carpet on stairway with 3/4 inch granite. | $1,450.00 | |
| | Replace 3 existing marble landings with 3/4" granite. | $1,950.00 | |
| | **Labor** | | |
| | Installation of granite on stairs and front entry way. | $2,250.00 | |
| | | | |
| | 15% Deposit     $1,079.79 | | |
| | After demolition     $2,500.00 | | |
| | Upon completion     $3,618.84 | | |

| | | |
|---|---|---|
| | Sub-Total | $6,650.00 |
| | Tax | $548.63 |
| | Total | $7,198.63 |
| | Due | $6,118.84 |

**Payment Details**

○ Check
◉ Cash
○

$1,079.79 deposit Non refundable
Received August 6,2001

13299738



**Robert R. Snashall**
**Chairman**

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
PO BOX 29017
BROOKLYN, NY 11202-9017
*www.wcb.state.ny.us*

(800) 877-1373

## State of New York - Workers' Compensation Board

### In regard to Micheal Miller, WCB Case #0014 8752

### NOTICE OF DECISION
### (Death Claim)
*keep for your records*

At the Workers' Compensation hearing held on 02/10/2003 involving the claim of Micheal Miller at the Manhattan hearing location, Judge Arthur Rakus made the following decision, findings and directions:

AWARD - THE EMPLOYER OR INSURANCE CARRIER ARE DIRECTED TO PAY AT ONCE AS FOLLOWS:

Continuing award.

The period from 9/11/2001 to 2/20/2003 for 75.4 weeks totaling $30,160.00 is awarded as follows:

| Award to: | Relation | DOB | Pct | Rate / week | Total | Pay to: |
|---|---|---|---|---|---|---|
| Patricia Skic | Spouse | 11/12/1969 | 66.67% | $400.00 | $30,160.00 | Patricia Skic |

Carrier Continue Payments bi-weekly in the amount of $800.00

*Any money previously paid for the above period(s) will be deducted from the total amount.*

DECISION:   The claimant's average weekly wage for the year worked before this work related injury or occupational disease is determined to be $600.00 or more without prejudice. I find that Patricia Skic is the domestic partner of the decedent Michael Miller. No further action is planned by the Board at this time.

| | | | | |
|---|---|---|---|---|
| Claimant - | Micheal Miller | | Employer - | Cantor Fitzgerald, LP |
| Social Security No. - | | | Carrier - | Pacific Indemnity Company |
| WCB Case No. - | | | Carrier ID No. - | |
| Date of Accident - | 09/11/2001 | | Carrier Case No. - | |
| District Office - | NYC | | Date of Filing of this Decision- | 02/21/2003 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EC-23 (4/98)
FILE COPY

Page 1 of 1

Copies To:
Claimant:                    Micheal Miller
Carrier:                     Pacific Indemnity Company
Employer:                    Cantor Fitzgerald, LP
Attorney/Representative:     Wolff and Samson
                             No Dependency Death Unit
                             Patricia Skic
                             Finance Unit
                             James H.and Betty Ann Miller
                             NYS Department of Labor

Micheal Miller
c/o Estate of
115 Depot Rd.
Milford, CT   06460

Micheal Miller                Cantor Fitzgerald, LP             Pacific Indemnity Company
c/o Estate of                 135 E 57th Street - 6th Floor     c/o Chubb Insurance Company
                              New York, NY   10022             55 Water Street
              .oJ                                               New York, NY   10041

Wolff and Samson              No Dependency Death Unit          Patricia Skic
5 Becker Farm Rd.             Workers' Compensation Board
Roseland, NJ  07068           100 Broadway
                              Room 25-L
                              Albany, NY  12241

Finance Unit                  James H.and Betty Ann Miller      NYS Department of Labor
Workers' Compensation Board                                    Attn: Deborah Maciariello
20 Park St., Room 313                                          State Office Building Campus
Albany, NY  12207                                             Building 12, Room C223
                                                              Albany, NY  12240

