# EXHIBIT EE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Terrorist Attacks on September 11, 2001   03-md-1570 (GBD)(SN)
ECF Case

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)
**DECLARATION OF JOSE A. FRANCO-SUAREZ**

I, JOSE A. FRANCO-SUAREZ, hereby declare under penalty of perjury as follows:

1. I am 29 years old and reside in Ocala, Florida.
2. I am the stepson of Benjamin Suarez who was killed in the September 11, 2001 terrorist attacks at the World Trade Center in New York where, as a firefighter with the Fire Department of New York, he responded to the call of duty.
3. I was 5 years old in 1994 when my mother, my sister and I began living together as a family with Benjamin Suarez. He and my mother were married two years later in 1996.
4. My biological father played no role in my life and I have no memories of him.
5. Benjamin Suarez assumed all the responsibilities of a father to me and was the father figure in my life.
6. Benjamin Suarez fed me and clothed me. He protected me and kept me safe.
7. Benjamin Suarez took me to school each day and helped me with my homework when I returned.
8. Benjamin always made time to play sports with me. He taught me how to play baseball and took me to my first Yankees game. He taught me how to swim. He would attend my sporting events whenever he could and was my biggest fan no matter how I played.
9. Benjamin taught me how to tie a tie for the first time when I was a young man.
10. Benjamin used to take my sister and me down to the firehouse where he would introduce us to his brother firefighters as his children. He always took us to the annual firehouse Christmas party.
11. Benjamin talked to me about the birds and the bees and answered my questions about girls. He always stressed that women were to be respected and never abused.
12. Benjamin taught me right from wrong and always led by example.
13. The life lessons I learned from Benjamin Suarez influenced the man I am today.
14. Benjamin Suarez was my father in all ways.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/30/19

Jose A. Franco-Suarez