# EXHIBIT FF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)
**DECLARATION OF JOSCELYN C. FRANCO-SUAREZ**

I, JOSCELYN C. FRANCO-SUAREZ, hereby declare under penalty of perjury as follows:

1. I am 31 years old and reside in Ocala, Florida.
2. I am the stepdaughter of Benjamin Suarez who was killed in the September 11, 2001 terrorist attacks at the World Trade Center in New York where, as a firefighter with the Fire Department of New York, he responded to the call of duty.
3. At the time of his death on September 11, 2001, I had been living with Benjamin Suarez for seven years.
4. I was 7 years old in 1994 when my mother, my brother and I began living together as a family with Benjamin Suarez. He and my mother married two years later in 1996.
5. My biological father played no role in my life and I have no memories of him.
6. Benjamin Suarez assumed all the responsibilities of a father to me and was the only father figure in my life. Benjamin showed me what it was like to have a father.
7. Benjamin fed me and clothed me. He protected me and kept me safe.
8. Benjamin took me to school each day and helped me with my homework when I returned.
9. Benjamin would take my brother and I to whichever firehouse he was working out of where he would introduce us to the firefighters there as his children. We always attended the annual firehouse Christmas party, and he often would take my extended family to firehouse bar-b-ques.
10. Benjamin always made me feel special. I remember a school recital I performed in when I was in second or third grade. My mother was working and unable to attend. To my surprise, Benjamin showed up with the entire firehouse and all the firefighters were clapping and screaming my name.
11. Benjamin often took me on father-daughter dates where just he and I would do something fun together. He would often take me to get my nails or hair done and make me feel special. For my 9th or 10th birthday, Benjamin rented a limousine service and took our whole family to Red Lobster.
12. Benjamin taught me be myself at all times. He taught me life lessons which I instill in my own children.
13. Benjamin Suarez was the model for how every father should be.
14. Benjamin Suarez was my father in every sense of the word.

I declare under penalty of perjury that the foregoing is true and correct.

Date:
8/30/19

Joscelyn C. Franco-Suarez