# EXHIBIT A

| # | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
|---|---|---|---|---|---|---|---|---|
| 1 | Paul | Wesley | Ambrose | | Estate | | $ 2,000,000.00 | |
| 2 | Kelly | Ann | Booms | | Estate | | $ 2,000,000.00 | |
| 3 | Bernard | Curtis | Brown | II | Estate | | $ 2,000,000.00 | |
| 4 | Thomas | E. | Burnett | Jr. | Estate | | $ 2,000,000.00 | |
| 5 | Suzanne | M. | Calley | | Estate | | $ 2,000,000.00 | |
| 6 | Christoffer | Mikael | Carstanjen | | Estate | | $ 2,000,000.00 | |
| 7 | William | Joseph | Cashman | | Estate | | $ 2,000,000.00 | $ 4,475,752.00 |
| 8 | Alexander | M. | Filipov | | Estate | | $ 2,000,000.00 | |
| 9 | Gerald | Paul | Fisher | | Estate | | $ 2,000,000.00 | |
| 10 | Wilson | Falor | Flagg | | Estate | | $ 2,000,000.00 | $ 6,298,686.00 |
| 11 | Darlene | Embree | Flagg | | Estate | | $ 2,000,000.00 | $ 4,045,587.00 |
| 12 | Ronald | Franklin | Golinski | | Estate | | $ 2,000,000.00 | |
| 13 | Richard | J. | Guadagno | | Estate | | $ 2,000,000.00 | |
| 14 | Peter | Paul | Hashem | | Estate | | $ 2,000,000.00 | |
| 15 | James | Edward | Hayden | | Estate | | $ 2,000,000.00 | $ 71,551,830.00 |
| 16 | Cora | Hidalgo | Holland | | Estate | | $ 2,000,000.00 | |
| 17 | Natalie | Janis | Ladsen | | Estate | | $ 2,000,000.00 | $ 8,105,310.00 |
| 18 | Judith | Camilla | Larocque | | Estate | | $ 2,000,000.00 | $ 8,806,871.00 |
| 19 | Maclovio | | Lopez | Jr. | Estate | | $ 2,000,000.00 | $ 8,560,063.00 |
| 20 | Sara | Elizabeth | Low | | Estate | | $ 2,000,000.00 | |
| 21 | Hildegard | Marie | Marcin | | Estate | | $ 2,000,000.00 | $ 1,339,687.00 |
| 22 | Dora | Marie | Menchaca | | Estate | | $ 2,000,000.00 | $ 24,826,086.00 |
| 23 | Nicole | Carol | Miller | | Estate | | $ 2,000,000.00 | $ 9,533,237.00 |
| 24 | Shawn | Michael | Nassaney | | Estate | | $ 2,000,000.00 | $ 17,063,383.00 |
| 25 | John | Alexander | Ogonowski | | Estate | | $ 2,000,000.00 | $ 9,683,801.00 |
| 26 | Marie | | Pappalardo | | Estate | | $ 2,000,000.00 | |
| 27 | Donald | A. | Peterson | | Estate | | $ 2,000,000.00 | $ 2,615,329.00 |
| 28 | Samuel | Robert | Salvo | Jr. | Estate | | $ 2,000,000.00 | |
| 29 | Jesus | | Sanchez | | Estate | | $ 2,000,000.00 | $ 6,405,653.00 |
| 30 | Christine | Ann | Snyder | | Estate | | $ 2,000,000.00 | $ 10,574,447.00 |
| 31 | Madeline | Amy | Sweeney | | Estate | | $ 2,000,000.00 | |
| 32 | John | Marcy | Talignani | | Estate | | $ 2,000,000.00 | |
| 33 | Sandra | D. | Teague | | Estate | | $ 2,000,000.00 | |
| 34 | Alicia | Nicole | Titus | | Estate | | $ 2,000,000.00 | |
| 35 | Mary | Alice | Wahlstrom | | Estate | | $ 2,000,000.00 | $ 1,417,508.00 |
| 36 | Kristen | Olga | White-Gould | | Estate | | $ 2,000,000.00 | $ 3,310,778.00 |
| 37 | Ernest | M. | Willcher | | Estate | | $ 2,000,000.00 | |
| | | | | | TOTAL | $ - | $ 74,000,000.00 | $ 198,614,008.00 |