# EXHIBIT C

# Smith Economics Group, Ltd.

A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
President

August 16, 2019

Mr. John M. Eubanks
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

　　　Re: Wilson "Bud" Flagg

Dear Mr. Eubanks:

You have asked me to calculate the value of certain losses subsequent to the death of Wilson "Bud" Flagg.  These losses are: (1) the loss of income; (2) the loss of farm services; and (3) the loss of the value of life ("LVL"), also known as loss of enjoyment of life.

QUALIFICATIONS AND EXPERIENCE

I am President of Smith Economics Group, Ltd., headquartered in Chicago, IL, which provides economic and financial consulting nationwide.  I have worked as an economic and financial consultant since 1974, after completing a Research Internship at the Federal Reserve, Board of Governors, in Washington, D.C.  My curriculum vitae lists all my publications in the last 10 years and beyond.

I received my Bachelor's Degree from Cornell University.  I received a Master's Degree and my Ph.D. in Economics from the University of Chicago; Gary S. Becker, Nobel Laureate 1992, was my Ph.D. thesis advisor.  The University of Chicago is one of the world's preeminent institutions for the study of economics, and the home of renowned research in the law and economics movement.

As President of Smith Economics, I have performed economic analyses in a great variety of engagements, including damages analysis in personal injury and wrongful death cases, business valuation, financial analysis, antitrust, contract losses, a wide range of class action matters, employment discrimination, defamation, and intellectual property valuations including evaluations of reasonable royalty.

I have more than 40 years of experience in the field of economics.  I am a member of various economic associations and served for three years as Vice President of the National Association of Forensic Economics (NAFE) which is the principal association in the field.  I was also on the Board of Editors of

SEG

the peer-reviewed journal, the Journal of Forensic Economics, for over a decade; I have also published scholarly articles in this journal. The JFE is the leading academic journal in the field of Forensic Economics.

I am the creator and founder of Ibbotson Associates' Stock, Bonds, Bills, and Inflation (SBBI) Yearbook, Quarterly, Monthly, and SBBI/PC Services. SBBI is currently published by Duff & Phelps and is also available on various Morningstar, Inc. software platforms. SBBI is widely relied upon and regarded as the most accepted and scholarly reference by the academic, actuarial and investment community, and in courts of law. The SBBI series, which acknowledges my "invaluable role" as having "originated the idea" while Managing Director at Ibbotson Associates, is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities.

I wrote the first textbook on Forensic Economic Damages that has been used in university courses in various states; as an adjunct professor, I created and taught the first course in Forensic Economics nationwide, at DePaul University in Chicago. I have performed economic analysis in many thousands of cases in almost every state since the early 1980s.

BACKGROUND

Wilson "Bud" Flagg was a 62.9-year-old, Caucasian, married male, who was born on ████████████, and died on September 11, 2001. Admiral Flagg's remaining life expectancy is estimated at 19.6 years. This data is from the National Center for Health Statistics, United States Life Tables, 2015, Vol. 67, No. 7, National Vital Statistics Reports, 2018. I assume an estimated trial or resolution date of January 1, 2020.

In order to perform this evaluation, I have reviewed the following materials: (1) tax returns from 1996 through 2001; (2) background information for Wilson and Darlene Flagg; (3) an Itemized Statement of Earnings from the Social Security Administration for 1997 through 2001; (4) an economic report by Mr. Donald Frankenfeld dated August 4, 2005; (5) an interview with Michael Flagg on August 12, 2019; and (6) the case information form.

My methodology for estimating the losses, which is explained below, is generally based on past wage growth, interest rates, and consumer prices, as well as studies regarding the value of life. The effective net discount rate using statistically average wage growth rates and statistically average discount rates is 0.25 percent.

2

SEG

My estimate of the real wage growth rate is 1.00 percent per year.  This growth rate is based on Business Sector, Hourly Compensation growth data from the Major Sector Productivity and Costs Index found at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: PRS84006103, for the real increase in wages primarily for the last 20 years.

My estimate of the real discount rate is 1.25 percent per year.  This discount rate is based on primarily the rate of return on short-term U.S. Treasury investment for the last 20 years.  The data is from the statistical series H.15 Selected Interest Rates, published by the Board of Governors of the Federal Reserve System found at www.federalreserve.gov.  This data is also published in the Economic Report of the President Table for "Bond yields and interest rates" for the real return on U.S. Treasury investments.

Estimates of real growth and discount rates are net of inflation based on the Consumer Price Index (CPI-U), published in monthly issues of the U.S. Bureau of Labor Statistics, CPI Detailed Report (Washington, D.C.: U.S. Government Printing Office) and available at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: CUUR0000SA0.  The rate of inflation for the past 20 years has been 2.16 percent.


I(A). LOSS OF CONSULTING INCOME

Tables 1 through 7 show the loss of consulting income.  Admiral Flagg was a retired pilot at the time of his death.  Admiral Flagg was a Navy pilot on F-8 Crusader jets, and he had three tours for duty in Southeast Asia during the Vietnam conflict.  He retired from active duty in 1967, and began working as a pilot at American Airlines and enlisted in the Naval Reserves.  At American Airlines, he was a captain on Boeing 757 and 767 aircrafts from 1967 to 1998, when he reached mandatory retirement age for pilots.  Based on Admiral Flagg's tax returns, his earnings from 1996 through 1998 from American averaged $223,810 in year 2001 dollars.  In the Naval Reserves, Admiral Flagg became the commanding officer of the Naval Reserves F-8 squadrons, commander of the Naval Reserves Readiness Command Region II, and assistant chief of naval operations for air warfare.  Admiral Flagg later became the special assistant to the Honorable Fred Davidson, deputy assistant secretary of the Navy.  Admiral Flagg was awarded flag rank in 1986 when he received his first admiral's star.  In 1987 he was designated a Rear Admiral and was posted at the Pentagon as one of the top officers in the Naval Reserves.  In 1990, Rear Admiral Flagg was awarded his second star.  Admiral Flagg retired from the Naval Reserves in 1995.

Michael Flagg, Admiral Flagg's son, states that although his father was retired, he continued to be active with the Navy and

Smith Economics Group, Ltd. ▪ 312-943-1551

SEG

served on selection boards.  He states that his father was a high
ranking official, and it seems like high ranking officers in the
military never really retire, because the military always wants
their expertise.  He states that his dad would have continued
consulting with the military.  It is my understanding that
Admiral Flagg informed his son, Marcus Flagg, that he had several
contracting offers on the table that he was considering.  It is
my understanding that Admiral Flagg has the ability to earn
$200,000 to $300,000 per year from the consulting contracts.

Admiral Flagg's consulting income starting in 2002 is illustrated
at the average of his 1996 through 1998 earnings from American
Airlines of $223,810 in year 2001 dollars.  This is consistent
with Admiral Flagg's expected earnings from consulting.

Personal consumption is an offset of the income.  I use a
personal consumption offset based on a study by Ruble, Patton,
and Nelson, "Patton-Nelson Personal Consumption Tables 2011-12,"
Journal of Legal Economics, Vol. 21, No. 1, 2014, pp. 41-55,
based on data from the U.S. Department of Labor, Bureau of Labor
Statistics, "Consumer Expenditure Survey, 2011-12," Washington
DC, 2012, which shows personal consumption for a 2-person
household to be 12.6 percent.

I assume annual employment each year and show the accumulation
through life expectancy.  While these tables are calculated
through the end of life expectancy, the losses from working
through any age can be read off the table.

Based on the above assumptions, my opinion of the wage loss is
$4,763,568 ▸ Table 7; this figure assumes work to age 82.5, but
the ability to work through any assumed age may be read from
Table 7; for example, the loss to age 72 is $2,003,139.


I(B). LOSS OF MILITARY RETIREMENT INCOME

Tables 8 through 14 show the loss of military retirement income.
Admiral Flagg retired from the military in 1995 and was receiving
his military retirement at the time of his death.  Based on the
tax returns, Admiral Flagg received $40,320 in 2000.

