# EXHIBIT O

# Smith Economics Group, Ltd.

A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

*Stan V. Smith, Ph.D.*
*President*

July 30, 2019

Mr. John M. Eubanks
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

       Re: Sanchez

Dear Mr. Eubanks:

You have asked me to calculate the value of certain losses
subsequent to the death of Jesus Sanchez.  These losses are: (1)
the loss of wages and employee benefits; (2) the loss of
housekeeping and household management services; and (3) the loss
of the value of life ("LVL"), also known as loss of enjoyment of
life.

## QUALIFICATIONS AND EXPERIENCE

I am President of Smith Economics Group, Ltd., headquartered in
Chicago, IL, which provides economic and financial consulting
nationwide.  I have worked as an economic and financial
consultant since 1974, after completing a Research Internship at
the Federal Reserve, Board of Governors, in Washington, D.C.  My
curriculum vitae lists all my publications in the last 10 years
and beyond.

I received my Bachelor's Degree from Cornell University.  I
received a Master's Degree and my Ph.D. in Economics from the
University of Chicago; Gary S. Becker, Nobel Laureate 1992, was
my Ph.D. thesis advisor.  The University of Chicago is one of the
world's preeminent institutions for the study of economics, and
the home of renowned research in the law and economics movement.

As President of Smith Economics, I have performed economic
analyses in a great variety of engagements, including damages
analysis in personal injury and wrongful death cases, business
valuation, financial analysis, antitrust, contract losses, a wide
range of class action matters, employment discrimination,
defamation, and intellectual property valuations including
evaluations of reasonable royalty.

I have more than 40 years of experience in the field of
economics.  I am a member of various economic associations and
served for three years as Vice President of the National
Association of Forensic Economics (NAFE) which is the principal

SEG

association in the field.   I was also on the Board of Editors of the peer-reviewed journal, the Journal of Forensic Economics, for over a decade; I have also published scholarly articles in this journal. The JFE is the leading academic journal in the field of Forensic Economics.

I am the creator and founder of Ibbotson Associates' <u>Stock, Bonds, Bills, and Inflation</u> (SBBI) Yearbook, Quarterly, Monthly, and SBBI/PC Services.   SBBI is currently published by Duff & Phelps and is also available on various Morningstar, Inc. software platforms.   SBBI is widely relied upon and regarded as the most accepted and scholarly reference by the academic, actuarial and investment community, and in courts of law.   The SBBI series, which acknowledges my "invaluable role" as having "originated the idea" while Managing Director at Ibbotson Associates, is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities.

I wrote the first textbook on Forensic Economic Damages that has been used in university courses in various states; as an adjunct professor, I created and taught the first course in Forensic Economics nationwide, at DePaul University in Chicago.   I have performed economic analysis in many thousands of cases in almost every state since the early 1980s.


<u>BACKGROUND</u>

Jesus Sanchez was a 45.5-year-old, Hispanic, single male, who was born on ████████████, and died on September 11, 2001.   Mr. Sanchez's remaining life expectancy is estimated at 36.1 years. This data is from the National Center for Health Statistics, <u>United States Life Tables, 2015</u>, Vol. 67, No. 7, National Vital Statistics Reports, 2018.   I assume an estimated trial or resolution date of January 1, 2020.

In order to perform this evaluation, I have reviewed the following materials: (1) tax returns from 1998 through 2001; (2) the Certificate of Death; (3) a job offer letter from United Airlines dated March 18, 1999; (4) United Airlines Passenger Service Employees Benefits Summary; (5) an Employee Check Register and Ground Pay Detail Listing for United Airlines for pay dates from April 15, 1999 through September 13, 2001; (6) a paycheck from United Airlines dated September 13, 2001; (7) pay stubs from Continental Airlines for pay periods ending January 23, 1997 and January 30, 1997; (8) a report by Donald Frankenfeld dated August 3, 2005; and (9) the case information form.

My methodology for estimating the losses, which is explained below, is generally based on past wage growth, interest rates, and consumer prices, as well as studies regarding the value of

2

SEG

life.  The effective net discount rate using statistically
average wage growth rates and statistically average discount
rates is 0.25 percent.

My estimate of the real wage growth rate is 1.00 percent per
year.  This growth rate is based on Business Sector, Hourly
Compensation growth data from the Major Sector Productivity and
Costs Index found at the U.S. Bureau of Labor Statistics website
at www.bls.gov/data/home.htm, Series ID: PRS84006103, for the
real increase in wages primarily for the last 20 years.

My estimate of the real discount rate is 1.25 percent per year.
This discount rate is based on primarily the rate of return on
short-term U.S. Treasury investment for the last 20 years.  The
data is from the statistical series H.15 Selected Interest Rates,
published by the Board of Governors of the Federal Reserve System
found at www.federalreserve.gov.  This data is also published in
the Economic Report of the President Table for "Bond yields and
interest rates" for the real return on U.S. Treasury investments.

Estimates of real growth and discount rates are net of inflation
based on the Consumer Price Index (CPI-U), published in monthly
issues of the U.S. Bureau of Labor Statistics, CPI Detailed
Report (Washington, D.C.: U.S. Government Printing Office) and
available at the U.S. Bureau of Labor Statistics website at
www.bls.gov/data/home.htm, Series ID: CUUR0000SA0.  The rate of
inflation for the past 20 years has been 2.16 percent.


I. LOSS OF WAGES AND EMPLOYEE BENEFITS - Annual Employment

Tables 1 through 9 show the loss of wages and benefits.  Mr.
Sanchez was a Customer Services Representative for United
Airlines at the time of his death.  Mr. Sanchez worked for
Continental Airlines for 10 years before starting at United on
April 5, 1999.  Mr. Sanchez's starting pay was $7.64 per hour,
and his pay had increased to $10.03 per hour at the time of his
death.  Additionally, Mr. Sanchez received shift pay of $0.58 per
hour.  Mr. Sanchez earned $45,334 in 1998, his last full year at
Continental, and he earned $34,191 in 2000, his first full
calendar year at United.  Based on Mr. Sanchez's pay stubs, his
hourly rate averaged $9.40 in 2000 and $9.93 in 2001.  Mr.
Sanchez's average earnings were $595.93 per week in 2001 prior to
his death, which projects to $30,988 annually.

Based on the Passenger Service Employees 2016 - 2021 Agreement
Between United Airlines and The International Association of
Machinists and Aerospace Workers (IAMAW), Customer Service
Representatives are paid according to the Customer Service
Classification.  According to the pay chart the for Customer
Service Classification, the hourly rate for 11 years or more was
$25.22 per hour as of January 1, 2016.  Based on the contract,

3

SEG

the hourly rate increases to $29.87 as of November 15, 2016,
$30.47 as of December 1, 2017, $31.23 as of December 1, 2018,
$32.01 as of December 1, 2019, $32.65 as of December 1, 2020, and
$33.30 as of December 1, 2021.  This results in annualized hourly
pay rates of $25.80 in 2016, $29.92 in 2017, $30.53 in 2018,
$31.30 in 2019, and $32.06 in 2020, and pay increases of 15.96
percent in 2017, 2.05 percent in 2018, 2.49 percent in 2019, and
2.46 percent in 2020.  Based on Mr. Sanchez's average hourly rate
in 2001 of $9.93 and the contract annualized hourly rate of
$25.80 in 2016, his pay rate is projected to increase by 6.58
percent per year from 2001 to 2016.

The wage estimate is illustrated at $30,988 in 2001 based on Mr.
Sanchez's average weekly earnings in 2001.  The wage estimate is
illustrated to increase from 2001 to 2016 at 6.58 percent per
year based on the increase from Mr. Sanchez's 2001 average annual
hourly rate of $9.93 to the 2016 annualized contract hourly rate
for 11 or more years of service of $25.80.  Based on the union
contract, wages are projected to grow at 15.96 percent in 2017,
2.05 percent in 2018, 2.49 percent in 2019, and 2046 percent in
2020.  Future wages are grown at 1.0 percent real wage growth.

