UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Parker, et al. v. Islamic Republic of Iran,* 18-cv-11416 (GBD)(SN)

## CLERK'S CERTIFICATE OF DEFAULT

    I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York ("SDNY"), do hereby certify that this action was commenced on December 6, 2018, and Plaintiffs' Short Form Complaint and Summons (filed on December 6, 2018), were served upon defendant the Islamic Republic of Iran ("Iran") as follows:

    As evidenced by Letter dated July 25, 2019 from Jared Hess, Attorney Advisor, Overseas Citizens Services, Office of Legal Affairs, United States Department of State, to Ruby J. Krajick, Clerk of Court, service was effectuated on defendant Iran on July 3, 2019, when the U.S. Department of State, assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran delivered the Service Documents to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1052-IE.  See Affidavit of Service filed on August 24, 2019 (ECF 23).

    I further certify that the docket entries indicate that Defendant Iran has not filed an answer or otherwise moved with respect to the Complaint herein.  The default of defendant the Islamic Republic of Iran is hereby noted.

Dated: New York, New York  
September ____, 2019

RUBY J. KRAJICK,  
Clerk of Court


By: _____