# EXHIBIT A

3975 Airways Blvd
Memphis, TN 38116-4634
US
Telephone 800.463.3339



March 11, 2019

Carolyn Martinez
Baumeister & Samuels, P.C.
140 Broadway, 46th Floor
New York, NY 10005

Re:   FedEx tracking number 813456931180

Dear Ms. Martinez:

Your request for information pertaining to the above-referenced shipment to H. E. Mohammad Javad Zarif, Foreign Minister for the Islamic Republic of Iran, has been brought to my attention.

Customer satisfaction is our primary concern, and we truly regret any inconvenience caused when this shipment was not delivered. Your report that you contacted FedEx prior to shipping, and you were advised that FedEx offers service to Iran, when, in actuality, we do not, is of concern to us, and we regret any inconvenience caused. Because FedEx does not offer service to Iran, the shipment was stopped at our origin facility on February 27, and processed for return on FedEx tracking number 774584001596, which was delivered on March 1.

Ms. Martinez, we regret that we were unable to assist you with this shipment, but hope this information is helpful. Should you have any other questions or concerns about this situation, please contact us at 800 247-4747, and one of our customer service representatives will be happy to assist you further.

Respectfully,

Delores Leek
FedEx Customer Correspondent
709962/dl