**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br><br>ECF Case |
| This document relates to:<br><br>*Gerard John Prior, et al. v. The Islamic Republic of Iran* | 19-cv-44 (GBD)(SN)<br><br>ECF Case |

## <u>CLERK'S CERTIFICATE OF DEFAULT</u>

I, Ruby J, Krajick, Clerk of the United States District Court for the Southern District of New York ("SDNY"), do hereby certify that this action was commenced on January 2, 2019, and the Plaintiffs' Complain and Summons (filed January 2, 2019) were served upon defendant The Islamic Republic of Iran as follows:

As evidenced by Letter dated July 22, 2019 from Jared Hess, Attorney Advisor, Overseas Citizens Services, Office of Legal Affairs, United States Department of State, to Ruby J. Krajick, Clerk of Court, service was effectuated on Defendant The Islamic Republic of Iran on July 3, 2019, when the U.S. Department of State, assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran delivered the Service Documents to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1053-IE. *See* Affidavit of Service, ECF No. 18.

I further certify that the docket entries indicate that Defendant Iran has not filed an answer or otherwise moved with respect to the Complaint herein.  The default of the defendant The Islamic Republic of Iran is hereby noted.

Dated: New York, New York

_____, 2019

RUBY J. KRAJICK,
Clerk of Court

By: _____
Deputy Clerk