# EXHIBIT A

## *Parker, et al. v. The Islamic Republic of Iran*, Civil Action No. 18-11416

| Estate of: | Family Members: | | Solatium Damages: |
|---|---|---|---|
| Philip L. Parker | Joan Z. Parker | Spouse | $12,500,000.00 |
| | Stephanie Z. Parker | Child | $8,500,000.00 |
| | Estate of George L. Parker | Parent | $8,500,000.00 |
| | Leslie P. Bennison | Sibling | $4,250,000.00 |
| David S. Suarez | Carol A. Suarez | Parent | $8,500,000.00 |
| | Manuel T. Suarez | Parent | $8,500,000.00 |
| | Kristen M. Carpenter | Sibling | $4,250,000.00 |
| | Bryan A. Suarez | Sibling | $4,250,000.00 |