# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN) (and member case
*Parker, et al. v. Islamic Republic of Iran,* 18-cv-11416 (GBD) (SN)

### [PROPOSED] FINAL ORDER OF SUMMARY JUDGMENT

Upon consideration of the evidence and arguments submitted by the wrongful death Plaintiffs in the above-captioned action and the Judgment by Default Against the Islamic Republic of Iran entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that final judgment is entered on behalf of those plaintiffs in the case *Parker, et al. v. Islamic Republic of Iran,* 18-cv-114167 identified in the attached Exhibit A against the Islamic Republic of Iran (the "*Parker* Plaintiffs"); and it is

**ORDERED** that the *Parker* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

**ORDERED** that the *Parker* Plaintiffs identified on Exhibit A may submit an application for punitive damages at a later consistent with any future rulings made by this Court on this issue.

Dated: _____, 2019         SO ORDERED:
New York, New York

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

1

# EXHIBIT A

### _Parker, et al. v. The Islamic Republic of Iran_, Civil Action No. 18-11416

| Estate of: | Family Members: | | Solatium Damages: |
|---|---|---|---|
| Philip L. Parker | Joan Z. Parker | Spouse | $12,500,000.00 |
| | Stephanie Z. Parker | Child | $8,500,000.00 |
| | Estate of George L. Parker | Parent | $8,500,000.00 |
| | Leslie P. Bennison | Sibling | $4,250,000.00 |
| David S. Suarez | Carol A. Suarez | Parent | $8,500,000.00 |
| | Manuel T. Suarez | Parent | $8,500,000.00 |
| | Kristen M. Carpenter | Sibling | $4,250,000.00 |
| | Bryan A. Suarez | Sibling | $4,250,000.00 |