UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:

*Rivelli, et al. v. Islamic Republic of Iran (18-CV-11878) (GBD) (SN)*

### [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs through their Motion for Partial Final Judgment Against the Islamic Republic of Iran as to Liability and Damages (the "Motion"), who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling), of a victim killed in the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

ORDERED that the Motion is granted and default judgment as to liability is entered in favor of all plaintiffs in *Rivelli, et al. v. Islamic Republic of Iran (18-CV-11878) (GBD) (SN)* and against the Islamic Republic of Iran, ("Iran"); and it is,

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Rivelli, et al. v. Islamic Republic of Iran* (18-CV-11878) *(GBD) (SN)* not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: SEP 0 3 2019
_____, 2019
New York, New York

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

EX. A to *Rivelli* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|-------------------|----------------------|-------------------------------------------|------------------|
| 1  | Cheryl Rivelli | Joseph Rivelli Jr. | Spouse | $12,500,000 |
| 2  | Michael Rivelli | Joseph Rivelli Jr. | Sibling | $4,250,000 |
| 3  | Lynda Rivelli Wall | Joseph Rivelli Jr. | Sibling | $4,250,000 |
| 4  | Daniel Henry | Catherina Robinson | Sibling | $4,250,000 |
| 5  | Rita L. Ruback | Paul G. Ruback | Spouse | $12,500,000 |
| 6  | Leslie C. Ruben | Ronald J. Ruben | Sibling | $4,250,000 |
| 7  | Anthony Rubino | Joanne Rubino | Sibling | $4,250,000 |
| 8  | Antoinette Rubino | Joanne Rubino | Parent | $8,500,000 |
| 9  | Margaret Grigonis | Susan A. Ruggiero | Parent | $8,500,000 |
| 10 | Cyrina Morrison | Brock J. Safronoff | Sibling | $4,250,000 |
| 11 | Aaron Safronoff | Brock J. Safronoff | Sibling | $4,250,000 |
| 12 | Debra M. Safronoff | Brock J. Safronoff | Parent | $8,500,000 |
| 13 | Joel Safronoff | Brock J. Safronoff | Parent | $8,500,000 |
| 14 | Tara Safronoff | Brock J. Safronoff | Spouse | $12,500,000 |
| 15 | Shawn Saiya | Edward Saiya | Child | $8,500,000 |
| 16 | Katherine R. Schlosser | Edward Saiya | Child | $8,500,000 |
| 17 | Mary E. Salamone | John P. Salamone | Spouse | $12,500,000 |
| 18 | Deborah Rooney | John Sammartino | Spouse | $12,500,000 |
| 19 | Nicole Sammartino | John Sammartino | Child | $8,500,000 |
| 20 | Sonia Hernandez | Ayleen J. Santiago | Sibling | $4,250,000 |
| 21 | Jose A. Medina | Ayleen J. Santiago | Sibling | $4,250,000 |
| 22 | Julio Medina | Ayleen J. Santiago | Parent | $8,500,000 |
| 23 | Phaedra Savas | Anthony Savas | Spouse | $12,500,000 |
| 24 | Laurence Schlissel as Personal Representative of the Estate of Ruth Schlissel | Jon S. Schlissel | Parent (Deceased) | $8,500,000 |
| 25 | Jaclyn McManus | Gerard P. Schrang | Child | $8,500,000 |
| 26 | Denise Schrang | Gerard P. Schrang | Spouse | $12,500,000 |
| 27 | Katherine R. Krieger | Susan Lee Schuler | Sibling | $4,250,000 |
| 28 | Tevis Laspa | Susan Lee Schuler | Sibling | $4,250,000 |
| 29 | Elizabeth Schlehr | Margaret Seeliger | Sibling | $4,250,000 |
| 30 | Andrew T. Walier | Margaret Seeliger | Sibling | $4,250,000 |
| 31 | Arthur A. Walier | Margaret Seeliger | Parent | $8,500,000 |
| 32 | James M. Walier | Margaret Seeliger | Sibling | $4,250,000 |
| 33 | John P. Walier | Margaret Seeliger | Sibling | $4,250,000 |
| 34 | Joseph Walier | Margaret Seeliger | Sibling | $4,250,000 |
| 35 | Paul Walier | Margaret Seeliger | Sibling | $4,250,000 |
| 36 | Peter Joseph Walier | Margaret Seeliger | Sibling | $4,250,000 |

