UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:

*Abel, et al. v. Islamic Republic of Iran (1:18-CV-11837) (GBD) (SN)*

## [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs through their Motion for Partial Final Judgment Against the Islamic Republic of Iran as to Liability and Damages (the "Motion"), who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling), of a victim killed in the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

ORDERED that the Motion is granted and default judgment as to liability is entered in favor of all plaintiffs in *Abel, et al. v. Islamic Republic of Iran (1:18-CV-11837) (GBD) (SN)* and against the Islamic Republic of Iran, ("Iran"); and it is,

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Abel, et al. v. Islamic Republic of Iran (1:18-CV-11837) (GBD) (SN)* not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: SEP 0 3 2019 , 2019
New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT A

EX. A to *Abel* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|-------------------|----------------------|-------------------------------------------|------------------|
| 1  | Lloyd A. Abel Jr. | Laurence C. Abel | Sibling | $4,250,000 |
| 2  | Lloyd A. Abel Sr. | Laurence C. Abel | Parent | $8,500,000 |
| 3  | Andrew Albero | Gary Albero | Sibling | $4,250,000 |
| 4  | Aracelis Albero | Gary Albero | Spouse | $12,500,000 |
| 5  | Kevin Albero | Gary Albero | Sibling | $4,250,000 |
| 6  | Michael A. Albero | Gary Albero | Child | $8,500,000 |
| 7  | Patricia Albero (c/o Attorney-in-Fact, Fred Corrado) | Gary Albero | Parent | $8,500,000 |
| 8  | Barry Allen | Eric Allen | Sibling | $4,250,000 |
| 9  | Marian Allen | Eric Allen | Sibling | $4,250,000 |
| 10 | Barry Allen as Personal Representative of the Estate of Edward Allen | Eric Allen | Sibling (Deceased) | $4,250,000 |
| 11 | Barry Allen as Personal Representative of the Estate of Laetita "Letty" Allen | Eric Allen | Parent (Deceased) | $8,500,000 |
| 12 | Antonio Aversano | Louis F. Aversano Jr. | Child | $8,500,000 |
| 13 | Doris Aversano | Louis F. Aversano Jr. | Spouse | $12,500,000 |
| 14 | Rosemary Aversano | Louis F. Aversano Jr. | Child | $8,500,000 |
| 15 | Lisa R. Procaccio | Louis F. Aversano Jr. | Child | $8,500,000 |
| 16 | Elizabeth a/k/a Betty Bennett | Eric L. Bennett | Parent | $8,500,000 |
| 17 | Kimberly Ann Bennett | Eric L. Bennett | Sibling | $4,250,000 |
| 18 | Terry Bennett | Eric L. Bennett | Parent | $8,500,000 |
| 19 | Kathryn B. Agugliaro | Frank J. Bonomo | Parent | $8,500,000 |
| 20 | Joseph Anthony Bonomo | Frank J. Bonomo | Child | $8,500,000 |
| 21 | Juliana Rose Bonomo | Frank J. Bonomo | Child | $8,500,000 |
| 22 | Margarite Bonomo | Frank J. Bonomo | Spouse | $12,500,000 |
| 23 | Lenore B. Williams | Frank J. Bonomo | Sibling | $4,250,000 |
| 24 | Anna M. Bright as Personal Representative of the Estate of William Bright | Gary L. Bright | Parent (Deceased) | $8,500,000 |
| 25 | Andrea Caballero | Daniel M. Caballero | Sibling | $4,250,000 |
| 26 | Tereza Antonios | Roko Camaj | Child | $8,500,000 |
| 27 | Angelina Camaj | Roko Camaj | Child | $8,500,000 |
| 28 | Darrick Carlone | David G. Carlone | Child | $8,500,000 |
| 29 | Nicholas A. Carlone | David G. Carlone | Child | $8,500,000 |
| 30 | Ana L. Centeno | Ana M. Centeno | Sibling | $4,250,000 |
| 31 | Jesus Centeno | Ana M. Centeno | Sibling | $4,250,000 |
| 32 | Harry Massa | Ana M. Centeno | Sibling | $4,250,000 |
| 33 | Havier Massa | Ana M. Centeno | Sibling | $4,250,000 |
| 34 | Margarita Perez | Ana M. Centeno | Sibling | $4,250,000 |
| 35 | Angeles Rivera | Ana M. Centeno | Sibling | $4,250,000 |

**EX. A to *Abel* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 36 | Antonia Torres Ayala | Ana M. Centeno | Parent | $8,500,000 |
| 37 | Maria Zayas | Ana M. Centeno | Sibling | $4,250,000 |
| 38 | Darien P. Cherry | Vernon P. Cherry | Child | $8,500,000 |
| 39 | Joanne Cherry | Vernon P. Cherry | Spouse | $12,500,000 |
| 40 | Anthony Clark | Benjamin K. Clark | Sibling | $4,250,000 |
| 41 | Courtland Jerome Clark | Benjamin K. Clark | Sibling | $4,250,000 |
| 42 | Elsie Clark | Benjamin K. Clark | Parent | $8,500,000 |
| 43 | Randy Clark | Benjamin K. Clark | Sibling | $4,250,000 |
| 44 | Sean Clark | Benjamin K. Clark | Child | $8,500,000 |
| 45 | Sharon McAvinue | Donna Clarke | Sibling | $4,250,000 |
| 46 | Cathleen Mary Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 47 | Christopher James Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 48 | Michael G. Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 49 | Patricia Mary Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 50 | Thomas J. Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 51 | Maureen Cleary Colligan | Kevin F. Cleary | Sibling | $4,250,000 |
| 52 | Mercedes Concepcion | Jaime Concepcion | Child | $8,500,000 |
| 53 | Kirsy Concepcion Salazar | Jaime Concepcion | Child | $8,500,000 |
| 54 | Stanley Alexander | Brenda E. Conway | Sibling | $4,250,000 |
| 55 | Robert Anthony DeRubbio | David P. DeRubbio | Sibling | $4,250,000 |
| 56 | Sandra Ahern as Personal Representative of the Estate of Christopher Diaz | Matthew Diaz | Sibling (Deceased) | $4,250,000 |
| 57 | Christopher J. Diaz | Matthew Diaz | Child | $8,500,000 |
| 58 | Michael C. Diaz | Matthew Diaz | Sibling | $4,250,000 |
| 59 | Christopher J. Diaz as Personal Representative of the Estate of Michael Diaz | Matthew Diaz | Child (Deceased) | $8,500,000 |
| 60 | Florence Kneff as Personal Representative of the Estate of Karen Diaz | Matthew Diaz | Spouse (Deceased) | $12,500,000 |
| 61 | James E. DiCharo as Personal Representative of the Estate of Joseph L. DiChiaro | Patricia F. DiChiaro | Spouse (Deceased) | $12,500,000 |
| 62 | James E. DiChiaro | Patricia F. DiChiaro | Child | $8,500,000 |
| 63 | Thomas L. DiChiaro | Patricia F. DiChiaro | Child | $8,500,000 |

| | Total | | | $432,000,000.00 |
|---|---|---|---|---|