UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to:

*Chang Dom Kim et al. v. Islamic Republic of Iran*, 1:18-cv-11870 (GBD) (SN)

## [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs through their Motion for Partial Final Judgment Against the Islamic Republic of Iran as to Liability and Damages (the "Motion"), who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling), of a victim killed in the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

ORDERED that the Motion is granted and default judgment as to liability is entered in favor of all plaintiffs in *Chang Dom Kim et al. v. Islamic Republic of Iran,* 1:18-cv-11870 (GBD) (SN) and against the Islamic Republic of Iran, ("Iran"); and it is,

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Chang Dom Kim et al. v. Islamic Republic of Iran, 1:18-cv-11870 (GBD) (SN)* not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: **SEP 0 3 2019**
New York, New York

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT A

**EX. A to *Kim* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Andrea Stauter as Personal Representative of the Estate of Charlotte Earhart | Edward T. Earhart | Parent (Deceased) | $8,500,000 |
| 2 | Andrea Stauter as Personal Representative of the Estate of Thomas Earhart | Edward T. Earhart | Parent (Deceased) | $8,500,000 |
| 3 | Joan Aiello | John E. Eichler | Sibling | $4,250,000 |
| 4 | John R. Eichler as Personal Representative of the Estate of Margaret L. Eichler | John E. Eichler | Spouse (Deceased) | $12,500,000 |
| 5 | Catherine Ericson | Ulf Ramm Ericson | Child | $8,500,000 |
| 6 | Helen Carole Ericson | Ulf Ramm Ericson | Spouse | $12,500,000 |
| 7 | Sarah DeSimone | Catherine Fagan | Child | $8,500,000 |
| 8 | Alexis Feliciano | Rose Maria Feliciano | Child | $8,500,000 |
| 9 | Amanda Feliciano | Rose Maria Feliciano | Child | $8,500,000 |
| 10 | Isaac Feliciano | Rose Maria Feliciano | Spouse | $12,500,000 |
| 11 | Christina D. Fisher | Andrew Fisher | Sibling | $4,250,000 |
| 12 | John Fisher | Andrew Fisher | Sibling | $4,250,000 |
| 13 | Maria R. Fisher | Andrew Fisher | Sibling | $4,250,000 |
| 14 | Marie E. Fisher | Andrew Fisher | Parent | $8,500,000 |
| 15 | Nina A. Fisher | Andrew Fisher | Sibling | $4,250,000 |
| 16 | Peter Fisher | Andrew Fisher | Sibling | $4,250,000 |
| 17 | Nina Fisher & John Fisher as Personal Representatives of the Estate of John F. Fisher | Andrew Fisher | Parent (Deceased) | $8,500,000 |
| 18 | Stephanie E. Lang | Andrew Fisher | Spouse | $12,500,000 |
| 19 | Catherine A. Chiola | John Roger Fisher | Sibling | $4,250,000 |
| 20 | Bridget E. Fisher | John Roger Fisher | Child | $8,500,000 |
| 21 | Evan H. Fisher | John Roger Fisher | Child | $8,500,000 |
| 22 | Kyle Fisher | John Roger Fisher | Child | $8,500,000 |
| 23 | Ryan P. Fisher | John Roger Fisher | Child | $8,500,000 |
| 24 | Tina M. Fisher | John Roger Fisher | Sibling | $4,250,000 |
| 25 | Erin N. Siegel | John Roger Fisher | Child | $8,500,000 |
| 26 | Kylie Eve Florio | John J. Florio | Child | $8,500,000 |
| 27 | Michael J. Florio | John J. Florio | Child | $8,500,000 |
| 28 | Shari Florio | John J. Florio | Spouse | $12,500,000 |
| 29 | David Fogel as Personal Representative of the Estate of Beth Fogel | Stephen M. Fogel | Parent (Deceased) | $8,500,000 |
| 30 | Patrick T. Wynn | Virginia E. Fox | Child | $8,500,000 |
| 31 | Selma M. Friedman | Paul Friedman | Parent | $8,500,000 |
| 32 | Amy Radin | Paul Friedman | Sibling | $4,250,000 |
| 33 | Christopher Geis | Julie M. Geis | Sibling | $4,250,000 |

**EX. A to *Kim* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 34 | James P. Geis | Julie M. Geis | Sibling | $4,250,000 |
| 35 | Dawn Gonzalez | Jenine Gonzalez | Sibling | $4,250,000 |
| 36 | Brenda S. Goody | Harry Goody | Spouse | $12,500,000 |
| 37 | Jonathan Goody | Harry Goody | Child | $8,500,000 |
| 38 | Alexis Goody-Harding | Harry Goody | Child | $8,500,000 |
| 39 | Deepa R. Gopu | Kiran Kumar Reddy Gopu | Sibling | $4,250,000 |
| 40 | Rozelda Bailey-Green | Derrick A. Green | Parent | $8,500,000 |
| 41 | Michael T. Griffin | John M. Griffin | Sibling | $4,250,000 |
| 42 | Douglas W. Hall | Richard Hall | Sibling | $4,250,000 |
| 43 | Shawn C. Hall | Richard Hall | Child | $8,500,000 |
| 44 | Douglas Hall as Personal Representative of the Estate of Ruth Hall | Richard Hall | Parent (Deceased) | $8,500,000 |
| 45 | Bernice Dawn Dillard | Ronnie Henderson | Sibling | $4,250,000 |
| 46 | Valestine Henderson | Ronnie Henderson | Sibling | $4,250,000 |
| 47 | Tara Butzbaugh | John Christopher Henwood Jr. | Sibling | $4,250,000 |
| 48 | Catherine M. Eklund | John Christopher Henwood Jr. | Sibling | $4,250,000 |
| 49 | David D. Henwood III | John Christopher Henwood Jr. | Sibling | $4,250,000 |
| 50 | David D. Henwood Jr. | John Christopher Henwood Jr. | Parent | $8,500,000 |
| 51 | Mary C. Henwood | John Christopher Henwood Jr. | Parent | $8,500,000 |
| 52 | Mary L. Henwood | John Christopher Henwood Jr. | Sibling | $4,250,000 |
| 53 | Robert Hofmiller as Personal Representative of the Estate of Emma Graves | Judith Hofmiller | Parent (Deceased) | $8,500,000 |
| 54 | Gregory Hrycak | Marian R. Hrycak | Child | $8,500,000 |
| 55 | Arthur Harris | Peggie Hurt | Parent | $8,500,000 |
| 56 | Madlene Brown | Gricelda E. James | Sibling | $4,250,000 |
| 57 | Darril Garo | Gricelda E. James | Sibling | $4,250,000 |

| | Total | | | $410,750,000.00 |
|---|---|---|---|---|