

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

August 30, 2019

UNREDACTED VERSION SUBMITTED UNDER SEAL
SUBJECT TO FBI PROTECTIVE ORDER

**_By ECF (Redacted Version) and Email (Unredacted Version)_**
Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

              Re:    *In re Terrorist Attacks*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      We write respectfully to advise the Court of the status of the FBI's production of certain materials obtained from a foreign government, and to request additional time to complete processing of an additional set of foreign government materials that was recently located.

      As we previously advised the Court on July 12, 2019, the FBI was advised on July 12 that ▆▆▆▆▆▆▆ had authorized the release of some materials and information to the parties in this case, pursuant to the FBI Protective Order and subject to certain limitations. The foreign government required additional time to review the specific materials and information at issue before they were released, and this Court thus extended the deadline for the FBI to complete processing of these materials to today, August 30, 2019. The FBI made a production today of the materials authorized for release by the foreign government.

      Since July 12, the FBI has located an additional set of materials that were obtained from ▆▆▆▆▆▆▆ and would require that government's authorization to release to the parties in this case. Those additional materials have been sent to the foreign government for review, but we do not expect to receive authorization to release them by today. Accordingly, we respectfully request an additional extension of time for the foreign government to complete its review and for the FBI to complete processing of

*In re Terrorist Attacks*, 03 MDL 1570
Page 2

these additional materials. We cannot provide a firm date by which the foreign government will complete its review, but we hope it will be in the near future.

We have advised the PECs of this request, and as of this writing they have not indicated any objection. We thank the Court for its consideration of this request.

        Respectfully,

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York

By:   */s/ Sarah S. Normand*
      SARAH S. NORMAND
      JEANNETTE A. VARGAS
      ANDREW E. KRAUSE
      Assistant United States Attorneys
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel. (212) 637-2709/2678/2769