UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to:

*Matthew Rowenhorst et al. v. Islamic Republic of Iran, 1:18-cv-12387 (GBD) (SN)*

## [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs through their Motion for Partial Final Judgment Against the Islamic Republic of Iran as to Liability and Damages (the "Motion"), who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling), of a victim killed in the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

ORDERED that the Motion is granted and default judgment as to liability is entered in favor of all plaintiffs in *Matthew Rowenhorst et al. v. Islamic Republic of Iran, 1:18-cv-12387 (GBD) (SN)* and against the Islamic Republic of Iran, ("Iran"); and it is,

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Matthew Rowenhorst et al. v. Islamic Republic of Iran, 1:18-cv-12387 (GBD) (SN)* not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: SEP 0 3 2019 2019
New York, New York

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**EX. A to *Rowenhorst* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 1  | Andrew McMahon | Robert D. McMahon | Sibling | $4,250,000 |
| 2  | Damon McMahon | Robert D. McMahon | Sibling | $4,250,000 |
| 3  | John Owens | Peter Owens | Sibling | $4,250,000 |
| 4  | Kevin Owens | Peter Owens | Sibling | $4,250,000 |
| 5  | Terence Owens | Peter Owens | Sibling | $4,250,000 |
| 6  | Thomas F. Owens | Peter Owens | Sibling | $4,250,000 |
| 7  | Kimberly J. Rescorla | Richard C. Rescorla | Child | $8,500,000 |
| 8  | Susan G. Rescorla | Richard C. Rescorla | Spouse | $12,500,000 |
| 9  | Trevor S. Rescorla | Richard C. Rescorla | Child | $8,500,000 |
| 10 | Matthew Rowenhorst | Edward Rowenhorst | Sibling | $4,250,000 |
| 11 | Anthony F. Russo | Michael Russo | Sibling | $4,250,000 |
| 12 | George Sikorsky | Gregory Sikorsky | Sibling | $4,250,000 |
| 13 | Perry V. Sikorsky | Gregory Sikorsky | Sibling | $4,250,000 |
| 14 | Jennifer Simon Berardi | Kenneth Simon | Sibling | $4,250,000 |
| 15 | Mandy Exantus | Kenneth Simon | Sibling | $4,250,000 |
| 16 | Susan Simon | Kenneth Simon | Parent | $8,500,000 |
| 17 | Todd Simon | Kenneth Simon | Sibling | $4,250,000 |
| 18 | Timothy Soulas, Jr. | Timothy Soulas | Child | $8,500,000 |
| 19 | Kathy Buell | Timothy Stackpole | Sibling | $4,250,000 |
| 20 | Patricia Murphy | Timothy Stackpole | Sibling | $4,250,000 |
| 21 | Edward Stackpole | Timothy Stackpole | Sibling | $4,250,000 |
| 22 | Michael Stackpole | Timothy Stackpole | Sibling | $4,250,000 |
| 23 | Nia Jah-Selah Thompson | Vanavah Thompson | Child | $8,500,000 |
| 24 | Michael K. Thompson | William Harry Thompson | Child | $8,500,000 |
| 25 | Rahsaan Thompson | William Harry Thompson | Child | $8,500,000 |
| 26 | Jennifer Dolan | John Tobin | Child | $8,500,000 |
| 27 | Barbara Tobin | John Tobin | Spouse | $12,500,000 |
| 28 | Margaret M. Tobin | John Tobin | Sibling | $4,250,000 |
| 29 | Michael Tobin | John Tobin | Sibling | $4,250,000 |
| 30 | Sean Tobin | John Tobin | Child | $8,500,000 |
| 31 | Salvatore M. Traina Jr. | Christopher M. Traina | Sibling | $4,250,000 |
| 32 | Javier Guzman | David Vera | Sibling | $4,250,000 |
| 33 | Jennica Perez a/k/a Jennica Vera | David Vera | Child | $8,500,000 |
| 34 | Clarissa B. Kirschenbaum | Victor Wald | Sibling | $4,250,000 |
| 35 | Shirley Nottingham | Leonard A. White | Sibling | $4,250,000 |
| 36 | Sylvia Ball | Malissa White | Sibling | $4,250,000 |
| 37 | Marc C. White | Malissa White | Sibling | $4,250,000 |

**EX. A to *Rowenhorst* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 38 | Daren White | Wayne White | Sibling | $4,250,000 |
| 39 | Mary Kessler | Suzanne Youmans | Sibling | $4,250,000 |
| 40 | Joan Youmans as Personal Representative of the Estate of John Youmans | Suzanne Youmans | Sibling (Deceased) | $4,250,000 |

|   | Total |   | $229,000,000.00 |
|---|---|---|---|