UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Marinella Hemenway et al. v. Islamic Republic of Iran, 1:18-cv-12277 (GBD) (SN)*

### [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs through their Motion for Partial Final Judgment Against the Islamic Republic of Iran as to Liability and Damages (the "Motion"), who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling), of a victim killed in the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

ORDERED that the Motion is granted and default judgment as to liability is entered in favor of all plaintiffs in *Marinella Hemenway et al. v. Islamic Republic of Iran, 1:18-cv-12277 (GBD) (SN)* and against the Islamic Republic of Iran, ("Iran"); and it is,

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Marinella Hemenway et al. v. Islamic Republic of Iran, 1:18-cv-12277 (GBD) (SN)* not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: SEP 0 3 2019 , 2019
New York, New York

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT A

### EX. A to *Hemenway* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Desiree Hemenway | Ronald J. Hemenway | Child | $8,500,000 |
| 2 | Marinella Hemenway | Ronald J. Hemenway | Spouse | $12,500,000 |
| 3 | Stefan Hemenway | Ronald J. Hemenway | Child | $8,500,000 |
| 4 | Joan M. Houston as Personal Representative of the Estate of Joan McQuillen | Charles J. Houston | Parent (Deceased) | $8,500,000 |
| 5 | Trina Sabb | Lamar D. Hulse | Sibling | $4,250,000 |
| 6 | Orwyn John | Charles G. John | Sibling | $4,250,000 |
| 7 | Kathryn "Kay" D'Amico | Karen Kincaid | Sibling | $4,250,000 |
| 8 | Kristian G. Kincaid | Karen Kincaid | Sibling | $4,250,000 |
| 9 | Karyl Kincaid-Noel | Karen Kincaid | Sibling | $4,250,000 |
| 10 | Christopher Kloepfer | Ronald Philip Kloepfer | Sibling | $4,250,000 |
| 11 | Carolyn LaFrance | Alan LaFrance | Sibling | $4,250,000 |
| 12 | Anna Ledee | Kenneth Charles Ledee | Parent | $8,500,000 |
| 13 | Olivia Ledee Lindsey | Kenneth Charles Ledee | Child | $8,500,000 |
| 14 | Alexis John Leduc | Alexis Leduc | Child | $8,500,000 |
| 15 | Jessica Leduc | Alexis Leduc | Child | $8,500,000 |
| 16 | Leslie K. Lesperance | Charles A. Lesperance | Child | $8,500,000 |
| 17 | Nilaja A. Shealy-Loveless | Charles A. Lesperance | Child | $8,500,000 |
| 18 | Jose Liz a/k/a Domingo Liz | Nancy Liz | Sibling | $4,250,000 |
| 19 | Matthew J. Liz-Ramirez | Nancy Liz | Child | $8,500,000 |
| 20 | Anthony Mancini | Francisco M. Mancini a/k/a Frank Mancini | Sibling | $4,250,000 |
| 21 | Anastasia Mancini a/k/a Anastasia Louvelos | Francisco M. Mancini a/k/a Frank Mancini | Spouse | $12,500,000 |
| 22 | Anastasia Mancini a/k/a Anastasia Louvelos, as Natural Guardian of SM | Francisco M. Mancini a/k/a Frank Mancini | Child (Minor) | $8,500,000 |
| 23 | Jose Miguel Mejia Peguero | Manuel E. Mejia | Child | $8,500,000 |
| 24 | Sharif Chowdhury & Showkatara Sharif as Personal Representatives of the Estate of Shakila Yasmin | Nurul Miah | Spouse (Deceased) | $12,500,000 |
| 25 | Bakul Miah | Nurul Miah | Sibling | $4,250,000 |
| 26 | Arlene Miller | Philip D. Miller | Spouse | $12,500,000 |
| 27 | Dorothy Ogren | Joseph J. Ogren | Parent | $8,500,000 |
| 28 | Lance Edward Ogren | Joseph J. Ogren | Sibling | $4,250,000 |
| 29 | Graciela Lopez Pascual | Leobardo L. Pascual | Sibling | $4,250,000 |
| 30 | Terilyn Patrick Esse a/k/a Terilyn Patrick | James Patrick | Spouse | $12,500,000 |
| 31 | Terilyn Patrick Esse a/k/a Terilyn Patrick, as Natural Guardian of JJPE a/k/a JJP | James Patrick | Child (Minor) | $8,500,000 |
| 32 | Samantha Blake a/k/a Samantha Bianca Herring | Carol Rabalais a/k/a Carol South-Rabalais | Child | $8,500,000 |

**EX. A to *Hemenway* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|-------------------|------------------------|--------------------------------------------|-------------------|
| 33 | Kerene Reeves aka Kerene Sherica Clarke | Carol Rabalais a/k/a Carol South-Rabalais | Child | $8,500,000 |
| 34 | Vernessa Richard & Vernon A. Richard II as Personal Representatives of the Estate of Dorothy Richard | Vernon A. Richard | Spouse (Deceased) | $12,500,000 |
| 35 | Vernessa Richard | Vernon A. Richard | Child | $8,500,000 |

|  | Total |  |  | $270,500,000.00 |
|--|-------|--|--|------------------|