UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Moody-Theinert, et al. v. Islamic Republic of Iran (1:18-CV-11876) (GBD) (SN)*

### [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs through their Motion for Partial Final Judgment Against the Islamic Republic of Iran as to Liability and Damages (the "Motion"), who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling), of a victim killed in the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

ORDERED that the Motion is granted and default judgment as to liability is entered in favor of all plaintiffs in *Moody-Theinert, et al. v. Islamic Republic of Iran (1:18-CV-11876) (GBD) (SN)* and against the Islamic Republic of Iran, ("Iran"); and it is,

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Moody-Theinert, et al. v. Islamic Republic of Iran (1:18-CV-11876) (GBD) (SN)* not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: **SEP 0 3 2019**
_____, 2019
New York, New York

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT A

**EX. A to *Moody-Theinert* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|-------------------|------------------------|--------------------------------------------|------------------|
| 1  | Deirdre Moody | (Capt.) Thomas Moody | Child | $8,500,000 |
| 2  | Jessica Moody | (Capt.) Thomas Moody | Child | $8,500,000 |
| 3  | Sean Moody | (Capt.) Thomas Moody | Child | $8,500,000 |
| 4  | Maureen Moody-Theinert | (Capt.) Thomas Moody | Spouse | $12,500,000 |
| 5  | Portia Morales | Paula E. Morales | Child | $8,500,000 |
| 6  | Sherwin Morales | Paula E. Morales | Child | $8,500,000 |
| 7  | Stephanie Morales-Guerrero | Paula E. Morales | Child | $8,500,000 |
| 8  | Petal S. Stanford-Sylvert | Paula E. Morales | Child | $8,500,000 |
| 9  | Shannon Moran | Gerard Moran | Child | $8,500,000 |
| 10 | Alfia L. Gilligan (nee Morello) | Steven Morello | Child | $8,500,000 |
| 11 | Patricia Mulligan, as Personal Representative of the Estate of Edward Mulligan | Dennis M. Mulligan | Parent (Deceased) | $8,500,000 |
| 12 | Patricia Mulligan, as Personal Representative of the Estate of Mary Frigo a/k/a Mary Catherine Brady | Dennis M. Mulligan | Parent (Deceased) | $8,500,000 |
| 13 | Jeanine Rao | Mario Nardone Jr. | Sibling | $4,250,000 |
| 14 | Duane Orloske as Personal Representative of the Estate of Sylvia Quinn | Margaret Orloske | Parent (Deceased) | $8,500,000 |
| 15 | Elizabeth O. Kenworthy | Virginia Ormiston | Child | $8,500,000 |
| 16 | James H. Kenworthy | Virginia Ormiston | Spouse | $12,500,000 |
| 17 | William O. Kenworthy | Virginia Ormiston | Child | $8,500,000 |
| 18 | Estrellita Ortiz a/k/a Estrellita Sanchez Ortiz | Paul Ortiz Jr. | Spouse | $12,500,000 |
| 19 | Paola Cepeda | Isidro D. Ottenwalder | Child | $8,500,000 |
| 20 | Felipe Oyola | Adianes Oyola | Spouse | $12,500,000 |
| 21 | Alyssa Palmer | Orio J. Palmer | Child | $8,500,000 |
| 22 | Deborah Palmer | Orio J. Palmer | Spouse | $12,500,000 |
| 23 | Keith Palmer | Orio J. Palmer | Child | $8,500,000 |
| 24 | Dana M. Runfola | Orio J. Palmer | Child | $8,500,000 |
| 25 | Sonia Lowe | Michael Parkes | Parent | $8,500,000 |
| 26 | Anya Monique Parkes | Michael Parkes | Sibling | $4,250,000 |
| 27 | Ralph Parkes | Michael Parkes | Parent | $8,500,000 |
| 28 | Alex M. Patrocino | Manuel D. Patrocino | Child | $8,500,000 |
| 29 | Patrizia Davis | Salvatore F. Pepe | Sibling | $4,250,000 |
| 30 | Anna Faustini as Personal Representative of the Estate of Anna Maria Allen | Salvatore F. Pepe | Sibling (Deceased) | $4,250,000 |
| 31 | Catherine Ng-Pepe | Salvatore F. Pepe | Spouse | $12,500,000 |
| 32 | Rosa Occhicone | Salvatore F. Pepe | Sibling | $4,250,000 |
| 33 | Genoveffa Palmieri | Salvatore F. Pepe | Sibling | $4,250,000 |
| 34 | Leonida R. Pepe | Salvatore F. Pepe | Sibling | $4,250,000 |

