# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:

*Jimenez, et al. v. Islamic Republic of Iran (1:18-CV-11875) (GBD) (SN)*

## [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs through their Motion for Partial Final Judgment Against the Islamic Republic of Iran as to Liability and Damages (the "Motion"), who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling), of a victim killed in the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

ORDERED that the Motion is granted and default judgment as to liability is entered in favor of all plaintiffs in *Jimenez, et al. v. Islamic Republic of Iran (1:18-CV-11875) (GBD) (SN)* and against the Islamic Republic of Iran, ("Iran"); and it is,

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Jimenez, et al. v. Islamic Republic of Iran (1:18-CV-11875) (GBD) (SN)* not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: SEP 0 3 2019, 2019
New York, New York

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**EX. A to *Jimenez* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Alexander Jimenez | Eliezer Jimenez (Jr.) | Sibling | $4,250,000 |
| 2 | Eliezer S. Jimenez Sr. | Eliezer Jimenez (Jr.) | Parent | $8,500,000 |
| 3 | Elizabeth Jimenez | Eliezer Jimenez (Jr.) | Sibling | $4,250,000 |
| 4 | Erick Jimenez | Eliezer Jimenez (Jr.) | Sibling | $4,250,000 |
| 5 | Genesis Belinda Jimenez | Eliezer Jimenez (Jr.) | Child | $8,500,000 |
| 6 | Jonathan Jimenez | Eliezer Jimenez (Jr.) | Child | $8,500,000 |
| 7 | Melissa Jimenez | Eliezer Jimenez (Jr.) | Child | $8,500,000 |
| 8 | Rosa Jimenez | Eliezer Jimenez (Jr.) | Spouse | $12,500,000 |
| 9 | Anthony Salas | Eliezer Jimenez (Jr.) | Child | $8,500,000 |
| 10 | Craig Griffin | Lisa Kearney-Griffin | Spouse | $12,500,000 |
| 11 | Lorraine Griffin | Lisa Kearney-Griffin | Child | $8,500,000 |
| 12 | Christine Keating | Paul Hanlon Keating | Sibling | $4,250,000 |
| 13 | Cornelius H. Keating | Paul Hanlon Keating | Sibling | $4,250,000 |
| 14 | Cornelius J. Keating | Paul Hanlon Keating | Parent | $8,500,000 |
| 15 | Jeffrey Keating | Paul Hanlon Keating | Sibling | $4,250,000 |
| 16 | Kathleen A. Matthews | Paul Hanlon Keating | Sibling | $4,250,000 |
| 17 | Robert Lee Hunter | Brenda Kegler | Sibling | $4,250,000 |
| 18 | Lev Khalif | Boris Khalif | Parent | $8,500,000 |
| 19 | Andre LaFrance | Alan LaFrance | Sibling | $4,250,000 |
| 20 | Steven LaFrance | Alan LaFrance | Sibling | $4,250,000 |
| 21 | Annmarie Williams | Alan LaFrance | Sibling | $4,250,000 |
| 22 | Rebecca Lightbourn as Personal Representative of the Estate of Raymond Lightbourn, Sr. | Samantha Lightbourn-Allen | Parent (Deceased) | $8,500,000 |
| 23 | Vincent Linnane | Robert T. Linnane | Sibling | $4,250,000 |
| 24 | Bernard Lopes | Salvatore Lopes | Sibling | $4,250,000 |
| 25 | Antoinette Solowsky | Salvatore Lopes | Sibling | $4,250,000 |
| 26 | Carolyn DeRosier | James T. Lynch | Sibling | $4,250,000 |
| 27 | Judith "Judy" M. Hesse | James T. Lynch | Sibling | $4,250,000 |
| 28 | Judith "Judy" M. Hesse as Personal Representative of the Estate of Michael B. Lynch | James T. Lynch | Sibling (Deceased) | $4,250,000 |
| 29 | Brenda Lynch | James T. Lynch | Spouse | $12,500,000 |
| 30 | Paul Thomas Lynch | James T. Lynch | Child | $8,500,000 |
| 31 | Maureen MacDonald | James T. Lynch | Sibling | $4,250,000 |
| 32 | Kathleen E. Zetscher | James T. Lynch | Sibling | $4,250,000 |
| 33 | Andrew Magazine | Jay R. Magazine | Child | $8,500,000 |
| 34 | Michele Magazine | Jay R. Magazine | Sibling | $4,250,000 |

