UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
| --- | --- |
| | ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))

### [PROPOSED] PARTIAL FINAL DEFAULT JUDGMENT

Upon consideration of the evidence and arguments submitted by the *Burlingame VI* wrongful death Plaintiffs in the above-captioned actions and the Judgment by Default Against the Islamic Republic of Iran entered on August 26, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that partial final judgment is entered on behalf of the *Burlingame* Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A with prejudgment interest on those awards to be calculated at a rate of 4.96 percent per annum, compounded annually, over the same period;

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A may submit a future application for economic, punitive or other damages, to the extent such awards have not previously been addressed, consistent with any future rulings of this Court;

**ORDERED** that the *Burlingame* Plaintiffs not appearing on Exhibit A and who were not previously awarded solatium damages may submit applications in later stages and they will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated: New York, New York
  SEP 0 3 2019 , 2019

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A

|    | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|----|---|---|---|---|
| 1  | Barkway, David Michael | Barkway, Cynthia Lynn | Spouse | $12,500,000.00 |
| 2  | Barkway, David Michael | Barkway, James | Child | $8,500,000.00 |
| 3  | Barkway, David Michael | Cynthia Lynn Barkway as Mother and Natural Guardian of D.B, a Minor | Child | $8,500,000.00 |
| 4  | Boehm, Bruce | Boehm, Irene | Spouse | $12,500,000.00 |
| 5  | Boehm, Bruce | Webber, Brittany | Child | $8,500,000.00 |
| 6  | Boehm, Bruce | Boehm, Stacey | Child | $8,500,000.00 |
| 7  | Brennan, Peter | Brennan, Erica | Spouse | $12,500,000.00 |
| 8  | Brennan, Peter | Brennan, Anna | Child | $8,500,000.00 |
| 9  | Brennan, Peter | Erica Brennan as Mother and Natural Guardian of C.B., a Minor | Child | $8,500,000.00 |
| 10 | Brunton, Vincent | Brunton, Kathleen | Spouse | $12,500,000.00 |
| 11 | Burlingame, Charles | Burlingame, Sheri | Spouse | $12,500,000.00 |
| 12 | Coladonato, Anthony | Razzano, Deborah | Spouse | $12,500,000.00 |
| 13 | Coladonato, Anthony | Coladonato, Anthony III | Child | $8,500,000.00 |
| 14 | Coladonato, Anthony | Coladonato, Alex | Child | $8,500,000.00 |
| 15 | Cove, James E. | Cove, Theresa | Spouse | $12,500,000.00 |
| 16 | Cove, James E. | Cove, Michael | Child | $8,500,000.00 |
| 17 | Cove, James E. | Cove, Gregory | Child | $8,500,000.00 |
| 18 | Davidson, Scott | Davidson, Peter | Child | $8,500,000.00 |
| 19 | Davidson, Scott | Davidson, Casey | Child | $8,500,000.00 |
| 20 | Delapenha, Donald | Fichera, Lorraine | Spouse | $12,500,000.00 |
| 21 | Delapenha, Donald | Delapenha, Samantha | Child | $8,500,000.00 |
| 22 | Delapenha, Donald | Delapenha, Robert | Child | $8,500,000.00 |
| 23 | Delapenha, Donald | Delapenha, Madison | Child | $8,500,000.00 |
| 24 | Dennis, Thomas | Dennis, Kathryn | Spouse | $12,500,000.00 |
| 25 | Dillard, Eddie | Dillard, Rosemary | Spouse | $12,500,000.00 |
| 26 | Dimmling, William | Dimmling, Leslie | Spouse | $12,500,000.00 |
| 27 | Dimmling, William | Dimmling, Gregory | Child | $8,500,000.00 |
| 28 | Dimmling, William | Dimmling, Nicholas | Child | $8,500,000.00 |
| 29 | Domanico, James | Domanico, Marguerita | Spouse | $12,500,000.00 |
| 30 | Domanico, James | Kurinzi, Christina | Child | $8,500,000.00 |
| 31 | Dominguez, Carlos | Dominguez, Maureen S. | Spouse | $12,500,000.00 |
| 32 | Dominguez, Carlos | Dominguez, Amanda Rose | Child | $8,500,000.00 |
| 33 | Dominguez, Carlos | Dominguez, Michelle | Child | $8,500,000.00 |
| 34 | Dominguez, Carlos | Dominiguez, Maria | Child | $8,500,000.00 |
| 35 | Droz, Charles | Droz, Cynthia M. | Spouse | $12,500,000.00 |
| 36 | Droz, Charles | Droz, Shannon Rae | Child | $8,500,000.00 |
| 37 | Faughnan, Christopher | Faughnan, Catherine Anne | Spouse | $12,500,000.00 |
| 38 | Faughnan, Christopher | Faughnan, Siena | Child | $8,500,000.00 |
| 39 | Faughnan, Christopher | Faughnan, Juliet | Child | $8,500,000.00 |
| 40 | Faughnan, Christopher | Faughnan, Liam | Child | $8,500,000.00 |

