UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**MARINELLA HEMENWAY, et al.,**

                      **Plaintiffs,**

      -against-

**ISLAMIC REPUBLIC OF IRAN,**

                      **Defendant.**

-----------------------------------------------------------------X

**18-CV-12277 (GBD)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2019

**SARAH NETBURN, United States Magistrate Judge:**

    On August 14, 2019, Plaintiffs filed a motion to substitute parties pursuant to Rule 15(d) of the Federal Rules of Civil Procedure. ECF No. 26. That motion should have been — and in fact was — filed in a separate member case, No. 18-CV-12387. <u>Id.</u> at 1 ("This document relates to . . . 18-cv-12387."). The Court granted the motion in 18-CV-12387 on August 23, 2019. <u>See</u> No. 18-CV-12387, at ECF No. 41. Accordingly, Plaintiffs' motion in the present case is now moot.

    The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 26 (18-CV-12277) and 4849 (03-MDL-01570).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 3, 2019
              New York, New York