UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Gordon Aamoth Sr. et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD) (SN)

## [PROPOSED] PARTIAL FINAL JUDGMENT II

Upon consideration of the evidence and arguments submitted by *Aamoth II* Plaintiffs identified in Exhibit A to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001, and the *Aamoth II* Plaintiffs' motion for Judgment by Default for liability and damages against the Islamic Republic of Iran, ("Iran") filed on August 14, 2019 (03-md-1570, ECF Nos. 4852-4855), together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated:   New York, New York
         _____, 2019

SO ORDERED:

[SEP 0 4 2019]   *George B. Daniels*
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT A

**EX. A to *Aamoth* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Yon-Paul Casalduc | Vivian Casalduc | Child | $8,500,000 |
| 2 | Patricia Costello as the Personal Representative of the Estate of Charles Costello, Sr. | Charles Costello, Jr. | Parent (Deceased) | $8,500,000 |
| 3 | Alfred DeMartini, as Personal Representative of the Estate of Alberta DeMartini | Francis DeMartini | Parent (Deceased) | $8,500,000 |
| 4 | Paul DeMartini, as Personal Representative of the Estate of Alfred DeMartini | Francis DeMartini | Parent (Deceased) | $8,500,000 |
| 5 | Veronica Altagracia Sanchez Depena | Jose Depena | Sibling | $4,250,000 |
| 6 | Clara Depena | Jose Depena | Sibling | $4,250,000 |
| 7 | Benjamin Dominguez, Jr., as the Personal Representative of the Estate of Benjamin Dominguez, Sr. | Carlos Dominguez | Parent (Deceased) | $8,500,000 |
| 8 | Benjamin Dominguez, Jr., as the Personal Representative of the Estate of Eugenia Dominguez | Carlos Dominguez | Parent (Deceased) | $8,500,000 |

|   | Total |   | | $59,500,000.00 |
|---|---|---|---|---|