UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Laurence Schlissel et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD) (SN)

### [PROPOSED] PARTIAL FINAL JUDGMENT II

Upon consideration of the evidence and arguments submitted by *Schlissel II* Plaintiffs identified in Exhibit A to this Order and the Judgment by Default for liability only against the Islamic Republic of Iran, ("Iran") entered on June 21, 2019 (03-md-1570, ECF No. 4598), together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) or the personal representative of an estate of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiff family members identified in Exhibit A, other than Ann Van Hine as the Personal Representative of the Estate of Richard B. Van Hine, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard B. Van Hine are, are awarded damages as indicated therein, namely $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that plaintiff Ann Van Hine as the Personal Representative of the Estate of Richard B. Van Hine, deceased, and on behalf of all survivors and all legally entitled

docs-100192824.1

beneficiaries and family members of Richard B. Van Hine is awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000, as set forth in Exhibit A; and it is

ORDERED that the plaintiff Ann Van Hine as the Personal Representative of the Estate of Richard B. Van Hine, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard B. Van Hine is awarded economic damages in the amount of $1,388,723 as set forth in Exhibit A and as supported by the expert reports and analyses submitted as Exhibits B to the Goldman Declaration; and it is

ORDERED that all Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that all Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated: New York, New York
_____, 2019

SEP 0 4 2019

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

2

docs-100192824.1



### EX. A to *Schlissel* Motion for Judgment on Damages (II)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages | Pain and Suffering Damages | Economic Damages | Total Damages (per Plaintiff) |
|---|---|---|---|---|---|---|---|
| 1 | Beatrice Woolen | Tamara Thurman | Sibling | $4,250,000 | N/A | N/A | $4,250,000.00 |
| 2 | Ann Van Hine, as the Personal Representative of the Estate of Richard B. Van Hine, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard B. Van Hine | Richard B. Van Hine | PR | N/A | $2,000,000 | $1,388,723 | $3,388,723.00 |
| 3 | Kim Wagner as Personal Representative of the Estate of Mattie B. Wagner | Karen J. Wagner | Parent (Deceased) | $8,500,000 | N/A | N/A | $8,500,000.00 |
| 4 | Connie Murray | Sandra L. White | Sibling | $4,250,000 | N/A | N/A | $4,250,000.00 |

| Total | $20,388,723.00 |
|---|---|