# EXHIBIT A

| EXHIBIT A ||||||||||
|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Susan | Clancy | Conlon | | John | Patrick | Conlon | | Spouse | $ 12,500,000.00 |
| 2 | Adam | P. | Arias | | Thomas | S. | Arias | | Parent | $ 8,500,000.00 |
| 3 | Susan | Clancy | Conlon | | Kimberly | Patrice | Conlon | | Child | $ 8,500,000.00 |
| 4 | Lucy | | Fishman | | Mary | | Dwyer | | Sibling | $ 4,250,000.00 |
| 5 | Lucy | | Fishman | | Samantha | | Fishman | | Child | $ 8,500,000.00 |
| 6 | Lucy | | Fishman | | Jeanene | | McGregor | | Sibling | $ 4,250,000.00 |
| 7 | Harvey | Joseph | Gardner | III | Joseph | W. | Gardner | | Sibling | $ 4,250,000.00 |
| 8 | Steven | L. | Glick | | Colin | Glick | Stuart | | Child | $ 8,500,000.00 |
| 9 | Steven | L. | Glick | | Courtney | Glick | Stuart | | Child | $ 8,500,000.00 |
| 10 | Ralph | Michael | Licciardi | | Jo-Ann | | Licciardi | | Parent | $ 8,500,000.00 |
| 11 | Timothy | M. | O'Brien | | Sean | Patrick | O'Brien | | Sibling | $ 4,250,000.00 |
| 12 | Gregory | M. | Preziose | | Jake | D. | Preziose | | Child | $ 8,500,000.00 |
| 13 | Gregory | M. | Preziose | | Anthony | G. | Preziose | | Child | $ 8,500,000.00 |
| 14 | Gregory | M. | Preziose | | Gabrielle | M. | Preziose | | Child | $ 8,500,000.00 |
| | | | | | | | | | | $ 106,000,000.00 |