# EXHIBIT A

| | | | | EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| | John | Thomas | Vigiano | II | Nicolette | Maria | Vigiano | | Child | $ 8,500,000.00 |
| | John | Thomas | Vigiano | II | Ariana | | Vigiano | | Child | $ 8,500,000.00 |
| | John | David | Yamnicky | Sr. | John | David | Yamnicky | Jr. | Child | $ 8,500,000.00 |
| | | | | | | | | | | $ 25,500,000.00 |