

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 6, 2019

***By ECF***
Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

     Re: *In re Terrorist Attacks*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

  With the consent of the Plaintiffs' Executive Committees ("PECs"), we write respectfully to request an additional extension of four business days, from September 6, to September 12, 2019, to respond to the remaining aspects of the PECs' motion to compel with regard to the Federal Bureau of Investigation ("FBI").  Pursuant to the Court-approved schedule, ECF Nos. 4524, 4987, the PECs filed the motion on May 31, the FBI responded to certain aspects of the motion on June 21, and the FBI is to respond to the remaining aspects of the motion by today.

  We make this request because the FBI's response to the motion is being coordinated at the highest levels of the Department of Justice, and additional time is needed to finalize the FBI's submission and the scope of the privilege assertions.  The PECs have kindly consented to the extension request.  We thank the Court for its consideration of this request.

            Respectfully,

            GEOFFREY S. BERMAN
            United States Attorney for the
            Southern District of New York

        By: */s/ Sarah S. Normand*
          SARAH S. NORMAND
          JEANNETTE A. VARGAS
          ANDREW E. KRAUSE
          Assistant United States Attorneys
          86 Chambers Street, 3rd Floor
          New York, New York 10007
          Tel.  (212) 637-2709/2678/2769