UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

[~~PROPOSED~~] FINAL ORDER OF SUMMARY JUDGMENT

Upon consideration of the evidence and arguments submitted by the *Ashton* wrongful death Plaintiffs in the above-captioned action and the Judgment by Default Against the Islamic Republic of Iran entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that final judgment is entered on behalf of those Plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-cv-6977 (GBD) (SN) identified in the attached Exhibit A against the Islamic Republic of Iran (the "*Ashton XIII* Plaintiffs"); and it is

**ORDERED** that the *Ashton XIII* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

**ORDERED** that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings.

Dated: New York, New York
_____SEP 0 9 2019_____, 2019

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Beyer, Paul M. | Beyer, Arlene | Spouse | $12,500,000.00 |
| 2 | Beyer, Paul M. | Beyer, Jane | Sibling | $4,250,000.00 |
| 3 | Beyer, Paul M. | Beyer, Mark | Sibling | $4,250,000.00 |
| 4 | Beyer, Paul M. | Beyer, Michael | Child | $8,500,000.00 |
| 5 | Beyer, Paul M. | Beyer, Shawn | Child | $8,500,000.00 |
| 6 | Esposito, Michael | Esposito, Denise | Spouse | $12,500,000.00 |
| 7 | Garcia, Jr., Andrew | Garcia, Kenneth | Sibling | $4,250,000.00 |
| 8 | Gardner, Thomas | Gardner, Amy | Child | $8,500,000.00 |
| 9 | Gardner, Thomas | Gardner, Margaret | Parent | $8,500,000.00 |
| 10 | Gardner, Thomas | Gardner, Joseph | Sibling | $4,250,000.00 |
| 11 | Johnston, Jr., William | Cuff, Diane | Sibling | $4,250,000.00 |
| 12 | Johnston, Jr., William | Johnston, Robert | Sibling | $4,250,000.00 |
| 13 | Johnston, Jr., William | Sciurba, Christine | Sibling | $4,250,000.00 |
| 14 | Leahy, James P. | Leahy, Daniel | Child | $8,500,000.00 |
| 15 | Leahy, James P. | Leahy, John | Child | $8,500,000.00 |
| 16 | Leahy, James P. | Leahy, Jr., James | Child | $8,500,000.00 |
| 17 | Leahy, James P. | Leahy, Marcela | Spouse | $12,500,000.00 |
| 18 | Ross, Richard | Ross Goodman, Abigail | Child | $8,500,000.00 |
| 19 | Ross, Richard | Ross, Alison | Child | $8,500,000.00 |
| 20 | Ross, Richard | Ross, Franklin | Child | $8,500,000.00 |
| 21 | Suarez, Ramon | Suarez, Carmen | Spouse | $12,500,000.00 |
| 22 | Suarez, Ramon | Suarez, Jillian | Child | $8,500,000.00 |