USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 09 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Nolan et al. v. Islamic Republic of Iran*, 18-cv-11340 (GBD)(SN))

## [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by the *Nolan* wrongful death Plaintiffs in the above-captioned actions and the Judgment by Default Against the Islamic Republic of Iran entered on August 26, 2015, together with the entire record in this case, it is hereby;

**ORDERED** that partial final judgment is entered on behalf of those Plaintiffs in the case *Nolan, et al. v. Islamic Republic of Iran, 18-cv-11340* identified in the attached Exhibit A against the Islamic Republic of Iran (the *"Nolan"* Plaintiffs); and it is

**ORDERED** that the *Nolan* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A with prejudgment interest on those awards to be calculated at a rate of 4.96 percent per annum, compounded annually, over the same period;

**ORDERED** that the *Nolan* Plaintiffs identified in the attached Exhibit A may submit a future application for economic, punitive or other damages, to the extent such awards have not previously been addressed, consistent with any future rulings of this Court;

**ORDERED** that the *Nolan* Plaintiffs not appearing on Exhibit A and who were not previously awarded solatium damages may submit applications in later stages and they will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated: New York, New York

SEP 0 9 2019 2019

SO ORDERED:

GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A

|   | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|---|
| 1 | Nolan, Susan | Cullen, Thomas | Spouse | $12,500,000.00 |
| 2 | Nolan, Thomas P. Cullen | Cullen, Thomas | Child | $8,500,000.00 |