| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | EXHIBIT A | | | | | |
| 1 | Christopher | Edward | Allingham | | Kyle | P. | Allingham | | Child | $ 8,500,000.00 |
| 2 | Christopher | Edward | Allingham | | Donna | | Allingham | | Spouse | $ 12,500,000.00 |
| 3 | Christopher | Edward | Allingham | | Christopher | T. | Allingham | | Child | $ 8,500,000.00 |
| 4 | Michael | Rourke | Andrews | | Edward | S. | Andrews (Estate of) | | Parent | $ 8,500,000.00 |
| 5 | Adam | P. | Arias | | Theresa | | Arias (Estate of) | | Parent | $ 8,500,000.00 |
| 6 | Michael | Joseph | Armstrong | | Gabriel | | Armstrong (Estate of) | | Parent | $ 8,500,000.00 |
| 7 | Michael | Edward | Asher | | Stuart | | Asher (Estate of) | | Sibling | $ 4,250,000.00 |
| 8 | Helen | | Belilovsky | | Leonid | | Tisnovskiy (Estate of) | | Parent | $ 8,500,000.00 |
| 9 | Denise | Lenore | Benedetto | | Maria | | Giordano (Estate of) | | Parent | $ 8,500,000.00 |
| 10 | Denise | Lenore | Benedetto | | Mario | | Giordano (Estate of) | | Parent | $ 8,500,000.00 |
| 11 | William | H. | Bernstein | | Norma | | Bernstein (Estate of) | | Parent | $ 8,500,000.00 |
| 12 | William | H. | Bernstein | | Murray | | Bernstein (Estate of) | | Parent | $ 8,500,000.00 |
| 13 | Brian | | Bilcher | | Miles | | Bilcher (Estate of) | | Parent | $ 8,500,000.00 |
| 14 | Canfield | D. | Boone | | Linda | K. | Boone (Estate of) | | Spouse | $ 12,500,000.00 |
| 15 | Gregory | Joseph | Buck | | Ernst | H. | Buck (Estate of) | | Parent | $ 8,500,000.00 |
| 16 | Nancy | Clare | Bueche | | Helen | R. | McNulty (Estate of) | | Parent | $ 8,500,000.00 |
| 17 | Nancy | Clare | Bueche | | Mary | Ellen | McNulty (Estate of) | | Sibling | $ 4,250,000.00 |
| 18 | Stephen | | Bunin | | Aseneth | | Bunin (Estate of) | | Spouse | $ 12,500,000.00 |
| 19 | Michael | F. | Cammarata | | Linda | | Cammarata (Estate of) | | Parent | $ 8,500,000.00 |
| 20 | Brian | | Cannizzaro | | Charles | | Cannizzaro | | Sibling | $ 4,250,000.00 |
| 21 | Michael | R. | Canty | | James | E. | Canty (Estate of) | | Sibling | $ 4,250,000.00 |
| 22 | Pedro | | Checo | | Marmily | | Cabrera | | Spouse | $ 12,500,000.00 |
| 23 | Pedro | | Checo | | Julian | | Checo | | Child | $ 8,500,000.00 |
| 24 | Pedro | | Checo | | Jasen | | Checo | | Child | $ 8,500,000.00 |
| 25 | Stephen | Patrick | Cherry | | Donald | Ross | Cherry (Estate of) | | Parent | $ 8,500,000.00 |
| 26 | James | Durward | Cleere | | Betty | B. | Cleere (Estate of) | | Parent | $ 8,500,000.00 |
| 27 | Keith | Eugene | Coleman | | Elodie | | Coleman | | Spouse | $ 12,500,000.00 |

| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Keith | Eugene | Coleman | | Vaughn | McGwire | Coleman | | Child | $ 8,500,000.00 |
| 29 | Keith | Eugene | Coleman | | Neva | Rae | Coleman | | Child | $ 8,500,000.00 |
| 30 | Robert | Joseph | Coll | Jr. | Edward | | Coll (Estate of) | Jr. | Parent | $ 8,500,000.00 |
