| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | EXHIBIT A |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Doreen | J. | Angrisani | | Irene | T. | Angrisani | | Parent | $ 8,500,000.00 |
| 2 | Adam | P. | Arias | | Theresa | | Arias | | Parent | $ 8,500,000.00 |
| 3 | Susan | M. | Pollio | | Phyllis | | Pollio (Estate of) | | Parent | $ 8,500,000.00 |
| | | | | | | | | | | |
| | | | | | | | TOTAL: | | | $ 25,500,000.00 |