| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EXHIBIT A** | | | | | | | | | | | | |
| **#** | **DECEDENT FIRST NAME** | **DECEDENT MIDDLE NAME** | **DECEDENT LAST NAME** | **SUFFIX** | **PLAINTIFF FIRST NAME** | **PLAINTIFF MIDDLE NAME** | **PLAINTIFF LAST NAME** | **PLAINTIFF SUFFIX** | **RELATIONSHIP TO DECEDENT** | **SOLATIUM** | | |
| 1 | Doreen | J. | Angrisani | | Irene | T. | Angrisani | | Parent | $ | 8,500,000.00 | |
| 2 | Adam | P. | Arias | | Theresa | | Arias | | Parent | $ | 8,500,000.00 | |
| 3 | Susan | M. | Pollio | | Phyllis | | Pollio (Estate of) | | Parent | $ | 8,500,000.00 | |
| | | | | | | | | | | | | |
| | | | | | | | **TOTAL:** | | | $ | 25,500,000.00 | |