UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 10 2019

MEMORANDUM DECISION
AND ORDER

03 MDL 1570 (GBD) (SN)

This document relates to:

*Chang Dom Kim et al. v. Islamic Republic of Iran*, 1:18-cv-11870 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' Motion for Partial Final Judgement, (ECF No. 4934), is GRANTED in part and DENIED in part. This Court's determination on solatium damages and prejudgment interest for all non-immediate-family-member claimants shall be decided by separate opinions because the specific factual circumstances of the non-immediate family members require further analysis.

Final judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran (the "*Kim II* Plaintiffs"), with the exception of Margaret Ann Williams, Christine Sandra Wilson, Katherine Wynn, Edith Otelia Harris, Carlene Wynn as Personal Representative of the Estate of Lelia Mae Wynn, and Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles; and it is

**ORDERED** that all other *Kim II* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

**ORDERED** that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages

awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings.

The Clerk of Court is directed to close the motions in 03 md 1570, (ECF No. 4934), and 18 Civ. 11870, (ECF No. 40), accordingly.

Dated: September 10, 2019
      New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

EX. A to *Kim* Motion for Judgment on Damages (II)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1. | Elizabeth Ann Kiel | John Joseph Florio | Sibling | $4,250,000 |
| 2. | John Florio | John Joseph Florio | Parent | $8,500,000 |
| 3. | Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz | Nezam Hafiz | Parent (Deceased) | $8,500,000 |
| 4. | Douglas Hall as Personal Representative of the Estate of Herman W. Hall | Richard Hall | Parent (Deceased) | $8,500,000 |
| 5. | Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles | Peggie Hurt | Parent (Deceased) | TBD |
| 6. | Edith Otelia Harris | Peggie Hurt | Parent | TBD |
| 7. | Margaret Ann Williams | Peggie Hurt | Sibling | TBD |
| 8. | Christine Sandra Wilson | Peggie Hurt | Parent | TBD |
| 9. | Carlene Wynn as Personal Representative of the Estate of Lelia Mae Wynn | Peggie Hurt | Parent (Deceased) | TBD |
| 10. | Katherine Wynn | Peggie Hurt | Parent | TBD |

|  | Total |  |  | $29,750,000.00 |
|---|---|---|---|---|