**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------- x



MEMORANDUM DECISION AND ORDER

03 MDL 1570 (GBD) (SN)

This document relates to:

*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, 18 Civ. 5306 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' Motion for Partial Final Judgement, (ECF No. 4918), is GRANTED in part and DENIED in part. This Court's determination on solatium damages and prejudgment interest for all non-immediate-family-member claimants shall be decided by separate opinions because the specific factual circumstances of the non-immediate family members require further analysis.

Final judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran (the "*DeRubbio II* Plaintiffs"), with the exception of George A. Cuellar and Rebecca Loethen; and it is

**ORDERED** that all other *DeRubbio II* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

**ORDERED** that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings.

The Clerk of Court is directed to close the motions in 03 md 1570, (ECF No. 4918), and 18 Civ. 5306, (ECF No. 85), accordingly.

Dated: September 10, 2019
      New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

**EX. A to *DeRubbio* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | George A. Cuellar | Luke Dudek | Spouse | TBD |
| 2 | Rebecca Loethen | Julie M. Geis | Spouse | TBD |
| 3 | Timothy Geraghty | Edward F. Geraghty | Sibling | $4,250,000 |
| 4 | Dora Murillo | Mauricio Gonzalez | Sibling | $4,250,000 |
| 5 | Gary McKinzy | Diane Hale-McKinzy | Spouse | $12,500,000 |
| 6 | Mohammad Hamdani | Mohammad S. Hamdani | Sibling | $4,250,000 |
| 7 | Cheryl Hyland | Stephen N. Hyland | Sibling | $4,250,000 |
| 8 | Jeffrey Jenkins | John C. Jenkins | Sibling | $4,250,000 |

|   | Total |   |   | $33,750,000.00 |
|---|---|---|---|---|