UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------x

MEMORANDUM DECISION
AND ORDER

03 MDL 1570 (GBD) (SN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 10 2019

This document relates to:

*Abel, et al. v. Islamic Republic of Iran*, 18 Civ. 11837 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' Motion for Partial Final Judgement, (ECF No. 4910), is GRANTED in part and DENIED in part. This Court's determination on solatium damages and prejudgment interest for all non-immediate-family-member claimants shall be decided by separate opinions because the specific factual circumstances of the non-immediate family members require further analysis.

Final judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran (the "*Abel II* Plaintiffs"), with the exception of Diana P. Castano and Julio Masa Lebron; and it is

**ORDERED** that all other *Abel II* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

**ORDERED** that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings.

The Clerk of Court is directed to close the motions in 03 md 1570, (ECF No. 4910), and 18 Civ. 11837, (ECF No. 32), accordingly.

Dated: September 10, 2019
      New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

**EX. A to *Abel* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Frank Camaj | Roko Camaj | Sibling | $4,250,000 |
| 2 | Kole Camaj | Roko Camaj | Sibling | $4,250,000 |
| 3 | Preta Berisha | Roko Camaj | Sibling | $4,250,000 |
| 4 | Daniel R. Carlson | Rosemarie C. Carlson | Child | $8,500,000 |
| 5 | James D. Carlson | Rosemarie C. Carlson | Child | $8,500,000 |
| 6 | Kimberly R. Carlson | Rosemarie C. Carlson | Child | $8,500,000 |
| 7 | Stephen J. Carlson | Rosemarie C. Carlson | Child | $8,500,000 |
| 8 | Diana P. Castano | Alejandro Castano | Spouse | TBD |
| 9 | Julio Masa Lebron | Ana M. Centeno | Parent | TBD |

|   | Total |   |   | $46,750,000.00 |
|---|---|---|---|---|

4