USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: SEP 1 0 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------x

MEMORANDUM DECISION
AND ORDER

03 MDL 1570 (GBD) (SN)

This document relates to:

*Roberta Agyeman et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' Motion for Partial Final Judgement, (ECF No. 4914), is GRANTED in part and DENIED in part. This Court's determination on solatium damages and prejudgment interest for all non-immediate-family-member claimants shall be decided by separate opinions because the specific factual circumstances of the non-immediate family members require further analysis.

Final judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran (the "*Agyeman II* Plaintiffs"), with the exception of Reginald Colon and Rosa Colon; and it is

**ORDERED** that Plaintiff Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine Corrigan, is awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000, as set forth in Exhibit A; and it is

**ORDERED** that Plaintiff Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine Corrigan, is awarded economic damages in the amount of

$6,410,658 as set forth in Exhibit A and as supported by the expert reports and analyses submitted as Exhibits B and C to the Goldman Declaration; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

**ORDERED** that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings.

The Clerk of Court is directed to close the motions in 03-md-1570 (ECF No. 4914) and 18-CV-5320 (ECF No. 84), accordingly.

Dated: September 10, 2019
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

2

# EXHIBIT A

**EX. A to *Agyeman* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages | Pain and Suffering Damages | Economic Damages | Total Damages (Per Plaintiff) |
|---|---|---|---|---|---|---|---|
| 1 | Reginald Colon | Jaime Concepcion | Child | $8,500,000 | N/A | N/A | TBD |
| 2 | Rosa Colon | Jaime Concepcion | Child | $8,500,000 | N/A | N/A | TBD |
| 3 | Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine R. Corrigan | Georgine R. Corrigan | PR | N/A | $2,000,000 | $6,410,658 | $8,410,658.00 |

| TOTAL | $8,410,658.00 |
|---|---|