USDC SDNY
DOCUMENT
ELECTR...
DC #:
DATE FILED: 9/11/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-------------------------------------------------------------X

03 **MDL** 1570 (GBD)

**JUDGMENT**

This document relates to:

Roberta Agyeman *et al. v. Islamic Republic of Iran*, 1:18-cv-05320 (GBD) (SN)

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 10, 2019, that Plaintiffs' motion for partial final judgment, (ECF No. 4914) is granted in part and denied in part; this Court's determination on solatium damages and prejudgment interest for all non-immediate-family member claimants shall be decided by separate opinions because the specific factual circumstances of the non-immediate family members require further analysis; Final judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran (the "Agyeman II Plaintiffs"), with the exception of Reginald Colon and Rose Colon; and it is

ORDERED that Plaintiff Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine Corrigan, is awarded compensatory damages for decedents' pain and suffering in the amount of $2,000,000, as set forth in Exhibit A; and it is

ORDERED that Plaintiff Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine Corrigan, is awarded economic damages in the

amount of $6,410,658 as set forth in Exhibit A and as supported by the expert reports and analyses submitted as Exhibit B and C to the Goldman Declaration; and it is

ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

ORDERED that the Plaintiff not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings;

(1) Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine R. Corrigan.

Dated: New York, New York
       September 11, 2019

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 9/11/2019

EX. A to *Agyeman* Motion for Judgment on Damages (II)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages | Pain and Suffering Damages | Economic Damages | Total Damages (Per Plaintiff) |
|---|---|---|---|---|---|---|---|
| 1 | Reginald Colon | Jaime Concepcion | Child | $8,500,000 | N/A | N/A | TBD |
| 2 | Rosa Colon | Jaime Concepcion | Child | $8,500,000 | N/A | N/A | TBD |
| 3 | Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine R. Corrigan | Georgine R. Corrigan | PR | N/A | $2,000,000 | $6,410,658 | $8,410,658.00 |

| TOTAL | $8,410,658.00 |
|---|---|