UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to: *All Cases*

## PLAINTIFFS' NOTICE OF INITIAL MOTION TO COMPEL THE FEDERAL BUREAU OF INVESTIGATION TO PRODUCE DOCUMENTS FROM ITS INVESTIGATION OF SAUDI GOVERNMENT OFFICIALS' ASSISTANCE TO 9/11 HIJACKERS

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law, the Declaration of Sean P. Carter (with exhibits appended thereto), the Declaration of Andrew J. Maloney III (with exhibits appended thereto), Plaintiffs' Proposed Orders, and the prior proceedings and pleadings in this litigation, Plaintiffs, by and through their counsel the Plaintiffs Executive Committees, will move the Court before the Honorable Sarah Netburn, at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square New York, NY 10007, at a date and time to be determined by the Court, for an Order:

1. Directing the Federal Bureau of Investigation ("FBI") to conduct searches of the FBI's files and databases for all documents, information, and evidence relating to Abdullah Ali Saleh al-Jaithen aka Abdullah A.S. al-Jraithen, Adel Mohamed al-Sadhan, Mutaeb Abdelaziz al-Sudairy, and Omar Abdi Mohamed aka Omar Al Khateeb, and to produce responsive documents identified through those searches to plaintiffs;

2. Directing the FBI to produce a version of the 2012 Summary Report of the FBI's subfile investigation, removing the redactions the 9/11 plaintiffs have challenged as improper; and,

3.    Directing the FBI to produce an unredacted version of the 2012 Summary Report to chambers for an *in camera* review by the Court, and granting such other and further relief as this Court deems just and proper.

Dated:  New York, New York
         May 31, 2019

COZEN O'CONNOR

By: /s/ *Sean P. Carter*
    SEAN P. CARTER
    COZEN O'CONNOR
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, Pennsylvania 19103
    Tel.: (215) 665-2105
    Email: scarter@cozen.com

*For the Plaintiffs' Exec. Committees*

KREINDLER & KREINDLER LLP

By: _____
    STEVEN R. POUNIAN
    ANDREW J. MALONEY
    KREINDLER & KREINDLER LLP
    750 Third Avenue
    New York, New York 10017
    Tel.: 212-687-8181
    Email: spounian@kreindler.com

*For the Plaintiffs' Exec. Committees*

MOTLEY RICE LLC

By: /s/ *Robert T. Haefele*
    ROBERT T. HAEFELE
    MOTLEY RICE LLC
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29465
    Tel.: (843) 216-9184
    Email: rhaefele@motleyrice.com

*For the Plaintiffs' Exec. Committees*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the annexed PLAINTIFFS' NOTICE OF INITIAL MOTION TO COMPELTHE FEDERAL BUREAU OF INVESTIGATION TO PRODUCE DOCUMENTS FROM ITS INVESTIGATION OF SAUDI GOVERNMENT OFFICIALS' ASSISTANCE TO 9/11 HIJACKERS with supporting Memoranda, documents and exhibits, being filed under seal, was served upon the following via email and U.S. First Class Mail this 31st day of May, 2019.

Geoffrey Berman, Esq.
Sarah Normand, Esq.
Jeanette Vargas, Esq.
United States Attorney's Office for the Southern District of New York Civil Division
86 Chambers Street / 3rd Floor
New York City, NY 10007
(Counsel for the United States)

Michael K. Kellogg, Esq.
Mark C. Hansen, Esq.
Gregory G. Rapawy, Esq.
Andrew Chun-Yang Shen, Esq.
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
mkellogg@kellogghansen.com
mhansen@kellogghansen.com
grapawy@kellogghansen.com
ashen@kellogghansen.com
(Counsel for the Kingdom of Saudi Arabia)

Robert K. Kry, Esq.
MOLO LAMPKIN
600 New Hampshire Ave., NW
Washington, DC 20037
T: (202) 556-2011
rkry@mololamken.com
(Counsel for Dallah Avco)

Dated: New York, NY
       May 31, 2019

STEVEN R. POUNIAN