

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 **MDL** 1570 (GBD)

**JUDGMENT**

------------------------------------------------------------X
This document relates to:

 Chang Dom Kim *et al. v. Islamic Republic of Iran*, 1:18-cv-11870 (GBD) (SN)

 It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 10, 2019, that Plaintiffs' motion for partial final judgment, (ECF No. 4934) is granted in part and denied in part; this Court's determination om solatium damages and prejudgment interest for all non-immediate-family member claimants shall be decided by separate opinions because the specific factual circumstances of the non-immediate family members require further analysis; Final judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran (the "Kim II Plaintiffs"), with the exception of Margret Ann Williams, Christine Sandra Wilson, Katherine Wynn, Edith Otelia Harris, Carlene Wynn as Personal Representative of the Estate of Lelia Mc Wynn, and Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles; and it is

 ORDERED that all other Kim II Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

 ORDERED that prejudgment interest is awarded to be calculated as a rate of 4.96% per annum; all interest compounded over the same period; and it is

ORDERED that the Plaintiff not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings;

(1) Elizabeth Ann Kiel in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum compounded annually over the same period;

(2) John Florio in the amount of $8,500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period;

(3) Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz in the amount of $8,500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period;

(4) Douglas Hall as Personal Representative of the Estate of Herman W. Hall in the amount of $8,500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period.

**Dated:** New York, New York
September 11, 2019

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 9/11/2019

**EX. A to *Kim* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1. | Elizabeth Ann Kiel | John Joseph Florio | Sibling | $4,250,000 |
| 2. | John Florio | John Joseph Florio | Parent | $8,500,000 |
| 3. | Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz | Nezam Hafiz | Parent (Deceased) | $8,500,000 |
| 4. | Douglas Hall as Personal Representative of the Estate of Herman W. Hall | Richard Hall | Parent (Deceased) | $8,500,000 |
| 5. | Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles | Peggie Hurt | Parent (Deceased) | TBD |
| 6. | Edith Otelia Harris | Peggie Hurt | Parent | TBD |
| 7. | Margaret Ann Williams | Peggie Hurt | Sibling | TBD |
| 8. | Christine Sandra Wilson | Peggie Hurt | Parent | TBD |
| 9. | Carlene Wynn as Personal Representative of the Estate of Lelia Mae Wynn | Peggie Hurt | Parent (Deceased) | TBD |
| 10. | Katherine Wynn | Peggie Hurt | Parent | TBD |

|  | Total |  |  | $29,750,000.00 |
|---|---|---|---|---|