**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |
| --- | --- |

This document relates to: *All Cases*

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Initial Motion to Compel the Federal Bureau of Investigation to Produce Documents from Its Investigation of Saudi Government Officials' Assistance to 9/11 Hijackers in the above-captioned action, any response thereto and argument thereon, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. The Federal Bureau of Investigation ("FBI") is directed to conduct searches of the FBI's files and databases for all documents, information, and evidence relating to Abdullah Ali Saleh al-Jaithen aka Abdullah A.S. al-Jraithen, Adel Mohamed al-Sadhan, Mutaeb Abdelaziz al-Sudairy, and Omar Abdi Mohamed aka Omar Al Khateeb, and to produce responsive documents identified through those searches to plaintiffs within ___ days of the entry of this Order; and,

3. The FBI is directed produce a version of the 2012 Summary Report of the FBI's subfile investigation, removing the redactions the 9/11 plaintiffs have challenged as improper, within ___ days of the entry of this Order.

**SO ORDERED.**

Dated: _____, 2019
    New York, New York

                                      _____
                                        SARAH NETBURN
                                        United States Magistrate Judge