UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to: *All Cases*

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Initial Motion to Compel the Federal Bureau of Investigation to Produce Documents from Its Investigation of Saudi Government Officials' Assistance to 9/11 Hijackers in the above-captioned action, any response thereto and argument thereon, it is hereby ORDERED that:

1. The Federal Bureau of Investigation ("FBI") is directed to provide an unredacted version of the 2012 Summary Report to chambers for an *in camera* inspection within ____ days of the entry of this Order.

**SO ORDERED.**

Dated: _____, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge