UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

03 **MDL** 1570 (GBD)

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

**JUDGMENT**

------------------------------------------------------------X
This document relates to:

Jessica DeRubbio et al. v. Islamic Republic of Iran, *1:18-cv-5306 (GBD) (SN)*

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 10, 2019, that Plaintiffs' motion for partial final judgment, (ECF No. 4918) is granted in part and denied in part; this Court's determination on solatium damages and prejudgment interest for all non-immediate-family member claimants shall be decided by separate opinions because the specific factual circumstances of the non-immediate family members require further analysis; Final judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran (the "DeRubbio II Plaintiffs"), with the exception of George A. Cuellar and Rebecca Loethen; and it is

ORDERED that all other DeRubbio II Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

ORDERED that prejudgment interest is awarded to be calculated as a rate of 4.96% per annum; all interest compounded over the same period; and it is

ORDERED that the Plaintiff not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages

awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings;

(1) Timothy Geraghty in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum compounded annually over the same period;

(2) Dora Murillo in the amount of $4,250,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period;

(3) Gary McKinzy in the amount of $12,500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period;

(4) Mohammed Hamdani in the amount of $4,250,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period;

(5) Cheryl Hyland in the amount of $4,2500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period;

(6) Jeffrey Jenkins in the amount of $4,250,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period.

Dated: New York, New York
September 11, 2019

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 9/11/2019

**EX. A to *DeRubbio* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | George A. Cuellar | Luke Dudek | Spouse | TBD |
| 2 | Rebecca Loethen | Julie M. Geis | Spouse | TBD |
| 3 | Timothy Geraghty | Edward F. Geraghty | Sibling | $4,250,000 |
| 4 | Dora Murillo | Mauricio Gonzalez | Sibling | $4,250,000 |
| 5 | Gary McKinzy | Diane Hale-McKinzy | Spouse | $12,500,000 |
| 6 | Mohammad Hamdani | Mohammad S. Hamdani | Sibling | $4,250,000 |
| 7 | Cheryl Hyland | Stephen N. Hyland | Sibling | $4,250,000 |
| 8 | Jeffrey Jenkins | John C. Jenkins | Sibling | $4,250,000 |

| | Total | | | $33,750,000.00 |
|---|---|---|---|---|