# Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Smith, Kevin J. | Smith, Brian | Sibling | $4,250,000.00 |