USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 1 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Aronow, et al v. Islamic Republic of Iran* | 18-cv-12001 (GBD)(SN) <br> ECF Case |

## ORDER OF JUDGMENT AS TO LIABILITY AND FOR PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF ARONOW PLAINTIFFS IDENTIFIED AT EXHIBIT A

Upon consideration of the evidence and arguments submitted by Plaintiffs through their Motion for Entry of Partial Final Default Judgments Against the Islamic Republic of Iran as to Liability and Damages (the "Motion"), who are each a victim killed in the terrorists attacks on September 11, 2001, or are a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling), of a victim killed in the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby:

**ORDERED** that the Motion is granted and default judgment as to liability is entered in favor of all plaintiffs in *Aronow, et al. v. The Islamic Republic of Iran*, Case No. 19-cv-44 (GBD)(SN) against the Islamic Republic of Iran; and it is

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *Aronow, et al. v. The Islamic Republic of Iran.*, 19-cv-44, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Aronow* Plaintiffs not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages' for decedents pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
SEP 1 1 2019
_____, 2019

**SO ORDERED:**

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

## TO NOEL J. NUDELMAN DECLARATION IN *ARONOW*

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | Richard | Avery | Aronow | Gil | | Aronow | Sibling | $4,250,000.00 |
| 2 | Richard | Avery | Aronow | Estate of Grace | S. | Aronow | Mother | $8,500,000.00 |
| 3 | Richard | Avery | Aronow | Estate of Martin | L. | Aronow | Father | $8,500,000.00 |
| 4 | Richard | Avery | Aronow | Vera | K. | Aronow | Sibling | $4,250,000.00 |
| 5 | Richard | Avery | Aronow | William | J. | Aronow | Sibling | $8,500,000.00 |
| 6 | Richard | Avery | Aronow | Laura | | Weinberg | Spouse | $12,500,00.00 |
| 7 | Brian | Joseph | Murphy | Ann | M. | Murphy | Sibling | $4,250,000.00 |
| 8 | Brian | Joseph | Murphy | Cynthia | L. | Murphy | Sibling | $4,250,000.00 |
| 9 | Brian | Joseph | Murphy | Harold | A. | Murphy | Sibling | $4,250,000.00 |
| 10 | Brian | Joseph | Murphy | Judith | Bram | Murphy | Spouse | $12,500,00.00 |

Total: $46,750,000.00