UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................x

*In re Terrorist Attacks on September 11, 2001*   No. 03 MDL 1570(GBD)(SN)

...............................................................x

## NOTICE OF LODGING OF CLASSIFIED SUBMISSION

Non-party the Federal Bureau of Investigation ("FBI") hereby provides notice that a classified declaration of Michael C. McGarrity, Assistant Director, FBI, dated September 12, 2019, has been lodged with Classified Information Security Officer Daniel Hartenstine, Litigation Security Group, U.S. Department of Justice, for secure transmission to the Court. This submission is classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), is provided for the Court's review *in camera* and *ex parte*, and cannot be disclosed without proper authorization.

Dated: New York, New York
       September 12, 2019

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York,
        *Attorney for Federal Bureau of Investigation*

By:   /s/ *Sarah S. Normand*
      SARAH S. NORMAND
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Telephone No. (212) 637-2709
      Email: Sarah.Normand@usdoj.gov