| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Michael | Edward | Roberts | | John | J. | Roberts | | Parent | $ 8,500,000.00 |
| 2 | Michael | Edward | Roberts | | Veronica | M. | Roberts | | Parent | $ 8,500,000.00 |
| 3 | John | Anthony | Sherry | | John | Michael | Sherry | | Child | $ 8,500,000.00 |
| 4 | John | Anthony | Sherry | | James | Thomas | Sherry | | Child | $ 8,500,000.00 |
| 5 | Maniki | | Narula | | Baldev | | Narula | | Parent | $ 8,500,000.00 |
| | | | | | | | | | | |
| | | | | | | | | | TOTAL: | $ 42,500,000.00 |