UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------x

MEMORANDUM DECISION
AND ORDER

03 MDL 1570 (GBD) (SN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 13 2019

This document relates to:

*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, 18 Civ. 12387 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' Motion for Partial Final Judgement, (ECF No. 4930), is GRANTED in part and DENIED in part. This Court's determination on solatium damages and prejudgment interest for all non-immediate-family-member claimants shall be decided by separate opinions because the specific factual circumstances of the non-immediate family members require further analysis.

Final judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran (the "*Rowenhorst II* Plaintiffs"), with the exception of John Proodian; and it is

**ORDERED** that all other *Rowenhorst II* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

**ORDERED** that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings.

The Clerk of Court is directed to close the motions in 03 md 1570, (ECF No. 4930), and 18 Civ. 12387, (ECF No. 34), accordingly.

Dated: September 13, 2019
      New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

**EX. A to *Rowenhorst* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 1. | Daryl Gabriel | Benilda Domingo | Child | $8,500,000 |
| 2. | Kelly Marchese, as Personal Representative of the Estate of William J. Houston | Charles J. Houston | Sibling (Deceased) | $4,250,000 |
| 3. | John Proodian | Richard Muldowney Jr. | Child | TBD |
| 4. | Marie Sikorsky | Gregory Sikorsky | Spouse | $12,500,000 |
| 5. | Steven Sikorsky | Gregory Sikorsky | Child | $8,500,000 |
| 6. | Stanley Simon, as Personal Representative of the Estate of Arthur Simon | Kenneth Simon | Parent (Deceased) | $8,500,000 |
| 7. | Clotilda Vola as Personal Representative of the Estate of Rita Vola | Maria P. Vola | Parent (Deceased) | $8,500,000 |

| | Total | | | $50,750,000.00 |
|---|---|---|---|---|