UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 13 2019

MEMORANDUM DECISION
AND ORDER

03 MDL 1570 (GBD) (SN)

This document relates to:

*Alexander Jimenez, et al. v. Islamic Republic of Iran,* 1:18-cv-11875 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

Upon consideration of the evidence and arguments submitted by *Jimenez II* Plaintiffs identified in Exhibit A to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child or sibling), or a functional equivalent thereof, of a victim killed in the terrorist attacks on September 11, 2001, and the *Jimenez II* Plaintiffs' motion for Judgment for Default for liability and damages against the Islamic Republic of Iran ("Iran") filed on August 15, 2019 (03-md01570, ECF Nos. 4876–4879), together with the entire record in this case, it is hereby;

**ORDERED** that Plaintiffs' motion for partial final judgment is GRANTED in part and DENIED in part; and it is

**ORDERED** that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or estate of a spouse, parent, child or sibling), or a functional equivalent thereof, of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, except that Plaintiffs Jem A. Howard and Jody C. Howard, who are each functionally equivalent

to a child of a 9/11 decedent, are awarded $4,250,000, as they did not have a relationship with the decedent during their early childhoods (roughly birth through age eight), as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

**ORDERED** that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings.

The Clerk of Court is directed to close the motions in 03-md-1570 (ECF No. 4922) and 18-CV-11875 (ECF No. 33), accordingly.

Dated: September 13, 2019
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

EX. A to *Jimenez* Motion for Judgment on Damages (II)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Maurice Corbett Kearney | Lisa Kearney-Griffin | Sibling | $4,250,000 |
| 2 | Cornelius J. Keating as Personal Representative of the Estate of Muriel Keating | Paul Hanlon Keating | Parent (Deceased) | $8,500,000 |
| 3 | Thomas Kuras as Personal Representative of the Estate of Frances Kuras | Patricia A. Kuras | Parent (Deceased) | $8,500,000 |
| 4 | Jem A. Howard | Alan LaFrance | Child | $4,250,000 |
| 5 | Jody C. Howard | Alan LaFrance | Child | $4,250,000 |
| 6 | Joann Johnson as Personal Representative of the Estate of Searetha E. Wilson | Ada L. Mason | Parent (Deceased) | $8,500,000 |
| 7 | Dale Mattson as Personal Representative of the Estate of Bernice Mattson | Dean E. Mattson | Parent (Deceased) | $8,500,000 |
| 8 | Elizabeth ("Beth") McCarthy (nee McHale) as Personal Representative of the Estate of John F. McHale | Thomas McHale | Parent (Deceased) | $8,500,000 |
| 9 | Anthony B. McMahon | Robert Dismas McMahon | Sibling | $4,250,000 |
| 10 | Irene McMahon | Robert Dismas McMahon | Sibling | $4,250,000 |

|  | Total |  |  | $63,750,000.00 |
|---|---|---|---|---|