USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 3 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MEMORANDUM DECISION
AND ORDER

03 MDL 1570 (GBD) (SN)

This document relates to:

> *Betru, et al. v. Islamic Republic of Iran*, 18 Civ. 8297 (GBD) (SN)
> *Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02 Civ. 6977 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

Upon consideration of the evidence and arguments submitted by the *Betru* wrongful

death Plaintiffs in the above-captioned actions and the Judgment by Default Against the

Islamic Republic of Iran entered on August 26, 2015, together with the entire record in this

case, and in addition to the default judgment award for compensatory damages for the pre-

death conscious pain and suffering of each decedent, (see ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that final judgment is entered on behalf of Harold Lilie (the "*Betru*

Plaintiff"), identified in Exhibit A against the Islamic Republic of Iran, who has sufficiently

demonstrated that he is the *functional equivalent* of an immediate family member of 9/11

decedent Steven Furman under this Court's prior framework; and it is

**ORDERED** that the *Betru* Plaintiff identified in the attached Exhibit A is awarded

solatium damages as set forth in Exhibit A with prejudgment interest on that award to be

calculated at a rate of 4.96 percent per annum, compounded annually, over the same period;

and it is

**ORDERED** that the *Betru* Plaintiff identified in the attached Exhibits A and B may

submit a future application for punitive damages consistent with any future rulings of this

Court; and it is

**ORDERED** that the *Betru* Plaintiffs not appearing on Exhibit A and who were not previously awarded solatium and/or economic damages may submit applications in later stages and they will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

The Clerk of Court is directed to close the motion in 18 Civ. 8297, (ECF No. 25), accordingly.

Dated: September 13, 2019
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

| | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|---|
| 1 | Furman, Steven | Lilie, Harold | Parent | $4,250,000.00 |