```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/19
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 **MDL** 1570 (GBD)

**JUDGMENT**

----------------------------------------------------------X

This document relates to:

Matthew Rowenhorst *et al. v. Islamic Republic of Iran*, 1:18-cv-12387 (GBD) (SN)

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 13, 2019, that Plaintiffs' motion for partial final judgment, (ECF No. 4930) is granted in part and denied in part; this Court's determination on solatium damages and prejudgment interest for all non-immediate-family member claimants shall be decided by separate opinions because the specific factual circumstances of the non-immediate family members require further analysis; Final judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran (the "Rowenhorst II Plaintiffs"), with the exception of John Proodian; and it is

ORDERED that all other Rowenhorst II Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

ORDERED that prejudgment interest is awarded to be calculated as a rate of 4.96% per annum; all interest compounded over the same period; and it is

ORDERED that the Plaintiff not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings;

(1) Daryl Gabriel in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum compounded annually over the same period;

(2) Kelly Marchese, as Personal Representative of the Estates of William J. Houston in the amount of $4,250,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period;

(3) Marie Sikorsky in the amount of $12,500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period;

(4) Steven Sikorsky in the amount of $8,500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period;

(5) Stanley Simon, as Personal Representative of the Estate of Arthur Simon in the amount of $8,500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period.

(6) Clotilda Vola, as Personal Representative of the Estate of Rita Vola in the amount of $8,500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period;

**Dated:** New York, New York
September 13, 2019

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

**EX. A to *Rowenhorst* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 1. | Daryl Gabriel | Benilda Domingo | Child | $8,500,000 |
| 2. | Kelly Marchese, as Personal Representative of the Estate of William J. Houston | Charles J. Houston | Sibling (Deceased) | $4,250,000 |
| 3. | John Proodian | Richard Muldowney Jr. | Child | TBD |
| 4. | Marie Sikorsky | Gregory Sikorsky | Spouse | $12,500,000 |
| 5. | Steven Sikorsky | Gregory Sikorsky | Child | $8,500,000 |
| 6. | Stanley Simon, as Personal Representative of the Estate of Arthur Simon | Kenneth Simon | Parent (Deceased) | $8,500,000 |
| 7. | Clotilda Vola as Personal Representative of the Estate of Rita Vola | Maria P. Vola | Parent (Deceased) | $8,500,000 |

| Total | | | $50,750,000.00 |
|---|---|---|---|