```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CERTIFICATE OF MAILING**

Case No(s).:  03-MDL-1570 (GBD) (SN)
02-cv-6977 (GBD) (SN)
02-cv-7230  (GBD) (SN)

I hereby certify under the penalties of perjury that on the 16th day of September, 2019, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 7762 0100 5431, to the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

    1) the Notice of Default Judgment with certified Farsi translation;

    2) a true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation;

    3) a true and certified copy of the September 3, 2019 Partial Final Default Judgment and the moving papers of Plaintiffs' Motion, with certified Farsi translations of the Default Judgment and Plaintiffs' motion papers; and

    4) the Foreign Sovereign Immunities Act with certified Farsi translation.

Dated: New York, New York
       September 16, 2019

RUBY J. KRAJICK
CLERK OF COURT

Gordana Peter
*Deputy Clerk*