USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

## CERTIFICATE OF MAILING

Case No(s).:  03-MDL-1570 (GBD) (SN)
02-cv-6977 (GBD) (SN)
02-cv-7230  (GBD) (SN)

I hereby certify under the penalties of perjury that on the 16th day of September, 2019, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 7762 0103 9381, to the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

1) the Notice of Default Judgment with certified Farsi translation;

2) a true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation;

3) a true and certified copy of the August 20, 2019 Final Order of Summary Judgment and the moving papers of Plaintiffs' Motion, with certified Farsi translations of the Default Judgment and Plaintiffs' motion papers; and

4) the Foreign Sovereign Immunities Act with certified Farsi translation.

Dated: New York, New York
September 16, 2019

RUBY J. KRAJICK
CLERK OF COURT

_____
Gordana Peter
*Deputy Clerk*