# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

September 17, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    In accordance with the Court's September 6, 2019 Memo Endorsement, ECF No. 5091, the Plaintiffs' Executive Committees ("PECs") and Department of Justice ("DOJ") write to present their joint proposal for further briefing with regard to Plaintiffs' Motion to Compel Production of Certain Information in the 2012 FBI Summary Report. The parties jointly respectfully request that the Court enter an order authorizing the plaintiffs to file a reply brief, not to exceed 25 pages, on or before October 11, 2019, and that the government be permitted to file a sur-reply brief, not to exceed 10 pages, by October 25, 2019.

    In support of this proposal, the PECs note that the government filed its recent opposition brief more than 100 days after plaintiffs filed their motion to compel. The government's brief was accompanied by multiple declarations, and represented the first time the government has conveyed its final determinations with respect to the information at issue and articulated the substantive bases for its assertions of privilege. Further, the government's opposition raises a number of privileges and arguments relating to the standards of review applicable to plaintiffs' subpoena. The parties' proposal is aimed at ensuring the clearest presentation of the issues for the Court's consideration, and to allow the necessary coordination on behalf of the plaintiffs.

The Honorable Sarah Netburn
Page Two
September 17, 2019

      We thank Your Honor in advance for the Court's consideration of this request.

Respectfully submitted,

| COZEN O'CONNOR | KREINDLER & KREINDLER |
|---|---|
| */s/ Sean P. Carter* | */s/ Andrew J. Maloney* |
| Sean P. Carter, Esquire | Andrew J. Maloney, Esquire |
| 1650 Market Street, Suite 2800 | Steven R. Pounian, Esquire |
| Philadelphia, PA 19103 | 750 Third Avenue, 32nd Floor |
|  | New York, NY 10017 |
| MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims | MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |

MOTLEY RICE

*/s/ Robert T. Haefele*
Robert T. Haefele, Esquire
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

MDL 1570 Plaintiffs' Exec. Committee for
Personal Injury and Death Claims

LEGAL\42920162\1