```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On September 3, 2019, the Court directed the Burnett Plaintiffs to file a status letter addressing the timeliness of Plaintiffs' claims against the Islamic Republic of Iran ("Iran"). ECF No. 5044. The Burnett Plaintiffs, along with the Ashton and O'Neill Plaintiffs, filed separate letters on September 6, 2019. ECF Nos. 5095–97. The Defendants' Executive Committees ("DECs") filed a response on September 10. ECF No. 5121. The DECs take no position on Plaintiffs' claims against Iran, but object to certain arguments raised in Plaintiffs' letters that may relate to other Defendants in later disputes.

    Having reviewed the parties' letters, a telephone conference is scheduled for Monday, September 23, 2019, at 10:00 a.m. The parties should provide a call-in number to the Court by Friday, September 20, 2019.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 19, 2019
             New York, New York