**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE:  TERRORIST ATTACKS ON        :
SEPTEMBER 11, 2001                          :         03-MDL-1570 (GBD)(SN)
_____

**This Document Relates To:**
*Katherine Maher, Individually as Spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased; Daniel R. Maher, Individually and as Surviving Child of Daniel L. Maher, deceased; and Joseph F. Maher, individually and as Surviving Child of Daniel L. Maher, deceased only in the cases of Ashton, et al. v. al Qaeda Islamic Army, et al.,* **Case No. 02-cv-6977 (GBD)(SN);** *Bauer, et al. v. al Qaeda Islamic Army, et al.,* **Case No. 02-cv-7236 (GBD)(SN);** *and Ashton, et al. v. Kingdom of Saudi Arabia,* **Case No.: 17-cv-02003 (GBD)(SN)**

**MOTION TO SUBSTITUTE COUNSEL**

**COME NOW**, Katherine Maher, individually as spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased; Daniel R. Maher, individually as surviving child of Daniel L. Maher, deceased; and Joseph F. Maher, individually as surviving child of Daniel L. Maher, deceased ("the Maher Plaintiffs") Plaintiffs in *Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-6977 (GBD)(SN);  *Bauer, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-7236 (GBD)(SN); *and Ashton, et al. v. Kingdom of Saudi Arabia,* Case No.: 17-cv-02003 (GBD)(SN), and file this Motion to Substitute Counsel.  As grounds for said Motion, the Maher Plaintiffs state as follows:

1. The Maher Plaintiffs were represented by Thea Capone and Michel F. Baumeister of Baumeister & Samuels, P.C. ("Baumeister & Samuels").  On March 22, 2019, by email, Baumeister & Samuels informed the Maher Plaintiffs that they should seek new counsel.

2. The Maher Plaintiffs have retained Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC to represent them in this matter.

3. The Maher Plaintiffs request the Court to substitute Dennis G. Pantazis as attorney of record as to the Maher Plaintiffs *only*.

4. The Maher Plaintiffs and Dennis G. Pantazis consent to the substitution of counsel as requested herein (signed Consents attached hereto as Exhibit A).

5. The parties anticipate after substitution of counsel is granted, they will move the Court to separate the Maher Plaintiffs into a separate case.

**WHEREFORE, PREMISES CONSIDERED**, Katherine Maher, individually as spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased; Daniel R. Maher, individually as surviving child of Daniel L. Maher, deceased; and Joseph F. Maher, individually as surviving child of Daniel L. Maher, deceased, pray that this Honorable Court enter an Order substituting Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC as attorney of record for the Maher Plaintiffs *only* in *Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-6977 (GBD)(SN); *Bauer, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-7236 (GBD)(SN); *and Ashton, et al. v. Kingdom of Saudi Arabia,* Case No.: 17-cv-02003 (GBD)(SN).

    RESPECTFULLY SUBMITTED,

    */s/ Dennis G. Pantazis*
    Dennis G. Pantazis

OF COUNSEL:
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email:  dgp@wigginschilds.com