# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON : 
SEPTEMBER 11, 2001 :      03-MDL-1570 (GBD)(SN)

This Document Relates To:
*Katherine Maher, Individually as Spouse and as Personal Representative of the Estate of Daniel L. Maher, Deceased only in the cases of Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No.: 02-cv-06977 (GBD) (SN); *Bauer, et al. v. al Qaeda Islamic Army, et al.,* Case No.: 02-cv-07236 (GBD) (SN); and *Ashton, et al. v. Kingdom of Saudi Arabia, et al.,* Case No.: 17-cv-02003 (GBD) (SN)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Katherine Maher, individually as spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased**, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of Thea M. Capone of Baumeister & Samuels, P.C.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

I, Katherine Maher, individually as spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased, hereby consent to the above substitution of counsel.

Date: 8/20/19

_____
Katherine Maher, Individually as Spouse
and as Personal Representative of the Estate
of Daniel L. Maher, deceased

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiffs **Katherine Maher, individually as spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased.**

Date: 9/20/19

_____
Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiffs **Katherine Maher, individually as spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased** is hereby approved and so **ORDERED.**

Date: _____

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON         :
SEPTEMBER 11, 2001                  :         03-MDL-1570 (GBD)(SN)

**This Document Relates To:**
*Daniel R. Maher, Individually as Surviving Child of Daniel L. Maher, Deceased only in the cases of Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No.: 02-cv-06977 (GBD) (SN); *Bauer, et al. v. al Qaeda Islamic Army, et al.,* Case No.: 02-cv-07236 (GBD) (SN); and *Ashton, et al. v. Kingdom of Saudi Arabia, et al.,* Case No.: 17-cv-02003 (GBD) (SN)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Daniel R. Maher, individually as surviving child of Daniel L. Maher, deceased,** substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of Thea M. Capone of Baumeister & Samuels, P.C.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

> Wiggins Childs Pantazis Fisher Goldfarb LLC
> The Kress Building
> 301 Nineteenth Street North
> Birmingham, Alabama 35203
> Telephone: (205) 314-0531
> Facsimile: (205) 314-0731
> Email: dgp@wigginschilds.com

I, **Daniel R. Maher, individually as surviving child of Daniel L. Maher, deceased,** hereby consent to the above substitution of counsel.

Date: 8-20-19

_____
Daniel R. Maher, Individually as Surviving
Child of Daniel L. Maher, deceased

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiff **Daniel R. Maher, individually as surviving child of Daniel L. Maher, deceased.**

Date: 9/20/19

_____
Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiff **Daniel R. Maher, individually as surviving child of Daniel L. Maher, deceased** is hereby approved and so **ORDERED**.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON            :
SEPTEMBER 11, 2001                     :     03-MDL-1570 (GBD)(SN)

This Document Relates To:
*Joseph F. Maher, Individually as Surviving Child of Daniel L. Maher, Deceased only in the cases of Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No.: 02-cv-06977 (GBD) (SN); *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No.: 02-cv-07236 (GBD) (SN); and *Ashton, et al. v. Kingdom of Saudi Arabia, et al.*, Case No.: 17-cv-02003 (GBD) (SN)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Joseph F. Maher, individually as surviving child of Daniel L. Maher, deceased,** substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of Thea M. Capone of Baumeister & Samuels, P.C.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

> Wiggins Childs Pantazis Fisher Goldfarb LLC
> The Kress Building
> 301 Nineteenth Street North
> Birmingham, Alabama 35203
> Telephone: (205) 314-0531
> Facsimile: (205) 314-0731
> Email: dgp@wigginschilds.com

**I, Joseph F. Maher, individually as surviving child of Daniel L. Maher, deceased,** hereby consent to the above substitution of counsel.

Date: 9-20-19

_____
Joseph F. Maher, Individually as Surviving
Child of Daniel L. Maher, deceased

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiff **Joseph F. Maher, individually as surviving child of Daniel L. Maher, deceased.**

Date: 9/20/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiff **Joseph F. Maher, individually as surviving child of Daniel L. Maher, deceased** is hereby approved and so **ORDERED**.

Date: _____

_____
UNITED STATES DISTRICT JUDGE