

KREINDLER & KREINDLER LLP | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

September 20, 2019

VIA CM/ECF
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    RE:    In Re: Terrorist Attacks on September 11, 2001
            03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    In response to this Court's September 19, 2019 Order, ECF No.5163, the parties and the Court can use the following call-in number and login for purposes of the call scheduled for Monday, September 23, 2019 at 10:00 a.m. Eastern Time:

        US/CAN Toll Free:  1-866-846-3997
        Participant Passcode: 104307

    If the Court would prefer that counsel call chambers, please let us know and we will do so after all parties are on the line.

                      Respectfully,

                      Kreindler & Kreindler LLP

                      /s/
                      Megan W. Benett

cc:    All counsel of record via CM/ECF
        John Eubanks, Esq. (via email)
        Jerry S. Goldman, Esq. (via email)
        Alan R. Kabat, Esq. (via email)

New York        Boston        Los Angeles