IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON          :
SEPTEMBER 11, 2001                         :          03-MDL-1570 (GBD)(SN)

**This Document Relates To:**
*Katherine Maher, Individually as Spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased; Joseph F. Maher, Individually and as surviving child of Daniel L. Maher, deceased; and Daniel R. Maher, individually and as surviving child of Daniel L. Maher, deceased, <u>only</u> in the cases of Ashton, et al. v. al Qaeda Islamic Army, et al.,* **Case No. 02-cv-6977 (GBD)(SN);** *Bauer, et al. v. al Qaeda Islamic Army, et al.,* **Case No. 02-cv-7236 (GBD)(SN);** *and Ashton, et al. v. Kingdom of Saudi Arabia,* **Case No.: 17-cv-02003 (GBD)(SN)**

## PROPOSED ORDER TO SUBSTITUTE COUNSEL

Upon consideration of the motion to substitute counsel submitted by Katherine Maher, individually as spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased; Joseph F. Maher, individually as surviving child of Daniel L. Maher, deceased; and Daniel R. Maher, individually as surviving child of Daniel L. Maher, deceased ("the *Maher* Plaintiffs") Plaintiffs in *Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-6977 (GBD)(SN); *Bauer, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-7236 (GBD)(SN); and *Ashton, et al. v. Kingdom of Saudi Arabia,* Case No.: 17-cv-02003 (GBD)(SN), and the Declaration of Dorothea M. Capone Objecting in Part to the Motion to Substitute Counsel, it is hereby;

ORDERED that Dennis G. Pantazis is substituted as counsel for the *Maher* Plaintiffs and Baumeister & Samuels, P.C. is permitted to withdraw from its representation of the *Maher* Plaintiffs, and it is

ORDERED that the *Maher* Plaintiffs are removed as Plaintiffs from the following actions: *Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-6977 (GBD)(SN); *Bauer, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-7236 (GBD)(SN); and *Ashton, et al. v. Kingdom of*

*Saudi Arabia,* Case No.: 17-cv-02003 (GBD)(SN) and included with other *Havlish* Plaintiffs claims contained in the Consolidated Amended Complaint filed on March 17, 2017 (1:03-md-05170-GBDF-SN (No. 3463)), and it is further

ORDERED that Baumeister & Samuels, P.C. shall have a lien for the firm's fees and unreimbursed expenses in the event there is any future recovery to the *Maher* plaintiffs in any actions arising out of the September 11, 2001 terror attacks.

Dated: New York, New York
_____, 2019

_____
UNITED STATES DISTRICT JUDGE