USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dickey, et al.
                        Plaintiff(s)

-v-

Islamic Republic of Iran
                        Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:18-cv-11417-GBD-SN
           1:03-md-01570-GBD-SN

I hereby certify under the penalties of perjury that on the 26th day of September, 2019, I served: ISLAMIC REPUBLIC OF IRAN, c/o Minister of Foreign Affairs, Ministry of Foreign Affairs for the Republic of Iran, Iman Khomeini Avenue, Tehran, Iran. ATTN: H.E. Mohammad Javad Zarif

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

2 copy(ies) of the Summons, Complaint, SDNY Civil Cover Sheet, Notice of Suit (and related papers relating to the Foreign Sovereign Immunities Act) provided in English and Farsi, with an affidavit of translator attesting to the accuracy of the Farsi translation.

by FED EX 8106 7858 8741

Dated: New York, New York
         9/26/2019

                        RUBY J. KRAJICK
                        CLERK OF COURT

                        _____

                        Casey Goedtel
                        DEPUTY CLERK

fedex.com 1.800.GoFedEx 1.800.463.3339

**FedEx Express** US Airbill

1 **From** *Please print and press hard.*

Date

Sender's Name: Clerk of the Court, RUBY J. KRAJICK

Sender's FedEx Account Number

FedEx Tracking Number: 8510-5792-7

Company: U.S. District Court, Southern District of New York, Office of the Clerk

Address: 500 Pearl Street

City: New York   State: NY   ZIP: 10007

2 **Your Internal Billing Reference** OPTIONAL

3 **To**

Recipient's Name: Secretary of State   Phone: 202, 736-9110
Attn: Director of Consular Service

Company: Office of Policy Review and Inter-Agency Liaison
U.S. Department of State

Address: SA-29, 4th Floor

Address: 2201 C Street NW

City: Washington   State: DC   ZIP: 20520

4 **Express Package Service**

☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

5 **Packaging**
☐ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

6 **Special Handling and Delivery Signature Options**
☐ Saturday Delivery
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

Does this shipment contain dangerous goods?
☐ No   ☐ Yes Shipper's Declaration not required.   ☐ Yes As per attached Shipper's Declaration.   ☐ Dry Ice   ☐ Cargo Aircraft Only

7 **Payment** *Bill to:*
☑ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

FedEx Acct. No. 8510-5792-7

Total Packages   Total Weight   Total Declared Value