DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9 / 27 / 19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CERTIFICATE OF MAILING**

Case No(s).:  03-MDL-1570 (GBD) (SN)
02-CV-6977 (GBD) (SN)
18-CV-08297 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 26$^h$ day of September, 2019, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 7763 0841 5419, to the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

1) the Notice of Default Judgment with certified Farsi translation;

2) a true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation;

3) a true and certified copy of the September 13, 2019 Memorandum Decision and Order of Judgment and the moving papers for Plaintiff's Motion, and the certified Farsi translations of the Default Judgment and Plaintiffs' motion papers; and

4) the Foreign Sovereign Immunities Act with certified Farsi translation.

Dated: New York, New York
September 26, 2019

RUBY J. KRAJICK
CLERK OF COURT

Casey Goedtel
DEPUTY CLERK



ORIGIN ID:PCYIP (212) 805-0136
RUBY J. KRAJICK
US DISTRICT COURT, SDNY
500 PEARL STREET
ROOM 120
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 23SEP54
ACTWGT: 3.00 LB
CAD: 9266652/INET4160

BILL SENDER

TO DIR. OF CONSULAR SVCS(CAOCSPRI)
US DEPARTMENT OF STATE, SA-29
2201 C STREET, NW
4TH FLOOR
WASHINGTON DC 20520
(202) 736-9110          REF: BETRU IV
INV:
PO:                           DEPT:

FedEx
Express

E

TUE - 24 SEP 10:30A
PRIORITY OVERNIGHT

TRK# 7763 0841 5419
0201

EP WGOA          DC-US    20520
                          IAD