```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Parker et. al

-v-

The Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: __18cv11416 , 03MD1570__ (GBD)(SN)

I hereby certify under the penalties of perjury that on the _2_ day of _October_, 2019, I served:___ _Islamic Republic of Iran c/o H.E Dr . Mohammad Javad Zarif, Foreign Minister, The Ministry of Foreign Affairs for Islamic Republic of Iran, Imam Khomeini Square, Tehran, Iran 1136914811_

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

_2_ copy(ies) of the _Notice of Default Judgment w/Foreign Sovereign Immunities Act, Final Order of Summary Judgment and Certification of translator_
by ____FEDEX 7763 7255 0238_____.

Dated: New York, New York
       October 2, 2019

RUBY J. KRAJICK
CLERK OF COURT

_____
Shanee Mcleod
DEPUTY CLERK

