SUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-1570(GBD)(SN)

**NOTICE OF MOTION FOR LEAVE TO FILE IRAN NOTICES OF AMENDMENT *NUNC PRO TUNC***

-----------------------------------------------------------------X

This document relates to:

    *Kim et al. v. Islamic Republic of Iran*, No. 18-CV-11870 (GBD) (SN);
    *DeRubbio et al. v. Islamic Republic of Iran*, No. 18-CV-05306 (GBD) (SN);
    *Kamardinova et al. v. Islamic Republic of Iran*, No. 18-CV-05339 (GBD) (SN);
    *Hemenway et al. v. Islamic Republic of Iran*, No. 18-CV-12277 (GBD) (SN);
    *Jimenez et al. v. Islamic Republic of Iran*, No. 18-CV-11875 (GBD) (SN);
    *Rowenhorst et al. v. Islamic Republic of Iran*, No. 18-CV-12387 (GBD) (SN);
    *O'Neill et al., v. Islamic Republic of Iran*, No. 04-CV-01076 (GBD) (SN);
    *Aamoth et al. v. Islamic Republic of Iran, No*. 18-CV-12276 (GBD) (SN);
    *Abel et al. v. Islamic Republic of Iran*, No. 18-CV-11837 (GBD) (SN).

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Jerry S. Goldman, Esq. and Proposed Order, along with the exhibits appended thereto, plaintiffs in the above-referenced matters, by and through their counsel, Anderson Kill P.C., and in accordance with F.R.C.P. 15, respectfully request that this Court grant Plaintiffs' Motion for Leave to File Iran Notices of Amendment *Nunc Pro Tunc* (attached hereto as Exhibits A – I) as of the respective date of judgment.

Dated: October 2, 2019

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com

*Attorney for Plaintiffs*

docs-100199953.1