UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001**

03-MDL-1570(GBD)(SN)

------------------------------------------------------------------X

This document relates to:

    *Kim et al. v. Islamic Republic of Iran*, No. 18-CV-11870 (GBD) (SN);
    *DeRubbio et al. v. Islamic Republic of Iran*, No. 18-CV-05306 (GBD) (SN);
    *Kamardinova et al. v. Islamic Republic of Iran*, No. 18-CV-05339 (GBD) (SN);
    *Hemenway et al. v. Islamic Republic of Iran*, No. 18-CV-12277 (GBD) (SN);
    *Jimenez et al. v. Islamic Republic of Iran*, No. 18-CV-11875 (GBD) (SN);
    *Rowenhorst et al. v. Islamic Republic of Iran*, No. 18-CV-12387 (GBD) (SN);
    *O'Neill et al., v. Islamic Republic of Iran*, No. 04-CV-01076 (GBD) (SN);
    *Aamoth et al. v. Islamic Republic of Iran, No*. 18-CV-12276 (GBD) (SN);
    *Abel et al. v. Islamic Republic of Iran*, No. 18-CV-11837 (GBD) (SN).

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File Iran Notices of Amendment *Nunc Pro Tunc*, in the above-captioned matters, it is hereby;

ORDERED that the Plaintiffs' motion is granted;

ORDERED that Plaintiffs may file the Iran Notices of Amendment *Nunc Pro Tunc*, attached hereto as Exhibits A – I.


Dated: New York, New York
       _____, 2019

                                          SARAH NETBURN
                                          UNITED STATES MAGISTRATE JUDGE