UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................x

*In re Terrorist Attacks of September 11, 2001*     No. 03 MDL 1570(GBD)(SN)

...............................................................x

## DECLARATION OF SARAH S. NORMAND

SARAH S. NORMAND, pursuant to 28 U.S.C. § 1746, declares as follows:

1.  I am an Assistant United States Attorney in the office of Geoffrey S. Berman, United States Attorney for the Southern District of New York, attorney for non-party the Federal Bureau of Investigation ("FBI"), a component of the United States Department of Justice ("DOJ") (collectively, the "government"). Along with my colleagues Jeannette A. Vargas and Andrew E. Krause, I have been assigned to represent the interests of the United States and its agencies and components, including the FBI, in this matter.

2.  I submit this declaration in support of the FBI's opposition to the motion filed by the Plaintiffs' Executive Committees ("PECs") to compel the FBI (1) to conduct supplemental searches for and process records concerning four individuals, Abdullah Ali Saleh al-Jaithen, Adel Mohamed al-Sadhan, Mutaeb Abdelaziz al-Sudairy, and Omar Abdi Mohamed; and (2) to immediately produce for *in camera* inspection by the Court a document known as the 2012 FBI Summary Report.

3.  The statements in this declaration are based on my personal knowledge and information and records and information obtained from the FBI.

4.  Attached hereto are true and complete copies of the following exhibits:

Exhibit A:   the PECs' Touhy request and subpoena, dated April 6, 2018, and served on the FBI on April 10, 2018, excluding exhibits;

Exhibit B: the government's interim response and objections to the Touhy request and subpoena, dated May 2, 2018;

Exhibit C: the PECs' letter dated May 25, 2018;

Exhibit D: the government's letter to the Court dated September 13, 2018;

Exhibit E: the transcript of the October 12, 2018 conference before the Court;

Exhibit F: the PECs' letter dated January 2, 2019;

Exhibit G: the government's letter dated April 2, 2019;

Exhibit H: the government's letter dated April 16, 2019; and

Exhibit I: the transcript of May 13, 2019 conference before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 21, 2019

          /s/ *Sarah S. Normand*
SARAH S. NORMAND
Assistant United States Attorney