# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

### UNDER SEAL - SUBJECT TO FBI PROTECTIVE ORDER

January 2, 2019

Sarah S. Normand, Assistant U.S. Attorney
Jeanette Vargas, Assistant U.S. Attorney
Office of the United States Attorney for the
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Sarah and Jeannette:

    During our call today, we mentioned that based on the FBI's production to date and our own investigation, the PECs had identified a list of documents that we wanted to make certain were included in the FBI's searches and produced. Of course, many if not all of these items may have already been set aside as part of the FBI's review process. Nevertheless, as a safeguard and to advance that process, we thought it was better to send you the list now, rather than wait. Also, as discussed, the list is by no means intended to affect the production of additional documents that the FBI has identified or will identify in response to Plaintiffs' subpoena.

    Here is the list:

- 2012 FBI Summary Report (we discussed today that this would be included in the third tranche)

January 2, 2019
Page 2

**UNDER SEAL - SUBJECT TO FBI PROTECTIVE ORDER**

- Other Subfile FBI Summary Reports post-2012

- LAX Parking Ticket Issued on Jan 15, 2000, in possession of JTTF LA, Detective Vicki Gizzi

- 265A-NY-280350-SD serial 3332 (Bayoumi phone records) including agent's notes on Serial 3332

- 302s or ECs using search term Adel al Sadhan aka Alsadhan aka Al-Sadhan and/or Mutaeb al Sudairy aka Sudairi aka Alsudairy aka Alsudairi

- 302s or ECs using search term Smail Mana aka Ismail Mana

- 

- 

- From the Subfile, an EC or 302 dated 2007-2008 of Bayoumi-Thumairy-Aulaqi phone call circle with any analytical depictions such as link charts

- 

- From the Subfile, the Scotland Yard and other UK authorities' information seized from Bayoumi including handwritten notes, diagrams, formulas, and any analysis of such material

- Bayoumi videotape of the February 2000 party at the apartment of the hijackers in San Diego

- 302s, inserts, ECs re Bayoumi's payroll and Dallah Avco financial records

- 302s, inserts, ECs re Bayoumi's Bank of America account

- ECs of April 15, 2002 re Canvas of Motels in Culver City including any motels records

- EC Thumairy Sep 4, 2002

- 302s re Yazid al Salmi

- 302s re Hashim Al-Attas, San Diego

- 302s re Javier Padilla, San Diego

**MATERIAL REDACTED - UNDER SEAL PURSUANT TO FBI PROTECTIVE ORDER**

January 2, 2019
Page 3
**UNDER SEAL - SUBJECT TO FBI PROTECTIVE ORDER**

- 302s and ECs re Muna Hagi-Ismail (aka Muna Saadeddine) and/or Fowzia Hagi-Ismail

Kind regards,

| | |
|---|---|
| COZEN O'CONNOR | MOTLEY RICE |
| */s/ Sean P. Carter, Esquire* | */s/ Robert T. Haefele, Esquire* |
| Sean P. Carter, Esquire | Robert T. Haefele, Esquire |
| 1650 Market Street, Suite 2800 | 28 Bridgeside Boulevard |
| Philadelphia, PA 19103 | Mt. Pleasant, SC 29464 |
| MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims | MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |

KREINDLER & KREINDLER

*/s/ Steven R. Pounian, Esquire*
Steven R. Pounian, Esquire
Andrew J. Maloney, Esquire
750 Third Avenue, 32nd Floor
New York, NY 10017

MDL 1570 Plaintiffs' Exec. Committee
for Personal Injury and Death Claims