# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2019

**VIA ECF**

October 4, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      The Plaintiffs' Executive Committees ("PECs"), on behalf of all plaintiffs and with the consent of the Department of Justice and Federal Bureau of Investigation ("FBI"), write to request a brief extension of the deadline for Plaintiffs' Reply Brief In Support of Their Motion to Compel Production of Certain Information in the 2012 FBI Summary Report, from October 11, 2019 to October 18, 2019. The PECs approached the Department of Justice about the extension earlier this week, to accommodate a personal issue that has impacted the availability over the last two weeks of a member of the PECs who is substantially involved in preparing the Reply. The Department of Justice graciously consented to the proposed extension. No prior extensions have been requested for this brief.

      The PECs respectfully request that the Court endorse the proposed extension, and reset the deadline for Plaintiffs' Reply Brief In Support of Their Motion to Compel Production of Certain Information in the 2012 FBI Summary Report to October 18, 2019.

The Honorable Sarah Netburn
Page Two
October 4, 2019

We thank Your Honor in advance for the Court's consideration of this request.

Respectfully submitted,

COZEN O'CONNOR

_/s/ Sean P. Carter_
Sean P. Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103

MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims

KREINDLER & KREINDLER

_/s/ Andrew J. Maloney_
Andrew J. Maloney, Esquire
Steven R. Pounian, Esquire
750 Third Avenue, 32nd Floor
New York, NY 10017

MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims

MOTLEY RICE

_/s/ Robert T. Haefele_
Robert T. Haefele, Esquire
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims

cc:   The Honorable George B. Daniels (via ECF)
      All Counsel of Record (via ECF)

---

The Plaintiffs' Executive Committees ("PECs") shall file a reply brief, not to exceed 25 pages, on or before October 18, 2019. The Department of Justice shall file a sur-reply brief, not to exceed 10 pages, by November 1, 2019. No further extensions will be granted.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

October 7, 2019
New York, New York