UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2019

**SARAH NETBURN, United States Magistrate Judge:**

On May 31, 2019, the Plaintiffs' Executive Committees ("Plaintiffs") filed a motion to compel the Federal Bureau of Investigation ("FBI") to produce documents. In addition, on August 5, 2019, Plaintiffs (1) filed a motion to vacate the Court's November 29, 2018 Order; and (2) moved for reconsideration of the Court's July 22, 2019 Opinion & Orders (the "July 22 Orders") regarding: (a) Plaintiffs' motion to compel the Kingdom of Saudi Arabia ("Saudi Arabia") to produce documents and answer interrogatories; and (b) Saudi Arabia's motion to modify the scope of supplemental discovery.[1]

On September 9, 2019, Plaintiffs moved to supplement the record with the Sixth Tranche of documents produced by the FBI. Saudi Arabia filed a response on September 12, 2019, and Plaintiffs filed a reply on September 17, 2019. As part of their dispute, the parties disagree over the proper translation of a document produced by the FBI and subject to the Privacy Act and Protective Order (the "Protective Order"). See ECF No. 4255.

The Court intends to select a neutral translator to review the document. That person will agree to the terms of the Protective Order and will be paid for by the parties. To ensure the Court

---

[1] The July 22 Orders were filed under seal in their entirety. The Court will issue a redacted version following the resolution of Plaintiffs' Rule 72 objections to the Court's decision granting in part Saudi Arabia's motion to seal. See ECF No. 4696.

selects a neutral translator, the parties shall file a joint letter, no later than Wednesday, October 16, 2019, with the names of any translation services that the parties have used in this litigation.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: October 11, 2019
New York, New York