# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

October 16, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

  RE: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

  In accordance with Your Honor's October 11, 2019 Order (ECF No. 5204) directing the parties to provide the Court with the names of any translation services that the parties have used in this litigation, the Plaintiffs' Executive Committees ("PECs"), with the consent of defendant Kingdom of Saudi Arabia ("Saudi Arabia") and the Defendants' Executive Committee, write to provide the Court with the following information.

  The PECs have used the following translation providers during the course of this litigation:  Globo Language Solutions LLC; Transperfect Legal Solutions; Global Link Language Services, Inc.; Targem Translations; Amplexor; Foreign Translations, Inc.; Language Services Associates; and APS International-Civil Action Group.

  Defendant Saudi Arabia has used the following translation service providers in this case:  Linguistic Systems, Inc., Veretus Group, Transperfect Document Management, Inc., and Hassan Abdou.  Saudi Arabia respectfully requests that the neutral translator selected by the Court be an expert in Arabic as spoken and used in Saudi Arabia and have expertise in Arabic as used in the business and governmental context.

  Defendant Dallah Avco has used the translation services of Transperfect Legal Solutions.

  Defendants Muslim World League ("MWL") and International Islamic Relief Organization ("IIRO") have used the translation services of Beyond Words, LLC.

The Honorable Sarah Netburn
Page Two
October 16, 2019

Defendant Dubai Islamic Bank has used HLP Integration and Consortra Translations.

Defendants World Assembly of Muslim Youth-Saudi Arabia and World Assembly of Muslim Youth-International have used the translation services of Nova Languages, Inc.

Finally, because translation service providers often use translators who are also used by other translation service providers at the same time, the parties respectfully suggest that the Court's selected translation service provider screen individual translators to ensure they have not done work for another party while working for another translation service provider.

In the event the Court requires additional information, the parties are happy to assist.

Respectfully submitted,

| COZEN O'CONNOR | MOTLEY RICE |
|---|---|
| /s/ Sean P. Carter | /s/ Robert T. Haefele |
| Sean P. Carter, Esquire | Robert T. Haefele, Esquire |
| 1650 Market Street, Suite 2800 | 28 Bridgeside Boulevard |
| Philadelphia, PA 19103 | Mt. Pleasant, SC 29464 |
| MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims | MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |

KREINDLER & KREINDLER

/s/ Andrew J. Maloney
Andrew J. Maloney, Esquire
Steven R. Pounian, Esquire
750 Third Avenue, 32nd Floor
New York, NY 10017

MDL 1570 Plaintiffs' Exec. Committee for
Personal Injury and Death Claims

LEGAL\43297454\1