LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 801
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 X102
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, EASTERN & SOUTHERN
DISTRICT OF NEW YORK
US COURT ON INTERNATIONAL TRADE
ALGERIAN BAR

October 17, 2019

**VIA ECF**
The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

**RE: In re Terrorist Attacks of September 11, 2001, 03 MDL 1570**

Dear Judge Netburn:

Defendants World Assembly of Muslim Youth-International and World Assembly of Muslim Youth-Saudi Arabia ("WAMY") write to oppose the recent reply letter filed by the Plaintiffs' Executive Committees ("PECs") (ECF No 5213). The PECs' October 17, 2019 reply letter should be stricken as unauthorized under Paragraph 41 of the Deposition Protocol Order (ECF No 3894).

On October 15, 2019, PECs submitted a letter asking the Court to make certain rulings in connection with the depositions of WAMY's witnesses scheduled to begin on October 21, 2019 in Madrid. (ECF No 5206). The Court issued a Memo Endorsement requiring WAMY to file a response to Plaintiffs' October 15, 2019 Letter no later than 5:00 p.m. on Wednesday, October 16, 2019." (ECF No 5209). WAMY filed its response on October 16, 2019. (ECF No 5212).[1]

Because Paragraph 41 of the Deposition Protocol Order and the Court's Memo Endorsement only provide for the non-moving party to file a response, and do not grant the moving party with the right to file a reply, the PECs' reply letter should be stricken as unauthorized.[2] We note that the PECs have previously advanced this argument in connection with WAMY's motion for a protective order seeking to narrow the scope of the PECs' Rule 30(b)(6) Notice (ECF No 4585) ("The two recent reply filings, by

---

[1] WAMY's filing was delayed due to technical issues with ECF about which we apprised the Court. WAMY circulated its response to the PECs at 5:51 p.m.

[2] The PECs' contention at footnote 1 that WAMY "raises for the first time" the issue of witness fees is incorrect. See Exhibit 1, WAMY's September 3, 2019 letter to PECs regarding witness fees.

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

WAMY and the Kingdom, should be stricken as unauthorized under the Deposition Protocol Order").

Accordingly, WAMY respectfully requests that the Court strike the PECs' unauthorized reply.

    Respectfully submitted,

    */s/ Omar Mohammedi*

    Omar T. Mohammedi, Esq.

    */s/ Fredrick Goetz*

    Frederick J. Goetz, Esq.