UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
*Ashton et al. v. Kingdom of Saudi Arabia*, 17-cv-2003 (GBD)(SN)

**LIMITED APPEARANCE OF COUNSEL**

To: The Clerk of Court and All Parties of Record

I am admitted to practice in this Court, and I appear in this case as counsel for Katherine Maher, individually and on behalf of the Estate of Daniel Maher a/k/a Daniel L. Maher, Daniel R. Maher, Joseph F. Maher, Patricia Ryan, individually and on behalf of the Estate of John J. Ryan, Laura Ryan, Colin Ryan and Kristen Ryan (collectively, the "Mahers and Ryans"), solely for the purpose of representing the Mahers and Ryans in their dispute with Baumeister & Samuels, P.C. ("B&S") over B&S's assertion of an attorney charging lien [ECF Nos. 5169, 5171, 5186, 5202 and 5203] and the Court's Order directing an evidentiary hearing on the matter [ECF No. 5205] (the "Charging Lien Dispute").

All further notices and copies of pleadings, papers and other material relevant to the Charging Lien Dispute should be directed to and served upon the undersigned.

Dated: October 17, 2019

By: */s/Jonathan P. Vuotto*
Jonathan P. Vuotto
McANDREW VUOTTO, LLC
43 West 43rd Street, Suite 226
New York, NY 10036-7424
(212) 382-2208
jpv@mcandrewvuotto.com

## CERTIFICATE OF SERVICE

I hereby certify that, on October 17, 2019, I caused the foregoing document to be served electronically by the Court's ECF system on all counsel of record and by email on Michel F. Baumeister, Esq. and Dorothea M. Capone, Esq., representatives of Baumeister & Samuels, P.C.

By: */s/Jonathan P. Vuotto*
Jonathan P. Vuotto
43 West 43rd Street, Suite 226
New York, NY 10036-7424
(212) 382-2208
jpv@mcandrewvuotto.com