# BERNABEI & KABAT, PLLC
ATTORNEYS AT LAW
1400 16th STREET, N.W., SUITE 500
WASHINGTON, D.C. 20036-2223

| | | |
|---|---|---|
| LYNNE BERNABEI | 202.745.1942 | DEVIN WRIGLEY |
| ALAN R. KABAT | FAX: 202.745.2627 | OLIVIA JERJIAN |
| PETER M. WHELAN | WWW.BERNABEIPLLC.COM | |
| KRISTEN SINISI | | |

By ECF
October 17, 2019

Honorable Sarah Netburn
Magistrate Judge, United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  Re: **Expert Discovery Schedule in *In re Terrorist Attacks of Sept. 11, 2001*, 03-MDL-1570 (S.D.N.Y.) (GBD) (SN)**

Dear Judge Netburn:

  Pursuant to the Court's June 10, 2019 Order (ECF No. 4582), the Jurisdictional and Merits Defendants, (hereinafter "Defendants"[1]) in consultation with the Plaintiffs' Executive Committees ("PECs"), respectfully submit this joint status letter regarding a proposed schedule for expert discovery.

  The Parties respectfully recommend that the Court adopt the following schedule for the exchange of expert reports and taking of expert depositions:

1. March 12, 2020:  Plaintiffs' affirmative expert reports due.

2. July 10, 2020:  Defendants' affirmative and rebuttal expert reports due.

3. September 8, 2020:  Plaintiffs' rebuttal expert reports (if any) due.

4. December 7, 2020:  Deadline for completion of expert depositions following expert report exchanges.

  The PECs have suggested that they may seek additional discovery as a result of the United States government's denial of their *Touhy* requests.  The Parties have agreed that in the event that new relevant information is disclosed as a result of additional discovery (if any) resulting from those challenges, a Party may timely supplement a previously issued expert report prior to the deposition of that expert witness.

---

[1] Defendants include all defendants except the Kingdom of Saudi Arabia and Dallah Avco, which are not subject to expert discovery at this stage.

Hon. Sarah Netburn
October 17, 2019
Page 2 of 2

        Respectfully submitted,

        */s/ Alan R. Kabat*

        Alan R. Kabat
        Defendants' Executive Committee

cc:  MDL-1570 counsel (by ECF)