# EXHIBIT 1

## Michel Baumeister

**From:** Michel Baumeister
**Sent:** Wednesday, March 20, 2019 9:39 AM
**To:** Patricia Ryan
**Cc:** Kathy Maher
**Subject:** RE: More Questions

Dear Patty and Kathy -

Thanks for your concern and I can report all is well.

Unfortunately, after reading your recent email it seems clear that my past extensive oral and written explanations concerning the USVSST Fund, and its impact on your individual cases, do not satisfy either of you. I am sorry for that and it appears that no explanation by me will ever be good enough. Given this fact, I do not want you to feel that in some way that we are restricting you from hiring a specialty lawyer. If you feel it is appropriate to begin some legal action under the APA, or whatever else you want to do going forward, then you should do just that.

Since you repeatedly mention the Kreindler and Motley law firm firms as ones who may possibly be involved with future APA litigation, and since Jim Kreindler is a leader in the terrorist litigation, I suggest you both contact him and have him represent you in your terrorist cases and in possible APA litigation. Alternatively, you could contact the Motley firm. We will then turn over whatever information we may still have after 17+ years of a close professional relationship.

In 45+ years of representing my clients, I have never written a letter suggesting that a client retain another attorney. However, given your recent communications with my firm, I believe it is probably better if you start a relationship with a new attorney who might be able to satisfy your current demands and interests.

In any event, I wish you and your families the best of luck in the future. Please let me know who you ultimately retain and hopefully you will be happier with them.

Sincerely yours,

Mitch

Mitch Baumeister
Baumeister & Samuels, P.C.
140 Broadway, 46th Floor
New York, NY 10005
Ph: (212) 363-1200
Fax: (212) 363-1346
www.baumeisterlaw.com



B&S Baumeister & Samuels, P.C.
A PROFESSIONAL CORPORATION

**NOTICE:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended