# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:
*Ashton, et al. v. Kingdom of Saudi Arabia,* No. 17-cv-02003
*Ashton, et al. v. al Qaeda, et al.*, No. 02-cv-6977

### REPLY DECLARATION IN SUPPORT OF PLAINTIFFS'
### MOTION TO COMPEL THE FEDERAL BUREAU OF INVESTIGATION
### TO PRODUCE DOCUMENTS FROM ITS INVESTIGATION OF
### <u>SAUDI GOVERNMENT OFFICIALS' ASSISTANCE TO 9/11 HIJACKERS</u>

1.      I am an attorney duly admitted before this Court, am Of Counsel to the firm of

Kreindler & Kreindler LLP, attorneys for the Ashton Plaintiffs, and am familiar with this

litigation and the prior proceedings relevant to the subject motion.

2.      Attached as Exhibit 1 is the Declaration of Families of the Victims of the

September 11 Attacks, submitted in response to the Declaration of FBI Assistant Director

Michael McGarrity.


I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Dated: New York, New York
       October 18, 2019

                                        _____/s/_____
                                        Steven R. Pounian, Esq.
                                        Kreindler & Kreindler LLP
                                        750 Third Avenue
                                        New York, NY 10017
                                        (212) 687-8181
                                        (212) 972-9432 facsimile
                                        spounian@kreindler.com
                                        *Attorneys for Ashton Plaintiffs*