UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On October 17, 2019, the Jurisdictional and Merits Defendants (collectively, "Defendants"), in consultation with the Plaintiffs' Executive Committees ("Plaintiffs"), submitted a proposed schedule for expert discovery.[1] ECF No. 5216. In addition, the parties in Estate of John P. O'Neill, Sr., v. Al Baraka Inv. & Dev. Corp., No 04-CV-1923, submitted a proposed briefing schedule for class certification. ECF No. 5210.

    A telephone conference is scheduled for Monday, November 4, 2019, at 11:00 a.m., to discuss the parties' proposed schedules. The parties should provide a call-in number to the Court by Friday, November 1, 2019. If this date does not work for any party, they should contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

DATED:    October 21, 2019
                New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

---

[1] Defendants include all defendants except the Kingdom of Saudi Arabia ("Saudi Arabia"), Dallah Avco, and Al Rajhi Bank. See ECF No. 4389 (directing that the fact discovery deadline for Dallah Avco shall coincide with that of Saudi Arabia); ECF No. 5208 (remanding Plaintiffs' claims against Al Rajhi Bank for jurisdictional discovery). The Court will schedule a conference regarding Defendant Al Rajhi Bank once the Court of Appeals issues the necessary mandate.