# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
|---|---|
| | ECF Case |

This document relates to:

*Katherine Dillaber, et al., v. Islamic Republic of Iran, et al. 18-cv-03162 (GDB)(SN)*

### [PROPOSED] ORDER OF JUDGMENT

Upon consideration of the evidence submitted by Plaintiffs in filings with this Court on May

19, 2011, July 13, 2011, and August 19, 2011, and the evidence presented at the December 15,

2011, hearing on liability, together with the entire record in this case, it is hereby

**ORDERED** that the *Dillaber* Plaintiffs' Motion for Default Judgment Against the Islamic

Republic of Iran and the Iranian Ministry of Information and Security is **GRANTED** and final

judgment on liability is entered in favor of the *Dillaber* Plaintiffs in *Katherine Dillaber, et al., v.*

*Islamic Republic of Iran, et al,* Case Number 1:18-cv-03162 (GBD) (SN) and against the Islamic

Republic of Iran and the Iranian Ministry of Information and Security;

**ORDERED** that the *Dillaber* Plaintiffs are hereby referred to Magistrate Judge Sarah

Netburn to resolve any remaining issues, including but not limited to damages, both

compensatory and punitive.

Dated:

OCT 2 2 2019

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) ECF Case |
|---|---|

This document relates to:

*Katherine Dillaber, et al., v. Islamic Republic of Iran, et al. 18-cv-03162 (GDB)(SN)*

## [PROPOSED] ORDER OF JUDGMENT

Upon consideration of the evidence submitted by Plaintiffs in filings with this Court on May 19, 2011, July 13, 2011, and August 19, 2011, and the evidence presented at the December 15, 2011, hearing on liability, together with the entire record in this case, it is hereby

**ORDERED** that the *Dillaber* Plaintiffs' Motion for Default Judgment Against the Islamic Republic of Iran and the Iranian Ministry of Information and Security is **GRANTED** and final judgment on liability is entered in favor of the *Dillaber* Plaintiffs in *Katherine Dillaber, et al., v. Islamic Republic of Iran, et al,* Case Number 1:18-cv-03162 (GBD) (SN) and against the Islamic Republic of Iran and the Iranian Ministry of Information and Security;

**ORDERED** that the *Dillaber* Plaintiffs are hereby referred to Magistrate Judge Sarah Netburn to resolve any remaining issues, including but not limited to damages, both compensatory and punitive.

Dated:
OCT 2 2 2019

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE