```
                                                  ┌─────────────────────────────┐
                                                  │ USDC SDNY                   │
                                                  │ DOCUMENT                    │
                                                  │ ELECTRONICALLY FILED        │
                                                  │ DOC #:_____ │
                                                  │ DATE FILED:   10/23/2019    │
                                                  └─────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:

                                                    03-MDL-1570(GBD)(SN)

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**


-------------------------------------------------------------X

This document relates to:

    *Kim et al. v. Islamic Republic of Iran*, No. 18-CV-11870 (GBD) (SN);
    *DeRubbio et al. v. Islamic Republic of Iran*, No. 18-CV-05306 (GBD) (SN);
    *Kamardinova et al. v. Islamic Republic of Iran*, No. 18-CV-05339 (GBD) (SN);
    *Hemenway et al. v. Islamic Republic of Iran*, No. 18-CV-12277 (GBD) (SN);
    *Jimenez et al. v. Islamic Republic of Iran*, No. 18-CV-11875 (GBD) (SN);
    *Rowenhorst et al. v. Islamic Republic of Iran*, No. 18-CV-12387 (GBD) (SN);
    *O'Neill et al., v. Islamic Republic of Iran*, No. 04-CV-01076 (GBD) (SN);
    *Aamoth et al. v. Islamic Republic of Iran, No*. 18-CV-12276 (GBD) (SN);
    *Abel et al. v. Islamic Republic of Iran*, No. 18-CV-11837 (GBD) (SN).

## <u>ORDER</u>

Upon consideration of Plaintiffs' Motion for Leave to File Iran Notices of Amendment

*Nunc Pro Tunc*, in the above-captioned matters, it is hereby;

ORDERED that the Plaintiffs' motion is granted;

ORDERED that Plaintiffs may file the Iran Notices of Amendment *Nunc Pro Tunc*,

attached hereto as Exhibits A – I.

**SO ORDERED.**

               _____
               SARAH NETBURN
               United States Magistrate Judge

October 23, 2019
New York, New York

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**03-MDL-1570(GBD)(SN)**

In re:

**IRAN NOTICE OF**
**AMENDMENT *NUNC***
**TERRORIST ATTACKS ON**                 ***PRO TUNC***
**SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

This document relates to:

*Kim et al. v. Islamic Republic of Iran*, No. 18-CV-11870 (GBD) (SN)

Plaintiffs file this Notice of Amendment *Nunc Pro Tunc* as of September 10, 2019

("Notice of Amendment"), with respect to the underlying Complaint in the above-referenced

matter, ECF No. 1, as amended by ECF Nos. 46, 47, as permitted and approved by the Court's

Order of July 10, 2018, ECF No. 4045, and the Court's Order granting leave to file Notice of

Amendment *Nunc Pro Tunc* dated _____, 2019, ECF No. ____. Upon the filing of

this Notice of Amendment, the underlying Complaint is deemed amended *nunc pro tunc* as of

September 10, 2019, to add the individual(s) listed below (the "New Plaintiff(s)") as plaintiff(s)

raising claims against the Islamic Republic of Iran. The underlying Complaint is deemed further

amended, to include the allegations of the Amended Complaint, *Burnett v. Islamic Republic of*

*Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.  The amendment

effected through this Notice of Amendment supplements by incorporation into, but does not

displace, the underlying Complaint. This Notice of Amendment relates solely to the Islamic

Republic of Iran and does not apply to any other defendant.

Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and any jury trial demand, including all causes of action against Iran, as set forth in the Amended Complaint, *Burnett v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53, and in the Complaint *Kim et al. v. Islamic Republic of Iran*, No. 18-CV-11870 (GBD) (SN), ECF No. 1, as amended by ECF Nos. 46, 47.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Florio, John | Florida | USA | Florio, John Joseph | Parent | N/A |
| 2 | Kiel, Elizabeth Ann | New Jersey | USA | Florio, John Joseph | Sibling | N/A |

Dated: _____

Respectfully submitted,

*Jerry S. Goldman*
_____
Jerry S. Goldman
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com

*Attorney for Plaintiffs*

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

                                                    **03-MDL-1570(GBD)(SN)**

**In re:**

                                                    **IRAN NOTICE OF**
  **TERRORIST ATTACKS ON**                          **AMENDMENT *NUNC***
  **SEPTEMBER 11, 2001**                             ***PRO TUNC***


------------------------------------------------------------------X

This document relates to:

  *DeRubbio et al. v. Islamic Republic of Iran*, No. 18-CV-05306 (GBD) (SN)

  Plaintiffs file this Notice of Amendment *Nunc Pro Tunc* as of September 11, 2019

("Notice of Amendment"), with respect to the underlying Complaint in the above-referenced

matter, ECF No. 20, as amended by ECF Nos. 60, 79 as permitted and approved by the Court's

Order of July 10, 2018, ECF No. 4045, and the Court's Order granting leave to file Notice of

Amendment *Nunc Pro Tunc* dated _____, 2019, ECF No. _____. Upon the filing of

this Notice of Amendment, the underlying Complaint is deemed amended *nunc pro tunc* as of

September 11, 2019, to add the individual(s) listed below (the "New Plaintiff(s)") as plaintiff(s)

raising claims against the Islamic Republic of Iran. The underlying Complaint is deemed further

amended to include all allegations of the Amended Complaint, *Burnett v. Islamic Republic of

Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53. The amendment

effected through this Notice of Amendment supplements by incorporation into, but does not

displace, the underlying Complaint. This Notice of Amendment relates solely to the Islamic

Republic of Iran and does not apply to any other defendant.

  Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have

adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and any jury trial demand, including all causes of action against Iran, as set forth in the Amended Complaint, *Burnett v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53, and in the Complaint, *DeRubbio et al. v. Islamic Republic of Iran*, No. 18-CV- 05306 (GBD) (SN), as amended by ECF Nos. 60, 79.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks
of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's
name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased
family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the
underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Geraghty, Timothy | New York | United States | Geraghty, Edward F. | Sibling | N/A |

Dated: _____

Respectfully submitted,

*/s/ Jerry S. Goldman_____*
Jerry S. Goldman
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com

*Attorney for Plaintiffs*

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**03-MDL-1570(GBD)(SN)**

**In re:**

**IRAN NOTICE OF**
**TERRORIST ATTACKS ON**            **AMENDMENT *NUNC***
**SEPTEMBER 11, 2001**               ***PRO TUNC***

**---------------------------------------------------------------X**

This document relates to:

    *Kamardinova et al. v. Islamic Republic of Iran*, No. 18-CV-05339 (GBD) (SN)

    Plaintiffs file this Notice of Amendment *Nunc Pro Tunc* as of September 4, 2019

("Notice of Amendment"), with respect to the underlying Complaint in the above-referenced

matter, ECF No. 6, as amended by ECF Nos. 10, 18 – 20, 60, 79, as permitted and approved by

the Court's Order of July 10, 2018, ECF No. 4045, and the Court's Order granting leave to file

Notice of Amendment *Nunc Pro Tunc* dated _____, 2019, ECF No. ____. Upon the

filing of this Notice of Amendment, the underlying Complaint is deemed amended *nunc pro tunc*

as of September 4, 2019, to add the individual(s) listed below (the "New Plaintiff(s)") as

plaintiff(s) raising claims against the Islamic Republic of Iran. The underlying Complaint is

deemed further amended, to include the allegations of the Amended Complaint, *Burnett v.*

*Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

The amendment effected through this Notice of Amendment supplements by incorporation into,

but does not displace, the underlying Complaint. This Notice of Amendment relates solely to the

Islamic Republic of Iran and does not apply to any other defendant.

Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and any jury trial demand, including all causes of action against Iran, as set forth in the Amended Complaint, *Burnett v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53, and in the Complaint, *Kamardinova et al. v. Islamic Republic of Iran*, No. 18-CV-05339 (GBD) (SN), ECF No. 6, as amended by ECF Nos. 10, 18 – 20, 60, 79.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Kelly, Dennis T. | Connecticut | United States | Kelly, Thomas William | Sibling | N/A |
| 2 | Kelly, William J. | New Jersey | United States | Kelly, Thomas William | Sibling | N/A |
| 3 | Paglia, Maureen Bernadette | New Jersey | United States | Kelly, Thomas William | Sibling | N/A |

Dated: _____

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com

*Attorney for Plaintiffs*

# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

|  |  |
|---|---|
| **In re:** | **03-MDL-1570(GBD)(SN)** |
| **TERRORIST ATTACKS ON** **SEPTEMBER 11, 2001** | **IRAN NOTICE OF** **AMENDMENT *NUNC*** ***PRO TUNC*** |

-----------------------------------------------------------------X

This document relates to:

    *Hemenway et al. v. Islamic Republic of Iran*, No. 18-CV-12277 (GBD) (SN)

    Plaintiffs file this Notice of Amendment *Nunc Pro Tunc* as of September 4, 2019

("Notice of Amendment"), with respect to the underlying Complaint in the above-referenced

matter, ECF No. 1, permitted and approved by the Court's Order of July 10, 2018, ECF No.

