

**Baumeister & Samuels, P.C.**
A PROFESSIONAL CORPORATION

140 Broadway, 46th Floor
New York, NY 10005

DOROTHEA M. CAPONE
tcapone@baumeisterlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2019
```

October 25, 2019

**VIA ELECTRONIC CASE FILING**

Honorable Magistrate Judge Sarah Netburn
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *In Re: September 11, 2001 Terror Attacks*, 03-mdl-1570 (GBD)(SN)
 *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
 *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
 *Ashton et al. v. Kingdom of Saudi Arabia*, 17-cv-2003 (GBD)(SN)

Dear Judge Netburn:

Your Honor will recall that in its October 18, 2019 Order (ECF No. 5220), the Court directed the parties to meet-and-confer in an effort to resolve their outstanding issues without the necessity of a hearing. This Order also instructed the parties to provide the Court with a joint status report no later than today, October 25, 2019.

The parties have engaged in several conversations this week. These discussions are ongoing, and the parties respectfully request that they be permitted to update the Court on their efforts by Tuesday, October 29, 2019.

**SO ORDERED.**

October 28, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge