UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On May 29, 2019, the Court permitted the Plaintiffs' Executive Committees ("Plaintiffs") to depose non-party witness Akram Alzamari by written questions pursuant to Rule 31 of the Federal Rules of Civil Procedure. ECF No. 4564. The Court limited the scope of the deposition to the three topics identified on pages four and five of Plaintiffs' May 21, 2019 motion for reconsideration. Id. at 2.

    On October 11, 2019, Alzamari moved for a protective order, objecting to certain of Plaintiffs' direct examination questions. Under the Court's Individual Rules of Practice, Plaintiffs had three business days to oppose Alzamari's request. Plaintiffs have not done so.

    Accordingly, because Plaintiffs did not file a timely opposition — and because the questions are outside the scope of the deposition topics authorized in the Court's May 29 Order — the objections to Plaintiffs' questions are SUSTAINED. Any filing regarding these questions shall be made under seal.

**SO ORDERED.**

DATED:    October 28, 2019
              New York, New York

_____
SARAH NETBURN
United States Magistrate Judge