UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD)

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: OCT 29 2019

GEORGE B. DANIELS, United States District Judge:

This Court's October 25, 2019 Orders (ECF Nos. 5227, 5228, and 5229) shall be amended as follows: It is hereby ORDERED that the Ashton XIII Plaintiffs' Motion for Final Judgments and the Burnett/Iran Plaintiffs' Motion for Default Judgment are GRANTED. The Ashton XIII and Burnett/Iran Plaintiffs are referred to Magistrate Judge Sarah Netburn to resolve any remaining issues, including but not limited to damages, both compensatory and punitive.

Dated: October 29, 2019
        New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE