

**Baumeister & Samuels, P.C.**
A PROFESSIONAL CORPORATION

140 Broadway, 46th Floor
New York, NY 10005

DOROTHEA M. CAPONE
tcapone@baumeisterlaw.com

212-363-1200
866-363-1200
212-363-1346 Fax
www.baumeisterlaw.com

October 29, 2019

**VIA ELECTRONIC CASE FILING**

Honorable Magistrate Judge Sarah Netburn
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *In Re: September 11, 2001 Terror Attacks*, 03-mdl-1570 (GBD)(SN)
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
*Ashton et al. v. Kingdom of Saudi Arabia*, 17-cv-2003 (GBD)(SN)

Dear Judge Netburn:

Consistent with the Court's October 18, 2019 Order (ECF No. 5220), this letter will advise that the parties conferred several times over the past week, and we have been unable to reach a resolution.

As such, we are prepared to move forward and respectfully request that the Court set this matter down for an evidentiary hearing on December 18, 2019 if this date is available on the Court's calendar.

Respectfully submitted,

Dorothea M. Capone

DMC:cml

cc: Jonathan Vuotto, Esq. (via ECF)