UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

ORDER

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2019

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has issued several orders approving forms and setting procedures for the filing of new claims against the Kingdom of Saudi Arabia ("Saudi Arabia"). See ECF Nos. 3543, 3982, 4010, 4045, 5234. Under these procedures, Plaintiffs who file a Short Form Complaint are required to submit an appropriate request for waiver of service to counsel for Saudi Arabia. See, e.g., ECF No. 3543, at 4; ECF No. 4045, at 4. For certain cases, particularly those filed in December 2018, the Court cannot discern whether these requests have been submitted.

    Accordingly, by Wednesday, November 6, 2019, Saudi Arabia is directed to file a status letter with the Court, stating whether it has received a waiver of service in the cases identified below in Table 1.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 30, 2019
                New York, New York

**Table 1.**

| | | | |
|---|---|---|---|
| 1:17-cv-06123 | 1:18-cv-12294 | 1:18-cv-12353 | 1:19-cv-00045 |
| 1:17-cv-07914 | 1:18-cv-12298 | 1:18-cv-12354 | |
| 1:17-cv-08617 | 1:18-cv-12301 | 1:18-cv-12358 | |
| 1:18-cv-11573 | 1:18-cv-12305 | 1:18-cv-12360 | |
| 1:18-cv-11717 | 1:18-cv-12326 | 1:18-cv-12362 | |
| 1:18-cv-11727 | 1:18-cv-12328 | 1:18-cv-12369 | |
| 1:18-cv-11745 | 1:18-cv-12334 | 1:18-cv-12372 | |
| 1:18-cv-11814 | 1:18-cv-12335 | 1:18-cv-12374 | |
| 1:18-cv-11891 | 1:18-cv-12336 | 1:18-cv-12375 | |
| 1:18-cv-12039 | 1:18-cv-12338 | 1:18-cv-12376 | |
| 1:18-cv-12052 | 1:18-cv-12343 | 1:18-cv-12378 | |
| 1:18-cv-12067 | 1:18-cv-12346 | 1:18-cv-12383 | |
| 1:18-cv-12085 | 1:18-cv-12348 | 1:18-cv-12399 | |
| 1:18-cv-12256 | 1:18-cv-12350 | 1:19-cv-00025 | |
| 1:18-cv-12280 | 1:18-cv-12351 | 1:19-cv-00028 | |
| 1:18-cv-12291 | 1:18-cv-12352 | 1:19-cv-00039 | |