USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                                                       03-MDL-01570 (GBD)(SN)

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                                                   **ORDER**


-----------------------------------------------------------------X

This document relates to:

<u>Ashton et al v. al Qaeda Islamic Army, et al.</u>, 02-CV-6977 (GBD) (SN) (S.D.N.Y.)
<u>Bauer et al. v. al Qaeda Islamic Army, et al.</u>, 02-CV-7236 (GBD) (SN) (S.D.N.Y.)
<u>Ashton et al. v. Kingdom of Saudi Arabia</u>, 17-CV-2003 (GBD) (SN) (S.D.N.Y.)

**SARAH NETBURN, United States Magistrate Judge:**

       On September 20, 2019, Patricia Ryan, Kristen Ryan, Laura Ryan, and Colin Ryan (the "Ryan Plaintiffs"), as well as Katherine Maher, Daniel R. Maher, and Joseph F. Maher (the "Maher Plaintiffs") (collectively, "Plaintiffs"), parties in the <u>Ashton</u> action, filed motions to substitute counsel. ECF Nos. 5164, 5165. On the same day, Baumeister & Samuels ("B&S"), current counsel for Plaintiffs, partially opposed the motions. ECF Nos. 5169, 5171. B&S consents to the substitution of counsel, but contends that: (1) Plaintiffs should be removed from the <u>Ashton</u> action; and (2) the Court should enter a charging lien for the firm's fees and unreimbursed expenses in the event there is any future recovery. <u>Id.</u>

       Plaintiffs filed an opposition to the entry of charging lien on October 10, and B&S filed its response on October 18. ECF Nos. 5202, 5219. Upon urging from Plaintiffs' counsel, the Court directed the parties to meet-and-confer about resolving their dispute without an evidentiary hearing and to file a joint status letter by October 25. ECF No. 5220. That deadline was subsequently extended until October 29. ECF No. 5232.

On October 29 and October 30, the parties collectively filed four letters regarding the status of their dispute. ECF Nos. 5240, 5243, 5248, 5249. Among other things, Plaintiffs request an opportunity to confer with the Court before proceeding with an evidentiary hearing.

Accordingly, a conference is SCHEDULED for Tuesday, November 26, 2019, at 11:00 a.m., in Courtroom 219, Thurgood Marshall Courthouse, New York, New York. The purpose of the conference is to discuss the parties' charging lien dispute, including: (1) B&S's request that Plaintiffs file individual sworn statements; (2) Plaintiffs' request for limited discovery; and (3) whether Plaintiffs intend to bring a separate lawsuit regarding these events, and if so, whether that affects the propriety of conducting an evidentiary hearing at this time.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 30, 2019
         New York, New York