

Baumeister & Samuels, P.C.
A PROFESSIONAL CORPORATION

140 Broadway, 46th Floor                                    212-363-1200
New York, NY 10005                                          866-363-1200
                                                            212-363-1346 Fax
MICHEL F. BAUMEISTER                                        www.baumeisterlaw.com
mbaumeister@baumeisterlaw.com

October 30, 2019

<u>VIA ELECTRONIC CASE FILING</u>

Honorable Magistrate Judge Sarah Netburn
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> Re:  In Re September 11, 2001 Terror Attacks, 03-mdl-1570 (GBD)(SN)
>       Ashton, et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD)(SN)
>       Bauer, et al. v. al Qaeda Islamic Army, et al., 02-cv-7236 (GBD)(SN)
>       Ashton, et al. v. Kingdom of Saudi Arabia, 17-cv-2003 (GBD)(SN)

Dear Judge Netburn:

We are in receipt of the letter submitted this morning by Mr. Vuotto (ECF No 5249). Ms. Capone is out of town, and I have spoken with her about Mr. Vuotto's letter. We will not waste this Court's time, nor dignify Mr. Vuotto's vicious ad hominem attack upon Ms. Capone. I am writing this letter simply to renew our request that Your Honor schedule an evidentiary hearing on the parties' dispute over the limited issue of our firm's charging lien. In the hearing, the only people who have direct, personal knowledge about the day-to-day handling of this case over the last 17+ years are the plaintiffs, Ms. Capone and me. Therefore, there is no need for other "third-party witnesses". Mr. Vuotto's suggestion is simply another attempt to further delay this critical hearing.

Furthermore, the Ryan and Maher plaintiffs bear the burden of proof and are required to provide this Court with credible evidence of misconduct or impropriety since they have made these allegations against us and our firm.  We intend to refute these allegations.

Respectfully submitted,

*/s/ Michel F. Baumeister*
Michel F. Baumeister

MFB:cml
cc:    Jonathan Vuotto, Esq. (via ECF)