# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

October 31, 2019

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

  Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

  The Plaintiffs' Executive Committees ("PECs") write concerning defendant Wa'el Jelaidan's application, filed today by his counsel, Martin McMahon (ECF No. 5255). Mr. McMahon correctly notes that the PECs do not oppose his application. However, we respectfully request that the Court address the application as promptly as possible, either granting or denying it, so that plaintiffs may know whether to move forward with the necessary travel plans to have a reporter, videographer, and translator available in Jeddah during the period requested by Mr. McMahon (noting that the travel time bumps into the very busy Thanksgiving travel time), arrange a venue for the deposition, and address the other on-site technical issues associated with conducting remote depositions.

  Respectfully submitted,

COZEN O'CONNOR

By: /s/ *Sean P. Carter*
  SEAN P. CARTER
  COZEN O'CONNOR
  One Liberty Place
  1650 Market Street, Suite 2800
  Philadelphia, Pennsylvania 19103
  Tel: (215) 665-2105
  Email: scarter@cozen.com

*For the Plaintiffs' Exec. Committees*

MOTLEY RICE LLC

By: /s/ *Robert T. Haefele*
  ROBERT T. HAEFELE
  MOTLEY RICE LLC
  28 Bridgeside Boulevard
  Mount Pleasant, SC 29465
  Tel.: (843) 216-9184
  Email: rhaefele@motleyrice.com

*For the Plaintiffs' Exec. Committees*

The Honorable Sarah Netburn
October 31, 2019
Page 2

_____

KREINDLER & KREINDLER LLP

By: /s/ *Andrew J. Maloney*
    ANDREW J. MALONEY
    KREINDLER & KREINDLER LLP
    750 Third Avenue
    New York, New York 10017
    Tel.: 212-687-8181
    Email: amaloney@kreindler.com

*For the Plaintiffs' Exec. Committees*

cc:    The Honorable George B. Daniels, via ECF
       All Counsel of Record via ECF