```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2019
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**In re:**

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

**03-MDL-01570 (GBD)(SN)**

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On November 4, 2019, the Court conducted a telephone conference to discuss the parties' proposed schedules for expert discovery and class certification briefing. Having considered the parties' arguments, it is HEREBY ORDERED:

    1.    By Friday, January 3, 2020, the Plaintiffs' Executive Committees ("Plaintiffs") shall inform Defendants[1] of the identity of Plaintiffs' experts and the topics on which those experts will provide an opinion.

    2.    Plaintiffs shall submit their affirmative expert reports by Monday, February 3, 2020. Defendants shall submit their affirmative and rebuttal expert reports by Friday, April 3, 2020. Plaintiffs shall submit their rebuttal expert reports, if any, by Monday, May 4, 2020. Rebuttal reports shall be limited to addressing issues raised for the first time in Defendants' reports. All expert discovery shall be completed by Friday, July 3, 2020.

    3.    Plaintiffs in Estate of John P. O'Neill, Sr., v. Al Baraka Inv. & Dev. Corp., No 04-CV-1923, shall file their motion for class certification by Wednesday, January 15, 2020.

---

[1] These Defendants include: Abdullah Omar Naseef, Abdullah bin Saleh al-Obaid, Abdullah Mohsen al-Turki, Adnan Basha, Soliman al-Buthe, and Yassin Abdullah al-Kadi, who are currently in jurisdictional discovery, as well as the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, Dubai Islamic Bank, and Individual Defendant Wa'el Hamza Jelaidan, who are currently in merits discovery.

Defendants[2] shall file their opposition by Friday, February 28, 2020. Plaintiffs may file a reply, if any, by Friday, March 13, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   November 4, 2019
         New York, New York

---

[2] These Defendants include: Dubai Islamic Bank, World Assembly of Muslim Youth, Muslim World League, International Islamic Relief Organization, and Yassin Abdullah Kadi.