KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

November 6, 2019

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN) (Certain Actions Set Forth Below) – Response to October 30, 2019 Order

Dear Judge Netburn:

    I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") in response to the Court's October 30, 2019 order, directing Saudi Arabia "to file a status letter with the Court, stating whether it has received a waiver of service in [certain] cases." ECF No. 5250, at 1.

    Saudi Arabia has received and returned waiver of service requests for the following cases:

| | | |
|---|---|---|
| 1:17-cv-06123 | 1:18-cv-12280 | 1:18-cv-12336 |
| 1:17-cv-08617 | 1:18-cv-12291 | 1:18-cv-12338 |
| 1:18-cv-11573 | 1:18-cv-12294 | 1:18-cv-12346 |
| 1:18-cv-11717 | 1:18-cv-12298 | 1:18-cv-12348 |
| 1:18-cv-11727 | 1:18-cv-12301 | 1:18-cv-12399 |
| 1:18-cv-11745 | 1:18-cv-12305 | 1:19-cv-00025 |
| 1:18-cv-12039 | 1:18-cv-12326 | 1:19-cv-00028 |
| 1:18-cv-12052 | 1:18-cv-12328 | 1:19-cv-00039 |
| 1:18-cv-12067 | 1:18-cv-12334 | |
| 1:18-cv-12085 | 1:18-cv-12335 | |

In addition, on October 31, 2019, shortly after the Court's order, Saudi Arabia received a waiver of service request for *Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen v. Kingdom of Saudi Arabia*, No. 1:17-cv-07914, which it has returned today.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable Sarah Netburn
November 6, 2019
Page 2

Saudi Arabia has no record of receiving waiver of service requests in the following cases:

| | | |
|---|---|---|
| 1:18-cv-11814 | 1:18-cv-12353 | 1:18-cv-12374 |
| 1:18-cv-11891 | 1:18-cv-12354 | 1:18-cv-12375 |
| 1:18-cv-12256 | 1:18-cv-12358 | 1:18-cv-12376 |
| 1:18-cv-12343 | 1:18-cv-12360 | 1:18-cv-12378 |
| 1:18-cv-12350 | 1:18-cv-12362 | 1:18-cv-12383 |
| 1:18-cv-12351 | 1:18-cv-12369 | 1:19-cv-00045 |
| 1:18-cv-12352 | 1:18-cv-12372 | |

Saudi Arabia respectfully requests that the Court set a deadline of November 15, 2019, after which the above cases will be dismissed unless either service has been made or a waiver of service requested.

This letter is being spread to the electronic docket for each of the cases cited above.

Respectfully submitted,

/s/ Michael K. Kellogg

Michael K. Kellogg
*Counsel for the Kingdom of Saudi Arabia*

cc: The Honorable George B. Daniels (via facsimile)
All MDL Counsel of Record (via ECF)