**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: ) | **Civil Action No. 03 MDL 1570 (GBD) (SN)** |
| TERRORIST ATTACKS ON ) | **ECF Case** |
| SEPTEMBER 11, 2001 ) |  |

This document relates to all actions.

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christopher M. Young, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant The Kingdom of Saudi Arabia in the above-captioned litigation and individual cases.

I am a member in good standing of the Bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Attached hereto is an affidavit in compliance with Local Rule 1.3.

Dated: November 7, 2019

Respectfully submitted,

*/s/ Christopher M. Young*
Christopher M. Young
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7927
Facsimile: (202) 326-7999
cyoung@kellogghansen.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2019, I caused an electronic copy of the foregoing Motion For Admission Of Christopher M. Young *Pro Hac Vice* to be served electronically by the Court's Electronic Case Filing (ECF) System.  I caused the foregoing to be filed on the MDL docket.

Dated: November 7, 2019                             Respectfully submitted,

                                                    */s/ Christopher M. Young*
                                                    Christopher M. Young

2