USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2019

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

November 11, 2019

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") concerning the sealed letter-responses filed by the Plaintiffs' Executive Committees ("Plaintiffs") on November 8, 2019, in opposition to Saudi Arabia's letter-motion for a scheduling order (ECF No. 5235) and sealed letter-motion for a protective order. Saudi Arabia respectfully requests leave to file replies to Plaintiffs' November 8 submissions on or before November 13. Plaintiffs have stated that they have no objection to this request.

    Respectfully submitted,

    /s/ *Michael K. Kellogg*

    Michael K. Kellogg
    *Counsel for the Kingdom of Saudi Arabia*

---

Defendant's request is GRANTED. Saudi Arabia may file its replies no later than 5:00 p.m. on Wednesday, November 13, 2019.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

November 12, 2019
New York, New York