EX. A to *Kamardinova* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1  | Faye Kane | Jennifer L. Kane | Parent | $8,500,000 |
| 2  | George Kane | Jennifer L. Kane | Parent | $8,500,000 |
| 3  | Timothy Kane | Jennifer L. Kane | Sibling | $4,250,000 |
| 4  | Matthew Kane | Jennifer L. Kane | Sibling | $4,250,000 |
| 5  | McKinley Kearney | Lisa Kearney-Griffin | Parent | $8,500,000 |
| 6  | Brityne Sprauve | Lisa Kearney-Griffin | Child | $8,500,000 |
| 7  | Belinda Bennett | Brenda Kegler | Child | $8,500,000 |
| 8  | Andre Hunter | Brenda Kegler | Sibling | $4,250,000 |
| 9  | Simara Warren | Brenda Kegler | Child | $8,500,000 |
| 10 | Bing Kegler | Brenda Kegler | Spouse | $12,500,000 |
| 11 | David Royal | Brenda Kegler | Sibling | $4,250,000 |
| 12 | Anne K. Juleff | Thomas M. Kelly | Spouse | $12,500,000 |
| 13 | Kathleen Kelly | Thomas W. Kelly | Spouse | $12,500,000 |
| 14 | Thomas Kelly | Thomas W. Kelly | Child | $8,500,000 |
| 15 | Francis Kelly | Thomas W. Kelly | Child | $8,500,000 |
| 16 | Allison Garger | Thomas Kennedy | Spouse | $12,500,000 |
| 17 | Brian Kennedy | Thomas Kennedy | Sibling | $4,250,000 |
| 18 | Eileen Kennedy | Thomas Kennedy | Parent | $8,500,000 |
| 19 | James Kennedy | Thomas Kennedy | Child | $8,500,000 |
| 20 | Michael Kennedy | Thomas Kennedy | Child | $8,500,000 |
| 21 | William Kennedy | Thomas Kennedy | Parent | $8,500,000 |
| 22 | Elizabeth Khalif | Boris Khalif | Parent | $8,500,000 |
| 23 | Dara Berliner | Mary Jo Kimelman | Sibling | $4,250,000 |
| 24 | Michael G. Kimelman | Mary Jo Kimelman | Parent | $8,500,000 |
| 25 | Michael P. Kimelman | Mary Jo Kimelman | Sibling | $4,250,000 |
| 26 | Scott Kimelman | Mary Jo Kimelman | Sibling | $4,250,000 |
| 27 | Terre Susan Wallach | Mary Jo Kimelman | Parent | $8,500,000 |
| 28 | Kellie Work | Amy R. King | Sibling | $4,250,000 |
| 29 | Susan M. King | Amy R. King | Parent | $8,500,000 |
| 30 | Hans A. Klein | Peter A. Klein | Parent | $8,500,000 |
| 31 | Jill Graziano | Ronald Philip Kloepfer | Sibling | $4,250,000 |
| 32 | Janet C. Kloepfer | Ronald Philip Kloepfer | Parent | $8,500,000 |
| 33 | Michael Kloepfer | Ronald Philip Kloepfer | Sibling | $4,250,000 |
| 34 | Robert Kloepfer Jr. | Ronald Philip Kloepfer | Sibling | $4,250,000 |
| 35 | Kim McKenna | Ronald Philip Kloepfer | Sibling | $4,250,000 |
| 36 | John Koecheler | Gary E. Koecheler | Child | $8,500,000 |
| 37 | Mary Jo Koecheler | Gary E. Koecheler | Sibling | $4,250,000 |

Corrected EX. A to *Kamardinova* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 38 | Maureen Koecheler | Gary E. Koecheler | Spouse | $12,500,000 |
| 39 | Paul Koecheler | Gary E. Koecheler | Child | $8,500,000 |
| 40 | Judy Schneider | Gary E. Koecheler | Sibling | $4,250,000 |
| 41 | Gene Koecheler | Gary E. Koecheler | Sibling | $4,250,000 |
| 42 | Thomas Kuras | Patricia A. Kuras | Sibling | $4,250,000 |
| 43 | Michael B. Kuras | Patricia A. Kuras | Sibling | $4,250,000 |
| 44 | Morgan Kyte | Angela R. Kyte | Child | $8,500,000 |
| 45 | Roger Kyte | Angela R. Kyte | Spouse | $12,500,000 |
| 46 | Kyler Lake | William D. Lake | Child | $8,500,000 |
| 47 | Jeanne Kavinski | Carol A. LaPlante | Sibling | $4,250,000 |
| 48 | Marilyn Matthews | Carol A. LaPlante | Sibling | $4,250,000 |
| 49 | Catherine Lauria | Stephen J. Lauria | Sibling | $4,250,000 |
