**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 11/12/2019

In re:

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**

**03-MDL-01570 (GBD)(SN)**

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court will hold a pre-motion discovery conference on Friday, November 15, 2019, at

10:00 a.m., in Courtroom 506, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

The purpose of this hearing is to address the issues raised in the Plaintiffs' Executive

Committees' under seal October 24, 2019 letter. The Court may also address the issues raised in

the Kingdom of Saudi Arabia's letter-motion for a scheduling order (ECF No. 5235) and sealed

letter-motion for a protective order, both filed on October 28, 2019.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 12, 2019
          New York, New York