UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Bakahityar Kamardinova et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD) (SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Corrections to Order of Judgment, Memorandum of Law in Support of Plaintiffs' Motion for Corrections to Order of Judgment and Declaration of Jerry S. Goldman, attorney for the *Kamardinova* Plaintiffs in the above-captioned action, it is hereby;

ORDERED that final judgment for solatium damages entered on behalf of Amanda Castrillon in the Court's August 26, 2019 Final Order of Judgment (ECF No. 4996 at Exhibit A, line 126) against the Islamic Republic of Iran is vacated;

ORDERED that the modified Exhibit A removing Amanda Castrillon is hereby adopted; and it is hereby

ORDERED that the Court's August 26, 2019 Final Order of Judgment (ECF 4996) remains otherwise in force and that all other final judgments awarded to the *Kamardinova* Plaintiffs identified in the August 26, 2019 Order docketed at ECF No. 4996 remain in effect.

Dated: New York, New York
_____, 2019

SO ORDERED:

_____

docs-100209026.1