UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                             03 MDL 1570 (RCC)

----------------------------------------------------------x

This document relates to:
    *Burnett, et al v. Al Baraka Investment & Development Corp., et al*, Case No. 03-cv-9849
    (S.D.N.Y.)

## ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name individuals as Plaintiffs in their given names who were previously identified as "DOE" plaintiffs in their prior pleadings, it is hereby:

**ORDERED** that the *Burnett* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *Burnett* case in their given names; and it is

**ORDERED** that the *Burnett* Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the *Burnett* action in the Court's ECF and docketing system.

**SO ORDERED.**

November ___, 2019                           SARAH NETBURN
New York, New York                      United States Magistrate Judge