UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Bakahityar Kamardinova et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD) (SN)

## ~~[PROPOSED]~~ ORDER

Upon consideration of Plaintiffs' Motion for Corrections to Order of Judgment, Memorandum of Law in Support of Plaintiffs' Motion for Corrections to Order of Judgment and Declaration of Jerry S. Goldman, attorney for the *Kamardinova* Plaintiffs in the above-captioned action, it is hereby;

ORDERED that final judgment for solatium damages entered on behalf of Amanda Castrillon in the Court's August 26, 2019 Final Order of Judgment (ECF No. 4996 at Exhibit A, line 126) against the Islamic Republic of Iran is vacated;

ORDERED that the modified Exhibit A removing Amanda Castrillon is hereby adopted; and it is hereby

ORDERED that the Court's August 26, 2019 Final Order of Judgment (ECF 4996) remains otherwise in force and that all other final judgments awarded to the *Kamardinova* Plaintiffs identified in the August 26, 2019 Order docketed at ECF No. 4996 remain in effect.

Dated: New York, New York
_____, 2019
**NOV 1 3 2019**

SO ORDERED:

_George B. Daniels_

docs-100209026.1

EX. A to *Kamardinova* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF    | NAME OF 9/11 DECEDENT   | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|----------------------|-------------------------|-------------------------------------------|------------------|
| 1  | Faye Kane            | Jennifer L. Kane        | Parent                                    | $8,500,000       |
| 2  | George Kane          | Jennifer L. Kane        | Parent                                    | $8,500,000       |
| 3  | Timothy Kane         | Jennifer L. Kane        | Sibling                                   | $4,250,000       |
| 4  | Matthew Kane         | Jennifer L. Kane        | Sibling                                   | $4,250,000       |
| 5  | McKinley Kearney     | Lisa Kearney-Griffin    | Parent                                    | $8,500,000       |
| 6  | Brityne Sprauve      | Lisa Kearney-Griffin    | Child                                     | $8,500,000       |
| 7  | Belinda Bennett      | Brenda Kegler           | Child                                     | $8,500,000       |
| 8  | Andre Hunter         | Brenda Kegler           | Sibling                                   | $4,250,000       |
| 9  | Simara Warren        | Brenda Kegler           | Child                                     | $8,500,000       |
| 10 | Bing Kegler          | Brenda Kegler           | Spouse                                    | $12,500,000      |
| 11 | David Royal          | Brenda Kegler           | Sibling                                   | $4,250,000       |
| 12 | Anne K. Juleff       | Thomas M. Kelly         | Spouse                                    | $12,500,000      |
| 13 | Kathleen Kelly       | Thomas W. Kelly         | Spouse                                    | $12,500,000      |
| 14 | Thomas Kelly         | Thomas W. Kelly         | Child                                     | $8,500,000       |
| 15 | Francis Kelly        | Thomas W. Kelly         | Child                                     | $8,500,000       |
| 16 | Allison Garger       | Thomas Kennedy          | Spouse                                    | $12,500,000      |
| 17 | Brian Kennedy        | Thomas Kennedy          | Sibling                                   | $4,250,000       |
| 18 | Eileen Kennedy       | Thomas Kennedy          | Parent                                    | $8,500,000       |
| 19 | James Kennedy        | Thomas Kennedy          | Child                                     | $8,500,000       |
| 20 | Michael Kennedy      | Thomas Kennedy          | Child                                     | $8,500,000       |
| 21 | William Kennedy      | Thomas Kennedy          | Parent                                    | $8,500,000       |
| 22 | Elizabeth Khalif     | Boris Khalif            | Parent                                    | $8,500,000       |
| 23 | Dara Berliner        | Mary Jo Kimelman        | Sibling                                   | $4,250,000       |
| 24 | Michael G. Kimelman  | Mary Jo Kimelman        | Parent                                    | $8,500,000       |
| 25 | Michael P. Kimelman  | Mary Jo Kimelman        | Sibling                                   | $4,250,000       |
| 26 | Scott Kimelman       | Mary Jo Kimelman        | Sibling                                   | $4,250,000       |
| 27 | Terre Susan Wallach  | Mary Jo Kimelman        | Parent                                    | $8,500,000       |
| 28 | Kellie Work          | Amy R. King             | Sibling                                   | $4,250,000       |
| 29 | Susan M. King        | Amy R. King             | Parent                                    | $8,500,000       |
| 30 | Hans A. Klein        | Peter A. Klein          | Parent                                    | $8,500,000       |
| 31 | Jill Graziano        | Ronald Philip Kloepfer  | Sibling                                   | $4,250,000       |
| 32 | Janet C. Kloepfer    | Ronald Philip Kloepfer  | Parent                                    | $8,500,000       |
| 33 | Michael Kloepfer     | Ronald Philip Kloepfer  | Sibling                                   | $4,250,000       |
| 34 | Robert Kloepfer Jr.  | Ronald Philip Kloepfer  | Sibling                                   | $4,250,000       |
| 35 | Kim McKenna          | Ronald Philip Kloepfer  | Sibling                                   | $4,250,000       |
| 36 | John Koecheler       | Gary E. Koecheler       | Child                                     | $8,500,000       |
| 37 | Mary Jo Koecheler    | Gary E. Koecheler       | Sibling                                   | $4,250,000       |

