Case 1:18-cv-12387-GBD-SN  Document 57  Filed 11/12/19  Page 1 of 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Matthew Rowenhorst et al. v. Islamic Republic of Iran,* No. 1:18-cv-12387 (GBD) (SN)

## ~~[PROPOSED]~~ ORDER

Upon consideration of Plaintiffs' Motion for Corrections to Order of Judgment, Memorandum of Law in Support of Plaintiffs' Motion for Corrections to Order of Judgment, and Declaration of Jerry S. Goldman, attorney for the *Rowenhorst* Plaintiffs in the above-captioned action, it is hereby;

ORDERED that the final judgment for solatium damages entered on behalf of Timothy Soulas Jr. in the Court's September 3, 2019 Final Order of Judgment (ECF No. 5053 at Exhibit A, line 18) against the Islamic Republic of Iran is vacated;

ORDERED that the modified Exhibit A removing Timothy Soulas Jr. is hereby adopted; and it is hereby

ORDERED that the Court's September 3, 2019 Final Order of Judgment (ECF No. 5053) remains otherwise in force and that all other final judgments awarded to the *Rowenhorst* Plaintiffs identified in the September 3, 2019 Order docketed at ECF No. 5053 remain in effect.

Dated: New York, New York
    NOV 1 3 2019, 2019

SO ORDERED:

*George B. Donald*

docs-100209045.1

Corrected EX. A to *Rowenhorst* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 1  | Andrew McMahon | Robert D. McMahon | Sibling | $4,250,000 |
| 2  | Damon McMahon | Robert D. McMahon | Sibling | $4,250,000 |
| 3  | John Owens | Peter Owens | Sibling | $4,250,000 |
| 4  | Kevin Owens | Peter Owens | Sibling | $4,250,000 |
| 5  | Terence Owens | Peter Owens | Sibling | $4,250,000 |
| 6  | Thomas F. Owens | Peter Owens | Sibling | $4,250,000 |
| 7  | Kimberly J. Rescorla | Richard C. Rescorla | Child | $8,500,000 |
| 8  | Susan G. Rescorla | Richard C. Rescorla | Spouse | $12,500,000 |
| 9  | Trevor S. Rescorla | Richard C. Rescorla | Child | $8,500,000 |
| 10 | Matthew Rowenhorst | Edward Rowenhorst | Sibling | $4,250,000 |
| 11 | Anthony F. Russo | Michael Russo | Sibling | $4,250,000 |
| 12 | George Sikorsky | Gregory Sikorsky | Sibling | $4,250,000 |
| 13 | Perry V. Sikorsky | Gregory Sikorsky | Sibling | $4,250,000 |
| 14 | Jennifer Simon Berardi | Kenneth Simon | Sibling | $4,250,000 |
| 15 | Mandy Exantus | Kenneth Simon | Sibling | $4,250,000 |
| 16 | Susan Simon | Kenneth Simon | Parent | $8,500,000 |
| 17 | Todd Simon | Kenneth Simon | Sibling | $4,250,000 |
| 18 |  |  |  |  |
| 19 | Kathy Buell | Timothy Stackpole | Sibling | $4,250,000 |
| 20 | Patricia Murphy | Timothy Stackpole | Sibling | $4,250,000 |
| 21 | Edward Stackpole | Timothy Stackpole | Sibling | $4,250,000 |
| 22 | Michael Stackpole | Timothy Stackpole | Sibling | $4,250,000 |
| 23 | Nia Jah-Selah Thompson | Vanavah Thompson | Child | $8,500,000 |
| 24 | Michael K. Thompson | William Harry Thompson | Child | $8,500,000 |
| 25 | Rahsaan Thompson | William Harry Thompson | Child | $8,500,000 |
| 26 | Jennifer Dolan | John Tobin | Child | $8,500,000 |
| 27 | Barbara Tobin | John Tobin | Spouse | $12,500,000 |
| 28 | Margaret M. Tobin | John Tobin | Sibling | $4,250,000 |
| 29 | Michael Tobin | John Tobin | Sibling | $4,250,000 |
| 30 | Sean Tobin | John Tobin | Child | $8,500,000 |
| 31 | Salvatore M. Traina Jr. | Christopher M. Traina | Sibling | $4,250,000 |
| 32 | Javier Guzman | David Vera | Sibling | $4,250,000 |
| 33 | Jennica Perez a/k/a Jennica Vera | David Vera | Child | $8,500,000 |
| 34 | Clarissa B. Kirschenbaum | Victor Wald | Sibling | $4,250,000 |
| 35 | Shirley Nottingham | Leonard A. White | Sibling | $4,250,000 |
| 36 | Sylvia Ball | Malissa White | Sibling | $4,250,000 |
| 37 | Marc C. White | Malissa White | Sibling | $4,250,000 |

**EX. A to *Rowenhorst* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|-------------------|------------------------|-------------------------------------------|------------------|
| 38 | Daren White | Wayne White | Sibling | $4,250,000 |
| 39 | Mary Kessler | Suzanne Youmans | Sibling | $4,250,000 |
| 40 | Joan Youmans as Personal Representative of the Estate of John Youmans | Suzanne Youmans | Sibling (Deceased) | $4,250,000 |

|  | Total |  | | $220,500,000.00 |
|---|---|---|---|---|