UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Jessica DeRubbio v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD) (SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Corrections to Order of Judgment, Memorandum of Law in Support of Plaintiffs' Motion for Corrections to Order of Judgment, and Declaration of Jerry S. Goldman, attorney for the *DeRubbio* Plaintiffs in the above-captioned action, it is hereby;

ORDERED that the final judgment for solatium damages entered on behalf of Kathleen Granados in the Court's August 19, 2019 Final Order of Judgment (ECF No. 4885 at Exhibit A, line 98) against the Islamic Republic of Iran is vacated;

ORDERED that the final judgment for solatium damages entered on behalf of Maureen Granados in the Court's August 19, 2019 Final Order of Judgment (ECF No. 4885 at Exhibit A, line 99) against the Islamic Republic of Iran is vacated;

ORDERED that the final judgment for solatium damages entered on behalf of Teresa Granados in the Court's August 19, 2019 Final Order of Judgment (ECF No. 4885 at Exhibit A, line 100) against the Islamic Republic of Iran is vacated;

ORDERED that the final judgment for solatium damages entered on behalf of Maria Jurgens in the Court's August 19, 2019 Final Order of Judgment (ECF No. 4885 at Exhibit A, line 169) against the Islamic Republic of Iran is vacated;

ORDERED that the final judgment for solatium damages entered on behalf of Susan Hyland in the Court's August 19, 2019 Final Order of Judgment (ECF No. 4885 at Exhibit A, line 155) against the Islamic Republic of Iran is vacated;

ORDERED that the modified Exhibit A removing Kathleen Granados, Maureen Granados, Teresa Granados, Maria Jurgens and Susan Hyland is hereby adopted; and it is hereby

ORDERED that the Court's August 19, 2019 Final Order of Judgment (ECF No. 4885) remains otherwise in force and that all other final judgments awarded to the *DeRubbio* Plaintiffs identified in the August 19, 2019 Order docketed at ECF No. 4885 remain in effect.

Dated: New York, New York
NOV 1 4 2019 , 2019

SO ORDERED:

*George B. Daniels*

# EXHIBIT A

Corrected EX. A to *DeRubbio* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Anthony J. DeRubbio | David P. DeRubbio | Sibling | $4,250,000.00 |
| 2 | Dominick A. DeRubbio | David P. DeRubbio | Sibling | $4,250,000.00 |
| 3 | Jessica DeRubbio | David P. DeRubbio | Child | $8,500,000.00 |
