# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001    03 MDL 1570 (GBD) (SN)

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

## NOTICE OF APPEARANCE

To:     The clerk of court and all parties of record

PLEASE TAKE NOTICE that Eric Snyder of Jones Day, with offices located at 250 Vesey Street, New York, NY 10281, an attorney admitted or otherwise authorized to practice in this court, hereby appears on behalf of Defendant Dubai Islamic Bank in the above-captioned action.

Dated:  November 15, 2019

/s/ Eric Snyder
Eric Snyder
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: esnyder@jonesday.com
*Attorney for Defendant Dubai*
*Islamic Bank*

1

**CERTIFICATE OF SERVICE**

I, Eric Snyder, certify that on November 15, 2019, I caused the foregoing Notice of

Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the

Court's CM/ECF system.

/s/ Eric Snyder
Eric Snyder