UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ADMISSION OF ABIGAEL C. BOSCH PRO HAC VICE

I, Abigael C. Bosch, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel Pro Hac Vice for Dubai Islamic Bank.

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificate of good standing from Illinois is attached.

5. My current certificate of good standing from New York is attached.

1

2

I certify and attest, under the penalty of perjury prescribed in 28 U.S.C. § 1746, that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: November 15, 2019                                  Respectfully submitted,

                                                          /s/ Abigael C. Bosch
                                                          Abigael C. Bosch
                                                          JONES DAY
                                                          250 Vesey Street
                                                          New York, NY 10281
                                                          Telephone: (212) 326-3939
                                                          Facsimile: (212) 755-7306
                                                          Email: abosch@jonesday.com
                                                          *Attorney for Defendant Dubai Islamic Bank*