# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Abigael Claudine Bosch

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2017 and is in good standing, so far as the records of this office disclose.

Further, the referenced attorney has been removed from the Roll of Attorneys and Counselors due to his/her failure to complete the annual registration required of attorneys pursuant to Supreme Court Rule 756, and therefore is no longer eligible to practice law in or hold himself/herself out as being authorized to practice law in Illinois.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 1st day of November, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois