

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2019

November 14, 2019

VIA ECF

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:   *Doe v. Bin Laden*, No. 09-CV-07055 (GBD)(SN)

Dear Judge Netburn:

    Plaintiff respectfully submits this letter in response to this Court's November 7, 2019 Order directing the parties to update the Court on the status of this case. Because the Court ordered this response to be submitted jointly, Plaintiff's counsel contacted the firms that have represented Defendant Islamic Republic of Afghanistan in this action. Plaintiff's counsel was asked to inform the Court that Defendant Afghanistan is in the process of ascertaining who will represent it going forward.

    Plaintiff wishes to move forward with limited jurisdictional discovery to determine "whether the alleged acts were attributable to Afghanistan and whether they were discretionary." ECF No. 29-1, at 12. Accordingly, Plaintiff proposes to submit a proposed discovery plan, jointly with Afghanistan if possible, by December 18, 2019.

    Sincerely,

---

The parties are directed to file a joint proposed discovery plan by December 18, 2019. If either party disagrees on a particular term, the parties should outline their respective positions in single joint letter, no longer than eight pages, to be filed on the same date.

In addition, Plaintiff is directed to meet-and-confer with the Plaintiffs' Executive Committees ("PECs") regarding their role, if any, in managing discovery in this case. See 03-MDL-01570, ECF No. 248, ¶ 3 (ordering that the PECs shall "coordinate discovery and motion papers" in order to "promote judicial economy, avoid duplicative effort, and limit the burden on parties responding to discovery").
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

November 18, 2019
New York, New York