```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2019
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

03-MDL-01570 (GBD)(SN)

**ORDER**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    For the reasons stated during the conference on Friday, November 15, 2019, it is hereby ORDERED:

    1.    The Plaintiffs' Executive Committees ("Plaintiffs") are directed to provide the Federal Bureau of Investigation ("FBI") with a list of discrete issues Plaintiffs intend to raise in their omnibus discovery motion, including any challenges to the FBI's privilege log or "core records" approach. The parties should then meet-and-confer regarding the most efficient way to resolve their disputes and submit a proposed briefing schedule no later than Wednesday, December 4, 2019. If the parties cannot reach an agreement, they should outline the basis of their dispute by the same date.

    2.    Plaintiffs submitted a revised preliminary deposition list for jurisdictional discovery against the Kingdom of Saudi Arabia. By Wednesday, December 4, 2019, Plaintiffs are directed to file a letter stating the scope of information Plaintiffs intend to elicit from each witness.

    3.    Parties wishing to raise a discovery dispute pursuant to Rule II.d of the Court's Individual Rules may submit a five-page, single-spaced letter-motion. Any interested party can submit a five-page, single-spaced opposition within three business days. The moving party may

submit a three-page, single-spaced reply within two business days. All briefing, regardless of the length of the motion, should be submitted in 12-point type, except for text in footnotes, which may be 10-point type.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: November 20, 2019
New York, New York