**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

**In re:**
**TERRORIST ATTACKS ON SEPTEMBER 11, 2001** — **1: 03-md-1570-GBD-SN**

----------------------------------------------------------------X

MARIE LAURE ANAYA, individually and as the Personal Representative of the Estate of Calixto Anaya, *et al.*,

**Plaintiffs,** — **1:18-cv-12341-GBD-SN**

**-against-**

ISLAMIC REPUBLIC OF IRAN,

**Defendant.**

----------------------------------------------------------------X

MARIE LAURE ANAYA, individually and as the Personal Representative of the Estate of Calixto Anaya, *et al.*,

**Plaintiffs,** — **1:18-cv-12339-GBD-SN**

**-against-**

KINGDOM OF SAUDI ARABIA,

**Defendant.**

----------------------------------------------------------------X

HUGH A. CHAIRNOFF, *et al.*,

**Plaintiffs,**

**-against-** — **1:18-cv-12370-GBD-SN**

ISLAMIC REPUBLIC OF IRAN,

**Defendant.**

----------------------------------------------------------------X

HUGH A. CHAIRNOFF, *et al.*,

**Plaintiffs,**

**-against-** — **1:18-cv-12367-GBD-SN**

KINGDOM OF SAUDI ARABIA,

**Defendant.**

----------------------------------------------------------------X

**NOTICE OF CHANGE OF ADDRESS – JAMES P. BONNER**

**TO: Attorney Services Clerk and all parties of record**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following change of address for **James P. Bonner**, an attorney admitted in this Court with cases pending.

Old Address: Fleischman Bonner & Rocco LLP
565 Fifth Avenue, 7th Floor
New York, New York 10017
Telephone: 908-516-2066
Fax: 917-591-5245
E-mail: jbonner@fbrllp.com

New Address: Fleischman Bonner & Rocco LLP
81 Main Street, Suite 515
White Plains, New York 10601
Telephone: 908-516-2066
Fax: 908-516-2049
E-mail: jbonner@fbrllp.com

Dated: November 21, 2019

By: /s/ James P. Bonner
SDNY Bar Number: JB-0629
NY State Bar Number: 2573970