UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:
    TERRORIST ATTACKS ON                             1: 03-md-1570-GBD-SN
    SEPTEMBER 11, 2001
-----------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya, *et al*.,
                          **Plaintiffs,**                    1:18-cv-12341-GBD-SN
                 **-against-**
ISLAMIC REPUBLIC OF IRAN,
                          **Defendant.**
-----------------------------------------------------------------X
MARIE LAURE ANAYA, individually and as the
Personal Representative of the Estate of Calixto Anaya, *et al*.,
                          **Plaintiffs,**                    1:18-cv-12339-GBD-SN
                 **-against-**
KINGDOM OF SAUDI ARABIA,
                          **Defendant.**
-----------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,
                          **Plaintiffs,**
                 **-against-**                  1:18-cv-12370-GBD-SN
ISLAMIC REPUBLIC OF IRAN,
                          **Defendant.**
-----------------------------------------------------------------X
HUGH A. CHAIRNOFF, *et al*.,
                          **Plaintiffs,**
                 **-against-**                  1:18-cv-12367-GBD-SN
KINGDOM OF SAUDI ARABIA,
                          **Defendant.**
-----------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS – SUSAN M. DAVIES

**TO: Attorney Services Clerk and all parties of record**

      Pursuant to Local Rule 1.3 of this Court, please take notice of the following change of address for Susan M. Davies, an attorney admitted in this Court with cases pending.

Old Address:   Fleischman Bonner & Rocco LLP
565 Fifth Avenue, 7th Floor
New York, New York  10017
Telephone:  212-239-4460
Fax:  917-591-5245
E-mail:  sdavies@fbrllp.com

New Address:   Fleischman Bonner & Rocco LLP
81 Main Street, Suite 515
White Plains, New York  10601
Telephone:  914-278-5104
Fax:  917-591-5245
E-mail:  sdavies@fbrllp.com

Dated:  November 21, 2019

By:   /s/ Susan M. Davies
SDNY Bar Number:  SD-6346
NY State Bar Number:  2413508