UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In 2015, Congress passed legislation to create the United States Victims of State Sponsored Terrorism Fund (the "VSSTF"). The VSSTF "provide[s] compensation to a specific group of international terrorism victims harmed by state-sponsored terrorism." See http://www.usvsst.com/faq.php, FAQ § 1.1. Plaintiffs in this multi-district litigation with final judgments against the Islamic Republic of Iran ("Iran") may be eligible to receive compensation through the VSSTF. See ECF No. 5018, at 1.

The Court has been informed that: (1) Congress may amend the terms of the VSSTF in the near future; and (2) certain groups of Plaintiffs may file motions for default judgment based on those amendments. Accordingly, within seven days of the enactment of any changes to the VSSTF, the Ashton Plaintiffs, Burnett Plaintiffs, and O'Neill Plaintiffs are directed to meet and confer and submit a joint status letter regarding any anticipated motions related to Iran. That letter should include an estimate of how many plaintiffs will seek judgments and the deadline for filing judgments with the VSSTF.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 21, 2019
                New York, New York