**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

03-MDL-1570 (GBD)(SN)

**In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

### PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Limited Relief from Order this_____day of November   2019, it is hereby ORDERED that Court's order of November 1, 2019 is amended to allow Defendant's counsel, Attorney Bassim Alim, to be permitted to be present at the deposition of Wael Jelaidan's deposition in Saudi Arabia on November 25 and 25, 2019.

SO ORDERED.

_____
United States District Judge