UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

03-MDL-1570 (GBD)(SN)

In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

## PROPOSED ORDER

Upon consideration of Defendant Jelaidan's Motion to Stay Court's Order for Deposition on November 25-26, 2019, it is hereby ORDERED this ___ day of November 2019, this Court's order filed on November 1, 2019 is hereby stayed until Counsel can set a mutually acceptable time for the deposition.

SO ORDERED.

_____
United States District Judge