## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

November 22, 2019

**VIA ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE:     *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

Plaintiffs write to advise the Court and parties that based on the Letters of Request entered by the Court for the examination of non-party witness Mohdar Mohamed Abdullah aka Zeid, Elmohdar Mohammed Abdullah in Sweden pursuant to the Hague Evidence Convention, ECF No. 4527, today we received the attached notice from the Swedish court setting the hearing for March 3 and 4, 2020.

Respectfully submitted,

KREINDLER & KREINDLER                    MOTLEY RICE

 */s/ Steven R. Pounian, Esquire*            */s/ Robert T. Haefele, Esquire*
Steven R. Pounian, Esquire                  Robert T. Haefele, Esquire
Andrew J. Maloney, III, Esquire             28 Bridgeside Boulevard
750 Third Avenue, 32nd Floor                Mt. Pleasant, SC 29464
New York, NY 10017                          On behalf of the MDL 1570 Plaintiffs'
On behalf of the MDL 1570 Plaintiffs'       Exec. Committee for Personal Injury and
Exec. Committee for Personal Injury and     Death Claims
Death Claims

November 22, 2019
Page 2


COZEN O'CONNOR

 */s/ Sean P. Carter, Esquire*
 Sean P. Carter, Esquire
 1650 Market Street, Suite 2800
 Philadelphia, PA 19103
 On behalf of the MDL 1570 Plaintiffs'
 Exec. Committee for Commercial Claims


Enclosure
cc:      All Counsel of Record via ECF



SÖDERTÄLJE TINGSRÄTT

**UNDERRÄTTELSE**
2019-11-21

Aktbilaga 12
Mål nr. Ä 1580-19
Rotel 6

Mottagare, se nedan

**Parter**: United States District Court
**Målet gäller**: ansökan om rättslig hjälp

Ni underrättas om att tingsrätten har bokat ut till sammanträde den 3-4 mars 2020.

Målkansliet
Telefon 08-561 668 70

**Mottagare**
Jur.kand. Andreas Bullarbo
Andreas Ek
Johan Strömbäck
Björn Tude

| Besöksadress | Postadress | Telefon | Fax | Öppettider |
|---|---|---|---|---|
| Storgatan 17 | Box 348 | 08-561 66 800 | 08-561 66 899 | måndag–fredag |
| **Webbplats** | 151 24 Södertälje | | | 08:30–16:00 |
| www.sodertaljetingsratt.domstol.se | | **E-post** | | |
| | | sodertalje.tingsratt@dom.se | | |