# EXHIBIT 3

# Kappler, David

**From:** Haefele, Robert
**Sent:** Monday, October 7, 2019 12:26 PM
**To:** Martin McMahon
**Subject:** RE: EXTERNAL-Re: Deposition of Wa'el Jelaidan

That may suffice.

**Robert T. Haefele** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9184 | f. 843.216.9450 | rhaefele@motleyrice.com

**From:** Martin McMahon <mm@martinmcmahonlaw.com>
**Sent:** Monday, October 7, 2019 12:24 PM
**To:** Haefele, Robert <rhaefele@motleyrice.com>
**Subject:** Re: EXTERNAL-Re: Deposition of Wa'el Jelaidan

Dear Bob is it not sufficient that i defend by telephone

On Mon, Oct 7, 2019, 11:37 AM Haefele, Robert <rhaefele@motleyrice.com> wrote:

> Martin – Thank you. I will write to the Court and propose the 11th and 12th. To confirm, this will be a 2 day deposition. And you likely need to address the rest of my email, too. The exchange below appears to suggest that Bassim Alim intends to defend the deposition and I am not certain whether that would be permitted. It also indicates that the rest of the issues indicated have not been addressed—namely:
>
> (1) Confirm that Mr. Jelaidan understands and agrees that he will be subject to the sworn oath and under the jurisdiction of the US court
>
> (2) The defending lawyer must be authorized to practice in the SDNY, counsel of record, accountable to the court under the FRCP and applicable ethics rules
>
> (3) We need confirmation as to whether or not Mr. Jelaidan will be deposed in English or if we need to retain a translator, and
>
> (4) Confirmation that you understand the deposition will start at 7 am Eastern time, which is either 2 or 3 pm in Jeddah. The run-time for the deposition is presumptively 7 hours if in English and 10 hours if through a translator.
>
>
> **Robert T. Haefele** | Attorney at Law | Motley Rice LLC
> 28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
> o. 843.216.9184 | f. 843.216.9450 | rhaefele@motleyrice.com
>
>
> **From:** Martin McMahon <mm@martinmcmahonlaw.com>
> **Sent:** Monday, October 7, 2019 11:24 AM

1

# Kappler, David

| | |
|---|---|
| **From:** | Haefele, Robert |
| **Sent:** | Tuesday, October 15, 2019 4:44 PM |
| **To:** | Martin McMahon |
| **Cc:** | Sean P. Carter; J. Scott Tarbutton; Eubanks, John; Andrew Maloney "Duke"; Jerry S. Goldman |
| **Subject:** | Re: EXTERNAL-Depo Jelaidan |

Marty - Is there a need for me to speak to Bassim directly as opposed to speaking to you? I am unclear as to what role you understand Bassim to play in WJ's deposition.

Sent from my iPhone

> On Oct 15, 2019, at 3:47 PM, Martin McMahon <mm@martinmcmahonlaw.com> wrote:
>
> Do u want to dialogue w bassim directly?

1