```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

**In re:**

    **TERRORIST ATTACKS ON
SEPTEMBER 11, 2001**

03-MDL-01570 (GBD)(SN)

**ORDER**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

    Today, the Court issues a ruling on the Plaintiffs' Executive Committees' ("Plaintiffs") motion for reconsideration of the Court's July 22, 2019 Opinion & Orders regarding: (1) Plaintiffs' motion to compel the Kingdom of Saudi Arabia ("Saudi Arabia") to produce documents and answers interrogatories; and (2) Saudi Arabia's motion to modify the scope of supplemental discovery. That ruling is filed under seal until the parties have had an opportunity to meet-and-confer following the resolution of Plaintiffs' Rule 72 objections to the Court's decision granting in part Saudi Arabia's motion to seal. See ECF No. 4696.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 25, 2019
             New York, New York