**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re Terrorist Attacks on September 11, 2001

**03 MDL 1570 (GBD)(SN)
ECF Case**

-----------------------------------------------------------X

*This document applies to: All Actions*

### MOTION TO SUBSTITUTE DAVID A. PAUL, ESQ. FOR ADAMS HOLCOMB LLP AND ATTORNEYS KENNETH L. ADAMS AND CHRISTOPHER T. LEONARDO AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4 to allow David A. Paul, Esq., Assistant General Counsel for Plaintiff Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P. (now known as BGC Environmental Brokerage Services, L.P.), Cantor Fitzgerald Europe, Cantor Fitzgerald International (now known as BGC International), Cantor Fitzgerald Partners (now known as Seminole Financial), Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P. (now known as BGC Capital Markets, L.P.), Cantor Index Limited, CO2e.com, LLC (now known as Cantor C02e, LLC), eSpeed Government Securities, Inc. (now known as eSpeed Brokerage, L.P.), eSpeed, Inc. (now known as BGC Partners, Inc.), eSpeed Securities, Inc. (now known as Aqua Securities, L.P.) and TradeSpark, L.P. (collectively the "Cantor Fitzgerald Plaintiffs"), to substitute for Adams Holcomb LLP, and attorneys Kenneth L. Adams and Christopher T. Leonardo, respectively, as counsel and attorney of record for the Cantor Fitzgerald Plaintiffs in the above-referenced action.

I hereby request that Adams Holcomb LLP, Kenneth L. Adams and Christopher T. Leonardo's, names and email addresses be removed from the case's official docket.

{00260874;v1 }
145751 v1

I also request that Mr. Paul's name and email address be added to the case's official docket.

A joint stipulation between Mr. Paul and Adams Holcomb LLP, Kenneth L. Adams and Christopher T. Leonardo, and a proposed order, is attached hereto.

Dated:  December 2, 2019

s/ Christopher T. Leonardo
Christopher T. Leonardo
Kenneth L. Adams
Adams Holcomb LLP
1001 Pennsylvania Ave. NW, Suite 740-S
Washington DC 20004
Tel:  (202) 580-8820
Fax: (202) 580-8821
Web: www.adamsholcomb.com
Attorneys for *Cantor Fitzgerald* Plaintiffs