UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD)(SN)
ECF Case

-----------------------------------------------------------X

*This document applies to: All Actions*

### JOINT STIPULATION AND [PROPOSED] ORDER SUBSTITUTING DAVID A. PAUL, ESQ. FOR ADAMS HOLCOMB LLP AND ATTORNEYS KENNETH L. ADAMS AND CHRISTOPHER T. LEONARDO AS ATTORNEY OF RECORD

Before the Court is a MOTION TO SUBSTITUTE DAVID A. PAUL, ESQ. FOR ADAMS HOLCOMB LLP AND ATTORNEYS KENNETH L. ADAMS AND CHRISTOPHER T. LEONARDO AS ATTORNEYS OF RECORD, filed December 2, 2019.

In furtherance of the aforesaid motion, the undersigned jointly stipulate as follows:

1. That David A. Paul, Esq., serves as the Assistant General Counsel and in-house counsel for Plaintiff Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P. (now known as BGC Environmental Brokerage Services, L.P.), Cantor Fitzgerald Europe, Cantor Fitzgerald International (now known as BGC International), Cantor Fitzgerald Partners (now known as Seminole Financial), Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P. (now known as BGC Capital Markets, L.P.), Cantor Index Limited, CO2e.com, LLC (now known as Cantor C02e, LLC), eSpeed Government Securities, Inc. (now known as eSpeed Brokerage, L.P.), eSpeed, Inc. (now known as BGC Partners, Inc.), eSpeed Securities, Inc. (now known as Aqua Securities, L.P.) and TradeSpark, L.P. (collectively the "*Cantor Fitzgerald* Plaintiffs") in the above-referenced action;

2. That Adams Holcomb LLP, and attorneys Kenneth L. Adams and Christopher T. Leonardo, currently serve as counsel of record for the *Cantor Fitzgerald* Plaintiffs;

{00260873;v1 }

3. That Adams Holcomb LLP is dissolving as a law partnership, and has so informed Mr. Paul and the *Cantor Fitzgerald* Plaintiffs;

4. That the *Cantor Fitzgerald* Plaintiffs, on the one hand, and Adams Holcomb LLP, and attorneys Kenneth L. Adam and Christopher T. Leonardo, on the other, seek to ensure an orderly transition of the instant matter to Mr. Paul;

5. That the undersigned therefore seek to substitute Mr. Paul as counsel of record and attorney for the *Cantor Fitzgerald* Plaintiffs, in place of Adams Holcomb LLP, and attorneys Kenneth L. Adam and Christopher T. Leonardo.

6. That Mr. Paul will be filing a Notice of Appearance in the instant matter.

SO STIPULATED on this 2nd day of December, 2019

By: s/ David A. Paul, Esq.

David A. Paul
Assistant General Counsel
Cantor Fitzgerald | BGC | Newmark
110 E.59th Street, 7th Floor
New York, NY 10022
Tel: (212) 610-2298
Web: www.cantor.com
Email: dpaul@cantor.com
Counsel for *Cantor Fitzgerald* Plaintiffs

By: s/ Christopher T. Leonardo

Christopher T. Leonardo
Kenneth L. Adams
Adams Holcomb LLP
1001 Pennsylvania Ave. NW, Suite 740-S
Washington DC 20004
Tel: (202) 580-8820
Fax: (202) 580-8821
Web: www.adamsholcomb.com
Attorneys for *Cantor Fitzgerald* Plaintiffs

It is **SO ORDERED**

Dated:

New York, New York

_____
The Hon. George B. Daniels
U.S. District Court Judge

{00260873;v1 }