## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, I caused an electronic copy of the foregoing **MOTION TO SUBSTITUTE DAVID A. PAUL, ESQ. FOR ADAMS HOLCOMB LLP AND ATTORNEYS KENNETH L. ADAMS AND CHRISTOPHER T. LEONARDO AS ATTORNEY OF RECORD, JOINT STIPULATION, AND PROPOSED ORDER,** to be served electronically by the Court's Electronic Case Filing (ECF) System.

December 2, 2019

                                               */s/ Christopher T. Leonardo*
                                               Christopher T. Leonardo