UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

03-MDL-1570 (GBD)(SN)

In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

_____

### DEFENDANT JELAIDAN'S MOTION TO STAY ORDER TO SET DEPOSITION DATES BY DECEMBER 4, 2019

Comes now Defendant Wael Jelaidan, through undersigned counsel, and hereby requests a stay of the Court's order (ECF 5305) issued by Magistrate Judge Netburn to schedule Defendant's deposition, for the reasons stated herein.

As the Court knows, the Defendant's deposition, originally scheduled for November 25 and November 216, 2019 in Jeddah Saudi Arabia, was cancelled and needs to be rescheduled.

The Court had directed counsel to meet and confer to set a new deposition date by December 4, 2019. Defendant's counsel conferred with Plaintiff's counsel and Plaintiff's counsel does NOT consent to this motion.

As this court also knows, Defendant Jelaidan filed an Objection (ECF 5309) to the Court's November 22, 2019 order (ECF 5314) which prohibited Defendant Jelaidan's local Saudi Arabian Attorney Bassim Alim to be present at the deposition even if he would did participate.

The Court [Hon. Judge Daniels] has yet to rule on Defendant's Objection.

As a result, Defendant Jelaidan respectfully asks this Court to stay its November 22, 2019 order (ECF 5305) until a decision is reached on the merits of the Objection.

Respectfully submitted,

Martin F. McMahon, Esquire

/s/ *Martin McMahon*
Martin F. McMahon & Associates

1717 K Street, N.W., Suite 900
Washington, D.C. 20006
(202) 862-4343
mm@martinmcmahonlaw.com
*Counsel for Defendant Wael Jelaidan*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

03-MDL-1570 (GBD)(SN)

**In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

## PROPOSED ORDER

Upon consideration of Defendant Jelaidan's Motion to Stay Order to Set Deposition Dates by December 4, 2019, it is hereby ORDERED this ___ day of December, that this Court's order filed on November 22, 2019 is hereby stayed.

SO ORDERED.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on December 4, 2019 I filed the foregoing pleading with the Clerk of Court using the electronic filing system CM/ECF, which will presumably send a copy of this file to all parties registered to receive it, including counsel of record.

<u>/s/ *Martin F. McMahon*</u>