UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN) (and member case
    *Burlingame v. Bin Laden, et al.,* 02-cv-7230)
*Ashton, et al. v. Kingdom of Saudi Arabia,* 17-cv-02003 (GBD)(SN)

## MOTION TO SUBSTITUE COUNSEL

**COME NOW,** Eileen Lynch, individually as spouse and as Personal Representative of the Estate of Farrell Lynch, deceased; Anne Lynch, individually as surviving child of Farrell Lynch, deceased; Katherine Lynch, individually as surviving child of Farrell Lynch, deceased; and Meghan Lynch, individually as surviving child of Farrell Lynch, deceased ("the Lynch Plaintiffs"), Plaintiffs in *Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.,* 02-cv-7230) ; *and Ashton, et al. v. Kingdom of Saudi Arabia,* Case No.: 17-cv-02003 (GBD)(SN), and file this Motion to Substitute Counsel. As grounds for said Motion, the Lynch Plaintiffs state as follows:

1. The Lynch Plaintiffs were represented by Speiser Krause ("Speiser"). On November 20, 2019, by letter and emails, the Lynch Plaintiffs advised the Speiser law firm that they desired new counsel.

2. The Lynch Plaintiffs thereafter retained John F. Schutty, Esq. of the Law Office of John F. Schutty, P.C. to represent them in this litigation.

3. The Lynch Plaintiffs now ask the Court to substitute John F. Schutty, Esq. as attorney of record as to the Lynch Plaintiffs.

4.   The Lynch Plaintiffs, the Speiser law firm, MDL Counsel (James Kreindler, Esq.) and John F. Schutty, Esq., consent to the substitution of counsel as requested herein (signed Consents are attached hereto as part of a Stipulation & Consent Order, *see* Exhibit A).

**WHEREFORE, PREMISES CONSIDERED**, Eileen Lynch, individually as spouse and as Personal Representative of the Estate of Farrell Lynch, deceased; Anne Lynch, individually as surviving child of Farrell Lynch, deceased; Katie Lynch, individually as surviving child of Farrell Lynch, deceased; and Meghan Lynch, individually as surviving child of Farrell Lynch, deceased, pray that this Honorable Court enter an Order substituting John F. Schutty, Esq. of Law Office of John F. Schutty, P.C. as attorney of record for the Lynch Plaintiffs *only* in *Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-6977 (GBD)(SN); (and member case *Burlingame v. Bin Laden, et al.,* 02-cv-7230); *and Ashton, et al. v. Kingdom of Saudi Arabia,* Case No.: 17-cv-02003 (GBD)(SN).

RESPECTFULLY SUBMITTED,

/s/ *John F. Schutty*

John F. Schutty (JS2173)

LAW OFFICE OF JOHN F. SCHUTTY, P. C.
445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (212) 745-1157
Fax: (917) 591-5980
Email: john@johnschutty.com