UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230)
*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, plaintiff Eileen Lynch, Individually as Spouse and as Personal Representative of the Estate of Farrell Lynch, Deceased, along with the adult children of Decedent Farrell Lynch, plaintiffs Meghan Lynch, Kathleen Lynch and Anne Lynch substitute John F. Schutty of the Law Office of John F. Schutty, P.C., NYS I.D. #1919471, as counsel of record in place of Speiser Krause, PC.

Contact information for new counsel is as follows:

Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
Tel: (212) 745-1145
Fax: (917) 591-5980

I consent to the above substitution:
Date: 11/27/19

_____
Eileen Lynch Individually as Spouse and as Personal Representative of the Estate of Farrell Lynch, Deceased

I consent to being substituted:
Date:

_____
Frank H. Granito, III (FG9760)
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: (914) 220-5333
Fax: (914) 220-5334

I consent to the above substitution:
Date: 11/27/19

_____
Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
Tel: (212) 745-1145
Fax: (917) 591-5980

-1-

I consent to the Law Office of John F. Schutty, P.C. being substituted in the place and stead of Speiser Krause, P.C.

Date: 12/2/19

_____
Meghan Lynch, Adult Child of Decedent Farrell Lynch, Deceased

I consent to the Law Office of John F. Schutty, P.C. being substituted in the place and stead of Speiser Krause, P.C.

Date:   11/27/2019

_____
Anne Lynch, Adult Child of Decedent Farrell Lynch, Deceased

I consent to the Law Office of John F. Schutty, P.C. being substituted in the place and stead of Speiser Krause, P.C.

Date: 11/27/19

*Kathleen Lynch*
Kathleen Lynch, Adult Child of Decedent Farrell Lynch, Deceased


I consent to the Law Office of John F. Schutty, P.C. being substituted in the place and stead of Speiser Krause, P.C.

Date: 12/3/2019

*/s/ James P. Kreindler*
James P. Kreindler (JK -7034)
Kreindler & Kreindler LLP
Lead MDL Counsel for *Ashton* Plaintiffs
750 Third Avenue
New York, NY 10017-2703
Tel: (212) 973-3449
Fax: (212) 972-9432

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                                                           _____
                                                                           Judge