

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 6, 2019

By ECF

Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY  10007

     Re:    *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

This Office represents the Federal Bureau of Investigation ("FBI") in the above-referenced matter.  We write jointly on behalf of the FBI and the Plaintiffs' Executive Committees ("PECs") to respectfully request an extension of one business day, until December 9, 2019, of the deadline for the FBI and the PECs to submit a briefing schedule for the forthcoming omnibus discovery motion practice.

In an order dated November 20, 2019, the Court directed the PECs and the FBI to "meet and confer regarding the most efficient way to resolve their disputes and submit a proposed briefing schedule no later than Wednesday, December 4, 2019."  Dkt. No. 5297.  On November 26, 2019, the PECs requested that the original deadline be extended to December 6, 2019, and that application was granted the same day.  Dkt. No. 5313.  The parties are in active discussions regarding a joint proposal for how to proceed; unfortunately, the parties require a brief amount of additional time to complete their discussions and present a scheduling proposal to the Court for consideration.

This is second request for an extension of the deadline for the PECs and the FBI to submit a proposed briefing schedule.  As previously noted, the prior request for an extension was granted.   We thank the Court for its consideration of and attention to this matter.

     Respectfully submitted,

     GEOFFREY S. BERMAN
     United States Attorney for the
     Southern District of New York

By:    */s/ Andrew E. Krause*
     SARAH S. NORMAND
     JEANNETTE A. VARGAS
     ANDREW E. KRAUSE
     Assistant United States Attorneys
     Telephone: 212-637-2709/2678/2769

cc:    All counsel of record via ECF