```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 12/6/2019 __
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**In re: TERRORIST ATTACKS ON**
**SEPTEMBER 11, 2001**

**03-MDL-1570 (GBD)(SN)**

------------------------------------------------------------------X

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

 In a November 28, 2019 Letter (ECF No. 5315), the Plaintiffs' Executive Committee for Personal Injury and Death Claims responded to the Court's November 21, 2019 Order (ECF No. 5300) seeking a joint status letter regarding any anticipated motions related to Iran in light of the passage of Title VII of Public Law 116-69. The Court reviewed the joint status letter and orders:

Plaintiffs intending to submit motions for final damages judgments for wrongful death on behalf of individual decedent estates and/or spouses and dependents in advance of the February 19, 2020 VSSTF deadline should submit their proposed motions for judgment by January 15, 2020. The Court requests that plaintiffs submit draft proposed orders, to be used uniformly by all these moving parties, for the Court's approval by December 16, 2019.

The Court is inclined to appoint a Special Master to assess and award damages for plaintiffs intending to file personal injury claims by the February 19, 2020 VSSTF deadline. The parties should meet and confer and offer candidates to the Court by December 10, 2019.

The Court will rule on the outstanding 51 "functional equivalents" motions in advance of the February 19, 2020 VSSTF deadline. The deadline for filing any new "functional equivalents" motions for judgment in advance of the February 19, 2020 deadline is January 3, 2020.

 **SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      December 6, 2019
               New York, New York