# WIGGINS CHILDS PANTAZIS FISHER GOLDFARB
Advocates & Litigators

ROBERT L. WIGGINS, JR.
DENNIS G. PANTAZIS
ANN K. WIGGINS
SAMUEL FISHER
DEBORAH A. MATTISON
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR
BRIAN CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL
CANDIS A. McGOWAN
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
ROBERT J. CAMP
RACHEL LEE McGINLEY
JOSHUA R. GALE*
L. WILLIAM SMITH
D.G. PANTAZIS JR.
SIDNEY JACKSON
PATRICK L. PANTAZIS
LACEY DANLEY
EVAN D. PANTAZIS
CHRISTINA MALMAT
LIESELOTTE CARMEN-BURKS
KAMERON M. BUCKNER

ERIC C. SHEFFER
STAFF ATTORNEY

SANDRA DUCA
TIMOTHY B. FLEMING*
TERRILL W. SANDERS
OF COUNSEL
*Not Licensed in Alabama

ROBERT F. CHILDS, JR.
(1947-2018)

December 6, 2019

**VIA ECF AND EMAIL**
Honorable Sarah Netburn
Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
Email: Netburn_NYSDChambers@nysd.uscourts.gov

> Re: *Ashton, et al. v. al Qaeda Islamic Army, et al.* (02-cv-2977 GBD)
> *Bauer, et al. v. al Qaeda Islamic Army, et al.* (02-cv-7236 GBD)
> *Ashton, et al. v. Kingdom of Saudi Arabia* (17-cv-2003 GBD)

Dear Magistrate Judge Netburn:

We write to ask the Court to extend by one week the time by which counsel for Patricia Ryan, Kristen Ryan, Laura Ryan, and Colin Ryan (the "Ryan Plaintiffs"), as well as Katherine Maher, Daniel R. Maher, and Joseph F. Maher (the "Maher Plaintiffs" (collectively, "Plaintiffs") have to voluntarily withdraw their claims from the *Ashton* and *Bauer* actions and file a new member case associated with the *Havlish* action, or otherwise file a status letter indicating how Plaintiffs will be removed from their current complaints. *See* ECF 5312.

On November 26, 2019, this Court entered its Order directing Plaintiffs, by Tuesday, December 10, 2019, to voluntarily withdraw their claims from the *Ashton* and *Bauer* actions and file a new member case associated with the *Havlish* action, or otherwise file a status letter indicating how Plaintiffs will be removed from their current complaints. Because of trial schedules and other scheduling issues, Plaintiffs' counsel seeks an extension of time.

We therefore ask that this Court find good cause for this request and briefly extend the period of time from December 10, 2019 to December 17, 2019 for Plaintiffs to voluntarily withdraw their claims from the *Ashton* and *Bauer* actions and file a new member case associated with the *Havlish* action, or otherwise file a status letter indicating how Plaintiffs will be removed from their current complaints. This is the first request for an extension. Baumeister & Samuels and Jonathan P. Vuotto have advised that they do not object to this request.

Sincerely,

*/s/ Dennis G. Pantazis*

Dennis G. Pantazis

cc: All counsel of record via ECF

An Alabama Limited Liability Company
The Kress Building · 301 19th Street North · Birmingham, AL 35203
205-314-0500 Main · 205-254-1500 fax
WASHINGTON, D.C. · DELAND, FLORIDA
wigginschilds.com