| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Ignatius | Udo | Adanga | | Emem | Udo | Adanga | | Child | $ 8,500,000.00 |
| 2 | Joseph | | Agnello | | Salvatore | Ralph | Agnello | | Child | $ 8,500,000.00 |
| 3 | Margaret | | Alario | | James | Michael | Alario | Jr. | Child | $ 8,500,000.00 |
| 4 | Margaret | | Alario | | Dante | | Alario | | Child | $ 8,500,000.00 |
| 5 | Margaret | | Alario | | James | | Alario | Sr. | Spouse | $ 12,500,000.00 |
| 6 | Michael | | Asciak | | Loren | | Asciak | | Child | $ 8,500,000.00 |
| 7 | Michael | | Asciak | | Elaine | V. | Asciak | | Spouse | $ 12,500,000.00 |
| 8 | Tatyana | | Bakalinskaya | | Natalie | | Bakalinskaya | | Child | $ 8,500,000.00 |
| 9 | Alvin | | Bergsohn | | Samuel | | Bergsohn | | Child | $ 8,500,000.00 |
| 10 | Alvin | | Bergsohn | | Michele | Elaine | Bergsohn | | Spouse | $ 12,500,000.00 |
| 11 | David | William | Bernard | | Nancy | M. | Bernard | | Spouse | $ 12,500,000.00 |
| 12 | Christopher | | Blackwell | | Alexandra | | Blackwell | | Child | $ 8,500,000.00 |
| 13 | Christopher | | Blackwell | | Ryan | | Blackwell | | Child | $ 8,500,000.00 |
| 14 | Christopher | | Blackwell | | Samantha | | Blackwell | | Child | $ 8,500,000.00 |
| 15 | Alan | | Bondarenko | | William | Alan | Bondarenko | | Child | $ 8,500,000.00 |
| 16 | Alan | | Bondarenko | | Julia | Ann | Bondarenko | | Spouse | $ 12,500,000.00 |
| 17 | Andre | | Bonheur | Jr. | Marcus | Paul | Bonheur | | Child | $ 8,500,000.00 |
| 18 | Andre | | Bonheur | Jr. | Alysha | Audrey | Bonheur | | Child | $ 8,500,000.00 |
| 19 | Andre | | Bonheur | Jr. | Roxane | | Bonheur | | Spouse | $ 12,500,000.00 |
| 20 | Yvonne | L. | Bonomo | | George | J. | Bonomo | | Sibling | $ 4,250,000.00 |
| 21 | Alfred | J. | Braca | | Christopher | Jonathan | Braca | | Child | $ 8,500,000.00 |
| 22 | Keith | James | Burns | | Jennifer | C. | Burns | | Spouse | $ 12,500,000.00 |
| 23 | Jose | Orlando | Calderon-Olmedo | | Vanessa | Aracely | Calderon Garcia | | Child | $ 8,500,000.00 |
| 24 | Jose | Orlando | Calderon-Olmedo | | Jose | Orlando | Calderon Garcia | | Child | $ 8,500,000.00 |

| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 25 | Jose | Orlando | Calderon-Olmedo | | Gloria | Esperanza | Calderon Garcia | | Spouse | $ 12,500,000.00 |
| 26 | David | Otey | Campbell | | Timothy | William | Campbell | | Child | $ 8,500,000.00 |
| 27 | David | Otey | Campbell | | Christopher | Randolph | Campbell | | Child | $ 8,500,000.00 |
| 28 | David | Otey | Campbell | | Cynthia | J. | Campbell | | Spouse | $ 12,500,000.00 |
| 29 | Lisa | | Cannava | | Richard | | Cannava | | Spouse | $ 12,500,000.00 |
| 30 | Jeffrey | M. | Chairnoff | | Benjamin | R. | Chairnoff | | Child | $ 8,500,000.00 |
| 31 | Jeffrey | M. | Chairnoff | | Sarah | R. | Chairnoff | | Child | $ 8,500,000.00 |
| 32 | Jeffrey | M. | Chairnoff | | Helaine | K. | Chairnoff | | Spouse | $ 12,500,000.00 |
| 33 | Stephen | J. | Colaio | | Victor | J. | Colaio | | Parent | $ 8,500,000.00 |
| 34 | Michael | L. | Collins | | Lissa | L. | Collins | | Spouse | $ 12,500,000.00 |
| 35 | Kevin | M. | Cosgrove | | Elizabeth | Michelle | Cosgrove | | Child | $ 8,500,000.00 |
| 36 | Kevin | M. | Cosgrove | | Brian | Matthew | Cosgrove | | Child | $ 8,500,000.00 |
