## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

December 10, 2019

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn,

      Plaintiffs write to oppose Saudi Arabia's December 9, 2019 letter-motion, ECF # 5341, seeking leave to "respond" to the preliminary deposition list filed by Plaintiffs pursuant to the Court's November 20, 2019 Order, ECF # 5297, which directed Plaintiffs to submit that list along with a statement of the scope of information that Plaintiffs intend to elicit from each witness.

      As stated in Plaintiffs' December 6, 2019 cover letter accompanying the list, ECF # 5337, this Court' November 20 Order did not direct either the Plaintiffs or Saudi Arabia to submit briefing at this time regarding the number of depositions, including the relevant Fed. R. Civ. P. 26(b)(2) factors.

      Plaintiffs further requested in their December 6 cover letter that before the Court set the number of depositions, the Court permit briefing from the parties, and hold oral argument. Saudi Arabia's request to "respond" to Plaintiffs' list with a letter containing argument regarding the number of depositions suggests that Plaintiffs have already briefed that issue, when that is clearly not the case. As a result, Saudi Arabia's request should be denied, or in the alternative, the Court should set a schedule for the parties to submit briefing and oral argument.

December 10, 2019
Page 2

Respectfully submitted,

| KREINDLER & KREINDLER, LLP | MOTLEY RICE LLC |
|---|---|
| By: */s/ Steven R. Pounian* <br>     Steven R. Pounian <br>     Andrew J. Maloney <br>     Kreindler & Kreindler, LLP <br>     750 Third Avenue <br>     New York, NY 10017 <br>     Tel: (212) 687-8181 <br>     E-mail: spounian@kreindler.com <br> *On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims* | By: */s/ Robert T. Haefele* <br>     Robert T. Haefele <br>     Motley Rice LLC <br>     28 Bridgeside Boulevard <br>     Mount Pleasant, SC 29465 <br>     Tel: (843) 216-9184 <br>     E-mail: rhaefele@motleyrice.com <br> *On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims* |

COZEN O'CONNOR

By: */s/ Sean P. Carter*
    Sean P. Carter
    J. Scott Tarbutton
    Cozen O'Connor
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, PA 19103
    Tel: (215) 665-2105
    E-mail: scarter@cozen.com
*On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims*

cc: All Counsel of Record via ECF