KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

December 11, 2019

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

   Re: *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

  I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") seeking, to the extent necessary, leave to respond to the sealed Rule 72(a) objections filed on December 9, 2019 by the Plaintiffs' Executive Committees ("Plaintiffs") concerning the sealed opinion and order issued by the Court on November 25, 2019.

  For the reasons set forth in Saudi Arabia's letter to the Court dated August 6, 2019, it is Saudi Arabia's position that leave of court is not required for a response to Rule 72(a) objections. *See* ECF No. 4753, at 1-2 & n.*.  At that time, Saudi Arabia sought such leave out of an abundance of caution, and the Court granted leave by docket order "[t]o the extent necessary." ECF No. 4768.  On the same basis, Saudi Arabia again respectfully requests, to the extent necessary, leave to respond and further requests that it be permitted to file its response on or before December 23, 2019 (a 14-day response period).

  Plaintiffs have stated that they do not oppose Saudi Arabia's request and have further requested that they be permitted to file a reply on or before January 6, 2019.  Saudi Arabia does not oppose Plaintiffs' request.

             Respectfully submitted,

             /s/ *Michael K. Kellogg*

             Michael K. Kellogg
             *Counsel for the Kingdom of Saudi Arabia*

cc: The Honorable George B. Daniels (via facsimile)
   All MDL Counsel of Record (via ECF)