**EXHIBIT A: ORDER FOR ENTRY OF PARTIAL FINAL JUDGMENTS**

## EXHIBIT A: ORDER FOR ENTRY OF PARTIAL FINAL JUDGMENTS AGAINST IRAN

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Economic Loss | TOTALS |
|---|---|---|---|---|---|
| **Estate of Joseph Dickey Jr.** | **Dickey, Irene** | Spouse/PR | $ 12,500,000.00 | $16,022,303.00 | $28,522,303.00 |
| | **Dickey, Joseph III** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| | **Dickey, Elizabeth** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$45,522,303.00** |

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Economic Loss | TOTALS |
|---|---|---|---|---|---|
| **Estate of Robert Eaton** | **Eaton, Jacqueline** | Spouse/PR | $ 12,500,000.00 | $20,689,993.00 | $33,189,993.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$33,189,993.00** |

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Economic Loss | TOTALS |
|---|---|---|---|---|---|
| **Estate of James Kelly** | **Kelly, Joanne** | Spouse/PR | $ 12,500,000.00 | $19,639,410.00 | $32,139,410.00 |
| | **Kelly, Brianne** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| | **Kelly, Kaitlyn** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| | **Kelly, Colleen** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| | **Kelly, Erin** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$66,139,410.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Estate of Timothy O'Brien** | **O'Brien, Lisa** | Spouse/PR | $ 12,500,000.00 | $94,984,220.00 | $107,484,220.00 |
| | **O'Brien, John** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| | **O'Brien, Madeline** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| | **O'Brien, Jacqueline** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$132,984,220.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Estate of Michael Seaman** | **Seaman, Dara** | Spouse/PR | $ 12,500,000.00 | $15,768,595.00 | $28,268,595.00 |
| | **Seaman, Michaella** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| | **Seaman, Mary** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| | **Seaman, Edward** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$53,768,595.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Estate of Robert Sliwak** | **Sliwak, Susan** | Spouse/PR | $ 12,500,000.00 | $3,698,489.00 | $16,198,489.00 |
| | **Sliwak, Ryan** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |

|  | **Sliwak, Kyle** | Child | $ 8,500,000.00 |  | $ 8,500,000.00 |
|---|---|---|---|---|---|
|  | **Sliwak, Nicole** | Child | $ 8,500,000.00 |  | $ 8,500,000.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$41,698,489.00** |

| **Estate of John Wallice, Jr.** | **Wallice, Allison** | Spouse/PR | $ 12,500,000.00 | $16,298,335.00 | $28,798,335.00 |
|---|---|---|---|---|---|
|  | **Wallice III, John** | Child | $ 8,500,000.00 |  | $ 8,500,000.00 |
|  | **Wallice, Christian** | Child | $ 8,500,000.00 |  | $ 8,500,000.00 |
|  | **Wallice, Patrick** | Child | $ 8,500,000.00 |  | $ 8,500,000.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$54,298,335.00** |