

140 Broadway, 46th Floor　　　　　　　　　　　　　　　　　212-363-1200
New York, NY 10005　　　　　　　　　　　　　　　　　　　866-363-1200
　　　　　　　　　　　　　　　　　　　　　　　　　　　　212-363-1346 Fax
DOROTHEA M. CAPONE　　　　　　　　　　　　　　　　www.baumeisterlaw.com
tcapone@baumeisterlaw.com

December 16, 2019

***VIA ELECTRONIC CASE FILING***

Honorable Magistrate Judge Sarah Netburn
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    In Re: September 11, 2001 Terror Attacks, 03-mdl-1570 (GBD)(SN)
                *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
                <u>*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)</u>

Dear Judge Netburn:

      Further to the Court's Order of December 6, 2019 and on behalf of the *Bauer* plaintiffs who are part of the *Ashton* action, enclosed are Default Judgment Orders that we propose to submit in future motions on behalf of additional *Bauer* plaintiffs. These Orders were approved previously by Judge Daniels. They include awards for solatium damages, the conscious pain and suffering of the victims, and estate economic losses.

      Our firm anticipates filing approximately 45 motions seeking estate default judgments for economic losses alone, and 2 motions seeking estate default judgments for economic losses and the victim's conscious pain and suffering. In addition, we are preparing a single motion to address solatium damages for a step-daughter of one of the victims who received an original award from the September 11th Victim Compensation Fund.

      Should the Court require any additional information, please contact me.

                                        Very truly yours,

                                        *Dorothea Capone*
                                        Dorothea M. Capone

DMC:cml
Enclosures

Case 1:03-md-01570-GBD-SN   Document 5370   Filed 12/16/19   Page 2 of 6
Case 1:03-md-01570-GBD-FM   Document 3226   Filed 03/08/16   Page 1 of 11
Case 1:03-md-01570-GBD-FM   Document 3208-1   Filed 02/05/16   Page 1 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br> ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)(FM)

### AMENDED ORDER OF JUDGMENT

Upon consideration of the evidence and arguments submitted by wrongful death Plaintiffs in the *Ashton* cases referenced above and the Judgment by Default Against the Islamic Republic of Iran entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that judgment is entered on behalf of all *Ashton* wrongful death Plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-CV-6977 (GBD) (FM) for the estates of the decedents identified in the attached Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the 844 *Ashton* wrongful death estates of the decedents identified in the attached Exhibit A are awarded: (1) compensatory damages for conscious pain and suffering in the amount of $2,000,000 each for a total of $1,688,000,000; (2) punitive damages for conscious pain and suffering in the amount of $6,880,000 each for a total of $5,806,720,000; and (3) prejudgment interest on the compensatory damages awards for conscious pain and suffering of each decedent to be calculated at the rate of 9% per annum from September 11, 2001 until today.

Dated: New York, New York
       _____, 2016

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Case 1:03-md-01570-GBD-SN   Document 5370   Filed 12/16/19   Page 3 of 6
Case 1:03-md-01570-GBD-FM   Document 3341   Filed 09/12/16   Page 1 of 5
Case 1:03-md-01570-GBD-FM   Document 3335-3   Filed 08/29/16   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)

## ORDER OF FURTHER PARTIAL JUDGMENT

Upon consideration of the evidence and arguments submitted by certain of the *Bauer* wrongful death Plaintiffs in the above-captioned action and the Judgment by Default Against the Islamic Republic of Iran entered on August 26, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory and punitive damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that further partial judgment is entered on behalf of those Plaintiffs in *Bauer et al. v. Al Qaeda Islamic Army et al.*, 02-CV-7236 (GBD)(FM) identified in the attached Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the *Bauer* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A with prejudgment interest on those awards, to the extent that Plaintiffs' claims arise out of injuries in New York State, to be calculated at the statutory simple interest rate of nine percent per annum from September 11, 2001 until today; and with prejudgment interest on awards arising out of injuries occurring elsewhere, to be calculated at a rate of 4.96 percent per annum, compounded annually, over the same period;

Case 1:03-md-01570-GBD-SN   Document 5370   Filed 12/16/19   Page 4 of 6
Case 1:03-md-01570-GBD-FM   Document 3341   Filed 09/12/16   Page 2 of 5
Case 1:03-md-01570-GBD-FM   Document 3335-3   Filed 08/29/16   Page 2 of 2

**ORDERED** that the *Bauer* Plaintiffs identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted in Exhibit B; and

**ORDERED** that the *Bauer* Plaintiffs not appearing on Exhibit A may submit in later stages applications for solatium and economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated: New York, New York

SEP 09 2016

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Case 1:03-md-01570-GBD-SN Document 5370 Filed 12/16/19 Page 5 of 6
Case 1:03-md-01570-GBD-SN Document 3387 Filed 10/31/16 Page 1 of 2
Case 1:03-md-01570-GBD-SN Document 3371-3 Filed 10/28/16 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 31 2016

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

### [PROPOSED] ORDER OF FURTHER PARTIAL JUDGMENT

Upon consideration of the evidence and arguments submitted by the forty (40) *Bauer II* and four (4) *Ashton* wrongful death Plaintiffs in the above-captioned actions and the Judgment by Default Against the Islamic Republic of Iran entered on August 31, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that further partial judgment is entered on behalf of the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is

**ORDERED** that the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs identified in the attached Exhibits A and B are awarded solatium damages;

**ORDERED** that the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs appearing on Exhibits A and B may submit at a later date (1) an application for punitive damages; (2) an application for economic damages awards that will be approved on the same basis as previously awarded to the *Havlish*, certain of the *Ashton*, and the *Bauer I* Plaintiffs; and (3) Declarations in support of those family members of the decedents in the forty (40) *Bauer II* and four (4) *Ashton*

Case 1:03-md-01570-GBD-SN   Document 5370   Filed 12/16/19   Page 6 of 6
Case 1:03-md-01570-GBD-SN   Document 3387   Filed 10/31/16   Page 2 of 2
Case 1:03-md-01570-GBD-SN   Document 3371-3   Filed 10/21/16   Page 2 of 2

Plaintiffs who are functionally equivalent to immediate family members.

Dated: New York, New York
     October _____, 2016

SO ORDERED:

OCT 31 2016

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2