# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
### In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, Co-Chairs<br>MOTLEY RICE LLC<br>James P. Kreindler, Co-Chair<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, Co-Chair<br>Sean Carter, Co-Chair<br>COZEN O'CONNOR |
| Andrew J. Maloney III, Co-Liaison Counsel<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, Co-Liaison Counsel<br>MOTLEY RICE LLC | J. Scott Tarbutton, Liaison Counsel<br>COZEN O'CONNO |

**VIA ECF**

December 16, 2019

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE: **In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)**

Dear Judge Netburn,

I am writing on behalf of the Plaintiffs' Executive Committees, in response to the Court's Order of December 6, 2019, pertaining to the submission of a proposed form of judgment relative to the Islamic Republic of Iran.

We are requesting a 24 hour extension of the today's due date, as one of the attorneys involved in the preparation of the submission has unexpected been tied up in court the entire day, and her participation is required to make sure that all stake-holders have the proper input in the submission.

Accordingly we are requesting that the due date be extended until December 17, 2019. Thank you for your consideration of this request.

Respectfully submitted,

Jerry S. Goldman, Esq.
For the Plaintiffs Executive Committees

cc:   The Honorable George B. Daniels
      All counsel of record via PACER