UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 MDL 1570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On December 13, 2019, certain interested parties filed motions to reconsider the Court's September 30, 2019 Opinion & Order establishing a common fund. See ECF Nos. 5359 and 5361. Pursuant to Local Civil Rule 6.1(b), any memoranda of law in opposition to such motions shall be filed by December 27, 2019. Any replies shall then be filed by January 3, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 17, 2019
         New York, New York