# EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Thomas | | Dennis | Thomas | | Dennis | Child | $8,500,000.00 |
| 2 | Thomas | | Dennis | Lauren | | Dennis | Child | $8,500,000.00 |
| 3 | Peter | Victor | Genco | Peter | Victor | Genco | Parent | $8,500,000.00 |
| 4 | Peter | Victor | Genco | Barbara | Diane | Genco | Parent | $8,500,000.00 |
| 5 | Peter | Victor | Genco | Jennifer | | Genco Harrington | Sibling | $4,250,000.00 |
| 6 | Peter | Victor | Genco | Christina | Tanis | Genco | Sibling | $4,250,000.00 |
| 7 | Aram | | Iskenderian | Jason | | Iskenderian | Child | $8,500,000.00 |
| 8 | Aram | | Iskenderian | Alex | | Iskenderian | Child | $8,500,000.00 |
| 9 | Aram | | Iskenderian | Meryl | | Iskenderian | Child | $8,500,000.00 |
| 10 | Aram | | Iskenderian | Kara | | Iskenderian | Child | $8,500,000.00 |
| 11 | Brian | | Magee | Kerry | | Magee | Sibling | $4,250,000.00 |
| 12 | James | | Maounis | Nicholas | | Maounis | Parent | $8,500,000.00 |
| 13 | Frank | | Palombo | Joseph | | Palombo | Child | $8,500,000.00 |
| 14 | Frank | | Palombo | Maria | | Palombo | Child | $8,500,000.00 |
| 15 | Frank | | Palombo | Thomas | | Palombo | Child | $8,500,000.00 |
| 16 | Frank | | Palombo | John | | Palombo | Child | $8,500,000.00 |
| 17 | Frank | | Palombo | Stephen | | Palombo | Child | $8,500,000.00 |
| 18 | Frank | | Palombo | Frank | | Palombo | Child | $8,500,000.00 |
| 19 | Frank | | Palombo | Margaret | | Palombo | Child | $8,500,000.00 |
| 20 | Frank | | Palombo | Daniel | | Palombo | Child | $8,500,000.00 |
| 21 | Frank | | Palombo | Patrick | | Palombo | Child | $8,500,000.00 |
| 22 | Jack | | Punches | Marcy | Ilena | Godwin | Sibling | $4,250,000.00 |
| 23 | Craig | | Silverstein | Maria | | Silverstein-Verhoog | Spouse | $12,500,000.00 |
| 24 | Craig | | Silverstein | Gabriella | | Silverstein | Child | $8,500,000.00 |
| 25 | Craig | | Silverstein | Cameron | | Silverstein | Child | $8,500,000.00 |
| 26 | Kenneth | | Waldie | Jeffrey | | Waldie | Child | $8,500,000.00 |
| 27 | John | | Works | Allison | Noble | Works | Child | $8,500,000.00 |