Case 1:03-md-01570-GBD-SN   Document 5395-3   Filed 12/23/19   Page 1 of 1
Case 1:03-md-01570-GBD-FM   Document 3226   Filed 03/08/16   Page 1 of 11
Case 1:03-md-01570-GBD-FM   Document 3208-1   Filed 02/05/16   Page 1 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br> ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)(FM)

### AMENDED ORDER OF JUDGMENT

Upon consideration of the evidence and arguments submitted by wrongful death Plaintiffs in the *Ashton* cases referenced above and the Judgment by Default Against the Islamic Republic of Iran entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that judgment is entered on behalf of all *Ashton* wrongful death Plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-CV-6977 (GBD) (FM) for the estates of the decedents identified in the attached Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the 844 *Ashton* wrongful death estates of the decedents identified in the attached Exhibit A are awarded: (1) compensatory damages for conscious pain and suffering in the amount of $2,000,000 each for a total of $1,688,000,000; (2) punitive damages for conscious pain and suffering in the amount of $6,880,000 each for a total of $5,806,720,000; and (3) prejudgment interest on the compensatory damages awards for conscious pain and suffering of each decedent to be calculated at the rate of 9% per annum from September 11, 2001 until today.

Dated: New York, New York
       MAR 03, 2016

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE