**EXHIBIT A: ORDER FOR SUPPLEMENTAL ENTRY OF PARTIAL FINAL JUDGMENT**

**EXHIBIT A: ORDER FOR ENTRY OF SUPPLEMENTAL PARTIAL FINAL JUDGMENT AGAINST IRAN**

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Conscious Pain & Suffering | Economic Loss | TOTALS |
|---|---|---|---|---|---|---|
| **Estate of Farrell Lynch** | **Lynch, Eileen** | Spouse/PR | $12,500,000.00 | $2,000,000.00 | $18,289,614.00 | $32,789,614.00 |
| | **Lynch, Anne** | Child | $8,500,000.00 | | | $8,500,000.00 |
| | **Lynch, Kathleen** | Child | $8,500,000.00 | | | $8,500,000.00 |
| | **Lynch, Meaghan** | Child | $8,500,000.00 | | | $8,500,000.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgment Against Iran** | | | | | | **$58,289,614.00** |