# EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF LAST NAME | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | Brian | Magee | | Christopher | Dowdell | Stepchild | $4,250,000.00 |
| 2 | Brian | Magee | | Matthew | Dowdell | Stepchild | $8,500,000.00 |
| 3 | Brian | Magee | | William | Dowdell | Stepchild | $4,250,000.00 |