# EXHIBIT 1



**U.S. Department of Justice**
September 11th Victim Compensation Fund

P.O. Box 18698
Washington, D.C. 20036-8698

April 23, 2004

LAURA MARIE SPORDONE-BUSTILLO
C/O MICHEL F. BAUMEISTER
BAUMEISTER & SAMUELS
ONE EXCHANGE PLAZA
NEW YORK, NY 10006
USA

Dear LAURA MARIE SPORDONE-BUSTILLO:

212-002252
MILTON BUSTILLO

The Special Master has reviewed and approved the following final distribution plan. The total award received was $2,089,179.29. If the award was paid to you in your capacity as Personal Representative, you are obligated to distribute the award in accordance with the approved plan set forth below. Based on the approved distribution plan, each beneficiary will receive the following amounts:

**Final Distribution Plan**

| Beneficiary | Relationship to Victim | Net Amount |
| --- | --- | --- |
| ALESSANDRA BUSTILLO | DAUGHTER | $651,133.63 |
| DAYNA SPORDONE | STEP-DAUGHTER | $204,358.03 |
| LAURA SPORDONE-BUSTILLO | WIFE | $1,233,687.63 |

You have elected to receive benefits directly on behalf of a minor child(ren) as a "representative payee." As you know, as a representative payee, you are obliged - like a trustee - to ensure that funds are used in the minor(s) best interest. You assume full responsibility for ensuring that the award(s) paid to you as representative payee are used for the minor(s) current needs or, if not currently needed, are saved for his or her future needs. This includes a duty to prudently invest funds, maintain separate accounts for each minor, and maintain complete records. In addition, upon reaching 18 years of age (or age of majority as recognized by state law), the minor(s) is/are entitled to receive the award paid to you as representative payee. Thus, at such time, you must distribute the award to the minor(s) unless the minor(s) otherwise willingly consent(s). Portions of the Fund award described above will be distributed to the representative payee(s) as follows:

| Payee | Paid on Behalf of Beneficiary | Amount |
| --- | --- | --- |
| LAURA SPORDONE-BUSTILLO | ALESSANDRA BUSTILLO | $651,133.63 |
| LAURA SPORDONE- | DAYNA SPORDONE | $204,358.03 |



# U.S. Department of Justice
## September 11th Victim Compensation Fund

P.O. Box 18698
Washington, D.C. 20036-8698

| BUSTILLO | | | |

If you have any questions, please feel free to call the toll-free Helpline at 1-888-714-3385, 1-888-560-0844 for the hearing impaired (TDD); from outside the United States, please call collect at 301-519-8739.

Sincerely,

*Kenneth R. Feinberg*

Kenneth R. Feinberg
Special Master
September 11th Victim Compensation Fund