# EXHIBIT 2

# Your New Benefit Amount

169789

BENEFICIARY'S NAME:

DAYNA M MARTINEZ SPO

SOCIAL SECURITY CLAIM NUMBER
(only the last 4 digits are shown to help prevent identity theft): XXX-XX-5580 C2

Your Social Security benefits will increase by 1.4 percent in 2003, because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

## How Much Will I Get And When?

- Your new monthly amount (before deductions) is   $933.00
- The amount we're deducting for Medicare is   $0.00
  (If you did not have Medicare as of Nov. 22, 2002, or if someone else pays your premium, we show $0.00.)
- The amount we're deducting for voluntary federal tax withholding is   $0.00
  (If you did not elect voluntary federal tax withholding as of Nov. 22, 2002, we show $0.00.)
- After taking any other deductions, we will deposit   $933.00
  into your bank account on Jan. 8, 2003.
  If you disagree with any of these amounts, you should write to us within 60 days from the date you receive this letter.

## What If I Have Questions?

We invite you to visit our website at *www.ssa.gov* on the Internet to find general information about Social Security. You also can call us at **1-800-772-1213**, 24 hours a day. We can answer specific questions by phone from 7 a.m. until 7 p.m. on business days. Our lines are busiest early in the week and early in the month so, if your business can wait, it's best to call at other times. Please have your full nine-digit Social Security number available when you call or visit and include it on any letter you send to the Social Security Administration. If you are deaf or hard of hearing, you may call our TTY number, **1-800-325-0778**. You also can visit your local office.

2389 RICHMOND AVENUE
STATEN ISLAND NY

BNC#:   02B1648K06276

Over ➤

---

169789*COLA*SM*J60281A*L008
PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

SOCIAL SECURITY ADMINISTRATION
NORTHEASTERN PROGRAM SERVICE CENTER
PO BOX 315100
JAMAICA NY 11431-4089

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**Be sure to check out our website:** *www.ssa.gov*

**********AUTO** 5-DIGIT 10314
LAURA SPORDONE-BUSTILLO FOR
DAYNA M MARTINEZ SPORDONE
735 COLLFIELD AVE