# EXHIBIT 3



12420713

Robert R. Snashall
Chairman

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
PO BOX 29017
BROOKLYN, NY  11202-9017

(800) 877-1373

### State of New York - Workers' Compensation Board

### In regard to Milton Bustillo, WCB Case #0014 9856

### ADMINISTRATIVE DECISION
### (Death Claim)
*keep for your records*

Based upon the information we have received regarding the work-related injury of Milton Bustillo on 09/11/2001 while working for Cantor Fitzgerald, the Workers' Compensation Board makes the following findings and directions:

#### DECISION

The claimant Milton Bustillo had a work related injury which resulted in death. The claimant's average weekly wage for the year worked before this work related injury or occupational disease is determined to be $600.00 or more.

AWARD - THE EMPLOYER OR INSURANCE CARRIER ARE DIRECTED TO PAY AT ONCE AS FOLLOWS:

Continuing award.

The period from 9/11/2001 to 12/28/2001 for 15.6 weeks totaling $6,240.00 is awarded as follows:

| Award to: | Relation | DOB | Pct | Rate / week | Total | Pay to: |
|---|---|---|---|---|---|---|
| Laura Spordone -Bust | Spouse | 9/12/1961 | 36.67% | $220.00 | $3,432.00 | Laura Sprordone-Bustillo |
| Dayna Spordone | Child | 8/12/1994 | 15.00% | $90.00 | $1,404.00 | Laura Sprordone-Bustillo |
| Alessandra Bustillo | Child | 1/13/2001 | 15.00% | $90.00 | $1,404.00 | Laura Sprordone-Bustillo |

Carrier Continue Payments bi-weekly in the amount of $800.00

*Any money previously paid for the above period(s) will be deducted from the total amount.*

The Funeral/Memorial Benefit will be awarded, up to a $6000.00 maximum upon submission of documentation. Actuarial figures for the amount of deposit into the Aggregate Trust Fund will be provided in a subsequent decision. No further action is planned by the Board at this time.

*** *Continued on next page* ***

| | | | |
|---|---|---|---|
| Claimant - | Milton Bustillo | Employer - | Cantor Fitzgerald |
| Social Security No. - | 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 | Carrier - | Pacific Indemnity Company |
| WCB Case No. - | 0014 9856 | Carrier ID No. - | W168009 |
| Date of Accident - | 09/11/2001 | Carrier Case No. - | 71656178 |
| District Office - | NYC | Date of Filing of this Decision - | 01/02/2002 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EC-200X (10/01)