# EXHIBIT A

| # | Decedent First Name | Decedent Last Name | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Relationship to Decedent | Solatium Damages Amount |
|---|---|---|---|---|---|---|---|
| 1 | Milton | Bustillo | Dayna | M. | Spordone | Stepchild | $8,500,000.00 |