# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)

### **AFFIDAVIT OF LAURA BUSTILLO**

LAURA BUSTILLO, being duly sworn, deposes and says:

1.      I am the surviving spouse of Milton Bustillo, one of the victims killed as a result of the September 11, 2001 terror attacks, and I am the natural mother of Dayna Spordone.

2.      Milton and I met at the Cantor Fitzgerald holiday party in 1996 shortly after I started working at the firm. At that time, I was a single mother to my daughter Dayna Spordone, who was born on August 12, 1994. Dayna's biological father was never a part of her life and never saw her. He relinquished all of his parental rights shortly after she was born so he could terminate his child support obligations.

3.      Milton and I began dating right after we met, and we were quickly inseparable. I was drawn to Milton, not only because he was a strong, handsome man, but because he was a man who believed in building a life that centered around family. He came from a large, close extended family that was involved in each other's lives on a daily basis. My mother died when I was a teenager and it led to the dissolution of my own family, so I always knew it was important for me and for my daughter that I found a partner I loved who would love my daughter Dayna unconditionally. Milton was that man.

4.      Early in our relationship, Milton made sure to include, and make Dayna and I, a part of all of his family's events and activities. We both felt loved and respected by Milton's mother, siblings, aunts, uncles and his cousins. The family gathered nearly every weekend for activities and celebrations, and Milton, Dayna and I went to his mother's home every Sunday for family dinners where they would share stories about Milton's life growing up. Dayna loved hearing these stories, and she grew close to all of her "new" cousins. When Milton's brother announced that he was going to marry, he and his future wife asked Dayna to serve as the flower girl at their wedding.

5.      After we dated for about a year, Milton moved into the apartment I shared with Dayna. He immediately assumed the role as Dayna's father and protector. He loved to cook and bake and quickly became the official family chef. Dayna always sat close by and watched as he prepared our meals, and eventually she grew old enough to help him prepare Spanish tapas. Milton dreamed of one day opening his own pastry shop and would practice at night creating tarts that grew to become Dayna's favorite. He spoke often of being excited to see her grow up so she could one day work with him side-by-side in their shop creating delicious baked masterpieces. Right before he was killed, Milton was taking classes to make sugar sculptures and he delighted Dayna and I with his creations.

6.      Milton, Dayna and I were a happy, contented family from the very start. He loved music, especially jazz and instrumental music, and he shared his passion for both with Dayna, often singing to her. He loved to play instruments and sat patiently with her to show her how to mimic what he was doing. He looked forward to the time when she would be able to hold a guitar. Milton taught Dayna to draw and paint. We took vacations together as a family. I have a fond memory of a business trip I had to take to Washington, D.C. that Milton turned into a mini

family vacation for all of us – even our goldfish made the trip – where we viewed and learned about the nation's history.

7.     Neither I nor Dayna ever considered Milton to be a stepfather. He was her father in every sense of the word, and he was the most influential male figure in her life until the day he died. He did all the things that a father would do for and with his daughter, and was always genuine, loving and warm with her. He helped Dayna with her schoolwork, read to her, and played with her. Milton accompanied Dayna to her school's Father Daughter Valentine's Dance and nervously waited for her to get ready. She looked radiant in a little red dress and he told her he loved her, and spoke to her about being a little lady and how sweetly a man should treat her. He always encouraged Dayna to work hard in school so she could attend college, and he comforted and took care of her when she was sad, sick or hurt.

8.     Milton introduced Dayna as his daughter to everyone - his family, friends and even strangers. He spoke to me often about wanting to formally adopt Dayna to make her his "legal" daughter, and we worked hard to put aside money so we could afford the legal fees associated with formalizing their relationship.

9.     In the spring of 2000, we found out that I was pregnant. Prior to this pregnancy, I experienced a miscarriage and Milton comforted and supported me throughout our grief for the loss of this life. In early Fall 2000, I began to experience complications from my pregnancy and was ordered to stop working by my doctors. Milton took on overtime at work to fill in the gaps in our income, all the while continuing to care for Dayna and me. He and Dayna grew even closer during this time when I was confined for bedrest. He made sure she was up, dressed, had eaten breakfast and was ready for school every morning, and picked he her up from her after-school program. Milton took Dayna to "big sister" classes at the hospital where I was scheduled

to deliver so she could learn how to help care for her baby sister. When our daughter, Alessandra, was born on January 13, 2001, it soon became apparent that she was burdened by developmental challenges. Milton continued to carry the load as the sole bread winner for our family so I could stay home and care for both of our daughters. Milton's financial responsibility for Dayna was recognized by the New York State Workers' Compensation Board, the Social Security Administration and the September 11th Victim Compensation Fund all of whom acknowledged her as Milton's daughter and awarded the same survivor benefits that were paid to his natural daughter, Alessandra Bustillo.

10.    In the summer before he was killed, Milton and I found a home in Toms River, New Jersey close to his mother and siblings where we could raise our daughters. It was a dream-come-true for me and for Dayna since we had always lived in an apartment. We planned and day dreamed about what the house would look like when we moved in, and Milton and I talked about the lives our daughters would lead. Milton and I executed a contract for the house, and decided to "formalize" our love and commitment to each other by marrying on Dayna's 7th birthday, August 12, 2001 before we moved into our forever home. Instead of hosting a reception for our family and friends, we chose to delay a party until we were in our new house so we could put the money we would have used for the wedding towards what we needed for Milton to adopt Dayna.

11.    Milton's death three weeks later on September 11, 2001 devastated our family and left an unfillable void in our lives. Dayna was only seven years old when he died. She had trouble adjusting to life without him, and received private grief counseling and counseling services through school for several years. Milton was the only father she has ever had. When she was younger, she would bang her head when she was unable to express what she wanted or

could not find the words to express her feelings. Later in her teenage years, she turned to cutting her body as a release of the enormous physical and emotional pain she felt at the loss of the life she shared with her father and her family.

12.     I, too, have had a difficult time coping with the loss of my husband and the father to my daughters. I continue to struggle with the financial and emotional burden of raising our two girls and figuring out ways to try and instill his strong family values in them without his presence. Our connection to Milton's family has been dramatically altered such that we only see them infrequently now because of the great pain it causes all of us to be together. Alessandra has significant and urgent physical and emotional needs that have necessitated many, many hospitalizations since Milton was killed. On several occasions over the years she has become so angry and engaged in such violent tantrums that required Dayna to physically restrain her from hurting me.

13.     There continue to be days when I am completely overwhelmed by the enormity of my grief and depression, which has, sadly, resulted in me being emotionally and physically unavailable to Dayna when she has needed me most to help her deal with her own pain and suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 27, 2019

Sworn to me this 27 day
of December 2019.

LAURA BUSTILLO

Notary Public

**CAROLYN MARTINEZ**
Notary Public, State of New York
No. 01MA6084613
Qualified in New York County
Commission Expires: December 9, 2020