# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
|---|---|
| This document relates to:<br><br>*Ashton et al. v. al Qaeda Islamic Army, et al.*<br>*Bauer, et al. v. al Qaeda Islamic Army, et al.* | 02-cv-6977 (GBD)(SN)<br>02-cv-7236 (GBD)(SN)<br><br>ECF Case |

**ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON
BEHALF OF BAUER PLAINTIFF IDENTIFIED AT EXHIBIT A**

Upon consideration of the evidence and arguments submitted by Plaintiff identified in Exhibit A to this Order, the *Bauer* Plaintiff, who is a stepchild of a victim killed in the terrorist attacks on September 11, 2001 (as identified on Exhibit A), and the Judgment by Default for liability only against Defendant Islamic Republic of Iran ("Iran Defendant") against whom liability default was entered on 08/31/2015 (ECF No. 3014), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendant in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the *Bauer* Plaintiff, as identified in the attached Exhibit A, who is the stepchild of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

**ORDERED** that the *Bauer* Plaintiff identified in Exhibit A is awarded: solatium damages of $8,500,000 per child, as set forth in Exhibit A; and it is

**ORDERED** that the *Bauer* Plaintiff identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the *Bauer* Plaintiff identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

**ORDERED** that the *Bauer* Plaintiffs not appearing on Exhibit A may submit in later stages applications for solatium damages awards that will be approved on the same basis as currently approved for the *Bauer* Plaintiff appearing on Exhibit A.

Dated: New York, New York

_____, 20\_\_

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

| # | Decedent First Name | Decedent Last Name | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Relationship to Decedent | Solatium Damages Amount |
|---|---|---|---|---|---|---|---|
| 1 | Milton | Bustillo | Dayna | M. | Spordone | Stepchild | $8,500,000.00 |