USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/19

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

December 20, 2019

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees ("PECs"), on behalf of all Plaintiffs, write to request a two-week extension of the deadlines for expert disclosures and reports relating to the personal jurisdiction and merits defendants.[1]

A number of the experts who are working with the Plaintiffs have significant ongoing commitments relating to other projects and/or their full-time employment positions, in addition to planned vacations for the holidays. As the PECs have been working through those other commitments in order to coordinate the reports to be provided by the various experts, several have indicated that a modest extension of the applicable deadlines would be necessary in order for them to undertake the full scope of work presently contemplated. Without the requested extensions, it may be necessary for the PECs to divide the issues among a greater number of experts, a result that would lead to additional reports and depositions. The PECs would prefer to avoid that outcome.

For those reasons, the PECs respectfully request that the deadlines for expert disclosures and reports in the personal jurisdiction and merits cases be extended by two weeks. The

---

[1] The relevant deadlines in Your Honor's Order at ECF No. 5266 applied to the claims against the following personal jurisdiction and merits defendants: Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, Adnan Basha, Soliman al Buthe, Yassin Abdullah al Kadi, Muslim World League ("MWL"), International Islamic Relief Organization ("IIRO"), World Assembly of Muslim Youth ("WAMY"), Dubai Islamic Bank ("DIB"), and Wa'el Hamza Jelaidan. The deadlines did not apply to defendant Dallah Avco.

Honorable Sarah Netburn
Page 2
December 20, 2019

proposed revised schedule for expert disclosures and service of expert reports would be as follows:

(1) January 17, 2020 – The PECs shall inform Defendants of the identity of Plaintiffs' experts and the topics on which those experts will provide an opinion.

(2) February 17, 2020 – Plaintiffs' affirmative expert reports due.

(3) April 17, 2020 – Defendants' affirmative and rebuttal expert reports due.

(4) May 18, 2020 – Plaintiffs' rebuttal expert reports (if any) due.

(5) July 17, 2020 – Deadline for completion of expert discovery.

The PECs have conferred with the Defendants' Executive Committee ("DEC"), and the DEC has advised that it has no objection to the proposed two-week extension of the deadlines.

Respectfully submitted,

| | |
|---|---|
| KREINDLER & KREINDLER, LLP | MOTLEY RICE LLC |
| By: /s/ Steven R. Pounian | By: /s/ Robert T. Haefele |
| Steven R. Pounian | Robert T. Haefele |
| Andrew J. Maloney | Motley Rice LLC |
| Kreindler & Kreindler, LLP | 28 Bridgeside Boulevard |
| 750 Third Avenue | Mount Pleasant, SC 29465 |
| New York, NY 10017 | Tel: (843) 216-9184 |
| Tel: 212-687-8181 | E-mail: rhaefele@motleyrice.com |
| E-mail: spounian@kreindler.com | |
| *On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims* | *On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims* |

---

Plaintiffs' motion for a two-week extension is GRANTED.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

December 23, 2019
New York, New York