**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

:

:   ORDER

:   03 MDL 1570 (GBD) (SN)

------------------------------------------------------------------X

This Document Relates to
*Hoglan v. Iran,*
11 Civ. 7550 (GBD) (SN)

     AND NOW, this _____ day of _____, 20____, upon consideration of the Letter Motion filed by the *Hoglan* Plaintiffs, which is unopposed, it is hereby ORDERED and DECREED that:

(1)     The Plaintiffs' Letter Motion is GRANTED, and it is FURTHER ORDERED

(2)     The Clerk of Court for the Southern District of New York is directed to enter onto the docket in this case the following:

    a. The United States State Department letter dated November 28, 2018, and the accompanying "Specific Authentication Certificates," or diplomatic notes, that certify compliance with the FSIA's diplomatic service requirements with regard to the Islamic Republic of Iran and its seven political subdivisions that are judgment Defendants in this case;

    b. The United States State Department letter dated August 27, 2019, and the accompanying "Specific Authentication Certificates," or diplomatic notes, that certify compliance with the FSIA's diplomatic service requirements with

2

regard to the six agencies and instrumentalities of the Islamic Republic of Iran and two individuals who are or were high governmental office holders in the Islamic Republic of Iran and are judgment Defendants in this case.

BY THE COURT:

Date: _____                    _____, J.
         New York, New York