UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:

*Cheryl Rivelli, et al v. Islamic Republic of Iran (1:18-cv-11878) (GBD) (SN)*

## [PROPOSED] PARTIAL FINAL JUDGMENT III (Functional Equivalent)

Upon consideration of the evidence and arguments submitted by *Rivelli III* Plaintiffs identified in Exhibit A to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling), or a functional equivalent thereof, of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default entered against the Islamic Republic of Iran on September 3, 2019 as to (1) liability as to all Plaintiffs in the case; and (2) as to damages to those Plaintiffs specifically named therein (03-md-1570, ECF No. 5070), together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a, child, or a functional equivalent thereof, of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Christopher Michael Ruggieri and Phylicia Ruggieri are the functional equivalents of Joseph Rivelli, Jr.'s children, a firefighter who died on September 11, 2001 when the World Trade Center collapsed; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $8,500,000 per child as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated:   New York, New York
         _____ , 2020

                                          SO ORDERED:

                                          _____
                                          SARAH NETBURN
                                          UNITED STATES MAGISTRATE JUDGE