

KREINDLER & KREINDLER LLP | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

January 2, 2020

VIA ECF
The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001*
           03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    We write to ask the Court to extend the time by which counsel for the *Ashton, Burnett, O'Neill* plaintiffs have to file a letter-brief about personal injury claims that may be presented for final judgment in connection with the USVSST Fund. *See* ECF Nos. 5338 and 5390.

    In light of the limited number of claims that are likely to be filed (*see* ECF No. 5390) and the scheduling and staffing issues in our offices at this time, we request a brief adjournment from January 6, 2020 to January 10, 2020 by which to file the letter-brief about personal injury claims that may be presented for final judgment in connection with the USVSST Fund deadline of February 19, 2020.

    This is the first request for an adjournment of this submission. There is no responding party to the letter-update.

                                    Respectfully submitted,

                                    KREINDLER & KREINDLER, LLP

                                      /s/
                                  Megan W. Benett, Esq.
                                  750 Third Avenue
                                  New York, NY 10017
                                  (212) 687-8181
                                  (212) 972-9432 – fax
                                  mbenett@kreindler.com
                                  *For Ashton Plaintiffs*

January 2, 2020
Page 2

        MOTLEY RICE LLC

        _____/s/_____
        John Eubanks, Esq.
        28 Bridgeside Blvd.
        Mt. Pleasant, SC 29464
        (843) 216.9218
        (843) 216.9450 fax
        jeubanks@motleyrice.com
        *For Burnett Plaintiffs*

        ANDERSON KILL

        _____/s/_____
        Jerry S. Goldman, Esq.
        1251 Avenue of the Americas
        New York, NY 10020
        (212) 278-1569
        (212) 278-1733 - fax
        jgoldman@andersonkill.com
        *For O'Neill Plaintiffs*