# EXHIBIT A

**EX. A to** *Rivelli* **Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Christopher Michael Ruggieri | Joseph Rivelli, Jr. | Child | $8,500,000 |
| 2 | Phylicia Ruggieri | Joseph Rivelli, Jr. | Child | $8,500,000 |

| **Total** | | | | **$8,500,000** |
|---|---|---|---|---|