# Exhibit A

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Miller, Joel | Sivin, Justin | Stepchild | $4,250,000.00 |
| 2 | Miller, Joel | Sivin, Maxwell | Stepchild | $4,250,000.00 |
| 3 | Scauso, Dennis | Scauso, Donald | Stepchild | $8,500,000.00 |