UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    September 11, 2001

------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Today, the Court issues a ruling on the Plaintiffs' Executive Committees' ("Plaintiffs") motion to vacate the Court's November 29, 2018 Order, ECF No. 4261 (the "November 29 Order"). That ruling is filed under seal until the parties have had an opportunity to meet-and-confer following the resolution of Plaintiffs' Rule 72 objections to the Court's decision granting in part Saudi Arabia's motion to seal. See ECF No. 4696.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 3, 2020
                New York, New York