# EXHIBIT A

EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Robert | D. | Cirri | Sr. | Kara | Lydia | Jerez | | Step-child | $8,500,000.00 |
| 2 | Stephen | L. | Colaio | | Serena | | Giovi | | Fiancee | $12,500,000.00 |
| 3 | Scott | Thomas | Coleman | | Jessica | | Nardone Feldman | | Domestic Partner | $12,500,000.00 |
| 4 | Claude | Michael | Gann | | Paige | Marie | Rollinson | | Step-child | $8,500,000.00 |
| 5 | Claude | Michael | Gann | | Sarah | Elizabeth | Rollinson | | Step-child | $8,500,000.00 |
| 6 | Ronald | F. | Golinski | | Paula | M. | Carucci | | Step-child | $8,500,000.00 |
| 7 | Ronald | F. | Golinski | | David | | Eschenbaum | | Step-child | $8,500,000.00 |
| 8 | Ruth | Ellen | Ketler | | Robert | | Dow | | Domestic Partner | $12,500,000.00 |
| 9 | Charles | Augustus | Laurencin | | Jacqueline | Y. | Steed | | Step-child | $8,500,000.00 |
| 10 | Renee | A. | May | | David | | Spivock | | Fiancee | $12,500,000.00 |
| 11 | James | N. | Pappageorge | | Justin | | Benitez | | Step-child | $8,500,000.00 |
| 12 | Sergio | | Villanueva | | Tanya | Villanueva | Tepper | | Fiancee | $12,500,000.00 |
| | | | | | | | | | TOTAL: | $122,000,000.00 |