# EXHIBIT C

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
|---|---|

*This document relates to:*

    *Burnett, et al, v. Islamic Republic of Iran, et al.*: No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF PAULA M. CARUCCI

I, PAULA M. CURUCCI, hereby declare under penalty of perjury as follows:

    1.    I am currently 52 years of age and reside in Wynantskill, New York.

    2.    I am the stepdaughter of Col. Ronald Franklin Golinski (Ret.) who was killed on September 11, 2001 when terrorists crashed a plane into the Pentagon in Arlington, Virginia where he was working as a civilian in the office of the Deputy Chief of Staff for Personnel.

    3.    I was 9 years old in 1976 when my mother and Col. Golinski began living together. They married approximately 2 years later in 1978, and I continued to reside with them in our family home until 1988 when I left to attend college at age 21.

    4.    My mother divorced my biological father when I was approximately 4 years old and I have only seen him two or three times since that time. My biological father played no role whatsoever in my life. Although required to do so by the terms of the divorce, my biological father never paid child support to my mother. On more than one occasion, my biological father changed employers to avoid having his wages garnished to pay his child support obligations.

    5.    After marrying Col. Golinski, my mother became a stay-at-home mom and he was the sole breadwinner in our household.

    6.    Col. Golinski assumed all the responsibilities - financial, moral, and spiritual – of raising me from the time he came into my life in 1976 until he was killed on September 11, 2001.

    7.    Throughout the time I resided in his household, Col. Golinski, provided parental guidance to me. He taught me right from wrong; he nurtured me; he fed and clothed me; he protected me and kept me safe; he made me feel loved and never treated me different from his own biological children.

8. Throughout the time I resided in his household, I was dependent on Col. Golinski and he listed me as such on his federal and state income tax returns.

9. Throughout the time I resided in his household, Col. Golinski provided health insurance coverage for me. He continued to do so after I left home to attend college until I completed my education.

10. As a military man, Col. Golinski instilled discipline in me and taught me that respect is earned. As my stepfather, he did these things with love and patience.

11. Throughout my formative years, Col. Golinski, along with my mother, attended my sporting events, my school functions, and the myriad events that made up my childhood. He was always there ready to offer his guidance, advice, encouragement and love.

12. Col. Golinski was an avid golfer and introduced me to the sport at an early age. As I was growing up, he demonstrated unlimited patience as my game slowly improved. Col. Golinski and I played innumerable rounds of golf together. Whatever skill I have today, I attribute to Col. Golinsky.

13. Col. Golinski was a man of faith and our family attended church regularly. When I was thirteen, he and my mother had my brother, David, and I baptized.

14. As I approached my sixteenth birthday, Col. Golinski undertook to teach me to drive an automobile.

15. Growing up, Col. Golinski would often lead me, my siblings, and sometimes our friends, on personal tours of the Pentagon, the U.S. Military Academy at West Point, and Ft. Meade. His tours were always infused with history lessons and the importance the military has played in our country's history.

16. During high school, Col. Golinski always stressed the importance of higher education and was always available to help me with my schoolwork.

17. As I approached the end of high school, Col. Golinski helped me with the process of selecting a college to attend. When I went off to college, Col. Golinski contributed to the costs.

18. When I was married, Col. Golinski walked me down the aisle and gave me away to my husband during our wedding ceremony.

19. As a parent, I have always tried to emulate the example set by Col. Golinski in raising me, and I have instilled in my own children the values I learned from him. I am the

2

parent I am today in part because of the example set by Col. Golinski and the life lessons he imparted to me during my formative years and beyond.

20. Col. Golinski was my father in all ways, and his murder on September 11, 2001 has forever changed my life.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/19/2019

Paula M. Caruucci