# EXHIBIT E

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570)GBD)(SN) ECF Case |

*This document relates to:*

*Burnett, et al. v. The Islamic Republic of Iran, et al.,* No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF DAVID E. ESCHENBAUM

I, DAVID E. ESCHENBAUM, hereby declare under penalty of perjury as follows:

1. I am currently 51 years of age and reside in Troy, New York.

2. I am the stepson of Col. Ronald Franklin Golinski (Ret.) who was killed on September 11, 2001 when terrorists crashed a plane into the Pentagon in Arlington, Virginia where he was working as a civilian in the office of the Deputy Chief of Staff for Personnel.

3. I was 8 years old in 1976 when my mother and Col. Golinski began living together. They married approximately two years later in 1978, and I continued to reside with them in our family home until I turned 18 in 1986.

4. My mother divorced my biological father when I was approximately 3 years old and he has played no role in my life. Although he was required to do so by the terms of the divorce, my biological father never paid child support to my mother. On more than one occasion, my biological father changed employers to avoid having his wages garnished to pay his child support obligations.

5. After marrying Col. Golinski, my mother became a stay-at-home mom and he was the sole breadwinner in our household.

6. Col. Golinski assumed all the responsibilities – financial, moral, and spiritual – of raising me from the time he came into my life in 1976 until he was killed on September 11, 2001.

7. Throughout the time I resided in his household, Col. Golinski provided parental guidance to me. He taught me right from wrong; he nurtured me; he fed and clothed me; he

protected me and kept me safe; he made me feel loved and never treated me different from his own biological children.

8. Throughout the time I resided in his household, I was a dependent of Col. Golinski and he listed me as such on his federal and state income tax returns.

9. Throughout the time I resided in his household, Col. Golinski provided health insurance coverage for me.

10. As a military man, Col. Golinski instilled discipline in me and taught me that respect is earned. As my stepfather, he did these things with love and patience.

11. Col. Golinski was an avid golfer and introduced me to the sport at an early age. As I was growing up, he demonstrated unlimited patience as my game slowly improved. Col. Golinski and I played innumerable rounds of golf together and he taught me the rules as well as the finer points of the sport.

12. When I was approximately 10 years old, Col. Golinski bought me my first rifle and instilled in me the importance of gun safety. He spent many hours teaching me how to clean, maintain, and secure my rifle.

13. When I was an adolescent, Col Golinski helped me set up a paper route and taught me the importance of being reliable and keeping my commitments.

14. Growing up, Col. Golinski would often lead me, my siblings, and sometimes our friends, on personal tours of the Pentagon, the U.S. Military Academy at West Point, and Fort Meade. His tours were always infused with history lessons and the importance the military has played in our country's history.

15. Col. Golinski was a man of faith and our family attended church together on a regular basis. When I was twelve years old he and my mother had my sister, Paula, and I baptized.

16. As I approached my sixteenth birthday, Col. Golinski undertook to teach me to drive an automobile.

17. Throughout my high school years, Col. Golinski was always available to help me with my schoolwork, and he helped me navigate the awkward teenage years.

18. As a father, I have tried to emulate the example set by Col. Golinski in raising me, and I have instilled in my own son the values I learned from him. I am the father I am today in large measure because of Col. Golinski.

19. Col. Golinski was my father in all ways, and his murder on September 11, 2001 has forever changed my life.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11-06-19

David E. Eschenbaum