# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF SERENA GIOVI

I, SERENA GIOVI, hereby declare under penalty of perjury:

1. I am 48 years old and reside in New York, New York.

2. I am the fiancé of Stephen J. Colaio who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York where he worked as a bonds trader for Cantor Fitzgerald.

3. At the time of his death on September 11, 2001, I was 30 years old and had been residing in the same home with Stephen Colaio for just under a year after becoming engaged.

4. Stephen and I met at Saint John's University in Queens about 10 years prior to his death.

5. Stephen and I were formally engaged in May of 2000. In total, we were dating for about three years.

6. Our wedding date was set for October 19, 2001. We had paid for all the wedding plans—the venue, my wedding dress, the caterer, the florist, and tuxedos in preparation for our wedding ceremony. Stephen and I shared the expenses of the wedding.

7. Invitations and response cards had been mailed. Stephen and I had already began receiving responses from our guests, particularly from those he worked with at Cantor Fitzgerald.

8. The Saturday after September 11, 2001 was meant to be my bridal shower with both Stephen's and my families and friends in attendance.

9. Stephen and I enjoyed vacationing with our families, shopping around the city, and spa days after Stephen had a difficult week at work.

9. After our engagement, his parents and I agreed that I would start calling them mom and dad. From that day on, I never called them anything else. Stephen also began referring to my parents as mom and dad from then on.

10. Stephen's nieces and nephews called me Aunt Reeree after spending many weekends, holidays, and special occasions with them.

11. Stephen attended my niece's christening and was made her godfather.

12. Stephen and I both contributed to our household. He was the primary source of income for our bills. I would cook, clean, and run errands to contribute to our home. I particularly enjoyed cooking for Stephen's brother and sister-in-law as well as the rest of his family. His brother Mark, who also died on September 11th, would join me in the kitchen and we would cook together.

13. As we were planning our wedding, Stephen and I discussed our future together such as where we would buy our first home and when we would start our family.

14. Since the day Stephen died on September 11, 2001, there has been a void in my life that will never be filled.

15. When I buried Stephen, I buried him with my wedding dress as a remembrance to our love and the marriage and life we had planned for together.

I declare under penalty of perjury the foregoing is true and correct.

Date: December 11, 2019     _____
                            Serena Giovi