# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF KARA LYDIA JEREZ

I, KARA LYDIA JEREZ, hereby declare under penalty of perjury:

1. I am 29 years old and reside in Woburn, Massachusetts.

2. I am the stepdaughter of Robert D. Cirri, Sr. who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York. He was a lieutenant with the Port Authority of New York and New Jersey, and he died with four other officers as they attempted to carry a woman to safety when the North Tower collapsed.

3. At the time of his death on September 11, 2001, I was 11 years old and had been residing in the same home with Robert D. Cirri, Sr. since I was about 1 year old. My mother married him in 1999.

4. My dad, Robert D. Cirri, Sr. provided for my stepsiblings, sisters, and me both financially and morally.

5. I spoke with my dad, Robert D. Cirri, Sr., every day.

6. I have only vague memories of my biological father who played no role whatsoever in my life. He did not offer any support, financially or morally.

7. When my mother and my dad, Robert D. Cirri, Sr. married, both had children from another marriage. My dad, Robert D. Cirri, Sr., never treated my sisters and me any differently than my stepsiblings. He raised all of us as if we were all his biological children.

8. My dad, Robert D. Cirri, Sr. support me both financially and morally. He paid for my extracurricular activities as well as every day needs.

9. My dad, Robert D. Cirri, Sr. also bought our family home where we lived with him until the time of his death on September 11, 2001.

10. My dad, Robert D. Cirri, Sr., took my stepsiblings and me to Six Flags Great Adventure together when I was younger. He did not like riding the rollercoasters, but he always encouraged us to face our fears.

11. My dad, Robert D. Cirri, Sr. was the breadwinner of our family. We were not able to afford vacations, but one year he surprised us. In early 2001, he took us to Disney World. He always wanted the best for my sisters and me, and our vacation to Disney World is a memory I treasure because it happened so closely to his untimely death.

12. While we were in Florida, my dad, Robert D. Cirri, Sr., my mother, my sisters, and I visited my dad's family, as someone had just given birth to triplets.

13. My dad, Robert D. Cirri, Sr., took me to doctor appointments, school functions, soccer practice, and soccer games.

14. My dad, Robert D. Cirri, Sr., never missed my soccer games. He would always be cheering loudly from the sidelines, and afterward we would get slushies on the way home.

15. My dad, Robert D. Cirri, Sr., cooked dinner every night for my sisters and me. I loved helping in the kitchen. His presence at home after school gave my sisters and me a routine and a constant in our lives. My mother was an ER nurse, so she often was not home when we were home from school.

16. My dad, Robert D. Cirri, Sr., taught me how to tie my shoes, how to ride a bike, and how to read. He always pushed me to keep learning.

17. When I was sick, I would always go to him. He would make sure I took medicine, cook for me, and care for me until I felt better.

18. Because I was so young when my dad, Robert D. Cirri, became a part of my life, I did not know a life without him until his untimely death on September 11, 2001.

19. I will never forget, just a few weeks after September 11, 2001, there was a father-daughter sleepover at my school. Bob and I had planned to go together, and we were looking forward to that time together. Unfortunately, because of his untimely death, we were never able to go as we had planned.

20. Until the day he died on September 11, 2001, Robert D. Cirri, Sr. provided me with moral guidance.

21. I have never referred to, or thought of, Robert D. Cirri, Sr. as my stepfather.

22. I have always referred to, and thought of, Robert D. Cirri, Sr. as my father.

23. From the time he moved in with my mother and my siblings when I was about 1 years old, until the day he died on September 11, 2001, Robert D. Cirri, Sr. assumed all the responsibilities of a father to me.

24. Since the day Robert D. Cirri, Sr. died on September 11, 2001, there has been a void in my life that will never be filled.

I declare under penalty of perjury the foregoing is true and correct.

Date: 12/28/2019

Kara Lydia Jerez