# EXHIBIT H

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to:*

*Burnett, et al, v. Islamic Republic of Iran, et al.:* No. 15-cv-9903 (GBD)(SN)

### DECLARATION OF JESSICA FELDMAN

I, JESSICA FELDMAN, hereby declare under penalty of perjury as follows:

1. I am currently 47 years of age and reside in Westport, Connecticut.

2. I was the domestic partner of Scott Thomas Coleman who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York where he worked as a broker for Cantor Fitzgerald.

3. At the time of his death, Scott and I had been living together for approximately two years; we had been romantically involved with each other for approximately three years.

4. During the approximately two years we lived together, Scott and I shared all household expenses as well as household chores.

5. Scott and I travelled together extensively throughout our time together and often noted those places we intended to return to on a future trip. We both enjoyed snow skiing and would travel to Vermont during the season where my family rented a ski house.

6. At the time of his death, Scott and I were in the process of buying an apartment into which we intended to move after the sale was complete. We had been notified that Scott's was the winning bid for the purchase of the co-op apartment; we had met with the co-op board and had been approved to complete the purchase; financing had been approved for the purchase and a mortgage was being prepared. We were simply waiting on the lawyers to provide us with a closing date to complete the purchase.

7. Scott and I intended to be married in 2002 after we moved into our new apartment, and we had begun making plans for our wedding.

8. Scott and I intended to have children and often discussed the timing of having them. At the time of his death, it was our plan to begin having children after we were married and living in our new apartment.

9. All the plans that Scott and I had made for a lifetime together – getting married, purchasing a home, having children and raising a family, travelling, and growing old together - were destroyed on 9/11 and my life will never be the same.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/9/2019

Jessica Feldman