# EXHIBIT I

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF PAIGE ROLLISON

I, PAIGE MARIE ROLLISON, hereby declare under penalty of perjury:

1. I am 28 years old and reside in Berlin, Germany.

2. I am the stepdaughter of Claude Michael Gann who was killed in the September 11, 2001 terrorist attack on the World Trade Center in New York where in New York where he was attending the Risk Waters conference at Windows of the World.

3. At the time of his death, I was 10 years old. I had resided in the same home as Claude Michael Gann since I was about 5 years old.

4. I not only thought of Claude Michael Gann as my father, but I also viewed his entire family as my family. I called his parents 'my grandparents', my stepsiblings 'my brother and sisters', and his nieces and nephews 'my cousins'.

5. My dad, Claude Michael Gann, provided for my stepsiblings, sister, and me both financially and morally.

6. My dad, Claude Michael Gann, always wanted me to keep learning. He and I would hang out in the library and read together.

7. My dad, Claude Michael Gann, carried us on his health insurance and claimed me as a dependent on his tax forms.

8. I have only vague memories of my biological father who played no role whatsoever in my life.

9. My biological father offered no financial or moral support to my mother, my sister, or me. He was completely absent from my life.

10. I spoke with my dad, Claude Michael Gann, every day.

11. My dad, Claude Michael Gann, had a nickname for me. He would call me "Paigey Marie."

12. When I was young, my dad, Claude Michael Gann, took me to doctor appointments, school functions, soccer practice, and guitar lessons.

13. My dad, Claude Michael Gann, taught my stepsiblings and me everything when we were growing up. He raised all of us as if we were all his biological children.

14. My dad, Claude Michael Gann, always helped me with my homework after school. I specifically recall him teaching me long division one night after dinner in the kitchen when I was having trouble understanding.

15. My mother travelled a lot of work. When she did, Claude Michael Gann would assume all family responsibilities. He would get me ready for school, pick me up from school, and make sure I got to all of my extracurricular activities.

16. My dad, Claude Michael Gann, played guitar. He encouraged me and supported me as I learned to play.

17. My dad, Claude Michael Gann, also encouraged me to play soccer. He would always take me to practices and come to my soccer games.

18. I never referred to, or thought of, Claude Michael Gann as my stepfather.

19. I have always referred to, and thought of, Claude Michael Gann as my father.

20. From the time he began living with my mother, sister, and me, until the day he died on September 11, 2001, Claude Michael Gann assumed all the responsibilities of a father to me.

21. Since the day Claude Michael Gann died on September 11, 2001, there has been a void in my life that will never be filled.

I declare under penalty of perjury the foregoing is true and correct.

Date: 1/2/2020

Paige Marie Rollison