# EXHIBIT J

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03- md-1570 (GBD)(SN) ECF CASE |
|---|---|

*This document relates to:*

*Burnett, et al. v. The Islamic Republic of Iran, et al.;* No. 15-cv-9903 (GBD)(SN)

**DECLARATION OF SARAH ELIZABETH ROLLISON**

I, SARAH ELIZABETH ROLLISON, hereby declare under penalty of perjury as follows:

1. I am currently 26 years of age in reside in Nashville, Tennessee.

2. I am the stepdaughter of Claude Michael Gann who was killed in the September 11, 2001 terrorist attack on the World Trade Center in New York where he was attending a conference at the Windows of the World complex within the World Trade Center.

3. At the time of his death on September 11, 2001, I was 7 years old and had been living together with my mother, my sister and Mr. Gann for approximately 5 years.

4. Claude Michael Gann assumed all the responsibilities of being a parent to me – financial, emotional and spiritual.

5. My biological father was absent from my life and I have only vague memories of him. Although he was required to pay child support, it is my understanding that he rarely did so.

6. Claude Michael Gann provided health insurance to my sister and I, and claimed us as dependents on his income tax returns.

7. Claude Michael Gann was the father figure in my life and raised my sister and I as if we were his biological children. I never thought of Claude Michael as anything other than my father, and he never treated me any differently than his biological daughter.

8. Claude Michael Gann stressed the importance of an education and was a regular patron of our local library where we would often go together.

9. Our family attended Catholic mass together on Sunday mornings and Claude Michael Gann encouraged my sister and me to attend religious classes at our church.

10. Claude Michael Gann taught me to ride a bike. He played guitar and always showed patience when instructing my sister and I how to play. He always encouraged me to learn to play a musical instrument.

11. When my mother was required to travel for work, Claude Michael Gann would assume all the responsibilities of running our household in her absence. He made sure my sister and I were up in the morning and ready for school on time. He would prepare our breakfast and make sure all our homework was done. After school, he would often be there to pick us up and take us to whatever extracurricular activity we were participating in at the time.

12. Claude Michael Gann treated my sister and me as if we were his biological children and always referred to us as his children. I always referred to him as my father.

13. Claude Michael Gann fed me, clothed me, housed me and protected me when I was a little girl. I always felt secure in his presence and never doubted that he would never let anything bad happen to me.

14. Claude Michael Gann was the father figure in my life and he did all those things a father does for his child.

15. The terrorist attacks on September 11, 2001 forever changed my family and I miss my father every day of my life.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/25/2019

_____
Sarah Elizabeth Rollison