# EXHIBIT K

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
|---|---|

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran, et al.,* No. 15-cv-9903 (GBD)(SN)

**DECLARATION OF DAVID SPIVOCK, JR.**

I, DAVID SPIVOCK, JR., hereby declare under penalty of perjury as follows:

1. I am currently 51 years of age and reside in Mount Airy, Maryland.

2. I was the fiancé of Renee A. May who was killed on September 11, 2001 when terrorists hijacked American Airlines flight 77, aboard which she was a flight attendant, and crashed it into the Pentagon in Arlington, Virginia.

3. I was also the father of the baby that Renee was carrying in her womb at the time she was killed. We discovered we were expecting our first child together just months before her death.

4. At the time of her death, Renee and I had been living together for over two years. We each maintained a home and our time living together was spent between our respective homes. Renee and I shared equally in the household expenses and household chores.

5. Shortly after discovering we were expecting our first child, Renee and I became engaged to be married and began planning for a spring 2002 wedding. Since we were both raised as Catholics, we discussed having the Catholic Church perform our wedding ceremony.

6. Renee and I were very excited about our future life together raising a family. We discussed possible names for our baby; we discussed which of our two homes we would live in and which room would become our baby's room. We talked of having our baby baptized by the Catholic Church and raised as a Catholic, as we both were.

7. During our time together, Renee and I traveled together throughout the country so she could introduce me to her family members and some of her close friends in anticipation of our marrying.

8. At the time of her death, Renee and I had been engaged in the process of transforming our individual single lives into a family unit, and we had undertaken those things – emotional, financial and spiritual – that all husbands and wives undertake as they begin that process.

9. The terrorist attacks on September 11, 2001, destroyed the life Renee and I had been building and my life will never be the same again without her and our unborn child.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/26/15

David Spivock, Jr.