# EXHIBIT L

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

### DECLARATION OF JACQUELINE STEED

I, JACQUELINE STEED, hereby declare under penalty of perjury:

1. I am 53 years old and reside in Brooklyn, New York.

2. I am the stepdaughter of Charles A. Laurencin who was killed in the September 11, 2001 terrorist attack on the World Trade Center in New York where he worked as a security guard for Morgan Stanley.

3. At the time of his death, I was 35 years old.

4. I had resided in the same home as Charles Laurencin since I was 1 year old, when my mother married him.  I did not move out until the age of 26.

5. I have only vague memories of my biological father who played no role whatsoever in my life.

6. I spoke with my dad, Charles Laurencin, almost every day.  The last time I spoke to him was my parent's anniversary, September 7, 2001.

7. My dad, Charles Laurencin, carried me on his health insurance.

8. When I was young, my dad, Charles Laurencin, took me to doctor appointments, school functions, and church. He would walk with us to the church next door every Sunday morning.

9. My dad, Charles Laurencin, taught my siblings and me everything when we were growing up. He raised all of us as if we were all his biological children.

10. My dad, Charles Laurencin, taught me to read and always helped me with my homework. He always wanted me to explore and learn. He always emphasized the importance of my education.

11. My dad, Charles Laurencin, would always cook dinner for my siblings and me. It was a time for us all to sit and talk about our days.

12. My dad, Charles Laurencin, was there for the birth of my daughter.

13. I never referred to, or thought of, Charles Laurencin as my stepfather.

14. I have always referred to, and thought of, Charles Laurencin as my father.

15. From the time he married my mother when I was 1 year old, until the day he died on September 11, 2001, Charles Laurencin assumed all the responsibilities of a father to me.

16. Since the day Charles Laurencin died on September 11, 2001, there has been a void in my life that will never be filled.

I declare under penalty of perjury the foregoing is true and correct.

Date: 12/23/2019          *Jacqueline Steed*

Jacqueline Steed