# EXHIBIT M

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
|---|---|

*This document relates to:*

    *Burnett, et al. v. The Islamic Republic of Iran,* et al.; No. 15-cv-9903 (GBD)(SN)

### DECLARATION OF TANYA VILLANUEVA TEPPER

I, TANYA VILLANUEVA TEPPER, hereby declare under penalty of perjury as follows:

1. I am currently 51 years of age and reside in South Miami, Florida.

2. I was the registered domestic partner/fiancé of Sergio Villanueva who was killed in the September 11, 2001 terrorist attacks at the World Trade Center in New York where he was responding to the attacks as a firefighter with the Fire Department of New York.

3. When Sergio and I met, he was with the New York City Police Department where he spent eight years as a police officer before attending the firefighter's academy and becoming a firefighter in 2000.

4. At the time of his death on September 11, 2001, Sergio and I had been living together as a couple for six years, beginning in the summer of 1995. We had been romantically involved with each other since 1994.

5. Sergio and I owned our apartment together in the Jackson Heights area of Queens. We were both named on the deed and on the mortgage we carried on the property. We shared all household chores and expenses equally.

6. Sergio and I owned a motor vehicle together and shared all expenses to maintain, store and operate the car.

7. In March of 1999, Sergio and I started a business together. We ran a small gift shop called Inner Peace that was located just blocks from our apartment. I worked in the shop on a full-time basis; Sergio worked there after hours and on his days off from the fire department.

8. In 1999, Sergio and I registered as Domestic Partners with the City of New York. (See attached Certificate of Domestic Partnership).

9. On June 30, 2001, the seventh anniversary of our first kiss, Sergio and I became engaged to be married and set our wedding date for August 1, 2002. I will never forget this date as long as I live.

10. In anticipation of our wedding, Sergio and I had booked the Fountainhead in New Rochelle, New York as the venue for our wedding ceremony and reception. We were scheduled to meet with the wedding planners there on September 13, 2001.

11. I, along with Sergio's mother, were the named beneficiaries on a life insurance policy Sergio was provided by the New York City Fire Department, and we were each awarded one-half of the death benefit following September 11, 2001. Sergio's mother and I were also the named beneficiaries of Sergio's deferred compensation plan (retirement savings) from his time working as a Police Officer with the New York City Police Department, and we shared equally in those funds as well following his death.

12. Sergio and I had discussed starting our own family and had decided to wait until after he completely transitioned into the New York City Fire Department.

13. Sergio and I had made a lifetime of plans together and we were making good on those plans when terrorist destroyed everything we had been working toward together.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12·20·19

Tanya Villanueva Tepper