# **EXHIBIT A**

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING AWARDED 03/08/2016 ECF No. 3226 | ESTATE ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 1 | W. | David | Bauer | II | $2,000,000.00 | $55,419,433.00 | $57,419,433.00 |
| 2 | Paul | F. | Beatini |  | $2,000,000.00 | $4,893,326.00 | $6,893,326.00 |
| 3 | Shawn | E. | Bowman | Jr. | $2,000,000.00 | $9,671,942.00 | $11,671,942.00 |
| 4 | Howard |  | Kane |  | $2,000,000.00 | $3,234,711.00 | $5,234,711.00 |
| 5 | Kevin | J. | Hannaford | Sr. | $2,000,000.00 | $9,419,277.00 | $11,419,277.00 |