# EXHIBIT B - CONFIDENTIAL

**Produced under seal.**

**Provided on CD to the Court.**