# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Parker, et al. v. Islamic Republic of Iran,* 18-cv-11416 (GBD)(SN)

**[PROPOSED] ORDER OF FINAL JUDGMENT**

Upon consideration of the evidence and arguments submitted by the *Parker*

Plaintiffs in the above-captioned action, and the Judgment by Default against Defendant Islamic

Republic of Iran ("Iran") against whom liability default was entered on August 31, 2015 (ECF

No. 3014), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effectuated upon the Iran Defendants in

accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for

agencies and instrumentalities of sovereign defendants; and it is

**ORDERED** that the *Parker* Plaintiffs identified in the attached Exhibit A are awarded

compensatory damages for their decedents' conscious pain and suffering as set forth in Exhibit

A; and it is

**ORDERED** that the *Parker* Plaintiffs identified in the attached Exhibit A are awarded

prejudgment interest of 4.96% per annum, compounded annually, running from September 11,

2001 until the date of judgment; and it is

**ORDERED** that the *Parker* Plaintiffs may submit applications seeking economic losses

or punitive damages at a later date consistent with future rulings of this Court.

Dated: New York, New York

  January \_\_\_, 2020

            SO ORDERED:

            _____

            GEORGE B. DANIELS

            UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | ESTATE ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 1 | Philip | L. | Parker | | $2,000,000.00 | | $2,000,000.00 |
| 2 | David | S. | Suarez | | $2,000,000.00 | | $2,000,000.00 |