UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Parker, et al. v. Islamic Republic of Iran,* 18-cv-11416 (GBD)(SN)

## [PROPOSED] ORDER OF FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by the *Parker* Plaintiffs in the above-captioned action, and the Judgment by Default against Defendant Islamic Republic of Iran ("Iran") against whom liability default was entered on August 31, 2015 (ECF No. 3014), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effectuated upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants; and it is

**ORDERED** that the *Parker* Plaintiffs identified in the attached Exhibit A are awarded compensatory damages for their decedents' conscious pain and suffering as set forth in Exhibit A; and it is

**ORDERED** that the *Parker* Plaintiffs identified in the attached Exhibit A are awarded prejudgment interest of 4.96% per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the *Parker* Plaintiffs may submit applications seeking economic losses or punitive damages at a later date consistent with future rulings of this Court.

Dated: New York, New York
      January \_\_\_, 2020                      SO ORDERED:

                                                      _____
                                                      GEORGE B. DANIELS
                                                      UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | ESTATE ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 1 | Philip | L. | Parker | | $2,000,000.00 | | $2,000,000.00 |
| 2 | David | S. | Suarez | | $2,000,000.00 | | $2,000,000.00 |