# **EXHIBIT A**

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING AWARDED 03/08/2016 ECF No. 3226 | ESTATE ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 1 | Thomas | H. | Bowden | Jr. | $2,000,000.00 | $28,157,561.00 | $30,157,561.00 |
| 2 | Milton | | Bustillo | | $2,000,000.00 | $3,425,393.00 | $5,425,393.00 |
| 3 | John | A. | Candela | | $2,000,000.00 | $15,142,004.00 | $17,142,004.00 |
| 4 | Noel | J. | Foster | | $2,000,000.00 | $6,519,810.00 | $8,519,810.00 |
| 5 | Scott | M. | Johnson | | $2,000,000.00 | $3,135,118.00 | $5,135,118.00 |
| 6 | Kenneth | J. | Tarantino | | $2,000,000.00 | $7,113,955.00 | $9,113,955.00 |