**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

:

: ORDER

: 03 MDL 1570 (GBD) (SN)

------------------------------------------------------------X

This Document Relates to
*Hoglan v. Iran*,
11 Civ. 7550 (GBD) (SN)

AND NOW, this __7th__ day of __January__, 20__20__, upon consideration of the Letter Motion filed by the *Hoglan* Plaintiffs, which is unopposed, it is hereby ORDERED and DECREED that:

(1)   The Plaintiffs' Letter Motion is GRANTED, and it is FURTHER ORDERED

(2)   The Clerk of Court for the Southern District of New York is directed to enter onto the docket in this case the following:

   a. The United States State Department letter dated November 28, 2018, and the accompanying "Specific Authentication Certificates," or diplomatic notes, that certify compliance with the FSIA's diplomatic service requirements with regard to the Islamic Republic of Iran and its seven political subdivisions that are judgment Defendants in this case;

   b. The United States State Department letter dated August 27, 2019, and the accompanying "Specific Authentication Certificates," or diplomatic notes, that certify compliance with the FSIA's diplomatic service requirements with

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JAN 07 2020]

regard to the six agencies and instrumentalities of the Islamic Republic of Iran and two individuals who are or were high governmental office holders in the Islamic Republic of Iran and are judgment Defendants in this case.

BY THE COURT:

Date: JAN 0 7 2020
New York, New York

*George B. Daniels, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: **LETTER MOTION TO REQUEST**
: **DIPLOMATIC NOTES ONTO**
: **DOCKET**
:
: 03 MDL 1570 (GBD) (SN)
-------------------------------------------------------------------x

**This Document Relates to**
*Hoglan, et al. v. Iran, et al.*
**1:11-cv-07550 (GBD) (SN)**

# Exhibit A



United States Department of State

Washington, D.C.  20520

November 28, 2018

Ruby Krajik
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

### Re: Hoglan, et al. v. The Islamic Republic of Iran, et al., 1:11-cv-07550 (GBD)(SN); In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)

Dear Ms. Krajik:

I am writing regarding the Court's request for transmittal of a Cover Letter to Mohammad Javad Zarif, Certificate of Default (dated March 17, 2015), Order of Judgment (entered August 31, 2015), Findings of Fact and Conclusions of Law (entered August 31, 2015), Report and Recommendation #1 (dated October 12, 2016), Report and Recommendation #2 (dated October 14, 2016), Report and Recommendation #3 (dated October 24, 2016), Partial Order and Judgment (entered October 31, 2016), Memorandum Decision and Order (entered October 31, 2016), Memorandum Decision and Order (entered October 31, 2016), Memorandum Decision and Order (entered June 21, 2017), Report and Recommendation #4 (dated August 8, 2017), Memorandum Decision and Order (entered November 17, 2017), Final Order and Judgment on Compensatory Damages (entered February 26, 2018), Right to Appeal Notice, Right to Appeal Form, and Notice of Default Judgment to the Islamic Republic of Iran, the Iranian Ministry of Information and Security, the Islamic Revolutionary Guard Corps, the Iranian Ministry of Petroleum, the Iranian Ministry of Economic Affairs and Finance, the Iranian Ministry of Commerce, the Iranian Ministry of Defense and Armed Forces Logistics, and the Central Bank of the Islamic Republic of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as defendants in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes Nos. 1087-IE, 1088-IE, 1089-IE, 1090-IE, 1091-IE, 1092-IE, 1093-IE, and 1094-IE, dated October 17, 2018 and delivered on October 18, 2018. Certified copies of these diplomatic notes are enclosed.

Sincerely,

Jared N. Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

Cc: Timothy B. Fleming
Wiggins Childs Pantazis Fisher Goldfarb PLLC
1211 Connecticut Avenue, NW
Suite 420
Washington, DC 20036

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: **LETTER MOTION TO REQUEST**
: **DIPLOMATIC NOTES ONTO**
: **DOCKET**
:
: 03 MDL 1570 (GBD) (SN)
-----------------------------------------------------------------------x

**This Document Relates to**
*Hoglan, et al. v. Iran, et al.*
**1:11-cv-07550 (GBD) (SN)**

# Exhibit B



United States Department of State

*Washington, D.C.   20520*

August 27, 2019

Ruby J. Krajick
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: Hoglan, et al. v. Iran, et al., 1:11-CV-07550**

Dear Ms. Krajick:

I am writing regarding the Court's January 25, 2019 request for transmittal of letters rogatory seeking assistance in serving documents on Ayatollah Ali Hoseini Khamenei, Supreme Leader of Iran; Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; National Iranian Tanker Corporation; National Iranian Oil Corporation; National Iranian Gas Corporation; National Iranian Petrochemical Company; Iran Airlines; and, Hezbollah as defendants in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in transmitting letters rogatory to the Iranian Ministry of Foreign Affairs. The letters rogatory were transmitted to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes No. 1058-IE, No. 1059-IE, No. 1060-IE, No. 1061-IE, No. 1062-IE, No. 1063-IE, No. 1064-IE, and No. 1065-IE, dated July 15, 2019. The delivery of these notes and their attachments was attempted on July 17, 2019, but the Iranian Ministry of Foreign Affairs refused their acceptance. Certified copies of these diplomatic notes are enclosed.

Sincerely,

Jared Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

Cc:  Timothy B. Fleming
     Wiggins Childs Quinn & Pantazis LLC
     1850 M Street, NW
     Suite 720
     Washington, DC 20036