# **EXHIBIT A**

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING AWARDED 03/08/2016 ECF No. 3226 | ESTATE ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 1 | Jack | L. | D'Ambrosi | Jr. | $2,000,000.00 | $3,743,959.00 | $5,743,959.00 |
| 2 | Adam | J. | Lewis | | $2,000,000.00 | $31,341,920.00 | $33,341,920.00 |
| 3 | Daniel | L. | Smith | | $2,000,000.00 | $3,881,043.00 | $5,881,043.00 |
| 4 | Kevin | P. | York | | $2,000,000.00 | $18,201,260.00 | $20,201,260.00 |