UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)

### [PROPOSED] ORDER OF FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by certain of the *Bauer V* Plaintiffs in the above-captioned action and the Judgment by Default Against the Islamic Republic of Iran ("Iran") entered on August 31, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory and punitive damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; and it is

**ORDERED** that final judgment is entered on behalf of certain Plaintiffs in *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN) (identified in the attached Exhibit A as *Bauer V* Plaintiffs) against the Islamic Republic of Iran; and it is

**ORDERED** that the *Bauer V* Plaintiffs identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted in Exhibit B; and it is

**ORDERED** that other *Bauer* Plaintiffs not listed in Exhibit A may continue to submit applications for similar relief in subsequent stages; and it is

**ORDERED** that certain *Bauer* Plaintiffs may submit future applications for punitive damages consistent with future rulings of this Court.

Dated:  New York, New York
      January ____, 2020                        SO ORDERED:

      _____
      GEORGE B. DANIELS
      UNITED STATES DISTRICT JUDGE

# **EXHIBIT A**

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING AWARDED 03/08/2016 ECF No. 3226 | ESTATE ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 1 | Jack | L. | D'Ambrosi | Jr. | $2,000,000.00 | $3,743,959.00 | $5,743,959.00 |
| 2 | Adam | J. | Lewis | | $2,000,000.00 | $31,341,920.00 | $33,341,920.00 |
| 3 | Daniel | L. | Smith | | $2,000,000.00 | $3,881,043.00 | $5,881,043.00 |
| 4 | Kevin | P. | York | | $2,000,000.00 | $18,201,260.00 | $20,201,260.00 |