| 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| Julian | T. | Cooper | | $ 2,000,000.00 | $ - | $ 3,571,366.00 | $ 5,571,366.00 |
| Steven | E. | Furman | | $ 2,000,000.00 | $ - | $ 9,181,844.00 | $11,181,844.00 |