**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: **PROPOSED ORDER ON**
: **MOTION TO FILE A**
: **NEW ASSOCIATED CASE**
:
:
: **1:03 MDL 1570 (GBD) (SN)**
-------------------------------------------------------------------x

**This Document Relates to**
*Havlish, et al. v. bin Laden, et al.*, Case No. 1:03- cv-09848 (GBD) (SN)
*Hoglan, et al. v. Islamic Republic of Iran, et al.*, 1:11-cv-07550 (GBD) (SN)
*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 1:02-cv-06977 (GBD) (SN)
*Burnett, Sr., et al., v. Islamic Republic of Iran, et al.*, Case No. 1:15-cv-9903 (GBD) (SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 1:02-cv-07236 (GBD) (SN)
*Ashton, et al. v. Kingdom of Saudi Arabia*, Case No. 1:17-cv-02003 (GBD) (SN)

*Patricia Ryan, in her own right and as Executrix of the Estate of John J. Ryan, deceased; Kristen Ryan; Laura Ryan; Colin Ryan; Katherine Maher, in her own right and as Executrix of the Estate of Daniel L. Maher, deceased; Daniel R. Maher; Joseph F. Maher; Kristen Breitweiser, in her own right and as Administratrix of the Estate of Ronald Breitweiser, deceased; Caroline Breitweiser; Patricia D. Casazza, in her own right and as Administratrix of the Estate of John Francis Casazza, deceased; John F. Casazza; Mindy Kleinberg, in her own right and as Administratrix of the Estate of Alan D. Kleinberg, deceased; Lauren Nicole Kleinberg; Jacob Kleinberg; Sam Eric Kleinberg; Lorie Van Auken, in her own right and as Executrix of the Estate of Kenneth Van Auken, deceased; Sarah Van Auken; and Matthew Van Auken (collectively, "the Ryan Plaintiffs") v. The Islamic Republic of Iran, et. al.*

WHEREAS, the Estate of John J. Ryan, Patricia Ryan, Kristen Ryan, Laura Ryan, and Colin Ryan (the "*Ryan Family* Plaintiffs"), the Estate of Daniel L. Maher, Katherine Maher, Daniel R. Maher, and Joseph F. Maher (the "*Maher* Plaintiffs"), the Estate of Ronald Breitweiser, Kristen Breitweiser and Caroline Breitweiser (the "*Breitweiser* Plaintiffs"), the Estate of John Francis Casazza, Patricia Casazza and John Casazza (the "*Casazza* Plaintiffs"), the Estate of Alan D. Kleinberg, Mindy Kleinberg, Lauren Nicole Kleinberg, Jacob Kleinberg, and Sam Eric

Kleinberg (the "*Kleinberg* Plaintiffs"), and the Estate of Kenneth Van Auken, Lorie Van Auken, Sarah Van Auken and Mathew Van Auken (the "*Van Auken* Plaintiffs") (collectively the "*Ryan* Plaintiffs"), have moved this Court for an Order to file a new associated case to be entered into this MDL proceeding and transfer or carry over their existing judgments in such cases to such new associated case, AND

WHEREAS, the causes of action of all of the above-listed Plaintiffs in their respective above-listed cases against the Islamic Republic of Iran, and, for the Casazza Plaintiffs, the Kleinberg Plaintiffs, and the Van Auken Plaintiffs, who were all formerly parties in the case *Burnett, Sr., et al., v. Islamic Republic of Iran, et al.*, Case No. 1:15-cv-9903 (GBD) (SN), their causes of action against the Islamic Revolutionary Guard Corps and the Central Bank of the Islamic Republic of Iran, in addition to the Islamic Republic of Iran, have merged into partial final judgements, AND

WHEREAS, said Plaintiffs have terminated their prior counsel in the above-listed cases and have retained new counsel, and, further, said Plaintiffs desire to pursue to conclusion all their unresolved damages claims raised in the above-listed cases, AND,

WHEREAS, said Plaintiffs further desire to prosecute similar liability and damages claims against certain other Iranian Defendants that have been parties in other cases in this MDL proceedings from the inception of this multi-district proceeding, AND

BASED ON the Motion, the supporting Memorandum, and the proposed Complaint to be filed and styled *Ryan, et al. v. Islamic Republic of Iran, et al.*, and based on all the files and records in this proceeding, IT IS HEREBY

ORDERED that the above-listed Plaintiffs' motion is GRANTED, AND IT IS FURTHER

ORDERED that the above-listed Plaintiffs shall file their proposed complaint, styled *Ryan, et al. v. Islamic Republic of Iran, et al.*, and the Clerk of this Court is directed to accept such *Ryan* Complaint and shall associate such case with two existing cases in this MDL, *Havlish, et al. v. bin Laden*, *et al.*, 1:03-cv-09848 (GBD)(SN), and *Hoglan, et al. v. Islamic Republic of Iran*, *et al.*, 1:11-cv-07550 (GBD)(SN), and such *Ryan* Complaint shall relate back to the time of the filing of the above-listed Complaints with regard to those Defendants that were named in those cases, AND IT IS FURTHER

ORDERED that the Clerk shall enter *Ryan, et al. v. Islamic Republic of Iran, et al.* into the *In Re Terrorist Attacks on September 11, 2001,* 1:03 MDL 1570 (GBD) (SN).

IT IS SO ORDERED.

_____
United States Magistrate Judge