UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 8 2020

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Ashton et al. v. al Qaeda Islamic Army, et al.,*<br>(and member case *Nolan, et al. v. Islamic Republic of Iran*) | 02-cv-6977 (GBD)(SN)<br>18-cv-11340 (GBD)(SN)<br>ECF Case |

## ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *"NOLAN II"* PLAINTIFF IDENTIFIED AT EXHIBIT A

Upon consideration of the evidence and arguments submitted by the Plaintiff identified in Exhibit A to this Order, the plaintiff in *Nolan, et al. v. Islamic Republic of Iran,* 18-cv-11340 (GBD)(SN) who is the estate of a victim of the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran entered on August 26, 2015 (ECF No. 3008), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the *Nolan II* Plaintiff, as identified in the attached Exhibit A, who is the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is

**ORDERED** that the Plaintiff identified in Exhibit A is awarded: compensatory damages for decedent's pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit A; and it is

**ORDERED** that the Plaintiff identified in the expert report attached as Exhibit B to the

Declaration of Jeanne M. O'Grady, dated January 7, 2020 (and identified in Exhibit A), is awarded

economic damages as set forth in Exhibit A and as supported by the expert report and analyses

submitted as Exhibit B of the O'Grady Declaration, and it is

**ORDERED** that the Plaintiff identified in Exhibit A is awarded prejudgment interest of

4.96 percent per annum, compounded annually, running from September 11, 2001 until the date

of judgment; and it is

**ORDERED** that the Plaintiff identified in Exhibit A may submit an application for punitive

damages, economic damages, or other damages (to the extent such awards have not previously

been ordered) at a later date consistent with any future rulings made by this Court on this issue,

and it is

**ORDERED** that the remaining *Nolan* Plaintiffs not appearing on Exhibit A may submit in

later stages applications for damages awards, and to the extent they are for solatium or by estates

for compensatory damages' for decedents pain and suffering from the September 11 attacks, they

will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.


Dated: New York, New York        **SO ORDERED:**
_____**JAN 0 8 2020**_____

_____
GEORGE B. DANIELS
United States District Judge

2

# EXHIBIT A

| 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| Thomas | P. | Cullen | III | $  2,000,000.00 | $          - | $ 6,597,229.00 | $ 8,597,229.00 |