**<u>EXHIBIT C</u>**

# Kristin Kucsma, M.A.

## *Qualifications Profile*

Principal of the Firm and Chief Economist
SOBEL TINARI ECONOMICS GROUP
293 Eisenhower Parkway, 2nd Floor
Livingston, NJ 07039
KKucsma@SobelTinariEconomics.com
973-992-1800

## Education

ABD in Economics, Rutgers University, New Brunswick, NJ
M.A. in Economics, Rutgers University, New Brunswick, NJ (1993)
B.A. in Economics / English Minor, Seton Hall University, South Orange, NJ, *summa cum laude* (1991)

## Fields of Specialization

Applied Microeconomic Theory, American Economic History, Monetary History of the United States, Macroeconomic Theory and Business Cycles, Banking Structure and Regulation

## Honors and Awards

Recognition Award, #1 Economic Expert, New York Law Journal, 2014, 2015, 2016, 2017, and 2018.
Best 50 Women in Business Award, NJBIZ, Class of 2017
"5.0" Teaching Commendation Award, Stillman School of Business, Seton Hall University, 2003-04
Teaching Commendation Award, Stillman School of Business, Seton Hall University, 2002-2003, 2001-2002.
Recognition Award, Educational Opportunity Program, Seton Hall University, 2003
Professor of the Year Award, Alpha Kappa Psi, Seton Hall University, 2002-2003, 2001-2002.
President's Award for Student Services, Seton Hall University, 2001
The Faculty Pirate Pride Award, Seton Hall University, 2000-2001
Feature of Faculty Profile, Seton Hall University Magazine, 2001

## Positions Held

**Principal of the Firm, Sobel & Co., January 1, 2016 - present**
In addition to my responsibilities as Managing Director and Chief Economist of the Sobel Tinari Economics Group (STEG), a wholly owned subsidiary of Sobel & Co., I represent and lead STEG as a division of Sobel & Co.



**Kristin Kucsma, M.A.**

**Positions Held (cont'd)**

Managing Director (since July 2014 and Chief Economist since March 2017), Sobel Tinari
Economics Group, January 2008 - present
> *Primary responsibilities:* oversee the day-to-day operations of the group; analyze data,
> prepare reports, and provide expert testimony; manage our team of economists, analysts
> and research assistants and collaborate on the group's more complex cases; perform
> independent and co-authored research, present at national and regional conferences,
> regularly teach CLEs and lead other seminars, and serve as an active participant in the
> field of forensic economics.

President, Bull and Bear Consulting, September 2006 - December 2007
> Review portfolios of equities, fixed-income securities and mutual funds for clients;
> manage financial assets for several high-end clients; advise clients and refer them to
> specialists regarding long-term care, supplemental health insurance and a variety of trusts
> including qualified personal residential and generation skipping trusts.

Lecturer, Department of Economics, Drew University, September 2004 – August 2006
> *Courses Taught:* Money, Banking and the Macroeconomy; Principles of
> Microeconomics; Principles of Macroeconomics; Intermediate Macroeconomic Analysis;
> and Mergers and Manias: The Business of Banking

Faculty Associate, Department of Economics, Seton Hall University, Sept. 1999 - July 2004
> *Graduate Courses Taught:* The National Economy (MBA Level Macro); HUB 1 (Blend
> of Economics and Corporate Finance)**;** *Undergraduate Courses Taught:* Principles of
> Microeconomics; Principles of Macroeconomics; Money and Banking; Intermediate
> Microeconomic Theory; Government and Business; Labor Economics; Small Scale
> Technology; and Economics in Our Nation's Capital.

Program Coordinator for Economic History Sessions, Eastern Economic Association, 2005 -
2007.

Faculty Advisor to Omicron Delta Epsilon, the International Honor Society in Economics,
Drew University and Seton Hall University, September 1999 – August 2006

Faculty Advisor for the Fed Challenge, Seton Hall University and the Federal Reserve Bank of
New York, 2002-2004.

Co-chair and Project Coordinator for University Retention Committee, Seton Hall University,
December 2000 – July 2004.

Adjunct Lecturer, Department of Economics, Seton Hall University, 1998 – 1999.

Lecturer, Department of Economics, Drew University, 1997 – 1999**.**

Instructor, Department of Economics, Saint Peter's College, on-campus as well as at corporate
satellite centers, 1995 – 1998.

Instructor, Department of Economics, Rutgers University, New Brunswick NJ, 1992 – 1995.

Teaching Assistant, Department of Economics, Rutgers University, New Brunswick NJ, 1991 –
1992.

**Professional Activities**



## Kristin Kucsma, M.A.

Executive Mentor for Seton Hall University's Women's Leadership Development Honors Program, 2017- present.
Member, American Academy of Economic and Financial Experts, 2017 - present
Member, American Economic Association, 2017 - present
National Association of Forensic Economics, 2010 - present.
Member, Eastern Economic Association, 1997 - present.
National Association of Forensic Economics, Chairperson, Software Committee, 2015 - 2017
Member, District Ethics Committee, Office of Attorney Ethics of the Supreme Court of New Jersey, 2010 - 2016.
Member, American Monetary Institute, 2006 - 2014
Member, Conference Organizing Committee, Eastern Economic Association, 2006
Co-Developer of Revised Business Writing Course, Stillman School of Business, Seton Hall University, 2003– 2004.
Member, CDI-7: Writing Intensive Workshop for Business, Seton Hall University, 2003 - 2004.
Designer of Various Question/Answer Duos for Sophomore Assessment, Stillman School of Business, Seton Hall University, 2001 – 2004.
> Topics included the "Congested Parks Dilemma", the impact on the US economy of tobacco litigation, issues of market structure with respect to TIVO, the blackout of August 2003 that affected the northeast United States and the Martha Stewart litigation.
Guest Speaker, National Council of Negro Women, Seton Hall University, February 2004.

## Publications

"Loss of Services Calculations Should Not Incorporate a Personal Consumption Deduction**,**" co-authored with Frank D. Tinari, The National Association Of Forensic Economics Newsletter, *The Forecast,* November 2017**,** pp. 9-11.

"How to Distinguish Between a Forensic Economist and an Accountant and Why it Matters When Evaluating Economic Damages," *The New Jersey Law Journal*, 2014 How-To Guide.

"How to Make Sure Your Economic Expert is Prepared for Cross-Examination," *The New Jersey Law Journal*, 2013 How-To Guide.

"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of New Jersey," co-authored with Frank D. Tinari, *Journal of Forensic Economics*, 21(2), June 2010, pp. 219-234. (To be updated in 2018)
http://www.JournalofForensicEconomics.com/doi/pdf/10.5085/jfe21.2.219.

"State's Housing Rules Ignore Needs of Immigrants," co-authored with Frank D. Tinari, *Daily Record*, Morris County, NJ, August 30, 2009. (Note: article title is what is available electronically; newsprint copy is titled: "COAH Rules Hurt Immigrants").

## Publications (cont'd)



## Kristin Kucsma, M.A.

White paper: Is Affordable Housing the Remedy to Perceived Discrimination Against Immigrants? co-authored with Frank D. Tinari, prepared for the Community Forum on Immigration and Education Issues, convened by the New Jersey State Advisory Committee to the United States Commission on Civil Rights, May 2009.

"COAH Research is Full of Short-comings," co-authored with Frank D. Tinari, *Newark Star-Ledger,* April 1, 2009.

"Companionship, Advice, and Counsel Services," co-author, Section 640 of Chapter 6,The Value of Household Services, of *Determining Economic Damages,* by Gerald D. Martin, Ph.D., Costa Mesa, Ca: James Publishing, Inc., July 2008, pp. 6-7 - 6-11.

Wrote entries for *barter, cost of information, demand, the discount rate, the functions of money, price floors and ceilings and profit maximization* for <u>Encyclopedia of Capitalism</u>, Dr. Syed B. Hussain, Editor, Golson Books, Ltd., published 2004.

## Papers Presented

"Loss of Services Calculation Should Not Incorporate a Personal Consumption Deduction," Northeast Business and Economics Conference, Stockton University, New Jersey, October 2018.

"Household Services: An Economist's Approach to Calculating the Market Value of Replacement Services," co-authored with Kenneth T. Betz, presented by Kenneth T. Betz, Northeast Business and Economics Conference, Stockton University, New Jersey, October 2018.

"A Note on Household Services: Updated Hourly Rates," co-authored with Kenneth T. Betz, presented by Kenneth T. Betz at the Eastern Economic Association Conference, Boston, Massachusetts, March 2018.

"Update to Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of New Jersey," co-authored with Sarah A. Betz, presented by Sarah A. Betz at the Eastern Economic Association Conference, Boston, MA, March 2018.

"Loss of Services Calculations Should Not Incorporate a Personal Consumption Deduction**,"** co-authored with Frank D. Tinari, presented by Frank D. Tinari at the Eastern Economic Association Conference, Boston, MA, March 2018.

"Valuation of Services Provided by Family Members: Focus on On-Call Services," Eastern Economic Association Conference, New York, New York,  February 25, 2017.

"A Comprehensive Assessment of Economic Damages in Wrongful Death Matters: Focus on On-call Services," Seminar sponsored by the Pennsylvania Association for Justice, P.A., Philadelphia PA, October 2015.

"The Crisis in Economics Education and Its Impact on Political Participation and Economic Growth," The American Monetary Institute Monetary Reform Conference, Chicago IL, September 2006.

## Papers Presented (cont'd)



**Kristin Kucsma, M.A.**

"A Picture Comes into Focus: A Reexamination of the Crisis of 1877-78," Eastern Economic
    Association Conference, Philadelphia PA, February 2006.
"The Opportunity Cost of Undervaluing Core Concepts in Macroeconomics Courses," Eastern
    Economic Association Conference, Philadelphia PA, February 2006.
"A Framework for Teaching Money and Banking in a Liberal Arts Setting," as part of a panel
    discussion with Mary Lesser and Steven Cechetti, Eastern Economic Association
    Conference, New York NY, February 2005.
"Portrait of a Panic: The Crisis of 1877," Eastern Economic Association Conference,
    Washington DC, February 2004.
"Betrayed by the FDIC? A Preliminary Examination of the D'Oench, Duhme Doctrine and Its
    Impact on the Potential Efficiency of Banks in the United States," Eastern Economic
    Association Conference, New York NY, February 2003.
"Celebrating Economics as a Social Science," 14th Annual Conference on Teaching Economics:
    Instruction and Classroom Based Research at Robert Morris University, Moon Township
    PA, February 2003.
"Deciphering the Mystery of Medieval Debasement," Eastern Economic Association
    Conference, New York NY, February 2001.

### Comments, Notes and Reviews

Review for publisher of Laurence Ball's *Money and Banking* textbook, 2003 - 2004
Referee, "A Test of the Purchasing Power Parity Concept Including the Law of One Price and Its
    Applicability in International Business," *Journal of Applied Management,* South Orange,
    New Jersey, 1999

### Other Conference Activities

Session Chair for the Economics Session, organized by the Northeast Business Economics
    Association, Stockton University, New Jersey, October 2018.
Session Organizer for the Forensic Economic Session organized by the National Association of
    Forensic Economics at the Eastern Economic Association Conference, Boston,
    Massachusetts, March 2018.
Discussant of paper titled, "Hyperbolic Discounting and the Defense Economist's Impact on
    Settlement Outcomes," session hosted by the National Association of Forensic
    Economics by the Allied Social Science Associations at the American Economic
    Association Conference, Philadelphia, Pennsylvania, January 6, 2018.
"Topics in Forensic Economics: Valuation of Services Provided by Family Members: Focus on
    On-Call Services**,"** Presenter, session organized by the National Association of Forensic
    Economics at the Eastern Economic Association Conference, New York, New York,
    February 25, 2017.

### Other Conference Activities (cont'd)

"Current Developments in Testimony for the Defense: A Panel Discussion," Panelist, session

SOBEL TINARI
ECONOMICS GROUP

## Kristin Kucsma, M.A.

organized by the National Association of Forensic Economics at the Eastern Economic Association Conference, Washington, D.C., February 27, 2016.

"A Comprehensive Assessment of Economic Damages in Wrongful Death Matters: Focus on On-Call Services," Seminar sponsored by the Pennsylvania Association for Justice, Philadelphia, Pennsylvania, October 2015.

Session Organizer for Undergraduate Panel: "Tax Reform in the US: Is A Consumption Tax the Answer?" Eastern Economic Association Conference, Philadelphia Pennsylvania, February 2006

Discussant for two panels: "Topics in Economic History" and "Teaching and Learning Economics: Achieving Desired Outcomes," Eastern Economic Association Conference, Philadelphia Pennsylvania, February 2006.

Discussant for two panels: "Personal Behavior: Time, Money, Risk and Trust" and "Lessons From the Past: Money, Trade and Wages," Eastern Economic Association Conference, New York New York, February 2001.

Discussant for panel on "Political and Economic Transformations," Northeastern Political Science Association and International Studies Association Conference, Philadelphia, Pennsylvania, November 1999.

"A Picture Comes Into Focus: A Reexamination of the Crisis of 1877-78," Work in Progress

"The Opportunity Cost of Undervaluing Core Concepts in Undergraduate Macroeconomics Courses," February 2006.

"Regulation of the US Banking Industry in the Aftermath of the Great Depression," Work in Progress, 2004.

"Increasing the Marginal Utility Derived From An Economics Course Through Experiential Education," Work in Progress, 2004.

"Betrayed by the FDIC? A Preliminary Examination of the D'Oench, Duhme Doctrine and Its Impact on the Potential Efficiency of Banks in the United States," 2001.

### Speaking Engagements

"Mock Trial - Direct and Cross Examination of Employability/Life Care Plan Expert and Economist at Trial," CLE program co-presenter, sponsored by CMCS Management, Inc., Woodbridge, New Jersey, June 11, 2019.

"Presenting Damages Through Expert Economic Testimony," CLE program co-presenter, *Bootcamp for Lawyers*, sponsored by the New York State Trial Lawyers Association, New York, New York, June 4, 2019.

"Presenting Damages Through Expert Economic Testimony," CLE program co-presenter, Boardwalk Seminar 2018, sponsored by the New Jersey Association for Justice, Atlantic City, New Jersey, May 8, 2019.

### Speaking Engagements (cont'd)

"Assessing Economic Damages in Matters Involving Personal Injury." CLE program co-presenter,

**Kristin Kucsma, M.A.**

sponsored by CMCS Management, Inc., West Palm Beach, Florida, April 1, 2019.

"Valuing Economic Damages in Employment Law Cases," CLE program presenter, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, October 24, 2018.

"A Comprehensive Assessment of Economic Damages in Wrongful Death Matters Part II: Family Services," CLE program presenter, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, September 13, 2018.

"Assessing Economic Damages in Wrongful Death Matters Part I: Lost Income," CLE program presenter, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, June 12, 2018.

"The Economic Expert at Trial," CLE program co-presenter, *Bootcamp for Lawyers*, sponsored by The New York State Trial Lawyers Association, New York, New York, June 7, 2018.

"Quantifying Lost Profits," CLE program co-presenter, *Commercial Litigation from the Masters*, sponsored by The New Jersey State Bar Association, New Brunswick, New Jersey, May 31, 2018.

"Evaluating Economic Damages, Personal Injury, Part II," CLE program presenter, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, May 17, 2018.

"Recent Developments in Assessing Economic Damages," CLE program co-presenter, Boardwalk Seminar 2018, sponsored by the New Jersey Association for Justice, Atlantic City, New Jersey, May 11, 2018.

"The Missing Damages," CLE program co-presenter, Boardwalk Seminar 2018, sponsored by the New Jersey Association for Justice, Atlantic City, May 9, 2018.

"Mock Trial – Direct and Cross Examination of an Employability/Life Care Plan Expert and Economist at Trial," CLE program co-presenter, sponsored by CMCS Management, Inc., Woodbridge, New Jersey, April 24 2018.

"Assessing Economic Damages in Matters Involving Personal Injury & Wrongful Death," CLE program presenter, held at Gluck & Walrath LLP, Trenton, New Jersey, March 28, 2018.

"Assessing Economic Damages in Matters Involving Personal Injury: Lost Income," CLE program presenter, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, March 13, 2018.

"Medical Malpractice Trial: What You Need to Know," CLE program co-presenter, sponsored by The New York State Trial Lawyers Association, New York, New York, March 6, 2018.

"Valuing Economic Damages in Employment Law Cases," CLE program co-presenter, sponsored by CMCS Management, Inc., Iselin, New Jersey, November 1, 2017.

"The Celebrated Court Reporter," Keynote Speaker, CEU program, sponsored by the Susan Gioffre Court Reporting Seminar, Edison, New Jersey, October 28, 2017.

**Speaking Engagements (cont'd)**



**Kristin Kucsma, M.A.**

"Building The House of Damages Using a Vocational Expert/Life Care Planner, and an Economist in Severe Child Injury Cases," CLE program co-presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, October 17, 2017.

"Building Your House of Damages with Economic Experts," CLE program co-presenter, sponsored by The New York State Academy of Trial Lawyers, Brooklyn, New York, October 4, 2017.

"Building Your House of Damages with Economic Experts," CLE program co-presenter, sponsored by The New York State Academy of Trial Lawyers, Flushing, New York, September 25, 2017.

"Building Your House of Damages with Economic Experts," CLE program co-presenter, sponsored by The New York State Academy of Trial Lawyers, New York, New York, September 19, 2017.

"How to Excel at Direct and Cross Examination of an Economic Expert at Trial," CLE program co-presenter, sponsored by The Legal Intelligencer, Philadelphia, Pennsylvania, September 12, 2017.

"Bootcamp for the Seasoned Attorney: A Clinical Course in Advanced Trial Tactics," CLE program co-presenter, sponsored by The New York State Trial Lawyers Association, New York, New York, May 31, 2017.

"Analyzing Traumatic Brain Injury Cases Using Neurologists, Employability/Life Care Plan Experts, and Economists," CLE program co-presenter, sponsored by CMCS Management, Inc., Kenilworth, New Jersey, May 2, 2017.

"Mock Trial – Direct and Cross Examination of an Employability/Life Care Plan Expert and Economist at Trial," CLE program co-presenter, sponsored by CMCS Management, Inc., East Rutherford, New Jersey, March 23, 2017.

"A Comprehensive Assessment of Economic Damages in Wrongful Death Matters," CLE program co-presenter, sponsored by the New Jersey State Bar Association, Iselin, New Jersey, November 21, 2016.

"Evaluating Economic Damages in Personal Injury Matters in New York," CLE program co-presenter, sponsored by the Westchester County Bar Association, White Plains, New York, November 8, 2016.

"Personal Injury and Economic Damages: Preparing Your Case," and "The Testimony of the Economist: Excelling at Direct and Cross Examination of Your Economic Expert," CLE program co-presenter, sponsored by CMCS Management, Inc., East Rutherford, New Jersey, October 19, 2016.

"How an Economist Projects Future Lifetime Care Costs," CLE program co-presenter, sponsored by CMCS Management, Inc., New York, New York, September 29, 2016.

"A Comprehensive Assessment of Economic Damages in Wrongful Death Matters," CLE program co-presenter, sponsored by the New Jersey State Bar Association, Atlantic City, New Jersey, August 12, 2016.

**Speaking Engagements (cont'd)**

"Valuing Economic Damages in Cases Involving Catastrophic Injury & Wrongful Death in NJ,"

SOBEL TINARI
ECONOMICS GROUP

**Kristin Kucsma, M.A.**

CLE program presenter, held at Messa & Associates, Philadelphia, Pennsylvania, July 20, 2016.

Participated in the New Jersey State Bar Association, 2016 Civil Trial Advocacy Summer Institute, sponsored by the American College of Trial Lawyers, New Brunswick, New Jersey, July 11, 2016.

"Direct and Cross Examination of Economic, Vocational and Life Care Planning Experts in the Catastrophic Injury Case: Use of Demonstrative Evidence," CLE program co-presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, March 16, 2016.

"Presenting the Economist at Trial – A Live Demonstration with Expert" and "Panel Discussion on the Finer Points of Direct Examination," program co-presenter, sponsored by the New Jersey Association for Justice: Six Concurrent Seminars, New Brunswick, New Jersey, February 6, 2016.

"Valuing Economic Damages in Wrongful Death Cases," CLE program presenter, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, November 17, 2015.

"Deposing Your Economic Expert," Hudson County Inn of Court, Hudson County Community College Culinary Conference Center, Jersey City, New Jersey, November 9, 2015.

"Recent Developments in Assessing Economic Damages," CLE program co-presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, October 29, 2015.

"An Introduction to Economic Damages," CLE program co-presenter, sponsored by Union County Bar Association, Summit, New Jersey, October 27, 2015.

"A Comprehensive Assessment of Economic Damages in Wrongful Death Matters: Focus on On-Call Services," presented as part of the CLE program, sponsored by Pennsylvania Association for Justice, P.A., Philadelphia, Pennsylvania, October 22, 2015.

"Valuing Economic Damages in Cases Involving Catastrophic Injury," CLE program presenter, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, October 13, 2015.

"Valuing Economic Damages in Medical Malpractice Cases in New York," CLE program co-presenter, sponsored by NYLJ, Union League, New York, October 9, 2015.

"Introduction to Economic Damages," CLE program presenter, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, September 16, 2015.

"Valuing Economic Damages in Wrongful Death Cases," CLE program co-presenter, sponsored by the New Jersey Association for Justice,  Boardwalk Seminar, Atlantic City, New Jersey, May 1, 2015.

"Valuing Economic Damages in Employment Law Cases," CLE program co-presenter, sponsored by the Legal Intelligence, Philadelphia, Pennsylvania, April 10, 2015.

**Speaking Engagements (cont'd)**



## Kristin Kucsma, M.A.

"Telling the Damages Story: Effectively Proving Damages at Trial", CLE program presenter, sponsored by the New York State Academy of Trial Lawyers, New York, NY, April 30 and April 31, 2015.

"Building the House of Damages: Using a Vocational Expert, Life Care Planner, and Economist," CLE program presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, March 26, 2015.

"How to Effectively Quantify Economic Damages in Personal Injury and Medical Malpractice Cases," CLE program presenter, sponsored by the NJAJ Pines Manor, Four Concurrent Seminars, Edison, New Jersey, February 28, 2015.

"Valuing Economic Damages in Wrongful Death Cases," CLE program co-presenter, sponsored by the Gloucester County Legal Education Association, Mantua Township, New Jersey, November 22, 2014.

"Valuing Economic Damages in Catastrophic Injury Cases," CLE program presenter, sponsored by the Gloucester County Legal Education Association, Mantua Township, New Jersey, November 22, 2014.

"Integrating Vocational Experts and Economics in Documenting Damages in Personal Injury Cases", CLE program co-presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, October 23, 2014.

"Economic Damages, Proving Loss With Life Care Planners," Vocational Experts and Economists in Personal Injury and Medical Malpractice Cases , CLE program co-presenter, sponsored by NYSTLA Management, Inc., New York, New York, May 20 and 28, 2014.

"Use of an Economist in Litigated Matters," Hudson County Inn of Court, Hudson County Community College Culinary Conference Center, Jersey City, New Jersey, April 21, 2014.

"The Use of a Vocational Expert/Life Care Planner and Economist in Assessing Damages in Child and Adult Personal Injury Cases," CLE program co-presenter, sponsored by CMCS. Management, Inc., Saddle Brook, New Jersey, March 20, 2014.

"How To Effectively Quantify Economic Damages in Personal Injury and Medical Malpractice Cases," Clifford Inn of Court, Brownstone, Paterson, NJ, February 4, 2014.

"Documenting Vocational and Economic Damages in Personal Injury Cases," CLE program co-presenter, sponsored by CMCS Management, Inc., Mount Laurel, New Jersey, December 11, 2013.

"How to Effectively Quantify Economic Damages in Personal Injury and Medical Malpractice Cases", CLE program co-presenter, sponsored by Comprehensive Medical Case Management, Inc., Philadelphia, July 30, 2013.

"The Economist's Role: Lost Profits & Employment Litigation", CLE program co-presenter, sponsored by the New Jersey Law Journal, Edison, NJ, May 1, 2013.

## Speaking Engagements (cont'd)



**Kristin Kucsma, M.A.**

"The Economist's Role: Lost Profits & Employment Litigation", CLE program co-presenter, sponsored by the New Jersey Law Journal, Florham Park, NJ, April 10, 2013.

"Documenting Vocational & Economic Damages in Catastrophic Personal Injury Cases", CLE program co-presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, March 14, 2013. (video)

"Measuring Lost Profits", Worrall F. Mountain American Inn of Court, Morristown, NJ, October 22, 2012.

"Proving Damages to the Jury", CLE program co-presenter, sponsored by New York State Academy of Trial Lawyers, October 23, 2012.

"Using an Economist to Prove Damages in Non-Catastrophic Personal Injury Cases," CLE program co-presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, October 11, 2012. (video taped)

"Some Key Issues in the Use of Economic Experts", co-presenter, *Litigation Summit*, Philadelphia, September 13, 2012. (audio/video taped) Mock Trial, participant (economic expert for plaintiff), CLE program sponsored by New Jersey Law Center, New Brunswick, NJ, July 11, 2012.

"Valuing Economic Damages in Matters Involving Employment Litigation", Brennan/Vanderbilt Inn of Court, East Hanover, NJ, June 25, 2012.

"Proof of Damages in a Wrongful Death Case" at the "Proving Damages in Personal Injury Cases: How BIG is Your Case?" seminar, sponsored by the Gann Legal Education Foundation, Renaissance Woodbridge in Iselin, New Jersey, April 22, 2011.

"How Outstanding Plaintiff Lawyers Build Their Case on Damages - and How Effective Defense Lawyers Can Destroy It," Obstetric Malpractice: Cutting-Edge Techniques for Bringing and Defending Perinatal Brain Injury Cases, national conference, continuing education seminar, Chicago, IL, November 9 - 11, 2009.

"Deposition of an Economist from the Witness' Viewpoint", Taking and Defending Effective Depositions in New York, continuing education seminar, New York, NY, March 12, 2009.

"The Role of the Economist in Assessing Damages for Defendants," with co-presenter Frank D. Tinari, Ph.D., GEICO, Huntington, NY, July 31, 2008.

"Economic and Statistical Issues in Assessing Damages for Defendants," with co-presenter Frank Tinari, Ph.D, LUM , DRASCO & POSITAN, Roseland, New Jersey, June 2, 2008.

