UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On January 7, 2020, the Court issued a ruling on the Kingdom of Saudi Arabia's October 28, 2019 letter motion under seal requesting that the Court grant a protective order. That ruling is filed under seal until the parties have agreed upon (or not objected to) proposed redactions consistent with the FBI Protective Order. See ECF No. 4255.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  January 9, 2020
        New York, New York