**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

In re:

     **TERRORIST ATTACKS ON**
     **SEPTEMBER 11, 2001**

------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: ___ 1/9/2020

**03-MDL-1570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

     On July 2, 2019, the Plaintiffs' Executive Committees ("Plaintiffs") petitioned the Court

for Writs of *Habeas Corpus Ad Testificandum* regarding Mustafa Ahmed al Hawsawi, ECF No.

4649, and Abd al Aziz Ali, ECF No. 4637. On July 11, 2019, the Court directed Plaintiffs to

consult with counsel for the Guantanamo Detainees, including Hawsawi and Ali, to determine if

the witnesses object to participating in a deposition in this multi-district litigation. ECF No.

4678. In response, Plaintiffs filed a status letter on July 26, 2019 indicating that Ali respectfully

declined to be deposed. ECF No. 4704. In a follow-on status letter filed on August 20, 2019,

Plaintiffs indicated that Hawsawi also declined to participate in a deposition. ECF No. 4906.

Plaintiffs' subsequent status letters on the subject of the deposition of witnesses in federal

custody do not return to the potential depositions of Hawsawi and Ali. See ECF Nos. 5166, 5218.

     Accordingly, the Court DENIES Plaintiffs' petitions for Writs of *Habeas Corpus Ad*

*Testificandum* regarding Mustafa Ahmed al Hawsawi and Abd al Aziz Ali without prejudice.

The Clerk of Court is respectfully directed to terminate the gavels at ECF Nos. 4649 and 4637.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 9, 2020
              New York, New York