| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|
| B1 | David | Michael | Barkway | | | $ 2,000,000.00 | $ 29,935,158.00 | $ 31,935,158.00 |
| B2 | Michael | | Bocchino | | | $ 2,000,000.00 | $ 6,104,931.00 | $ 8,104,931.00 |
| B3 | Bruce | | Boehm | | | $ 2,000,000.00 | $ 5,396,052.00 | $ 7,396,052.00 |
| B4 | Mary | Jane | Booth | | | $ 2,000,000.00 | $ 440,374.00 | $ 2,440,374.00 |
| B5 | Peter | | Brennan | | | $ 2,000,000.00 | $ 6,156,343.00 | $ 8,156,343.00 |
| B6 | Vincent | | Brunton | | | $ 2,000,000.00 | $ 5,081,702.00 | $ 7,081,702.00 |
| B7 | Charles | | Burlingame | | | $ 2,000,000.00 | $ 6,813,981.00 | $ 8,813,981.00 |
| B8 | Swede | | Chevalier | | | $ 2,000,000.00 | $ 15,309,878.00 | $ 17,309,878.00 |
| B9 | Pamela | | Chu | | | $ 2,000,000.00 | $ 10,057,292.00 | $ 12,057,292.00 |
| B10 | Anthony | | Coladonato | | | $ 2,000,000.00 | $ 6,962,368.00 | $ 8,962,368.00 |
| B11 | James | E. | Cove | | | $ 2,000,000.00 | $ 4,767,767.00 | $ 6,767,767.00 |
| B12 | Neil | | Cudmore | | | $ 2,000,000.00 | $ 7,323,794.00 | $ 9,323,794.00 |
| B13 | Scott | | Davidson | | | $ 2,000,000.00 | $ 7,883,927.00 | $ 9,883,927.00 |
| B14 | Thomas | | Dennis | | | $ 2,000,000.00 | $ 6,242,888.00 | $ 8,242,888.00 |
| B15 | Eddie | | Dillard | | | $ 2,000,000.00 | $ 1,511,098.00 | $ 3,511,098.00 |
| B16 | William | | Dimmling | | | $ 2,000,000.00 | $ 9,597,527.00 | $ 11,597,527.00 |
| B17 | James | | Domanico | | | $ 2,000,000.00 | $ 1,655,064.00 | $ 3,655,064.00 |
| B18 | Mary | Yolanda | Dowling | | | $ 2,000,000.00 | $ 2,140,926.00 | $ 4,140,926.00 |
| B19 | Charles | | Droz | | | $ 2,000,000.00 | $ 4,711,795.00 | $ 6,711,795.00 |
| B20 | Bradley | | Fetchet | | | $ 2,000,000.00 | $ 11,847,690.00 | $ 13,847,690.00 |
| B21 | Richard | | Fitzsimons | | | $ 2,000,000.00 | $ 962,670.00 | $ 2,962,670.00 |
| B22 | Laura | | Gilly | | | $ 2,000,000.00 | $ 2,653,217.00 | $ 4,653,217.00 |
| B23 | Andrew | | Golkin | | | $ 2,000,000.00 | $ 21,499,779.00 | $ 23,499,779.00 |
| B24 | Elvira | | Granitto | | | $ 2,000,000.00 | $ 2,538,026.00 | $ 4,538,026.00 |
| B25 | Barbara | | Habib | | | $ 2,000,000.00 | $ 4,227,257.00 | $ 6,227,257.00 |
| B26 | Aram | | Iskenderian | | | $ 2,000,000.00 | $ 8,436,129.00 | $ 10,436,129.00 |
| B27 | Mark | | Jardim | | | $ 2,000,000.00 | $ 12,815,956.00 | $ 14,815,956.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B28 | Francois | | Jean-Pierre | | | $ | 2,000,000.00 | $ | 559,485.00 | $ | 2,559,485.00 |
| B29 | Robert | | Jordan | | | $ | 2,000,000.00 | $ | 30,616,985.00 | $ | 32,616,985.00 |
| B30 | Ann | | Judge | | | $ | 2,000,000.00 | $ | 2,353,703.00 | $ | 4,353,703.00 |
