# EXHIBIT B
# CONFIDENTIAL

# Furnished to the Court on CD for Filing Under Seal