# **EXHIBIT A**

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING AWARDED 03/08/2016 ECF No. 3226 | ESTATE ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 1 | Donna | | Giordano | | $2,000,000.00 | $1,067,773.00 | $3,067,773.00 |
| 2 | Joseph | J. | Keller | | $2,000,000.00 | $6,327,430.00 | $8,327,430.00 |
| 3 | Kristen | L. | Montanaro | | $2,000,000.00 | $2,413,743.00 | $4,413,743.00 |
| 4 | Michael | | Tanner | | $2,000,000.00 | $17,633,136.00 | $19,633,136.00 |
| 5 | Scott | | Vasel | | $2,000,000.00 | $6,141,023.00 | $8,141,023.00 |