# **<u>EXHIBIT A</u>**

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING AWARDED 03/08/2016 ECF No. 3226 | ESTATE ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 1 | Thomas | M. | Brennan | | $2,000,000.00 | $8,242,719.00 | $10,242,719.00 |
| 2 | David | R. | Meyer | | $2,000,000.00 | $1,691,391.00 | $3,691,391.00 |
| 3 | Linda | K. | Gronlund | | $2,000,000.00 | $2,670,759.00 | $4,670,759.00 |
| 4 | Alan | L. | Wisniewski | | $2,000,000.00 | $4,315,583.00 | $6,315,583.00 |