# EXHIBIT A

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING AWARDED 03/08/2016 ECF No. 3226 | ESTATE ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 1 | Edward | | Carlino | | $2,000,000.00 | $5,757,637.00 | $7,757,637.00 |
| 2 | Michael | J. | Cunningham | | $2,000,000.00 | $16,538,215.00 | $18,538,215.00 |
| 3 | Patrick | | Danahy | | $2,000,000.00 | $10,565,532.00 | $12,565,532.00 |
| 4 | Vincent | | Gallucci | | $2,000,000.00 | $10,463,548.00 | $12,463,548.00 |
| 5 | Jeremy | | Glick | | $2,000,000.00 | $9,835,927.00 | $11,835,927.00 |
| 6 | Donald | T. | Jones | II | $2,000,000.00 | $8,358,300.00 | $10,358,300.00 |
| 7 | Kevin | | Murphy | | $2,000,000.00 | $4,502,635.00 | $6,502,635.00 |
| 8 | Ronald | | Orsini | | $2,000,000.00 | $2,104,748.00 | $4,104,748.00 |
| 9 | Salvatore | | Zisa | | $2,000,000.00 | $6,443,131.00 | $8,443,131.00 |