UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re:                                                          03-MDL-1570 (GBD)(SN)

       TERRORIST ATTACKS ON                    IRAN NOTICE OF
       SEPTEMBER 11, 2001                       AMENDMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

This document relates to: *Horace Morris et al. v. Islamic Republic of Iran*,

No. 1:18-cv-05321 (GBD) (SN).

       Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the

above-referenced matter, ECF No. 21, as permitted and approved by the Court's Order of October

28, 2019, ECF No. 5234. Upon the filing of this Notice of Amendment, the underlying

Complaint is deemed amended to add the individual(s) listed below (the "New Plaintiff(s)") as

plaintiff(s) raising claims against the Islamic Republic of Iran. The underlying Complaint is

deemed amended to include the allegations, as indicated below, of (a) the Federal  Insurance and

Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of

Iran, ECF No. 3237, or (b) the Amended Complaint, Burnett v. Islamic  Republic of Iran, No.

15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53. The amendment effected

through this Notice of Amendment supplements by incorporation into, but does not displace, the

underlying Complaint. This Notice of Amendment relates solely to the Islamic Republic of Iran

and does not apply to any other defendant.

       Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have

adopted all factual and jurisdictional allegations of the complaint that has been joined as

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Eddie Ottenwalder | FL | United States | Isidro Ottenwalder | Sibling | Line 26 |
| 2 | Nilda Ottenwalder | FL | United States | Isidro Ottenwalder | Sibling | Line 26 |
| 3 | Olga Ottenwalder | NJ | United States | Isidro Ottenwalder | Sibling | Line 26 |
| 4 | Linda Amato | NY | United States | Timothy A. Roy | Sibling | Line 72 |
| 5 | James Roy | NJ | United States | Timothy A. Roy | Sibling | Line 72 |
| 6 | John Roy | NY | United States | Timothy A. Roy | Sibling | Line 72 |
| 7 | John Roy as Personal Representative of the Estate of Ida Mae Roy | NY | United States | Timothy A. Roy | Parent (deceased) | Line 72 |
| 8 | Gary Roy | NY | United States | Timothy A. Roy | Sibling | Line 72 |
| 9 | Kenneth Roy | FL | United States | Timothy A. Roy | Sibling | Line 72 |
| 10 | Douglas Roy | FL | United States | Timothy A. Roy | Sibling | Line 72 |
| 11 | Sami Nassar | MA | United States | Jude Moussa | Co-PR | Line 3 |
| 12 | Steven Romagnolo | NY | United States | Joseph M. Romagnolo | Sibling | Line 70 |
| 13 | Shaun L. Rodgers | NJ | United States | Venesha Richards | Sibling | Line 59 |

Dated: January 10, 2020

Respectfully submitted,
/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York
Telephone: 212-278-1000
jgoldman@andersonkill.com

*Attorneys for Plaintiffs*

4

docs-100228348.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the *Horace Morris et al. v. Islamic Republic of Iran* Plaintiffs' Notice of Amendment was filed electronically this 10th day of January, 2020. Notice of this filing will be served upon all parties in 03 MDL 1570 and 1:18-cv-05321 (GBD)(SN) by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

New York, NY
January 10, 2020

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.

docs-100229485.1