**EXHIBIT A**

| Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Plaintiff's Multiple Capacity Allegations | Plaintiff's Relationship to 9/11 Decedent | Plaintiff Citizenship | 9/11 Decedent's Citizenship/Nationality on 9/11/01 | Nature of Claim |
|---|---|---|---|---|---|---|
| Benedetto, John | NY | Benedetto, John, Individually and as Personal Representative of the Estate of Denise Lenore Benedetto | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Deming-Phalon, Rosemary M. | NJ | Deming-Phalon, Rosemary M., individually and as Guardian of minor children B.D.D., C.D., and C.D.D. | Sibling | U.S. | U.S. | WD/ Solatium |
| Donohue, Dana | NJ | Donohue, Dana, Individually and as Personal Representative of the Estate of Dennis Cook | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Egan, Diane | NY | Egan, Diane, Individually and as Personal Representative of the Estate of Martin Egan, Jr. | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |
| Goldstein, Cecilia | NY | Goldstein, Cecilia, Individually and as Personal Representative of the Estate of Monica Goldstein | Parent | U.S. | U.S. | WD/ Solatium |
| Hargrave, Patricia Ellen | NJ | Hargrave, Patricia Ellen, individually and as Guardian of minor children, A.P.H., C.A.H., and C.E.H. | Spouse | U.S. | U.S. | WD/ Solatium |
| Laszczynski, Amy | NJ | Laszczynski, Amy, individually and as the Personal Representative of the Estate of Paul Laszczynski | Child | U.S. | U.S. | WD/ Solatium |
| Valentin, Grissel Rodriguez | NJ | Valentin, Grissel Rodriguez, Individually and as Personal Representative of the Estate of Benito Valentin | Personal Representative/ Spouse | U.S. | U.S. | WD/ Solatium |