## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This filing relates to:

*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al.*, 04-CV-01923 (GBD) (SN)

*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al.*, 04-CV-01922 (GBD) (SN)

### ENTRY OF APPEARANCE

To The Clerk of the District Court:

      Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

January 14, 2020

                                        By:  */s/ Lawrence Kill*
                                                Lawrence Kill, Esquire

                                                Anderson Kill P.C.
                                                1251 Avenue of the Americas
                                                New York, NY 10020-1182
                                                Telephone: 212-278-1000
                                                Email: lkill@andersonkill.com

                                                Attorneys for Plaintiffs