# EXHIBIT A

**EXHIBIT A to *Aamoth* Motion to Substitute Parties**

|  | **Previous Personal Representative or Claimant:** | **Substitute Personal Representative:** | **State Residency of Substituted Personal Representative at Filing** | **Decedent's Name:** |
|---|---|---|---|---|
| 1. | John Doe 1, being intended to designate the Personal Representative of the Estate of (Lt.) Brian G. Ahearn, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of (Lt.) Brian G. Ahearn | Debra Ahearn, as the Personal Representative of the Estate of (Lt.) Brian G. Ahearn, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Lt.) Brian G. Ahearn | NY | (Lt.) Brian G. Ahearn |
| 2. | John Doe 3, being intended to designate the Personal Representative of the Estate of Arlene T. Babakitis, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally | James Babakitis, as the Personal Representative of the Estate of Arlene T. Babakitis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arlene T. Babakitis | NJ | Arlene T. Babakitis |

docs-100229793.1

| | | | | |
|---|---|---|---|---|
| | entitled beneficiaries and family members of Arlene T. Babakitis | | | |
| 3. | John Doe 12, being intended to designate the Personal Representative of the Estate of Tara Debek, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Tara Debek | Dariusz Debek, as the Personal Representative of the Estate of Tara Debek, deceased, and on behalf of all legally entitled beneficiaries and family members of Tara Debek | NY | Tara Debek |
| 4. | John Doe 16, being intended to designate the Personal Representative of the Estate of Sandra N. Foster, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra N. Foster | Barbara E. Hill, as the Personal Representative of the Estate of Sandra N. Foster, deceased, and on behalf of all legally entitled beneficiaries and family members of Sandra N. Foster | DC | Sandra N. Foster |

4

| | | | | |
|---|---|---|---|---|
| 5. | John Doe 20, being intended to designate the Personal Representative of the Estate of Michelle H. Goldstein, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Michelle H. Goldstein | Edward Goldstein, as the Personal Representative of the Estate of Michelle H. Goldstein, deceased, and on behalf of all legally entitled beneficiaries and family members of Michelle H. Goldstein | NY | Michelle H. Goldstein |