UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:
*Jessica DeRubbio et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD) (SN)

### **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to substitute the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or the Personal Representatives of a family member of an individual killed as a result of the terrorist attacks on September 11, 2001; and to substitute individuals that were previously identified as minors who have now reached the age of majority; it is hereby

**ORDERED** that the *DeRubbio* Plaintiffs' motion is granted; and it is further

**ORDERED** that the individuals included on Exhibit A be substituted into the *DeRubbio* case.


Dated: New York, New York
_____, 2020

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**EXHIBIT A to *DeRubbio* Motion to Substitute Parties**

**Substitution of Personal Representatives**

|   | Previous Personal Representative or Claimant: | Substitute Personal Representative: | State Residency of Substituted Personal Representative at Filing | Decedent's Name: |
|---|---|---|---|---|
| 1. | Lois Churchill | John Churchill as Personal Representative of the Estate of Lois Churchill, deceased, the late sibling of John E. Eichler | NJ | John E. Eichler |
| 2. | Ituama Ette | Benjamin Edokpayi, as Personal Representative of the Estate of Sadie Ette, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sadie Ette | NY | Sadie Ette |
| 3. | Allen Freeman | Allen Freeman and Juanita Freeman, as co-Personal Representatives of the Estate of Tamitha Freeman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamitha Freeman | NC | Tamitha Freeman |
| 4. | Herbert Freiman | Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman, deceased, the late parent of Brett O. Freiman | NY | Brett O. Freiman |

**Substitution of Minors**

|   | Status as Filed | Pled As | State of Residency at Filing | DOB | Age (To-Date) | Decedent's Name: | Plaintiff's Name as Substituted: |
|---|---|---|---|---|---|---|---|
| 1. | MINOR | Audrey Ades, as Natural Guardian of RHSFF, a minor, as surviving child of Paul Freiman | FL | 01/21/2001 | 18 | Paul Freiman | Richard Hyun-Soo Freiman Fox |

2

docs-100229810.1