UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:
*Alexander Jimenez et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD) (SN)

## <u>MOTION TO SUBSTITUTE PARTIES PURSUANT TO<br>FEDERAL RULE OF CIVIL PROCEDURE 15(d)</u>

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the party as identified on Exhibit A in the above referenced action. The individual being substituted into the case is the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent") and/or Personal Representative of a family member of a 9/11 decedent.

Exhibit A identifies: the individual to be substituted in the pleading; the capacity in which the individual seeks to be substituted; the individual's state of residency at the time the complaint was filed; and the 9/11 decedent.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted party be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and efficiently manage the size of this MDL.

Dated: January 14, 2020

/s/ *Bruce E. Strong*
ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
1251 Avenue of the Americas
New York, NY  10020
Tel:    212-278-1000
Fax:    212-278-1733
Email: bstrong@andersonkill.com