# EXHIBIT A

**EXHIBIT A to *Jimenez* Motion to Substitute Parties**

| | Previous Personal Representative or Claimant: | Substitute Personal Representative: | State Residency of Substituted Personal Representative at Filing | Decedent's Name: |
|---|---|---|---|---|
| 1. | Karen Barrett, as Personal Representative of the Estate of Richard King, deceased, the late spouse of Lucille T. King | Raymond Murray, as Personal Representative of the Estate of Richard King, deceased, the late spouse of Lucille T. King | NJ | Lucille T. King |

docs-100229842.1