# **EXHIBIT A**

| Estate of | Family Member | Relationship | Solatium Award |
|---|---|---|---|
| W. David Bauer, II | Heidi Bauer Pollard | Sibling | $4,250,000.00 |
| Todd Beamer | Margaret Beamer | Parent | $8,500,000.00 |
| | Melissa Wilson | Sibling | $4,250,000.00 |
| | Michele Beamer-Sorenson | Sibling | $4,250,000.00 |
| Paul F. Beatini | Michael C. Beatini (died in 2014) | Parent | $8,500,000.00 |
| | Michael L. Beatini (died in 2015) | Sibling | $4,250,000.00 |
| Colin Bonnett | Cathyann Bonnett | Spouse | $12,500,000.00 |
| Thomas Bowden | Sheilah Bowden | Parent | $8,500,000.00 |
| Shawn E. Bowman | Jennifer J. Henry | Spouse | $12,500,000.00 |
| | Shawn E. Bowman, Sr. | Parent | $8,500,000.00 |
| Thomas Brennan | John V. Brennan | Parent | $8,500,000.00 |
| | John O. Brennan | Sibling | $4,250,000.00 |
| | Mary Elizabeth Magee | Sibling | $4,250,000.00 |
| John Anthony Candela | John Arthur Candela | Child | $8,500,000.00 |
| Edward Carlino | Lisa Torres | Child | $8,500,000.00 |
| Michael J. Cunningham | Bernadette T. Hayes | Sibling | $4,250,000.00 |
| Jack L. D'Ambrosi, Jr. | Jack L. D'Ambrosi, Sr. (Died post-9/11) | Parent | $8,500,000.00 |
| Patrick Danahy | Mary Danahy | Spouse | $12,500,000.00 |

| Estate of | Family Member | Relationship | Solatium Award |
|---|---|---|---|
| Vincenzo Gallucci | Joseph D. Gallucci | Child | $8,500,000.00 |
| | Filomena Grace Santorelli | Sibling | $4,250,000.00 |
| Linda Gronlund | Arthur G. Gronlund (Died in 2002) | Parent | $8,500,000.00 |
| Scott Johnson | Margaret Ann Johnson | Parent | $8,500,000.00 |
| Howard Kane | Holly Ann Tanz | Sibling | $4,250,000.00 |
| Adam Lewis | Reilly R. Lewis | Child | $8,500,000.00 |
| | Arthur S. Lewis | Child | $8,500,000.00 |
| | Caroline P. Lewis | Child | $8,500,000.00 |
| David Meyer | Heidi Mennona | Child | $8,500,000.00 |
| | Heather Vulpone | Child | $8,500,000.00 |
| | Dawn Meyer-Fuchs | Child | $8,500,000.00 |
| | Kristine Meyer | Sibling | $4,250,000.00 |
| Kevin Murphy | Connor J. Murphy | Child | $8,500,000.00 |
| | Sally Ryan | Parent | $8,500,000.00 |
| | Timothy F. Murphy, Jr. (Died post-9/11) | Parent | $8,500,000.00 |
| | Mary Elizabeth Dougherty | Sibling | $4,250,000.00 |
| | Timothy P. Murphy | Sibling | $4,250,000.00 |
| | John F. Murphy | Sibling | $4,250,000.00 |
| Jean Peterson | Catherine A. Stover | Child | $8,500,000.00 |
| | Grace P. Sherwood | Child | $8,500,000.00 |

| Estate of | Family Member | Relationship | Solatium Award |
|---|---|---|---|
| Steven F. Schlag | Jean Nebbia | Sibling | $4,250,000.00 |
| | Ellen Hughes | Sibling | $4,250,000.00 |
| Joseph Sisolak | Suzanne J. Penavic | Spouse | $12,500,000.00 |
| | Teresa Reller | Sibling | $4,250,000.00 |
| Michael Tanner | Kenneth C. Tanner | Sibling | $4,250,000.00 |
| | Nicole Tanner-D'Ambrosio | Sibling | $4,250,000.00 |
| | Maria Marasciulo | Sibling | $4,250,000.00 |
| Scott Vasel | Janyne Vasel Dembicki | Sibling | $4,250,000.00 |
| Alan Wisniewski | Matthew P. Wisniewski | Child | $8,500,000.00 |
| Kevin York | Mary E. York Peled | Sibling | $4,250,000.00 |
| Zisa | Phyllis A. Kelly | Sibling | $4,250,000.00 |