**EXHIBIT A to *Agyeman* Motion to Substitute Parties**

|    | **Previous Personal Representative or Claimant:** | **Substitute Personal Representative:** | **State Residency of Substituted Personal Representative at Filing** | **Decedent's Name:** |
|----|---|---|---|---|
| 1. | Selena Cherry-Daniel | Joanne Cherry, as the Personal Representative of the Estate of Vernon P. Cherry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry | VA | Vernon P. Cherry |
| 2. | David DeConto | G. Don Westfall, as the Personal Representative of the Estate of Gerald F. DeConto, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerald F. DeConto | MA | Gerald F. DeConto |

docs-100229807.1