# EXHIBIT 1

| Name of 9/11 Decedent | Family Member Named in Original Orders | Family Member Corrected Name |
|---|---|---|
| W. David Bauer | Heidi Pollard | Heidi Bauer Pollard |
| Todd Beamer | Peggy Beamer<br>Melissa Beamer<br>Michelle Beamer | Margaret Beamer<br>Melissa Wilson<br>Michele Beamer-Sorensen |
| Paul F. Beatini | Michael Beatini - Parent<br>Michael Beatini - Sibling | Michael C. Beatini - Parent<br>Michael L. Beatini - Sibling |
| Colin Bonnett | Cathy Ann Bonnett | Cathyann Bonnett |
| Thomas Bowden | Sheila Bowden | Sheilah Bowden |
| Shawn E. Bowman | Jennifer Bowman Henry<br>Shawn Bowman, Sr. | Jennifer J. Henry<br>Shawn E. Bowman, Sr. |
| Thomas Brennan | John Brennan<br>John Brennan<br>Marybeth Brennan | John V. Brennan<br>John O. Brennan<br>Mary Elizabeth Magee |
| John Anthony Candela | John Candela, Jr. | John Arthur Candela |
| Edward Carlino | Lisa Lopez | Lisa Torres |
| Michael J. Cunningham | Bernadette Cunningham | Bernadette T. Hayes |
| Jack L. D'Ambrosi, Jr. | Jack D'Ambrosi, Sr. | Jack L. D'Ambrosi, Sr. |
| Patrick Danahy | Mary Danahy Sammel | Mary Danahy |

| Name of 9/11 Decedent | Family Member Named in Original Orders | Family Member Corrected Name |
|---|---|---|
| Vincenzo Gallucci | Joseph Gallucci<br><br>Grace Santorelli | Joseph D. Gallucci<br><br>Filomena Grace Santorelli |
| Linda Gronlund | Gunnar Gronlund<br>(Died in 2002) | Arthur G. Gronlund<br>(Died in 2002) |
| Scott Johnson | Ann Johnson | Margaret Ann Johnson |
| Howard Kane | Holly Ann Kane | Holly Ann Tanz |
| Adam Lewis | Reilly Lewis<br><br>Arthur Lewis<br><br>Caroline Lewis | Reilly R. Lewis<br><br>Arthur S. Lewis<br><br>Caroline P. Lewis |
| David Meyer | Heidi Meyer<br><br>Heather Meyer<br><br>Dawn Meyer<br><br>Kristine Riordan | Heidi Mennona<br><br>Heather Vulpone<br><br>Dawn Meyer-Fuchs<br><br>Kristine Meyer |
| Kevin Murphy | Connor K. Murphy<br><br>Sally Heyser<br><br>Timothy Murphy<br><br>Mary Beth Dougherty<br><br>Timothy Murphy, Jr.<br><br>Jack Murphy | Connor J. Murphy<br><br>Sally Ryan<br><br>Timothy F. Murphy, Jr.<br><br>Mary Elizabeth Dougherty<br><br>Timothy P. Murphy<br><br>John F. Murphy |
| Jean Peterson | Catherine Price<br><br>Grace Sherwood | Catherine A. Stover<br><br>Grace P. Sherwood |

| Name of 9/11 Decedent | Family Member Named in Original Orders | Family Member Corrected Name |
|---|---|---|
| Steven F. Schlag | Jean Schlag<br><br>Ellen Schlag | Jean Nebbia<br><br>Ellen Hughes |
| Joseph Sisolak | Suzanne Sisolak Penavic<br><br>Theresa Reller | Suzanne J. Penavic<br><br>Teresa Reller |
| Michael Tanner | Kenneth Tanner, Jr.<br><br>Nicole Tanner<br><br>Maria Marascuilo | Kenneth C. Tanner<br><br>Nicole Tanner-D'Ambrosio<br><br>Maria Marasciulo |
| Scott Vasel | Janyne Dembicki | Janyne Vasel Dembicki |
| Alan Wisniewski | Matthew Wisniewski | Matthew P. Wisniewski |
| Kevin York | Mary York | Mary E. York Peled |
| Salvatore Zisa | Phyllis Zisa Kelly | Phyllis A. Kelly |