UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:
*Bakahityar Kamardinova et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD) (SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified on Exhibit A in the above referenced action. The individuals being substituted into the case are Personal Representatives of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent") and/or Personal Representatives of a family member of a 9/11 decedent.

Exhibit A identifies: the individuals to be substituted in the pleading; the capacity in which they seek to be substituted; their state of residency at the time the complaint was filed; and the 9/11 decedent.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and efficiently manage the size of this MDL.

100229841_1

2

Dated: January 14, 2020

> */s/ Bruce E. Strong*
> ANDERSON KILL P.C.
> Jerry S. Goldman, Esq.
> Bruce E. Strong, Esq.
> 1251 Avenue of the Americas
> New York, NY  10020
> Tel:     212-278-1000
> Fax:    212-278-1733
> Email: bstrong@andersonkill.com

2