**EXHIBIT A to *Kamardinova* Motion to Substitute Parties**

|    | **Previous Personal Representative or Claimant:** | **Substitute Personal Representative:** | **State Residency of Substituted Personal Representative at Filing** | **Decedent's Name:** |
|----|---|---|---|---|
| 1. | Stephen Mathesen | Joanne Mathesen, as Personal Representative of the Estate of Stephen Mathesen, deceased, the late sibling of William A. Mathesen | NY | William A. Mathesen |
| 2. | Glenn Mattson | Mary Mattson, as Personal Representative of the Estate of Glenn Mattson, deceased, the late sibling of Dean E. Mattson | WI | Dean E. Mattson |

100229841_1