UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:
*Bakahityar Kamardinova et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD) (SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or the Personal Representatives of a family member of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby

**ORDERED** that the *Kamardinova* Plaintiffs' motion is granted; and it is further

**ORDERED** that the individuals included on Exhibit A be substituted into the *Kamardinova* case.

Dated: New York, New York
_____, 2020

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE