**EXHIBIT A to *Kamardinova* Motion to Substitute Parties**

|   | Previous Personal Representative or Claimant: | Substitute Personal Representative: | State Residency of Substituted Personal Representative at Filing | Decedent's Name: |
|---|---|---|---|---|
| 1. | Stephen Mathesen | Joanne Mathesen, as Personal Representative of the Estate of Stephen Mathesen, deceased, the late sibling of William A. Mathesen | NY | William A. Mathesen |
| 2. | Glenn Mattson | Mary Mattson, as Personal Representative of the Estate of Glenn Mattson, deceased, the late sibling of Dean E. Mattson | WI | Dean E. Mattson |

docs-100229837.1