# EXHIBIT A

## EXHIBIT A to *Kim* Motion to Substitute Parties

|   | Previous Personal Representative or Claimant: | Substitute Personal Representative: | State Residency of Substituted Personal Representative at Filing | Decedent's Name: |
|---|---|---|---|---|
| 1. | Dawn Gonzalez, as the Personal Representative of the Estate of Jenine Gonzalez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez | Dawn Gonzalez, as the co-Personal Representative of the Estate of Jenine Gonzalez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez | NY | Jenine Gonzalez |
| 2. | Razelda Green | Kevin Anthony Green, as Personal Representative of the Estate of Razelda Bailey Green, deceased, the late parent of Derrick A. Green | NY | Derrick A. Green |

docs-100229792.1