# EXHIBIT A

## EXHIBIT A to *Morris* Motion to Substitute Parties

**Substitution of Personal Representatives**

| | **Previous Personal Representative or Claimant:** | **Substitute Personal Representative:** | **State Residency of Substituted Personal Representative at Filing** | **Decedent's Name:** |
|---|---|---|---|---|
| 1. | George Jebrine | George Jebrine, as the co-Personal Representative of the Estate of Jude Moussa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa | CT | Jude Moussa |
| 2. | Rawlins Anthony Nesbitt | Rosia Nesbitt, as Personal Representative of the Estate of Rawlins Anthony Nesbitt, deceased, the late sibling of Oscar F. Nesbitt | MD | Oscar F. Nesbitt |
| 3. | Jose R. Rivera a/k/a Jose Rivera Ramos, as the co-Personal Representative of the Estate of Linda I. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Linda I. Rivera | Jose R. Rivera a/k/a Jose Rivera Ramos, as the Personal Representative of the Estate of Linda I. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Linda I. Rivera | FL | Linda I. Rivera |
| 4. | Frank Saiya | Ruthellen Saiya, as Personal Representative of the Estate of Frank Saiya, deceased, the late sibling of Edward Saiya | KS | Edward Saiya |

docs-100229811.1

**Substitution of Minors**

|   | Status as Filed | Pled As | State of Residency at Filing | DOB | Age (To-Date) | Decedent's Name: | Plaintiff's Name as Substituted: |
|---|---|---|---|---|---|---|---|
| 1. | MINOR | Thomas Knobel, as Natural Guardian of VHK, a minor, as surviving child of Tu-Anh Pham | NY | 07/26/2001 | 18 | Tu-Anh Pham | Vivienne Hoang-Anh Knobel |
| 2. | MINOR | Hopeton Richards, as Natural Guardian of KR, a minor, as surviving child of Venesha Richards | NJ | 10/24/2000 | 19 | Venesha Richards | Kayla Richards |