# EXHIBIT A2

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Edelmiro | | Abad | | | $ 2,000,000.00 | $ 2,889,133.00 | $ 4,889,133.00 |
| 2 | James | M. | Amato | | | $ 2,000,000.00 | $ 7,501,002.00 | $ 9,501,002.00 |
| 3 | Michael | G. | Arczynski | | | $ 2,000,000.00 | $ 8,110,436.00 | $ 10,110,436.00 |
| 4 | Gerald | T. | Atwood | | | $ 2,000,000.00 | $ 4,557,097.00 | $ 6,557,097.00 |
| 5 | Paul | | Battaglia | | | $ 2,000,000.00 | $ 3,361,589.00 | $ 5,361,589.00 |
| 6 | Alan | | Beaven | | | $ 2,000,000.00 | $ 6,443,641.00 | $ 8,443,641.00 |
| 7 | Michael | J. | Berkeley | | | $ 2,000,000.00 | $ 9,680,448.00 | $ 11,680,448.00 |
| 8 | Larry | | Bowman | | | $ 2,000,000.00 | $ 1,208,328.00 | $ 3,208,328.00 |
| 9 | Mark | | Bruce | | | $ 2,000,000.00 | $ 4,783,111.00 | $ 6,783,111.00 |
| 10 | Donald | J. | Burns | | | $ 2,000,000.00 | $ 3,601,791.00 | $ 5,601,791.00 |
| 11 | Brian | | Cannizzaro | | | $ 2,000,000.00 | $ 5,882,074.00 | $ 7,882,074.00 |
| 12 | Gregory | A. | Clark | | | $ 2,000,000.00 | $ 3,426,548.00 | $ 5,426,548.00 |
| 13 | Kevin | | Colbert | | | $ 2,000,000.00 | $ 4,449,673.00 | $ 6,449,673.00 |
| 14 | Patricia | | Colodner | | | $ 2,000,000.00 | $ 2,604,128.00 | $ 4,604,128.00 |
| 15 | Carlos | | Cortes-Rodriguez | | | $ 2,000,000.00 | $ 1,469,257.00 | $ 3,469,257.00 |
| 16 | John | G. | Coughlin | | | $ 2,000,000.00 | $ 4,832,149.00 | $ 6,832,149.00 |
| 17 | Brian | P. | Dale | | | $ 2,000,000.00 | $ 14,370,200.00 | $ 16,370,200.00 |
| 18 | James | V. | Deblase | Jr. | | $ 2,000,000.00 | $ 2,226,530.00 | $ 4,226,530.00 |
| 19 | Mirna | A. | Duarte | | | $ 2,000,000.00 | $ 1,210,396.00 | $ 3,210,396.00 |
| 20 | John | | Fanning | | | $ 2,000,000.00 | $ 5,935,151.00 | $ 7,935,151.00 |
| 21 | Peter | | Feidelberg | | | $ 2,000,000.00 | $ 5,509,226.00 | $ 7,509,226.00 |
| 22 | Arlene | E. | Fried | | | $ 2,000,000.00 | $ 4,497,445.00 | $ 6,497,445.00 |
| 23 | Andrew | | Friedman | | | $ 2,000,000.00 | $ 16,874,855.00 | $ 18,874,855.00 |
| 24 | Thomas | | Gardner | | | $ 2,000,000.00 | $ 4,109,797.00 | $ 6,109,797.00 |
| 25 | Peter | | Gelinas | | | $ 2,000,000.00 | $ 42,592,306.00 | $ 44,592,306.00 |
| 26 | Andrew | | Gilbert | | | $ 2,000,000.00 | $ 9,812,939.00 | $ 11,812,939.00 |
| 27 | Paul | J. | Gill | | | $ 2,000,000.00 | $ 5,622,766.00 | $ 7,622,766.00 |
| 28 | Edmund | | Glazer | | | $ 2,000,000.00 | $ 7,445,315.00 | $ 9,445,315.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | Florence | M. | Gregory | | | $ | 2,000,000.00 | $ | 1,778,653.00 | $ | 3,778,653.00 |
| 30 | Joseph | L. | Howard | | | $ | 2,000,000.00 | $ | 1,930,778.00 | $ | 3,930,778.00 |
| 31 | Eugeni | | Kniazev | | | $ | 2,000,000.00 | $ | 1,484,938.00 | $ | 3,484,938.00 |
| 32 | Andrew | | La Corte | | | $ | 2,000,000.00 | $ | 103,937.00 | $ | 2,103,937.00 |
| 33 | Juan | | Lafuente | | | $ | 2,000,000.00 | $ | 939,946.00 | $ | 2,939,946.00 |
| 34 | Vincent | | Laieta | | | $ | 2,000,000.00 | $ | 8,396,990.00 | $ | 10,396,990.00 |
| 35 | Hamidou | S. | Larry | | | $ | 2,000,000.00 | $ | 2,062,376.00 | $ | 4,062,376.00 |
| 36 | Garry | W. | Lozier | | | $ | 2,000,000.00 | $ | 19,592,303.00 | $ | 21,592,303.00 |
| 37 | Bernard | | Mascarenhas | | | $ | 2,000,000.00 | $ | 4,219,565.00 | $ | 6,219,565.00 |
| 38 | Damian | | Meehan | | | $ | 2,000,000.00 | $ | 10,712,271.00 | $ | 12,712,271.00 |
| 39 | Lukasz | | Milewski | | | $ | 2,000,000.00 | $ | 1,394,655.00 | $ | 3,394,655.00 |
