# EXHIBIT D
# SUBMITTED TO CLERK ON DISC

