UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:
*Cheryl Rivelli et al v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD) (SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the party as identified on Exhibit A in the above referenced action. The individual being substituted into the case is the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent") and/or Personal Representative of a family member of a 9/11 decedent.

Exhibit A identifies: the individual to be substituted in the pleading; the capacity in which the individual seeks to be substituted; the individual's state of residency at the time the complaint was filed; and the 9/11 decedent.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted party be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and efficiently manage the size of this MDL.

docs-100229846.1

Dated: January 14, 2020

                                      */s/ Bruce E. Strong*
                                      ANDERSON KILL P.C.
                                      Jerry S. Goldman, Esq.
                                      Bruce E. Strong, Esq.
                                      1251 Avenue of the Americas
                                      New York, NY  10020
                                      Tel:    212-278-1000
                                      Fax:    212-278-1733
                                      Email: bstrong@andersonkill.com