# EXHIBIT A

**EXHIBIT A to *Rivelli* Motion to Substitute Parties**

| | Previous Personal Representative or Claimant: | Substitute Personal Representative: | State Residency of Substituted Personal Representative at Filing | Decedent's Name: |
|---|---|---|---|---|
| 1. | Frances Swift | Kathleen Deloughery, as Personal Representative of the Estate of Frances Swift, deceased, the late parent of Thomas F. Swift | NJ | Thomas F. Swift |

docs-100229846.1