UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN) (and member case *Betru et al. v. Islamic Republic of Iran,* 18-cv-8297 (GBD)(SN))

### [PROPOSED] FINAL ORDER OF JUDGMENT ON BEHALF OF *ASHTON XVII / BETRU VI* PLAINTIFFS IDENTIFIED AT EXHIBITS A-1, A-2, B-1 AND B-2

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibits A-1, A-2, B-1 and B-2 to this Order, plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-cv-6977 (S.D.N.Y.) (GBD) (SN) ("*Ashton*"), who are each the estate of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran ("Iran") entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants;

**ORDERED** that final judgment is entered against Iran and on behalf of the Plaintiffs in *Ashton,* as identified in the attached who are each the estate of a victim killed in the terrorist attacks on September 11, 2001, who are each the estate of a victim killed in the terrorist attacks on September 11, 2001, as indicated in, as described in Exhibits A-1, A-2, B-1 and B-2;

**ORDERED** that Plaintiffs identified in Exhibits A-1, A-2, B-1 and B-2 are awarded: compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate if not previously awarded, as set forth in Exhibits A-1, A-2, B-1 and B-2;

**ORDERED** that Plaintiffs identified in the expert reports attached as Exhibit D to the Declaration of James P. Kreindler, Esq., dated January 14, 2020 (and identified in Exhibits A-1, A-2, B-1 and B-2), are awarded economic damages as set forth in Exhibits A-1, A-2, B-1 and B-2 and as supported by the expert reports and analyses submitted as Exhibits C and D of the Declaration of James P. Kreindler, Esq., dated January 14, 2020;

**ORDERED** that the *Ashton* Plaintiffs identified in Exhibits A-1, A-2, B-1 and B-2 are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment;

**ORDERED** that Plaintiffs identified in Exhibits A-1, A-2, B-1 and B-2 may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

**ORDERED** that the remaining *Ashton* Plaintiffs not appearing on Exhibits A-1, A-2, B-1 and B-2, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for decedents' pain and suffering from the September 11, 2001 attacks, they will be approved consistent with those approved herein for other plaintiffs in this action, including the Plaintiffs appearing on Exhibits A-1, A-2, B-1 and B-2.

Dated: New York, New York
_____, 2020

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge