# EXHIBIT A1

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Shannon | L. | Adams | | | $ 2,000,000.00 | $ 1,824,862.00 | $ 3,824,862.00 |
| 2 | Terence | | Adderley | Jr. | | $ 2,000,000.00 | $ 3,406,221.00 | $ 5,406,221.00 |
| 3 | David | | Agnes | | | $ 2,000,000.00 | $ 2,281,702.00 | $ 4,281,702.00 |
| 4 | Joanne | | Ahladiotis | | | $ 2,000,000.00 | $ 3,898,467.00 | $ 5,898,467.00 |
| 5 | Terrance | | Aiken | | | $ 2,000,000.00 | $ 3,525,325.00 | $ 5,525,325.00 |
| 6 | Jon | L. | Albert | | | $ 2,000,000.00 | $ 3,935,672.00 | $ 5,935,672.00 |
| 7 | David | D. | Alger | | | $ 2,000,000.00 | $ 27,130,366.00 | $ 29,130,366.00 |
| 8 | Eric | | Allen | | | $ 2,000,000.00 | $ 5,132,053.00 | $ 7,132,053.00 |
| 9 | Angelo | | Amaranto | | | $ 2,000,000.00 | $ 1,161,509.00 | $ 3,161,509.00 |
| 10 | Jean | | Andrucki | | | $ 2,000,000.00 | $ 1,559,708.00 | $ 3,559,708.00 |
| 11 | Joseph | J. | Angelini | Sr. | | $ 2,000,000.00 | $ 1,960,035.00 | $ 3,960,035.00 |
| 12 | Faustino | | Apostol | Jr. | | $ 2,000,000.00 | $ 2,420,517.00 | $ 4,420,517.00 |
| 13 | Patrick | | Aranyos | | | $ 2,000,000.00 | $ 8,180,182.00 | $ 10,180,182.00 |
| 14 | David | | Arce | | | $ 2,000,000.00 | $ 1,485,742.00 | $ 3,485,742.00 |
| 15 | Adam | P. | Arias | | | $ 2,000,000.00 | $ 4,757,856.00 | $ 6,757,856.00 |
| 16 | Jack | C. | Aron | | | $ 2,000,000.00 | $ 2,383,472.00 | $ 4,383,472.00 |
| 17 | Gregg | A. | Atlas | | | $ 2,000,000.00 | $ 5,694,337.00 | $ 7,694,337.00 |
| 18 | John | | Badagliacca | | | $ 2,000,000.00 | $ 7,970,034.00 | $ 9,970,034.00 |
| 19 | Gerard | | Barbara | | | $ 2,000,000.00 | $ 5,525,357.00 | $ 7,525,357.00 |
| 20 | James | W. | Barbella | | | $ 2,000,000.00 | $ 2,679,623.00 | $ 4,679,623.00 |
| 21 | Colleen | | Barkow | | | $ 2,000,000.00 | $ 4,247,107.00 | $ 6,247,107.00 |
| 22 | Evan | J. | Baron | | | $ 2,000,000.00 | $ 13,087,808.00 | $ 15,087,808.00 |
| 23 | Carlton | | Bartels | | | $ 2,000,000.00 | $ 13,719,907.00 | $ 15,719,907.00 |
| 24 | Inna | | Basina | | | $ 2,000,000.00 | $ 1,972,607.00 | $ 3,972,607.00 |
| 25 | Carl | | Bedigian | | | $ 2,000,000.00 | $ 7,473,276.00 | $ 9,473,276.00 |
| 26 | Nina | P. | Bell | | | $ 2,000,000.00 | $ 2,191,093.00 | $ 4,191,093.00 |
| 27 | Dominick | J. | Berardi | | | $ 2,000,000.00 | $ 1,498,651.00 | $ 3,498,651.00 |

| # | First | MI | Last | Suffix | | Amount 1 | Amount 2 | Total |
|---|---|---|---|---|---|---|---|---|
| 28 | Steven | H. | Berger | | | $ 2,000,000.00 | $ 2,891,364.00 | $ 4,891,364.00 |
| 29 | John | | Bergin | | | $ 2,000,000.00 | $ 3,655,808.00 | $ 5,655,808.00 |
| 30 | William | R. | Bethke | | | $ 2,000,000.00 | $ 2,941,662.00 | $ 4,941,662.00 |
| 31 | Shimmy | D. | Biegeleisen | | | $ 2,000,000.00 | $ 6,744,316.00 | $ 8,744,316.00 |
| 32 | Carl | | Bini | | | $ 2,000,000.00 | $ 2,886,083.00 | $ 4,886,083.00 |
| 33 | Joshua | | Birnbaum | | | $ 2,000,000.00 | $ 3,012,049.00 | $ 5,012,049.00 |
| 34 | Harry | A. | Blanding | Jr. | | $ 2,000,000.00 | $ 3,249,120.00 | $ 5,249,120.00 |
| 35 | Richard | M. | Blood | Jr. | | $ 2,000,000.00 | $ 5,611,812.00 | $ 7,611,812.00 |
| 36 | Nicholas | | Bogdan | | | $ 2,000,000.00 | $ 2,602,424.00 | $ 4,602,424.00 |
| 37 | Larry | | Boisseau | | | $ 2,000,000.00 | $ 2,121,106.00 | $ 4,121,106.00 |
| 38 | Sherry | Ann | Bordeaux | | | $ 2,000,000.00 | $ 2,478,388.00 | $ 4,478,388.00 |
| 39 | Richard | Edward | Bosco | | | $ 2,000,000.00 | $ 8,453,424.00 | $ 10,453,424.00 |
| 40 | Kimberly | S. | Bowers | | | $ 2,000,000.00 | $ 1,108,620.00 | $ 3,108,620.00 |
| 41 | Gary | | Box | | | $ 2,000,000.00 | $ 4,874,914.00 | $ 6,874,914.00 |
| 42 | Gennady | | Boyarsky | | | $ 2,000,000.00 | $ 1,928,098.00 | $ 3,928,098.00 |
| 43 | Michael | | Boyle | | | $ 2,000,000.00 | $ 2,194,077.00 | $ 4,194,077.00 |
| 44 | Sandra | W. | Bradshaw | | | $ 2,000,000.00 | $ 3,082,926.00 | $ 5,082,926.00 |
| 45 | David | B. | Brady | | | $ 2,000,000.00 | $ 22,457,339.00 | $ 24,457,339.00 |
| 46 | Lydia | E. | Bravo | | | $ 2,000,000.00 | $ 794,534.00 | $ 2,794,534.00 |
| 47 | Jonathan | E. | Briley | | | $ 2,000,000.00 | $ 1,831,367.00 | $ 3,831,367.00 |
| 48 | Herman | C. | Broghammer | | | $ 2,000,000.00 | $ 2,266,024.00 | $ 4,266,024.00 |
| 49 | Richard | | Bruehert | | | $ 2,000,000.00 | $ 6,076,478.00 | $ 8,076,478.00 |
