# Exhibit A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Alfred | | Braca | | Christopher | | Braca | | Child | $ 8,500,000.00 |
| 2 | Edward | A. | Brennan | III | Elizabeth | | Murphy | | Sibling | $ 4,250,000.00 |
| 3 | Edward | A. | Brennan | III | Ellen | | Brennan-Krebs | | Sibling | $ 4,250,000.00 |
| 4 | Edward | A. | Brennan | III | Sheila | | Capparis | | Sibling | $ 4,250,000.00 |
| 5 | Thomas | Daniel | Burke | | James | | Burke | | Personal Representative of the Estate of Alexander Burke, deceased Parent of 9/11 Decedent Thomas Burke | $ 8,500,000.00 |
| 6 | Thomas | Daniel | Burke | | Alexander | | Burke | | Sibling | $ 4,250,000.00 |
| 7 | Thomas | Daniel | Burke | | Brian | | Burke | | Child | $ 8,500,000.00 |
| 8 | Thomas | Daniel | Burke | | Brian | | Burke | | Sibling | $ 4,250,000.00 |
| 9 | Thomas | Daniel | Burke | | Christopher | | Burke | | Sibling | $ 4,250,000.00 |
| 10 | Thomas | Daniel | Burke | | George | | Burke | | Child | $ 8,500,000.00 |
| 11 | Thomas | Daniel | Burke | | James | | Burke | | Sibling | $ 4,250,000.00 |
| 12 | Thomas | Daniel | Burke | | John | | Burke | | Child | $ 8,500,000.00 |
| 13 | Thomas | Daniel | Burke | | Matthew | | Burke | | Sibling | $ 4,250,000.00 |
| 14 | Thomas | Daniel | Burke | | Nancy | | Burke Salter | | Sibling | $ 4,250,000.00 |
| 15 | Thomas | Daniel | Burke | | Thomas | | Burke | | Child | $ 8,500,000.00 |
| 16 | Thomas | Daniel | Burke | | Suzanne | | Burke | | Parent | $ 8,500,000.00 |

| # | First | MI | Last | First | MI | Last | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 17 | Michael | T. | Carroll | Eleanor | | Carroll | | Personal Representative of the Estate of William Carroll, deceased Parent of 9/11 Decedent Michael T. Carroll | $ 8,500,000.00 |
| 18 | Jason | | Cefalu | Claudia | | Cefalu | | Sibling | $ 4,250,000.00 |
| 19 | Jason | | Cefalu | Darren | | Cefalu | | Sibling | $ 4,250,000.00 |
| 20 | Joseph | | Corbett | Jean | | Corbett | | Parent | $ 8,500,000.00 |
| 21 | Joseph | | Corbett | Jean | Marie | Rall | | Sibling | $ 4,250,000.00 |
| 22 | Joseph | | Corbett | Joseph | | Corbett | | Parent | $ 8,500,000.00 |
| 23 | Joseph | | Corbett | Kathy | | Corbett | | Sibling | $ 4,250,000.00 |
| 24 | Joseph | | Corbett | Sharon | Jean | Thomas | | Sibling | $ 4,250,000.00 |
| 25 | Brendan | | Dolan | Ann | | McMahon | | Sibling | $ 4,250,000.00 |
| 26 | Brendan | | Dolan | Brian | | Dolan | | Sibling | $ 4,250,000.00 |
| 27 | Brendan | | Dolan | Charles | | Dolan | | Sibling | $ 4,250,000.00 |
| 28 | Brendan | | Dolan | Mary | | Dolan | | Parent | $ 8,500,000.00 |
| 29 | Brendan | | Dolan | Thomas | V. | Dolan | | Sibling | $ 4,250,000.00 |
| 30 | John | | Fanning | Patrick | | Fanning | | Child | $ 8,500,000.00 |
| 31 | John | | Fanning | Sean | | Fanning | | Child | $ 8,500,000.00 |
| 32 | Clyde | | Frazier | Jeanine | L. | Frazier | Jr. | Spouse | $ 12,500,000.00 |
| 33 | Frederick | K. | Han | Floyd | | Han | | Sibling | $ 4,250,000.00 |
| 34 | Frederick | K. | Han | Frank | | Han | | Sibling | $ 4,250,000.00 |
| 35 | Thomas | | Hannafin | Dennis | J. | Hannafin | | Sibling | $ 4,250,000.00 |
| 36 | Thomas | | Hannafin | John | | Hannafin | | Sibling | $ 4,250,000.00 |
| 37 | Thomas | | Hannafin | Kevin | P. | Hannafin | | Sibling | $ 4,250,000.00 |
| 38 | Thomas | | Hannafin | Patrick | | Hannafin | | Sibling | $ 4,250,000.00 |
| 39 | Thomas | | Hannafin | Peter | | Hannafin | | Sibling | $ 4,250,000.00 |
| 40 | Brian | C. | Hickey | Donna | | Hickey | | Spouse | $ 12,500,000.00 |

