| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **EXHIBIT A** | | | | | |
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Andrew | Anthony | Abate | | Carolyn | | Crutchfield | | Spouse | $12,500,000.00 |
| 2 | Donald | L. | Adams | | Marjorie | Jean | Adams | | Parent | $8,500,000.00 |
| 3 | Peter | Craig | Alderman | | Elizabeth | R. | Alderman | | Parent | $8,500,000.00 |
| 4 | Peter | Craig | Alderman | | Stephen | J. | Alderman | | Parent | $8,500,000.00 |
| 5 | Anna | | Allison | | Vincent | Blake | Allison | III | Spouse | $12,500,000.00 |
| 6 | Joseph | John | Angelini | Jr. | Joseph | J. | Angelini | III | Child | $8,500,000.00 |
| 7 | Joseph | John | Angelini | Jr. | Jacqueline | | Angelini | | Child | $8,500,000.00 |
| 8 | Michael | Edward | Asher | | Dana | Jill | Asher | | Spouse | $12,500,000.00 |
| 9 | Michael | Edward | Asher | | Jeremy | Ross | Asher | | Child | $8,500,000.00 |
| 10 | Michael | Edward | Asher | | Rachel | Marin | Asher | | Child | $8,500,000.00 |
| 11 | Brett | T. | Bailey | | Yarah | Heather | Bailey | | Sibling | $4,250,000.00 |
| 12 | Brett | T. | Bailey | | Kevin | James | Bailey (Estate of) | | Parent | $8,500,000.00 |
| 13 | Paul | Vincent | Barbaro | | Kim | Elizabeth | Barbaro | | Spouse | $12,500,000.00 |
| 14 | Paul | Vincent | Barbaro | | Joseph | | Barbaro | | Child | $8,500,000.00 |
| 15 | Paul | Vincent | Barbaro | | Paul | William | Barbaro | | Child | $8,500,000.00 |
| 16 | Marlyn | Capito | Bautista | | Rameses | Garcia | Bautista | | Spouse | $12,500,000.00 |
| 17 | Carl | | Bedigian | | Joseph | J. | Bedigian | | Sibling | $4,250,000.00 |
| 18 | Maria | | Behr | | Inmaculada | | Behr | | Parent | $8,500,000.00 |
| 19 | Maria | | Behr | | George | | Behr | | Parent | $8,500,000.00 |
| 20 | Alvin | | Bergsohn | | Harris | I. | Bergsohn | | Child | $8,500,000.00 |
| 21 | Alvin | | Bergsohn | | Renee | Ann | Hoffman | | Sibling | $4,250,000.00 |
| 22 | Vincent | M. | Boland | Jr. | Gregory | Frank | Boland | | Sibling | $4,250,000.00 |
| 23 | Vincent | M. | Boland | Jr. | Erin | Marie | Boland | | Sibling | $4,250,000.00 |
| 24 | Vincent | M. | Boland | Jr. | Joyce | Rosemary | Boland | | Parent | $8,500,000.00 |
| 25 | Vincent | M. | Boland | Jr. | Vincent | | Boland | Sr. | Parent | $8,500,000.00 |
| 26 | Canfield | D. | Boone | | Christopher | Adam | Boone | | Child | $8,500,000.00 |

| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Relation | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | Canfield | D. | Boone | | Andrew | | Boone | | Child | $8,500,000.00 |
| 28 | Pamela | J. | Boyce | | Laura | Maria | Alessi | | Parent | $8,500,000.00 |
| 29 | Pamela | J. | Boyce | | Gina | Marie | Grassi | | Sibling | $4,250,000.00 |
| 30 | Mark | | Brisman | | Juliette | | Brisman | | Spouse | $12,500,000.00 |
| 31 | Mark | | Brisman | | Steven | Arthur | Brisman | | Sibling | $4,250,000.00 |
| 32 | Dennis | | Buckley | | Mary | Kathleen | Buckley | | Child | $8,500,000.00 |
| 33 | Dennis | | Buckley | | Kathleen | M. | Buckley | | Spouse | $12,500,000.00 |
| 34 | Dennis | | Buckley | | Michele | Anne | Buckley | | Child | $8,500,000.00 |
| 35 | Dennis | | Buckley | | Megan | Elizabeth | Buckley | | Child | $8,500,000.00 |
| 36 | Michael | | Cahill | | Colleen | Casey | Cahill | | Spouse | $12,500,000.00 |
| 37 | Michael | | Cahill | | Conor | | Cahill | | Child | $8,500,000.00 |
| 38 | Michael | | Cahill | | Fiona | | Cahill | | Child | $8,500,000.00 |
| 39 | Liam | | Callahan | | Ellen | | Callahan | | Child | $8,500,000.00 |
| 40 | Liam | | Callahan | | Brian | J | Callahan | | Child | $8,500,000.00 |
