# EXHIBIT A

Ex. A to *DeRubbio*

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Donald | A. | Foreman | Gale | Susan | DiFrancisco | | Sibling | $4,250,000 |
| 2. | Gilbert | | Granados | Kathleen | | Granados | | Child | $8,500,000 |
| 3. | Gilbert | | Granados | Maureen | | Granados | | Child | $8,500,000 |
| 4. | Gilbert | | Granados | Teresa | | Granados | | Spouse | $12,500,000 |
| 5. | Paul | W. | Jurgens | Maria | | Jurgens | | Spouse | $12,500,000 |

**TOTAL**      **$46,500,000**