# EXHIBIT C

**Ex. C to *DeRubbio***

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTFF Suffix | Relationship to 9/11 Decedent |
|---|---|---|---|---|---|---|---|---|
| 1. | Donald | A. | Foreman | Gale | Susan | DiFrancisco | | Sibling |