# EXHIBIT A

## Ex. A to *Ades*

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|----|----|----|----|----|----|----|----|----|----|
| 1. | Angelene | C. | Carter | Fred | Albert | Carter | | Spouse (deceased) | $12,500,000 |
| 2. | David | Paul | DeRubbio | Albert | Anthony | DeRubbio | Jr. | Sibling | $$4,250,000 |
| 3. | Douglas | | Miller | Elizabeth | Lauren | Miller | | Child | $8,500,000 |
| 4. | Thomas | F. | Swift | Kathleen | | Deloughery | | Sibling | $4,250,000 |

**TOTAL** $30,000,000