# Exhibit B

**EX. B to *Ades***
*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Joshua | | Aron | | $5,606,165 | $2,000,000 | $7,606,165 |
| 2. | Salvatore | B. | Calabro | | $3,799,639 | $2,000,000 | $5,799,639 |
| 3. | Francis | J. | Callahan | | $1,616,396 | $2,000,000 | $3,616,396 |
| 4. | Roko | | Camaj | | $932,130 | $2,000,000 | $2,932,130 |
| 5. | Paul | R. | Cascio | | $3,243,808 | $2,000,000 | $5,243,808 |
| 6. | Annette | A. | Dataram | | $1,714,081 | $2,000,000 | $3,714,081 |
| 7. | David | P. | DeRubbio | | $3,207,919 | $2,000,000 | $5,207,919 |
| 8. | Andrew | | Desperito | | $3,592,905 | $2,000,000 | $5,592,905 |
| 9. | Virginia | E. | Fox | | | $2,000,000 | $2,000,000 |
| 10. | Paul | | Friedman | | $5,508,506 | $2,000,000 | $7,508,506 |
| 11. | Ramon | | Grijalvo | | $876,631 | $2,000,000 | $2,876,631 |
| 12. | Robert | | Gschaar | | $1,785,745 | $2,000,000 | $3,785,745 |
| 13. | Diane | | Hale-McKinzy | | $1,695,114 | $2,000,000 | $3,695,114 |
| 14. | Thomas | | Haskell | | | $2,000,000 | $2,000,000 |
| 15. | (Maj.) Ronald | D. | Milam | | $4,998,233 | $2,000,000 | $6,998,233 |
| 16. | Douglas | C. | Miller | | $6,231,751 | $2,000,000 | $8,231,751 |
| 17. | John | | Moran | | $7,218,555 | $2,000,000 | $9,218,555 |
| 18. | Patrick | J. | Murphy | | $4,933,016 | $2,000,000 | $6,933,016 |
| 19. | Margaret | | Seeliger | | $5,381,500 | $2,000,000 | $7,381,500 |
| 20. | William | | Spitz | | $2,672,504 | $2,000,000 | $4,672,504 |
| 21. | Steven | | Strauss | | $2,467,348 | $2,000,000 | $4,467,348 |
| 22. | Christopher | P. | Sullivan | | $4,286,685 | $2,000,000 | $6,286,685 |
| 23. | Thomas | F. | Swift | | $5,366,125 | $2,000,000 | $7,366,125 |
| 24. | Tamara | | Thurman | | | $2,000,000 | $2,000,000 |
| 25. | Peter | G. | Wallace | | $1,938,476 | $2,000,000 | $3,938,476 |
| 26. | Lisa | L. | Young | | $426,815 | $2,000,000 | $2,426,815 |
| 27. | Edwin | J. | Zambrana | | | $2,000,000 | $2,000,000 |
| | TOTALS | | | | $79,500,047 | $54,000,000 | **$133,500,047** |