# EXHIBIT C

**Ex. C to *Ades***

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTFF Suffix | Relationship to 9/11 Decedent |
|---|---|---|---|---|---|---|---|---|
| 1. | Angelene | C. | Carter | Fred | Albert | Carter | | Spouse (deceased) |
| 2. | David | Paul | DeRubbio | Albert | Anthony | DeRubbio | Jr. | Sibling |
| 3. | Douglas | | Miller | Elizabeth | Lauren | Miller | | Child |
| 4. | Thomas | F. | Swift | Kathleen | | Deloughery | | Sibling |