# Exhibit B

**EX. B to *Aamoth***
*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Gordon | McCannel | Aamoth | Jr. |  | $2,000,000 | $2,000,000 |
| 2. | (Lt.) Brian | G. | Ahearn |  |  | $2,000,000 | $2,000,000 |
| 3. | Arlene | T. | Babakitis |  |  | $2,000,000 | $2,000,000 |
| 4. | Vivian |  | Casalduc |  |  | $2,000,000 | $2,000,000 |
| 5. | Charles |  | Costello | Jr. | $1,302,063 | $2,000,000 | $3,302,063 |
| 6. | Tara |  | Debek |  | $3,076,174 | $2,000,000 | $5,076,174 |
| 7. | Jose |  | Depena |  |  | $2,000,000 | $2,000,000 |
| 8. | Sandra | N. | Foster |  |  | $2,000,000 | $2,000,000 |
| 9. | Michelle | H. | Goldstein |  |  | $2,000,000 | $2,000,000 |
|   | **TOTALS** |  |  |  | $4,378,237 | $18,000,000 | **$22,378,237** |