# EXHIBIT C

**Ex. C to *Aamoth***

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTFF Suffix | Relationship to 9/11 Decedent |
|---|---|---|---|---|---|---|---|---|
| 1. | Brian | Gerard | Ahearn | Christopher | Edward | Ahearn | | Child |
| 2. | Brian | Gerard | Ahearn | Lauren | Patricia | Sosa | | Child |
| 3. | Brian | Gerard | Ahearn | Debra | Jeanne | Ahearn | | Spouse |
| 4. | Arlene | T. | Babakitis | Kevin | John | Babakitis | | Child (deceased) |
| 5. | Vivian | | Casalduc | Mildred | Acevedo | Calderon | | Sibling |
| 6. | Vivian | | Casalduc | Wendell | | Acevedo | | Sibling |
| 7. | Tara | E. | Debek | Dariusz | | Debek | | Spouse |
| 8. | Michelle | H. | Goldstein | Edward | Allen | Goldstein | | Spouse |