| | | | | | | | | EXHIBIT A | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Thomas | H | Bowden | Jr. | Matthew | | Bowden | | Sibling | $4,250,000.00 |
| 2 | Robert | | Parro | | John | Robert | Parro | | Child | $8,500,000.00 |
| 3 | Candace | Lee | Williams | | Sherri | A. | Williams (Estate of) | | Parent | $8,500,000.00 |
| | | | | | | | **TOTAL:** | | | $21,250,000.00 |