# Exhibit B

**EX. B to *Agyeman***
*(Alphabetically by Last Name of 9/11 Decedent)*

|     | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1.  | Shabbir    |     | Ahmed       |     |             | $2,000,000 | $2,000,000 |
| 2.  | Jacquelyn  | D.  | Aldridge    |     | $866,223    | $2,000,000 | $2,866,223 |
| 3.  | Richard    | L.  | Allen       |     | $1,042,427  | $2,000,000 | $3,042,427 |
| 4.  | Janet      |     | Alonso      |     | $4,370,828  | $2,000,000 | $6,370,828 |
| 5.  | Joseph     |     | Amatuccio   |     | $5,016,125  | $2,000,000 | $7,016,125 |
| 6.  | Carl       |     | Asaro       |     | $2,719,191  | $2,000,000 | $4,719,191 |
| 7.  | James      |     | Audiffred   |     | $2,212,310  | $2,000,000 | $4,212,310 |
| 8.  | Robert     | J.  | Baierwalter |     | $2,692,685  | $2,000,000 | $4,692,685 |
| 9.  | Matthew    |     | Barnes      |     | $4,850,778  | $2,000,000 | $6,850,778 |
| 10. | Shelia     | P.  | Barnes      |     | $535,215    | $2,000,000 | $2,535,215 |
| 11. | Michael    | A.  | Boccardi    |     | $4,291,363  | $2,000,000 | $6,291,363 |
| 12. | Donna      |     | Bowen       |     | $1,270,558  | $2,000,000 | $3,270,558 |
| 13. | Veronique  | N.  | Bowers      |     | $3,203,673  | $2,000,000 | $5,203,673 |
| 14. | Daniel     | M.  | Caballero   |     | $1,404,867  | $2,000,000 | $3,404,867 |
| 15. | Brian      |     | Cachia      |     | $2,416,320  | $2,000,000 | $4,416,320 |
| 16. | Felix      |     | Calixte     |     |             | $2,000,000 | $2,000,000 |
| 17. | James      |     | Carson      | Jr. | $3,836,021  | $2,000,000 | $5,836,021 |
| 18. | John       |     | Chada       |     | $516,276    | $2,000,000 | $2,516,276 |
| 19. | Vernon     | P.  | Cherry      |     |             | $2,000,000 | $2,000,000 |
| 20. | Benjamin   | K.  | Clark       |     | $2,279,881  | $2,000,000 | $4,279,881 |
| 21. | Donna      |     | Clarke      |     | $1,050,041  | $2,000,000 | $3,050,041 |
| 22. | Geoffrey   |     | Cloud       |     | $10,692,768 | $2,000,000 | $12,692,768 |
| 23. | Florence   |     | Cohen       |     | $78,787     | $2,000,000 | $2,078,787 |
| 24. | Brenda     | E.  | Conway      |     | $1,960,919  | $2,000,000 | $3,960,919 |
| 25. | Alejandro  |     | Cordero     |     | $822,198    | $2,000,000 | $2,822,198 |
| 26. | Digna      |     | Costanza    |     | $1,935,156  | $2,000,000 | $3,935,156 |
| 27. | James      | R.  | Coyle       |     | $2,526,682  | $2,000,000 | $4,526,682 |
| 28. | Kenneth    | J.  | Cubas       |     | $2,240,468  | $2,000,000 | $4,240,468 |
| 29. | Gerald     | F.  | DeConto     |     | $2,108,676  | $2,000,000 | $4,108,676 |
| 30. | Lawrence   |     | Davidson    |     | $684,597    | $2,000,000 | $2,684,597 |
|     | TOTALS     |     |             |     | $67,625,033 | $60,000,000 | **$127,625,033** |