LAW FIRM OF
## AARON J. BRODER & JONATHAN C. REITER
EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 6400
NEW YORK, NEW YORK 10118

(212) 695-4111
FAX (212) 268-5297

January 15, 2020

VIA ECF

Honorable Magistrate Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: In Re Terrorist Attacks on September 11, 2001 – 03 MDL 1570 (GBD)(SN)
*Schneider, et. al. Islamic Republic of Iran,* 02 cv-7209 (member case to *Ashton et.al. v. Qaeda Islamic Army, et. al.,* 02 cv-6977 (GBD)(SN)

Honorable Judge Netburn:

    We represent the families in the *Schneider, et. al v. Islamic Republic of Iran* a member case to *Ashton, et. al. v. Qaeda Islamic Army, et. al.*

    With this letter we respectfully request an extension of time from the Court's Order (DE 5338) to submit final damages motions by January 15, 2020. We respectfully ask for an extension up to and including Monday January 20, 2020. The reason for this request is that a few of our clients have been out of town and we are still securing their declarations.

    We thank the Court for its courtesy and consideration of this matter.

                                         Respectfully submitted,

                                         Meryl I. Schwartz