USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

-----------------------------------------------------------------X

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Clerk of Court is directed to strike ECF No. 5547 from the docket because Exhibit 2 to the letter motion contains information subject to the FBI Protective Order. See ECF No. 4255. The Plaintiffs' Executive Committees are directed to refile their letter motion in accordance with the procedures outlined in the Court's November 25, 2019 Order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 15, 2020
              New York, New York