# EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Debra | Lynn | Gibbon | | Adam | Frederick | Gibbon (Estate of) | | Child | $8,500,000.00 |
| 2 | Michael | James | Stewart | | Francisco | | Stewart | | Child | $8,500,000.00 |
| 3 | Michael | James | Stewart | | Eamon | Pedro Dominicci | Stewart | | Child | $8,500,000.00 |
| | | | | | | | TOTAL: | | | $25,500,000.00 |