# Exhibit C

**Ex. C to *Agyeman***

*(Alphabetically by Last Name of 9/11 Decedent)*

| DECEDENT First Name | DECEDENT Middle Name | DECDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTFF Suffix | Relationship to 9/11 Decedent |
|---|---|---|---|---|---|---|---|

NONE