# Exhibit A

**Ex. A to *Abel***

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Louis | Frank | Aversano | Philip |  | Aversano |  | Sibling | $4,250,000 |
| 2. | Louis | Frank | Aversano | Francis | L. | Aversano |  | Sibling (Deceased) | $4,250,000 |
| 3. | Brenda | E. | Conway | Edith |  | Watford |  | Parent (Deceased) | $8,500,000 |

**TOTAL** $17,000,000