# Exhibit B

Case 1:03-md-01570-GBD-SN   Document 5584-3   Filed 01/15/20   Page 1 of 2

Case 1:03-md-01570-GBD-SN   Document 5584-3   Filed 01/15/20   Page 2 of 2

**EX. B to *Abel***
*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Laurence | C. | Abel | | $709,220 | $2,000,000 | $2,709,220 |
| 2. | Gary | | Albero | | $8,724,313 | $2,000,000 | $10,724,313 |
| 3. | Louis | F. | Aversano | Jr. | $1,819,891 | $2,000,000 | $3,819,891 |
| 4. | Samuel | | Ayala | | $1,536,006 | $2,000,000 | $3,536,006 |
| 5. | Eric | L. | Bennett | | $5,105,420 | $2,000,000 | $7,105,420 |
| 6. | Frank | J. | Bonomo | | $3,241,147 | $2,000,000 | $5,241,147 |
| 7. | Gary | L. | Bright | | | $2,000,000 | $2,000,000 |
| 8. | Alejandro | | Castano | | $1,306,714 | $2,000,000 | $3,306,714 |
| 9. | Ana | M. | Centeno | | $2,817,552 | $2,000,000 | $4,817,552 |
| 10. | Mohammed | S. | Chowdhury | | $2,946,322 | $2,000,000 | $4,946,322 |
| 11. | Edna | | Cintron | | $1,174,415 | $2,000,000 | $3,174,415 |
| 12. | Kevin | F. | Cleary | | $3,315,667 | $2,000,000 | $5,315,667 |
| 13. | Michael | | Curtin | | $2,966,495 | $2,000,000 | $4,966,495 |
| 14. | Matthew | | Diaz | | | $2,000,000 | $2,000,000 |
| 15. | Patricia | F. | DiChiaro | | | $2,000,000 | $2,000,000 |
| | TOTALS | | | | $35,663,162 | $30,000,000 | **$65,663,162** |