# Exhibit C

**Ex. C to *Abel***

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent |
|---|---|---|---|---|---|---|---|---|
| 1. | Louis | Frank | Aversano | Francis | L. | Aversano | | Sibling (Deceased) |
| 2. | Louis | Frank | Aversano | Philip | | Aversano | | Sibling |