# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEE
# FOR PERSONAL INJURY AND DEATH CLAIMS

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br><br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br><br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC |

**VIA ECF**

January 15, 2020

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

  Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

  We write to clarify the deadlines addressed in the Court's text-only order entered at ECF No. 5425, granting an extension requested by the *Havlish*, *Hoglan*, and *Ray* plaintiffs (ECF No. 5418). The *Havlish*, *Hoglan*, and *Ray* plaintiffs' request (ECF No. 5418 at 2), which the Court granted, indicated that the Federal Insurance plaintiffs and PEC consented to the requested extension, provided that their replies would be due on January 31, 20[20], in order to give those parties three weeks to reply." All the parties agreed.

  We understand the Court to have endorsed the amended briefing schedule proposed in the letter in its entirety, but because the text-only order referenced only the extended date for the *Havlish*, *Hoglan*, and *Ray* plaintiffs' response, the Federal Insurance plaintiffs and the PECs respectfully ask that the Court clarify that the deadline for the replies of the Federal Insurance plaintiffs and the PEC is January 31, 2020.

  Respectfully submitted,

 MOTLEY RICE LLC

 By: <u>/s/ *Robert T. Haefele*</u>
   ROBERT T. HAEFELE
   MOTLEY RICE LLC
   28 Bridgeside Boulevard
   Mount Pleasant, SC 29465
   Tel.: (843) 216-9184
   Email: rhaefele@motleyrice.com

*For the Plaintiffs' Exec. Committee for Personal Injury & Death Claims*

cc: The Honorable George B. Daniels, via ECF
   All Counsel of Record via ECF