# Exhibit A

## Ex. A to *Jimenez*

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Lucille | T. | King | Richard | | King | | Spouse (Deceased) | $12,500,000 |

| | | |
|---|---|---|
| | **TOTAL** | $12,500,000 |