# Exhibit B

**EX. B to *Jimenez***
*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Ada | L. | Mason | | | $2,000,000 | $2,000,000 |
| 2. | Eliezer | | Jimenez | Jr. | $2,449,162 | $2,000,000 | $4,449,162 |
| 3. | Brian | L. | Jones | | $1,467,490 | $2,000,000 | $3,467,490 |
| 4. | Lisa | | Kearney-Griffin | | $1,721,425 | $2,000,000 | $3,721,425 |
| 5. | Paul | Hanlon | Keating | | | $2,000,000 | $2,000,000 |
| 6. | Robert | T. | Linnane | | $1,691,123 | $2,000,000 | $3,691,123 |
| 7. | Salvatore | | Lopes | | $2,569,053 | $2,000,000 | $4,569,053 |
| 8. | James | T. | Lynch | | $733,840 | $2,000,000 | $2,733,840 |
| 9. | Jay | R. | Magazine | | $3,054,443 | $2,000,000 | $5,054,443 |
| 10. | Abdu | Ali | Malahi | | | $2,000,000 | $2,000,000 |
| 11. | Edward | J. | Mardovich | | | $2,000,000 | $2,000,000 |
| 12. | Dean | E. | Mattson | | $1,051,944 | $2,000,000 | $3,051,944 |
| 13. | Nancy | | Mauro | | $1,675,560 | $2,000,000 | $3,675,560 |
| 14. | Robert | D. | McMahon | | $4,456,591 | $2,000,000 | $6,456,591 |
| 15. | Wesley | | Mercer | | $808,899 | $2,000,000 | $2,808,899 |
| | **TOTALS** | | | | $21,679,530 | $30,000,000 | **$51,679,530** |