# Exhibit A

## Ex. A to *Rivelli*

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Judy |  | Rowlett | Sicely | N. | McCants |  | Child | $8,500,000 |
| 2. | John | Patrick | Salamone | Aidan | McKillion | Salamone |  | Child | $8,500,000 |
| 3. | John | Patrick | Salamone | Alexander | McKillion | Salamone |  | Child | $8,500,000 |
| 4. | John | Patrick | Salamone | Anna | McKillion | Salamone |  | Child | $8,500,000 |

**TOTAL** $34,000,000