# EXHIBIT A

**Ex. A to *Hemenway***

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINITFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Nancy | | Liz | Jose | | Liz | | Sibling | $4,250,000 |
| 2. | Nancy | | Liz | Jose | | Liz | Sr. | Parent (Deceased) | $8,500,000 |
| 3. | Nancy | | Liz | Elena | | Liz | | Parent (deceased) | $8,500,000 |
| 4. | Nancy | | Liz | Marie | | Liz | | Sibling | $4,250,000 |
| 5. | Joseph | J. | Ogren | Eric | James | Ogren | | Sibling | $4,250,000 |
| 6. | Joseph | J. | Ogren | Patricia | Ann | Golden | | Sibling | $4,250,000 |
| 7. | James | Matthew | Patrick | Shawn | Joseph | Patrick | | Sibling | $4,250,000 |
| 8. | Carol | | Rabalais | Mary | Agatha | South | | Parent | $8,500,000 |

**TOTAL**  $46,750,000