# Exhibit B

**EX. B to *Henenway***
*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Ronald | J. | Hemenway | | | $2,000,000 | $2,000,000 |
| 2. | Lucille | T. | King | | $1,019,801 | $2,000,000 | $3,019,801 |
| 3. | Nancy | | Liz | | | $2,000,000 | $2,000,000 |
| 4. | Francisco | M. | Mancini | | $6,251,514 | $2,000,000 | $8,251,514 |
| 5. | Joseph | J. | Ogren | | | $2,000,000 | $2,000,000 |
| 6. | Samuel | | Oitice | | | $2,000,000 | $2,000,000 |
| 7. | James | | Patrick | | $5,661,480 | $2,000,000 | $7,661,480 |
| 8. | Carol | | Rabalais | | $1,509,626 | $2,000,000 | $3,509,626 |
| 9. | Laura | | Ragonese-Snik | | | $2,000,000 | $2,000,000 |
| 10. | Vernon | A. | Richard | | | $2,000,000 | $2,000,000 |
| 11. | Marsha | A. | Rodriguez | | | $2,000,000 | $2,000,000 |
| | **TOTALS** | | | | $14,442,421 | $22,000,000 | **$36,442,421** |

# Exhibit B-1

**John E. Beauzile**
28 Penny Lane
Binghamton, NY 13905
Email: jeb2235@columbia.edu


**Jerry S. Goldman**
Anderson Kill
1760 Market Street, Suite 600
Philadelphia, PA 19103


Re: Update of Analysis of Economic Loss in the Matter of
The Estate of **Mrs. Carol M. Rabalais**


January 4, 2020

Dear Mr. Goldman,

You have asked me to update the present value numbers in the analysis of the likely economic loss award from the September 11th Victim Compensation Fund prepared by **The Fund** dated **March 1, 2004**. I have used their assumptions for wages, benefits, taxes, personal consumption, replacement services, and discount rate to estimate those values and bring them to the present. The valuation date chosen is **January 1, 2020**.

In preparing this update, the only document reviewed is **The Fund**'s report. This update assumes the reader is familiar with the methodology used and assumptions made by **The Fund** and, therefore, they will not be restated here.

The update of **The Fund**'s analysis is summarized in four (4) sets of Exhibits.
- *Exhibit 1* provides the summary of Lost Earnings, Retirement Benefits, and Lost of Replacement Services;
- The set of *Exhibit 2*s shows the details behind the loss of earnings numbers;
- The *Exhibit 3* set provides supporting documentation for Retirement Benefits;
- The loss of Replacement Services amounts are in *Exhibits 4*s.

I believe that I have already provided you with a copy of my curriculum vitae. If you need a copy, please let me know.

Sincerely,

John E. Beauzile

| | |
|---|---|
| VALUATION DATE | 01-JAN-20 |
| DISCOUNT RATE | 3.9% |

### EXHIBIT 1. SUMMARY OF ECONOMIC DAMAGES
### MRS. CAROL M. RABALAIS

| | PRESENT VALUE |
|---|---|
| Present Value of Lost Earnings | $1,297,191 |
| Present Value of Retirement Benefits | 212,435 |
| Present Value of Lost Replacement Services | 0 |
| **Total** | **$1,509,626** |

| Base Salary | Unempl. | Tax Rate | Benefits | Pers. Consump. |
|---|---|---|---|---|
| 48,125 | 3.0% | 15.410% | 2,446 | 8.18-20.52% |

**EXHIBIT 2A.** PRESENT VALUE OF LOST EARNINGS
**MRS. CAROL M. RABALAIS**
SPECIAL MASTER WORKLIFE

| YEAR | AGE | TIME FRAME | AGE-SPECIFIC GROWTH FACTOR | EARNINGS | BENEFITS | UNEMPL. ADJ. | TAXES | CONSUMPTION | NET EARNINGS | PV OF NET EARNINGS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 38 | 0.31 | 1.00000 | $14,757 | $750 | $0 | ($2,274) | ($1,021) | $12,212 | $12,212 |
| 2002 | 39 | 1.31 | 1.05580 | 50,810 | 2,582 | (1,355) | (7,595) | (3,409) | 41,034 | 41,034 |
| 2003 | 40 | 2.31 | 1.05379 | 53,544 | 2,721 | (1,428) | (8,004) | (3,592) | 43,241 | 43,241 |
| 2004 | 41 | 3.31 | 1.05179 | 56,316 | 2,862 | (1,502) | (8,418) | (3,778) | 45,481 | 45,481 |
| 2005 | 42 | 4.31 | 1.04979 | 59,120 | 3,005 | (1,577) | (8,837) | (4,961) | 46,751 | 46,751 |
| 2006 | 43 | 5.31 | 1.04779 | 61,945 | 3,148 | (1,652) | (9,259) | (5,198) | 48,985 | 48,985 |
| 2007 | 44 | 6.31 | 1.04579 | 64,782 | 3,292 | (1,728) | (9,683) | (7,255) | 49,409 | 49,409 |
| 2008 | 45 | 7.31 | 1.04380 | 67,620 | 3,437 | (1,803) | (10,108) | (7,573) | 51,573 | 51,573 |
| 2009 | 46 | 8.31 | 1.04182 | 70,448 | 3,580 | (1,879) | (10,530) | (7,889) | 53,730 | 53,730 |
| 2010 | 47 | 9.31 | 1.03984 | 73,254 | 3,723 | (1,953) | (10,950) | (12,335) | 51,739 | 51,739 |
| 2011 | 48 | 10.31 | 1.03786 | 76,027 | 3,864 | (2,027) | (11,364) | (12,802) | 53,698 | 53,698 |
| 2012 | 49 | 11.31 | 1.03588 | 78,755 | 4,003 | (2,100) | (11,772) | (13,261) | 55,624 | 55,624 |
| 2013 | 50 | 12.31 | 1.03391 | 81,426 | 4,138 | (2,171) | (12,171) | (13,711) | 57,511 | 57,511 |
| 2014 | 51 | 13.31 | 1.03194 | 84,026 | 4,271 | (2,241) | (12,560) | (14,149) | 59,348 | 59,348 |
| 2015 | 52 | 14.31 | 1.03000 | 86,547 | 4,399 | (2,308) | (12,937) | (14,573) | 61,128 | 61,128 |
| 2016 | 53 | 15.31 | 1.03000 | 89,144 | 4,531 | (2,377) | (13,325) | (15,010) | 62,962 | 62,962 |
| 2017 | 54 | 16.31 | 1.03000 | 91,818 | 4,666 | (2,448) | (13,725) | (15,461) | 64,851 | 64,851 |
| 2018 | 55 | 17.31 | 1.03000 | 94,573 | 4,806 | (2,522) | (14,136) | (15,924) | 66,796 | 66,796 |
| 2019 | 56 | 18.31 | 1.03000 | 97,410 | 4,951 | (2,598) | (14,561) | (16,402) | 68,800 | 68,800 |
| 2020 | 57 | 19.31 | 1.03000 | 100,332 | 5,099 | (2,676) | (14,997) | (16,894) | 70,864 | 68,814 |
| 2021 | 58 | 20.31 | 1.03000 | 103,342 | 5,252 | (2,756) | (15,447) | (17,401) | 72,990 | 68,814 |
| 2022 | 59 | 21.31 | 1.03000 | 106,442 | 5,410 | (2,838) | (15,911) | (17,923) | 75,180 | 68,218 |
| 2023 | 60 | 22.31 | 1.03000 | 109,635 | 5,572 | (2,924) | (16,388) | (18,461) | 77,435 | 67,627 |
| 2024 | 61 | 22.72 | 1.03000 | 47,054 | 2,391 | (1,255) | (7,033) | (7,923) | 33,234 | 28,247 |
| **Total** | | | | **$1,819,126** | **$92,454** | **($48,117)** | **($271,986)** | **($266,904)** | **$1,324,574** | **$1,297,191** |

| Unempl. | Tax Rate | Pers. Cons. | Pension Contrib. Rate | 401(k) Contrib. Rate |
|---|---|---|---|---|
| 3.0% | 15.410% | 8.18-20.52% | 0.000% | 2.538% |

