# EXHIBIT C

**Ex. C to *Hemenway***

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINITFF Suffix | Relationship to 9/11 Decedent |
|---|---|---|---|---|---|---|---|---|
| 1. | Nancy |  | Liz | Jose |  | Liz |  | Sibling |
| 2. | Nancy |  | Liz | Elena |  | Liz |  | Parent (deceased) |
| 3. | Nancy |  | Liz | Marie |  | Liz |  | Sibling |
| 4. | Joseph | J. | Ogren | Eric | James | Ogren |  | Sibling |
| 5. | Joseph | J. | Ogren | Patricia | Ann | Golden |  | Sibling |
| 6. | James | Matthew | Patrick | Shawn | Joseph | Patrick |  | Sibling |