# Exhibit C

**Ex. C to *Rivelli***

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent |
|---|---|---|---|---|---|---|---|---|
| 1. | John | Patrick | Salamone | Aidan | McKillion | Salamone |  | Child |
| 2. | John | Patrick | Salamone | Alexander | McKillion | Salamone |  | Child |
| 3. | John | Patrick | Salamone | Anna | McKillion | Salamone |  | Child |