# Exhibit A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Stanley | S. | Smagala | Jr. | Andrew | | Smagala | | Sibling | $ 4,250,000.00 |
| 2 | Stanley | S. | Smagala | Jr. | Dena | | Smagala | | Spouse | $ 12,500,000.00 |
| 3 | Stanley | S. | Smagala | Jr. | Gary | | Smagala | | Sibling | $ 4,250,000.00 |
| 4 | Stanley | S. | Smagala | Jr. | James | | Smagala | | Sibling | $ 4,250,000.00 |
| 5 | Stanley | S. | Smagala | Jr. | Robert | | Smagala | | Sibling | $ 4,250,000.00 |
| 6 | Stanley | S. | Smagala | Jr. | Linda | | Smagala Kuzmiskas | | Sibling | $ 4,250,000.00 |