# Exhibit A

## Ex. A – *Schlissel*

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Brian | T. | Thompson | Sarah | | Kashetta | | Child | $8,500,000 |

| | | |
|---|---|---|
| **TOTAL** | | **$8,500,000** |