# Exhibit B

**EX. B to *Schlissel***
*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Jon | S. | Schlissel |  | $654,599 | $2,000,000 | $2,654,599 |
| 2. | Susan | Lee | Schuler |  |  | $2,000,000 | $2,000,000 |
| 3. | Antionette |  | Sherman |  | $1,610,507 | $2,000,000 | $3,610,507 |
| 4. | Leon |  | Smith |  | $1,865,156 | $2,000,000 | $3,865,156 |
| 5. | Moira | A. | Smith |  | $2,851,627 | $2,000,000 | $4,851,627 |
| 6. | Michael | C. | Sorresse |  |  | $2,000,000 | $2,000,000 |
| 7. | Patricia | J. | Statz |  | $1,852,557 | $2,000,000 | $3,852,557 |
| 8. | Edna | L. | Stephens |  | $401,133 | $2,000,000 | $2,401,133 |
| 9. | Sanford | M. | Stoller |  | $1,645,596 | $2,000,000 | $3,645,596 |
| 10. | Brian | T. | Thompson |  |  | $2,000,000 | $2,000,000 |
| 11. | Christopher | M. | Traina |  | $1,946,281 | $2,000,000 | $3,946,281 |
| 12. | Diane | M. | Urban |  | $568,603 | $2,000,000 | $2,568,603 |
| 13. | Maria | P. | Vola |  |  | $2,000,000 | $2,000,000 |
| 14. | Karen | J. | Wagner |  | $2,223,384 | $2,000,000 | $4,223,384 |
| 15. | Gabriela |  | Waisman |  |  | $2,000,000 | $2,000,000 |
| 16. | Victor |  | Wald |  | $1,737,879 | $2,000,000 | $3,737,879 |
| 17. | Kenneth |  | Watson |  | $4,014,827 | $2,000,000 | $6,014,827 |
| 18. | John |  | White |  | $968,917 | $2,000,000 | $2,968,917 |
| 19. | Malissa |  | White |  | $2,248,566 | $2,000,000 | $4,248,566 |
| 20. | Yuk | Ping | Wong |  |  | $2,000,000 | $2,000,000 |
| 21. | Shakila |  | Yasmin |  | $2,725,863 | $2,000,000 | $4,725,863 |
| 22. | Edmond | G. | Young | Jr. | $1,780,793 | $2,000,000 | $3,780,793 |
| 23. | Abraham |  | Zelmanowitz |  | $778,641 | $2,000,000 | $2,778,641 |
|  | TOTALS |  |  |  | $29,874,929 | $46,000,000 | **$75,874,929** |