# Exhibit A

**Ex. A to *Kim***

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | Relationship to 9/11 Decedent | Solatium Damages Amount | Economic Damages | Non-Economic Damages | TOTAL DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Jenine | Nicole | Gonzalez | Thomas | | Gonzalez, Jr. | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| 2. | John | Roger | Fisher | Kaitlyn | Marie | Fisher | Child | $8,500,000 | N/A | N/A | $8,500,000 |
| 3. | John | Roger | Fisher | Margaret | Elizabeth | Fisher | Child | $8,500,000 | N/A | N/A | $8,500,000 |
| 4. | Peggie | Maxine | Hurt | Eugene | Arthur | Harris | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| 5. | Peggie | Maxine | Hurt | Cynthia | Marcia | Harris | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| 6. | Peggie | Maxine | Hurt | Anthony | Dante | Harris | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| | **TOTAL** | | | | | | | $34,000,000 | $0 | $0 | **$34,000,000** |