# Exhibit B

**EX. B to *Kim***
*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Edward | T. | Earhart | | | $2,000,000 | $2,000,000 |
| 2. | John | E. | Eichler | | | $2,000,000 | $2,000,000 |
| 3. | Ulf | Ramm | Ericson | | $600,995 | $2,000,000 | $2,600,995 |
| 4. | Catherine | | Fagan | | $602,994 | $2,000,000 | $2,602,994 |
| 5. | Elizabeth | A. | Farmer | | $121,183 | $2,000,000 | $2,121,183 |
| 6. | Rose | Maria | Feliciano | | $2,306,794 | $2,000,000 | $4,306,794 |
| 7. | Andrew | | Fisher | | $1,548,536 | $2,000,000 | $3,548,536 |
| 8. | John | Roger | Fisher | | $3,746,255 | $2,000,000 | $5,746,255 |
| 9. | John | J. | Florio | | $4,912,017 | $2,000,000 | $6,912,017 |
| 10.| Virgin | | Francis | | | $2,000,000 | $2,000,000 |
| 11.| Jenine | | Gonzalez | | | $2,000,000 | $2,000,000 |
| 12.| Harry | | Goody | | $1,197,901 | $2,000,000 | $3,197,901 |
| 13.| Wanda | | Green | | | $2,000,000 | $2,000,000 |
| 14.| Kenneth | | Grouzalis | | $1,171,657 | $2,000,000 | $3,171,657 |
| 15.| Peggie | | Hurt | | $1,025,879 | $2,000,000 | $3,025,879 |
| | **TOTALS** | | | | **$17,234,211** | **$30,000,000** | **$47,234,211** |