# Exhibit B

EX. B to *O'Neill*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | John | P. | O'Neill | Sr. | $3,831,235 | $2,000,000 | $5,831,235 |
|  | **TOTALS** |  |  |  | $3,831,235 | $2,000,000 | **$5,831,235** |