# Exhibit C

**Ex. C to *Kim***

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | Relationship to 9/11 Decedent |
|---|---|---|---|---|---|---|---|
| 1. | Jenine | Nicole | Gonzalez | Thomas |  | Gonzalez, Jr. | Sibling |
| 2. | Jenine | Nicole | Gonzalez | Jenine | Nicole | Gonzalez | Co-PR |
| 3. | John | Roger | Fisher | Kaitlyn | Marie | Fisher | Child |
| 4. | John | Roger | Fisher | Margaret | Elizabeth | Fisher | Child |
| 5. | Peggie | Maxine | Hurt | Eugene | Arthur | Harris | Sibling |
| 6. | Peggie | Maxine | Hurt | Cynthia | Marcia | Harris | Sibling |
| 7. | Peggie | Maxine | Hurt | Anthony | Dante | Harris | Sibling |