USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2020

**MDL 1570 PLAINTIFFS' EXECUTIVE COM[MITTEES]**
**FOR PERSONAL INJURY AND DEATH C[LAIMS]**
In re: Terrorist Attacks on September 11, 2001 (S.D.[N.Y.])

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br><br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br><br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC |

**VIA ECF**

January 15, 2020

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

      Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      We write to clarify the deadlines addressed in the Court's text-only order entered at ECF No. 5425, granting an extension requested by the *Havlish*, *Hoglan*, and *Ray* plaintiffs (ECF No. 5418). The *Havlish*, *Hoglan*, and *Ray* plaintiffs' request (ECF No. 5418 at 2), which the Court granted, indicated that the Federal Insurance plaintiffs and PEC consented to the requested extension, provided that their replies would be due on January 31, 20[20], in order to give those parties three weeks to reply." All the parties agreed.

      We understand the Court to have endorsed the amended briefing schedule proposed in the letter in its entirety, but because the text-only order referenced only the extended date for the *Havlish*, *Hoglan*, and *Ray* plaintiffs' response, the Federal Insurance plaintiffs and the PECs respectfully ask that the Court clarify that the deadline for the replies of the Federal Insurance plaintiffs and the PEC is January 31, 2020.

      Respectfully submitted,

MOTLEY RICE LLC

By: */s/ Robert T. Haefele*

---

Plaintiffs' request to clarify the Court's text-only order at ECF No. 5425 is GRANTED. The deadline for the replies of the Federal Insurance plaintiffs and the PEC is January 31, 2020.
**SO ORDERED.**

January 15, 2020
New York, New York

                                                        SARAH NETBURN
                                         United States Magistrate Judge