# EXHIBIT C

**Ex. C to *O'Neill***
*(Alphabetically by Last Name of 9/11 Decedent)*

| DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent |
|---|---|---|---|---|---|---|---|
| NONE | | | | | | | |