

January 15, 2020

VIA ECF
The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
      *Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN)

Dear Judge Netburn:

      Yesterday, we filed a motion for solatium damages for certain immediate family members of individuals killed on September 11, 2001. ECF No. 5542.  In Exhibit A to the Declaration of James P. Kreindler, Esq., filed in support of that motion, listing the names of the September 11, 2001 decedents, the names of the plaintiffs, the relationship between each plaintiff and the solatium damages amount sought, for one client the damages amount was inadvertently omitted. ECF No. 5546-1 at line 5.  While the relationship between the decedent and the plaintiff was identified, Exhibit A should have included the damages amount.  We have submitted to the Clerk of the Court a corrected proposed order that includes an Exhibit A with the damages amount sought and attach hereto a copy of that corrected Exhibit A, and ask that this Court, should it grant our motion, substitute this Exhibit A for the one docketed at 5546-1.

                                            Respectfully,

                                            Kreindler & Kreindler LLP

                                            By:  /s/
                                                 Megan W. Benett

Enclosure