# Exhibit A

## Ex. A to *Kamardinova*

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Thomas | William | Kelly | Robert | J. | Kelly |  | Sibling (Deceased) | $4,250,000 |
| 2. | Margaret | Elaine | Mattic | Virgie | Mattic | Binford |  | Half-Sibling (Deceased) | $4,250,000 |
| 3. | Manuel | Emilio | Mejia | Lourdes | Mireya | Mejia |  | Sibling | $4,250,000 |
| 4. | Manuel | Emilio | Mejia | Rafael | Antonio | Mejia |  | Sibling | $4,250,000 |

**TOTAL** $17,000,000