# Exhibit B

## EX. B to *Kamardinova*
*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Charles | A. | Lesperance |  |  | $2,000,000 | $2,000,000 |
| 2. | Brenda |  | Kegler |  | $1,519,354 | $2,000,000 | $3,519,354 |
| 3. | Thomas | M. | Kelly |  | $4,973,020 | $2,000,000 | $6,973,020 |
| 4. | Thomas | W. | Kelly |  | $2,216,986 | $2,000,000 | $4,216,986 |
| 5. | Thomas |  | Kennedy |  | $5,924,887 | $2,000,000 | $7,924,887 |
| 6. | Mary Jo |  | Kimelman |  | $795,419 | $2,000,000 | $2,795,419 |
| 7. | Gary | E. | Koecheler |  | $1,359,475 | $2,000,000 | $3,359,475 |
| 8. | Patricia | A. | Kuras |  | $1,271,532 | $2,000,000 | $3,271,532 |
| 9. | Angela | R. | Kyte |  | $4,702,378 | $2,000,000 | $6,702,378 |
| 10. | Carol | A. | LaPlante |  | $141,972 | $2,000,000 | $2,141,972 |
| 11. | Stephen | J. | Lauria |  | $2,176,645 | $2,000,000 | $4,176,645 |
| 12. | Nathaniel |  | Lawson |  | $35,760 | $2,000,000 | $2,035,760 |
| 13. | Alisha | C. | Levin |  | $2,309,295 | $2,000,000 | $4,309,295 |
| 14. | Samantha |  | Lightbourn-Allen |  | $1,077,853 | $2,000,000 | $3,077,853 |
| 15. | George |  | Lopez |  |  | $2,000,000 | $2,000,000 |
| 16. | Charles | W. | Magee |  | $2,174,012 | $2,000,000 | $4,174,012 |
| 17. | Robert | G | Martinez |  | $1,762,042 | $2,000,000 | $3,762,042 |
| 18. | Margaret | E. | Mattic |  | $286,311 | $2,000,000 | $2,286,311 |
| 19. | Walter | A. | McNeil |  | $1,049,789 | $2,000,000 | $3,049,789 |
| 20. | Christopher | D. | Mello |  | $8,198,648 | $2,000,000 | $10,198,648 |
| 21. | Luis | Clodoaldo | Revilla Mier |  |  | $2,000,000 | $2,000,000 |
| 22. | Frank | V. | Moccia |  | $634,648 | $2,000,000 | $2,634,648 |
| 23. | Carlos | A. | Montoya |  |  | $2,000,000 | $2,000,000 |
| 24. | Steven |  | Morello |  | $858,033 | $2,000,000 | $2,858,033 |
|  | TOTALS |  |  |  | $43,468,059 | $48,000,000 | **$91,468,059** |