# Exhibit A

**Ex. A to *Moody-Theinert***

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Thomas | Carlo | Moody | Francis | Joseph | Moody | | Sibling | $4,250,000 |
| 2. | Thomas | Carlo | Moody | Lorraine | Maria | Antoniello | | Sibling | $4,250,000 |
| 3. | Thomas | Carlo | Moody | Michael | Leroy | Moody | | Sibling | $4,250,000 |
| 4. | Thomas | Carlo | Moody | Angelina | | Moody | | Parent (deceased) | $8,500,000 |
| 5. | Mario | | Nardone | Linda | | Nardone | | Parent (Deceased) | $8,500,000 |
| 6. | Kenneth | John | Phelan | Jean | | Diaz | | Sibling | $4,250,000 |
| 7. | Kenneth | John | Phelan | Marian | Phelan | Owens | | Sibling | $4,250,000 |
| 8. | Robert | R. | Ploger | Robert | Riis | Ploger | IV | Child | $8,500,000 |

**TOTAL** **$46,750,000**