# Exhibit B

**EX. B to *Moody-Theinert***
*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | (Capt.) Thomas | | Moody | | $4,373,088 | $2,000,000 | $6,373,088 |
| 2. | Paula | E. | Morales | | $1,344,941 | $2,000,000 | $3,344,941 |
| 3. | Mario | | Nardone | Jr. | | $2,000,000 | $2,000,000 |
| 4. | Virginia | | Ormiston | | $3,506,278 | $2,000,000 | $5,506,278 |
| 5. | Paul | | Ortiz | Jr. | $5,000,863 | $2,000,000 | $7,000,863 |
| 6. | Adianes | | Oyola | | $3,635,324 | $2,000,000 | $5,635,324 |
| 7. | Orio | J. | Palmer | | $6,181,570 | $2,000,000 | $8,181,570 |
| 8. | Michael | | Parkes | | $3,292,464 | $2,000,000 | $5,292,464 |
| 9. | Salvatore | F. | Pepe | | $2,364,224 | $2,000,000 | $4,364,224 |
| 10. | Kenneth | | Phelan | | $4,297,920 | $2,000,000 | $6,297,920 |
| 11. | Zandra | Marie Cooper | Ploger | | $2,200,273 | $2,000,000 | $4,200,273 |
| 12. | Robert | R. | Ploger | III | $1,103,993 | $2,000,000 | $3,103,993 |
| 13. | Joseph | J. | Pycior | | | $2,000,000 | $2,000,000 |
| 14. | Cecelia | E. | Richard | | $1,329,226 | $2,000,000 | $3,329,226 |
| | **TOTALS** | | | | $38,630,164 | $28,000,000 | **$66,630,164** |