UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

*This document relates to*:
All Actions

### NOTICE OF PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANT SOLIMAN H.S. AL BUTHE <u>FOR FAILURE TO APPEAR AND TO STAY DEADLINES</u>

PLEASE TAKE NOTICE that upon the Declaration of Robert T. Haefele and the exhibits attached thereto, and the Memorandum in Support of Plaintiffs' Motion for Sanctions Against Defendant Soliman H.S. Al Buthe for Failure to Appear and Stay Deadlines, the plaintiffs by and through their undersigned counsel will move the Court before the Honorable Sarah Netburn, U.S. Magistrate Judge, at the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 37(d)(1)(A)(i), sanctioning defendant Soliman H.S. Al Buthe for his failure to appear for his deposition, including sanctions authorized under Rule 37(d)(3) and Rule 37(b)(2)(A), including specifically a request that the Court impose the sanction authorized by Rule 37(b)(2)(A)(vi)— namely, rendering a default judgment—and such other relief as the Court deems appropriate. Plaintiffs also ask that, at least until this application is resolved, the Court stay Plaintiffs' deadlines for claims against Al Buthe; for example, while Al Buthe is refusing to participate in discovery, has declined to be deposed, and is subject to default or other sanctions, Plaintiffs ask

that they not be subjected to the expense and burden of retaining an expert to opine as to the claims versus him.

Dated: January 15, 2020

  Respectfully submitted,

| COZEN O'CONNOR | MOTLEY RICE LLC |
|---|---|
| By: /s/ *Sean P. Carter*<br>SEAN P. CARTER<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Tel.: (215) 665-2105<br>Email: scarter@cozen.com<br><br>*For the Plaintiffs' Exec. Committees* | By: /s/ *Robert T. Haefele*<br>ROBERT T. HAEFELE<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>Tel.: (843) 216-9184<br>Email: rhaefele@motleyrice.com<br><br>*For the Plaintiffs' Exec. Committees* |

KREINDLER & KREINDLER LLP

By: /s/ *Andrew J. Maloney*
  ANDREW J. MALONEY
  KREINDLER & KREINDLER LLP
  750 Third Avenue
  New York, New York 10017
  Tel.: 212-687-8181
  Email: amaloney@kreindler.com

  *For the Plaintiffs' Exec. Committees*

cc:   The Honorable George B. Daniels, via ECF
      All Counsel of Record via ECF