# Exhibit C

**Ex. C to *Kamardinova***

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent |
|---|---|---|---|---|---|---|---|---|
| 1. | Thomas | William | Kelly | Robert | J. | Kelly | | Sibling (Deceased) |
| 2. | Margaret | Elaine | Mattic | Virgie | Mattic | Binford | | Half-Sibling (Deceased) |
| 3. | Manuel | Emilio | Mejia | Lourdes | Mireya | Mejia | | Sibling |
| 4. | Manuel | Emilio | Mejia | Rafael | Antonio | Mejia | | Sibling |