# EXHIBIT 4

This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
 2                        - - -
 3
     In Re:                     : 03-MDL-1570 (GBD)(SN)
 4   TERRORIST ATTACKS ON       :
     SEPTEMBER 11, 2001         :
 5
 6                        - - -
                   September 17, 2018
 7
                           - - -
 8   *This Transcript Contains Confidential Material*
 9              Videotape deposition of
10   DR. ABDULLAH AL OBAID, taken pursuant to
11   notice, was held at Dispute Resolution
12   Centre, 70 Fleet Street, London, EC4Y
13   1EU, beginning at 8:31 a.m., on the above
14   date, before Amanda Dee Maslynsky-Miller,
15   a Certified Realtime Reporter.
16
17
18                        - - -
19
20
21         GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
22              deps@golkow.com
23
24
```

This Transcript Contains Confidential Material

```
 1    APPEARANCES:
 2
 3            COZEN O'CONNOR P.C.
              BY:  SEAN P. CARTER, ESQUIRE
 4            One Liberty Place
              1650 Market Street
 5            Suite 2800
              Philadelphia, Pennsylvania 19103
 6            (215) 665-2000
              Scarter1@cozen.com
 7            Representing the Plaintiffs
              Executive Committee
 8
 9
10
              MOTLEY RICE LLC
11            BY:  ROBERT T. HAEFELE, ESQUIRE
              28 Bridgeside Boulevard
12            Mount Pleasant, South Carolina 29464
              (843) 216-9000
13            Rhaefele@motleyrice.com
              Representing the Plaintiffs
14
15
16
              KREINDLER & KREINDLER LLP
17            BY:  ANDREW J. MALONEY III, ESQUIRE
              750 Third Avenue
18            New York, New York 10017
              (212) 687-8181
19            Amaloney@kreindler.com
              Representing the Plaintiffs
20
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1    APPEARANCES:  (Continued)
 2
 3            KELLOGG, HANSEN, TODD, FIGEL &
              FREDERICK PLLC
 4            BY:  ANDREW C. SHEN, ESQUIRE
              Sumner Square
 5            1615 M Street, N.W., Suite 400
              Washington, D.C. 20036
 6            (202) 326-7900
              Ashen@kellogghansen.com
 7            Representing the Kingdom of Saudi
              Arabia
 8
 9
10            JONES DAY
              BY:  RAYMOND D. JACKSON, ESQUIRE
11            BY:  STEVEN T. COTTREAU, ESQUIRE
              51 Louisiana Avenue, N.W.
12            Washington, D.C.  20001
              (202) 879-3939
13            Rjackson@jonesday.com
              Scottreau@jonesday.com
14            Representing Dubai Islamic Bank
15
16
17            LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
              BY:  ERIC L. LEWIS, ESQUIRE
18            BY:  WALEED NASSAR, ESQUIRE
              BY:  SUMAYYA KHATIB, ESQUIRE
19            1101 New York Avenue, NW
              Suite 1000
20            Washington, D.C.  20005
              (202) 833-8900
21            Eric.lewis@lbkmlaw.com
              Waleed.nassar@lbkmlaw.com
22            Sumayya.Khatib@lbkmlaw.com
              Representing the Muslim World
23            League, the International Islamic
              Relief Organization and
24            The Witness
```

This Transcript Contains Confidential Material

```
 1    APPEARANCES: (Continued)
 2
 3
          BERNABEI & KABAT PLLC
 4        BY:  ALAN KABAT, ESQUIRE
          1400 16th Street, NW
 5        Suite 500
          Washington, DC 20036
 6        (202) 745-1942
          Kabat@bernabeipllc.com
 7        Representing the Witness,
          Abdullah Al Obaid
 8
 9
10
      ALSO PRESENT:
11
      Ayad Y Al Gazi, Interpreter
12    Darnell Brown, Videographer
      Hamad Almajed
13    Abdulaziz H. Alfahad
14
15
16
17
18
19
20
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2                       - - -

