# Exhibit A

Ex. A to *Morris*
(Alphabetically by Last Name of 9/11 Decedent)

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | Relationship to 9/11 Decedent | Solatium Damages Amount | Economic Damages | Non-Economic Damages | TOTAL DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Jude | Joseph | Moussa | Jude | Joseph | Moussa | Co-PR | N/A | $2,126,058 | $2,000,000 | $4,126,058 |
| 2. | Isidro | | Ottenwalder | Eddie | | Ottenwalder | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| 3. | Isidro | | Ottenwalder | Nilda | | Ottenwalder | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| 4. | Isidro | | Ottenwalder | Olga | | Ottenwalder | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| 5. | Timothy | A. | Roy | Ida | Mae | Roy | Parent (deceased) | $8,500,000 | N/A | N/A | $8,500,000 |
| 6. | Timothy | A. | Roy | Linda | | Amato | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| 7. | Timothy | A. | Roy | James | | Roy | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| 8. | Timothy | A. | Roy | John | | Roy | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| 9. | Timothy | A. | Roy | Gary | | Roy | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| 10. | Timothy | A. | Roy | Kenneth | | Roy | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| 11. | Timothy | A. | Roy | Douglas | J. | Roy | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| 12. | Joseph | Michael | Romagnolo | Steven | Salvatore | Romagnolo | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| 13. | Venesha | | Richards | Shaun | L. | Rodgers | Sibling | $4,250,000 | N/A | N/A | $4,250,000 |
| | **TOTAL** | | | | | | | $55,250,000 | $2,126,058 | $2,000,000 | **$59,376,058** |