# Exhibit B

**EX. B to _Morris_**
*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Odessa | V. | Morris | | $1,344,649 | $2,000,000 | $3,344,649 |
| 2. | Ferdinand | | Morrone | | $2,931,150 | $2,000,000 | $4,931,150 |
| 3. | Jude | | Moussa | | $2,126,058 | $2,000,000 | $4,126,058 |
| 4. | Dennis | M. | Mulligan | | $2,868,783 | $2,000,000 | $4,868,783 |
| 5. | Valerie | V. | Murray | | $76,971 | $2,000,000 | $2,076,971 |
| 6. | Oscar | F. | Nesbitt | | | $2,000,000 | $2,000,000 |
| 7. | Gerard | T. | Nevins | | $3,439,128 | $2,000,000 | $5,439,128 |
| 8. | Nancy | Yuen | Ngo | | | $2,000,000 | $2,000,000 |
| 9. | Margaret | | Orloske | | $1,768,754 | $2,000,000 | $3,768,754 |
| 10. | David | | Ortiz | | $2,509,759 | $2,000,000 | $4,509,759 |
| 11. | Eileen | M. | Rice | | $1,189,758 | $2,000,000 | $3,189,758 |
| 12. | Israel | | Pabon | | $1,432,971 | $2,000,000 | $3,432,971 |
| 13. | Richard | A. | Pearlman | | $1,197,393 | $2,000,000 | $3,197,393 |
| 14. | Nancy | E. | Perez | | $947,748 | $2,000,000 | $2,947,748 |
| 15. | Emelda | | Perry | | | $2,000,000 | $2,000,000 |
| 16. | Glenn | | Perry | Sr. | $3,185,196 | $2,000,000 | $5,185,196 |
| 17. | William | R. | Peterson | | $1,357,663 | $2,000,000 | $3,357,663 |
| 18. | Glen | | Pettit | | | $2,000,000 | $2,000,000 |
| 19. | Tu-Anh | | Pham | | $8,152,540 | $2,000,000 | $10,152,540 |
| 20. | Giovanna | | Porras | | $1,047,730 | $2,000,000 | $3,047,730 |
| 21. | Robert | D. | Pugliese | | | $2,000,000 | $2,000,000 |
| 22. | Lincoln | | Quappe | | $4,199,138 | $2,000,000 | $6,199,138 |
| 23. | Deborah | | Ramsaur | | $1,718,491 | $2,000,000 | $3,718,491 |
| 24. | Martha | M. | Reszke | | $948,293 | $2,000,000 | $2,948,293 |
| 25. | Francis | | Riccardelli | | $6,146,029 | $2,000,000 | $8,146,029 |
| 26. | Venesha | | Richards | | | $2,000,000 | $2,000,000 |
| 27. | Carmen | A. | Rivera | | $3,760,940 | $2,000,000 | $5,760,940 |
| 28. | Linda | I. | Rivera | | $975,352 | $2,000,000 | $2,975,352 |
| 29. | Joseph | M. | Romagnolo | | $4,882,491 | $2,000,000 | $6,882,491 |
| 30. | Mark | L. | Rosenberg | | $3,616,703 | $2,000,000 | $5,616,703 |
| 31. | Timothy | A. | Roy | | $5,883,487 | $2,000,000 | $7,883,487 |
| 32. | Isidro | D. | Ottenwalder | | $2,455,057 | $2,000,000 | $4,455,057 |
| 33. | Ronald | J. | Ruben | | | $2,000,000 | $2,000,000 |
| 34. | Susan | A. | Ruggiero | | $3,828,400 | $2,000,000 | $5,828,400 |
| 35. | Hernando | R. | Salas | | $126,692 | $2,000,000 | $2,126,692 |
| 36. | Frederick | C. | Scheffold | | $2,420,060 | $2,000,000 | $4,420,060 |