UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
|---|---|
| This document relates to: <br> *Arias, et al. v. The Islamic Republic of Iran* | 19-cv-41 (GBD)(SN) <br> ECF Case |

**PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *ARIAS* PLAINTIFFS IDENTIFIED AT EXHIBIT A**

(*ARIAS* IV)

PLEASE TAKE NOTICE that upon the accompanying declaration of John M. Eubanks, with exhibits, and the accompanying memorandum of law, the Plaintiffs identified in Exhibit A to the accompanying declaration of John M. Eubanks, respectfully move this Court for an Order awarding them (1) compensatory damages for pain and suffering in the same per estate amount previously awarded by this Court regarding other estates of decedents killed in the September 11 attacks; (2) economic damages for the plaintiffs identified in the expert reports attached as Exhibit B to the Eubanks Declaration, dated January 15, 2020, and contained on digital media to be delivered to the Court by overnight courier; (3) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and (4) permission for the *Arias* plaintiffs identified in Exhibit A to seek punitive damages, economic damages, or other damages at a later date, and for all other *Arias* Plaintiffs not appearing on Exhibit A, to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Plaintiffs' request is made in connection with the judgment on default as to liability entered against the Islamic Republic of Iran on September 9, 2019.  *See* ECF No. 5104.

2

| | |
|---|---|
| Dated: January 15, 2020 | Respectfully submitted |
| | /s/  John M. Eubanks |
| | John M. Eubanks, Esq. |
| | Robert T. Haefele, Esq. |
| | MOTLEY RICE LLC |
| | 28 Bridgeside Blvd. |
| | Mount Pleasant, SC 29464 |
| | Tel: 843-216-9000 |
| | Fax: 843-216-9450 |
| | Email: jeubanks@motleyrice.com |
| | Email: rhaefele@motleyrice.com |
| | |
| | Attorneys for the *Arias* Plaintiffs |