# Exhibit A

**Ex. A to *Rowenhorst***

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Edwin | J. | Graf | Kristen | C. | Graf | | Child | $8,500,000 |
| 2. | Edwin | J. | Graf | Tyler | W. | Graf | | Child | $8,500,000 |
| 3. | Arthur | | Simon | Philip | | Simon | | Sibling (Deceased) | $4,250,000 |
| 4. | Arthur | | Simon | Kenneth | | Simon | | Child (Deceased) | $8,500,000 |
| 5. | Kenneth | Alan | Simon | Maya | Rose | Simon | | Child | $8,500,000 |
| 6. | Kenneth | Alan | Simon | Karen | Renee | Simon | | Spouse | $12,500,000 |
| 7. | Timothy | Michael | Stackpole | Brian | | Stackpole | | Child | $8,500,000 |
| 8. | Timothy | Michael | Stackpole | Brendan | | Stackpole | | Child | $8,500,000 |
| 9. | Timothy | Michael | Stackpole | Kaitlyn | | Welsh | | Child | $8,500,000 |
| 10. | Timothy | Michael | Stackpole | Kevin | | Carlton | | Child | $8,500,000 |
| 11. | Timothy | Michael | Stackpole | Tara | Ann | Stackpole | | Spouse | $12,500,000 |
| 12. | Timothy | Michael | Stackpole | Terence | | Stackpole | | Child | $8,500,000 |
| 13. | Timothy | Michael | Stackpole | Edward | | Stackpole | Sr. | Parent (deceased) | $8,500,000 |
| 14. | Maria | P. | Vola | John | | Vola | | Parent (Deceased) | $8,500,000 |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Robert | F. | Wallace | Alexander | John | Wallace | | Child | $8,500,000 |
| 16. | Robert | F. | Wallace | Jeanine | L. | Fusco | | Child | $8,500,000 |
| 17. | Robert | F. | Wallace | Nancy | T. | Wallace | | Spouse | $12,500,000 |
| 18. | Robert | F. | Wallace | Daniel | | Wallace | | Child (deceased) | $8,500,000 |
| 19. | Leonard | A. | White | Thelma | | White | | Parent (Deceased) | $8,500,000 |

**TOTAL**                                                                                                              **$169,250,000**