# Exhibit B

**EX. B to *Rowenhorst***
*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Richard | C. | Rescorla | | $946,821 | $2,000,000 | $2,946,821 |
| 2. | Gregory | | Sikorsky | | | $2,000,000 | $2,000,000 |
| 3. | Arthur | | Simon | | $2,821,391 | $2,000,000 | $4,821,391 |
| 4. | Kenneth | | Simon | | | $2,000,000 | $2,000,000 |
| 5. | Timothy | | Stackpole | | $4,278,541 | $2,000,000 | $6,278,541 |
| 6. | William | Harry | Thompson | | $1,074,305 | $2,000,000 | $3,074,305 |
| 7. | John | | Tobin | | $3,317,882 | $2,000,000 | $5,317,882 |
| 8. | Sankara | | Velamuri | | $1,149,269 | $2,000,000 | $3,149,269 |
| 9. | David | | Vera | | | $2,000,000 | $2,000,000 |
| 10. | Robert | F. | Wallace | | | $2,000,000 | $2,000,000 |
| 11. | Leonard | A. | White | | $376,289 | $2,000,000 | $2,376,289 |
| 12. | Suzanne | | Youmans | | | $2,000,000 | $2,000,000 |
| | **TOTALS** | | | | $13,964,498 | $24,000,000 | **$37,964,498** |