| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | **EXHIBIT A** | | | |
| 1 | Stephen | | Bunin | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 2 | Michael | Scott | Carlo | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 3 | Rosa | Marie | Chapa | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 4 | Susan | Clancy | Conlon | | $ 2,000,000.00 | | $ 8,354,103.00 | $ 10,354,103.00 |
| 5 | Robert | | Curatolo | | $ 2,000,000.00 | | $ 10,717,083.00 | $ 12,717,083.00 |
| 6 | Joseph | P. | Gullickson | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 7 | Ruth | Ellen | Ketler | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 8 | Charles | Augustus | Laurencin | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 9 | Charles | Joseph | Margiotta | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 10 | Denis | J. | McHugh | III | $ 2,000,000.00 | | $ 13,992,884.00 | $ 15,992,884.00 |
| 11 | Carl | Eugene | Molinaro | | $ 2,000,000.00 | | $ 10,488,953.00 | $ 12,488,953.00 |
| 12 | Christopher | Michael | Mozzillo | | $ 2,000,000.00 | | $ 11,213,937.00 | $ 13,213,937.00 |
| 13 | Theresa | Ann | Munson | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 14 | Raymond | E. | Murphy | Sr. | $ 2,000,000.00 | | $ 8,037,441.00 | $ 10,037,441.00 |
| 15 | William | S. | O'Keefe | | $ 2,000,000.00 | | $ 7,307,118.00 | $ 9,307,118.00 |
| 16 | Steven | J. | Olson | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 17 | Richard | N. | Poulos | | $ 2,000,000.00 | | $ 5,192,449.00 | $ 7,192,449.00 |
| 18 | John | Thomas | Vigiano | II | $ 2,000,000.00 | | $ 9,591,743.00 | $ 11,591,743.00 |
| 19 | Steven | L. | Glick | | $ 2,000,000.00 | | $ 69,020,206.00 | $ 71,020,206.00 |
| 20 | Ralph | Michael | Licciardi | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| | | | **TOTALS** | | $ 40,000,000.00 | | $ 153,915,917.00 | $ 193,915,917.00 |