# Exhibit C

**Ex. C to *Morris***
*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | Relationship to 9/11 Decedent |
|---|---|---|---|---|---|---|---|
| 1. | Jude | Joseph | Moussa | Jude | Joseph | Moussa | Co-PR |
| 2. | Isidro | | Ottenwalder | Eddie | | Ottenwalder | Sibling |
| 3. | Isidro | | Ottenwalder | Nilda | | Ottenwalder | Sibling |
| 4. | Isidro | | Ottenwalder | Olga | | Ottenwalder | Sibling |
| 5. | Timothy | A. | Roy | Ida | Mae | Roy | Parent (deceased) |
| 6. | Timothy | A. | Roy | Linda | | Amato | Sibling |
| 7. | Timothy | A. | Roy | James | | Roy | Sibling |
| 8. | Timothy | A. | Roy | John | | Roy | Sibling |
| 9. | Timothy | A. | Roy | Gary | | Roy | Sibling |
| 10. | Timothy | A. | Roy | Kenneth | | Roy | Sibling |
| 11. | Timothy | A. | Roy | Douglas | J. | Roy | Sibling |
| 12. | Joseph | Michael | Romagnolo | Steven | Salvatore | Romagnolo | Sibling |
| 13. | Venesha | | Richards | Shaun | L. | Rodgers | Sibling |