# Exhibit C

**Ex. C to *Rowenhorst***
*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent |
|---|---|---|---|---|---|---|---|---|
| 1. | Arthur |  | Simon | Philip |  | Simon |  | Sibling (Deceased) |
| 2. | Kenneth | Alan | Simon | Maya | Rose | Simon |  | Child |
| 3. | Kenneth | Alan | Simon | Karen | Renee | Simon |  | Spouse |
| 4. | Timothy | Michael | Stackpole | Brian |  | Stackpole |  | Child |
| 5. | Timothy | Michael | Stackpole | Brendan |  | Stackpole |  | Child |
| 6. | Timothy | Michael | Stackpole | Kaitlyn |  | Welsh |  | Child |
| 7. | Timothy | Michael | Stackpole | Kevin |  | Carlton |  | Child |
| 8. | Timothy | Michael | Stackpole | Tara | Ann | Stackpole |  | Spouse |
| 9. | Timothy | Michael | Stackpole | Terence |  | Stackpole |  | Child |
| 10. | Timothy | Michael | Stackpole | Edward |  | Stackpole | Sr. | Parent (deceased) |
| 11. | Robert | F. | Wallace | Alexander | John | Wallace |  | Child |
| 12. | Robert | F. | Wallace | Jeanine | L. | Fusco |  | Child |
| 13. | Robert | F. | Wallace | Nancy | T. | Wallace |  | Spouse |
| 14. | Robert | F. | Wallace | Daniel |  | Wallace |  | Child (deceased) |