| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EXHIBIT A |||||||||
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
| 1 | Harvey | Joseph | Gardner | III | $ 2,000,000.00 | | $ 7,738,348.00 | $ 9,738,348.00 |
| 2 | Debra | Lynn | Gibbon | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 3 | Vincent | D. | Kane | Jr. | $ 2,000,000.00 | | $ 8,818,464.00 | $ 10,818,464.00 |
| 4 | Stephen | V. | Long | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 5 | Gregory | E. | Rodriguez | | $ 2,000,000.00 | | $ 18,582,376.00 | $ 20,582,376.00 |
| 6 | Paul | J. | Simon | | $ 2,000,000.00 | | $ 5,725,290.00 | $ 7,725,290.00 |
| 7 | Maurita | | Tam | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 8 | Robert | Frank | Tipaldi | | $ 2,000,000.00 | | $ 58,076,847.00 | $ 60,076,847.00 |
| 9 | Cindy | Yanzhu | Guan | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| | | | | | | | | |
| | | | TOTALS | | $ 18,000,000.00 | | $ 98,941,325.00 | $ 116,941,325.00 |