## EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Catherine | Ellen | Chirls | | Nicholas | Benjamin | Chirls | | Child | $8,500,000.00 |
| 2 | Tara | Kathleen | Creamer | | John | J. | Creamer | | Spouse | $12,500,000.00 |
| 3 | Tara | Kathleen | Creamer | | Colin | | Creamer | | Child | $8,500,000.00 |
| 4 | Tara | Kathleen | Creamer | | Nora | | Creamer | | Child | $8,500,000.00 |
| 5 | Michael | Patrick | Iken | | Anne | Margaret | Habeeb (Estate of) | | Sibling | $4,250,000.00 |
| 6 | Michael | Francis | Lynch | | Frederick | Joseph | Lynch | | Sibling | $4,250,000.00 |
| 7 | Susan | | Mackay | | Matthew | | Mackay | | Child | $8,500,000.00 |
| 8 | Susan | | Mackay | | Lauren | | Mackay | | Child | $8,500,000.00 |
| 9 | Richard | B. | Madden | | Patricia | M. | Lezynski | | Child | $8,500,000.00 |
| 10 | Kaaria | William | Mbaya | | Vertistine | Beaman | Mbaya | | Parent | $8,500,000.00 |
| 11 | Stuart | Todd | Meltzer | | Lawrence | | Meltzer | | Sibling | $4,250,000.00 |
| 12 | Michael | B. | Packer | | Rekha | D. | Packer | | Spouse | $12,500,000.00 |
| 13 | Gina | | Sztejnberg | | Michael | | Sztejnberg | | Spouse | $12,500,000.00 |
| 14 | Lawrence | J. | Veling | | Ryan | | Veling | | Child | $8,500,000.00 |
| 15 | Stephen | Gordon | Ward | | Susan | | Moore | | Sibling | $4,250,000.00 |
| | | | | | | | **TOTAL:** | | | **$80,500,000.00** |