# EXHIBIT B

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

62, RUE DU FAUBOURG SAINT-HONORÉ
75008 PARIS, FRANCE
TELEPHONE (33 1) 53 43 14 14
FACSIMILE (33 1) 53 43 00 23

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

ORIENTAL PLAZA, TOWER E3
SUITE 1205
NO. 1 EAST CHANG AN AVENUE
DONG CHENG DISTRICT
BEIJING, 100738
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 8518-2766
FACSIMILE (86-10) 8518-2760/61

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

WRITER'S DIRECT DIAL NUMBER

212 373-3254

WRITER'S DIRECT FACSIMILE

212 373-2826

WRITER'S DIRECT E-MAIL ADDRESS

sbuergel@paulweiss.com

NEALE M. ALBERT
MARK H. ALCOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
RICHARD S. BORISOFF
HENK BRANDS
JOHN F. BREGLIO
RICHARD J. BRONSTEIN
PATRICK S. CAMPBELL*
JEANETTE K. CHAN
YVONNE Y.F. CHAN
DOUGLAS A. CIFU
LEWIS R. CLAYTON
JAY COHEN
RUSSELL E. COLWELL
KELLEY A. CORNISH
DOUGLAS R. DAVIS
JAMES M. DUBIN
LESLIE GORDON FAGEN
MARC FALCONE
PETER L. FELCHER
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
KENNETH A. GALLO*
MICHAEL E. GERTZMAN
PAUL D. GINSBERG
ERIC S. GOLDSTEIN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
GERARD E. HARPER
ROBERT M. HIRSH
STEVEN R. HOWARD
JOYCE S. HUANG
JEH CHARLES JOHNSON
MEREDITH J. KANE
ROBERTA A. KAPLAN
BRAD S. KARP
JOHN C. KENNEDY
ALAN W. KORNBERG
RUBEN KRAIEM

DANIEL J. KRAMER
DAVID K. LAKHDHIR
JOHN E. LANGE
DANIEL J. LEFFELL
MARTIN LONDON
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
TOBY S. MYERSON
JOHN E. NATHAN
KEVIN J. O'BRIEN
ALEX YOUNG K. OH
JOHN J. O'NEIL
KELLEY D. PARKER
ROBERT P. PARKER*
MARC E. PERLMUTTER
MARK F. POMERANTZ
VALERIE E. RADWANER
CAREY R. RAMOS
MICHAEL B. REEDE*
CARL L. REISNER
WALTER RIEMAN
SIDNEY S. ROSDEITCHER
RICHARD A. ROSEN
ANDREW N. ROSENBERG
STEVEN B. ROSENFELD
PETER J. ROTHENBERG
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
MICHAEL J. SEGAL
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
PHILLIP L. SPECTOR*
STUART G. STEINGOLD
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
JUDITH R. THOYER
DANIEL J. TOAL
MARK A. UNDERBERG
MARIA T. VULLO
THEODORE V. WELLS, JR.
STEVEN L. WOLFRAM
LISA YANO
JORDAN E. YARETT
ALFRED D. YOUNGWOOD

*NOT ADMITTED TO NEW YORK BAR.

March 15, 2004

By Federal Express

Hon. Kenneth R. Feinberg
Special Master
Victim Compensation Fund
1900 K Street, NW
Suite 900
Washington, DC 20006

*In the matter of Gail A. Brennan,
personal representative of the estate of Edward A. Brennan*
Claim Number 212-005754

Dear Mr. Feinberg:

      On behalf of Gail A. Brennan, the mother and personal representative of Edward A. Brennan, who was killed on September 11, 2001 in the terrorist attacks on the World Trade Center, we enclose an application to the September 11th Victim Compensation Fund of 2001. Part I of this application was submitted on December 18, 2003. This package includes: (i) a completed Compensation Form for Deceased Victims (the "Form"); (ii) supporting documentation listed in Part IV of the Form; and (iii) other relevant materials to assist you in the process of computing the award.[1]

---

[1] References in this letter are to the Exhibits enclosed herewith.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Hon. Kenneth R. Feinberg
Special Master
Victim Compensation Fund                                              2.

