UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case 3226 |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN) (and member case *Betru et al. v. Islamic Republic of Iran,* 18-cv-8297 (GBD)(SN))

### [PROPOSED] FINAL ORDER OF JUDGMENT ON BEHALF OF *ASHTON XX* PLAINTIFF IDENTIFIED AT EXHIBIT A

Upon consideration of the evidence and arguments submitted by Plaintiff, Estate of Edward Brennan, III, identified in Exhibit A attached to this Order, plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-cv-6977 (S.D.N.Y.) (GBD) (SN) ("*Ashton*"), who is the estate of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran ("Iran") entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants;

**ORDERED** that final judgment is entered against Iran and on behalf of the Plaintiff, Edward Brennan III, in *Ashton,* as identified as the estate of a victim killed in the terrorist attacks on September 11, 2001, as indicated in, as described in Exhibit A;

**ORDERED** that Plaintiff identified in the Declaration of Andrew J. Maloney, Esq. dated January 15, 2020 (and Exhibits identified therein), is awarded economic damages as set forth in Exhibit A as supported by the Declaration of Andrew J. Maloney, Esq. dated January 15, 2020;

2

**ORDERED** that the *Ashton* Plaintiff identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment;

**ORDERED** that Plaintiff identified in Exhibit A may submit an application for punitive damages, updated economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

Dated: New York, New York

_____, 2020

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge