# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
jgoldman@andersonkill.com
212-278-1034

*Via ECF & FedEx*                                                     January 17, 2020

The Honorable George B. Daniels          The Honorable Sarah Netburn
U.S. District Judge                      U.S. Magistrate Judge
United States District Court             United States District Court
Southern District of New York            Southern District of New York
Daniel P. Moynihan U.S. Courthouse       Thurgood Marshall United States Courthouse
500 Pearl Street                         40 Foley Square, Room 430
New York, NY 10007                       New York, NY 10007

> Re: *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, 04-cv-1923 (S.D.N.Y.) (GBD) (SN)

Dear Judge Daniels & Judge Netburn:

I represent Plaintiffs in the above-referenced matter. I write regarding the Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Other Relief that was filed on January 15, 2020, 03-MD-1570, ECF No. 5676. It has come to our attention that the Memorandum of Law as filed includes an incorrect internal citation. Currently, the second full paragraph on page 12 begins, "As discussed *infra* in Section C." As corrected in the attached Memorandum, this sentence begins, "As discussed *infra* in Section III." Yesterday, I informed defense counsel of this incorrect internal citation as well.

Thank you for your attention to this matter.

Respectfully,

*/s/ Jerry S. Goldman*

Jerry S. Goldman, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Telephone: 212-278-1000
Email: jgoldman@andersonkill.com
*Attorney for the Plaintiffs*

**Anderson Kill P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
January 17, 2020
Page 2

Enclosure

cc: All Counsel of Record (via ECF)