**BERNABEI & KABAT, PLLC**
ATTORNEYS AT LAW
1400 16th STREET, N.W., SUITE 500
WASHINGTON, D.C. 20036-2223

| | | |
|---|---|---|
| **LYNNE BERNABEI** | 202.745.1942 | **DEVIN WRIGLEY** |
| **ALAN R. KABAT** | FAX: 202.745.2627 | **OLIVIA JERJIAN** |
| **PETER M. WHELAN** | WWW.BERNABEIPLLC.COM | |
| **KRISTEN SINISI** | | |

By ECF
January 21, 2020

Honorable Sarah Netburn
Magistrate Judge, United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:   *In re Terrorist Attacks of Sept. 11, 2001*,
           03-MDL-1570 (S.D.N.Y.) (GBD) (SN)

Dear Judge Netburn:

    I write on behalf of defendant Soliman Al-Buthe to request an extension of time, to Wednesday, February 5, 2020, to file a response to the Plaintiffs' Motion for Sanctions (ECF 5628) (Jan. 15, 2020). Counsel for Plaintiffs have consented to the requested relief.

                          Respectfully submitted,

                          */s/ Alan R. Kabat*

                          Alan R. Kabat

cc: MDL-1570 counsel (by ECF)