# EXHIBIT A

## [Corrected] Ex. A to *Hemenway*

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINITFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Nancy |  | Liz | Jose |  | Liz |  | Sibling | $4,250,000 |
| 2. | Nancy |  | Liz | Jose |  | Liz | Sr. | Parent (Deceased) | $8,500,000 |
| 3. | Nancy |  | Liz | Elena |  | Liz |  | Parent (deceased) | $8,500,000 |
| 4. | Nancy |  | Liz | Maria |  | Liz |  | Sibling | $4,250,000 |
| 5. | Joseph | J. | Ogren | Eric | James | Ogren |  | Sibling | $4,250,000 |
| 6. | Joseph | J. | Ogren | Patricia | Ann | Golden |  | Sibling | $4,250,000 |
| 7. | James | Matthew | Patrick | Shawn | Joseph | Patrick |  | Sibling | $4,250,000 |
| 8. | Carol |  | Rabalais | Mary | Agatha | South |  | Parent | $8,500,000 |

**TOTAL** $46,750,000