# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

<u>Via ECF and Federal Express</u>                                      January 21, 2020

The Honorable Sarah Netburn
U.S. Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

>  Re:   In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN);
> Marinella Hemenway et al. v. Islamic Republic of Iran, No. 1:18-cv-12277
> (GBD) (SN)

Dear Judge Netburn:

I represent plaintiffs in the above-referenced matter.  On January 10, 2020, we filed a Notice of Amendment in the above-referenced case to add as plaintiffs certain family members of individuals killed on September 11, 2001.  MDL ECF No. 5500.  In that Notice of Amendment we listed the names of the September 11, 2001 decedents, the names of the plaintiffs to be added, the relationship between each plaintiff and the 9/11 decedent, and the paragraphs of the Complaint discussing the 9/11 decedent.  In that filing we inadvertently misspelled claimant Maria Liz's name as "Marie Liz."  MDL ECF No. 5500, at line 4.

Similarly, on January 15, 2020 we filed a motion for solatium damages for certain family members of individuals killed on September 11, 2001.  MDL ECF No. 5595.  In Exhibit A to the Declaration of Jerry S. Goldman, Esq., filed in support of that motion, we again misspelled claimant Maria Liz's name as "Marie Liz."

We have submitted to the Clerk of Court a corrected Notice of Amendment and corrected Exhibit A which correctly spells Maria Liz's name, and ask that this Court grant our corrected motion.

We thank the Court for its attention to these matters.

>                                    Respectfully submitted,
>
>                                    <u>/s/ Jerry S. Goldman</u>
>                                    Jerry S. Goldman, Esq.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100230891.1

**Anderson Kill P.C.**

The Honorable Sarah Netburn
January 21, 2020
Page 2

    cc:    The Honorable George B. Daniels
            Daniel Patrick Moynihan U.S. Courthouse
            500 Pearl Street
            New York, NY 10007
            *via Fed-Ex*

            All counsel *via ECF*