| | | EXHIBIT A | | | | |
|---|---|---|---|---|---|---|
| # | 9/11 SURVIVOR'S FIRST NAME | 9/11 SURVIVOR'S MIDDLE NAME | 9/11 SURVIVOR'S LAST NAME | SUFFIX | LOCATION WHERE INJURY OCCURRED | INJURY CATEGORY | SEVERITY OF INJURY |
| 1 | George | Joseph | Bachmann | | World Trade Center | Building Collapse | Severe |
| 2 | Mary | Ellen | Barbieri | | World Trade Center | Impact | Severe |
| 3 | Richard | | Beatty | | World Trade Center | Building Collapse | Devastating |
| 4 | Jean | M. | Hunt | | Pentagon | Impact | Devastating |
| 5 | David | | Kletsman | | World Trade Center | Escape/Falling Debris | Severe |
| 6 | Daniel | | Kruesi | | World Trade Center | Escape | Severe |
| 7 | John | R. | La Sala | | World Trade Center | Escape/Falling Debris | Significant |
| 8 | Veronica | O. | Li | | World Trade Center | Escape/Falling Debris | Severe |
| 9 | James | Raymond | McCarthy | | World Trade Center | Escape | Severe |
| 10 | Nancy | Marie | Morrison | | World Trade Center | Escape | Devastating |
| 11 | Kofi | Osei | Nyantakyi | | World Trade Center | Escape | Severe |
| 12 | Sharon | | Premoli | | World Trade Center | Building Collapse | Devastating |
| 13 | Bryan | | Rodrigues | | World Trade Center | Building Collapse/Pulmonary Trauma | Severe |
| 14 | Julio | | Roig | Jr. | World Trade Center | Pulmonary Trauma | Significant |
| 15 | Kevin | | Shaeffer | | Pentagon | Impact | Devastating |
| 16 | Donna | | Singer | | World Trade Center | Escape | Significant |
| 17 | Eugenia | | Singer | | World Trade Center | Impact | Devastating |
| 18 | Lauren | A. | Smith | | World Trade Center | Impact | Severe |
| 19 | Kenneth | | Summers | | World Trade Center | Impact | Devastating |
| 20 | Michael | A. | Telesca | | World Trade Center | Building Collapse | Severe |
| 21 | Bidiawattie | | Tewari | | World Trade Center | Escape | Significant |
| 22 | Denise | | Thompson | | World Trade Center | Escape | Significant |
| 23 | John | Lewis | Thurman | | Pentagon | Impact/Pulmonary Trauma | Severe |
| 24 | Phidia | | Wong | | World Trade Center | Escape | Devastating |