# Exhibit W

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
|---|---|
| | ECF Case |
| This document relates to: *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN) |
| | ECF Case |

**DECLARATION OF DENISE THOMPSON**

I, Denise Thompson, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was present in One World Trade Center, New York City, when the terrorist attacks of the World Trade Center Towers occurred.

4. At the time of the attacks, I was at my place of employment, Commodity Futures Trading Commission.

5. I was at work on the 37th Floor of One World Trade Center's North Tower when a passenger jet, hijacked and piloted by terrorists, plunged into our Tower and tore through the entire width of the building, detonating destruction, mayhem and unspeakable carnage that would

endure for almost 2 hours without pause—and in the horrific memories of survivors like me, for a lifetime.

6. When the passenger jet flown by the terrorists hit the World Trade Center Towers, my coworkers and I fled our offices. While I was attempting to escape from the 37th Floor, I fell down a flight of stairs and I significantly injured my back. Further, I also suffered smoke inhalation injuries following the attacks and during my escape from One World Trade Center.

7. In the course of the attack and my escape, I witnessed atrocities beyond the imagination of the average citizen. The situation could only be compared to a war zone. I was going about my everyday life in a peaceful manner when we were brutally attacked by terrorists and my life was altered forever. Thus, as a result of these terrorist attacks and the events that I witnesses, I also began to suffer profound post-traumatic stress.

8. I sought medical attention for my injuries from the time of the attacks and for approximately one full year thereafter. I received physical therapy for my injured back, as well as treatment from a counselor for my post-traumatic stress. For one full year after the 9-11 attacks, I suffered from severe emotional distress. I suffered from anxiety and bouts of depression due to the traumatic events of these terrorist attacks. Attached as Exhibit B to this Declaration is a true and correct copy of my select relevant medical records related to the treatment that I received following these horrific terrorist attacks.

9. I previously pursued a claim through the September 11th Victim Compensation Fund specifically related to my injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

I declare UNDER PENALTY OF PERJURY that the foregoing is true and correct.

EXECUTED on this 31st day of December 2019.

_Denise Thompson_
Signature of Affiant

# Exhibits Filed Under Seal