# Exhibit X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|
| This document relates to: *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN) ECF Case |

**DECLARATION OF JOHN LEWIS THURMAN**

I, John Lewis Thurman, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based upon my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was present at the Pentagon when a passenger jet, hijacked and piloted by terrorists, plunged into the Pentagon and tore through much of the building, detonating destruction, mayhem and unspeakable carnage that would endure for several hours without pause. These horrific memories will now last a lifetime for survivors like myself.

4. At the time of these horrific terrorist attacks, I was a Major in the United States Army, working as an operations research analyst on the second floor of a newly renovated section of the Pentagon.

5.  When the hijacked passenger jet hit the Pentagon, the force of the blast pushed me backwards and away from my desk.  In the confusion and darkness that followed, I dropped under my desk and then I saw a fireball come over a false wall behind me.  As the room completely filled with smoke, I tried with all of my abilities to help my friends, Bill Ruth and Karen Wagner, survive and escape.  While we searched in the smoke-filled darkness for an exit, both Karen and Bill died of smoke inhalation.  I held my breath and pushed my way around the office until I finally found an exit.  Of my six friends and colleagues that worked in my immediate office, only three of us survived this horrific event.

6.  As a result of the terrorist attack on the Pentagon, I received physical injuries in the collapse of part of the building and during my escape from the fire and smoke filled destruction. In the course of the attack and my escape, I witnessed atrocities beyond the imagination of the average citizen. The situation could only be compared to a war zone.  I was going about my everyday life in a peaceful manner when we were brutally attacked by terrorists and my life was altered forever.

7.  Because of these terrorist attacks, I suffered the following specific physical injuries on September 11, 2001: severe smoke inhalation, which required an immediate transport to Arlington Hospital's emergency room and then the Intensive Care Unit for two days.  I ultimately stayed in Arlington Hospital for a week while recovering from my injuries, followed by a full year of additional medical treatment before I made a full physical recovery.  The extreme smoke inhalation has further caused me to suffer from both asthma and recurrent bronchitis on a long-term basis.  Attached as Exhibit "B" to this Declaration is a true and correct copy of my select relevant medical records related to the medical treatment that I have received following the September 11, 2001 terrorist attacks.

8. Additionally, these terrorist attacks took the lives of twenty-six of my close friends and colleagues on September 11th. While I felt lucky that I ultimately survived this horrific attack, I felt incredibly guilty and I continue to feel so that I survived this catastrophic event when so many of my brothers and sisters in arms did not. I suffered, and continue to suffer, severe emotional distress/PTSD because of the above terrorist attack. I suffered and continue to suffer from anxiety and bouts of depression due to the traumatic events that I experienced. I also continue to receive treatment for my severe emotional distress. Exhibit B also contains select relevant records related to my past and present treatment for severe emotional distress/PTSD.

9. I previously pursued a claim through the September 11th Victim Compensation Fund specifically related to my injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

I declare UNDER PENALTY OF PERJURY that the foregoing is true and correct.

EXECUTED on this 18 day of December 2019.

_____
Signature of Affiant

3

# Exhibits Filed Under Seal