| EXHIBIT B | | | | | | | |
|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
| 1 | John | E. | Bulaga | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 2 | Wai | C. | Chung | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 3 | Joan | Mcconnell | Cullinan | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 4 | Stephen | | Driscoll | | $ 2,000,000.00 | | $ 9,200,727.00 | $ 11,200,727.00 |
| 5 | Terrence | | Farrell | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 6 | John | R. | Fischer | | $ 2,000,000.00 | | $ 9,241,407.00 | $ 11,241,407.00 |
| 7 | Marylou | | Hague | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 8 | Robert | Allan | Hepburn | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 9 | James | P. | Hopper | | $ 2,000,000.00 | | $ 5,540,872.00 | $ 7,540,872.00 |
| 11 | Daniel | | Libretti | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 12 | Thomas | J. | McCann | | $ 2,000,000.00 | | $ 8,068,200.00 | $ 10,068,200.00 |
| 13 | Robert | C. | Miller | Jr. | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 14 | Francis | J. | Nazario | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 15 | Curtis | T. | Noel | | $ 2,000,000.00 | | $ 9,733,045.00 | $ 11,733,045.00 |
| 16 | Barbara | A. | Shaw | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 17 | David | Marc | Sullins | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 18 | Perry | | Thompson | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 19 | Michael | T. | Weinberg | | $ 2,000,000.00 | | $ 8,906,538.00 | $ 10,906,538.00 |
| 20 | William | Eben | Wilson | | | $ 2,000,000.00 | $ 4,755,448.00 | $ 6,755,448.00 |
| 21 | David | Harold | Winton | | $ 2,000,000.00 | | $ 25,312,345.00 | $ 27,312,345.00 |
| | | | | | | | | $ 120,758,582.00 |