| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EXHIBIT A | | | | | | | | | | |
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Paul | Wesley | Ambrose | | Kenneth | Paul | Ambrose | | Parent | $ 8,500,000.00 |
| 2 | Paul | Wesley | Ambrose | | Sharon | Norwood | Ambrose | | Parent | $ 8,500,000.00 |
| 3 | Michael | G. | Arczynski | | Lori | Ann | Arczynski on behalf of minor child M.S.A. | | Child | $ 8,500,000.00 |
| 4 | John | E. | Bulaga | Jr. | Michelle | A. | Bulaga | | Spouse | $ 12,500,000.00 |
| 5 | William | Alexander | Chalcoff | | Brian | | Chalcoff | | Child | $ 8,500,000.00 |
| 6 | William | Alexander | Chalcoff | | Michelle | | Chalcoff | | Spouse | $ 12,500,000.00 |
| 7 | Wai | C. | Chung | | Steve | Wai | Chung | | Sibling | $ 4,250,000.00 |
| 8 | Vincent | Francis | DiFazio | | Joseph | Vincent | DiFazio | | Child | $ 8,500,000.00 |
| 9 | Del Rose | | Forbes-Cheatham | | Dorrette | Elaine | Williams | | Sibling | $ 4,250,000.00 |
| 10 | Michael | Robert | Horrocks | | Christa | Leigh | Horrocks | | Child | $ 8,500,000.00 |
| 11 | Michael | Robert | Horrocks | | Michael | Alan | Horrocks | | Child | $ 8,500,000.00 |
| 12 | Joseph | | Jenkins | Jr. | Michael | | Jenkins | | Sibling | $ 4,250,000.00 |
| 13 | Frank | | Palombo | | Marie | Anne | Palombo | | Sibling | $ 4,250,000.00 |
| 14 | Susan | | Pinto | | Douglas | | Pinto | | Spouse | $ 12,500,000.00 |
| 15 | Susan | | Pinto | | Joseph | Arthur | Pinto | | Child | $ 8,500,000.00 |
| 16 | Susan | | Pinto | | Nicholas | Douglas | Pinto | | Child | $ 8,500,000.00 |
| 17 | Peter | Frank | Raimondi | | Philip | Warren | Raimondi | | Child | $ 8,500,000.00 |

| EXHIBIT A | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 18 | Wayne | A. | Russo | | Arlene | Beverly | Russo | | Spouse | $ 12,500,000.00 |
| | | | | | | | | | | $ 152,000,000.00 |