## EXHIBIT A

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING PREVIOUSLY FILED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 1 | Daniel | Thomas | Afflitto | Sr. | $ 2,000,000.00 | $ 41,312,825.00 | $ 43,312,825.00 |
| 2 | Joao | A. | Aguiar | Jr. | $ 2,000,000.00 | $ 23,316,979.00 | $ 25,316,979.00 |
| 3 | Paul | | Ambrose | | $ 2,000,000.00 | $ 12,868,402.00 | $ 14,868,402.00 |
| 4 | Kelly | Ann | Booms | | $ 2,000,000.00 | $ 10,233,991.00 | $ 12,233,991.00 |
| 5 | Bernard | Curtis | Brown | II | $ 2,000,000.00 | $ 10,936,922.00 | $ 12,936,922.00 |
| 6 | Suzanne | M. | Calley | | $ 2,000,000.00 | $ 10,644,374.00 | $ 12,644,374.00 |
| 7 | Christoffer | Mikael | Carstanjen | | $ 2,000,000.00 | $ 7,176,877.00 | $ 9,176,877.00 |
| 8 | Kirsten | L. | Christophe | | $ 2,000,000.00 | $ 13,547,897.00 | $ 15,547,897.00 |
| 9 | Asia | SiVon | Cottom | | $ 2,000,000.00 | $ 10,782,950.00 | $ 12,782,950.00 |
| 10 | Thomas | A. | Damaskinos | | $ 2,000,000.00 | $ 11,699,455.00 | $ 13,699,455.00 |
| 11 | Rodney | Alonzo | Dickens | | $ 2,000,000.00 | $ 10,903,258.00 | $ 12,903,258.00 |
| 12 | Robert | | Fazio | Jr. | $ 2,000,000.00 | $ 7,162,462.00 | $ 9,162,462.00 |
| 13 | William | M. | Feehan | | $ 2,000,000.00 | $ 2,400,890.00 | $ 4,400,890.00 |
| 14 | Ian | J. | Gray | | $ 2,000,000.00 | $ 8,991,875.00 | $ 10,991,875.00 |
| 15 | Richard | J. | Guadagno | | $ 2,000,000.00 | $ 7,471,886.00 | $ 9,471,886.00 |
| 16 | Terence | Sean | Hatton | | $ 2,000,000.00 | $ 22,430,705.00 | $ 24,430,705.00 |
| 17 | Mark | | Hemschoot | | $ 2,000,000.00 | $ 9,925,644.00 | $ 11,925,644.00 |
| 18 | Paul | Rexford | Hughes | | $ 2,000,000.00 | $ 10,723,091.00 | $ 12,723,091.00 |
| 19 | Michael | Patrick | Iken | | $ 2,000,000.00 | $ 13,746,254.00 | $ 15,746,254.00 |
| 20 | Christopher | Noble | Ingrassia | | $ 2,000,000.00 | $ 21,321,698.00 | $ 23,321,698.00 |
| 21 | Erik | Hans | Isbrandtsen | | $ 2,000,000.00 | $ 20,361,416.00 | $ 22,361,416.00 |

