**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Arias, et al. v. The Islamic Republic of Iran* | 19-cv-41 (GBD)(SN) <br> ECF Case |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *ARIAS* PLAINTIFF IDENTIFIED AT EXHIBIT A**

**(*ARIAS* Supplement 1)**

PLEASE TAKE NOTICE that upon the accompanying declaration of John M. Eubanks, with exhibits, and the accompanying memorandum of law, the Plaintiff identified in Exhibit A to the accompanying declaration of John M. Eubanks, respectfully moves this Court for an Order awarding it (1) economic damages for the plaintiff identified in the expert report attached as Exhibit B to the Eubanks Declaration and contained on digital media to be delivered to the Court by overnight courier; (2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; (3) permission for the *Arias* plaintiff identified in Exhibit A to seek punitive damages or other damages at a later date; and (4) for all other *Arias* Plaintiffs not appearing on Exhibit A, to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed. This is in addition to any relief for pain and suffering damages for this Plaintiff that have been sought from the Court and is currently awaiting decision.

Plaintiff's request is made in connection with the judgment on default as to liability entered against the Islamic Republic of Iran on September 9, 2019. (ECF No. 5104).

| | |
|---|---|
| Dated: January 24, 2020 | Respectfully submitted |
| | **/s/**  John M. Eubanks |
| | John M. Eubanks, Esq. |
| | Robert T. Haefele, Esq. |
| | MOTLEY RICE LLC |
| | 28 Bridgeside Blvd. |
| | Mount Pleasant, SC 29464 |
| | Tel: 843-216-9000 |
| | Fax: 843-216-9450 |
| | Email: jeubanks@motleyrice.com |
| | Email: rhaefele@motleyrice.com |
| | |
| | Attorneys for the *Arias* Plaintiffs |