# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.<br>
Jgoldman@andersonkill.com<br>
212-278-1569

*Via ECF*                                                                                     January 24, 2020

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

> Re:   *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, 04-cv-1923 (S.D.N.Y.) (GBD) (SN)

Dear Judge Netburn:

      We represent plaintiffs in the above-referenced matter. We are filing the attached letter in redacted form which was originally sent to Your Honor via email on January 15, 2020. For the reasons discussed in that letter, we respectfully request that the Court allow plaintiffs to file under seal portions of the affidavits of Jerry S. Goldman, Christine I. O'Neill, John P. O'Neill, Jr., and Carol A. O'Neill, submitted in support of plaintiffs' Motion for Class Certification. Defendants do not object to this request.

                                              Respectfully submitted,

                                              */s/ Jerry S. Goldman*
                                              Jerry S. Goldman, Esq.
                                              Anderson Kill P.C.
                                              1251 Avenue of the Americas
                                              New York, NY 10020-1182
                                              Telephone:  212-278-1000
                                              Email: jgoldman@andersonkill.com
                                              *Attorney for the Plaintiffs*

Enclosure

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100231363.1