# Exhibit B

**EX. B to *Rivelli***
*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Joseph | | Rivelli | Jr. | $2,561,879 | $2,000,000 | $4,561,879 |
| 2. | Catherina | | Robinson | | | $2,000,000 | $2,000,000 |
| 3. | Judy | | Rowlett | | | $2,000,000 | $2,000,000 |
| 4. | Paul | G. | Ruback | | | $2,000,000 | $2,000,000 |
| 5. | Joanne | | Rubino | | | $2,000,000 | $2,000,000 |
| 6. | Brock | J. | Safronoff | | $6,238,055 | $2,000,000 | $8,238,055 |
| 7. | Edward | | Saiya | | | $2,000,000 | $2,000,000 |
| 8. | John | P. | Salamone | | $17,193,651 | $2,000,000 | $19,193,651 |
| 9. | John | | Sammartino | | $3,252,784 | $2,000,000 | $5,252,784 |
| 10. | Anthony | | Savas | | $413,088 | $2,000,000 | $2,413,088 |
| 11. | Gerard | P. | Schrang | | | $2,000,000 | $2,000,000 |
| 12. | Johanna | | Sigmund | | $4,486,155 | $2,000,000 | $6,486,155 |
| 13. | Dianne | | Signer | | $2,587,693 | $2,000,000 | $4,587,693 |
| 14. | Bonnie | | Smithwick | | | $2,000,000 | $2,000,000 |
| 15. | Maynard | S. | Spence | | $4,017,025 | $2,000,000 | $6,017,025 |
| 16. | Hilda | E. | Taylor | | | $2,000,000 | $2,000,000 |
| | **TOTALS** | | | | $40,750,330 | $32,000,000 | **$72,750,330** |