# EXHIBIT A

| # | 9/11 SURVIVOR'S FIRST NAME | 9/11 SURVIVOR'S MIDDLE NAME | 9/11 SURVIVOR'S LAST NAME | SUFFIX | LOCATION WHERE INJURY OCCURRED | INJURY CATEGORY | SEVERITY OF INJURY |
|---|---|---|---|---|---|---|---|
| 1 | Yvonne | | Abdool | | World Trade Center | Escape Injuries | Significant |
| 2 | Ingrid | | Alleyne-Robertson | | World Trade Center | Escape Injuries | Severe |
| 3 | Frances | | Berdan | | World Trade Center | Escape Injuries | Severe |
| 4 | Deborah | | Berk | | World Trade Center | Escape Injuries | Severe |
| 5 | Michael | | Brodbeck | | World Trade Center | Escape Injuries | Severe |
| 6 | Boris | | Bronshteyn | | World Trade Center | Escape Injuries | Severe |
| 7 | Sharron | L. | Clemons | | World Trade Center | Escape Injuries | Significant |
| 8 | Flory | | Danish | | World Trade Center | Building Collapse Injuries | Significant |
| 9 | Michael | T. | Dempsey | | World Trade Center | Escape Injuries | Significant |
| 10 | John | | Drapas | Jr. | Pentagon | Impact Injuries | Severe |
| 11 | Hernando | | Fernandez | | World Trade Center | Impact Injuries | Severe |
| 12 | Paul | E. | Gonzales | | Pentagon | Impact Injuries | Devastating |
| 13 | Ruben | | Gordillo | | World Trade Center | Building Collapse Injuries | Severe |
| 14 | Rafael | | Gudmuch | | World Trade Center | Escape Injuries | Significant |
| 15 | Robert | | Hall | | World Trade Center | Impact Injuries | Devastating |
| 16 | David | J. | King | Jr. | Pentagon | Impact Injuries | Devastating |
| 17 | Evelyn | A. | Lugo | | World Trade Center | Falling Debris/Building Collapse Injuries | Significant |
| 18 | Antonio | | Quinones | | World Trade Center | Impact/Building Collapse Injuries | Severe |
| 19 | Joseph | | Rotondi | | World Trade Center | Escape Injuries | Severe |
| 20 | Glenn | | Savery | | World Trade Center | Building Collapse Injuries | Severe |
| 21 | Barbara | Matilda | Williams | | World Trade Center | Escape Injuries | Significant |