# EXHIBIT N

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br><br> ECF Case |
|---|---|
| This document relates to: <br><br> *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN) <br><br> ECF Case |

### DECLARATION OF RUBEN GORDILLO

I, Ruben Gordillo, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was an employee working at the Marriott World Trade Center when the terrorist attacks of the World Trade Center occurred.

4. When the first plane hit, I was working on the fifth floor of the hotel. I felt the building shake, but did not know exactly what had happened. I began to assist guests and Marriot employees in evacuating to the hotel lobby. Once I reached the hotel lobby, I led a group of New York City firefighters through the basement of the hotel to Tower Two, and then led another group through the concourse of the World Trade Center.

5. While I was in the hotel lobby, the first tower collapsed. The building shook, and the impact was so strong that I was thrown against a door, resulting in injuries to my back, ribs, knees, and shoulders. I was disoriented, and did not immediately realize what had happened.

6. Thereafter, I evacuated the hotel to the West Side Highway. I walked to Battery Park, where the police instructed everyone to board city buses headed uptown. I was treated for back pain and shortness of breath at New York University Medical Center, and released. On September 12, 2001, I was treated at St. John's Queens for smoke exposure. Within the next few days, I started experiencing extreme pain in my shoulders, knees, and back.

7. In the course of my escape, I witnessed atrocities beyond the imagination of the average citizen. The situation could only be compared to a war zone. I was going about my everyday life in a peaceful manner when we were brutally attacked by terrorists and my life was altered forever.

8. As a result of these terrorist attacks, I suffered the following specific injuries on September 11, 2001: contusions and sprains to my right and left shoulders, chest contusions and a broken rib, and torn meniscuses in my right and left knees, each which required a separate surgery to repair. In addition, I subsequently was diagnosed with post-traumatic stress disorder ("PTSD") as a result of my experiences on September 11, 2001.

9. I have sought medical attention for my injuries. Attached as Exhibit B to this Declaration is a true and correct copy of medical records related to the treatment that I received following the September 11, 2001 terrorist attacks.

10. As a result of the trauma I suffered on September 11, 2001, I was unable to work for approximately two years following the terrorist attacks on September 11, 2001. Attached as

Exhibit C to this Declaration is a true and correct copy of records related to my Worker's Compensation claim.

11.   To this day, I continue to experience occasional pain in my left shoulder, pain in my back, and pain in my knees. In addition, I continue to suffer from PTSD. I suffered, and continue to suffer, severe emotional distress as a result of the above terrorist attacks. I suffered and continue to suffer from anxiety and bouts of depression due to the traumatic events of these terrorist attacks.

12.   I previously pursued a claim through the September 11th Victim Compensation Fund specifically related to my physical injuries incurred on September 11, 2001 (Claim No. 212-001180), and my claim was determined to be eligible for compensation. I did not submit a claim to VCF2.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 10th day of January, 2020.

Flushing, New York

_____
Ruben Gordillo

# Exhibits Filed Under Seal