UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD)(SN)<br>ECF Case |

**ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *BURNETT/IRAN* PERSONAL-INJURY PLAINTIFFS**

**(*BURNETT / IRAN* PERSONAL INJURY 2)**

Upon consideration of the evidence and arguments submitted by the Plaintiffs identified below, plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), who were each physically injured on September 11, 2001 as a proximate result of the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants") entered on January 31, 2017 (15-cv-9903, ECF No. 85), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), identified below; and it is

**ORDERED** that the Court adopts a general procedure for the calculation of damages that begins with the baseline assumption that persons suffering substantial injuries in the terrorist attacks on September 11, 2001 are entitled to $8.5 million in compensatory damages; and it is

**ORDERED** that Plaintiff Yvonne Abdool is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Ingrid Alleyne-Robertson is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Frances Berdan is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Deborah Berk is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Michael Brodbeck is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Boris Bronshteyn is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Sharron L. Clemons is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Flory Danish is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Michael T. Dempsey is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff John Drapas, Jr. is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Hernando Fernandez is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Paul E. Gonzales is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Ruben Gordillo is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Rafael Gudmuch is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Robert Hall is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff David J. King, Jr. is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Evelyn A. Lugo is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Antonio Quinones is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Joseph Rotondi is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Glenn Savery is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Barbara Williams is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiffs identified above are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs identified above may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Burnett/Iran* personal-injury Plaintiffs not appearing above, may submit in later stages applications for damages awards for compensatory damages for pain and suffering.

Dated: New York, New York                                              **SO ORDERED:**
_____, 2020

_____
GEORGE B. DANIELS
United States District Judge