

KREINDLER & KREINDLER LLP | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

January 29, 2020

<u>Via ECF</u>
The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *In Re Terrorist Attacks on September 11, 2001,* 03-md-1570-GBD-SN
     *Ashton, et al. v. Al Qaeda Islamic, et al.*, 02-CV-06977 (GBD) (SN)

Dear Judge Netburn:

  We represent certain of the plaintiffs in the above-referenced action, including plaintiff Andrzej Cieslik, who suffered severe injuries on the day of September 11, 2001.

  Andrzej Cieslik has now passed away. Zosia Cieslik, his surviving spouse, is in the process of being formally appointed the Personal Representative of his Estate.

  Pursuant to Rule 25(a), we respectfully request that Zosia Cieslik, as Personal Representative of the Estate of Andrzej Cieslik, be substituted into the above-referenced action as a plaintiff in place of Andrzej Cieslik.

  Pursuant to this Court's prior scheduling order, we intend to move for a damages judgment for those injuries that Andrzej Cieslik suffered on September 11, 2001 no later than January 31, 2020 and, if this Court grants that motion before February 19, 2020, submit an application to the United States Victims of State Sponsored Terrorism Fund on his behalf.

  In view of the anticipated deadlines, we respectfully ask the Court to so-order this request to approve the substitution of Zosia Ciselik, as the Personal Representative of the Estate of Andrzej Cieslik, as soon as possible

  We thank the Court for its consideration of this request.

            Respectfully,

            Kreindler & Kreindler LLP

            By: /s/ Megan W. Benett
               Megan W. Benett

cc: All Counsel (via ECF)