# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF and Hand Delivery*                                       January 29, 2020

The Honorable Sarah Netburn
U.S. Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN);
            *Jessica DeRubbio et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD) (SN)

Dear Judge Netburn:

        I represent plaintiffs in the above-referenced matter. On January 24, 2020, the Court issued a Report and Recommendation on behalf of certain family members of individuals killed on September 11, 2001 who sought solatium damages. MDL ECF No. 5735. On page 6 of the Report and Recommendation, the Court discusses plaintiff George A. Cuellar. The subheading correctly spells George A. Cuellar's name, as set forth in the underlying motion papers. However, his name is later misspelled as "George F. Cuellar" throughout subsection F on page 6 and in the conclusion on page 12.

        As such, we respectfully request that the Court correct the spelling from George F. Cuellar to George A. Cuellar in the Report of Recommendation and in any Judgment, if issued.

        We thank the Court for its attention to these matters.

                            Respectfully submitted,

                            */s/ Jerry S. Goldman*
                            Jerry S. Goldman, Esq.

**Anderson Kill P.C.**

The Honorable Sarah Netburn
January 29, 2020
Page 2

cc: The Honorable George B. Daniels
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
*via Fed-Ex*

---

The Clerk of Court is directed to replace the document at ECF No. 5735 correcting the spelling error above.

**SO ORDERED.**

January 29, 2020
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

---

docs-100232435.1