# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF and BY HAND*   January 30, 2020

The Honorable Sarah Netburn
U.S. Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

  Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN);
    *Cheryl Rivelli et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD) (SN)

Dear Judge Netburn:

  I represent plaintiffs in the above-referenced matter. On January 15, 2020, we filed a motion for estate and solatium damages for certain family members of individuals killed on September 11, 2001. MDL ECF No. 5594. In Exhibit B to the Declaration of Jerry S. Goldman, Esq., filed in support of that motion, listing the names of the September 11, 2001 decedents, and the economic and non-economic damage amounts for those estates, we inadvertently misspelled claimant Gerard P. Schrang's name as "Gerald P. Schrang." MDL ECF No. 5601-2.[1]

  As part of our on-going quality control process, we became aware of the error, and after speaking to the Clerk of Court, on January 28, 2020, we filed a corrected motion to fix the error and submitted to the Clerk of Court a corrected Exhibit B which correctly spells Gerard P. Schrang's name. MDL ECF. No. 5742. Today, on January 30, 2020, the Court granted the *Rivelli* Motion originally filed on January 15, 2020 which contained the error. We respectfully request, that the Court modify the judgment with the correct spelling of Gerard P. Schrang's name, filed on January 28, 2020. MDL ECF No. 5742.

  We apologize for the error and thank the Court for its attention to these matters.

Respectfully submitted,

Jerry S. Goldman, Esq.

---

[1] The same error also appears in Exhibit B to the Notice of Motion and to the Proposed Order.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100232068.1

**Anderson Kill P.C.**

The Honorable Sarah Netburn
January 30, 2020
Page 2

    Enc.    Corrected filing of January 28, 2020
    cc:     The Honorable George B. Daniels
           Daniel Patrick Moynihan U.S. Courthouse
           500 Pearl Street
           New York, NY 10007
           *via Fed-Ex*

           All counsel *via ECF*