UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to:
*Roberta Agyeman et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or the Personal Representatives of a family member of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby

**ORDERED** that the *Agyeman* Plaintiffs' motion is granted; and it is further

**ORDERED** that the individuals included on Exhibit A be substituted into the *Agyeman* case.

Dated: New York, New York
         JAN 3 0 2020

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100229807.1

## EXHIBIT A to *Agyeman* Motion to Substitute Parties

|   | Previous Personal Representative or Claimant: | Substitute Personal Representative: | State Residency of Substituted Personal Representative at Filing | Decedent's Name: |
|---|---|---|---|---|
| 1. | Selena Cherry-Daniel | Joanne Cherry, as the Personal Representative of the Estate of Vernon P. Cherry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry | VA | Vernon P. Cherry |
| 2. | David DeConto | G. Don Westfall, as the Personal Representative of the Estate of Gerald F. DeConto, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerald F. DeConto | MA | Gerald F. DeConto |

docs-100229807.1