# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

<u>Via ECF and Hand Delivery</u>                                                                                  January 30, 2020

The Honorable Sarah Netburn
U.S. Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

   Re: <u>In Re: Terrorist Attacks on September 11, 2001</u>, 03 MDL 1570 (GBD) (SN);
      <u>Jessica DeRubbio et al. v. Islamic Republic of Iran</u>, 18-cv-05306 (GBD) (SN)

Dear Judge Netburn:

   I represent plaintiffs in the above-referenced matter. On January 15, 2020, we filed a Motion for Partial Final Judgment for certain family members and estates of victims killed on September 11, 2001. MDL ECF No. 5556. Included in that motion for judgment was a request to enter judgment on behalf of the Estate of Edward F. Geraghty, a 9/11 victim who died evacuating people from the World Trade Center. *See* MDL ECF No. 5556-3, line 13. After further consultation with our client, the client has asked us not to secure a judgment on behalf of the estate at this time. Accordingly, we respectfully request that the Court not enter judgment on behalf of this estate. This estate claim can be found in our papers on Exhibit B to the Proposed Judgment in *DeRubbio*, MDL ECF No. 5556-3, line 13; MDL ECF No. 5559-2, line 13.

   We thank the Court for its attention to this matter.

                Respectfully submitted,

                */s/ Jerry S. Goldman*
                Jerry S. Goldman, Esq.

cc: The Honorable George B. Daniels
   Daniel Patrick Moynihan U.S. Courthouse
   500 Pearl Street
   New York, NY 10007
   *via Hand Delivery*

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100232898.1

**Anderson Kill P.C.**

The Honorable Sarah Netburn
January 30, 2020
Page 2

All counsel *via ECF*