# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF and Hand Delivery*                                                January 31, 2020

The Honorable Sarah Netburn
U.S. Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN);
            *Jessica DeRubbio et al. v. Islamic Republic of Iran*, 18-cv-05306 (GBD) (SN)

Dear Judge Netburn:

    I represent plaintiffs in the above-referenced matter. Yesterday, we filed a letter with the Court requesting that the Court not enter a judgment on behalf of the Estate of Edward F. Geraghty. MDL ECF No. 5790.

    Enclosed for the Court's convenience is a revised Proposed Judgment in *DeRubbio* removing the Estate of Edward F. Geraghty from Exhibit B. We respectfully request that the Court use this Proposed Judgment if and when issuing a Judgment in the *Derubbio* case in lieu of the Proposed Judgment submitted on January 15, 2020. MDL ECF No. 5559.

    We thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          */s/ Jerry S. Goldman*
                                          Jerry S. Goldman, Esq.

Enclosure

cc:    The Honorable George B. Daniels
       Daniel Patrick Moynihan U.S. Courthouse
       500 Pearl Street
       New York, NY 10007
       *via Hand Delivery*

       All counsel *via ECF*

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100233036.1