UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br><br>*Ashton et al. v. al Qaeda Islamic Army*, et al., | 02-cv-6977 (GBD)(SN)<br>ECF Case |

**PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF PARTIAL
FINAL DEFAULT JUDGMENTS ON BEHALF OF
*ASHTON/IRAN* PERSONAL-INJURY PLAINTIFFS**

**(*ASHTON / IRAN* PERSONAL INJURY 1)**

PLEASE TAKE NOTICE that upon the accompanying declaration of James P. Kreindler, with exhibits, and the accompanying memorandum of law, the Plaintiffs identified in Exhibit A to the accompanying declaration of James P. Kreindler, respectfully move this Court for an Order awarding them (1) compensatory damages for pain and suffering in amounts commensurate with the injuries these individuals sustained during the Terrorist Attacks on September 11, 2001 and in accordance with prior precedent in the U.S. District Court for the District of Columbia in similar cases factoring in an upward departure on damages values based on the indelible impact of the Terrorist Attacks of September 11, 2001; (2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; (3) leave for the *Ashton*/*Iran* Personal-Injury plaintiffs identified in Exhibit A to seek punitive damages, economic damages, or other damages at a later date; and (4) for all other *Ashton/Iran* Personal-Injury Plaintiffs not appearing on Exhibit A, to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Plaintiffs' request is made in connection with the judgment on default as to liability entered against the Islamic Republic of Iran ("Iran") on August 21, 2015.  *See* 02-cv-6977 (S.D.N.Y.) ECF No. 759).

| | |
|---|---|
| Dated: New York, New York<br>January 31, 2020 | Respectfully submitted,<br><br>KREINDLER & KREINDLER LLP<br><br>BY:  /s/ James P. Kreindler<br>James P. Kreindler, Esq.<br>750 Third Avenue, 32nd Floor<br>New York, New York 10017<br>Tel: (212) 687-8181<br>Attorneys for the *Ashton/Iran* Plaintiffs |