# EXHIBIT A

| # | 9/11 SURVIVOR'S FIRST NAME | 9/11 SURVIVOR'S MIDDLE NAME | 9/11 SURVIVOR'S LAST NAME | SUFFIX | LOCATION WHERE INJURY OCCURRED | INJURY CATEGORY | SEVERITY OF INJURY |
|---|---|---|---|---|---|---|---|
| 1 | Andrzej | | Cieslik | | World Trade Center | Building Collapse / Escape | Severe |
| 2 | Leonard | | Ardizzone | | World Trade Center | Building Collapse | Devastating |