# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(FM)

## DECLARATION OF LEONARD ARDIZZONE

I, Leonard Ardizzone, pursuant to 28 U.S.C. § 1746 do hereby declare under penalty of perjury as follows:

1.  I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge.

2.  I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship, my birth certificate showing that I was born in Brooklyn New York on ▇ 1952.

3.  On September 11, 2001, I was buried under the rubble of Two World Trade Center for eight hours.

4.  On the day of the terrorist attacks, I was working as the Port Authority of New York and New Jersey's Director of Maintenance for the World Trade Center. In this capacity, I supervised around 130 employees, and had been working for Port Authority NYNJ for nearly 28 years.

5.  I had been working on the second basement level of the One World Trade Center on February 26, 1993 when terrorists bombed the building. After joining the efforts on that day, I knew as soon as the first plane hit on September 11, 2001, that the crash was no accident.

I immediately began assisting FDNY personnel on the ground and helped evacuate One World Trade Center.

6. I helped direct EMT and injured civilians to a triage area that I helped set up away from the glass windows towards the protected alcove of the Custom's House of Six World Trade Center. As the second plane hit, I was speaking with Father Michael Judd, the official Chaplain for FDNY to coordinate further rescue efforts.

7. Soon after, the head of Port Authority security asked me to go with him to Two World Trade Center to help him secure the command center there that had been abandoned. I felt that I had to go to fulfill my duty to my fellow NYNJ Port Authority employees and tenants.

8. I was at the command center in the lobby of Two World Trade Center when the building began to collapse. I ended up falling three stories to the B3 subgrade level where I was buried alive under 110 stories for a grueling 8 hours. During this time, I was continually in and out of consciousness, while trying the entire time to call for help.

9. Around 3:00 pm that afternoon, firefighter Brian Harvey of Engine 236 was crawling through the rubble beneath what had been Two World Trade Center when he heard my faint cry for help. Harvey "crawled over chunks of concrete down what had been an escalator and another 300 feet towards the sound." See Kreindler Decl., Exh. D (New York Daily News "WTC Survivor Meets Rescuers," January 20, 2002).

10. I recall crying out for a long time, but when I saw the flashlight, I knew I was saved. Brian and other FDNY members later told me they knew that they had to hurry because there was a fire below me and they smelled smoke.

11. Since I was unable to walk, Harvey had to drag me out of where I was to a tunnel where 4 other firefighters were clearing a path out. The firefighters knew my leg was broken,

as they saw bone protruding from my left leg. They splinted my leg with whatever was available at the time, including a "Scream" Halloween mask they found from a costume store. We made it out by 5:25 PM. I was later told that we missed the collapse of Seven World Trade Center, which had been on top of the tunnel we escaped through, by 27 minutes.

12. I was then taken to St. Vincent's hospital where I received multiple surgeries and procedures for two weeks.

13. I suffered the following specific injuries on 9/11 from the collapse of the North Tower: Open patellar fracture of the left leg (knee) requiring surgery; avulsion with open wound of Distal left leg requiring surgery; open fracture of right tibia requiring surgery; multiple lacerations and 3rd degree burns on face, forehead, scalp, nose, chin, right arm, right elbow and hand requiring surgery; cerebral concussion with post-concussion syndrome; traumatic brain injury with moderate dementia, slow processing speeds, compromised ability to integrate information ; partial amputation of left ear with disfigurement and loss of hearing requiring hearing aid; mild loss of hearing in right ear; traumatic derangement of the left knee, lumbar spine and cervical spine; disruption of normal vision; sleep disturbances; Post Traumatic Stress Disorder and depression; left elbow, right wrist and right ankle injury-with pain and limitations.

14. Following my release from St. Vincent's I received care form the Visiting Nurse Association for 7 weeks from 9/26/2001 to 11/31/2001. I also participated in physical therapy, beginning in August of 2002, to gain mobility in my legs and arms. After two months of PT, I saw no improvement and decided to terminate my physical therapy sessions at JFK Johnson Rehabilitation Institute in New Jersey. I began physical therapy again from April 2003 to July

2003, and while there were some improvements, it was clear I would always have considerable disability.

15. I rarely, if ever, return to Manhattan, and was unable to return to Ground Zero to receive awards for the numerous lives I saved on 9/11. I was given the 9-11-01 Medal of Honor, as well as 4 awards for my involvement in response to the 1993 World Trade Center Bombings.

16. I continue to experience medical problems as a result of my experiences on 9/11. I have been unable to work since then.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 31, 2020
Place: New York

Signature: _____
Print: Leonard Ardizzone

# EXHIBIT A

# THE CITY OF NEW YORK
## DEPARTMENT OF HEALTH
### VITAL RECORDS
## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Bureau of Vital Records, Department of Health, City of New York.

**DATE OF BIRTH:** ▮▮▮▮ 1952  
**CERTIFICATE NO.:** ▮▮▮▮

**BOROUGH:** BROOKLYN  
**DATE FILED:** ▮▮▮▮ 52  
**DATE ISSUED:** 09-20-95

**NAME:** LEONARD VINCENT ARDIZZONE ***
**SEX:** MALE
**MOTHER'S MAIDEN NAME:** CATHERINE BUCCELLATO
**FATHER'S NAME:** VINCENT ARDIZZONE

VOID

*Earlene Price*
EARLENE PRICE
CITY REGISTRAR

Do not accept this transcript unless it bears the raised seal of the Department of Health. The reproduction or alteration of this certification is prohibited by Section 3.21 of the New York City Health Code.