# EXHIBIT D

## NYPD's turn to deal with int'l protest

**By LARRY CELONA**

Leery of demonstrators who've plagued past summits, the NYPD has a sweeping plan to protect people and property during a World Economic Forum meeting this month, The Post has learned.

According to sources, the plan for protecting the world leaders, who will be meeting for five days at the Waldorf-Astoria Hotel, will include sharpshooters on roofs, strategically stationed cops, bomb-sniffing dogs and emergency vehicles on call.

But the police will also be stationed in front of corporate targets, such as the Gap and McDonald's, warding off troublemakers who might want to disrupt service or smash storefronts, sources said.

The sources said police hope that by shoring up defensive positions, they'll fend off the protests that sparked violent mayhem in recent years in Seattle, Davos, Switzerland, and Genoa, Italy.

Starting a week before the summit, which begins Jan. 31, police will sweep the Waldorf-Astoria for bombs. A day later, officers will stand on each floor of the storied hotel until the meeting concludes Feb. 4, police sources said.

Police expect protests across from the hotel, but hope their security measures will defuse tensions and violence.



**D-N.Y., MEET FDNY:** Hillary Clinton breaks away from a press conference yesterday to join Lt. Stewart Loeb aboard Engine 40 and race to the scene of a fire. AP

## What in blazes? It's fire-chaser Hill

**By SIMON CRITTLE**

The beleaguered ranks of the Fire Department got an unexpected boost yesterday — from Sen. Hillary Rodham Clinton.

While speaking at a press conference in an Upper West Side firehouse about health concerns for firefighters working at Ground Zero, an alarm sounded, signaling that a fire had broken out nearby.

Moments later, Clinton was invited to jump on board Engine 40 along with four burly firefighters and roared off, leaving her flustered press secretary Peter Kauffmann and Secret Service detail to follow in a car.

As the sirens wailed, the senator rode 10 blocks uptown to the scene of an electrical fire in a six-story tenement building on the corner of Columbus Avenue and 75th Street.

The senator accompanied her new colleagues as they paced up and down the street and cut electricity lines feeding the building.

She later returned to the Amsterdam Avenue firehouse, which lost 11 men on Sept. 11, to finish her announcement that the Senate will conduct a hearing on air quality in downtown Manhattan.

## WTC survivor meets rescuers

**By BRUCE FURMAN, GEORGETT ROBERTS and CLEMENTE LISI**

A man pulled from beneath the rubble at the World Trade Center was reunited with his firefighter rescuers yesterday for the first time since Sept. 11.

"They're all heroes," said Lenny Artizzone, a building superintendent who was stuck 300 feet under the towers when he was pulled out. "This is not about me, it's about the men who saved me."

Artizzone, 49, who presented the firefighters with a TV set, was buried under broken cement after the south tower collapsed.

Capt. Hugh Mulligan and firefighters Brian Harvey, Tony Palminteri and Peter Strahl of Engine Co. 236 in East New York, Brooklyn, crawled along the 300-foot tunnel to get to him.

"We had to hurry," Harvey recalls. "There was fire below us, and you could smell gas."

The men carried Artizzone, who broke both legs, about 100 feet through the smoke-filled tunnel and finally reached a clearing.

"He looks great now — so much better than when we found him," said Palminteri.

Meanwhile, Channel 9 reporter Frank Ucciardo, who ran for his life when the WTC collapsed, met rescue worker Benny Gioffre, who returned a bag found in the rubble.

Ucciardo, who lost hope of recovering his planner and address book, was astounded someone had worried about his missing property.

"I wanted to meet a person who would be so kind to a stranger," he said.

## Squeegee hero awash in tribute

SPARKS, Nev. — A window washer who used his squeegee to save the lives of five men and himself on Sept. 11 at the World Trade Center was honored by more than 700 colleagues from around the world.

Jan Demczur, 48, was hailed as a hero during a luncheon Friday at the International Window Cleaning Association's annual convention.

The Polish immigrant and five others managed to escape the north tower five minutes before it collapsed.

Demczur, who worked for 10 years at the trade center, was riding an express elevator with the five men when an airliner slammed into the tower. Because the elevator stopped and opened on a floor that was not a stop on the express run, the men were blocked by a wall, offering no exit.

Demczur sprang into action, using his squeegee to slice through three layers of Sheetrock and tiles in the wall which separated the elevator shaft from a bathroom. After emerging 45 minutes later, the men raced down a stairwell 50 floors to safety. AP