UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Ashton et al. v. al Qaeda Islamic Army*, et al., | 02-cv-6977 (GBD)(SN)<br>ECF Case |

### ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *ASHTON/IRAN* PERSONAL-INJURY PLAINTIFFS
### (*ASHTON / IRAN* PERSONAL INJURY 1)

Upon consideration of the evidence and arguments submitted by the Plaintiffs identified below, plaintiffs in *Kathleen Ashton et al., v. al Qaeda Islamic Army, et al.*, 02-cv-6977-GBD-SN ("*Ashton/Iran*"), who were each physically injured on September 11, 2001 as a proximate result of the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran (collectively, the "Iran") entered on August 26, 2015, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that partial final judgment is entered against Iran and on behalf of the Plaintiffs in *Kathleen Ashton et al., v. al Qaeda Islamic Army, et al.*, 02-cv-6977-GBD-SN, identified below; and it is

**ORDERED** that the Court adopts a general procedure for the calculation of damages that begins with the baseline assumption that persons suffering substantial injuries in the terrorist attacks on September 11, 2001 are entitled to $8.5 million in compensatory damages; and it is

**ORDERED** that Plaintiff Estate of Andrzej Cieslik is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Leonard Ardizzone is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiffs identified above are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs identified above may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Ashton*/Iran personal-injury Plaintiffs not appearing above, may submit in later stages applications for damages awards for compensatory damages for pain and suffering.

Dated: New York, New York     SO ORDERED:
_____, 2020

_____
GEORGE B. DANIELS