| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **EXHIBIT A** | | | | | | | |
| # | 9/11 SURVIVOR'S FIRST NAME | 9/11 SURVIVOR'S MIDDLE NAME | 9/11 SURVIVOR'S LAST NAME | SUFFIX | LOCATION WHERE INJURY OCCURRED | INJURY CATEGORY | SEVERITY OF INJURY |
| 1 | Lynette | | Bangaree | | World Trade Center | Escape Injuries | Significant |
| 2 | Eduardo | E. | Bruno | | Pentagon | Impact Injuries | Severe |
| 3 | Richard | | Collins | | World Trade Center | Impact/Escape/Building Collapse Injuries | Severe |
| 4 | Walter | Henry | Cramer | Jr. | World Trade Center | Falling Debris Injuries | Severe |
| 5 | Clifford | | Jenkins | | World Trade Center | Falling Debris Injuries | Significant |
| 6 | Mark | D. | Joseph | | World Trade Center | Falling Debris Injuries | Severe |
| 7 | Susanne | | Kikkenborg | | World Trade Center | Building Collapse Injuries | Significant |
| 8 | Stephen | J. | King | III | World Trade Center | Building Collapse Injuries | Severe |
| 9 | Joseph | | Pesce | | World Trade Center | Escape Injuries | Significant |
| 10 | Nathan | | Peterson | Jr. | World Trade Center | Escape Injuries | Significant |
| 11 | Juan | | Ramirez | | World Trade Center | Escape Injuries | Severe |
| 12 | Grace | | Rivera | | World Trade Center | Escape Injuries | Devastating |
| 13 | Edwin | | Rivera | | World Trade Center | Escape Injuries | Devastating |
| 14 | John | | Rogers | | World Trade Center | Escape Injuries | Severe |
| 15 | Abida | | Shaikh | | World Trade Center | Escape Injuries | Significant |
| 16 | Dennis | J. | Valentin | | World Trade Center | Escape Injuries | Severe |
| 17 | Lauren | | Manning | | World Trade Center | Impact Injuries | Devastating |