UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD)(SN) <br> ECF Case |

**ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *BURNETT/IRAN* PERSONAL-INJURY PLAINTIFFS**

**(*BURNETT / IRAN* PERSONAL INJURY 3)**

Upon consideration of the evidence and arguments submitted by the Plaintiffs identified below, plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), who were each physically injured on September 11, 2001 as a proximate result of the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants") entered on January 31, 2017 (15-cv-9903, ECF No. 85), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), identified below; and it is

**ORDERED** that the Court adopts a general procedure for the calculation of damages that begins with the baseline assumption that persons suffering substantial injuries in the terrorist attacks on September 11, 2001 are entitled to $8.5 million in compensatory damages; and it is

**ORDERED** that Plaintiff Lynette Bangaree is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Eduardo E. Bruno is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Richard Collins is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Walter Henry Cramer, Jr. is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Clifford Jenkins is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Mark D. Joseph is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Susanne Kikkenborg is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Stephen J. King III is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Joseph Pesce is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Nathan Peterson, Jr. is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Juan Ramirez is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Grace Rivera is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Edwin Rivera is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff John Rogers is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Abida Shaikh is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Dennis J. Valentin is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiff Lauren Manning is awarded damages for pain and suffering in the amount of _____; and it is

**ORDERED** that Plaintiffs identified above are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs identified above may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Burnett/Iran* personal-injury Plaintiffs not appearing above, may submit in later stages applications for damages awards for compensatory damages for pain and suffering.

Dated: New York, New York  
_____, 2020

**SO ORDERED:**

_____  
GEORGE B. DANIELS  
United States District Judge