| 9/11 SURVIVOR'S FIRST NAME | 9/11 SURVIVOR'S MIDDLE INITIAL | 9/11 SURVIVOR'S LAST NAME | PLAINTIFF SUFFIX | LOCATION WHERE INJURY OCCURRED | INJURY CATEGORY | SEVERITY OF INJURY |
|---|---|---|---|---|---|---|
| Ling | N. | Young | | World Trade Center | Impact | Devastating |
| Virginia | | DiChiara | | World Trade Center | Impact | Devastating |
| Kathy | | Cordero | | Pentagon | Impact | Devastating |
| Edward | A. | Nicholls | | World Trade Center | Impact | Devastating |
| Valecia | | Parker | | Pentagon | Impact | Devastating |