UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)  ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN))

**The *Burlingame XI* Personal Injury Plaintiffs' Motion for Partial Final Judgments**

# EXHIBIT J

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

Ashton et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden*, et al., 02-cv-7230)

STATE OF FLORIDA )
COUNTY OF ~~BROWARD~~ Marion ) [initialed]

VALECIA PARKER hereby states under penalty of perjury that:

1. I am a resident citizen of the State of Florida, and I am a 67-year-old Army veteran who was injured while working in the Pentagon on September 11, 2001. I was a civilian employee of the Department of the Army working as a Staff Actions Control Assistant working at my desk in the Pentagon the moment the plane hit. I recall feeling what I thought was the tremor of an earthquake, so I moved into the frame of an open doorway, as I had been taught to do in the event of an earthquake. That is the last thing I remember.

2. When American Airlines Flight 77 crashed through the Pentagon, the impact caused the overhead foundations to collapse, sending steel from the higher levels of the structure to crash down on top of me, rendering me unconscious. Upon regaining consciousness, I was covered in debris and drenched in jet fuel. Heavy computer equipment was lodged up against my head. I was found by two Army colleagues who rescued me from the rubble and carried me to the triage center.

3. I was transported to DeWitt Army Hospital for treatment, having suffered a severe closed-head injury, burns to my torso and legs from the jet fuel, smoke inhalation, torn

1

shoulder and back muscles, and a serious kidney infection. My most serious and lasting physical and mental injuries result from my closed head injuries. These diagnosed injuries include post-traumatic stress disorder (PTSD), post-concussion syndrome, post-traumatic vestibulopathy, and convergence insufficiency.

4. My recovery has been very slow with loss of cognitive functions such as memory loss, difficulty with math, spelling, reading, problems with balance, dizziness, headaches, loss of urinary control and anxiety.

5. I attempted to return to work at the Pentagon in spite of my injuries. However, it soon became apparent that I was unable to physically or mentally perform my job. I had tremendous difficulty with memory, focus, balance and vision issues. On more than one occasion, I was apparently found wandering in the halls and was unresponsive to questions. I have no independent memory of these incidents. When it became apparent that I could not resume my job, I was reassigned to another office outside of the Pentagon where I performed totally different assignments such as folding boxes and basic housekeeping duties. Both military and civilian employees complained that I could not keep things clean and that I needed to be treated like a child. These issues forced me to reduce my weekly work hours until December 2003, when my physicians recommended that I no longer return to work.

6. I continue to require treatment by a neurologist, neuropsychiatrist, opthalmologist/optometrist, rehabilitative medicine specialist, internist, psychologist and psychiatrist. Despite my desire and attempts to return to work, I have been determined to be fully disabled and have been relieved of my duties with the Department of the Army.

2

7.  I will require regular medical attention for the remainder of my life. Prior to the September 11th attacks I was in outstanding physical shape. I was an avid, competitive body-builder, having established myself as a topregional competitor in my age and weight category. Fitness was a passion for me. Prior to September 11th, I had nohistory of psychological treatment. I am now relegated to asedentary life in which my days are marked by cloudy thinking, diminished mentalcapacity, pain and depression.

8.  I have significant memory lapses. Short term memory is very difficult. I continue to haveto relearn a lot of things even as of today. I have new challenges that come each and every day, and I no longer take anything for granted. I never realized how much I appreciated my independence until it was taken away from me. I have had to undergo mental health counseling and occupational therapy, weekly conversations with a social worker and I also have a psychiatrist that I visit weekly. I am on 5 different medicines each day and they are taken several times per day and that keeps me functioning somewhat normally for about 6 hours. I have a medical transportation company that picks me up and carries me to all of my medical appointments as well as therapy sessions.

9.  Most of the country has moved on from the September 11th attacks, but I can't. It takes some doing to just get myself through the day sometimes. I know I have improved greatly, but moving on is still a daily, heart-aching effort. All these years later, I understand that my brain is far from completely healed.

10. I am grateful to be alive, but I miss my independence. I live with my daughter and must rely on her and my parents to assist me with many tasks. They have assisted me with this statement. I try not to dwell on my sadness because I know there are so many who lost their lives in the attacks, but there was a part of me that died that day too, and I will never be the same.

Marion VP
Dated: ~~Broward~~ County, FL
January 29, 2020

VALECIA PARKER

Sworn to before me
this 29 day of January 2020

Notary Public

JILL YATES
Notary Public - State of Florida
Commission # GG 010120
My Comm. Expires Oct 17, 2020
Bonded through National Notary Assn.

4