| EXHIBIT B | | | | | | | |
|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
| 1 | Susan | L. | Blair | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 2 | Joseph | Michael | Doyle | | $ 2,000,000.00 | | $ 22,356,560.00 | $ 24,356,560.00 |
| 3 | Terrence | Patrick | Farrell | | | $ 2,000,000.00 | $ 8,398,014.00 | $ 10,398,014.00 |
| 4 | Abigail | | Medina | | $ 2,000,000.00 | | $ 6,882,757.00 | $ 8,882,757.00 |
| 5 | Dorothy | R. | Morgan | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 6 | Laurie | Ann | Neira | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 7 | Gye | Hyong | Park | | $ 2,000,000.00 | | $ 8,149,184.00 | $ 10,149,184.00 |
| 8 | Dipti | | Patel | | $ 2,000,000.00 | | $ 9,858,322.00 | $ 11,858,322.00 |
| 9 | John | Frank | Rizzo | | $ 2,000,000.00 | | $ 6,581,168.00 | $ 8,581,168.00 |
| 10 | Ira | | Zaslow | | $ 2,000,000.00 | | $ 8,954,714.00 | $ 10,954,714.00 |
| | | | | | | | | $ 91,180,719.00 |