| | EXHIBIT A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Del Rose | | Forbes-Cheatham | | Auguland | | Forbes | Sibling | $ 4,250,000.00 |
| 2 | Howard | Barry | Kirschbaum | | Matthew | Adam | Kirschbaum | Child | $ 8,500,000.00 |
| 3 | William | J. | Meehan | Jr. | Kathryn | C. | Meehan | Child | $ 8,500,000.00 |
| 4 | William | J. | Meehan | Jr. | Daniel | A. | Meehan | Child | $ 8,500,000.00 |
| 5 | William | J. | Meehan | Jr. | Maureen | E. | Meehan | Spouse | $ 12,500,000.00 |
| 6 | Frank | | Palombo | | Barbara | | Polisar | Sibling | $ 4,250,000.00 |
| 7 | Joseph | Oswald | Pick | | Jeannette | Marie | Puccio-Pick | Child | $ 8,500,000.00 |
| 8 | Joseph | Oswald | Pick | | Marie | E. | Puccio-Pick | Spouse | $ 12,500,000.00 |
| 9 | Susan | | Pinto | | Nicholas | Douglas | Pinto | Child | $ 8,500,000.00 |
| | | | | | | | | | $ 76,000,000.00 |