| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **EXHIBIT A** | | | | | | |
| **#** | **9/11 DECEDENT'S FIRST NAME** | **9/11 DECEDENT'S MIDDLE NAME** | **9/11 DECEDENT'S LAST NAME** | **SUFFIX** | **DECEDENT PAIN AND SUFFERING** | **DECEDENT ECONOMIC LOSS** | **TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE** |
| 1 | Lucy | | Fishman | | $ 2,000,000.00 | | $ 2,000,000.00 |