# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This filing relates to:

BNY Mellon et al. v. Islamic Republic of Iran, 19-cv11767 (GBD) (SN)
Deborah Bodner et al. v. Islamic Republic of Iran, 19-cv-11776 (GBD) (SN)
August Bernaerts et al. v. Islamic Republic of Iran, 19-cv-11865 (GBD) (SN)

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

February 3, 2020

By: /s/ Stephen Wah
Stephen Wah, Esquire

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Telephone: 212-278-1000
Email: swah@andersonkill.com

Attorneys for Plaintiffs

docs-100233313.1