**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This filing relates to:

*BNY Mellon et al. v. Islamic Republic of Iran*, 19-cv11767 (GBD) (SN)
*Deborah Bodner et al. v. Islamic Republic of Iran*, 19-cv-11776 (GBD) (SN)
*August Bernaerts et al. v. Islamic Republic of Iran*, 19-cv-11865 (GBD) (SN)

**ENTRY OF APPEARANCE**

To The Clerk of the District Court:

      Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

February 3, 2020

                               By:  */s/ Bruce E. Strong*
                                      Bruce E. Strong, Esquire

                                      Anderson Kill P.C.
                                      1251 Avenue of the Americas
                                      New York, NY 10020-1182
                                      Telephone:  212-278-1000
                                      Email:  bstrong@andersonkill.com

                                      Attorneys for Plaintiffs