**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This filing relates to:

*BNY Mellon et al. v. Islamic Republic of Iran*, 19-cv11767 (GBD) (SN)
*Deborah Bodner et al. v. Islamic Republic of Iran*, 19-cv-11776 (GBD) (SN)
*August Bernaerts et al. v. Islamic Republic of Iran*, 19-cv-11865 (GBD) (SN)

**ENTRY OF APPEARANCE**

To The Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

February 3, 2020

                                     By:  */s/ Samantha E. Smith*
                                               Samantha E. Smith, Esq.

                                               Anderson Kill P.C.
                                               1251 Avenue of the Americas
                                               New York, NY 10020-1182
                                               Telephone:  212-278-1000
                                               Email:  ssmith@andersonkill.com

                                               Attorneys for Plaintiffs