| # | 9/11 SURVIVOR'S FIRST NAME | 9/11 SURVIVOR'S MIDDLE NAME | 9/11 SURVIVOR'S LAST NAME | SUFFIX | LOCATION WHERE INJURY OCCURRED | INJURY CATEGORY | SEVERITY OF INJURY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 1 | Jonathan | | Becker | | World Trade Center | Impact Injuries | Significant/Severe |
| 2 | David | Allen | Bridgeforth (Estate of) | | World Trade Center | Impact/Building Collapse Injuries | Severe |
| 3 | Joseph | | Falco | | World Trade Center | Building Collapse Injuries | Severe |

EXHIBIT A