# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
| | ECF Case |
| This document relates to: | |
| *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN) |
| | ECF Case |

## DECLARATION OF JONATHAN BECKER

I, JONATHAN BECKER, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was present on the 47th floor of Tower One when the terrorist attacks of the World Trade Center Towers occurred.

4. I worked at Quint Amasis, LLC located on the 47th floor of One World Trade Center, the North Tower, and I was present at work the day of September 11, 2001.

5. I was in New York City at Ground Zero when the planes hit the towers and I received physical injuries in the escape and collapse. In the course of the attack and my escape, I witnessed atrocities beyond the imagination of the average citizen. The situation could only be compared to

a war zone. I was going about my everyday life in a peaceful manner when we were brutally attacked by terrorists and my life was altered forever.

6. As a result of these terrorist attacks, the jolt and twisting of the building as the plane struck caused me to fall and injure both elbows, my neck, and jaw on September 11, 2001.

7. I sought medical attention, and continue to do so, for my injuries. Attached as Exhibit B to this Declaration is a true and correct copy of my medical records related to the treatment that I received following the September 11, 2001 terrorist attacks.

8. I live with chronic pain. Physical therapy, countless injections, medicine of all sorts proved ineffective. Alternative therapies-years of Alexander Technique, acupuncture, Pilates, vitamins, are mostly useless. I would buy braces, slings, special keyboards, chairs, even desks to help mitigate the pain. Herniated and bulged disks resulting in nerve damage were the culprits; the shock to my body from the impact the cause.

9. Over the years, I have had crippling pain affecting work which majorly affected any advancement in my career. My doctors have declared me permanently partially disabled. It has affected my interaction with co-workers, supervisors and colleagues. I stand at my desk and I wear two braces on my left arm and one on my right.

10. I suffered, and continue to suffer, severe emotional distress as a result of the above terrorist attacks. I suffered and continue to suffer from anxiety and bouts of depression due to the traumatic events of these terrorist attacks.

11. I previously pursued a claim (Claim Number VCF 0002234) through the September 11th Victim Compensation Fund specifically related to my physical injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

I declare UNDER PENALTY OF PERJURY that the foregoing is true and correct.

EXECUTED on this _30_ day of January 2020.

                                                              _____
                                                              Jonathan Becker

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)