IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922, and *O'Neill, et al. v. Republic of the Sudan, et al.*, No. 18-cv-12114. | |

## NOTICE OF APPEARANCE

The Republic of the Sudan, and all of its constituent parts (collectively, "Sudan"), hereby request that the Court enter appearances for Christopher M. Curran as their counsel in the above-captioned cases for this consolidated multi-district litigation. Mr. Curran is admitted to practice in this Court. In filing Mr. Curran's appearances, Sudan respectfully reserves all defenses and objections to these lawsuits, including without limitation objections to this Court's subject-matter jurisdiction and personal jurisdiction.

Dated: February 3, 2020
Washington, DC

Respectfully submitted,

**WHITE & CASE**

/s/ *Christopher M. Curran*
Christopher M. Curran
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:   + 1 202 626 3600
Facsimile:    + 1 202 639 9355
ccurran@whitecase.com

*Counsel for the Republic of the Sudan, and all of its constituent parts*