IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 *This document relates to:* *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922, and *O'Neill, et al. v. Republic of the Sudan, et al.*, No. 18-cv-12114. | Case No. 1:03-md-01570-GBD-SN |

**AFFIDAVIT IN SUPPORT OF MOTION FOR**
**ADMISSION OF MATTHEW S. LEDDICOTTE *PRO HAC VICE***

I, Matthew S. Leddicotte, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matters as counsel *Pro Hac Vice* for the Republic of the Sudan, and all of its constituent parts (collectively, "Sudan").

I, Matthew S. Leddicotte, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificate of good standing from the bar of the District of Columbia is attached.

I certify and attest, under penalty of perjury as described in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: February 3, 2020
Washington, DC

Matthew S. Leddicotte
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:   + 1 202 626 3600
Facsimile:    + 1 202 639 9355
mleddicotte@whitecase.com

Sworn to and subscribed before me this 3RD day of FEBRUARY 2020.

NOTARY PUBLIC
District of Columbia

DEBORAH L. JOHNSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 31, 2023