IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922, and *O'Neill, et al. v. Republic of the Sudan, et al.*, No. 18-cv-12114. | |

## [PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION

The Motion of Matthew S. Leddicotte for admission to practice *Pro Hac Vice* before this Court in the above-captioned cases is GRANTED.  Matthew S. Leddicotte has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

> Matthew S. Leddicotte
> White & Case LLP
> 701 Thirteenth Street, NW
> Washington, DC  20005
> Telephone:     +1 202 626 3600
> Facsimile:      +1 202 639 9355
> mleddicotte@whitecase.com

Matthew S. Leddicotte having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Republic of the Sudan, and all of its constituent parts (collectively, "Sudan"), in the above-captioned actions;

IT IS HEREBY ORDERED that Matthew S. Leddicotte is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of

–2–

New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the *Pro Hac Vice* fee to the Clerk of Court.

_____
Sarah Netburn
United States Magistrate Judge