IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922, and *O'Neill, et al. v. Republic of the Sudan, et al.*, No. 18-cv-12114. | ORAL ARGUMENT REQUESTED |

**SUDAN'S NOTICE OF MOTION TO DISMISS FOR**
**LACK OF SUBJECT-MATTER JURISDICTION AND PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that, pursuant to Rules 7(b), 12(b)(1), and 12(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, the Republic of the Sudan, and all of its constituent parts (collectively, "Sudan"), by and through undersigned counsel, hereby appear for the purpose of moving the Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an order dismissing all of the claims asserted against Sudan for lack of subject-matter jurisdiction and lack of personal jurisdiction. A memorandum of law in support of this Motion is filed herewith.

–2–

| | |
|---|---|
| Dated: February 3, 2020<br>Washington, DC | Respectfully submitted,<br><br>**WHITE & CASE**<br><br>/s/ *Christopher M. Curran*<br>Christopher M. Curran<br>Nicole Erb<br>Claire A. DeLelle<br>Matthew S. Leddicotte (*pro hac vice* motion pending)<br>Nicolle Kownacki (*pro hac vice* motion forthcoming)<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone:   + 1 202 626 3600<br>Facsimile:   + 1 202 639 9355<br>ccurran@whitecase.com<br>nerb@whitecase.com<br>cdelelle@whitecase.com<br>mleddicotte@whitecase.com<br>nkownacki@whitecase.com<br><br>*Counsel for the Republic of the Sudan,*<br>*and all of its constituent parts* |