**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001   :
:
:   **CLERK'S CERTIFICATE OF**
:   **DEFAULT PURSUANT TO**
:   **LOCAL CIVIL RULE 55.1**
:
:   **1:03 MDL 1570 (GBD)(SN)**
:
------------------------------------------------------------------X

**This Document Relates to**
*Ray, et al. v. Iran, et al.*
**1:19-cv-00012 (GBD)(SN)**

  I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 2, 2019, with the filing of Summonses and the Complaint, and on May 6, 2019, the Second Amended Complaint was filed and an Amended Summons was issued dated May 10, 2019, naming the following, *inter alia*, as Defendants: (1) Islamic Republic of Iran; (2) Iran's Ministry of Information and Security; (3) Islamic Revolutionary Guard Corps; (4) Iran's Ministry of Petroleum; (5) Iran's Ministry of Economic Affairs and Finance; (6) Iran's Ministry of Commerce; (7) Iran's Ministry of Defense and Armed Forces Logistics; and, (8) Central Bank of the Islamic Republic of Iran.

  A copy of the Amended Summons and Second Amended Complaint was served on each of these eight Defendants through the U.S. Department of State, which received the materials necessary for service from the Clerk of Court via a mailing dated July 10, 2019. A Certificate of Mailing from the Clerk of Court to Washington, D.C. was docketed for each of these eight Defendants on this same date. The U.S. Department of State subsequently served these materials on each of the eight Defendants listed above through diplomatic means on December 4, 2019 and

confirmed service through a letter to the Clerk of Court dated December 26, 2019, docketed on January 7, 2020.

I further certify that the docket entries indicate that the eight Defendants listed above have not filed an Answer or otherwise moved with respect to the Second Amended Complaint herein.  The default of the eight *Ray* Defendants listed above is hereby noted.

Date:  _____
      New York, New York

                              **RUBY J. KRAJICK**
                              Clerk of Court

                    By:  _____
                         Deputy Clerk