UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
IN RE:                              :
                                    :
                                    :        ORDER
TERRORIST ATTACKS ON                :
SEPTEMBER 11, 2001                  :        03 MDL 1570 (GBD) (SN)
                                    :
                                    :
------------------------------------x



This document relates to:

*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, 15 Civ. 9903 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

On January 15, 2020, the Burnett Plaintiffs moved this Court to award partial final default judgments, made up of the sums of pain and suffering awards and economic loss awards, against the Islamic Republic of Iran. (The Burnett Wrongful Death Plaintiffs' Motion for Partial Final Default Judgments, ECF No. 5670.)[1] Along with their motion, plaintiffs submitted Exhibit A, a 17-page chart listing a total of 616 decedents for which plaintiffs are now moving for default judgment. Several of the decedents included in this chart are not identified by name on either the 9/11 multidistrict litigation docket or on the member case docket.

Previously on September 23, 2019, Magistrate Judge Netburn held a telephone conference with plaintiffs, Defendant Dubai Islamic Bank, and Defendant Kingdom of Saudi Arabia, during which she explained to the parties that it is not a "legally proper position" for claimants to obtain judgments when they are not plaintiffs to the case. (*See* Tr. of Sept. 23, 2019 Telephone Conference at 3:16–22.) In light of this discussion, and in light of the fact that this Court cannot identify whether each of the 616 decedents are represented by a plaintiff in this case, the plaintiffs are hereby directed

---

[1] All citations included herein refer to documents filed in the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, 03 md 1570 (GBD) (SN).

to file an amended exhibit indicating the name of the individual plaintiff—who must be identified by name on either the 9/11 multidistrict litigation docket or on the member case docket—representing each listed decedent.

In order for the plaintiffs to receive an order on their motion prior to the February 19, 2020 VSSTF deadline, plaintiffs should submit their amended exhibit no later than Thursday, February 6, 2020.

Dated: February 4, 2020
      New York, New York

SO ORDERED.

*[signature: George B. Daniels]*
GEORGE B. DANIELS
United States District Judge