| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | EXHIBIT A | | | | | | | |
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY SOUGHT | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
| 1 | Michelle | Renee | Bratton | | | $ 2,000,000.00 | $ 11,141,322.00 | $ 13,141,322.00 |
| 2 | Robert | A. | Lawrence | Jr. | | $ 2,000,000.00 | $ 22,036,970.00 | $ 24,036,970.00 |