# EXHIBIT B (Filed Under Seal—See ECF No. 5716)