| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **EXHIBIT A** | | | | | |
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Vishnoo | | Ramsaroop | | Jessica | Ramsaroop | Bors | Sibling | $ 4,250,000.00 |