| EXHIBIT B | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
| 1 | Mark | Ryan | McGinly | | $ 2,000,000.00 | | $ 17,918,175.00 | $ 19,918,175.00 |
| 2 | Kenneth | F. | Tietjen | | $ 2,000,000.00 | | $ 12,467,135.00 | $ 14,467,135.00 |
| 3 | Charles | F.X. | Heeran | | $ 2,000,000.00 | | $ 22,870,947.00 | $ 24,870,947.00 |
| | | | | | | | | $ 59,256,257.00 |