# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

February 5, 2020

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

Yesterday, the Plaintiffs' Executive Committees ("PECs") wrote to Your Honor with a request for a three-week extension of the deadlines for the respective parties to serve expert reports (ECF No. 5837). After the letter was filed on ECF, two attorneys for defendants clarified that their consent to extend the deadlines referenced in the PECs' request was conditioned on including a request for a correlating extension for the completion of expert discovery. Accordingly, the PECs withdraw their previous request and are resubmitting a revised request, attached to this letter as Exhibit A, reflecting the request for the correlating extension of the deadline for completion of expert discovery.

Respectfully submitted,

KREINDLER & KREINDLER, LLP

By: /s/ Andrew J Maloney
    Steven R. Pounian
    Andrew J. Maloney
    Kreindler & Kreindler, LLP
    750 Third Avenue
    New York, NY 10017
    Tel: 212-687-8181
    E-mail: amaloney@kreindler.com

*On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims*

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
    Robert T. Haefele
    Motley Rice LLC
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29465
    Tel: (843) 216-9184
    E-mail: rhaefele@motleyrice.com

*On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims*

Honorable Sarah Netburn
Page 2
February 5, 2020

COZEN O'CONNOR

By:   /s/  Sean P. Carter
     Sean P. Carter
     Cozen O'Connor
     One Liberty Place
     1650 Market Street, Suite 2800
     Philadelphia, PA  19103
     Tel: (215) 665-2105
     E-mail: scarter1@cozen.com

*On behalf of the MDL 1570 Plaintiffs' Exec.
Committee for Commercial Claims*

cc:     The Honorable George B. Daniels (via ECF)
        All Counsel of Record (via ECF)