UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD)(SN)<br>ECF Case |

## ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *BURNETT/IRAN* PLAINTIFFS IDENTIFIED AT EXHIBIT A

### (*BURNETT / IRAN* XIV)

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order, plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against [Defendants against whom liability default is entered] (collectively, the "Iran Defendants") entered on January 31, 2017 (15-cv-9903, ECF No. 85), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is.

**ORDERED** that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Burnett/Iran* Plaintiffs not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages' for decedents pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
FEB 0 5 2020

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Andrew | Anthony | Abate | | Carolyn | | Crutchfield | | Spouse | $12,500,000.00 |
| 2 | Donald | L. | Adams | | Marjorie | Jean | Adams | | Parent | $8,500,000.00 |
| 3 | Peter | Craig | Alderman | | Elizabeth | R. | Alderman | | Parent | $8,500,000.00 |
| 4 | Peter | Craig | Alderman | | Stephen | J. | Alderman | | Parent | $8,500,000.00 |
| 5 | Anna | | Allison | | Vincent | Blake | Allison | III | Spouse | $12,500,000.00 |
| 6 | Joseph | John | Angelini | Jr. | Joseph | J. | Angelini | III | Child | $8,500,000.00 |
| 7 | Joseph | John | Angelini | Jr. | Jacqueline | | Angelini | | Child | $8,500,000.00 |
| 8 | Michael | Edward | Asher | | Dana | Jill | Asher | | Spouse | $12,500,000.00 |
| 9 | Michael | Edward | Asher | | Jeremy | Ross | Asher | | Child | $8,500,000.00 |
| 10 | Michael | Edward | Asher | | Rachel | Marin | Asher | | Child | $8,500,000.00 |
| 11 | Brett | T. | Bailey | | Yarah | Heather | Bailey | | Sibling | $4,250,000.00 |
| 12 | Brett | T. | Bailey | | Kevin | James | Bailey (Estate of) | | Parent | $8,500,000.00 |
| 13 | Paul | Vincent | Barbaro | | Kim | Elizabeth | Barbaro | | Spouse | $12,500,000.00 |
| 14 | Paul | Vincent | Barbaro | | Joseph | | Barbaro | | Child | $8,500,000.00 |
| 15 | Paul | Vincent | Barbaro | | Paul | William | Barbaro | | Child | $8,500,000.00 |
| 16 | Marlyn | Capito | Bautista | | Rameses | Garcia | Bautista | | Spouse | $12,500,000.00 |
| 17 | Carl | | Bedigian | | Joseph | J. | Bedigian | | Sibling | $4,250,000.00 |
| 18 | Maria | | Behr | | Inmaculada | | Behr | | Parent | $8,500,000.00 |
| 19 | Maria | | Behr | | George | | Behr | | Parent | $8,500,000.00 |
| 20 | Alvin | | Bergsohn | | Harris | L. | Bergsohn | | Child | $8,500,000.00 |
| 21 | Alvin | | Bergsohn | | Renee | Ann | Hoffman | | Sibling | $4,250,000.00 |
| 22 | Vincent | M. | Boland | Jr. | Gregory | Frank | Boland | | Sibling | $4,250,000.00 |
| 23 | Vincent | M. | Boland | Jr. | Erin | Marie | Boland | | Sibling | $4,250,000.00 |
| 24 | Vincent | M. | Boland | Jr. | Joyce | Rosemary | Boland | | Parent | $8,500,000.00 |
| 25 | Vincent | M. | Boland | Jr. | Vincent | | Boland | Sr. | Parent | $8,500,000.00 |
| 26 | Canfield | D. | Boone | | Christopher | Adam | Boone | | Child | $8,500,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 27 | Canfield | D. | Boone | Andrew | | Boone | | Child | $8,500,000.00 |
| 28 | Pamela | J. | Boyce | Laura | Maria | Alessi | | Parent | $8,500,000.00 |
| 29 | Pamela | J. | Boyce | Gina | Marie | Grassi | | Sibling | $4,250,000.00 |
| 30 | Mark | | Brisman | Juliette | | Brisman | | Spouse | $12,500,000.00 |
| 31 | Mark | | Brisman | Steven | Arthur | Brisman | | Sibling | $4,250,000.00 |
| 32 | Dennis | | Buckley | Mary | Kathleen | Buckley | | Child | $8,500,000.00 |
