USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 5 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

               :

IN RE:               :

               :

TERRORIST ATTACKS ON      :

SEPTEMBER 11, 2001         :

               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

03 MDL 1570 (GBD) (SN)

This document relates to:

> *Ashton et al. v. al Quaeda Islamic Army, et al.*, 02 Civ. 6977 (GBD) (SN)
> *Burlingame, et al. v. Bin Laden, et al.*, 02 Civ. 7230 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

Upon consideration of the evidence and arguments submitted by the Plaintiffs identified in Exhibit A to this Order, the plaintiffs in *Burlingame, et al. v. Bin Laden, et al.*, 02 Civ. 7230 (GBD) (SN) who are the estates of victims of the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran entered on August 26, 2015 (ECF No. 3008), together with the entire record in this case, it is hereby:

**ORDERED** that service of process was effected upon Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants; and it is

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the *Burlingame X* Plaintiffs, as identified in the attached Exhibit A, who are the estates of victims of the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded: compensatory damages for decedent's pain and suffering in an amount of $2,000,000 per estate, as previously awarded, as set forth in Exhibit A; and it is

**ORDERED** that the Plaintiffs identified in the expert reports furnished as Exhibit B to the Declaration of Frank H. Granito, III dated January 10, 2020 (and identified in Exhibit A), are awarded economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted as Exhibit B of the Granito Declaration; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

**ORDERED** that the remaining *Burlingame* Plaintiffs not appearing on Exhibit A may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages' for decedents' pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for Plaintiffs appearing on Exhibit A.

The Clerk of Court is directed to close ECF No. 5485 accordingly.

Dated: February 5, 2020
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge

2

# EXHIBIT A

Case 1:03-md-01570-GBD-SN   Document 5487-1   Filed 01/10/20   Page 1 of 3

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|
| B1 | David | Michael | Barkway | | | $ 2,000,000.00 | $ 29,935,158.00 | $ 31,935,158.00 |
| B2 | Michael | | Bocchino | | | $ 2,000,000.00 | $ 6,104,931.00 | $ 8,104,931.00 |
| B3 | Bruce | | Boehm | | | $ 2,000,000.00 | $ 5,396,052.00 | $ 7,396,052.00 |
| B4 | Mary | Jane | Booth | | | $ 2,000,000.00 | $ 440,374.00 | $ 2,440,374.00 |
| B5 | Peter | | Brennan | | | $ 2,000,000.00 | $ 6,156,343.00 | $ 8,156,343.00 |
| B6 | Vincent | | Brunton | | | $ 2,000,000.00 | $ 5,081,702.00 | $ 7,081,702.00 |
| B7 | Charles | | Burlingame | | | $ 2,000,000.00 | $ 6,813,981.00 | $ 8,813,981.00 |
| B8 | Swede | | Chevalier | | | $ 2,000,000.00 | $ 15,309,878.00 | $ 17,309,878.00 |
| B9 | Pamela | | Chu | | | $ 2,000,000.00 | $ 10,057,292.00 | $ 12,057,292.00 |
| B10 | Anthony | | Coladonato | | | $ 2,000,000.00 | $ 6,962,368.00 | $ 8,962,368.00 |
| B11 | James | E. | Cove | | | $ 2,000,000.00 | $ 4,767,767.00 | $ 6,767,767.00 |
| B12 | Neil | | Cudmore | | | $ 2,000,000.00 | $ 7,323,794.00 | $ 9,323,794.00 |
| B13 | Scott | | Davidson | | | $ 2,000,000.00 | $ 7,883,927.00 | $ 9,883,927.00 |
| B14 | Thomas | | Dennis | | | $ 2,000,000.00 | $ 6,242,888.00 | $ 8,242,888.00 |
| B15 | Eddie | | Dillard | | | $ 2,000,000.00 | $ 1,511,098.00 | $ 3,511,098.00 |
| B16 | William | | Dimmling | | | $ 2,000,000.00 | $ 9,597,527.00 | $ 11,597,527.00 |
| B17 | James | | Domanico | | | $ 2,000,000.00 | $ 1,655,064.00 | $ 3,655,064.00 |
| B18 | Mary | Yolanda | Dowling | | | $ 2,000,000.00 | $ 2,140,926.00 | $ 4,140,926.00 |
| B19 | Charles | | Droz | | | $ 2,000,000.00 | $ 4,711,795.00 | $ 6,711,795.00 |
| B20 | Bradley | | Fetchet | | | $ 2,000,000.00 | $ 11,847,690.00 | $ 13,847,690.00 |
| B21 | Richard | | Fitzsimons | | | $ 2,000,000.00 | $ 962,670.00 | $ 2,962,670.00 |
| B22 | Laura | | Gilly | | | $ 2,000,000.00 | $ 2,653,217.00 | $ 4,653,217.00 |
| B23 | Andrew | | Golkin | | | $ 2,000,000.00 | $ 21,499,779.00 | $ 23,499,779.00 |
| B24 | Elvira | | Granitto | | | $ 2,000,000.00 | $ 2,538,026.00 | $ 4,538,026.00 |
| B25 | Barbara | | Habib | | | $ 2,000,000.00 | $ 4,227,257.00 | $ 6,227,257.00 |
| B26 | Aram | | Iskenderian | | | $ 2,000,000.00 | $ 8,436,129.00 | $ 10,436,129.00 |
| B27 | Mark | | Jardim | | | $ 2,000,000.00 | $ 12,815,956.00 | $ 14,815,956.00 |

