UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 5 2020

ORDER

03 MDL 1570 (GBD) (SN)

This document relates to:

*Lloyd A. Abel Sr. et al. v. Islamic Republic of Iran*, 18 Civ. 11837 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

On January 15, 2020, the Abel Plaintiffs moved this Court to award partial final judgments to estates of September 11, 2001 decedents and to the immediate family members of the September 11, 2001 decedents. (ECF No. 5584.)[1] The motion attaches Exhibit A, which lists immediate family members to decedents, listed as "PLAINTIFF[s]," who are moving this Court to grant to them solatium damages.

Previously on September 23, 2019, Magistrate Judge Netburn held a telephone conference with plaintiffs, Defendant Dubai Islamic Bank, and Defendant Kingdom of Saudi Arabia, during which she explained to the parties that it is not a "legally proper position" for claimants to obtain judgments when they are not plaintiffs to the case. (*See* Tr. of Sept. 23, 2019 Telephone Conference at 3:16–22.)

Francis Aversano, listed as the sibling of decedent Louis Frank Aversano, appears not to be eligible for recovery because he is not a named plaintiff to the case. The plaintiffs are therefore directed to either (1) file a Notice of Amendment, adding Mr. Aversano as a plaintiff to the case, or

---

[1] All citations included herein refer to documents filed in the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN).

(2) if Mr. Aversano is in fact a named plaintiff, identify with specificity where his name can be found on the docket, in the Complaint, or in the Notice of Amendment.

In order for the plaintiffs to receive an order on their motion prior to the February 19, 2020 VSSTF deadline, plaintiffs should take these steps and submit a letter apprising this Court of Mr. Aversano's status no later than Friday, February 7, 2020.

Dated: February 5, 2020
New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge