UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE: :
:
                                                     :     ORDER
TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 :     03 MDL 1570 (GBD) (SN)
:
:
------------------------------------x

This document relates to:

    *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02 Civ. 6977 (GBD) (SN)
    *Betru et al. v. Islamic Republic of Iran*, 18 Civ. 8297 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

    On January 14, 2020, the Ashton and Betru Plaintiffs moved this Court to award final judgments, made up of the sums of pain and suffering awards and economic loss awards, against the Islamic Republic of Iran. (The *Ashton XVII* and *Betru VI* Wrongful Death Plaintiffs' Motion for Final Judgments Against the Islamic Republic of Iran, ECF No. 5535.)[1] Along with their motion, plaintiffs submitted various exhibits, including Exhibit A1 (a 12-page chart listing a total of 386 decedents), Exhibit A2 (a three-page chart listing a total of 77 decedents), Exhibit B1 (a one-page chart listing a total of eight decedents), and Exhibit B2 (a one-page chart listing a single decedent). Plaintiffs are now moving for default judgment against Iran for each of the total 472 listed decedents. Several of the decedents included in this chart are not identified by name on either the 9/11 multidistrict litigation docket or on a member case docket.

    Previously on September 23, 2019, Magistrate Judge Netburn held a telephone conference with plaintiffs, Defendant Dubai Islamic Bank, and Defendant Kingdom of Saudi Arabia, during which she explained to the parties that it is not a "legally proper position" for claimants to obtain

---

[1] All citations included herein refer to documents filed in the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, 03 md 1570 (GBD) (SN).

judgments when they are not plaintiffs to the case. (*See* Tr. of Sept. 23, 2019 Telephone Conference at 3:16–22.)

Additionally, today Magistrate Judge Netburn issued an Order addressing the requirement of filing a certificate of default against Iran prior to receiving a default judgment in this case. In that Order, noting that the Betru Plaintiffs have not yet filed a certificate of default, Magistrate Judge Netburn stated that "the Court will not enter any further judgments on behalf of the *Betru* Plaintiffs, or on behalf of any other plaintiffs that have not completed the service requirements, until a certificate of default has been filed." (Order, ECF No. 5856, at 3.)

In light of the September 23, 2019 discussion, the February 5, 2020 Order, and the fact that this Court cannot identify which of the 472 decedents are represented by a plaintiff in this case, the plaintiffs are hereby directed to file amended exhibits indicating the name of the individual plaintiff— who must be identified by name on the *Ashton* case docket (*i.e.*, 02 Civ. 6977 (GBD) (SN))— representing each listed decedent. Plaintiffs are directed to include only the names of the Ashton Plaintiffs and to remove from the chart the name of any decedent represented by a Betru Plaintiff.

In order for the plaintiffs to receive an order on their motion prior to the February 19, 2020 VSSTF deadline, plaintiffs should submit their amended exhibit no later than Friday, February 7, 2020.

Dated: February 5, 2020
      New York, New York    FEB 0 5 2020

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge