# BERNABEI & KABAT, PLLC
ATTORNEYS AT LAW
1400 16th STREET, N.W., SUITE 500
WASHINGTON, D.C. 20036-2223

| | | |
|---|---|---|
| LYNNE BERNABEI | 202.745.1942 | DEVIN WRIGLEY |
| ALAN R. KABAT | FAX: 202.745.2627 | OLIVIA JERJIAN |
| PETER M. WHELAN | WWW.BERNABEIPLLC.COM | |
| KRISTEN SINISI | | |

February 5, 2020

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of Soliman Al-Buthe, in response to plaintiffs' motion for a default judgment (ECF 5628, 5631, 5634).

      Mr. Al-Buthe is unable to participate any further in this litigation due to his inability to sit for a deposition outside Saudi Arabia. Mr. Al-Buthe had expressed his willingness to sit for a videotaped deposition in Saudi Arabia, an offer plaintiffs declined. But since Mr. Al-Buthe is still under indictment in the U.S. on charges of conspiracy and currency reporting violations (in a case that was later dismissed as to the other two defendants, the Al Haramain Islamic Foundation (USA) and Perouz Sedaghaty), he was not willing to travel outside the Kingdom to sit for a deposition where he might be subject to arrest and extradition. I should stress that Mr. Al-Buthe is not charged with terrorism or with material support, and there is no suggestion in any of the evidence gathered in this case that he has any connection whatsoever with the 9/11 attacks. Mr. Al-Buthe, who is retiring this month and does not have assets that could satisfy a judgment against him, has elected to default.

The Honorable Sarah Netburn
February 5, 2020
Page 2 of 2

        Respectfully submitted,

        */s/ Alan R. Kabat*

        Alan R. Kabat

cc: All MDL Counsel of Record (via ECF)