

140 Broadway, 46th Floor
New York, NY 10005

DOROTHEA M. CAPONE
tcapone@baumeisterlaw.com

212-363-1200
866-363-1200
212-363-1346 Fax
www.baumeisterlaw.com

February 6, 2020

**VIA ELECTRONIC CASE FILING**

The Honorable George B. Daniels, U.S. District Judge
United States District Court for the S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

      Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN)
             *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
             *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)

Dear Judge Daniels:

      My firm represents plaintiffs appearing in the *Ashton* and *Bauer* actions. *See* 02-civ-6977 (GBD)(SN) and 02-civ-7236 (GBD)(SN). I am writing in response to the Court's Order of February 5, 2020, (ECF No. 5860), to provide the Court with the docket entry which identifies plaintiffs Sheilah Bowden, the mother of decedent Thomas Bowden, and Mary E. York Peled, sister of decedent Kevin York. Both of these individuals were named as plaintiffs in *Burnett v. Islamic Republic of Iran, et al.*, Civil Action No. 15-cv-9903, filed 12/18/2015.

      Although these two plaintiffs retained Motley Rice to represent them in the *Burnett action,* in an agreement between our firms, Baumeister & Samuels moved for, and received awards for solatium damages for each of them. *See* Order of this Court dated October 31, 2016 (ECF No. 3387). These judgments were submitted to, and formed the basis for payments from the U.S. Victims of State Sponsored Terrorism Fund to both Ms. Bowden and Ms. York Peled in 2017 and 2019. Since the issuance of the Court's October 31, 2016 Order, my office discovered clerical errors to the spellings of their names and included them in a Motion for Corrections to Partial Final Judgment filed January 14, 2020 (ECF No. 5525).

      Since both Ms. Bowden and Ms. York Peled have been named as plaintiffs in the MDL litigation before this Court, it is respectfully requested that the Court issue an Order correcting their names as they currently appear in the October 31, 2016 Order.

Respectfully submitted,

*Dorothea M. Capone*

Dorothea M. Capone

DMC:cml
cc:   John Eubanks, Esq. (via email)