# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
9-11victims@andersonkill.com
212-278-1911

*VIA ECF –*
***Courtesy Copy for Chambers By Hand***

January 29, 2020

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 0 6 2020

The Honorable George B. Daniels
United Stated District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: **FEB 0 6 2020**

RE: *In Re: Terrorist Attacks on September 11, 2001*, No. 03 MDL 1570 (GBD) (SN)

This Document Relates to:
*Abel, et al. v. Islamic Republic of Iran,* No. 1:18-cv-11837 (GBD) (SN); and
*Chang Dom Kim, et al. v. Islamic Republic of Iran,* No. 1:18-cv-11870 (GBD)(SN)

Dear Judge Daniels:

We represent certain non-immediate family members of individuals killed in the terrorist attacks on September 11, 2001, and write to ask that this Court grant an extension of time by which those plaintiffs must file objections to the Magistrate Judge's Report and Recommendation of January 23, 2020 (ECF No. 5735) denying certain claims.

This is the first request for an extension of time regarding January 23, 2020 Report and Recommendation. Specifically, we are still in the process of weighing the merits of objections to the denials set forth in the below chart:

| Case | Report and Recommendation | Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|---|
| *Abel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD) (SN) | January 23, 2020 (ECF No. 5735) | Alejandro Castano | Diana P. Castano | Partner as Spousal Equivalent | DENIED |

New York, NY ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA ■ Los Angeles, CA
docs-100231845.3

**Anderson Kill P.C.**

The Honorable George B. Daniels
January 29, 2020
Page 2

| Case | Report and Recommendation | Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|---|
| *Chang Dom Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD)(SN) | January 23, 2020 (ECF No. 5735) | Peggie Hurt | Margaret Ann Williams | Aunt as Sibling Equivalent | DENIED |
| *Chang Dom Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD)(SN) | January 23, 2020 (ECF No. 5735) | Peggie Hurt | Christine Wilson, Katherine Wynn, Edith Otelia Harris, the Estate of Lelia Wynn, and the Estate of Dorothy Lee Coles | Aunts as Parent Equivalent | DENIED |

While objections to January 23, 2020 Report and Recommendation would be due February 7, 2020, given the substantial number of pending motions before the Court and the other deadlines,[1] we respectfully request that this Court extend the time by which objections must be filed by forty five (45) days from today, which will allow the non-immediate family members an opportunity to weigh and present any potential legal arguments or factual objections to their denials.

We are mindful that these objections will not be adjudicated until after the February 19, 2020 due date for the current round of U.S. V.S.S.T. submissions; in the event of a reversal of the Magistrate's recommendations, we would submit applications for the next round of applications.

As Iran is the only defendant to this motion and has defaulted (and there is no suggestion that it will appear) this extension of time will impose no undue prejudice.

---

[1] For example, this litigation has had several recent and approaching deadlines, in addition to the February 19, 2020 deadline imposed by the United States Victims of State Sponsored Terrorism Fund for filing any claims that will participate in the next round of distributions. The Fund also announced on January 23, 2020 certain requirements for estates of both 9-11 Decedents and those of immediate family members which need to be implement

**Anderson Kill P.C.**

The Honorable George B. Daniels
January 29, 2020
Page 3

For the foregoing reasons, we believe that good cause exists to grant this letter-request for an extension of time by which to file any objections to the denials in the Report and Recommendation (ECF No. 5735) until Monday, March 16, 2020.[2]

We also ask that to the extent the Report and Recommendation grants certain motions for final damages solatium judgments, this Court, if inclined to adopt the recommendations to grant those motions, not delay doing so pending objections to the above-referenced denials.

Respectfully,

Jerry S. Goldman

cc: Honorable Sarah Netburn, U.S. Magistrate Judge
All counsel of record via ECF
Jeffrey E. Glen, Esq.
Vianny M. Pichardo, Esq.

---

[2] Forty-five days from today is Saturday, March 14, 2020.

docs-100231845.3