## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the *Lloyd A. Abel Sr. et al. v. Islamic Republic of Iran* Plaintiffs' Notice of Amendment was filed electronically this 6th day of February, 2020. Notice of this filing will be served upon all parties in 03 MDL 1570 and 1:18-cv-11837 (GBD) (SN) by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

New York, NY
February 6, 2020

                    */s/ Jerry S. Goldman*
                    Jerry S. Goldman, Esq.