# EXHIBIT A

On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:

| | |
|---|---|
| Name of Decedent: Francis L Aversano | File #: 2011-3703<br>Date of Death: June 28, 2011 |
| Domicile of Decedent: Kings County | |
| Fiduciary Appointed:<br>Mailing Address | Phillip Aversano<br>1818 Ocean Avenue<br>Apt 6N<br>Brooklyn NY 11230 |
| Letters Issued: | LETTERS OF ADMINISTRATION WITH LIMITATIONS |
| Limitations: | BOND HAVING BEEN DISPENSED WITH PURSUANT TO SCPA 801 |

THE ADMINISTRATOR IS RESTRAINED FROM COLLECTING AND ADMINISTERING MORE THAN $10,000.00 IN PERSONAL ASSETS BELONGING TO THE DECEDENT WITHOUT FURTHER ORDER FROM THIS COURT.

AND SAID ADMINISTRATOR IS HEREBY RESTRAINED FROM COMPROMISING ANY CAUSE OF ACTION UNTIL FURTHER COURT ORDER PURSUANT TO EPTL 5-4.6 AND UPON FILING A SATISFACTORY BOND OR SECURITY.

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: November 4, 2011

IN TESTIMONY WHEREOF, the seal of the Kings County Surrogate's Court has been affixed.

WITNESS, Hon Diana A Johnson, Judge of the Kings County Surrogate's Court.

*Doreen A. Quinn*

Doreen A. Quinn, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Kings County Surrogate's Court*

Attorney:
David M Kaufman
Weitz & Luxenberg PC
700 Broadway
New York NY 10003