```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 2/6/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In re:

**TERRORIST ATTACKS ON**                      **03-MDL-01570 (GBD)(SN)**
**SEPTEMBER 11, 2001**

**ORDER**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

Burnett v. Islamic Republic of Iran, 15-cv-9903 (GBD)(SN)

The Court has reviewed the Burnett/Iran XVII motion for default judgment. ECF No.

5662. On the Burnett member case docket, solatium claimants Vertistine Beaman Mbaya, Rekha

D. Packer, and Michael Sztejnberg are listed as plaintiffs in the case "on behalf of all

beneficiaries" of the decedent. To request solatium damages as a parent or spouse of a 9/11

decedent, claimants must typically file their claims as plaintiffs "in their own right" as an

immediate family member of the decedent, and not just as a representative of an estate.

The Court requests that plaintiffs clarify whether these three individuals have filed claims

in their own right to entitle them to solatium damages. If they have not, they may file a Notice of

Amendment *nunc pro tunc* adding them to the case in their own right as the parent or spouse of

the 9/11 decedent. To have their motion considered by the February 19, 2020 fund deadline,

plaintiffs should file a letter response to this Order or file Notices of Amendment for these listed

individuals by February 10, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
DATED:          February 6, 2020                United States Magistrate Judge
               New York, New York