# EXHIBIT A

# VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

### CERTIFICATE OF DEATH

Certificate No. [REDACTED]

**NEW YORK CITY DEPARTMENT OF HEALTH**
**DATE FILED:** 2001 OCT -4 P 4:20

**1. NAME OF DECEASED** (Type or print): Edelmiro (First Name) [blank] (Middle Name) Abad (Last Name)

### MEDICAL CERTIFICATE OF DEATH (To be filled in by the O.C.M.E.)

| 2. PLACE OF DEATH | 2a. BOROUGH: Manhattan | 2b. Name of hospital or other facility if not facility, street address: World Trade Center | 2c. If in Hospital or Other Facility: 1 ☐ DOA  2 ☐ Emerg.  ☐ Outpatient  ☐ Inpatient | 2d. If inpatient, date of current admission: Month / Day / Year |
|---|---|---|---|---|

**NEW YORK CITY**

| 3. DATE AND HOUR OF DEATH OR FOUND DEAD | 3a. (Month)(Day)(Year): September 11, 2001 | 3b. Hour: ☒ AM  ☐ PM | 4. SEX: MALE | 5. APPROXIMATE AGE: 54 Years |
|---|---|---|---|---|

**6. DEATH WAS CAUSED BY:** (Enter only one cause per line) — INTERVAL BETWEEN ONSET AND DEATH

**PART 1**
a. Immediate cause: Physical Injuries. (Body Not Found)
b. Due to or as a consequence of:
c. Due to or as a consequence of:

**PART 2** d. Other significant conditions: contributing to death but not resulting in the underlying cause given in part 1

| 7a. INJURY: DATE (Month)(Day)(Year): September 11, 2001 | 7b. Time: ☒ AM  ☐ PM | 7c. AT WORK: ☒ Yes  ☐ No | 7d. PLACE OF INJURY – At home, Farm, Street, etc.: Office Building  7e. LOCATION: World Trade Center |

**7f. HOW INJURY OCCURRED:** Office Worker Killed in World Trade Center Disaster

| 8. Manner of Death: ☐ Pending Further Study  ☐ Natural  ☐ Accident  ☒ Homicide  ☐ Suicide  ☐ Undetermined | 9. Autopsy: ☐ Yes  ☐ No Autopsy Pursuant to Law  ☒ No Autopsy | 10. On the basis of examination and/or investigation, in my opinion, death occurred due to the causes and manner as stated: Certifier Signature [signature] M.D.  Date: October 4, 2001  Name (Print): Charles S. Hirsch, M.D. |

| 11. M.E. Case No. [REDACTED] | 12a. Date Pronounced Dead (Month)(Day)(Yr) (if different from 3a) | 12b. Time ☐ AM ☐ PM |

### PERSONAL PARTICULARS (To be filled in by Funeral Director, or in case of City Burial, by O.C.M.E.)

| 13. Usual Residence a. State: NY | 13b. County | 13c. City, Town, or Location: Brooklyn | 13d. Street & House No.: 171 Bay 46th Street  Zip: 11214  Apt. No. | 13e. Inside City Limits of 7c: ☒ Yes  ☐ No |

| 14. Served in U.S. Armed Forces: ☐ No  ☒ Yes  Specify Years: From 1967 To 1969 | 15. Marital Status (Check One): ☐ Never married  ☐ Widowed  ☒ Married or separated  ☐ Divorced | 16. Name of Surviving Spouse (If wife, give maiden name): Lorraine Abad nee Kissane |

| 17. Date of Birth of Decedent (Month)(Day)(Year) [REDACTED] | 18. Age at last birthday: 54  If under 1 year: mos./days  If less than 1 day: hours/mins | 19. Social Security No. [REDACTED] |

| 20a. Usual Occupation (Kind of work done during most of working lifetime. Do not enter retired): Senior Vice President | 20b. Kind of business or industry: Banking |

| 21. Birthplace (City & State or Foreign Country): Spain | 22. Education (Specify only highest grade completed): Elementary/Secondary (0-12)  College (1-4 or 5+): 4 | 23. Other name(s) by which decedent was known: Ed Abad |

| 24. NAME OF FATHER OF DECEDENT: Jacinto Abad | 25. MAIDEN NAME OF MOTHER OF DECEDENT: Ascension Elvira |

| 26a. NAME OF INFORMANT: Lorraine Abad | 26b. RELATIONSHIP TO DECEASED: Wife | 26c. ADDRESS (CITY)(STATE)(ZIP): 171 Bay 46th Street Brooklyn, New York 11214 |

| 27a. NAME OF CEMETERY OR CREMATORY | 27b. LOCATION (City, Town, State and Country) | 27c. DATE OF BURIAL OR CREMATION |

| 28a. FUNERAL ESTABLISHMENT | 28b. ADDRESS |

VR16(1/94) (9/01)  VITAL RECORDS  DEPARTMENT OF HEALTH  THE CITY OF NEW YORK

This is to certify that the foregoing is a true copy of a record on file in the Department of Health. The Department of Health does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code.

DATE ISSUED: **OCT 5, 2001**  DOCUMENT No. [REDACTED]

**The City of New York**

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

THE DECREE ENTERED AUTHORIZES THE COLLECTION OF A TOTAL OF $ 500,000.00 AND INTEREST. THE COLLECTION IN EXCESS OF THAT AMOUNT MUST BE AUTHORIZED BY FURTHER ORDER OF THE SURROGATE.

**149617**

File # 2001-04595

\* CERTIFICATE \*
THE PEOPLE OF THE STATE OF NEW YORK
TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN:

SEND GREETING

Know Ye, That we, having inspected the records of our Surrogate's Court in and for the County of Kings, do find that on the 18th day of December, 2001, by said Court,

LETTERS OF ADMINISTRATION

of the goods, Chattels, and credits of

Edelmiro Abad a/k/a Ed Adab

late of the County of Kings, deceased, were granted and committed unto

Lorraine Abad

and that it does not appear by said records that said letters have been revoked.

IN TESTIMONY WHEREOF, we have caused the Seal of the Surrogate's Court of the County of Kings to be hereunto affixed.
WITNESS, Honorable MICHAEL H. FEINBERG Surrogate of our said County of Kings, at the Borough of Brooklyn, the 26th day of December, 2001.

\* Seal \*

*Stephen Chepiga*

———————————————
Stephen Chepiga
Chief Clerk of the Surrogate's Court

THIS CERTIFICATE IS NOT VALID WITHOUT A RAISED SEAL OF THE COURT

212-004330-0041