# EXHIBIT B

Certificate# 145864

# Surrogate's Court of the State of New York
# Suffolk County

File#: 146A2002/A

## Certificate of Appointment of Administrator

IT IS HEREBY CERTIFIED that Letters for the Estate of the Decedent named below have been granted by this Court, and such Letters are unrevoked, are valid and are in full force as of this date.

**Name of Decedent:** **Thomas Richard Kelly**
aka   Thomas Kelly

**Date of Death:** September 11, 2001

**Domicile:** Riverhead

**Fiduciary Appointed:** **James P Kelly**

**Letters Issued:** LIMITED LETTERS OF ADMINISTRATION DE BONIS NON

**Letters Issued On:** May 10, 2017

**Limitations:** The authority of the administrator(s) is hereby limited and restricted to the defense of any claim or actions arising from the cause of action alleged in the petition against the decedent or his estate or legal representative and the fiduciary in both an individual and a fiduciary capacity, as well as any attorney representing him/her in either capacity, is restricted and prohibited from receiving any money resulting from compromise, settlement or judgement as to any such action and from making any distribution thereof to any person until further order of this court and the filing by the administrator(s) of satisfactory security and institution of a proceeding for a judicial settlement of his/her account, if so required by the Court and in the event any other assets are discovered, whether in the form of a claim in favor of the estate or otherwise, application may be made to enlarge the scope of duties and responsibilities of the fiduciary herein.

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

and such Letters are unrevoked and in full force as of this date.

Dated: May 11, 2017
Riverhead, New York

IN TESTIMONY WHEREOF, the seal of the Suffolk County Surrogate's Court has been affixed.

WITNESS, Honorable John M Czygier Jr, Judge of the Suffolk County Surrogate's Court.

*Michael Cipollino*

**Michael Cipollino, Chief Clerk**
**Suffolk County Surrogate's Court**