# EXHIBIT C

CERTIFICATE OF LETTERS
OF ADMINISTRATION
(LIMITED AND RESTRICTED)



FILE NO.   96A2002
A
001576

SURROGATE'S COURT - SUFFOLK COUNTY
THE PEOPLE OF THE STATE OF NEW YORK

To All to Whom These Presents Shall Come, or May Concern, Greeting:

IT IS HEREBY CERTIFIED, that on April 11, 2002, Letters of Administration upon the estate of CARLOS R. LILLO, deceased, of Suffolk County, New York were duly granted and issued by this Court to HAYDEE CECILIA LILLO, and that the same are still valid and in full force, subject however, to the following RESTRICTIONS:

As to the cause or causes of action for wrongful death set forth in the petition, the authority of the administrator(s) is hereby limited and restricted to the prosecution and settlement thereof, and the defense of any claim or actions arising therefrom against the decedent or his/her estate or legal representative and the administrator(s) in both his/her individual and fiduciary capacity, as well as any attorney representing him/her in either capacity, is restricted and prohibited from receiving any money resulting from compromise, settlement or judgment as to any such action and from making any distribution thereof to any person until further order of this Court and the filing by the administrator(s) of satisfactory security and institution of a proceeding for a judicial settlement of his/her account, if so required by the Court.

IN TESTIMONY WHEREOF, this certificate is issued under the seal of the Court.

WITNESS, HON. JOHN M. CZYGIER, JR., Judge of said Surrogate's Court April 16, 2002.

SEAL

_____
MICHAEL CIPOLLINO
Chief Clerk of the Surrogate's Court

33-107..5/86