# EXHIBIT D

# State of New Jersey
# Monmouth County Surrogate's Court



In the Matter of the Estate of
**George Patrick McLaughlin , Jr.,** Deceased
(aka: )

**ADMINISTRATION
SHORT CERTIFICATE**
Docket No. **195056**

I, **Rosemarie D. Peters,** Surrogate of the County of **Monmouth**, do certify that Letters of Administration of the decedent, intestate, late of **Monmouth** County, on **December 7th, 2001**, were granted by the **Monmouth** County Surrogate's Court to **George P. McLaughlin, Sr.** who is(are) duly authorized to administer the same agreeably to law; and I further certify that said letters, as appears from the records of this Court, have never been revoked and still remain in full force and effect.

WITNESS my hand and seal of office, this **16th day of January 2020.**

*Rosemarie D. Peters*

**Rosemarie D. Peters, Surrogate**

