# EXHIBIT E

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

C20 (Rev. 1/07)

Certificate# 294192

# Surrogate's Court of the State of New York
## Queens County
### Certificate of Appointment of Administrator

File #: 2002-3977

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

**Name of Decedent:** George L Merino
aka Jorge Luis Merino
George Merino

**Date of Death:** September 11, 2001

**Domicile:** Queens County

**Fiduciary Appointed:** Olga Merino
**Mailing Address:** 53-43 212th Street
Bayside NY 11364

**Type of Letters Issued:** LETTERS OF ADMINISTRATION
**Letters Issued On:** October 4, 2002
**Limitations: NONE**

and such Letters are unrevoked and in full force as of this date.

**Dated: December 27, 2019**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Queens County Surrogate's Court at Jamaica, New York.

WITNESS, Hon. Peter J Kelly, Judge of the Queens County Surrogate's Court.

James Lim Becker, Chief Clerk
Queens County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Queens County Surrogate's Court*