# EXHIBIT F

# State of New Jersey
# Middlesex County Surrogate's Court

In the Matter of the Estate of                          ADMINISTRATION AD
**Suzanne Helen Passaro**, Deceased             PROSEQUENDUM CERTIFICATE
(aka: )                                                            DOCKET No. **195340.2**

    I, **Kevin J. Hoagland**, Surrogate of **Middlesex** County and State of **NJ**, do certify that on **January 23, 2020**, Letters of Administration Ad Prosequendum were granted by me to **Irene Durbin** who is authorized to bring an action, institute a proceeding or make a claim in decedent's name as such Administrator Ad Prosequendum concerning the alleged Wrongful death of **Suzanne Helen Passaro,** deceased, as in the Statute such case provided.

    I further certify that said Letters of Administration Ad Prosequendum remain in full force and effect.



WITNESS my hand and seal of office, on this
**23rd day of January, 2020.**

Kevin J. Hoagland, Surrogate