# EXHIBIT G

CERTIFICATE OF LETTERS OF
ADMINISTRATION
(LIMITED AND RESTRICTED)



FILE NO. 715 A 2001
AL
053263

SURROGATE'S COURT : SUFFOLK COUNTY
THE PEOPLE OF THE STATE OF NEW YORK

To All to Whom These Presents Shall Come, or May Concern, Greeting:

IT IS HEREBY CERTIFIED, that on the 15th day of November, 2001, Letters of Administration upon the estate of EDWARD J. PERROTTA, deceased, of Suffolk County, New York, were duly granted and issued by this Court to JOSEPHINE B. PERROTTA, the Administrator(s) and that the same are still valid and in full force, subject, however, to the following RESTRICTIONS AND LIMITATIONS:

As to the cause or causes of action for wrongful death set forth in the petition, the authority of the administrator(s) is/are hereby limited and restricted to the prosecution and settlement thereof, and the defense of any claim or actions arising therefrom against the decedent or his/her estate or legal representative and the administrator in both his/her individual and fiduciary capacity, as well as any attorney representing him/her in either capacity, is restricted and prohibited from receiving any money resulting from compromise, settlement or judgment as to any such action and from making any distribution thereof to any person until further order of this Court and the filing by the administrator(s) of satisfactory security and institution of a proceeding for a judicial settlement of his/her account, if so required by the Court.

IN TESTIMONY WHEREOF, this certificate is issued under the seal of the Court.

WITNESS, HON. JOHN M. CZYGIER, JR., Surrogate of the said Surrogate's Court this 20th day of November, 2001.

(SEAL)

*Michael Cipollino*

MICHAEL CIPOLLINO
Chief Clerk, Surrogate's Court
Suffolk County, New York

212-000306A-0014

33-107..5/86

At a Surrogate's Court held in and for the County of Suffolk, 320 Center Drive, Riverhead, New York, on November 15, 2001

P R E S E N T :

HON. JOHN M. CZYGIER, JR.
        Surrogate

---------------------------------------X

Proceeding for Letters of
Administration, Estate of

       EDWARD J. PERROTTA

                     Deceased.

---------------------------------------X

DECREE GRANTING LETTERS OF ADMINISTRATION LIMITED AND RESTRICTED
File No. 715A2001

Upon reading the verified and filed petition of JOSEPHINE B. PERROTTA, and it appearing that decedent died intestate, and that jurisdiction has been obtained over all necessary parties to this proceeding, and that decedent was survived by a cause of action of which the amount of possible recovery is unknown, it is

ORDERED AND DECREED, that JOSEPHINE B. PERROTTA be and is hereby appointed administrator(s) of the estate of the above named decedent subject to the Restriction noted herein, and that letters of administration issue accordingly upon qualification and the filing of a bond in the sum of $50,000.00, and it is further

ORDERED AND DECREED, that as to the cause or causes of action for wrongful death set forth in this petition, the authority of the administrator(s) is hereby limited and restricted to prosecution and settlement thereof, and the defense of any claim or actions arising therefrom against the decedent or his/her estate or legal representative and the administrator in both his/her individual and fiduciary capacity, as well as any attorney who represents him/her in either capacity, is restricted and prohibited from receiving any money resulting from compromise, settlement or judgment as to such action and from making any distribution thereof to any person until further order of this court and the filing by the administrator(s) of satisfactory security and institution of a proceeding for judicial settlement of his/her account, if so required by the court.

FILED
SURROGATE'S COURT
SUFFOLK COUNTY

NOV 15 2001

MICHAEL CIPOLLINO
CHIEF CLERK

_____
JOHN M. CZYGIER, JR., Surrogate

212-000306A-0015