# EXHIBIT H

THESE LETTERS AUTHORIZE THE COLLECTION OF A TOTAL OF $ 69611.99 AND INTEREST. THE COLLECTION IN EXCESS OF THAT AMOUNT MUST BE AUTHORIZED BY FURTHER ORDER OF THE SURROGATE.

BOND DISPENSED WITH PURSUANT TO SCPA 805

FILE # 2001-04272

LETTERS OF ADMINISTRATION
THE PEOPLE OF THE STATE OF NEW YORK
BY THE GRACE OF GOD FREE AND INDEPENDENT,
TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN,

TO

Beniamin Shamay

SEND GREETING:

WHEREAS, Gary Shamay of Kings County died intestate on September 11, 2001 and

WHEREAS, the decree of this court made December 14, 2001 directed the issuance to you LETTERS OF ADMINISTRATION with the power however as indicated herein.

NOW, THEREFORE, KNOW YE that you are hereby authorized to administer the estate of the said deceased subject to the jurisdiction, supervision and limitations of this court pursuant to said decree.

******************* RESTRICTION *******************

RESTRAINED FROM COMPROMISING RIGHT OF ACTION GRANTED TO YOU AS ADMINISTRATOR BY SPECIAL PROVISION OF LAW OR OTHERWISE FROM THE ENFORCEMENT OF ANY JUDGEMENT RECOVERED THEREIN UNTIL FURTHER ORDER OF COURT & FILING SATISFACTORY SECURITY

UPON COMMENCEMENT OF AN ACTION, THE ADMINISTRATOR OR THE ATTORNEY FOR THE ESTATE SHALL NOTIFY THIS COURT OF THE INDEX NUMBER, COUNTY AND TITLE OF SAID ACTION WITHIN 30 DAYS. FAILURE TO DO SO MAY RESULT IN THE REVOCATION OF LETTERS.

AND THE ADMINISTRATOR IS HEREBY RESTRAINED FROM COLLECTING ANY ASSETS DERIVED FROM ANY CAUSE OF ACTION UNTIL FURTHER ORDER OF THE SURROGATE AND UPON FILING OF A SATISFACTORY BOND.

THE ATTORNEY MUST FILE AN ACCOUNTING IN THIS COURT.

***********************************************************

IN TESTIMONY WHEREOF, We have caused the seal of the Surrogate's Court to be hereunto affixed.

WITNESS, Honorable Michael H. Feinberg, Surrogate of our said County, at the County of Kings the 14th day of December in the year 2001.

* SEAL *

Stephen Chepiga
Chief Clerk of the Surrogate's Court

Liber 739   Page 169

212-000297-0068