# AMENDED EXHIBIT A2

| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | PLAINTIFF NATIONALITY | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | DECEDENT NATIONALITY AS OF 9/11 | CIVIL DOCKET NUMBER | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Lorraine | | Abad | | USA | Edelmiro | | Abad | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | $ 2,889,133.00 | $ 4,889,133.00 |
| 2 | Lori | Ann | Arczynski | | Canada | Michael | G. | Arczynski | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 8,110,436.00 | $ 10,110,436.00 |
| 3 | Kimberly | Kaipaka | Beaven | | USA | Alan | | Beaven | | United Kingdom | 02-cv-6977 | $ 2,000,000.00 | $ 6,443,641.00 | $ 8,443,641.00 |
| 4 | Irina | | Dubenskaya | | USA | Eugeni | | Kniazev | | Russia | 02-cv-6977 | $ 2,000,000.00 | $ 1,484,938.00 | $ 3,484,938.00 |
| 5 | Steven | | Feidelberg | | Unconfirmed | Peter | Adam | Feidelberg | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 5,509,226.00 | $ 7,509,226.00 |
| 6 | Harlene | | Larry | | Unconfirmed | Hamidou | S. | Larry | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | $ 2,062,376.00 | $ 4,062,376.00 |
| 7 | Laurie | S. | Lauterbach | | USA | Carlos | | Cortes | | Colombia | 02-cv-6977 | $ 2,000,000.00 | $ 1,469,257.00 | $ 3,469,257.00 |
| 8 | Raynette | | Mascarenhas | | Canada | Bernard | | Mascarenhas | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 4,219,565.00 | $ 6,219,565.00 |
| 9 | Lidia | | Melendez | | Honduras | Mirna | A. | Duarte | | Honduras | 02-cv-6977 | $ 2,000,000.00 | $ 1,210,396.00 | $ 3,210,396.00 |
| 10 | Frederyk & Anna | | Milewski | | Unconfirmed | Lukasz | | Milewski | | Poland | 02-cv-6977 | $ 2,000,000.00 | $ 1,394,655.00 | $ 3,394,655.00 |
| 11 | Joseph | | O'Keefe | | USA | Lesley | A. | Thomas | | Australia | 02-cv-6977 | $ 2,000,000.00 | $ 2,821,624.00 | $ 4,821,624.00 |
| 12 | Kantilal | | Patel | | Unconfirmed | Manish | | Patel | | India | 02-cv-6977 | $ 2,000,000.00 | $ 13,852,679.00 | $ 15,852,679.00 |
| 13 | Sophie | | Pelletier | | USA | Michel | | Pelletier | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 7,169,891.00 | $ 9,169,891.00 |
| 14 | Katherine | | Robson | | USA | Donald | A. | Robson | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 3,673,634.00 | $ 5,673,634.00 |
| 15 | Alissa | | Rosenberg-Torres | | Unconfirmed | Luis | Eduardo | Torres | | Colombia | 02-cv-6977 | $ 2,000,000.00 | $ 5,587,212.00 | $ 7,587,212.00 |
| 16 | Delphine | | Saada | | France | Thierry | | Saada | | France | 02-cv-6977 | $ 2,000,000.00 | $ 14,211,852.00 | $ 16,211,852.00 |
| 17 | Narasimha | | Sattaluri | | India | Deepika | | Sattaluri | | India | 02-cv-6977 | $ 2,000,000.00 | $ 5,619,646.00 | $ 7,619,646.00 |
| 18 | Daniel | | Stan | | USA | Alexandru | | Stan | | Romania | 02-cv-6977 | $ 2,000,000.00 | $ 4,733,354.00 | $ 6,733,354.00 |
| 19 | Midori | | Takahashi | | Japan | Keiji | | Takahashi | | Japan | 02-cv-6977 | $ 2,000,000.00 | $ 5,468,271.00 | $ 7,468,271.00 |
| 20 | Rosana | | Thompson | | USA | Nigel | Bruce | Thompson | | United Kingdom | 02-cv-6977 | $ 2,000,000.00 | $ 16,746,553.00 | $ 18,746,553.00 |
| 21 | Feliciana | | Umanzor | | Unconfirmed | Elsy | C. | Osorio | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | $ 3,895,775.00 | $ 5,895,775.00 |
| 22 | Anthony | | Vincelli | | Canada | Chantal | | Vincelli | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 665,482.00 | $ 2,665,482.00 |
| 23 | Darren | | Williams | | Canada | Debbie | | Williams | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 4,842,842.00 | $ 6,842,842.00 |
| 24 | Charles | | Wolf | | USA | Katherine | | Wolf | | United Kingdom | 02-cv-6977 | $ 2,000,000.00 | $ 2,724,078.00 | $ 4,724,078.00 |