| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Michelle | Renee | Bratton | | Christopher | B. | Bratton | | Sibling | $4,250,000.00 |
| 2 | Michelle | Renee | Bratton | | Mary | E. | Bratton | | Parent | $8,250,000.00 |
| 3 | Michelle | Renee | Bratton | | William | J. | Bratton | Jr. | Parent | $8,250,000.00 |
| 4 | John | J. | Corcoran | III | Diann | Louise | Corcoran DuBois | | Spouse | $12,500,000.00 |
| | | | | | | | | | **TOTAL** | $33,250,000.00 |