| | | | | EXHIBIT B | | | |
|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
| 1 | Yudh | V. | Jain | | $ 2,000,000.00 | | $ 2,000,000.00 |
| 2 | Andrew | Jay | Stern | | $ 2,000,000.00 | | $ 2,000,000.00 |
| 3 | John | P. | Hart | | $ 2,000,000.00 | | $ 2,000,000.00 |
| | | | | | | | $ 6,000,000.00 |