

**KREINDLER & KREINDLER LLP** | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

February 10, 2020

<u>Via ECF</u>
The Honorable George B. Daniels
United Stated District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

RE:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
*Ashton et al. v. al Qaeda et al.*, 02-cv-6977 (GBD) (SN)
*Bauer et al v. al Qaeda Islamic Army et al.*, 02-cv-7236 (GBD) (SN)
*Burlingame. v. Islamic Republic of Iran*, 02-cv-7230 (GBD) (SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, 18-cv-11878 (GBD) (SN)

Dear Judge Daniels:

Further to the letter-request submitted with the Court on Friday February 7, 2020 (ECF No. 5880), attached is a proposed Final Order of Judgment for *Ashton, Bauer, Burlingame* and *Rivelli* Plaintiffs set forth on the attached Exhibit A. Magistrate Judge Netburn previously recommended the judgment amounts as listed for the plaintiffs in Exhibit A. See ECF Nos. 5387 at 8 and 5701 at 10.

Judge Netburn combined the recommendations for some of our clients, for whom we had moved separately and for whom we had provided separate proposed Orders. In order to try to simplify our request for an Order adopting Judge Netburn's recommended awards for our clients, while also allowing an extension of time to file any objections to her denials of awards until March 17, 2020, we are providing to the Court a new proposed Final Order of Judgment and Exhibit A that includes all plaintiffs for whom Judge Netburn recommended awards be issued, with the amounts reflecting her recommendations.

Given that the plaintiffs must get any Final Order of Judgment translated to Farsi and served prior to February 19, 2020, we respectfully ask that the Court grant this request at its earliest convenience.

February 10, 2020
Page 2

          Respectfully submitted,

          KREINDLER & KREINDLER, LLP

          _____/s/_____
          Megan W. Benett, Esq.
          750 Third Avenue
          New York, NY 10017
          (212) 687-8181
          (212) 972-9432 – fax
          mbenett@kreindler.com
          *For Ashton Plaintiffs*


          BAUMEISTER & SAMUELS, P.C.

          _____/s/_____
          Dorothea M. Capone, Esq.
          140 Broadway, 46th Floor
          New York, NY 10005
          Ph: (212) 363-1200
          Fax: (212) 363-1346
          tcapone@baumeisterlaw.com
          *For Bauer Plaintiffs*

          SPEISER KRAUSE

          _____/s/_____
          Jeanne M. O'Grady, Esq.
          800 Westchester Ave, Ste. S-608
          Rye Brook, NY 10573
          (914) 220-5333
          (914) 220-5334 fax
          jog@speiserkrause.com
          *For Burlingame and Rivelli Plaintiffs*