**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda et al.*, 02-cv-6977 (GBD) (SN)
*Bauer et al v. al Qaeda Islamic Army et al.*, 02-cv-7236 (GBD) (SN)
*Burlingame. v. Islamic Republic of Iran*, 02-cv-7230 (GBD) (SN)
*Rivelli, et al. v. Islamic Republic of Iran*, 18-cv-11878 (GCD) (SN)

## [PROPOSED] FINAL ORDER OF JUDGMENT ON BEHALF OF CERTAIN *ASHTON*, *BAUER*, *BURLINGAME* AND *RIVELLI* PLAINTIFFS IDENTIFIED AT EXHIBIT A

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in

Exhibit A to this Order, plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-cv-6977

(GBD) (SN) ("*Ashton*"), *Bauer et al v. al Qaeda Islamic Army et al.,* 02-cv-7236 (GBD) (SN)

*("Bauer")*, *Burlingame v. Islamic Republic of Iran,* 02-cv-7230 (GBD) (SN) *("Burlingame")* and

*Rivelli, et al. v. Islamic Republic of Iran*, 18-cv-11878 (GCD) (SN) ("*Rivelli*")  who are each a

stepchild or stepsibling of a victim killed in the terrorist attacks on September 11, 2001, and the

Judgment by Default for liability only against the Islamic Republic of Iran (collectively, the "Iran

Defendants") entered on 08/31/2015, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance

with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and

instrumentalities of sovereign defendants;

**ORDERED** that final judgment is entered against the Iran Defendants and on behalf of the

Plaintiffs in *Ashton, Bauer, Burlingame* and *Rivelli*, who are each a stepchild or stepsibling of

individuals killed in the terrorist attacks on September 11, 2001, and who have sufficiently

demonstrated that they are the functional equivalent of an immediate family member of their 9/11

decedents as identified in the attached Exhibit A under this Court's prior framework; and it is

as indicated in Exhibit A, and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded: solatium damages in the

amount as set forth in Exhibit A; and it is

**ORDERED** that the *Ashton, Bauer, Burlingame* and *Rivelli* Plaintiffs identified in Exhibit

A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running

from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs identified in Exhibit A may submit an application for punitive

damages, economic damages, or other damages (to the extent such awards have not previously

been ordered) at a later date consistent with any future rulings made by this Court on this issue,

and it is

**ORDERED** that the remaining *Ashton, Bauer, Burlingame* and *Rivelli* Plaintiffs not

appearing on Exhibit A, may submit in later stages applications for damages awards, and to the

extent they are for solatium or by estates for compensatory damages for decedents pain and

suffering from the September 11 attacks, they will be approved consistent with those approved

herein for the Plaintiffs appearing on Exhibit A.


Dated: New York, New York                                    **SO ORDERED:**
_____, 20__

                                                             _____
                                                             GEORGE B. DANIELS
                                                             United States District Judge

# Exhibit A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Milton | | Bustillo | | Dayna | | Spordone | | Stepchild | $ 8,500,000.00 |
| 2 | Andrea | | Della Bella | | James | | Della Bella | | Stepchild | $ 8,500,000.00 |
| 3 | William | W. | Haynes | | Terrence | M. | Smith | Jr. | Stepchild | $ 8,500,000.00 |
| 4 | Brian | | Magee | | Christopher | | Dowdell | | Stepchild | $ 4,250,000.00 |
| 5 | Brian | | Magee | | William | | Dowdell | | Stepchild | $ 4,250,000.00 |
| 6 | Brian | | Magee | | Matthew | | Dowdell | | Stepchild | $ 8,500,000.00 |
| 7 | Joel | | Miller | | Justin | | Sivin | | Stepchild | $ 4,250,000.00 |
| 8 | Joseph | | Rivelli | Jr. | Christopher | Michael | Ruggieri | | Stepchild | $ 8,500,000.00 |
| 9 | Joseph | | Rivelli | Jr. | Phylicia | | Ruggieri | | Stepchild | $ 4,250,000.00 |
| 10 | Dennis | | Scauso | | Donald | | Scauso | | Stepchild | $ 8,500,000.00 |
| 11 | Alexander | | Steinman | | Jason | | Schoenholtz | | Stepsibling | $ 2,125,000.00 |