UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda et al.*, 02-cv-6977 (GBD) (SN)
*Bauer et al v. al Qaeda Islamic Army et al.*, 02-cv-7236 (GBD) (SN)
*Burlingame. v. Islamic Republic of Iran*, 02-cv-7230 (GBD) (SN)
*Rivelli, et al. v. Islamic Republic of Iran*, 18-cv-11878 (GCD) (SN)

### [PROPOSED] FINAL ORDER OF JUDGMENT ON BEHALF OF CERTAIN *ASHTON*, *BAUER*, *BURLINGAME* AND *RIVELLI* PLAINTIFFS IDENTIFIED AT EXHIBIT A

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order, plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-cv-6977 (GBD) (SN) ("*Ashton*"), *Bauer et al v. al Qaeda Islamic Army et al.,* 02-cv-7236 (GBD) (SN) *("Bauer")*, *Burlingame v. Islamic Republic of Iran,* 02-cv-7230 (GBD) (SN) *("Burlingame")* and *Rivelli, et al. v. Islamic Republic of Iran*, 18-cv-11878 (GCD) (SN) ("*Rivelli*")  who are each a stepchild or stepsibling of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran (collectively, the "Iran Defendants") entered on 08/31/2015, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *Ashton, Bauer, Burlingame* and *Rivelli*, who are each a stepchild or stepsibling of individuals killed in the terrorist attacks on September 11, 2001, and who have sufficiently

demonstrated that they are the functional equivalent of an immediate family member of their 9/11 decedents as identified in the attached Exhibit A under this Court's prior framework; and it is

as indicated in Exhibit A, and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded: solatium damages in the amount as set forth in Exhibit A; and it is

**ORDERED** that the *Ashton, Bauer, Burlingame* and *Rivelli* Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Ashton, Bauer, Burlingame* and *Rivelli* Plaintiffs not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for decedents pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York    **SO ORDERED:**
_____, 20\_\_

_____
GEORGE B. DANIELS
United States District Judge