# Exhibit A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Milton | | Bustillo | | Dayna | | Spordone | | Stepchild | $ 8,500,000.00 |
| 2 | Andrea | | Della Bella | | James | | Della Bella | | Stepchild | $ 8,500,000.00 |
| 3 | William | W. | Haynes | | Terrence | M. | Smith | Jr. | Stepchild | $ 8,500,000.00 |
| 4 | Brian | | Magee | | Christopher | | Dowdell | | Stepchild | $ 4,250,000.00 |
| 5 | Brian | | Magee | | William | | Dowdell | | Stepchild | $ 4,250,000.00 |
| 6 | Brian | | Magee | | Matthew | | Dowdell | | Stepchild | $ 8,500,000.00 |
| 7 | Joel | | Miller | | Justin | | Sivin | | Stepchild | $ 4,250,000.00 |
| 8 | Joseph | | Rivelli | Jr. | Christopher | Michael | Ruggieri | | Stepchild | $ 8,500,000.00 |
| 9 | Joseph | | Rivelli | Jr. | Phylicia | | Ruggieri | | Stepchild | $ 4,250,000.00 |
| 10 | Dennis | | Scauso | | Donald | | Scauso | | Stepchild | $ 8,500,000.00 |
| 11 | Alexander | | Steinman | | Jason | | Schoenholtz | | Stepsibling | $ 2,125,000.00 |