# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF and Hand Delivery*                                    February 11, 2020

The Honorable George B. Daniels
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)*;*
>        *Horace Morris et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD) (SN)

Dear Judge Daniels:

I represent plaintiffs in the above-referenced matter.  On January 15, 2020, we filed a Motion for Partial Final Judgment for certain family members and estates of individuals killed on September 11, 2001.  MDL ECF No. 5642 ("*Morris III*").  On Exhibit A to the Proposed Order and the Declaration of Jerry S. Goldman, Esq., filed in support of that motion, Joycelyn Nesbitt-Arneaud, the sibling of 9/11 decedent Oscar F. Nesbitt, was inadvertently omitted.

On February 5, 2020 the Court granted the *Morris III* motion originally filed on January 15, 2020 which contained the omission.  MDL ECF No. 5861.  We have submitted to the Clerk of Court a corrected Exhibit A and revised motion papers which include Joycelyn Nesbitt-Arneaud and respectfully request that the Court modify the judgment to include Joycelyn Nesbitt-Arneaud.  MDL ECF No. 5893.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.

Enclosures
cc:    The Honorable Sarah Netburn
       U.S. Magistrate Judge
       Thurgood Marshall United States Courthouse

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100234986.2

**Anderson Kill P.C.**

The Honorable George B. Daniels
February 11, 2020
Page 2


           40 Foley Square, Room 430
           New York, NY 10007
           *via Hand Delivery*

           All counsel *via ECF*

docs-100234986.2