| | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE | PERSONAL REPRESENTATIVE (PARAGRAPH IN AMENDED COMPLAINT--OR OTHER NOTED PLEADING--WHERE CLAIMS APPEAR) |
| 1 | Paul | | Laszczynski | | $ 2,000,000.00 | | $ 2,000,000.00 | Amy M. Laszczynski (2076; ECF 5511) |