# EXHIBIT B

**EX. B to *Morris***
*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Odessa | V. | Morris |  | $1,344,649 | $2,000,000 | $3,344,649 |
| 2. | Ferdinand |  | Morrone |  | $2,931,150 | $2,000,000 | $4,931,150 |
| 3. | Jude |  | Moussa |  | $2,126,058 | $2,000,000 | $4,126,058 |
| 4. | Dennis | M. | Mulligan |  | $2,868,783 | $2,000,000 | $4,868,783 |
| 5. | Valerie | V. | Murray |  | $76,971 | $2,000,000 | $2,076,971 |
| 6. | Oscar | F. | Nesbitt |  |  | $2,000,000 | $2,000,000 |
| 7. | Gerard | T. | Nevins |  | $3,439,128 | $2,000,000 | $5,439,128 |
| 8. | Nancy | Yuen | Ngo |  |  | $2,000,000 | $2,000,000 |
| 9. | Margaret |  | Orloske |  | $1,768,754 | $2,000,000 | $3,768,754 |
| 10. | David |  | Ortiz |  | $2,509,759 | $2,000,000 | $4,509,759 |
| 11. | Eileen | M. | Rice |  | $1,189,758 | $2,000,000 | $3,189,758 |
| 12. | Israel |  | Pabon |  | $1,432,971 | $2,000,000 | $3,432,971 |
| 13. | Richard | A. | Pearlman |  | $1,197,393 | $2,000,000 | $3,197,393 |
| 14. | Nancy | E. | Perez |  | $947,748 | $2,000,000 | $2,947,748 |
| 15. | Emelda |  | Perry |  |  | $2,000,000 | $2,000,000 |
| 16. | Glenn |  | Perry | Sr. | $3,185,196 | $2,000,000 | $5,185,196 |
| 17. | William | R. | Peterson |  | $1,357,663 | $2,000,000 | $3,357,663 |
| 18. | Glen |  | Pettit |  |  | $2,000,000 | $2,000,000 |
| 19. | Tu-Anh |  | Pham |  | $8,152,540 | $2,000,000 | $10,152,540 |
| 20. | Giovanna |  | Porras |  | $1,047,730 | $2,000,000 | $3,047,730 |
| 21. | Robert | D. | Pugliese |  |  | $2,000,000 | $2,000,000 |
| 22. | Lincoln |  | Quappe |  | $4,199,138 | $2,000,000 | $6,199,138 |
| 23. | Deborah |  | Ramsaur |  | $1,718,491 | $2,000,000 | $3,718,491 |
| 24. | Martha | M. | Reszke |  | $948,293 | $2,000,000 | $2,948,293 |
| 25. | Francis |  | Riccardelli |  | $6,146,029 | $2,000,000 | $8,146,029 |
| 26. | Venesha |  | Richards |  |  | $2,000,000 | $2,000,000 |
| 27. | Carmen | A. | Rivera |  | $3,760,940 | $2,000,000 | $5,760,940 |
| 28. | Linda | I. | Rivera |  | $975,352 | $2,000,000 | $2,975,352 |
| 29. | Joseph | M. | Romagnolo |  | $4,882,491 | $2,000,000 | $6,882,491 |
| 30. | Mark | L. | Rosenberg |  | $3,616,703 | $2,000,000 | $5,616,703 |
| 31. | Timothy | A. | Roy |  | $5,883,487 | $2,000,000 | $7,883,487 |
| 32. | Isidro | D. | Ottenwalder |  | $2,455,057 | $2,000,000 | $4,455,057 |
| 33. | Ronald | J. | Ruben |  |  | $2,000,000 | $2,000,000 |
| 34. | Susan | A. | Ruggiero |  | $3,828,400 | $2,000,000 | $5,828,400 |
| 35. | Hernando | R. | Salas |  | $126,692 | $2,000,000 | $2,126,692 |
| 36. | Frederick | C. | Scheffold |  | $2,420,060 | $2,000,000 | $4,420,060 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37. | Robert | A. | Schlegel | | $4,575,788 | $2,000,000 | $6,575,788 |
| 38. | Chin | Sun | Pak Wells | | $1,445,233 | $2,000,000 | $3,445,233 |
| | | TOTALS | | | $82,558,405 | $76,000,000 | **$158,558,405** |