# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

_Via ECF and Hand Delivery_  February 11, 2020

The Honorable George B. Daniels
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)*;*
              _Horace Morris et al. v. Islamic Republic of Iran_, No. 1:18-cv-05321 (GBD) (SN)

Dear Judge Daniels:

      I represent plaintiffs in the above-referenced matter. On January 15, 2020, we filed a Motion for Partial Final Judgment for certain family members and estates of individuals killed on September 11, 2001. MDL ECF No. 5642 ("*Morris III*"). On Exhibit A to the Proposed Order and the Declaration of Jerry S. Goldman, Esq., filed in support of that motion, Joycelyn Nesbitt-Arneaud, the sibling of 9/11 decedent Oscar F. Nesbitt, was inadvertently omitted, and page two of Exhibit B was inadvertently omitted from the Proposed Order.[1]

      On February 5, 2020 the Court granted the *Morris III* motion originally filed on January 15, 2020 which contained the omission. MDL ECF No. 5861. We have submitted to the Clerk of Court a corrected Exhibit A, which includes Joycelyn Nesbitt-Arneaud, a complete Exhibit B and revised motion papers and respectfully request that the Court modify the judgment to include Joycelyn Nesbitt-Arneaud. MDL ECF No. 5906.

      We thank the Court for its attention to this matter.

                                                    Respectfully submitted,

                                                     _/s/ Jerry S. Goldman_
                                                     Jerry S. Goldman, Esq.

---

[1] The Estates of Robert A. Schlegel and Chin Sun Pak Wells were listed in the Declaration of Jerry S. Goldman, MDL ECF No. 5650, as eligible for economic damages, but page two of Exhibit B which listed their names and economic damage amounts was inadvertently left off of the filed motion papers.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100234986.3

**Anderson Kill P.C.**

The Honorable George B. Daniels
February 11, 2020
Page 2

Enclosures
cc:   The Honorable Sarah Netburn
      U.S. Magistrate Judge
      Thurgood Marshall United States Courthouse
      40 Foley Square, Room 430
      New York, NY 10007
      *via Hand Delivery*

      All counsel *via ECF*

docs-100234986.3