USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 1 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE:                               :
:                              ORDER
TERRORIST ATTACKS ON                 :
SEPTEMBER 11, 2001                   :     03 MDL 1570 (GBD) (SN)
:
:
------------------------------------x

This document relates to:

*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, 15 Civ. 9903 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

On January 15, 2020, the Burnett Plaintiffs moved this Court to award partial final default judgments, made up of the sums of pain and suffering awards and economic loss awards, against the Islamic Republic of Iran. (The Burnett Wrongful Death Plaintiffs' Motion for Partial Final Default Judgments, ECF No. 5670.)[1] Along with their motion, plaintiffs submitted Exhibit A, a 17-page chart listing over 600 decedents for which plaintiffs are now moving for default judgment.

Previously on September 23, 2019, Magistrate Judge Netburn held a telephone conference with plaintiffs, Defendant Dubai Islamic Bank, and Defendant Kingdom of Saudi Arabia, during which she explained to the parties that it is not a "legally proper position" for claimants to obtain judgments when they are not plaintiffs to the case. (*See* Tr. of Sept. 23, 2019 Telephone Conference at 3:16–22.) In light of this discussion, and in light of the fact that this Court was previously unable to identify whether several of the listed decedents are represented by a plaintiff in this case, this Court issued an order on February 4, 2020, (ECF No. 5832), directing the Plaintiffs to amend their exhibit to include the names of the named plaintiff representing each decedent. On February 5, 2020, the

---

[1] All citations included herein refer to documents filed in the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN).

plaintiffs filed an amended exhibit, listing the named plaintiff representing each decedent (ECF No. 5866). There continues, however, to be several plaintiffs that this court is unable to locate on either the 9/11 multidistrict litigation docket or on the member case docket. These individuals either appear to be listed on the docket under a different name or are "Doe" Plaintiffs whose identities this Court is unable to confirm. The remaining plaintiffs who have not been properly identified are listed in Exhibit A to this Order.

The plaintiffs are hereby directed to file a Notice of Amendment updating the names of the "Doe" Plaintiffs, so that each individual decedent is represented by a plaintiff identified by name on the docket. With regard to the remaining individuals in the attached Exhibit A who are not "Doe" Plaintiffs, the Plaintiffs are directed to file a letter apprising this Court of the exact names under which each individual plaintiff is identified on the docket. In order for the plaintiffs to receive an order on their motion prior to the February 19, 2020 VSSTF deadline, plaintiffs should submit these documents no later than Thursday, February 13, 2020.

Dated: February 11, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

| Plaintiff | Issue |
|---|---|
| 79. Deborah Calandrillo | "Doe" Plaintiff |
| 88. Kathleen Pfitzer | Exact name of plaintiff needed |
| 96. Helaine K. Chairnoff | "Doe" Plaintiff |
| 97. Michelle Chalcoff | Exact name of plaintiff needed |
| 110. June Coppola | Exact name of plaintiff needed |
| 114. Elodie Coleman | "Doe" Plaintiff |
| 124. John J. Creamer | "Doe" Plaintiff |
| 146. Virginia Bowrosen | Exact name of plaintiff needed |
| 147. Michele Pizzo | Exact name of plaintiff needed |
| 165. Elizabeth Emery | "Doe" Plaintiff |
| 166. Dawn Picciano | Exact name of plaintiff needed |
| 190. Peter Gadiel | "Doe" Plaintiff |
| 197. Amy Kassan | Exact name of plaintiff needed |
| 220. Jean, Gray | "Doe" Plaintiff |
| 249. Eileen Hoey | "Doe" Plaintiff |
| 251. Gabrielle Hoffmanm | "Doe" Plaintiff |
| 256. Kurt Horning | "Doe" Plaintiff |
| 288. Tamara Kanter | "Doe" Plaintiff |
| 317. Sandra Pangborn | Exact name of plaintiff needed |
| 318. Robert Lanza Jr. | "Doe" Plaintiff |
| 330. Mark Lichtschein | "Doe" Plaintiff |
| 333. Alan Linton | Exact name of plaintiff needed |
| 359. Jonathan Dodge | "Doe" Plaintiff |
| 362. Aida Martinez | "Doe" Plaintiff |
| 379. Sherry McHeffey | "Doe" Plaintiff |
| 384. Lisa Goldberg-McWilliams | "Doe" Plaintiff |
| 393. Holly Hedley | Exact name of plaintiff needed |
| 403. Mary Belding | "Doe" Plaintiff |
| 412. Rosemary Murray | Exact name of plaintiff needed |
| 429. Edna Velez-Mundo | Exact name of plaintiff needed |
| 438. Inez Slick | Exact name of plaintiff needed |
| 454. Devora Kirschner | Exact name of plaintiff needed |
| 461. Michael Puckett | "Doe" Plaintiff |
| 462. Jacqueline Pykon | "Doe" Plaintiff |
| 472. Jeanne Reinig-Smith | "Doe" Plaintiff |
| 478. Jim Richards | "Doe" Plaintiff |
| 479. Elaine Brophy | Exact name of plaintiff needed |
| 484. Thomas Roger | "Doe" Plaintiff |
| 514. Maureen Sherry | "Doe" Plaintiff |
| 518. Joanne Smith | "Doe" Plaintiff |
| 519. Ellen Bakalian | "Doe" Plaintiff |
| 527. Lorraine Catalano | Exact name of plaintiff needed |
| 530. Jeanie Somerville | Exact name of plaintiff needed |
| 565. Linda Uliano | Exact name of plaintiff needed |

| | |
|---|---|
| 577. Maria Visciano | Exact name of plaintiff needed |
| 579. Shirimattie Lalman | Exact name of plaintiff needed |
| 614. Sheila Zarba-Campbell | Exact name of plaintiff needed |