USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 11 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

03 MDL 1570 (GBD) (SN)

This document relates to:

*Thomas Burnett, Sr. et al. v. The Islamic Republic of Iran, et al.*, 15 Civ. 9903 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

On January 15, 2020, the Burnett Plaintiffs moved this Court to correct its previous award of partial final judgments to immediate family members of the September 11, 2001 decedents. (ECF No. 5662.)[1] Plaintiffs' proposed default judgment, (ECF No. 5669), attaches Exhibit A, which lists immediate family members to decedents who have moved this Court to grant to them solatium damages.

Previously on September 23, 2019, Magistrate Judge Netburn held a telephone conference with plaintiffs, Defendant Dubai Islamic Bank, and Defendant Kingdom of Saudi Arabia, during which she explained to the parties that it is not a "legally proper position" for claimants to obtain judgments when they are not plaintiffs to the case. (*See* Tr. of Sept. 23, 2019 Telephone Conference at 3:16–22.)

John J. Creamer, listed as the spouse of decedent Tara Kathleen Creamer, appears not to be eligible for recovery because he is not a named plaintiff to the case. The plaintiffs are therefore directed to either (1) file a Notice of Amendment, adding Mr. Creamer as a plaintiff to the case, or

---

[1] All citations included herein refer to documents filed in the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN).

(2) if Mr. Creamer is in fact a named plaintiff, identify with specificity where his name can be found on the docket, in the Complaint, or in a Notice of Amendment.

In order for the plaintiffs to receive an order on their motion prior to the February 19, 2020 VSSTF deadline, plaintiffs should take these steps and submit a letter apprising this Court of Mr. Creamer's status no later than Thursday, February 13, 2020.


Dated: February 11, 2020
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge