**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Arias, et al. v. The Islamic Republic of Iran* | 19-cv-41 (GBD)(SN) <br> ECF Case |

## ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *ARIAS* PLAINTIFFS IDENTIFIED AT EXHIBIT A

### (*ARIAS* IV)

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order, plaintiffs in *Arias, et al. v. The Islamic Republic of Iran*, Case No. 19-cv-41 (GBD)(SN), who are each the estate of a victim of the terrorist attacks on September 11, 2001 who was killed either on September 11, 2001 or in the immediate aftermath of September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran entered on September 9, 2019 (ECF No. 5104), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon The Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *Arias, et al. v. The Islamic Republic of Iran*, Case No. 19-cv-41 (GBD)(SN), as identified in the attached Exhibit A, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded: compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit A; and it is

**ORDERED** that Plaintiffs identified in the expert reports attached as Exhibit B to the Eubanks Declaration, dated January 15, 2020 (and identified in Exhibit A), are awarded economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted by Dr. Stan V. Smith as Exhibit B to the Eubanks Declaration, and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Arias* Plaintiffs not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages' for decedents pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
       FEB 1 2 2020

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Stephen | | Bunin | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 2 | Michael | Scott | Carlo | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 3 | Rosa | Marie | Chapa | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 4 | Susan | Clancy | Conlon | | $ 2,000,000.00 | | $ 8,354,103.00 | $ 10,354,103.00 |
| 5 | Robert | | Curatolo | | $ 2,000,000.00 | | $ 10,717,083.00 | $ 12,717,083.00 |
| 6 | Joseph | P. | Gullickson | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 7 | Ruth | Ellen | Ketler | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 8 | Charles | Augustus | Laurencin | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 9 | Charles | Joseph | Margiotta | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 10 | Denis | J. | McHugh | III | $ 2,000,000.00 | | $ 13,992,884.00 | $ 15,992,884.00 |
| 11 | Carl | Eugene | Molinaro | | $ 2,000,000.00 | | $ 10,488,953.00 | $ 12,488,953.00 |
| 12 | Christopher | Michael | Mozzillo | | $ 2,000,000.00 | | $ 11,213,937.00 | $ 13,213,937.00 |
| 13 | Theresa | Ann | Munson | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 14 | Raymond | E. | Murphy | Sr. | $ 2,000,000.00 | | $ 8,037,441.00 | $ 10,037,441.00 |
| 15 | William | S. | O'Keefe | | $ 2,000,000.00 | | $ 7,307,118.00 | $ 9,307,118.00 |
| 16 | Steven | J. | Olson | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| 17 | Richard | N. | Poulos | | $ 2,000,000.00 | | $ 5,192,449.00 | $ 7,192,449.00 |
| 18 | John | Thomas | Vigiano | II | $ 2,000,000.00 | | $ 9,591,743.00 | $ 11,591,743.00 |
| 19 | Steven | L. | Glick | | $ 2,000,000.00 | | $ 69,020,206.00 | $ 71,020,206.00 |
| 20 | Ralph | Michael | Licciardi | | $ 2,000,000.00 | | | $ 2,000,000.00 |
| | | | TOTALS | | $ 40,000,000.00 | | $ 153,915,917.00 | $ 193,915,917.00 |