

**MotleyRice** LLC
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9450

**Jodi Westbrook Flowers**
*Licensed in SC*
direct: 843.216.9163
jflowers@motleyrice.com

**VIA ECF**

February 12, 2020

The Honorable George B. Daniels
U.S. District Judge
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

  Re: *In re Terrorist Attacks on September 11, 2001*
     **Case No. 03 MDL 1570 (GBD)(SN)**
     *Burnett, et al. v. The Islamic Republic of Iran, et al.*
     **Case No. 15 CV 9903 (GBD)(SN)**

Dear Judge Daniels:

  I write pursuant to the court's Orders of February 7, 2020 [ECF No. 5879 (Burnett I) and ECF No. 5888 (Burnett II)] and February 11, 2020 [ECF No. 5909 (Burnett III)] to notify the Court that the Burnett Plaintiffs do not intend to file any objections to the reports and recommendations of Magistrate Sarah Netburn referenced above.

               Respectfully Submitted,

               Jodi Westbrook Flowers

cc: Magistrate Sarah Netburn
   All Counsel of Record (via ECF)