UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IN RE:

                :

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

                :

                :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 2 2020

ORDER

03 MDL 1570 (GBD) (SN)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

*Estate of John P. O'Neill, Sr. et al. v. The Republic of Iraq et al.*, 04 Civ. 1076 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

On January 15, 2020, the O'Neill Plaintiffs moved this Court to award a partial final judgment, made up of the sums of pain and suffering awards and economic loss awards, against the Islamic Republic of Iran. (The *O'Neill* Pls.' Notice of Mot. for Partial Final J. II, ECF No. 5613.)[1] Due to a docketing error which appeared to indicate that the O'Neill Plaintiffs had not properly served Iran, this Court denied Plaintiffs' motion on February 11, 2020. (ECF No. 5923.) That order is hereby vacated and it is hereby

ORDERED that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants; and it is

ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *O'Neill II*, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

---

[1] All citations included herein refer to documents filed in the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN).

ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *O'Neill II*, as identified in the attached Exhibit B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit B; and it is

ORDERED that Plaintiffs identified in Exhibit B are awarded: compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit B; and it is

ORDERED that Plaintiffs identified in the expert report attached as Exhibit B-1 to the Declaration of Jerry S. Goldman, Esquire ("Goldman Declaration") (and identified in Exhibit B) and annexed hereto, are awarded economic damages as set forth in Exhibit B and as supported by the expert report and analyses as Exhibit B-1 to the Goldman Declaration; and it is

ORDERED that Plaintiffs identified in Exhibits A and B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibits A and B may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is further

ORDERED that the remaining *O'Neill* Plaintiffs not appearing on Exhibits A or B, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages or for decedents' pain and suffering from the September 11th

2

attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on

Exhibits A and B.

The Clerk of Court is directed to close the motion at ECF No. 5613 accordingly.

Dated: February 12, 2020
New York, New York

SO ORDERED.

FEB 1 2 2020

George B. Daniels

GEORGE B. DANIELS
United States District Judge

3

# EXHIBIT A

Ex. A to O'Neill

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | None | | | | |

TOTAL

# Exhibit B

EX. B to *O'Neill*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | John | P. | O'Neill | Sr. | $3,831,235 | $2,000,000 | $5,831,235 |
| | **TOTALS** | | | | $3,831,235 | $2,000,000 | **$5,831,235** |