UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Lloyd A. Abel Sr. et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD) (SN);
*Roberta Agyeman et al. v. Islamic Republic of Iran,* No. 1:18-cv-05320 (GBD) (SN);
*Jessica DeRubbio et al. v. Islamic Republic of Iran,* No. 1:18-cv-05306 (GBD) (SN);
*Matthew Rowenhorst et al. v. Islamic Republic of Iran,* No. 1:18-cv-12387 (GBD) (SN)

### [PROPOSED] FINAL ORDER OF JUDGMENT ON BEHALF OF CERTAIN *ABEL*, *AGYEMAN*, *DERUBBIO* AND *ROWENHORST* PLAINTIFFS IDENTIFIED IN EXHIBIT A

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order, Plaintiffs in *Lloyd A. Abel Sr. et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD) (SN); *Roberta Agyeman et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN); *Jessica DeRubbio et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD) (SN); and *Matthew Rowenhorst et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD) (SN) who are each a stepchild, stepparent or spousal equivalent of a victim killed in the terrorist attacks on September 11, 2001, and the Judgments by Default for liability only against the Islamic Republic of Iran, ("Iran") entered on May 28, 2019 (ECF NO. 4563); June 21, 2019 (ECF No. 4597); and September 3, 2019 (ECF Nos. 5048 and 5053), together with the entire record in this case, it is hereby;

**ORDERED** that partial final judgment is entered against Iran and on behalf of those *Abel, Agyeman, DeRubbio,* and *Rowenhorst* Plaintiffs who are identified in the attached Exhibit A, who are each a stepchild, stepparent or spousal equivalent of individuals killed in the terrorist attacks on September 11, 2001, and who have sufficiently demonstrated that they are the

functional equivalent of an immediate family member of their 9/11 decedents as identified in the attached Exhibit A under this Court's prior framework, and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded solatium damages in the amount as set forth in Exhibit A; and it is

**ORDERED** that the *Abel, Agyeman, DeRubbio,* and *Rowenhorst* Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

**ORDERED** that the remaining *Abel, Agyeman, DeRubbio,* and *Rowenhorst* Plaintiffs in not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for decedents pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
_____ , 2020

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE