# EXHIBIT A

**Exhibit A**
(Alphabetically by Last name of 9/11 Decedent)

| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Solatium Damages Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ana | M. | Centeno | | Julio | Masa | Lebron | | Stepfather | $8,500,000 |
| 2 | Jaime | | Concepcion | | Reginald | | Colon | | Stepchild | $8,500,000 |
| 3 | Jaime | | Concepcion | | Rosa | | Colon | | Stepchild | $8,500,000 |
| 4 | Luke | | Dudek | | George | A. | Cuellar | | Spousal Equivalent | $12,500,000 |
| 5 | Julie | Marie | Geis | | Rebecca | Sue | Loethen | | Spousal Equivalent | $12,500,000 |
| 6 | Richard | Thomas | Muldowney | Jr. | John | | Proodian | | Stepchild | $8,500,000 |

docs-100235458.1