| EXHIBIT A | | | | |
|---|---|---|---|---|
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#53 - 2/8/2016)** | **Decedent's Name** | **Paragraph of Amended Complaint Discussing Decedent** |
| Deborah Calandrillo, individually as the Spouse and as the Personal Representative of the Estate of Joseph M. Calandrillo, Deceased, and on behalf of all survivors of Joseph M. Calandrillo, Deceased | NY | SPOUSE DOE AP139 as Personal Representative of the Estate of DOE AP139, Deceased and on behalf of all beneficiaries of DOE AP139, Deceased | Calandrillo, Joseph M. | ECF#53, ¶722 |
| Kathleen V. Pfitzer (a/k/a Kathleen Cappers), individually as the Spouse and as the Personal Representative of the Estate of James C. Cappers, Deceased, and on behalf of all survivors of James C. Cappers, Deceased | NY | Kathleen Cappers, as Personal Representative of the Estate of James C. Cappers, Deceased and on behalf of all beneficiaries of James C. Cappers | Cappers, James C. | ECF#53, ¶3419 |
| Helaine K. Chairnoff, individually as the Spouse and as the Personal Representative of the Estate of Jeffrey M. Chairnoff, Deceased, and on behalf of all survivors of Jeffrey M. Chairnoff, Deceased | NJ | SPOUSE DOE AP104 as Personal Representative of the Estate of DOE AP104, Deceased and on behalf of all beneficiaries of DOE AP104, Deceased | Chairnoff, Jeffrey M. | ECF#53, ¶969 |
| Michelle R. Chalcoff (a/k/a Mable Chalcoff; Mabel Chalcoff), individually as the Spouse and as Personal Representative of the Estate of William Alexander Chalcoff, Deceased and on behalf of all beneficiaries of William Alexander Chalcoff, Deceased | NY | MABLE CHALCOFF, as Personal Representative of the Estate of William Chalcoff, Deceased and on behalf of all beneficiaries of William Chalcoff | Chalcoff, William Alexander | ECF#53, ¶1591 |
| June Coppola (a/k/a June Colaio), individually as the Spouse and as Personal Representative of the Estate of Mark J. Colaio, Deceased and on behalf of all beneficiaries of Mark J. Colaio, Deceased | NY | June Colaio, as Personal Representative of the Estate of Mark J. Colaio, Deceased and on behalf of all beneficiaries of Mark J. Colaio | Colaio, Mark J. | ECF#53, ¶2522 |
| Elodie Coleman, individually as the Spouse and as Personal Representative of the Estate of Keith Eugene Coleman, Deceased and on behalf of all beneficiaries of Keith Eugene Coleman, Deceased | NJ | SPOUSE DOE AP127 as Personal Representative of the Estate of DOE AP127, Deceased and on behalf of all beneficiaries of DOE AP127, Deceased | Coleman, Keith Eugene | ECF#53, ¶1206 |
| John J. Creamer, individually as the Spouse and as Personal Representative of the Estate of Tara Kathleen Creamer, Deceased and on behalf of all beneficiaries of Tara Kathleen Creamer, Deceased | MA | SPOUSE DOE AP75 AS Personal Representative of the Estate of DOE AP75, Deceased and on behalf of all beneficiaries of DOE AP75, Deceased | Creamer, Tara Kathleen | ECF#53, ¶37 |
| Virginia M. Bowrosen (a/k/a Virginia M. DeCola), as Spouse and as Personal Representative of the Estate of Paul DeCola, Deceased and on behalf of all beneficiaries of the Paul DeCola, Deceased | AZ | Virginia M. DeCola, as Personal Representative of the Estate of Paul DeCola, Deceased and on behalf of all beneficiaries of the Paul DeCola | DeCola, Paul | ECF#53, ¶2939 |

| EXHIBIT A | | | | |
|---|---|---|---|---|
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#53 - 2/8/2016)** | **Decedent's Name** | **Paragraph of Amended Complaint Discussing Decedent** |
| Michele Pizzo (a/k/a Michele DeFazio), as Spouse and as Personal Representative of the Estate of Jason DeFazio, Deceased and on behalf of all beneficiaries of Jason DeFazio, Deceased | NY | Michele DeFazio, as Personal Representative of the Estate of Jason DeFazio, Deceased and on behalf of all beneficiaries of Jason DeFazio | DeFazio, Jason | ECF#53, ¶522 |
