UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                Civil Action No.
SEPTEMBER 11, 2001                        03 MDL 1570 (GBD)(SN)

-----------------------------------------------------------x

This document relates to:
  *Burnett, et al v. The Islamic Republic of Iran, et al*, Case No. 15-cv-9903 (GBD)(SN)

### ORDER ON PLAINTIFFS' EMERGENCY MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name individuals as Plaintiffs in their given names who were previously identified as "DOE" plaintiffs in their prior pleadings and also to recognize the changed names of other previously named plaintiffs, it is hereby:

**ORDERED** that the *Burnett* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *Burnett* case in the manner set forth on Exhibit A; and it is

**ORDERED** that the *Burnett* Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the *Burnett* action in the Court's ECF and docketing system.

**SO ORDERED.**


February ___, 2020                        _____
New York, New York                        GEORGE B. DANIELS
                                          United States District Judge