# SPEISER KRAUSE
## COUNSELLORS AT LAW

*800 Westchester Avenue*
*Suite South 608*
*Rye Brook, New York 10573*

PHONE: (914) 220-5333   FAX: (914) 220-5334
WWW.SPEISERKRAUSE.COM

5555 GLENRIDGE CONNECTOR, NE
SUITE 550
ATLANTA, GA 30342
(404) 751-0632

ADDITIONAL OFFICE LOCATIONS
GARDEN CITY, NY
METROPOLITAN DC

**65 years**

February 14, 2020

**VIA ECF**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                *Re:*    In Re Terrorist Attacks of September 11, 2001
                         03 MDL 1570
                         02 CV 6977, Ashton v. Al Qaeda, et al.
                         02CV7230, Burlingame v. Bin Laden, et al.

Dear Judge Daniels,

      Please be advised that this firm represents certain plaintiffs in the above referenced actions, referred to as the *"Burlingame XI* Plaintiffs," for whom final judgments are being sought against the Islamic Republic of Iran.

      We write in response to Magistrate Judge Netburn's Report and Recommendation granting pain and suffering damages to the *Burlingame XI* Plaintiffs as a result of the September 11, 2001 terrorist attacks. See 03-md-01570 (GBD)(SN) ECF Doc. No. 5915, Filed 2/11/2020 (the "R&R"). Pursuant to the R&R, any objections are due no later than noon on February 14, 2020. The *Burlingame XI* Plaintiffs will not file any objections to the R&R and respectfully request this Court issue an Order granting Judgment.

      Thank you and best regards.

                                                  Respectfully submitted,

                                                  Frank H. Granito, III