USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE:                                           03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                  **JUDGMENT**
SEPTEMBER 11, 2001

-----------------------------------------------------------X

This document relates to:

    Thomas Burnett, Sr., et al., v. The Islamic Republic of Iran et al., 15 Civ. 9903 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 14, 2020, Magistrate Judge Sarah Netburn's January 21, 2020, Report and Recommendation (the "Report"), recommending that this Court grant in part and deny in part Plaintiffs' motion (Report, CF No. 5697, at 12-13) is adopted; Plaintiffs' Motion for Final Judgments (ECF No. 5433) is granted in part and denied in part; it is

ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgment for solatium damages as set forth in Exhibit A; and it is

ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same period; and it is

ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that may be approved on the same basis as currently approved for those Plaintiffs Appearing on Exhibit A or in prior filings.

**Dated:** New York, New York
February 18, 2020

RUBY J. KRAJICK
BY: _____
Clerk of Court
_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/18/2020

# EXHIBIT A

| | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|---|
| 1 | James N. Pappageorge | Justin Benitez | Stepchild | $8,500,000 |
| 2 | Col. Ronald Franklin Golinski (Ret.) | Paula M. Carucci | Stepchild | $4,250,000 |
| 3 | Ruth Ellen Ketler | Robert Dow | Domestic Partner | $12,500,000 |
| 4 | Col. Ronald Franklin Golinski (Ret.) | David R. Eschenbaum | Stepchild | $4,250,000 |
| 5 | Stephen J. Colaio | Serena Giovi | Fiancée | $12,500,000 |
| 6 | Robert D. Cirri, Sr. | Kara Lydia Jerez | Stepchild | $8,500,000 |
| 8 | Claude Michael Gann | Paige Marie Rollison | Stepchild | $8,500,000 |
| 9 | Claude Michael Gann | Sarah Elizabeth Rollison | Stepchild | $8,500,000 |
| 10 | Renee A. May | David Spivock, Jr. | Fiancé | $12,500,000 |
| 11 | Charles A. Laurencin | Jacqueline Steed | Stepchild | $8,500,000 |
| 12 | Sergio Villanueva | Tanya Villanueva Tepper | Domestic Partner and Fiancée | $12,500,000 |