UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007



RUBY J. KRAJICK
CLERK OF COURT

February 14, 2020

**Via Federal Express: 7777 5349 8070**
U.S. Department of State
ATTN: FSIA, CA/OCS/L
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
SA-17, 10th Floor
Washington, DC 20522

Re:   In re Terrorist Attacks of September 11, 2001
      Case No(s).   03-MDL-1570 (GBD) (SN)
                    02-CV-6977 (GBD) (SN), *Ashton v. The Islamic Republic of Iran*
                    03-CV-7236 (GBD) (SN), *Bauer v. The Islamic Republic of Iran*
                    18-CV-11416 (GBD) (SN), *Parker v. The Islamic Republic of Iran*

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4), I am hereby requesting service of process on the following defendant:

H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

Enclosed is two sets of the following documents, in both English and Farsi, for service upon the defendant:

1) Notice of Default Judgment with Foreign Service Immunities Act;

2) Parker Suarez Order of Final Judgment for Compensatory Damages for Conscious Pain and Suffering dated January 7, 2020;

3) Bauer III Order of Final Judgment for Economic Damages dated January 30, 2020;

4) Bauer IV Order of Final Judgment for Economic Damages dated January 30, 2020;

Secretary of State
February 14, 2020
Page 2

    5)    Bauer V Order of Final Judgment for Economic Damages dated January 30, 2020;

    6)    Bauer VI Order of Final Judgment for Economic Damages dated January 30, 2020;

    7)    Bauer VII Order of Final Judgment for Economic Damages dated January 30, 2020;

    8)    Bauer VIII Order of Final Judgment for Economic Damages dated January 30, 2020;

    9)    Bauer IX Order of Final Judgment for Economic Damages dated January 30, 2020;

    10)    Bauer X Order of Final Judgment for Economic Damages dated January 30, 2020; and

    11)    Certification by the Translator.

Upon completion of service, please send me a certified copy of the diplomatic note of transmittal. Thank you for your assistance, and please contact me if you have any questions.

Respectfully,

Ruby J. Krajick
Clerk of Court

Enclosures

# ATTACHED RIDER

1) Notice of Default Judgment with Foreign Service Immunities Act;

2) Parker Suarez Order of Final Judgment for Compensatory Damages for Conscious Pain and Suffering dated January 7, 2020;

3) Bauer III Order of Final Judgment for Economic Damages dated January 30, 2020;

4) Bauer IV Order of Final Judgment for Economic Damages dated January 30, 2020;

5) Bauer V Order of Final Judgment for Economic Damages dated January 30, 2020;

6) Bauer VI Order of Final Judgment for Economic Damages dated January 30, 2020;

7) Bauer VII Order of Final Judgment for Economic Damages dated January 30, 2020;

8) Bauer VIII Order of Final Judgment for Economic Damages dated January 30, 2020;

9) Bauer IX Order of Final Judgment for Economic Damages dated January 30, 2020;

10) Bauer X Order of Final Judgment for Economic Damages dated January 30, 2020; and

11) Certification by the Translator.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CERTIFICATE OF MAILING**

Case No(s).:  03-MDL-1570 (GBD) (SN)
              02-CV-6977 (GBD) (SN)
              03-CV-7236 (GBD) (SN)
              18-CV-11416 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 14th day of February 2020, I served defendant:

H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

By dispatching via Federal Express, Tracking No. 7777 5349 8070, to the U.S. Department of State, ATTN: FSIA, CA/OCS/L, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI) SA-17, 10th Floor, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

SEE ATTACHED RIDER

Dated: New York, New York
       February 14, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

