USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                      03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                        **JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

   Thomas Burnett, Sr., et al., v. The Islamic Republic of Iran et al., 15 Civ. 9903 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 14, 2020, Magistrate Judge Sarah Netburn's February 7, 2020, Report and Recommendation (the "Report"), recommending that this Court grant Plaintiffs' motion and recommending the amounts in which each plaintiff should be awarded pain and suffering damages (Report ECF No. 5888 at 15-16) is adopted; Plaintiffs' Motion for Final Judgments (ECF No. 5760) is granted; it is

   ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgments for pain and suffering as set forth in Exhibit A; and it is

   ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same period; and it is

   ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for punitive, economic, and/or other damages awards that may be approved on the same basis as currently approved for those Plaintiffs Appearing on Exhibit A or in prior filings.

**Dated:** New York, New York
February 18, 2020

BY: RUBY J. KRAJICK
Clerk of Court

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/18/2020

**EXHIBIT A**

| Number | Plaintiff | Pain and Suffering Damages Amount |
|---|---|---|
| 1 | Yvonne Veronica Abdool | $5,000,000 |
| 2 | Ingrid Alleyne-Robertson | $5,000,000 |
| 3 | Frances Berdan | $7,000,000 |
| 4 | Deborah E. Berk | $7,000,000 |
| 5 | Michael P. Brodbeck | $7,000,000 |
| 6 | Boris Bronshteyn | $5,000,000 |
| 7 | Sharron L. Clemons | $5,000,000 |
| 8 | Flory H. Danish, Jr. | $5,000,000 |
| 9 | Michael T. Dempsey | $5,000,000 |
| 10 | John Drapas, Jr. | $7,000,000 |
| 11 | Hernando Fernandez | $7,000,000 |
| 12 | Paul E. Gonzales | $12,000,000 |
| 13 | Ruben Gordillo | $5,000,000 |
| 14 | Rafael Gudmuch | $5,000,000 |
| 15 | Robert Hall | $7,000,000 |
| 16 | David J. King, Jr. | $10,000,000 |
| 17 | Evelyn A. Lugo | $5,000,000 |
| 18 | Antonio Quinones | $7,000,000 |
| 19 | Joseph Rotondi | $5,000,000 |
| 20 | Glenn Savery | $7,000,000 |
| 21 | Barbara M. Williams | $5,000,000 |