USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 MDL 1570 (GBD) (SN)

**JUDGMENT**

------------------------------------------------------------X

This document relates to:

    Thomas Burnett, Sr., et al., v. The Islamic Republic of Iran et al., 15 Civ. 9903 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 14, 2020, Magistrate Judge Sarah Netburn's February 7, 2020, Report and Recommendation (the "Report"), recommending that this Court grant Plaintiffs' motion and recommending the amounts in which each plaintiff should be awarded pain and suffering damages (Report ECF No. 5879, at 27-29) is adopted; Plaintiffs' Motion for Final Judgments (ECF No. 5711) is granted; it is

  ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgment for pain and suffering damages as set forth in Exhibit A; and it is

  ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same period; and it is

  ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for punitive, economic, and/or other damages awards that may be approved on the same basis as currently approved for those Plaintiffs Appearing on Exhibit A or in prior filings.

**Dated:** New York, New York
February 18, 2020

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/18/2020

# EXHIBIT A

| Number | Plaintiff | Pain and Suffering Damages Amount |
|---|---|---|
| 1 | George Joseph Bachmann | $7,000,000 |
| 2 | Mary Ellen Barbieri | $10,000,000 |
| 3 | Richard A. Beatty | $10,000,000 |
| 4 | Jean M. Hunt | $10,000,000 |
| 5 | David Kletsman | $5,000,000 |
| 6 | Daniel Kruesi | $5,000,000 |
| 7 | John R. La Sala | $5,000,000 |
| 8 | Veronica O. Li | $5,000,000 |
| 9 | James Raymond McCarthy | $7,000,000 |
| 10 | Nancy Marie Morrison | $7,000,000 |
| 11 | Kofi Osei Nyantakyi | $7,000,000 |
| 12 | Sharon Premoli | $10,000,000 |
| 13 | Bryan Rodrigues | $7,000,000 |
| 14 | Julio Roig, Jr. | $7,000,000 |
| 15 | Kevin Shaeffer | $12,000,000 |
| 16 | Donna Singer | $5,000,000 |
| 17 | Eugenia S. Singer | $10,000,000 |
| 18 | Lauren A. Smith | $7,000,000 |
| 19 | Kenneth A. Summers | $10,000,000 |
| 20 | Michael A. Telesca | $7,000,000 |
| 21 | Bidiawattie Tewari | $5,000,000 |
| 22 | Denise Thompson | $5,000,000 |
| 23 | John Lewis Thurman | $5,000,000 |
| 24 | Phidia Wong | $10,000,000 |