

KREINDLER & KREINDLER LLP | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

February 18, 2020

<u>Via ECF</u>
The Honorable George B. Daniels
U.S. District Judge
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

RE:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
      *Ashton et al. v. al Qaeda et al.*, 02-cv-6977 (GBD) (SN)

Dear Judge Daniels:

In anticipation of tomorrow's deadline for the next round of applications to the United States Victims of State Sponsored Terrorism Fund (USVSST Fund), we write to inquire on the status of the following pending motion for final judgments against Iran, which we filed with the Court on January 14, 20201. The chart below includes the original motion sequence number, the date of filing, the type of damages sought and the proposed judgment ECF number:

| ECF No. of Motion | Date Motion Filed | Damages Motion Sought | Proposed Judgment Information |
|---|---|---|---|
| 5542 et seq. | 2020-01-14 | Solatium Damages for Immediate Family Members | Corrected Proposed Judgment Filed 2020-01-15 (ECF No. 5565) |

We are mindful of the tremendous demand that the upcoming USVSST Fund has undoubtedly placed on the Court and submit this letter only because the motion noted above has been pending since January 14, 2020 and we must proceed with obtaining Farsi translations of any final judgments and commence service prior to February 19, 2020 for our clients to be eligible to participate in the next USVSST Fund round.

If the Court has any questions regarding the motions identified above, I am available directly at (212) 973-3406 and will aim to provide a response immediately upon request.

Respectfully Submitted,

By: /s/ Megan W. Benett
MEGAN W. BENETT

New York          Boston          Los Angeles