UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------X

03 MDL 1570 (GBD) (SN)

**JUDGMENT**

This document relates to:

Ashton et al v. al Qaeda Islamic Army, et al., 02 Civ. 6977 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 14, 2020, Magistrate Judge Sarah Netburn's February 11, 2020 Report and Recommendation (the "Report"), recommending that this Court grant in part and deny in part Plaintiffs' motion, and for those Plaintiffs whose motions should be granted, recommending the amounts in which each should be awarded pain and suffering damages. (Report, ECF No. 5914, at 3-4) is adopted; Plaintiffs motion for Final Judgments (ECF No. 5792), is granted. it is

ORDERED that the Ashton Plaintiffs identified in the attached Exhibit A are awarded judgment for pain and suffering damages as set forth in Exhibit A; and it is

ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same period; and it is

ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for punitive, economic, and/or damages awards that may be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings.

**Dated:** New York, New York
February 18, 2020

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/18/2020

# EXHIBIT A

| Number | Plaintiff | Pain and Suffering Damages Amount |
|---|---|---|
| 1 | Leonard Ardizzone | $7,000,000 |