

KREINDLER & KREINDLER LLP | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

February 18, 2020

<u>Via ECF</u>
The Honorable George B. Daniels
U.S. District Judge
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

RE:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
      *Ashton et al. v. al Qaeda et al.*, 02-cv-6977 (GBD) (SN)

Dear Judge Daniels:

We write in connection with the pending motion identified below, which concerns the pending motion for solatium damages for immediate family members.

| ECF No. of Motion | Date Motion Filed | Damages Motion Sought | Proposed Judgment Information |
|---|---|---|---|
| 5542 et seq. | 2020-01-14 | Solatium Damages for Immediate Family Members | Corrected Proposed Judgment Filed 2020-01-15 (ECF No. 5565) |

As this Court correctly noted, two immediate family members of a victim killed in the terrorist attacks of September 11, 2001 who are set forth on the proposed judgment Exhibit A were not previously added to the case via Notice of Amendment. *See* ECF No. 5565 at 55 – 56.  We intend to file a Notice of Amendment adding those two individuals (*nunc pro tunc*) on February 19, 2020 and respectfully ask that this Court grant the pending motion with the understanding that those individuals will be formally added tomorrow.

I am available at (212) 973-3406 should the Court have any additional questions.

Respectfully Submitted,

By: <u> /s/ Megan W. Benett</u>
MEGAN W. BENETT

New York           Boston           Los Angeles