UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2020

IN RE:

03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

**JUDGMENT**

------------------------------------------------------------X

This document relates to:

Thomas Burnett, Sr., et al., v. The Islamic Republic of Iran et al., 15 Civ. 9903 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 14, 2020, Magistrate Judge Sarah Netburn's January 10, 2020, Report and Recommendation (the "Report"), recommending that this Court grant in part and deny in part Plaintiffs' motion (Report, CF No. 5483, at 21-24) is adopted; Plaintiffs' Motion for Final Judgments (ECF No. 5028) is granted in part and denied in part; it is

ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgment for solatium damages as set forth in Exhibit A; and it is

ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same period; and it is

ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that may be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings.

Dated: New York, New York
       February 18, 2020

                                    RUBY J. KRAJICK
                                    _____
                                      Clerk of Court
                              BY:
                                    _____
                                      Deputy Clerk


THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/18/2020

# EXHIBIT A

|   | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|---|
| 1 | Brian Cummins | Deborah L. Barrett | Fiancé | $12,500,000 |
| 2 | Stephen F. Masi | Theresa Bevilacqua | Stepdaughter | $8,500,000 |
| 3 | Gavin Cushny | Susann Carol Brady | Fiancé | $12,500,000 |
| 5 | Elizabeth C. Logler | Douglas C. Cleary | Fiancé | $12,500,000 |
| 6 | Donald A. Foreman | Cheryl D. Cooper | Domestic Partner | $12,500,000 |
| 7 | Kevin W. Donnelly | Mary Coughlin | Domestic Partner | $12,500,000 |
| 8 | Patricia McAneney | Margaret E. Cruz | Domestic Partner | $12,500,000 |
| 9 | William J. McGovern | John Cuccinello | Stepchild | $8,500,000 |
| 10 | Karen Lynn Seymour | William G. Dietrich | Fiancé | $12,500,000 |
| 11 | Paul Richard Salvio | Robert Giallombardo | Stepparent | $8,500,000 |
| 12 | Keith A. Glascoe | Veronica A. Glascoe | Registered Domestic Partner | $12,500,000 |
| 13 | Martin McWilliams | Lisa C. Goldberg-McWilliams | Domestic Partner | $12,500,000 |
| 14 | Johnnie Doctor, Jr. | Lydeda Grant | Stepchild | $8,500,000 |
| 15 | Johnnie Doctor, Jr. | Anthony Newsome | Stepchild | $8,500,000 |
| 16 | Joseph A. Ianelli | Monica Ianelli | Fiancé | $12,500,000 |
| 17 | Suzanne M. Calley | Frank G. Jensen | Fiancé | $12,500,000 |
| 18 | Joseph Leavey | Kerri Kelly | Stepchild | $8,500,000 |
| 19 | Joshua S. Vitale | Ina Leventhal | Fiancé | $12,500,000 |
| 20 | Charles Augustus Laurencin | Camille Nicole Martin | Grandchild | $8,500,000 |
| 21 | Kevin M. McCarthy | Chelsea Rhea McCarthy | Stepchild | $8,500,000 |
| 22 | James Durward Cleere | Rhonda McCleary | Stepchild | $4,250,000 |
| 23 | Mitchel Scott Wallace | Noreen V. McDonough | Fiancé | $12,500,000 |
| 24 | Joann Tabeek | Vincent A. Milotta | Fiancé | $12,500,000 |
| 25 | Michael J. Armstrong | Catherine M. Nolan | Fiancé | $12,500,000 |
| 26 | James N. Pappageorge | Gina Pinos | Fiancé | $12,500,000 |
| 27 | Daniel Maurice Van Laere | Cheryl Rinbrand | Fiancé | $12,500,000 |

| 28 | Juan G. Salas | Silveria Segura | Domestic Partner | $12,500,000 |
| 29 | Michael Matthew Miller | Patricia Skic | Domestic Partner | $12,500,000 |
| 30 | Benjamin Suarez | Jose A. Franco-Suarez | Stepchild | $8,500,000 |
| 31 | Benjamin Suarez | Joscelyn C. Franco-Suarez | Stepchild | $8,500,000 |