```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

## CERTIFICATE OF MAILING

Case No(s).:  03-MDL-1570 (GBD) (SN)
02-CV-6977 (GBD) (SN)
02-CV-7236 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 18th day of February 2020, I served defendant:

H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

By dispatching via Federal Express, Tracking No. 7777 8466 1629, to the U.S. Department of State, ATTN: FSIA, CA/OCS/L, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI) SA-17, 10th Floor, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of, Notice of Default Judgment w/the Sovereign Immunities Act attached, Memorandum Decision and Order for Final Judgment on behalf of certain Ashton and Bauer Plaintiffs identified at Exhibit A; and Certification by the translator.

Dated: New York, New York
February 18, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

https://www.fedex.com/shipping/html/en/PrintIFrame.html

ORIGIN ID:SXYA  (212) 363-1200
THEA CAPONE
140 BROADWAY
46TH FLOOR
NEW YORK, NY 10005
UNITED STATES US

SHIP DATE: 17FEB20
ACTWGT: 1.00 LB
CAD: 112182123/INET4220

BILL SENDER

TO  ATTN: FSIA, CA/OCS/L, SA-17
    U.S. DEPARTMENT OF STATE
    CA/OCS/L, 10TH FLOOR

    WASHINGTON DC 20522
(000) 000-0000            REF: WTC TERROR
INV:
PO:                       DEPT:



FedEx Express

TUE - 18 FEB 10:30A
TRK# 7777 8466 1629  PRIORITY OVERNIGHT
0201

EP KMDA                    20522
                    DC-US   IAD

