USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                     03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON               **JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Matthew Roewnhorst, et al. v. Islamic Repubic of Iran, 18 Civ. 12387 (GBD) (SN)

    Roberta Agyeman, et al. v. Islamic Republic of Iran, 18 Civ. 5320 (GBD) (SN)

    Abel, et al. v. Islamic Republic of Iran, 18 Civ.11837 (GBD) (SN)

    Jessica DeRubbio, et al. v. Islamic Republic of Iran, 18 Civ. 5306 (GBD) (SN)

    Chang Dom Kim, et al. v. Islamic Republic of Iran, 18 Civ. 11870 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 14, 2020, Magistrate Judge Sarah Netburn's January 23, 2020 Report and Recommendation (the "Report"), recommending that this Court grant in part and deny in part Plaintiffs' motions; (Report, ECF No.5735, at 12), is adopted, as it pertains to Plaintiffs John Proodian, Reginald Colon, Rosa Colon, Julio Masa Lebron, George A. Cuellar, and Rebecca Sue Loethen. Plaintiffs motion for Final Judgments (ECF Nos. 4930, 4914, 4910, 4918, and 4934), are granted as they pertain to John Proodian, Reginald Colon, Rosa Colon, Julio Masa Lebron, George A. Cuellar, and Rebecca Sue Loethen. it is

    ORDERED that the Plaintiffs identified in the attached Exhibit A are awarded judgment for solatium damages as set forth in Exhibit A; and it is

    ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per

annum, all interest compounded annually over the same period; and it is

ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages awards may submit in later stages applications for solatium and/or economic damages awards that may be approved on the same basis as currently approved for those Plaintiffs Appearing on Exhibit A or in prior filings.

**Dated:** New York, New York
February 18, 2020

**RUBY J. KRAJICK**
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/18/202

# EXHIBIT A

|   | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|---|
| 1 | Richard Thomas Muldowney, Jr. | John Proodian | Stepchild | $8,500,000 |
| 2 | Jaime Concepcion | Reginald Colon | Stepchild | $8,500,000 |
| 3 | Jaime Concepcion | Rosa Colon | Stepchild | $8,500,000 |
| 5 | Ana M. Centeno | Julio Masa Lebron | Stepfather | $8,500,000 |
| 6 | Luke Dudek | George A. Cuellar | Spousal Equivalent | $12,500,000 |
| 7 | Julie Marie Geis | Rebecca Sue Loethen | Spousal Equivalent | $12,500,000 |