UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 MDL 1570 (GBD) (SN)

**JUDGMENT**

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2020

This document relates to:

Thomas Burnett, Sr., et al., v. The Islamic Republic of Iran et al., 15 Civ. 9903 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 18, 2020, Magistrate Judge Sarah Netburn's February 13, 2020, Report and Recommendation (the "Report"), recommending that this Court grant Plaintiffs' motion and recommending the amounts in which each plaintiff should be awarded pain and suffering damages (Report ECF No. 5932, at 4-5) is adopted; Plaintiffs' Motion for Final Judgments (ECF No. 5816) is granted; it is

ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgment for pain and suffering damages as set forth in Exhibit A; and it is

ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same period; and it is

ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for punitive, economic, and/or other damages awards that may be approved on the same basis as currently approved for those Plaintiffs Appearing on Exhibit A or in prior filings.

**Dated:** New York, New York
February 18, 2020

RUBY J. KRAJICK
———————————
Clerk of Court
BY: ———————————
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/18/2020

# EXHIBIT A

| Number | Plaintiff | Pain and Suffering Damages Amount |
|---|---|---|
| 1 | Jonathan Becker | $5,000,000 |
| 2 | Estate of David Allen Bridgeforth | $7,000,000 |
| 3 | Joseph Falco | $7,000,000 |