```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CERTIFICATE OF MAILING**

Case No(s).: 03-MDL-1570 (GBD) (SN)
02-cv-6977 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 20th day of February 2020, I served defendant:

> Islamic Republic of Iran
> H.E. Dr. Mohammad Javad Zarif
> Foreign Minister of the Ministry of Foreign Affairs
> Imam Khomeini Street, Imam Khomeini Square
> Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 7777 9804 3284, to the Secretary of State, Attn: Director of Consular Services, (CA/OCS/L U.S. Department of State, SA-17, 10TH Floor, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

1) Notice of Default Judgment with certified Farsi translation;

2) a true and certified copy of the August 31, 2015 Default Judgment on Liability with certified Farsi translation. See attachment A to the Notice;

3) a true and certified copy of the January 30, 2020 Order Modifying the August 15, 2019 Final Order Judgment as to Theresa Ragan Only, The moving papers for Plaintiffs' Motion, with certified Farsi translations of the Final Orders of Judgment and Plaintiffs' motion papers. See attachment B to the Notice; and

4) a copy of the Foreign Sovereign Immunities Act with certified Farsi translation, See attachment C to the notice.

Dated: New York, New York
February 20, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK



1. Select the 'Print' button to print 1 copy of each label.
2. The Return Shipment instructions, which provide your recipient with information on the returns process, will be printed with the label(s).
3. After printing, select your next step by clicking one of the displayed buttons.

   **Note:** To review or print individual labels, select the Label button under each label image above.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.