KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

February 21, 2020

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

  Re: *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

  I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") concerning a sealed filing made by Saudi Arabia today of a motion for protective order and accompanying materials.

  Saudi Arabia's filing contains information subject to the Privacy Act and Protective Order for FBI Documents, ECF No. 4255. Consistent with this Court's guidance, ECF No. 5307, Saudi Arabia is filing a signed original copy with the Clerk's Office.

  Copies of Saudi Arabia's filing (clean and with highlighted proposed redactions) are being sent today by e-mail to Your Honor's chambers and to counsel for Plaintiffs, the United States, and Dallah Avco. A copy is also being sent overnight to Judge Daniels' chambers.

          Respectfully submitted,

          /s/ *Michael K. Kellogg*

          Michael K. Kellogg
          *Counsel for the Kingdom of Saudi Arabia*

cc: The Honorable George B. Daniels (via facsimile)
   All MDL Counsel of Record (via ECF)