UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re Terrorist Attacks on September 11, 2001*   No. 03 MDL 1570(GBD)(SN)

## NOTICE OF LODGING OF CLASSIFIED SUBMISSION

Non-party the Federal Bureau of Investigation ("FBI") hereby provides notice that, pursuant to the Court's order dated February 18, 2020, the FBI's classified privilege log has been lodged with Classified Information Security Officer Daniel Hartenstine, Litigation Security Group, U.S. Department of Justice, for secure transmission to the Court. This submission is classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), is provided for the Court's review *in camera* and *ex parte*, and cannot be disclosed without proper authorization.

Dated:   New York, New York
         February 21, 2020

                                                GEOFFREY S. BERMAN
                                                United States Attorney for the
                                                Southern District of New York

                                                 /s/ *Jeannette A. Vargas*
                                                JEANNETTE A. VARGAS
                                                Assistant United States Attorney
                                                86 Chambers Street, 3rd Floor
                                                New York, New York 10007
                                                Tel.: (212) 637-2678
                                                Fax: (212) 637-2786
                                                Email: jeannette.vargas@usdoj.gov