# EXHIBIT 1

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**Tweet**

**Khalid bin Salman خالد بن سلمان**
@kbsalsaud

As we told the Washington Post the last contact I had with Mr. Khashoggi was via text on Oct 26 2017. I never talked to him by phone and certainly never suggested he go to Turkey for any reason. I ask the US government to release any information regarding this claim.

6:54 PM · Nov 16, 2018 · Twitter for iPhone

**9.4K** Retweets **7.3K** Likes

**Lady Liberty MIA** @Totenleserin · Nov 17, 2018
Replying to @kbsalsaud
Killer
1 1

1 more reply

**Douglas Griffeth** @USCAlumnus1 · Nov 16, 2018
Replying to @kbsalsaud and @almostjingo
Most Americans who have stayed with the story do not believe our CIA's conclusion!
68 29 87

Search

**Relevant**

**Kh**
@k

**New Yor**

**#HuntersT**
WATCH NO
Promoted

1 · Trending
**#FridayFee**
56.6K Tweet

2 · K-Pop · Tre
**#btsON**
238K Tweet

Music
BTS releas
the Soul: 7

3 · Trending
**#FridayTho**
40.7K Tweet




Khalid bin Salman خالد بن سلمان on Twitter: "As we told the Washington Post the last contact I had with Mr. Khashoggi was via text on Oct 26 2017. I never talked to him by phone and certainly ...

Case 1:03-md-01570-GBD-SN   Document 6003-3   Filed 02/21/20   Page 3 of 3

