# EXHIBIT 7

# Treasury Sanctions 17 Individuals for Their Roles in the Killing of Jamal Khashoggi | U.S. Department of the Treasury

## Treasury Sanctions 17 Individuals for Their Roles in the Killing of Jamal Khashoggi

November 15, 2018

**WASHINGTON** - Today, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) designated Saud al-Qahtani, his subordinate Maher Mutreb, Saudi Consul General Mohammed Alotaibi, and 14 other members of an operations team for having a role in the killing of Jamal Khashoggi.  These individuals are designated pursuant to Executive Order (E.O.) 13818, which builds upon and implements the Global Magnitsky Human Rights Accountability Act, to target perpetrators of serious human rights abuse and corruption.

"The Saudi officials we are sanctioning were involved in the abhorrent killing of Jamal Khashoggi.  These individuals who targeted and brutally killed a journalist who resided and worked in the United States must face consequences for their actions.  The United States continues to diligently work to ascertain all of the facts and will hold accountable each of those we find responsible in order to achieve justice for Khashoggi's fiancée, children, and the family he leaves behind," said Treasury Secretary Steven Mnuchin.  "The Government of Saudi Arabia must take appropriate steps to end any targeting of political dissidents or journalists."

**Saud Al-Qahtani** is a senior official of the Government of Saudi Arabia who was part of the planning and execution of the operation that led to the killing of Mr. Khashoggi in the Saudi Consulate in Istanbul, Turkey on October 2, 2018.  This operation was coordinated and executed by his subordinate **Maher Mutreb**, and involved participation of at least 14 other Saudi government officials:  **Salah Tubaigy; Meshal Albostani; Naif Alarifi; Mohammed Alzahrani; Mansour Abahussain; Khalid Alotaibi; Abdulaziz Alhawsawi; Waleed Alsehri; Thaar Alharbi; Fahad Albalawi; Badr Alotaibi; Mustafa Almadani; Saif Alqahtani**; and **Turki Alsehri**.  The Saudi consulate in Istanbul, where Mr. Khashoggi was killed, was overseen by **Consul General Mohammed Alotaibi.**  All of these individuals are designated for being responsible for, or complicit in, or having directly or indirectly engaged in serious human rights abuse.

As a result of these designations, any property or interests in property of the individuals designated today within or transiting U.S. jurisdiction is blocked.  Additionally, U.S. persons are generally prohibited from engaging in transactions with blocked persons, including entities 50 percent or more owned by designated persons.

## GLOBAL MAGNITSKY

Building upon the Global Magnitsky Human Rights Accountability Act, on December 20, 2017, the President signed E.O. 13818, "Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption," in which the President found that the prevalence of human rights abuse and corruption that have their source, in whole or in part, outside the United States, had reached such scope and gravity that it threatens the stability of international political and economic systems.  Human rights abuse and corruption undermine the values that form an essential foundation of stable, secure, and functioning societies; have devastating impacts on individuals; weaken democratic institutions; degrade the rule of law; perpetuate violent conflicts; facilitate the activities of dangerous persons; and undermine economic markets.  The United States seeks to impose tangible and significant consequences on those who commit serious human rights abuse or engage in corruption, as well as to protect the financial system of the United States from abuse by these same persons.

To date, 101 individuals and entities have been sanctioned under E.O. 13818.  This is in addition to the numerous human rights or corruption related designations Treasury has issued under various other authorities.  In total, since January of 2017, Treasury has taken action against over 460 individuals and entities engaged in activities related to, or directly involving, human rights abuse and/or corruption.  The Treasury Department has also published advisories to U.S. financial institutions on human rights abuses enabled by corrupt senior foreign political figures and their financial facilitators that can be found here, as well as advisories related to some of the programs listed above, which can be found here.

This Administration will continue to take action against human rights abuse and corruption-related targets around the globe, including implementing sanctions under Global Magnitsky and other authorities.

View identifying information on the individuals designated today.

####