# EXHIBIT 8

Received by NSD/FARA Registration Unit 09/20/2016 2:49:49 PM

OMB No. 1124-0006; Expires April 30, 2017

U.S. Department of Justice
Washington, DC 20530

**Exhibit A to Registration Statement
Pursuant to the Foreign Agents Registration Act of 1938, as amended**

INSTRUCTIONS. Furnish this exhibit for EACH foreign principal listed in an initial statement and for EACH additional foreign principal acquired subsequently. The filing of this document requires the payment of a filing fee as set forth in Rule (d)(1), 28 C.F.R. § 5.5(d)(1). Compliance is accomplished by filing an electronic Exhibit A form at http://www.fara.gov.

Privacy Act Statement. The filing of this document is required by the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide this information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: http://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: http://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .49 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterespionage Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name and Address of Registrant<br>Squire Patton Boggs (US) LLP<br>2550 M Street, NW<br>Washington, DC 20037 | 2. Registration No.<br><br>2165 |
|---|---|
| 3. Name of Foreign Principal<br>The Center for Studies and Media Affairs at the Saudi Royal Court | 4. Principal Address of Foreign Principal<br>The Saudi Royal Court<br>Riyadh<br>PO Box 11111 |

5. Indicate whether your foreign principal is one of the following:

☒ Government of a foreign country [1]

☐ Foreign political party

☐ Foreign or domestic organization: If either, check one of the following:

    ☐ Partnership      ☐ Committee

    ☐ Corporation      ☐ Voluntary group

    ☐ Association      ☐ Other *(specify)* _____

☐ Individual-State nationality _____

6. If the foreign principal is a foreign government, state:
   a) Branch or agency represented by the registrant

      The Saudi Royal Court

   b) Name and title of official with whom registrant deals

      H.E. Saud A. Al-Qahtani, Director of Center for Studies and Media Affairs at the Saudi Royal Court

7. If the foreign principal is a foreign political party, state:
   a) Principal address
      N/A

   b) Name and title of official with whom registrant deals

   c) Principal aim

---

[1] "Government of a foreign country," as defined in Section 1(e) of the Act, includes any person or group of persons exercising sovereign de facto or de jure political jurisdiction over any country, other than the United States, or over any part of such country, and includes any subdivision of any such group and any group or agency to which such sovereign de facto or de jure authority or functions are directly or indirectly delegated. Such term shall include any faction or body of insurgents within a country assuming to exercise governmental authority whether such faction or body of insurgents has or has not been recognized by the United States.

FORM NSD-3
Revised 03/14

Received by NSD/FARA Registration Unit 09/20/2016 2:49:49 PM

8. If the foreign principal is not a foreign government or a foreign political party:
   a) State the nature of the business or activity of this foreign principal.
      N/A

   b) Is this foreign principal:

   | | Yes | No |
   |---|---|---|
   | Supervised by a foreign government, foreign political party, or other foreign principal | ☐ | ☒ |
   | Owned by a foreign government, foreign political party, or other foreign principal | ☐ | ☒ |
   | Directed by a foreign government, foreign political party, or other foreign principal | ☐ | ☒ |
   | Controlled by a foreign government, foreign political party, or other foreign principal | ☐ | ☒ |
   | Financed by a foreign government, foreign political party, or other foreign principal | ☐ | ☒ |
   | Subsidized in part by a foreign government, foreign political party, or other foreign principal | ☐ | ☒ |

9. Explain fully all items answered "Yes" in Item 8(b). *(If additional space is needed, a full insert page must be used.)*
   N/A

10. If the foreign principal is an organization and is not owned or controlled by a foreign government, foreign political party or other foreign principal, state who owns and controls it.
    N/A

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit A to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit A | Name and Title | Signature |
|---|---|---|
| 9/20/2016 | Edward J. Newberry, Global Managing Partner | /s/ Edward J. Newberry |

Received by NSD/FARA Registration Unit 09/20/2016 2:49:47 PM

OMB No. 1124-0004; Expires April 30, 2017

U.S. Department of Justice
Washington, DC 20530

**Exhibit B to Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended**

INSTRUCTIONS. A registrant must furnish as an Exhibit B copies of each written agreement and the terms and conditions of each oral agreement with his foreign principal, including all modifications of such agreements, or, where no contract exists, a full statement of all the circumstances by reason of which the registrant is acting as an agent of a foreign principal. Compliance is accomplished by filing an electronic Exhibit B form at http://www.fara.gov.

