# EXHIBIT 16



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

January 17, 2020

The Honorable Ron Wyden
United States Senate
Washington, D.C. 20510

Dear Senator Wyden:

    This responds to your letter, dated December 18, 2019, to the Federal Bureau of Investigation (FBI) relating to the Saudi Fugitive Declassification Act of 2019 (S. 2635). At your request, please find enclosed the declassified August 29, 2019, FBI Intelligence Bulletin, entitled, "[REDACTED] Saudi Officials Almost Certainly Assist Saudi Citizens Flee the United States to Avoid Legal Issues, Undermining the US Judicial Process." This document contains appropriate redactions applied to protect sensitive intelligence sources and methods, consistent with the legislative directive passed in the Further Consolidated Appropriations Act, 2020 (Pub. L. 116-94).

    Thank you for your support of the FBI, its mission, and its people.

Sincerely,

Jill C. Tyson
Assistant Director
Office of Congressional Affairs

Enclosure



FEDERAL BUREAU OF INVESTIGATION
## INTELLIGENCE BULLETIN

FBI

29 August 2019

### Saudi Officials Almost Certainly Assist Saudi Citizens Flee the United States To Avoid Legal Issues, Undermining the US Judicial Process



The FBI assesses ▮▮▮ Kingdom of Saudi Arabia (KSA) officials almost certainly[a] assist US-based Saudi citizens in fleeing the United States to avoid legal issues, undermining the US judicial process. This assessment is made with high confidence,[b] ▮▮▮

The FBI based this assessment on the key assumption ▮▮▮ KSA officials, ▮▮▮, perceive the embarrassment of Saudi citizens enduring the US judicial process is greater than the embarrassment of the United States learning the KSA surreptitiously removes citizens with legal problems from the United States. The FBI assesses ▮▮▮ KSA officials are unlikely to alter this practice in the near term unless the US Government (USG) directly addresses this issue with the KSA and ties US cooperation on KSA priorities to ceasing this activity. Indicators that would cause the FBI to revise this assessment include a directive

---

[a] (U) See Appendix A: Expressions of Likelihood.
[b] (U) See Appendix B: Confidence in Assessments and Judgments Based on a Body of Information.

from the Saudi Government not to assist KSA citizens fleeing the United States

### KSA Officials Almost Certainly Assist Saudi Citizens with Legal Issues in Fleeing the United States

The FBI assesses ▮ KSA officials almost certainly assist US-based KSA citizens in fleeing the United States because of legal issues, undermining the US judicial process.



**(U) Perspective**

While in the United States, some of these individuals allegedly have committed offenses ranging from traffic violations to felonies, including ███████, rape, child pornography, and manslaughter, according to ███ Oregon Live article, based on Oregon criminal case records.███ [8] ███ the repercussions to US/KSA relations due to Saudi citizens committing minor violations would be minimal ███ Removing US-based KSA citizens accused of crimes prevents a public spectacle surrounding US judicial proceedings for high-profile offenses and documentation of offenses that would highlight the extent of alleged violations committed by Saudi citizens in the United States.

███ This bulletin is ███ to analyze KSA efforts to remove citizens with legal issues from the United States.

███ The FBI assesses ███ KSA officials are unlikely to alter their practice of assisting the flight of Saudi citizens in legal trouble from the United States in the near term unless the USG directly addresses this issue with the KSA ███



(U) This intelligence bulletin was prepared by the FBI.

## (U) Appendix A: Expressions of Likelihood

(U) Phrases such as "the FBI judges" and "the FBI assesses," and terms such as "likely" and "probably" convey analytical judgments and assessments. The chart below approximates how expressions of likelihood and probability correlate with percentages of chance. Only terms of likelihood should appear in FBI products; the chart includes terms of probability strictly for comparison, as they sometimes appear in reporting of other government agencies. Furthermore, the FBI does not arrive at judgments through statistical analysis; and will not use terms of probability to convey uncertainty in external FBI intelligence products.

UNCLASSIFIED

| Terms of Likelihood | Almost No Chance | Very Unlikely | Unlikely | Roughly Even Chance | Likely | Very Likely | Almost Certain(ly) |
|---|---|---|---|---|---|---|---|
| Terms of Probability | Remote | Highly Improbable | Improbable (Improbably) | Roughly Even Odds | Probable (Probably) | Highly Probable | Nearly Certain |
| | 1-5% | 5-20% | 20-45% | 45-55% | 55-80% | 80-95% | 95-99% |

### (U) Appendix B: Confidence in Assessments and Judgments Based on a Body of Information

(U) Confidence levels reflect the quality and quantity of the source information supporting a judgment. Consequently, the FBI ascribes high, medium, or low levels of confidence to assessments, as follows:

(U) **High confidence** generally indicates the FBI's judgments are based on high quality information from multiple sources. High confidence in a judgment does not imply the assessment is a fact or a certainty; such judgments might be wrong. While additional reporting and information sources may change analytical judgments, such changes are most likely to be refinements and not substantial in nature.

(U) **Medium confidence** generally means the information is credibly sourced and plausible but not of sufficient quality or corroborated sufficiently to warrant a higher level of confidence. Additional reporting or information sources have the potential to increase the FBI's confidence levels or substantively change analytical judgments.

(U) **Low confidence** generally means the information's credibility or plausibility is uncertain, the information is too fragmented or poorly corroborated to make solid analytic inferences, or the reliability of the sources is questionable. Absent additional reporting or information sources, analytical judgments should be considered preliminary in nature.

## (U) Endnotes



[8] (U) Online news article; Oregon Live.com; "Gone: More cases emerge of Saudi students vanishing while facing Oregon charges"; 13 January 2019; https://www.oregonlive.com/news/2019/01/gone-more-cases-emerge-of-saudi-students-vanishing-while-facing-oregon-charges.html; accessed on 17 January 2019; Oregon Live is an online news site focusing on local issues in the state of Oregon.