**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001  :
: 
:   03 MDL 1570 (GBD) (SN)
:
:

------------------------------------------------------------------x

**This Document Relates to:**
**Hoglan, *et al.* v. Iran, *et al.***
**1:11-cv-07550 (GBD) (SN)**

## [*PROPOSED*] ORDER FOR WRIT OF ATTACHMENT AND EXECUTION PURSUANT TO 28 U.S.C. §1610(c)

Upon consideration of the evidence and arguments submitted by the *Hoglan* Plaintiffs, including Plaintiffs' Motion For An Order To Permit Attachment And Execution Pursuant To The Foreign Sovereign Immunities Act, 28 U.S.C. §1610(c), and the Memorandum of Law in Support thereof, and the exhibits thereto, it is hereby:

(1)     **ORDERED and DECREED** that the Plaintiffs have properly and validly served the February 26, 2018 Final Order and Judgment on Compensatory Damages and all related papers ("Final Judgment") on: (a) the Islamic Republic of Iran, (b) Iran's Ministry of Information and Security, (c) the Islamic Revolutionary Guard Corps, (d) Iran's Ministry of Petroleum, (e) Iran's Ministry of Commerce, (f) Iran's Ministry of Economic Affairs and Finance, (g) Iran's Ministry of Defense and Armed Forces Logistics, (h) the Central Bank of Iran *a/k/a* Bank Markazi, (i) the National Iranian Gas Company, (j) the National Iranian Oil Corporation, (k) the National Iranian Tanker Corporation, (l) the National Iranian Gas Company, (m) the National Iranian Petrochemical Company, (n) Iran Airlines, (o) Ayatollah Ali Hoseini-Khamenei, (p) Ali Akbar Hashemi Rafsanjani, and (q) Hezbollah (collectively, the

"Defendants") in conformity with the method of service required under 28 U.S.C. §1608(e) (*see Antoine v. Atlas Turner, Inc.*, 66 F.3d 105 (6th Cir. 1995); *Straub v. AP Green, Inc.*, 38 F.3d 448, 454 (9th Cir. 1994));

(2) **ORDERED and DECREED** that The Islamic Republic of Iran, The Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps, The Iranian Ministry of Petroleum, The Iranian Ministry of Economic Affairs and Finance, The Iranian Ministry of Commerce, The Iranian Ministry of Defense and Armed Forces Logistics, and The Central Bank of the Islamic Republic of Iran were each served with the Final Judgment, together with related papers, through diplomatic channels on or about October 18, 2018;

(3) **ORDERED and DECREED** that The National Iranian Tanker Corporation, the National Iranian Oil Corporation, the National Iranian Gas Corporation, the National Iranian Petrochemical Company, Iran Airlines, Hezbollah, Ayatollah Ali Khamenei, and the Estate of Akbar Hashemi Rafsanjani were each served with the Final Judgment, together with related papers, through diplomatic channels, on or about July 17, 2019;

(4) **ORDERED and DECREED** that a reasonable period of time has elapsed following (a) the entry of the Final Judgment and (b) the giving of notice of the Final Judgment to each of the Defendants through diplomatic channels;

(5) **ORDERED and DECREED** that the requirements of 28 U.S.C. §§1608(e) and 1610(c) have, therefore, been fully satisfied; and,

(6) **ORDERED and DECREED** that the *Hoglan* Plaintiffs, as holders of a valid judgment against a foreign state, certain of its political subdivisions, and certain of its agencies and instrumentalities, are authorized to pursue attachment in aid of execution of the Final Judgment against any and all of the Defendants using any means permitted by law.

2

**SO ORDERED:**

Date: _____ _____
    New York, New York GEORGE B. DANIELS
                                                  UNITED STATES DISTRICT JUDGE