DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CERTIFICATE OF MAILING**

Case No(s).:  03-MDL-1570 (GBD) (SN)
02-cv-6977 (GBD) (SN)
02-cv-7230 (GBD) (SN)
17-cv-2003 (GBD) (SN)
18-cv-11417 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 24th day of February 2020, I served defendant:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic
Republic of Iran Iman Khomeini Avenue
Tehran, Iran
Attn: H.E Mohammad Javid Zarif

By dispatching via Federal Express, Tracking No. 8138 7350 5910, to the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

- Notice of Default Judgment
- Two Certified Copies of Order of Supplemental, Partial Final Judgment, dated January 7, 2020
- A Copy of U.S.C. 1330, 28 U.S.C 1391, 28 U.S.C. 1441, and Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and
- Certification of Accuracy of Farsi translations by translator

Dated: New York, New York
February 24, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

**FedEx** Express

Package US Airbill

fedex.com 1.800.GoFedEx 1.800.463.3339

FedEx Tracking Number **8138 7350 5910**

## 1 From  *Please print and press hard.*

Date

Sender's FedEx Account Number

Sender's Name U.S. District Court

Phone ( )

Company OFFICE OF THE CLERK

Address 500 PEARL STREET

Dept/Floor/Suite/Room

City NEW YORK    State NY    ZIP 10007

## 2 Your Internal Billing Reference
First 24 characters will appear on invoice.

CLERK OF THE COURT, RUBY J. KRAJICK
Southern District of New York

OPTIONAL

## 3 To
Recipient's Name Secretary of State    Phone ( ) 202 736-9110

Attn: Director of Consular Services, 2 Agency Liaison

Company OFFICE OF POLICE REVIEW and Inter

U.S. Department of State

Address SA-29, 4 Floor

Address 2201 C. Street NW

Dept/Floor/Suite/Room

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Use this line for the HOLD location address or for continuation of your shipping address.

City Washington    State D.C.    ZIP 20520

Sender's FedEx Account Number **8510-5792-1**

## 4 Express Package Service    *To most locations.*

**Next Business Day**
- ☐ FedEx First Overnight
  Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- ☐ FedEx Priority Overnight
  Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- ☐ FedEx Standard Overnight
  Next business afternoon.* Saturday Delivery NOT available.

**2, 3 Business Days**
- ☐ FedEx 2Day A.M.*
  Second business morning.* Saturday Delivery NOT available.
- ☐ FedEx 2Day
  Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.
- ☐ FedEx Express Saver
  Third business day.* Saturday Delivery NOT available.

## 5 Packaging    *Declared value limit $500.

- ☐ FedEx Envelope*
- ☐ FedEx Pak*
- ☐ FedEx Box
- ☐ FedEx Tube
- ☐ Other

## 6 Special Handling and Delivery Signature Options    Fees may apply. See the FedEx Service Guide.

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

**Does this shipment contain dangerous goods?**
One box must be checked.

- ☐ No
- ☐ Yes As per attached Shipper's Declaration.
- ☐ Yes Shipper's Declaration not required.
- ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg
- ☐ Cargo Aircraft Only

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Restrictions apply for dangerous goods—see the current FedEx Service Guide.

## 7 Payment  *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

- ☐ Sender Acct. No. in this Section
  FedEx Acct No. **8510-5792-1**
- ☐ Recipient
- ☐ Third Party
- ☐ Credit Card
- ☐ Cash/Check

FedEx Acct No.
Credit Card No.

Total Packages    Total Weight ___ lbs.    Total Declared Value $ ___ .00

Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.

Rev. Date 2/15 • Part #157002 • ©2012–2015 FedEx • PRINTED IN U.S.A. RRDA 09/00

Form (ID No.) **0200**

Packages up to 150 lbs.
For packages over 150 lbs., use the FedEx Express Freight US Airbill.

Sender's Copy

☐ Hold Weekday
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

☐ Hold Saturday
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**644**

**PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.**

Ship it. Track it. Pay for it. All online.
Go to fedex.com