UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD) (SN)

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

## MOTION FOR ADMISSION PRO HAC VICE

In accordance with Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, C. Kevin Marshall, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Dubai Islamic Bank in the above-captioned matter.

I am a member in good standing of the bars of Indiana and the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit in accordance with Local Rule 1.3.

Date: February 25, 2020                              Respectfully submitted,

*C. Kevin Marshall*
C. Kevin Marshall
JONES DAY
51 Louisiana Ave., NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3851
Facsimile: (202) 626-1700
Email: ckmarshall@jonesday.com