UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001       03 MDL 1570 (GBD) (SN)

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF C. KEVIN MARSHALL PRO HAC VICE

I, C. Kevin Marshall, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel Pro Hac Vice for Dubai Islamic Bank.

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any court.

4. My current certificate of good standing from Indiana is attached.

5. My current certificate of good standing from the District of Columbia is attached.

I certify and attest, under the penalty of perjury as prescribed in 28 U.S.C. § 1746, that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: February 25, 2020

Respectfully submitted,

*C. Kevin Marshall*
C. Kevin Marshall
JONES DAY
51 Louisiana Ave., NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3851
Facsimile: (202) 626-1700
Email: ckmarshall@jonesday.com