**INDIANA SUPREME COURT**
200 W Washington St | Rm 216
Indianapolis, Indiana 46204

Office of Judicial Administration

COURTS.IN.GOV

February 19, 2020

Charles Kevin Marshall
51 Louisiana Ave. NW
Washington, DC 20001

To whom it may concern:

Under Indiana law, an Indiana attorney may elect to assume "inactive good standing" status by filing an affidavit stating that he is currently in active good standing and that he neither holds judicial office nor is engaged in the practice of law in Indiana. Inactive status allows the attorney to remain on Indiana's "Roll of Attorneys," subject to reactivation at a later date, provided he has: (1) paid one half of his annual attorney registration fee in a timely manner, (2) has complied to that point with the Supreme Court's continuing legal education requirements; and (3) is not then subject to disciplinary action affecting the attorney's good standing.

**Charles Kevin Marshall** has asked us to certify that he is in inactive good standing status in Indiana. Our records show **Charles Kevin Marshall** elected inactive good standing status on **September 25, 2017** and remains in inactive good standing status as of this date. We can report that **Charles Kevin Marshall** was admitted to the Indiana bar on **June 18, 2001.**

We can also report that our records indicate he has never been subject to any formal disciplinary proceeding initiated by the Indiana Supreme Court Disciplinary Commission.

Please call if you have any questions.

Sincerely,

Seal

Gregory R. Pachmayr
Clerk of the Indiana Supreme Court

GRP/jc