# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

February 27, 2020

VIA ECF
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    Today we received the attached notice from the Swedish court advising us that the hearing set for the testimony of Mohdar Abdullah on March 3 has been cancelled. Our Swedish lawyer's translation of the notice is:

    The hearing on March 3, 2020 at 9am to which you have been summoned has been cancelled. Therefore, you should not come to the Court.

    A notice of a new occasion will be sent out later.

The Swedish court also entered on its record that the hearing was cancelled because (according to the translation of our Swedish counsel) "[t]he witness was not served the notice of the hearing" and that that "[t]he witness is to be given notice of a new hearing."

    The Swedish court is responsible to handle service of the hearing notice, and we understand that it made various attempts to date to serve the notice, and that it will now use additional means available to the Swedish court to obtain the appearance of the witness on the next scheduled hearing date.

February 27, 2020
Page 2

We will advise Your Honor when a new date for the hearing is set.

Respectfully submitted,

| COZEN O'CONNOR | MOTLEY RICE |
|---|---|
| /s/ *Sean P. Carter, Esquire* | /s/ *Robert T. Haefele, Esquire* |
| Sean P. Carter, Esquire | Robert T. Haefele, Esquire |
| 1650 Market Street, Suite 2800 | 28 Bridgeside Boulevard |
| Philadelphia, PA 19103 | Mt. Pleasant, SC 29464 |
| | |
| MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims | MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |

KREINDLER & KREINDLER

/s/ *Steven R. Pounian, Esquire*
Steven R. Pounian, Esquire
Andrew J. Maloney, Esquire
750 Third Avenue, 32nd Floor
New York, NY 10017

MDL 1570 Plaintiffs' Exec. Committee
for Personal Injury and Death Claims

cc:   All Counsel via ECF



| | | |
|---|---|---|
| SÖDERTÄLJE TINGSRÄTT | **UNDERRÄTTELSE**<br>2020-02-27 | Aktbilaga 26<br>Mål nr. Ä 1580-19<br>Rotel 6 |

Advokat Andreas Ek
Gernandt & Danielsson Advokatbyrå KB
Box 5747
114 87 Stockholm

**Parter**: United States District Court
**Målet gäller**: bevisupptagning åt utländsk domstol

### Förhandlingen inställd
Den förhandling som du har kallats till den 3 mars 2020 kl. 09:00 har ställts in. Du ska därför inte komma till domstolen.

Det kommer senare att skickas ut en kallelse till ett nytt tillfälle.

### Har du frågor?
På webbplatsen finns information om domstolen och om handläggningen. Kontakta oss gärna om du har frågor: 08-561 668 70.

Ulrika Rask

---

Dok.Id 361519                                                                                   Sida 1 (av 1)

| **Besöksadress** | **Postadress** | **Telefon** | **Fax** | **Öppettider** |
|---|---|---|---|---|
| Storgatan 17 | Box 348<br>151 24 Södertälje | 08-561 66 800 | 08-561 66 899 | måndag–fredag<br>08:30–16:00 |
| **Webbplats**<br>www.sodertaljetingsratt.domstol.se | | **E-post**<br>sodertalje.tingsratt@dom.se | | |