# Exhibit 3

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

February 25, 2020

Michael K. Kellogg, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
mkellogg@kellogghansen.com

Re:  *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Michael,

We write in response to your Sunday, February 23, 2020 letter requesting that the PECs identify the witnesses referenced in Mr. Maloney's declaration.

We agree with your assessment that the information conveyed by these witnesses is serious, and it is for that very reason that Mr. Maloney communicated the information to the Court in a sworn declaration, as an officer of the Court and former federal prosecutor, rather than through an unsworn statement in a letter.  We can further confirm that the threats and perceived threats to the witnesses are set forth as they were reported to Mr. Maloney.  The additional statements made in the declaration outlining Saudi government behavior in the last few years is also highly relevant to the perception of these witnesses of the threat from the Saudi government.

Given the credible threats to the witnesses and relatives, we cannot provide you with the very information that would jeopardize Plaintiffs' efforts to obtain the witnesses' testimony.

We do not control the witnesses, but are obligated to treat the serious and sincere concerns they have raised with great care, and therefore cannot reveal their identities at this time. Given that the Kingdom officials at the "highest levels of the Saudi Government" have (somehow) already determined, in less than 48 hours, that no one associated with the Saudi

government attempted to threaten or prevent a witness from testifying, it does not appear that the Kingdom has any need for additional information in any case.

In the event the witnesses testify in this litigation, you will receive appropriate notice and an opportunity to question them at a deposition.

Sincerely,

| | |
|---|---|
| COZEN O'CONNOR | MOTLEY RICE |
| /s/ *Sean P. Carter, Esquire* | /s/ *Robert T. Haefele, Esquire* |
| Sean P. Carter, Esquire | Robert T. Haefele, Esquire |
| 1650 Market Street, Suite 2800 | 28 Bridgeside Boulevard |
| Philadelphia, PA 19103 | Mt. Pleasant, SC 29464 |
| MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims | MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |

KREINDLER & KREINDLER

 /s/ *Andrew J. Maloney, Esquire*
Steven R. Pounian, Esquire
Andrew J. Maloney, Esquire
750 Third Avenue, 32nd Floor
New York, NY 10017

MDL 1570 Plaintiffs' Exec. Committee
for Personal Injury and Death Claims