USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CERTIFICATE OF MAILING**

Case No(s).: 03-MDL-1570 (GBD) (SN)
02-cv-6977 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 27th day of February 2020, I served defendant:

> Islamic Republic of Iran
> H.E. Dr. Mohammad Javad Zarif
> Foreign Minister of the Ministry of Foreign Affairs
> Imam Khomeini Street, Imam Khomeini Square
> Tehran, Islamic Republic of Iran

By dispatching via Federal Express, Tracking No. 7778 5419 3701, to the Secretary of State, Attn: Director of Consular Services, (CA/OCS/L U.S. Department of State, SA-17, 10TH Floor, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of: 1) Notice of Default Judgment with certified Farsi translation; 2) a true and certified copy of the August 31, 2015 Default Judgment on Liability with certified Farsi translation. See attachment A to the Notice; 3) a true and certified copy of the Judgment (2/18/2020), Memorandum Decision and Order granting Final Order of Judgment(2/14/2020) Report and Recommendation (2/11/2020), the moving papers for Plaintiffs' Motion, with certified Farsi translations of the Final Orders of Judgment and Plaintiffs' motion papers. See attachment B to the Notice; and 4) a copy of the Foreign Sovereign Immunities Act with certified Farsi translation, See attachment C to the notice.

Dated: New York, New York
February 27, 2020

             Ruby J. Krajick
             Clerk of Court

             /s/ Shanee Mcleod
             Shanee Mcleod
             DEPUTY CLERK



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.