UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: **MOTION TO PERMIT**
: **ATTACHMENT AND**
: **EXECUTION PURSUANT**
: **TO 28 U.S.C. §1610(c)**
:
: 03 MDL 1570 (GBD) (SN)
-----------------------------------------------------------------x

This Document Relates to
*Hoglan, et al. v. Iran, et al.*
1:11-cv-07550 (GBD) (SN)

# EXHIBIT D



United States Department of State

Washington, D.C. 20520

November 28, 2018

Ruby Krajik
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Hoglan, et al. v. The Islamic Republic of Iran, et al., 1:11-cv-07550 (GBD)(SN);
In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)**

Dear Ms. Krajik:

    I am writing regarding the Court's request for transmittal of a Cover Letter to Mohammad Javad Zarif, Certificate of Default (dated March 17, 2015), Order of Judgment (entered August 31, 2015), Findings of Fact and Conclusions of Law (entered August 31, 2015), Report and Recommendation #1 (dated October 12, 2016), Report and Recommendation #2 (dated October 14, 2016), Report and Recommendation #3 (dated October 24, 2016), Partial Order and Judgment (entered October 31, 2016), Memorandum Decision and Order (entered October 31, 2016), Memorandum Decision and Order (entered October 31, 2016), Memorandum Decision and Order (entered June 21, 2017), Report and Recommendation #4 (dated August 8, 2017), Memorandum Decision and Order (entered November 17, 2017), Final Order and Judgment on Compensatory Damages (entered February 26, 2018), Right to Appeal Notice, Right to Appeal Form, and Notice of Default Judgment to the Islamic Republic of Iran, the Iranian Ministry of Information and Security, the Islamic Revolutionary Guard Corps, the Iranian Ministry of Petroleum, the Iranian Ministry of Economic Affairs and Finance, the Iranian Ministry of Commerce, the Iranian Ministry of Defense and Armed Forces Logistics, and the Central Bank of the Islamic Republic of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as defendants in the above referenced lawsuit.

    Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes Nos. 1087-IE, 1088-IE, 1089-IE, 1090-IE, 1091-IE, 1092-IE, 1093-IE, and 1094-IE, dated October 17, 2018 and delivered on October 18, 2018. Certified copies of these diplomatic notes are enclosed.

Sincerely,

Jared N. Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

Cc: Timothy B. Fleming
Wiggins Childs Pantazis Fisher Goldfarb PLLC
1211 Connecticut Avenue, NW
Suite 420
Washington, DC 20036



U.S. Embassy
BERN, SWITZERLAND

Customer: HOGLAN V. IRANIAN OF ECON AFFAIRS & FIN
Date: 10/9/2018 3:04:45 PM
Register: ACS Cash
Transaction: 15029261
Tender: U.S. Dollars

| Qty | Svc | Ctry Visa | Price |
|---|---|---|---|
| 1 | 51 | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | Fr. 2'275 |

Balance          $2,275.0
Amount Paid      $2,275.00
Change           $0.00

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS
Sensitive But Unclassified (SBU)

38232

---

U.S. Embassy
BERN, SWITZERLAND

Customer: HOGLAN V. IRANIAN MIN. OF COMMERCE
Date: 10/9/2018 3:05:21 PM
Register: ACS Cash
Transaction: 15029262
Tender: U.S. Dollars

| Qty | Svc | Ctry Visa | Price |
|---|---|---|---|
| 1 | 51 | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | Fr. 2'275.00 |

Balance          $2,275.00
Amount Paid      $2,275.00
Change           $0.00

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS
Sensitive But Unclassified (SBU)

38233

---



U.S. Embassy
BERN, SWITZERLAND

Customer: HOGLAN V. ISLAMIC REP OF IRAN
Date: 10/9/2018 3:02:20 PM
Register: ACS Cash
Transaction: 15029257
Tender: U.S. Dollars

| Qty | Svc | Ctry Visa | Price |
|---|---|---|---|
| 1 | 51 | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | Fr. 2'275.00 |

Balance          $2,275.00
Amount Paid  $2,275.00
Change           $0.00

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS
Sensitive But Unclassified (SBU)

38228



U.S. Embassy
BERN, SWITZERLAN[D]

Customer: HOGLAN V. ISLA[M]
GUARD CORPS
Date: 10/9/2018 3:03:37 PM
Register: ACS Cash
Transaction: 15029259
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 5[1] | | | $2,27[5.00] |
| LETTERS ROGATORY/FSIA FEE | | | | Fr. 2'[275.00] |



Balance         $2,27[5.00]
Amount Paid     $2,27[5.00]
Change          $0.00

CUSTOMER COPY
ALL TRANSACTIONS A[RE]
FINAL - NO REFUND[S]

Sensitive But Unclassified (SBU)

38230



U.S. Embassy
BERN, SWITZERLAND

Customer: HOGLAN V. CENTRAL
BANK OF ISLAMIC REP. OF IRAN
Date: 10/9/2018 3:06:37 PM
Register: ACS Cash
Transaction: 15029264
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | Fr. 2'275.00 |



Balance         $2,275.00
Amount Paid     $2,275.00
Change          $0.00

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS

Sensitive But Unclassified (SBU)

38235



U.S. Embassy
BERN, SWITZERLAND

Customer: HOGLAN IRANIAN MIN OF
INFO & SECURITY
Date: 10/9/2018 3:02:57 PM
Register: ACS Cash
Transaction: 15029258
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | Fr. 2'275.00 |

Balance         $2,275.00
Amount Paid     $2,275.00
Change          $0.00

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS

Sensitive But Unclassified (SBU)

38229



U.S. Embassy
BERN, SWITZERLAND

Customer: HOGLAN V. IRANIAN MIN. OF DEF & ARMED FORCES LOGS
Date: 10/9/2018 3:06:01 PM
Register: ACS Cash
Transaction: 15029263
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | Fr. 2'275.00 |

Balance         $2,275.00
Amount Paid     $2,275.00
Change          $0.00

CUSTOMER COPY
**ALL TRANSACTIONS ARE FINAL - NO REFUNDS**

Sensitive But Unclassified (SBU)

38234



U.S. Embassy
BERN, SWITZERLAND

Customer: HOGLAN V. IRANIAN MIN. OF PETROLEUM
Date: 10/9/2018 3:04:13 PM
Register: ACS Cash
Transaction: 15029260
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | Fr. 2'275.00 |

Balance         $2,275.00
Amount Paid     $2,275.00
Change          $0.00

CUSTOMER COPY
**ALL TRANSACTIONS ARE FINAL - NO REFUNDS**

Sensitive But Unclassified (SBU)

38231