# Exhibit 1

| Kingdom of Saudi Arabia<br>General Administration for Human Resources<br>283 | Service statement- Employee Card<br>Employee: Abdullah bin Ali Saleh Al Joithen | Number:<br>Date:<br>Attachments: |
|---|---|---|

| Employee number | 919 | Abdullah bin Ali Saleh Al Joithen | Rank | Twelve | Number | 36 | Position | 13 | Current salary | 20275.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| Place of birth | | Date of birth | | National ID number | | | Date of starting work | | Date of joining the Ministry | |
| Buraidah – Kingdom of Saudi Arabia | | 1/7/1381 AH (12/9/1961 AD) | | | | | 6/10/1402 AH (7/28/1982 AD) | | 23/3/1417 AH (8/8/1996 AD) | |
| Action | | Transfer of internal employee | | Date | 18/4/1432 (3/23/2011) | | Job title | General Director of the Department of Dawah inside the Kingdom | Authority | General Directorate of Dawah Centers and Guidance of Islamic preachers |
| Last qualification | | Doctorate in Sunnah and its Sciences | | | | | | | | |

**Professional Career**

| Job title | Rank | Number | Position | Salary | Authority | Action | Date | Decree number | Decree date |
|---|---|---|---|---|---|---|---|---|---|
| Assistant professor | Assistant professor | 53 | 0 | 5420.00 | Imam Muhammad Bin Saud Islamic University | Appointment | 6/10/1402 AH (7/28/1982 AD) | 0 | 6/10/1402 AH (7/28/1982 AD) |
| Lecturer | Lecturer | 54 | 0 | 7180.00 | Imam Muhammad Bin Saud Islamic University | Appointment | 7/4/1410 AH (11/7/1989 AD) | 0 | 7/4/1410 AH (11/7/1989 AD) |
| Lecturer | Lecturer | 54 | 0 | 0.00 | Imam Muhammad Bin Saud Islamic University | Termination | 19/4/1415 AH (9/25/1994 AD) | 00 | 19/4/1415 AH (9/25/1994 AD) |
| Preacher | Ninth | 104 | 5 | 7640.00 | Ministry branch in Al Qassim region | Appointment | 23/3/1417 AH (8/8/1996 AD) | 5818 | 20/3/1417 AH (8/5/1996 AD) |
| Preacher | Tenth | 87 | 7 | 9280.00 | Ministry branch in Al Qassim region | Promotion | 13/11/1421 AH (2/7/2001 AD) | 21567 | 13/11/1421 AH (2/7/2001 AD) |
| Director of Dawah Office in Najran | Eleventh | 8 | 13 | 18175.00 | Ministry branch in Najran region | Promotion and bonus | 5/2/1434 AH (12/19/2012 AD) | 21017 | 5/2/1434 AH (12/19/2012 AD) |
| Dawah Consultant | Twelve | 36 | 12 | 19705.00 | General Administration for Dawah Centers and Directing Preachers | Promotion and bonus | 2/5/1437 AH (2/11/2016 AD) | 80463 | 2/5/1437 AH (2/11/2016 AD) |
| Dawah Consultant | Twelve | 36 | 13 | 20275.00 | General Administration for Dawah Centers and Directing Preachers | Periodical increment | 14/4/1439 AH (1/2/2018 AD) | 86/2 | 18/4/1439 AH (1/5/2018 AD) |

Responsible officer: Bandr Mansour Hassan Al Hwimal
Director of Operation Administration for Human Resources: Turki bin Mohamed Sultan Esiri
Seal

Page 1 of 1
Printing date: 16/8/1440 AH (4/22/2019 AD)
Printing time: 08:20:56

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008883

| | |
|---|---|
| الرقم: .......... | المملكة العربية السعودية |
| التاريخ: ../../.. | |
| المرفقات: .......... | الإدارة العامة للموارد البشرية |



