# Exhibit 2

**In The Name of Allah, the Most Gracious, the Most Merciful**

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Dawah and Guidance
The Ministry's Branch in Al- Qassim Region

[Seal:
Ministry of Islamic Affairs, Endowments, Dawah and Guidance]

[Seal:
The Ministry of Islamic Affairs Branch in Al- Qassim Region
Registration no.: 15489
Date: 10/8/1440 AH (4/16/2019 AD)
The authority referred to it: The Ministry's Administrative Communication Center
Attachment: 1
314400086385131]

Dear, General Director of the General Department of Human Resources at the Ministry

Peace, mercy and blessings of Allah upon you, after that,

We hereby attached the incoming application No. 157489 on 10/8/1440 AH (4/16/2019 AD) from the employee / Abdullah Bin Ali Saleh Joithen who occupies the position of Dawah consultant at rank (12) No. (36), regarding his desire to refer him to early retirement due to his special circumstances from 1/9/1440 AH (5/6/2019AD).

We do not mind this.

So, for your information and to accept his request.

God bless you, Peace, mercy and blessings of Allah upon you

General Director of the branch of the Ministry of Islamic Affairs in Al Qassim region
Abdullah bin Mohamed Al Majmaj (signature)
10/8/1440 AH (4/16/2019 AD)

[In handwriting:
(Signature)
10/8/1440 AH (4/16/2019 AD)]

{Abo Emad 6}

[In hand writing:
Bandar
16/8]

Ministry of Islamic Affairs, Endowments, Da'wah and Guidance
Registration no.: 157489
Date: 13/8/1440 AH (4/19/2019 AD)
Authority referred to: General Department of Human Resources
Attachment: 2
31440008638547]

KSA0000008885



| | |
|---|---|
| رقم القيد | 157489 |
| التاريخ | 1440/08/10 |
| الجهة المحال لها | مركز الاتصالات الإدارية بالوزارة |
| المرفقات | |

3144000863875131

المملكة العربية السعودية
وزارة الشؤون الإسلامية
والدعوة والإرشاد

فرع الوزارة بمنطقة القصيم

سعادة المدير العام للإدارة العامة للموارد البشرية بالوزارة       حفظه الله

السلام عليكم ورحمة الله وبركاته، أما بعد:

فتجدون برفقه الطلب المورد برقم 157489 وتاريخ 1440/8/10هـ من الموظف/ عبدالله بن علي صالح الجميثن الذي يشغل وظيفة مستشار دعوة بالمرتبة (12) رقم (36) بشأن رغبته إحالته للتقاعد المبكر لظروفه الخاصة إعتباراً من 1440/9/1هـ، وحيث لامانع لدينا من ذلك .

لذا نأمل الإطلاع وقبول طلبه .

حفظكم الله . . . والسلام عليكم ورحمة الله وبركاته .

المدير العام
لفرع وزارة الشؤون الإسلامية بمنطقة القصيم

عبدالله بن محمد المجماج

(أبو عماد 6)

3186

| | |
|---|---|
| وزارة الشؤون الإسلامية والدعوة والإرشاد | |
| رقم القيد | 157489 |
| التاريخ | 1440/08/13 |
| الجهة المحال لها | الإدارة العامة للموارد البشرية |
| المرفقات | 2 |

3144000864938547

KSA0000008885



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of March 2, 2020

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, MA 02110 completed the attached translation into English of the file:

**KSA0000008885.pdf**

I, Stefano Bellezza, certify that the attached translation has been translated by a qualified linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

Signature: _(signed)_
Stefano Bellezza
Translation Project Manager

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001