```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAY, et al.,

                Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

                Defendant.

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
            1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 9th day of March 2020, I served defendant:

<u>c/o H.E. Mohammad Javad Zarif</u>
<u>Ministry of Foreign Affairs of the Islamic Republic of Iran,</u>
<u>Imam Khomeini Avenue, Tehran, Iran</u>

By dispatching via Federal Express, Tracking No. 7779 3546 4192, to the U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520 Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the following documents (in English and Farsi):

    1)    Cover Letter to Mohammad Javad Zarif
    2)    Certificate of Default, dated February 19, 2020 (*Ray* Doc. No. 221)
    3)    Order of Partial Final Default Judgment entered by Honorable George B. Daniels on February 19, 2020 (*Ray* Doc. No. 221)
    4)    Notice of Default Judgment
    5)    The text of FSIA, 28 U.S.C. § 1602, *et seq.*;
    6)    Notice of right to Appeal and Appeal Form
    7)    Notarized affidavits from the Translator

Dated: New York, New York
           March 9, 2020

                                              RUBY J. KRAJICK
                                            CLERK OF COURT


                                            /s/ Shanee Mcleod
                                            Shanee Mcleod
                                            *Deputy Clerk*

ORIGIN ID:PCTA   (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 04MAR20
ACTWGT: 2.00 LB
CAD: 105808175/INET4220

BILL SENDER

TO  **POLICY REVIEW & INTER-AGENCY LIASON**
**SEC. OF STATE  DIR. CONSULAR SERV.**
**(CA/OCS/PRI), U.S. DEPT. OF STATE**
**SA-29, 4TH FLOOR, 2201 C ST. NW**
**WASHINGTON DC 20520**
(202) 736-9110           REF: RAY - 1ST 8 TO STATE
INV:
PO:                       DEPT:



THU - 05 MAR 3:00P
TRK# 7779 3546 4192     STANDARD OVERNIGHT
0201



EP KMDA                  20520
                  DC-US   IAD