UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re Terrorist Attacks on September 11, 2001  :  No. 03 MDL 1570 (GBD)(SN)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ANTHONY BEHETTE, et al.,                        :
                                                 :  No. 18 CV 538 (GBD)(SN)
           Plaintiffs,                           :
                                                 :
        - against -                              :  **NOTICE OF MOTION**
                                                 :
KINGDOM OF SAUDI ARABIA, et al.,                :
                                                 :
           Defendants.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that plaintiffs will move this Court before the Honorable Sarah Netburn at the Thurgood Marshall Unites States Courthouse, 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for an Order pursuant to Rule 25(a) of the Federal Rules of Civil Procedure substituting Harley DiNardo, as Personal Representative of the Estate of Esterina DiNardo a/k/a Ester DiNardo, as a plaintiff in the above-referenced action in place of plaintiff Ester DiNardo, and awarding such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        March 10, 2020

>                               *s/Andrew C. Levitt*
>                               Robert A. O'Hare Jr.
>                               Andrew C. Levitt
>                               O'HARE PARNAGIAN LLP
>                               20 Vesey Street, Suite 300
>                               New York, NY 10007
>                               (212) 425-1401
>                               rohare@ohareparnagian.com
>                               alevitt@ohareparnagian.com
>
>                               *Attorneys for Plaintiffs*