UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :

In re Terrorist Attacks on September 11, 2001   :    No. 03 MDL 1570 (GBD)(SN)
                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY BEHETTE, et al.,            :

                                        :    No. 18 CV 538 (GBD)(SN)

                       Plaintiffs,      :

                                        :

             - against -           :    **DECLARATION OF**

                                        :    <u>**ANDREW C. LEVITT**</u>

KINGDOM OF SAUDI ARABIA, et al.,   :

                                        :

                        Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

         ANDREW C. LEVITT declares as follows:

         1.       I am Senior Counsel with O'Hare Parnagian LLP, attorneys for plaintiffs.  I submit this declaration in support of plaintiffs' motion pursuant to Rule 25(a) of the Federal Rules of Civil Procedure to substitute Harley DiNardo, as Personal Representative of the Estate of Esterina DiNardo a/k/a Ester DiNardo, as a plaintiff in the above-referenced action in place of plaintiff Ester DiNardo.

         2.       Plaintiff Ester DiNardo died in November 2019.  Harley DiNardo, her son, was appointed personal representative of her estate by the Circuit Court of Palm Beach County, Florida, Probate Division, on January 22, 2020.  Copies of the Letters of Administration are annexed hereto as Exhibit 1.

         3.       As the Letters of Administration indicate, Ms. DiNardo was known as both Esterina DiNardo and Ester DiNardo.

         4.       Accordingly, plaintiffs respectfully request that Harley DiNardo, as Personal Representative of the Estate of Esterina DiNardo a/k/a Ester DiNardo, be substituted into the above-captioned action as a plaintiff in place of Ester DiNardo.

5.     Harley DiNardo is already, and will remain, a plaintiff in the above-captioned action in his individual capacity.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 10, 2020.

*s/Andrew C. Levitt*
Andrew C. Levitt
