UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER OF DEFAULT**

**SARAH NETBURN, United States Magistrate Judge:**

The Court has reviewed the Plaintiffs Executive Committees' ("Plaintiffs") January 15, 2020 Motion for Sanctions against defendant Soliman H.S. Al Buthe, ECF No. 5628, and Soliman H.S. Al-Buthe's Response in opposition to Plaintiffs' motion. ECF No. 5863. On his consent, a default is entered against defendant Soliman H.S. Al Buthe.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 11, 2020
              New York, New York