```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

    TERRORIST ATTACKS ON                              03-MDL-01570 (GBD)(SN)
    SEPTEMBER 11, 2001
-----------------------------------------------------------------X       ORDER
```

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Katherine Dillaber, et al., v. Islamic Republic of Iran, et al.</u>, 1:18-CV-03162 (GBD)(SN)

The Court has reviewed the <u>Dillaber</u> Plaintiffs' letter regarding the filing of claims for damages. <u>See</u> 1:18-CV-03162, ECF No. 72. The <u>Dillaber</u> Plaintiffs are instructed to submit motions for partial final default judgment for their claim for pain and suffering incurred by a personal injury plaintiff who sustained injuries on the day of September 11, 2001, pursuant to the framework set out by the Court in <u>Burnett I</u>, 03-MDL-01570, ECF No. 5879, and their claims for solatium damages for the losses suffered by relatives of the decedent Patricia Dillaber Mickley, pursuant to the framework set out by the Court in <u>Hoglan II</u>, 03-MDL-01570, ECF No. 3363.

The Court has not yet ruled on claims for solatium damages for losses suffered by relatives of injured plaintiffs, and as the <u>Dillaber</u> Plaintiffs note in their letter, the Court has also not yet ruled on personal injury or solatium claims for post exposure-related injuries sustained in the days after September 11, 2001. The Court instructs the <u>Dillaber</u> Plaintiffs to meet-and-confer with the Plaintiffs' Executive Committees (PECs) regarding the filing of these damages requests, and to jointly propose to the Court, together with the PECs and any other parties intending to file similar claims, a uniform process for the submission and review of these motions.

**SO ORDERED.**

DATED:    March 12, 2020  
              New York, New York

                                              SARAH NETBURN  
                                              United States Magistrate Judge