UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD/SN) |

This document relates to:   *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment & Development Corp. et al.*, 04-cv-1923 (GBD) (SN) (S.D.N.Y.)

### SUPPLEMENTAL DECLARATION OF JERRY S. GOLDMAN, ESQ. IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I, Jerry S. Goldman, Esq., declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am a shareholder at Anderson Kill P.C., attorneys for Plaintiffs the Estate of John P. O'Neill, Sr., John P. O'Neill, Jr., Christine O'Neill, Carol O'Neill, the Estate of Dorothy O'Neill, and the Estate of John F. O'Neill ("Plaintiffs") in the above-captioned action. I am familiar with the facts and circumstances of this case and am admitted to practice in this Court.

2. Defendants served no document requests during class discovery.

3. Attached hereto as Exhibit A is a true and correct copy of Defendants Interrogatories to Plaintiff the Estate of John F. O'Neill, dated October 24, 2019.

4. Attached hereto as Exhibit B is a true and correct copy of an email exchange between counsel for Defendants and Plaintiffs in the above-referenced matter, dated January 13, 2020 and January 14, 2020.

5. According to the Victims Compensation Fund ("VCF"), 2,880 9/11 families—which equals over ninety-seven percent of the families—participated in the VCF. *See* First Annual Status Report, September 11th Victims Compensation Fund, October 2012, *available at* https://www.vcf.gov/pdf/VCFStatusReportOct2012.pdf.

WHEREFORE, Plaintiffs respectfully request that the Court grant the Motion for Class Certification and Related Relief.

Dated:  March 13, 2020
        New York, NY

                                       Jerry S. Goldman, Esq.
                                       Anderson Kill P.C.
                                       1251 Avenue of the Americas
                                       New York, NY 10020
                                       Email: jgoldman@andersonkill.com
                                       Tel: 212-278-1000
                                       Fax: 212-278-1733