# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | ) |
|---|---|
|  | ) |
|  | ) |
| In re Terrorist Attacks on September 11, 2001 | ) 03 MDL 1570 (GBD)(SN) |
|  | ) ECF Case |
|  | ) |
|  | ) |
|  | ) |

This document relates to:
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment & Devel. Corp., 04-cv-01923*

## DEFENDANTS'[1] INTERROGATORIES
## TO PLAINTIFF THE ESTATE OF JOHN F. O'NEILL.

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, and the Court's

Order (Dkt. 4582), Defendants by undersigned counsel hereby request that Plaintiff, the

Estate of John F. O'Neill, respond separately to the following interrogatories, in writing

under oath, within thirty (30) days.  Defendants further request that Plaintiff, the Estate of

John F. O'Neill, apply the Definitions and Instructions to the Interrogatories, in

accordance with Local Rule of Civil Procedure 26.3, set forth below.

---

[1] These Interrogatories pertain to Defendants Dubai Islamic Bank, World Assembly of Muslim Youth, Muslim World League, International Islamic Relief Organization, and Yassin Kadi.

## Definitions

1.      We note the application of the uniform definitions for discovery requests contained in Local Civil Rule 26.3 of this Court.[2]

2.      "September 11 Attacks" means the acts of terrorists on September 11, 2001 that involved jet airliners crashing into the World Trade Center towers in New York, the Pentagon in Virginia, and a field in Pennsylvania.

3.      "9/11 Victims' Fund" means any of the following funds established by Congress to compensate victims of the September 11 Attacks, codified at U.S. Public Law 107-42, §§401 *et seq*., as amended by the James Zadroga 9/11 Health and

---

[2] The Local Rule 26.3 uniform definitions are:

   (1) Communication. The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

   (2) Document. The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a), including, without limitation, electronic or computerized data compilations. A draft or non-identical copy is a separate document within the meaning of this term.

   (3) Identify (with respect to persons). When referring to a person, "to identify" means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

   (4) Identify (with respect to documents). When referring to documents, "to identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s).

   (5) Parties. The terms "plaintiff" and "defendant" as well as a party's full or abbreviated name or a pronoun referring to a party mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation.

   (6) Person. The term "person" is defined as any natural person or any business, legal or governmental entity or association.

   (7) Concerning. The term "concerning" means relating to, referring to, describing, evidencing or constituting.

Compensation Act of 2010, Pub. L. No. 111–347, § 202(b)(3); the James Zadroga 9/11 Victim Compensation Fund Reauthorization Act of 2015, Pub. L. No. 114–113, §§ 401 *et seq.*; and The Never Forget the Heroes: James Zadroga, Ray Pfeifer, and Luis Alvarez Permanent Authorization of the September 11th Victim Compensation Fund, Pub. L. 116-34.

4.      "United States Victims of State Sponsored Terrorism Fund" means the fund established by Congress to compensate certain victims who were injured in acts of international state sponsored terrorism, codified at 34 U.S.C. § 20144.

5.      "Al Qaeda" means the militant Islamist group that was led by Osama bin Laden and claimed responsibility for the planning and execution of the September 11 Attacks.

6.      "Above-captioned case" means the consolidated cases captioned *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN).

7.      "Complaint" refers to the First Consolidated Complaint Containing More Definite Statements, RICO Statements and Additional Allegations Filed Pursuant to CMO 2, Paragraph 13 filed by the estate of John P. O'Neill, Sr. on or about September 30, 2005, in the United States District Court for the Southern District of New York (04-cv-01923 (GBD)(SN)), that is a consolidated case in the above-captioned case.

8.      "Class" means all members of the Class defined in *Estate of John P. O'Neill, Sr., et al. v. al Baraka Investment and Development Corporation, et al.*, 04-cv-01923 (GBD)(SN).

9.      "Defendant" means any defendant in the *Estate of John P. O'Neill, Sr., et al. v. al Baraka Investment and Development Corporation, et al.*, 04-cv-01923 (GBD)(SN), whether or not any Defendant has been dismissed from any case.

