# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF & Hand Delivery*                                             March 13, 2020

The Honorable George B. Daniels            The Honorable Sarah Netburn
Daniel Patrick Moynihan U.S. Courthouse    Thurgood Marshall United States Courthouse
500 Pearl Street                           40 Foley Square, Room 430
New York, NY 10007                         New York, NY 10007

Re:   *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.,*
      04-cv-1923 (S.D.N.Y.) (GBD) (SN)

Dear Judge Daniels and Judge Netburn:

This letter is filed in accordance with Your Honor's Individual Rules. Plaintiffs respectfully request oral argument with respect to Plaintiffs' Motion for Class Certification and Related Relief and Defendants' opposition thereof. On March 12, 2020 the parties conferred and although Defendants believe the issue can be resolved on the papers, Defendants are happy to provide oral argument should the Court desire it.

We thank the Court for its attention to this matter.

Respectfully submitted,

Jerry S. Goldman, Esq.

cc:   Alan Kabat, Esq. (via email)
      Eric L. Lewis, Esq. (via email)
      Aisha E. Bembry, Esq. (via email)
      Waleed Nassar, Esq. (via email)
      Omar Mohammedi, Esq. (via email)
      Frederick Goetz, Esq. (via email)
      Juan Morillo, Esq. (via email)
      Peter C. Salerno, Esq. (via email)
      Amy Rothstein, Esq. (via email)
      Steven T. Cottreau, Esq. (via email)
      Gabrielle E. Pritsker, Esq. (via email)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100240206.4

**Anderson Kill P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
March 13, 2020
Page 2

        Stephen M. DeGenaro, Esq.  (via email)
        Kevin Marshall, Esq.  (via email)
        Jodi W. Flowers, Esq. (via email)
        John Eubanks, Esq. (via email)
        Donald Migliori, Esq. (via email)
        Robert T. Haefele, Esq. (via email)
        James P. Kreindler, Esq.  (via email)
        Andrew J. Maloney, Esq.  (via email)
        Steven R. Pounian, Esq.  (via email)
        Justin T. Green, Esq.  (via email)
        Megan Bennet, Esq.  (via email)
        Sean P. Carter, Esq.  (via email)
        Scott J. Tarbutton, Esq.  (via email)
        Bruce Strong, Esq.  (via email)
        Nicholas Maxwell, Esq.  (via email)
        Samantha Smith, Esq.  (via email)
        Stephen Wah, Esq.  (via email)