# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF (Without Enclosures) and Hand Delivery*       March 13, 2020

The Honorable George B. Daniels           The Honorable Sarah Netburn
Daniel Patrick Moynihan U.S. Courthouse   Thurgood Marshall United States Courthouse
500 Pearl Street                          40 Foley Square, Room 430
New York, NY  10007                       New York, NY  10007

Re:   *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*,
      04-cv-1923 (S.D.N.Y.) (GBD) (SN)

Dear Judge Daniels and Judge Netburn:

Enclosed are courtesy copies of the following filed documents:

- Plaintiffs' Notice Of Motion For Class Certification And Related Relief

- Plaintiffs' Memorandum Of Law in Support Of Plaintiffs' Motion For Class Certification And Related Relief

- Affidavit Of Jerry S. Goldman, Esq. In Support Of Motion For Class Certification (as docketed)

- Unredacted Affidavit Of Jerry S. Goldman, Esq. In Support Of Motion For Class Certification (filed under seal)

- Affidavit Of John P. O'Neill, Jr. In Support Of Motion For Class Certification (as docketed)

- Unredacted Affidavit Of John P. O'Neill, Jr. In Support Of Motion For Class Certification (filed under seal)

- Affidavit Of Christine I. O'Neill In Support Of Motion For Class Certification (as docketed)

- Unredacted Affidavit Of Christine I. O'Neill In Support Of Motion For Class Certification (filed under seal)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA
docs-100240207.2

**Anderson Kill P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
March 13, 2020
Page 2

- Affidavit Of Carol A. O'Neill In Support Of Motion For Class Certification (as docketed)

- Unredacted Affidavit Of Carol A. O'Neill In Support Of Motion For Class Certification (filed under seal)

- Joint Memorandum Of Law In Opposition To The *O'Neill* Plaintiffs' Motion For Class Certification And Related Relief

- Declaration Of Steven T. Cottreau, Esq., with accompanying exhibits

- Plaintiffs' Reply Memorandum Of Law In Support Of Motion For Class Certification And Related Relief

- Supplemental Declaration of Jerry S. Goldman, Esq. In Support Of Motion For Class Certification, with accompanying exhibits

We thank the Court for its attention to this matter.

Respectfully submitted,

Jerry S. Goldman, Esq.

cc: All counsel via ECF

docs-100240207.2