USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

CERTIFICATE OF MAILING

Case No(s).:  03-MDL-1570 (GBD) (SN)
15-cv-9903 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 16th day of March 2020, I served defendant:

> Islamic Republic of Iran
> H.E. Dr. Mohammad Javad Zarif
> Foreign Minister of the Ministry of Foreign Affairs
> Imam Khomeini Street, Imam Khomeini Square
> Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 7700 1777 1600, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

1) Notice of Default Judgment (in English and Farsi);

2) Order of Partial Judgment for damages, dated 2/12/2020 (in English and Farsi);

3) A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and

4) Translator's Affidavit (in English only)

Dated: New York, New York
      March 16, 2020

                                    RUBY J. KRAJICK
                                    CLERK OF COURT


                                    /s/ Shanee Mcleod
                                    Shanee Mcleod
                                    DEPUTY CLERK

```
ORIGIN ID:PCTA    (212) 805-0136         SHIP DATE: 16MAR20
RUBY J. KRAJICK, CLERK OF COURT          ACTWGT: 2.00 LB
DANIEL P. MOYNIHAN US COURTHOUSE         CAD: 111096165/INET4220
500 PEARL STREET
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NY 10007                       BILL SENDER
UNITED STATES US
```

TO **SECY OF STATE, DIR CON SERVICES**
**U.S. DEPARTMENT OF STATE**
**REV & INTER-AGCY LIAS (CA/OCS/PRI)**
**SA-29, 4TH FL, 2201 C ST, NW**
**WASHINGTON DC 20520**
(571) 345-3186     REF: 634979
INV:
PO:                            DEPT:




TUE - 17 MAR 3:00P
**STANDARD OVERNIGHT**

TRK# 0201  7700 1777 1600

ASR
20520
DC-US  IAD

**EP KMDA**

