DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CERTIFICATE OF MAILING**

Case No(s).:  03-MDL-1570 (GBD) (SN)
15-cv-9903 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 16th day of March 2020, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 7700 1775 2258, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

1) Notice of Default Judgment (in English and Farsi);

2) Order of Partial Judgment for damages, dated 2/5/2020 (in English and Farsi);

3) A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and

4) Translator's Affidavit (in English only)

Dated: New York, New York
March 16, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

```
ORIGIN ID:PCTA      (212) 805-0136        SHIP DATE: 16MAR20
RUBY J. KRAJICK, CLERK OF COURT           ACTWGT: 2.00 LB
DANIEL P. MOYNIHAN US COURTHOUSE          CAD: 111096165/INET4220
500 PEARL STREET
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NY 10007                        BILL SENDER
UNITED STATES US
```

TO  **SECY OF STATE, DIR CON SERVICES**
   **U.S. DEPARTMENT OF STATE**
   **REV & INTER-AGCY LIAS (CA/OCS/PRI)**
   **SA-29, 4TH FL, 2201 C ST, NW**
   **WASHINGTON DC 20520**
   (571) 345-3186        REF: 634979
   INV:
   PO:                   DEPT:



**TUE - 17 MAR 3:00P**
**STANDARD OVERNIGHT**

TRK# 0201  7700 1775 2258

ASR
20520
**EP KMDA**       DC-US   IAD



Align bottom of peel-and-stick airbill or pouch here.