DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

## CERTIFICATE OF MAILING

Case No(s).:   03-MDL-1570 (GBD) (SN)
15-cv-9903 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 16th day of March 2020, I served defendant:

    Islamic Republic of Iran
    H.E. Dr. Mohammad Javad Zarif
    Foreign Minister of the Ministry of Foreign Affairs
    Imam Khomeini Street, Imam Khomeini Square
    Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 7700 1772 1980 to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

1) Notice of Default Judgment (in English and Farsi);

2) Order of Partial Judgment for damages, dated 12/13/2019 (in English and Farsi);

3) A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and

4) Translator's Affidavit (in English only)

Dated: New York, New York
       March 16, 2020

                                             RUBY J. KRAJICK
                                             CLERK OF COURT


                                             /s/ Shanee Mcleod
                                             Shanee Mcleod
                                             DEPUTY CLERK

```
ORIGIN ID:PCTA    (212) 805-0136         SHIP DATE: 16MAR20
RUBY J. KRAJICK, CLERK OF COURT          ACTWGT: 2.00 LB
DANIEL P. MOYNIHAN US COURTHOUSE         CAD: 111096165/INET4220
500 PEARL STREET
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NY 10007                       BILL SENDER
UNITED STATES US
```

TO  **SECY OF STATE, DIR CON SERVICES**
**U.S. DEPARTMENT OF STATE**
**REV & INTER-AGCY LIAS (CA/OCS/PRI)**
**SA-29, 4TH FL, 2201 C ST, NW**
**WASHINGTON DC 20520**
(571) 345-3186                REF: 634979



FedEx Express

TUE - 17 MAR 3:00P
STANDARD OVERNIGHT
ASR

TRK# 7700 1772 1980
0201

20520
DC-US  IAD

**EP KMDA**



Align bottom of peel-and-stick airbill or pouch here.

Fold along dotted line to close.
▲▲▲ To open, lift tab and pull quickly.