USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

CERTIFICATE OF MAILING

Case No(s).:  03-MDL-1570 (GBD) (SN)
15-cv-9903 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 16th day of March 2020, I served defendant:

    Islamic Republic of Iran
    H.E. Dr. Mohammad Javad Zarif
    Foreign Minister of the Ministry of Foreign Affairs
    Imam Khomeini Street, Imam Khomeini Square
    Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 7700 1772 7496, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

1)   Notice of Default Judgment (in English and Farsi);

2)   Order of Partial Judgment for damages, dated 2/18/2020 (in English and Farsi);

3)   A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and

4)   Translator's Affidavit (in English only)

Dated: New York, New York
       March 16, 2020

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      /s/ Shanee Mcleod
                                      Shanee Mcleod
                                      DEPUTY CLERK

ORIGIN ID:PCTA    (212) 805-0136
RUBY J. KRAJICK, CLERK OF COURT
DANIEL P. MOYNIHAN US COURTHOUSE
500 PEARL STREET
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 16MAR20
ACTWGT: 2.00 LB
CAD: 111096165/INET4220

BILL SENDER

TO  SECY OF STATE, DIR CON SERVICES
U.S. DEPARTMENT OF STATE
REV & INTER-AGCY LIAS (CA/OCS/PRI)
SA-29, 4TH FL, 2201 C ST, NW
WASHINGTON DC 20520
(571) 345-3186    REF: 634979
INV:
PO:    DEPT:



FedEx Express

TUE - 17 MAR 3:00P
STANDARD OVERNIGHT

TRK# 7700 1772 7496
0201

ASR
20520
DC-US  IAD

EP KMDA



Align bottom of peel-and-stick airbill or pouch here.