DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CERTIFICATE OF MAILING**

Case No(s).:  03-MDL-1570 (GBD) (SN)
15-cv-9903 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 16th day of March 2020, I served defendant:

> Islamic Republic of Iran
> H.E. Dr. Mohammad Javad Zarif
> Foreign Minister of the Ministry of Foreign Affairs
> Imam Khomeini Street, Imam Khomeini Square
> Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 7700 1773 1639, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

1) Notice of Default Judgment (in English and Farsi);

2) Order of Partial Judgment for damages, dated 2/5/2020 (in English and Farsi);

3) A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and

4) Translator's Affidavit (in English only)

Dated: New York, New York
March 16, 2020

                                                RUBY J. KRAJICK
                                              CLERK OF COURT

                                              /s/ Shanee Mcleod
                                              Shanee Mcleod
                                              DEPUTY CLERK

ORIGIN ID:PCTA  (212) 805-0136
RUBY J. KRAJICK, CLERK OF COURT
DANIEL P. MOYNIHAN US COURTHOUSE
500 PEARL STREET
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 16MAR20
ACTWGT: 2.00 LB
CAD: 111096165/INET4220

BILL SENDER

TO  SECY OF STATE, DIR CON SERVICES
U.S. DEPARTMENT OF STATE
REV & INTER-AGCY LIAS (CA/OCS/PRI)
SA-29, 4TH FL, 2201 C ST, NW
WASHINGTON DC 20520
(571) 345-3186        REF: 634979
INV:
PO:                   DEPT:

FedEx Express

TUE - 17 MAR 3:00P
STANDARD OVERNIGHT

TRK# 7700 1773 1639
0201

ASR
20520
DC-US   IAD

EP KMDA

Align bottom of peel-and-stick airbill or pouch here.

Fold along dotted line to close.
To open, lift tab and pull quickly.