USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CERTIFICATE OF MAILING**

Case No(s).:  03-MDL-1570 (GBD) (SN)
15-cv-9903 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 16th day of March 2020, I
served defendant:

Islamic Revolutionary Guard Corps
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 7700 1770 7152, to the Secretary of
State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4), two (2) copies of:

1)   Notice of Default Judgment (in English and Farsi);

2)   Order of Partial Judgment for damages, dated 2/18/2020 (in English and Farsi);

3)   A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of title 28, United
States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign
Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and

4)   Translator's Affidavit (in English only)

Dated: New York, New York
March 16, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK



ORIGIN ID:PCTA    (212) 805-0136
RUBY J. KRAJICK, CLERK OF COURT
DANIEL P. MOYNIHAN US COURTHOUSE
500 PEARL STREET
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 16MAR20
ACTWGT: 2.00 LB
CAD: 111096165/INET4220

BILL SENDER

TO  SECY OF STATE, DIR CON SERVICES
U.S. DEPARTMENT OF STATE
REV & INTER-AGCY LIAS (CA/OCS/PRI)
SA-29, 4TH FL, 2201 C ST, NW
WASHINGTON DC 20520
(571) 345-3186
INV:                REF: 634979
PO:                 DEPT:

FedEx
Express

**TUE - 17 MAR 3:00P**
STANDARD OVERNIGHT
ASR

TRK#
0201  **7700 1770 7152**

**EP KMDA**           20520
              DC-US   IAD

Fold along dotted line to close.

To open, lift tab and pull quickly.

Align bottom of peel-and-stick airbill or pouch here.