```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/2020

03-MDL-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court has reviewed the letters filed by the Kingdom of Saudi Arabia and the Plaintiffs' Executive Committees regarding the hearing scheduled for March 23, 2020. ECF Nos. 6069, 6079. In light of the present circumstances and the burden to the parties, the March 23, 2020 hearing is ADJOURNED. A new date for this hearing, and for any necessary additional case management conferences, will be forthcoming.

The parties' request for a modification of the rules regarding the delivery of sealed filings in person to the Clerk's Office is GRANTED. The parties are further directed to file sealed documents in accordance with the Southern District of New York's February 3, 2020 rules regarding electronic filing under seal and this Court's revised individual rules.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 17, 2020
         New York, New York