**OVER**
FILE COPY

# WOLFF & SAMSON PC
## COUNSELLORS AT LAW
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
TELECOPIER: 973-325-1501

DAVID SAMSON
ARTHUR S. GOLDSTEIN*
ARMEN SHAHINIAN*
GAGE ANDRETTA*
DANIEL A. SCHWARTZ*
KAREN L. GILMAN
KENNETH N. LAPTOOK*
FREDRIC P. LAVINTHAL
DAVID M. HYMAN*
DAVID L. SCHLOSSBERG
PAUL M. COLWELL
ROBERT E. NIES
MORRIS BIENENFELD*
DENNIS M. TOFT
JEFFREY H. GUSSOFF*
M. JEREMY OSTOW
JOHN F. CASEY
JAMES D. FERRUCCI
JOHN M. SIMON
STEPHEN L. FERSZT*

LAURENCE M. SMITH
WILLIAM E. GOYDAN*
DARRYL WEISSMAN*
MICHAEL R. FRISCIA*Δ
PETER E. NUSSBAUM
LORI E. GRIFA*
MICHELLE A. SCHAAP
ADAM K. DERMAN
ANDREW SAMSON
ADAM P. FRIEDMAN*
MITCHELL S. BERKEY*

JOEL A. WOLFF
HERBERT H. TATE, JR.
ROGER J. BREENE
CARL B. LEVY
ANGELO A. MASTRANGELO
RHONDA CARNIOL*
OF COUNSEL

AARON D. BASSAN
ROXANNA E. HAMMETT
LAUREN M. O'SULLIVAN
ROBERT L. TCHACK
JOSEPH ZAWILA
ROBERT M. SILVERSTEIN*
THOMAS W. SABINO
GEORGE R. TALARICO*
HOWARD M. UNIMAN
CATHERINE P. WELLS
JONATHAN BONDY*
MOLLIE K. O'BRIEN
SENIOR ATTORNEYS

ANDREW D. ELLIS
DONNA M. EREM
JUNE S. MELLER*
JOSEPH MONAGHAN
LYNN D. SHAVELSON*
JILL D. ROSENBERG*
RAINA SEMIONOW^
ANDREW S. KENT*
ERIC J. LEVINE*
LINDA A. TURTELTAUB*
DAVID J. SPRONG*
SHARON L. WEINER*
ROBERT H. CRESPI*
IAN S. MARX*
MYRNA BLUME
LESLIE A. CASCONE
VANESSA JACHZEL*

DORIT F. KRESSEL*
JEFFREY B. ULIN*
DANIEL D. BARNES*
ARTHUR M. NALBANDIAN*
SUSAN GREENWALD
JUNIE HAHN*
KENNETH F. CERULLO*
JOSEPH TRIPODI*
KRISTINA RAK BROWN*
JOHN O. LUKANSKI*
NICOLE HUBERFELD*
ANDREW J. SHAW*
DIANA L. BUONGIORNO
IRINA B. ELGART
JAMES M. GRAZIANO
CHRISTOPHER NUCIFORA
THOMAS J. TRAUTNER
TRICIA M. GASPARINE
LINDA D. SULLIVAN*
MARIA K. ANASTASIA*
JOSHUA M. LEE
KAREN L. SHAMIR
ROBERT L. HORNBY*
AUSTIN S. LILLING*
R. JONAS GEISSLER
MARK E. NIKOLSKY*Δ
LISA D. CORNACCHIA
DENISE J. PIPERSBURGH
GARY A. STRONG*
DAVID K. MOORE
LISA M. HANNAN

*MEMBER NJ AND NY BARS
ΔREGISTERED PATENT ATTORNEY

MARTIN L. WIENER (1908 - 2002)

NEW YORK OFFICE:
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005
212-973-0572

WRITER'S E-MAIL:
CLEVY@WOLFFSAMSON.COM
WRITER'S DIRECT DIAL:
973-530-2035
WRITERS TELECOPIER:
973-530-2235

PLEASE REPLY TO WEST ORANGE

April 10, 2003

Honorable Robert Snashall, Chair
Worker's Compensation Board
20 Park Street
Albany, New York 12207
Attn:   Carl Copps, Principal Attorney
        Office of Appeals

Re:   W.C.B. No.:  00148752
      Claimant: Michael Miller (deceased)
      Employee of Cantor Fitzgerald, LP
      Accident 09 11 2001
      Carrier Pacific Indemnity Company (7165 61 78/324)

Honorable Sir:

This office is in receipt of an application dated March 21, 2003 appealing the decision of the Law Judge in this matter.  This office represents Betty Ann Miller and James H. Miller, the administrators of the Estate of Michael Miller and the decedent's non-dependent parents.