Admiral Flagg's military retirement income is illustrated at his
2000 military retirement income of $40,320.  Admiral Flagg's
actual 2001 military retirement of $31,293 has been deducted from
the loss in 2001.  Based on the military Cost of Living
Adjustment ("COLA") information from the Department of Defense
website www.militarypay.defense.gov/Pay/Retirement/Cola.aspx, the
COLA was 3.5 percent for benefits paid in 2001, 2.6 percent for
benefits in 2002, 1.4 percent in 2003, 2.1 percent in 2004, 2.7
percent in 2005, 4.1 percent in 2006, 3.3 percent in 2007, 2.3
percent in 2008, 5.8 percent in 2009, zero percent in 2010 and

4

SEG

2011, 3.6 percent in 2012, 1.7 percent in 2013, 1.5 percent in 2014, 1.7 percent in 2015, zero percent in 2016, 0.3 percent in 2017, 2.0 percent in 2018, and 2.8 percent in 2019.  COLA is illustrated at 2.0 percent in 2020 and zero percent real growth thereafter.

Personal consumption is an offset of the income.  I use a personal consumption offset based on a study by Ruble, Patton, and Nelson, "Patton-Nelson Personal Consumption Tables 2011-12," Journal of Legal Economics, Vol. 21, No. 1, 2014, pp. 41-55, based on data from the U.S. Department of Labor, Bureau of Labor Statistics, "Consumer Expenditure Survey, 2011-12," Washington DC, 2012, which shows personal consumption for a 2-person household to be 12.6 percent.

Based on the above assumptions, and Wilson "Bud" Flagg's life expectancy of 82.5 years, my opinion of the income loss is $901,924 ▸ Table 14.

I(C). LOSS OF SOCIAL SECURITY INCOME

Tables 15 through 21 show the loss of Social Security income. Admiral Flagg had recently began receiving Social Security income at the time of his death.  Based on the tax returns, Admiral Flagg received $18,494 in 2001 prior to his death.  Assuming 8 months of benefits results in a monthly benefit of $2,311.75, which projects to $27,741 annually.  Since I assume Admiral Flagg would receive consulting income, I illustrate the Social Security income loss starting in 2004, since he will reach full retirement age in December 2003.

Admiral Flagg's Social Security income starting in 2003 is illustrated at his projected 2001 Social Security income of $27,741.  Social Security income is illustrated to increase at the Social Security Cost of Living Adjustments ("COLA").  Based on COLA information from the Social Security website www.ssa.gov, the COLA was 3.5 percent for benefits paid in 2001, 2.6 percent for benefits in 2002, 1.4 percent in 2003, 2.1 percent in 2004, 2.7 percent in 2005, 4.1 percent in 2006, 3.3 percent in 2007, 2.3 percent in 2008, 5.8 percent in 2009, zero percent in 2010 and 2011, 3.6 percent in 2012, 1.7 percent in 2013, 1.5 percent in 2014, 1.7 percent in 2015, zero percent in 2016, 0.3 percent in 2017, 2.0 percent in 2018, and 2.8 percent in 2019.  COLA is illustrated at 2.0 percent in 2020 and zero percent real growth thereafter.

Personal consumption is an offset of the income.  I use a personal consumption offset based on a study by Ruble, Patton, and Nelson, "Patton-Nelson Personal Consumption Tables 2011-12," Journal of Legal Economics, Vol. 21, No. 1, 2014, pp. 41-55, based on data from the U.S. Department of Labor, Bureau of Labor

SEG

Statistics, "Consumer Expenditure Survey, 2011-12," Washington DC, 2012, which shows personal consumption for a 2-person household to be 12.6 percent.

Based on the above assumptions, and Wilson "Bud" Flagg's life expectancy of 82.5 years, my opinion of the Social Security income loss is $543,389 ▸ Table 21.

## I. LOSS OF FARM SERVICES

Tables 22 through 24 show the pecuniary loss of farm services. In 1995, Admiral Flagg and his wife established and operated Daybreak Farm in Millwood, VA.  Daybreak Farm was a 152 acre farm where they primarily raised Black Angus cattle and hay.  In 1997, their son, Michael Flagg, also moved onto the farm and took over the much of the day to day operations of the farm; however, Mr. and Mrs. Flagg continued providing significant services around the farm.  Michael Flagg states his father traveled frequently but worked around the farm when he was in Virginia.  He states that his parents had a house in Las Vegas, and his father was considered a Nevada resident.  He states that his father would be home for a few days and then travel a few days.  When his father was home, he would work around the farm.  He would be out there for 12 hours helping with the hay.  He would help with the cutting, raking and rolling of the hay.  He states that his father would help with any problems that arose on the farm.  If something was not working correctly, or if an issue needed resolved, he and his father would work on it together.  He estimates that his father was working on the farm at least 6 to 7 days per month.

Admiral Flagg's farm services are illustrated at $25,391 in year 2018 dollars based on an average of 1.5 days per week for 8 hours per day at the mean hourly rate for farmers, ranchers, and other agricultural managers in Virginia of $40.69 in year 2018 dollars from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2018 Occupational Employment and Wage Statistics found at www.bls.gov/oes.  The farm services are grown at the national average wage growth rate of 3.84 percent in 2001, 2.05 percent in 2002, 5.27 percent in 2003, 4.41 percent in 2004, 3.04 percent in 2005, 3.89 percent in 2006, 4.08 percent in 2007, 2.94 percent in 2008, 1.05 percent in 2009, 1.23 percent in 2010, 0.52 percent in 2011, 5.87 percent in 2012, zero percent in 2013, 2.57 percent in 2014, 2.46 percent in 2015, 2.14 percent in 2016, 3.01 percent in 2017, 2.92 percent in 2018, and an estimated national average wage growth rate of 3.0 percent in 2019 and 2020.  Future wages are grown at a 1.0 percent real rate.

Based on these assumptions, and Wilson "Bud" Flagg's life expectancy of 82.5 years, my opinion of the loss of the value of farm services is $422,866 ▸ Table 24.

6

SEG

III. LOSS OF VALUE OF LIFE

Tables 25 through 27 show the loss of the value of life.
Economists have long agreed that life is valued at more than the
lost earnings capacity.  My estimate of the value of life is
based on many economic studies on what we, as a contemporary
society, actually pay to preserve the ability to lead a normal
life.  The studies examine incremental pay for risky occupations
as well as a multitude of data regarding expenditure for life
savings by individuals, industry, and state and federal agencies.
Based on the average value of a statistical life and life
expectancy of 82.5 years, my opinion of the loss of the value of
life for Wilson "Bud" Flagg is $2,427,368 ▸ Table 27.

My estimate of the value of life is consistent with estimates
published in other studies that examine and review the broad
spectrum of economic literature on the value of life.  Among
these is "The Plausible Range for the Value of Life," Journal of
Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 17-39, by T. R.
Miller.  This study reviews 67 different estimates of the value
of life published by economists in peer-reviewed academic
journals.  The Miller results, in most instances, show the value
of life to range from approximately $1.6 million to $2.9 million
dollars in year 1988 after-tax dollars, with a mean of
approximately $2.2 million dollars.  In "The Value of Life:
Estimates with Risks by Occupation and Industry," Economic
Inquiry, Vol. 42, No. 1, May 2003, pp. 29-48,  Professor W. K.
Viscusi estimates the value of life to be approximately $4.7
million dollars in year 2000 dollars.  An early seminal paper on
the value of life was written by Richard Thaler and Sherwin
Rosen, "The Value of Saving a Life: Evidence from the Labor
Market." in N.E. Terlickyj (ed.), Household Production and
Consumption. New York: Columbia University Press, 1975, pp. 265-
300.  The Meta-Analyses Appendix to this report reviews
additional literature suggesting a value of life of approximately
$5.4 million in year 2008 dollars.