Employee benefit estimates are based on actual benefit
information from United as well as data from the U.S. Department
of Labor, Bureau of Labor Statistics, Employer Cost of Employee
Compensation - December 2018, 2019, found at www.bls.gov/ect.
Based on the Passenger Service Employees Benefits Summary, United
offers medical and dental insurance and pays 75 percent of the
cost.  Additionally, United provides a pension plan with a 2
percent employer contribution as well as a 401(k) plan.
Employees can also participate in the Employee Stock Ownership
Plan.  Lastly, employees have unlimited, space available travel
on United for a small service charge.  Based on the IAMAW union
contract, United offers medical and dental plans and pays up to
80 percent of the premiums.  United also offers a vision plan,
flexible spending account plans, and retiree medical benefits.
United continues to offer both a pension plan and 401(k) plan.
Based on the union contract, the United pension plan contribution
as of January 1, 2020 is $2.00 per hour, which is approximately
6.24 percent of Mr. Sanchez's estimated 2020 hourly rate.
United's contribution to the 401(k) is based on service, and
United matches up to $300 per year for the first five years, up
to 1 percent for between 5 and 10 years, up to 2 percent for
between 10 and 15 years, and up to 3 percent for over 15 years.
Additionally, the contract includes a profit-sharing plan for
employees of United's pre-tax profit up to a profit margin of 6.9
percent and 10 percent thereafter.  I have assumed that employee
benefits grow at the same rate as wages and are discounted to
present value at the same discount rate.  Since these tables
assume annual work, I do not include employee benefits relating
to unemployment, injury, illness or disability.  Based on the
union contract, benefits are conservatively estimated at 27.43

4

SEG

percent of wages based on 6.23 percent pension contribution, 3.0 percent 401(k) contribution, Social Security of 6.2 percent, and statistically average health insurance benefits of 12 percent.

Personal consumption is an offset of the income. I use a personal consumption offset based on a study by Ruble, Patton, and Nelson, "Patton-Nelson Personal Consumption Tables 2011-12," Journal of Legal Economics, Vol. 21, No. 1, 2014, pp. 41-55, based on data from the U.S. Department of Labor, Bureau of Labor Statistics, "Consumer Expenditure Survey, 2011-12," Washington DC, 2012, which shows personal consumption for a 3-person household to be 21 percent through 2002, 20 percent from 2003 through 2006, 19.1 percent for 2007 through 2009, 18.3 percent in 2010, and 17.6 percent in 2011, when Mr. Sanchez's father passed away. Personal consumption for a 2-person household is illustrated at 23.1% in 2012, 22.2 percent in 2013 and 2014, 21.4 percent in 2015 and 2016, and 20 percent in 2017. Personal consumption for a 1-person household is illustrated at 52.25 percent starting in 2018.

I assume annual employment each year and show the accumulation through life expectancy. While these tables are calculated through the end of life expectancy, the losses from working through any age can be read off the table.

Based on the above assumptions, my opinion of the wage loss is $2,035,831 ► Table 9; this figure assumes work to age 81.6, but the ability to work through any assumed age may be read from Table 9; for example, the loss to age 67 is $1,225,940.

II. LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOUSEHOLD MANAGEMENT SERVICES

Tables 10 through 12 show the pecuniary loss of tangible housekeeping chores and household management services. The number of hours of housekeeping and household management services for a single, working male is illustrated at 11.58 hours per week for youngest child age 6 to 12 through 2007, 10.73 hours per week for youngest child age 13 and over through 2017, 13.62 hours per week for ages 55 and over with no children, through 2023, and for a retired, single male is 19.75 hours per week for ages 62 to 74 through 2031 and 17.32 hours per week for ages 75 and older from 2032 and thereafter. This data is based on the American Time Use Survey published by the Bureau of Labor Statistics, www.bls.gov/tus, usefully summarized in a publication by Expectancy Data, The Dollar Value of A Day: 2017 Dollar Valuation, Shawnee Mission, KS, 2018.

The hourly value of the housekeeping and household management services is based on the mean hourly earnings of carpenters; maintenance and repair workers; painters, construction and

5

SEG

maintenance; childcare workers; waiters and waitresses; cooks, private household; laundry and dry-cleaning workers; maids and housekeeping cleaners; landscaping and groundskeeping workers; bookkeeping, accounting and auditing clerks; and taxi drivers and chauffeurs, which is $16.54 per hour in year 2018 dollars.  This wage data is based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2018 National Occupational Employment and Wage Statistics found at www.bls.gov/oes.  This figure is corroborated by the average hourly values published by Expectancy Data, The Dollar Value of A Day: 2017 Dollar Valuation, Shawnee Mission, KS, 2018, which is also based on the BLS Occupational Employment Statistics.  A discussion of these services can be found in the **Household Services Valuation Appendix**.  The hourly value of these services grows at the same rate as the wage growth rate discussed above.

I assess such services at their estimated market value which includes a conservative estimate of 50 percent hourly non-wage component reasonably charged by agencies or free-lance individuals who supply such services on a part-time basis, and who are responsible for advertising, hiring and vetting, training, insuring and bonding the part-time service provider, and who are also responsible for pay-related costs such as social security contributions, etc.  If a person were to hire a free-lance employee directly instead of going through an agency, then he or she would have to take on the responsibility for all the non-wage costs that the agency would otherwise incur and then charge for.  The money the person would pay directly in wages would be only a portion of the total costs. The total costs would include those items discussed above that the agency would otherwise incur.

Adding the non-wage component to the hourly wage is consistent with labor market theory and competitive market behavior.  Peer-reviewed economic research supports this theory and shows that the non-wage costs can average up to 300 percent for the wage. See, for example, Cushing, Matthew J. and David I. Rosenbaum, "Valuing Household Services: A New Look at the Replacement Cost Approach," Journal of Legal Economics, Vol 19, No. 1, 2012, pp. 37-60, wherein the authors found that non-wage costs exceed wage costs by 167 percent.  This is more than triple the 50 percent non-wage costs amount I use, discussed above.  Also see Smith, David A., Stan V. Smith, and Stephanie R. Uhl, "Estimating the Value of Family Household Management Services:  Approaches and Markups," Forensic Rehabilitation & Economics, Vol 3, No. 2, 2010, pp. 85-94.  According to this research, the statistical probability is 99 percent that the non-wage costs exceed 250 percent of the wage cost.  The use of only a 50 percent non-wage cost makes my estimate very conservative, and it far more than compensates for two possible variations: variations in the national wage depending on locality, and variations in different types of services actually performed in the household.  Thus even

6

SEG

if one or more of the different types of services are not
performed, and even if the services are provided in low wage
areas, my use of the low, 50 percent non-wage costs more than
compensates for these factors.

According to Merry Maids, a national home cleaning service
agency, the charges for their services within the largest 100
Metropolitan Statistical Areas with populations of 500,000 and up
range from $40 to $65 per hour, averaging $49 per hour, in 2012.
This hourly rate reflects non-wage costs of 250 percent of wages,
and after adjusting for market factors, is four times the
non-wage costs figure that I use, resulting in an hourly rate of
more than double the rate that I use.  Thus my use of only a 50
percent addition for non-wage costs is, in fact, very
conservative.

Based on these assumptions, and Jesus Sanchez's life expectancy
of 81.6 years, my opinion of the loss of the value of
housekeeping and household management services is $638,392 ▸
Table 12.


III. LOSS OF VALUE OF LIFE

Tables 13 through 15 show the loss of the value of life.
Economists have long agreed that life is valued at more than the
lost earnings capacity.  My estimate of the value of life is
based on many economic studies on what we, as a contemporary
society, actually pay to preserve the ability to lead a normal
life.  The studies examine incremental pay for risky occupations
as well as a multitude of data regarding expenditure for life
savings by individuals, industry, and state and federal agencies.
Based on the average value of a statistical life and life
expectancy of 81.6 years, my opinion of the loss of the value of
life for Jesus Sanchez is $4,541,321 ▸ Table 15.

My estimate of the value of life is consistent with estimates
published in other studies that examine and review the broad
spectrum of economic literature on the value of life.  Among
these is "The Plausible Range for the Value of Life," Journal of
Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 17-39, by T. R.
Miller.  This study reviews 67 different estimates of the value
of life published by economists in peer-reviewed academic
journals.  The Miller results, in most instances, show the value
of life to range from approximately $1.6 million to $2.9 million
dollars in year 1988 after-tax dollars, with a mean of
approximately $2.2 million dollars.  In "The Value of Life:
Estimates with Risks by Occupation and Industry," Economic
Inquiry, Vol. 42, No. 1, May 2003, pp. 29-48,  Professor W. K.
Viscusi estimates the value of life to be approximately $4.7
million dollars in year 2000 dollars.  An early seminal paper on
the value of life was written by Richard Thaler and Sherwin

7

SEG

Rosen, "The Value of Saving a Life: Evidence from the Labor Market." in N.E. Terlickyj (ed.), Household Production and Consumption. New York: Columbia University Press, 1975, pp. 265-300.  The Meta-Analyses Appendix to this report reviews additional literature suggesting a value of life of approximately $5.4 million in year 2008 dollars.