**EX. A to *Rivelli* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 37 | Matthew Walier | Margaret Seeliger | Sibling | $4,250,000 |
| 38 | John Sigmund Sr. | Johanna Sigmund | Parent | $8,500,000 |
| 39 | Ruth Sigmund | Johanna Sigmund | Parent | $8,500,000 |
| 40 | John F. Signer | Dianne Signer | Sibling | $4,250,000 |
| 41 | Kenneth Signer | Dianne Signer | Sibling | $4,250,000 |
| 42 | Patricia Signer | Dianne Signer | Parent | $8,500,000 |
| 43 | Jill S. Polansky | Thomas E. Sinton III | Sibling | $4,250,000 |
| 44 | Sally Sinton | Thomas E. Sinton III | Sibling | $4,250,000 |
| 45 | Susan M. Sinton | Thomas E. Sinton III | Parent | $8,500,000 |
| 46 | Nakia Smith | Leon Smith | Child | $8,500,000 |
| 47 | Tiffany Smith | Leon Smith | Child | $8,500,000 |
| 48 | Yolanda Smith-Purdy | Leon Smith | Child | $8,500,000 |
| 49 | Mary Elizabeth Reddy | Moira A. Smith | Sibling | $4,250,000 |
| 50 | Patricia S. Rafter as Personal Representative of the Estate of Thomas J. Smithwick | Bonnie Smithwick | Spouse (Deceased) | $12,500,000 |
| 51 | Peter Shihadeh | Bonnie Smithwick | Sibling | $4,250,000 |
| 52 | James W. Smithwick | Bonnie Smithwick | Child | $8,500,000 |
| 53 | Katharine E. Smithwick | Bonnie Smithwick | Child | $8,500,000 |
| 54 | Michael Spampinato as Personal Representative of the Estate of Mary Spampinato | Donald F. Spampinato | Parent (Deceased) | $8,500,000 |
| 55 | Barbara Carroll Spence | Maynard S. Spence | Spouse | $12,500,000 |
| 56 | Vincent A. Statz | Patricia J. Statz | Parent | $8,500,000 |
| 57 | Leslie A. Intindoli | Steven Strauss | Sibling | $4,250,000 |
| 58 | Leslie A. Intindoli as Personal Representative of the Estate of Albert Strauss | Steven Strauss | Parent (Deceased) | $8,500,000 |
| 59 | Leslie A. Intindoli as Personal Representative of the Estate of Theresa Strauss | Steven Strauss | Parent (Deceased) | $8,500,000 |
| 60 | James R. Sullivan | Christopher P. Sullivan | Parent | $8,500,000 |
| 61 | Joan R. Sullivan | Christopher P. Sullivan | Parent | $8,500,000 |
| 62 | Kevin M. Sullivan | Christopher P. Sullivan | Sibling | $4,250,000 |
| 63 | Matthew J. Sullivan | Christopher P. Sullivan | Sibling | $4,250,000 |
| 64 | Peter Q. Sullivan | Christopher P. Sullivan | Sibling | $4,250,000 |
| 65 | Robert J. Sullivan | Christopher P. Sullivan | Sibling | $4,250,000 |
| 66 | Joan Wolffer | Christopher P. Sullivan | Sibling | $4,250,000 |
| 67 | Frances Swift | Thomas F. Swift | Parent | $8,500,000 |
| 68 | James S. Swift | Thomas F. Swift | Sibling | $4,250,000 |
| 69 | Patrick T. Swift | Thomas F. Swift | Sibling | $4,250,000 |
| 70 | Peter T. Swift Jr. | Thomas F. Swift | Sibling | $4,250,000 |
| 71 | Octavia Bangura | Hilda E. Taylor | Child | $8,500,000 |

**EX. A to *Rivelli* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 72 | Yvette Jones | Hilda E. Taylor | Sibling | $4,250,000 |
| 73 | Edna Mbayo | Hilda E. Taylor | Sibling | $4,250,000 |
| 74 | Dennis Stafford | Hilda E. Taylor | Child | $8,500,000 |
| 75 | George O. Taylor | Hilda E. Taylor | Sibling | $4,250,000 |

| | Total | $516,250,000.00 |
|---|---|---|