**EX. A to *Moody-Theinert* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 35 | Salvatore L. Pepe | Salvatore F. Pepe | Child | $8,500,000 |
| 36 | Rosemary Pepe as Personal Representative of the Estate of Antonio Pepe | Salvatore F. Pepe | Sibling (Deceased) | $4,250,000 |
| 37 | Antonio Perez | Anthony Perez | Parent | $8,500,000 |
| 38 | Brian Perez | Anthony Perez | Sibling | $4,250,000 |
| 39 | Maria Perez | Anthony Perez | Parent | $8,500,000 |
| 40 | Scott Perez | Anthony Perez | Sibling | $4,250,000 |
| 41 | Olivia Vilardi-Perez | Anthony Perez | Child | $8,500,000 |
| 42 | Dianne Lynn Hudder | William R. Peterson | Sibling | $4,250,000 |
| 43 | Robert M. Peterson as Personal Representative of the Estate of Robert Benjamin Peterson | William R. Peterson | Parent (Deceased) | $8,500,000 |
| 44 | Daniel T. Phelan | Kenneth Phelan | Child | $8,500,000 |
| 45 | Erin Phelan | Kenneth Phelan | Child | $8,500,000 |
| 46 | Kenneth J. Phelan Jr. | Kenneth Phelan | Child | $8,500,000 |
| 47 | Kimberly Phelan | Kenneth Phelan | Child | $8,500,000 |
| 48 | Patricia Phelan-Byrnes | Kenneth Phelan | Spouse | $12,500,000 |
| 49 | Mary Phelan-Cox | Kenneth Phelan | Sibling | $4,250,000 |
| 50 | Erin Cherubin | Zandra Marie Cooper Ploger (nee Flores) | Child | $8,500,000 |
| 51 | Gerald Thomas Flores | Zandra Marie Cooper Ploger (nee Flores) | Sibling | $4,250,000 |
| 52 | Gilbert Norman Flores | Zandra Marie Cooper Ploger (nee Flores) | Sibling | $4,250,000 |
| 53 | Zaneta Frances Flores | Zandra Marie Cooper Ploger (nee Flores) | Sibling | $4,250,000 |
| 54 | Zenda Flores Gutierrez-Klingenberg | Zandra Marie Cooper Ploger (nee Flores) | Sibling | $4,250,000 |
| 55 | Wendy L. Ploger, as Personal Representative of the Estate of Robert R. Ploger, III | Zandra Marie Cooper Ploger (nee Flores) | Spouse (Deceased) | $12,500,000 |
| 56 | Zena T. Wilderman | Zandra Marie Cooper Ploger (nee Flores) | Child | $8,500,000 |
| 57 | Zenda Gutierrez-Klingenberg, as Personal Representative of the Estate of Zandra Marie Ploger (nee Flores) | Robert R. Ploger III | Spouse (Deceased) | $12,500,000 |
| 58 | Marianne Ploger Hill | Robert R. Ploger III | Sibling | $4,250,000 |
| 59 | Daniel B. Ploger | Robert R. Ploger III | Sibling | $4,250,000 |
| 60 | Gregory Fiehrer Ploger | Robert R. Ploger III | Sibling | $4,250,000 |
| 61 | Marguerite Ploger | Robert R. Ploger III | Sibling | $4,250,000 |
| 62 | Wayne D. Ploger | Robert R. Ploger III | Sibling | $4,250,000 |
| 63 | Wendy Lynn Ploger | Robert R. Ploger III | Child | $8,500,000 |
| 64 | Wayne D. Ploger as Personal Representative of the Estate of Maj. General Robert R. Ploger, II | Robert R. Ploger III | Parent (Deceased) | $8,500,000 |

**EX. A to *Moody-Theinert* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 65 | David Potorti | James E. Potorti | Sibling | $4,250,000 |
| 66 | Monique Powell | Shawn E. Powell | Sibling | $4,250,000 |
| 67 | Teresa J. Pycior | Joseph J. Pycior | Spouse | $12,500,000 |
| 68 | JoAnn Boutureira | Harry Raines | Sibling | $4,250,000 |
| 69 | Joseph Raines | Harry Raines | Sibling | $4,250,000 |
| 70 | Mark S. Raines | Harry Raines | Sibling | $4,250,000 |
| 71 | Gloria Reinholtz | Harry Raines | Sibling | $4,250,000 |
| 72 | Ida Riese | Harry Raines | Sibling | $4,250,000 |
| 73 | Mark A. Jonas as Personal Representative of the Estate of Martha Magdalena Brunson | Martha M. Reszke | Parent (Deceased) | $8,500,000 |
| 74 | Michael Richard | Cecelia E. Richard | Spouse | $12,500,000 |

|  | Total | $554,000,000.00 |
|---|---|---|