### EX. A to *Jimenez* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 35 | Susan Lori Magazine | Jay R. Magazine | Spouse | $12,500,000 |
| 36 | Ali Mohamed Malahi | Abdu Ali Malahi | Parent | $8,500,000 |
| 37 | Jordan Maldonado | Myrna Maldonado-Agosto | Child | $8,500,000 |
| 38 | Frances Mercado | Myrna Maldonado-Agosto | Sibling | $4,250,000 |
| 39 | Catherine Mascali as Personal Representative of the Estate of Arnold Mascali, Sr. | Joseph A. Mascali | Parent (Deceased) | $8,500,000 |
| 40 | Sherman Acker | Ada L. Mason | Spouse | $12,500,000 |
| 41 | Annie Harris | Ada L. Mason | Sibling | $4,250,000 |
| 42 | JoAnn Wilson-Johnson | Ada L. Mason | Sibling | $4,250,000 |
| 43 | Jimmie L. Willson | Ada L. Mason | Sibling | $4,250,000 |
| 44 | Jean Neal a/k/a Elvin Jean Neal, as Personal Representative of the Estate of Katie I. Mattic | Margaret E. Mattic | Parent (Deceased) | $8,500,000 |
| 45 | Donald Mauro | Nancy Mauro | Spouse | $12,500,000 |
| 46 | Anne McCloskey | Katie M. McCloskey | Parent | $8,500,000 |
| 47 | Noah R. McCloskey | Katie M. McCloskey | Sibling | $4,250,000 |
| 48 | Linda D. May | Thomas McHale | Sibling | $4,250,000 |
| 49 | Elizabeth ("Beth") McCarthy (nee McHale) | Thomas McHale | Sibling | $4,250,000 |
| 50 | Joseph M. McHale | Thomas McHale | Sibling | $4,250,000 |
| 51 | Kevin J. McHale | Thomas McHale | Sibling | $4,250,000 |
| 52 | John F. McHale Jr. a/k/a Jack McHale | Thomas McHale | Sibling | $4,250,000 |
| 53 | Julie E. McMahon | Robert D. McMahon | Spouse | $12,500,000 |
| 54 | Mathew McMahon | Robert D. McMahon | Child | $8,500,000 |
| 55 | Julie E. McMahon, as Natural Guardian of PM | Robert D. McMahon | Child (Minor) | $8,500,000 |
| 56 | Yaritza Franco Estudillo | Antonio Melendez | Child | $8,500,000 |
| 57 | Daisy N. Melendez | Antonio Melendez | Child | $8,500,000 |
| 58 | Saul Melendez-Hernandez | Antonio Melendez | Child | $8,500,000 |
| 59 | Erik F. Melnichenko | Yelena Melnichenko | Child | $8,500,000 |
| 60 | Mary Cooper | Wesley Mercer | Sibling | $4,250,000 |
| 61 | Mary Cooper as Personal Representative of the Estate of Elizabeth M. Parker | Wesley Mercer | Sibling (Deceased) | $4,250,000 |
| 62 | Linda Loran | Wesley Mercer | Child | $8,500,000 |
| 63 | Jackie J. Mercer | Wesley Mercer | Sibling | $4,250,000 |
| 64 | Queen Mercer | Wesley Mercer | Spouse | $12,500,000 |
| 65 | Katherine Miller | Douglas C. Miller | Child | $8,500,000 |

| | Total | | | $444,250,000.00 |
|---|---|---|---|---|