| 41 | Finnegan, Michael | Finnegan, Erin | Spouse | $12,500,000.00 |
|---|---|---|---|---|
| 42 | Finnegan, Michael | Finnegan, Bridget | Child | $8,500,000.00 |
| 43 | Finnegan, Michael | Finnegan, Michael | Child | $8,500,000.00 |
| 44 | Finnegan, Michael | Finnegan, Francis | Child | $8,500,000.00 |
| 45 | Fitzsimons, Richard | Fitzsimons, Patricia | Spouse | $12,500,000.00 |
| 46 | Geyer, James | Geyer, Cathy | Spouse | $12,500,000.00 |
| 47 | Geyer, James | Geyer, Michele | Child | $8,500,000.00 |
| 48 | Geyer, James | Geyer, Matthew | Child | $8,500,000.00 |
| 49 | Geyer, James | Geyer, Laura | Child | $8,500,000.00 |
| 50 | Gomez, Enrique | Gomez, Teresa | Spouse | $12,500,000.00 |
| 51 | Gomez, Enrique | Gomez, Jeanette | Child | $8,500,000.00 |
| 52 | Gomez, Enrique | Gomez, Angeline | Child | $8,500,000.00 |
| 53 | Gomez, Enrique | Gomez, Enrique | Child | $8,500,000.00 |
| 54 | Gomez, Jose | Gomez, Blanca | Spouse | $12,500,000.00 |
| 55 | Gomez, Jose | Gomez, Melissa | Child | $8,500,000.00 |
| 56 | Gomez, Jose | Tirone, Joanna | Child | $8,500,000.00 |
| 57 | Gomez, Jose | Soto, Joann | Child | $8,500,000.00 |
| 58 | Granitto, Elvira | Earthman, Damien | Child | $8,500,000.00 |
| 59 | Granitto, Elvira | Earthman, Anne | Child | $8,500,000.00 |
| 60 | Habib, Barbara | Habib, Raymond | Spouse | $12,500,000.00 |
| 61 | Heidenberger, Michelle | Heidenberger Coffey, Alison | Child | $8,500,000.00 |
| 62 | Heidenberger, Michelle | Heindenberger, Thomas II | Child | $8,500,000.00 |
| 63 | Heller, H. Joseph | Heller, Mary Jean | Spouse | $12,500,000.00 |
| 64 | Heller, H. Joseph | Heller, John | Child | $8,500,000.00 |
| 65 | Heller, H. Joseph | Heller, Catherine | Child | $8,500,000.00 |
| 66 | Heller, H. Joseph | Heller, Grace | Child | $8,500,000.00 |
| 67 | Heller, H. Joseph | Heller, Michael | Child | $8,500,000.00 |
| 68 | Iskenderian, Aram | Iskenderian, Sheri Ann | Spouse | $12,500,000.00 |
| 69 | Jardim, Mark | Jardim, Jennifer | Spouse | $12,500,000.00 |
| 70 | Jean-Pierre, Francois | Jean-Pierre, Christine | Spouse | $12,500,000.00 |
| 71 | Jordan, Robert | Jordan, Elizabeth Russell | Spouse | $12,500,000.00 |
| 72 | Judge, Ann | Judge, Geoffrey James | Spouse | $12,500,000.00 |
| 73 | Kelley, Frederick | Kelley, Janet | Spouse | $12,500,000.00 |
| 74 | Kinney, Brian | Kinney Lewandowski, Alison | Spouse | $12,500,000.00 |
| 75 | Kovalcin, David | Kovalcin, Elizabeth | Spouse | $12,500,000.00 |
| 76 | Kren, John | Kren, Anna | Spouse | $12,500,000.00 |
| 77 | Lang, Roseanne | Rogers, Michael | Child | $8,500,000.00 |
| 78 | Larsen, Scott | Larsen, Carolann | Spouse | $12,500,000.00 |
| 79 | Larsen, Scott | Larsen, Marisa | Child | $8,500,000.00 |
| 80 | Larsen, Scott | Larsen, Brenda | Child | $8,500,000.00 |
| 81 | Larsen, Scott | Larsen, Scott | Child | $8,500,000.00 |
| 82 | Larsen, Scott | Carolann Larsen as Mother and Natural Guardian of A.L., a Minor | Child | $8,500,000.00 |
| 83 | Levi, John Dennis | Levi, Dennis | Child | $8,500,000.00 |
| 84 | Litto, Vincent | Litto, Linda | Spouse | $12,500,000.00 |