| 31 | Robert | Joseph | Coll | II | Christine | Kathryn | Cochet | | Sibling | $ 4,250,000.00 |
| 32 | John | Michael | Collins | | Anna | E. | Collins (Estate of) | | Parent | $ 8,500,000.00 |
| 33 | Kevin | P. | Connors | | Sylvia | L. | Connors | | Spouse | $ 12,500,000.00 |
| 34 | Kevin | Raymond | Crotty | | Kyle | J. | Crotty | | Child | $ 8,500,000.00 |
| 35 | Paul | Dario | Curioli | | Kathi | S. | Curioli (Estate of) | | Spouse | $ 12,500,000.00 |
| 36 | Azucena | | de la Torre | | Diana | | de la Torre | | Sibling | $ 4,250,000.00 |
| 37 | Jerome | | Dominguez | | Frank | | Dominguez | | Sibling | $ 4,250,000.00 |
| 38 | Eric | Brian | Evans | | Corrine | J. | Evans (Estate of) | | Parent | $ 8,500,000.00 |
| 39 | Eric | Brian | Evans | | Charles | R. | Evans (Estate of) | Sr. | Parent | $ 8,500,000.00 |
| 40 | Kathleen | | Faragher | | James | A. | Faragher | | Sibling | $ 4,250,000.00 |
| 41 | Joseph | | Farrelly | | Denis | M. | Farrelly (Estate of) | | Sibling | $ 4,250,000.00 |
| 42 | Joseph | | Farrelly | | Theresa | M. | Farrelly (Estate of) | | Parent | $ 8,500,000.00 |
| 43 | Joseph | | Farrelly | | Joseph | D. | Farrelly (Estate of) | | Parent | $ 8,500,000.00 |
| 44 | Robert | | Fazio | Jr. | Felicia | C. | Fazio (Estate of) | | Parent | $ 8,500,000.00 |
| 45 | Kristen | Nicole | Fiedel | | Isabel | Marilyn | Fiedel (Estate of) | | Parent | $ 8,500,000.00 |
| 46 | Michael | N. | Fodor | | Deborah | Ann | Fodor (Estate of) | | Spouse | $ 12,500,000.00 |
| 47 | Del | Rose | Forbes-Cheatham | | Christopher | Rodrigues | Forbes | | Sibling | $ 4,250,000.00 |
| 48 | Jeffrey | L. | Fox | | Nancy | B. | Fox | | Spouse | $ 12,500,000.00 |
| 49 | Jeffrey | L. | Fox | | Jessica | | Cashman | | Child | $ 8,500,000.00 |
| 50 | Jeffrey | L. | Fox | | Amanda | | Ogilby | | Child | $ 8,500,000.00 |
| 51 | Gregg | J. | Froehner | | Meghan | Elizabeth | Froehner | | Child | $ 8,500,000.00 |
| 52 | Gregg | J. | Froehner | | Heather | Anne | Froehner | | Child | $ 8,500,000.00 |
| 53 | Gregg | J. | Froehner | | Matthew | John | Froehner | | Child | $ 8,500,000.00 |
| 54 | Gregg | J. | Froehner | | Kathleen | Marie | Froehner | | Child | $ 8,500,000.00 |
| 55 | Clement | | Fumando | | Margaret | | Fumando (Estate of) | | Parent | $ 8,500,000.00 |
| 56 | Karleton | D. | Fyfe | | Jackson | A. | Fyfe | | Child | $ 8,500,000.00 |
| 57 | Giovanna | G. | Gambale | | Anthony | J. | Gambale (Estate of) | | Parent | $ 8,500,000.00 |
| 58 | Charles | William | Garbarini | | Charles | Andrew | Garbarini (Estate of) | | Parent | $ 8,500,000.00 |
| 59 | Harvey | Joseph | Gardner | III | Harvey | J. | Gardner (Estate of) | | Parent | $ 8,500,000.00 |
| 60 | John | F. | Ginley | | Connor | | Ginley | | Child | $ 8,500,000.00 |
| 61 | Martin | | Giovinazzo | | Martin | | Giovinazzo (Estate of) | Sr. | Parent | $ 8,500,000.00 |