4045, and the Court's Order granting leave to file Notice of Amendment *Nunc Pro Tunc* dated

_____, 2019, ECF No. _____. Upon the filing of this Notice of Amendment, the

underlying Complaint is deemed amended *nunc pro tunc* as of September 4, 2019, to add the

individual(s) listed below (the "New Plaintiff(s)") as plaintiff(s) raising claims against the

Islamic Republic of Iran. The underlying Complaint is deemed further amended to include all

allegations of the Amended Complaint, *Burnett v. Islamic Republic of Iran*, No. 15-cv-9903

(GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53. The amendment effected through this Notice

of Amendment supplements by incorporation into, but does not displace, the underlying

Complaint. This Notice of Amendment relates solely to the Islamic Republic of Iran and does not

apply to any other defendant.

Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and any jury trial demand, including all causes of action against Iran, as set forth in the Amended Complaint, *Burnett v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53, and in the Complaint, *Hemenway et al. v. Islamic Republic of Iran*, No. 18-CV-12277 (GBD) (SN), ECF No. 1.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Kloepfer, Casey | New York | United States | Kloepfer, Ronald | Child | N/A |
| 2 | Kloepfer, Dawn | New York | United States | Kloepfer, Ronald | Spouse | N/A |
| 3 | Kloepfer, Taylor | New York | United States | Kloepfer, Ronald | Child | N/A |
| 4 | Reali, Jaime | New York | United States | Kloepfer, Ronald | Child | N/A |
| 5 | Santimays, Wendy Ann | Connecticut | United States | Kloepfer, Ronald | Sibling | N/A |

Dated: _____

Respectfully submitted,

/s/ Jerry S. Goldman
Jerry S. Goldman
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com

*Attorney for Plaintiffs*

# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

                                                    **03-MDL-1570(GBD)(SN)**

**In re:**

                                                    **IRAN NOTICE OF**
          **TERRORIST ATTACKS ON**                  **AMENDMENT** ***NUNC***
          **SEPTEMBER 11, 2001**                    ***PRO TUNC***


-----------------------------------------------------------------X

This document relates to:

    *Jimenez et al. v. Islamic Republic of Iran*, No. 18-CV-11875 (GBD) (SN)

    Plaintiffs file this Notice of Amendment *Nunc Pro Tunc* as of September 13, 2019

("Notice of Amendment"), with respect to the underlying Complaint in the above-referenced

matter, ECF No. 6, as amended by ECF No. 39, as permitted and approved by the Court's Order

of July 10, 2018, ECF No. 4045, and the Court's Order granting leave to file Notice of

Amendment *Nunc Pro Tunc* dated _____, 2019, ECF No. ____. Upon the filing of

this Notice of Amendment, the underlying Complaint is deemed amended *nunc pro tunc* as of

September 13, 2019, to add the individual(s) listed below (the "New Plaintiff(s)") as plaintiff(s)

raising claims against the Islamic Republic of Iran. The underlying Complaint is deemed further

amended, to include the allegations of the Amended Complaint, *Burnett v. Islamic Republic of

Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.  The amendment

effected through this Notice of Amendment supplements by incorporation into, but does not

displace, the underlying Complaint. This Notice of Amendment relates solely to the Islamic

Republic of Iran and does not apply to any other defendant.

Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and any jury trial demand, including all causes of action against Iran, as set forth in the Amended Complaint, *Burnett v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53, and in the Complaint, *Jimenez et al. v. Islamic Republic of Iran*, No. 18-CV-11875 (GBD) (SN), ECF No. 6, as amended by ECF No. 39.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | McMahon, Anthony B. | Australia | United States | McMahon, Robert Dismas | Sibling | N/A |
| 2 | McMahon, Irene | New York | United States | McMahon, Robert Dismas | Sibling | N/A |

Dated: _____

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com

*Attorney for Plaintiffs*

# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

                                          **03-MDL-1570(GBD)(SN)**

**In re:**

                                          **<u>IRAN NOTICE OF</u>**

       **TERRORIST ATTACKS ON**                  **<u>AMENDMENT *NUNC*</u>**
       **SEPTEMBER 11, 2001**                        **<u>*PRO TUNC*</u>**

-----------------------------------------------------------------X

This document relates to:

    *Rowenhorst et al. v. Islamic Republic of Iran*, No. 18-CV-12387 (GBD) (SN)

    Plaintiffs file this Notice of Amendment *Nunc Pro Tunc* as of September 13, 2019

("Notice of Amendment"), with respect to the underlying Complaint in the above-referenced

matter, ECF No. 1, as amended by ECF No. 40, as permitted and approved by the Court's Order

of July 10, 2018, ECF No. 4045, and the Court's Order granting leave to file Notice of

Amendment *Nunc Pro Tunc* dated _____, 2019, ECF No. _____. Upon the filing of

this Notice of Amendment, the underlying Complaint is deemed amended *nunc pro tunc* as of

September 13, 2019, to add the individual(s) listed below (the "New Plaintiff(s)") as plaintiff(s)

raising claims against the Islamic Republic of Iran. The underlying Complaint is deemed further

amended, to include the allegations of the Amended Complaint, *Burnett v. Islamic Republic of

Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.  The amendment

effected through this Notice of Amendment supplements by incorporation into, but does not

displace, the underlying Complaint. This Notice of Amendment relates solely to the Islamic

Republic of Iran and does not apply to any other defendant.

Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and any jury trial demand, including all causes of action against Iran, as set forth in the Amended Complaint, *Burnett v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53, and in the Complaint, *Rowenhorst et al. v. Islamic Republic of Iran*, No. 18-CV-12387 (GBD) (SN), ECF No. 1, as amended by ECF No. 40.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Sikorsky, Marie | New York | United States | Sikorsky, Gregory | Spouse | N/A |
| 2 | Sikorsky, Steven | New York | United States | Sikorsky, Gregory | Child | N/A |

Dated: _____

Respectfully submitted,

/s/ Jerry S. Goldman
Jerry S. Goldman
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com

*Attorney for Plaintiffs*

# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:

**TERRORIST ATTACKS ON**
**SEPTEMBER 11, 2001**


-----------------------------------------------------------------X

**03-MDL-1570(GBD)(SN)**


**IRAN NOTICE OF**
**AMENDMENT**
_**NUNC PRO TUNC**_

This document relates to:

    *O'Neill et al., v. Islamic Republic of Iran*, No. 04-CV-01076 (GBD) (SN)

    Plaintiffs file this Notice of Amendment *Nunc Pro Tunc* as of September 3, 2019

("Notice of Amendment"), with respect to the underlying Complaint in the above-referenced

matter, ECF No. 67 as amended by ECF Nos. 433, 456, as permitted and approved by the

Court's Order of July 10, 2018, ECF No. 4045, and the Court's Order granting leave to file

Notice of Amendment *Nunc Pro Tunc* dated _____, 2019, ECF No. _____. Upon the

filing of this Notice of Amendment, the underlying Complaint is deemed amended *nunc pro tunc*

as of September 3, 2019, to add the individual(s) listed below (the "New Plaintiff(s)") as

plaintiff(s) raising claims against the Islamic Republic of Iran. The underlying Complaint is

deemed further amended, to include the allegations of the Amended Complaint, *O'Neill et al. v.*

*Islamic Republic of Iran*, No. 1:04-CV-01076 (GBD)(SN) (S.D.N.Y. June. 7, 2005), ECF No. 67

as amended by ECF Nos. 433, 456. The amendment effected through this Notice of Amendment

supplements by incorporation into, but does not displace, the underlying Complaint. This Notice

of Amendment relates solely to the Islamic Republic of Iran and does not apply to any other

defendant.

Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and any jury trial demand, including all causes of action against Iran, as set forth in the Complaint *O'Neill et al. v. Islamic Republic of Iran*, No. 1:04-CV-01076 (GBD) (SN), ECF No. 67, as amended by ECF Nos. 433, 456.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | O'Neill, Christine, as Personal Representative of the Estate of John F. O'Neill | New Jersey | United States | O'Neill, Sr., John P. | Parent (Deceased) | N/A |

Dated: _____

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com

*Attorney for Plaintiffs*

# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**In re:**

**03-MDL-1570(GBD)(SN)**

**TERRORIST ATTACKS ON**
**SEPTEMBER 11, 2001**

**IRAN NOTICE OF**
**AMENDMENT**
***NUNC PRO TUNC***

-----------------------------------------------------------------X

This document relates to:

    *Aamoth et al. v. Islamic Republic of Iran, No*. 18-CV-12276 (GBD) (SN)

    Plaintiffs file this Notice of Amendment *Nunc Pro Tunc* as of September 4, 2019

("Notice of Amendment"), with respect to the underlying Complaint in the above-referenced

matter, ECF No. 1, as amended by ECF Nos. 41 – 43, as permitted and approved by the Court's

Order of July 10, 2018, ECF No. 4045, and the Court's Order granting leave to file Notice of

Amendment *Nunc Pro Tunc* dated _____, 2019, ECF No. _____. Upon the filing of

this Notice of Amendment, the underlying Complaint is deemed amended *nunc pro tunc* as of

September 4, 2019, to add the individual(s) listed below (the "New Plaintiff(s)") as plaintiff(s)

raising claims against the Islamic Republic of Iran. The underlying Complaint is deemed further

amended, to include the allegations of the Amended Complaint, *Burnett v. Islamic Republic of*

*Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.  The amendment

effected through this Notice of Amendment supplements by incorporation into, but does not

displace, the underlying Complaint. This Notice of Amendment relates solely to the Islamic

Republic of Iran and does not apply to any other defendant.

    Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have

adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and any jury trial demand, including all causes of action against Iran, as set forth in the Amended Complaint, *Burnett v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53, and in the Complaint, *Aamoth et al. v. Islamic Republic of Iran*, No. 18-CV-12276 (GBD) (SN), ECF No. 1 as amended by ECF Nos. 41 – 43.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Casalduc, Yon-Paul | New York | United States | Casalduc, Vivian | Child | N/A |

Dated: _____, 2019

Respectfully submitted,

*/s/ Jerry S. Goldman*

Jerry S. Goldman
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com

*Attorney for Plaintiffs*

# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

                                                03-MDL-1570(GBD)(SN)

**In re:**
                                                <u>IRAN NOTICE OF</u>
         **TERRORIST ATTACKS ON**               <u>AMENDMENT *NUNC*</u>
         **SEPTEMBER 11, 2001**                 <u>*PRO TUNC*</u>


---------------------------------------------------------------X

This document relates to:

         *Abel et al. v. Islamic Republic of Iran*, No. 18-CV-11837 (GBD) (SN)

         Plaintiffs file this Notice of Amendment *Nunc Pro Tunc* as of September 10, 2019

("Notice of Amendment"), with respect to the underlying Complaint in the above-referenced

matter, ECF No. 1, as amended by ECF No. 38, as permitted and approved by the Court's Order

of July 10, 2018, ECF No. 4045, and the Court's Order granting leave to file Notice of

Amendment *Nunc Pro Tunc* dated _____, 2019, ECF No. ____. Upon the filing of

this Notice of Amendment, the underlying Complaint is deemed amended *nunc pro tunc* as of

September 4, 2019, to add the individual(s) listed below (the "New Plaintiff(s)") as plaintiff(s)

raising claims against the Islamic Republic of Iran. The underlying Complaint is deemed further

amended, to include the allegations of the Amended Complaint, *Burnett v. Islamic Republic of*

*Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.  The amendment

effected through this Notice of Amendment supplements by incorporation into, but does not

displace, the underlying Complaint. This Notice of Amendment relates solely to the Islamic

Republic of Iran and does not apply to any other defendant.

         Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have

adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and any jury trial demand, including all causes of action against Iran, as set forth in the Amended Complaint, *Burnett v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53, and in the Complaint, *Abel et al. v. Islamic Republic of Iran*, No. 18-CV-11837 (GBD) (SN), ECF No. 1, as amended by ECF No. 38.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of

September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the

New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member,

the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint

discussing the decedent and/or the decedent's estate.

|   | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Berisha, Preta | New Jersey | United States | Camaj, Roko | Sibling | N/A |
| 2 | Camaj, Frank | New Jersey | United States | Camaj, Roko | Sibling | N/A |
| 3 | Camaj, Kole | New York | United States | Camaj, Roko | Sibling | N/A |

Dated: _____

Respectfully submitted,

*/s/ Jerry S. Goldman*

Jerry S. Goldman
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com

*Attorney for Plaintiffs*