| 50 | Antoinette Lauria | Stephen J. Lauria | Parent | $8,500,000 |
| 51 | Pamela Lawson Dixon | Nathaniel Lawson | Child | $8,500,000 |
| 52 | Betty Moore-Gooding | Nathaniel Lawson | Sibling | $4,250,000 |
| 53 | Evelyn Robinson | Nathaniel Lawson | Sibling | $4,250,000 |
| 54 | Alexia Leduc | Alexis Leduc | Child | $8,500,000 |
| 55 | Elvis Leduc | Alexis Leduc | Child | $8,500,000 |
| 56 | Cindy Leduc-Sanchez | Alexis Leduc | Child | $8,500,000 |
| 57 | Katherine Lenoir | John R. Lenoir | Sibling | $4,250,000 |
| 58 | Patricia Lenoir | John R. Lenoir | Parent | $8,500,000 |
| 59 | Patrick Lenoir | John R. Lenoir | Sibling | $4,250,000 |
| 60 | John A. Lenoir | John R. Lenoir | Parent | $8,500,000 |
| 61 | Elaine Farrally-Plourde | Charles A. Lesperance | Child | $8,500,000 |
| 62 | Audrey Levin | Alisha C. Levin | Parent | $8,500,000 |
| 63 | Marvin Levin | Alisha C. Levin | Parent | $8,500,000 |
| 64 | Mindy Gottenberg | Alisha C. Levin | Sibling | $4,250,000 |
| 65 | John E. Allen Jr. | Samantha Lightbourn-Allen | Child | $8,500,000 |
| 66 | Rennea Butler | Samantha Lightbourn-Allen | Sibling | $4,250,000 |
| 67 | Raymond Lightbourn | Samantha Lightbourn-Allen | Sibling | $4,250,000 |
| 68 | Rebecca Lightbourn | Samantha Lightbourn-Allen | Parent | $8,500,000 |
| 69 | Berdie Hicks | Nickie Lindo | Parent | $8,500,000 |
| 70 | Walter Hicks | Nickie Lindo | Sibling | $4,250,000 |
| 71 | Elisa P. Malani as Personal Representative of the Estate of Erica Partosoedarso | Michael Lomax | Spouse (Deceased) | $12,500,000 |
| 72 | Alexandra Lopes | Salvatore Lopes | Child | $8,500,000 |
| 73 | Lorraine Lopes | Salvatore Lopes | Spouse | $12,500,000 |
| 74 | Nicole Lopes | Salvatore Lopes | Child | $8,500,000 |
| 75 | Michael Lopez Feliciano | George Lopez | Child | $8,500,000 |

Corrected EX. A to *Kamardinova* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 76 | Sophia W. M. Feliciano | George Lopez | Spouse | $12,500,000 |
| 77 | Rodney Bush | Nehamon Lyons | Sibling | $4,250,000 |
| 78 | Corey Hawkins | Nehamon Lyons | Sibling | $4,250,000 |
| 79 | Christian Lyons | Nehamon Lyons | Sibling | $4,250,000 |
| 80 | Jewel Lyons | Nehamon Lyons | Parent | $8,500,000 |
| 81 | Marquis Lyons | Nehamon Lyons | Sibling | $4,250,000 |
| 82 | Janet Wexler Magee | Charles W. Magee | Spouse | $12,500,000 |
| 83 | Malek Malahi | Abdu Ali Malahi | Child | $8,500,000 |
| 84 | Nabeela Malahi | Abdu Ali Malahi | Spouse | $12,500,000 |
| 85 | Fares Malahi | Abdu Ali Malahi | Child | $8,500,000 |
| 86 | Jarid Maldonado | Myrna Maldonado-Agosto | Child | $8,500,000 |
| 87 | Gene Maloy | Gene Maloy | Parent | $8,500,000 |
| 88 | April Fitzgerald | Gene Maloy | Sibling | $4,250,000 |
| 89 | Christine Mariani | Louis N. Mariani | Sibling | $4,250,000 |
| 90 | Christina Martinez | Betsy Martinez | Child | $8,500,000 |
| 91 | Gabriel Martinez | Robert G. Martinez | Parent | $8,500,000 |
| 92 | Marie Martinez | Robert G. Martinez | Parent | $8,500,000 |
| 93 | Francis Firth | Robert G. Martinez | Sibling | $4,250,000 |
| 94 | Shaun Mason | Ada L. Mason | Child | $8,500,000 |
| 95 | Shannon Mason | Ada L. Mason | Child | $8,500,000 |
| 96 | Deborah Moloney | William A. Mathesen | Sibling | $4,250,000 |
| 97 | Stephen Mathesen | William A. Mathesen | Sibling | $4,250,000 |
| 98 | Karen Schubert | William A. Mathesen | Sibling | $4,250,000 |