Corrected EX. A to *Kamardinova* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 38 | Maureen Koecheler | Gary E. Koecheler | Spouse | $12,500,000 |
| 39 | Paul Koecheler | Gary E. Koecheler | Child | $8,500,000 |
| 40 | Judy Schneider | Gary E. Koecheler | Sibling | $4,250,000 |
| 41 | Gene Koecheler | Gary E. Koecheler | Sibling | $4,250,000 |
| 42 | Thomas Kuras | Patricia A. Kuras | Sibling | $4,250,000 |
| 43 | Michael B. Kuras | Patricia A. Kuras | Sibling | $4,250,000 |
| 44 | Morgan Kyte | Angela R. Kyte | Child | $8,500,000 |
| 45 | Roger Kyte | Angela R. Kyte | Spouse | $12,500,000 |
| 46 | Kyler Lake | William D. Lake | Child | $8,500,000 |
| 47 | Jeanne Kavinski | Carol A. LaPlante | Sibling | $4,250,000 |
| 48 | Marilyn Matthews | Carol A. LaPlante | Sibling | $4,250,000 |
| 49 | Catherine Lauria | Stephen J. Lauria | Sibling | $4,250,000 |
| 50 | Antoinette Lauria | Stephen J. Lauria | Parent | $8,500,000 |
| 51 | Pamela Lawson Dixon | Nathaniel Lawson | Child | $8,500,000 |
| 52 | Betty Moore-Gooding | Nathaniel Lawson | Sibling | $4,250,000 |
| 53 | Evelyn Robinson | Nathaniel Lawson | Sibling | $4,250,000 |
| 54 | Alexia Leduc | Alexis Leduc | Child | $8,500,000 |
| 55 | Elvis Leduc | Alexis Leduc | Child | $8,500,000 |
| 56 | Cindy Leduc-Sanchez | Alexis Leduc | Child | $8,500,000 |
| 57 | Katherine Lenoir | John R. Lenoir | Sibling | $4,250,000 |
| 58 | Patricia Lenoir | John R. Lenoir | Parent | $8,500,000 |
| 59 | Patrick Lenoir | John R. Lenoir | Sibling | $4,250,000 |
| 60 | John A. Lenoir | John R. Lenoir | Parent | $8,500,000 |
| 61 | Elaine Farrally-Plourde | Charles A. Lesperance | Child | $8,500,000 |
| 62 | Audrey Levin | Alisha C. Levin | Parent | $8,500,000 |
| 63 | Marvin Levin | Alisha C. Levin | Parent | $8,500,000 |
| 64 | Mindy Gottenberg | Alisha C. Levin | Sibling | $4,250,000 |
| 65 | John E. Allen Jr. | Samantha Lightbourn-Allen | Child | $8,500,000 |
| 66 | Rennea Butler | Samantha Lightbourn-Allen | Sibling | $4,250,000 |
| 67 | Raymond Lightbourn | Samantha Lightbourn-Allen | Sibling | $4,250,000 |
| 68 | Rebecca Lightbourn | Samantha Lightbourn-Allen | Parent | $8,500,000 |
| 69 | Berdie Hicks | Nickie Lindo | Parent | $8,500,000 |
| 70 | Walter Hicks | Nickie Lindo | Sibling | $4,250,000 |
| 71 | Elisa P. Malani as Personal Representative of the Estate of Erica Partosoedarso | Michael Lomax | Spouse (Deceased) | $12,500,000 |
| 72 | Alexandra Lopes | Salvatore Lopes | Child | $8,500,000 |
| 73 | Lorraine Lopes | Salvatore Lopes | Spouse | $12,500,000 |
| 74 | Nicole Lopes | Salvatore Lopes | Child | $8,500,000 |
| 75 | Michael Lopez Feliciano | George Lopez | Child | $8,500,000 |