| 4 | Anthony Desperito | Andrew Desperito | Child | $8,500,000.00 |
| 5 | David Desperito | Andrew Desperito | Child | $8,500,000.00 |
| 6 | Laura Desperito-Filiberto | Andrew Desperito | Spouse | $12,500,000.00 |
| 7 | Casey Devlin | Dennis L. Devlin | Child | $8,500,000.00 |
| 8 | Dennis Devlin | Dennis L. Devlin | Child | $8,500,000.00 |
| 9 | Kathleen A. Devlin | Dennis L. Devlin | Spouse | $12,500,000.00 |
| 10 | Kathleen E. Devlin | Dennis L. Devlin | Child | $8,500,000.00 |
| 11 | Kerry Sharkey | Dennis L. Devlin | Child | $8,500,000.00 |
| 12 | Samia Doany | Ramzi A. Doany | Parent | $8,500,000.00 |
| 13 | Dina Doany-Azzam | Ramzi A. Doany | Sibling | $4,250,000.00 |
| 14 | Chang Don Kim | Lawrence Don Kim | Parent | $8,500,000.00 |
| 15 | Catherine Fleming | Lawrence Don Kim | Sibling | $4,250,000.00 |
| 16 | April Horton | Edward T. Earhart | Sibling | $4,250,000.00 |
| 17 | Andrea Stauter | Edward T. Earhart | Sibling | $4,250,000.00 |
| 18 | John Churchhill as Personal Representative of the Estate of Lois Churchill | John E. Eichler | Sibling (Deceased) | $4,250,000.00 |
| 19 | John R. Eichler | John E. Eichler | Child | $8,500,000.00 |
| 20 | Itauma Ette | Sadie Ette | Sibling | $4,250,000.00 |
| 21 | Jane M. Cristiano | Thomas Farino | Child | $8,500,000.00 |
| 22 | Daniel Farino | Thomas Farino | Sibling | $4,250,000.00 |
| 23 | Frank Farino | Thomas Farino | Sibling | $4,250,000.00 |
| 24 | James Farino | Thomas Farino | Child | $8,500,000.00 |
| 25 | Patrick Farino | Thomas Farino | Sibling | $4,250,000.00 |
| 26 | Mary A. Farino-Thomas | Thomas Farino | Spouse | $12,500,000.00 |
| 27 | Kathryn Nesbit | Elizabeth A. Farmer | Child | $8,500,000.00 |
| 28 | Jennifer Artola | Francis J. Feely | Child | $8,500,000.00 |
| 29 | Caitlin Feely | Francis J. Feely | Child | $8,500,000.00 |
| 30 | Lori Feely | Francis J. Feely | Spouse | $12,500,000.00 |
| 31 | Patricia Feely | Francis J. Feely | Parent | $8,500,000.00 |
| 32 | Stephanie Feely | Francis J. Feely | Child | $8,500,000.00 |
| 33 | Lauren Ludvigsen | Francis J. Feely | Child | $8,500,000.00 |
| 34 | Catherine Curley | Sean B. Fegan | Sibling | $4,250,000.00 |
| 35 | Peter Fegan Jr. | Sean B. Fegan | Sibling | $4,250,000.00 |
| 36 | Peter Fegan | Sean B. Fegan | Parent | $8,500,000.00 |
| 37 | Anne Marie Hartney | Sean B. Fegan | Sibling | $4,250,000.00 |