| 37 | Kevin | M. | Cosgrove | | Claire | Marie | Cosgrove | | Child | $ 8,500,000.00 |
| 38 | Kevin | M. | Cosgrove | | Wendy | Eve | Cosgrove | | Spouse | $ 12,500,000.00 |
| 39 | Paul | Dario | Curioli | | Nicholas | J | Curioli | | Child | $ 8,500,000.00 |
| 40 | Caleb | Arron | Dack | | Carter | | Dack | | Child | $ 8,500,000.00 |
| 41 | Caleb | Arron | Dack | | Olivia | | Dack | | Child | $ 8,500,000.00 |
| 42 | Caleb | Arron | Dack | | Abigail | Jane | Carter | | Spouse | $ 12,500,000.00 |
| 43 | Francis | | Deming | | Rosemary | Maureen | Deming-Phalon | | Sibling | $ 4,250,000.00 |
| 44 | George | | DiPasquale | | Melissa | M. | DiPasquale | | Spouse | $ 12,500,000.00 |
| 45 | Jacqueline | | Donovan | | Jeanine | Marie | Wiese | | Sibling | $ 4,250,000.00 |
| 46 | Jacqueline | | Donovan | | Jeanine | Marie | Wiese | | Sibling | $ 4,250,000.00 |
| 47 | Gerard | J. | Duffy | | Robert | M. | Duffy | | Sibling | $ 4,250,000.00 |
| 48 | Salvatore | A. | Fiumefreddo | | Anthony | D. | Fiumefreddo | | Child | $ 8,500,000.00 |
| 49 | Michael | N. | Fodor | | Ashley | Elizabeth | Fodor | | Child | $ 8,500,000.00 |
| 50 | Michael | N. | Fodor | | Andrew | Steven | Fodor | | Child | $ 8,500,000.00 |
| 51 | Jeffrey | L. | Fox | | Gregory | | Fox | | Child | $ 8,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EXHIBIT A | | | | | | |
| 52 | David | | Garcia | | Davin | Richard | Garcia | | Child | $ 8,500,000.00 |
| 53 | David | | Garcia | | Dylan | Peter | Garcia | | Child | $ 8,500,000.00 |
| 54 | David | | Garcia | | Deborah | Ann | Garcia | | Spouse | $ 12,500,000.00 |
| 55 | Steven | G. | Genovese | | Jacqueline | | Genovese | | Child | $ 8,500,000.00 |
| 56 | Steven | G. | Genovese | | Shelly | | Genovese | | Spouse | $ 12,500,000.00 |
| 57 | John | F. | Ginley | | Taylor | | Ginley | | Child | $ 8,500,000.00 |
| 58 | Wade | Brian | Green | | Roxanne | | Green | | Spouse | $ 12,500,000.00 |
| 59 | Joseph | P. | Gullickson | | Amanda | Rose | Gullickson | | Child | $ 8,500,000.00 |
| 60 | Joseph | P. | Gullickson | | Isabel | Leah | Gullickson | | Child | $ 8,500,000.00 |
| 61 | Joseph | P. | Gullickson | | Naoemi | P. | Gullickson | | Spouse | $ 12,500,000.00 |
| 62 | Michael | Robert | Horrocks | | Miriam | | Horrocks | | Spouse | $ 12,500,000.00 |
| 63 | Thomas | Edward | Hynes | | Carolyne | Yacoub | Hynes on behalf of minor child O.T.H. | | Child | $ 8,500,000.00 |
| 64 | Yudh | V. | Jain | | Vandna | | Jain | | Child | $ 8,500,000.00 |
| 65 | Charles | | Kasper | | Michael | R. | Kasper | | Child | $ 8,500,000.00 |
| 66 | Brian | Kevin | Kinney | | Alison | | Kinney Lewandowski | | Spouse | $ 12,500,000.00 |
| 67 | Suzanne | | Kondratenko | | Elizabeth | Cristina | Kondratenko | | Sibling | $ 4,250,000.00 |
| 68 | William | E. | Krukowski | | William | Lee | Krukowski | | Child | $ 8,500,000.00 |
| 69 | William | E. | Krukowski | | Lisa | Maria | Inzerillo | | Spouse | $ 12,500,000.00 |
| 70 | Anna | A. | Laverty | | Deena | | Laverty | | Child | $ 8,500,000.00 |
| 71 | Thomas | V. | Linehan | Jr. | Carol | Ann | Linehan | | Spouse | $ 12,500,000.00 |
| 72 | Francisco | Alberto | Liriano | | Seelochini | | Liriano, on behalf of minor child F.L. | | Child | $ 8,500,000.00 |
| 73 | Francisco | Alberto | Liriano | | Seelochini | | Liriano | | Spouse | $ 12,500,000.00 |