"Economic Damages: Overlooked Elements in Personal Injury and Wrongful Death Cases," ATLA-NJ Women Attorney's Dinner Meeting, Mountainside, New Jersey, April 9, 2008.



**Kristin Kucsma, M.A.**

**Trials, Arbitrations, Mediation, and Depositions**

Ms. Kucsma has testified in over 335 trials, arbitrations, and mediation in both federal and state courts. She has testified in over 460 depositions. A detailed listing of Ms. Kucsma's trial and deposition testimony is available upon request.

Ms. Kucsma has prepared numerous economic loss evaluations for use in litigation regarding economic damages, earnings, fringe benefits, household services, guidance, companionship, employment discrimination, lost profits, commercial damages, breach of contract, defamation, divorce, and punitive damages.

July 31, 2019                                          page  12



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Mary Murphy-Clagett as Temporary Administrator for the Estate of Pietro Macaluso vs. A.O. Smith Corporation, et al., 50-B Hearing, on behalf of the Plaintiff, Supreme Court of The State of New York, County of New York, Index No.: 190311/15, December 10, 2018.

John Christ and Jill Christ, individually and as adoptive parents and guardians of Shayne Christ, a minor child vs. Preston McCollum and Allstate Insurance Company, on behalf of the plaintiff, de bene esse deposition, in The Commonwealth of Pennsylvania, Court of Common Pleas of Pike County, No.: 1209-2014, November 30, 2018.

Melissa Migut vs. State of New Jersey, Administrative Office of the Courts; Glenn A. Grant, J.A.D. in his capacity as the Acting Administrator Director of the Courts; Harvey M. Goldstein, in his capacity as the Manager of the Intensive Supervision Program and Jasper Reeves, in his capacity as Building Manager, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Mercer County, Docket No.: MER-L-934-14, November 15, 2018.

Jefferies LLC and Jefferies Group, LLC vs. Rick Alan Davidson, FINRA Dispute Resolution Arbitration No. 17-02868, on behalf of the respondent, Kraus & Zuchlewski, LLP, New York, New York, November 12, 2018.

Doreen DiToro, as the Executrix of the Estate of Michael DiToro, deceased, and Doreen DiToro, Individually vs. Richmond University Medical Center, Frank Scafuri, D.O., Madhvi Rana, M.D., Frank Scafuri, III, D.O., P.C., and Kikkeri Vinaya, M.D., on behalf of the plaintiff, Supreme Court of the State of New York, County of Richmond, Index No.: 151024/2015E, November 9, 2018.

Mirvella Dulanto, as Administratrix of the Estate of Yesenia Arango and Frank Javier, individually vs. Robert Cameron, M.D., Richard Frimer, M.D., Leon Kranzler, M.D., David G. Rusch, M.D., White Plains Hospital and White Plains Radiology Associates, P.C., on behalf of the plaintiff, Supreme Court of the State of New York, County of Westchester, Index No.: 52239/2015, October 31, 2018.

Denise Jarius and David Jarius, her husband vs. Yuan Lin, Mingjun Liu, John Does 1-10 (fictitious names, real names unknown), ABC Companies 1-10 (fictitious names, real names unknown), on behalf of the plaintiff, de bene esse deposition, Superior Court of New Jersey Law Division: Middlesex County, Docket No.: MID-L-3211-16, October 29, 2018.

Marek Jedrzejek vs. 4L Equipment Leasing, LLC, et al., on behalf of the plaintiff, Supreme Court of the State of New York, County of Queens, Index No.: 7081102015, October 23, 2018.

Susan Kasman, Administratrix of the Estate of Lee Kasman and Susan Kasman, Individually vs. Shivang Trivedi, MD, Cardiology Associates of Somerset County, John Doe, Jane Doe, RN, et al., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Somerset County, Docket

**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

No.: SOM-L-1237-15, October 22, 2018.

Philippe Carr-Forster vs. Andrew Landis, Hilary Landis and Emma Landis, an infant, Felix Kwakye and Slate Cab Corporation, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 160354/15, October 17, 2018.

Amanda Holley vs. Port Authority of New York and New Jersey, Port Authority of New York and New Jersey Police Department, Superintendent Michael A. Fedorko, Chief Michael Brown, Sergeant Erick Torres, and John and Jane Does 1-10, (fictitious names), on behalf of the plaintiff, United States District Court for the District of New Jersey, Civil Action No.: 14-7534-BRM-DEA, October 3, 2018.

Makiko Murakami and Jeffrey Tam, as Co-Administrators of the Estate of Ryo Murakami., Deceased, and Mako Murakami, Individually, vs. Lutheran Medical Center, Steven Athanaikl, M.D., Margaret Kuhn-Basti, M.D., New York Presbyterian Columbia University Medical Center, William A. Bulman, M.D., Matthew Bacchetta, M.D., E. Sander Connolly, Jr., M.D., and Jan Claasen, M.D., on behalf of the plaintiff, Supreme Court of the State of New York, County of Kings, Index No.: 12975/2014, September 27, 2018.

Lukasz Bedkowski vs. Shiavone Construction Co., LLC, Ryan Yanosh, and John Doe and Jane Does 1-10, fictitious names for unknown parties, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Hudson County, Docket No.: HUD-L-348-17, September 10, 2018.

Linda Steele-Denardo, as Executor of the Estate of Donald Denardo, deceased, and Linda Steele-Denardo, Individually, vs. Memorial Hospital for Cancer and Allied Diseases, Memorial Sloan Kettering Cancer Center, Kathryn Beal, M.D., Pamela Salerno, P.A., Viviane Tabar, M.D., and "John Doe" and "Mary Doe," on behalf of the plaintiff, Supreme Court of the State of New York, County of Richmond, Index No.: 100028/2014, July 27, 2018.

Adel Shehata vs. Jose Koruthu, on behalf of the plaintiff, Supreme Court of the State of New York, County of Richmond, Index No.: 100042/15, July 20, 2018.

Aida Vergara vs. Metropolitan Authority and New York City Transit Authority, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No.: 309841/12, July 19, 2018.

Karen Schramm, as wife and Guardian of Michael Schramm and Karen Schramm, Individually vs. The City of New York, Hudson River Park Trust and Gramercy Group, Inc., Mediation, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 158043/2017, July 18, 2018.

January 1, 2019



## Kristin Kucsma, M.A.

### *Trial, Arbitration and Mediation Testimony*

Helena Ross, as Administratrix, of the Estate of Emory F. Ross, deceased, as Administratrix Ad Prosequendum for the heirs-at-law of Emory F. Ross, Deceased and Individually vs. Eddy Simon, M.D., JFK Medical Center, John Doe (a fictitious name) and North Jersey Emergency Physicians, PA, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-5733-15, July 16, 2018.

Allison R. Richardson vs. SIGMA Transportation Inc., Sadam Maroun Jaser and Noel D. Santana-Amadi, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No.: 303399/14, July 5, 2018.

Alban Hoxha vs. Robert Castillo, MTA New York City Transit Authority and Metropolitan Transportation Authority, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 161292/2014, June 20, 2018.

David Straka vs. BASF, a corporation or business organization, David Freidinger, Individually, and/or as agent, servant, or employee of BASF, Deon Carter, Individually, and/or as agent, servant, or employee of BASF, and John Does 1-100, said names being fictitious and unknown, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Union County, Docket No.: UNN-L-1025-16, June 12, 2018.

Jeanie Lynn Baily Kohl, as Executor of the Estate of James Elwood Kohl, Jr., deceased vs. Derrick D. Young, on behalf of the plaintiff, United States District Court for the Northern District of New York, Case No: 8:17-cv-692 (BKS/CFH), June 8, 2018.

Alliance International Inc., vs. Bloomage Freda Biopharm U.S.A., and Bloomage Freda Biopharm Co., Ltd., Arbitration, on behalf of the plaintiff, Superior Court of New Jersey Chancery Division: Morris County, Docket No.: MRS-L-001084-17, May 30, 2018.

Keith Hudson vs. Town of Morristown, Karl Peter Demnitz, Individually and in his official capacity as Chief of Police, John Doe(s) 1-10, and XYZ Corp(s). 1-10, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Morris County, Docket No.: MRS-L-2343-15, May 24, 2018.

Russell J. Lester vs. JD Carlisle Development Corp., MD Carlisle Development Corp., and 835 6th Ave Master LP, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 152112/12, May 15, 2018.

Jose Bauta vs. Greyhound Lines Inc., Sabrina Anderson, Akos Gubica, Karoly Gubica, CAV Enterprise, LLC, First Group America, Inc. and First Group PLC, on behalf of the plaintiff, United States District Court, East District Court of the State of New York, Docket No.: 14-3725, May 4, 2018.

SOBEL TINARI
ECONOMICS GROUP

**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Angela Marrero, Individually and as Administratrix of the Estate of Louis Marrero, Deceased vs. Louis Faiella, III, M.D., Advanced Urology Centers of New York, P.C., and Integrated Medical Professionals, on behalf of the plaintiff, Supreme Court of the State of New York, County of Suffolk, Index No.: 021329/2012, April 30, 2018.

Frederick F. Fagal, Jr. vs. Marywood University, on behalf of the plaintiff, United States District Court, Middle District of Pennsylvania, No.: 3:14-cv-02404-ARC, April 23, 2018.

John Astriab, Clyde Banks, James Buckley, William Cullinane, Richard DeStefano, David Labruno, Ezio Scerbo, John Whalen vs. City of Jersey City, Jersey City Police Department, Mayor Jerramiah Healy, in his individual and official capacities, and Business Administrator Brian O'Reilly, in his individual and official capacities, on behalf of the plaintiffs, United States District Court for the District of New Jersey, Newark Vicinage, Civil Action No.: 06-3790 (FSH), April 20, 2018.

Shane Forbes and Charles Forbes vs. Natalie Nickol and Lawrence Nickol, on behalf of the plaintiff, The Court of Common Pleas of Bucks County, Pennsylvania, Docket No.: 2014-06490, April 18, 2018.

Peter I. Chukwuneke vs. TCBA Ambulance, Inc., and Kevin Kirton, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No.: 302745/2011, April 5, 2018.

Joseph J. Wiles and Terry Jean Wiles as the Administrators of the Estate of Michael Wiles vs. Daniel D. Files, D.O., and Bucks Family Medicine, P.C., on behalf of the plaintiff, Court of Common Pleas, Bucks County, Pennsylvania, Civil Action No.: 2009-13261, April 4, 2018.

MaryAnne Cosimano vs. Township of Union, Frank Bradley, and Daniel Zieser, on behalf of the plaintiff, United States District Court of New Jersey, Civil Action No.: 10-5710 (JLL), April 4, 2018.

Bria Albinder-Miletsky, an infant by her Natural Mother and Guardian Ad Litem, Cindi Albinder-Miletsky, Cindi Albinder-Miletsky, Individually, and Jason Miletsky, Individually vs. Manuel Alvarez, M.D., R & R Perinatal Associates, Hackensack University Medical Center, Magadalena J. Pawlik, A.P.N., Monique P. Donnelly, R.P.N., John Does 1 through 10 (fictitious names, true identities unknown), Jane Does 1 through 10 (fictitious names, true identities unknown), Entities A through Z (fictitious names, true identities unknown), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Bergen County, Docket No.: BER-L-4342-14, April 2, 2018.

Thomas Kosch and Eileen Kosch, his wife vs. Gabriel Gonzalez, SuperValu Inc., John Does 1-10, ABC Corps. 1-10, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Passaic County, Docket No.: PAS-L-03301-15, March 28, 2018.

**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Francina Elysee, Administrator of the Estate of Issac Elysee, Deceased, and Francina Elysee, Individually vs. Rajasree Roy, M.D., North Shore Long Island Jewish Health System, Inc., Joseph Ghassibi, M.D., St. Luke's Hospital, St. Luke's Roosevelt Hospital Center Foundation Inc., and Continuum Health Partners, Inc., on behalf of the plaintiff, Supreme Court of The State of New York, County of New York, Index No.: 805276/12, March 27, 2018.

Nancy Velasquez, Individually and as Administrator Ad Prosequendum of the Estate of Michael Mercado, vs. Newark Police Department, City of Newark, Police Officer Tyrone Moore, Police Officer Victor Garcia, John and Jane Does 1-10, (fictitious unidentified individuals), and ABC Corp 1-10, (fictitious unidentifiable business entities), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-9943-13, March 19, 2018.

Richard John Powers, Individually and as Executor of the Estate of Meg Felice Charlop, deceased vs. Kyong Kwan Min, New York City Transit Authority, Metropolitan Transportation Authority, MTA Bus Company, Manhattan and Bronx Surface Transit Operating Authority, Wayne W. Forde, City of New York, John or Jane Doe 1 through 3 or ABC Corp. or Entity 1 through 3, the names being fictitious and unknown to plaintiff and being the person, party, entity, partnership, corporation, employer, agent, servant, or assign for whom Kyong Kwan Min was operating his motor vehicle, or third party who serviced, repaired or maintained the premises, or was responsible for implementing and keeping safe in good repair bicycle lanes at the premises, as described in the complaint, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No: 307701/10, March 7, 2018.

Mark P. Gardner, vs. Metropolitan America KEC Prospect LLC, John Doe (1-10) (fictitious names representing unknown defendants who owned, operated, controlled and maintained the property), and ABC Corp. (1-10) (fictitious names representing unknown defendants who performed maintenance and snow removal activity at the property), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-3248-15, March 5, 2018.

Ana Pereira vs. Michael Esposito, M.D., et al., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Monmouth County, Docket No.: MON-L-1397-12, February 27, 2018.

Graciela Terra vs. Mount Sinai Hospital of Queens and George J. Tsioulias, M.D., on behalf of the plaintiff, Supreme Court of The State of New York, County of Queens, Index No.: 12606/13, January 31, 2018.

Basilia D'Amico, Individually and as Administratrix Ad Prosequendum of the Estate of Franco D'Amico vs. Meherwan Burzor Joshi, M.D., Oscar E. Verzosa, M.D., Ellen T. Leavell, M.D., Paul J. Bolanowski, M.D., Vanessa Mae S. Abrina, M.D., Maged M. Lotfalla, M.D., Trinitas Regional Medical Center, Rutgers, The State University, ABC Entities 1-10 and John Does 1-20, unknown entities and persons, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Union

**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

County, Docket No.: UNN-L-788-15, January 26, 2018.

Jason Brownrigg vs. Steven David Shamah and Hyman M. Shamah, on behalf of the plaintiff, Supreme Court of the State of New York, County of Kings, Index No.: 8104/2015, January 22, 2018.

Anna Margitich and Paul Margitich vs. CareOne & Wayne-SNF, CareOne Management, LLC, Black Oak Ridge, LLC, Des Holding Co., Inc., Des-C 2009 GRAT, Adina Straus, Bethia Straus, Daniel Straus, Jeffrey Rubin, Moshael Straus, Helene Scarnegi, John Doe Medical Director, John and/or Jane Does, M.D., John and/or Jane Roes, "A" through "Z" (fictitious names to describe unknown defendants), and ABC Corporations "A" through "Z" (fictitious names used to describe unknown defendants), individually, jointly, severally and in the alternative, Arbitration, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Passaic County, Docket No.: PAS-L-246-13, December 19, 2017.

Euklin Smith-Tucker and Billy Tucker vs. Steven J. Ravich, Barry M. Katzman and Orthopaedic Care & Surgery, P.C., on behalf of the plaintiff, Supreme Court of The State of New York, County of Kings, Index No.: 9775/03, December 11, 2017.

Donna Watson and Richard Watson, her husband vs. Barry Hoskins, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Warren County, Docket No.: WAR-L-416-15, November 29, 2017.

Michael Fava vs. Vincent Moss, M.D., Harold Chung-Loy, M.D., Surgical Practices Associates, JFK Medical Center, John Does (fictitious names of those persons whose true identities and/or culpability are not presently known, who participated in plaintiff's treatment during the course of his admission of 5/13/13), Jane Roes (fictitious names of those persons whose true identities and/or culpability are not presently known, who participated in plaintiff's treatment during the course of his admission of 5/13/13), and ABC Groups (fictitious name of any group practice, association, entity, of whom or which any individual defendant is an agent, servant or employee),  on behalf of the plaintiff, Superior Court of New Jersey Law Division: Middlesex County, Docket No.: MID-L-4567-14, November 13, 2017.

Roderick Trusty, Individually and as Personal Representative of the Estate of Julie Trusty, and parent of minor children, Blake Trusty and Baylee Trusty vs. Joy Patterson, ARNP, Gainseville Emergency Medical Associates, P.A., Charles Wilson, M.D., Clarence Uy, M.D., Hospital Internal Medicine P.A., North Florida Regional Medical Center, Inc., d/b/a North Florida Regional Medical Center, Suzanne Zentko. M.D., Brian Werbel. M.D., Genevieve Farnham, ARNP, and Interventional Cardiologists of Gainesville, P.A.., d/b/a The Cardiac and Vascular Institute, on behalf of the plaintiff, The Circuit Court of the 8th Judicial Circuit In and For Alachua County, Florida, Case No.: 2015-CA-004503, November 9, 2017.

**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Colombina Frosch, as Executrix of the Estate of Steven A. Frosch, deceased, and Colombina Frosch, Individually vs. the City of New York and Antonio G. Decaro, on behalf of the plaintiff, Supreme Court of the State of New York, County of Queens, Index No.: 17285/14, October 20, 2017.

Donald Longo and Deborah Longo vs. Desmond Nunan. D.O., South Jersey Health Emergency Physician Services, South Jersey Health System, South Jersey Healthcare Elmer Hospital A/K/A SJH Elmer Hospital, et al., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Cumberland County, Docket No.: CUM-L-745-12, September 28, 2017.

Morgan Courtney Wang vs. Neil N. Sexton, PV Holding Corp., Avis Budget Car Rental, LLC, and Budget Rent A Car System Inc., on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 155406/13, September 27, 2017.

Nancy Velasquez, Individually and as Administrator Ad Prosequendum of the Estate of Michael Mercado vs. Newark Police Department, City of Newark, Police Officer Tyrone Moore, Police Officer Victor Garcia, John and Jane Does 1010, (fictitious unidentified individuals) and ABC Corp 1-10, (fictitious unidentifiable business entities), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-9943-13, September 21, 2017.

Deanna Velazquez vs. Xiao Chen, John Does, Mary Does, ABC Partnerships and XYZ Corporations, jointly, severally and in the alternative, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Camden County, Docket No.: ATL-L-5792-14, September 20, 2017.

Regina Fucile vs. Dr. Robert Pampin, Newton Medical Center, Dr. Stephen Golombek, Morristown Medical Center, Dr. Christopher O. Okechukwu (formerly pleaded as John Doe A.), Dr. Ellen Benson (formerly pleaded as Jane Doe A), John Does B-Z, (said names being fictitious as their identities are presently unknown), and Jane Does B-Z, (said names being fictitious as their identities are presently unknown), on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Morris County, Docket No.: MRS-L-2260-12, September 19, 2017.

Aisha Kelly, as Administratrix of the Estate of Stefanus Watson vs. New York City Health & Hospitals Corporation, et al., on behalf of the plaintiff, Supreme Court of the State of New York, County of Queans, Index No.: 995/08, August 25, 2017.

Theresa Quibell, The September 11th Victim Compensation Fund (VCF) Hearing, Claim No.: VCF0002067, August 22, 2017.

Sharon Steudle vs. Yvonne Schafer, John Does, Mary Does, ABC Partnerships and XYZ



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Corporations, jointly, severally and in the alternative, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Gloucester County, Docket No.: GLO-L-933-15, July 19, 2017.

Arkadiusz Lotowski, The September 11th Victim Compensation Fund (VCF) Hearing, Claim No.: VCF0052951, July 12, 2017.

Elizabeth Rota and Michael Rota, her husband vs. Jerusalem II Pizza, Yehuda Nakar, Encompass Insurance, Co., et als., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Bergen County, Docket No.: BER-L-4673-15, July 10, 2017.

Gail Infantes and William Infantes vs. Steven Binenebaum, M.D., Sukrat Dwivedi, DO, Andrew Lee, M.D., Tisha Tan, M.D., Ajay Mathur M.D., Barnabas Health Inc., Monmouth Medical Center, Specialty Surgical Associates, et als., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-8893-14, June 30, 2017.

Jonathan A. Botey vs. Robert D. Green, Conwell Corporation, and FFE Transportation Services, Inc., on behalf of the plaintiff, The United States District Court For The Middle District of Pennsylvania, Civil Action No.: 3:12-CV-01520, June 16, 2017.

Brenda Wynter, on behalf of the plaintiff, lifetime care costs, Supreme Court of the State of New York, County of Kings, May 30, 2017.

Debra Warren, Executrix of the Estate of Robert Warren, and Debra Warren, Individually, vs. Christopher P. Muenzen, M.D., Charles Carey, PA, Christopher P. Muenzen, M.D. PA, John Doe, M.D., Mary Roe, RN, and XYZ Corp. (fictitious names), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Morris County, Docket No.: MRS-L-2017-13. May 11, 2017.

James Greene vs. American Elevator & Machine Corp., Padded Wagon Express, Inc., Oak Leaf Moving, Inc., 157 East 57th Street LLC, Solil Management, LLC and Plaza Circle Enterprises, LLC, on behalf of the plaintiff, Supreme Court of The State Of New York, County of Bronx, Index No.: 307445/08, May 11, 2017.

Mario Nichilo vs. Wenger Construction Co., The City Of New York and the New York City School Construction Authority, on behalf of the plaintiff, Supreme Court of the State of New York, County of Richmond, Index No.: 102729/12, May 10, 2017.

William Marks, Individually and as Personal Representative of the Estate of Jeanne Marks, deceased vs. Brian Coleman, M.D., Justin Bartl, PA-C, South Palm Orthopedics, P.A., and Delray Medical Center, on behalf of the plaintiff, The Circuit Court of the 15th Judicial Circuit In and For Palm Beach County, Florida, Case No.: 2015 CA 013574 AI, May 4, 2017.

**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Risa Rosenberg, Individually and as Executrix of the Estate of Gerald Lazar, vs. Englewood Hospital and Medical Center, Inc., Mitchell Spinnell, M.D., Russell Gura, M.D., Jacquilin A. Watts, R.N., AMN Healthcare, Inc., d/b/a "American Mobile," John Doe and ABC Corp., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Bergen County, Docket No.: BER-L-1818-14, May 2, 2017.

Joanna Barbagallo, as Administratrix of the Estate of Linda Murphy, deceased, Joanna Barbagallo as Administratrix of the Estate of Sean T. Murphy, deceased, Hannah Murphy, an infant under the age of 14 years, by her Guardian of the Person, Joanna Barbagallo, and Andrew Murphy, an infant under the age of 14 years, by his Guardian of the Person, Joanna Barbagallo, vs. William Grant LeMaster, D.O., Irene Hollander Margolis, LCSW, John T. Mather Memorial Hospital of Port Jefferson New York, Inc., and Outpatient Behavioral Health Services, on behalf of the plaintiff, Supreme Court of the State of New York, County of Richmond, Index No.: 1022763/09, May 1, 2017.

Lisa D'Amore vs. Douglas D'Amore, Arbitration, on behalf of the plaintiff, Superior Court of New Jersey Chancery Division - Family Part: Monmouth County, Docket No.: MON-FM-13-190-15-E, April 18, 2017.

Leonard Hoffman and Rosalia Hoffman vs. Biltmore 47 Associates LLC, Manhattan Theater Club Inc., The Biltmore Theater Corporation, The Biltmore Theater Group Inc., Sweet Construction Corp., Biltmore Theater Independent Manager Corp., Biltmore Theater LLC, The Jack Parker Corporation, Biltmore Tower LLC, Parker Second LLC, Parker Theater Associates LLC and Sweet Construction of Long Island LLC, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 1080095/06, April 17, 2017.

Jo Ann M. Wolf, Executrix of the Estate of George J. Wolf, deceased, and Jo Ann M. Wolf, individually vs. Richard M. Mauriello D.O., Advocare Berlin/Berlin Medical Associates P.A., John Doe #1-15 (fictitious), Jane Roe #1-15 (fictitious), and John Doe Employers #1-15 (fictitious), individually, jointly, severally, and/or in the alternative, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Camden County, Docket No.: CAM-L-4165-13, April 12, 2017.

MaryAnne Cosimano vs. Township of Union, Frank Bradley, and Daniel Zieser, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Union County, Docket No.: UNN-L-3316-10, April 7, 2017.

Nicholas Valvo vs. City Of New York and New York City Department of Sanitation, on behalf of the plaintiff, United States District Court Eastern District of New York, Case No.: 1:13-CV-06562, April 6, 2017.

**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Alexander Son vs. Derrick Senior, New Jersey Transit Corporation, New Jersey, John Does 1-20, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX -L-1380-15, March 24, 2017.

Harold Hansen vs. Rite Aid Corp., Eckerd Corporation, Craig Muriello, Michelle Caga, Lisa Ford, John Doe (1-10), Jane Doe (1-10), and XYZ Corp (1-10), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Monmouth County, Docket No.: MON-L-4790-08, March 22, 2017.

Juan Pineda vs. Byrne Dairy, Inc., and Michael Gannon, on behalf of the plaintiff, United States District Court Southern District of New York, Case No.: 7:13-CV-6821, March 22, 2017.

Manzoor Ahmad vs. The City Of New York, New York City Police Department and David Engram, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 150871/2013, March 17, 2017.

Mary Duffy, as Guardian of the Person and Estate of Steven Duffy, an incapacitated person vs. Sandra McAdams and/or John Doe 1-5 fictitious name, on behalf of the plaintiff, de bene deposition, Livingston, NJ, Superior Court of New Jersey Law Division: Camden County, Docket No.: CAM-L-4491-14, March 3, 2017.

Domenico Maceri, Individually, and as Administrator Ad Prosequendum of the Estate of Jaqueline Garcia-Maceri (Deceased) vs. The Chandelier Catering, John Does 1-10, and ABC Corporations 1-10, (fictitious designations for persons and entities whose true identities are presently unknown that negligently caused and/or were otherwise responsible or liable for Plaintiff's damages), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Hudson County, Docket No.: HUD-L-605-15, February 27, 2017.

Stephen Middlebrook and Mary Middlebrook vs. Michael T. Clark, M.D., Khanh Hoang Dinh, R.P.A., Syracuse Orthopedic Specialists and St. Joseph's Hospital Health Center, on behalf of the plaintiff, de bene esse deposition, Garden City, NY, Supreme Court of the State of New York, County of Onondaga, Index No.: 2014EF845, February 16, 2017.