| B31 | Vanessa | | Kolpak | | | $ | 2,000,000.00 | $ | 7,402,325.00 | $ | 9,402,325.00 |
| B32 | David | | Kovalcin | | | $ | 2,000,000.00 | $ | 3,436,600.00 | $ | 5,436,600.00 |
| B33 | John | | Kren | | | $ | 2,000,000.00 | $ | 3,538,709.00 | $ | 5,538,709.00 |
| B34 | Rosanne | | Lang | | | $ | 2,000,000.00 | $ | 70,993,695.00 | $ | 72,993,695.00 |
| B35 | Richard | | Lynch | | | $ | 2,000,000.00 | $ | 15,680,422.00 | $ | 17,680,422.00 |
| B36 | Brian | | Magee | | | $ | 2,000,000.00 | $ | 4,224,580.00 | $ | 6,224,580.00 |
| B37 | Edward | | Maloney | III | | $ | 2,000,000.00 | $ | 9,310,925.00 | $ | 11,310,925.00 |
| B38 | Terence | John | Manning | | | $ | 2,000,000.00 | $ | 18,309,952.00 | $ | 20,309,952.00 |
| B39 | James | | Maounis | | | $ | 2,000,000.00 | $ | 3,006,409.00 | $ | 5,006,409.00 |
| B40 | James | | Martello | | | $ | 2,000,000.00 | $ | 152,298,496.00 | $ | 154,298,496.00 |
| B41 | Thomas | | McHale | | | $ | 2,000,000.00 | $ | 12,478,974.00 | $ | 14,478,974.00 |
| B42 | Robert | | McLaughlin | | | $ | 2,000,000.00 | $ | 26,463,046.00 | $ | 28,463,046.00 |
| B43 | Patricia | | Mickley | | | $ | 2,000,000.00 | $ | 4,206,596.00 | $ | 6,206,596.00 |
| B44 | Rajesh | | Mirpuri | | | $ | 2,000,000.00 | $ | 22,294,852.00 | $ | 24,294,852.00 |
| B45 | Laura | | Morabito | | | $ | 2,000,000.00 | $ | 4,869,712.00 | $ | 6,869,712.00 |
| B46 | Kathleen | | Moran | | | $ | 2,000,000.00 | $ | 6,164,964.00 | $ | 8,164,964.00 |
| B47 | Christopher | | Morrison | | | $ | 2,000,000.00 | $ | 13,296,182.00 | $ | 15,296,182.00 |
| B48 | Michael | | Mullan | | | $ | 2,000,000.00 | $ | 7,544,828.00 | $ | 9,544,828.00 |
| B49 | Frank | | Naples | | | $ | 2,000,000.00 | $ | 5,792,950.00 | $ | 7,792,950.00 |
| B50 | Christopher | | Newton | | | $ | 2,000,000.00 | $ | 19,247,810.00 | $ | 21,247,810.00 |
| B51 | Christopher | | Newton-Carter | | | $ | 2,000,000.00 | $ | 4,352,629.00 | $ | 6,352,629.00 |
| B52 | Peter | | Ortale | | | $ | 2,000,000.00 | $ | 54,282,160.00 | $ | 56,282,160.00 |
| B53 | Jane | Marie | Orth | | | $ | 2,000,000.00 | $ | 1,769,761.00 | $ | 3,769,761.00 |
| B54 | Sonia | | Ortiz | | | $ | 2,000,000.00 | $ | 935,795.00 | $ | 2,935,795.00 |
| B55 | Christopher | | Panatier | | | $ | 2,000,000.00 | $ | 8,992,815.00 | $ | 10,992,815.00 |
| B56 | Todd | Douglas | Pelino | | | $ | 2,000,000.00 | $ | 6,785,207.00 | $ | 8,785,207.00 |
| B57 | Steven | | Pollicino | | | $ | 2,000,000.00 | $ | 11,249,169.00 | $ | 13,249,169.00 |
| B58 | Daphne | | Pouletsos | | | $ | 2,000,000.00 | $ | 3,156,974.00 | $ | 5,156,974.00 |
| B59 | Jack | | Punches | | | $ | 2,000,000.00 | $ | 4,031,580.00 | $ | 6,031,580.00 |