| 40 | Louis | J. | Modafferi | | | $ | 2,000,000.00 | $ | 6,330,760.00 | $ | 8,330,760.00 |
| 41 | Karen | S. | Navarro | | | $ | 2,000,000.00 | $ | 2,945,774.00 | $ | 4,945,774.00 |
| 42 | Gerald | Thomas | O'Leary | | | $ | 2,000,000.00 | $ | 3,636,200.00 | $ | 5,636,200.00 |
| 43 | Matthew | T. | O'Mahony | | | $ | 2,000,000.00 | $ | 11,188,181.00 | $ | 13,188,181.00 |
| 44 | Elsy | C. | Osorio | | | $ | 2,000,000.00 | $ | 3,895,775.00 | $ | 5,895,775.00 |
| 45 | Peter | | Owens | Jr. | | $ | 2,000,000.00 | $ | 4,493,162.00 | $ | 6,493,162.00 |
| 46 | Thomas | A. | Palazzo | | | $ | 2,000,000.00 | $ | 7,419,010.00 | $ | 9,419,010.00 |
| 47 | Manish | | Patel | | | $ | 2,000,000.00 | $ | 13,852,679.00 | $ | 15,852,679.00 |
| 48 | Michel | | Pelletier | | | $ | 2,000,000.00 | $ | 7,169,891.00 | $ | 9,169,891.00 |
| 49 | Anthony | | Perez | | | $ | 2,000,000.00 | $ | 4,520,862.00 | $ | 6,520,862.00 |
| 50 | Christian | O. | Regenhard | | | $ | 2,000,000.00 | $ | 2,354,931.00 | $ | 4,354,931.00 |
| 51 | John | A. | Reo | | | $ | 2,000,000.00 | $ | 9,534,443.00 | $ | 11,534,443.00 |
| 52 | Eduvigis | | Reyes | Jr. | | $ | 2,000,000.00 | $ | 1,322,693.00 | $ | 3,322,693.00 |
| 53 | Joseph | R. | Riverso | | | $ | 2,000,000.00 | $ | 3,357,288.00 | $ | 5,357,288.00 |
| 54 | Donald | | Robson | | | $ | 2,000,000.00 | $ | 3,673,634.00 | $ | 5,673,634.00 |
| 55 | Richard | | Ross | | | $ | 2,000,000.00 | $ | 4,000,848.00 | $ | 6,000,848.00 |
| 56 | Thierry | | Saada | | | $ | 2,000,000.00 | $ | 14,211,852.00 | $ | 16,211,852.00 |
| 57 | Deepika | | Sattaluri | | | $ | 2,000,000.00 | $ | 5,619,646.00 | $ | 7,619,646.00 |
| 58 | Clarin | | Siegel Schwartz | | | $ | 2,000,000.00 | $ | 3,859,739.00 | $ | 5,859,739.00 |
| 59 | Thomas | E. | Sinton | III | | $ | 2,000,000.00 | $ | 10,503,271.00 | $ | 12,503,271.00 |
| 60 | James | G. | Smith | | | $ | 2,000,000.00 | $ | 12,221,246.00 | $ | 14,221,246.00 |
| 61 | Kevin | J. | Smith | | | $ | 2,000,000.00 | $ | 3,624,851.00 | $ | 5,624,851.00 |
| 62 | Alexandru | | Stan | | | $ | 2,000,000.00 | $ | 4,733,354.00 | $ | 6,733,354.00 |
| 63 | Keiji | | Takahashi | | | $ | 2,000,000.00 | $ | 5,468,271.00 | $ | 7,468,271.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | Sean | Patrick | Tallon | | | $ | 2,000,000.00 | $ | 2,761,682.00 | $ | 4,761,682.00 |
| 65 | Lisa | | Terry | | | $ | 2,000,000.00 | $ | 2,463,883.00 | $ | 4,463,883.00 |
| 66 | Lesley | A. | Thomas | | | $ | 2,000,000.00 | $ | 2,821,624.00 | $ | 4,821,624.00 |
| 67 | Nigel | B. | Thompson | | | $ | 2,000,000.00 | $ | 16,746,553.00 | $ | 18,746,553.00 |
| 68 | Luis | E. | Torres | | | $ | 2,000,000.00 | $ | 5,587,212.00 | $ | 7,587,212.00 |
| 69 | Celeste | | Torres-Victoria | | | $ | 2,000,000.00 | $ | 1,212,668.00 | $ | 3,212,668.00 |
| 70 | Daniel | | Trant | | | $ | 2,000,000.00 | $ | 6,167,658.00 | $ | 8,167,658.00 |
| 71 | Chantal | | Vincelli | | | $ | 2,000,000.00 | $ | 665,482.00 | $ | 2,665,482.00 |
| 72 | Lawrence | J. | Virgilio | | | $ | 2,000,000.00 | $ | 2,385,535.00 | $ | 4,385,535.00 |
| 73 | Honor | Elizabeth | Wainio | | | $ | 2,000,000.00 | $ | 3,511,725.00 | $ | 5,511,725.00 |
| 74 | Glen | | Wall | | | $ | 2,000,000.00 | $ | 43,735,824.00 | $ | 45,735,824.00 |
| 75 | Michael | H. | Waye | | | $ | 2,000,000.00 | $ | 4,581,111.00 | $ | 6,581,111.00 |
| 76 | Debbie | L. | Williams | | | $ | 2,000,000.00 | $ | 4,842,842.00 | $ | 6,842,842.00 |
| 77 | Katherine | | Wolf | | | $ | 2,000,000.00 | $ | 2,724,078.00 | $ | 4,724,078.00 |