| 50 | Patrick | | Buhse | | | $ 2,000,000.00 | $ 11,138,400.00 | $ 13,138,400.00 |
| 51 | Thomas | Daniel | Burke | | | $ 2,000,000.00 | $ 8,947,504.00 | $ 10,947,504.00 |
| 52 | John | P. | Burnside | | | $ 2,000,000.00 | $ 4,714,095.00 | $ 6,714,095.00 |
| 53 | Thomas | M. | Butler | | | $ 2,000,000.00 | $ 4,689,561.00 | $ 6,689,561.00 |
| 54 | Scott | W. | Cahill | | | $ 2,000,000.00 | $ 1,890,843.00 | $ 3,890,843.00 |
| 55 | Thomas | J. | Cahill | | | $ 2,000,000.00 | $ 5,538,565.00 | $ 7,538,565.00 |
| 56 | Edward | | Calderon | | | $ 2,000,000.00 | $ 2,483,972.00 | $ 4,483,972.00 |
| 57 | Dominick | E. | Calia | | | $ 2,000,000.00 | $ 6,039,753.00 | $ 8,039,753.00 |
| 58 | Louis | | Caporicci | | | $ 2,000,000.00 | $ 9,622,356.00 | $ 11,622,356.00 |
| 59 | Mark | | Carney | | | $ 2,000,000.00 | $ 286,450.00 | $ 2,286,450.00 |
| 60 | Michael | T. | Carroll | | | $ 2,000,000.00 | $ 5,203,695.00 | $ 7,203,695.00 |
| 61 | Peter | J. | Carroll | | | $ 2,000,000.00 | $ 4,735,242.00 | $ 6,735,242.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 62 | Thomas | | Casoria | | | $ 2,000,000.00 | $ 4,735,242.00 | $ 6,735,242.00 |
| 63 | Leonard | M. | Castrianno | Jr. | | $ 2,000,000.00 | $ 1,921,655.00 | $ 3,921,655.00 |
| 64 | Richard | G. | Catarelli | | | $ 2,000,000.00 | $ 2,675,644.00 | $ 4,675,644.00 |
| 65 | Jason | | Cayne | | | $ 2,000,000.00 | $ 23,990,743.00 | $ 25,990,743.00 |
| 66 | Robert | | Chin | | | $ 2,000,000.00 | $ 2,411,317.00 | $ 4,411,317.00 |
| 67 | Christopher | | Ciafardini | | | $ 2,000,000.00 | $ 5,192,288.00 | $ 7,192,288.00 |
| 68 | Mannie | L. | Clark | | | $ 2,000,000.00 | $ 517,258.00 | $ 2,517,258.00 |
| 69 | Thomas | R. | Clark | | | $ 2,000,000.00 | $ 11,862,985.00 | $ 13,862,985.00 |
| 70 | Susan | M. | Clyne | | | $ 2,000,000.00 | $ 5,719,378.00 | $ 7,719,378.00 |
| 71 | Steven | | Coakley | | | $ 2,000,000.00 | $ 1,581,253.00 | $ 3,581,253.00 |
| 72 | Robert | D. | Colin | | | $ 2,000,000.00 | $ 3,124,216.00 | $ 5,124,216.00 |
| 73 | Thomas | J. | Collins | | | $ 2,000,000.00 | $ 23,332,269.00 | $ 25,332,269.00 |
| 74 | Sol | E. | Colon | | | $ 2,000,000.00 | $ 2,394,879.00 | $ 4,394,879.00 |
| 75 | Sandra | J. | Conaty-Brace | | | $ 2,000,000.00 | $ 200,782.00 | $ 2,200,782.00 |
| 76 | Joseph | J. | Coppo | Jr. | | $ 2,000,000.00 | $ 5,320,843.00 | $ 7,320,843.00 |
| 77 | Michele | | Coyle-Eulau | | | $ 2,000,000.00 | $ 5,448,484.00 | $ 7,448,484.00 |
| 78 | Denise | T. | Crant | | | $ 2,000,000.00 | $ 1,876,380.00 | $ 3,876,380.00 |
| 79 | James | L. | Crawford | Jr. | | $ 2,000,000.00 | $ 9,923,824.00 | $ 11,923,824.00 |
| 80 | Dennis | A. | Cross | | | $ 2,000,000.00 | $ 3,735,882.00 | $ 5,735,882.00 |
| 81 | Grace | | Cua | | | $ 2,000,000.00 | $ 6,209,478.00 | $ 8,209,478.00 |
| 82 | Laurence | | Curia | | | $ 2,000,000.00 | $ 26,638,482.00 | $ 28,638,482.00 |
| 83 | Beverly | | Curry | | | $ 2,000,000.00 | $ 2,290,978.00 | $ 4,290,978.00 |
| 84 | Patricia | | Cushing | | | $ 2,000,000.00 | $ 1,060,874.00 | $ 3,060,874.00 |
| 85 | Mary | | D'Antonio | | | $ 2,000,000.00 | $ 811,403.00 | $ 2,811,403.00 |
| 86 | Vincent | | Danz | | | $ 2,000,000.00 | $ 4,516,154.00 | $ 6,516,154.00 |
| 87 | William | | Dean | | | $ 2,000,000.00 | $ 5,045,163.00 | $ 7,045,163.00 |
| 88 | Thomas | P. | Deangelis | | | $ 2,000,000.00 | $ 5,207,482.00 | $ 7,207,482.00 |
| 89 | David | | Defeo | | | $ 2,000,000.00 | $ 6,031,381.00 | $ 8,031,381.00 |
| 90 | Monique | E. | DeJesus | | | $ 2,000,000.00 | $ 2,402,711.00 | $ 4,402,711.00 |
| 91 | Andrea | | Della Bella | | | $ 2,000,000.00 | $ 587,204.00 | $ 2,587,204.00 |
| 92 | Colleen | Ann | Deloughery | | | $ 2,000,000.00 | $ 2,958,305.00 | $ 4,958,305.00 |
| 93 | Anthony | | Demas | | | $ 2,000,000.00 | $ 5,401,869.00 | $ 7,401,869.00 |
| 94 | Carol | K. | Demitz | | | $ 2,000,000.00 | $ 6,729,294.00 | $ 8,729,294.00 |
| 95 | Christian | | Desimone | | | $ 2,000,000.00 | $ 3,019,013.00 | $ 5,019,013.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 96 | Jerry | | Devito | | | $ 2,000,000.00 | $ 307,613.00 | $ 2,307,613.00 |
| 97 | Michael | | DiAgostino | | | $ 2,000,000.00 | $ 8,505,151.00 | $ 10,505,151.00 |
| 98 | Marisa | | Dinardo Schorpp | | | $ 2,000,000.00 | $ 4,652,997.00 | $ 6,652,997.00 |