| # | First | MI | Last | Suffix | First | MI | Last | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | Robert | | Higley | | Amanda | | Higley | | Child | $ 8,500,000.00 |
| 42 | Robert | | Higley | | Judith | | Higley | | Parent | $ 8,500,000.00 |
| 43 | Robert | | Higley | | Rachael | | Higley | | Sibling | $ 4,250,000.00 |
| 44 | Robert | | Higley | | Robin | | Higley | | Child | $ 8,500,000.00 |
| 45 | George | G. | Howard | | Robert | | Howard | | Child | $ 8,500,000.00 |
| 46 | Jonathan | | Ielpi | | Andrew | | Ielpi | | Child | $ 8,500,000.00 |
| 47 | Jonathan | | Ielpi | | Austin | | Ielpi | | Child | $ 8,500,000.00 |
| 48 | Jonathan | | Ielpi | | Lee | | Ielpi | | Parent | $ 8,500,000.00 |
| 49 | Frederick | J. | Ill | Jr. | Frederick | | Ill | III | Child | $ 8,500,000.00 |
| 50 | Frederick | J. | Ill | Jr. | Jennifer | | Kane | | Child | $ 8,500,000.00 |
| 51 | Frederick | J. | Ill | Jr. | Lauren | | Fregonese | | Child | $ 8,500,000.00 |
| 52 | Frederick | J. | Ill | Jr. | Mary | | Ill | | Spouse | $ 12,500,000.00 |
| 53 | Richard | Y. C. | Lee | | Ronald | K. | Lee | Jr. | Sibling | $ 4,250,000.00 |
| 54 | Richard | Y. C. | Lee | | Zachary | C. | Lee | | Child | $ 8,500,000.00 |
| 55 | Dennis | | Moroney | | Elizabeth | | Moroney | | Child | $ 8,500,000.00 |
| 56 | Dennis | | Moroney | | Timothy | | Moroney | | Child | $ 8,500,000.00 |
| 57 | Jody | Tepedino | Nichilo | | Jaclyn | | Shapiro | | Child | $ 8,500,000.00 |
| 58 | Lisa | Caren | Orfi-Ehrlich | | Andrew | | Weinstein | | Sibling | $ 4,250,000.00 |
| 59 | Lisa | Caren | Orfi-Ehrlich | | Stanley | | Weinstein | | Personal Representative of the Estate of Gloria Weinstein, deceased Parent of 9/11 Decedent Lisa Caren Orfi-Ehrlich | $ 8,500,000.00 |
| 60 | Lisa | Caren | Orfi-Ehrlich | | Myles | | Ehrlich | | Child | $ 8,500,000.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 61 | Lisa | Caren | Orfi-Ehrlich | | Ryan | | Ehrlich | Child | $ 8,500,000.00 |
| 62 | Lisa | Caren | Orfi-Ehrlich | | Seth | | Weinstein | Sibling | $ 4,250,000.00 |
| 63 | Donald | J. | Regan | | James | | Regan | Child | $ 8,500,000.00 |
| 64 | Donald | J. | Regan | | Jill | | Regan | Child | $ 8,500,000.00 |
| 65 | Donald | J. | Regan | | Peter | | Regan | Child | $ 8,500,000.00 |
| 66 | Donald | J. | Regan | | Shane | | Regan | Child | $ 8,500,000.00 |
| 67 | Bart | | Ruggiere | | Kathleen | | Ruggiere De Paris | Sibling | $ 4,250,000.00 |
| 68 | Dennis | | Scauso | | Dianne | | Hagerty | Sibling | $ 4,250,000.00 |
| 69 | Dennis | | Scauso | | Elena | | Sweeney | Sibling | $ 4,250,000.00 |
| 70 | Dennis | | Scauso | | Nancy | | Shakouri | Sibling | $ 4,250,000.00 |
| 71 | Kevin | J. | Smith | | Stephen | | Smith | Sibling | $ 4,250,000.00 |
| 72 | Leonard | J. | Snyder | Jr. | Darren | | Synder | Sibling | $ 4,250,000.00 |
| 73 | Leonard | J. | Snyder | Jr. | Jason | Arthur | Snyder | Child | $ 8,500,000.00 |
| 74 | Leonard | J. | Snyder | Jr. | Kathleen | | Kinne | Sibling | $ 4,250,000.00 |
| 75 | Leonard | J. | Snyder | Jr. | Lauren | Kathleen | Snyder | Child | $ 8,500,000.00 |
| 76 | Leonard | J. | Snyder | Jr. | Mary | | Snyder Coolican | Sibling | $ 4,250,000.00 |
| 77 | Leonard | J. | Snyder | Jr. | Matthew | Leonard | Snyder | Child | $ 8,500,000.00 |
| 78 | Leonard | J. | Snyder | Jr. | Nancy | | Snyder | Sibling | $ 4,250,000.00 |
| 79 | Glen | | Wall | | Avery | | Wall | Child | $ 8,500,000.00 |
| 80 | Glen | | Wall | | Payton | | Wall | Child | $ 8,500,000.00 |
| 81 | Timothy | M. | Welty | | Christopher | | Welty | Sibling | $ 4,250,000.00 |