| 41 | Liam | | Callahan | | Joan | E | Callahan | | Spouse | $12,500,000.00 |
| 42 | Liam | | Callahan | | Bridget | | Gannello | | Child | $8,500,000.00 |
| 43 | LIam | | Callahan | | James | J. | Callahan | | Child | $8,500,000.00 |
| 44 | James | C. | Cappers | | Kathleen | | Pfitzer | | Spouse | $12,500,000.00 |
| 45 | Neilie | Anne Heffernan | Casey | | Riley | Eileen | Casey | | Child | $8,500,000.00 |
| 46 | Neilie | Anne Heffernan | Casey | | Michael | W. | Casey | | Spouse | $12,500,000.00 |
| 47 | William | | Chalcoff | | Eric | Jonathan | Chalcoff | | Child | $8,500,000.00 |
| 48 | Stephen | Patrick | Cherry | | Peter | Ross | Cherry | | Child | $8,500,000.00 |
| 49 | Dorothy | J. | Chiarchiaro | | Nicholas | Mario | Chiarchiaro | Sr. | Spouse | $12,500,000.00 |
| 50 | Nicholas | Paul | Chiofalo | | Joan | Nardello | Chiofalo | | Spouse | $12,500,000.00 |
| 51 | Catherine | Ellen | Chirls | | David | S. | Chirls | | Spouse | $12,500,000.00 |
| 52 | Robert | D. | Cirri | Sr. | Robert | Dominick | Cirri | Jr. | Child | $8,500,000.00 |
| 53 | Robert | D. | Cirri | Sr. | Anthony | Robert | Cirri | | Child | $8,500,000.00 |
| 54 | Robert | D. | Cirri | Sr. | Jessica | | Cirri-Perez | | Child | $8,500,000.00 |
| 55 | Stephen | J. | Colaio | | Mary | Catherine | Colaio (Estate of) | | Parent | $8,500,000.00 |
| 56 | Mark | J. | Colaio | | Mary | Catherine | Colaio (Estate of) | | Parent | $8,500,000.00 |
| 57 | Ronald | E. | Comer | | Lauren | Emily | Hansen | | Child | $8,500,000.00 |
| 58 | Jeffrey | W. | Coombs | | Charles | Bunker | Coombs | III | Parent | $8,500,000.00 |
| 59 | John | J. | Corcoran | III | Meghan | Lee | Corcoran | | Child | $8,500,000.00 |
| 60 | John | J. | Corcoran | III | John | James | Corcoran | | Child | $8,500,000.00 |
| 61 | Asia | SiVon | Cottom | | Isiah | RaShon | Batey | | Sibling | $4,250,000.00 |
| 62 | Martin | John | Coughlan | | Finnbarr | Mary | Coughlan | | Sibling | $4,250,000.00 |
| 63 | Martin | | Coughlan | | James | | Coughlan | | Sibling | $4,250,000.00 |
| 64 | Robert | | Curatola | | Christine | | Curatola | | Spouse | $12,500,000.00 |
| 65 | Beverly | L. | Curry | | Mischele | Ann | Crew-Williams | | Sibling | $4,250,000.00 |
| 66 | Jason | M. | Dahl | | Jason | Matthew | Dahl | Jr. | Child | $8,500,000.00 |

| # | First | Middle | Last | | First | Middle | Last | | Relation | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 67 | Francis | | Deming | | Brian | D. | Deming | | Child | $8,500,000.00 |
| 68 | Francis | | Deming | | Robert | Jay | Deming | | Sibling | $4,250,000.00 |
| 69 | Vincent | Francis | DiFazio | | Gina | Marie | DiFazio | | Child | $8,500,000.00 |
| 70 | Vincent | Francis | DiFazio | | Patricia | Anne | DiFazio | | Spouse | $12,500,000.00 |
| 71 | Vincent | Francis | DiFazio | | Dana | Michelle | DiFazio | | Child | $8,500,000.00 |
| 72 | George | | DiPasquale | | Georgia | Rose | DiPasquale | | Child | $8,500,000.00 |
| 73 | Jacqueline | | Donovan | | Patrice | | Kelleher | | Sibling | $4,250,000.00 |
| 74 | Patrick | Joseph | Driscoll | | Adelaide | Maureen | Driscoll | | Spouse | $12,500,000.00 |
| 75 | Richard | A. | Dunstan | | Christopher | Graham | Dunstan | | Child | $8,500,000.00 |
| 76 | Richard | A. | Dunstan | | Laura | Diane | Fornuff | | Child | $8,500,000.00 |
| 77 | Richard | A. | Dunstan | | Janet | Arleen | Dunstan | | Spouse | $12,500,000.00 |
| 78 | Constantine | | Economos | | Constantine | Leon | Economos | | Child | $8,500,000.00 |
| 79 | Constantine | | Economos | | Katherine | Audrey | Economos | | Child | $8,500,000.00 |