**EXHIBIT 3A.** PRESENT VALUE OF LOST PENSION BENEFITS
**MRS. CAROL M. RABALAIS**
SPECIAL MASTER WORKLIFE

| YEAR | AGE | TIME FRAME | PENSION CONTRIB. | 401(k) | TAXES | CONSUMPTION | NET LOSS | PV OF NET LOSS |
|---|---|---|---|---|---|---|---|---|
| 2001 | 38 | 0.31 | $0 | $374 | ($558) | ($26) | $291 | $291 |
| 2002 | 39 | 1.31 | 0 | 1,251 | (193) | (87) | 971 | 971 |
| 2003 | 40 | 2.31 | 0 | 1,318 | (203) | (91) | 1,024 | 1,024 |
| 2004 | 41 | 3.31 | 0 | 1,386 | (214) | (96) | 1,077 | 1,077 |
| 2005 | 42 | 4.31 | 0 | 1,455 | (224) | (126) | 1,105 | 1,105 |
| 2006 | 43 | 5.31 | 0 | 1,525 | (235) | (132) | 1,158 | 1,158 |
| 2007 | 44 | 6.31 | 0 | 1,595 | (246) | (184) | 1,165 | 1,165 |
| 2008 | 45 | 7.31 | 0 | 1,665 | (257) | (192) | 1,216 | 1,216 |
| 2009 | 46 | 8.31 | 0 | 1,734 | (267) | (200) | 1,267 | 1,267 |
| 2010 | 47 | 9.31 | 0 | 1,803 | (278) | (313) | 1,212 | 1,212 |
| 2011 | 48 | 10.31 | 0 | 1,871 | (288) | (325) | 1,258 | 1,258 |
| 2012 | 49 | 11.31 | 0 | 1,939 | (299) | (337) | 1,303 | 1,303 |
| 2013 | 50 | 12.31 | 0 | 2,004 | (309) | (348) | 1,348 | 1,348 |
| 2014 | 51 | 13.31 | 0 | 2,068 | (319) | (359) | 1,391 | 1,391 |
| 2015 | 52 | 14.31 | 0 | 2,130 | (328) | (370) | 1,432 | 1,432 |
| 2016 | 53 | 15.31 | 0 | 2,194 | (338) | (381) | 1,475 | 1,475 |
| 2017 | 54 | 16.31 | 0 | 2,260 | (348) | (392) | 1,520 | 1,520 |
| 2018 | 55 | 17.31 | 0 | 2,328 | (359) | (404) | 1,565 | 1,565 |
| 2019 | 56 | 18.31 | 0 | 2,398 | (370) | (416) | 1,612 | 1,612 |
| 2020 | 57 | 19.31 | 0 | 2,470 | (381) | (429) | 1,660 | 1,626 |
| 2021 | 58 | 20.31 | 0 | 1,158 | (178) | (201) | 779 | 734 |
| 2022 | 59 | 21.31 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | 60 | 22.31 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | 61 | 23.31 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2025 | 62 | 24.31 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2026 | 63 | 25.31 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2027 | 64 | 26.31 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2028 | 65 | 27.31 | 17,704 | 0 | 0 | (3,633) | 14,071 | 10,149 |
| 2029 | 66 | 28.31 | 30,349 | 0 | 0 | (6,228) | 24,121 | 16,745 |
| 2030 | 67 | 29.31 | 30,349 | 0 | 0 | (6,228) | 24,121 | 16,116 |
| 2031 | 68 | 30.31 | 30,349 | 0 | 0 | (6,228) | 24,121 | 15,511 |
| 2032 | 69 | 31.31 | 30,349 | 0 | 0 | (6,228) | 24,121 | 14,929 |
| 2033 | 70 | 32.31 | 30,349 | 0 | 0 | (6,228) | 24,121 | 14,369 |
| 2034 | 71 | 33.31 | 30,349 | 0 | 0 | (6,228) | 24,121 | 13,829 |
| 2035 | 72 | 34.31 | 30,349 | 0 | 0 | (6,228) | 24,121 | 13,310 |
| 2036 | 73 | 35.31 | 30,349 | 0 | 0 | (6,228) | 24,121 | 12,811 |
| 2037 | 74 | 36.31 | 30,349 | 0 | 0 | (6,228) | 24,121 | 12,330 |
| 2038 | 75 | 37.31 | 30,349 | 0 | 0 | (6,228) | 24,121 | 11,867 |
| 2039 | 76 | 38.31 | 30,349 | 0 | 0 | (6,228) | 24,121 | 11,422 |
| 2040 | 77 | 39.31 | 30,349 | 0 | 0 | (6,228) | 24,121 | 10,993 |
| 2041 | 78 | 40.31 | 30,349 | 0 | 0 | (6,228) | 24,121 | 10,580 |
| 2042 | 79 | 40.47 | 5,058 | 0 | 0 | (1,038) | 4,020 | 1,724 |
| **Total** | | | **$417,299** | **$36,928** | **($5,691)** | **($91,044)** | **$357,492** | **$212,435** |

**EXHIBIT 4A.** LOSS ESTIMATED VALUE OF REPLACEMENT SERVICES
**MRS. CAROL M. RABALAIS**

| YEAR | AGE | TIME FRAME | HOUSEHOLD SERVICES | CARE SERVICES | TOTAL SERVICES | PRESENT VALUE |
|------|-----|-----------|--------------------|--------------| ---------------|---------------|
| 2001 | 38 | 0.31 | | | $0 | $0 |
| 2002 | 39 | 1.31 | | | 0 | 0 |
| 2003 | 40 | 2.31 | | | 0 | 0 |
| 2004 | 41 | 3.31 | | | 0 | 0 |
| 2005 | 42 | 4.31 | | | 0 | 0 |
| 2006 | 43 | 5.31 | | | 0 | 0 |
| 2007 | 44 | 6.31 | | | 0 | 0 |
| 2008 | 45 | 7.31 | | | 0 | 0 |
| 2009 | 46 | 8.31 | | | 0 | 0 |
| 2010 | 47 | 9.31 | | | 0 | 0 |
| 2011 | 48 | 10.31 | | | 0 | 0 |
| 2012 | 49 | 11.31 | | | 0 | 0 |
| 2013 | 50 | 12.31 | | | 0 | 0 |
| 2014 | 51 | 13.31 | | | 0 | 0 |
| 2015 | 52 | 14.31 | | | 0 | 0 |
| 2016 | 53 | 15.31 | | | 0 | 0 |
| 2017 | 54 | 16.31 | | | 0 | 0 |
| 2018 | 55 | 17.31 | | | 0 | 0 |
| 2019 | 56 | 18.31 | | | 0 | 0 |
| 2020 | 57 | 19.31 | | | 0 | 0 |
| 2021 | 58 | 20.31 | | | 0 | 0 |
| 2022 | 59 | 21.31 | | | 0 | 0 |
| 2023 | 60 | 22.31 | | | 0 | 0 |
| 2024 | 61 | 23.31 | | | 0 | 0 |
| 2025 | 62 | 24.31 | | | 0 | 0 |
| 2026 | 63 | 25.31 | | | 0 | 0 |
| 2027 | 64 | 26.31 | | | 0 | 0 |
| 2028 | 65 | 27.31 | | | 0 | 0 |
| 2029 | 66 | 28.31 | | | 0 | 0 |
| 2030 | 67 | 29.31 | | | 0 | 0 |
| 2031 | 68 | 30.31 | | | 0 | 0 |
| 2032 | 69 | 31.31 | | | 0 | 0 |
| 2033 | 70 | 32.31 | | | 0 | 0 |
| 2034 | 71 | 33.31 | | | 0 | 0 |
| 2035 | 72 | 34.31 | | | 0 | 0 |
| 2036 | 73 | 35.06 | | | 0 | 0 |
| **Total** | | | $0 | $0 | $0 | $0 |