 3

    In Re:                    : 03-MDL-1570 (GBD)(SN)
 4  TERRORIST ATTACKS ON      :
    SEPTEMBER 11, 2001        :
 5

 6                       - - -
              September 18, 2018
 7                  Volume II
 8                       - - -

 9   *This Transcript Contains Confidential Material*

10             Continued videotape

11  deposition of DR. ABDULLAH AL OBAID, taken

12  pursuant to notice, was held at Dispute

13  Resolution Centre, 70 Fleet Street,

14  London, EC4Y 1EU, beginning at 8:31 a.m.,

15  on the above date, before Amanda Dee

16  Maslynsky-Miller, a Certified Realtime

17  Reporter.

18

19                       - - -

20        GOLKOW LITIGATION SERVICES
       877.370.3377 ph| 917.591.5672 fax
21             deps@golkow.com

22

23

24
```

This Transcript Contains Confidential Material

```
 1     APPEARANCES:
 2
 3            COZEN O'CONNOR P.C.
              BY:  SEAN P. CARTER, ESQUIRE
 4            One Liberty Place
              1650 Market Street
 5            Suite 2800
              Philadelphia, Pennsylvania 19103
 6            (215) 665-2000
              Scarter1@cozen.com
 7            Representing the Plaintiffs
              Executive Committee
 8
 9
10
              MOTLEY RICE LLC
11            BY:  ROBERT T. HAEFELE, ESQUIRE
              28 Bridgeside Boulevard
12            Mount Pleasant, South Carolina 29464
              (843) 216-9000
13            Rhaefele@motleyrice.com
              Representing the Plaintiffs
14
15
16
              KREINDLER & KREINDLER LLP
17            BY:  ANDREW J. MALONEY III, ESQUIRE
              750 Third Avenue
18            New York, New York 10017
              (212) 687-8181
19            Amaloney@kreindler.com
              Representing the Plaintiffs
20
21
22
23
24
```

```
                This Transcript Contains Confidential Material

  1     APPEARANCES:  (Continued)
  2
  3             KELLOGG, HANSEN, TODD, FIGEL &
                FREDERICK PLLC
  4             BY:  ANDREW C. SHEN, ESQUIRE
                Sumner Square
  5             1615 M Street, N.W., Suite 400
                Washington, D.C. 20036
  6             (202) 326-7900
                Ashen@kellogghansen.com
  7             Representing the Kingdom of Saudi
                Arabia
  8
  9
 10             JONES DAY
                BY:  RAYMOND D. JACKSON, ESQUIRE
 11             BY:  STEVEN T. COTTREAU, ESQUIRE
                51 Louisiana Avenue, N.W.
 12             Washington, D.C.  20001
                (202) 879-3939
 13             Rjackson@jonesday.com
                Scottreau@jonesday.com
 14             Representing Dubai Islamic Bank
 15
 16
 17             LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
                BY:  ERIC L. LEWIS, ESQUIRE
 18             BY:  WALEED NASSAR, ESQUIRE
                BY:  SUMAYYA KHATIB, ESQUIRE
 19             1101 New York Avenue, NW
                Suite 1000
 20             Washington, D.C.  20005
                (202) 833-8900
 21             Eric.lewis@lbkmlaw.com
                Waleed.nassar@lbkmlaw.com
 22             Sumayya.Khatib@lbkmlaw.com
                Representing the Muslim World
 23             League, the International Islamic
                Relief Organization and
 24             The Witness
```

This Transcript Contains Confidential Material

```
 1     APPEARANCES: (Continued)
 2
 3
             BERNABEI & KABAT PLLC
 4           BY:  ALAN KABAT, ESQUIRE
             1400 16th Street, NW
 5           Suite 500
             Washington, DC 20036
 6           (202) 745-1942
             Kabat@bernabeipllc.com
 7           Representing the Witness,
             Abdullah Al Obaid
 8
 9
10
       ALSO PRESENT:
11
       Ayad Y Al Gazi, Interpreter
12     Darnell Brown, Videographer
       Hamad Almajed
13
14
15
16
17
18
19
20
21
22
23
24
```