## *The Loss of Ted*

On September 11, 2001, Edward A. Brennan, known to his family and friends as Ted, was 37 years old. He was born in Elizabeth, New Jersey and raised in Sea Girt, New Jersey, with his three sisters. At the time of his death, Ted was living in New York City.

Ted was employed as a Vice President, Institutional Broker and Salesman in the Government Bonds division of Cantor Fitzgerald & Co. ("Cantor"). He was a graduate of Portsmouth Abbey School in 1982 and the College of the Holy Cross in 1986. After graduation from college, Ted joined Drexel Burnham Lambert, beginning his career on Wall Street. Ted had worked at Cantor for eleven years prior to his death.

As Mrs. Brennan describes in more detail in her affidavit in support of her application, Ted's death has been devastating for his parents, his three sisters and Meghan Daly, the woman he planned to marry. (*See* Exhibit 2.) Ted frequently spent weekends in Sea Girt, always making time for a round of golf with his father or friends. Ted cherished the time he was able to spend with his sisters, nephews, niece and parents in Sea Girt.

In support of Mrs. Brennan's application, we also enclose the affidavits of Meghan Daly, Michael J. Giblin, Jr. and Jerome L. Power, Jr. (*See* Exhibits 3, 4 and 5.) As noted above and described in Ms. Daly's, Mr. Giblin's and Mr. Power's affidavits, at the time of his death, Ted intended to marry Ms. Daly in the Spring of 2002. Ted and Meghan had been dating since December 1999, and, as Messrs. Giblin and Power described, Ted's love and commitment to Ms. Daly were obvious to everyone who knew him. As Ms. Daly described, she lost the man she intended to marry and spend her life with as a result of the tragic events of that day.

In honor of Ted and his commitment to his community, Ms. Daly founded the Edward A. Brennan III Memorial Foundation, to raise money for educational scholarships. In support of this effort, Ms. Daly organizes golf tournaments in Ted's name. In the front of the program for one such tournament, Ms. Daly wrote of Ted: "He was an extraordinary person—with a loving and honest heart and an amazingly quick wit. Ted and I had plans for a wonderful future together. While that future was cruelly taken from us, I hope to create a legacy for Ted through his foundation." (*See* Exhibit 8.)

Ted was recently remembered in the Winter 2002 Holy Cross Magazine. (*See* Exhibit 7.) The comments submitted by his friends and loved ones from school reflect Ted's unfailing commitment to those closest to him. It is this loss—the loss of Ted's devotion, companionship and humor—that cannot be compensated.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Hon. Kenneth R. Feinberg
Special Master
Victim Compensation Fund                                        3

*Upward Revision of the VCF Award*

Following the tables for determining economic and non-economic loss set forth in the Explanation as well as the Victim Compensation Fund Frequently Asked Questions, the presumptive award to which the Brennan family and Ms. Daly are entitled, after collateral offsets, would be approximately $1,442,273.00. This reflects (1) the presumed economic loss and non-economic loss of approximately $1,592,273.00 calculated in accordance with Table 7 of the Explanation, minus (2) $150,000 in collateral offsets. But this amount does not accurately reflect Ted's actual economic loss, and should be adjusted upward to account for the fact that Ted was involved in a serious relationship with the woman he intended to marry.

Because of Ted's relationship with Ms. Daly, we submit that it is more appropriate to treat Ted as married, with no children, as opposed to single, for the purposes of determining an appropriate consumption rate to apply from Table 4. Accordingly, the consumption rate applied in this case should be reduced from 48.0% to 12.5%, to reflect Ted's actual domestic status. Application of the appropriate consumption rate to the calculation of the award in this case results in a presumptive economic loss of $2,258,983.00.

Thus, adding together the adjusted economic loss $2,258,983.00, the non-economic loss of $250,000, and reducing that amount by the offsets from collateral sources ($150,000), the total award granted to the Brennan family and Ms. Daly should be approximately $2,358,983.00.

\*   \*   \*

Should there be any questions about any of the accompanying materials, please contact me and we will try to resolve them promptly.

Respectfully,

Susanna M. Buergel

Enclosures

cc: Mrs. Gail Brennan