# EXHIBIT A

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING PREVIOUSLY FILED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 22 | Barbara | A. | Keating | | $ 2,000,000.00 | $ 2,059,334.00 | $ 4,059,334.00 |
| 23 | Leo | Russell | Keene | III | $ 2,000,000.00 | $ 22,708,764.00 | $ 24,708,764.00 |
| 24 | Taimour | | Khan | | $ 2,000,000.00 | $ 14,025,538.00 | $ 16,025,538.00 |
| 25 | Thomas | Patrick | Knox | | $ 2,000,000.00 | $ 23,159,489.00 | $ 25,159,489.00 |
| 26 | Danielle | | Kousoulis | | $ 2,000,000.00 | $ 23,025,694.00 | $ 25,025,694.00 |
| 27 | Craig | Damian | Lilore | | $ 2,000,000.00 | $ 24,114,858.00 | $ 26,114,858.00 |
| 28 | Sara | Elizabeth | Low | | $ 2,000,000.00 | $ 8,316,216.00 | $ 10,316,216.00 |
| 29 | Michael | Francis | Lynch | | $ 2,000,000.00 | $ 10,685,248.00 | $ 12,685,248.00 |
| 30 | Sean | Patrick | Lynch | | $ 2,000,000.00 | $ 41,824,679.00 | $ 43,824,679.00 |
| 31 | Noell | | Maerz | | $ 2,000,000.00 | $ 18,673,718.00 | $ 20,673,718.00 |
| 32 | Joseph | | Mangano | | $ 2,000,000.00 | $ 5,749,696.00 | $ 7,749,696.00 |
| 33 | Alok | K. | Mehta | | $ 2,000,000.00 | $ 24,420,637.00 | $ 26,420,637.00 |
| 34 | Richard | P. | Miuccio | | $ 2,000,000.00 | $ 4,854,447.00 | $ 6,854,447.00 |
| 35 | Marie | | Pappalardo | | $ 2,000,000.00 | $ 5,482,962.00 | $ 7,482,962.00 |
| 36 | Nicholas | P. | Pietrunti | | $ 2,000,000.00 | $ 6,680,163.00 | $ 8,680,163.00 |
| 37 | Michael | E. | Roberts | | $ 2,000,000.00 | $ 9,228,613.00 | $ 11,228,613.00 |
| 38 | Kalyan | K. | Sarkar | | $ 2,000,000.00 | $ 5,631,651.00 | $ 7,631,651.00 |
| 39 | Jeffrey | James | Shaw | | $ 2,000,000.00 | $ 10,299,540.00 | $ 12,299,540.00 |
| 40 | Catherine | T. | Smith | | $ 2,000,000.00 | $ 8,815,584.00 | $ 10,815,584.00 |
| 41 | Gregory | T. | Spagnoletti | | $ 2,000,000.00 | $ 21,133,822.00 | $ 23,133,822.00 |
| 42 | James | J. | Straine | Jr. | $ 2,000,000.00 | $ 21,296,970.00 | $ 23,296,970.00 |

**EXHIBIT A**

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING PREVIOUSLY FILED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 43 | Hilario | Soriano | Sumaya | Jr. | $ 2,000,000.00 | $ 6,991,118.00 | $ 8,991,118.00 |
| 44 | Madeline | Amy | Sweeney | | $ 2,000,000.00 | $ 8,794,863.00 | $ 10,794,863.00 |
| 45 | Joann | | Tabeek | | $ 2,000,000.00 | $ 11,417,623.00 | $ 13,417,623.00 |
| 46 | John | Marcy | Talignani | | $ 2,000,000.00 | $ 1,569,541.00 | $ 3,569,541.00 |
| 47 | Sandra | | Teague | | $ 2,000,000.00 | $ 9,290,647.00 | $ 11,290,647.00 |
| 48 | Glenn | | Thompson | | $ 2,000,000.00 | $ 11,789,858.00 | $ 13,789,858.00 |
| 49 | Alicia | Nicole | Titus | | $ 2,000,000.00 | $ 10,648,881.00 | $ 12,648,881.00 |
| 50 | Anthony | | Ventura | | $ 2,000,000.00 | $ 16,776,819.00 | $ 18,776,819.00 |
| 51 | James | Arthur | Waring | | $ 2,000,000.00 | $ 6,723,406.00 | $ 8,723,406.00 |
| 52 | Glenn | E. | Wilkinson | | $ 2,000,000.00 | $ 8,979,721.00 | $ 10,979,721.00 |
| 53 | Ernest | M. | Willcher | | $ 2,000,000.00 | $ 5,908,490.00 | $ 7,908,490.00 |
| 54 | Myrna | | Yaskulka | | $ 2,000,000.00 | $ 4,186,789.00 | $ 6,186,789.00 |
| | | | | | | | $ 811,225,230.00 |