| 33 | Dennis | | Buckley | Kathleen | M. | Buckley | | Spouse | $12,500,000.00 |
| 34 | Dennis | | Buckley | Michele | Anne | Buckley | | Child | $8,500,000.00 |
| 35 | Dennis | | Buckley | Megan | Elizabeth | Buckley | | Child | $8,500,000.00 |
| 36 | Michael | | Cahill | Colleen | Casey | Cahill | | Spouse | $12,500,000.00 |
| 37 | Michael | | Cahill | Conor | | Cahill | | Child | $8,500,000.00 |
| 38 | Michael | | Cahill | Fiona | | Cahill | | Child | $8,500,000.00 |
| 39 | Liam | | Callahan | Ellen | | Callahan | | Child | $8,500,000.00 |
| 40 | Liam | | Callahan | Brian | J | Callahan | | Child | $8,500,000.00 |
| 41 | Liam | | Callahan | Joan | E | Callahan | | Spouse | $12,500,000.00 |
| 42 | Liam | | Callahan | Bridget | | Gannello | | Child | $8,500,000.00 |
| 43 | Llam | | Callahan | James | J. | Callahan | | Child | $8,500,000.00 |
| 44 | James | C. | Cappers | Kathleen | | Pfitzer | | Spouse | $12,500,000.00 |
| 45 | Neilie | Anne Heffernan | Casey | Riley | Eileen | Casey | | Child | $8,500,000.00 |
| 46 | Neilie | Anne Heffernan | Casey | Michael | W. | Casey | | Spouse | $12,500,000.00 |
| 47 | William | | Chalcoff | Eric | Jonathan | Chalcoff | | Child | $8,500,000.00 |
| 48 | Stephen | Patrick | Cherry | Peter | Ross | Cherry | | Child | $8,500,000.00 |
| 49 | Dorothy | J. | Chiarchiaro | Nicholas | Mario | Chiarchiaro | Sr. | Spouse | $12,500,000.00 |
| 50 | Nicholas | Paul | Chiofalo | Joan | Nardello | Chiofalo | | Spouse | $12,500,000.00 |
| 51 | Catherine | Ellen | Chirls | David | S. | Chirls | | Spouse | $12,500,000.00 |
| 52 | Robert | D. | Cirri | Robert | Dominick | Cirri | Jr. | Child | $8,500,000.00 |
| 53 | Robert | D. | Cirri | Anthony | Robert | Cirri | | Child | $8,500,000.00 |
| 54 | Robert | D. | Cirri | Jessica | | Cirri-Perez | | Child | $8,500,000.00 |
| 55 | Stephen | J. | Colaio | Mary | Catherine | Colaio (Estate of) | | Parent | $8,500,000.00 |
| 56 | Mark | J. | Colaio | Mary | Catherine | Colaio (Estate of) | | Parent | $8,500,000.00 |
| 57 | Ronald | E. | Comer | Lauren | Emily | Hansen | | Child | $8,500,000.00 |
| 58 | Jeffrey | W. | Coombs | Charles | Bunker | Coombs | III | Parent | $8,500,000.00 |
| 59 | John | J. | Corcoran | Meghan | Lee | Corcoran | | Child | $8,500,000.00 |
| 60 | John | J. | Corcoran | John | James | Corcoran | III | Child | $8,500,000.00 |
| 61 | Asia | SiVon | Cottom | Isiah | RaShon | Batey | | Sibling | $4,250,000.00 |
| 62 | Martin | John | Coughlan | Finnbarr | Mary | Coughlan | | Sibling | $4,250,000.00 |
| 63 | Martin | | Coughlan | James | | Coughlan | | Sibling | $4,250,000.00 |
| 64 | Robert | | Curatola | Christine | | Curatola | | Spouse | $12,500,000.00 |
| 65 | Beverly | L. | Curry | Mischele | Ann | Crew-Williams | | Sibling | $4,250,000.00 |
| 66 | Jason | M. | Dahl | Jason | Matthew | Dahl | Jr. | Child | $8,500,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 67 | Francis | | Deming | Francis | | Brian | D. | Deming | Child | $8,500,000.00 |
| 68 | Francis | | Deming | | | Robert | Jay | Deming | Sibling | $4,250,000.00 |
| 69 | Vincent | Francis | DiFazio | | | Gina | Marie | DiFazio | Child | $8,500,000.00 |
| 70 | Vincent | Francis | DiFazio | | | Patricia | Anne | DiFazio | Spouse | $12,500,000.00 |
| 71 | Vincent | Francis | DiFazio | | | Dana | Michelle | DiFazio | Child | $8,500,000.00 |
| 72 | George | | DiPasquale | | | Georgia | Rose | DiPasquale | Child | $8,500,000.00 |
| 73 | Jacqueline | | Donovan | | | Patrice | | Kelleher | Sibling | $4,250,000.00 |
| 74 | Patrick | Joseph | Driscoll | | | Adelaide | Maureen | Driscoll | Spouse | $12,500,000.00 |