Case 1:03-md-01570-GBD-SN   Document 5487-1   Filed 01/10/20   Page 2 of 3

| ID | First | Middle | Last | Amount 1 | Amount 2 | Total |
|---|---|---|---|---|---|---|
| B28 | Francois | | Jean-Pierre | $ 2,000,000.00 | $ 559,485.00 | $ 2,559,485.00 |
| B29 | Robert | | Jordan | $ 2,000,000.00 | $ 30,616,985.00 | $ 32,616,985.00 |
| B30 | Ann | | Judge | $ 2,000,000.00 | $ 2,353,703.00 | $ 4,353,703.00 |
| B31 | Vanessa | | Kolpak | $ 2,000,000.00 | $ 7,402,325.00 | $ 9,402,325.00 |
| B32 | David | | Kovalcin | $ 2,000,000.00 | $ 3,436,600.00 | $ 5,436,600.00 |
| B33 | John | | Kren | $ 2,000,000.00 | $ 3,538,709.00 | $ 5,538,709.00 |
| B34 | Rosanne | | Lang | $ 2,000,000.00 | $ 70,993,695.00 | $ 72,993,695.00 |
| B35 | Richard | | Lynch | $ 2,000,000.00 | $ 15,680,422.00 | $ 17,680,422.00 |
| B36 | Brian | | Magee | $ 2,000,000.00 | $ 4,224,580.00 | $ 6,224,580.00 |
| B37 | Edward | III | Maloney | $ 2,000,000.00 | $ 9,310,925.00 | $ 11,310,925.00 |
| B38 | Terence | John | Manning | $ 2,000,000.00 | $ 18,309,952.00 | $ 20,309,952.00 |
| B39 | James | | Maounis | $ 2,000,000.00 | $ 3,006,409.00 | $ 5,006,409.00 |
| B40 | James | | Martello | $ 2,000,000.00 | $ 152,298,496.00 | $ 154,298,496.00 |
| B41 | Thomas | | McHale | $ 2,000,000.00 | $ 12,478,974.00 | $ 14,478,974.00 |
| B42 | Robert | | McLaughlin | $ 2,000,000.00 | $ 26,463,046.00 | $ 28,463,046.00 |
| B43 | Patricia | | Mickley | $ 2,000,000.00 | $ 4,206,596.00 | $ 6,206,596.00 |
| B44 | Rajesh | | Mirpuri | $ 2,000,000.00 | $ 22,294,852.00 | $ 24,294,852.00 |
| B45 | Laura | | Morabito | $ 2,000,000.00 | $ 4,869,712.00 | $ 6,869,712.00 |
| B46 | Kathleen | | Moran | $ 2,000,000.00 | $ 6,164,964.00 | $ 8,164,964.00 |
| B47 | Christopher | | Morrison | $ 2,000,000.00 | $ 13,296,182.00 | $ 15,296,182.00 |
| B48 | Michael | | Mullan | $ 2,000,000.00 | $ 7,544,828.00 | $ 9,544,828.00 |
| B49 | Frank | | Naples | $ 2,000,000.00 | $ 5,792,950.00 | $ 7,792,950.00 |
| B50 | Christopher | | Newton | $ 2,000,000.00 | $ 19,247,810.00 | $ 21,247,810.00 |
| B51 | Christopher | | Newton-Carter | $ 2,000,000.00 | $ 4,352,629.00 | $ 6,352,629.00 |
| B52 | Peter | | Orale | $ 2,000,000.00 | $ 54,282,160.00 | $ 56,282,160.00 |
| B53 | Jane | Marie | Orth | $ 2,000,000.00 | $ 1,769,761.00 | $ 3,769,761.00 |
| B54 | Sonia | | Ortiz | $ 2,000,000.00 | $ 935,795.00 | $ 2,935,795.00 |
| B55 | Christopher | | Panatier | $ 2,000,000.00 | $ 8,992,815.00 | $ 10,992,815.00 |
| B56 | Todd | Douglas | Pelino | $ 2,000,000.00 | $ 6,785,207.00 | $ 8,785,207.00 |
| B57 | Steven | | Pollicino | $ 2,000,000.00 | $ 11,249,169.00 | $ 13,249,169.00 |
| B58 | Daphne | | Pouletsos | $ 2,000,000.00 | $ 3,156,974.00 | $ 5,156,974.00 |
| B59 | Jack | | Punches | $ 2,000,000.00 | $ 4,031,580.00 | $ 6,031,580.00 |
| B60 | James | | Quinn | $ 2,000,000.00 | $ 3,009,609.00 | $ 5,009,609.00 |
| B61 | Gerard | | Rauzi | $ 2,000,000.00 | $ 2,335,847.00 | $ 4,335,847.00 |
| B62 | Howard | | Reich | $ 2,000,000.00 | $ 775,061.00 | $ 2,775,061.00 |
| B63 | James | | Riches | $ 2,000,000.00 | $ 6,764,076.00 | $ 8,764,076.00 |
| B64 | Eric | Thomas | Ropiteau | $ 2,000,000.00 | $ 2,842,245.00 | $ 4,842,245.00 |
| B65 | Kristin | Irvine | Ryan | $ 2,000,000.00 | $ 7,118,683.00 | $ 9,118,683.00 |
| B66 | Marjorie | | Salamone | $ 2,000,000.00 | $ 2,315,369.00 | $ 4,315,369.00 |
| B67 | John | | Salerno | $ 2,000,000.00 | $ 13,810,885.00 | $ 15,810,885.00 |
| B68 | Michael | | San Phillip | $ 2,000,000.00 | $ 3,250,271.00 | $ 5,250,271.00 |