| Elizabeth Emery, as Spouse and as Personal Representative of the Estate of Edgar Hendricks Emery, Jr., Deceased and on behalf of all beneficiaries of Edgar Hendricks Emery, Jr., Deceased | NJ | SPOUSE DOE AP140 as Personal Representative of the Estate of DOE AP140, Deceased and on behalf of all beneficiaries of DOE AP140, Deceased | Emery, Jr., Edgar Hendricks | ECF#53, ¶827 |
| Dawn Picciano (a/k/a Dawn Esposito), as Spouse and as Personal Representative of the Estate of Francis Esposito, Deceased and on behalf of all beneficiaries of Francis Esposito, Deceased | NY | Dawn Esposito, as Personal Representative of the Estate of Francis Esposito, Deceased and on behalf of all beneficiaries of Francis Esposito | Esposito, Francis | ECF#53, ¶602 |
| Peter Gadiel, as Parent and as Personal Representative of the Estate of James Andrew Gadiel, Deceased and on behalf of all beneficiaries of James Andrew Gadiel, Deceased | CT | PARENT DOE AP86 as Personal Representative of the Estate of DOE AP86, Deceased and on behalf of all beneficiaries of DOE AP86, Deceased | Gadiel, James Andrew | ECF#53, ¶206 |
| Amy Kassan (a/k/a Amy Gardner), as Sibling and as Personal Representative of the Estate of Jeffrey B. Gardner, Deceased and on behalf of all beneficiaries of Jeffrey B. Gardner, Deceased | NY | Amy Gardner, as Personal Representative of the Estate of Jeffrey B. Gardner, Deceased and on behalf of all beneficiaries of Jeffrey B. Gardner | Gardner, Jeffrey B. | ECF#53, ¶2810 |
| Jean Marie Gray, as Spouse and as Personal Representative of the Estate of James Michael Gray, Deceased and on behalf of all beneficiaries of James Michael Gray, Deceased | NY | SPOUSE DOE AP102 as Personal Representative of the Estate of DOE AP102, Deceased and on behalf of all beneficiaries of DOE AP102, Deceased | Gray, James Michael | ECF#53, ¶929 |
| Eileen T. Hoey, as Spouse and as Personal Representative of the Estate of Patrick Aloysius Hoey, Deceased and on behalf of all beneficiaries of Patrick Aloysius Hoey, Deceased | NJ | SPOUSE DOE AP3 as Personal Representative of the Estate of DOE AP3, Deceased and on behalf of all beneficiaries of DOE AP3, Deceased | Hoey, Patrick Aloysius | ECF#53, ¶195 |
| Gabrielle Hoffman, as Spouse and as Personal Representative of the Estate of Stephen G. Hoffman, Deceased and on behalf of all beneficiaries of Stephen G. Hoffman, Deceased | NY | SPOUSE DOE AP153 as Personal Representative of the Estate of DOE AP153, Deceased and on behalf of all beneficiaries of DOE AP153, Deceased | Hoffman, Stephen G. | ECF#53, ¶1301 |

| EXHIBIT A |||||
|---|---|---|---|---|
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#53 - 2/8/2016)** | **Decedent's Name** | **Paragraph of Amended Complaint Discussing Decedent** |
| Kurt D. Horning, as Parent and as Personal Representative of the Estate of Matthew D. Horning, Deceased and on behalf of all beneficiaries of Matthew D. Horning, Deceased | NJ | PARENT DOE AP225 as Personal Representative of the Estate of DOE AP225, Deceased and on behalf of all beneficiaries of DOE AP225, Deceased | Horning, Matthew D. | ECF#53, ¶2534 |
| Tamara Kanter, as Spouse and as Personal Representative of the Estate of Sheldon Robert Kanter, Deceased and on behalf of all beneficiaries of Sheldon Robert Kanter, Deceased | NJ | SPOUSE DOE AP55 as Personal Representative of the Estate of DOE AP55, Deceased and on behalf of all beneficiaries of DOE AP55, Deceased | Kanter, Sheldon Robert | ECF#53, ¶299 |