Privacy Act Statement. The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: http://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: http://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .33 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterespionage Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name of Registrant | 2. Registration No. |
|---|---|
| Squire Patton Boggs (US) LLP | 2165 |

3. Name of Foreign Principal

The Center for Studies and Media Affairs at the Saudi Royal Court

Check Appropriate Box:

4. ☒ The agreement between the registrant and the above-named foreign principal is a formal written contract. If this box is checked, attach a copy of the contract to this exhibit.

5. ☐ There is no formal written contract between the registrant and the foreign principal. The agreement with the above-named foreign principal has resulted from an exchange of correspondence. If this box is checked, attach a copy of all pertinent correspondence, including a copy of any initial proposal which has been adopted by reference in such correspondence.

6. ☐ The agreement or understanding between the registrant and the foreign principal is the result of neither a formal written contract nor an exchange of correspondence between the parties. If this box is checked, give a complete description below of the terms and conditions of the oral agreement or understanding, its duration, the fees and expenses, if any, to be received.

7. Describe fully the nature and method of performance of the above indicated agreement or understanding.

Registrant will advise the foreign principal in connection with legal and strategic policy advice and advocacy on foreign policy and related issues in the U.S. Government.

FORM NSD-4
Revised 03/14

Received by NSD/FARA Registration Unit 09/20/2016 2:49:47 PM

8. Describe fully the activities the registrant engages in or proposes to engage in on behalf of the above foreign principal.

Registrant will advise the foreign principal in connection with legal and strategic policy advice and advocacy on foreign policy and related issues in the U.S. Government.

9. Will the activities on behalf of the above foreign principal include political activities as defined in Section 1(o) of the Act and in the footnote below?   Yes ☒   No ☐

If yes, describe all such political activities indicating, among other things, the relations, interests or policies to be influenced together with the means to be employed to achieve this purpose.

Some of Registrant's activities may include advising the foreign principal in connection with legal and strategic policy advice and advocacy on foreign policy and related issues in the U.S. Government.

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit B to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit B | Name and Title | Signature |
|---|---|---|
| 9/20/2016 | Edward J. Newberry | /s/   Edward J. Newberry |

Footnote: "Political activity," as defined in Section 1(o) of the Act, means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

Received by NSD/FARA Registration Unit 09/20/2016 2:49:47 PM



**SQUIRE⬥**
**PATTON BOGGS**

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037

O +1 202 457 6000
F +1 202 457 6315
squirepattonboggs.com

Edward J. Newberry
T +1 202 457 5285
edward.newberry@squirepb.com

September 19, 2016

Center for Studies and Media Affairs at the Saudi Royal Court
P.O Box 11111
Saudi Arabia

**Re: Engagement**

Your Excellency Mr. Saud Al-Qahtani:

We thank you for the opportunity to represent Center for Studies and Media Affairs at the Saudi Royal Court in providing legal and strategic policy advice and advocacy on foreign policy and related issues in the U.S. government.

A written engagement agreement is required or recommended by the law of professional ethics in the jurisdictions in which we practice law. The engagement agreement is designed to address our responsibilities to each other and to outline for you certain important matters that are best established early as we form an attorney-client relationship with you in this matter.

The engagement agreement responds to requirements in the rules of professional ethics and is intended to achieve a better understanding between us. We request that you review this agreement carefully. By proceeding with this engagement you will be indicating to us that you have done so. It is important that you review and understand the terms of our relationship, such as the section on "Conflicts of Interest."