## بيان خدمة

الموظف: عبدالله بن علي صالح الجميّش

٢٨٣

| رقم الموظف | ٩١٩ | عبدالله بن علي صالح الجميش | المرتبة | الثانية عشر | رقمها | ٣٦ | الدرجة | ١٣ | الراتب الحالي | ٢٠٢٧٥,٠٠ |
|---|---|---|---|---|---|---|---|---|---|---|
| مكان الميلاد | بريدة - المملكة العربية السعودية | | تاريخ الميلاد | ١٣٨١/٠٧/٠١ هـ | | رقم الهوية الوطنية | | تاريخ بداية الخدمة | ١٤٠٢/١٠/٠٦ هـ | تاريخ الالتحاق بالوزارة | ١٤١٧/٠٣/٢٣ هـ |
| الإجراء | ترقية | | تاريخه | ١٤٣٧/٠٥/٠٢ | مسمى الوظيفة | مستشار دعوة | | الجهة | الإدارة العامة لمراكز الدعوة وتوجيه الدعاة | |
| آخر مؤهل علمي | | | دكتوراه سنة وعلومها | | | | | | | |

### الحياة الوظيفية

| مسمى الوظيفة | المرتبة | رقمها | درجة | الراتب | الجهة | الإجراء | تاريخه | رقم القرار | تاريخ القرار |
|---|---|---|---|---|---|---|---|---|---|
| معيد | معيد | ٥٢ | ٠ | ٨٤٢٠ | جامعة الإمام محمد بن سعود الإسلامية | تعيين | ١٤٠٢-١٠-٠٦ | ٠٠ | ١٤٠٢-١٠-٠٦ |
| محاضر | محاضر | ٥٤ | ٠ | ٧١٨٠ | جامعة الإمام محمد بن سعود الإسلامية | تعيين | ١٤١٠-٠٤-٠٧ | ٠ | ١٤١٠-٠٤-٠٧ |
| محاضر | محاضر | ٥٤ | ٠ | ٠ | جامعة الإمام محمد بن سعود الإسلامية | طي قيد | ١٤١٥-٠٤-١٩ | ١٠٠ | ١٤١٥-٠٤-١٩ |
| داعية لله | التاسعة | ١٠٤ | ٥ | ٧٦٤٠ | فرع الوزارة بمنطقة القصيم | تعيين | ١٤١٧-٠٣-٢٣ | ٥٨١٨ | ١٤١٧-٠٣-٢٠ |
| داعية | العاشرة | ٨٧ | ٧ | ٩٢٨٠ | فرع الوزارة بمنطقة القصيم | ترقية | ١٤٢١-١١-١٣ | ٢١٥٦٧ | ١٤٢١-١١-١٣ |
| مدير مكتب الدعوة بنجران | الحادية عشر | ٨ | ١٣ | ١٨١٧٥,٠٠ | فرع الوزارة بمنطقة نجران | ترقية وعلاوة | ١٤٣٤-٠٢-٠٥ | ٢١٠١٧ | ١٤٣٤-٠٢-٠٥ |
| مستشار دعوة | الثانية عشر | ٣٦ | ١٢ | ١٩٧٠٥,٠٠ | الإدارة العامة لمراكز الدعوة وتوجيه الدعاة | ترقية وعلاوة | ١٤٣٧-٠٥-٠٢ | ٨٠٤٦٣ | ١٤٣٧-٠٥-٠٢ |
| مستشار دعوة | الثانية عشر | ٣٦ | ١٣ | ٢٠٢٧٥,٠٠ | الإدارة العامة لمراكز الدعوة وتوجيه الدعاة | علاوة دورية | ١٤٣٩-٠٤-١٤ | ٨٦/٤ | ١٤٣٩-٠٤-١٨ |

| الموظف المختص | الختم | مدير إدارة العمليات للموارد البشرية |
|---|---|---|
| بندر منصور حسن الهويمل | | تركي بن محمد سلطان عسيري |

صفحة ١ من ٢
تاريخ الطباعة ١٤٤٠/٠٨/١٦ هـ   وقت الطباعة ٠٦:٠٣:٢٨

**CONFIDENTIAL:**
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008883



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On this day of February 28, 2020

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, MA 02110 completed the attached translation into English of the file:

**KSA0000008883.pdf**

I, Stefano Bellezza, certify that the attached translation has been translated by a qualified linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

Signature:
Stefano Bellezza
Translation Project Manager

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001