10.     "Plaintiff" or "You" refers to the Estate of John F. O'Neill in *Estate of John P. O'Neill, Sr., et al. v. al Baraka Investment and Development Corporation, et al.*, 04-cv-01923 (GBD)(SN).

11.     "Plaintiff's Agents" means any agents, representatives, or others acting, or who have acted, on behalf of the Plaintiff.

12.     "Including" means including but not limited to.

13.     "Third Party" means any person who is not a Plaintiff or current Defendant.

14.     "ATA" refers to the federal Anti-Terrorism Act, codified at 18 U.S.C. § 2331.

15.     To "state the basis" means to provide the complete factual summary of each element of the claim, allegation, or denial.

16.     Other words shall be understood to have their usual and ordinary meanings, unless defined by Local Civil Rule 26.3 of this Court.

### Instructions

1.      The uniform rules of construction for discovery requests contained in Local Civil Rule 26.3 of this Court apply to these discovery requests.

2.      These requests require Plaintiff to furnish all information known or available.  If any of these interrogatories cannot be answered in full, the interrogatory shall be answered to the extent possible.

3.      The present tense shall be construed to include the past tense and the past tense shall be construed to include the present tense as necessary to bring within the scope of these interrogatories any information that might otherwise be construed to be outside their scope.

4.      If Plaintiff is unable to answer or respond fully to any interrogatory, answer or respond to the extent possible and specify the reasons for Plaintiff's inability to answer or respond in full.  If Plaintiff objects to any part of an interrogatory, answer all parts of the interrogatory to which Plaintiff does not object, and as to each part to which Plaintiff does object, separately set forth the specific basis for the objection.

5.      If Plaintiff claims any privilege or any other basis as a ground for not answering an interrogatory, Plaintiff shall answer to the extent the requested information is not subject to a claim of privilege or other basis, and Plaintiff shall set forth the legal grounds and facts upon which the objection or privilege is based.

6.      Unless otherwise specified, the relevant scope of discovery will be for the time period beginning January 1, 1992.

## **INTERROGATORIES**

### **INTERROGATORY NO. 1:**

Please identify the following for John P. O'Neill, Sr.:

a.  his nationality,

b.  his date of death,

c.  his location of death, and

d.  his residence at time of death.

**INTERROGATORY NO. 2:**

Please identify the following for John F. O'Neill:

a.  his full name (including nicknames, former names, generation designations, name variations, or aliases),

b.  his relationship to John P. O'Neill, Sr.,

c.  his date of birth,

d.  his nationality,

e.  his home address as of September 11, 2001,

f.  his home address as of March 10, 2004, and

g.  his date of death.

**INTERROGATORY NO. 3:**

Has John F. O'Neill, Plaintiff, or Plaintiff's Agents ever submitted a claim to the 9/11 Victims' Fund, on behalf of John F. O'Neill, Plaintiff, John P. O'Neill, Sr., or John P. O'Neill, Sr.'s estate, or on anyone else's behalf?

**INTERROGATORY NO. 4:**

If John F. O'Neill, Plaintiff, or any of Plaintiff's Agents have submitted a claim under the 9/11 Victims' Fund, on behalf of John F. O'Neill, Plaintiff, John P. O'Neill, Sr., or John P. O'Neill, Sr.'s estate, or on anyone else's behalf, please identify for each submitted claim:

a.  for whom the claim was submitted,

b.  the date the claim was filed or submitted,

c.  the status of the claim (approved, pending, denied, etc.),

d.  the basis for the claim or requested recovery,

e.  the amount of monies requested in the claim,

f.  if any claim was awarded in whole or in part, the date and amount of any monies received on behalf of John F. O'Neill or Plaintiff, whether in their individual capacities or representative capacities, and

g.  if any claim was denied in whole or in part, what reasons, if any, were given for awarding only part or none of the requested amounts.