As indicated in our prior correspondence, the Millers, both individually and as administrators of the estate, do not contest Patrica Skic's status as a domestic partner as defined in the recent amendment to the New York State Worker's Compensation Law.

The Law Judge in his opinion provided that:

"Any money previously paid for the above period(s) will be deducted from the total amount."

**WOLFF & SAMSON**
Honorable Robert Snashall, Chair
April 10, 2003
Page 2


   Clearly this provides that the award to Patricia Skic as the domestic partner will be offset by the money previously paid to the Estate.  This provision is consistent with what the carrier states was the Law Judge's denial of its request that the previous payment be repaid (although the decision does not contain this ruling).

   Accordingly, the payments to Patricia Skic would begin once the prior award is completely credited to the carrier.  The decision of the Law Judge should be upheld.

         Respectfully submitted,


         CARL B. LEVY


CBL:brw
cc:  James and Betty Ann Miller, Jr.
   Cantor Fitzgerald, LP
   Pacific Ind. Co.
   Ms. Patricia Skic
   Jerry Sattin, Esq.

August 5, 2002

To Whom it May Concern:

I've been a close friend of Patricia Skics' for about eight years. In the summer of 1996 We had gone to a Barbeque in the Hamptons. And Patricia meet Micheal Miller, from that day on Micheal and Patricia were inseperable.

A few months later Micheal Had given up his New York City apartment and moved into Patricias New Jeesey Condo. They were both working when they meet But since Micheal Needed Patricia at home Taking care of house or needed her to go on Bussiness trips to entertain clients She left her jobs and Micheal supported Them Both.

I remember how excited Patricia was on Christmas of 1999 when Micheal popped the question, and presented her with an engagement ring. The went to Spain in July and inquired about getting married overseas & surprising everyone, But it wasn't legal. So they decided to wait till the end of September, when her sister Kim and her husband Daniel came for a visit from Austrialia.

Unfortuneatly this never came to Because of the devastating tradgedy. Her life will never be the same. She has suffered a Tremendous loss as we all did when Micheal Parted this world

Sincerely,

Karen Wolf

*July 2003*


To Whom It May Concern:

Michael Miller and Patricia Skic were engaged to be married, Patricia and Michael had been together for almost 5 years.  Michael was a close friend of mine for 15 years.

Michael told Patricia that he did not want her to work anymore and requested that she stays home and entertain his clients for his work.  He told me he felt with her doing this it allowed him to become more bonded with his clients.  Which in turn would make his clients feel more obligated to do the majority of their trades with his options desk at Cantor.

In May of 2001 my son and I spent a week at Michael and Patricia's house, while on vacation in New Jersey Michael and Patricia were looking at homes in the Hamptons to purchase.  Michael had me pre-qualify him for a possible home loan in the event they found a home they liked.  I have been in the mortgage business for 25 years.  The sales price he could qualify for based on what he was anticipating his bonuses to be was $1,100,000.

Michael and Patricia were planning to keep Patricia's home in New Jersey for the weekdays and the house in the Hamptons for the weekend and vacations.

If you have any questions please feel free to contact me.


Pat Theodora

4

To whom it may concern:

We are writing this letter to testify for Patricia Skic about her relationship with Michael M. Miller. I am Patricia's sister and Daniel, my husband is Patricia's brother in law.

Patricia and Michael were together as a couple for five years. They lived together for most of this time at ⁄

Patricia and Michael met in the summer time in 1997 at a barbecue in the Hamptons which they both attended with mutual friends. The Hamptons became one of their favorite vacation spots since meeting.

After they met and dated for a while, Michael decided to make the move from New York City to New Jersey into Patricia's home so they could be together.

Patricia is a model and was busy working when they met. Her job often had her travelling from New York to places such as Mexico, Europe and many US cities. Because of Michael's long hours and stressful job, he asked her to give up her job so she could be home to take care of their domestic chores and financial responsibilities.

He needed her as his "support person". Patricia had a difficult time with this because her whole life had been quite independent. Michael assured her they would be fine on his salary, so she decided that would be best for their relationship.

We were able to spend quite a bit of time with Patricia and Michael, he was part of our family. Daniel was like a brother to Michael.

Michael called us in November of 2000 to let us know he would propose to Patricia when we came home for the holidays. We live in Australia, so when he notified us that he would wait until we were present we were extremely happy.