Because it is generally accepted by economists, the economic
methodology for the valuation of life has been found to meet the
Daubert and Frye standards by many courts, along with the Rules
of Evidence in many states nationwide.  My testimony on the value
of life has been accepted in approximately 225 state and federal
cases nationwide in approximately two-thirds of the states and
two-thirds of the federal jurisdictions.  Testimony has been
accepted by U.S. district and appellate courts as well as in
state circuit, appellate, and supreme courts.  Proof of general
acceptance and other standards is found in a discussion of the
extensive references to the scientific economic peer-reviewed
literature on the value of life listed in the **Value of Life
Appendix** to this report.

SEG

The underlying, academic, peer-reviewed studies fall into two general groups: (1) consumer behavior and purchases of safety devices; (2) wage risk premiums to workers; in addition, there is a third group of studies consisting of cost-benefit analyses of regulations.  For example, one consumer safety study analyzes the costs of smoke detectors and the lifesaving reduction associated with them.  One wage premium study examines the differential rates of pay for dangerous occupations with a risk of death on the job.  Just as workers receive shift premiums for undesirable work hours, workers also receive a higher rate of pay to accept a increased risk of death on the job.  A study of government regulation examines the lifesaving resulting from the installation of smoke stack scrubbers at high-sulphur, coal-burning power plants.  As a hypothetical example of the methodology, assume that a safety device such as a carbon monoxide detector costs $46 and results in lowering a person's risk of premature death by one chance in 100,000.  The cost per life saved is obtained by dividing $46 by the one in 100,000 probability, yielding $4,600,000.  Overall, based on the peer-reviewed economic literature, I estimate the central tendency of the range of the economic studies to be approximately $4.9 million in year 2019 dollars.

------------------------------------------

Other factors may be weighed to determine if these estimated losses for Wilson "Bud" Flagg should be adjusted because of special qualities or circumstances that economists do not as yet have a methodology for analysis.

In each set of tables, the estimated losses are calculated from September 11, 2001 through an assumed trial or resolution date of January 1, 2020, and from that date thereafter.  The last table in each set accumulates the past and future estimated losses. These estimates are provided as a tool, an aid, and a guide to assist the evaluation by others.

All opinions expressed in this report are clearly labeled as such.  They are rendered in accordance with generally accepted standards within the field of economics and are expressed to a reasonable degree of economic certainty.  Estimates, assumptions, illustrations and the use of benchmarks, which are not opinions, but which can be viewed as hypothetical in nature, are also clearly disclosed and identified herein.

In my opinion, it is reasonable for experts in the field of economics and finance to rely on the materials and information I reviewed in this case for the formulation of my substantive opinions herein.

Smith Economics Group, Ltd. ▪ 312-943-1551

**SEG**

If additional information is provided to me, which could alter my opinions, I may incorporate any such information into an update, revision, addendum, or supplement of the opinions expressed in this report.

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

9

SEG

## APPENDIX: VALUE OF LIFE

The economic methodology for the valuation of life has been found to meet the <u>Daubert</u> and <u>Frye</u> standards by many courts, along with the Rules of Evidence in many states nationwide.  My testimony on the value of life has been accepted in approximately 225 state and federal cases nationwide in approximately two-thirds of the states and two-thirds of the federal jurisdictions.  Testimony has been accepted by U.S. district and appellate courts as well as in state circuit, appellate, and supreme courts.  The <u>Daubert</u> standard sets forth four criteria:

1.   Testing of the theory and science

2.   Peer Review

3.   Known or potential rate of error

4.   Generally accepted.


**Testing of the theory and science** has been accomplished over the past four decades, since the 1960s.  Dozens of economists of high renown have published over a hundred articles in high quality, peer-reviewed economic journals measuring the value of life.  The value of life theories are perhaps among the most well-tested in the field of economics, as evidenced by the enormous body of economic scientific literature that has been published in the field and is discussed below.


**Peer Review** of the concepts and methodology have been extraordinarily extensive.  One excellent review of this extensive, peer-reviewed literature can be found in "The Value of Risks to Life and Health," W. K. Viscusi, <u>Journal of Economic Literature</u>, Vol. 31, December 1993, pp. 1912-1946.  A second is "The Value of a Statistical Life: A Critical Review of Market Estimates throughout the World." W. K. Viscusi and J. E. Aldy, <u>Journal of Risk and Uncertainty</u>, Vol. 27, No. 1, November 2002, pp. 5-76.  Additional theoretical and empirical work by Viscusi, a leading researcher in the field, can be found in: "The Value of Life", W. K. Viscusi, John M. Olin Center for Law, Economics, and Business, Harvard Law School, Discussion Paper No. 517, June 2005.  An additional peer-reviewed article discusses the application to forensic economics: "The Plausible Range for the Value of Life," T. R. Miller, <u>Journal of Forensic Economics</u>, Vol. 3, No. 3, Fall 1990, pp. 17-39, which discusses the many dozens of articles published in other peer-reviewed economic journals on this topic.  This concept is discussed in detail in "Willingness to Pay Comes of Age: Will the System Survive?" T. R. Miller, <u>Northwestern University Law Review</u>, Summer 1989, pp. 876-907, and "Hedonic Damages in Personal Injury and Wrongful Death

10

SEG

Litigation," by Stan V. Smith in Gaughan and Thornton, eds., Litigation Economics, Contemporary Studies in Economic and Financial Analysis, Vol. 74, pp. 39-59, JAI Press, Greenwich, CT, 1993. Kenneth Arrow, a Nobel Laureate in economics, discusses this method for valuing life in "Invaluable Goods," Journal of Economic Literature, Vol. 35, No. 2, 1997, pp. 759. See the Meta-Analyses Appendix for an additional review of the literature.

**The known or potential rate of error** is well researched. All of these articles discuss the known or potential rate of error, well within the acceptable standard in the field of economics, generally using a 95% confidence rate for the statistical testing and acceptance of results. There are few areas in the field of economics where the known or potential rate of error has been as well-accepted and subject to more extensive investigation.

**General Acceptance** of the concepts and methodology on the value of life in the field of economics is extensive. This methodology is and has been generally accepted in the field of economics for many years. Indeed, according to the prestigious and highly-regarded research institute, The Rand Corporation, by 1988, the peer-reviewed scientific methods for estimating the value of life were well-accepted: "Most economists would agree that the willingness-to-pay methodology is the most conceptually appropriate criterion for establishing the value of life," Computing Economic loss in Cases of Wrongful Death, King and Smith, Rand Institute for Civil Justice, R-3549-ICJ, 1988.

While first discussed in cutting edge, peer-reviewed economic journals, additional proof of general acceptance is now indicated by the fact that this methodology is now taught in standard economics courses at the undergraduate and graduate level throughout hundreds of colleges and universities nationwide as well as the fact that it is taught and discussed in widely-accepted textbooks in the field of law and economics: Economics, Sixth Edition, David C. Colander, McGraw-Hill Irwin, Boston, 2006, pp. 463-465; this introductory economics textbook is the third most widely used textbook in college courses nationwide. Hamermesh and Rees's The Economics of Work and Pay, Harper-Collins, 1993, Chapter 13, a standard advanced textbook in labor economics, also discusses the methodology for valuing life. Other textbooks discuss this topic as well. Richard Posner, a Judge and former Chief Judge of the U.S. Court of Appeals for the highly regarded 7th Circuit and Senior Lecturer at the University of Chicago Law School, one of most prolific legal writers in America, details the Value of Life approach in his widely used textbooks: Economic Analysis of Law, 1986, Little Brown & Co., pp. 182-185 and Tort Law, 1982, Little Brown & Co., pp. 120-126.