Because it is generally accepted by economists, the economic methodology for the valuation of life has been found to meet the Daubert and Frye standards by many courts, along with the Rules of Evidence in many states nationwide.  My testimony on the value of life has been accepted in approximately 225 state and federal cases nationwide in approximately two-thirds of the states and two-thirds of the federal jurisdictions.  Testimony has been accepted by U.S. district and appellate courts as well as in state circuit, appellate, and supreme courts.  Proof of general acceptance and other standards is found in a discussion of the extensive references to the scientific economic peer-reviewed literature on the value of life listed in the **Value of Life Appendix** to this report.

The underlying, academic, peer-reviewed studies fall into two general groups: (1) consumer behavior and purchases of safety devices; (2) wage risk premiums to workers; in addition, there is a third group of studies consisting of cost-benefit analyses of regulations.  For example, one consumer safety study analyzes the costs of smoke detectors and the lifesaving reduction associated with them.  One wage premium study examines the differential rates of pay for dangerous occupations with a risk of death on the job.  Just as workers receive shift premiums for undesirable work hours, workers also receive a higher rate of pay to accept a increased risk of death on the job.  A study of government regulation examines the lifesaving resulting from the installation of smoke stack scrubbers at high-sulphur, coal-burning power plants.  As a hypothetical example of the methodology, assume that a safety device such as a carbon monoxide detector costs $46 and results in lowering a person's risk of premature death by one chance in 100,000.  The cost per life saved is obtained by dividing $46 by the one in 100,000 probability, yielding $4,600,000.  Overall, based on the peer-reviewed economic literature, I estimate the central tendency of the range of the economic studies to be approximately $4.9 million in year 2019 dollars.

------------------------------------------

Other factors may be weighed to determine if these estimated losses for Jesus Sanchez should be adjusted because of special qualities or circumstances that economists do not as yet have a methodology for analysis.

8

## SEG

In each set of tables, the estimated losses are calculated from September 11, 2001 through an assumed trial or resolution date of January 1, 2020, and from that date thereafter. The last table in each set accumulates the past and future estimated losses. These estimates are provided as a tool, an aid, and a guide to assist the evaluation by others.

All opinions expressed in this report are clearly labeled as such. They are rendered in accordance with generally accepted standards within the field of economics and are expressed to a reasonable degree of economic certainty. Estimates, assumptions, illustrations and the use of benchmarks, which are not opinions, but which can be viewed as hypothetical in nature, are also clearly disclosed and identified herein.

In my opinion, it is reasonable for experts in the field of economics and finance to rely on the materials and information I reviewed in this case for the formulation of my substantive opinions herein.

If additional information is provided to me, which could alter my opinions, I may incorporate any such information into an update, revision, addendum, or supplement of the opinions expressed in this report.

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

9

SEG

## APPENDIX: HOUSEHOLD SERVICES VALUATION

Courts have long recognized claims for the value of tangible
household family services as an element of damages in personal
injury and wrongful death cases, as an aspect of the pecuniary
loss in such cases.  These services are those that are provided
by the injured family member to himself or herself and to other
family members, without charge or cost.  Other family members who
may receive such services can include spouses, children, parents
or siblings; such family members do not necessarily have to
reside in the same household to receive such services.

Economists and courts have also long recognized that an
appropriate method in valuing such tangible services is to value
their estimated market-based costs by examining costs paid in
labor markets that provide generally comparable services for.
Thus, economists can value the service by looking at market
equivalents from which a pecuniary standard can be established.
This approach is set forth in the 1913 U.S.Supreme Court
Decision, <u>Michigan Central Railroad Company v. Vreeland</u>, 227 U.S.
59 (1913).  So this method is a century old.

The Supreme Court's suggesting in valuing compensable services in
the Vreeland decision is a standard that is not rigid, but
actually rather general: "[The] pecuniary loss or damage must be
one which can be measured by some standard.... Compensation for
such loss manifestly does not include damages by way of
recompense for grief or wounded feelings." <u>Michigan Central v.
Vreeland</u>.

Examples of lost household services that used to be performed by
persons (whether fatally or non-fatally injured) can include
physical chores such as mowing the lawn, painting the house,
cleaning the windows, doing the laundry, washing and repairing
the car, preparing the meals and doing the dishes, among others.
For many decades economists have met the Supreme Court's general
standard by using labor market equivalents for cooks, laundry
workers, gardeners, maids, etc. in valuing the physical chores
regarding housekeeping services.

Additionally, economists have recognized that tangible services
to family members include services well beyond the physical
housekeeping chores.  For example, William G. Jungbauer and Mark
J. Odegard, in Maximizing Recovery in FELA Wrongful Death
Actions, in <u>Assessing Family Loss in Wrongful Death Litigation:
The Special Roles of Lost Services and Personal Consumption</u>,
Lawyers & Judges Publishing Co., 1999, pp. 284, indicate that a
complete analysis of all services performed by family members
includes much, much more than the physical housekeeping chores.
Frank D. Tinari, in a peer-reviewed, scientific, economic journal
article "Household Services: Toward a More Comprehensive
Measure," <u>Journal of Forensic Economics</u>, Vol. 11, No. 3, Fall

10

SEG

1998, pp. 253-265, expresses the same view.  Dr. Tinari has been a tenured Professor at Seton Hall University, and is a former president of the National Association of Forensic Economics. There has been no peer-reviewed critique of this article since it appeared.

Jungbauer and Odegard indicate that a person may have provided services of many other professions such as that of a chauffeur, driving other family members to appointments, or that of a security guard, especially regarding the injury to a male spouse, etc.  Every family member acts as a companion to other family members.  And it is common for family members to act as counselors for one another, typically providing advice and counsel on important personal, family, medical, financial, career or other issues.  The marketplace can and does value such items of loss. If the person cannot provide these services, or does so at a reduced capacity or rate, there is a distinct and definite loss to the other family members.  These losses have a definite and easily measurable pecuniary value.  Vreeland requires only that a "reasonable expectation" of loss of services be proven and that such loss be valued by some standard, presumably a reasonably-based economic standard, to allow recovery.

The economic literature on recovery of loss of services discusses an estimated market-oriented valuation cost method to assess the pecuniary value of the loss of accompaniment services, as well as the value of advice, guidance and counsel services that family members provide to one another, within a broadly defined scope of family services.  See, for example, Frank D. Tinari, "Household Services: Toward A More Comprehensive Measure, " Journal of Forensic Economics, Vol. 11, No. 3, Fall 1998, pp. 253-265.

Finally, according to Chief Justice Robert Wilentz of the Supreme Court of New Jersey, in Green v. Bittner, 85 NJ 1, 1980, pp. 12, accompaniment services, to be compensable, must be that which would have provided services substantially equivalent to those provided by the companions often hired today by the aged or infirm, or substantially equivalent to services provided by nurses or practical nurses; and its value must be confined to what the marketplace would pay a stranger with similar qualifications for performing such services.

In valuing the household services that are provided by family members to one another, beyond the physical housekeeping chores, both the U.S Supreme Court and the New Jersey Supreme Court discuss looking at labor markets for the equivalent value of such services.  This methodology is identical to the traditional approach that economists have been using for over four decades in valuing the physical chores involved in housekeeping services.
5206

11

SEG

## APPENDIX: VALUE OF LIFE

The economic methodology for the valuation of life has been found to meet the Daubert and Frye standards by many courts, along with the Rules of Evidence in many states nationwide.  My testimony on the value of life has been accepted in approximately 225 state and federal cases nationwide in approximately two-thirds of the states and two-thirds of the federal jurisdictions.  Testimony has been accepted by U.S. district and appellate courts as well as in state circuit, appellate, and supreme courts.  The Daubert standard sets forth four criteria:

1.   Testing of the theory and science

2.   Peer Review

3.   Known or potential rate of error

4.   Generally accepted.

**Testing of the theory and science** has been accomplished over the past four decades, since the 1960s.  Dozens of economists of high renown have published over a hundred articles in high quality, peer-reviewed economic journals measuring the value of life.  The value of life theories are perhaps among the most well-tested in the field of economics, as evidenced by the enormous body of economic scientific literature that has been published in the field and is discussed below.