| # | | | | |
|---|---|---|---|---|
| 85 | Litto, Vincent | Rex, Kimberly | Child | $8,500,000.00 |
| 86 | Litto, Vincent | Serra, Kristen | Child | $8,500,000.00 |
| 87 | Lynch, Farrell | Lynch, Eileen | Spouse | $12,500,000.00 |
| 88 | Lynch, Farrell | Lynch, Kathleen | Child | $8,500,000.00 |
| 89 | Lynch, Farrell | Lynch, Meghan | Child | $8,500,000.00 |
| 90 | Lynch, Farrell | Lynch, Anne | Child | $8,500,000.00 |
| 91 | Lynch, Richard | Lynch-Burgdorf, Christina | Spouse | $12,500,000.00 |
| 92 | Lynch, Richard | Lynch, Olivia | Child | $8,500,000.00 |
| 93 | Lynch, Sean | Lynch, Lorraine | Spouse | $12,500,000.00 |
| 94 | Lynch, Sean | Lynch, Grace | Child | $8,500,000.00 |
| 95 | Lynch, Sean | Lynch, Mary Rose | Child | $8,500,000.00 |
| 96 | Lynch, Sean | Sean Lynch, Jr. | Child | $8,500,000.00 |
| 97 | Magee, Brian | Magee, Valerie | Spouse | $12,500,000.00 |
| 98 | Maloney, Edward | Maloney, Brinley | Spouse | $12,500,000.00 |
| 99 | Maloney, Edward | Maloney, Mason | Child | $8,500,000.00 |
| 100 | Maloney, Edward | Brinley Maloney as Mother and Natural Guardian of T.M, a Minor | Child | $8,500,000.00 |
| 101 | Manning, Terence John | Manning, Megan | Spouse | $12,500,000.00 |
| 102 | Manning, Terence John | Manning, Trinity | Child | $8,500,000.00 |
| 103 | Manning, Terence John | Manning, Mairead | Child | $8,500,000.00 |
| 104 | Martello, James | Martello, Sheila | Spouse | $12,500,000.00 |
| 105 | Martello, James | Martello, James | Child | $8,500,000.00 |
| 106 | Martello, James | Martello, Thomas | Child | $8,500,000.00 |
| 107 | McHale, Thomas | McHale, Taryn | Spouse | $12,500,000.00 |
| 108 | McHale, Thomas | Taryn McHale, as Mother and Natural Guardian of C.M., a Minor | Child | $8,500,000.00 |
| 109 | McLaughlin, Robert | McLaughlin O'Brien, Elizabeth | Spouse | $12,500,000.00 |
| 110 | McLaughlin, Robert | McLaughlin, Nicholas | Child | $8,500,000.00 |
| 111 | McNally, Edmund | McNally, Elizabeth | Spouse | $12,500,000.00 |
| 112 | McNally, Edmund | Day, Erin | Child | $8,500,000.00 |
| 113 | McNally, Edmund | McNally, Brienne | Child | $8,500,000.00 |
| 114 | McNally, Edmund | McNally, Shannon | Child | $8,500,000.00 |
| 115 | Mickley, Patricia | Mickley, Joseph Richard | Spouse | $12,500,000.00 |
| 116 | Mickley, Patricia | Mickley, Marie | Child | $8,500,000.00 |
| 117 | Morabito, Laura | Morabito, Mark | Spouse | $12,500,000.00 |
| 118 | Morrison, Christopher | Martone, Kimberly Ann | Spouse | $12,500,000.00 |
| 119 | Naples, Frank | Naples, Heidi | Spouse | $12,500,000.00 |
| 120 | Newton, Christopher | Newton, Amy | Spouse | $12,500,000.00 |
| 121 | Newton, Christopher | Newton, Michael L. | Child | $8,500,000.00 |
| 122 | Newton, Christopher | Newton, Sarah | Child | $8,500,000.00 |
| 123 | Newton-Carter, Christopher | Newton-Carter, Susan | Spouse | $12,500,000.00 |
| 124 | O'Berg, Dennis | O'Berg Connolly, Christine | Spouse | $12,500,000.00 |
| 125 | Ortale, Peter | Ortale, Mary Duff | Spouse | $12,500,000.00 |