| 62 | Martin | | Giovinazzo | | Domenica | | Giovinazzo (Estate of) | | Parent | $ 8,500,000.00 |

| # | First | Middle | Last | | First2 | Middle2 | Last2 | Suffix | Relation | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | Catherine | C. | Gorayeb | | Katharine | Grace | Gorayeb | | Child | $ | 8,500,000.00 |
| 64 | Christopher | Michael | Grady | | Rita | M. | Grady (Estate of) | | Parent | $ | 8,500,000.00 |
| 65 | Wade | Brian | Green | | Thomas | | Green (Estate of) | | Parent | $ | 8,500,000.00 |
| 66 | Richard | J. | Guadagno | | Beatrice | Josephine | Guadagno (Estate of) | | Parent | $ | 8,500,000.00 |
| 67 | Robert | John | Halligan | | Brenda | Olive | Halligan (Estate of) | | Parent | $ | 8,500,000.00 |
| 68 | Robert | John | Halligan | | James | E. | Halligan | | Child | $ | 8,500,000.00 |
| 69 | Carl | Max | Hammond | Jr. | Carl | Max | Hammond (Estate of) | Sr. | Parent | $ | 8,500,000.00 |
| 70 | Frances | | Haros | | Andrea | | Caldarella (Estate of) | | Child | $ | 8,500,000.00 |
| 71 | Michael | | Haub | | Helmut | W. | Haub (Estate of) | | Parent | $ | 8,500,000.00 |
| 72 | Robert | Jay | Hayes | | Ryan | Allen | Hayes | | Child | $ | 8,500,000.00 |
| 73 | Robert | Jay | Hayes | | Robert | Joseph | Hayes | | Child | $ | 8,500,000.00 |
| 74 | Robert | Jay | Hayes | | Debora | Lynn | Hayes | | Spouse | $ | 12,500,000.00 |
| 75 | Claribel | | Hernandez | | Jaime | | Villalobos (Estate of) | | Parent | $ | 8,500,000.00 |
| 76 | Dennis | Michael | Johnson | | Elva | Lorraine | Johnson (Estate of) | | Parent | $ | 8,500,000.00 |
| 77 | Anthony | | Jovic | | Peter | Thomas | Jovic | | Child | $ | 8,500,000.00 |
| 78 | Anthony | | Jovic | | Matthew | Anthony | Jovic | | Child | $ | 8,500,000.00 |
| 79 | Vincent | D. | Kane | Jr. | Vincent | D. | Kane (Estate of) | Sr. | Parent | $ | 8,500,000.00 |
| 80 | Vincent | D. | Kane | Jr. | Joan | C. | Kane (Estate of) | | Parent | $ | 8,500,000.00 |
| 81 | Karol | Ann | Keasler | | Susan | K. | Keasler | | Sibling | $ | 4,250,000.00 |
| 82 | Karol | Ann | Keasler | | Denise | K. | Keasler (Estate of) | | Parent | $ | 8,500,000.00 |
| 83 | Deborah | | Kobus | | Leokadia | | Kobus (Estate of) | | Parent | $ | 8,500,000.00 |
| 84 | Maria | | LaVache | | Joseph | L. | LaVache (Estate of) | | Spouse | $ | 12,500,000.00 |
| 85 | Joseph | A. | Lenihan | | Anna | K. | Lenihan (Estate of) | | Parent | $ | 8,500,000.00 |
| 86 | John | J. | Lennon | Jr. | John | J. | Lennon (Estate of) | Sr. | Parent | $ | 8,500,000.00 |
| 87 | Steven | Barry | Lillianthal | | Sherman | | Lillianthal (Estate of) | | Parent | $ | 8,500,000.00 |
| 88 | Wei | Rong | Lin | | Zeng | Lu | Lin | | Parent | $ | 8,500,000.00 |
| 89 | Martin | | Lizzul | | Leopold | V. | Lizzul (Estate of) | | Parent | $ | 8,500,000.00 |
| 90 | Lee | Charles | Ludwig | | Louis | | Ludwig (Estate of) | Sr. | Parent | $ | 8,500,000.00 |