| 99 | Patricia Sarrantonio | William A. Mathesen | Sibling | $4,250,000 |
| 100 | Vivian Mattic | Margaret E. Mattic | Sibling | $4,250,000 |
| 101 | Jean Neal a/k/a Elvin Jean Neal | Margaret E. Mattic | Sibling | $4,250,000 |
| 102 | Frances Douglas | Margaret E. Mattic | Sibling | $4,250,000 |
| 103 | Dale Mattson | Dean E. Mattson | Sibling | $4,250,000 |
| 104 | Glenn Mattson | Dean E. Mattson | Sibling | $4,250,000 |
| 105 | Dwain Mattson | Dean E. Mattson | Sibling | $4,250,000 |
| 106 | Peter McMahon | Robert D. McMahon | Sibling | $4,250,000 |
| 107 | Kim McNeil | Walter A. McNeil | Child | $8,500,000 |
| 108 | Walter A. McNeil II | Walter A. McNeil | Child | $8,500,000 |
| 109 | Judith McNeil | Walter A. McNeil | Sibling | $4,250,000 |
| 110 | Scarlyn Mejia | Manuel E. Mejia | Child | $8,500,000 |
| 111 | Douglas Mello | Christopher D. Mello | Parent | $8,500,000 |
| 112 | Ellen Mello | Christopher D. Mello | Parent | $8,500,000 |
| 113 | John Mello | Christopher D. Mello | Sibling | $4,250,000 |

Corrected EX. A to *Kamardinova* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 114 | Alexsandr Melnichenko | Yelena Melnichenko | Spouse | $12,500,000 |
| 115 | Maria Revilla | Luis Clodoaldo Revilla Mier | Spouse | $12,500,000 |
| 116 | Jacqueline Milam | Major Ronald D. Milam | Spouse | $12,500,000 |
| 117 | Jacqueline Milam, as Natural Guardian of RDM, Jr. | Major Ronald D. Milam | Child (Minor) | $8,500,000 |
| 118 | Myejoi Milam | Major Ronald D. Milam | Child | $8,500,000 |
| 119 | Laurie Miller | Douglas C. Miller | Spouse | $12,500,000 |
| 120 | Rachel Miller | Douglas C. Miller | Child | $8,500,000 |
| 121 | Sheryl Miller Bechor | Philip D. Miller | Child | $8,500,000 |
| 122 | Elaine Moccia | Frank V. Moccia | Spouse | $12,500,000 |
| 123 | Donna Velazquez | Frank V. Moccia | Child | $8,500,000 |
| 124 | Frank Moccia | Frank V. Moccia | Child | $8,500,000 |
| 125 | Mercedes Hernandez Molina | Manuel De Jesus Molina | Spouse | $12,500,000 |
| 126 |  |  |  |  |
| 127 | Cindy Montoya | Antonio Montoya | Child | $8,500,000 |
| 128 | Kelly Montoya | Antonio Montoya | Child | $8,500,000 |
| 129 | Magarita Londono de Montoya | Carlos A. Montoya | Parent | $8,500,000 |
| 130 | Gilberto Montoya-Londono | Carlos A. Montoya | Sibling | $4,250,000 |
| 131 | Jaime Montoya-Londono | Carlos A. Montoya | Sibling | $4,250,000 |
| 132 | Luis F. Montoya-Londono | Carlos A. Montoya | Sibling | $4,250,000 |
| 133 | Stacey Montoya | Carlos A. Montoya | Spouse | $12,500,000 |
| 134 | Kevin Moran | Gerard Moran | Sibling | $4,250,000 |
| 135 | Ellen Moran | John Moran | Sibling | $4,250,000 |
| 136 | Dylan Moran | John Moran | Child | $8,500,000 |
| 137 | Michael Moran | John Moran | Sibling | $4,250,000 |
| 138 | Ryan Moran | John Moran | Child | $8,500,000 |
| 139 | Ellen Moran (a/k/a Ellen Brennan) as Personal Representative of the Estate of Margaret Murphy Moran | John Moran | Parent (Deceased) | $8,500,000 |
| 140 | Mona O'Connor | John Moran | Sibling | $4,250,000 |
| 141 | Kim Racklin | John Moran | Spouse | $12,500,000 |
| 142 | Eileen M. Morello | Steven Morello | Spouse | $12,500,000 |
| 143 | Steven Morello | Steven Morello | Child | $8,500,000 |
| 144 | Jessica Spiers | Steven Morello | Child | $8,500,000 |

|  | Total |  |  | $1,057,500,000.00 |
|---|---|---|---|---|