Corrected EX. A to *Kamardinova* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 76 | Sophia W. M. Feliciano | George Lopez | Spouse | $12,500,000 |
| 77 | Rodney Bush | Nehamon Lyons | Sibling | $4,250,000 |
| 78 | Corey Hawkins | Nehamon Lyons | Sibling | $4,250,000 |
| 79 | Christian Lyons | Nehamon Lyons | Sibling | $4,250,000 |
| 80 | Jewel Lyons | Nehamon Lyons | Parent | $8,500,000 |
| 81 | Marquis Lyons | Nehamon Lyons | Sibling | $4,250,000 |
| 82 | Janet Wexler Magee | Charles W. Magee | Spouse | $12,500,000 |
| 83 | Malek Malahi | Abdu Ali Malahi | Child | $8,500,000 |
| 84 | Nabeela Malahi | Abdu Ali Malahi | Spouse | $12,500,000 |
| 85 | Fares Malahi | Abdu Ali Malahi | Child | $8,500,000 |
| 86 | Jarid Maldonado | Myrna Maldonado-Agosto | Child | $8,500,000 |
| 87 | Gene Maloy | Gene Maloy | Parent | $8,500,000 |
| 88 | April Fitzgerald | Gene Maloy | Sibling | $4,250,000 |
| 89 | Christine Mariani | Louis N. Mariani | Sibling | $4,250,000 |
| 90 | Christina Martinez | Betsy Martinez | Child | $8,500,000 |
| 91 | Gabriel Martinez | Robert G. Martinez | Parent | $8,500,000 |
| 92 | Marie Martinez | Robert G. Martinez | Parent | $8,500,000 |
| 93 | Francis Firth | Robert G. Martinez | Sibling | $4,250,000 |
| 94 | Shaun Mason | Ada L. Mason | Child | $8,500,000 |
| 95 | Shannon Mason | Ada L. Mason | Child | $8,500,000 |
| 96 | Deborah Moloney | William A. Mathesen | Sibling | $4,250,000 |
| 97 | Stephen Mathesen | William A. Mathesen | Sibling | $4,250,000 |
| 98 | Karen Schubert | William A. Mathesen | Sibling | $4,250,000 |
| 99 | Patricia Sarrantonio | William A. Mathesen | Sibling | $4,250,000 |
| 100 | Vivian Mattic | Margaret E. Mattic | Sibling | $4,250,000 |
| 101 | Jean Neal a/k/a Elvin Jean Neal | Margaret E. Mattic | Sibling | $4,250,000 |
| 102 | Frances Douglas | Margaret E. Mattic | Sibling | $4,250,000 |
| 103 | Dale Mattson | Dean E. Mattson | Sibling | $4,250,000 |
| 104 | Glenn Mattson | Dean E. Mattson | Sibling | $4,250,000 |
| 105 | Dwain Mattson | Dean E. Mattson | Sibling | $4,250,000 |
| 106 | Peter McMahon | Robert D. McMahon | Sibling | $4,250,000 |
| 107 | Kim McNeil | Walter A. McNeil | Child | $8,500,000 |
| 108 | Walter A. McNeil II | Walter A. McNeil | Child | $8,500,000 |
| 109 | Judith McNeil | Walter A. McNeil | Sibling | $4,250,000 |
| 110 | Scarlyn Mejia | Manuel E. Mejia | Child | $8,500,000 |
| 111 | Douglas Mello | Christopher D. Mello | Parent | $8,500,000 |
| 112 | Ellen Mello | Christopher D. Mello | Parent | $8,500,000 |
| 113 | John Mello | Christopher D. Mello | Sibling | $4,250,000 |