docs-100208149.1

Case 1:18-cv-05306-GBD-SN   Document 5282   Filed 11/13/19   Page 5 of 8
Case 1:03-md-01570-GBD-SN   Document 5282   Filed 11/13/19   Page 3 of 6

EX. A to *DeRubbio* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 38 | Angela Fields | Samuel Fields Sr. | Spouse | $12,500,000.00 |
| 39 | Demetrius Fields | Samuel Fields Sr. | Child | $8,500,000.00 |
| 40 | Samuel Fields Jr. | Samuel Fields Sr. | Child | $8,500,000.00 |
| 41 | Stefan Fields | Samuel Fields Sr. | Child | $8,500,000.00 |
| 42 | Angela Fields as Natural Guardian of SF | Samuel Fields Sr. | Child (Minor) | $8,500,000.00 |
| 43 | Sharaia Fields | Samuel Fields Sr. | Child | $8,500,000.00 |
| 44 | Brittany Fogel | Stephen M. Fogel | Child | $8,500,000.00 |
| 45 | David Fogel | Stephen M. Fogel | Sibling | $4,250,000.00 |
| 46 | Joseph Fogel | Stephen M. Fogel | Child | $8,500,000.00 |
| 47 | Karen Hamorsky | Stephen M. Fogel | Sibling | $4,250,000.00 |
| 48 | Laurie Pater | Stephen M. Fogel | Spouse | $12,500,000.00 |
| 49 | David Foreman | Donald A. Foreman | Sibling | $4,250,000.00 |
| 50 | Marcus Foreman | Donald A. Foreman | Child | $8,500,000.00 |
| 51 | Shirley Foreman | Donald A. Foreman | Parent | $8,500,000.00 |
| 52 | Raymond Durant | Virgin (Lucy) Francis | Child | $8,500,000.00 |
| 53 | Joseph Francis | Virgin (Lucy) Francis | Child | $8,500,000.00 |
| 54 | Peter Francis | Virgin (Lucy) Francis | Child | $8,500,000.00 |
| 55 | Troy Francis | Virgin (Lucy) Francis | Child | $8,500,000.00 |
| 56 | Felicia Cappo | Gary J. Frank | Sibling | $4,250,000.00 |
| 57 | Ellen Vigeant | Gary J. Frank | Parent | $8,500,000.00 |
| 58 | Laurie Vigeant | Gary J. Frank | Sibling | $4,250,000.00 |
| 59 | Allen Freeman | Tamitha Freeman | Parent | $8,500,000.00 |
| 60 | Carla Freeman | Tamitha Freeman | Sibling | $4,250,000.00 |
| 61 | Juanita Freeman | Tamitha Freeman | Parent | $8,500,000.00 |
| 62 | Xavier White | Tamitha Freeman | Child | $8,500,000.00 |
| 63 | Michael Freiman | Brett O. Freiman | Sibling | $4,250,000.00 |
| 64 | Bonnie Freiman a/k/a Bonnie Freiman-Magnes | Brett O. Freiman | Parent | $8,500,000.00 |
| 65 | Pamela Freiman Rentzer a/k/a Pamela Freiman | Brett O. Freiman | Sibling | $4,250,000.00 |
| 66 | Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman | Brett O. Freiman | Parent (Deceased) | $8,500,000.00 |
| 67 | Audrey Ades | Paul Friedman | Spouse | $12,500,000.00 |
| 68 | Audrey Ades, as Natural Guardian of RHSFF | Paul Friedman | Child (Minor) | $8,500,000.00 |
| 69 | Daniel Frost | Lisa Frost | Sibling | $4,250,000.00 |
| 70 | Suzanne G. Adams | Anthony E. Gallagher | Sibling | $4,250,000.00 |
| 71 | Carolyn Belford | Anthony E. Gallagher | Sibling | $4,250,000.00 |
| 72 | Rose Costello | Anthony E. Gallagher | Parent | $8,500,000.00 |
| 73 | Joseph Gallagher | Anthony E. Gallagher | Sibling | $4,250,000.00 |
| 74 | Carol Varland | Julie M. Geis | Sibling | $4,250,000.00 |
| 75 | Michael Geis | Julie M. Geis | Sibling | $4,250,000.00 |