| 74 | Lee | Charles | Ludwig | | Ashley | Michelle | Czak | | Child | $ 8,500,000.00 |
| 75 | Michael | Francis | Lynch | | Michael | F. | Lynch | Jr. | Child | $ 8,500,000.00 |
| 76 | Michael | Francis | Lynch | | John | Ryan | Lynch | | Child | $ 8,500,000.00 |

# EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 77 | Michael | Francis | Lynch | | Denise | | Lynch | | Spouse | $ 12,500,000.00 |
| 78 | Alfred | Russell | Maler | | Alfred | Royce | Maler | | Child | $ 8,500,000.00 |
| 79 | Alfred | Russell | Maler | | Jack | Walker | Maler | | Child | $ 8,500,000.00 |
| 80 | Alfred | Russell | Maler | | Laura | A. | Maler | | Spouse | $ 12,500,000.00 |
| 81 | Shelley | A. | Marshall | | Chandler | Hope | Marshall | | Child | $ 8,500,000.00 |
| 82 | Shelley | A. | Marshall | | Drake | Donovan | Marshall | | Child | $ 8,500,000.00 |
| 83 | Shelley | A. | Marshall | | Donn | E. | Marshall | | Spouse | $ 12,500,000.00 |
| 84 | Paul | Richard | Martini | | Lindsay | K. | Martini | | Child | $ 8,500,000.00 |
| 85 | Stephen | F. | Massi | | Stephen | J. | Masi | | Child | $ 8,500,000.00 |
| 86 | Robert | | Mattson | | James | F. | Mattson | | Child | $ 8,500,000.00 |
| 87 | Robert | | Mattson | | Jean | E. | Mattson | | Child | $ 8,500,000.00 |
| 88 | Robert | | Mattson | | Elizabeth | A. | Mattson | | Spouse | $ 12,500,000.00 |
| 89 | Walter | A. | Matuza | | Nico | S. | Matuza | | Child | $ 8,500,000.00 |
| 90 | Walter | A. | Matuza | | Walter | P. | Matuza | | Child | $ 8,500,000.00 |
| 91 | Walter | A. | Matuza | | Jesse | A. | Matuza | | Child | $ 8,500,000.00 |
| 92 | Walter | A. | Matuza | | Denise | | Matuza | | Spouse | $ 12,500,000.00 |
| 93 | John | K. | McAvoy | | Kevin | James | McAvoy | | Child | $ 8,500,000.00 |
| 94 | John | K. | McAvoy | | Kate | Marie | McAvoy | | Child | $ 8,500,000.00 |
| 95 | John | K. | McAvoy | | Paula | M. | McAvoy | | Spouse | $ 12,500,000.00 |
| 96 | Stephanie | | McKenna | | Brian | | Terzian | | Child | $ 8,500,000.00 |
| 97 | Robert | | Murach | | Madison | | Murach | | Child | $ 8,500,000.00 |
| 98 | Robert | | Murach | | Hayley | | Murach | | Child | $ 8,500,000.00 |
| 99 | James | Thomas | Murphy | | Morgan | Shay | Murphy | | Child | $ 8,500,000.00 |
| 100 | James | Thomas | Murphy | | James | Thomas | Murphy | Jr. | Child | $ 8,500,000.00 |
| 101 | James | Thomas | Murphy | | Maryann | L. | Murphy on behalf of minor child M.J.M. | | Child | $ 8,500,000.00 |
| 102 | James | Francis | Murphy | IV | Helen | M. | Sweeney | | Sibling | $ 4,250,000.00 |
| 103 | James | Francis | Murphy | IV | Kristin | M. | Murphy | | Sibling | $ 4,250,000.00 |
| 104 | John | J. | Murray | | Alyson | Rose | Murray | | Child | $ 8,500,000.00 |

# EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 105 | John | J. | Murray | | Rosemary | Owens | Murray | | Spouse | $ 12,500,000.00 |
| 106 | William | S. | O'Keefe | | Tara | O'Keefe | Kurella | | Child | $ 8,500,000.00 |
| 107 | William | S. | O'Keefe | | Kaitlin | | O'Keefe | | Child | $ 8,500,000.00 |
| 108 | Kevin | M. | O'Rourke | | Jamie | Ann | O'Rourke | | Child | $ 8,500,000.00 |
| 109 | Kevin | M. | O'Rourke | | Corinne | O'Rourke | Strome | | Child | $ 8,500,000.00 |
| 110 | Kevin | M. | O'Rourke | | Maryann | J. | O'Rourke | | Spouse | $ 12,500,000.00 |