Ekaterini Giannikios vs. Kathryn M. Carney-Cole, on behalf of the plaintiff, Supreme Court of The State of New York, County of Nassau, Index No.: 600948/2013, February 16, 2017.

Terry Polt vs. Andrew C. Loesberg, M.D., Hunterdon Radiologic Assoc., David F. Kroon, M.d., and Stephen M. Schwartz, M.D., Hunterdon Otolaryngology Associates and The Hunterdon Medical Center and ABC Corps (fictitious hospitals) and John Does 1-6 (fictitious names representing the class of as yet unknown physicians, nurses, persons or entities affiliated or connected with the

**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

above-named corporate defendants and/or with the individual defendants in this matter or with plaintiff's care, and who, vicariously or directly were responsible for the other medical provider's actions or failures), on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Somerset County, Docket No.: SOM-L-427-12, February 13, 2017.

Arthur Ruff, Individually and as Administrator Ad Prosequendum of the Estate of Jimeta Yashone Moseley-Ruff, (Deceased) vs. Newark Beth Medical Center, Yvonne Wright-Cadet, M.D., Monroe Karetzky, M.D., Martin Larry Gimowsky, M.D., and David Nunez, M.D., on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Essex County, Docket No.: ESX-L-6561-08, February 8, 2017.

Kenneth Couillard and Francine Couillard  vs. The Shaw Group Inc., C.M. Camparetti, April A. Clark and Womens Professionals, LLP, 50-B Hearing on behalf of the plaintiff, Supreme Court of The State of New York, County of New York, Index No.: 111969/10, January 30, 2017.

Estate of Linda Pizzano by her Executor and Proposed Administrator Ad Prosequendum Thomas P. Pizzano, and Thomas P. Pizzano, Individually vs. Overlook Medical Center, John N. Franzese, M.D., Paul M. Starker, M.D., Michael Solomon, M.D., Tamir Ben-Menacheman, M.D., Terrence H. Lee, M.D., Individuals Signing May 14-17, 2011 Infectious Disease Consult, Individuals Signing the May 22, 2011 Infectious Disease Consult, Individuals Signing May 25, 2011 Infectious Disease Consult, Individuals Signing and Co-Signing May 7-14, 2011 Surgery Notes, Individuals Signing and Co-Signing May 16-19, 2011 Surgery Notes, Individuals Signing and Co-Signing May 21-23, 2011 Surgery Notes, Individuals Signing and Co-Signing May 7-24, 2011 GI Notes, Individuals Signing and Co-Signing May 8, 2011 Note Signed at 8:25 a.m., Individuals Signing and co-Signing May 11, 2011 Notes Signed at 12:15 a.m., Individuals Signing and Co-Signing May 11, 2011 Note Signed at 5:30 a.m., Individuals Signing and Co-Signing May 18, 2011 Note Signed at 3:40 a.m./p.m., Individuals Signing and Co-Signing May 9-11, 2011 Medicine Note, Individuals Signing and Co-Signing May 14, 2011 Medicine Note, Individuals Signing and Co-signing May 16-17, 2011 Medicine Note, Individuals Signing and Co-signing May 19, 2011 Medicine Note, Individuals Signing and Co-Signing May 23, 2011 Medicine Note, Individuals Signing and Co-Signing May 25, 011 Medicine Note, Individuals Signing and Co-Signing May 14, 2011 ICU Note, Individuals Signing and Co-Signing May 14, 2011 Note Signed at 9:10 p.m., Individuals Attending May 14, 2011 ICU Note, Individuals Signing and Co-Signing May 15, 2011 PGY1 7:00 a.m./p.m. Note, Individuals Signing and Co-signing May 16, 2011 PGY-1 Critical Care Note and John Does (s), M.D., and/or Jane Doe(s), M.D., Richard Roe(s), and/or Jane Roe(s), and XYZ Corporations 1-5, (said names being fictitious and whose present identities are unknown), on behalf of the plaintiff, Superior Court Of New Jersey, Law Division: Essex County, Docket No.: ESX-L-3443-13, January 26, 2017.



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Lauro G. Pomasan as Administrator Ad Prosequendum of the Estate of Ricardo Pomasan, Deceased vs. the American Legion, Highlands Twin Light, NJ Post 143; M&D Property Management, LLC d/b/a Off The Hook Restaurant and Bar; M&D, Inc. d/b/a Off The Hook Restaurant and Bar; Paul Ritter; John and Jane Does (1-10); and XYZ Corporations (1-10), on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Monmouth County, Docket No.: MON-L-5310-11, January 25, 2017.

Kelli Rivera vs. Best Transit Corp., Wagner M. Alcivar, Operation Prison GAP, Inc., Ford Motor Company, Warrick Industries, Inc. d/b/a Goshen Coach, and J&R Tours, LTD., on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No.: 17408/94, January 20, 2017.

Michael Billok, Individually and as Proposed Executor of the Estate of Kimberlee Billok, Deceased, and Michael Billok, as Natural Guardian to Madison Billok, Grace Billok, and Samuel Billok, Minor Children vs. Georgia-Pacific, LLC, and Union Carbide Corporation, on behalf of the plaintiff, Supreme Court of the State of New York, County of Saratoga, Index No.: 001848/2015, January 19, 2017.

Fred Bonda vs. City of Elizabeth, Elizabeth Fire Department, Christian Bollwage, Individually and In His Official Capacity, Onofrio Vitullo, Individually and In His Official Capacity, Edward Sisk, Individually and In His Official Capacity, Thomas McNamara, Individually and In His Official Capacity, and Mark Chai, Individually and In His Official Capacity, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Union County, Docket No.: UNN-L-1979-13, January 18, 2017.

Jason Rivera vs. GRM Information Management Services Inc., GRM Document Management, Fran Mulnick Parker and Moishe Mana, Delaware River Valley Leasing Corp., and Alain Woolley, on behalf of the plaintiff, Supreme Court of the State of New York, County of Kings, Index No.: 22648/2012, January 17, 2017

Maria Hernandez, Individually and as Administrator Ad Prosequendum and General Administrator of the Estate of Eugenio Cortez, vs. Cesar Cruz, John Doe #1-5, ABC Corp. #1-5, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Union County, Docket No.: UNN-L-4404-14, January 12, 2017.

Deborah J. Stazak and Shawn M. Stazak, her husband vs. Bayonne Medical Center, Stuart Myers, M.D., John Coccaro, M.D., Mahmoodah Perveen, M.D., Nighthawk Radiology Services, Ian Matsuura, M.D., Edward Fobben, M.D., Bayonne Medical Center Radiology Services, Doctor Doe (a fictitious name representing a class of fictitious doctors), Nurse Roe (a fictitious name representing a class of fictitious nurses), Robert Doe and/or ABC Corp. (fictitious names

**Kristin Kucsma, M.A.**

***Trial, Arbitration and Mediation Testimony***

representing a class of fictitious defendants who were employed by the defendant hospital), ABC Hospital (a fictitious name representing a class of fictitious defendants), John Does (a class of fictitiously named defendants), Doe Physician Group, PA and/or Doe Physician Group, PC and/or Doe Managed Care Company, (fictitious designations representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers actions or failures or plaintiff's injury), John/Jane Roes 1-5 (unknown medical aides and/or assistants responsible for the care of the Plaintiff), Robert/Roberta Roes 1-5 (presently unknown Administrators responsible for policy and procedure at Bayonne Medical Center), on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Middlesex County, Docket No.: MID-L-4453-12, December 15, 2016.

Boris Khazin vs. TD Ameritrade Holding Corporation, TD Ameritrade, Inc., Amerivest Investment Management Company and Lule Demmissie, Individually, FINRA Dispute Resolution Arbitration No. 13-4149, on behalf of the claimant, Biebelberg and Martin Law Office, Manhattan, New York, November 9, 2016.

Manuel Cruz Barbecho  vs. The City of New York, New York City Housing Authority, M.A., Angelides, Inc., Hudson Meridian Construction Group, LLC, and Stonewall Contracting Corp., et als., on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Docket No.: 1019702007, November 2, 2016.

Jeffrey Boslet vs. Randy Klein, M.D., The Doctor Is In, and John Does 1-100, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Hunterdon County, Docket No.: HNT-L-127-14, October 26, 2016.

Michael Friedman vs. Nancy L. Koury, John Does 1-10 ( representing individuals and/or entities whose identities are presently unknown), on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Ocean County, Docket No.: OCN-1967-14, October 21, 2016.

Thomas Magee, The September 11th Victim Compensation Fund (VCF) Hearing, Claim No.: VCF0069123, October 20, 2016.

Judy Komlodi, as Guardian for Michelle Komlodi, an incapacitated person vs. Sharad Patel, M.D., Anne Picciano, M.D., et als., on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Middlesex County, Docket No.: MID-L-5951-06, October 19, 2016.

Lee Ann Horton, Administratrix and Administratrix Ad Prosequendum of the Estate of Shaina Horton, vs Linda Stanley, M.D., Louis Wesley, M.D., John Does (fictitious names of healthcare providers who cared for the decedent during the relevant time period, whose true identities and/or

**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

culpability is not presently know), et als., on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Camden County, Docket No.: CAM-3171-12, October 18, 2016.

Madeline Alverio, individually, and as Administrator of the Estate of Julio Alverio, vs. The Brooklyn Hospital Center, Bariatric Surgery Center at the Brooklyn Hospital, Stephen S. Carryl, M.D., et als., on behalf of the plaintiff, Supreme Court of The State of New York, County of Kings: Docket No.: 3664/2011, October 13, 2016.

Christina Brigliadoro Administratrix ad Prosequendum of the Estate of Thomas Brigliadoro, Christina Brigliadoro, Individually vs. Joo Yup Shaun Chun, M.D., Valley Hospital, Valley Emergency Room Associates, PA., et, als., on behalf of the plaintiff, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Bergen County, Docket No.: BER-L-9615-13, October 11, 2016.

Jeffrey Gorsak and Thomas Orr, Esquire, as Trustee of Bankruptcy Estate of Jeffrey Gorsak, vs. Navistar, Inc. (F/k/a) International Harvester Company, ABC, Inc. (1-10), et als., Superior Court of New Jersey, Law Division: Hunterdon County, Docket No.: HNT-L-558-12, September 28, 2016.

Hussein M. Agiz vs. Heller Industrial Parks, Inc., Georgia Pacific Harmon Recycling, LLC, John Wiley & Sons, Inc., Lagasse Brothers Inc., United Stationariness, Inc. Taylored Services LLC, ADI Logistics, Celebrity International, NFI Distribution, A/K/A National Distribution Center, DNP International, OVED Apparel Corporation, et als., on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Middlesex County, Docket No.: MID-L-4520-13, September 20, 2016.

Carmine S. Cortese, as Executor of the Estate of Barbara Anne Cortese, vs. Kanga N. Sundaram, M.D., Allergy and Clinical Immunology Center, P.A., Aaron Chevinsky, M.D., et als., on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Morris County, Docket No.: MRS-L-817-13, September 14, 2016.

Jesse Diaz vs. City of Trenton, James Hall, individually and as an agent of the City of Trenton, Leonard Carmichael, individually and as an agent of the City of Trenton, Qareeb Bashir, individually and as an agent of the City of Trenton, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Mercer County, Docket No.: MER-1058-14, September 7, 2016.

Daryl Whatts vs. Ronald Clark, on behalf of the plaintiff, Supreme Court of the State of New York, County of Westchester: Docket No.: 2205-2014, August 3, 2016.

Bernard Belzi, Individually and as Personal Representative of the Estate of Patricia Belzi, deceased, and as legal guardian and parent of A.B., minor vs. Plantation General Hospital Limited Partnership d/b/a Plantation General Hospital; Andrew Agbi, Docket No.:, et als., on behalf of the plaintiff, State

**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

of Florida, Division of Administrative Hearings: Docket No.: 15-3711MA, Fort Lauderdale, Florida, July 28, 2016.

Metehan Kutbettin Erim Arbitration vs. J.P Morgan Securities LLC aka JPMorgan Chase & Co., Manuel Ruiz, Michael Ayerov, Craig Alan Pruett, et als., Law Office of Jason LeBoeuf, Livingston, New Jersey, July 26, 2016.

Evelyn Rodriguez, vs. Raritan Bay Medical Center, Michael Sears, DPM, John Kramer, DPM, et al., on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Middlesex County, Docket No.: MID-L-2809-11, July 15, 2016.

Przemyslaw Ksepka, vs. The City of New York, et al., on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 111542-10, July 12, 2016.

Zulfiqar Ali vs. Belcrest Apartments LLC, on behalf of the plaintiff, Supreme Court of the State of New York, County of Kings, Index No.: 11394-13, June 13, 2016.

Joan Pykosh, individually and as Executrix of the Estate of Michael Pykosh vs. James Najarian, M.D., and John Doe 1-100, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Morris County, Docket No.: MRS-L-757-13, May 18, 2016.

Juana Fernandez, as Administrator Ad Prosequendum of Miguel A. Marte vs. Al & John, Inc. T/a Glen Rock Ham, John Does 1-10, ABC Corp 1-5 (name being fictitious), on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Essex County, Docket No.: ESX-L-8931-12, May 12, 2016.

Timothy Habersham, vs. Jimmy Seenath & Rye Ambulette Transport, Inc., on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Docket No.: 305541/10, May 11, 2016.

Rene H. Manlapig, et al. vs. Jeremy Horace Jupiter, et al., on behalf of the plaintiff, United States District Court, Southern District of New York, Docket No.: 14 CV-235-LGS, May 9, 2016.

Janet Nunez vs. Wells Fargo Bank, United Counties, Thomas Reuters, John Doe ( name being fictitious) and ABC Corp. (name being fictitious), on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Union County, Docket No.: UNN-L-2972-13, April, 28, 2016.

Peter Liquari and Rebecca Liquari vs. Jennifer Combs, Procura Management Inc., et al., on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Monmouth County, Docket No.: MON-L-327-13, April 21, 2016.



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Richard Evans vs. Yonkers Contracting Company, Inc., Gotham Construction Company, LLC, River Place III, LLC, and Silverstein Properties, Inc., on behalf of the plaintiff, Supreme Court of New York, County of New York, Docket No.: 107866/09, April 18 and 19, 2016.

John Amico, as Administrator of the Estate of Jennifer Amico, and John Amico, Individually, vs. Sanjaya JHA, M.D., and Michael Yen, M.D., and Hudson Valley Cardiovascular Associates, P.C., on behalf of the plaintiff, Supreme Court of the State of New York, County of Dutchess, Docket No.: 2013/771, April 15, 2016.

Anthony J. Lucca and Toni Lucca vs. Mary A. Sorenson, on behalf of the plaintiff, United States District Court, District of New Jersey, Docket No.: 1:12-cv-05890-JHR-KMW, March 24, 2016.

Jose Gonzalez vs. County of Hudson, Hudson County Sheriff's Department, Sheriff Frank X. Schillari, individually and in his official capacity, Chief Andrew Conti, Captain William Joy, Captain Thomas Cerwinski, et al., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Hudson County, Docket No.: HUD-L-2353-13, March 23, 2016.

Vanessa Russy and Lee Russy vs. Hackensack University Medical Center and Jeffrey Barrata, D.O., on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Bergen County, Docket No.: BER-L-L3606-12, March 21, 2016.

Thomas Phillips vs. Powercraft Corporation, Von Rohr Equipment Corp. & KMCP, LLC, on behalf of the plaintiff,   Supreme Court of The State of New York, County of Bronx, Docket No.: 300459/10, March 17, 2016.

Sally Walker Kelly, Administratrix Ad Prosequendum of the Estate of John Becker Kelly, and Sally Walker Kelly, Individually vs. Atlantic Health System, Inc., Morristown Medical Center, Emergency Medical Associates of New Jersey, PA., Steven P. Gohsler, M.D., Alfredo Tapia, M.D., et al., on behalf of the plaintiff, Superior Court of New Jersey, Law, Divison: Morris County, Docket No.: MRS-2862-11, March 15, 2016.

Mary Jean Alsina vs. Millburn Township Schools/Board of Education and John Does 1-10, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Essex County, Docket No.: ESX-3020-13, March 7, 2016.

Mary Jean Alsina vs. Millburn Township Schools/Board of Education and John Does 1-10, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Essex County, Docket No.: ESX-3020-13, March 1, 2016.

Michael J. Pulaski, Individually and as Administrator of the Estate of Sarah E. Pulaski, deceased and



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Rene Paradis vs. Children's Hospital of Philadelphia, Children's Hospital of Philadelphia Practice Association and Children's Health Care Associates, Inc., on behalf of the plaintiff, Court of Common Pleas Philadelphia, County Civil Division- Law: Docket No.: 13080250, February 10, 2016.

Paul Darcy vs. SL Green Realty Corp., 673 First Avenue Associates L.P., 673 First Associates, L.P., Yates Restoration Group LTD and Barr & Barr, Inc., on behalf of the plaintiff, Supreme Court of The State of New York, County of the Bronx: Docket No.: 304063/2012, January 27, 2016.

Eugene Stolowski vs. 234 East 178th Street, LLC, and the City of New York, on behalf of the plaintiff, Supreme Court of The State of New York, County of the Bronx: Part IA-2 : Docket No.: 8850/05, January 13, 2016.

Estate of Joseph G. DiBernardo vs. 234 East 178th Street, LLC, and the City of New York, on behalf of the plaintiff, Supreme Court of The State of New York, County of the Bronx: Part IA-2, Docket No.: 8850/05, January 13, 2016.

Joseph G. Cool, Sr. vs. 234 East 178th Street, LLC, and the City of New York, on behalf of the plaintiff, Supreme Court of The State of New York, County of the Bronx: Part IA-2 , Docket No.: 8850/05, January 13, 2016.

Eileen Bellew, as Administratrix of the Estate of John G. Bellew vs. 234 East 178th Street, LLC, and the City of New York, on behalf of the plaintiff, Supreme Court of The State of New York, County of the Bronx: Part IA-2 , Docket No.: 8850/05, January 13, 2016.

Tiffany D. Cianci vs. FSB Operating Company, LLC, d/b/a Four Seasons Hotel Baltimore, on behalf of the plaintiff, de bene esse deposition, Livingston, New Jersey, In the Circuit Court for Baltimore City, Docket No.: 24-C-14-004979, January 6, 2016.

Michael Newland and Vernisea Newland vs. David Ward, Allied Surgical Group, P.A., Somerset Medical Center, Richard Wittenborn, John/Jane Doe Physicians 1-10, and John/Jane Doe Healthcare Providers 1-10, on behalf of the plaintiff, Superior Court of New Jersey Law, Division: Middlesex County, Docket No.: MID-L-8303-11, January 4, 2016.

Mushander Brown vs. Metropolitan Transit Authority, New York City Transit Authority, The City of New York, Ronnie Hamlin and Betty J. Foster, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Docket No.: 115539/2008, December 15, 2015.

Ana Espinal vs. New York City Health & Hospitals Corporation, on behalf of the plaintiff, Supreme Court of The State of New York, County of Queens: Part 15, Docket No.: 11336-08, November 18,



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

2015.

Claudia Burzichelli and Robert Burzichelli vs. Carole Lytle, M.D., Bridgewater Medical Group, Bernard Terry, M.D., Associated Radiologists, P.A., et al., on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Middlesex County, Docket No.: MID-5438-12, November 13, 2015.

Chaya Morrison and Raymond Morrison vs. Alan Miller, M.D., John Lloyd, M.D., Daniel Wambold, M.D., Bergen Orthopaedic Surgery and Sports Medicine, P.A., The Valley Hospital, Valley Health System, John Does 1 through 100, et al., on behalf of the plaintiff, Superior Court Of New Jersey, Law Division: Ocean County, Docket No.: OCN-L-403-12, October 26, 2015.

Bienvenido Velasquez vs. United States Postal Services, United States of America, and Jane Doe, on behalf of the plaintiff, United States District Court, Eastern District of New York, Docket No.: 14-CV-1397, October 14, 2015.

Francine Comforto, As Administratrix of the Estate of Paul G. Comforto, Deceased and Francine Comforto, Individually vs. Rosetta Grella, M.D. and Joshi Abraham John, M.D., North Shore Syosset Hospital and Eugenio Tassy, on behalf of the plaintiff, Supreme Court of The State of New York, County of Nassau, Docket No.:48758-11, Re-trial September 22, 2015.

Bahadur Singh and Harbinder Singh, H/W; Sukhwant and Jagdev Kaur, H/W; and Ajaib Singh and Mandee Singh, H/W vs. Thomas Alfano, Julia Alfano, Gurmeet Singh, John Doe (1-10) and John Doe Entities (1-10), individually, jointly, severally and/or in the alternative, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Mercer County, Docket No.: MER-L-666-11, September 9, 2015.

William Adams vs. Randy W. Edwards, Enterprise Rent-A-Car Company, Inc., Elrac, Inc., Cambridge Integrated Services Group, Inc., Brandon Edwards, Estate of Marvin J. Gustafuson, Foremost Insurance Company, and John Doe, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Warren County, Docket No.: WRN-L-7-10, August 6, 2015.

Dennis Lipinski Administrator of the Estate of Erica Leibowitz-Lipinski, deceased vs. Edward T. Krupp, M.D.; Crescent Internal Medicine Group, LLC, et al., on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Essex County, Docket No.: ESX-L-5645-12, July 21, 2015.

Michael Parker Administrator and Administrator Ad Prosequendum for the Estate of Mildred Parker; and Michael Parker, individually vs. Basel Bataresh, M.D., et al., on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Passaic County, Docket No.: PAS-2082-11, July 16, and 21, 2015.



## Kristin Kucsma, M.A.

### Trial, Arbitration and Mediation Testimony

Christopher Marconi vs. First Quality Properties I, LLC, First Quality Enterprise Inc., Haleh Damaghi and Kambiz Damaghi, on behalf of the plaintiff, United States District Court, Eastern District of New York, Docket No.: 13CV5367, June 29-30, 2015.

Kia Song Tang vs. Glocap Search LLC, and Adam Zoia, on behalf of the plaintiff, United States District Court, Southern District of New York, Docket No.: 14CV1108, June 23, 2015.

Sylvia Davis vs. CPS 1Realty Group LLC, and Tishman Construction Corp., on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 100485/08, June 19, 2015.

Dewon Wilson vs. Joseph Giacomo, Carmel Giacomo, Renaissance at Raritan Valley-Franklin Township, New Jersey, ABC Corporation 1-10; and John Doe, 1-10 (owners, tenants, or other entity or person responsible for maintenance and/or snow/ice removal at 24 Esplanade Drive, Somerset, New Jersey), on behalf of the plaintiff, Superior Court of New Jersey, Law-Division: Middlesex County, Docket No.: MID-L-7351-12, June 16, 2015.

Celso Roberto Planta vs. Edwards S. Martin 3rd and John Doe, first and last names are being fictitious and unknown to plaintiff, on behalf of the plaintiff, Supreme Court of The State of New York, County of Queens, Index No.: 24272/12, June 16, 2015.

Albert Wolf vs. Fujitsu America, Inc., John Does 1-10, said names being fictitious individuals; Jane Does 1-10, said names being fictitious individuals; ABC Corps. 1-10, said names being fictitious corporations or business organizations; and ABC Entities 1-10, said names being fictitious entities or business organizations, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Bergen County, Docket No.: BER-340-13, June 8, 2015.

Robert Bump and Mary Rose Bump vs. Michael Yen, M.D., Lee Marcus, M.D., The Heart Center and Vassar Brothers Medical Center, on behalf of the plaintiff, Supreme Court of The State of New York, County of Duchess, June 2, 2015.

Carol Ann Evangelou vs. New Jersey Manufacturers Insurance Company, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Bergen County, Docket No.: BER-L1412-13, May 28, 2015.

Robert Ronceray vs. Township of Millburn & Township of Millburn Police Department, on behalf of the plaintiff, Superior court of New Jersey, Law Division: Essex County, Docket No.: ESX-L-5495-12, May 26, 2015.

Mary Beth Daras, Individually, and as Executrix of the Estate of Chris J. Daras vs. Thomas R.



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Murray, M.D., Anesthesia Associates of Morristown, P.A.; Atlantic Cardiology Group LLP; AHS Hospital Corporation, et al., on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Morris County, Docket No.: MRS-L-1390-11, May 14, 2015.

Anthony Matsur vs. Chase Investment Services Corp., Alberto Chavez, John Cholankeril, Heidi Emmert Respondent, FINRA Dispute Resolution Arbitration No.: 11-04242, on behalf of the claimant, Berkan Garth De Santiago-Keene Law Office, Newark, New Jersey May 11, 2015.

Jeffrey S. Downs, Esq. vs. Anapol Schwartz, PC, Sol Weiss, Esq., Joel Feldman, Esq., Michael Monheit, Esq., Mark J. LeWinter, and Raynes McCarty, PC, Stephen R. Haynes, Esq., Martin K. Brigham, Esq., Harold I Goodman, Esq.,on behalf of the plaintiff, United States District Court, District of Pennsylvania, Docket No.: 2:14-cv-00630, May 7, 2015.

Juan Vargas vs. Peter Scalamandre & Sons, Inc., Ferrara Bros. Building Materials Corp., RAD & D'Aprile Construction Corp., Total Safety Consulting, LLC, and Ab Green Gansevoort, LLC, personal injury, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Docket No.: 302608/08, May 6, 2015.

Ronald Denig and Jennifer Denig vs. Mohammed Ishaq, John Doe 1-5 and XYZ Corporation 1-10, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Middlesex County, Docket No.: MID-L-2406-12, April 28, 2015.

Sara Machicado a/a/o the Estate of Jose Machicado, deceased, Sara Machicado, Individually, David Machicado, an infant by his mother Sara Machicado, and Sheila Machicado vs. Donna Paradise, Town of North Hempstead, John Doe & Doe d/b/a Doe Landscaping Co., on behalf of the plaintiff, Supreme Court of The State of New York, County of Nassau, Docket No.: 5767/09, April 24, 2015.

Chaya Applegrad, a Minor by Her Mother and Guardian ad Litem, Esther Applegrad, Individually and Gedalia Applegrad individually, vs. Eric Bentolila, M.D., an individual, Valley Hospital, an entity, Kourtney Kaczmarski, R.N.M an individual, Mary Brow, an individual, Yie Hsien Chu, M.D, an individual, John Does 1-10 and Jane Does 3-10, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Passaic County, Docket No.: PAS-L-908-08, April 13 and April 14, 2015.