| B60 | James | | Quinn | | | $ | 2,000,000.00 | $ | 3,009,609.00 | $ | 5,009,609.00 |
| B61 | Gerard | | Rauzi | | | $ | 2,000,000.00 | $ | 2,335,847.00 | $ | 4,335,847.00 |
| B62 | Howard | | Reich | | | $ | 2,000,000.00 | $ | 775,061.00 | $ | 2,775,061.00 |
| B63 | James | | Riches | | | $ | 2,000,000.00 | $ | 6,764,076.00 | $ | 8,764,076.00 |
| B64 | Eric | Thomas | Ropiteau | | | $ | 2,000,000.00 | $ | 2,842,245.00 | $ | 4,842,245.00 |
| B65 | Kristin | Irvine | Ryan | | | $ | 2,000,000.00 | $ | 7,118,683.00 | $ | 9,118,683.00 |
| B66 | Marjorie | | Salamone | | | $ | 2,000,000.00 | $ | 2,315,369.00 | $ | 4,315,369.00 |
| B67 | John | | Salerno | | | $ | 2,000,000.00 | $ | 13,810,885.00 | $ | 15,810,885.00 |
| B68 | Michael | | San Phillip | | | $ | 2,000,000.00 | $ | 3,250,271.00 | $ | 5,250,271.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B69 | Barry | | Simowitz | | | $ | 2,000,000.00 | $ | 544,602.00 | $ | 2,544,602.00 |
| B70 | Christopher | Paul | Slattery | | | $ | 2,000,000.00 | $ | 30,393,551.00 | $ | 32,393,551.00 |
| B71 | Heather | | Smith | | | $ | 2,000,000.00 | $ | 5,305,170.00 | $ | 7,305,170.00 |
| B72 | Won-Hyeong/ Daniel | | Song | | | $ | 2,000,000.00 | $ | 21,858,091.00 | $ | 23,858,091.00 |
| B73 | Seline | | Sutter | | | $ | 2,000,000.00 | $ | 530,812.00 | $ | 2,530,812.00 |
| B74 | Kevin | | Szocik | | | $ | 2,000,000.00 | $ | 29,758,307.00 | $ | 31,758,307.00 |
| B75 | Michael | | Taddonio | | | $ | 2,000,000.00 | $ | 9,574,166.00 | $ | 11,574,166.00 |
| B76 | Brian | | Terrenzi | | | $ | 2,000,000.00 | $ | 7,176,032.00 | $ | 9,176,032.00 |
| B77 | Nichola | | Thorpe | | | $ | 2,000,000.00 | $ | 3,960,718.00 | $ | 5,960,718.00 |
| B78 | Richard | | Todisco | | | $ | 2,000,000.00 | $ | 4,064,549.00 | $ | 6,064,549.00 |
| B79 | Vladimir | | Tomasevic | | | $ | 2,000,000.00 | $ | 5,923,434.00 | $ | 7,923,434.00 |
| B80 | Stephen | | Tompsett | | | $ | 2,000,000.00 | $ | 84,461,599.00 | $ | 86,461,599.00 |
| B81 | Ronald | | Vauk | | | $ | 2,000,000.00 | $ | 4,846,789.00 | $ | 6,846,789.00 |
| B82 | Matthew | | Vianna | | | $ | 2,000,000.00 | $ | 4,075,604.00 | $ | 6,075,604.00 |
| B83 | Dinah | | Webster | | | $ | 2,000,000.00 | $ | 3,391,565.00 | $ | 5,391,565.00 |
| B84 | David | T. | Weiss | | | $ | 2,000,000.00 | $ | 20,922,829.00 | $ | 22,922,829.00 |
| B85 | Deborah | Ann | Welsh | | | $ | 2,000,000.00 | $ | 2,936,350.00 | $ | 4,936,350.00 |
| B86 | John | | Works | | | $ | 2,000,000.00 | $ | 42,839,353.00 | $ | 44,839,353.00 |
| B87 | William | | Wren | | | $ | 2,000,000.00 | $ | 1,711,982.00 | $ | 3,711,982.00 |