| 99 | Christopher | | Dincuff | | | $ 2,000,000.00 | $ 6,189,907.00 | $ 8,189,907.00 |
| 100 | Rena | | Dinnoo | | | $ 2,000,000.00 | $ 4,852,726.00 | $ 6,852,726.00 |
| 101 | Joseph | | DiPilato | | | $ 2,000,000.00 | $ 3,099,319.00 | $ 5,099,319.00 |
| 102 | Brendan | | Dolan | | | $ 2,000,000.00 | $ 20,270,923.00 | $ 22,270,923.00 |
| 103 | Raymond | M. | Downey | | | $ 2,000,000.00 | $ 5,068,502.00 | $ 7,068,502.00 |
| 104 | Christopher | J. | Dunne | | | $ 2,000,000.00 | $ 2,023,942.00 | $ 4,023,942.00 |
| 105 | John | B. | Eagleson | | | $ 2,000,000.00 | $ 1,423,450.00 | $ 3,423,450.00 |
| 106 | Paul | | Eckna | | | $ 2,000,000.00 | $ 9,860,761.00 | $ 11,860,761.00 |
| 107 | Lisa | E. | Egan | | | $ 2,000,000.00 | $ 3,673,795.00 | $ 5,673,795.00 |
| 108 | Samantha | M. | Egan | | | $ 2,000,000.00 | $ 4,287,928.00 | $ 6,287,928.00 |
| 109 | Valerie | S. | Ellis | | | $ 2,000,000.00 | $ 17,906,677.00 | $ 19,906,677.00 |
| 110 | William | | Erwin | | | $ 2,000,000.00 | $ 16,428,418.00 | $ 18,428,418.00 |
| 111 | Fanny | | Espinoza | | | $ 2,000,000.00 | $ 3,125,892.00 | $ 5,125,892.00 |
| 112 | Michael | | Esposito | | | $ 2,000,000.00 | $ 4,537,944.00 | $ 6,537,944.00 |
| 113 | Robert | | Evans | | | $ 2,000,000.00 | $ 1,869,348.00 | $ 3,869,348.00 |
| 114 | William | L. | Fallon | Jr. | | $ 2,000,000.00 | $ 3,986,423.00 | $ 5,986,423.00 |
| 115 | Anthony | | Fallone | | | $ 2,000,000.00 | $ 11,433,402.00 | $ 13,433,402.00 |
| 116 | Douglas | | Farnum | | | $ 2,000,000.00 | $ 3,241,935.00 | $ 5,241,935.00 |
| 117 | John | | Farrell | | | $ 2,000,000.00 | $ 8,912,169.00 | $ 10,912,169.00 |
| 118 | Alan | | Feinberg | | | $ 2,000,000.00 | $ 3,633,796.00 | $ 5,633,796.00 |
| 119 | George | J. | Ferguson | III | | $ 2,000,000.00 | $ 1,961,514.00 | $ 3,961,514.00 |
| 120 | Michael | | Fiore | | | $ 2,000,000.00 | $ 5,076,790.00 | $ 7,076,790.00 |
| 121 | Christina | | Flannery | | | $ 2,000,000.00 | $ 4,112,372.00 | $ 6,112,372.00 |
| 122 | Andre | | Fletcher | | | $ 2,000,000.00 | $ 5,117,974.00 | $ 7,117,974.00 |
| 123 | Carol | | Flyzik | | | $ 2,000,000.00 | $ 2,664,753.00 | $ 4,664,753.00 |
| 124 | Thomas | | Foley | | | $ 2,000,000.00 | $ 2,720,688.00 | $ 4,720,688.00 |
| 125 | Jane | | Folger | | | $ 2,000,000.00 | $ 1,006,556.00 | $ 3,006,556.00 |
| 126 | David | J. | Fontana | | | $ 2,000,000.00 | $ 5,720,542.00 | $ 7,720,542.00 |
| 127 | Kevin | | Frawley | | | $ 2,000,000.00 | $ 6,016,966.00 | $ 8,016,966.00 |
| 128 | Peter | L. | Freund | | | $ 2,000,000.00 | $ 3,369,878.00 | $ 5,369,878.00 |
| 129 | Alan | W. | Friedlander | | | $ 2,000,000.00 | $ 4,511,085.00 | $ 6,511,085.00 |

| # | First | Middle | Last | Suffix | | Amount A | Amount B | Total |
|---|---|---|---|---|---|---|---|---|
| 130 | Peter | | Fry | | | $ 2,000,000.00 | $ 11,487,819.00 | $ 13,487,819.00 |
| 131 | Richard | P. | Gabriel | | | $ 2,000,000.00 | $ 9,020,640.00 | $ 11,020,640.00 |
| 132 | John | P. | Gallagher | | | $ 2,000,000.00 | $ 8,740,862.00 | $ 10,740,862.00 |
| 133 | Lourdes | Janet | Galletti | | | $ 2,000,000.00 | $ 1,093,261.00 | $ 3,093,261.00 |
| 134 | Cono | | Gallo | | | $ 2,000,000.00 | $ 4,713,398.00 | $ 6,713,398.00 |
| 135 | Peter | J. | Ganci | | | $ 2,000,000.00 | $ 5,101,288.00 | $ 7,101,288.00 |
| 136 | Andrew | | Garcia | Jr. | | $ 2,000,000.00 | $ 5,222,414.00 | $ 7,222,414.00 |
| 137 | Marlyn | C. | Garcia | | | $ 2,000,000.00 | $ 2,738,271.00 | $ 4,738,271.00 |
| 138 | Rocco | N. | Gargano | | | $ 2,000,000.00 | $ 2,896,061.00 | $ 4,896,061.00 |
| 139 | Steven | | Geller | | | $ 2,000,000.00 | $ 2,950,940.00 | $ 4,950,940.00 |
| 140 | Peter | V. | Genco | Jr. | | $ 2,000,000.00 | $ 6,652,434.00 | $ 8,652,434.00 |
| 141 | Denis | | Germain | | | $ 2,000,000.00 | $ 1,771,143.00 | $ 3,771,143.00 |
| 142 | Joseph | | Giaccone | | | $ 2,000,000.00 | $ 11,466,369.00 | $ 13,466,369.00 |
| 143 | Ronnie | E. | Gies | | | $ 2,000,000.00 | $ 4,294,639.00 | $ 6,294,639.00 |
| 144 | Laura | A. | Giglio | | | $ 2,000,000.00 | $ 1,047,518.00 | $ 3,047,518.00 |
| 145 | Rodney | C. | Gillis | | | $ 2,000,000.00 | $ 4,401,164.00 | $ 6,401,164.00 |
| 146 | John | | Giordano | | | $ 2,000,000.00 | $ 3,583,531.00 | $ 5,583,531.00 |
| 147 | Steven | A. | Giorgetti | | | $ 2,000,000.00 | $ 10,568,011.00 | $ 12,568,011.00 |
| 148 | Salvatore | | Gitto | | | $ 2,000,000.00 | $ 4,728,734.00 | $ 6,728,734.00 |