| 80 | Edgar | H. | Emery | Jr. | Elizabeth | | Emery | | Spouse | $12,500,000.00 |
| 81 | Sarah | Ali | Escarcega | | Rogelio | R. | Escarcega | | Spouse | $12,500,000.00 |
| 82 | Francis | | Esposito | | Dawn | Marie | Picciano | | Spouse | $12,500,000.00 |
| 83 | William | J. | Esposito | | Craig | Steven | Esposito | | Child | $8,500,000.00 |
| 84 | Joseph | | Farrelly | | Julianne | Carlene | Farrelly | | Child | $8,500,000.00 |
| 85 | Bernard | | Favuzza | | Linda | Ann | Favuza | | Spouse | $12,500,000.00 |
| 86 | John | B. | Fiorito | | Karen | | Fiorito | | Spouse | $12,500,000.00 |
| 87 | John | B. | Fiorito | | John | Joseph | Fiorito | | Child | $8,500,000.00 |
| 88 | Joseph | W. | Flounders | | Patricia | V. | Flounders (Estate of) | | Spouse | $12,500,000.00 |
| 89 | Robert | Joseph | Foti | | Mary | Grace | Foti | | Spouse | $12,500,000.00 |
| 90 | Robert | Joseph | Foti | | James | Robert | Foti | | Child | $8,500,000.00 |
| 91 | Deanna | Micciulli | Galante | | Anthony | | Galante | | Spouse | $12,500,000.00 |
| 92 | Gary | Paul | Geidel | | Mathilda | M. | Geidel | | Spouse | $12,500,000.00 |
| 93 | Robert | J | Gerlich | | Matthew | Evan | Gerlich | | Child | $8,500,000.00 |
| 94 | Debra | Lynn | Gibbon | | Karen | | Zaccaria | | Sibling | $4,250,000.00 |
| 95 | Catherine | C. | Gorayeb | | Joseph | | Gorayeb | | Parent | $8,500,000.00 |
| 96 | Matthew | James | Grzymalski | | Patricia | | Grzymalski | | Parent | $8,500,000.00 |
| 97 | Cindy | Yanzhu | Guan | | Edwin | H. | Yuen | | Spouse | $12,500,000.00 |
| 98 | Vaswald | George | Hall | | Beverly | | Hall | | Spouse | $12,500,000.00 |
| 99 | Dana | Rey | Hannon | | Kyle | Elizabeth | Bickford | | Sibling | $4,250,000.00 |
| 100 | Timothy | J. | Hargrave | | Patricia | Ellen | Hargrave | | Spouse | $12,500,000.00 |
| 101 | Timothy | J. | Hargrave | | Corinne | Elizabeth | Hargrave | | Child | $8,500,000.00 |
| 102 | Timothy | J. | Hargrave | | Amy | P. | Hargrave | | Child | $8,500,000.00 |
| 103 | Timothy | J. | Hargrave | | Casey | A. | Hargrave | | Child | $8,500,000.00 |
| 104 | Peter | Paul | Hashem | | Joseph | Paul | Hashem | | Sibling | $4,250,000.00 |
| 105 | Terence | Sean | Hatton | | Elizabeth | Petrone | Hatton | | Spouse | $12,500,000.00 |

| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 106 | Terence | Sean | Hatton | | Minor Child T.H. | | | | Child | $8,500,000.00 |
| 107 | Michele | M. | Heidenberger | | Thomas | Peter | Heidenberger | II | Child | $8,500,000.00 |
| 108 | Mark | | Hemschoot | | David | C. | Hemschoot | | Child | $8,500,000.00 |
| 109 | Mark | | Hemschoot | | Jeffrey | W. | Hemschoot | | Child | $8,500,000.00 |
| 110 | Mark | | Hemschoot | | Debora | | Hemschoot | | Spouse | $12,500,000.00 |
| 111 | Mary | | Herencia | | Mark | | Herencia | | Child | $8,500,000.00 |
| 112 | Robert | Wayne | Hobson | III | Cynthia | Palmieri | McNutt | | Spouse | $12,500,000.00 |
| 113 | Montgomery | McCullough | Hord | | Lisa | Sharp | Hord | | Spouse | $12,500,000.00 |
| 114 | Montgomery | McCullough | Hord | | Molly | Williams | Hord | | Child | $8,500,000.00 |
| 115 | Montgomery | McCullough | Hord | | Sophie | McCullough | Hord | | Child | $8,500,000.00 |
| 116 | Montgomery | McCullough | Hord | | Jackson | Sharp | Hord | | Child | $8,500,000.00 |
| 117 | Thomas | Edward | Hynes | | Carolyne | Yacoub | Hynes | | Spouse | $12,500,000.00 |
| 118 | Zuhtu | | Ibis | | Ali | | Ibis | | Parent | $8,500,000.00 |
| 119 | Zuhtu | | Ibis | | Ayse | | Ibis | | Parent | $8,500,000.00 |
| 120 | Zuhtu | | Ibis | | Hacer | | Ibis | | Sibling | $4,250,000.00 |
| 121 | Zuhtu | | Ibis | | Mehmet | | Ibis | | Sibling | $4,250,000.00 |