# Exhibit B-2

**John E. Beauzile**
28 Penny Lane
Binghamton, NY 13905
Email: jeb2235@columbia.edu


**Jerry S. Goldman**
Anderson Kill
1760 Market Street, Suite 600
Philadelphia, PA 19103


Re: Update of Analysis of Economic Loss in the Matter of
The Estate of **Mr. Francisco M. Mancini**


January 4, 2020

Dear Mr. Goldman,

You have asked me to update the present value numbers in the analysis of the likely economic loss award from the September 11th Victim Compensation Fund prepared by **The Fund** dated **June 2, 2004**. I have used their assumptions for wages, benefits, taxes, personal consumption, replacement services, and discount rate to estimate those values and bring them to the present. The valuation date chosen is **January 1, 2020**.

In preparing this update, the only document reviewed is **The Fund**'s report. This update assumes the reader is familiar with the methodology used and assumptions made by **The Fund** and, therefore, they will not be restated here.

The update of **The Fund**'s analysis is summarized in four (4) sets of Exhibits.
- *Exhibit 1* provides the summary of Lost Earnings, Retirement Benefits, and Lost of Replacement Services;
- The set of *Exhibits 2*s shows the details behind the loss of earnings numbers;
- The *Exhibit 3* set provides supporting documentation for Retirement Benefits;
- The loss of Replacement Services amounts are in *Exhibits 4*s.

I believe that I have already provided you with a copy of my curriculum vitae. If you need a copy, please let me know.

Sincerely,

John E. Beauzile

| Valuation Date | 01-Jan-20 |
|---|---|
| Discount Rate | 4.2% |

**Exhibit 1.** Summary of Economic Damages
**Mr. Francisco M. Mancini**

|  | **Present Value** |
|---|---|
| Present Value of Lost Earnings | $4,932,922 |
| Present Value of Retirement Benefits | 1,318,592 |
| Present Value of Lost Replacement Services | 0 |
| **Total** | **$6,251,514** |

| Base Salary | Unempl. | Tax Rate | Benefits | Pers. Consump. |
|---|---|---|---|---|
| 84,735 | 3.0% | 19.500% | 9,281 | 9.93-14.47% |

**Exhibit 2a.** Present Value of Lost Earnings
**Mr. Francisco M. Mancini**
Special Master Worklife

| Year | Age | Time Frame | Age-Specific Growth Factor | Earnings | Benefits | Unempl. Adj. | Taxes | Consumption | Net Earnings | PV of Net Earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 27 | 0.31 | 1.00000 | $25,983 | $2,846 | $0 | ($5,067) | ($2,076) | $21,686 | $21,686 |
| 2002 | 28 | 1.31 | 1.07816 | 91,357 | 9,869 | (2,445) | (17,280) | (7,081) | 74,421 | 74,421 |
| 2003 | 29 | 2.31 | 1.07611 | 98,310 | 10,923 | (2,638) | (18,595) | (7,619) | 80,380 | 80,380 |
| 2004 | 30 | 3.31 | 1.07406 | 105,590 | 11,593 | (2,830) | (19,972) | (8,184) | 86,197 | 86,197 |
| 2005 | 31 | 4.31 | 1.07201 | 113,194 | 12,289 | (3,030) | (21,411) | (8,773) | 92,269 | 92,269 |
| 2006 | 32 | 5.31 | 1.06997 | 121,115 | 13,015 | (3,239) | (22,909) | (9,387) | 98,595 | 98,595 |
| 2007 | 33 | 6.31 | 1.06794 | 129,343 | 13,767 | (3,456) | (24,465) | (10,025) | 105,164 | 105,164 |
| 2008 | 34 | 7.31 | 1.06591 | 137,868 | 14,545 | (3,681) | (26,078) | (10,685) | 111,968 | 111,968 |
| 2009 | 35 | 8.31 | 1.06388 | 146,674 | 15,349 | (3,913) | (27,743) | (11,368) | 118,999 | 118,999 |
| 2010 | 36 | 9.31 | 1.06185 | 155,746 | 16,177 | (4,152) | (29,459) | (12,071) | 126,241 | 126,241 |
| 2011 | 37 | 10.31 | 1.05983 | 165,065 | 17,029 | (4,398) | (31,222) | (12,793) | 133,681 | 133,681 |
| 2012 | 38 | 11.31 | 1.05781 | 174,608 | 17,902 | (4,649) | (33,027) | (13,533) | 141,301 | 141,301 |
| 2013 | 39 | 12.31 | 1.05580 | 184,351 | 18,793 | (4,906) | (34,870) | (14,288) | 149,080 | 149,080 |
| 2014 | 40 | 13.31 | 1.05379 | 194,268 | 19,703 | (5,167) | (36,746) | (15,057) | 157,001 | 157,001 |
| 2015 | 41 | 14.31 | 1.05179 | 204,329 | 20,626 | (5,433) | (38,649) | (15,836) | 165,037 | 165,037 |
| 2016 | 42 | 15.31 | 1.04979 | 214,501 | 21,564 | (5,701) | (40,573) | (16,625) | 173,166 | 173,166 |
| 2017 | 43 | 16.31 | 1.04779 | 224,752 | 22,512 | (5,971) | (42,512) | (17,419) | 181,361 | 181,361 |
| 2018 | 44 | 17.31 | 1.04579 | 235,044 | 23,465 | (6,243) | (44,459) | (18,217) | 189,591 | 189,591 |
| 2019 | 45 | 18.31 | 1.04380 | 245,340 | 24,425 | (6,515) | (46,406) | (19,015) | 197,829 | 197,829 |
| 2020 | 46 | 19.31 | 1.04182 | 255,600 | 25,385 | (6,786) | (48,347) | (19,810) | 206,043 | 201,516 |
| 2021 | 47 | 20.31 | 1.03984 | 265,782 | 26,344 | (7,055) | (50,273) | (30,034) | 204,764 | 192,194 |
| 2022 | 48 | 21.31 | 1.03786 | 275,843 | 27,301 | (7,321) | (52,176) | (31,171) | 212,476 | 191,393 |
| 2023 | 49 | 22.31 | 1.03588 | 285,741 | 28,248 | (7,583) | (54,048) | (32,290) | 220,068 | 190,242 |
| 2024 | 50 | 23.31 | 1.03391 | 295,430 | 29,185 | (7,839) | (55,881) | (33,385) | 227,510 | 188,748 |
| 2025 | 51 | 24.31 | 1.03194 | 304,867 | 30,104 | (8,090) | (57,666) | (34,451) | 234,765 | 186,916 |
| 2026 | 52 | 25.31 | 1.03000 | 314,013 | 31,009 | (8,332) | (59,396) | (35,485) | 241,809 | 184,765 |
| 2027 | 53 | 26.31 | 1.03000 | 323,434 | 31,936 | (8,582) | (61,177) | (36,549) | 249,061 | 182,635 |
| 2028 | 54 | 27.31 | 1.03000 | 333,137 | 32,896 | (8,840) | (63,013) | (37,646) | 256,534 | 180,533 |
| 2029 | 55 | 28.31 | 1.03000 | 343,131 | 33,883 | (9,105) | (64,903) | (38,775) | 264,230 | 178,453 |
| 2030 | 56 | 29.31 | 1.03000 | 353,425 | 34,901 | (9,378) | (66,850) | (39,938) | 272,159 | 176,399 |
| 2031 | 57 | 30.31 | 1.03000 | 364,028 | 35,944 | (9,659) | (68,856) | (41,137) | 280,320 | 174,366 |
| 2032 | 58 | 31.31 | 1.03000 | 374,948 | 37,024 | (9,949) | (70,921) | (42,371) | 288,732 | 172,359 |
| 2033 | 59 | 32.06 | 1.03000 | 289,648 | 28,602 | (7,686) | (54,787) | (32,731) | 223,046 | 128,436 |
| **Total** | | | | **$7,346,467** | **$739,151** | **($194,571)** | **($1,389,736)** | **($715,825)** | **$5,785,486** | **$4,932,922** |