| 75 | Richard | A. | Dunstan | | | Christopher | Graham | Dunstan | Child | $8,500,000.00 |
| 76 | Richard | A. | Dunstan | | | Laura | Diane | Fornuff | Child | $8,500,000.00 |
| 77 | Richard | A. | Dunstan | | | Janet | Arleen | Dunstan | Spouse | $12,500,000.00 |
| 78 | Constantine | | Economos | | | Constantine | Leon | Economos | Child | $8,500,000.00 |
| 79 | Constantine | | Economos | | | Katherine | Audrey | Economos | Child | $8,500,000.00 |
| 80 | Edgar | H. | Emery | Jr. | | Elizabeth | | Emery | Spouse | $12,500,000.00 |
| 81 | Sarah | Ali | Escarcega | | | Rogelio | R. | Escarcega | Spouse | $12,500,000.00 |
| 82 | Francis | | Esposito | | | Dawn | Marie | Picciano | Spouse | $12,500,000.00 |
| 83 | William | J. | Esposito | | | Craig | Steven | Esposito | Child | $8,500,000.00 |
| 84 | Joseph | | Farrelly | | | Julianne | Carlene | Farrelly | Child | $8,500,000.00 |
| 85 | Bernard | | Favuzza | | | Linda | Ann | Favuzza | Spouse | $12,500,000.00 |
| 86 | John | B. | Fiorito | | | Karen | | Fiorito | Spouse | $12,500,000.00 |
| 87 | John | B. | Fiorito | | | John | Joseph | Fiorito | Child | $8,500,000.00 |
| 88 | Joseph | W. | Flounders | | | Patricia | V. | Flounders (Estate of) | Spouse | $12,500,000.00 |
| 89 | Robert | Joseph | Foti | | | Mary | Grace | Foti | Spouse | $12,500,000.00 |
| 90 | Robert | Joseph | Foti | | | James | Robert | Foti | Child | $8,500,000.00 |
| 91 | Deanna | Micciulli | Galante | | | Anthony | | Galante | Spouse | $12,500,000.00 |
| 92 | Gary | Paul | Geidel | | | Mathilda | M. | Geidel | Spouse | $12,500,000.00 |
| 93 | Robert | J | Gerlich | | | Matthew | Evan | Gerlich | Child | $8,500,000.00 |
| 94 | Debra | Lynn | Gibbon | | | Karen | | Zaccaria | Sibling | $4,250,000.00 |
| 95 | Catherine | C. | Gorayeb | | | Joseph | | Gorayeb | Parent | $8,500,000.00 |
| 96 | Matthew | James | Grzymalski | | | Patricia | | Grzymalski | Parent | $8,500,000.00 |
| 97 | Cindy | Yanzhu | Guan | | | Edwin | H. | Yuen | Spouse | $12,500,000.00 |
| 98 | Vaswald | George | Hall | | | Beverly | | Hall | Spouse | $12,500,000.00 |
| 99 | Dana | Rey | Hannon | | | Kyle | Elizabeth | Bickford | Sibling | $4,250,000.00 |
| 100 | Timothy | J. | Hargrave | | | Patricia | Ellen | Hargrave | Spouse | $12,500,000.00 |
| 101 | Timothy | J. | Hargrave | | | Corinne | Elizabeth | Hargrave | Child | $8,500,000.00 |
| 102 | Timothy | J. | Hargrave | | | Amy | P. | Hargrave | Child | $8,500,000.00 |
| 103 | Timothy | J. | Hargrave | | | Casey | A. | Hargrave | Child | $8,500,000.00 |
| 104 | Peter | Paul | Hashem | | | Joseph | Paul | Hashem | Sibling | $4,250,000.00 |
| 105 | Terence | Sean | Hatton | | | Elizabeth | Petrone | Hatton | Spouse | $12,500,000.00 |

| # | First | M | Last | Suffix | Minor Child T.H. | M2 | Last2 | Suffix2 | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 106 | Terence | Sean | Hatton | | Thomas | Peter | Heidenberger | II | Child | $8,500,000.00 |
| 107 | Michele | M. | Heidenberger | | David | C. | Hemschoot | | Child | $8,500,000.00 |
| 108 | Mark | | Hemschoot | | Jeffrey | W. | Hemschoot | | Child | $8,500,000.00 |
| 109 | Mark | | Hemschoot | | Debora | | Hemschoot | | Child | $12,500,000.00 |
| 110 | Mark | | Hemschoot | | | | Herencia | | Spouse | $12,500,000.00 |
| 111 | Mary | | Herencia | | Mark | | | | Child | $8,500,000.00 |
| 112 | Robert | Wayne | Hobson | III | Cynthia | | Palmieri | | Spouse | $12,500,000.00 |
| 113 | Montgomery | McCullough | Hord | | Lisa | | Sharp | | Spouse | $12,500,000.00 |