Case 1:03-md-01570-GBD-SN   Document 5487-1   Filed 01/10/20   Page 3 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| B69 | Barry | | Simowitz | $ 2,000,000.00 | $ 544,602.00 | $ 2,544,602.00 |
| B70 | Christopher | Paul | Slattery | $ 2,000,000.00 | $ 30,393,551.00 | $ 32,393,551.00 |
| B71 | Heather | | Smith | $ 2,000,000.00 | $ 5,305,170.00 | $ 7,305,170.00 |
| B72 | Won-Hyeong/ Daniel | | Song | $ 2,000,000.00 | $ 21,858,091.00 | $ 23,858,091.00 |
| B73 | Seline | | Sutter | $ 2,000,000.00 | $ 530,812.00 | $ 2,530,812.00 |
| B74 | Kevin | | Szocik | $ 2,000,000.00 | $ 29,758,307.00 | $ 31,758,307.00 |
| B75 | Michael | | Taddonio | $ 2,000,000.00 | $ 9,574,166.00 | $ 11,574,166.00 |
| B76 | Brian | | Terenzi | $ 2,000,000.00 | $ 7,176,032.00 | $ 9,176,032.00 |
| B77 | Nichola | | Thorpe | $ 2,000,000.00 | $ 3,960,718.00 | $ 5,960,718.00 |
| B78 | Richard | | Todisco | $ 2,000,000.00 | $ 4,064,549.00 | $ 6,064,549.00 |
| B79 | Vladimir | | Tomasevic | $ 2,000,000.00 | $ 5,923,434.00 | $ 7,923,434.00 |
| B80 | Stephen | | Tompsett | $ 2,000,000.00 | $ 84,461,599.00 | $ 86,461,599.00 |
| B81 | Ronald | | Vauk | $ 2,000,000.00 | $ 4,846,789.00 | $ 6,846,789.00 |
| B82 | Matthew | | Vianna | $ 2,000,000.00 | $ 4,075,604.00 | $ 6,075,604.00 |
| B83 | Dinah | | Webster | $ 2,000,000.00 | $ 3,391,565.00 | $ 5,391,565.00 |
| B84 | David | T. | Weiss | $ 2,000,000.00 | $ 20,922,829.00 | $ 22,922,829.00 |
| B85 | Deborah | Ann | Welsh | $ 2,000,000.00 | $ 2,936,350.00 | $ 4,936,350.00 |
| B86 | John | | Works | $ 2,000,000.00 | $ 42,839,353.00 | $ 44,839,353.00 |
| B87 | William | | Wren | $ 2,000,000.00 | $ 1,711,982.00 | $ 3,711,982.00 |