| Sandra Pangborn (a/k/a Sandra Lang), as Spouse and as Personal Representative of the Estate of Brendan Mark Lang, Deceased and on behalf of all beneficiaries of Brendan Mark Lang, Deceased | NJ | Sandra Lang, as Personal Representative of the Estate of Brendan Mark Lang, Deceased and on behalf of all beneficiaries of Brendan Mark Lang | Lang, Brendan Mark | ECF#53, ¶3009 |
| Robert Lanza, Jr., as Spouse and as Personal Representative of the Estate of Michele Lanza, Deceased and on behalf of all beneficiaries of Michele Lanza | VA | SPOUSE DOE AP137 as Personal Representative of the Estate of DOE AP137, Deceased and on behalf of all beneficiaries of DOE AP137, Deceased | Lanza, Michele | ECF#53, ¶552 |
| Mark Lichtschein, as Sibling and as Personal Representative of the Estate of Edward Lichtschein, Deceased and on behalf of all beneficiaries of Edward Lichtschein, Deceased | NJ | SIBLING DOE AP93 as Personal Representative of the Estate of DOE AP93, Deceased and on behalf of all beneficiaries of DOE AP93, Deceased | Lichtschein, Edward | ECF#53, ¶735 |
| Alan Patrick Linton (a/k/a A. Patrick Linton), as Parent and as Personal Representative of the Estate of Alan Patrick Linton, Jr., Deceased and on behalf of all beneficiaries of Alan Patrick Linton, Jr., Deceased | MD | A. Patrick Linton, as Personal Representative of the Estate of Alan Patrick Linton, Jr., Deceased and on behalf of all beneficiaries of Alan Patrick Linton, Jr. | Linton, Jr., Alan Patrick | ECF#53, ¶2205 |
| Jonathan Dodge, as Spouse and as Personal Representative of the Estate of Vita Marino, Deceased and on behalf of all beneficiaries of Vita Marino, Deceased | NY | SPOUSE DOE AP81 as Personal Representative of the Estate of DOE AP81, Deceased and on behalf of all beneficiaries of DOE AP81, Deceased | Marino, Vita | ECF#53, ¶273 |
| Aida Martinez, as Spouse and as Personal Representative of the Estate of Jose Angel Martinez, Jr., Deceased and on behalf of all beneficiaries of Jose Angel Martinez, Jr., Deceased | NY | SPOUSE DOE AP247 as Personal Representative of the Estate of DOE AP247 Deceased and on behalf of all beneficiaries of DOE AP247, Deceased | Martinez, Jr., Jose Angel | ECF#53, ¶3480 |
| Sherry McHeffey, as Parent and as Personal Representative of the Estate of Keith McHeffey, Deceased and on behalf of all beneficiaries of Keith McHeffey, Deceased | NJ | PARENT DOE AP122 as Personal Representative of the Estate of DOE AP122 Deceased and on behalf of all beneficiaries of DOE AP122, Deceased | McHeffey, Keith | ECF#53, ¶1131 |

| EXHIBIT A | | | | |
|---|---|---|---|---|
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#53 - 2/8/2016)** | **Decedent's Name** | **Paragraph of Amended Complaint Discussing Decedent** |
| Lisa Goldberg-McWilliams, as Domestic Partner and as Personal Representative of the Estate of Martin Edward McWilliams, Deceased and on behalf of all beneficiaries of Martin Edward McWilliams, Deceased | NJ | SPOUSE DOE AP182 as Personal Representative of the Estate of DOE AP182, Deceased and on behalf of all beneficiaries of DOE AP182, Deceased | McWilliams, Martin Edward | ECF#53, ¶699 |
| Holly Ann Miller Hedley (a/k/a Holly Ann Miller), as Spouse and as Personal Representative of the Estate of Craig James Miller, Deceased and on behalf of all beneficiaries of Craig James Miller, Deceased | MT | Holly Ann Miller, as Personal Representative of the Estate of Craig James Miller, Deceased and on behalf of all beneficiaries of Craig James Miller | Miller, Craig James | ECF#53, ¶3452 |
| Mary Belding, as Spouse and as Personal Representative of the Estate of Peter C. Moutos, Deceased and on behalf of all beneficiaries of Peter C. Moutos, Deceased | NJ | SPOUSE DOE AP189 as Personal Representative of the Estate of DOE AP189, Deceased and on behalf of all beneficiaries of DOE AP189, Deceased | Moutos, Peter C. | ECF#53, ¶1742 |