Our fees for this representation will be $100,000 per month, plus expenses. Our representation is effective as of September 19, 2016, ending September 30, 2017. Please note that, under our Standard Terms, invoices for our services are payable within thirty days of the date of our statement.

I will lead the day-to-day efforts on behalf of our team which will include former Majority Leader Trent Lott, former Senator John Breaux, Jack Deschauer and other professionals as needed from time-to-time.

Any of the following alternative methods for acceptance of this engagement agreement will be effective: (i) signing and returning the copy of this letter that is enclosed for that purpose, or (ii) assigning us work, including continuing any previous assignment of work, or (iii) sending us a letter or e-mail clearly referencing this engagement agreement and agreeing to it. However, even if you accept this engagement agreement by methods (ii) or (iii), I would appreciate it if you

45 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit squirepattonboggs.com for more information.

Received by NSD/FARA Registration Unit 09/20/2016 2:49:47 PM

Squire Patton Boggs (US) LLP

Center for Studies and Media Affairs at the Saudi Royal Court

September 19, 2016

would confirm your acceptance by countersigning the enclosed copy of this letter and returning it to me. If you do not agree with one or more of the provisions of the engagement agreement, please contact me so that we can try to address your concerns. Throughout our relationship, we want you to be satisfied with the professional services that we perform on your behalf. Accordingly, we encourage you to contact us just as soon as you have any questions or concerns regarding our services or our fees.

Sincerely,

Squire Patton Boggs (US) LLP

Edward J. Newberry
Global Managing Partner

**ACCEPTED:**

**CENTER FOR STUDIES AND MEDIA AFFAIRS AT THE SAUDI ROYAL COURT**

Date: _____, 2016

By: _____
      Saud Al-Qahtani

Title: Director of Center for Studies and Media Affairs at the Saudi Royal Court

Received by NSD/FARA Registration Unit   09/20/2016   4:23:58 PM

OMB No. 1124-0006; Expires April 30, 2017

U.S. Department of Justice
Washington, DC 20530

**Exhibit A to Registration Statement**
**Pursuant to the Foreign Agents Registration Act of 1938, as amended**

INSTRUCTIONS. Furnish this exhibit for EACH foreign principal listed in an initial statement and for EACH additional foreign principal acquired subsequently. The filing of this document requires the payment of a filing fee as set forth in Rule (d)(1), 28 C.F.R. § 5.5(d)(1). Compliance is accomplished by filing an electronic Exhibit A form at http://www.fara.gov.

Privacy Act Statement. The filing of this document is required by the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 et seq., for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide this information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: http://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: http://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .49 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterespionage Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name and Address of Registrant | 2. Registration No. |
|---|---|
| S.G.R. LLC Government Relations and Lobbying, 1775 I St. NW, Suite 410 Washington DC 20006 | 6379 |

| 3. Name of Foreign Principal | 4. Principal Address of Foreign Principal |
|---|---|
| Center for Studies and Media Affairs at the Saudi Royal Court | The Saudi Royal Court Al Riyadh PO Box 11111 Saudi Arabia |

5. Indicate whether your foreign principal is one of the following:

- ☒ Government of a foreign country[1]
- ☐ Foreign political party
- ☐ Foreign or domestic organization: If either, check one of the following:
  - ☐ Partnership
  - ☐ Corporation
  - ☐ Association
  - ☐ Committee
  - ☐ Voluntary group
  - ☐ Other (specify) _____
- ☐ Individual-State nationality _____

6. If the foreign principal is a foreign government, state:
   a) Branch or agency represented by the registrant
      The Saudi Royal Court

   b) Name and title of official with whom registrant deals
      H.E. Saud Al Qahtani, General Supervisor for the Center for Studies and Media Affairs

7. If the foreign principal is a foreign political party, state:
   a) Principal address
      NA

   b) Name and title of official with whom registrant deals   NA

   c) Principal aim   NA

---

[1] "Government of a foreign country," as defined in Section 1(e) of the Act, includes any person or group of persons exercising sovereign de facto or de jure political jurisdiction over any country, other than the United States, or over any part of such country, and includes any subdivision of any such group and any group or agency to which such sovereign de facto or de jure authority or functions are directly or indirectly delegated. Such term shall include any faction or body of insurgents within a country assuming to exercise governmental authority whether such faction or body of insurgents has or has not been recognized by the United States.