**INTERROGATORY NO. 5:**

Has John F. O'Neill, Plaintiff, or Plaintiff's Agents ever submitted a claim to the United States Victims of State Sponsored Terrorism Fund on behalf of John F. O'Neill, Plaintiff, John P. O'Neill, Sr., or John P. O'Neill, Sr.'s estate, or on anyone else's behalf?

**INTERROGATORY NO. 6:**

If John F. O'Neill, Plaintiff, or any of Plaintiff's Agents have submitted a claim to the United States Victims of State Sponsored Terrorism Fund, on behalf of John F. O'Neill, Plaintiff, John P. O'Neill, Sr., or John P. O'Neill, Sr.'s estate, or on anyone else's behalf, please identify for each submitted claim:

a.  for whom the claim was filed,

b.  the date the claim was filed or submitted,

c.  the status of the claim (approved, pending, denied),

d.  the basis for the claim or requested recovery,

e.  the amount of monies requested in the claim,

f.  if any claim was awarded in whole or in part, the date and amount of any monies received on behalf of John F. O'Neill or Plaintiff, whether in their individual capacities or representative capacities, and

g.  if any claim was denied in whole or in part, what reasons, if any, were given for awarding only part or none of the requested amounts.

**INTERROGATORY NO. 7:**

Has John F. O'Neill, Plaintiff, or Plaintiff's Agents ever submitted any claim for monies for injuries related to the September 11 Attacks from any other source—other than the 9/11 Victims' Fund or the United States Victims of State Sponsored Terrorism Fund—on behalf of John F. O'Neill, Plaintiff, John P. O'Neill, Sr., or John P. O'Neill, Sr.'s estate, or on anyone else's behalf?  If yes, please identify for each submitted claim:

a.  the person or entity to which John F. O'Neill, Plaintiff, or Plaintiff's Agents submitted the claim,

b.  for whom the claim was submitted,

c.  the date the claim was filed or submitted,

d.  the status of the claim (approved, pending, denied),

e.  the basis for the claim or requested recovery,

f.  the amount of monies requested in the claim,

g.  if any claim was awarded in whole or in part, the date and amount of any monies received on behalf of John F. O'Neill or Plaintiff, whether in their individual capacities or representative capacities, and

h.  if any claim was denied in whole or in part, what reasons, if any, were given for awarding only part or none of the requested amounts.

DATED:  Oct. 24, 2019                    Respectfully Submitted,


/s/ Omar T. Mohammedi_____          /s/ Steven T. Cottreau_____
Omar T. Mohammedi                        Steven T. Cottreau (admitted *pro hac vice*)
The Law Firm of Omar T. Mohammedi, LLC   Gabrielle Pritsker
233 Broadway, Suite 820                  Jones Day
New York, NY 10279                       51 Louisiana Ave, NW
Telephone: (212) 725-3846                Washington, D.C. 20001
Fax: (212) 202-7621                      Telephone: (202) 879-5572
Email: omohammedi@otmlaw.com             Email: scottreau@jonesday.com
                                         Email: gpritsker@jonesday.com

Frederick J.Goetz (*admitted pro hac vice*)
Goetz & Eckland P.A.                     Juan P. Morillo (admitted *pro hac vice*)
43 Main St. S.E., Suite 505              Quinn Emanuel Urquhart & Sullivan LLP
Minneapolis, MN 55414                    777 Sixth St NW
(612)-874-1552                           Washington, DC 20001
Fax: (612)-331-2473                      Telephone: (202)-538-8174
Email: fgoetz@goetzeckland.com           Email: juanmorillo@quinnemanuel.com


*Counsel for Defendant World Assembly of*   *Counsel for Defendant Dubai Islamic Bank*
*Muslim Youth*


/s/ Peter Salerno_____              /s/ Aisha E. R. Bembry _____
Peter Salerno                            Aisha E. R. Bembry (admitted *pro hac vice*)
Amy Rothstein                            Waleed Nassar (admitted *pro hac vice*)
Salerno & Rothstein                      Lewis Baach PLLC
221 Schultz Hill Road                    1101 New York Avenue, NW Suite 1000
Pine Plains, NY 12567                    Washington, DC 20005
Telephone: (518) 771-3050                Telephone: (202) 833-8900
Fax: (866) 589-9010                      Fax: (202) 466-5738
Email: peter.salerno.law@gmail.com       Email: aisha.bembry@lbkmlaw.com
Email: amyrothsteinlaw@gmail.com         Email: waleed.nassar@lbkmlaw.com