Daniel and I arrived in New Jersey in December 2000 for the Christmas holidays. The minute we put our bags in the room, Michael rushed to show us both the engagement ring. I had never seen a bigger smile on his face.

We spent the holidays in Vermont. Skiing was just one of the activities we all enjoyed together. The night Michael proposed to Patricia was an evening we will never forget.

Michael and Daniel were happy they would be family and Patricia and I were thrilled we were to have husbands who really cared not only for us, but for each other.

Because Daniel plays football in Australia, our schedule is very difficult to get holiday time.  Michael knew of our plans to visit them during Daniel's off-season which was September 2001.

It was important to Michael that we would be at the wedding. Because of our tight schedule, Michael decided that instead of planning a huge ceremony he and Patricia would 'elope' in front of a Justice of the Peace so that we could be there.

The date was set. They would marry September 28, 2001, when we arrived.

Michael was so excited about us coming home, not only would they marry, but he was about to become an uncle.  I was five months pregnant with our first baby. He spent several weeks organising our stay and deciding who else would meet us there.

One week before we were due to fly out of Australia, Daniel and I came home to the horrific news as to what was happening at the World Trade Centre.  I received a call from Patricia confirming the news.  Patricia told us. She had spoken to Michael twice that morning. She was the only person he called and told her he thought a bomb had exploded in the building.  She called him back minutes later and got through a second time. That was the last time they pronounced their love for each other.

We believed in our hearts Michael would survive. He did not.  Patricia's world collapsed as did ours.

We are still affected by this tragedy today. I cannot even begin to image what my sister is feeling.

Instead of coming home to witness what would have been one of the happiest days in Michael and Patricia's life, we came home to attend a service for Michael.

Life hasn't been the same since September 11, 2001 — it will never be.

Sincerely

*Kimberley Chick*

Kimberley Chick

*Daniel Chick*

Daniel Chick

JUSTICE OF THE PEACE FOR VICTORIA
REG. No. 10339
MICHAEL ROBERT BROWN
10 KARISTA AVE., HEATHMONT 3135

Dear Patricia,

I've been meaning to write this letter to you for sometime and it coincidentally corresponds with the fist anniversary of September 11th. I wanted to let you know how much you and Michael have touched our lives.

Jim and I had the pleasure of knowing you and Michael for over three years. We were able to witness and experience Michael's humor, generosity, and most of all his love for you. I remember Jim introducing me to you and Michael, and I thought what a nice couple. We were fortunate that our "neighborhood" bar was right down the street from your house and you and Michael often visited us. Through this, a friendship was formed.

Looking back now I think of all the pool games Jim shared with Michael, the endless games of darts you played with Michael, and how Michael was always sure to instructed Jim on how to improve his drink. We looked forward to sharing time with you and Michael and hearing about the new restaurants or trips you recently went to. We now cherish these memories.

What stands out most was Michael's love for you. I remember when Michael treated us to The Rocky Horror Musical on Broadway and you weren't able to attend because you had the flu. Throughout the evening and the show, Michael would remark how he wished you were with us. Afterwards, he meticulously picked out lilies at the corner market for you and was eager to get home and see how you were.

One of the wonderful things about Michael was his enthusiasm and energy. He was proud to share the wonderful secret of his engagement plans with us one evening while you were out of town on a shoot. Michael went into great detail to explain his plans to propose to you. He was so proud of the ring he selected and said that events like this only happen once in a lifetime, therefore he wanted to give you the best diamond he could. Beyond that, he wanted to share the rest of his life with you and start a family.

Michael could drive us crazy when you were out of town working. He felt misplaced without you and would be a ball of nervous energy. I admired how he spoke about you and all of his plans began with "when Patricia returns". He was dedicated to his work but we always sensed that Michael would be running out of the office at the end of the day to get home to you. While most men don't like to take their fiancées on business trips, Michael loved the thought of you coming with him. I believe that you completed him and he did the same for you.

What has amazed me the most throughout this past year is your strength, determination, and love. I am still in awe of how diligent you were the evening of September 11th. Throughout the night and into the early morning, we worked together calling all the area hospitals, police departments, co-workers, family members, and registering Michael as a missing person. You gave me hope. Every time there was a noise outside, you would look at the front door expecting Michael to walk through it with an amazing story. You repeatedly dialed Michael's cell phone, clutching the receiver, and held your breath for him to answer.  When he didn't, you were frustrated but also found comfort in hearing his voice again. I can't imagine what it was like receiving the last two calls from Michael the morning of September 11th. As difficult as they must have been, I am glad that you were able to tell each other "I love you" one more time.