As further evidence of general acceptance in the field, some surveys (albeit non-scientific) published in the field of

11

Smith Economics Group, Ltd. ▪ 312-943-1551

SEG

forensic economics show that hundreds of economists nationwide are now familiar with this methodology and are available to prepare (and critique) forensic economic value of life estimates. Indeed, some economists who indicate they will prepare such analysis for plaintiffs also are willing to critique such analysis for defendants, as I have done. That an economist is willing to critique a report does not indicate that he or she is opposed to the concept or the methodology, but merely available to assure that the plaintiff economist has employed proper techniques. The fact that there are economists who indicate they do not prepare estimates of value of life is again no indication that they oppose the methodology: many claim they are not familiar with the literature and untrained in this area. While some CPAs and others without a degree in economics have opposed these methods, such professionals do not have the requisite academic training and are unqualified to make such judgements. However, as in any field of economics, this area is not without any dissent. General acceptance does not mean universal acceptance.

Additional evidence of general acceptance in the field is found in the teaching of the concepts regarding the value of life. Forensic Economics is now taught as a special field in a number of institutions nationwide. I taught what is believed to be the first course ever presented in the field of Forensic Economics at DePaul University in Spring, 1990. My own book, Economic/Hedonic Damages, Anderson, 1990, and supplemental updates thereto, co-authored with Dr. Michael Brookshire, a Professor of Economics in West Virginia, has been used as a textbook in at least 5 colleges and universities nationwide in such courses in economics, and has a thorough discussion of the methodology. Toppino et. al., in "Forensic Economics in the Classroom," published in The Earnings Analyst, Journal of the American Rehabilitation Economics Association, Vol. 4, 2001, pp. 53-86, indicate that hedonic damages is one of 15 major topic areas taught in such courses.

Lastly, general acceptance is found by examining publications in the primary journal in the field of Forensic Economics, which is the peer-reviewed Journal of Forensic Economics, where there have been published many articles on the value of life. Some are cited above. Others include: "The Econometric Basis for Estimates of the Value of Life," W. K. Viscusi, Vol 3, No. 3, Fall 1990, pp. 61-70; "Hedonic Damages in the Courtroom Setting." Stan V. Smith, Vol. 3, No. 3, Fall 1990, pp. 41-49; "Issues Affecting the Calculated Value of Life," E. P. Berla, M. L. Brookshire and Stan V. Smith, Vol 3, No. 1, 1990, pp. 1-8; "Hedonic Damages and Personal Injury: A Conceptual Approach." G. R. Albrecht, Vol. 5., No. 2, Spring/Summer 1992, pp. 97-104; "The Application of the Hedonic Damages Concept to Wrongful and Personal Injury Litigation." G. R. Albrecht, Vol. 7, No. 2, Spring/Summer 1994, pp. 143-150; and also "A Review of the Monte Carlo Evidence Concerning Hedonic Value of Life Estimates," R. F.

12

SEG

Gilbert, Vol. 8, No. 2, Spring/Summer 1995, pp. 125-130.
Professor Ike Mathur, while Chairman of the Department of Finance
at Southern Illinois University wrote an article on how the value
of life studies can be used to provide a basis for estimating the
value of life per year in application to litigation.  This
article corroborates my approach: "Estimating Value of Life per
Life Year."  I. Mathur, Journal of Forensic Economics, Vol. 3,
No. 3, 1990, pp. 95-96.  As do many of the authors of
applications of the value of life literature to litigation
economics, Professor Mathur has frequently testified in court,
and courts have admitted his testimony.

It is important to note that this methodology is endorsed and
employed by the U. S. Government as the standard and recommended
approach for use by all U. S. Agencies in valuing life for policy
purposes, as mandated in current and past Presidential Executive
Orders in effect since 1972, and as discussed in "Report to
Congress on the Costs and Benefits of Federal Regulations,"
Office of Management and Budget, 1998, and "Economic Analysis of
Federal Regulations Under Executive Order 12866," Executive
Office of the President, Office of Management and Budget, pp. 1-
37, and "Report to the President on Executive Order No. 12866,"
Regulatory Planning and Review, May 1, 1994, Office of
Information and Regulatory Affairs, Office of Management and
Budget.  Prior presidents signed similar orders as discussed in
"Federal Agency Valuations of Human life," Administrative
Conference of the United States, Report for Recommendation 88-7,
December 1988, pp. 368-408.  926

13

SEG

## APPENDIX: META-ANALYSES AND VALUE OF LIFE RESULTS SINCE 2000

Below I list the principal systematic reviews (meta-analyses),
since the year 2000, of the value of life literature, and the
values of a statistical life that they recommend.  In statistics,
a meta-analysis combines the results of several studies that
address a set of related research hypotheses.  Meta-analysis
increase the statistical power of studies by analyzing a group of
studies and provide a more powerful and accurate data analysis
than would result from analyzing each study alone.  Based on
those reviews, the Summary Table suggests a best estimate. The
following table summarizes the studies and their findings.

These statistically based studies place the value between $4.4
and $7.5 million, with $5.9 million in year 2005 dollars
representing a conservative yet credible estimate of the average
(and range midpoint) of the values of a statistical life
published in the studies in year 2005 dollars.  Net of human
capital, a credible net value of life based on all these
literature reviews to be $4.8 million in year 2005 dollars, or
$5.4 million in year 2008 dollars.

The actual value that I use, $4.1 million in year 2008 dollars
($4.9 million in year 2019 dollars) is approximately 24 percent
lower than a conservative average estimate based on the credible
meta-analyses.  This value was originally based on a review
conducted in the late 1980s, averaging the results published by
that time.  I have increased that late 1980s value only by
inflation over time, despite the fact a review of literature over
the years since that time has put obvious upward pressure on the
figure that I use.

14

SEG

## VALUE OF STATISTICAL LIFE SUMMARY TABLE

Mean and range of value of statistical life estimates (in 2005 dollars) from the best meta-analyses and systematic reviews since 2000 and characteristics of those reviews.

| Study | Formal Meta-Analysis? | Number of Values | Best Estimate (2005 Dollars) | Range | Context |
|---|---|---|---|---|---|
| Miller 2000 | Yes | 68 estimates | $5.1M | $4.5-$6.2M | US estimate from all |
| Mrozek & Taylor 2002 | Yes | 203 estimates | $4.4M | + or - 35% | Labor market |
| Viscusi & Aldy 2003 | Yes | 49 estimates | $6.5M | $5.1-$9.6M | Labor market, US estimate from all |
| Kochi et al. 2006 | Yes | 234 estimates | $6.0M | + or - 44% | Labor market survey |
| Bellavance 2006 (published in 2009) | Yes | 37 estimates | $7.5M | + or - 19% | Labor market |

Adapted from Ted R. Miller's paper "Hedonic Damages," _Journal of Forensic Economics_, Vol. 20, No. 2 (October 2008), pp. 137-153.

15

SEG

Miller (2000) started from the Miller 1989 JFE estimates and used statistical methods to adjust for differences between studies. It also added newer studies, primarily ones outside the United States. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.  Miller, Ted R, "Variations between Countries in Values of Statistical Life", <u>Journal of Transport Economics and Policy</u>, Vol. 34, No. 2 (May 2000), pp. 169-188.

Mrozek and Taylor (2002) searched intensively for studies of the value of life implied by wages paid for risky jobs. They coded all values from each study rather than a most appropriate estimate. A statistical analysis identified what factors accounted for the differences in values between studies. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.  Mrozek, Janusz R. and Laura O. Taylor, "What Determines the Value of Life?  A Meta-Analysis", <u>Journal of Policy Analysis and Management</u>, Vol. 21, No. 2 (2002), pp. 253-270.

Viscusi and Aldy (2003) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.  W.K. Viscusi and J.E. Aldy, "The Value of a Statistical Life:  A Critical Review of Market Estimates Throughout the World", <u>Journal of Risk and Uncertainty</u>, Vol. 27, No. 1 (2003), pp. 5-76.