**Peer Review** of the concepts and methodology have been extraordinarily extensive.  One excellent review of this extensive, peer-reviewed literature can be found in "The Value of Risks to Life and Health," W. K. Viscusi, Journal of Economic Literature, Vol. 31, December 1993, pp. 1912-1946.  A second is "The Value of a Statistical Life: A Critical Review of Market Estimates throughout the World." W. K. Viscusi and J. E. Aldy, Journal of Risk and Uncertainty, Vol. 27, No. 1, November 2002, pp. 5-76.  Additional theoretical and empirical work by Viscusi, a leading researcher in the field, can be found in: "The Value of Life", W. K. Viscusi, John M. Olin Center for Law, Economics, and Business, Harvard Law School, Discussion Paper No. 517, June 2005.  An additional peer-reviewed article discusses the application to forensic economics: "The Plausible Range for the Value of Life," T. R. Miller, Journal of Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 17-39, which discusses the many dozens of articles published in other peer-reviewed economic journals on this topic.  This concept is discussed in detail in "Willingness to Pay Comes of Age: Will the System Survive?" T. R. Miller, Northwestern University Law Review, Summer 1989, pp. 876-907, and "Hedonic Damages in Personal Injury and Wrongful Death

SEG

Litigation," by Stan V. Smith in Gaughan and Thornton, eds.,
Litigation Economics,  Contemporary Studies in Economic and
Financial Analysis, Vol. 74, pp. 39-59,  JAI Press, Greenwich,
CT, 1993.  Kenneth Arrow, a Nobel Laureate in economics,
discusses this method for valuing life in "Invaluable Goods,"
Journal of Economic Literature, Vol. 35, No. 2, 1997, pp. 759.
See the Meta-Analyses Appendix for an additional review of the
literature.

**The known or potential rate of error** is well researched.  All of
these articles discuss the known or potential rate of error, well
within the acceptable standard in the field of economics,
generally using a 95% confidence rate for the statistical testing
and acceptance of results.  There are few areas in the field of
economics where the known or potential rate of error has been as
well-accepted and subject to more extensive investigation.

**General Acceptance** of the concepts and methodology on the value
of life in the field of economics is extensive.  This methodology
is and has been generally accepted in the field of economics for
many years.  Indeed, according to the prestigious and highly-
regarded research institute, The Rand Corporation, by 1988, the
peer-reviewed scientific methods for estimating the value of life
were well-accepted: "Most economists would agree that the
willingness-to-pay methodology is the most conceptually
appropriate criterion for establishing the value of life,"
Computing Economic loss in Cases of Wrongful Death, King and
Smith, Rand Institute for Civil Justice, R-3549-ICJ, 1988.

While first discussed in cutting edge, peer-reviewed economic
journals, additional proof of general acceptance is now indicated
by the fact that this methodology is now taught in standard
economics courses at the undergraduate and graduate level
throughout hundreds of colleges and universities nationwide as
well as the fact that it is taught and discussed in widely-
accepted textbooks in the field of law and economics: Economics,
Sixth Edition, David C. Colander, McGraw-Hill Irwin, Boston,
2006, pp. 463-465; this introductory economics textbook is the
third most widely used textbook in college courses nationwide.
Hamermesh and Rees's The Economics of Work and Pay, Harper-
Collins, 1993, Chapter 13, a standard advanced textbook in labor
economics, also discusses the methodology for valuing life.
Other textbooks discuss this topic as well.  Richard Posner,  a
Judge and former Chief Judge of the U.S. Court of Appeals for the
highly regarded 7th Circuit and Senior Lecturer at the University
of Chicago Law School, one of most prolific legal writers in
America, details the Value of Life approach in his widely used
textbooks: Economic Analysis of Law, 1986, Little Brown & Co.,
pp. 182-185 and Tort Law, 1982, Little Brown & Co., pp. 120-126.

As further evidence of general acceptance in the field, some
surveys (albeit non-scientific) published in the field of

13

SEG

forensic economics show that hundreds of economists nationwide
are now familiar with this methodology and are available to
prepare (and critique) forensic economic value of life estimates.
Indeed, some economists who indicate they will prepare such
analysis for plaintiffs also are willing to critique such
analysis for defendants, as I have done.  That an economist is
willing to critique a report does not indicate that he or she is
opposed to the concept or the methodology, but merely available
to assure that the plaintiff economist has employed proper
techniques.  The fact that there are economists who indicate they
do not prepare estimates of value of life is again no indication
that they oppose the methodology: many claim they are not
familiar with the literature and untrained in this area.  While
some CPAs and others without a degree in economics have opposed
these methods, such professionals do not have the requisite
academic training and are unqualified to make such judgements.
However, as in any field of economics, this area is not without
any dissent.  General acceptance does not mean universal
acceptance.

Additional evidence of general acceptance in the field is found
in the teaching of the concepts regarding the value of life.
Forensic Economics is now taught as a special field in a number
of institutions nationwide.  I taught what is believed to be the
first course ever presented in the field of Forensic Economics at
DePaul University in Spring, 1990.  My own book, Economic/Hedonic
Damages, Anderson, 1990, and supplemental updates thereto, co-
authored with Dr. Michael Brookshire, a Professor of Economics in
West Virginia, has been used as a textbook in at least 5 colleges
and universities nationwide in such courses in economics, and has
a thorough discussion of the methodology. Toppino et. al., in
"Forensic Economics in the Classroom," published in The Earnings
Analyst, Journal of the American Rehabilitation Economics
Association, Vol. 4, 2001, pp. 53-86, indicate that hedonic
damages is one of 15 major topic areas taught in such courses.

Lastly, general acceptance is found by examining publications in
the primary journal in the field of Forensic Economics, which is
the peer-reviewed Journal of Forensic Economics, where there have
been published many articles on the value of life.  Some are
cited above.  Others include: "The Econometric Basis for
Estimates of the Value of Life," W. K. Viscusi, Vol 3, No. 3,
Fall 1990, pp. 61-70; "Hedonic Damages in the Courtroom Setting."
Stan V. Smith, Vol. 3, No. 3, Fall 1990, pp. 41-49; "Issues
Affecting the Calculated Value of Life," E. P. Berla, M. L.
Brookshire and Stan V. Smith, Vol 3, No. 1, 1990, pp. 1-8;
"Hedonic Damages and Personal Injury:  A Conceptual Approach." G.
R. Albrecht, Vol. 5., No. 2, Spring/Summer 1992, pp. 97-104; "The
Application of the Hedonic Damages Concept to Wrongful and
Personal Injury Litigation." G. R. Albrecht, Vol. 7, No. 2,
Spring/Summer 1994, pp. 143-150; and also "A Review of the Monte
Carlo Evidence Concerning Hedonic Value of Life Estimates," R. F.

14

SEG

Gilbert, Vol. 8, No. 2, Spring/Summer 1995, pp. 125-130.
Professor Ike Mathur, while Chairman of the Department of Finance
at Southern Illinois University wrote an article on how the value
of life studies can be used to provide a basis for estimating the
value of life per year in application to litigation.  This
article corroborates my approach: "Estimating Value of Life per
Life Year."  I. Mathur, Journal of Forensic Economics, Vol. 3,
No. 3, 1990, pp. 95-96.  As do many of the authors of
applications of the value of life literature to litigation
economics, Professor Mathur has frequently testified in court,
and courts have admitted his testimony.

It is important to note that this methodology is endorsed and
employed by the U. S. Government as the standard and recommended
approach for use by all U. S. Agencies in valuing life for policy
purposes, as mandated in current and past Presidential Executive
Orders in effect since 1972, and as discussed in "Report to
Congress on the Costs and Benefits of Federal Regulations,"
Office of Management and Budget, 1998, and "Economic Analysis of
Federal Regulations Under Executive Order 12866," Executive
Office of the President, Office of Management and Budget, pp. 1-
37, and "Report to the President on Executive Order No. 12866,"
Regulatory Planning and Review, May 1, 1994, Office of
Information and Regulatory Affairs, Office of Management and
Budget.  Prior presidents signed similar orders as discussed in
"Federal Agency Valuations of Human life," Administrative
Conference of the United States, Report for Recommendation 88-7,
December 1988, pp. 368-408.  926

15

SEG

## APPENDIX: META-ANALYSES AND VALUE OF LIFE RESULTS SINCE 2000

Below I list the principal systematic reviews (meta-analyses), since the year 2000, of the value of life literature, and the values of a statistical life that they recommend.  In statistics, a meta-analysis combines the results of several studies that address a set of related research hypotheses.  Meta-analysis increase the statistical power of studies by analyzing a group of studies and provide a more powerful and accurate data analysis than would result from analyzing each study alone.  Based on those reviews, the Summary Table suggests a best estimate. The following table summarizes the studies and their findings.