| | | | | |
|---|---|---|---|---|
| 126 | Orth, Jane Marie | Orth, Elizabeth | Child | $8,500,000.00 |
| 127 | Palombo, Frank | Palombo, Jean | Spouse | $12,500,000.00 |
| 128 | Panatier, Christopher | Panatier, Carolyn | Spouse | $12,500,000.00 |
| 129 | Panatier, Christopher | Panatier, Annie | Child | $8,500,000.00 |
| 130 | Panatier, Christopher | Panatier, Christopher | Child | $8,500,000.00 |
| 131 | Patterson, Bernard | Patterson, Navila | Spouse | $12,500,000.00 |
| 132 | Patterson, Bernard | Patterson, Kevin | Child | $8,500,000.00 |
| 133 | Patterson, Bernard | Patterson, Scott | Child | $8,500,000.00 |
| 134 | Patterson, Bernard | Patterson, Anna | Child | $8,500,000.00 |
| 135 | Pelino, Todd Douglas | Pelino, Megan | Spouse | $12,500,000.00 |
| 136 | Pelino, Todd Douglas | Pelino, Bennett | Child | $8,500,000.00 |
| 137 | Pelino, Todd Douglas | Pelino, Anne | Child | $8,500,000.00 |
| 138 | Pollicino, Steve | Pollicino, Jane | Spouse | $12,500,000.00 |
| 139 | Pollicino, Steve | Pollicino, Steven | Child | $8,500,000.00 |
| 140 | Pollicino, Steve | Rose, Celeste | Child | $8,500,000.00 |
| 141 | Punches, Jack | Punches, Janice | Spouse | $12,500,000.00 |
| 142 | Punches, Jack | Punches, Jeremy | Child | $8,500,000.00 |
| 143 | Reich, Howard | Reich, Marilyn | Spouse | $12,500,000.00 |
| 144 | Ryan, Kristin Irvine | Ryan, Brendan Joseph | Spouse | $12,500,000.00 |
| 145 | Salamone, Marjorie | Salamone, Bernard | Spouse | $12,500,000.00 |
| 146 | Salamone, Marjorie | Salamone Olcott, Amanda | Child | $8,500,000.00 |
| 147 | Salamone, Marjorie | Salamone Santillo, Ann Marie | Child | $8,500,000.00 |
| 148 | Salerno, John | Salerno Behan, Danielle | Spouse | $12,500,000.00 |
| 149 | Salerno, John | Danielle Behan as Mother and Natural Guardian of J.S., a Minor | Child | $8,500,000.00 |
| 150 | Salvaterra, Frank | Calvin, Sally | Spouse | $12,500,000.00 |
| 151 | Salvaterra, Frank | Salvaterra, Isabelle | Child | $8,500,000.00 |
| 152 | Salvaterra, Frank | Salvaterra, Gabrielle | Child | $8,500,000.00 |
| 153 | Salvaterra, Frank | Salvaterra, Christian | Child | $8,500,000.00 |
| 154 | San Phillip, Michael | San Phillip, Lynne | Spouse | $12,500,000.00 |
| 155 | Spencer, Robert | Spencer, Christine | Spouse | $12,500,000.00 |
| 156 | Spencer, Robert | Spencer, Addison | Child | $8,500,000.00 |
| 157 | Spencer, Robert | Spencer, Kathryn | Child | $8,500,000.00 |
| 158 | Spencer, Robert | Christine Spencer as Mother and Natural Guardian of R.S., a Minor | Child | $8,500,000.00 |
| 160 | Szocik, Kevin | Szocik, Lorraine | Spouse | $12,500,000.00 |
| 161 | Taddonio, Michael | Taddonio, Danielle | Child | $8,500,000.00 |
| 162 | Taddonio, Michael | Taddonio, Nicole | Child | $8,500,000.00 |
| 163 | Taddonio, Michael | Taddonio, Michael Jr. | Child | $8,500,000.00 |
| 164 | Terrenzi, Brian | Terrenzi, Jane | Spouse | $12,500,000.00 |
| 165 | Terrenzi, Brian | Jane Terrenzi, as Mother and Natural Guardian of E.T., a Minor | Child | $8,500,000.00 |
| 166 | Todisco, Richard | Todisco, Anne | Spouse | $12,500,000.00 |