| 91 | Linda | Anne | Luzzicone | | Debra | | MacEwan (Estate of) | | Sibling | $ | 4,250,000.00 |
| 92 | Alexander | | Lygin | | Natalia | | Lygina | | Sibling | $ | 4,250,000.00 |
| 93 | CeeCee | Louise | Lyles | | Jordan | Anthony | Lyles | | Child | $ | 8,500,000.00 |
| 94 | CeeCee | Louise | Lyles | | Justin | Andrew | Lyles | | Child | $ | 8,500,000.00 |
| 95 | Robert | H. | Lynch | | Elisabeth | | Lynch | | Spouse | $ | 12,500,000.00 |
| 96 | Thomas | A. | Mahon | | Beth | A. | Mahon | | Spouse | $ | 12,500,000.00 |
| 97 | Thomas | A. | Mahon | | Shay | Elizabeth | Mahon | | Child | $ | 8,500,000.00 |

| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Relation | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 98 | William | J. | Mahoney | Jr. | Donna | | Mahoney | | Spouse | $ 12,500,000.00 |
| 99 | Charles | Joseph | Margiotta | | Charles | V. | Margiotta (Estate of) | | Parent | $ 8,500,000.00 |
| 100 | Jose | | Marrero | | Jodi | A. | Marrero | | Spouse | $ 12,500,000.00 |
| 101 | Jose | | Marrero | | Jenna | L. | Marrero | | Child | $ 8,500,000.00 |
| 102 | Jose | | Marrero | | Jonathan | J. | Marrero | | Child | $ 8,500,000.00 |
| 103 | Jose | | Marrero | | Jordan | C. | Marrero | | Child | $ 8,500,000.00 |
| 104 | Jose | Angel | Martinez | Jr. | Michael | Jesse | Martinez | | Child | $ 8,500,000.00 |
| 105 | Rudy | | Mastrocinque | Jr. | Isabel | | Mastrocinque (Estate of) | | Parent | $ 8,500,000.00 |
| 106 | Matthew | Thomas | McDermott | | Margaret | | McDermott | | Sibling | $ 4,250,000.00 |
| 107 | Joseph | Paul | McDonald | | Brigid | A. | McDonald | | Child | $ 8,500,000.00 |
| 108 | John | T. | McErlean | Jr. | Thomas | M. | McErlean (Estate of) | | Sibling | $ 4,250,000.00 |
| 109 | Donald | J. | McIntyre | | Jeannine | | McIntyre | | Spouse | $ 12,500,000.00 |
| 110 | Donald | J. | McIntyre | | Jeannine | | McIntyre (on behalf of minor) | | Child | $ 8,500,000.00 |
| 111 | Robert | W. | McPadden | | Katherine | M. | Richardson | | Spouse | $ 12,500,000.00 |
| 112 | Charles | | Mendez | | Kerri | Ann | Mendez | | Spouse | $ 12,500,000.00 |
| 113 | George | | Merino | | Zenaida | | Merino (Estate of) | | Parent | $ 8,500,000.00 |
| 114 | Thomas | | Mingione | | Gerald | | Mingione | | Parent | $ 8,500,000.00 |
| 115 | Thomas | | Mingione | | Antonina | | Mingione | | Parent | $ 8,500,000.00 |
| 116 | Richard | P. | Miuccio | | Robert | Peter | Miuccio (Estate of) | Sr. | Sibling | $ 4,250,000.00 |
| 117 | Jeffrey | P. | Mladenik | | Kathleen | | Mladenik (Estate of) | | Parent | $ 8,500,000.00 |
| 118 | Jeffrey | P. | Mladenik | | Richard | | Mladenik (Estate of) | | Parent | $ 8,500,000.00 |
| 119 | Carl | Eugene | Molinaro | | Carl | E. | Molinaro | | Child | $ 8,500,000.00 |
| 120 | Michael | G. | Montesi | | Ryan | | Montesi | | Child | $ 8,500,000.00 |