**Corrected EX. A to *Kamardinova* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 114 | Alexsandr Melnichenko | Yelena Melnichenko | Spouse | $12,500,000 |
| 115 | Maria Revilla | Luis Clodoaldo Revilla Mier | Spouse | $12,500,000 |
| 116 | Jacqueline Milam | Major Ronald D. Milam | Spouse | $12,500,000 |
| 117 | Jacqueline Milam, as Natural Guardian of RDM, Jr. | Major Ronald D. Milam | Child (Minor) | $8,500,000 |
| 118 | Myejoi Milam | Major Ronald D. Milam | Child | $8,500,000 |
| 119 | Laurie Miller | Douglas C. Miller | Spouse | $12,500,000 |
| 120 | Rachel Miller | Douglas C. Miller | Child | $8,500,000 |
| 121 | Sheryl Miller Bechor | Philip D. Miller | Child | $8,500,000 |
| 122 | Elaine Moccia | Frank V. Moccia | Spouse | $12,500,000 |
| 123 | Donna Velazquez | Frank V. Moccia | Child | $8,500,000 |
| 124 | Frank Moccia | Frank V. Moccia | Child | $8,500,000 |
| 125 | Mercedes Hernandez Molina | Manuel De Jesus Molina | Spouse | $12,500,000 |
| 126 | | | | |
| 127 | Cindy Montoya | Antonio Montoya | Child | $8,500,000 |
| 128 | Kelly Montoya | Antonio Montoya | Child | $8,500,000 |
| 129 | Magarita Londono de Montoya | Carlos A. Montoya | Parent | $8,500,000 |
| 130 | Gilberto Montoya-Londono | Carlos A. Montoya | Sibling | $4,250,000 |
| 131 | Jaime Montoya-Londono | Carlos A. Montoya | Sibling | $4,250,000 |
| 132 | Luis F. Montoya-Londono | Carlos A. Montoya | Sibling | $4,250,000 |
| 133 | Stacey Montoya | Carlos A. Montoya | Spouse | $12,500,000 |
| 134 | Kevin Moran | Gerard Moran | Sibling | $4,250,000 |
| 135 | Ellen Moran | John Moran | Sibling | $4,250,000 |
| 136 | Dylan Moran | John Moran | Child | $8,500,000 |
| 137 | Michael Moran | John Moran | Sibling | $4,250,000 |
| 138 | Ryan Moran | John Moran | Child | $8,500,000 |
| 139 | Ellen Moran (a/k/a Ellen Brennan) as Personal Representative of the Estate of Margaret Murphy Moran | John Moran | Parent (Deceased) | $8,500,000 |
| 140 | Mona O'Connor | John Moran | Sibling | $4,250,000 |
| 141 | Kim Racklin | John Moran | Spouse | $12,500,000 |
| 142 | Eileen M. Morello | Steven Morello | Spouse | $12,500,000 |
| 143 | Steven Morello | Steven Morello | Child | $8,500,000 |
| 144 | Jessica Spiers | Steven Morello | Child | $8,500,000 |
| | **Total** | | | **$1,057,500,000.00** |