EX. A to *DeRubbio* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 76 | Janet Baronian | Edward F. Geraghty | Sibling | $4,250,000.00 |
| 77 | Lynn Cannata | Edward F. Geraghty | Sibling | $4,250,000.00 |
| 78 | Colin Geraghty | Edward F. Geraghty | Child | $8,500,000.00 |
| 79 | Colleen Geraghty | Edward F. Geraghty | Sibling | $4,250,000.00 |
| 80 | Connor Geraghty | Edward F. Geraghty | Child | $8,500,000.00 |
| 81 | James Geraghty | Edward F. Geraghty | Child | $8,500,000.00 |
| 82 | Mary Geraghty | Edward F. Geraghty | Spouse | $12,500,000.00 |
| 83 | Maureen Geraghty | Edward F. Geraghty | Sibling | $4,250,000.00 |
| 84 | Norma Geraghty | Edward F. Geraghty | Parent | $8,500,000.00 |
| 85 | Stephen Geraghty | Edward F. Geraghty | Sibling | $4,250,000.00 |
| 86 | Debra Giordano | Jeffrey J. Giordano | Sibling | $4,250,000.00 |
| 87 | Annete Herman | Michelle H. Goldstein | Sibling | $4,250,000.00 |
| 88 | Ingrid Jaffe | Michelle H. Goldstein | Parent | $8,500,000.00 |
| 89 | Rafael Herman | Michelle H. Goldstein | Parent | $8,500,000.00 |
| 90 | Tatiana S. Gomez | Wilder A. Gomez | Child | $8,500,000.00 |
| 91 | Corina Murillo | Mauricio Gonzalez | Parent | $8,500,000.00 |
| 92 | Carly Gordenstein | Lisa F. Gordenstein | Child | $8,500,000.00 |
| 93 | David Gordenstein | Lisa F. Gordenstein | Spouse | $12,500,000.00 |
| 94 | Samantha Gordenstein | Lisa F. Gordenstein | Child | $8,500,000.00 |
| 95 | Dorothy Fenn Grodberg | Lisa F. Gordenstein | Parent | $8,500,000.00 |
| 96 | Deborah Fenn | Lisa F. Gordenstein | Sibling | $4,250,000.00 |
| 97 | Erika Lutzner | Jon R. Grabowski | Spouse | $12,500,000.00 |
| 98 |  |  |  |  |
| 99 |  |  |  |  |
| 100 |  |  |  |  |
| 101 | Lawrence Gray | Tara McCloud Gray | Spouse | $12,500,000.00 |
| 102 | Matthew Green | Andrew Peter Charles Curry Green | Sibling | $4,250,000.00 |
| 103 | Melrose Morrison Green | Derrick A. Green | Spouse | $12,500,000.00 |
| 104 | Delroy Llewellyn | Derrick A. Green | Sibling | $4,250,000.00 |
| 105 | Jennifer Green | Wanda Green | Child | $8,500,000.00 |
| 106 | Joe Green | Wanda Green | Child | $8,500,000.00 |
| 107 | Sandra Jamerson | Wanda Green | Sibling | $4,250,000.00 |
| 108 | Aserene Smith | Wanda Green | Parent | $8,500,000.00 |
| 109 | Tommy Smith | Wanda Green | Sibling | $4,250,000.00 |
| 110 | Evelyn Griffin | John M. Griffin | Parent | $8,500,000.00 |
| 111 | John Griffin | John M. Griffin | Parent | $8,500,000.00 |
| 112 | Julie Griffin | John M. Griffin | Child | $8,500,000.00 |
| 113 | June Griffin | John M. Griffin | Spouse | $12,500,000.00 |
| 114 | Jenna Griffin | John M. Griffin | Child | $8,500,000.00 |

Case 1:18-cv-05806-GBD-SN   Document 50-2   Filed 11/14/19   Page 5 of 6
Case 1:03-md-01570-GBD-SN   Document 5289   Filed 11/13/19   Page 7 of 8