| 111 | Edward | J. | Papa | | Patricia | N. | Papa | | Spouse | $ 12,500,000.00 |
| 112 | Angel | R. | Pena | | Melissa | Mil | Pena | | Child | $ 8,500,000.00 |
| 113 | Angel | R. | Pena | | Sara | Jaye | Pena | | Child | $ 8,500,000.00 |
| 114 | Angel | R. | Pena | | Michele | T. | Pena | | Spouse | $ 12,500,000.00 |
| 115 | Antonio | J. | Rodrigues | | Adam | A. | Rodrigues | | Child | $ 8,500,000.00 |
| 116 | Antonio | J. | Rodrigues | | Sara | A. de Carrusca | Rodrigues | | Child | $ 8,500,000.00 |
| 117 | Antonio | J. | Rodrigues | | Cristina | | Rodrigues | | Spouse | $ 12,500,000.00 |
| 118 | Scott | | Saber | | Elaine | | Saber | | Parent | $ 8,500,000.00 |
| 119 | Edward | W. | Schunk | | Lisa | A. | Schunk | | Spouse | $ 12,500,000.00 |
| 120 | Larry | John | Senko | | Tyler | Jay | Goldman | | Child | $ 8,500,000.00 |
| 121 | Jeffrey | R. | Smith | | Charlotte | B. | Smith | | Child | $ 8,500,000.00 |
| 122 | Jeffrey | R. | Smith | | Margaret | S. | Smith | | Child | $ 8,500,000.00 |
| 123 | Karl | T. | Smith | | Joanne | E. | Smith | | Spouse | $ 12,500,000.00 |
| 124 | Christine | Ann | Snyder | | Charles | O'Neal | Snyder | | Parent | $ 8,500,000.00 |
| 125 | Richard | J. | Stadelberger | | Andrew | R. | Stadelberger | | Child | $ 8,500,000.00 |
| 126 | Walwyn | W. | Stuart | Jr. | Amanda | Camille | Stuart | | Child | $ 8,500,000.00 |
| 127 | Walwyn | W. | Stuart | Jr. | Thelma | Corinne | Stuart | | Spouse | $ 12,500,000.00 |
| 128 | Robert | R. | Talhami | | Jake | Elias | Talhami | | Child | $ 8,500,000.00 |
| 129 | Robert | R. | Talhami | | Noah | | Talhami | | Child | $ 8,500,000.00 |
| 130 | Robert | R. | Talhami | | Diana | M. | Talhami | | Spouse | $ 12,500,000.00 |
| 131 | Dennis | Gerard | Taormina | Jr. | Jenna | L. | Taormina | | Child | $ 8,500,000.00 |
| 132 | Dennis | Gerard | Taormina | Jr. | Meghan | J. | Taormina | | Child | $ 8,500,000.00 |

| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 133 | Dennis | Gerard | Taormina | Jr. | Diane | | Taormina | | Spouse | $ 12,500,000.00 |
| 134 | Karl | W. | Teepe | | Adam | Karl | Teepe | | Child | $ 8,500,000.00 |
| 135 | Karamo | | Trerra | | Sharon | B. | Schultz | | Spouse | $ 12,500,000.00 |
| 136 | Michael | A. | Uliano | | Linda | Buffa | Uliano | | Spouse | $ 12,500,000.00 |
| 137 | James | Patrick | White | | Debra | Ann | Cameron | | Sibling | $ 4,250,000.00 |
| 138 | Michael | T. | Wholey | | Patrick | Thomas | Wholey | | Child | $ 8,500,000.00 |
| 139 | Michael | T. | Wholey | | Meagan | Rose | Wholey | | Child | $ 8,500,000.00 |
| 140 | Michael | T. | Wholey | | Erin | Elizabeth | Wholey | | Child | $ 8,500,000.00 |
| 141 | Michael | T. | Wholey | | Jennifer | | Wholey | | Spouse | $ 12,500,000.00 |
| 142 | Dwayne | | Williams | | Shelby | Tyler | Williams | | Child | $ 8,500,000.00 |
| 143 | Candace | Lee | Williams | | Corey | G. | Gaudioso | | Sibling | $ 4,250,000.00 |
| 144 | Michael | Robert | Wittenstein | | Barbara | | Wittenstein | | Parent | $ 8,500,000.00 |
| 145 | Michael | Robert | Wittenstein | | Caryn | Jill | Hinson | | Sibling | $ 4,250,000.00 |
| 146 | John | David | Yamnicky | Sr. | Janet | Arbelin | Yamnicky | | Spouse | $ 12,500,000.00 |
| | | | | | | | | | | $ 1,370,250,000.00 |