Darlene Briscoe and Daniel Flynn vs. Elrac, Inc., Enterprise Rent-A-Car Company and Michael Agricola, on behalf of the plaintiff, Supreme Court of The State of New York, County of Nassau, Docket No.: 005864/09, March 23 and March 24, 2015.

Anthony Bianco, an infant by his Mother and Natural Guardian, Maura Bianco vs. Steven R. Sherwin, Jennifer H. Johnson, Seth Plancher and Winthrop University Hospital, on behalf of the plaintiff, Supreme Court of The State of New York, County of Nassau, Docket No.: 601321/09,

**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

March 23, 2015.

Alexandra Rodriguez vs. Joselito Rivera and or John Doe #1-6, Bryan C. Distefano, Jennifer M. Mikula, jointly, severally and or in the alternative, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Gloucester County, Docket No.: GLO-L-811-12, March 4, 2015.

Raymond Kurz and Susanna Kurz vs. St. Francis Hospital, Roslyn, New York, Cardiothoracic Surgery, P.C., Harold A. Fernandez, M.D., The Interventional Heart Group PLLC, Antonio P. Madrid, Joseph Minadeo, M.D., Manhasset Opthalmology, P.C., Robert Broderick, M.D., and Laura Schoenberg, M.D., on behalf of the plaintiff, Supreme Court of the State of New York, County of Nassau, Docket No.: 10-11604, February 24, 2015.

Albert Leip, Jr. vs. Princeton University, Sordoni Skanska Construction Company, Inc., Central Metals, Inc., John Does and Jane Does (fictitious designations, ABC Partnerships (fictitious designations), ABC Company (fictitious designations), and Defendant Company (fictitious designations), on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Mercer County, Docket No.: MER-L-002564-07, February 5, 2015.

Richard Chisholm and A. Katherine Chisholm, his spouse, vs. R.T. Vanderbilt Company, Inc., Individually and as successor interest to Gouverneur Tale Company, Inc., on behalf of the plaintiff, Supreme Court of the State of New York, County of Schenectady, Docket No.: 2012-1056, January 28, 2015.

Estate of Perlet Abuaf, by her Administratrix, Niso Abuaf and Niso Abuaf, Individually, vs. Saint Barnabas Medical Center, Saint Barnabas Health Care System, Elizabeth Junker, M.D., Mark Goldberg, M.D; Consultants in Cardiology, Ruchika Singla, M.D., Amit Malhotra, and Elizabeth Bella, N.P, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Essex County Docket No.: ESX-L-9278-11, January 15, 2015.

Francine Comforto, As Administratrix of the Estate of Paul G. Comforto, Deceased and Francine Comforto, Individually vs. Rosetta Grella, M.D. and Joshi Abraham John, M.D., North Shore Syosset Hospital and Eugenio Tassy, on behalf of the plaintiff, Supreme Court of The State of New York, County of Nassau, Docket No.:48758-11, January 9, 2015.

Martino Caretto, as General Administrator; and Administrator ad Prosequendum of the Estate of Richard Caretto vs. Richard M. Sostowski, M.D., John Doe, M.D.'s 1-5 and ABC Psychiatry Groups (unknown persons/entities and fictitious names), on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Essex County, Docket No.: ESX-L-8574-10, January 7, 2015.

Matthew Keefe vs. Xavier Fernandez, Christina A. Impelletiere, Borough of Ridgefield, Ridgefield



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Fire Department, Trustees of Ridgefield Ladder Company No.: 1, Gary Chartoff, Andrew Chartoff, Federico Faria, Jimmy D's Blues Saloon, Ana Mayers, State of New Jersey, New Jersey Department of Transportation, County of Bergen, Borough of Teterboro, Borough of Moonachie, Township of South Hackensack, New Jersey Meadowlands Commission, Melissa Chartoff, Tais Hernandez, Amy Chartoff, John Doe 1-5, Jane Doe 1-5, ABC Corp 1-10, Bob Boe1-10, Rob Roe 1-10, DEF Corp 1-10, Mary Moe 4-10, and GEF Corp 1-10 ( the last eight being fictitious designations), on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Bergen County, Docket No.: BER-L-2250-11, January, 6, 2015.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Luz A. Nunez vs. Mordecai D. Katz, John Doe 1-10 and XYZ Corp. 1-10 (fictitious names for persons and/or entities as yet unidentified), Docket No.: BER-L-6279-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, December 19, 2018.

Kenneth Klapak vs. Pacific Press Technologies LLC, Quality Products Inc., Case No.: 16-cv-2120, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension benefits, cost of health insurance, and household services, December 17, 2018.

Pedrina Lopez Aguilar, as Administrator Ad Prosequendum of the Estate of Jose A. Aguilar vs. Donald J. Ross, Wisniewski Trucking Corporation, John Doe 1-5, ABC Companies 1-5 and XYZ Corporation, (said names being fictitious and unknown), Docket No.: MRS-L-2190-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to children in past years, adjusted income to children in future years, household services to sister in past years, household services to children in future years, companionship services to children in future years, and advice and counsel services to children in future years, December 14, 2018.

Corrine DeKeukelaere, Administratrix of the Estate of James M. DeKeukelaere, and Corrine DeKeukelaere Individually vs. Shankar Srinivasan, M.D., Immediate Care Psychiatric Center, john Doe and Jane Doe (1-100) and ABC Corp (1-100) (fictitious names/entities unknown), Docket No: MOR-L-122-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, adjusted pension income, household services, companionship services to spouse, nighttime (on-site, on call) companionship services to family, companionship services to daughter, advice and counsel services to spouse, and advice and counsel services to daughter, December 11, 2018.

Tamara Bell vs. Shop Rite and/or John Doe One and John Doe Two, fictitious names, i/j/s/a Docket No.: CUM-L-42-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, December 11, 2018.

Ralph Iacobelli, Administrator ad Prosequendum of the Estate of Dominick Iacobelli, and Angelina Iacobelli vs. Mikaelie Marseille, Comfort Keepers, Charles Molinaro, John Doe (1-3) and Richard Roe, Inc. (1-5) (Fictitious Defendants), Docket No.: ESX-L-2062-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted Social Security retirement income, incremental cost of facility care, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, November 30, 2018.



# Kristin Kucsma, M.A.

### *Deposition Testimony*

Mary Murphy-Clagett as Temporary Administrator for the Estate of Pietro Macaluso vs. A.O. Smith Corporation, et al., Index No.: 190311/2015, Livingston, New Jersey, on behalf of the plaintiff, 50-B Analysis, November 29, 2018.

Dennis Reardon and Susan Reardon, his wife vs. Venkata K. Jonna, MD, St. Peter's Physician Associates, St. Peter's University Hospital, John Doe/Jane Doe, MD, I-V (said names being fictitious, true identities presently unknown), XYZ Corporation, I-V (said names being fictitious, true identities presently unknown), Docket No.: MID-L-2424-17, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, net pension benefits, and Social Security retirement benefits, November 28, 2018.

John Christopher Butler vs. Ravi Suria, Civil Action No.: 1:17-CV-3077, Livingston, New Jersey, on behalf of the defendant, opinion regarding loan agreements and interest rates, November 27, 2018.

David A. Joffe vs. King & Spalding LLP, Civil Action No.: 17-CV-03392 (VEC), New York, New York, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, November 20, 2018.

Richard Sanders vs. Jason Schuchman, Felicia Schuchman, John Does I-X, (said names being fictitious, true names presently unknown), ABC Employer I-X (said names fictitious, true names presently unknown), Docket No.: MID-L-3057-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, November 19, 2018.

Estate of Samir Mikhail by Elizabeth Mikhail as Administrator Ad Prosequendum of the Estate of Samir Mikhail, and Elizabeth Mikhail vs. George J. Ciechanowski, M.D.; Preston A. Hupart, D.O.; Total Cardiology Care; RWJ Barnabas Health; John Does 1-100 (representing presently unknown healthcare providers; including, but not limited to, doctors, nurses, technicians, etc.); Jane Does 1-100 (representing presently unknown healthcare providers; including, but not limited to, doctors, nurses, technicians, etc.); ABC Corps. 1-100 (representing presently unknown facilities or entities who rendered care ot the Plaintiff) and Doe Managed Care Company 1-100 (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual Defendants in this matter or with Plaintiff's care and vicariously, directly or administratively responsible for the other medical providers actions or failures or Plaintiff's injuries), et. al, Docket No.: HUD-L-4487-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, November 19, 2018.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Alan Fernando Reyes, an infant, by his Guardian Ad Litem, Jenny Collahuazo and Jenny Collahuazo, individually vs. Paula M. Barcia, M.D., Paula Barcia-Pena, M.D., Newark Beth Israel Medical Center, John Doe (name being fictitious) and ABC Corp (name being fictitious), Docket No.: ESX-L-6400-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings, November 15, 2018.

Jeffrey Bowie vs. Costco Wholesale Corporation, Bruce Dzeneorf, and John and Jane Does 1-10 (fictitious names), Civil Action No.: 3:16-CV-05808-BRM-LHG, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, November 14, 2018.

John Gleeson, in His Own Right and as Co-Administrator of the Estate of John P. Gleeson Deceased, Margaret Gleeson, in Her Own Right and as Co-Administrator of the Estate of John P. Gleeson, Deceased, and Donna Dempsey, on behalf of and as the Natural Parent and Guardian of the Property of both E.A.G., an Infant, and J.P.G, an Infant vs. County of Nassau, Nassau County Correctional Center, Nassau County Sheriff's Department, Michael J. Sposato, Individually, and as Sheriff of Nassau County, Armor Correctional Health Services, Inc., Armor correctional Health Services of New York, Inc., Nassau County Corrections Officers, "John Does 1-10," in their Individual and Official Capacities, Armor Correctional Health Services, Inc., Employees and Agents, "John and Jane Does 11-20," in their Individual and Official Capacities, Case No.: 15-CV-06487, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, household services, and parental nurturing and guidance services, October 19, 2018.

Jean Derisse, Individually and as Administrator and Administrator Ad Prosequendum of the Estate of Kerene Derisse, deceased vs. William Sloan, M.D., Affiliates in Gastroenterology, Howard Berman, M.D., and John Does 1-10, (fictitious names, true names being unknown), Docket No.: ESX-L-5022-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, adjusted pension income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, October 2, 2018.

Michelango Malleo vs. Abbvie Inc., Civil Action No.: 3:17-cv-00784-JCH, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension benefits, RSU awards, and compensation for excess taxes, October 1, 2018.

Michelle and Richard Chapman vs. BASF Catalysts, LLC, et al., Docket No.: MID-L-2911-17 AS, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted earnings/income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, September 25, 2018.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Ricardo Rimondi and Pilar Rimondi vs. BASF Catalysts, LLC, et al., Docket No.: MID-L-2911-17, AS, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted SSD and pension income, household services, companionship services to spouse, companionship services to sons, advice and counsel services to spouse, and advice and counsel services to sons, September 25, 2018.

Joanna Ruman and Jacenty Ruman vs. BASF Catalysts, LLC, et al., Docket No.: MID-L-2919-17 AS, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings/income, household services, companionship services to spouse, companionship services to daughters, advice and counsel services to spouse, and advice and counsel services to daughters, September 25, 2018.

Olivia M. Archer vs. Carol Trolano, R.N., Cheryl Conlin, R.N., Linda Rosenzweig, R.N., Rita Lyman-Sicilia, C.R.N.A., Antonios Thalassinos, D.O., Cape Regional Medical Center, Physician Associates, Cape Regional Health System, et al., Docket No.: CPM-L-565-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings, pension benefits, cost of health insurance, and household services, September 19, 2018.

Donna Cappadona vs. Trinitas Regional Medical Center, and John Does 1-5, Docket No.: BER-L-2057-17, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings, pension benefits, and household services, September 18, 2018.

Kenneth Franco, an alleged incapacitated individual, by his Guardians Ad Litem, Cecilia Griglak and Patrick Griglak, and Cecilia Griglak and Patrick Griglak, Individually, vs. Fairleigh Dickinson University, Abe Bow (1-3 fictitiously named), John Vin (1-3 of them - fictitiously named), Def Company (1-10 fictitiously named), Upsilon Hexaton Chapter of Phi Sigma Kappa Fraternity, The Grand Chapter of Phi Sigma Kappa, Inc., ABC Company (1-10 names being fictitious), et al., Docket No.: BER-L-5362-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings and cost of lifetime care, September 14, 2018.

Damara Scott, vs. Patrick Pignatello, PNC Financial Services Corporation, John Does 1-20, Jane Does 1-20, ABC Corporations 1-10, and XYZ Corporations 1-10, Docket No.: ESX-L-7276-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, household services, and future medical care, September 10, 2018.

Estate of Elizabeth Fuehring, by the Administratrix Ad Prosequendum, Sarah Slanovec, and Sarah Slanovec, Individually, vs. CPP Streets of Chester, LLC d/b/a The Streets of Chester Shopping Center, Historic Chester Business Association, Inc., Hideaway Farm LLC, Centurion Shield Protection Services, LLC, State Shuttle, Inc., Alstede's Farm, LLC, Neil McWilliams, Anthony Tomilson, Toni Perry, and/or The Write Direction, LLC, ABC Corporations 1-10, and John Does 1-10, Docket No.: MRS-L-2780-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful

## Kristin Kucsma, M.A.

### *Deposition Testimony*

death proceeding, opinion regarding financial support to parents, companionship services to parents, and advice and counsel services to parents, August 29, 2018.

Isabelle Parham, Individually and as Administratrix Ad Prosequendum of the Estate of John E. Parham and Isabelle Parham, Individually, per quo, vs. The City of Hackensack, New Jersey, a Municipal Corporation of the State of New Jersey, County of Bergen, its Officials, Employees and/or agents, Stephen Ochman, Individually and as a Police Officer of the City of Hackensack, and Salvatore DeAngelis, Docket No.: BER-L-1527-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, companionship services to son, advice and counsel services to spouse, and advice and counsel services to son, August 24, 2018.

Delia Carracedo, Guardian of Antonio Raphael Carracedo, a minor, and Delia Carracedo, Administrator Ad Prosequendum of the Estate of Rafael Carracedo, deceased, vs. Martin P. Mayer, M.D., John Does 1-20 (fictitious names representing as yet unidentified individuals, including physicians), ABC Corp. 1-20 (fictitious names representing as yet unidentified business entities, Docket No.: MID-L-657-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, companionship services to son, and advice and counsel services to son, August 23, 2018.

Christine Broadley and Beau Broadley, Her Husband, vs. Labcorp., John Does A-Z (said names being fictitious as their identities are presently unknown), and Jane Does A-Z (said names being fictitious as their identities are presently unknown), Docket No.: MON-L-2171-15, Morristown, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, August 22, 2018.

Susan DeFlorio, as Administratrix Ad Prosequendum for the Heirs at Law of Paul DeFlorio, Deceased, as Adminstratrix of the Estate of Paul DeFlorio, Deceased and Individually, vs. Cooper University Healthcare, Cooper University Hospital, Jon S. Heist, D.O.. P.A., Jon S. Heist, D.O., John Does I to C, Jane Does I to C, John Does Incorporated I to C, John Does Professional Assoc. I to C, John Does Partnerships I to C, and John Does Institutional I to C, Fictitious and Unidentified Medical Personnel, Corporations, Professional Associations, Partnership and Institutions, Individually, Jointly and in the Alternative, Docket No.: GLO-L-639-016, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, nighttime on-site, on call (companion) services to spouse, and advice and counsel services to spouse, August 20, 2018.

Linda Denise Folsom vs. Empire International, Ltd., a New Jersey Corporation doing business as Empirecls Worldwide Chauffeured Services, Empirecls Worldwide Chauffeured Services, a Foreign Corporation, and Mayurkumar Patel, Civil Action No.: 16-cv-8068-LAK, New York, New York, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and household services, August 14, 2018.

# Kristin Kucsma, M.A.

## *Deposition Testimony*

Estate of Erika Coro Chimbana, deceased, by Administrator and Administrator Ad Prosequendum Mirian Bailon and Zoila Chimbana and Michael Coro, vs. Barnabas Health, Newark Israel Medical Center, Sadie Mirabel D.O., Stephen Amaefuna, M.D., John Does, M.D., 1-5 and Jane Does, R.N. 1-5 (class of fictitiously named defendants), and Doe Physician Group. PA or Doe Physician Group, PC, or Doe Physician Managed Care Company (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers actions or failures or plaintiff's injury), Docket No.: ESX-L-190-16, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to parents, companionship services to parents, and advice and counsel services to parents, July 30, 2018.

Melissa Migut vs. State of New Jersey, Administrative Office of the Courts, Glenn A. Grant, J.A.D. in his capacity as the Acting Administrator Director of the Courts, Harvey M. Goldstein, in his capacity as the Manager of the Intensive Supervision Program and Jasper Reeves, in his capacity as Building Manager, Docket No.: MER-L-934-14, Princeton, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, net pension benefits, and compensation for excess taxes, July 25, 2018.

Deana Zingrone and Charles Zingrone vs. The William W. Backus Hospital and/or its servants, agents, apparent agents and/or employees, Nader M. Bahadory, DO and/or his servants, agents, apparent agents and/or employees, Matthew J Spates, MD, and/or his servants, agents, apparent agents and/or employees, Faisal Nagarwala, MD and/or his servants, agents, apparent agents and/or employees, Nathaniel Dueker, MD and/or his servants, agents, apparent agents and/or employees, John P. Tauro, DO, DC and/or his servants, agents, apparent agents and/or employees, No.: CV 15 6025590 S, New York, New York, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and household services, July 24, 2018.

Judith Schaper vs. The Bronx Lebanon Hospital Center and Carol Wilson, Index No.: 17-CV-01246, White Plains, New York, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension benefits, and compensation for excess taxes, July 17, 2018.

Karrie Kolesar as Personal Representative of the Estate of Thomas G. Kolesar, Deceased and Karrie Kolesar, as Adminstratrix Ad Prosequendum of the Estate of Thomas G. Kolesar, Deceased, vs. Michael A. Cascarina, M.D., Laura M. Tesoriero, M.D., Our Family Practice, LLC, John/Jane Doe #1-5 c/o Our Family Practice, LLC, Community Medical Center and Barnabas Health, Docket No.: OCN-L-1108-15, Shrewsbury, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, companionship services to daughters, and advice and counsel to daughters, July 9, 2018.

SOBEL TINARI
ECONOMICS GROUP

# Kristin Kucsma, M.A.

## *Deposition Testimony*

Rosalyn Williams, Individually and as Administrator ad Prosequendum of the Estate of Daryll Williams vs. Brian Johnson, Kadian Brodley, Barbara Bennett-Brodley, Gennadiy Monich, MZ Express, Inc., Lisa Beam, Donald Wroten, Sr., Mountaire Farms, Inc., Wei Lin, Oriental Pearl Travel, Inc., Robert Deiner, Robin Deiner, Shu Zhang, Michael Aulisio, Jacob Reed, LLP Transport, LLC, Richard Wehrhan, Enterprise FM Trust Lease, Pablo Vizcaino-Paulino, RTV Trucking, LLC, Major Kumar, All American Recycling Co., Francesco Fabrizio, Penske Leasing and Rental, Lun D. Chen, Lun K. Chen, Wendell Powell, Hub Truck Rental, Fezhong Chen, Murat Okur, Delphia Distribution, Inc., John Does 1-40, ABC Corps. 1-40, Docket No.: MID-L- 2609-16, Roseland, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, pension income, cost of health insurance, household services, companionship services to spouse, and advice and counsel services to spouse, June 29, 2018.

Danielle Dodds vs. Live Nation Entertainment, Inc., Richard Santiago, Arbitration Demand, telephone deposition, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, June 26, 2018.

David Jones vs. Peter Park, M.D., Alfonso Ciervo, M.D., Innovative Vascular Health Group, Christopher Spagnuola, M.D., Monmouth Medical Center, John Does (fictitious names of those persons whose true identities and/or culpability are not presently known, who participated in plaintiff's medical surgical radiological and nursing care March, April, May and June 2011), Seaview Orthopedics and Medical Associates, ABC Groups (fictitious name of any group practice association, entity of whom or which any individual defendant is an agent, servant or employee) and Jane Roes (fictitious names of those persons whose true identities and/or culpability are not presently known, who participated in plaintiff's medical surgical radiological and nursing care March, April, May and June 2011), Docket No.: MON-L-1060-13, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, June 21, 2018.

Allyson Sexton, etc., et al., vs. Anthony V. Rizzetta, D.O., et al., Docket No.: 1:15-CV-03181 RBK, AMD, Mt. Laurel, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, June 18, 2018.

Priyashri Nayak vs. Bayer Healthcare LLC, & Jerry Meisel, Docket No.: MRS-L-1780-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and pre-termination equity benefits, June 15, 2018.

K. Doe vs. Kurt Ludwigsen, in his individual capacity, Kristen Lambertson, in her individual capacity, Michael G. Scales, individually and as President of Nyack College, David G. Jennings, individually and as Executive Vice President of Nyack College, Keith Davie, individually and as Athletic Director for Nyack College, Amanda Aikens, individually and as Assistant Athletic Director for Nyack College, Taylor Brown, individually and as Assistant Softball Coach for Nyack

## Kristin Kucsma, M.A.

### *Deposition Testimony*

College, Nyack College, and Does 1-10, Case No.: 7:15-cv-07822-CS, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted pre-injury earnings in future years, and adjusted post-injury earnings in future years, June 12, 2018.

Kerri Prettitore, by her GAL Glenn Prettitore, and Glenn Prettitore individually, vs. Louise Ligresti, M.D., Valley Medical Group, Valley Health Systems, Valley Hospital, et. al, Docket No.: BER-L-1391-16, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of lifetime care, care services, household services, and nighttime (on-site, on-call) services to spouse, June 7, 2018.

Shavon Gaddie, Executrix of the Estate of Gloria Gaddie, deceased, vs. Ilia Segal, M.D., Pulmonary & Critical Care Associates, LLC, Alan Heideman, M.D., Millburn Medical Imaging, P.A., John Does (fictitious names of healthcare providers whose identities and culpability are not presently known who were involved in any way in causing a delay in diagnosis of decedent's condition), ABC Groups (fictitious names of any group, entity, partnership, business, corporation, of any kind, of which any defendant is an agent, servant or employee), Docket No.: ESX-L-6165-15, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, May 21, 2018.

Enrichetta Ravina vs. Columbia University, a/k/a The Trustees of Columbia University in the City of New York, and Geert Bekaert, Civ. No.: 1:16-cv-02137, New York, New York, on behalf of the defendant, employment discrimination proceeding, opinion regarding plaintiff's calculation of economic damages, May 16, 2018.

Raymond Bailey and Cordella Davids, his wife, Ira Delgado and Dorothy Miller, his wife, Frederick Fischer, Gregory Klein, Nicholas Warren and Maria Miller, his wife vs. Time Warner Cable Enterprise, LLC, Time Warner Cable, LLC, Time Warner Cable Company, Rob Marcus, Lynden Armogan, Daymion Montanez, Marielys Mejia, ABC Corp. 1-5, and/or John Doe 1-5, and/or Jane Doe 1-5, (the last three being fictitious designations), Docket No.: BER-L-10272-15,
Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension income, and compensation for excess taxes, May 15, 2018.

Kathleen Ryan, Guardian of Patricia O'Brien, an Incompetent and Rachel Constance, Spouse of Patricia O'Brien, by Civil Union vs. Richard D. Shih, M.D., Patrick Zimmerman, M.D., Kathryn Calmus-Frankel, M.D., Lorraine M. Kane, R.N., Tanya R. Parolari, R.N., Karen Galluzzo, R.N., Morristown Medical Center, Valerie G. McLaughlin, Jennifer L. Mazza, R.N., Heather D. Neidle, P.A., Monmouth Medical Center, John Does 1-5, and Jane Does 1-5, being fictitious names, Docket No.: ESX-L-7288-15, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, household services, and cost of lifetime care, May 14, 2018.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Maida Garabed, Individually and as Executrix of the Estate of Arka Garabed vs. Sheldon Eisenberg, M.D., Westwood Cardiology Associates, Hackensack University Medical Center Cardiovascular Partners, John Does (fictitious names of healthcare providers whose negligence contributed to the death of Arka Garabed by mechanisms not currently known and whose identities are not known) and ABC Groups (fictitious names of groups, entity and/or practice of which any defendant is an agent, servant or employee), Docket No.: BER-L-1317-16, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, adjusted Social Security income, household services, companionship services to spouse, companionship services to daughters, advice and counsel services to spouse, and advice and counsel services to daughters, May 2, 2018.

Dalila Czukerberg, (a/k/a/ Dalila Rosenstrauch) vs. Newark Public Schools, City of Newark, State of New Jersey, Regina V. Sharpe, individually, Henri Frederique, individually, and Cynthia Guinn, individually, Docket No.: ESX-L-8847-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, post-retirement health insurance, net pension income, and compensation for excess taxes, May 1, 2018.

Geraldo Herrera as the Administrator Ad Prosequendum of the Estate of Leslie Lebron, deceased, and Geraldo Herrera, individually vs. Edwin Kane, M.D., Michael Buckley, M.D., and St. Mary's Hospital, Docket No.: PAS-L-2922-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support, household services, companionship services to daughter and son, advice and counsel services to daughter and son, and cost of psychiatric care to daughter and son, April 27, 2018.

Cynthia Arteglier vs. Novo Nordisk, Inc. and Kevin Haimovitz, Docket No.: MID-L02173-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, April 26, 2018.

Kevin Olivares, by his guardian ad litem, Maria Olivares vs. Rasul Quardatullah, Umaya Ali, Middlesex Builders, Inc., et al., Docket No.: MID-L-6783-13, Shrewsbury, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings, and cost of lifetime care, April 11, 2018.

Min Amy Guo, vs. Novartis Pharmaceuticals Corporation, John Does 1-10 (fictitiously named), and XYZ Corporation 1-10 (fictitiously named), Docket No.: MRS-L-1486-14, Whippany, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, equity-based compensation, and compensation for excess taxes, April 6, 2018.

Carolyn M. Estrada vs. Paul G. Rivero and Camp Out, Inc., Docket No.: ESX-L-7557-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury matter, opinion regarding pre-injury earnings: adjusted earnings in past years, adjusted earnings in future years, pension benefits,

## Kristin Kucsma, M.A.

### *Deposition Testimony*

and cost of health insurance; post-injury earnings: adjusted earnings in past years, adjusted earnings in future years, and cost of lifetime care, March 26, 2018.