| 149 | Cynthia | | Giugliano | | | $ 2,000,000.00 | $ 1,866,326.00 | $ 3,866,326.00 |
| 150 | Harry | | Glenn | | | $ 2,000,000.00 | $ 4,636,355.00 | $ 6,636,355.00 |
| 151 | John | T. | Gnazzo | | | $ 2,000,000.00 | $ 11,930,515.00 | $ 13,930,515.00 |
| 152 | Brian | | Goldberg | | | $ 2,000,000.00 | $ 5,158,792.00 | $ 7,158,792.00 |
| 153 | Peter | | Goodrich | | | $ 2,000,000.00 | $ 8,474,660.00 | $ 10,474,660.00 |
| 154 | Donald | | Greene | | | $ 2,000,000.00 | $ 17,975,374.00 | $ 19,975,374.00 |
| 155 | James | | Greenleaf | | | $ 2,000,000.00 | $ 3,808,407.00 | $ 5,808,407.00 |
| 156 | Joseph | | Grillo | | | $ 2,000,000.00 | $ 2,756,751.00 | $ 4,756,751.00 |
| 157 | Douglas | B. | Gurian | | | $ 2,000,000.00 | $ 7,202,610.00 | $ 9,202,610.00 |
| 158 | Gary | | Haag | | | $ 2,000,000.00 | $ 5,218,632.00 | $ 7,218,632.00 |
| 159 | Andrea | L. | Haberman | | | $ 2,000,000.00 | $ 6,355,606.00 | $ 8,355,606.00 |
| 160 | Karen | E. | Hagerty | | | $ 2,000,000.00 | $ 4,757,210.00 | $ 6,757,210.00 |
| 161 | Frederick | K. | Han | | | $ 2,000,000.00 | $ 7,975,930.00 | $ 9,975,930.00 |
| 162 | Thomas | | Hannafin | | | $ 2,000,000.00 | $ 5,489,281.00 | $ 7,489,281.00 |
| 163 | Harvey | L. | Harrell | | | $ 2,000,000.00 | $ 3,410,103.00 | $ 5,410,103.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 164 | Stewart | D. | Harris | | | $ 2,000,000.00 | $ 3,907,747.00 | $ 5,907,747.00 |
| 165 | John | C. | Hartz | | | $ 2,000,000.00 | $ 2,365,531.00 | $ 4,365,531.00 |
| 166 | Emeric | J. | Harvey | | | $ 2,000,000.00 | $ 9,684,050.00 | $ 11,684,050.00 |
| 167 | Phillip | T. | Hayes | | | $ 2,000,000.00 | $ 936,160.00 | $ 2,936,160.00 |
| 168 | William | W. | Haynes | | | $ 2,000,000.00 | $ 16,174,171.00 | $ 18,174,171.00 |
| 169 | Michael | | Healey | | | $ 2,000,000.00 | $ 4,892,727.00 | $ 6,892,727.00 |
| 170 | Ronnie | Lee | Henderson | | | $ 2,000,000.00 | $ 2,140,885.00 | $ 4,140,885.00 |
| 171 | Raul | | Hernandez | | | $ 2,000,000.00 | $ 308,970.00 | $ 2,308,970.00 |
| 172 | Neil | | Hinds | | | $ 2,000,000.00 | $ 2,655,305.00 | $ 4,655,305.00 |
| 173 | Tara | Y. | Hobbs | | | $ 2,000,000.00 | $ 2,402,860.00 | $ 4,402,860.00 |
| 174 | Marcia | | Hoffman | | | $ 2,000,000.00 | $ 994,504.00 | $ 2,994,504.00 |
| 175 | Thomas | W. | Hohlweck | Jr. | | $ 2,000,000.00 | $ 2,320,755.00 | $ 4,320,755.00 |
| 176 | Jonathan | | Hohmann | | | $ 2,000,000.00 | $ 3,744,194.00 | $ 5,744,194.00 |
| 177 | Joseph | | Holland | III | | $ 2,000,000.00 | $ 11,589,408.00 | $ 13,589,408.00 |
| 178 | Thomas | P. | Holohan | | | $ 2,000,000.00 | $ 5,423,755.00 | $ 7,423,755.00 |
| 179 | Bradley | | Hoorn | | | $ 2,000,000.00 | $ 5,553,733.00 | $ 7,553,733.00 |
| 180 | George | G. | Howard | | | $ 2,000,000.00 | $ 2,294,354.00 | $ 4,294,354.00 |
| 181 | Joseph | G. | Hunter | | | $ 2,000,000.00 | $ 2,533,935.00 | $ 4,533,935.00 |
| 182 | Robert | R. | Hussa | | | $ 2,000,000.00 | $ 8,604,203.00 | $ 10,604,203.00 |
| 183 | Jonathan | | Ielpi | | | $ 2,000,000.00 | $ 6,376,230.00 | $ 8,376,230.00 |
| 184 | Daniel | | Ilkanayev | | | $ 2,000,000.00 | $ 5,959,127.00 | $ 7,959,127.00 |
| 185 | Frederick | J. | Ill | Jr. | | $ 2,000,000.00 | $ 1,978,200.00 | $ 3,978,200.00 |
| 186 | Abraham | | Ilowitz | | | $ 2,000,000.00 | $ 2,854,390.00 | $ 4,854,390.00 |
| 187 | Stephanie | | Irby | | | $ 2,000,000.00 | $ 1,461,001.00 | $ 3,461,001.00 |
| 188 | John | | Iskyan | | | $ 2,000,000.00 | $ 9,616,426.00 | $ 11,616,426.00 |
| 189 | Brooke | A. | Jackman | | | $ 2,000,000.00 | $ 2,299,151.00 | $ 4,299,151.00 |
| 190 | Ariel | L. | Jacobs | | | $ 2,000,000.00 | $ 37,265,710.00 | $ 39,265,710.00 |
| 191 | Maria | | Jakubiak | | | $ 2,000,000.00 | $ 2,671,679.00 | $ 4,671,679.00 |
| 192 | Arthur | J. | Jones | III | | $ 2,000,000.00 | $ 9,855,181.00 | $ 11,855,181.00 |
| 193 | Karl | H. | Joseph | | | $ 2,000,000.00 | $ 5,256,291.00 | $ 7,256,291.00 |
| 194 | Karen | | Juday | | | $ 2,000,000.00 | $ 798,099.00 | $ 2,798,099.00 |
| 195 | John | | Katsimatides | | | $ 2,000,000.00 | $ 5,810,036.00 | $ 7,810,036.00 |
| 196 | Peter | R. | Kellerman | | | $ 2,000,000.00 | $ 6,380,809.00 | $ 8,380,809.00 |
| 197 | Joseph | P. | Kellett | | | $ 2,000,000.00 | $ 9,801,199.00 | $ 11,801,199.00 |