| 122 | Steven | A. | Jacobson | | Deborah | B. | Jacobson (Estate of) | | Spouse | $12,500,000.00 |
| 123 | Prem | N. | Jerath | | Meena | | Jerath | | Spouse | $12,500,000.00 |
| 124 | Prem | N. | Jerath | | Neel | | Jerath | | Child | $8,500,000.00 |
| 125 | Richard | M. | Keane | | Daniel | M. | Keane (Estate of) | | Child | $8,500,000.00 |
| 126 | Howard | Barry | Kirschbaum | | Lauren | | Kirschbaum | | Child | $8,500,000.00 |
| 127 | Thomas | Patrick | Knox | | Nancy | S | Knox | | Spouse | $12,500,000.00 |
| 128 | Robert | T. | Lane | | Richard | Louis | Lane | | Parent | $8,500,000.00 |
| 129 | Robert | T. | Lane | | Janet | Linda | Lane | | Parent | $8,500,000.00 |
| 130 | Robert | T. | Lane | | Jason | Mathew | Lane | | Sibling | $4,250,000.00 |
| 131 | Robert | T. | Lane | | Suzanne | Renee | Stevenson | | Sibling | $4,250,000.00 |
| 132 | Paul | | Laszczynski | | Jennifer | Lynn | Halstead | | Child | $8,500,000.00 |
| 133 | Anna | A. | Laverty | | Kevin | P. | Laverty (Estate of) | | Spouse | $12,500,000.00 |
| 134 | Robert | A. | Lawrence | Jr. | Toland | Curry | Lawrence | | Child | $8,500,000.00 |
| 135 | David | William | Laychak | | Laurie | Miller | Laychak | | Spouse | $12,500,000.00 |
| 136 | David | William | Laychak | | Zachary | David | Laychak | | Child | $8,500,000.00 |
| 137 | David | William | Laychak | | Jennifer | Lauren | Laychak | | Child | $8,500,000.00 |
| 138 | Daniel | | Libretti | | Dolores | Marie | Libretti | | Spouse | $12,500,000.00 |
| 139 | Thomas | V. | Linehan | Jr. | Melissa | Jane | Linehan | | Child | $8,500,000.00 |
| 140 | Thomas | V. | Linehan | Jr. | Thomas | Benjamin | Linehan | | Child | $8,500,000.00 |
| 141 | Alan | Patrick | Linton | Jr. | Laura | Renee | Anspach | | Sibling | $4,250,000.00 |
| 142 | Alan | Patrick | Linton | Jr. | Alan | Patrick | Linton | Sr. | Parent | $8,500,000.00 |
| 143 | Alan | Patrick | Linton | Jr. | Sharon | Lynn | Linton | | Parent | $8,500,000.00 |
| 144 | Alan | Patrick | Linton | Jr. | Scott | P. | Linton | | Sibling | $4,250,000.00 |
| 145 | Martin | | Lizzul | | Jean | Luicido | Prisco | | Spouse | $12,500,000.00 |

| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 146 | Maclovio | | Lopez | Jr. | Susie | Levet | Lopez | | Sibling | $4,250,000.00 |
| 147 | Maclovio | | Lopez | Jr. | Libbet | Ann | Ward | | Sibling | $4,250,000.00 |
| 148 | Maclovio | | Lopez | Jr. | Martha | | Lopez | | Parent | $8,500,000.00 |
| 149 | Maclovio | | Lopez | Jr. | Francisco | Miguel | Lopez | | Sibling | $4,250,000.00 |
| 150 | Maclovio | | Lopez | Jr. | Rosa | Maria | Ramirez | | Sibling | $4,250,000.00 |
| 151 | Maclovio | | Lopez | Jr. | Cindy | Lou | Carlson | | Sibling | $4,250,000.00 |
| 152 | Lee | Charles | Ludwig | | Christopher | Lee | Ludwig | | Child | $8,500,000.00 |
| 153 | Sean | Thomas | Lugano | | Michael | | Lugano | | Sibling | $4,250,000.00 |
| 154 | Sean | Thomas | Lugano | | Stephanie | Anne | McCuin | | Sibling | $4,250,000.00 |
| 155 | CeeCee | Louise | Lyles | | Lorne | Von | Lyles | | Spouse | $12,500,000.00 |
| 156 | Simon | | Maddison | | Maureen | Marguerite | Maddison | | Spouse | $12,500,000.00 |
| 157 | Noell | | Maerz | | Jennifer | Lyn | Maerz | | Spouse | $12,500,000.00 |
| 158 | Noell | | Maerz | | Noelle | Brianna | Maerz | | Child | $8,500,000.00 |
| 159 | Christian | H. | Maltby | | Max | Walker | Maltby | | Child | $8,500,000.00 |
| 160 | Joseph | | Mangano | | Phillip | | Mangano | | Sibling | $4,250,000.00 |
| 161 | Joseph | | Mangano | | Rosemarie | | Hoesly | | Sibling | $4,250,000.00 |