| Unempl. | Tax Rate | Pers. Cons. | Pension Contrib. Rate | 401(k) Contrib. Rate |
|---|---|---|---|---|
| 3.0% | 19.500% | 9.93-14.47% | 19.569% | 0.000% |

**Exhibit 3a.** Present Value of Lost Pension Benefits
**Mr. Francisco M. Mancini**
Special Master Worklife

| Year | Age | Time Frame | Pension Contrib. | Projected Pension | Taxes | Consumption | Net Loss | PV of Net Loss |
|---|---|---|---|---|---|---|---|---|
| 2001 | 27 | 0.31 | $5,085 | $0 | $0 | ($505) | $4,580 | $4,580 |
| 2002 | 28 | 1.31 | 17,342 | 0 | 0 | (1,721) | 15,620 | 15,620 |
| 2003 | 29 | 2.31 | 18,662 | 0 | 0 | (1,852) | 16,809 | 16,809 |
| 2004 | 30 | 3.31 | 20,044 | 0 | 0 | (1,989) | 18,054 | 18,054 |
| 2005 | 31 | 4.31 | 21,487 | 0 | 0 | (2,133) | 19,354 | 19,354 |
| 2006 | 32 | 5.31 | 22,991 | 0 | 0 | (2,282) | 20,709 | 20,709 |
| 2007 | 33 | 6.31 | 24,552 | 0 | 0 | (2,437) | 22,115 | 22,115 |
| 2008 | 34 | 7.31 | 26,171 | 0 | 0 | (2,598) | 23,573 | 23,573 |
| 2009 | 35 | 8.31 | 27,842 | 0 | 0 | (2,764) | 25,079 | 25,079 |
| 2010 | 36 | 9.31 | 29,564 | 0 | 0 | (2,934) | 26,630 | 26,630 |
| 2011 | 37 | 10.31 | 31,333 | 0 | 0 | (3,110) | 28,223 | 28,223 |
| 2012 | 38 | 11.31 | 33,145 | 0 | 0 | (3,290) | 29,855 | 29,855 |
| 2013 | 39 | 12.31 | 34,994 | 0 | 0 | (3,473) | 31,521 | 31,521 |
| 2014 | 40 | 13.31 | 36,877 | 0 | 0 | (3,660) | 33,216 | 33,216 |
| 2015 | 41 | 14.31 | 38,786 | 0 | 0 | (3,850) | 34,937 | 34,937 |
| 2016 | 42 | 15.31 | 40,717 | 0 | 0 | (4,041) | 36,676 | 36,676 |
| 2017 | 43 | 16.31 | 42,663 | 0 | 0 | (4,235) | 38,429 | 38,429 |
| 2018 | 44 | 17.31 | 44,617 | 0 | 0 | (4,429) | 40,189 | 40,189 |
| 2019 | 45 | 18.31 | 46,571 | 0 | 0 | (4,622) | 41,949 | 41,949 |
| 2020 | 46 | 19.31 | 48,519 | 0 | 0 | (4,816) | 43,703 | 42,743 |
| 2021 | 47 | 20.31 | 50,452 | 0 | 0 | (7,301) | 43,150 | 40,501 |
| 2022 | 48 | 21.31 | 52,362 | 0 | 0 | (7,578) | 44,784 | 40,340 |
| 2023 | 49 | 22.31 | 54,240 | 0 | 0 | (7,850) | 46,391 | 40,103 |
| 2024 | 50 | 23.31 | 56,080 | 0 | 0 | (8,116) | 47,964 | 39,792 |
| 2025 | 51 | 24.31 | 57,871 | 0 | 0 | (8,375) | 49,496 | 39,408 |
| 2026 | 52 | 25.31 | 59,607 | 0 | 0 | (8,626) | 50,981 | 38,954 |
| 2027 | 53 | 26.31 | 61,395 | 0 | 0 | (8,885) | 52,510 | 38,506 |
| 2028 | 54 | 27.31 | 63,237 | 0 | 0 | (9,152) | 54,086 | 38,062 |
| 2029 | 55 | 28.31 | 65,134 | 0 | 0 | (9,426) | 55,708 | 37,624 |
| 2030 | 56 | 29.31 | 67,088 | 0 | 0 | (9,709) | 57,379 | 37,190 |
| 2031 | 57 | 30.31 | 69,101 | 0 | 0 | (10,000) | 59,101 | 36,762 |
| 2032 | 58 | 31.31 | 71,174 | 0 | 0 | (10,300) | 60,874 | 36,339 |
| 2033 | 59 | 32.31 | 54,982 | 0 | 0 | (7,957) | 47,025 | 26,940 |
| 2034 | 60 | 33.31 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2035 | 61 | 34.31 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2036 | 62 | 35.31 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2037 | 63 | 36.31 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2038 | 64 | 37.31 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2039 | 65 | 38.31 | 0 | 22,500 | (4,388) | (2,621) | 15,491 | 6,934 |
| 2040 | 66 | 39.31 | 0 | 90,000 | (17,550) | (10,485) | 61,965 | 26,616 |
| 2041 | 67 | 40.31 | 0 | 90,000 | (17,550) | (10,485) | 61,965 | 25,543 |
| 2042 | 68 | 41.31 | 0 | 90,000 | (17,550) | (10,485) | 61,965 | 24,514 |
| 2043 | 69 | 42.31 | 0 | 90,000 | (17,550) | (10,485) | 61,965 | 23,526 |
| 2044 | 70 | 43.31 | 0 | 90,000 | (17,550) | (10,485) | 61,965 | 22,577 |
| 2045 | 71 | 44.31 | 0 | 90,000 | (17,550) | (10,485) | 61,965 | 21,667 |
| 2046 | 72 | 45.31 | 0 | 90,000 | (17,550) | (10,485) | 61,965 | 20,794 |
| 2047 | 73 | 46.31 | 0 | 90,000 | (17,550) | (10,485) | 61,965 | 19,956 |
| 2048 | 74 | 47.31 | 0 | 90,000 | (17,550) | (10,485) | 61,965 | 19,152 |
| 2049 | 75 | 48.31 | 0 | 90,000 | (17,550) | (10,485) | 61,965 | 18,380 |
| 2050 | 76 | 49.31 | 0 | 90,000 | (17,550) | (10,485) | 61,965 | 17,639 |
| 2051 | 77 | 50.31 | 0 | 90,000 | (17,550) | (10,485) | 61,965 | 16,928 |
| 2052 | 78 | 51.14 | 0 | 75,000 | (14,625) | (8,737) | 51,638 | 13,584 |
| **Total** | | | **$1,394,687** | **$1,177,500** | **($229,613)** | **($311,194)** | **$2,031,381** | **$1,318,592** |