| 114 | Montgomery | McCullough | Hord | | Molly | | Williams | | Child | $8,500,000.00 |
| 115 | Montgomery | McCullough | Hord | | Sophie | | McCullough | | Child | $8,500,000.00 |
| 116 | Montgomery | McCullough | Hord | | Jackson | | Sharp | | Child | $8,500,000.00 |
| 117 | Thomas | Edward | Hynes | | Carolyne | | Yacoub | | Spouse | $12,500,000.00 |
| 118 | Zuhtu | | Ibis | | Ali | | | | Parent | $8,500,000.00 |
| 119 | Zuhtu | | Ibis | | Ayse | | | | Parent | $8,500,000.00 |
| 120 | Zuhtu | | Ibis | | Hacer | | | | Sibling | $4,250,000.00 |
| 121 | Zuhtu | | Ibis | | Mehmet | | | | Sibling | $4,250,000.00 |
| 122 | Steven | A. | Jacobson | | Deborah | B. | Jacobson (Estate of) | | Spouse | $12,500,000.00 |
| 123 | Prem | N. | Jerath | | Meena | | | | Spouse | $12,500,000.00 |
| 124 | Prem | N. | Jerath | | Neel | | | | Child | $8,500,000.00 |
| 125 | Richard | M. | Keane | | Daniel | M. | Keane (Estate of) | | Child | $8,500,000.00 |
| 126 | Howard | Barry | Kirschbaum | | Lauren | | Kirschbaum | | Child | $8,500,000.00 |
| 127 | Thomas | Patrick | Knox | | Nancy | S | Knox | | Spouse | $12,500,000.00 |
| 128 | Robert | T. | Lane | | Richard | Louis | Lane | | Parent | $8,500,000.00 |
| 129 | Robert | T. | Lane | | Janet | Linda | Lane | | Parent | $8,500,000.00 |
| 130 | Robert | T. | Lane | | Jason | Mathew | Lane | | Sibling | $4,250,000.00 |
| 131 | Robert | T. | Lane | | Suzanne | Renee | Stevenson | | Sibling | $4,250,000.00 |
| 132 | Paul | | Laszczynski | | Jennifer | Lynn | Halstead | | Child | $8,500,000.00 |
| 133 | Anna | A. | Laverty | | Kevin | P. | Laverty (Estate of) | | Spouse | $12,500,000.00 |
| 134 | Robert | A. | Lawrence | Jr. | Toland | Curry | Lawrence | | Child | $8,500,000.00 |
| 135 | David | William | Laychak | | Laurie | Miller | Laychak | | Spouse | $12,500,000.00 |
| 136 | David | William | Laychak | | Zachary | David | Laychak | | Child | $8,500,000.00 |
| 137 | David | William | Laychak | | Jennifer | Lauren | Laychak | | Child | $8,500,000.00 |
| 138 | Daniel | | Libretti | | Dolores | Marie | Libretti | | Spouse | $12,500,000.00 |
| 139 | Thomas | V. | Linehan | Jr. | Melissa | Jane | Linehan | | Child | $8,500,000.00 |
| 140 | Thomas | V. | Linehan | Jr. | Thomas | Benjamin | Linehan | | Child | $8,500,000.00 |
| 141 | Alan | Patrick | Linton | Jr. | Laura | Renee | Anspach | | Sibling | $4,250,000.00 |
| 142 | Alan | Patrick | Linton | Jr. | Alan | Patrick | Linton | Sr. | Parent | $8,500,000.00 |
| 143 | Alan | Patrick | Linton | Jr. | Sharon | Lynn | Linton | | Parent | $8,500,000.00 |
| 144 | Alan | Patrick | Linton | Jr. | Scott | P. | Linton | | Sibling | $4,250,000.00 |
| 145 | Martin | | Lizzul | | Jean | | Luicido | | Spouse | $12,500,000.00 |

| # | First | M | Last | First2 | M2 | Last2 | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 146 | Maclovio | | Lopez | Susie | | Lopez | Jr. | Sibling | $4,250,000.00 |
| 147 | Maclovio | | Lopez | Libbet | | Ward | Jr. | Sibling | $4,250,000.00 |
| 148 | Maclovio | | Lopez | Martha | | Lopez | Jr. | Parent | $8,500,000.00 |
| 149 | Maclovio | | Lopez | Francisco | | Lopez | Jr. | Sibling | $4,250,000.00 |
| 150 | Maclovio | | Lopez | Rosa | Maria | Ramirez | Jr. | Sibling | $4,250,000.00 |
| 151 | Maclovio | | Lopez | Cindy | Lou | Carlson | Jr. | Sibling | $4,250,000.00 |
| 152 | Lee | Charles | Ludwig | Christopher | Lee | Ludwig | | Child | $8,500,000.00 |
| 153 | Sean | Thomas | Lugano | Michael | | Lugano | | Sibling | $4,250,000.00 |
| 154 | Sean | Thomas | Lugano | Stephanie | Anne | McCuin | | Sibling | $4,250,000.00 |