| Rosemary O. Murray (a/k/a Rory Owens Murray), as Spouse and as Personal Representative of the Estate of John J. Murray, Deceased and on behalf of all beneficiaries of John J. Murray, Deceased | CT | Rory Owens Murray, as Personal Representative of the Estate of John J. Murray, Deceased and on behalf of all beneficiaries of John J. Murray | Murray, John J. | ECF#53, ¶1384 |
| Edna Velez-Mundo (a/k/a Edna Kang Ortiz), as Spouse and as Personal Representative of the Estate of Pablo Ortiz, Deceased and on behalf of all beneficiaries of Pablo Ortiz, Deceased | FL | Edna Kang Ortiz, as Personal Representative of the Estate of Pablo Ortiz, Deceased and on behalf of all beneficiaries of Pablo Ortiz | Ortiz, Pablo | ECF#53, ¶1729 |
| Inez Slick (a/k/a Inez Paskins), as Spouse and as Personal Representative of the Estate of Jerrold H. Paskins, Deceased and on behalf of all beneficiaries of Jerrold H. Paskins, Deceased | CA | Inez Paskins, as Personal Representative of the Estate of Jerrod H. Paskins, Deceased and on behalf of all beneficiaries of Jerrold H. Paskins | Paskins, Jerrold H. | ECF#53, ¶2942 |
| Devora W. Kirschner (a/k/a Devora Wolk Pontell), as Spouse and as Personal Representative of the Estate of Darin Howard Pontell, Deceased and on behalf of all beneficiaries of Darin Howard Pontell, Deceased | MD | Devora Wolk Pontell, as Personal Representative of the Estate of Darin Howard Pontell, Deceased and on behalf of all beneficiaries of Darin Howard Pontell | Pontell, Darin Howard | ECF#53, ¶3217 |
| Michael J. Puckett, as Child and as Personal Representative of the Estate of John F. Puckett, Deceased and on behalf of all beneficiaries of John F. Puckett, Deceased | Scotland | CHILD DOE AP90 as Personal Representative of the Estate of DOE AP90, Deceased and on behalf of all beneficiaries of DOE AP90, Deceased | Puckett, John F. | ECF#53, ¶175 |

| EXHIBIT A | | | | |
|---|---|---|---|---|
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#53 - 2/8/2016)** | **Decedent's Name** | **Paragraph of Amended Complaint Discussing Decedent** |
| Jacqueline A. Pykon, as Spouse and as Personal Representative of the Estate of Edward R. Pykon, Deceased and on behalf of all beneficiaries of Edward R. Pykon, Deceased | NY | SPOUSE DOE AP94 as Personal Representative of the Estate of DOE AP94, Deceased and on behalf of all beneficiaries of DOE AP94, Deceased | Pykon, Edward R. | ECF#53, ¶787 |
| Jeanne Reinig-Smith, as Spouse and as Personal Representative of the Estate of Thomas Barnes Reinig, Deceased and on behalf of all beneficiaries of Thomas Barnes Reinig, Deceased | FL | SPOUSE DOE AP49 as Personal Representative of the Estate of DOE AP49, Deceased and on behalf of all beneficiaries of DOE AP49, Deceased | Reinig, Thomas Barnes | ECF#53, ¶211 |
| Jim D. Richards, as Sibling and as Personal Representative of the Estate of Claude Daniel Richards, Deceased and on behalf of all beneficiaries of Claude Daniel Richards, Deceased | NY | SIBLING DOE AP213 as Personal Representative of the Estate of DOE AP213, Deceased and on behalf of all beneficiaries of DOE AP213, Deceased | Richards, Claude Daniel | ECF#53, ¶2192 |
| Elaine M. Brophy (a/k/a Elaine M. Rizza), as Spouse and as Personal Representative of the Estate of Paul V. Rizza, Deceased and on behalf of all beneficiaries of Paul V. Rizza, Deceased | NJ | Elaine M. Rizza, as Personal Representative of the Estate of Paul V. Rizza, Deceased and on behalf of all beneficiaries of Paul V. Rizza | Rizza, Paul V. | ECF#53, ¶2033 |
| Thomas H. Roger, as Parent and as Personal Representative of the Estate of Jean Destrehan Roger, Deceased and on behalf of all beneficiaries of Jean Destrehan Roger, Deceased | NY | PARENT DOE AP279, as Personal Representative of the Estate of DOE AP279, Deceased, and on behalf of all beneficiaries of DOE AP279, Deceased | Roger, Jean Destrehan | ECF#53, ¶24 |