FORM NSD-3
Revised 03/14

Received by NSD/FARA Registration Unit   09/20/2016   4:23:58 PM

8. If the foreign principal is not a foreign government or a foreign political party:
   a) State the nature of the business or activity of this foreign principal.
   NA

   b) Is this foreign principal:

   | | |
   |---|---|
   | Supervised by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
   | Owned by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
   | Directed by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
   | Controlled by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
   | Financed by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
   | Subsidized in part by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |

9. Explain fully all items answered "Yes" in Item 8(b). *(If additional space is needed, a full insert page must be used.)*
   NA

10. If the foreign principal is an organization and is not owned or controlled by a foreign government, foreign political party or other foreign principal, state who owns and controls it.
    NA

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit A to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit A | Name and Title | Signature |
|---|---|---|
| 9/20/16 | James C. Courtovich, Managing Partner | *[signed]* |

Received by NSD/FARA Registration Unit  09/20/2016  4:23:52 PM

OMB No. 1124-0004; Expires April 30, 2017

**U.S. Department of Justice**

Washington, DC 20530

**Exhibit B to Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended**

INSTRUCTIONS. A registrant must furnish as an Exhibit B copies of each written agreement and the terms and conditions of each oral agreement with his foreign principal, including all modifications of such agreements, or, where no contract exists, a full statement of all the circumstances by reason of which the registrant is acting as an agent of a foreign principal. Compliance is accomplished by filing an electronic Exhibit B form at http://www.fara.gov.

Privacy Act Statement. The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 et seq., for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: http://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: http://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .33 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterespionage Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name of Registrant<br>S.G.R. LLC Government Relations and Lobbying | 2. Registration No.<br>6379 |
|---|---|

3. Name of Foreign Principal
Center for Studies & Media Affairs at the Saudi Royal Court

### Check Appropriate Box:

4. ☒ The agreement between the registrant and the above-named foreign principal is a formal written contract. If this box is checked, attach a copy of the contract to this exhibit.

5. ☐ There is no formal written contract between the registrant and the foreign principal. The agreement with the above-named foreign principal has resulted from an exchange of correspondence. If this box is checked, attach a copy of all pertinent correspondence, including a copy of any initial proposal which has been adopted by reference in such correspondence.

6. ☐ The agreement or understanding between the registrant and the foreign principal is the result of neither a formal written contract nor an exchange of correspondence between the parties. If this box is checked, give a complete description below of the terms and conditions of the oral agreement or understanding, its duration, the fees and expenses, if any, to be received.

7. Describe fully the nature and method of performance of the above indicated agreement or understanding.

Media Relations -- assist in day-to-day press inquiries; Advocacy - shore up support for politicians and governmenet officials as they address KSA issues; Public Diplomacy -- collaborate with principal's diplomatic teams in the US to tell the nation's story and enhance relationships with U.S. diplomats; Lobbying - broaden government outreach to legislators acknowledging the importance of the nations' bilateral relationship

FORM NSD-4
Revised 03/14

8. Describe fully the activities the registrant engages in or proposes to engage in on behalf of the above foreign principal.

Activities may include meetings with members of Congress, their staffs, and executive branch officials to broaden government outreach and acknowledge the importance of the nations' bilateral relationship, including intelligence gathering, broadening state-level interaction and implementing fact-based content creation. Will conduct research on issues of concern to the principal and provide counsel to principal on developments in Congress, the executive branch and with members of the press.

9. Will the activities on behalf of the above foreign principal include political activities as defined in Section 1(o) of the Act and in the footnote below?   Yes ☒   No ☐

If yes, describe all such political activities indicating, among other things, the relations, interests or policies to be influenced together with the means to be employed to achieve this purpose.