*Counsel for Defendant Yassin Kadi*         *Counsel for Defendants Muslim World League*
                                         *and International Islamic Relief Organization*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 mdl 1570 (GBD) (SN) |
| | **Certificate of Service** |

This document relates to:

*O'Neill v. Al Baraka Investment & Devel. Corp., 04-cv-01923*

I, Gabrielle E. Pritsker, hereby certify that I have this 24th day of October, 2019 caused to be served a true and correct copy of the foregoing document upon named plaintiffs and defendants in the above-captioned actions by sending the documents by electronic means, upon:

Jerry Goldman
Bruce Strong
Anderson Kill
1251 Avenue of the Americas
New York, NY 100200
P: 212-278-1000
F: 212-278-1733
Email: jgoldman@andersonkill.com
Email: Bstrong@andersonkill.com

Ronald L. Motley
Jodi Westbrook Flowers
Donald A. Migliori
Robert Haefele
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29464
P: (843) 216-9000
Fax: (843) 216-9450
Email: Rmotley@motleyrice.com
Email: Jflowers@motleyrice.com
Email: dmigliori@motleyrice.com
Email: rhaefele@motleyrice.com

James P. Kriendler
Andrew J Maloney III
Kreindler & Kreindler, LLP
750 Third Avenue
New York, NY 10017
212-973-3440
P: 212-687-8181
F: 212-972-9432
Email: jkreindler@kreindler.com
Email: amaloney@kreindler.com

Stephen A. Cozen
Sean Carter
J. Scott Tarbutton
Cozen O'Connor
One Liberty Place, 1650 Market Street Suite 2800
Philadelphia, PA 19103
P: 215-665-2000
F: 215-701-2105
Email: scozen@cozen.com
Email: SCarter1@cozen.com
Email: STarbutton@cozen.com

(*Plaintiffs' Executive Committees' appointed representatives to receive discovery requests and responses in 03-MDL-1570*)

Omar T. Mohammedi
The Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 820
New York, NY 10279
Telephone: (212) 725-3846
Fax: (212) 202-7621
Email: omohammedi@otmlaw.com

Frederick J.Goetz (*admitted pro hac vice*)
Goetz & Eckland P.A.
43 Main St. S.E., Suite 505
Minneapolis, MN 55414
(612)-874-1552
Fax: (612)-331-2473
Email: fgoetz@goetzeckland.com

*Counsel for Defendant World Assembly of
Muslim Youth*

/s/ Peter Salerno
Peter Salerno
Amy Rothstein
Salerno & Rothstein
221 Schultz Hill Road
Pine Plains, NY 12567
Telephone: (518) 771-3050
Fax: (866) 589-9010
Email: peter.salerno.law@gmail.com
Email: amyrothsteinlaw@gmail.com

*Counsel for Defendant Yassin Kadi*

Aisha E. R. Bembry
Waleed Nassar
Lewis Baach PLLC
1101 New York Avenue, NW Suite 1000
Washington, DC 20005
Telephone: (202) 833-8900
Fax: (202) 466-5738
Email: aisha.bembry@lbkmlaw.com
Email: waleed.nassar@lbkmlaw.com

*Counsel for Defendants Muslim World League
and International Islamic Relief Organization*

Alan Kabat
Bernabei & Kabat PLLC
1400 16th St. NW #500
Washington, DC 20036-2223
202-745-1942
Fax: 202-745-2627
Email: Kabat@BernabeiPLLC.com

(*Defendants' Executive Committee appointed
representative to receive discovery requests and
responses in 03-MDL-1570*)

/s/ Gabrielle E. Pritsker
Gabrielle E. Pritsker