In the days and weeks following, you gathered Michael's DNA, dental records, family blood samples, and pictures in order to locate Michael. I could not imagine functioning after these events but you took charge and did whatever was necessary. You spent sleepless nights setting up a make shift office in your house, filling out paper work, returning endless calls, and finally planning a funeral. Throughout all of this, you were constantly concerned about Michael and his memory before yourself.

It's been said that the events of September 11th have changed all our lives. This is true. I am still devastated by that day and the loss of Michael. However, I've learned a lot from the both of you and have been able to take away something positive from this experience. Michael taught me that you can achieve success while remaining grounded and enjoy life to the fullest. You've taught me strength, determination, and courage. I've learned from the both of you the importance of spending time with your partner and loving each other everyday.

Jim and I feel fortunate to have known you and Michael and have had a friendship with the two of you. I truly respect you for everything you have gone through. I can't imagine how difficult this past year must have been for you. You're an amazing person and I am lucky to have you for my friend.

I wish you all the happiness for the future.

Yours truly,

Cynthia

①

To Whom it May Concern

I always Remember when Patricia & Michael Came to Wisconsin for the first time I had to meet Michael, it was great, he was a wonderfull Man, & everybody enjoyed him, we went out for dinner & then went to a Sports bar, where the owners had Many items of the Green bay Packers, like auto-graphed jerseys & Helmets from Brett farr, He Led My Son in law from Australia Daniel Chick & Michael were what ever they wanted & we had Many pictures taken that I will cherish for ever, They Stayed for five days, Michael was disapointed that we couldn't go Golfing, as the weather just didn't allow for it.

Michael Called Many times just to See how I was doing always being So polite, It was always Mr. Skie & Good Bye & Have a great day Mr. Skie Etc, Certainly More than I was ever used to.

I Remember the Morning when he called, I was Still in bed It —

was 6:00 A.M., he felt so bad Calling that early., But he & Patricia were going away for the weekend, & the Reason he Called was To ask if he had my permission to ask Patricia to Marry him, as he wanted to give her an engagement Ring.

I was so happy & Delighted for both of them., as they were always so happy together.

we had talked Many times over the phone & he wanted so much for me to Come to New York.

Then Came Sept. 11, & I will Never forget, I walk five miles a day, & when I got home, I Check My phone Messages. & Kimberly My daughter from Australia left a message, that the world trade tower, that michael was in got hit, at that time I turned on fox News & was watching as the Second tower was hit, & Could only pray that the worst wouldn't happen., & we all know the Rest of this Sad Story,

No body knows How extreme the pressure has been for Patricia., going down with all the D.N.A. Samples Etc.

③

Calling Michael cell phone time after time
& hearing it Ring, & Never getting a Answer,
and at the Same time keeping Michaels
Parents up dated on every thing going on.
Any thing that had to be done Patricia
did it,

When it was decided to have
the Memorial Service, I & My Son
Roger flew out to be there. When we
got to the air port, we were picked up
By Patricia, Kimberly, Daniel & Patrick -
Theroda who was a Special friend of
Michaels & Patricia,

We went to Michaels Parents &
I met them for the first time, After
having bured, The men went down Stairs,
Roger, Patrick, Daniel & My Self. We had
a beer & were just Sitting a round,
talking about 9-11. James was telling
us about Michael & Showed different itens
that were still hanging on the Walls as
he grew up it life. As we Sat there
talking, James Said the one thing that
Matters Most to him was to See that
Patricia Would be taken Care of for the
Rest of her life, as She was like a



daughter to him & Betty ann, He spoke
about how much they had enjoyed Patricia's
Company,
    the Service was Saturday, it was
beautifull with the bag-pipes Etc. & also very
Hard on every one,
        After the Service we went to
a place where lunch was Served & I
had a chance to talk to Many of Michael's
friends, you could tell by talking to them
what a great Man, We had lost.
        That evening we went to the
out Back Steak House for dinner, & Back
to the Motel where we were Staying, we
visited, with the Millers & took a few
Pictures & on Sunday Morning I & Roger
left to come Back home,

                Sincerely
                Robert Skie