Kochi et al. (2006) searched intensively for studies of the value of life implied by wages and coded all values from each study rather than a most appropriate estimate. They did not filter study quality carefully. The best estimate was derived by statistical methods based on the distribution of the values within and across studies.  Kochi, Ikuho, Bryan Hubbell, and Randall Kramer, "An Empirical Bayes Approach to Combining and Comparing Estimates of the Value of a Statistical Life for Environmental Policy Analysis", <u>Environmental and Resource Economics</u>, Vol. 34 (2006), pp. 385-406.

Bellavance et al. (2009) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.  Bellavance, Francois, Georges Dionne, and Martin Lebeau, "The Value of a Statistical Life: A Meta-Analysis with a Mixed Effects Regression Model," <u>Journal of Health Economics</u>, Vol. 28, Issue 2, (2009), pp. 444-464.  3A22

Smith Economics Group, Ltd. ▪ *312-943-1551*

SEC

---

**SUMMARY OF LOSSES FOR WILSON "BUD" FLAGG**

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| ***** | ****************************** | ********** |
| | **EARNINGS** | |
| | LOSS OF CONSULTING INCOME, NET OF PERSONAL CONSUMPTION | |
| 7 | Annual Employment to age 72 | $2,003,139 |
| 14 | LOSS OF MILITARY RETIREMENT INCOME, NET OF PERSONAL CONSUMPTION | $  901,924 |
| 21 | LOSS OF SOCIAL SECURITY INCOME, NET OF PERSONAL CONSUMPTION | $  543,389 |
| | ---------------------------------------- | |
| | **FARM SERVICES** | |
| 24 | LOSS OF FARM SERVICES | $  422,866 |
| | ---------------------------------------- | |
| | **LOSS OF ENJOYMENT OF LIFE** | |
| 27 | LOSS OF VALUE OF LIFE | $2,427,368 |

The information on this Summary of Losses is intended to summarize losses under certain given assumptions.  Please refer to the report and the tables for all the opinions.

17

Table 1

LOSS OF PAST CONSULTING INCOME
2002 - 2019

| YEAR | AGE | INCOME | CUMULATE |
|------|-----|--------|----------|
| 2002 | 64 | $229,130 | $229,130 |
| 2003 | 65 | 233,436 | 462,566 |
| 2004 | 66 | 241,036 | 703,602 |
| 2005 | 67 | 249,269 | 952,871 |
| 2006 | 68 | 255,602 | 1,208,473 |
| 2007 | 69 | 266,034 | 1,474,507 |
| 2008 | 70 | 266,277 | 1,740,784 |
| 2009 | 71 | 273,523 | 2,014,307 |
| 2010 | 72 | 277,614 | 2,291,921 |
| 2011 | 73 | 285,838 | 2,577,759 |
| 2012 | 74 | 290,815 | 2,868,574 |
| 2013 | 75 | 295,182 | 3,163,756 |
| 2014 | 76 | 297,415 | 3,461,171 |
| 2015 | 77 | 299,585 | 3,760,756 |
| 2016 | 78 | 305,800 | 4,066,556 |
| 2017 | 79 | 312,250 | 4,378,806 |
| 2018 | 80 | 318,214 | 4,697,020 |
| 2019 | 81 | 324,579 | $5,021,599 |

FLAGG          $5,021,599

Table 2

LOSS OF PAST PERSONAL CONSUMPTION
2002 - 2019

| YEAR | AGE | PERSONAL CONSUMPTION | CUMULATE |
|------|-----|----------------------|----------|
| **** | *** | *********** | ********* |
| 2002 | 64 | -$28,870 | -$28,870 |
| 2003 | 65 | -29,413 | -58,283 |
| 2004 | 66 | -30,371 | -88,654 |
| 2005 | 67 | -31,408 | -120,062 |
| 2006 | 68 | -32,206 | -152,268 |
| 2007 | 69 | -33,520 | -185,788 |
| 2008 | 70 | -33,551 | -219,339 |
| 2009 | 71 | -34,464 | -253,803 |
| 2010 | 72 | -34,979 | -288,782 |
| 2011 | 73 | -36,016 | -324,798 |
| 2012 | 74 | -36,643 | -361,441 |
| 2013 | 75 | -37,193 | -398,634 |
| 2014 | 76 | -37,474 | -436,108 |
| 2015 | 77 | -37,748 | -473,856 |
| 2016 | 78 | -38,531 | -512,387 |
| 2017 | 79 | -39,344 | -551,731 |
| 2018 | 80 | -40,095 | -591,826 |
| 2019 | 81 | -40,897 | -$632,723 |

FLAGG              -$632,723

Table 3

ECONOMIC LOSS OF CONSULTING INCOME TO DATE
2002 - 2019

| YEAR | AGE | INCOME | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|--------|----------------------|-------|----------|
| 2002 | 64 | $229,130 | -$28,870 | $200,260 | $200,260 |
| 2003 | 65 | 233,436 | -29,413 | 204,023 | 404,283 |
| 2004 | 66 | 241,036 | -30,371 | 210,665 | 614,948 |
| 2005 | 67 | 249,269 | -31,408 | 217,861 | 832,809 |
| 2006 | 68 | 255,602 | -32,206 | 223,396 | 1,056,205 |
| 2007 | 69 | 266,034 | -33,520 | 232,514 | 1,288,719 |
| 2008 | 70 | 266,277 | -33,551 | 232,726 | 1,521,445 |
| 2009 | 71 | 273,523 | -34,464 | 239,059 | 1,760,504 |
| 2010 | 72 | 277,614 | -34,979 | 242,635 | 2,003,139 |
| 2011 | 73 | 285,838 | -36,016 | 249,822 | 2,252,961 |
| 2012 | 74 | 290,815 | -36,643 | 254,172 | 2,507,133 |
| 2013 | 75 | 295,182 | -37,193 | 257,989 | 2,765,122 |
| 2014 | 76 | 297,415 | -37,474 | 259,941 | 3,025,063 |
| 2015 | 77 | 299,585 | -37,748 | 261,837 | 3,286,900 |
| 2016 | 78 | 305,800 | -38,531 | 267,269 | 3,554,169 |
| 2017 | 79 | 312,250 | -39,344 | 272,906 | 3,827,075 |
| 2018 | 80 | 318,214 | -40,095 | 278,119 | 4,105,194 |
| 2019 | 81 | 324,579 | -40,897 | 283,682 | $4,388,876 |
| FLAGG | | $5,021,599 | -$632,723 | $4,388,876 | |

Table 4

PRESENT VALUE OF FUTURE CONSULTING INCOME
2020 - 2021

| YEAR | AGE | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------|-----------------|---------------|----------|
| 2020 | 82 | $331,070 | 0.98765 | $326,981 | $326,981 |
| 2021 | 83 | 103,403 | 0.98381 | 101,729 | $428,710 |

WILSON "BUD" FLAGG                          $428,710

Table 5

PRESENT VALUE OF FUTURE PERSONAL CONSUMPTION
2020 - 2021

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------------------|-----------------|---------------|----------|
| **** | *** | *********** | ******** | ******** | ******** |
| 2020 | 82 | -$41,715 | 0.98765 | -$41,200 | -$41,200 |
| 2021 | 83 | -13,029 | 0.98381 | -12,818 | -54,018 |

WILSON "BUD" FLAGG                    -$54,018

Table 6

PRESENT VALUE OF FUTURE CONSULTING INCOME
2020 - 2021

| YEAR | AGE | INCOME | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|--------|---------------------|-------|----------|
| **** | *** | ******* | *********** | ******* | ******* |
| 2020 | 82 | $326,981 | -$41,200 | $285,781 | $285,781 |
| 2021 | 83 | 101,729 | -12,818 | 88,911 | $374,692 |
| | | | | | |
| FLAGG | | $428,710 | -$54,018 | $374,692 | |