These statistically based studies place the value between $4.4 and $7.5 million, with $5.9 million in year 2005 dollars representing a conservative yet credible estimate of the average (and range midpoint) of the values of a statistical life published in the studies in year 2005 dollars.  Net of human capital, a credible net value of life based on all these literature reviews to be $4.8 million in year 2005 dollars, or $5.4 million in year 2008 dollars.

The actual value that I use, $4.1 million in year 2008 dollars ($4.9 million in year 2019 dollars) is approximately 24 percent lower than a conservative average estimate based on the credible meta-analyses.  This value was originally based on a review conducted in the late 1980s, averaging the results published by that time.  I have increased that late 1980s value only by inflation over time, despite the fact a review of literature over the years since that time has put obvious upward pressure on the figure that I use.

16

### SEG

## VALUE OF STATISTICAL LIFE SUMMARY TABLE

Mean and range of value of statistical life estimates (in 2005 dollars) from the best meta-analyses and systematic reviews since 2000 and characteristics of those reviews.

| Study | Formal Meta-Analysis? | Number of Values | Best Estimate (2005 Dollars) | Range | Context |
|---|---|---|---|---|---|
| Miller 2000 | Yes | 68 estimates | $5.1M | $4.5-$6.2M | US estimate from all |
| Mrozek & Taylor 2002 | Yes | 203 estimates | $4.4M | + or - 35% | Labor market |
| Viscusi & Aldy 2003 | Yes | 49 estimates | $6.5M | $5.1-$9.6M | Labor market, US estimate from all |
| Kochi et al. 2006 | Yes | 234 estimates | $6.0M | + or - 44% | Labor market survey |
| Bellavance 2006 (published in 2009) | Yes | 37 estimates | $7.5M | + or - 19% | Labor market |

Adapted from Ted R. Miller's paper "Hedonic Damages," <u>Journal of Forensic Economics</u>, Vol. 20, No. 2 (October 2008), pp. 137-153.

# SEG

Miller (2000) started from the Miller 1989 JFE estimates and used statistical methods to adjust for differences between studies. It also added newer studies, primarily ones outside the United States. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.  Miller, Ted R, "Variations between Countries in Values of Statistical Life", Journal of Transport Economics and Policy, Vol. 34, No. 2 (May 2000), pp. 169-188.

Mrozek and Taylor (2002) searched intensively for studies of the value of life implied by wages paid for risky jobs. They coded all values from each study rather than a most appropriate estimate. A statistical analysis identified what factors accounted for the differences in values between studies. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.  Mrozek, Janusz R. and Laura O. Taylor, "What Determines the Value of Life?  A Meta-Analysis", Journal of Policy Analysis and Management, Vol. 21, No. 2 (2002), pp. 253-270.

Viscusi and Aldy (2003) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.  W.K. Viscusi and J.E. Aldy, "The Value of a Statistical Life:  A Critical Review of Market Estimates Throughout the World", Journal of Risk and Uncertainty, Vol. 27, No. 1 (2003), pp. 5-76.

Kochi et al. (2006) searched intensively for studies of the value of life implied by wages and coded all values from each study rather than a most appropriate estimate. They did not filter study quality carefully. The best estimate was derived by statistical methods based on the distribution of the values within and across studies.  Kochi, Ikuho, Bryan Hubbell, and Randall Kramer, "An Empirical Bayes Approach to Combining and Comparing Estimates of the Value of a Statistical Life for Environmental Policy Analysis", Environmental and Resource Economics, Vol. 34 (2006), pp. 385-406.

Bellavance et al. (2009) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.  Bellavance, Francois, Georges Dionne, and Martin Lebeau, "The Value of a Statistical Life: A Meta-Analysis with a Mixed Effects Regression Model," Journal of Health Economics, Vol. 28, Issue 2, (2009), pp. 444-464.  3A22

18

# SEG

### SUMMARY OF LOSSES FOR JESUS SANCHEZ

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| ***** | ******************************* | ********** |
| | **EARNINGS** | |
| | LOSS OF WAGES & BENEFITS, NET OF PERSONAL CONSUMPTION | |
| 9 | Annual Employment to age 67 | $1,225,940 |
| | ---------------------------------------- | |
| | **HOUSEHOLD/FAMILY SERVICES** | |
| | LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING | |
| 12 | AND HOME MANAGEMENT SERVICES | $ 638,392 |
| | ---------------------------------------- | |
| | **LOSS OF ENJOYMENT OF LIFE** | |
| 15 | LOSS OF VALUE OF LIFE | $4,541,321 |

The information on this Summary of Losses is intended to summarize losses under certain given assumptions.  Please refer to the report and the tables for all the opinions.

19

Table 1

LOSS OF PAST WAGES
2001 - 2019

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|-------|----------|
| 2001 | 45 | $9,424 | $9,424 |
| 2002 | 46 | 30,988 | 40,412 |
| 2003 | 47 | 33,027 | 73,439 |
| 2004 | 48 | 35,200 | 108,639 |
| 2005 | 49 | 37,516 | 146,155 |
| 2006 | 50 | 39,985 | 186,140 |
| 2007 | 51 | 42,616 | 228,756 |
| 2008 | 52 | 45,420 | 274,176 |
| 2009 | 53 | 48,409 | 322,585 |
| 2010 | 54 | 51,594 | 374,179 |
| 2011 | 55 | 54,989 | 429,168 |
| 2012 | 56 | 58,607 | 487,775 |
| 2013 | 57 | 62,463 | 550,238 |
| 2014 | 58 | 66,573 | 616,811 |
| 2015 | 59 | 70,954 | 687,765 |
| 2016 | 60 | 75,623 | 763,388 |
| 2017 | 61 | 93,409 | 856,797 |
| 2018 | 62 | 95,324 | 952,121 |
| 2019 | 63 | 97,702 | $1,049,823 |

SANCHEZ        $1,049,823

Table 2

LOSS OF PAST EMPLOYEE BENEFITS
2001 - 2019

| YEAR | AGE | EMPLOYEE BENEFITS | CUMULATE |
|------|-----|-------------------|----------|
| **** | *** | ******** | ******** |
| 2001 | 45 | $2,585 | $2,585 |
| 2002 | 46 | 8,500 | 11,085 |
| 2003 | 47 | 9,059 | 20,144 |
| 2004 | 48 | 9,655 | 29,799 |
| 2005 | 49 | 10,291 | 40,090 |
| 2006 | 50 | 10,968 | 51,058 |
| 2007 | 51 | 11,690 | 62,748 |
| 2008 | 52 | 12,459 | 75,207 |
| 2009 | 53 | 13,279 | 88,486 |
| 2010 | 54 | 14,152 | 102,638 |
| 2011 | 55 | 15,083 | 117,721 |
| 2012 | 56 | 16,076 | 133,797 |
| 2013 | 57 | 17,134 | 150,931 |
| 2014 | 58 | 18,261 | 169,192 |
| 2015 | 59 | 19,463 | 188,655 |
| 2016 | 60 | 20,743 | 209,398 |
| 2017 | 61 | 25,622 | 235,020 |
| 2018 | 62 | 26,147 | 261,167 |
| 2019 | 63 | 26,800 | $287,967 |

SANCHEZ          $287,967

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 3

LOSS OF PAST PERSONAL CONSUMPTION
2001 - 2019

| YEAR | AGE | PERSONAL CONSUMPTION | CUMULATE |
|------|-----|----------------------|----------|
| **** | *** | *********** | ********* |
| 2001 | 45 | -$2,522 | -$2,522 |
| 2002 | 46 | -8,292 | -10,814 |
| 2003 | 47 | -8,419 | -19,233 |
| 2004 | 48 | -8,972 | -28,205 |
| 2005 | 49 | -9,563 | -37,768 |
| 2006 | 50 | -10,192 | -47,960 |
| 2007 | 51 | -10,373 | -58,333 |
| 2008 | 52 | -11,055 | -69,388 |
| 2009 | 53 | -11,783 | -81,171 |
| 2010 | 54 | -12,032 | -93,203 |
| 2011 | 55 | -12,334 | -105,537 |
| 2012 | 56 | -17,254 | -122,791 |
| 2013 | 57 | -17,671 | -140,462 |
| 2014 | 58 | -18,834 | -159,296 |
| 2015 | 59 | -19,349 | -178,645 |
| 2016 | 60 | -20,622 | -199,267 |
| 2017 | 61 | -23,810 | -223,077 |
| 2018 | 62 | -63,467 | -286,544 |
| 2019 | 63 | -65,050 | -$351,594 |