| | | | | |
|---|---|---|---|---|
| 167 | Tomasevic, Vladimir | Tomasevic Vulin, Tanja | Spouse | $12,500,000.00 |
| 168 | Tompsett, Stephen | Groh-Tompsett, Dorothy | Spouse | $12,500,000.00 |
| 169 | Tucker, Michael | Tucker Wadbrook, Mary Elizabeth | Spouse | $12,500,000.00 |
| 170 | Tucker, Michael | Tucker, Taylor | Child | $8,500,000.00 |
| 171 | Tucker, Michael | Tucker, Gaffney | Child | $8,500,000.00 |
| 172 | Tucker, Michael | Tucker, Alexandra | Child | $8,500,000.00 |
| 173 | Tucker, Michael | Tucker, Morgan | Child | $8,500,000.00 |
| 174 | Vauk, Ronald | Vauk, Jennifer | Spouse | $12,500,000.00 |
| 175 | Vauk, Ronald | Vauk, Liam | Child | $8,500,000.00 |
| 176 | Vauk, Ronald | Jennifer Vauk, as Mother and Natural Guardian of M.V., a Minor | Child | $8,500,000.00 |
| 177 | Voskerijian, Garo | Voskerijian, Nayda | Spouse | $12,500,000.00 |
| 178 | Voskerijian, Garo | Voskerijian, Shont | Child | $8,500,000.00 |
| 179 | Voskerijian, Garo | Voskerijian, Isabelle | Child | $8,500,000.00 |
| 180 | Voskerijian, Garo | Voskerijian, Aleene | Child | $8,500,000.00 |
| 181 | Waldie, Kenneth | Waldie, Carol | Spouse | $12,500,000.00 |
| 182 | Waldie, Kenneth | Waldie Witherspoon, Meredith | Child | $8,500,000.00 |
| 183 | Waldie, Kenneth | Waldie, Jonathan | Child | $8,500,000.00 |
| 184 | Webster, Dinah | Webster Ghirarduzzi, Zoe | Child | $8,500,000.00 |
| 185 | Webster, Dinah | Hopwood, Sonia | Parent | $8,500,000.00 |
| 186 | Webster, Dinah | Hopwood, Peter | Parent | $8,500,000.00 |
| 187 | Weiss, David | Weiss, Marcia | Spouse | $12,500,000.00 |
| 188 | Weiss, David | Weiss, Gina | Child | $8,500,000.00 |
| 189 | Welsh, Deborah Ann | Welsh, Patrick | Spouse | $12,500,000.00 |
| 190 | Works, John | Works, Pamela | Spouse | $12,500,000.00 |
| 191 | Wren, William | Wren, Patricia | Spouse | $12,500,000.00 |