| 121 | Michael | G. | Montesi | | Nancy | Eileen | Montesi | | Spouse | $ 12,500,000.00 |
| 122 | Michael | G. | Montesi | | Matthew | J. | Montesi | | Child | $ 8,500,000.00 |
| 123 | Michael | G. | Montesi | | Ian | | Montesi | | Child | $ 8,500,000.00 |
| 124 | Seth | A. | Morris | | Lynn | | Morris-Piccolo | | Spouse | $ 12,500,000.00 |
| 125 | Michael | Joseph | Mullin | | Lynn | Anne | Mullin | | Parent | $ 8,500,000.00 |
| 126 | Michael | Joseph | Mullin | | Fredric | John | Mullin | | Parent | $ 8,500,000.00 |
| 127 | Edward | Charles | Murphy | | Evelyn | M. | Murphy (Estate of) | | Parent | $ 8,500,000.00 |
| 128 | John | J. | Murray | | Mary | Louise | Murray (Estate of) | | Parent | $ 8,500,000.00 |
| 129 | Luke | G. | Nee | | John | G. | Nee (Estate of) | | Parent | $ 8,500,000.00 |
| 130 | Laurie | Ann | Neira | | Gilberto | A. | Neira (Estate of) | | Spouse | $ 12,500,000.00 |

| # | First | MI | Last | First2 | MI2 | Last2 | Suffix | Relation | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 131 | Troy | Edward | Nilsen | Jennifer | | Nilsen | | Spouse | $ 12,500,000.00 |
| 132 | James | A. | Oakley | Jill | | Oakley | | Child | $ 8,500,000.00 |
| 133 | Emilio | | Ortiz | Emily | | Ortiz | | Child | $ 8,500,000.00 |
| 134 | Emilio | | Ortiz | Amanda | | Ortiz | | Child | $ 8,500,000.00 |
| 135 | Susan | | Pollio | Joyce | | Oxley (Estate of) | | Sibling | $ 4,250,000.00 |
| 136 | Lisa | Joy | Raines | Marilyn | | Raines (Estate of) | | Parent | $ 8,500,000.00 |
| 137 | Alfred | Todd | Rancke | Alfred | Edwin | Rancke (Estate of) | | Parent | $ 8,500,000.00 |
| 138 | Alfred | Todd | Rancke | Barbara | B. | Rancke (Estate of) | | Parent | $ 8,500,000.00 |
| 139 | Frank | | Reisman | Kasey | Michelle | Reisman | | Child | $ 8,500,000.00 |
| 140 | Frank | | Reisman | Dillon | Scott | Reisman | | Child | $ 8,500,000.00 |
| 141 | Frank | | Reisman | Gayle | | Reisman | | Spouse | $ 12,500,000.00 |
| 142 | Ann | Marie | Ricconboni | John | | Ricconboni | | Spouse | $ 12,500,000.00 |
| 143 | Mark | D. | Rothenberg | Rachel | Susan | Rothenberg | | Child | $ 8,500,000.00 |
| 144 | Adam | K. | Ruhalter | Danica | | Ruhalter | | Child | $ 8,500,000.00 |
| 145 | Thomas | E. | Sabella | Angelina | | Sabella (Estate of) | | Parent | $ 8,500,000.00 |
| 146 | Thomas | E. | Sabella | Edward | | Sabella (Estate of) | | Parent | $ 8,500,000.00 |
| 147 | Stephen | G. | Siller | Stephen | A. | Siller | | Child | $ 8,500,000.00 |
| 148 | Karl | T. | Smith | Philip | Trumbull | Smith (Estate of) | Jr. | Parent | $ 8,500,000.00 |
| 149 | Jeffrey | R. | Smith | Ellen | Shaw | Bakalian | | Spouse | $ 12,500,000.00 |
| 150 | Thomas | | Sparacio | Doreen | | Lanza (Estate of) | | Sibling | $ 4,250,000.00 |
| 151 | Michael | F. | Stabile | Lauren | Marie | Stabile | | Child | $ 8,500,000.00 |
| 152 | Michael | F. | Stabile | Michele | | Stabile | | Child | $ 8,500,000.00 |