EX. A to *DeRubbio* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 115 | Lisa Grouzalis | Kenneth Grouzalis | Child | $8,500,000.00 |
| 116 | Myrta Gschaar | Robert Gschaar | Spouse | $12,500,000.00 |
| 117 | Genevieve Gyulavary | Peter Gyulavary | Child | $8,500,000.00 |
| 118 | Jane Gyulavary | Peter Gyulavary | Spouse | $12,500,000.00 |
| 119 | Bebe Hafiz | Nezam Hafiz | Parent | $8,500,000.00 |
| 120 | Sharon Hafiz | Nezam Hafiz | Sibling | $4,250,000.00 |
| 121 | Deborah Khublall | Nezam Hafiz | Sibling | $4,250,000.00 |
| 122 | Alisha Halmon | Carolyn Halmon | Child | $8,500,000.00 |
| 123 | Herman Halmon | Carolyn Halmon | Spouse | $12,500,000.00 |
| 124 | Standish Halmon | Carolyn Halmon | Child | $8,500,000.00 |
| 125 | Talat Hamdani | Mohammad S. Hamdani | Parent | $8,500,000.00 |
| 126 | Zeshan Hamdani | Mohammad S. Hamdani | Sibling | $4,250,000.00 |
| 127 | Beverly Harrington | Melissa M. Harrington-Hughes | Parent | $8,500,000.00 |
| 128 | Robert J. Harrington | Melissa M. Harrington-Hughes | Parent | $8,500,000.00 |
| 129 | Dawn H. Carbone | Thomas Haskell | Sibling | $4,250,000.00 |
| 130 | Kevin Haskell | Thomas Haskell | Sibling | $4,250,000.00 |
| 131 | Dawn H. Carbone | Timothy Haskell | Sibling | $4,250,000.00 |
| 132 | Kevin Haskell | Timothy Haskell | Sibling | $4,250,000.00 |
| 133 | Melissa J. Bernstein | Roberta B. Heber | Child | $8,500,000.00 |
| 134 | Stuart Bernstein | Roberta B. Heber | Child | $8,500,000.00 |
| 135 | Robyn Bernstein Donati | Roberta B. Heber | Child | $8,500,000.00 |
| 136 | Jacob Heber | Roberta B. Heber | Spouse | $12,500,000.00 |
| 137 | Robert B. Hemenway Jr. | Ronald J. Hemenway | Sibling | $4,250,000.00 |
| 138 | Pamela Dixon | DaJuan Hodges | Parent | $8,500,000.00 |
| 139 | Sherard Dixon | DaJuan Hodges | Sibling | $4,250,000.00 |
| 140 | Jatair Persol | DaJuan Hodges | Child | $8,500,000.00 |
| 141 | David Cannella | Judith Hofmiller | Child | $8,500,000.00 |
| 142 | Robert Hofmiller | Judith Hofmiller | Sibling | $4,250,000.00 |
| 143 | Francis X. Houston | Charles J. Houston | Sibling | $4,250,000.00 |
| 144 | Joan M. Houston | Charles J. Houston | Sibling | $4,250,000.00 |
| 145 | Linda Houston | Charles J. Houston | Spouse | $12,500,000.00 |
| 146 | Brian Howley | Jennifer L. Howley | Spouse | $12,500,000.00 |
| 147 | Gerald Hrycak | Marian R. Hrycak | Sibling | $4,250,000.00 |
| 148 | Joanne Hrycak | Marian R. Hrycak | Spouse | $12,500,000.00 |
| 149 | Christine Buividas | Marian R. Hrycak | Child | $8,500,000.00 |
| 150 | Harold Singleton | Lamar D. Hulse | Sibling | $4,250,000.00 |
| 151 | Linda Hulse | Lamar D. Hulse | Parent | $8,500,000.00 |
| 152 | Patricia Catherine Hardy | Stephen N. Hyland | Sibling | $4,250,000.00 |
| 153 | Charles Hyland | Stephen N. Hyland | Sibling | $4,250,000.00 |

EX. A to *DeRubbio* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|-----|-------------------|------------------------|--------------------------------------------|------------------|
| 154 | Stephen Hyland | Stephen N. Hyland | Parent | $8,500,000.00 |
| 155 | | | | |
| 156 | Rachel James | Ernest James | Sibling | $4,250,000.00 |
| 157 | Michael James Beckford | Gricelda E. James | Spouse | $12,500,000.00 |
| 158 | Michael Zinkofsky | Maxima Jean-Pierre | Spouse | $12,500,000.00 |
| 159 | Zamani Davis | Charles G. John | Sibling | $4,250,000.00 |
| 160 | Veronica John | Charles G. John | Parent | $8,500,000.00 |
| 161 | Royston Roach | Charles G. John | Sibling | $4,250,000.00 |
| 162 | Charlene Cumberbatch | Charles G. John | Sibling | $4,250,000.00 |
| 163 | Gary Jones | Brian L. Jones | Sibling | $4,250,000.00 |
| 164 | Leander Jones | Brian L. Jones | Parent | $8,500,000.00 |
| 165 | Patricia Jones | Brian L. Jones | Parent | $8,500,000.00 |
| 166 | Teri Marshall | Brian L. Jones | Sibling | $4,250,000.00 |
| 167 | June Jurgens | Paul W. Jurgens | Child | $8,500,000.00 |
| 168 | Lindsay Jurgens | Paul W. Jurgens | Child | $8,500,000.00 |
| 169 | | | | |
| 170 | Paul Jurgens | Paul W. Jurgens | Child | $8,500,000.00 |
| 171 | Jeanne Keating | Paul Hanlon Keating | Sibling | $4,250,000.00 |

| Total | | | | $1,231,250,000.00 |
|-------|--|--|--|-------------------|

docs-100208149.1