Estate of Landy Ortiz by Dorian Ortiz, the Administrator of the Estate of Landy Oritz, and Landy Ortiz, Individually vs. Adam Moises, M.D., John Doe, M.D., JFK Medical Center, ABC Inc., (fictitious entity), d/b/a JFK Medical Center, et als., Docket No.: MID-L-4235-15, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to brother, and advice and counsel services to brother, March 22, 2018.

Kelly A. Ramsay-Morrell vs. Paul G. Saccone, M.D., Carl Quillen, M.D./P.A., Barnabas Health Medical Group, Saint Clare's Hospital, Saint Clare's Health System, John Does 1-100, (representing presently unknown healthcare providers, including, but not limited to, doctors, nurses, technicians, etc.), ABC Corps. 1-100 (representing presently unknown facilities or entities who rendered care to the Plaintiff), et al., Docket No.: MRS-L-1816-16, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and household services, March 20, 2018.

Suzanne Ferrie and Patrick J. Ferrie vs. Lauren Murphy, R.N., A.P.N., Zubin Bamboat, M.D., Hackensack Radiology Group, P.A., Hackensack University Medical Center, Patrick Toth, M.D., John Doe(s), M.D., and/or Jane Doe(s) M.D., (fictitious names representing doctor who rendered treatment to plaintiff), Richard Roe(s) and Jane Roe(s), (fictitious names representing other medical professionals who rendered treatment to plaintiff, including but not limited to, medical personnel administering contrast materials on September 16, 2013), and/or ABC Corporation, (fictitious name representing corporate entities), their servants, agents, and/or representatives jointly, severally, or in the alternative, Docket No.: BER-L-7004-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in future years, and cost of lifetime care, March 18, 2018.

Ajay Saraswat vs. Business Integra, Inc., Selva Jayaraman, Pratibha Ramdoss, Jagan Parathasarathy, Case No.: 1:15-cv-04680, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted lifetime earnings, and compensation for excess taxes, March 16, 2018.

Cory Beach and Cherie Beach vs. United States of America, No.: 15 Civ 2732, New York, New York, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension income, cost of health insurance, post-retirement adjusted earnings in future years, and cost of lifetime care, March 15, 2018.

Michael B. Donohue and Anne Donohue, his wife vs. ABB, Inc., et al., Index No.: 190232/2017, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted pension income, household services, parental nurturing and guidance services, and guidance services to grandson, March 7, 2017.

## Kristin Kucsma, M.A.

### *Deposition Testimony*

Clara Ferebee, Individually, and as Administrator of the Estate of Tanya Davenport, Deceased vs. Bayer Corporation, Bayer Pharmaceuticals Corporation, Bayer Healthcare Pharmaceuticals Inc., Bayer Healthcare LLC, Bayer Healthcare AG, Berlex Laboratories, Inc., Berlex, Inc., and Bayer Schering Pharma, United States District Court Southern District of Illinois, Civil Action No. 3:10-cv-13322-DRH-PMF, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted income to children, household services, companionship services to children, and advice and counsel services to children, March 6, 2018.

Frank Alan Longley and Alice Longley vs. Daniel Zacharias, M.D., Daniel Zacharias, M.D. PC, John Does (fictitious names of healthcare providers whose identities and culpability are not presently known who were involved in any way in causing a delay in diagnosis of plaintiff's condition), ABC Groups (fictitious names of any group, entity, partnership, business, corporation of any kind, of which any defendant is an agent, servant or employee), Docket No.: ESX-L-1421-16, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding care services, household services, adjusted earnings in past years, and adjusted earnings in future years, February 27, 2018.

Estate of Carol Falcone vs. Chu, M.D., Docket No.: OCC-L-    , Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding Social Security Income, adjusted pension income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, February 23, 2018.

Lamont D. Parks and Jackie M. Parks vs. United States of America, No.: 15 Civ. 2735 (CS), New York, New York, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension income, projected private investigator-related earnings in future years, and cost of lifetime care, February 12, 2018.

Lynne M. Mele and Gale B. Giacalone-Tursini, Co-Executrix of The Estate of Leonard Giacalone, deceased vs. Angelo Piccirillo, Inc., d/b/a Angelo's Restaurant, John Does (1-10) (fictitious names representing unknown individuals), ABC Corporations 1-10 (fictitious names representing unknown entities), Docket No.: ESX-L-1046-16, Woodland Park, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding Social Security Retirement Income, household services, companionship services to spouse, special care services to spouse, nighttime on-site, on call (companionship) services to spouse, and advice and counsel services to spouse, January 23, 2018.

Keith Hudson vs. Town of Morristown, Karl Peter Demnitz, Individually and in his official capacity as Chief of Police, John Doe(s) 1-10, and XYZ Corp(s). 1-10, Docket No.: MRS-L-2343-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion



## Kristin Kucsma, M.A.

### *Deposition Testimony*

regarding adjusted on-call compensation in past years, adjusted on-call compensation in future years, transportation expenses, pension income, and compensation for excess taxes, January 23, 2018.

Sergio Hincapie, as Administrator of the Estate of Milena Echeverry vs. Estate of Jorge Echeverry, Dale A. Darlington, Penske Truck Leasing Co., and Penske Corporation, Docket No.: UNN-L-1381-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship services to sons, and advice and counsel services to sons, January 18, 2018.

Bria Albinder-Miletsky, an infant by her natural Mother and Guardian Ad Litem, Cindi Albinder-Miletsky, Cindi Albinder-Miletsky, individually and Jason Miletsky vs. Manuel Alvarez, M.D., R & R Perinatal Associates, Hackensack University Medical Center, Magdalena J. Pawlik, A.P.N, Monique P. Donnelly, R.P.N., John Does 1 though 10 (fictitious names, true identities unknown), Jane Does 1 through 10 (fictitious names, true identities unknown), Entities A through Z (fictitious names, true identities unknown), Docket No.: BER-L-4342-14, Livingston, New Jersey, wrongful death proceeding, opinion regarding lifetime adjusted earnings, and cost of lifetime care, January 12, 2018.

Tracy T. Tompkins-Martin, Administrator of the Estate of Joyce Anne Call Tompkins and Individually, vs. Manny E. Christakos, M.D., Medical Park Imaging of Wayne, Qiang Sun, M.D., Richard M. Flanzman, M.D., and John Doe M.D.'s, I through V (fictitious defendants), Docket No.: PAS-L-213-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, adjusted pension income, adjusted Social Security income, household services, companionship services to daughter, and advice and counsel services to daughter, January 8, 2017.

Lauren Camarinos, Michael D. Camarinos and Lauren Camarinos, Guardian Ad litem for Nicholas J.M. Camarinos, an infant, vs. Matthew S. Stokesbury and John T. Stokesbury, Docket No.: BER-L-8715-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding pre-injury adjusted earnings in future years, post-injury adjusted earnings in future years, cost of lifetime care, and household and childcare services, December 22, 2017.

Holly Maynard and James Maynard vs. Miguel A. Colon, Smith Transport, Inc., Raghavend Velakoti, Swetha Yatavelli, Roger A. Ranz, John Doe Incorporated 1-5, John Doe 1-5 (fictitious designations), Docket No.: MID-L-3736-16, Livingston, New Jersey, on behalf of the defendant, opinion regarding commentary on economic expert, December 21, 2017.

Carmella Moustafa, Administratrix ad Prosequendum on behalf of the Estate of Cristiano Bonner and as Guardian ad Litem for Bianca Bonner, an infant and Carmella Moustafa, Individually, vs. Troup and Walters, Inc., Jeffrey Troup, Catherine Troup, "ABC Corp. 1-5" and/or "Def Corp. 1-5" and/or "GHI Corp. 1-5" and/or "MNO Corp. 1-5" and/or "XYZ Corp. 1-5" and/or "John Doe 1-5" and/or "Jane Doe 1-5" (the last seven being fictitious designations), Docket No.: MRS-L-820-14,

## Kristin Kucsma, M.A.

### *Deposition Testimony*

Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings, and cost of lifetime care, December 21, 2017.

Samuel Mejia, Individually and as Administrator and Administrator Prosequendum of the Estate of Tania Mejia vs. Quest Diagnostics, John Does (fictitious names of persons reading interpreting or evaluating plaintiff's PAP smears), ABC Companies (fictitious names of companies or entities whose agents, servant and/or employees interpreted PAP smears or rendered medical care to plaintiff), Jane Roes (fictitious names of healthcare providers whose true identities and culpability are not presently known but who rendered medical care to the plaintiff before, during, and after the PAP smears complained of), "TSL," Cytotechnologist, and "LTP," Cytotechnologist , Docket No.: ESX-4240-14, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship services to spouse, companionship services to daughter, advice and counsel services to spouse, and advice and counsel services to daughter, December 21, 2017.

Troy Bessler vs. County of Morris, Morris County Sherriff's Department, Frank Corrente, John Kowalski and John and Jane Does 1-10 (fictitious names), Docket No.: MRS-L-2239-14, Florham Park, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings, pension income, and compensation for excess taxes, December 20, 2017.

Sandra Szell vs. Kessler Institute For Rehabilitation, Agnes Blaszcyk, Laura Priester, Ronald Thomas, John Does (fictitious names of those persons whose identities and/or culpability are not presently known who participated in the plaintiff's care and who contributed or caused her injury), ABC Groups (fictitiously named groups companies or entities of which any defendant was an agent servant or employee), Docket No.: ESX-L-6881-15, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, December 19, 2017.

Clifford Sisco and Deborah Sisco vs. Hyeun T. Park, M.D., Philip S. Rogers, M.D., Michael Blick, M.D., Lakeland Cardiology, ABC Groups (fictitious name of group, entity, partnership of whom any defendant is an agent, servant or employee whose actual name or designation is not presently known), John Does (fictitious names of healthcare providers who were involved in plaintiff's healthcare during the time he was at Saint Clare's and at Lakeland Cardiology), Saint Clare's Hospital, Docket No.: MRS-L-1144-15, Chatham New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding care services provided by spouse, household services, and cost of lifetime care, December 18, 2017.

Thomas Wallick vs. Johns Hopkins Health System Corporation, et al., Case No.: 24C17000602, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, pre-impairment adjusted earnings in future years, post-impairment adjusted earnings in future years, and household services, December 13, 2017.



# Kristin Kucsma, M.A.

## *Deposition Testimony*

Adriana Agostini vs. EmblemHealth, Inc. and Alan Weishaupt, Jonathan Frandsen, and Daniel Byrne, Individually and As Employers, Case No.: 16-CV-7119, New York, New York, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and compensation for excess taxes, December 8, 2017.

Robert Shallo vs. Paramount Property Management, LLC, Park Electric, Inc., t/a Eiseman's Wholesale Electrical Distribution and Associated Electrical Solutions Group, LLC, Landy Group, LLC, Docket No.: MID-L-03057-15, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, December 5, 2017.

Rigoberto Apanco vs. Paolo Stierti and/or John Does 1-10, (being fictitious persons unknown at the time), and Pivotal Utility Holdings, Inc. and/or ABC Company 1-10 (being fictitious entities unknown at this time) and/or John Does 11-20 (being fictitious persons unknown at this time), Docket No.: UNN-L-2114-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and cost of lifetime care, November 28, 2017.

Susan Kasman, Adminstratrix of the Estate of Lee Kasman and Susan Kasman, Individually, vs. Shivang Triveldi, M.D., Cardiology Associate of Somerset County, John Doe, M.D., Jane Doe, R.N., (fictitious names of physicians, nurses or other health care providers whose identities are not presently known), DOE Physician Group 1-100 (fictitious names representing the yet unknown corporate entities affiliated or connected in any manner whether vicarious or direct with plaintiff's care) and ABC Corporation 1-100 (a fictitiously named corporations employing healthcare provider whose identities are not presently known), Docket No.: SOM-L-1237-15, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, health insurance, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, November 13, 2017.

John Goodhue vs. 3M Company, et al., Civil Action No.: 16-2529, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding household services, November 6, 2017.

Sherry G. Louis and Cuthbert Louis vs. Metropolitan Transportation Authority, Metropolitan Transportation Authority Police Department, MTAPD Sergeant Tyrone Santos, MTAPD Officer Sky Michaels, and MTPAD Officer James Dinnigan, Index No.: 12-cv-6270, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and cost of lifetime care, October 24, 2017.

Nelson Perez and Blanca Flor Gonzaga De Solano, as Administrators Ad Prosequendum of the Estate of Yesenia Del Cisne Perez, deceased, vs. Galaxy Recycling, Inc., Joseph Smentkowski Inc.d/b/a/Smentkowski Garbage Removal, Rocco J. Fornaro, Alexander Rosario, City of Elizabeth,

## Kristin Kucsma, M.A.

### *Deposition Testimony*

State of New Jersey, Department of Transportation, John Does Nos. 1-5 and ABC Corporations Nos. 1-5, Docket No.: ESX - L- 2105-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, companionship services to sister, companionship services to parents, companionship services to brother, and advice and counsel services to parents, October 12, 2017.

David Straka vs. BASF, a corporation or business organization, David Freidinger, Individually, and/or as agent, servant, or employee of BASF, Deon Carter, Individually, and/or as agent, servant, or employee of BASF, and John Does 1-100, said names being fictitious and unknown, Docket No.: UNN-L-1025-16, Maplewood, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and compensation for excess taxes, October 3, 2017.

Ines C. Erazo, Individually and as Administratrix of the Estate of Carlos Erazo, vs. Kessler Institute for Rehabilitation, Select Medical, Uri S. Adler, M.D., Alex R. Pavon, M.D., Achyut Gandhi, M.D., Allied Medical Associates, Beverly Hahn, M.D., John Does 1-10, (fictitious names, identities not presently known), Docket No.: BER-L-6167-15, Hackensack, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, advice and counsel services to spouse, October 2, 2017.

Raymond Benkovich and Linda Benkovich, wife, per quod, vs. Gorilla, Inc., Cabelas, Inc., ABC Inc. 1-5, and John Does, 1-5, (fictitious names representing individuals, whose present identities are unknown, who negligently and improperly manufactured, distributed, supplied, handled, displayed and /or sold tree stands/safety harnesses that was purchased by plaintiff Raymond Benkovich, and who caused or contributed to plaintiff's injuries, Civil Action No.: 2:15-CV-07806-WJM-MF, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and cost of lifetime care, September 27, 2017.

Christina Kerr, Guardian Ad Litem for Gabriella Giarraffa, a minor, Christina Kerr, in her own right, Travis Giarraffa, in his own right, and Gabriella Giarraffa, a minor in her own right, vs. Rachel Grencavich, C.N.M., R.N., Advanced Care OBGYN, Atlantic Care Regional Medical Center, John Does, M.D., #1-10, Jane Roes, R.N., #1-10, ABC Corporation, #1-10, Docket No.: ATL-L-5245-14, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings, special care services to daughter, and cost of lifetime care, September 26, 2017.

Jann Bensilio and Cara Cangelosi, Administratrices CTA of the Estate of Frank Cangelosi, deceased vs. Dr. Jules Geltzeiler, Jersey Shore University Medical Center, and John Does 1-10, Docket No.: MON-L-4823-11, Roseland, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted pension income, net Social Security income, household services, companionship services to spouse, companionship services to children, and advice and counsel services to children, September 19, 2017.

# Kristin Kucsma, M.A.

## *Deposition Testimony*

Jennifer Lebowitz vs. Joseph Leonard, Christina Leonard, John Doe (1-10) (fictitious names, true names unknown at this time), Jane Doe (1-10) (fictitious names, true names unknown at this time), Docket No.: MID-L-4690-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding pre-injury adjusted earnings in past years, pre-injury adjusted earnings in future years, post-injury adjusted earnings in future years, and household services, September 14, 2017.

Anne-Marie Ryan, Executrix of the Estate of Rohan V.C. Ryan, deceased, and Anne-Marie Ryan, individually vs. Jeffrey Bechler, M.D.,University Orthopaedic Associates, LLC, John Does (being fictitious names), ABC Medical Practice (being a fictitious name), Docket No.: MER-L-1607-15, Roseland, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, adjusted equity-based compensation, cost of health insurance, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, September 13, 2017.

Thomas Flynn vs. Township of Montclair, Township Manager Marc Dashield, Wilhelm Young, Michael DeGrazio, David O'Dowd, and John and Jane Does, 1-10, Docket No.: ESX-L-7210-14, Chatham, New Jersey, on behalf of the plaintiff, failure to promote proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension income, and compensation for excess taxes, August 28, 2017.

Helena Ross as Administratrix of the Estate of Emory F. Ross, deceased, as Administratrix ad Prosequendum for the heirs-at-law for Emory F. Ross, deceased, and individually vs. Eddy Simon, M.D., JFK Medical Center, John Doe (fictitious name) and North Jersey Emergency Physicians, PA, Docket No.: ESX-L-5733-15, Livingston, New Jersey,  on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, companionship services to daughter, advice and counsel services to spouse, and advice and counsel services to daughter, August 23, 2017.

Aston Shaw vs. Long Island Railroad Company D/B/A MTA Long Island Railroad, Metropolitan Transit Authority, and Marilyn Kustoff, in her Personal and Official Capacity, Case No.: 1:16-cv-06972, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, net pension income, and compensation for excess taxes, August 21, 2017.

David Branch vs. Prestige Management Services, Inc., and Prestige Motors, Inc., Docket No.: BER-L-3287-15, Chatham, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes on lump-sum award, July 28, 2017.

Bella Carlson, an infant under the age of 14 years old by her natural guardians, Jason Carlson and Leighann Carlson, Jason Carlson, Individually, and Leighann Carslon, Individually vs. Greenwich Hospital, Stephen Carolan, M.D., Jenny Veira, R. N., and Kandace M. Edmondson, R.N., Superior

## Kristin Kucsma, M.A.

### *Deposition Testimony*

Court J.D. of Stamford/Norwalk, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings and cost of lifetime care, July 27, 2017.

Giuseppe G. Santangelo and Apollonia F. Santangelo vs. Jeremy Dominik, M.D., AHS Hospital Corp/Overlook Medical Center, Edward J. Zampella, M.D., and Atlantic Neurosurgical Specialists, Docket No.: UNN-L-788-13, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, July 27, 2017.

Vina Badami, Administratrix Ad Prosequendum of the Estate of Sudhindra Badami, Vina Badami Individually vs. John F. Kennedy Medical Center, Joanna Halat, Paramedic, Jeanette Pernell, Paramedic, Woodbridge Township Ambulance and Rescue Squad, Olga Russell, EMT-B, Kristen Corno, EMT-B, Nivedita Meghadri, M.D., John Does and/or Jane Does, M.D., 1-10 (fictitious names used to describe unknown Defendants), and ABC Corporations, "A" through "Z" (fictitious names used to describe unknown Defendants), Docket No.: MID-L-6347-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding, adjusted income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, July 26, 2017.

Tracey L. Vizzoni, as Executrix for the Estate of Judith A. Schrope, vs. Barbara Mulford-Dera, Joseph Dera, Atlock Farm, Stefan Lerner, John/Jane Doe Doctors/Pharmacists 1-10 (Fictitious Defendants) and ABC Employer 1-10 (Fictitious Defendants), Docket No.: SOM-L-575-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding companionship services to children, and advice and counsel services to children, July 21, 2017.

Boston Scientific Corporation, East Hanover, New Jersey, Judicial Council Coordination Proceeding No.:4733, on behalf of the plaintiff, opinion regarding punitive damages, July 14, 2017.

Morgan Santiago, Individually and as Administrator Ad Prosequendum for the Estate of Diane Santiago vs. Thomas Magliaro, M.D., Sanjiv Patank, M.D., Amar Bukhari, M.D., St. Peter's University Hospital, John/Jane Doe Medical Doctors 1-10 (representing presently unknown healthcare providers, including but not limited to Gynecologists, Gastroenterologists, Colon & Rectal Surgeons, Pulmonologists, Emergency Room Physicians, who rendered care to the Plaintiff), John/Jane Doe LPN/RNs 1-10 (representing previously unknown nurses, including to but not limited to Gynecology, Gastroenterology, Colon & Rectal Surgery, Pulmonology, Emergency Room, who rendered care to the Plaintiff, and Jane/John Doe Technicians 1-10 (representing presently unknown technicians, including but not limited to Gynecology, -Gastroenterology, Colon & Rectal Surgery, Pulmonology, Emergency Room rendered care to the Plaintiff), and ABC Corporations, 1-10 (representing presently unknown facilities or entities that rendered care to the Plaintiff or manufactured equipment used in said care), Docket No.: MID-L-5424-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income to daughters, household services, companionship services to daughters, and advice and counsel services to daughters, July 6, 2017.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Pansy Harris-Lane, M.D. vs. Jersey City Medical Center, a corporation or business organization, Amer K. Syed, M.D., individually, and/or as agent, servant, or employee of Jersey City Medical Center, Douglas Ratner, M.D., individually, and/or as agent, servant, or employee of Jersey City Medical Center, and Rumana Khan, M.D., individually, and/or as agent, servant or employee of Jersey City Medical Center, Docket No.: ESX-L-6572-15, Maplewood, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, June 29, 2017.

Kimberly Everett vs. Bayer Healthcare, LLC, Bayer Healthcare Pharmaceuticals, Inc., Bayer Schering Pharma AG, Intendis Inc., Bayer AG, Teva Pharmaceutical Industries, LTD., Teva, Pharmaceuticals USA, Inc., Barr Pharmaceuticals LLC (formerly known as Barr Pharmaceuticals, Inc.), Barr Laboratories, Inc., Jane Doe Distributors (1-50), Jill Doe Manufacturers (1-50), Jack Doe Wholesalers (1-50), Jake Doe Sellers (1-50), John Doe Marketers (1-50), Joan Doe Formulators (1-50), Jim Doe Health Care Providers (1-50), and Jean
Doe (1-50), St. Mary's Hospital, Sharon Campbell, Cesar Lopes Alves, Dr. Bikkina Mahesh, Heart & Vascular Associates - Northen, Dr. Howard Benn, Dr. Jose Luis Sabogal, Better Healthcare of New Jersey, LLC, Passaic Community Pharmacy, Inc. d/b/a Passaic Community Pharmacy, Samirkumar Patel, R.P.H., ABC Companies (1-10), Jane Doe Nurses (1-10), John Doe Physicians (1-10), Def Companies (1-10), Def Companies (10-15) and Jim Doe Pharmacists (1-5), Docket No.: BER-L-2813-13, Livingston, NJ, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, June 27, 2017.

Wendy Christiansen vs. Kenneth T. DeFusco, M.D., John Does 1-10, Docket No.: ESX-L-1922-15, Livingston, New Jersey, on behalf of the plaintiff, medical malpractice proceeding, opinion regarding adjusted earnings in past years, adjusted pre-incident earnings in future years, adjusted post-incident earnings in future years, cost of health insurance, and household services, June 19, 2017.

James Carey vs. Meadowlands Hospital Medical Center, Napoleon A. Valdez, M.D., and John Doe M.D.s 1-5 & ABC Medical Groups 1-5 (fictitious names for unknown persons or entities who negligently treated plaintiff), Docket No.: HUD-L-1201-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and cost of lifetime care, June 14, 2017.

Estate of Barbara Pabian by Brian Pabian, Administrator and Administrator Ad Prosequendum, and Brian Pabian, Individually vs. Albert Greenwood, M.D., Jersey Medical Care P.C., John Does (fictitious names of persons whose names or culpability is presently unknown but who participated in the medical care and treatment of Leslaw Pabian), and ABC Groups fictitious names of any business, group, entity of a partnership or other business designation of which any individual defendant or liable person, is an agent servant or employee), Docket No.: MID-L-28215, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income to son, companionship services to son, advice and counsel services to son, June 5, 2017.

## Kristin Kucsma, M.A.

### *Deposition Testimony*

Jennifer Toro, General Administratrix and Administratrix Ad Prosequendum of the Estate of Baby Girl Toro a.k.a. Cattleya Yambo, and Jennifer Toro and Luis Yambo, Individually vs. Kenneth Treadwell, Jr., M.D., Kristina Seader, M.D., Alexander Juusela, M.D., Newark Beth Israel Medical Center, John Does, 1-5 (these names being fictitious as their true identities are presently unknown), and ABC Corporation 1-5 (these names being fictitious as their true identities are presently unknown), Docket No.: ESX-L-5174-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to parents, companionship services to parents, and advice and counsel services to parents, June 5, 2017.

Thomas Eliezer and Solly Eliezer, his wife vs. James Thomas, D.O., Raashan C. Williams, M.D., Naresh J. Patel, D.O., Ingrid Aviles, R.N., Siobhan Neurouter, R.N., Annie Weber, R.N., Leila Perez, R.N., Jean Abrigo, Christ Hospital, CarePoint Health, Hudson Hospital OPCO, LLC, Garden State Healthcare Associates, LLC, Total Cardiology Care, LLC John/Jane Does 1-10 (fictitiously denominated), ABC Entities 1-10 (fictitiously denominated), Docket No.: HUD-L-1427-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, May 30, 2017.

Gail Infantes and William Infantes vs. Steven Binenebaum, M.D., Sukrat Dwivedi, DO, Andrew Lee, M.D., Tisha Tan, M.D., Ajay Mathur M.D., Barnabas Health Inc., Monmouth Medical Center, Specialty Surgical Associates, et als., Docket No.: ESX-L-8893-14, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding household services, and care services, May 19, 2017.

GEICO vs. Nabil Yazgi, M.D., Thomas Senatore, D.C., Scott Murphy, D.C., Tri-County Neurology & Rehabilitation, LLC and Hudson Neurology & Pain Management LLC, Livingston, New Jersey, on behalf of the defendant, opinion regarding commentary on economic expert report, April 24, 2016.

Hilda Razzaghi, Administratrix Ad Prosequendum for the Estate of Payman Houshmandpour, and Hilda Razzaghi, Individually vs. Virtua Health Inc., a/k/a Virtua Voorhees; Mario Maffei M.D., The Estate of Giocondo Navek; Annamarie Ibay, M.D., Lynda Bascelli, M.D., Jean Bertuola, and John Does, Docket No.: CAM-L-292-14, Atlantic City, New Jersey on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, household services, companionship services to spouse, companionship services to daughter, nighttime companionship services to spouse, advice and counsel services to spouse, advice and counsel services to daughter, medical advice, and guidance services and on-call services, April 21, 2017.