| # | First | Middle | Last | | | Col A | Col B | | Total |
|---|---|---|---|---|---|---|---|---|---|
| 198 | Joseph | A. | Kelly | | | $ 2,000,000.00 | $ 17,289,496.00 | $ | 19,289,496.00 |
| 199 | Thomas | R. | Kelly | | | $ 2,000,000.00 | $ 1,538,158.00 | $ | 3,538,158.00 |
| 200 | Timothy | C. | Kelly | | | $ 2,000,000.00 | $ 4,728,847.00 | $ | 6,728,847.00 |
| 201 | Boris | | Khalif | | | $ 2,000,000.00 | $ 5,637,933.00 | $ | 7,637,933.00 |
| 202 | Andrew | | Kim | | | $ 2,000,000.00 | $ 5,724,502.00 | $ | 7,724,502.00 |
| 203 | Robert | | King | | | $ 2,000,000.00 | $ 5,352,722.00 | $ | 7,352,722.00 |
| 204 | Richard | J. | Klares | | | $ 2,000,000.00 | $ 3,813,313.00 | $ | 5,813,313.00 |
| 205 | Karen | | Klitzman | | | $ 2,000,000.00 | $ 3,607,008.00 | $ | 5,607,008.00 |
| 206 | James | P. | Ladley | | | $ 2,000,000.00 | $ 16,580,184.00 | $ | 18,580,184.00 |
| 207 | Michael | P. | LaForte | | | $ 2,000,000.00 | $ 10,219,579.00 | $ | 12,219,579.00 |
| 208 | Alan | | LaFrance | | | $ 2,000,000.00 | $ 1,282,920.00 | $ | 3,282,920.00 |
| 209 | Amy | | Lamonsoff | | | $ 2,000,000.00 | $ 2,450,896.00 | $ | 4,450,896.00 |
| 210 | Ruth | | Lapin | | | $ 2,000,000.00 | $ 1,418,729.00 | $ | 3,418,729.00 |
| 211 | Gary | E. | Lasko | | | $ 2,000,000.00 | $ 6,189,599.00 | $ | 8,189,599.00 |
| 212 | Nicholas | | Lassman | | | $ 2,000,000.00 | $ 2,853,234.00 | $ | 4,853,234.00 |
| 213 | Robert | | LeBlanc | | | $ 2,000,000.00 | $ 1,601,640.00 | $ | 3,601,640.00 |
| 214 | Alan | J. | Lederman | | | $ 2,000,000.00 | $ 2,064,372.00 | $ | 4,064,372.00 |
| 215 | Hyun | Joon | Lee | | | $ 2,000,000.00 | $ 1,777,037.00 | $ | 3,777,037.00 |
| 216 | Richard | Y. C. | Lee | | | $ 2,000,000.00 | $ 19,033,455.00 | $ | 21,033,455.00 |
| 217 | Adriana | | Legro | | | $ 2,000,000.00 | $ 4,094,304.00 | $ | 6,094,304.00 |
| 218 | Joseph | A. | Lenihan | | | $ 2,000,000.00 | $ 35,387,489.00 | $ | 37,387,489.00 |
| 219 | John | Robinson | Lenoir | | | $ 2,000,000.00 | $ 13,954,869.00 | $ | 15,954,869.00 |
| 220 | Jeffrey | E. | LeVeen | | | $ 2,000,000.00 | $ 16,760,065.00 | $ | 18,760,065.00 |
| 221 | Robert | M. | Levine | | | $ 2,000,000.00 | $ 1,606,529.00 | $ | 3,606,529.00 |
| 222 | Margaret | | Lewis | | | $ 2,000,000.00 | $ 773,307.00 | $ | 2,773,307.00 |
| 223 | Carlos | | Lillo | | | $ 2,000,000.00 | $ 4,333,401.00 | $ | 6,333,401.00 |
| 224 | Diane | T. | Lipari | | | $ 2,000,000.00 | $ 24,354,171.00 | $ | 26,354,171.00 |
| 225 | Marie | | Lukas | | | $ 2,000,000.00 | $ 1,311,841.00 | $ | 3,311,841.00 |
| 226 | Michael | P. | Lunden | | | $ 2,000,000.00 | $ 6,551,907.00 | $ | 8,551,907.00 |
| 227 | Marianne | | MacFarlane | | | $ 2,000,000.00 | $ 1,296,178.00 | $ | 3,296,178.00 |
| 228 | Jennieann | | Maffeo | | | $ 2,000,000.00 | $ 2,777,263.00 | $ | 4,777,263.00 |
| 229 | Joseph | | Maggitti | | | $ 2,000,000.00 | $ 3,551,543.00 | $ | 5,551,543.00 |
| 230 | Alfred | | Marchand | | | $ 2,000,000.00 | $ 1,935,523.00 | $ | 3,935,523.00 |
| 231 | Brian | E. | Martineau | | | $ 2,000,000.00 | $ 5,027,675.00 | $ | 7,027,675.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 232 | Joseph | | Mascali | | | $ 2,000,000.00 | $ 2,621,081.00 | $ 4,621,081.00 |
| 233 | Charles | A. | Mauro | | | $ 2,000,000.00 | $ 646,796.00 | $ 2,646,796.00 |
| 234 | Keithroy | | Maynard | | | $ 2,000,000.00 | $ 5,703,270.00 | $ 7,703,270.00 |
| 235 | Robert | | Mayo | | | $ 2,000,000.00 | $ 1,853,579.00 | $ 3,853,579.00 |
| 236 | James | | McAlary | | | $ 2,000,000.00 | $ 11,353,171.00 | $ 13,353,171.00 |
| 237 | Justin | | McCarthy | | | $ 2,000,000.00 | $ 4,622,970.00 | $ 6,622,970.00 |
| 238 | Michael | | McCarthy | | | $ 2,000,000.00 | $ 4,786,399.00 | $ 6,786,399.00 |
| 239 | Robert | G. | McCarthy | | | $ 2,000,000.00 | $ 6,403,080.00 | $ 8,403,080.00 |
| 240 | Charles | A. | McCrann | | | $ 2,000,000.00 | $ 2,796,529.00 | $ 4,796,529.00 |
| 241 | John | F. | McDowell | Jr. | | $ 2,000,000.00 | $ 6,415,048.00 | $ 8,415,048.00 |
| 242 | John | T. | Mcerlean | Jr. | | $ 2,000,000.00 | $ 42,928,926.00 | $ 44,928,926.00 |
| 243 | Daniel | F. | McGinley | | | $ 2,000,000.00 | $ 12,635,451.00 | $ 14,635,451.00 |
| 244 | Thomas | H. | Mcginnis | | | $ 2,000,000.00 | $ 12,151,861.00 | $ 14,151,861.00 |
| 245 | Michael | | McGinty | | | $ 2,000,000.00 | $ 4,850,356.00 | $ 6,850,356.00 |