| 162 | Sara | Elizabeth | Manley | | Robert | William | Harvey | | Spouse | $12,500,000.00 |
| 163 | Cesar | R. | Marino | | Celeste | Marino | Garcia | | Spouse | $12,500,000.00 |
| 164 | Edward | | Mazzella | Jr. | Catherine | | Mazzella | | Spouse | $12,500,000.00 |
| 165 | Patricia | A. | McAneney | | James | | McAneney | | Sibling | $4,250,000.00 |
| 166 | John | K. | McAvoy | | Philomena | | McAvoy (Estate of) | | Parent | $8,500,000.00 |
| 167 | Kenneth | M. | McBrayer | | Marsha | K. | McBrayer | | Spouse | $12,500,000.00 |
| 168 | Michael | J. | McCabe | | Lynn | C. | McCabe | | Spouse | $12,500,000.00 |
| 169 | Michael | J. | McCabe | | Cassidy | | McCabe | | Child | $8,500,000.00 |
| 170 | Michael | J. | McCabe | | Regan | Grace | McCabe | | Child | $8,500,000.00 |
| 171 | Michael | J. | McCabe | | Liam | Patrick | McCabe | | Child | $8,500,000.00 |
| 172 | Eamon | James | McEneaney | | Bonnie | McEneaney | McNamara | | Spouse | $12,500,000.00 |
| 173 | Eamon | James | McEneaney | | Brendan | Walter | McEneaney | | Child | $8,500,000.00 |
| 174 | Eamon | James | McEneaney | | Jennifer | Jeanne | McEneaney | | Child | $8,500,000.00 |
| 175 | Eamon | James | McEneaney | | Kevin | Blayney | McEneaney | | Child | $8,500,000.00 |
| 176 | Eamon | James | McEneaney | | Kyle | MacDonald | McEneaney | | Child | $8,500,000.00 |
| 177 | Patrick | | McGuire | | Danielle | | McGuire | | Spouse | $12,500,000.00 |
| 178 | Patrick | | McGuire | | Sean | Patrick | McGuire | | Child | $8,500,000.00 |
| 179 | Patrick | | McGuire | | Mara | Moran | McGuire | | Child | $8,500,000.00 |
| 180 | Patrick | | McGuire | | Shea | Elizabeth | McGuire | | Child | $8,500,000.00 |
| 181 | Patrick | | McGuire | | Ryan | Patrick | McGuire | | Child | $8,500,000.00 |
| 182 | Michael | Edward | McHugh | Jr. | Michael | Edward | McHugh | Sr. | Parent | $8,500,000.00 |
| 183 | Michael | E. | McHugh | Jr. | Darby | Anne | McHugh | | Sibling | $4,250,000.00 |
| 184 | Michael | E. | McHugh | Jr. | Eileen | Higgins | McHugh | | Parent | $8,500,000.00 |
| 185 | Daniel | Walker | McNeal | | Kathleen | McNeal | Sheeler | | Sibling | $4,250,000.00 |

| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 186 | Stuart | Todd | Meltzer | | Lisa | | Meltzer | | Spouse | $12,500,000.00 |
| 187 | Stuart | Todd | Meltzer | | Jacob | Andrew | Meltzer | | Child | $8,500,000.00 |
| 188 | Stuart | Todd | Meltzer | | Dylan | Ross | Meltzer | | Child | $8,500,000.00 |
| 189 | Diarelia | J. | Mena | | Victor | | Barahona | | Spouse | $12,500,000.00 |
| 190 | Diarelia | J. | Mena | | Karelia | A. | Barahona | | Child | $8,500,000.00 |
| 191 | Ralph | | Mercurio | | Debra | | Mercurio | | Spouse | $12,500,000.00 |
| 192 | Ralph | | Mercurio | | Joseph | | Mercurio | | Child | $8,500,000.00 |
| 193 | Ralph | | Mercurio | | Genevieve | | Mercurio | | Child | $8,500,000.00 |
| 194 | Nicole | Carol | Miller | | David | Scott | Miller | | Sibling | $4,250,000.00 |
| 195 | Craig | James | Miller | | Curt | James | Miller | | Child | $8,500,000.00 |
| 196 | Craig | James | Miller | | Colton | James | Miller | | Child | $8,500,000.00 |
| 197 | Craig | James | Miller | | Holly | Ann Miller | Hedley | | Spouse | $12,500,000.00 |
| 198 | Robert | | Minara | | Paula | A | Minara | | Spouse | $12,500,000.00 |
| 199 | Paul | T. | Mitchell | | Maureen | Francis | Mitchell | | Spouse | $12,500,000.00 |
| 200 | Richard | P | Miuccio | | Thomas | Paul | Miuccio | | Child | $8,500,000.00 |
| 201 | Michael | G. | Montesi | | Maria | E. | Montesi-Lauria | | Sibling | $4,250,000.00 |
| 202 | Seth | A. | Morris | | Hayley | Shaw | Morris | | Child | $8,500,000.00 |