**Exhibit 4a.** Loss Estimated Value of Replacement Services
**Mr. Francisco M. Mancini**

| Year | Age | Time Frame | Household Services | Care Services | Total Services | Present Value |
|------|-----|------------|--------------------|---------------|----------------|---------------|
| 2001 | 27 | 0.31 | | | $0 | $0 |
| 2002 | 28 | 1.31 | | | 0 | 0 |
| 2003 | 29 | 2.31 | | | 0 | 0 |
| 2004 | 30 | 3.31 | | | 0 | 0 |
| 2005 | 31 | 4.31 | | | 0 | 0 |
| 2006 | 32 | 5.31 | | | 0 | 0 |
| 2007 | 33 | 6.31 | | | 0 | 0 |
| 2008 | 34 | 7.31 | | | 0 | 0 |
| 2009 | 35 | 8.31 | | | 0 | 0 |
| 2010 | 36 | 9.31 | | | 0 | 0 |
| 2011 | 37 | 10.31 | | | 0 | 0 |
| 2012 | 38 | 11.31 | | | 0 | 0 |
| 2013 | 39 | 12.31 | | | 0 | 0 |
| 2014 | 40 | 13.31 | | | 0 | 0 |
| 2015 | 41 | 14.31 | | | 0 | 0 |
| 2016 | 42 | 15.31 | | | 0 | 0 |
| 2017 | 43 | 16.31 | | | 0 | 0 |
| 2018 | 44 | 17.31 | | | 0 | 0 |
| 2019 | 45 | 18.31 | | | 0 | 0 |
| 2020 | 46 | 19.31 | | | 0 | 0 |
| 2021 | 47 | 20.31 | | | 0 | 0 |
| 2022 | 48 | 21.31 | | | 0 | 0 |
| 2023 | 49 | 22.31 | | | 0 | 0 |
| 2024 | 50 | 23.31 | | | 0 | 0 |
| 2025 | 51 | 24.31 | | | 0 | 0 |
| 2026 | 52 | 25.31 | | | 0 | 0 |
| 2027 | 53 | 26.31 | | | 0 | 0 |
| 2028 | 54 | 27.31 | | | 0 | 0 |
| 2029 | 55 | 28.31 | | | 0 | 0 |
| 2030 | 56 | 29.31 | | | 0 | 0 |
| 2031 | 57 | 30.31 | | | 0 | 0 |
| 2032 | 58 | 31.31 | | | 0 | 0 |
| 2033 | 59 | 32.31 | | | 0 | 0 |
| 2034 | 60 | 33.31 | | | 0 | 0 |
| 2035 | 61 | 34.31 | | | 0 | 0 |
| 2036 | 62 | 35.06 | | | 0 | 0 |
| **Total** | | | **$0** | **$0** | **$0** | **$0** |

# Exhibit B-3

**John E. Beauzile**
28 Penny Lane
Binghamton, NY 13905
Email: jeb2235@columbia.edu

**Jerry S. Goldman**
Anderson Kill
1760 Market Street, Suite 600
Philadelphia, PA 19103

Re: Update of Analysis of Economic Loss in the Matter of
The Estate of **Mr. James Matthew Patrick**

January 4, 2020

Dear Mr. Goldman,

You have asked me to update the present value numbers in the analysis of the likely economic loss award from the September 11th Victim Compensation Fund prepared by **Maher, Crakes and Associates (MCA)** dated **September 29, 2003**. I have used their assumptions for wages, benefits, taxes, personal consumption, replacement services, and discount rate to estimate those values and bring them to the present. The valuation date chosen is **January 1, 2020**.

In preparing this update, the only document reviewed is **MCA**'s report. This update assumes the reader is familiar with the methodology used and assumptions made by **MCA** and, therefore, they will not be restated here.

The update of **MCA**'s analysis is summarized in four (4) sets of Exhibits.
- *Exhibit 1* provides the summary of Lost Earnings, Retirement Benefits, and Lost of Replacement Services;
- The set of *Exhibits 2*s shows the details behind the loss of earnings numbers;
- The *Exhibit 3* set provides supporting documentation for Retirement Benefits;
- The loss of Replacement Services amounts are in *Exhibits 4*s.

I believe that I have already provided you with a copy of my curriculum vitae. If you need a copy, please let me know.

Sincerely,

John E. Beauzile

| Valuation Date | 01-Jan-20 |
|---|---|
| Discount Rate | 4.2% |

**Exhibit 1.** Summary of Economic Damages
**Mr. James Matthew Patrick**

| | Present Value |
|---|---|
| Present Value of Lost Earnings | $5,155,174 |
| Present Value of Retirement Benefits | 254,797 |
| Present Value of Lost Replacement Services | 251,508 |
| **Total** | **$5,661,480** |

| Base Salary | Unempl. | Tax Rate | Benefits | Pers. Consump. |
|---|---|---|---|---|
| 105,799 | 3.0% | 23.930% | 3,795 | 10.490% |