| 155 | CeeCee | | Lyles | Lorne | Von | Lyles | | Spouse | $12,500,000.00 |
| 156 | Simon | | Maddison | Maureen | Marguerite | Maddison | | Spouse | $12,500,000.00 |
| 157 | Noell | | Maerz | Jennifer | Lyn | Maerz | | Spouse | $12,500,000.00 |
| 158 | Noell | | Maerz | Noelle | Brianna | Maerz | | Child | $8,500,000.00 |
| 159 | Christian | H. | Maltby | Max | Walker | Maltby | | Child | $8,500,000.00 |
| 160 | Joseph | | Mangano | Phillip | | Mangano | | Sibling | $4,250,000.00 |
| 161 | Joseph | | Mangano | Rosemarie | | Hoesly | | Sibling | $4,250,000.00 |
| 162 | Sara | Elizabeth | Manley | Robert | William | Harvey | | Spouse | $12,500,000.00 |
| 163 | Cesar | R. | Marino | Celeste | | Garcia | | Spouse | $12,500,000.00 |
| 164 | Edward | | Mazzella | Catherine | | Mazzella | Jr. | Spouse | $12,500,000.00 |
| 165 | Patricia | A. | McAneney | James | | McAneney | | Sibling | $4,250,000.00 |
| 166 | John | K. | McAvoy | Philomena | | McAvoy (Estate of) | | Parent | $8,500,000.00 |
| 167 | Kenneth | M. | McBrayer | Marsha | K. | McBrayer | | Spouse | $12,500,000.00 |
| 168 | Michael | J. | McCabe | Lynn | C. | McCabe | | Spouse | $12,500,000.00 |
| 169 | Michael | J. | McCabe | Cassidy | | McCabe | | Child | $8,500,000.00 |
| 170 | Michael | J. | McCabe | Regan | Grace | McCabe | | Child | $8,500,000.00 |
| 171 | Michael | J. | McCabe | Liam | Patrick | McCabe | | Child | $8,500,000.00 |
| 172 | Eamon | James | McEneaney | Bonnie | McEneaney | McNamara | | Spouse | $12,500,000.00 |
| 173 | Eamon | James | McEneaney | Brendan | Walter | McEneaney | | Child | $8,500,000.00 |
| 174 | Eamon | James | McEneaney | Jennifer | Jeanne | McEneaney | | Child | $8,500,000.00 |
| 175 | Eamon | James | McEneaney | Kevin | Blayney | McEneaney | | Child | $8,500,000.00 |
| 176 | Eamon | James | McEneaney | Kyle | MacDonald | McEneaney | | Child | $8,500,000.00 |
| 177 | Patrick | | McGuire | Danielle | | McGuire | | Spouse | $12,500,000.00 |
| 178 | Patrick | | McGuire | Sean | Patrick | McGuire | | Child | $8,500,000.00 |
| 179 | Patrick | | McGuire | Mara | Moran | McGuire | | Child | $8,500,000.00 |
| 180 | Patrick | | McGuire | Shea | Elizabeth | McGuire | | Child | $8,500,000.00 |
| 181 | Patrick | | McGuire | Ryan | Patrick | McGuire | | Child | $8,500,000.00 |
| 182 | Michael | Edward | McHugh | Michael | Edward | McHugh | Jr., Sr. | Parent | $8,500,000.00 |
| 183 | Michael | E. | McHugh | Darby | Anne | McHugh | Jr. | Sibling | $4,250,000.00 |
| 184 | Michael | E. | McHugh | Eileen | Higgins | McHugh | Jr. | Parent | $8,500,000.00 |
| 185 | Daniel | Walker | McNeal | Kathleen | | McNeal | | Sibling | $4,250,000.00 |

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 186 | Stuart | Todd | | Lisa | | Meltzer | Spouse | $12,500,000.00 |
| 187 | Stuart | Todd | | Jacob | Andrew | Meltzer | Child | $8,500,000.00 |
| 188 | Stuart | Todd | | Dylan | Ross | Meltzer | Child | $8,500,000.00 |
| 189 | Diarelia | J. | | Victor | | Barahona | Spouse | $12,500,000.00 |
| 190 | Diarelia | J. | | Karelia | A. | Barahona | Child | $8,500,000.00 |
| 191 | Ralph | | | Debra | | Mercurio | Spouse | $12,500,000.00 |
| 192 | Ralph | | | Joseph | | Mercurio | Child | $8,500,000.00 |
| 193 | Ralph | | | Genevieve | | Mercurio | Child | $8,500,000.00 |
| 194 | Nicole | Carol | | David | Scott | Miller | Sibling | $4,250,000.00 |
| 195 | Craig | James | | Curt | James | Miller | Child | $8,500,000.00 |
| 196 | Craig | James | | Colton | James | Miller | Child | $8,500,000.00 |
| 197 | Craig | James | | Holly | Ann Miller | Hedley | Spouse | $12,500,000.00 |