| Maureen Sherry, as Spouse and as Personal Representative of the Estate of John Anthony Sherry, Deceased and on behalf of all beneficiaries of John Anthony Sherry, Deceased | NY | SPOUSE DOE AP143 as Personal Representative of the Estate of DOE AP143, Decased and on behalf of all beneficiaries of DOE AP143, Deceased | Sherry, John Anthony | ECF#53, ¶1256 |
| Joanne E. Smith, as Spouse and as Personal Representative of the Estate of Karl T. Smith, Deceased and on behalf of all beneficiaries of Karl T. Smith, Deceased | NJ | SPOUSE DOE AP185 as Personal Representative of the Estate of DOE AP185, Decased and on behalf of all beneficiaries of DOE AP185, Deceased | Smith, Karl T. | ECF#53, ¶1624 |
| Ellen Shaw Bakalian, as Spouse and as Personal Representative of the Estate of Jeffrey R. Smith, Deceased and on behalf of all beneficiaries of Jeffrey R. Smith, Deceased | NJ | SPOUSE DOE AP133 as Personal Representative of the Estate of DOE AP133, Decased and on behalf of all beneficiaries of DOE AP133, Deceased | Smith, Jeffrey R. | ECF#53, ¶905 |
| Lorraine Catalano (a/k/a Lorraine Spear), as Spouse and as Personal Representative of the Estate of Robert W. Spear, Jr., Deceased and on behalf of all beneficiaries of Robert W. Spear, Jr., Deceased | CT | LORRAINE SPEAR, as Personal Representative of the Estate of Robert W. Spear, Jr., Deceased and on behalf of all beneficiaries of Robert W. Spear, Jr. | Spear, Jr., Robert W. | ECF#53, ¶2107 |

| EXHIBIT A | | | | |
|---|---|---|---|---|
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#53 - 2/8/2016)** | **Decedent's Name** | **Paragraph of Amended Complaint Discussing Decedent** |
| Jeanie M. Somerville (a/k/a Jean Somerville), as Sibling and as Personal Representative of the Estate of Gregory Stajik, Deceased and on behalf of all beneficiaries of Gregory Stajik, Deceased | FL | JEAN SOMERVILLE, as Personal Representative of the Estate of Gregory Stajk, Deceased and on behalf of all beneficiaries of Gregory Stajk | Stajik, Gregory | ECF#53, ¶2940 |
| Linda Buffa Uliano (a/k/a Linda Buffa), as Spouse and as Personal Representative of the Estate of Michael A.Uliano, Deceased and on behalf of all beneficiaries of Michael A. Uliano, Deceased | NJ | LINDA BUFFA, as Personal Representative of the Estate of Michael A. Uliano, Deceased and on behalf of all beneficiaries of Michael A. Uliano | Uliano, Michael A. | ECF#53, ¶2852 |
| Maria A. Visciano (a/k/a Marie Visciano), as Parent and as Personal Representative of the Estate of Joseph Gerard Visciano, Deceased and on behalf of all beneficiaries of Joseph Gerard Visciano, Deceased | NY | MARIE VISCIANO, as Personal Representative of the Estate of Joseph Gerard Visciano, Deceased and on behalf of all beneficiaries of Joseph Gerard Visciano | Visciano, Joseph Gerard | ECF#53, ¶498 |
| Shirimattie Lalman (a/k/a Shirimattie Vukosa), as Spouse and as Personal Representative of the Estate of Alfred Vukosa, Deceased and on behalf of all beneficiaries of Alfred Vukosa, Deceased | NY | SHIRIMATTIE VUKOSA, as Personal Representative of the Estate of Alfred Vukosa, Deceased and on behalf of all beneficiaries of Alfred Vukosa | Vukosa, Alfred | ECF#53, ¶91 |
| Sheila A. Zarba-Campbell (a/k/a Sheila A. Kiernan), as Spouse and as Personal Representative of the Estate of Christopher R. Zarba, Jr., Deceased and on behalf of all beneficiaries of Christopher R. Zarba, Jr., Deceased | MA | SHEILA A. KIERNAN, as Personal Representative of the Estate of Christopher R. Zarba, Jr., Deceased and on behalf of all beneficiaries of Christopher R. Zarba, Jr. | Zarba, Christopher Rudolph | ECF#53, ¶3269 |