Activities may include meetings with members of Congress, their staffs, and executive branch officials to ensure that U.S. policy makers appreciate the specific value of the U.S. - KSA partnership and its critical importance to the economic and security interests of the U.S. S.G.R. will also provide other public affairs activities and services as agreed.

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit B to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit B | Name and Title | Signature |
|---|---|---|
| 9/20/16 | James C. Courtovich, Managing Partner | [signed] |

Footnote: "Political activity," as defined in Section 1(o) of the Act, means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

## MEMORANDUM OF UNDERSTANDING

By this Agreement entered into on this 18th day of September 2016, between S.G.R. LLC Government Relations and Lobbying (hereinto referred to as "SGR") and the Center for Studies and Media Affairs at the Saudi Royal Court, at the Saudi Royal Court with its permanent address in Riyadh, Saudi Arabia, (hereinto referred to as "CENTER"), the Parties agree as follows:

1. **Scope of Employment:** As described in the previously agreed upon Proposal document dated Sept. 12, 2016, SGR will work with the CENTER to develop and execute a plan to ensure that United States policy makers appreciate the specific value of the U.S.RKSA partnership and its critical importance to the economic and security interests of the U.S. SGR will also provide other public affairs activities and services as agreed.

2. **Term:** This Agreement takes effect Sept. 18, 2016 and continues in force through December 18, 2016, at which time the engagement can be extended upon mutual agreement of the parties.

3. **Compensation:** As compensation for the performance of the services described above, SGR will be paid $45,000 per month.

   Payment is due within 30 days. Additional campaign expenses such as research, campaign related tools, or other related expenses would be approved by the CENTER in advance, and billed on the monthly invoice unless they require an upfront deposit. All payments are to be wired to:

   Wells Fargo Bank N.A.
   1300 I St. NW
   Washington DC 20005
   Swift Code: [redacted] / ABA Routing [redacted]
   Credit to: S.G.R. LLC, GOVERNMENT RELATIONS AND LOBBYING
   Account [redacted]

4. **Termination of Services:** After December 18, 2016, either party may terminate this agreement with 30 days written notice.

5. **Confidentiality:** SGR agrees to maintain confidentiality of the provisions of this Agreement and any of the confidential information concerning the business, affairs, directors or employees of the CENTER that comes into its possession in the course of its performance of the services and not to use any such information for any purpose other than that for which it was provided. The provisions of the Article shall survive termination of this agreement.

6. **Liability and Indemnity:** SGR will accept complete responsibility and be subject to accountability and liability in regards to any activities or services offered by SGR. The CENTER should not have any responsibility with regard to this contract.

1

7. <u>Prior Authorization:</u> SGR is not authorized to make any public statements, presentations or publications in connection with this Agreement without advance authorization/approval by a representative from the CENTER.

8. <u>Governing Law:</u> This Agreement shall be governed by the laws of the District of Columbia both as to interpretation and performance.

IN WITNESS WHEREOF, the parties hereto by their respective and duly authorized officers have set their names.

| CENTER FOR STUDIES & MEDIA AFFAIRS AT THE SAUDI ROYAL COURT | S.G.R. LLC, GOVERNMENT RELATIONS AND LOBBYING |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Print Name: **Saud Al Qahtani** | Print Name: James Courtovich |
| Title: **General supervisor for the (Center)** | Title: Managing Partner |
| Date: **18 / SEP/2016** | Date: 9/18/2016 |

2

OMB No. 1124-0006; Expires April 30, 2017

U.S. Department of Justice
Washington, DC 20530

**Exhibit A to Registration Statement**
**Pursuant to the Foreign Agents Registration Act of 1938, as amended**

INSTRUCTIONS. Furnish this exhibit for EACH foreign principal listed in an initial statement and for EACH additional foreign principal acquired subsequently. The filing of this document requires the payment of a filing fee as set forth in Rule (d)(1), 28 C.F.R. § 5.5(d)(1). Compliance is accomplished by filing an electronic Exhibit A form at http://www.fara.gov.