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 7

PRESENT VALUE OF NET CONSULTING INCOME LOSS
2002 - 2021

| YEAR | AGE | INCOME | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|--------|----------------------|-------|----------|
| 2002 | 64 | $229,130 | -$28,870 | $200,260 | $200,260 |
| 2003 | 65 | 233,436 | -29,413 | 204,023 | 404,283 |
| 2004 | 66 | 241,036 | -30,371 | 210,665 | 614,948 |
| 2005 | 67 | 249,269 | -31,408 | 217,861 | 832,809 |
| 2006 | 68 | 255,602 | -32,206 | 223,396 | 1,056,205 |
| 2007 | 69 | 266,034 | -33,520 | 232,514 | 1,288,719 |
| 2008 | 70 | 266,277 | -33,551 | 232,726 | 1,521,445 |
| 2009 | 71 | 273,523 | -34,464 | 239,059 | 1,760,504 |
| 2010 | 72 | 277,614 | -34,979 | 242,635 | 2,003,139 |
| 2011 | 73 | 285,838 | -36,016 | 249,822 | 2,252,961 |
| 2012 | 74 | 290,815 | -36,643 | 254,172 | 2,507,133 |
| 2013 | 75 | 295,182 | -37,193 | 257,989 | 2,765,122 |
| 2014 | 76 | 297,415 | -37,474 | 259,941 | 3,025,063 |
| 2015 | 77 | 299,585 | -37,748 | 261,837 | 3,286,900 |
| 2016 | 78 | 305,800 | -38,531 | 267,269 | 3,554,169 |
| 2017 | 79 | 312,250 | -39,344 | 272,906 | 3,827,075 |
| 2018 | 80 | 318,214 | -40,095 | 278,119 | 4,105,194 |
| 2019 | 81 | 324,579 | -40,897 | 283,682 | 4,388,876 |
| 2020 | 82 | 326,981 | -41,200 | 285,781 | 4,674,657 |
| 2021 | 83 | 101,729 | -12,818 | 88,911 | $4,763,568 |
| | | | | | |
| FLAGG | | $5,450,309 | -$686,741 | $4,763,568 | |

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 8

LOSS OF PAST MILITARY RETIREMENT
2001 - 2019

| YEAR | AGE | INCOME | CUMULATE |
|------|-----|--------|----------|
| 2001 | 63 | $10,438 | $10,438 |
| 2002 | 64 | 42,816 | 53,254 |
| 2003 | 65 | 43,416 | 96,670 |
| 2004 | 66 | 44,327 | 140,997 |
| 2005 | 67 | 45,524 | 186,521 |
| 2006 | 68 | 47,391 | 233,912 |
| 2007 | 69 | 48,955 | 282,867 |
| 2008 | 70 | 50,081 | 332,948 |
| 2009 | 71 | 52,985 | 385,933 |
| 2010 | 72 | 52,985 | 438,918 |
| 2011 | 73 | 52,985 | 491,903 |
| 2012 | 74 | 54,893 | 546,796 |
| 2013 | 75 | 55,826 | 602,622 |
| 2014 | 76 | 56,663 | 659,285 |
| 2015 | 77 | 57,627 | 716,912 |
| 2016 | 78 | 57,627 | 774,539 |
| 2017 | 79 | 57,799 | 832,338 |
| 2018 | 80 | 58,955 | 891,293 |
| 2019 | 81 | 60,606 | $951,899 |

FLAGG                  $951,899

Table 9

LOSS OF PAST PERSONAL CONSUMPTION
2001 - 2019

|  |  | PERSONAL |  |
| YEAR | AGE | CONSUMPTION | CUMULATE |
| **** | *** | *********** | ********* |
| 2001 | 63 | -$1,315 | -$1,315 |
| 2002 | 64 | -5,395 | -6,710 |
| 2003 | 65 | -5,470 | -12,180 |
| 2004 | 66 | -5,585 | -17,765 |
| 2005 | 67 | -5,736 | -23,501 |
| 2006 | 68 | -5,971 | -29,472 |
| 2007 | 69 | -6,168 | -35,640 |
| 2008 | 70 | -6,310 | -41,950 |
| 2009 | 71 | -6,676 | -48,626 |
| 2010 | 72 | -6,676 | -55,302 |
| 2011 | 73 | -6,676 | -61,978 |
| 2012 | 74 | -6,917 | -68,895 |
| 2013 | 75 | -7,034 | -75,929 |
| 2014 | 76 | -7,140 | -83,069 |
| 2015 | 77 | -7,261 | -90,330 |
| 2016 | 78 | -7,261 | -97,591 |
| 2017 | 79 | -7,283 | -104,874 |
| 2018 | 80 | -7,428 | -112,302 |
| 2019 | 81 | -7,636 | -$119,938 |

FLAGG          -$119,938

Table 10

ECONOMIC LOSS OF MILITARY RETIREMENT TO DATE
2001 - 2019

| YEAR | AGE | INCOME | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|--------|---------------------|-------|----------|
| 2001 | 63 | $10,438 | -$1,315 | $9,123 | $9,123 |
| 2002 | 64 | 42,816 | -5,395 | 37,421 | 46,544 |
| 2003 | 65 | 43,416 | -5,470 | 37,946 | 84,490 |
| 2004 | 66 | 44,327 | -5,585 | 38,742 | 123,232 |
| 2005 | 67 | 45,524 | -5,736 | 39,788 | 163,020 |
| 2006 | 68 | 47,391 | -5,971 | 41,420 | 204,440 |
| 2007 | 69 | 48,955 | -6,168 | 42,787 | 247,227 |
| 2008 | 70 | 50,081 | -6,310 | 43,771 | 290,998 |
| 2009 | 71 | 52,985 | -6,676 | 46,309 | 337,307 |
| 2010 | 72 | 52,985 | -6,676 | 46,309 | 383,616 |
| 2011 | 73 | 52,985 | -6,676 | 46,309 | 429,925 |
| 2012 | 74 | 54,893 | -6,917 | 47,976 | 477,901 |
| 2013 | 75 | 55,826 | -7,034 | 48,792 | 526,693 |
| 2014 | 76 | 56,663 | -7,140 | 49,523 | 576,216 |
| 2015 | 77 | 57,627 | -7,261 | 50,366 | 626,582 |
| 2016 | 78 | 57,627 | -7,261 | 50,366 | 676,948 |
| 2017 | 79 | 57,799 | -7,283 | 50,516 | 727,464 |
| 2018 | 80 | 58,955 | -7,428 | 51,527 | 778,991 |
| 2019 | 81 | 60,606 | -7,636 | 52,970 | $831,961 |
| FLAGG | | $951,899 | -$119,938 | $831,961 | |

Table 11

PRESENT VALUE OF FUTURE MILITARY RETIREMENT
2020 - 2021

| YEAR | AGE | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------|-----------------|---------------|----------|
| **** | *** | ******* | ******** | ******* | ******** |
| 2020 | 82 | $61,818 | 0.98765 | $61,055 | $61,055 |
| 2021 | 83 | 19,308 | 0.98381 | 18,995 | $80,050 |

WILSON "BUD" FLAGG                           $80,050

Table 12

PRESENT VALUE OF FUTURE PERSONAL CONSUMPTION
2020 - 2021

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|---------------------|-----------------|---------------|----------|
| **** | *** | ********** | ******** | ******** | ******** |
| 2020 | 82 | -$7,789 | 0.98765 | -$7,693 | -$7,693 |
| 2021 | 83 | -2,433 | 0.98381 | -2,394 | -$10,087 |

WILSON "BUD" FLAGG                          -$10,087

Table 13

PRESENT VALUE OF FUTURE MILITARY RETIREMENT
2020 - 2021

| YEAR | AGE | INCOME | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|--------|----------------------|-------|----------|
| 2020 | 82 | $61,055 | -$7,693 | $53,362 | $53,362 |
| 2021 | 83 | 18,995 | -2,394 | 16,601 | $69,963 |
| | | | | | |
| FLAGG | | $80,050 | -$10,087 | $69,963 | |