SANCHEZ          -$351,594

Table 4

ECONOMIC LOSS TO DATE
2001 - 2019

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| 2001 | 45 | $9,424 | $2,585 | -$2,522 | $9,487 | $9,487 |
| 2002 | 46 | 30,988 | 8,500 | -8,292 | 31,196 | 40,683 |
| 2003 | 47 | 33,027 | 9,059 | -8,419 | 33,667 | 74,350 |
| 2004 | 48 | 35,200 | 9,655 | -8,972 | 35,883 | 110,233 |
| 2005 | 49 | 37,516 | 10,291 | -9,563 | 38,244 | 148,477 |
| 2006 | 50 | 39,985 | 10,968 | -10,192 | 40,761 | 189,238 |
| 2007 | 51 | 42,616 | 11,690 | -10,373 | 43,933 | 233,171 |
| 2008 | 52 | 45,420 | 12,459 | -11,055 | 46,824 | 279,995 |
| 2009 | 53 | 48,409 | 13,279 | -11,783 | 49,905 | 329,900 |
| 2010 | 54 | 51,594 | 14,152 | -12,032 | 53,714 | 383,614 |
| 2011 | 55 | 54,989 | 15,083 | -12,334 | 57,738 | 441,352 |
| 2012 | 56 | 58,607 | 16,076 | -17,254 | 57,429 | 498,781 |
| 2013 | 57 | 62,463 | 17,134 | -17,671 | 61,926 | 560,707 |
| 2014 | 58 | 66,573 | 18,261 | -18,834 | 66,000 | 626,707 |
| 2015 | 59 | 70,954 | 19,463 | -19,349 | 71,068 | 697,775 |
| 2016 | 60 | 75,623 | 20,743 | -20,622 | 75,744 | 773,519 |
| 2017 | 61 | 93,409 | 25,622 | -23,810 | 95,221 | 868,740 |
| 2018 | 62 | 95,324 | 26,147 | -63,467 | 58,004 | 926,744 |
| 2019 | 63 | 97,702 | 26,800 | -65,050 | 59,452 | $986,196 |
| | | | | | | |
| SANCHEZ | | $1,049,823 | $287,967 | -$351,594 | $986,196 | |

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 5

PRESENT VALUE OF FUTURE WAGES
2020 - 2037

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------|-----------------|---------------|----------|
| **** | *** | ******** | ******** | ********** | ********** |
| 2020 | 64 | $100,100 | 0.98765 | $98,864 | $98,864 |
| 2021 | 65 | 101,101 | 0.97546 | 98,620 | 197,484 |
| 2022 | 66 | 102,112 | 0.96342 | 98,377 | 295,861 |
| 2023 | 67 | 103,133 | 0.95152 | 98,133 | 393,994 |
| 2024 | 68 | 104,164 | 0.93978 | 97,891 | 491,885 |
| 2025 | 69 | 105,206 | 0.92817 | 97,649 | 589,534 |
| 2026 | 70 | 106,258 | 0.91672 | 97,409 | 686,943 |
| 2027 | 71 | 107,321 | 0.90540 | 97,168 | 784,111 |
| 2028 | 72 | 108,394 | 0.89422 | 96,928 | 881,039 |
| 2029 | 73 | 109,478 | 0.88318 | 96,689 | 977,728 |
| 2030 | 74 | 110,573 | 0.87228 | 96,451 | 1,074,179 |
| 2031 | 75 | 111,679 | 0.86151 | 96,213 | 1,170,392 |
| 2032 | 76 | 112,796 | 0.85087 | 95,975 | 1,266,367 |
| 2033 | 77 | 113,924 | 0.84037 | 95,738 | 1,362,105 |
| 2034 | 78 | 115,063 | 0.82999 | 95,501 | 1,457,606 |
| 2035 | 79 | 116,214 | 0.81975 | 95,266 | 1,552,872 |
| 2036 | 80 | 117,376 | 0.80963 | 95,031 | 1,647,903 |
| 2037 | 81 | 96,139 | 0.80150 | 77,055 | $1,724,958 |

JESUS SANCHEZ                          $1,724,958

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 6

PRESENT VALUE OF FUTURE EMPLOYEE BENEFITS
2020 - 2037

| YEAR | AGE | EMPLOYEE BENEFITS | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------------------|-----------------|---------------|----------|
| **** | *** | ******** | ******** | ******** | ******** |
| 2020 | 64 | $27,457 | 0.98765 | $27,118 | $27,118 |
| 2021 | 65 | 27,732 | 0.97546 | 27,051 | 54,169 |
| 2022 | 66 | 28,009 | 0.96342 | 26,984 | 81,153 |
| 2023 | 67 | 28,289 | 0.95152 | 26,918 | 108,071 |
| 2024 | 68 | 28,572 | 0.93978 | 26,851 | 134,922 |
| 2025 | 69 | 28,858 | 0.92817 | 26,785 | 161,707 |
| 2026 | 70 | 29,147 | 0.91672 | 26,720 | 188,427 |
| 2027 | 71 | 29,438 | 0.90540 | 26,653 | 215,080 |
| 2028 | 72 | 29,732 | 0.89422 | 26,587 | 241,667 |
| 2029 | 73 | 30,030 | 0.88318 | 26,522 | 268,189 |
| 2030 | 74 | 30,330 | 0.87228 | 26,456 | 294,645 |
| 2031 | 75 | 30,634 | 0.86151 | 26,391 | 321,036 |
| 2032 | 76 | 30,940 | 0.85087 | 26,326 | 347,362 |
| 2033 | 77 | 31,249 | 0.84037 | 26,261 | 373,623 |
| 2034 | 78 | 31,562 | 0.82999 | 26,196 | 399,819 |
| 2035 | 79 | 31,878 | 0.81975 | 26,132 | 425,951 |
| 2036 | 80 | 32,196 | 0.80963 | 26,067 | 452,018 |
| 2037 | 81 | 26,371 | 0.80150 | 21,136 | $473,154 |

JESUS SANCHEZ                              $473,154

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 7

PRESENT VALUE OF FUTURE PERSONAL CONSUMPTION
2020 - 2037

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|---------------------|-----------------|---------------|----------|
| **** | *** | *********** | ******** | *********** | *********** |
| 2020 | 64 | -$66,647 | 0.98765 | -$65,824 | -$65,824 |
| 2021 | 65 | -67,313 | 0.97546 | -65,661 | -131,485 |
| 2022 | 66 | -67,986 | 0.96342 | -65,499 | -196,984 |
| 2023 | 67 | -68,666 | 0.95152 | -65,337 | -262,321 |
| 2024 | 68 | -69,352 | 0.93978 | -65,176 | -327,497 |
| 2025 | 69 | -70,046 | 0.92817 | -65,015 | -392,512 |
| 2026 | 70 | -70,747 | 0.91672 | -64,855 | -457,367 |
| 2027 | 71 | -71,454 | 0.90540 | -64,694 | -522,061 |
| 2028 | 72 | -72,169 | 0.89422 | -64,535 | -586,596 |
| 2029 | 73 | -72,890 | 0.88318 | -64,375 | -650,971 |
| 2030 | 74 | -73,620 | 0.87228 | -64,217 | -715,188 |
| 2031 | 75 | -74,356 | 0.86151 | -64,058 | -779,246 |
| 2032 | 76 | -75,100 | 0.85087 | -63,900 | -843,146 |
| 2033 | 77 | -75,851 | 0.84037 | -63,743 | -906,889 |
| 2034 | 78 | -76,609 | 0.82999 | -63,585 | -970,474 |
| 2035 | 79 | -77,375 | 0.81975 | -63,428 | -1,033,902 |
| 2036 | 80 | -78,149 | 0.80963 | -63,272 | -1,097,174 |
| 2037 | 81 | -64,009 | 0.80150 | -51,303 | -$1,148,477 |