| 153 | Michael | F. | Stabile | Roseanna | | Stabile | | Spouse | $ 12,500,000.00 |
| 154 | Andrew | | Stern | Daniel | C. | Stern | | Child | $ 8,500,000.00 |
| 155 | Andrew | | Stern | Katherine | | Stern | | Spouse | $ 12,500,000.00 |
| 156 | Andrew | | Stern | Emma | Florence | Stern | | Child | $ 8,500,000.00 |
| 157 | Richard | H. | Stewart | Jr. | Richard | H. | Stewart (Estate of) | Sr. | Parent | $ 8,500,000.00 |
| 158 | Daniel | | Suhr | Briana | | Suhr | | Child | $ 8,500,000.00 |
| 159 | Colleen | M. | Supinski | Benjamin | | Supinski | | Sibling | $ 4,250,000.00 |
| 160 | Claudia | | Sutton | Kadijah | Imani | Sutton | | Child | $ 8,500,000.00 |
| 161 | Claudia | | Sutton | Kyle | Jamal | Sutton | | Child | $ 8,500,000.00 |
| 162 | Michael | C. | Tarrou | James | | Tarrou (Estate of) | | Parent | $ 8,500,000.00 |
| 163 | Ronald | G. | Tartaro | William | | Tartaro (Estate of) | | Parent | $ 8,500,000.00 |
| 164 | Anthony | | Tempesta | Amanda | | Tempesta | | Child | $ 8,500,000.00 |
| 165 | Anthony | | Tempesta | Matthew | | Tempesta | | Child | $ 8,500,000.00 |

| # | First | Middle | Last | Rel First | Rel Middle | Decedent | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 166 | Dorothy | | Temple | Rosalyn | | Temple (Estate of) | | Sibling | $ 4,250,000.00 |
| 167 | Scott | Charles | Timmes | Kristine | | Timmes | | Spouse | $ 12,500,000.00 |
| 168 | Scott | Charles | Timmes | Sydney | Ellyn | Timmes | | Child | $ 8,500,000.00 |
| 169 | Walter | P. | Travers | Kevin | | Travers | | Child | $ 8,500,000.00 |
| 170 | Benito | | Valentin | Danyelle | M. | Valentin | | Child | $ 8,500,000.00 |
| 171 | Benito | | Valentin | Alyssa | N. | Valentin | | Child | $ 8,500,000.00 |
| 172 | Benito | | Valentin | Jailene | A. | Valentin | | Child | $ 8,500,000.00 |
| 173 | Benito | | Valentin | Grissel | Rodriguez | Valentin | | Spouse | $ 12,500,000.00 |
| 174 | David | | Vargas | Leslie | Michelle | Vargas | | Child | $ 8,500,000.00 |
| 175 | Michael | | Warchola | Michael | | Warchola (Estate of) | | Parent | $ 8,500,000.00 |
| 176 | Charles | Edward | Waters | Barbara | | Waters | | Spouse | $ 12,500,000.00 |
| 177 | Charles | Edward | Waters | Allison | Marie | Waters | | Child | $ 8,500,000.00 |
| 178 | Michael | T. | Weinberg | Mary | P. | Weinberg (Estate of) | | Parent | $ 8,500,000.00 |
| 179 | Peter | Matthew | West | Arthur | H. | West (Estate of) | Jr. | Sibling | $ 4,250,000.00 |
| 180 | James | Patrick | White | Alphonse | J. | White (Estate of) | Jr. | Parent | $ 8,500,000.00 |
| 181 | David | Harold | Winton | Joan | W. | Winton (Estate of) | | Parent | $ 8,500,000.00 |
| 182 | Brent | James | Woodall | John. | W. | Woodall (Estate of) | | Parent | $ 8,500,000.00 |
| 183 | Robert | Alan | Zampieri | Robert | Albert | Zampieri (Estate of) | | Parent | $ 8,500,000.00 |
| | | | | | | **TOTAL:** | | | **$ 1,586,250,000.00** |