Maury Brown & Erica Brown vs. Waste Management Inc., Lubo Systems, Bollengraaf Recycling Solutions, Bollengraaf Recycling Machinery Group, Van Dyk Recycling Solutions, Van Dyk Baler Corporation, Hustler Conveyor Company, RRT Design & Construction, Enviro-Services & Constructors, Inc., and John Doe A to Z, ABC Company, A to Z, and XYZ Company, A to Z, individually, jointly, and/or severally, Docket No.: ESX-L-2680-13, Livingston, NJ, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, pre-

# Kristin Kucsma, M.A.

## *Deposition Testimony*

injury adjusted earnings in future years, post-injury adjusted earnings in future years, and household services, April 11, 2017.

Barbara Zwolinski, as Administrator of the Estate of Frank Zwolinski, deceased, and Barbara F. Zwolinski, Individually vs. Kenneth R. Kaufman, M.D., John and/or Jane Does, M.D. (1-10) fictional Defendants whose identities are unknown at the present time, Docket No.: MID-L-6623-2014, New York, New York, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services to spouse, companionship services to spouse, companionship services to children, nighttime (on-site, on call) services to spouse, advice and counsel services to spouse, and advice and counsel services to children, April 10, 2017.

Estate of Joshua A. Fischel by Amy Schwartz, Administratrix Ad Prosequendum, Harrison Fischel, an infant by his Guardian ad Litem, Amy Schwartz and Amy Schwartz, Individually vs. Lejla Mujic M.D., Dana DeOliveira, P.A., Paul Wangenheim, M.D., Barnabas Health/Saint Barnabas Medical Center, Consultants Inc. Cardiology, P.A., Emergency Medical Associates, et. als., Docket No.: ESX-L-4249-14, Summit, NJ,, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, companionship services to son, advice and counsel services to spouse, and advice and counsel services to son, April 7, 2017.

Roderick Trusty, Individually and as Personal Representative of the Estate of Julie Trusty and parent of minor children Blake Trusty and Baylee Trusty, vs. Joy Patterson, ARNP, Gainesville Emergency Medical Associates, P.A., Charles Wilson, M.D., Clarence UY, M.D., Hospital Internal Medicine, P.A., North Florida Regioal Medical Center, Inc., d/b/a North Florida Regional Medical Center, Suzanne Zentko, M.D., Brian Werbel, M.D., Genevieve Farnham, ARNP, and Interventional Cardiologists of Gainesville, P.A., d/b/a The Cardiac and Vascular Institute, The Circuit Court of the 8th Judicial Circuit In and For Alachua County, Florida, Case No.: 2015-CA-004503, Roseland, NJ, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, family services to spouse, family services to children, support services to spouse, and support services to children, April 5, 2017.

Ilana Peretz and Meir Peretz as Guardian Ad Litem for Aviv Peretz, and Meir Peretz individually vs. Rudrani K. Belnekar, M.D., Alyssa Licata, R.N., Centrastate Healthcare System d/b/a Centrastate Medical Center, Central Jersey Emergency Medicine Associates, P.C., Donna Dolcemascolo, R.N., ABC Corps. 1-10 and John Does 1-10, Docket No.: MID-L-144-15, Roseland, NJ, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings and cost of lifetime care, March 29, 2017.

Joseph Rohan vs. Wardlaw Claim Service, Inc., William Wardlaw, Frank Scarmardo, and Keith Scarmardo, Docket No.: CV 113-1116, Jericho, New York, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and cost of lifetime care, March 21, 2017.

## Kristin Kucsma, M.A.

### *Deposition Testimony*

Patricia Hoover and Noel Hoover vs. Kenneth Romano, M.D., Jeffrey Chalal, M.D., Freehold Area Radiology, PA; Freehold Radiology Group, PA, Freehold MR Associates, Centrastate Medical Center; John Does 1-100 (fictitious names, true identities unknown), Jane Does 1-100 (fictitious names, true identities unknown), ABC Clinic 1-100 (fictitious names, true identities unknown), and ABC Hospital 1-100 (fictitious names, true identities unknown), Docket No.: MON-L-3150-13, Livingston, NJ, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension income, household services, cost of lifetime care, and special care services, March 10, 2017.

Jane Ashton vs. NAC Foods Corp., Lambert Management Corp., Julio Linares, John Doe 1-10 and ABC Corp. 1-10 (fictitious names), Docket No.: ESX-L-6411-14, Livingston, NJ, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and household services, March 9, 2017.

Walter Hamilton and Dianna Hamilton, Individually and as Legal Guardians of the Person and Estate of Kaitlin Hamilton, an incapacitated person, vs. Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG, United States District Court Southern District of Illinois, No.: 3:11-cv-13465-DRH-PMF, Livingston, NJ, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings and cost of lifetime care, February 22, 2017.

Neelan S. Phalke, Executrix of the Estate of Hari Phalke, Deceased, Neelam S. Phalke, Individually and Shriniwas P. Phalke, her husband, Individually, Shriniwas P. Phalke, Per Quod vs. Palisades Medical Center, Hackensack University Health Network, Dr. Mark Brescia, Dr. Jeremy Moon, Brescia and Migliaccio, MDs, Dr. Mary Nath, Michelle Caratozzolo, RN, ABC Corporation 1-10 (fictitious hospitals, professional associations, partnerships, corporations or other entities who employed or had agency relationship with any other named defendants); John Doe 1-10 (fictitious names of individuals, physicians, medical personnel, sole practitioners, physicians's assistants, professional associations, partnerships, corporations or other entities who rendered medical care to Neelam S. Phalke and/or Hari Phalke), Jane/Joe Roe 1-10 (fictitious names of individual registered nurses, licensed practical nurses, nurse practitioners, and/or other healthcare providers who rendered medical care to Neelam S. Phalke and/or Hari Phalke); j/s/a, Docket No.: HUD-L-4062-14, Livingston, NJ, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to parents, companionship services to parents, advice and counsel services to parents, February 14, 2017.

Maria Cuevas vs. Park & Sixth Gastropub, The Estate of Rudolph Maurizi, Konabona III, LLC., John Doe 1-4 (a fictitious name) and ABC Corp., 2-4 (a fictitious corporation), Docket No.: HUD-L-1644-15, Livingston, NJ, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and household services, February 14, 2017.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Eileen Mullen vs. James M. Chimenti, M.D.; Jay More, M.D.; Neurosurgical Associates of Central Jersey, Raritan Valley Surgery Center, Docket No.: SOM-L-1499-12, Livingston, NJ, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted pre-injury earnings in past years, adjusted pre-injury earnings in future years, cost of health insurance, and cost of lifetime care, February 13, 2017.

Jose Bauta vs. Greyhound Lines Inc., Sabrina Anderson, Akos Gubica, Karoly Gubica, CAV Enterprise, LLC, First Group America, Inc. and First Group PLC, Docket No.: 14-3725, New York, New York, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and cost of lifetime care, January 27, 2017.

Pasquale Mastriani and Linda Mastriani vs. FCA US, f/k/a Chrysler Group, LLC on its own and as successor in interest to Old Carco, LLC., Johnson Controls, Inc., ABC Corps, 1-10 and Def Corps 1-10, Civil Action No.: 2:15-cv-00629-SDW-SCM, Roseland, NJ, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and cost of lifetime care, January 24, 2017.

Yassien Abdelhamid by his Guardian Ad Litem, Mohammed Abdelhamid, and Mohammed Abdelhamid and Salma Individually vs. Keith Williams, M.D., Kenneth Covone, D.O., John Does (fictitious names of healthcare providers who participated in the prenatal care and labor and delivery, whose culpability and/or identities are not presently known), Kennedy Memorial Hospital and ABC Groups (fictitious names of groups, businesses, entities, practices, partnerships, whose identities are not currently known, but of whom any individual healthcare provider is an agent, servant and/or employee), Docket No.: GLO -L-1738-14, Chatham, NJ, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings and cost of lifetime care, January 13, 2017.

David A. Jablow Executor of the Estate of Anne S. Jablow, Deceased, and David A. Jablow, Individually vs. Wendy J. Wagner, M.D., Lifetime Ob/Gyn, Somerset Medical Center and John and Jane Does Physicians 1-10 (names being fictitious), Docket No.: SOM-L-1182-13, Livingston, NJ, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, January 8, 2017.

Frederick B. Ashplant, Administrator Ad Prosequendum of the Estate of Laura Ann Ashplant and Frederick B. Ashplant, Individually vs. Ashraf Anani, M.D., Gennaro Marino, D. O., Akbar Khan, M.D., Jonathon Stillman, M.D., Lisa Steven, M.D., Bonnie Cheng, M.D., Aravinda Reddy, M.D., Nidal Matalkah, M.D., Patrick Hines, M.D., Lawrence Guarino, M.D., Richard E. Krieger, M.D., Richard E. Krieger, M.D., P.A., Chilton Memorial Hospital, Chilton Medical Center, Chilton Hospital, Atlantic Health System, Inc., Chilton Hospital Practice, P.C., Chilton Emergency Physicians, LLC, House Physicians of Chilton, LLC, ID Care, ID Associates, P.A., Infectious Disease Care, North Jersey Gastro, North Jersey Gastroenterology and Endoscopy Associates, P.A., Wayne Hills Medical Associates, P.A., Montclair Radiology, Montclair Radiological Associates,

## Kristin Kucsma, M.A.

### *Deposition Testimony*

P.A., Gastrointestinal Group of North Jersey, P.A., John Doe, M.D., and/or Mary Doe, M.D., one through ten (fictitious names), John Doe and/or Mary Doe one through ten (fictitious names) and ABC Corporations, one through ten (fictitious names), Docket No.: ESX-L211-14, Morristown, NJ on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, and advice and counsel services to spouse, January 5, 2017.

Kaylee Sebastiao, by G/A/L Amanda Loeffler and Amanda Loeffler, Individually vs. Laura B. Klein, M.D., Jennifer Kertesz, M.D. and Hunterdon Medical Center, John Does (fictitious names of healthcare provider(s) who participated in the prenatal imaging studies and testing of Amanda Loeffler and her unborn child Kaylee Sebastiao whose identities and culpability is of presently unknown); ABC Groups (fictitious name of group, entity, partnership of whom any decedent is an agent servant or employee whose actual name or designation is not presently known), Jane Roes (fictitious names of healthcare providers who participated in the prenatal imaging studies and testing of Amanda Loeffler and thereby her unborn child Kaylee Sebastiao, whose identities and culpability is not presently known); All Women's Healthcare, Lifeline Medical Associates, LLC, Barbara Reale, CNM, Barbara LaBrie, CNM, and Mamie Bowers, M.D., Docket No.: SOM-L-1378-14, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care for Kaylee Sebastiao, January 3, 2017.

Basilia D'Amico, Individually and as Administratrix Ad Prosequendum of the Estate of Franco D'Amico vs. Meherwan Burzor Joshi, M.D., Oscar E. Verzosa, M.D.,  Ellen T. Leavell, M.D., Paul J. Bolanowski, M.D., Vanessa Mae S. Abrina, M.D., Trinitas Regional Medical Center, Rutgers, The State University, ABC Entities 1-10 and John Does 1-20, unknown entities and persons, Docket No.: UNN-L-0788-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, Social Security income, household services, companionship services to spouse, nighttime companionship services to spouse, companionship services to son, advice and counsel services to spouse, and advice and counsel services to son, December 21, 2016.

Cheryl Grasso and Brian Grasso, Individually and as Parents and Natural Guardians of Gianna Grasso, a minor vs. Phillip D'Arrigo, MD, Individually, and/or d/b/a Phillip D. D'Arrigo, M.D., PA, Inspira Medical Center Vineland, Individually and/or d/b/a South Jersey Regional Medical Center, Lisa Cox, RN, Jane Doe, CRNM, Sue Ferzetti, RN, Gladys Colon, RN, Jane Doe, RN, Louis Wesley, M.D., Reliance Medical Group, Thomas Westover, M.D., Atlanticare Regional Medical Center Division of Maternal Fetal Medicine and Ann Riley Spoltore, CNM, Docket No.: CUM-L-1018-13, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings and cost of lifetime care, December 15, 2016.

Hilda Razzaghi, Administratrix Ad Prosequendum for the Estate of Payman Houshmandpour, and Hilda Razzaghi, Individually vs. Virtua Health Inc., a/k/a Virtua Voorhees; Mario Maffel M.D., The Estate of Giocondo Navek; AnnamarieIbay, M.D., Lynda Bascelli, M.D., Jean Bertuola, and John Does, Docket No.: CAM-L-292-14, Atlantic City, New Jersey on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, household services,

## Kristin Kucsma, M.A.

### *Deposition Testimony*

companionship services to spouse, companionship services to daughter, nighttime services to spouse, advice and counsel services to spouse, advice and counsel services to daughter, medical advice and guidance services, and on-call services, December 12, 2016.

Angela Kuhn, vs. Advanced Surgery Center, LLC, Docket No.: BER-L-9778-13, Parsippany, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, adjusted commission income, and compensation for excess taxes, December 8, 2016.

Brownislawa Malek, vs. Hahn Automotive Warehouse, Inc., et al., Docket No.: MID-L-4868-15, Livingston, NJ, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, December 5, 2016.

William Marks representative of the Estate of Jeanne Marks vs. Brian Coleman, M.D.; Justin Bartl, PA-C; South Palm Orthopedics, P.A. and Delray Medical Center, Inc., The Circuit Court Of The 15th Judicial Circuit in and for Palm Beach County, Florida. Docket No.: 2015CA013574 Livingston, NJ, on behalf of plaintiff, wrongful death proceeding, opinion regarding adjusted income, household chores, family services to spouse, and support services to spouse, November 23, 2016.

Shawn J. Hilborn, Individually, and as Father and next Friend of Ethan Hilborn, a minor, Emma Hilborn, a minor, and Ella Hilborn, a minor & Jessica Hilborn, Individually, and as Mother and next Friend of Ethan Hilborn, a minor, Emma Hilborn, a minor, and Ella Hilborn, a minor & Christopher Coombs, Individually, and as Father and next Friend of Lydia Coombs, a minor and Quinton Coombs, a minor, & Courtney Coombs, Individually and as Mother and next Friend of Lydia Coombs, a minor, and Quinton Coombs, a minor vs. Keating-Severson Hospitality, Inc., d/b/a Holiday Inn Express Hotel & Suites, Kankakee County, Illinois, Case No.: 12L53, Livingston, NJ, on behalf of plaintiffs, personal injury proceeding, opinions regarding adjusted earnings in future years, lifetime adjusted earnings, and cost of lifetime care, November 22, 2016.

Diane Carrion and John Carrion, vs. Mountain Creek Resort, Inc., John Does 1-10 ( fictitious defendants), ABC defendants ( fictitious defendants), Docket No.: SSX-L-315-14, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, cost of lifetime care, and household services, November 14, 2016.

Michael Fava, vs. Vincent Moss, M.D., Harold Chung-Loy, M.D., Surgical Practices Associates, JFK Medical Center, John Does (fictitious names of those persons whose true identities and/or culpability are not presently known), et als., Docket No.: MID-L-4567-14, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, November 11, 2016.



# Kristin Kucsma, M.A.

### *Deposition Testimony*

Gail Infantes and William Infantes vs. Steven Binenebaum, M.D., Sukrat Dwivedi, DO, Andrew Lee, M.D., Tisha Tan, M.D., Ajay Mathur M.D., Barnabas Health Inc., Monmouth Medical Center, Specialty Surgical Associates, et als., Docket No.: ESX-L-8893-14, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding household services, and care services, November 7, 2016.

Monica Sanchez and Joseph Sanchez, Individually, and on behalf of their minor son, Mason Sanchez vs. South Miami Hospital, Inc., Kathy Sweat, R.N., Ann Podrasky, M.D., Radiology Associates of South Florida, P.A., Susan S. Chi, M.D., et als., Docket No.: 2015-010268-CA-01, Woodbridge, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings, and cost of lifetime care, October 28, 2016.

Kevin Rakowski, vs. Life Time Fitness, Inc., Todd Slechten and Paul Russo, Docket No.: UNN-L-910-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, cost of health insurance and compensation for excess taxes, October 26, 2016.

Ivette Montanez and Peter Montanez, her spouse vs. American Honda Motor Co., Inc., et als., Docket No.: 190409/2014, Livingston, New Jersey, on behalf of plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, household services and care services, October 11, 2016.

Patricia Hoover and Noel Hoover, vs. Kenneth Romano, M.D., Jeffrey Chalal, M.D., Freehold Area Radiology, PA; Freehold Radiology Group, PA, Freehold Mr Associates, Centrastate Medical Center, et als., Docket No.: MON-L-3150-13, Livingston, New Jersey, on behalf of plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, pension income, household services and cost of lifetime care, October 7, 2016.

Joaquin Ruiz, vs. Brian P. Stack, Union City, Brian Civic Organization, Docket No.: HUD-L-0971-14, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past and future years, and pension income, October 6, 2016.

Michael Figueroa, vs. The City of Union City, Brian Stack in his individual and official capacity, Brian Stack Civic Association, and John and Jane Doe 1-10 (fictitious yet to be identified), Docket No.: HUD-L-3590-14, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past and future years, and pension income, October 6, 2016.

Jorge A. Porress vs. Mayor Brian P. Stack in his individual and official capacity, City of Union City, Brian Stack Civic Association, Docket No.: HUD- L-3119-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, and pension income, October 6, 2016.



# Kristin Kucsma, M.A.

## *Deposition Testimony*

Mark Julve vs. The City of Union City, Brian Stack in his individual and official capacity, Brian Stack Civic Association, Docket No.: HUD-L-770-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past and future years, and pension income, October 6, 2016.

Nawal Esawy a minor, by and through her father and guardian ad litem, Nasser Esawy, vs. Joseph Kyu Chong, M.D., Lawrence G. Adelsohn, M.D., Hackensack University Medical Center, Mary Kondolean, M.D., Yaakove Abdelhak, M.D., Genea Lawrence, M.D., et als., Docket No.: BER-L-7894-14, Woodland Park, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings, October 4, 2016.

Maurice R. Grassia, Jr., Executor of the Estate of Elisabeth K. Garssia, on behalf of All Wrongful Death and Survival Action Claimants vs. Underwood Memorial Hospital, Inspira Medical Center Woodbury, Inc., Inspira Health Network, Inc., et als., Docket No.: CAM-L-002024-14, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding companionship services to sons, and advice and counsel services to sons, September 26, 2016.

Alexander Son vs. Derrick Senior, New Jersey Transit Corporation, State of New Jersey, John Does 1-20, Docket No.: ESX-L1380-15, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, September 23, 2016.

Estate of Richard L. Henry, Jr., by Donna Henry, Administratrix of the Estate of Richard L. Henry, Jr., and Donna Henry, his wife individually, vs. Robert Brautigan M.D., Jaxon Fernandes, M.D., Katherine Hanify, D.O. Christopher Boni, D.O., et als., Docket No.: ESX-L-4174-14, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, companionship services to spouse and children, advice and counsel services to spouse and children, and household services, September 23, 2016.

Jeffrey Boslet, vs. Randy Klein, M.D., The Doctor Is In and John Does 1-100, Docket No.: HNT-L-127-14, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, cost of healthcare insurance, pension income, and cost of lifetime care, September 20, 2016.

Louis Cesaro, Jr., and Ritta Cesaro, his wife vs. Anthony Garcia and LLC Air Cheff Holdings, et als., Docket No.: PAS-L-835-15, Elmwood Park, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, and cost of health insurance, September 19, 2016.

Donna Jamieson vs. Saad Chuadrhary, M.D., North Jersey Orthopaedic Institute, UMDNJ-New Jersey Medical School/Rutgers-New Jersey Medical School, et als., Docket No.: ESX-L-5291-14, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, and cost of lifetime care, September 6, 2016.

## Kristin Kucsma, M.A.

### *Deposition Testimony*

Angel Alvarado, Administrator Ad Prosequendum of the Estate of Judith Alvarado, and Angel Alvarado, individually vs. Joseph Popovich, M.D., Christ Hospital, et als., Docket No.: HUD-L-003655-14, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and sons, and advice and counsel services to spouse and sons, September 2, 2016.

Kyle Generale vs. Julie Ashton, M.D., Howard Cory, M.D., John Does, et als., Docket No.: MRS-L-316-14, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, August 22, 2016.

Ann Marie De Candia vs. Douglas J. Spiel, M.D., James Scott Schoeb, M.D., NJ Spine Center, Middlesex Surgical Center, et als., Docket No.: MID-L-0001-14, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted pre- and post-incident earnings in future years, and household services, August 17, 2016.

Deoborah J. Stazak and Shawn M. Stazak, her husband vs. Bayonne Medical Center, John Does 1-10, et als., Docket No.: MID-L-4453-12, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, pension income, and cost of lifetime care and household services, August 16, 2016.

Stephanie O'Neill Lingenfesler by and through Robert O'Neill and Theresa O'Neill, her parents and Legal Guardians of her person and Estate vs. United States Parcel Services, Inc., and Adel A. Elsalam and Champps of Marlton, Inc. d/b/a Champps, et als., Docket No.: CAM-L-3:03CV1223, Philadelphia, Pennsylvania, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, and cost of lifetime care, August 15, 2016.

Susan Boleck and Alex Kardos vs. Diane Foreman, R.N., APN, Carolina Biala, R.N.,University Medical Center At Princeton, et als., Docket No.: SOM-L-1490-11, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings and cost of lifetime care, August 8, 2016.

Bernard Belzi, Individually and as Personal Representative of the Estate of Patricia Belzi, deceased, and as legal guardian and parent of Abigail Belzi, minor vs. Plantation General Hospital Limited Partnership, d/b/a/ Plantation General Hospital, et als., Docket No.: 15-3711MA, Fort Lauderdale, Florida, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and daughter, and advice and counsel services to spouse and daughter, July 18, 2016.

Ethan Slater, a minor by and through his Guardians ad Litem, Danielle Karol and George Slater, Individually vs. Joseph C Canterino, M.D., Rutgers, The State University of New Jersey, et als., Docket No.: 1-4687-13, Livingston, New Jersey, on behalf of the defendant, personal injury proceeding, opinion regarding commentary on expert report, July 1, 2016.

# Kristin Kucsma, M.A.

## *Deposition Testimony*

Andrea Rachelle Clinton vs. Mentor Worldwide, LLC, Docket No.: 4-12cv-245 (CDL), Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, and household services, July 1, 2016.

John D. Brown, as General Administrator and Administrator Ad Prosequendum of the Estate of Jonathan A. Brown, and John D. Brown, Individually, Bobbie Brown, David Brown, and Jashan Brown a minor, by his Guardian Ad Litem, Jasmine Page vs. Lorenzio Miller-Santos, AVIS Car Rental Company, et al., Docket No.: L-1443-12, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income to son, companionship services to son, and advice and counsel services to son, June 28, 2016.

Karen Del Rey and Paul Schmalz, vs. New Jersey Turnpike Authority, Hohn Knuth, et al., Docket No.: MON-L-2190-14, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past and future years, and cost of health insurance and household services, June 28, 2016.

Robert Morris Milloul vs. Knight Capital Group, Inc., Knight Capital Americas LLC, KCG Holdings, Inc., and Brendan Joseph McCarthy, Docket No.: HUD-L-2913-13, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past and future years, cost of health insurance coverage, and compensation for excess taxes, June 27, 2016.

Ana Pereira vs. Michael P. Esposito, M.D., et al., Docket No.: MON-L-1397-12, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings and cost of lifetime care, June 24, 2016.

Christina Brigliadoro vs. Shaun Joypoop Chun, M.D., Valley Hospital, John Does 1-10, Jane Does 1-10, et al., Docket No.: BER-L-009615-13, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, household services, companionship services to spouse and children, and advice and counsel services to spouse and children, June 23, 2016.

Yaseene Demir by G/S/L Aisha Asani and Aisha Asani and Ferdi Demir, individually vs. Sonia Gof, ST. Joseph's Regional Medical Center, et al., Docket No.: PAS-L-3103-14, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding pre-injury earnings in future years, post-injury earnings in future years, and cost of lifetime care, June 20, 2016.

Jeffrey Gorsak vs. Navistar, Inc. (f/k/a) international Harvester Company, et al., Docket No.: HNT-L558-12, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, and household services, June 15, 2016.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Alison Caravaggio vs. Christine Ganitsch, M.D., Kerry Graebe, M.D., Malua Tambi Iya, M.D., Nina Reynolds, M.D., Ellen Williams, R.N., et al., Docket No.: MRS-L-3150-13, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, and cost of lifetime care, June 15, 2016.

Risa Rosenberg, individually and as Executrix of the Estate of Gerald Lazar vs. Englewood Hospital and Medical Center, Inc., Mitchell Spinnell, M.D., Russell Gura, M.D., et al., Docket No.: BER-L-1818-14, Mercerville, NJ, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship services to spouse and children, and advice and counsel services to spouse and children, June 6, 2016.

The Estate of Martin Yudko, Bryan Yudko as Administrator of the Estate of Martin Yudko and Ana Yudko, Bryan Yudko individually and Jennifer Zisa vs. Community Medical Center and Barnabas Health, Sal Security, et als., Docket No.: OCN-L-8042-13, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, personal assistance for Ana, companionship services to children, and advice and counsel services to spouse and children, June 3, 2016.

Rebecca Zinnah, Individually and as Administratrix Ad Prosequendum on behalf of the Estate of John Zinna vs. Michael Omoh, M.D., Lukose Vadakara, M.D., Leon O'Neill, IV, D.O. Vadakara International Medicine Associates, et al., Docket No.: MER-L-687-14, Princeton, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, and advice and counsel services to spouse, June 2, 2016.

Dmitriy Markov as Administrator Ad Prosequendum of the Estate of Galina Volodina vs. Kanta Davessar, MD., Micheale C. McGinnis, M.D., Miracle Life Sciences, Inc. (F/K/A Plus Diagnostics), Docket No.: UNN-L-3807-14, Roseland, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and sons, and advice and counsel services to spouse and sons, June 1, 2016.

Michael Maccarrone, an infant by his Parents and Guardians ad Litem, Karla S. Maccarrone and Giuseppe Maccarrone vs. Kimball Medical Center, Inc., Eric Lehnes, M.D., Adam N. Repole, M.D., Ocean Gynecological Associates, P.A., et al., Docket No.: ESX-L-170-13, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted lifetime earnings and cost of lifetime care, May 23, 2016.