| 246 | Ann | W. | McGovern | | | $ 2,000,000.00 | $ 423,113.00 | $ 2,423,113.00 |
| 247 | Scott | M. | McGovern | | | $ 2,000,000.00 | $ 13,523,093.00 | $ 15,523,093.00 |
| 248 | Darryl | L. | Mckinney | | | $ 2,000,000.00 | $ 6,358,528.00 | $ 8,358,528.00 |
| 249 | George | P. | McLaughlin | Jr. | | $ 2,000,000.00 | $ 3,409,824.00 | $ 5,409,824.00 |
| 250 | Timothy | Patrick | McSweeney | | | $ 2,000,000.00 | $ 5,134,254.00 | $ 7,134,254.00 |
| 251 | Steve | | Mercado | | | $ 2,000,000.00 | $ 4,132,637.00 | $ 6,132,637.00 |
| 252 | George | L. | Merino | | | $ 2,000,000.00 | $ 2,967,910.00 | $ 4,967,910.00 |
| 253 | George | | Merkouris | | | $ 2,000,000.00 | $ 8,380,837.00 | $ 10,380,837.00 |
| 254 | Martin | | Michelstein | | | $ 2,000,000.00 | $ 2,240,144.00 | $ 4,240,144.00 |
| 255 | Sharon | Christina | Millan | | | $ 2,000,000.00 | $ 1,301,710.00 | $ 3,301,710.00 |
| 256 | Henry | A. | Miller | Jr. | | $ 2,000,000.00 | $ 3,079,487.00 | $ 5,079,487.00 |
| 257 | Robert | Alan | Miller | | | $ 2,000,000.00 | $ 2,702,935.00 | $ 4,702,935.00 |
| 258 | Louis | J. | Minervino | | | $ 2,000,000.00 | $ 3,120,681.00 | $ 5,120,681.00 |
| 259 | Manuel | | Mojica | Jr. | | $ 2,000,000.00 | $ 4,787,060.00 | $ 6,787,060.00 |
| 260 | George | W. | Morell | | | $ 2,000,000.00 | $ 5,634,677.00 | $ 7,634,677.00 |
| 261 | Nancy | | Morgenstern | | | $ 2,000,000.00 | $ 1,877,041.00 | $ 3,877,041.00 |
| 262 | Marco | | Motroni | | | $ 2,000,000.00 | $ 3,556,523.00 | $ 5,556,523.00 |
| 263 | Marc | A. | Murolo | | | $ 2,000,000.00 | $ 2,941,337.00 | $ 4,941,337.00 |
| 264 | Patrick | S. | Murphy | | | $ 2,000,000.00 | $ 5,981,071.00 | $ 7,981,071.00 |
| 265 | Richard | T. | Myhre | | | $ 2,000,000.00 | $ 3,211,047.00 | $ 5,211,047.00 |

| # | First | MI | Last | Suffix | | Amount A | Amount B | Total |
|---|---|---|---|---|---|---|---|---|
| 266 | Mildred | R. | Naiman | | | $ 2,000,000.00 | $ 367,790.00 | $ 2,367,790.00 |
| 267 | Theresa | | Nelson-Risco | | | $ 2,000,000.00 | $ 11,194,249.00 | $ 13,194,249.00 |
| 268 | Kathleen | A. | Nicosia | | | $ 2,000,000.00 | $ 2,029,583.00 | $ 4,029,583.00 |
| 269 | Robert | W. | Noonan | | | $ 2,000,000.00 | $ 8,001,083.00 | $ 10,001,083.00 |
| 270 | Brian | C. | Novotny | | | $ 2,000,000.00 | $ 6,339,208.00 | $ 8,339,208.00 |
| 271 | Jeffrey | | Nussbaum | | | $ 2,000,000.00 | $ 4,155,907.00 | $ 6,155,907.00 |
| 272 | Scott | J. | O'Brien | | | $ 2,000,000.00 | $ 5,467,891.00 | $ 7,467,891.00 |
| 273 | Dennis | J. | O'Connor | Jr. | | $ 2,000,000.00 | $ 2,369,282.00 | $ 4,369,282.00 |
| 274 | Diana | J. | O'Connor | | | $ 2,000,000.00 | $ 7,919,353.00 | $ 9,919,353.00 |
| 275 | Richard | J. | O'Connor | | | $ 2,000,000.00 | $ 3,334,022.00 | $ 5,334,022.00 |
| 276 | Amy | | O'Doherty | | | $ 2,000,000.00 | $ 2,321,220.00 | $ 4,321,220.00 |
| 277 | James | A. | O'Grady | | | $ 2,000,000.00 | $ 19,869,192.00 | $ 21,869,192.00 |
| 278 | Thomas | G. | O'Hagan | | | $ 2,000,000.00 | $ 5,254,369.00 | $ 7,254,369.00 |
| 279 | Linda | | Oliva | | | $ 2,000,000.00 | $ 1,537,732.00 | $ 3,537,732.00 |
| 280 | Edward | K. | Oliver | | | $ 2,000,000.00 | $ 14,974,248.00 | $ 16,974,248.00 |
| 281 | Leah | E. | Oliver | | | $ 2,000,000.00 | $ 4,884,598.00 | $ 6,884,598.00 |
| 282 | Maureen | L. | Olson | | | $ 2,000,000.00 | $ 2,348,228.00 | $ 4,348,228.00 |
| 283 | Sean | C. | O'Neill | | | $ 2,000,000.00 | $ 4,906,048.00 | $ 6,906,048.00 |
| 284 | Michael | | Opperman | | | $ 2,000,000.00 | $ 3,564,307.00 | $ 5,564,307.00 |
| 285 | Lisa | Caren | Orfi-Ehrlich | | | $ 2,000,000.00 | $ 3,970,822.00 | $ 5,970,822.00 |
| 286 | Jason | | Oswald | | | $ 2,000,000.00 | $ 1,805,259.00 | $ 3,805,259.00 |
| 287 | Michael | C. | Ou | | | $ 2,000,000.00 | $ 1,591,579.00 | $ 3,591,579.00 |
| 288 | Angel | M. | Pabon | Jr. | | $ 2,000,000.00 | $ 8,936,915.00 | $ 10,936,915.00 |
| 289 | Jeffery | M. | Palazzo | | | $ 2,000,000.00 | $ 4,828,613.00 | $ 6,828,613.00 |
| 290 | Michael | J. | Pascuma | Jr. | | $ 2,000,000.00 | $ 7,257,727.00 | $ 9,257,727.00 |
| 291 | Suzanne | H. | Passaro | | | $ 2,000,000.00 | $ 1,514,839.00 | $ 3,514,839.00 |
| 292 | Durrell | | Pearsall | Jr. | | $ 2,000,000.00 | $ 1,959,114.00 | $ 3,959,114.00 |
| 293 | Joseph | | Perroncino | | | $ 2,000,000.00 | $ 5,329,698.00 | $ 7,329,698.00 |