| 203 | Seth | A. | Morris | | Kyle | B. | Morris | | Child | $8,500,000.00 |
| 204 | Seth | A. | Morris | | Madilynn | E. | Morris | | Child | $8,500,000.00 |
| 205 | William | David | Moskal | | Jessica | Ann | Moskal | | Child | $8,500,000.00 |
| 206 | Robert | | Murach | | Laurie | Ann | Murach | | Spouse | $12,500,000.00 |
| 207 | Cesar | A. | Murillo | | Carolyn | | Alderman | | Sibling | $4,250,000.00 |
| 208 | James | Thomas | Murphy | | Mary | L | Middleton | | Spouse | $12,500,000.00 |
| 209 | Raymond | E. | Murphy | Sr. | Edward | Joseph | Murphy | | Sibling | $4,250,000.00 |
| 210 | Raymond | E. | Murphy | Sr. | Kenneth | George | Murphy | | Sibling | $4,250,000.00 |
| 211 | Raymond | E. | Murphy | Sr. | Robert | Edward | Murphy | | Sibling | $4,250,000.00 |
| 212 | James | Thomas | Murphy | | Michael | Thomas | Murphy | | Sibling | $4,250,000.00 |
| 213 | James | | Nelson | | Anne | Catherine | Nelson | | Child | $8,500,000.00 |
| 214 | James | Arthur | Nelson | | Caitlin | Mary | Nelson (Estate of) | | Child | $8,500,000.00 |
| 215 | James | A. | Oakley | | Denise | I. | Oakley | | Spouse | $12,500,000.00 |
| 216 | William | S. | O'Keefe | | Virginia | M. | O'Keefe | | Spouse | $12,500,000.00 |
| 217 | Paul | J. | Pansini | | Paul | Jack | Pansini | | Child | $8,500,000.00 |
| 218 | Paul | J. | Pansini | | Janice | | Pansini | | Spouse | $12,500,000.00 |
| 219 | Paul | John | Pansini | | Claire | Adele | Pansini | | Child | $8,500,000.00 |
| 220 | Paul | John | Pansini | | Anna | Mary | Pansini | | Child | $8,500,000.00 |
| 221 | James | N. | Pappageorge | | Helen | Olga | Carlucci | | Sibling | $4,250,000.00 |
| 222 | James | N. | Pappageorge | | Juana | Olga | Pappageorge | | Parent | $8,500,000.00 |
| 223 | Gye | Hyong | Park | | Jin | Han | Park | | Sibling | $4,250,000.00 |
| 224 | Gye | Hyong | Park | | Myong | Kyu | Park | | Parent | $8,500,000.00 |
| 225 | Gye | Hyong | Park | | Jung | Hea | Shin | | Parent | $8,500,000.00 |

| # | First | Middle | Last | F2 | M2 | L2 | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 226 | Hashmukhrai | C. | Parmar | Bharti | | Parmar | | Spouse | $12,500,000.00 |
| 227 | Robert | | Parro | Karen | | Parro | | Spouse | $12,500,000.00 |
| 228 | Jerrold | H | Paskins | Robert | R | Paskins | | Child | $8,500,000.00 |
| 229 | Jon | A. | Perconti | Julia | Amelia | Perconti | | Child | $8,500,000.00 |
| 230 | Matthew | Martin | Picerno | Anthony | Joseph | Picerno | | Child | $8,500,000.00 |
| 231 | James | E | Potorti | Nikki | L | Stern | | Spouse | $12,500,000.00 |
| 232 | Wanda | | Prince | Edward | Joseph | Prince | | Spouse | $12,500,000.00 |
| 233 | John | F. | Puckett | Michael | John | Puckett | | Child | $8,500,000.00 |
| 234 | John | F. | Puckett | Michele | | Puckett-Formolo | | Child | $8,500,000.00 |
| 235 | Edward | Frank | Pullis | Maria | Frances | Pullis | | Child | $8,500,000.00 |
| 236 | Edward | Frank | Pullis | Melissa | | Pullis | | Spouse | $12,500,000.00 |
| 237 | Edward | Frank | Pullis | Edward | | Pullis | | Child | $8,500,000.00 |
| 238 | Edward | Frank | Pullis | Anthony | | Pullis | | Child | $8,500,000.00 |
| 239 | Patricia | Ann | Puma | Kevin | | Puma | | Spouse | $12,500,000.00 |
| 240 | Patricia | Ann | Puma | BriAnna | | Puma | | Child | $8,500,000.00 |
| 241 | Patricia | Ann | Puma | Dylan | | Puma | | Child | $8,500,000.00 |
| 242 | Patricia | Ann | Puma | Kiefer | | Puma | | Child | $8,500,000.00 |
| 243 | Peter | Frank | Raimondi | Peter | Mathew | Raimondi | | Child | $8,500,000.00 |
| 244 | Peter | Frank | Raimondi | Philip | Warren | Raimondi | | Child | $8,500,000.00 |