**Exhibit 2a.** Present Value of Lost Earnings
**Mr. James Matthew Patrick**
Special Master Worklife

| Year | Age | Time Frame | Age-Specific Growth Factor | Earnings | Benefits | Unempl. Adj. | Taxes | Consumption | Net Earnings | PV of Net Earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 31 | 0.31 | 1.00000 | $32,442 | $1,164 | $0 | ($7,763) | ($2,589) | $23,254 | $23,254 |
| 2002 | 32 | 1.31 | 1.06997 | 113,202 | 4,061 | (2,676) | (26,277) | (8,762) | 79,548 | 79,548 |
| 2003 | 33 | 2.31 | 1.06794 | 120,893 | 4,336 | (2,858) | (28,062) | (9,358) | 84,952 | 84,952 |
| 2004 | 34 | 3.31 | 1.06591 | 128,860 | 4,622 | (3,046) | (29,911) | (9,974) | 90,551 | 90,551 |
| 2005 | 35 | 4.31 | 1.06388 | 137,091 | 4,917 | (3,241) | (31,822) | (10,611) | 96,335 | 96,335 |
| 2006 | 36 | 5.31 | 1.06185 | 145,571 | 5,222 | (3,441) | (33,790) | (11,268) | 102,293 | 102,293 |
| 2007 | 37 | 6.31 | 1.05983 | 154,281 | 5,534 | (3,647) | (35,812) | (11,942) | 108,414 | 108,414 |
| 2008 | 38 | 7.31 | 1.05781 | 163,200 | 5,854 | (3,858) | (37,882) | (12,632) | 114,682 | 114,682 |
| 2009 | 39 | 8.31 | 1.05580 | 172,307 | 6,181 | (4,073) | (39,996) | (13,337) | 121,081 | 121,081 |
| 2010 | 40 | 9.31 | 1.05379 | 181,576 | 6,513 | (4,292) | (42,148) | (14,055) | 127,594 | 127,594 |
| 2011 | 41 | 10.31 | 1.05179 | 190,979 | 6,850 | (4,515) | (44,330) | (14,782) | 134,202 | 134,202 |
| 2012 | 42 | 11.31 | 1.04979 | 200,487 | 7,191 | (4,739) | (46,537) | (15,518) | 140,884 | 140,884 |
| 2013 | 43 | 12.31 | 1.04779 | 210,068 | 7,535 | (4,966) | (48,761) | (16,260) | 147,616 | 147,616 |
| 2014 | 44 | 13.31 | 1.04579 | 219,688 | 7,880 | (5,193) | (50,994) | (17,005) | 154,376 | 154,376 |
| 2015 | 45 | 14.31 | 1.04380 | 229,311 | 8,225 | (5,421) | (53,228) | (17,750) | 161,138 | 161,138 |
| 2016 | 46 | 15.31 | 1.04182 | 238,901 | 8,569 | (5,648) | (55,454) | (18,492) | 167,877 | 167,877 |
| 2017 | 47 | 16.31 | 1.03984 | 248,417 | 8,911 | (5,872) | (57,663) | (19,228) | 174,564 | 174,564 |
| 2018 | 48 | 17.31 | 1.03786 | 257,821 | 9,248 | (6,095) | (59,846) | (19,956) | 181,173 | 181,173 |
| 2019 | 49 | 18.31 | 1.03588 | 267,073 | 9,580 | (6,313) | (61,993) | (20,672) | 187,673 | 187,673 |
| 2020 | 50 | 19.31 | 1.03391 | 276,129 | 9,905 | (6,528) | (64,095) | (21,373) | 194,037 | 189,774 |
| 2021 | 51 | 20.31 | 1.03194 | 284,949 | 10,221 | (6,736) | (66,143) | (22,056) | 200,236 | 187,943 |
| 2022 | 52 | 21.31 | 1.03000 | 293,498 | 10,528 | (6,938) | (68,127) | (22,718) | 206,243 | 185,778 |
| 2023 | 53 | 22.31 | 1.03000 | 302,303 | 10,844 | (7,146) | (70,171) | (23,399) | 212,430 | 183,639 |
| 2024 | 54 | 23.31 | 1.03000 | 311,372 | 11,169 | (7,361) | (72,276) | (24,101) | 218,803 | 181,524 |
| 2025 | 55 | 24.31 | 1.03000 | 320,713 | 11,504 | (7,582) | (74,444) | (24,824) | 225,367 | 179,434 |
| 2026 | 56 | 25.31 | 1.03000 | 330,334 | 11,849 | (7,809) | (76,678) | (25,569) | 232,128 | 177,367 |
| 2027 | 57 | 26.31 | 1.03000 | 340,244 | 12,205 | (8,043) | (78,978) | (26,336) | 239,092 | 175,324 |
| 2028 | 58 | 27.31 | 1.03000 | 350,452 | 12,571 | (8,285) | (81,347) | (27,126) | 246,264 | 173,305 |
| 2029 | 59 | 28.31 | 1.03000 | 360,965 | 12,948 | (8,533) | (83,788) | (27,940) | 253,652 | 171,310 |
| 2030 | 60 | 29.31 | 1.03000 | 371,794 | 13,336 | (8,789) | (86,301) | (28,778) | 261,262 | 169,337 |
| 2031 | 61 | 30.31 | 1.03000 | 382,948 | 13,736 | (9,053) | (88,890) | (29,642) | 269,100 | 167,387 |
| 2032 | 62 | 31.31 | 1.03000 | 394,436 | 14,148 | (9,324) | (91,557) | (30,531) | 277,173 | 165,459 |
| 2033 | 63 | 32.31 | 1.03000 | 406,270 | 14,573 | (9,604) | (94,304) | (31,447) | 285,488 | 163,553 |
| 2034 | 64 | 33.31 | 1.03000 | 418,458 | 15,010 | (9,892) | (97,133) | (32,390) | 294,053 | 161,670 |
| 2035 | 65 | 34.08 | 1.03000 | 333,327 | 11,956 | (7,880) | (77,372) | (25,801) | 234,231 | 124,163 |
| **Total** | | | | **$8,890,362** | **$318,896** | **($209,398)** | **($2,063,873)** | **($688,223)** | **$6,247,765** | **$5,155,174** |

| Unempl. | Tax Rate | Pers. Cons. | Pension Contrib. Rate | 401(k) Contrib. Rate |
|---|---|---|---|---|
| 3.0% | 23.930% | 10.490% | 4.000% | 0.000% |

**Exhibit 3a.** Present Value of Lost Pension Benefits
**Mr. James Matthew Patrick**
Special Master Worklife

| Year | Age | Time Frame | Pension Contrib. | Net Pension (Projected-Vested) | Taxes | Consumption | Net Loss | PV of Net Loss |
|---|---|---|---|---|---|---|---|---|
| 2001 | 31 | 0.31 | $1,298 | $0 | $0 | ($136) | $1,162 | $1,162 |
| 2002 | 32 | 1.31 | 4,392 | 0 | 0 | (461) | 3,931 | 3,931 |
| 2003 | 33 | 2.31 | 4,691 | 0 | 0 | (492) | 4,199 | 4,199 |
| 2004 | 34 | 3.31 | 5,000 | 0 | 0 | (524) | 4,475 | 4,475 |
| 2005 | 35 | 4.31 | 5,319 | 0 | 0 | (558) | 4,761 | 4,761 |
| 2006 | 36 | 5.31 | 5,648 | 0 | 0 | (592) | 5,056 | 5,056 |
| 2007 | 37 | 6.31 | 5,986 | 0 | 0 | (628) | 5,358 | 5,358 |
| 2008 | 38 | 7.31 | 6,332 | 0 | 0 | (664) | 5,668 | 5,668 |
| 2009 | 39 | 8.31 | 6,686 | 0 | 0 | (701) | 5,984 | 5,984 |
| 2010 | 40 | 9.31 | 7,045 | 0 | 0 | (739) | 6,306 | 6,306 |
| 2011 | 41 | 10.31 | 7,410 | 0 | 0 | (777) | 6,633 | 6,633 |
| 2012 | 42 | 11.31 | 7,779 | 0 | 0 | (816) | 6,963 | 6,963 |
| 2013 | 43 | 12.31 | 8,151 | 0 | 0 | (855) | 7,296 | 7,296 |
| 2014 | 44 | 13.31 | 8,524 | 0 | 0 | (894) | 7,630 | 7,630 |
| 2015 | 45 | 14.31 | 8,897 | 0 | 0 | (933) | 7,964 | 7,964 |
| 2016 | 46 | 15.31 | 9,269 | 0 | 0 | (972) | 8,297 | 8,297 |
| 2017 | 47 | 16.31 | 9,639 | 0 | 0 | (1,011) | 8,628 | 8,628 |
| 2018 | 48 | 17.31 | 10,003 | 0 | 0 | (1,049) | 8,954 | 8,954 |
| 2019 | 49 | 18.31 | 10,362 | 0 | 0 | (1,087) | 9,275 | 9,275 |
| 2020 | 50 | 19.31 | 10,714 | 0 | 0 | (1,124) | 9,590 | 9,379 |
| 2021 | 51 | 20.31 | 11,056 | 0 | 0 | (1,160) | 9,896 | 9,289 |
| 2022 | 52 | 21.31 | 11,388 | 0 | 0 | (1,195) | 10,193 | 9,182 |
| 2023 | 53 | 22.31 | 11,729 | 0 | 0 | (1,230) | 10,499 | 9,076 |
| 2024 | 54 | 23.31 | 12,081 | 0 | 0 | (1,267) | 10,814 | 8,971 |
| 2025 | 55 | 24.31 | 12,444 | 0 | 0 | (1,305) | 11,138 | 8,868 |
| 2026 | 56 | 25.31 | 12,817 | 0 | 0 | (1,345) | 11,472 | 8,766 |
| 2027 | 57 | 26.31 | 13,201 | 0 | 0 | (1,385) | 11,817 | 8,665 |
| 2028 | 58 | 27.31 | 13,598 | 0 | 0 | (1,426) | 12,171 | 8,565 |
| 2029 | 59 | 28.31 | 14,005 | 0 | 0 | (1,469) | 12,536 | 8,467 |
| 2030 | 60 | 29.31 | 14,426 | 0 | 0 | (1,513) | 12,912 | 8,369 |
| 2031 | 61 | 30.31 | 14,858 | 0 | 0 | (1,559) | 13,300 | 8,273 |
| 2032 | 62 | 31.31 | 15,304 | 0 | 0 | (1,605) | 13,699 | 8,177 |
| 2033 | 63 | 32.31 | 15,763 | 0 | 0 | (1,654) | 14,110 | 8,083 |
| 2034 | 64 | 33.31 | 16,236 | 0 | 0 | (1,703) | 14,533 | 7,990 |
| 2035 | 65 | 34.08 | 12,933 | 0 | 0 | (1,357) | 11,576 | 6,137 |
| **Total** | | | **$344,985** | **$0** | **$0** | **($36,189)** | **$308,796** | **$254,797** |