| 198 | Robert | | | Paula | A | Minara | Spouse | $12,500,000.00 |
| 199 | Paul | T. | | Maureen | Francis | Mitchell | Spouse | $12,500,000.00 |
| 200 | Richard | P | | Thomas | Paul | Miuccio | Child | $8,500,000.00 |
| 201 | Michael | G. | | Maria | E. | Montesi-Lauria | Sibling | $4,250,000.00 |
| 202 | Seth | A. | | Hayley | Shaw | Morris | Child | $8,500,000.00 |
| 203 | Seth | A. | | Kyle | B. | Morris | Child | $8,500,000.00 |
| 204 | Seth | A. | | Madilynn | E. | Morris | Child | $8,500,000.00 |
| 205 | William | David | | Jessica | Ann | Moskal | Child | $8,500,000.00 |
| 206 | Robert | | | Laurie | Ann | Murach | Spouse | $12,500,000.00 |
| 207 | Cesar | A. | | Carolyn | | Alderman | Sibling | $4,250,000.00 |
| 208 | James | Thomas | | Mary | L | Middleton | Spouse | $12,500,000.00 |
| 209 | Raymond | E. | Sr. | Edward | Joseph | Murphy | Sibling | $4,250,000.00 |
| 210 | Raymond | E. | Sr. | Kenneth | George | Murphy | Sibling | $4,250,000.00 |
| 211 | Raymond | E. | Sr. | Robert | Edward | Murphy | Sibling | $4,250,000.00 |
| 212 | James | Thomas | | Michael | Thomas | Murphy | Sibling | $4,250,000.00 |
| 213 | James | | | Anne | Catherine | Nelson | Child | $8,500,000.00 |
| 214 | Arthur | | | Caitlin | Mary | Nelson (Estate of) | Child | $8,500,000.00 |
| 215 | James | A. | | Denise | I. | Oakley | Spouse | $12,500,000.00 |
| 216 | William | S. | | Virginia | M. | O'Keefe | Spouse | $12,500,000.00 |
| 217 | Paul | J. | | Paul | Jack | Pansini | Child | $8,500,000.00 |
| 218 | Paul | J. | | Janice | | Pansini | Spouse | $12,500,000.00 |
| 219 | Paul | John | | Claire | Adele | Pansini | Child | $8,500,000.00 |
| 220 | Paul | John | | Anna | Mary | Pansini | Child | $8,500,000.00 |
| 221 | James | N. | | Helen | Olga | Carlucci | Sibling | $4,250,000.00 |
| 222 | James | N. | | Juana | Olga | Pappageorge | Parent | $8,500,000.00 |
| 223 | Gye | Hyong | | Jin | Han | Park | Sibling | $4,250,000.00 |
| 224 | Gye | Hyong | | Myong | Kyu | Park | Parent | $8,500,000.00 |
| 225 | Gye | Hyong | | Jung | Hea | Shin | Parent | $8,500,000.00 |

| # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 226 | Hashmukhrai | C. | Parmar | Bharti | | Parmar | Spouse | $12,500,000.00 |
| 227 | Robert | | Parro | Karen | | Parro | Spouse | $12,500,000.00 |
| 228 | Jerrold | H. | Paskins | Robert | R. | Paskins | Child | $8,500,000.00 |
| 229 | Jon | A. | Perconti | Julia | Amelia | Perconti | Child | $8,500,000.00 |
| 230 | Matthew | Martin | Picerno | Anthony | Joseph | Picerno | Child | $8,500,000.00 |
| 231 | James | E. | Potorti | Nikki | L. | Stern | Spouse | $12,500,000.00 |
| 232 | Wanda | | Prince | Edward | Joseph | Prince | Spouse | $12,500,000.00 |
| 233 | John | F. | Puckett | Michael | John | Puckett | Child | $8,500,000.00 |
| 234 | John | F. | Puckett | Michele | | Puckett-Formolo | Child | $8,500,000.00 |
| 235 | Edward | Frank | Pullis | Maria | Frances | Pullis | Child | $8,500,000.00 |
| 236 | Edward | Frank | Pullis | Melissa | | Pullis | Spouse | $12,500,000.00 |
| 237 | Edward | Frank | Pullis | Edward | | Pullis | Child | $8,500,000.00 |
| 238 | Edward | Frank | Pullis | Anthony | | Pullis | Child | $8,500,000.00 |
| 239 | Patricia | Ann | Puma | Kevin | | Puma | Spouse | $12,500,000.00 |
| 240 | Patricia | Ann | Puma | BriAnna | | Puma | Child | $8,500,000.00 |
| 241 | Patricia | Ann | Puma | Dylan | | Puma | Child | $8,500,000.00 |
| 242 | Patricia | Ann | Puma | Kiefer | | Puma | Child | $8,500,000.00 |
| 243 | Peter | Frank | Raimondi | Peter | Mathew | Raimondi | Child | $8,500,000.00 |