Privacy Act Statement. The filing of this document is required by the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 et seq., for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide this information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: http://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: http://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .49 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterespionage Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name and Address of Registrant<br>Podesta Group, Inc.<br>1001 G Street NW, Suite 1000 West<br>Washington, DC 20001 | 2. Registration No.<br><br>5926 |
|---|---|
| 3. Name of Foreign Principal<br>The Center for Studies and Media Affairs at the Saudi Royal Court | 4. Principal Address of Foreign Principal<br>The Saudi Royal Court<br>Al Riyadh<br>PO Box 11111 |

5. Indicate whether your foreign principal is one of the following:

   ☒ Government of a foreign country [1]

   ☐ Foreign political party

   ☐ Foreign or domestic organization: If either, check one of the following:

       ☐ Partnership      ☐ Committee

       ☐ Corporation      ☐ Voluntary group

       ☐ Association      ☐ Other *(specify)* _____

   ☐ Individual-State nationality _____

6. If the foreign principal is a foreign government, state:
   a) Branch or agency represented by the registrant

   Saudi Royal Court

   b) Name and title of official with whom registrant deals

   H.E. Saud A. Al-Qahtani, Consultant at the Saudi Royal Court

7. If the foreign principal is a foreign political party, state:
   a) Principal address
   N/A

   b) Name and title of official with whom registrant deals   N/A

   c) Principal aim   N/A

---

[1] "Government of a foreign country," as defined in Section 1(e) of the Act, includes any person or group of persons exercising sovereign de facto or de jure political jurisdiction over any country, other than the United States, or over any part of such country, and includes any subdivision of any such group and any group or agency to which such sovereign de facto or de jure authority or functions are directly or indirectly delegated. Such term shall include any faction or body of insurgents within a country assuming to exercise governmental authority whether such faction or body of insurgents has or has not been recognized by the United States.

FORM NSD-3
Revised 03/14

8. If the foreign principal is not a foreign government or a foreign political party:
   a) State the nature of the business or activity of this foreign principal.
   N/A

   b) Is this foreign principal:

   | | |
   |---|---|
   | Supervised by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |
   | Owned by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |
   | Directed by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |
   | Controlled by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |
   | Financed by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |
   | Subsidized in part by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |

9. Explain fully all items answered "Yes" in Item 8(b). *(If additional space is needed, a full insert page must be used.)*
   N/A

10. If the foreign principal is an organization and is not owned or controlled by a foreign government, foreign political party or other foreign principal, state who owns and controls it.
    N/A

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit A to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit A | Name and Title | Signature |
|---|---|---|
| 9-17-15 | Kimberley Fritts, CEO | *[signed] Kimberley Fritts* |

Received by NSD/FARA Registration Unit 09/17/2015 11:52:52 AM

Received by NSD/FARA Registration Unit 09/17/2015 11:52:49 AM

| U.S. Department of Justice | OMB NO. 1124-0004; Expires February 28, 2014 |
|---|---|
| Washington, DC 20530 | **Exhibit B to Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended** |

INSTRUCTIONS. A registrant must furnish as an Exhibit B copies of each written agreement and the terms and conditions of each oral agreement with his foreign principal, including all modifications of such agreements, or, where no contract exists, a full statement of all the circumstances by reason of which the registrant is acting as an agent of a foreign principal. Compliance is accomplished by filing an electronic Exhibit B form at http://www.fara.gov.

Privacy Act Statement. The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: http://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: http://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .33 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterespionage Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name of Registrant | 2. Registration No. |
|---|---|
| Podesta Group, Inc. | 5926 |

3. Name of Foreign Principal

The Center for Studies and Media Affairs at the Saudi Royal Court

<u>Check Appropriate Box:</u>

4. ☒ The agreement between the registrant and the above-named foreign principal is a formal written contract. If this box is checked, attach a copy of the contract to this exhibit.