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 14

PRESENT VALUE OF NET MILITARY RETIREMENT LOSS
2001 - 2021

| YEAR | AGE | INCOME | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|--------|----------------------|-------|----------|
| 2001 | 63 | $10,438 | -$1,315 | $9,123 | $9,123 |
| 2002 | 64 | 42,816 | -5,395 | 37,421 | 46,544 |
| 2003 | 65 | 43,416 | -5,470 | 37,946 | 84,490 |
| 2004 | 66 | 44,327 | -5,585 | 38,742 | 123,232 |
| 2005 | 67 | 45,524 | -5,736 | 39,788 | 163,020 |
| 2006 | 68 | 47,391 | -5,971 | 41,420 | 204,440 |
| 2007 | 69 | 48,955 | -6,168 | 42,787 | 247,227 |
| 2008 | 70 | 50,081 | -6,310 | 43,771 | 290,998 |
| 2009 | 71 | 52,985 | -6,676 | 46,309 | 337,307 |
| 2010 | 72 | 52,985 | -6,676 | 46,309 | 383,616 |
| 2011 | 73 | 52,985 | -6,676 | 46,309 | 429,925 |
| 2012 | 74 | 54,893 | -6,917 | 47,976 | 477,901 |
| 2013 | 75 | 55,826 | -7,034 | 48,792 | 526,693 |
| 2014 | 76 | 56,663 | -7,140 | 49,523 | 576,216 |
| 2015 | 77 | 57,627 | -7,261 | 50,366 | 626,582 |
| 2016 | 78 | 57,627 | -7,261 | 50,366 | 676,948 |
| 2017 | 79 | 57,799 | -7,283 | 50,516 | 727,464 |
| 2018 | 80 | 58,955 | -7,428 | 51,527 | 778,991 |
| 2019 | 81 | 60,606 | -7,636 | 52,970 | 831,961 |
| 2020 | 82 | 61,055 | -7,693 | 53,362 | 885,323 |
| 2021 | 83 | 18,995 | -2,394 | 16,601 | $901,924 |
| | | | | | |
| FLAGG | | $1,031,949 | -$130,025 | $901,924 | |

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 15

LOSS OF PAST SOCIAL SECURITY INCOME
2004 - 2019

| YEAR | AGE | INCOME | CUMULATE |
|------|-----|--------|----------|
| 2004 | 66 | $29,467 | $29,467 |
| 2005 | 67 | 30,262 | 59,729 |
| 2006 | 68 | 31,503 | 91,232 |
| 2007 | 69 | 32,543 | 123,775 |
| 2008 | 70 | 33,291 | 157,066 |
| 2009 | 71 | 35,222 | 192,288 |
| 2010 | 72 | 35,222 | 227,510 |
| 2011 | 73 | 35,222 | 262,732 |
| 2012 | 74 | 36,490 | 299,222 |
| 2013 | 75 | 37,110 | 336,332 |
| 2014 | 76 | 37,667 | 373,999 |
| 2015 | 77 | 38,307 | 412,306 |
| 2016 | 78 | 38,307 | 450,613 |
| 2017 | 79 | 38,422 | 489,035 |
| 2018 | 80 | 39,191 | 528,226 |
| 2019 | 81 | 40,288 | $568,514 |

FLAGG                $568,514

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 16

LOSS OF PAST PERSONAL CONSUMPTION
2004 - 2019

| YEAR | AGE | PERSONAL CONSUMPTION | CUMULATE |
|------|-----|----------------------|----------|
| **** | *** | *********** | ******* |
| 2004 | 66 | -$3,713 | -$3,713 |
| 2005 | 67 | -3,813 | -7,526 |
| 2006 | 68 | -3,969 | -11,495 |
| 2007 | 69 | -4,100 | -15,595 |
| 2008 | 70 | -4,195 | -19,790 |
| 2009 | 71 | -4,438 | -24,228 |
| 2010 | 72 | -4,438 | -28,666 |
| 2011 | 73 | -4,438 | -33,104 |
| 2012 | 74 | -4,598 | -37,702 |
| 2013 | 75 | -4,676 | -42,378 |
| 2014 | 76 | -4,746 | -47,124 |
| 2015 | 77 | -4,827 | -51,951 |
| 2016 | 78 | -4,827 | -56,778 |
| 2017 | 79 | -4,841 | -61,619 |
| 2018 | 80 | -4,938 | -66,557 |
| 2019 | 81 | -5,076 | -$71,633 |
| FLAGG | | -$71,633 | |

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 17

ECONOMIC LOSS OF SOCIAL SECURITY INCOME TO DATE
2004 - 2019

| YEAR | AGE | INCOME | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|--------|---------------------|-------|----------|
| 2004 | 66 | $29,467 | -$3,713 | $25,754 | $25,754 |
| 2005 | 67 | 30,262 | -3,813 | 26,449 | 52,203 |
| 2006 | 68 | 31,503 | -3,969 | 27,534 | 79,737 |
| 2007 | 69 | 32,543 | -4,100 | 28,443 | 108,180 |
| 2008 | 70 | 33,291 | -4,195 | 29,096 | 137,276 |
| 2009 | 71 | 35,222 | -4,438 | 30,784 | 168,060 |
| 2010 | 72 | 35,222 | -4,438 | 30,784 | 198,844 |
| 2011 | 73 | 35,222 | -4,438 | 30,784 | 229,628 |
| 2012 | 74 | 36,490 | -4,598 | 31,892 | 261,520 |
| 2013 | 75 | 37,110 | -4,676 | 32,434 | 293,954 |
| 2014 | 76 | 37,667 | -4,746 | 32,921 | 326,875 |
| 2015 | 77 | 38,307 | -4,827 | 33,480 | 360,355 |
| 2016 | 78 | 38,307 | -4,827 | 33,480 | 393,835 |
| 2017 | 79 | 38,422 | -4,841 | 33,581 | 427,416 |
| 2018 | 80 | 39,191 | -4,938 | 34,253 | 461,669 |
| 2019 | 81 | 40,288 | -5,076 | 35,212 | $496,881 |
| FLAGG | | $568,514 | -$71,633 | $496,881 | |

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 18

PRESENT VALUE OF FUTURE SOCIAL SECURITY INCOME
2020 - 2021

| YEAR | AGE | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------|-----------------|---------------|----------|
| 2020 | 82 | $41,094 | 0.98765 | $40,586 | $40,586 |
| 2021 | 83 | 12,835 | 0.98381 | 12,627 | $53,213 |

WILSON "BUD" FLAGG                       $53,213

Table 19

PRESENT VALUE OF FUTURE PERSONAL CONSUMPTION
2020 - 2021

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------------------|-----------------|---------------|----------|
| **** | *** | *********** | ******** | ******* | ******** |
| 2020 | 82 | -$5,178 | 0.98765 | -$5,114 | -$5,114 |
| 2021 | 83 | -1,617 | 0.98381 | -1,591 | -$6,705 |

WILSON "BUD" FLAGG                         -$6,705

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 20

PRESENT VALUE OF FUTURE SOCIAL SECURITY INCOME LOSS
2020 - 2021

| YEAR | AGE | INCOME | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|--------|---------------------|-------|----------|
| 2020 | 82 | $40,586 | -$5,114 | $35,472 | $35,472 |
| 2021 | 83 | 12,627 | -1,591 | 11,036 | $46,508 |
| | | | | | |
| FLAGG | | $53,213 | -$6,705 | $46,508 | |