JESUS SANCHEZ                           -$1,148,477

Table 8

PRESENT VALUE OF FUTURE WAGE AND BENEFIT LOSS
2020 - 2037

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| **** | *** | ********** | ******** | *********** | ********** | ********** |
| 2020 | 64 | $98,864 | $27,118 | -$65,824 | $60,158 | $60,158 |
| 2021 | 65 | 98,620 | 27,051 | -65,661 | 60,010 | 120,168 |
| 2022 | 66 | 98,377 | 26,984 | -65,499 | 59,862 | 180,030 |
| 2023 | 67 | 98,133 | 26,918 | -65,337 | 59,714 | 239,744 |
| 2024 | 68 | 97,891 | 26,851 | -65,176 | 59,566 | 299,310 |
| 2025 | 69 | 97,649 | 26,785 | -65,015 | 59,419 | 358,729 |
| 2026 | 70 | 97,409 | 26,720 | -64,855 | 59,274 | 418,003 |
| 2027 | 71 | 97,168 | 26,653 | -64,694 | 59,127 | 477,130 |
| 2028 | 72 | 96,928 | 26,587 | -64,535 | 58,980 | 536,110 |
| 2029 | 73 | 96,689 | 26,522 | -64,375 | 58,836 | 594,946 |
| 2030 | 74 | 96,451 | 26,456 | -64,217 | 58,690 | 653,636 |
| 2031 | 75 | 96,213 | 26,391 | -64,058 | 58,546 | 712,182 |
| 2032 | 76 | 95,975 | 26,326 | -63,900 | 58,401 | 770,583 |
| 2033 | 77 | 95,738 | 26,261 | -63,743 | 58,256 | 828,839 |
| 2034 | 78 | 95,501 | 26,196 | -63,585 | 58,112 | 886,951 |
| 2035 | 79 | 95,266 | 26,132 | -63,428 | 57,970 | 944,921 |
| 2036 | 80 | 95,031 | 26,067 | -63,272 | 57,826 | 1,002,747 |
| 2037 | 81 | 77,055 | 21,136 | -51,303 | 46,888 | $1,049,635 |
| SANCHEZ | | $1,724,958 | $473,154 | -$1,148,477 | $1,049,635 | |

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 9

PRESENT VALUE OF NET WAGE AND BENEFIT LOSS
2001 - 2037

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| 2001 | 45 | $9,424 | $2,585 | -$2,522 | $9,487 | $9,487 |
| 2002 | 46 | 30,988 | 8,500 | -8,292 | 31,196 | 40,683 |
| 2003 | 47 | 33,027 | 9,059 | -8,419 | 33,667 | 74,350 |
| 2004 | 48 | 35,200 | 9,655 | -8,972 | 35,883 | 110,233 |
| 2005 | 49 | 37,516 | 10,291 | -9,563 | 38,244 | 148,477 |
| 2006 | 50 | 39,985 | 10,968 | -10,192 | 40,761 | 189,238 |
| 2007 | 51 | 42,616 | 11,690 | -10,373 | 43,933 | 233,171 |
| 2008 | 52 | 45,420 | 12,459 | -11,055 | 46,824 | 279,995 |
| 2009 | 53 | 48,409 | 13,279 | -11,783 | 49,905 | 329,900 |
| 2010 | 54 | 51,594 | 14,152 | -12,032 | 53,714 | 383,614 |
| 2011 | 55 | 54,989 | 15,083 | -12,334 | 57,738 | 441,352 |
| 2012 | 56 | 58,607 | 16,076 | -17,254 | 57,429 | 498,781 |
| 2013 | 57 | 62,463 | 17,134 | -17,671 | 61,926 | 560,707 |
| 2014 | 58 | 66,573 | 18,261 | -18,834 | 66,000 | 626,707 |
| 2015 | 59 | 70,954 | 19,463 | -19,349 | 71,068 | 697,775 |
| 2016 | 60 | 75,623 | 20,743 | -20,622 | 75,744 | 773,519 |
| 2017 | 61 | 93,409 | 25,622 | -23,810 | 95,221 | 868,740 |
| 2018 | 62 | 95,324 | 26,147 | -63,467 | 58,004 | 926,744 |
| 2019 | 63 | 97,702 | 26,800 | -65,050 | 59,452 | 986,196 |
| 2020 | 64 | 98,864 | 27,118 | -65,824 | 60,158 | 1,046,354 |
| 2021 | 65 | 98,620 | 27,051 | -65,661 | 60,010 | 1,106,364 |
| 2022 | 66 | 98,377 | 26,984 | -65,499 | 59,862 | 1,166,226 |
| 2023 | 67 | 98,133 | 26,918 | -65,337 | 59,714 | 1,225,940 |
| 2024 | 68 | 97,891 | 26,851 | -65,176 | 59,566 | 1,285,506 |
| 2025 | 69 | 97,649 | 26,785 | -65,015 | 59,419 | 1,344,925 |
| 2026 | 70 | 97,409 | 26,720 | -64,855 | 59,274 | 1,404,199 |
| 2027 | 71 | 97,168 | 26,653 | -64,694 | 59,127 | 1,463,326 |
| 2028 | 72 | 96,928 | 26,587 | -64,535 | 58,980 | 1,522,306 |
| 2029 | 73 | 96,689 | 26,522 | -64,375 | 58,836 | 1,581,142 |
| 2030 | 74 | 96,451 | 26,456 | -64,217 | 58,690 | 1,639,832 |
| 2031 | 75 | 96,213 | 26,391 | -64,058 | 58,546 | 1,698,378 |
| 2032 | 76 | 95,975 | 26,326 | -63,900 | 58,401 | 1,756,779 |
| 2033 | 77 | 95,738 | 26,261 | -63,743 | 58,256 | 1,815,035 |
| 2034 | 78 | 95,501 | 26,196 | -63,585 | 58,112 | 1,873,147 |
| 2035 | 79 | 95,266 | 26,132 | -63,428 | 57,970 | 1,931,117 |
| 2036 | 80 | 95,031 | 26,067 | -63,272 | 57,826 | 1,988,943 |
| 2037 | 81 | 77,055 | 21,136 | -51,303 | 46,888 | $2,035,831 |
| SANCHEZ | | $2,774,781 | $761,121 | -$1,500,071 | $2,035,831 | |

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 10

LOSS OF PAST HOUSEHOLD SERVICES
2001 - 2019

| YEAR | AGE | HOUSEHOLD SERVICES | CUMULATE |
|------|-----|--------------------|----------|
| 2001 | 45 | $2,851 | $2,851 |
| 2002 | 46 | 9,567 | 12,418 |
| 2003 | 47 | 10,071 | 22,489 |
| 2004 | 48 | 10,516 | 33,005 |
| 2005 | 49 | 10,835 | 43,840 |
| 2006 | 50 | 11,257 | 55,097 |
| 2007 | 51 | 11,717 | 66,814 |
| 2008 | 52 | 11,176 | 77,990 |
| 2009 | 53 | 11,293 | 89,283 |
| 2010 | 54 | 11,432 | 100,715 |
| 2011 | 55 | 11,491 | 112,206 |
| 2012 | 56 | 12,165 | 124,371 |
| 2013 | 57 | 12,165 | 136,536 |
| 2014 | 58 | 12,477 | 149,013 |
| 2015 | 59 | 12,785 | 161,798 |
| 2016 | 60 | 13,058 | 174,856 |
| 2017 | 61 | 13,451 | 188,307 |
| 2018 | 62 | 17,573 | 205,880 |
| 2019 | 63 | 18,101 | $223,981 |

SANCHEZ          $223,981

Table 11

PRESENT VALUE OF FUTURE HOUSEHOLD SERVICES
2020 - 2037

| YEAR | AGE | HOUSEHOLD SERVICES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------------|-----------------|---------------|----------|
| 2020 | 64 | $18,644 | 0.98765 | $18,414 | $18,414 |
| 2021 | 65 | 18,830 | 0.97546 | 18,368 | 36,782 |
| 2022 | 66 | 19,018 | 0.96342 | 18,322 | 55,104 |
| 2023 | 67 | 19,208 | 0.95152 | 18,277 | 73,381 |
| 2024 | 68 | 28,132 | 0.93978 | 26,438 | 99,819 |
| 2025 | 69 | 28,413 | 0.92817 | 26,372 | 126,191 |
| 2026 | 70 | 28,697 | 0.91672 | 26,307 | 152,498 |
| 2027 | 71 | 28,984 | 0.90540 | 26,242 | 178,740 |
| 2028 | 72 | 29,274 | 0.89422 | 26,177 | 204,917 |
| 2029 | 73 | 29,567 | 0.88318 | 26,113 | 231,030 |
| 2030 | 74 | 29,863 | 0.87228 | 26,049 | 257,079 |
| 2031 | 75 | 30,162 | 0.86151 | 25,985 | 283,064 |
| 2032 | 76 | 26,715 | 0.85087 | 22,731 | 305,795 |
| 2033 | 77 | 26,982 | 0.84037 | 22,675 | 328,470 |
| 2034 | 78 | 27,252 | 0.82999 | 22,619 | 351,089 |
| 2035 | 79 | 27,525 | 0.81975 | 22,564 | 373,653 |
| 2036 | 80 | 27,800 | 0.80963 | 22,508 | 396,161 |
| 2037 | 81 | 22,770 | 0.80150 | 18,250 | $414,411 |