Mikael M. Safarian vs. American DG Energy Inc., John Does 1-20, being fictitious names vs. Multi Service Power Inc., Docket No.: 3:10-VC-06082-GEB-TJB, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding unpaid compensation, adjusted earnings in past and future years, cost of health insurance, and compensation for excess taxes, May 12, 2016.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Jann Benzillo and Cara Cangelosi Administrices CTA of the Estate of Frank Cangelosi vs. Dr. Jules Geltzeiler, Dr. Felix Fianko, Dr. Felix Garcia-Perez, Dr. Stephen Windsor, Dr. Susan Greenberg, Loretta Christensen, Jersey Shore University Medical Center,  and John Does 1-10, Docket No.: MON-L-4823-11, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and children, and advice and counsel services to spouse and children, May 2, 2016.

Arthur Ruff, Individually and as Administrator Ad Prosequendum of the Estate of Jimeta Yashone Moseley-Ruff vs. Newark Beth Israel Medical Center, Yvonne Wright-Cadet, M.D., Monroe Karetzky, M.D., Martin Larry Gimovsky, M.D., and David Nunez, M.D., Docket No.: ESX-L-6561-08, Roseland, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and children, and advice and counsel services to spouse and children, April, 28, 2016.

Todd Lopez, As Personal Representative of the Estate of Fernando Flores; and Catalina Flores Rico vs. Devon Energy Production Company, LP, McVay Drilling Co., Armando Arenivas, Plaster & Wald Consulting, Corp., Bruce Holman, Sierra Engineering, LLC, and Allen Whiteplume, Docket No.: D-10-CV-2013-01720, East Elmhurst, New York, on behalf of the plaintiff, wrongful death proceeding, opinion regarding punitive damages, April 13, 2016.

Stanley Witczak, III vs. Township of Morris, Morris Township Police Department, Deputy Mayor Bruce D. Sisler, H. Scott Rosenbush and John and Jane Does 1-10, Docket No.: MRS-L-1962-13, Little Falls, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past and future years, pension income, and compensation for excess taxes, April 11, 2016.

Elisabeth Walter vs. Ramapo Indian Hills Regional School District, RIH Board of Education As Supervisors of Plaintiff and John Does 1-5, fictitious names of agents, employees and/or supervisory employees of the Ramapo Indian Hills Regional School District, Responsible for causing harm to Plaintiff, Docket No.: BER-L-000629-14, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past and future years, pension income and compensation for excess taxes, April 11, 2016.

Judith Kroll vs. Lin Chou, M.D., Internal Medicine Associates of Somerset, John Does (fictitious names), and ABC Groups (fictitious names), Docket No.: MER-L-1446-14, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, March 28, 2016.

Karen Rochester, as Administratrix of the Estate of Collin T. Rochester, deceased vs. County of Nassau, Mario Mastropierro, Christopher M. McCarthy, et al., Docket No.: 10-CV-6017, Islandia, New York, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to mother, special care services to mother, and advice and counsel services to mother, March 22, 2016.

## Kristin Kucsma, M.A.

### *Deposition Testimony*

Antonio Parracho and Dina Parracho, his wife vs. Compact Power Services, J& D Manufacturing, Interlake Mecalux, Electric and John Doe(s) 1-7 as fictitious names true names being unknown, Docket No.: MID-L-4412-13, East Brunswick, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, and cost of health insurance, March 11, 2016.

Charles Perrine, Adminstrator and Administrator Ad Prosequendum of the Estate of Charles Picciotto Perrine and Charles Perrine, Individually vs. Anthony Giovine, D.O., Joanne Change, M.D., A Woman's Place, et al., Docket No.: MON-L-2912-13, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, and advice and counsel services to spouse, March 3, 2016.

Patricia T. Conn, as the Executrix Ad Prosequendum of the Estate of David W. Conn, deceased and Patricia T. Conn, individually, and per quod. vs. Babylin Rebustillo, an individual, and Newton Memorial Hospital, a business entity a/k/a Newton Medical Center, et al., Docket No.: SSX-L-452-14, Edison, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted pension and disability income, social security income, household services, companionship services to spouse, and advice and counsel services to spouse, March 2, 2016.

Terry Polt vs. Andrew C. Loesberg, M.D., Hunterdon Radiology Associates, David F. Kroon, M.D., and Stephen M. Schwartz, M.D., et al., Docket No.: SOM-L-427-12, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, February 29, 2016.

Estate of Linda Pizzano by her Executor and Proposed Administrator Ad Prosequendum Thomas P. Pizzanno, and Thomas P. Pizzanno, individually, Docket No.: L-3443-13, Livingston, New Jersey, wrongful death proceeding, on behalf of the plaintiff, wrongful death proceeding, opinion regarding social security income, household services, companionship services to spouse and children, and advice and counsel to spouse and children, February 26, 2016.

Jesse Diaz vs. City of Trenton, James Hall, Leonard Carmichael and Qareeb Bashir, Docket No.: L1058-14, Merceville, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earning in the past and future years, adjusted pension benefits and compensation for excess taxes, February 25, 2016.

Lorraine Notorfrancesco vs. Surgical Monitoring Associates, Inc., and Specialty Care, Inc., et al., Docket No.: 2;09-CV-01703, Cherry Hill, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past and future years, and compensation for excess taxes, February 24, 2016.

Dennis Lamond and Theresa Lamond husband and wife Plaintiffs vs. Tishman Construction Corp., Weatherby Construction and Renovation Corp., Network Construction Company, Inc., et al., Docket No.: ATL-L-002413-12, Livingston, New Jersey, on behalf of the plaintiff, personal injury

## Kristin Kucsma, M.A.

### *Deposition Testimony*

proceeding, opinion regarding adjusted earnings in past and future years, and cost of health insurance and household services, February 16, 2016.

Luis Henriques, vs. Luis Juarbe-Grajales, Hollywood Memorial Park Company, Docket No.: MID-L-5308-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, and cost of health insurance and household services, January 15, 2016.

Holly Callan, Executrix of the Estate of James Andrew Callan and Holly Callan, individually vs. Syed Siddiq, M.D., George Poisni, M.D., Somerset Pulmonary, Somerset Medical Center, John Doe Physicians, M.D., 1-10 (names being fictitious) and Jane Roes, RNS 1-10 (names being fictitious), Docket No.: SOM-L-379-14, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and son, and advice and counsel services to spouse and son, January 12, 2016.

Stephen Buckley and Patricia Buckley vs. Edgardo Ong, M.D., Mazrn Itani, M.D., Michael Resnikoff, M.D., Hackettstown Regional Medical Center, et al., Docket No.: MRS-L-1813-12, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, cost of health insurance and cost of lifetime care, December 28, 2015.

Laura Schneider vs. The Depository Trust & Clearing Corporation and Anthony Alizzi, Docket No.: HUD-L-5096-13, Florham Park, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past and future years, cost of healthcare insurance, and compensation for excess taxes, December 9, 2015.

Antoinette Heather Cooper vs. Walmart Stores, Inc., Susan Demiraslan and David Dorsey, Docket No.: BUR-L-2018-13, Cherry Hill, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings and compensation for excess taxes, December 8, 2015.

Elizabeth Way and Stuart M. Way vs. George T. Besong, M.D., George T. Besong, M.D. OBGYN, LLC d/b/a/ Women's Health Resource Center; and Southwest Volusia Healthcare Corporation d/b/a Florida Hospital Fish Memorial, and C.R.. Bard Inc., Docket No.: 2011-10945-CIDL, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, and cost of health insurance and lifetime care, December 4, 2015.

Glenn R. Jones vs. Rutgers, The State University of New Jersey, Lester Aron, William F. Owen, Jr., and Kevin M. Barry, Docket No.: ESX-L-7138-11, Newark, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past and future years, pension income, and compensation for excess taxes, November 24, 2015.



# Kristin Kucsma, M.A.

### *Deposition Testimony*

Katrina Sandy and Norman Sandy vs. The Brickman Group, LLC, ABC Corporation 1-20 (one or more fictitious corporations), DEF Company 1-20, (one or more fictitious companies), their agents, serventas, and/or employees, John and/or Jane Doe 1-20 ( names being fictitious), Docket No.: MER-L-411-13, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earning in past and future years, and household services, November 10, 2015.

Cecilia Samson vs. Almallah, et al., Docket No.: Not provided, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, November 2, 2015.

Estate of Gregory Polvere, by his Administratrix Angela Polvere, and Angela Polvere individually vs. The Valley Hospital, The Valley Health System, The Valley Heart & Vascular Institute, Jason Sperling, M.D., Anatoly Volkov, M.D., et al., Docket No.: L-4576-13, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and children, and advice and counsel services to spouse and children, October 20, 2015.

Estate of Angel Rodriguez, by Melony Rodriguez, Administratrix ad Prosequendum and Melony Rodriguez individually vs. Yvan D. Ducheine, M.D., Robert Roe 1-100 ( A fictitious name) , Newark Beth Israel Medical Center, St. Barnabas Health Care System, et al., Docket No.: ESX-L-10375-11, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding lifetime income, household services, companionship services to spouse and children, and advice and counsel to spouse and children, October 19, 2015.

Michelle Komlodi vs. Patel, M.D., et al., Docket No.: MID-L-02512-13, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, October 19, 2015.

Estate of Michael Blotsky by his Administrator Minerva Blotsky, and Minerva Blotsky , individually vs. Saint Barnabas Medical Center, Kalyani Theivanayagam, M.D., Manickam Ganesh, M.D., Lawrence Rosenthal, M.D., Matthew Askin, M.D., Courtney Quinn, M.D., Mei Kwang, M.D., Samuel Bride, M.D., Ronald Chamberlain, M.D., Debra Arrantino, M.D., Mark Gilder, M.D., Alan Garten, M.D., Barry Julius, M.D., Mark Laible, M.D., et al., Docket No.: ESX-L-6069-12, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, and advice and counsel services to spouse, October 15, 2015.

Lorraine Dasilva, Administratrix of the Estate of John Dasilva, deceased vs. Philip J. Olivieri, M.D., Atlantic Cardiology Group, LLP, Steve Xydas, M.D., Mid-Atlantic Surgical Associates, Michael H. Leonardo, M.D., Igor F. Agaronin, M.D., Morristown Medical Center, Paul Derenzi, M.D., Lakeland Cardiology Center, et al., Docket No.: SOM-L-536-13, Woodland Park, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted Social Security

# Kristin Kucsma, M.A.

## *Deposition Testimony*

Income, net pension benefits, household services, companionship services to spouse and children, and advice and counsel to spouse and children, October 5, 2015.

C. Charles Zanna and Barbara Zanna, his wife v Advanced Orthopedics & Neurosurgery, LLC, Jeffrey Oppenheimer, M.D., John Does, M.D.( A fictitious name), Docket No.: MRS-L5433-13, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, September 28, 2015.

Joseph Fleischman vs. Direct Energy Services, LLC, and Gateway Energy Services Corporation, Docket No.: L-2638-13, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted commission in past and future years, September 11, 2015.

Robert Lipman and Maryanne Lipman, his wife vs. Michael Kozaczek, M.D., Aditi Dhakar Modi, M.D., Morristown Memorial Hospital , ABC Groups (the fictitious name of any group, practice, entity, organization, association of any kind, whose correct name is not known, of which any defendant is an agent, servant or employee), et al., Docket No.: MRS-L-493-13, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, health insurance, pension income, household services, companionship services to spouse and children, and advice and counsel services to spouse and children, August 31, 2015.

Monica Smolyar, infant by her Mother and Natural Guardian, Suzanne Smolyar, Monica Smolyar, individually vs. Yvette A Bridges, M.D., Charles H. Bowers, M.D., Mark Einstein, M.D., Matthew D. Horn, M.D., Kristina A. Bakery, R.N., Chunping Zheng, R.N., Linda Paschik, R.N., Sedat Surmeli, M.D., St. Barnabas Medical Center and Suburban OB/GYN Speciality Group, Docket No.: ESX-L-5833-12, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding opinion regarding adjusted earnings and cost of lifetime care, August 21, 2015.

Estate of Ainsworth Mallett et al., vs.  Schmidt Baking Co., Inc. et al., Docket No.: 1:14-CV-02438-JEI-KMW, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding companionship services to daughter and sister, advice and counsel services to daughter and sister, and on call services to daughter and sister, August 21, 2015.

Arlene Simpson, vs. Magnolia Development, LLC; Medical Facilities Condo Association; AC Restoration, LLC; Interstate Power Washing, LLC, et al., Docket No.: MID-L-8227-13, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, August 7, 2015.

Paul Reichenberg, Individually and as Executor of the Estate of Ellen Reichenberg vs. Barbara McCormack, M.D., Violet Merle Mcintosh, M.D., Johen Doe 1-10 (a fictitious name), Jane Doe, R.N. (1-10) (a fictitious name), and Women 's Physician OB/GYN, Docket No.: BER-L-7321-12, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and son, and advice and counsel services to spouse and son, July 30, 2015.

## Kristin Kucsma, M.A.

### *Deposition Testimony*

Solande Destin vs. Lara Paul, et al., Docket No.: ESX-L-1496-14, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in future years, pension income and household services, July 30, 2015.

John Garvey vs. John Clemente, M.D., Sanjay Misar, M.D., Jersey Shore Medical Center, John Does 1-10 ( a fictitious name representing a class of fictitious medical providers involved in the medical care of John Garvey), Docket No.: MON-L-5740-10, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, and household services, July 23, 2015.

Regina Fucile vs. Dr. Robert Pampin, Newton Medical Center, Dr. Stephen Golombek, Morristown Medical Center, Dr. Christopher O. Okechukwu ( formerly pleaded as John Doe A), Dr. Ellen Benson ( formerly pleaded as John Doe A), John Does B-Z, (said names being fictitious as their identities are presently unknown), and Jane Does B-Z, (said names being fictitious as their identities are presently unknown), Docket No.: MRS-L-2260-12, Livingston New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, cost of health insurance and cost of lifetime care, July 17, 2015.

Joan Pykosh, individually and as Executrix of the Estate of Michael Pykosh vs. James Najarian, M.D., and John Doe 1-100, Docket No.: MRS-L-757-13, Parsippany, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services to spouse, companionship services to spouse and advice, guidance and counsel services to spouse, July 1, 2015.

Mark Vamos vs. New Jersey-American Water Company, Inc., American Water Works Service Company, Inc., Pasquale Lombardi Trustee and/or Pasquale Lombardi Revocable Living Trust Dated June 29, 2009, ABC Co (1-5), John Doe (1-5), (said names being fictitious and unknown, hereby used to connote ether singular or plural individuals and/or companies, corporations or entities, who may have controlled, owned, operated, maintained, constructed, inspected, supervised, managed, repaired, the subject premises), Docket No.: UNN-L-3793-13, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, pension benefits and household services, June 12, 2015.

Edward Kohler vs. TE Wire & Cable LLC, Docket No.: ESX-L-1447-14, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past and future years, cost of health insurance and compensation for excess taxes, June 5, 2015.

Patricia Spahr, Individually and as Administratrix and Administratrix ad Prosequendum of the Estate of Richard Spahr vs. Eddie Santiago, M.D., Stephen Windsor, M.D., Susan Greenberg, M.D., West Park Medical Center LLC, St. Barnabas Health Care System, Monmouth Medical Center, Adult Medical Oncology Hematology Group, LLC, et al., Docket No.: MON-L-487-13, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income,



## Kristin Kucsma, M.A.

### *Deposition Testimony*

household services, companionship services to spouse, son and granddaughter, and  advice and counsel services to spouse, son and granddaughter, June 4, 2015.

Ivanka and Andrew Jovic vs. Rakesh K. Sahni, M.D., et al., Docket No.: UNN-L-998-12, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, cost of health insurance, medical costs and household services, May 29, 2015.

Kenneth C. Reed III and Ruth E. Reed vs. 3M Co. (F/k/a Minnesota Mining & Manufacturing Co.), et al., Docket No.: ASB-DBD-VC-12-6011052-S, West Orange, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, cost of health insurance in past and future years, and household services, May 27, 2015.

Marlowe Botti vs. Borough of West Long Branch, Borough of West Long Branch Police Department and Chief of Police Arthur N. Cosentino, individually and in his official capacity, Docket No.: MON-L-3327-12, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past and future years, adjusted pension income and compensation for excess taxes, May 21, 2015.

Vanessa Russy and Lee Russy vs. Hackensack University Medical Center and Jerry Barrata, D.O., Docket No.: BER-L-3606-12, Fort Lee, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, cost of health insurance, pension income and household services, May 15, 2015.

Thomas McDaniel, Jr., Administrator and Administrator Ad Prosequendum of the Estate of Tashema Fisher McDaniel and Thomas McDaniel, Jr. Individually vs. William Dalsey, DO., Kimball Medical Center, Saint Barnabas Emergency Physicians Group, Emergency Medical Associates, P.A., Emergency Medical Associates of New Jersey, PA, ABC Groups 1-10 (Fictitious names), John Does 1-10  (Fictitious names), Docket No.: OCN-L-181-13, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and children, and advice and counsel services to spouse and children, May 12, 2015.

Carmine S. Cortese, as Executor of the Estate of Barbara Anne Cortese, deceased, and on behalf of the heirs-at-law of Barbara Anne Cortese, decease and individually vs. Kanga N. Sundarm, M.D., Allergy and Clinical Immunology Center, P.A., Aaron Chevinsky, M.D., John Does 1-10 ( a fictitious name), and Allied Surgical Group, P.A., Docket No.: MRS-L-817-13, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and children, and advice and counsel to spouse and children, May 12, 2015.

Soraya Rodriguez vs. Melissa A. Casale, Yu Li, Mary Ann T. Ruglio Santor, Maryann Ruglio Santorella, Allstate Insurance Company, ABC Corporations 1-100 (names being fictitious) and John

## Kristin Kucsma, M.A.

### *Deposition Testimony*

Does 1-100 ( Names being fictitious), Docket No.: L3803-13, Livingston, New Jersey, on behalf of the plaintiff,  personal injury proceeding, opinion regarding adjusted earnings in past and future years, cost of health insurance and household services, April 29, 2015.

Elif Kose, a minor by and through her Parent and Natural Guardian, Ali Kose vs. Springs Industries, Inc, Springs Window Fashions, LLC, Springs Window Fashions Manufacturing Co. USA, Inc., Beautiful Window Enterprise Co., LTD., Home Depot USA, Inc., Bill Tetkoski Irene Caputo, John Doe, Inc., (1-20) ABC, Inc. (1-20) Fictitious names representing a class of as
yet unknown individuals, corporations or partnership who sold, marketed, maintained, manufactured, designed and/or supplied the Product or component of the Product Docket No.: L-2166-12, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings and cost of lifetime care, April 9, 2015.

Maria Zarzabal, individually and as Administratrix of the Estate of Francisco Gonzalez vs. Atlantic Emergency Associates, P.A., Nacy Hayes, RN, Candace Leonard, RN, Darlene Chornomaz, APN, Henry L. Souto, DO, Mark A. Schmidheiser, MD, Sheryel D. Martin, MD, Catherine Dudick, MD, Jeffrey D. Anderson, MD, and Atlantic Regional Medical Center, Inc. Docket No.: ATL-L-09829-11, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and children, and advice and counsel to spouse and children, April 17, 2015.

Lucia Lawrence vs. East Coast Tile d/b/a Best Tile, Angelo Paladino, Stanley Araino, John Doe 1-5 and ABC Corp 1-5 ( names being fictitious as true identities are unknown at this time), Docket No.: MID-L-4003-13, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past and future years, cost of health insurance, and compensation for excess taxes, April 1, 2015.

John Kearney vs. Glenda E. Roasa, R.N., Holy Name Medical Center, John Doe and Jane Doe (1-100) and ABC Corp (1-100) (fictitious names/entities unknown), Docket No.: BER-L-6312-13, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance and pension income, March 25, 2015.

Estate of Malissa Eisenhauer and Justin L. Eisenhauer vs. Southern Ocean County Hospital, John Armstrong, D.O, Rosallia C. Riguerra, M.D., Kimberly Jones, M.D., Laurie Sawyer, R.N. L Charanjit Vedi, M.D., Theresa Otte, R.N., Denise Wachter, R.N., Raymond P. Mantovani, M.D. and or John Does 1-10, individually, jointly & severally, Docket No.: OCN-L-564-11, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and children, and advice and counsel services to spouse and children, March 13, 2015.

Estate of Alice Lee by the Administrators of the Estate, Judianna Lau and Peter Lau, individually, Wai Lee and Yau Lan Lee vs. Harinder S. Uppal, Garden Leasing Inc., Lee Transport Systems,

## Kristin Kucsma, M.A.

### *Deposition Testimony*

LLC, Lee Transport Inc., L. Jays Leasing, Sunoco Logistics, John Doe 1-5, John Doe Inc. 1-5, Richard Roe 1-5, Richard Roe Inc. 1-5, Docket No.: L-6176-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding lost income to estate, companionship services to parents, and advice and counsel services to parents, March 13, 2015.

Estate of John Kelly, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, life insurance premium differential, household services, companionship services to spouse and children, and advice and counsel to spouse and children, March 11, 2015.

Maria Ortiz, Executrix and Individually of the Estate of Pascual Ortiz vs. Glen Mogan M.D., Advanced Gastroenterology, Neil Lyman, M.D., Nephrological Associates; Alan Dembner, M.D., Imaging Consultants of Essex, et al., Docket No.: ESX-L-9422-11, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and children, and advice and counsel services to spouse and children, March 10, 2015.

Debra Warren, Executrix of the Estate of Robert Warren and Debra Warren, individually vs. Christopher Muenzen, MD., Charles Carey, PA-C; John Doe, MD; Mary Roe, Rn and XYZ Corp. (Fictitious names), Docket No.: MRS-L-207-13, Roseland, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, championship services to spouse and children, and advice and counsel services to spouse and children, March 3, 2015.

Debra Weyhknecht Administratrix and Administratrix Ad Prosequendum of the Estate of Leon Weyhknecht, Jr. and Debra Weyhkencht, individually vs. Douglas Ross, M.D., John Does (fictitious names) and Internal Medicine Associates of Monmouth, P.C. and ABC Groups (fictitious names), Docket No.: MON-L-3729-13, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and children, and advice and counsel services to spouse and children, March 2, 2015.

Anthony J. Lucca and Toni Lucca vs. Mary A. Sorenson, Docket No.: 1:12-cv-05890-JHR-KMW, Cherry Hill, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, and household services, February 11, 2015.

Ana V. Sagastume and Byron Sagastume her husband vs. Roger E. Kelly, R.F. Chamberland, Inc., and/or XYZ Companies 1-5 (names being fictitious) and ABC Companies (1-10) (names being fictitious), Docket No.: 12-cv-05536-SRC-CLW, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past and future years, and household services, February 10, 2015.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Joan and Coffey Wilson vs. Holy Name Medical Center, et al., Docket No.: PIC-1995-STH, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, February 4, 2015.

Peggy Lucas, Executrix of the Estate of Arthur Lucas, decease and Peggy Lucas in her own right vs. Greogry Noto, M.D., Ashish B. Patel, M.D., Monmouth Cardiology Associates, John Does, D.P.M. 1-10, John Does, M.D. 1-10, Jane Does, R.N. 1-10 ABC Corporations 1-10, Docket No.: MON-L-4461-12, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship services to spouse, and advice and counsel services to spouse, January 30, 2015.

Jacquelyn Mangini, Administratrix Ad Prosequendum of the Estate of John Mangini and Administratrix of the Estate of John Mangini vs. Nathan Martinez, Elio Martinez, Joseph Alvarez, Fette Ford, Ford Motor Company, Rockport Commercial Vehicles, A Division of Forest River, Inc., John Does 1-3 (fictitious defendants) ABC Corporation 2-3 (fictitious defendants), Docket, No.: L-515-13, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse and daughters, and advice and counsel services to spouse and daughters, January 29, 2015.

Lee Ann Horton, Administratrix and Administratrix Ad Prosequendum of the Estate of Shaina Horton vs. Linda Stanley, M.D., Louis Wesley, M.D., Adebola Nnewihe, M.D., John Does (fictitious names of healthcare providers who cared for the decedent during relevant time period, whose true identities and/or culpability is not presently known); Reliance Medical Group, Northfield OB/GYN, Galloway OB/GYN and ABC Medical Group (fictitious entities whose true designation is not presently known), Docket No.: ATL-L-7365-12, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income to daughter, household services, companionship services to daughter, and advice and counsel services to daughter, January 29, 2015.

Chaya Applegrad, A minor by her mother and guardian ad Litem, Esther Applegrad, Esther Applegrad, Individually, and Gedalia Applegrad, Individually vs. Eric Bentolla, M.D., An Individual, Valley Hospital, An Entity, Kourtney Kacsmarski, R.M., An Individual, Mary Brown, An Individual, Yie-Hsien Chu, M.D., An Individual, John Does 1-10 and Jane Does 5-10, Docket No.: PAS-L-908–08, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings and cost of lifetime care, January 22, 2015.

Christian Worthy, A minor by his Guardian Litem Yadira Worthy; Yadira Worthy, Individually and Clarence Worthy, Individually vs. David H. Moskowitz M.D., J. Lindquist, R.N.; Jersey Shore University Medical Center and Pat Post 3-25 ( fictitious persons/entities), Docket No.: MON-L-1592-12, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings and cost of lifetime care, January 21, 2015.



### Kristin Kucsma, M.A.

#### *Deposition Testimony*

Linda Y. Kennedy, Individually and as the Executor of the Estate of Willis A. Kennedy, Deceased vs. Hunterdon Urological Associates, P.A. and Allen J. Kern, M.D., Docket No.: L-113-13, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, Social Security income, household services, companionship services to spouse and children, and advice and counsel services to spouse and children, January 8, 2015.

William Sample vs. Marketstar Corp., et al., Docket No.: 12-5538 (SDW), Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, January 8, 2015.



**Kenneth T. Betz, MBA, M.A.**

*Qualifications Profile*

Senior Economist
SOBEL TINARI ECONOMICS GROUP
293 Eisenhower Parkway, 2nd Floor
Livingston, NJ 07039
Kbetz@SobelTinariEconomics.com
973-992-1800

### Education

M.A. in Financial Economics, Fairleigh Dickinson University, Madison, NJ (1998)
MBA in Finance, Fairleigh Dickinson University, Madison , NJ (1982)
B.S. in Economics and Finance, Fairleigh Dickinson University, Madison, NJ (1980)

### Fields of Specialization

Macroeconomic Theory, Monetary Policy, Corporate Finance, Forensic Economics

### Positions Held

**Senior Economist, Sobel Tinari Economics Group, January 2011 - present**

Primary responsibilities: analyze data, prepare reports, provide expert testimony, and serve as an active participant in the field of forensic economics.