| 294 | Edward | | Perrotta | | | $ 2,000,000.00 | $ 3,946,531.00 | $ 5,946,531.00 |
| 295 | Kaleen | E. | Pezzuti | | | $ 2,000,000.00 | $ 4,329,185.00 | $ 6,329,185.00 |
| 296 | Christopher | | Pickford | | | $ 2,000,000.00 | $ 1,850,778.00 | $ 3,850,778.00 |
| 297 | Laurence | | Polatsch | | | $ 2,000,000.00 | $ 11,269,814.00 | $ 13,269,814.00 |
| 298 | Shawn | E. | Powell | | | $ 2,000,000.00 | $ 5,215,581.00 | $ 7,215,581.00 |
| 299 | Vincent | | Princiotta | | | $ 2,000,000.00 | $ 4,404,548.00 | $ 6,404,548.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 300 | Richard | | | Prunty | | | $ | 2,000,000.00 | $ | 2,432,578.00 | $ | 4,432,578.00 |
| 301 | Eugene | J. | | Raggio | | | $ | 2,000,000.00 | $ | 2,566,221.00 | $ | 4,566,221.00 |
| 302 | Lukas | | | Rambousek | | | $ | 2,000,000.00 | $ | 1,458,356.00 | $ | 3,458,356.00 |
| 303 | Adam | D. | | Rand | | | $ | 2,000,000.00 | $ | 3,432,679.00 | $ | 5,432,679.00 |
| 304 | Amenia | | | Rasool | | | $ | 2,000,000.00 | $ | 2,473,238.00 | $ | 4,473,238.00 |
| 305 | Roger | Mark | | Rasweiler | | | $ | 2,000,000.00 | $ | 1,715,438.00 | $ | 3,715,438.00 |
| 306 | Gregory | | | Reda | | | $ | 2,000,000.00 | $ | 6,735,055.00 | $ | 8,735,055.00 |
| 307 | Michele | | | Reed | | | $ | 2,000,000.00 | $ | 1,932,789.00 | $ | 3,932,789.00 |
| 308 | James | B. | | Reilly | | | $ | 2,000,000.00 | $ | 5,926,162.00 | $ | 7,926,162.00 |
| 309 | Gregory | D. | | Richards | | | $ | 2,000,000.00 | $ | 14,997,081.00 | $ | 16,997,081.00 |
| 310 | Frederick | | | Rimmele | III | | $ | 2,000,000.00 | $ | 8,699,513.00 | $ | 10,699,513.00 |
| 311 | David | E. | | Rivers | | | $ | 2,000,000.00 | $ | 5,532,995.00 | $ | 7,532,995.00 |
| 312 | Anthony | | | Rodriguez | | | $ | 2,000,000.00 | $ | 4,170,661.00 | $ | 6,170,661.00 |
| 313 | Carmen | M. | | Rodriguez | | | $ | 2,000,000.00 | $ | 1,928,059.00 | $ | 3,928,059.00 |
| 314 | Scott | W. | | Rohner | | | $ | 2,000,000.00 | $ | 5,439,517.00 | $ | 7,439,517.00 |
| 315 | Angela | | | Rosario | | | $ | 2,000,000.00 | $ | 4,743,655.00 | $ | 6,743,655.00 |
| 316 | Brooke | D. | | Rosenbaum | | | $ | 2,000,000.00 | $ | 2,814,086.00 | $ | 4,814,086.00 |
| 317 | Lloyd | D. | | Rosenberg | | | $ | 2,000,000.00 | $ | 10,739,762.00 | $ | 12,739,762.00 |
| 318 | Andrew | I. | | Rosenblum | | | $ | 2,000,000.00 | $ | 11,066,841.00 | $ | 13,066,841.00 |
| 319 | Nicholas | | | Rossomando | | | $ | 2,000,000.00 | $ | 1,642,659.00 | $ | 3,642,659.00 |
| 320 | Bart | | | Ruggiere | | | $ | 2,000,000.00 | $ | 6,011,991.00 | $ | 8,011,991.00 |
| 321 | Gilbert | | | Ruiz | | | $ | 2,000,000.00 | $ | 66,197.00 | $ | 2,066,197.00 |
| 322 | Steven | | | Russin | | | $ | 2,000,000.00 | $ | 10,915,502.00 | $ | 12,915,502.00 |
| 323 | Edward | | | Ryan | | | $ | 2,000,000.00 | $ | 8,355,949.00 | $ | 10,355,949.00 |
| 324 | Jonathan | S. | | Ryan | | | $ | 2,000,000.00 | $ | 19,113,266.00 | $ | 21,113,266.00 |
| 325 | Matthew | L. | | Ryan | | | $ | 2,000,000.00 | $ | 4,405,608.00 | $ | 6,405,608.00 |
| 326 | Christina | S. | | Ryook | | | $ | 2,000,000.00 | $ | 1,998,156.00 | $ | 3,998,156.00 |
| 327 | Eric | | | Sand | | | $ | 2,000,000.00 | $ | 3,932,802.00 | $ | 5,932,802.00 |
| 328 | Susan | | | Santo | | | $ | 2,000,000.00 | $ | 2,989,954.00 | $ | 4,989,954.00 |
| 329 | Gregory | | | Saucedo | | | $ | 2,000,000.00 | $ | 2,162,292.00 | $ | 4,162,292.00 |
| 330 | Dennis | | | Scauso | | | $ | 2,000,000.00 | $ | 3,393,311.00 | $ | 5,393,311.00 |
| 331 | Sean | | | Schielke | | | $ | 2,000,000.00 | $ | 1,528,456.00 | $ | 3,528,456.00 |
| 332 | Jeffrey | | | Schreier | | | $ | 2,000,000.00 | $ | 1,281,148.00 | $ | 3,281,148.00 |
| 333 | Arthur | | | Scullin | | | $ | 2,000,000.00 | $ | 2,497,135.00 | $ | 4,497,135.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 334 | Jason | M. | Sekzer | | | $ | 2,000,000.00 | $ | 6,053,647.00 | $ | 8,053,647.00 |
| 335 | Arturo | | Sereno | | | $ | 2,000,000.00 | $ | 3,049,828.00 | $ | 5,049,828.00 |
| 336 | Gary | | Shamay | | | $ | 2,000,000.00 | $ | 2,680,572.00 | $ | 4,680,572.00 |
| 337 | Earl | | Shanahan | | | $ | 2,000,000.00 | $ | 1,756,968.00 | $ | 3,756,968.00 |
| 338 | Daniel | J. | Shea | | | $ | 2,000,000.00 | $ | 22,356,464.00 | $ | 24,356,464.00 |
| 339 | Mary Kathleen | | Shearer | | | $ | 2,000,000.00 | $ | 375,896.00 | $ | 2,375,896.00 |