| 245 | Peter | Frank | Raimondi | Lenore | Clare | Raimondi | | Spouse | $12,500,000.00 |
| 246 | Edward | J. | Rall | Matthew | | Rall | | Child | $8,500,000.00 |
| 247 | Edward | J. | Rall | Darlene | G. | Rall | | Spouse | $12,500,000.00 |
| 248 | Edward | J. | Rall | Joseph | | Rall | | Child | $8,500,000.00 |
| 249 | Edward | J. | Rall | Daniel | | Rall | | Child | $8,500,000.00 |
| 250 | Robert | A. | Rasmussen | Taylor | Marie | Rasmussen | | Child | $8,500,000.00 |
| 251 | Gregg | | Reidy | Ann | | Curti | | Sibling | $4,250,000.00 |
| 252 | Thomas | Barnes | Reinig | Scott | Thomas | Reinig | | Child | $8,500,000.00 |
| 253 | Karen | | Renda | Dana | Henry | Gargano | | Sibling | $4,250,000.00 |
| 254 | Isaias | | Rivera | Isaias | | Rivera | Jr. | Child | $8,500,000.00 |
| 255 | Isaias | | Rivera | Lynnette | | Rivera | | Child | $8,500,000.00 |
| 256 | Paul | Vincent | Rizza | Elaine | Marie | Brophy | | Spouse | $12,500,000.00 |
| 257 | Gregory | E. | Rodriguez | Elizabeth | A. | Soudant | | Spouse | $12,500,000.00 |
| 258 | Joshua | Alan | Rosenthal | Marilynn | M. | Rosenthal (Estate of) | | Parent | $8,500,000.00 |
| 259 | Janice | Marie | Scott | George | Arnold | Holmes (Estate of) | | Sibling | $4,250,000.00 |
| 260 | Larry | John | Senko | Debbi | Ellen | Senko | | Spouse | $12,500,000.00 |
| 261 | Marian | Teresa | Serva | Christina | Lyn | Serva | | Child | $8,500,000.00 |
| 262 | Karen | Lynn | Seymour | Debra | Jean | Anderson | | Sibling | $4,250,000.00 |
| 263 | Jeffrey | J. | Shaw | Debra | Ann | Shaw | | Spouse | $12,500,000.00 |
| 264 | Jeffrey | James | Shaw | Michael | Christopher | Shaw | | Child | $8,500,000.00 |

| # | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 265 | Jeffrey | James | Shaw | | Nicole | Shaw | McCabe | | Child | $8,500,000.00 |
| 266 | Robert | John | Shay, Jr. | | Robert | John | Shay, III | | Child | $8,500,000.00 |
| 267 | Robert | John | Shay, Jr. | | Jonathan | Robert | Shay | | Child | $8,500,000.00 |
| 268 | Robert | John | Shay, Jr. | | Ryan | Patrick | Shay | | Child | $8,500,000.00 |
| 269 | Robert | John | Shay, Jr. | | Dawn | Marie | Shay | | Spouse | $12,500,000.00 |
| 270 | Jeff | L. | Simpson | | Elaina | Simpson | Grant | | Child | $8,500,000.00 |
| 271 | Jeff | L. | Simpson | | Leeann | M. | Simpson | | Child | $8,500,000.00 |
| 272 | Jeff | L. | Simpson | | Maxwell | James | Simpson | | Child | $8,500,000.00 |
| 273 | Jeff | L. | Simpson | | Diane | Elizabeth | Cass | | Spouse | $12,500,000.00 |
| 274 | Cheryle | D. | Sincock | | Craig | William | Sincock | | Spouse | $12,500,000.00 |
| 275 | Dianne | Bullis | Snyder | | Leland | | Snyder | | Child | $8,500,000.00 |
| 276 | Dianne | Bullis | Snyder | | John | Bishop | Snyder | | Spouse | $12,500,000.00 |
| 277 | Dianne | Bullis | Snyder | | Blakeslee | Elizabeth | Snyder | | Child | $8,500,000.00 |
| 278 | John | Anthony | Spataro | | Patricia | Ellen | Wellington | | Spouse | $12,500,000.00 |
| 279 | Frank | J. | Spinelli | Jr. | Danielle | Marie | Spinelli | | Child | $8,500,000.00 |
| 280 | Frank | J. | Spinelli | Jr. | Christopher | Francis | Spinelli | | Child | $8,500,000.00 |
| 281 | Frank | J. | Spinelli | Jr. | Nicole | Lauren | Spinelli | | Child | $8,500,000.00 |
| 282 | Frank | J. | Spinelli | Jr. | Michelle | | Spinelli | | Spouse | $12,500,000.00 |
| 283 | Colleen | M. | Supinksi | | Nathan | A. | Supinksi | | Sibling | $4,250,000.00 |
| 284 | Claudia | | Sutton | | Bernell | Anthony | Sutton | | Spouse | $12,500,000.00 |
| 285 | Madeline | Amy | Sweeney | | Eleanor | | Stice | | Parent | $8,500,000.00 |