**Exhibit 4a.** Loss Estimated Value of Replacement Services
**Mr. James Matthew Patrick**

| Year | Age | Time Frame | Household Services | Care Services | Total Services | Present Value |
|------|-----|-----------|-------------------|---------------|----------------|---------------|
| 2001 | 31 | 0.31 | $2,166 | | $2,166 | $2,166 |
| 2002 | 32 | 1.31 | 8,720 | | 8,720 | 8,720 |
| 2003 | 33 | 2.31 | 8,698 | | 8,698 | 8,698 |
| 2004 | 34 | 3.31 | 8,591 | | 8,591 | 8,591 |
| 2005 | 35 | 4.31 | 8,591 | | 8,591 | 8,591 |
| 2006 | 36 | 5.31 | 8,591 | | 8,591 | 8,591 |
| 2007 | 37 | 6.31 | 8,316 | | 8,316 | 8,316 |
| 2008 | 38 | 7.31 | 8,260 | | 8,260 | 8,260 |
| 2009 | 39 | 8.31 | 8,260 | | 8,260 | 8,260 |
| 2010 | 40 | 9.31 | 8,260 | | 8,260 | 8,260 |
| 2011 | 41 | 10.31 | 8,260 | | 8,260 | 8,260 |
| 2012 | 42 | 11.31 | 8,260 | | 8,260 | 8,260 |
| 2013 | 43 | 12.31 | 8,260 | | 8,260 | 8,260 |
| 2014 | 44 | 13.31 | 8,260 | | 8,260 | 8,260 |
| 2015 | 45 | 14.31 | 8,260 | | 8,260 | 8,260 |
| 2016 | 46 | 15.31 | 7,835 | | 7,835 | 7,835 |
| 2017 | 47 | 16.31 | 5,761 | | 5,761 | 5,761 |
| 2018 | 48 | 17.31 | 5,761 | | 5,761 | 5,761 |
| 2019 | 49 | 18.31 | 5,710 | | 5,710 | 5,710 |
| 2020 | 50 | 19.31 | 5,463 | | 5,463 | 5,343 |
| 2021 | 51 | 20.31 | 5,463 | | 5,463 | 5,128 |
| 2022 | 52 | 21.31 | 5,463 | | 5,463 | 4,921 |
| 2023 | 53 | 22.31 | 5,463 | | 5,463 | 4,723 |
| 2024 | 54 | 23.31 | 5,463 | | 5,463 | 4,532 |
| 2025 | 55 | 24.31 | 5,463 | | 5,463 | 4,350 |
| 2026 | 56 | 25.31 | 5,463 | | 5,463 | 4,174 |
| 2027 | 57 | 26.31 | 5,463 | | 5,463 | 4,006 |
| 2028 | 58 | 27.31 | 5,463 | | 5,463 | 3,845 |
| 2029 | 59 | 28.31 | 5,463 | | 5,463 | 3,690 |
| 2030 | 60 | 29.31 | 5,463 | | 5,463 | 3,541 |
| 2031 | 61 | 30.31 | 5,463 | | 5,463 | 3,398 |
| 2032 | 62 | 31.31 | 5,463 | | 5,463 | 3,261 |
| 2033 | 63 | 32.31 | 5,463 | | 5,463 | 3,130 |
| 2034 | 64 | 33.31 | 5,463 | | 5,463 | 3,004 |
| 2035 | 65 | 34.31 | 6,273 | | 6,273 | 3,310 |
| 2036 | 66 | 35.31 | 9,144 | | 9,144 | 4,630 |
| 2037 | 67 | 36.31 | 9,144 | | 9,144 | 4,444 |
| 2038 | 68 | 37.31 | 9,144 | | 9,144 | 4,265 |
| 2039 | 69 | 38.31 | 9,144 | | 9,144 | 4,093 |
| 2040 | 70 | 39.31 | 9,144 | | 9,144 | 3,928 |
| 2041 | 71 | 40.31 | 9,144 | | 9,144 | 3,769 |
| 2042 | 72 | 41.31 | 9,144 | | 9,144 | 3,617 |
| 2043 | 73 | 42.31 | 9,144 | | 9,144 | 3,472 |
| 2044 | 74 | 43.31 | 9,144 | | 9,144 | 3,332 |
| 2045 | 75 | 44.31 | 9,144 | | 9,144 | 3,197 |
| 2046 | 76 | 45.31 | 9,144 | | 9,144 | 3,069 |
| 2047 | 77 | 45.48 | 1,585 | | 1,585 | 519 |
| **Total** | | | **$335,208** | **$0** | **$335,208** | **$251,508** |

# Exhibit B-4

**John E. Beauzile**
28 Penny Lane
Binghamton, NY 13905
Email: jeb2235@columbia.edu


**Jerry S. Goldman**
Anderson Kill
1760 Market Street, Suite 600
Philadelphia, PA 19103


Re: Update of Analysis of Economic Loss in the Matter of
The Estate of **Mrs. Lucille King**


January 9, 2020

Dear Mr. Goldman,

You have asked me to update the present value numbers in the analysis of the likely economic loss award from the September 11th Victim Compensation Fund prepared by **The Chalfin Group Inc. ("TCG")** dated **June 27, 2002**. I have used their assumptions for wages, benefits, taxes, personal consumption, replacement services, and discount rate to estimate those values and bring them to the present. The valuation date chosen is **January 1, 2020**.