| 244 | Peter | Frank | Raimondi | Philip | Warren | Raimondi | Child | $8,500,000.00 |
| 245 | Peter | Frank | Raimondi | Lenore | Clare | Raimondi | Spouse | $12,500,000.00 |
| 246 | Edward | J. | Rall | Matthew | | Rall | Child | $8,500,000.00 |
| 247 | Edward | J. | Rall | Darlene | G. | Rall | Spouse | $12,500,000.00 |
| 248 | Edward | J. | Rall | Joseph | | Rall | Child | $8,500,000.00 |
| 249 | Edward | J. | Rall | Daniel | | Rall | Child | $8,500,000.00 |
| 250 | Robert | A. | Rasmussen | Taylor | Marie | Rasmussen | Child | $8,500,000.00 |
| 251 | Gregg | | Reidy | Ann | | Curti | Sibling | $4,250,000.00 |
| 252 | Thomas | Barnes | Reinig | Scott | Thomas | Reinig | Child | $8,500,000.00 |
| 253 | Karen | | Renda | Dana | Henry | Gargano | Sibling | $4,250,000.00 |
| 254 | Isaias | | Rivera | Isaias | | Rivera Jr. | Child | $8,500,000.00 |
| 255 | Isaias | | Rivera | Lynnette | | Rivera | Child | $8,500,000.00 |
| 256 | Paul | Vincent | Rizza | Elaine | Marie | Brophy | Spouse | $12,500,000.00 |
| 257 | Gregory | E. | Rodriguez | Elizabeth | A. | Soudant | Spouse | $12,500,000.00 |
| 258 | Joshua | Alan | Rosenthal | Marilynn | M. | Rosenthal (Estate of) | Parent | $8,500,000.00 |
| 259 | Janice | Marie | Scott | George | Arnold | Holmes (Estate of) | Sibling | $4,250,000.00 |
| 260 | Larry | John | Senko | Debbi | Ellen | Senko | Spouse | $12,500,000.00 |
| 261 | Marian | Teresa | Serva | Christina | Lyn | Serva | Child | $8,500,000.00 |
| 262 | Karen | Lynn | Seymour | Debra | Jean | Anderson | Sibling | $4,250,000.00 |
| 263 | Jeffrey | J. | Shaw | Debra | Ann | Shaw | Spouse | $12,500,000.00 |
| 264 | Jeffrey | James | Shaw | Michael | Christopher | Shaw | Child | $8,500,000.00 |

| # | First | M. | Last | First | M. | Last | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 265 | Jeffrey | | Shaw | Nicole | | McCabe | | Child | $8,500,000.00 |
| 266 | Robert | John | Shay, Jr. | Robert | John | Shay, III | | Child | $8,500,000.00 |
| 267 | Robert | John | Shay, Jr. | Jonathan | Robert | Shay | | Child | $8,500,000.00 |
| 268 | Robert | John | Shay, Jr. | Ryan | Patrick | Shay | | Child | $8,500,000.00 |
| 269 | Robert | John | Shay, Jr. | Dawn | Marie | Shay | | Spouse | $12,500,000.00 |
| 270 | Jeff | L. | Simpson | Elaina | Simpson | Grant | | Child | $8,500,000.00 |
| 271 | Jeff | L. | Simpson | Leeann | M. | Simpson | | Child | $8,500,000.00 |
| 272 | Jeff | L. | Simpson | Maxwell | James | Simpson | | Child | $8,500,000.00 |
| 273 | Jeff | L. | Simpson | Diane | Elizabeth | Cass | | Spouse | $12,500,000.00 |
| 274 | Cheryle | D. | Sincock | Craig | William | Sincock | | Spouse | $12,500,000.00 |
| 275 | Dianne | Bullis | Snyder | Leland | | Snyder | | Child | $8,500,000.00 |
| 276 | Dianne | Bullis | Snyder | John | Bishop | Snyder | | Spouse | $12,500,000.00 |
| 277 | Dianne | Bullis | Snyder | Blakeslee | Elizabeth | Snyder | | Child | $8,500,000.00 |
| 278 | John | Anthony | Spataro | Patricia | Ellen | Wellington | | Spouse | $12,500,000.00 |
| 279 | Frank | J. | Spinelli | Danielle | Marie | Spinelli | Jr. | Child | $8,500,000.00 |
| 280 | Frank | J. | Spinelli | Christopher | Francis | Spinelli | Jr. | Child | $8,500,000.00 |
| 281 | Frank | J. | Spinelli | Nicole | Lauren | Spinelli | Jr. | Child | $8,500,000.00 |
| 282 | Frank | J. | Spinelli | Michelle | | Spinelli | Jr. | Spouse | $12,500,000.00 |
| 283 | Colleen | M. | Supinksi | Nathan | A. | Supinksi | | Sibling | $4,250,000.00 |
| 284 | Claudia | | Sutton | Bernell | Anthony | Sutton | | Spouse | $12,500,000.00 |
| 285 | Madeline | Amy | Sweeney | Eleanor | | Stice | | Parent | $8,500,000.00 |