5. ☐ There is no formal written contract between the registrant and the foreign principal. The agreement with the above-named foreign principal has resulted from an exchange of correspondence. If this box is checked, attach a copy of all pertinent correspondence, including a copy of any initial proposal which has been adopted by reference in such correspondence.

6. ☐ The agreement or understanding between the registrant and the foreign principal is the result of neither a formal written contract nor an exchange of correspondence between the parties. If this box is checked, give a complete description below of the terms and conditions of the oral agreement or understanding, its duration, the fees and expenses, if any, to be received.

7. Describe fully the nature and method of performance of the above indicated agreement or understanding.

Registrant will provide public relations services as requested for the Center.

Formerly CRM-155

FORM NSD-4
Revised 03/11

Received by NSD/FARA Registration Unit 09/17/2015 11:52:49 AM

8. Describe fully the activities the registrant engages in or proposes to engage in on behalf of the above foreign principal.

Registrant will assist in communicating priority issues on behalf of the Center to relevant U.S. audiences.

9. Will the activities on behalf of the above foreign principal include political activities as defined in Section 1(o) of the Act and in the footnote below?   Yes ☒   No ☐

If yes, describe all such political activities indicating, among other things, the relations, interests or policies to be influenced together with the means to be employed to achieve this purpose.

The activities listed in Item 8 will be undertaken in order to communicate information about the Center to interested persons in the public sector.

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit B to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit B | Name and Title | Signature |
|---|---|---|
| 9-18-15 | Kimberley Fritts CEO | [signed] Kimberley Fritts |

Footnote: Political activity as defined in Section 1(o) of the Act means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

## ENGAGEMENT AGREEMENT

This Engagement Agreement ("Agreement") is effective August 24, 2015 by and between The Center for Studies and Media Affairs at The Saudi Royal Court ("The Center"), and the Podesta Group, with its office located at 1001 G Street NW, Suite 1000 West, Washington, DC 20001 (together, "the Parties"). The Parties agree as follows:

### Services
The Podesta Group shall provide public relations services to The Center ("the Services").

### Prior Authorization
The Podesta Group is not authorized to make any public statements, presentations or publications in connection with this Agreement without advance authorization/approval by a representative from The Center.

### Term
The Podesta Group shall perform the Services during the period commencing on August 20, 2015, and continuing through September 30, 2015.

### Payment
The Center shall pay the Podesta Group a project fee of two hundred thousand dollars (US $200,000) upon receipt of an invoice from the Podesta Group. Wire instructions are as follows:

Bank Name:
Acct Name:
Acct #:
Routing #:
Swift Code:



All payments shall be due within thirty (30) days of receipt of invoice or work shall be immediately suspended until all outstanding invoices are paid in full. All ordinary, reasonable out-of-pocket expenses incurred by the Podesta Group while providing the Services shall be reimbursed, at cost, by The Center upon receipt of an invoice from the Podesta Group at the end of the Term. All expenses shall be itemized, and any expenses in excess of US $10,000 shall be approved by The Center in advance.

### Confidentiality
The Podesta Group recognizes that in the course of our representation, we could become aware of information, practices or policies, which you wish kept confidential. The Podesta Group shall not, during the term of this Agreement or afterwards, disclose any proprietary or confidential information learned in the course of its representation of The Center without prior written consent of The Center, to the extent permitted by law.

### Governing Law and Language
The Agreement shall be governed by the laws of the District of Columbia and the United States. The language of the Agreement shall be English.

1

### Amendment
This Agreement contains the entire understanding between the parties and may not be modified or amended except by an instrument in writing by the Parties.

### Termination of Agreement
This Agreement may be terminated by the Podesta Group or The Center at the election of either party, with or without cause, upon the giving of reasonable notice.

AGREED TO:

_____
For The Center for Studies and Media Affairs
at The Saudi Royal Court

signed by:
H.E. Saud Al Qahtani
President of the Center
for Studies and Media Affairs at the Royal Court

Date:_____25/8/2015_____

_____
For the Podesta Group

Date:_____10/9/2015_____

2