Table 21

PRESENT VALUE OF NET SOCIAL SECURITY INCOME LOSS
2004 - 2021

| YEAR | AGE | INCOME | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|--------|----------------------|-------|----------|
| **** | *** | ******** | *********** | ******** | ******** |
| 2004 | 66 | $29,467 | -$3,713 | $25,754 | $25,754 |
| 2005 | 67 | 30,262 | -3,813 | 26,449 | 52,203 |
| 2006 | 68 | 31,503 | -3,969 | 27,534 | 79,737 |
| 2007 | 69 | 32,543 | -4,100 | 28,443 | 108,180 |
| 2008 | 70 | 33,291 | -4,195 | 29,096 | 137,276 |
| 2009 | 71 | 35,222 | -4,438 | 30,784 | 168,060 |
| 2010 | 72 | 35,222 | -4,438 | 30,784 | 198,844 |
| 2011 | 73 | 35,222 | -4,438 | 30,784 | 229,628 |
| 2012 | 74 | 36,490 | -4,598 | 31,892 | 261,520 |
| 2013 | 75 | 37,110 | -4,676 | 32,434 | 293,954 |
| 2014 | 76 | 37,667 | -4,746 | 32,921 | 326,875 |
| 2015 | 77 | 38,307 | -4,827 | 33,480 | 360,355 |
| 2016 | 78 | 38,307 | -4,827 | 33,480 | 393,835 |
| 2017 | 79 | 38,422 | -4,841 | 33,581 | 427,416 |
| 2018 | 80 | 39,191 | -4,938 | 34,253 | 461,669 |
| 2019 | 81 | 40,288 | -5,076 | 35,212 | 496,881 |
| 2020 | 82 | 40,586 | -5,114 | 35,472 | 532,353 |
| 2021 | 83 | 12,627 | -1,591 | 11,036 | $543,389 |
| FLAGG | | $621,727 | -$78,338 | $543,389 | |

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 22

LOSS OF PAST FARM SERVICES
2001 - 2019

| YEAR | AGE | HOUSEHOLD SERVICES | CUMULATE |
|------|-----|--------------------|----------|
| **** | *** | ********* | ******* |
| 2001 | 63 | $4,845 | $4,845 |
| 2002 | 64 | 16,259 | 21,104 |
| 2003 | 65 | 17,115 | 38,219 |
| 2004 | 66 | 17,870 | 56,089 |
| 2005 | 67 | 18,413 | 74,502 |
| 2006 | 68 | 19,130 | 93,632 |
| 2007 | 69 | 19,911 | 113,543 |
| 2008 | 70 | 20,496 | 134,039 |
| 2009 | 71 | 20,712 | 154,751 |
| 2010 | 72 | 20,966 | 175,717 |
| 2011 | 73 | 21,074 | 196,791 |
| 2012 | 74 | 22,311 | 219,102 |
| 2013 | 75 | 22,311 | 241,413 |
| 2014 | 76 | 22,883 | 264,296 |
| 2015 | 77 | 23,447 | 287,743 |
| 2016 | 78 | 23,948 | 311,691 |
| 2017 | 79 | 24,669 | 336,360 |
| 2018 | 80 | 25,391 | 361,751 |
| 2019 | 81 | 26,152 | $387,903 |

FLAGG           $387,903

Table 23

PRESENT VALUE OF FUTURE FARM SERVICES
2020 - 2021

| YEAR | AGE | HOUSEHOLD SERVICES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------------|-----------------|---------------|----------|
| **** | *** | ********           | ********        | *******       | ******** |
| 2020 | 82  | $26,937            | 0.98765         | $26,604       | $26,604  |
| 2021 | 83  | 8,497              | 0.98381         | 8,359         | $34,963  |

WILSON "BUD" FLAGG                                 $34,963

Table 24

PRESENT VALUE OF NET FARM SERVICES LOSS
2001 - 2021

| YEAR | AGE | HOUSEHOLD SERVICES | CUMULATE |
|------|-----|--------------------|----------|
| **** | *** | ******** | ******* |
| 2001 | 63 | $4,845 | $4,845 |
| 2002 | 64 | 16,259 | 21,104 |
| 2003 | 65 | 17,115 | 38,219 |
| 2004 | 66 | 17,870 | 56,089 |
| 2005 | 67 | 18,413 | 74,502 |
| 2006 | 68 | 19,130 | 93,632 |
| 2007 | 69 | 19,911 | 113,543 |
| 2008 | 70 | 20,496 | 134,039 |
| 2009 | 71 | 20,712 | 154,751 |
| 2010 | 72 | 20,966 | 175,717 |
| 2011 | 73 | 21,074 | 196,791 |
| 2012 | 74 | 22,311 | 219,102 |
| 2013 | 75 | 22,311 | 241,413 |
| 2014 | 76 | 22,883 | 264,296 |
| 2015 | 77 | 23,447 | 287,743 |
| 2016 | 78 | 23,948 | 311,691 |
| 2017 | 79 | 24,669 | 336,360 |
| 2018 | 80 | 25,391 | 361,751 |
| 2019 | 81 | 26,152 | 387,903 |
| 2020 | 82 | 26,604 | 414,507 |
| 2021 | 83 | 8,359 | $422,866 |

FLAGG                    $422,866

Table 25

LOSS OF PAST LVL OF WILSON
2001 - 2019

| YEAR | AGE | LVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ********** | ********** |
| 2001 | 63 | $29,936 | $29,936 |
| 2002 | 64 | 100,782 | 130,718 |
| 2003 | 65 | 102,677 | 233,395 |
| 2004 | 66 | 106,024 | 339,419 |
| 2005 | 67 | 109,650 | 449,069 |
| 2006 | 68 | 112,436 | 561,505 |
| 2007 | 69 | 117,023 | 678,528 |
| 2008 | 70 | 117,128 | 795,656 |
| 2009 | 71 | 120,314 | 915,970 |
| 2010 | 72 | 122,119 | 1,038,089 |
| 2011 | 73 | 125,734 | 1,163,823 |
| 2012 | 74 | 127,921 | 1,291,744 |
| 2013 | 75 | 129,840 | 1,421,584 |
| 2014 | 76 | 130,827 | 1,552,411 |
| 2015 | 77 | 131,782 | 1,684,193 |
| 2016 | 78 | 134,510 | 1,818,703 |
| 2017 | 79 | 137,348 | 1,956,051 |
| 2018 | 80 | 139,971 | 2,096,022 |
| 2019 | 81 | 142,771 | $2,238,793 |

FLAGG            $2,238,793

Table 26

PRESENT VALUE OF FUTURE LVL OF WILSON
2020 - 2021

| YEAR | AGE | LVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-----|-----------------|---------------|----------|
| 2020 | 82 | $145,626 | 0.98765 | $143,828 | $143,828 |
| 2021 | 83 | 45,483 | 0.98381 | 44,747 | $188,575 |

WILSON "BUD" FLAGG                         $188,575

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 27

PRESENT VALUE OF NET LVL OF WILSON
2001 - 2021

| YEAR | AGE | LVL | CUMULATE |
|------|-----|-----|----------|
| 2001 | 63 | $29,936 | $29,936 |
| 2002 | 64 | 100,782 | 130,718 |
| 2003 | 65 | 102,677 | 233,395 |
| 2004 | 66 | 106,024 | 339,419 |
| 2005 | 67 | 109,650 | 449,069 |
| 2006 | 68 | 112,436 | 561,505 |
| 2007 | 69 | 117,023 | 678,528 |
| 2008 | 70 | 117,128 | 795,656 |
| 2009 | 71 | 120,314 | 915,970 |
| 2010 | 72 | 122,119 | 1,038,089 |
| 2011 | 73 | 125,734 | 1,163,823 |
| 2012 | 74 | 127,921 | 1,291,744 |
| 2013 | 75 | 129,840 | 1,421,584 |
| 2014 | 76 | 130,827 | 1,552,411 |
| 2015 | 77 | 131,782 | 1,684,193 |
| 2016 | 78 | 134,510 | 1,818,703 |
| 2017 | 79 | 137,348 | 1,956,051 |
| 2018 | 80 | 139,971 | 2,096,022 |
| 2019 | 81 | 142,771 | 2,238,793 |
| 2020 | 82 | 143,828 | 2,382,621 |
| 2021 | 83 | 44,747 | $2,427,368 |

FLAGG          $2,427,368

SMITH ECONOMICS GROUP, LTD.  312/943-1551