JESUS SANCHEZ                              $414,411

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 12

PRESENT VALUE OF NET HOUSEHOLD SERVICES LOSS
2001 - 2037

| YEAR | AGE | HOUSEHOLD SERVICES | CUMULATE |
|------|-----|--------------------|----------|
| **** | *** | ******** | ******* |
| 2001 | 45 | $2,851 | $2,851 |
| 2002 | 46 | 9,567 | 12,418 |
| 2003 | 47 | 10,071 | 22,489 |
| 2004 | 48 | 10,516 | 33,005 |
| 2005 | 49 | 10,835 | 43,840 |
| 2006 | 50 | 11,257 | 55,097 |
| 2007 | 51 | 11,717 | 66,814 |
| 2008 | 52 | 11,176 | 77,990 |
| 2009 | 53 | 11,293 | 89,283 |
| 2010 | 54 | 11,432 | 100,715 |
| 2011 | 55 | 11,491 | 112,206 |
| 2012 | 56 | 12,165 | 124,371 |
| 2013 | 57 | 12,165 | 136,536 |
| 2014 | 58 | 12,477 | 149,013 |
| 2015 | 59 | 12,785 | 161,798 |
| 2016 | 60 | 13,058 | 174,856 |
| 2017 | 61 | 13,451 | 188,307 |
| 2018 | 62 | 17,573 | 205,880 |
| 2019 | 63 | 18,101 | 223,981 |
| 2020 | 64 | 18,414 | 242,395 |
| 2021 | 65 | 18,368 | 260,763 |
| 2022 | 66 | 18,322 | 279,085 |
| 2023 | 67 | 18,277 | 297,362 |
| 2024 | 68 | 26,438 | 323,800 |
| 2025 | 69 | 26,372 | 350,172 |
| 2026 | 70 | 26,307 | 376,479 |
| 2027 | 71 | 26,242 | 402,721 |
| 2028 | 72 | 26,177 | 428,898 |
| 2029 | 73 | 26,113 | 455,011 |
| 2030 | 74 | 26,049 | 481,060 |
| 2031 | 75 | 25,985 | 507,045 |
| 2032 | 76 | 22,731 | 529,776 |
| 2033 | 77 | 22,675 | 552,451 |
| 2034 | 78 | 22,619 | 575,070 |
| 2035 | 79 | 22,564 | 597,634 |
| 2036 | 80 | 22,508 | 620,142 |
| 2037 | 81 | 18,250 | $638,392 |

SANCHEZ          $638,392

Table 13

LOSS OF PAST LVL OF JESUS
2001 - 2019

| YEAR | AGE | LVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ********** | ********** |
| 2001 | 45 | $29,936 | $29,936 |
| 2002 | 46 | 100,782 | 130,718 |
| 2003 | 47 | 102,677 | 233,395 |
| 2004 | 48 | 106,024 | 339,419 |
| 2005 | 49 | 109,650 | 449,069 |
| 2006 | 50 | 112,436 | 561,505 |
| 2007 | 51 | 117,023 | 678,528 |
| 2008 | 52 | 117,128 | 795,656 |
| 2009 | 53 | 120,314 | 915,970 |
| 2010 | 54 | 112,119 | 1,028,089 |
| 2011 | 55 | 125,734 | 1,153,823 |
| 2012 | 56 | 127,921 | 1,281,744 |
| 2013 | 57 | 129,840 | 1,411,584 |
| 2014 | 58 | 130,827 | 1,542,411 |
| 2015 | 59 | 131,782 | 1,674,193 |
| 2016 | 60 | 134,510 | 1,808,703 |
| 2017 | 61 | 137,348 | 1,946,051 |
| 2018 | 62 | 139,971 | 2,086,022 |
| 2019 | 63 | 142,771 | $2,228,793 |

SANCHEZ      $2,228,793

Table 14

PRESENT VALUE OF FUTURE LVL OF JESUS
2020 - 2037

| YEAR | AGE | LVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------|----------|-----------|-----------|
| 2020 | 64 | $145,626 | 0.98765 | $143,828 | $143,828 |
| 2021 | 65 | 145,626 | 0.97546 | 142,052 | 285,880 |
| 2022 | 66 | 145,626 | 0.96342 | 140,299 | 426,179 |
| 2023 | 67 | 145,626 | 0.95152 | 138,566 | 564,745 |
| 2024 | 68 | 145,626 | 0.93978 | 136,856 | 701,601 |
| 2025 | 69 | 145,626 | 0.92817 | 135,166 | 836,767 |
| 2026 | 70 | 145,626 | 0.91672 | 133,498 | 970,265 |
| 2027 | 71 | 145,626 | 0.90540 | 131,850 | 1,102,115 |
| 2028 | 72 | 145,626 | 0.89422 | 130,222 | 1,232,337 |
| 2029 | 73 | 145,626 | 0.88318 | 128,614 | 1,360,951 |
| 2030 | 74 | 145,626 | 0.87228 | 127,027 | 1,487,978 |
| 2031 | 75 | 145,626 | 0.86151 | 125,458 | 1,613,436 |
| 2032 | 76 | 145,626 | 0.85087 | 123,909 | 1,737,345 |
| 2033 | 77 | 145,626 | 0.84037 | 122,380 | 1,859,725 |
| 2034 | 78 | 145,626 | 0.82999 | 120,868 | 1,980,593 |
| 2035 | 79 | 145,626 | 0.81975 | 119,377 | 2,099,970 |
| 2036 | 80 | 145,626 | 0.80963 | 117,903 | 2,217,873 |
| 2037 | 81 | 118,097 | 0.80150 | 94,655 | $2,312,528 |

JESUS SANCHEZ                              $2,312,528

Table 15

PRESENT VALUE OF NET LVL OF JESUS
2001 - 2037

| YEAR | AGE | LVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ********** | ********** |
| 2001 | 45 | $29,936 | $29,936 |
| 2002 | 46 | 100,782 | 130,718 |
| 2003 | 47 | 102,677 | 233,395 |
| 2004 | 48 | 106,024 | 339,419 |
| 2005 | 49 | 109,650 | 449,069 |
| 2006 | 50 | 112,436 | 561,505 |
| 2007 | 51 | 117,023 | 678,528 |
| 2008 | 52 | 117,128 | 795,656 |
| 2009 | 53 | 120,314 | 915,970 |
| 2010 | 54 | 112,119 | 1,028,089 |
| 2011 | 55 | 125,734 | 1,153,823 |
| 2012 | 56 | 127,921 | 1,281,744 |
| 2013 | 57 | 129,840 | 1,411,584 |
| 2014 | 58 | 130,827 | 1,542,411 |
| 2015 | 59 | 131,782 | 1,674,193 |
| 2016 | 60 | 134,510 | 1,808,703 |
| 2017 | 61 | 137,348 | 1,946,051 |
| 2018 | 62 | 139,971 | 2,086,022 |
| 2019 | 63 | 142,771 | 2,228,793 |
| 2020 | 64 | 143,828 | 2,372,621 |
| 2021 | 65 | 142,052 | 2,514,673 |
| 2022 | 66 | 140,299 | 2,654,972 |
| 2023 | 67 | 138,566 | 2,793,538 |
| 2024 | 68 | 136,856 | 2,930,394 |
| 2025 | 69 | 135,166 | 3,065,560 |
| 2026 | 70 | 133,498 | 3,199,058 |
| 2027 | 71 | 131,850 | 3,330,908 |
| 2028 | 72 | 130,222 | 3,461,130 |
| 2029 | 73 | 128,614 | 3,589,744 |
| 2030 | 74 | 127,027 | 3,716,771 |
| 2031 | 75 | 125,458 | 3,842,229 |
| 2032 | 76 | 123,909 | 3,966,138 |
| 2033 | 77 | 122,380 | 4,088,518 |
| 2034 | 78 | 120,868 | 4,209,386 |
| 2035 | 79 | 119,377 | 4,328,763 |
| 2036 | 80 | 117,903 | 4,446,666 |
| 2037 | 81 | 94,655 | $4,541,321 |

SANCHEZ       $4,541,321