**Senior Lecturer in Economics and Finance, Fairleigh Dickinson University, Silberman College of Business, August 2011 - present.**
Lecturer, August 2002 - July 2011
Adjunct, January 1998 - July 2002

Undergraduate Courses Taught:
Money and Banking, Principles of Macroeconomics, Principles of Microeconomics, Business Finance I, Business Finance II, International Business Finance, International Monetary Theory, Financial Markets and Institutions, International Trade, Economics of Sports, Sports Finance, Principles of Financial Analysis, Intermediate Financial Analysis. Working Capital Management, Capital Budgeting/Value Creation, Special Topics in Finance, Portfolio Management, Investment Planning

Graduate Courses Taught:
Economic Analysis, Financial Analysis, Global Economic Environment.



**Kenneth T. Betz, MBA, M.A.**

**Positions Held (cont'd)**

**Associate of Economist M. Marcus, Ph.D., 1981 –2010**

Financial analysis and determination of Rate of Return for regulated utilities. Prepared reports appraising economic loss and provided expert testimony in personal injury, wrongful death and employment cases.

**Adjunct Instructor, County College of Morris, January 1988-June 1990**

Courses Taught: Principles of Macroeconomics, Business Mathematics

**Academic and Professional Activities**

Member, American Economic Association
Member, Eastern Economic Association
Member, American Association of University Professors
Member, National Association of Forensic Economics
Member, National Association for Business Economics
Chairman of the Finance Committee, Assumption College, Denville, N.J., 2009 to present.
Member, Board of Trustees, Assumption College, Denville, N.J., 2015 to present.
Member, Mendham Borough Open Space Committee, 1999 to 2006.
Active Member, Mendham Borough Fire Department, 1976 to present.
        Treasurer/Assistant Treasurer, 1984-2003.
Member, Mendham Borough First Aid Rescue Squad, 1977 to 2006. Director 1982-1983,
        Treasurer/Assistant Treasurer, 2004-2006.
Treasurer, Mendham Borough Chapter of New Jersey State Firemen's Association, 1993-2003.
Student Government Association Faculty Advisor of the Year "Maddy Award"
        recipient, 2008 and 2012.
FDU Greek Life Faculty Advisor of the Year, 2007.
Silberman College of Business, College at Florham, Teacher of the Year, 2005 and 2015.

**Publications**

"Valuing Non-Wage Compensation of Private Sector Labor Union Workers in the Construction Trades," co-authored with Frank D. Tinari, Ph.D., *Journal of Forensic Economics*, 24(2), October 2013, pp. 205-220.



**Kenneth T. Betz, MBA, M.A.**

**Publications (cont'd)**

"Predictors of Performance in Introductory Finance: Variables within and beyond the Student's
Control," co-authored with Fred Englander and Zhaobo Wang, *Higher Education Studies*,
Volume 5, No. 4 (2015), pp. 119-130.

**Presentations**

"Gulf Oil Spill: What it Means for America," co-presenter, discussed economic impact, sponsored
by Maxwell Becton College of Arts and Sciences and the College at Florham Student
Government Association, Madison, New Jersey, September 28, 2010.

Paper presentation, "Calculating Lost Fringe Benefits of Private-Sector Union Workers in Injury
Cases," with Frank D. Tinari, Ph.D., National Association of Forensic Economics session at
Eastern Economic Association Annual Conference, Boston, Massachusetts, March 10, 2012.

"Direct Examination of a Vocational Expert & Economist in a Personal Injury Case," co-presenter,
CLE program sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, October
17, 2013.

Paper presentation, "The Role of Student Procrastination in Explaining Student Performance in an
Introductory Finance Course" with Fred Englander, Ph.D. and Zhaobo Wang, Ph.D.,
Conference of the International Academy of Business and Public Administration Disciplines
(IABPAD) in Las Vegas, Nevada, on October 24, 2014.

"Damages: Proving Them & Defending Against Them - Plaintiff & Defense Perspectives," co-
presenter, New Jersey Institute for Continuing Legal Education, New Brunswick, New
Jersey, February 27, 2017.

Paper presentation, "Household Services: An Economist's Approach to Calculating the Market
Value of Replacement Services", with Kristin Kucsma, National Association of Forensic
Economics session at Eastern Economic Association Annual Conference, Boston,
Massachusetts, March 3, 2018.

"Excelling at Litigating Wrongful Death Action Cases," co-presenter, New Jersey Institute for
Continuing Legal Education, West Orange, New Jersey, October 19, 2018.

Paper presentation, "Household Services: An Economist's Approach to Calculating the Market
Value of Replacement Services", with Kristin Kucsma, Northeast Business & Economics
Association, Galloway, New Jersey, October 26, 2018.



**Kenneth T. Betz, MBA, M.A.**

**Trials and Depositions**

Mr. Betz has testified in both federal and state courts. A detailed listing of Mr. Betz' trial and deposition testimony is available upon request.

Mr. Betz has prepared numerous economic loss evaluations for use in litigation regarding economic damages: earnings, fringe benefits, household services, guidance, companionship, employment discrimination, and lost profits.



**Kenneth T. Betz, MBA, M.A.**
Kbetz@SobelTinarieconomics.com
SOBEL TINARI ECONOMICS GROUP
293 Eisenhower Parkway, 2nd Floor
Livingston, NJ 07039
973-992-1800

**Trial and Deposition Testimony**


**Trial Testimony**


Re: Bathelus, Charles
October 22, 2018
Client: Eichen, Crutchlow, Zaslow, LLP
Superior Court of New Jersey
Union County Court House
Elizabeth, New Jersey
[plaintiff-wrongful death/medical malpractice]

Re: Schettino, James
February 15, 2017
Client: Eichen, Crutchlow, Zaslow & McElroy, LLP
Superior Court of New Jersey Law Division, Hunterdon County
Flemington, New Jersey
[plaintiff-wrongful death/medical malpractice]

Re: Anokye, Ernestina
July 17, 2013
Client: The Turkewitz Law Firm
New York Kings County Supreme Court
Brooklyn, New York
[plaintiff-wrongful death]

Re: Rein, Gloria
January 10, 2013
Client: Ginsberg & O'Connor
Superior Court of New Jersey
Camden County Hall of Justice
Camden, New Jersey
[plaintiff-impairment/medical malpractice]


**Trial Testimony**


January 1, 2019                              page  1



**Kenneth T. Betz, MBA, M.A.**


Re: Dolywa, Maria
January 26, 2012
Client: John V. McDermott, Jr.
Superior Court of New Jersey
Sussex County Court House
Newton, New Jersey
[plaintiff-personal injury]

Re: McGlone, Michael
January 25, 2011
Client: Kazmierczuk & McGrath
Supreme Court of the State of New York
County of Nassau
Mineola, New York
[plaintiff-impairment/medical malpractice]

Re: Mellor, Jason
September 17, 2007
Client: Stark & Stark
United States District Court
Southern District of Florida
Fort Lauderdale, Florida
[plaintiff-wrongful death]

Re: Hilton, Allen
January 21, 2005
Client: Law Offices of Weitz & Luxenberg
Supreme Court of the State of New York
County of Nassau
Mineola, New York
[plaintiff-wrongful death]

Re: Bernoskie, Charles
August 15, 2003
Client: Javerbaum Wurgaft Hicks & Zarin
Superior Court of New Jersey
Union County Court House
Elizabeth, New Jersey
[plaintiff-wrongful death]


Re: Borba, Rogerio

January 1, 2019                              page  2



**Kenneth T. Betz, MBA, M.A.**

February 5, 2003
Client: Seiden & Kaufman
New York State Court of Claims
New York, New York
[plaintiff- personal injury]


**Deposition Testimony**

Suzie Chong, a minor, by her guardian ad litem, Chol Chong, and Chong and Min Jee Kim, Individually, Plaintiff's, v. Joseph Chong, M.D., John Does 1-10 and Jane Does 1-10 (representing presently unknown health care providers, including but not limited to doctors, nurses, technicians, etc.) and ABC Corporations 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff), Defendants. Superior Court of New Jersey Law Division, Bergen County, Docket No. BER-L-5461-16, on behalf of plaintiff, Livingston, New Jersey, opinion regarding the cost of lifetime care, testimony taken in deposition, on November 19, 2018.

Estate of David Ignaczak, by Stasia Sloma, Administratrix, Plaintiff, v. Fariborz Ashtyani, M.D., Hackensack Sleep and Pulmonary Center, Ronald Rigolosi, M.D., Excelcare Medical Associates, Holy Name Physician Associates, Riverside Family Care, Donna Koch, D.O., Comprehensive Family Care, John Does 1-10 and Jane Does 1-10 (representing presently unknown health care providers, including but not limited to doctors, residents, fellows, nurses, nurse practitioners, advanced practice nurses, technicians, etc. or such health care providers with regard to which negligence is not presently suspected) and ABC Corporations 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff or such entities with regard to which negligence is not presently suspected), Defendants. Superior Court of New Jersey Law Division, Passaic County, Docket No. PAS-L-3823-17, on behalf of plaintiff, Livingston, New Jersey, opinion regarding adjusted income, household services, companionship services, and advice and counsel services, testimony taken in deposition, on September 20, 2018.

Charles Bathelus and Yolande Bathelus, Plaintiffs, -against- Michael Zaboski, M.D., McHugh Zaboski, Lopez Pattahill, M.D., P.A., N.J. MED P.A., John Does 1-10, Jane Does 1-10 and ABC Corporations 1-10, Defendants. Superior Court of New Jersey, Union County, Law Division, Docket No. UNN-L-0323-16, on behalf of plaintiff, Livingston, New Jersey, opinion regarding adjusted income, adjusted pension income, household services, companionship services to spouse and children, and advice and counsel services to spouse and children, testimony taken in deposition, on April 9, 2018.

Estate of Mary E. Breeden, by its Executrix Charise Breeden-Balaam, Plaintiffs, vs. Arti Mahenbral Patel, M.D., Nudrat Ayub, M.D., Susan Szapiel, M.D., Khadija Baij, M.D., Newark Beth Israel Medical Center, Deborah Toraman, R.N., Anna Schuererman, R.N., Jennifer Crist-Munoz, A.P.N., Arlene Hilario, R.N., John Does 1-10 and Jane Does 1-10 (representing



## Kenneth T. Betz, MBA, M.A.

presently unknown health care providers or health care providers whose names are illegible in pertinent medical records, including but not limited to doctors, nurses, technicians, radiology department employees, those responsible for ensuring proper and timely access to MRI Corporations 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff), Defendants. Superior Court of New Jersey Law Division, Essex County, Docket No. ESSEX-L-1150-15, on behalf of plaintiff, Livingston, New Jersey, opinion regarding companionship services to daughter, and advice and counsel services to daughter, testimony taken in deposition, on January 9, 2018.

Alfredo Jimenez G/A/L Frida Jimenez, Plaintiff(s), v. Hoboken University Medical Center, Dr. Gak, et als. Defendant(s). Superior Court of New Jersey Law Division, Hudson County, Docket No. HUD - L - 1628 - 15, on behalf of plaintiff, Livingston, New Jersey, opinion regarding cost of lifetime care, testimony taken in deposition, on August 17, 2017.

Estate of Irene Neves, by Cipriano Neves, Executor and Cipriano Neves, Individually, Plaintiff, vs. Jeffrey Danzing, M.D., Bergen Gastroenterology, P.C., John H. Hajjar, M.D., Sovereign Medical Group, LLC, Jaclyn A. Calem-Grunat, M.D., Herbert Greenstein, M.D., Radiology Associates of Ridgewood, Valley Hospital, Et Al, Defendants. Superior Court of New Jersey Law Division, Bergen County, Docket No. BER - L - 4039 - 15, on behalf of plaintiff, Livingston, New Jersey, opinion regarding adjusted pension income, adjusted Social Security income, household services, companionship services to spouse, companionship services to son, advice and counsel services to spouse, and advice and counsel services to son, testimony taken in deposition, on August 7, 2017.

Estate of Alan Kucharski, by its Administratrix Ad Prosequendum, Susan Kucharski, Plaintiffs, vs. Central Railroad of New Jersey, Conrail, New Jersey Transit and Does 1 through X, (X being a number as yet determined, representing persons or corporations whose present identities and/or potential liabilities are unknown, their agents, servants and/or employees), Defendants. Superior Court of New Jersey Law Division, Essex County, Docket No. ESX - L - 5661 - 14, on behalf of plaintiff, Livingston, New Jersey, opinion regarding adjusted income, adjusted pension income, household services, companionship services to spouse, and advice and counsel services to spouse, testimony taken in deposition, on March 1, 2017.

Mike Charles, minor by his g.a.l., Emmania Charles and Emmania Charles, individually, Plaintiffs, v. Samuel Thomas, M.D., Meridian Health, et als, Defendants. Superior Court of New Jersey Law Division, Essex County, Docket No. ESX-L-9911-13, on behalf of plaintiff, Livingston, New Jersey, opinion regarding adjusted income, and cost of lifetime care, testimony taken in deposition, on December 19, 2016.

Guiseppina Quaglietta and Michelle Quaglietta, Plaintiffs, v. Valerie T. Huet, John Does 1-10 (said names being fictitious) and XYZ Corporations 1-10 (said names being fictitious), Defendants. Superior Court of New Jersey Law Division, Union County, Docket No. UNN-L-



## Kenneth T. Betz, MBA, M.A.

4421-14, on behalf of plaintiff, Livingston, New Jersey, opinion regarding adjusted income, and household services, testimony taken in deposition, on April 20, 2016.

Estate of James Schettino by it Executrix, Eileen Schettino, and Eileen Schettino individually, Plaintiffs, vs. Reinhard Schwartz, M.D., Hunterdon Gastroenterology Associates, P.A., Gregory Broslawski, D.O., John Bello, M.D., Hunterdon Surgical Associates, Gina Zancelli-Astran, D.O., Hunterdon Healthcare, John Does 1-10 and Jane Does 1-10 (representing presently unknown health care providers, including but not limited to doctors, nurses, technicians); and ABC Corps. 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff who have deviated from the standard of care). Defendants.   Superior Court of New Jersey Law Division, Hunterdon County, Docket No. HNT-L-0046-14, on behalf of plaintiff, Livingston, New Jersey, opinion regarding adjusted income, cost of health insurance, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, advice and counsel services to children, testimony taken in deposition, on April 4, 2016.

Estate of Roger Predmore, by its representative, Diane Predmore, Plaintiff, v. St. Clare's Hospital; John Fisher, M.D.; Isabel Smith, R.N.; Mellisa Lovitch, R.N.; Laura Duven Voorde, R.N.; Carol Monzo, R.N.; Ester Rodriguez, R.N.; Sally Jo Brill, R.N.; Valentina Zazubec, R.N.; Donna Martin, R.N.; JoAnne Odom, R.N.; Tracey Anderson, R.N.; Sarah Foran, R.N.; Margaret Babock, R.N.; Armina Hall, R.N.; Marguerite Philips, R.N.; Meleovda Grillo, R.N.; Robin Steller, R.N.; Mercedita Reilly, R.N.; Cumella Moira, R.N.; Sandra Telischack, R.N., Asst Don; Michelle Maniach, R.N.; Michelle Mckenney, R.N.; Theresa Danielle, R.N.; Drahomira Space, R.N.; Barn Hill Care Center; Newton Memorial Hospital, et al., Defendants. Superior Court of New Jersey Law Division, Morris County, Docket No. MRS - L - 217 - 13, on behalf of plaintiff, Livingston, New Jersey, opinion regarding adjusted pension income, companionship services to spouse, companionship services to children, advice and counsel services to spouse, advice and counsel services to children, testimony taken in deposition, on June 4, 2015.

Estate of Danielle Soares, by its Administratrix Maria Canhoto, Plaintiffs, vs. Clara Maas Medical Center, Lorelei Armas, R.N., Dorothine Dunkins, R.T., Michael Burney, John Does 1 - 10 and Jane Does 1 - 10 (representing presently unknown health care providers, including but not limited to doctors, nurses, technicians, etc.) and ABC Corps. 1 - 10 (representing presently unknown facilities or entities who rendered care to the plaintiff), Defendants. Superior Court of New Jersey Law Division, Essex County, Docket No. ESX - L - 3069 - 12, on behalf of plaintiff, Livingston, New Jersey, opinion regarding companionship services to parents, and advice and counsel services to parents, testimony taken in deposition, July 9, 2014.

Estate of Besim Aydin, Plaintiff, vs. Sabbar Danish, M.D., Sun H. Lee, M.D., Laurie Montedonico, RN, Rowena Valmores, RN, Patricia Parker, RN, Robert Wood Johnson University Hospital, John Does 1 - 10 and ABC Corps. 1 - 10, Defendants. Superior Court of New Jersey Law Division, Middlesex County, Docket No. MID - L - 1415 - 12, on behalf of plaintiff, Livingston, New Jersey, opinion regarding adjusted income in past years, adjusted

## Kenneth T. Betz, MBA, M.A.

income in future years, companionship services to spouse, companionship services to children, advice and counsel services to spouse, advice and counsel services to children, testimony taken in deposition, on May 21, 2014.

Edward Carley, Plaintiff, vs. Yegesh Ahuja, M.D., Kenneth Brown, M.D., Antonio Colon, R.N., Sharon Cahill, N.P., Michelle Lopez, R.N., Aileen Edwards, P.C.T., Jersey City Medical Center, John Does 1 - 10 (including any assistant surgeons), and Jane Does 1 - 10 and ABC Corporations, 1 - 10, Defendants. Superior Court of New Jersey Law Division, Hudson County, Docket No. HUD - L - 2541 - 12, on behalf of plaintiff, Livingston, New Jersey, opinion regarding loss of earnings and cost of future lifetime care, testimony taken in deposition, May 7, 2014.

Dennis R. Clune and Laurie Clune, Plaintiffs, vs. Tishman Construction Corporation, Amquip Crane Rental, LLC Manitowoc Cranes, The Manitowoc Company, Inc., and ABC Corporation 1 - 10 (fictitious names), Defendants. vs. Stone Concrete, Inc., Defendant/Third Party Plaintiff vs. Merchants Insurance Group and Merchants Mutual Insurance Company, Brett Balsley Insurance Group, successor in interest to Balsley Losco Greenberg and Balsley Losco Greenberg, i/j/s/a, Thrid Party Defendants, Superior Court of New Jersey Law Division, Ocean County, Docket No. L - 2243 - 10, personal injury proceeding, on behalf of plaintiff, Livingston, New Jersey, opinion regarding loss of earnings, testimony taken in deposition, January 14, 2014.

King, Michael, an infant by his G/A/L, Crystal Kinder-King and Walter A. King, Jr., and Crystal Kinder-King and Walter A. King, Jr., Individually, Plaintiff(s), v. Khosro Dibadj, M.D., St. Barnabas Medical Center, New Jersey Anesthesia Associates, P.C., et al. Defendant(s). Superior Court of New Jersey, Essex County, Docket No. ESX - L - 142 - 09, on behalf of plaintiff, Morristown, New Jersey, opinion regarding loss of earnings and cost of future lifetime care, testimony taken in deposition, January 8, 2013.

Merwede, Roy v. Matthew Parrello, Borough of Paramus Police Department, ABC Corp. 1 - 10 (fictitious name) and John Does 1 - 10 (fictitious name), Superior Court of New Jersey, Bergen County, Docket No. L - 5923 - 09, personal injury proceeding, on behalf of plaintiff, Hackensack, New Jersey, opinion regarding loss of earnings, testimony taken in deposition, April 28, 2011.





**P.O. Box 394**
**Mount Union, PA 17066**

Phone:  (866) 370-6233
Fax:      (814) 542-3253

nancy@nafe.net
http://www.nafe.net

## Statement of Ethical Principles and Principles of Professional Practice
## National Association of Forensic Economics (NAFE)
### (Effective July 1, 2014)

Forensic economics is the scientific discipline that applies economic theories and methods to matters within a legal framework. Forensic economics covers, but is not limited to:

- The calculation of pecuniary damages in personal and commercial litigation.
- The analysis of liability, such as the statistical analysis of discrimination, the analysis of market power in antitrust disputes, and fraud detection.
- Other matters subject to legal review, such as public policy analysis, and business, property, and asset valuation.

When providing expert opinion for use as evidence by the trier of fact, a NAFE member pledges, as a condition of membership, adherence to the following:

**1. Engagement**
Practitioners of forensic economics should decline involvement in any litigation when they are asked to assume invalid representations of fact or alter their methodologies without foundation or compelling analytical reason.

**2. Compensation**
Practitioners of forensic economics should not accept contingency fee arrangements, or fee amounts associated with the size of a court award or out-of-court settlement.

**3. Diligence**
Practitioners of forensic economics should employ generally accepted and/or theoretically sound economic methodologies based on reliable economic data. Practitioners of forensic economics should attempt to provide accurate, fair and reasonable expert opinions, recognizing that it is not the responsibility of the practitioner to verify the accuracy or completeness of the case-specific information that has been provided.

**4. Disclosure**
Practitioners of forensic economics should stand ready to provide sufficient detail to allow replication of all numerical calculations, with reasonable effort, by other competent forensic economics experts, and be prepared to provide sufficient disclosure of sources of information and assumptions underpinning their opinions to make them understandable to others.

**5. Consistency**
While it is recognized that practitioners of forensic economics may be given a different assignment when engaged on behalf of the plaintiff than when engaged on behalf of the defense, for any given assignment, the basic assumptions, sources, and methods should not change regardless of the party who engages the expert to perform the assignment. There should be no change in methodology for purposes of favoring any party's claim. This requirement of consistency is not meant to preclude methodological changes as new knowledge evolves, nor is it meant to preclude performing requested calculations based upon a hypothetical--as long as its hypothetical nature is clearly disclosed in the expert's report and testimony.

**6. Knowledge**
Practitioners of forensic economics should strive to maintain a current knowledge base of their discipline.

**7. Discourse**
Open, uninhibited discussion is a desired educational feature of academic and professional forensic economic conferences. Therefore, to preserve and protect the educational environment, practitioners of forensic economics will refrain from the citation of oral remarks made in an educational environment, without permission from the speaker.

**8. Responsibility**
Practitioners of forensic economics are encouraged to make known the existence of, and their adherence to, these principles to those retaining them to perform economic analyses and to other participants in litigation. In addition, it is appropriate for practitioners of forensic economics to offer criticisms of breaches of these principles.



# SOBEL TINARI  ECONOMICS GROUP LLC
**Professional Fees**
**(effective May 8, 2018)**

page 1 of  2

**NOTICE: In litigated matters we are retained by counsel, not individual plaintiffs or defendants, and all of our correspondence and communications are with retaining counsel.**

## Payment Requirements

To maintain scientific and ethical standards of objectivity, fees for services are not contingent on the outcome of litigated matters.  The retaining attorney and law firm are responsible for payment of all fees.  Payment in full for all services is due upon completion of work. A signed final report will be issued only when payment of the outstanding balance due has been received.  Payment for deposition and/or trial testimony is due at least three (3) days prior to the day of testimony.

## Retainer Deposit

In order to contract for services, and/or name us as an expert, and before work can begin, a non-refundable retainer deposit is required.

The retainer deposit in standard tort cases is typically between $4,000 and $5,000, depending on the nature of the assignment.

If substantial travel expense is required, an additional retainer may be requested.

All work is charged against the retainer deposit.

For extended assignments, additional retainer deposits will be requested.

**Be advised that the retention of our services is contingent on the receipt of the non-refundable retainer payment.**

## Written Reports (Research and preparation)

The total cost of a written report in standard tort cases is typically between $4,000 and $5,500. If work is needed on an expedited basis, multiple scenarios apply or a more complex analysis is required, an additional fee will apply.

Supplements and revisions to previously issued reports are billed according to the Professional Fees that are in effect at the time of the request.

## Trial, Arbitration Mediation or *De bene esse* Video Testimony (Fee includes reasonable travel time.)

All unpaid balances must be paid in full before testimony.

$  600   •   Non-refundable fee for trial preparation (including preparation of demonstrative aids, administrative services, etc.)
Payment is due upon receipt of invoice.
An additional charge for updates or revisions may apply.

$3,500   •   Half-day appearance.
Payment is due at least three (3) business days before the day of testimony.

$3,000   •   Additional half-day continuation on same or next day.

If a case settles or a decision is made not to call our expert to testify, a refund will be issued for payment received less the non-refundable portion.



## SOBEL TINARI  ECONOMICS GROUP LLC
### Professional Fees (continued)

page 2 of 2

**Deposition Testimony**
$500 per hour (Minimum 4-hour charge in the amount of $2,000).

The minimum 4-hour charge encompasses both testimony time and travel time, if any.
Payment is due at least three (3) business days before the day of testimony. Additional hours, if
any, are invoiced subsequent to the deposition. Payment is to be made by our retaining attorney.  If
adversary firm is responsible for paying, our retaining attorney is expected to recoup payment
advanced to us. Cancellation less than 24 hours before a scheduled appearance is invoiced at
$300.00.

**In-Person Consultation**  (invoiced portal-to-portal plus reasonable travel expenses)
$500 per hour

**NOTICE:**      Under no circumstances is our firm name or the name of any of our testifying experts to
be used or listed for litigation purposes without prior notification and approval by the Sobel
Tinari Economics Group. **[Unauthorized use of our name is subject to a fee of $5,000.]**

**Late Payment Finance Charge**
Amounts outstanding are subject to a 1.3% monthly late payment charge after 30-day grace period.

We reserve the right to stop work or withdraw from an assignment if invoices are not paid on a
timely basis.

In the event the account becomes delinquent and is turned over to an attorney/collection agency
for collection, reasonable attorney's fees plus all court and attendant collection costs will be the
responsibility of the retaining attorney/law firm. These fees will also include the cost of travel (air
fares, car rentals), lodging, meals, etc. to collect or file any court motions required in the collection
process.

All fees listed herein apply until such time as they are changed by the Sobel Tinari Economics Group.

All payments should be made to:         Sobel Tinari Economics Group, LLC
293 Eisenhower Parkway, 2nd Floor
Livingston, New Jersey 07039
www.SobelTinariEconomics.com
973-992-1800 (phone)    973-994-1571 (fax)

\*\*\* Credit Card payments may be made by telephone. \*\*\*