| 340 | Robert | | Shearer | | | $ | 2,000,000.00 | $ | 503,620.00 | $ | 2,503,620.00 |
| 341 | Mark | | Shulman | | | $ | 2,000,000.00 | $ | 2,802,702.00 | $ | 4,802,702.00 |
| 342 | David | | Silver | | | $ | 2,000,000.00 | $ | 8,048,810.00 | $ | 10,048,810.00 |
| 343 | Michael | J. | Simon | | | $ | 2,000,000.00 | $ | 5,620,086.00 | $ | 7,620,086.00 |
| 344 | Muriel | | Siskopoulos | | | $ | 2,000,000.00 | $ | 2,617,735.00 | $ | 4,617,735.00 |
| 345 | Rosemary | A. | Smith | | | $ | 2,000,000.00 | $ | 663,226.00 | $ | 2,663,226.00 |
| 346 | Astrid | | Sohan | | | $ | 2,000,000.00 | $ | 3,761,118.00 | $ | 5,761,118.00 |
| 347 | Donald | F. | Spampinato | Jr. | | $ | 2,000,000.00 | $ | 8,233,592.00 | $ | 10,233,592.00 |
| 348 | Lawrence | T. | Stack | | | $ | 2,000,000.00 | $ | 3,411,525.00 | $ | 5,411,525.00 |
| 349 | Anthony | | Starita | | | $ | 2,000,000.00 | $ | 7,456,803.00 | $ | 9,456,803.00 |
| 350 | Derek | J. | Statkevicus | | | $ | 2,000,000.00 | $ | 10,082,416.00 | $ | 12,082,416.00 |
| 351 | Alexander | | Steinman | | | $ | 2,000,000.00 | $ | 29,741,779.00 | $ | 31,741,779.00 |
| 352 | Michael | J. | Stewart | | | $ | 2,000,000.00 | $ | 8,538,215.00 | $ | 10,538,215.00 |
| 353 | Brian | E. | Sweeney | | | $ | 2,000,000.00 | $ | 5,492,223.00 | $ | 7,492,223.00 |
| 354 | Harry | | Taback | | | $ | 2,000,000.00 | $ | 3,249,986.00 | $ | 5,249,986.00 |
| 355 | Norma | | Taddei | | | $ | 2,000,000.00 | $ | 1,920,143.00 | $ | 3,920,143.00 |
| 356 | Keiichiro | | Takahashi | | | $ | 2,000,000.00 | $ | 3,625,344.00 | $ | 5,625,344.00 |
| 357 | Rachel | | Tamares | | | $ | 2,000,000.00 | $ | 2,972,338.00 | $ | 4,972,338.00 |
| 358 | Allan | | Tarasiewicz | | | $ | 2,000,000.00 | $ | 2,805,761.00 | $ | 4,805,761.00 |
| 359 | Lorisa | C. | Taylor | | | $ | 2,000,000.00 | $ | 3,959,796.00 | $ | 5,959,796.00 |
| 360 | Sandra | C. | Taylor | | | $ | 2,000,000.00 | $ | 1,035,865.00 | $ | 3,035,865.00 |
| 361 | Goumatie | | Thackurdeen | | | $ | 2,000,000.00 | $ | 4,338,798.00 | $ | 6,338,798.00 |
| 362 | Mary | E. | Tiesi | | | $ | 2,000,000.00 | $ | 3,342,598.00 | $ | 5,342,598.00 |
| 363 | David | | Tirado | | | $ | 2,000,000.00 | $ | 1,429,559.00 | $ | 3,429,559.00 |
| 364 | Lance | | Tumulty | | | $ | 2,000,000.00 | $ | 12,449,248.00 | $ | 14,449,248.00 |
| 365 | Robert | T. | Twomey | | | $ | 2,000,000.00 | $ | 3,443,010.00 | $ | 5,443,010.00 |
| 366 | Jonathan | | Uman | | | $ | 2,000,000.00 | $ | 24,234,147.00 | $ | 26,234,147.00 |
| 367 | Carlton | F. | Valvo | II | | $ | 2,000,000.00 | $ | 12,915,169.00 | $ | 14,915,169.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 368 | Peter | | Vega | | | $ 2,000,000.00 | $ 3,875,983.00 | $ 5,875,983.00 |
| 369 | Todd | C. | Weaver | | | $ 2,000,000.00 | $ 14,845,860.00 | $ 16,845,860.00 |
| 370 | Simon | V. | Weiser | | | $ 2,000,000.00 | $ 1,383,019.00 | $ 3,383,019.00 |
| 371 | Timothy | M. | Welty | | | $ 2,000,000.00 | $ 5,447,198.00 | $ 7,447,198.00 |
| 372 | William | J. | Wik | | | $ 2,000,000.00 | $ 3,537,800.00 | $ 5,537,800.00 |
| 373 | Brian | P. | Williams | | | $ 2,000,000.00 | $ 5,684,862.00 | $ 7,684,862.00 |
| 374 | Louis | C. | Williams | III | | $ 2,000,000.00 | $ 4,027,480.00 | $ 6,027,480.00 |
| 375 | David | | Wiswall | | | $ 2,000,000.00 | $ 2,406,148.00 | $ 4,406,148.00 |
| 376 | Christopher | | Wodenshek | | | $ 2,000,000.00 | $ 12,378,118.00 | $ 14,378,118.00 |
| 377 | Martin | | Wohlforth | | | $ 2,000,000.00 | $ 5,266,254.00 | $ 7,266,254.00 |
| 378 | Elkin | | Yuen | | | $ 2,000,000.00 | $ 11,121,388.00 | $ 13,121,388.00 |
| 379 | Arkady | | Zaltsman | | | $ 2,000,000.00 | $ 3,489,396.00 | $ 5,489,396.00 |
| 380 | Ivelin | | Ziminski | | | $ 2,000,000.00 | $ 4,157,618.00 | $ 6,157,618.00 |
| 381 | Michael | | Zinzi | | | $ 2,000,000.00 | $ 4,906,685.00 | $ 6,906,685.00 |
| 382 | Charles | A. | Zion | | | $ 2,000,000.00 | $ 9,167,263.00 | $ 11,167,263.00 |
| 383 | Julie | Lynne | Zipper | | | $ 2,000,000.00 | $ 4,916,769.00 | $ 6,916,769.00 |
| 384 | Prokopios | | Zois | | | $ 2,000,000.00 | $ 768,336.00 | $ 2,768,336.00 |
| 385 | Joseph | J. | Zuccala | | | $ 2,000,000.00 | $ 3,433,383.00 | $ 5,433,383.00 |
| 386 | Andrew | S. | Zucker | | | $ 2,000,000.00 | $ 19,055,265.00 | $ 21,055,265.00 |