| 286 | Madeline | Amy | Sweeney | | William | Addison | Todd | III | Sibling | $4,250,000.00 |
| 287 | Joann | | Tabeek | | James | E. | Smith | | Sibling | $4,250,000.00 |
| 288 | Michael | | Taddonio | | Denise | | Taddonio | | Spouse | $12,500,000.00 |
| 289 | Robert | R. | Talhami | | George | Elias | Talhami | | Sibling | $4,250,000.00 |
| 290 | Hector | Luis | Tirado | Jr. | Sean | Smiley | Tirado | | Sibling | $4,250,000.00 |
| 291 | Michael | A. | Trinidad | | Carol | | Perla | | Sibling | $4,250,000.00 |
| 292 | Michael | A. | Trinidad | | Timothy | Michael | Trinidad | | Child | $8,500,000.00 |
| 293 | Michael | A. | Trinidad | | Thea | Megan | Trinidad | | Child | $8,500,000.00 |
| 294 | Willie | Quincy | Troy | | Renee | Mechelle | Troy-Mebane | | Child | $8,500,000.00 |
| 295 | Willie | Q. | Troy | | Judy | S. | Troy | | Spouse | $12,500,000.00 |
| 296 | Michael | A. | Uliano | | Gail | Marie | Callahan | | Parent | $8,500,000.00 |
| 297 | Gopalakrishnan | | Varadhan | | Srinivasa | | Varadhan | | Parent | $8,500,000.00 |
| 298 | Gopalakrishnan | | Varadhan | | Vasundara | | Varadhan | | Parent | $8,500,000.00 |
| 299 | Lawrence | J. | Veling | | Diane | J. | Veling | | Spouse | $12,500,000.00 |
| 300 | Lawrence | J. | Veling | | Cynthia | | Veling | | Child | $8,500,000.00 |
| 301 | Lawrence | J. | Veling | | Ryan | | Veling | | Child | $8,500,000.00 |
| 302 | Lawrence | J. | Veling | | Kevin | | Veling | | Child | $8,500,000.00 |

| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 303 | Robert | | Vicario | | Savannah | Rose | Vicario | | Child | $8,500,000.00 |
| 304 | Robert | | Vicario | | Jill | Robin | Vicario | | Spouse | $12,500,000.00 |
| 305 | Francine | | Virgilio | | Nunzio | G. | Virgilio | | Sibling | $4,250,000.00 |
| 306 | Alfred | | Vukosa | | Sime | | Vukosa (Estate of) | | Parent | $8,500,000.00 |
| 307 | Derrick | Christopher | Washington | | Lettie | Mae | Washington | | Parent | $8,500,000.00 |
| 308 | Charles | | Waters | | Jaclyn | Irene | Sfroza | | Child | $8,500,000.00 |
| 309 | Charles | | Waters | | Charles | Edward | Waters | | Child | $8,500,000.00 |
| 310 | William | Michael | Weems | | Lisa | Anne | Weems | | Spouse | $12,500,000.00 |
| 311 | Steven | George | Weinstein | | Kathlyn | Mae | Carriker | | Spouse | $12,500,000.00 |
| 312 | James | Patrick | White | | Gregory | John | White | | Sibling | $4,250,000.00 |
| 313 | James | Patrick | White | | Rachel | W. | Glavis | | Sibling | $4,250,000.00 |
| 314 | Mary | | Wieman | | Marc | | Wieman | | Spouse | $12,500,000.00 |
| 315 | Dwayne | | Williams | | Tammy | Gesiele | Williams | | Spouse | $12,500,000.00 |
| 316 | John | P. | Williamson | | Jessica | | Williamson | | Child | $8,500,000.00 |
| 317 | John | P. | Williamson | | Marc | | Williamson | | Child | $8,500,000.00 |
| 318 | Frank | Thomas | Wisniewski | | Jonathan | Paul | Wisniewski | | Child | $8,500,000.00 |
| 319 | Richard | H | Woodwell | | Linda | Preston | Woodwell | | Spouse | $12,500,000.00 |
| 320 | Richard | H. | Woodwell | | Eleanor | McCullough | Woodwell | | Child | $8,500,000.00 |
| 321 | Richard | Herron | Woodwell | | Richard | Herron | Woodwell | Jr. | Child | $8,500,000.00 |
| 322 | Richard | Herron | Woodwell | | Margaret | Preston | Woodwell | | Child | $8,500,000.00 |
| 323 | Martin | Michael | Wortley | | Karen | L. | Beetel | | Spouse | $12,500,000.00 |
| 324 | Donald | McArthur | Young | | Felicia | | Young | | Spouse | $12,500,000.00 |
| 325 | Christopher | Rudolph | Zarba | Jr. | Joseph | R. | Zarba | | Sibling | $4,250,000.00 |
| | | | | | | | **TOTAL:** | | | **$2,892,250,000.00** |