In preparing this update, the only document reviewed is **TCG**'s report. This update assumes the reader is familiar with the methodology used and assumptions made by **TCG** and, therefore, they will not be restated here.

The update of **TCG**'s analysis is summarized in four (4) sets of Exhibits.
- *Exhibit 1* provides the summary of Lost Earnings, Retirement Benefits, and Lost of Replacement Services;
- The set of *Exhibits 2*s shows the details behind the loss of earnings numbers;
- The *Exhibit 3* set provides supporting documentation for Retirement Benefits;
- The loss of Replacement Services amounts are in *Exhibits 4*s.


I believe that I have already provided you with a copy of my curriculum vitae. If you need a copy, please let me know.

Sincerely,

John E. Beauzile

| Valuation Date | 01-Jan-20 |
|---|---|
| Discount Rate | 0.0% |

**Exhibit 1.** Summary of Economic Damages
**Mrs. Lucille King**

|  | **Present Value** |
|---|---|
| Present Value of Lost Earnings | $132,995 |
| Present Value of Retirement Benefits | 13,610 |
| Present Value of Lost Replacement Services | 873,197 |
| **Total** | **$1,019,801** |

| Base Salary | Unempl. | Tax Rate | Benefits | Pers. Consump. |
|---|---|---|---|---|
| 33,689 | 3.0% | 10.000% | 0 | 24.700% |

**Exhibit 2a.** Present Value of Lost Earnings
**Mrs. Lucille King**
Special Master Worklife

| Year | Age | Time Frame | Age-Specific Growth Factor | Earnings | Benefits | Unempl. Adj. | Taxes | Consumption | Net Earnings | PV of Net Earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 59 | 0.31 | 1.00000 | $10,330 | $0 | $0 | ($1,033) | ($2,296) | $7,001 | $7,001 |
| 2002 | 60 | 1.31 | 1.00000 | 33,689 | 0 | (910) | (3,268) | (7,264) | 22,247 | 22,247 |
| 2003 | 61 | 2.31 | 1.00000 | 33,689 | 0 | (910) | (3,268) | (7,264) | 22,247 | 22,247 |
| 2004 | 62 | 3.31 | 1.00000 | 33,689 | 0 | (910) | (3,268) | (7,264) | 22,247 | 22,247 |
| 2005 | 63 | 4.31 | 1.00000 | 33,689 | 0 | (910) | (3,268) | (7,264) | 22,247 | 22,247 |
| 2006 | 64 | 5.31 | 1.00000 | 33,689 | 0 | (910) | (3,268) | (7,264) | 22,247 | 22,247 |
| 2007 | 65 | 5.97 | 1.00000 | 22,348 | 0 | (603) | (2,168) | (4,819) | 14,758 | 14,758 |
| **Total** | | | | **$201,123** | **$0** | **($5,151)** | **($19,540)** | **($43,437)** | **$132,995** | **$132,995** |

| Unempl. | Tax Rate | Pers. Cons. | Pension Contrib. Rate | 401(k) Contrib. Rate |
|---------|----------|-------------|----------------------|---------------------|
| 3.0% | 0.000% | 24.700% | 4.000% | 5.250% |

**Exhibit 3a.** Present Value of Lost Pension Benefits
**Mrs. Lucille King**
Special Master Worklife

| Year | Age | Time Frame | Pension Contrib. | 401(k) | Taxes | Consumption | Net Loss | PV of Net Loss |
|------|-----|-----------|------------------|--------|-------|-------------|----------|----------------|
| 2001 | 59 | 0.31 | $413 | $542 | $0 | ($236) | $720 | $720 |
| 2002 | 60 | 1.31 | 1,307 | 1,716 | 0 | (747) | 2,276 | 2,276 |
| 2003 | 61 | 2.31 | 1,307 | 1,716 | 0 | (747) | 2,276 | 2,276 |
| 2004 | 62 | 3.31 | 1,307 | 1,716 | 0 | (747) | 2,276 | 2,276 |
| 2005 | 63 | 4.31 | 1,307 | 1,716 | 0 | (747) | 2,276 | 2,276 |
| 2006 | 64 | 5.31 | 1,307 | 1,716 | 0 | (747) | 2,276 | 2,276 |
| 2007 | 65 | 5.97 | 867 | 1,138 | 0 | (495) | 1,510 | 1,510 |
| **Total** | | | **$7,816** | **$10,258** | **$0** | **($4,464)** | **$13,610** | **$13,610** |

**Exhibit 4a.** Loss Estimated Value of Replacement Services
**Mrs. Lucille King**

| Year | Age | Time Frame | Loss of Companionship | Guidance, Advice and Counsel | Household Services | Rent Expense | Total Services | Present Value |
|------|-----|-----------|----------------------|------------------------------|--------------------|--------------|----------------|---------------|
| 2001 | 59 | 0.31 | $3,588 | $797 | $4,784 | $0 | $9,169 | $9,169 |
| 2002 | 60 | 1.31 | 11,700 | 2,600 | 15,600 | 3,616 | 33,516 | 33,516 |
| 2003 | 61 | 2.31 | 11,700 | 2,600 | 15,600 | 3,945 | 33,845 | 33,845 |
| 2004 | 62 | 3.31 | 11,700 | 2,600 | 15,600 | 3,945 | 33,845 | 33,845 |
| 2005 | 63 | 4.31 | 11,700 | 2,600 | 15,600 | 3,945 | 33,845 | 33,845 |
| 2006 | 64 | 5.31 | 11,700 | 2,600 | 15,600 | 3,945 | 33,845 | 33,845 |
| 2007 | 65 | 6.31 | 18,264 | 2,600 | 15,600 | 3,945 | 40,409 | 40,409 |
| 2008 | 66 | 7.31 | 31,200 | 2,600 | 15,600 | 3,945 | 53,345 | 53,345 |
| 2009 | 67 | 8.31 | 31,200 | 2,600 | 15,600 | 3,945 | 53,345 | 53,345 |
| 2010 | 68 | 9.31 | 31,200 | 2,600 | 15,600 | 3,945 | 53,345 | 53,345 |
| 2011 | 69 | 10.31 | 31,200 | 2,600 | 15,600 | 3,945 | 53,345 | 53,345 |
| 2012 | 70 | 11.31 | 31,200 | 2,600 | 15,600 | 3,945 | 53,345 | 53,345 |
| 2013 | 71 | 12.31 | 31,200 | 2,600 | 15,600 | 3,945 | 53,345 | 53,345 |
| 2014 | 72 | 13.31 | 31,200 | 2,600 | 15,600 | 3,945 | 53,345 | 53,345 |
| 2015 | 73 | 14.31 | 31,200 | 2,600 | 15,600 | 3,945 | 53,345 | 53,345 |
| 2016 | 74 | 15.31 | 31,200 | 2,600 | 15,600 | 3,945 | 53,345 | 53,345 |
| 2017 | 75 | 16.31 | 31,200 | 2,600 | 15,600 | 3,945 | 53,345 | 53,345 |
| 2018 | 76 | 17.31 | 31,200 | 2,600 | 15,600 | 3,945 | 53,345 | 53,345 |
| 2019 | 77 | 18.31 | 31,200 | 2,600 | 15,600 | 3,945 | 53,345 | 53,345 |
| 2020 | 78 | 18.58 | 8,529 | 711 | 4,264 | 1,078 | 14,582 | 14,582 |
| **Total** | | | **$463,281** | **$48,308** | **$289,848** | **$71,760** | **$873,197** | **$873,197** |