| 286 | Madeline | Amy | Sweeney | William | Addison | Todd | III | Sibling | $4,250,000.00 |
| 287 | Joann | | Tabeek | James | E. | Smith | | Sibling | $4,250,000.00 |
| 288 | Michael | | Taddonio | Denise | | Taddonio | | Spouse | $12,500,000.00 |
| 289 | Robert | R. | Talhami | George | Elias | Talhami | | Sibling | $4,250,000.00 |
| 290 | Hector | Luis | Tirado | Sean | Smiley | Tirado | Jr. | Sibling | $4,250,000.00 |
| 291 | Michael | A. | Trinidad | Carol | | Perla | | Sibling | $4,250,000.00 |
| 292 | Michael | A. | Trinidad | Timothy | Michael | Trinidad | | Child | $8,500,000.00 |
| 293 | Michael | A. | Trinidad | Thea | Megan | Trinidad | | Child | $8,500,000.00 |
| 294 | Willie | Quincy | Troy | Renee | Mechelle | Troy-Mebane | | Child | $8,500,000.00 |
| 295 | Willie | Q. | Troy | Judy | S. | Troy | | Spouse | $12,500,000.00 |
| 296 | Michael | A. | Uliano | Gail | Marie | Callahan | | Parent | $8,500,000.00 |
| 297 | Gopalakrishnan | | Varadhan | Srinivasa | | Varadhan | | Parent | $8,500,000.00 |
| 298 | Gopalakrishnan | | Varadhan | Vasundara | | Varadhan | | Parent | $8,500,000.00 |
| 299 | Lawrence | J. | Veling | Diane | J. | Veling | | Spouse | $12,500,000.00 |
| 300 | Lawrence | J. | Veling | Cynthia | | Veling | | Child | $8,500,000.00 |
| 301 | Lawrence | J. | Veling | Ryan | | Veling | | Child | $8,500,000.00 |
| 302 | Lawrence | J. | Veling | Kevin | | Veling | | Child | $8,500,000.00 |

| 303 | Robert |  | Vicario | Rose | Savannah | Vicario |  | Child | $8,500,000.00 |
|---|---|---|---|---|---|---|---|---|---|
| 304 | Robert |  | Vicario | Robin | Jill | Vicario |  | Spouse | $12,500,000.00 |
| 305 | Francine |  | Virgilio | G. | Nunzio | Virgilio |  | Sibling | $4,250,000.00 |
| 306 | Alfred |  | Vukosa |  | Sime | Vukosa (Estate of) |  | Parent | $8,500,000.00 |
| 307 | Derrick | Christopher | Washington | Mae | Lettie | Washington |  | Parent | $8,500,000.00 |
| 308 | Charles |  | Waters | Irene | Jaclyn | Sfroza |  | Child | $8,500,000.00 |
| 309 | Charles |  | Waters | Edward | Charles | Waters |  | Child | $8,500,000.00 |
| 310 | William | Michael | Weems | Anne | Lisa | Weems |  | Spouse | $12,500,000.00 |
| 311 | Steven | George | Weinstein | Mae | Kathlyn | Carriker |  | Spouse | $12,500,000.00 |
| 312 | James | Patrick | White | John | Gregory | White |  | Sibling | $4,250,000.00 |
| 313 | James | Patrick | White | W. | Rachel | Glavis |  | Sibling | $4,250,000.00 |
| 314 | Mary |  | Wieman |  | Marc | Wieman |  | Spouse | $12,500,000.00 |
| 315 | Dwayne |  | Williams | Gesiele | Tammy | Williams |  | Spouse | $12,500,000.00 |
| 316 | John | P. | Williamson |  | Jessica | Williamson |  | Child | $8,500,000.00 |
| 317 | John | P. | Williamson |  | Marc | Williamson |  | Child | $8,500,000.00 |
| 318 | Frank | Thomas | Wisniewski | Paul | Jonathan | Wisniewski |  | Child | $8,500,000.00 |
| 319 | Richard | H | Woodwell | Preston | Linda | Woodwell |  | Spouse | $12,500,000.00 |
| 320 | Richard | H. | Woodwell | McCullough | Eleanor | Woodwell |  | Child | $8,500,000.00 |
| 321 | Richard | Herron | Woodwell | Herron | Richard | Woodwell | Jr. | Child | $8,500,000.00 |
| 322 | Richard | Herron | Woodwell | Preston | Margaret | Woodwell |  | Child | $8,500,000.00 |
| 323 | Martin | Michael | Wortley | L. | Karen | Beetel |  | Spouse | $12,500,000.00 |
| 324 | Donald | McArthur | Young |  | Felicia | Young |  | Spouse | $12,500,000.00 |
| 325 | Christopher | Rudolph | Zarba | R. | Joseph | Zarba | Jr. | Sibling | $4,250,000.00 |
|  |  |  |  |  |  |  | TOTAL: |  | $2,892,250,000.00 |