USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Global Aerospace, Inc. et al.

v.

Kingdom of Saudi Arabia, et al.

**CERTIFICATE OF MAILING**

Case No(s).:   03-MDL-1570 (GBD) (SN)
18-cv-5373 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 17th day of March 2020, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 8091 9165 6911, to the U.S. Department of State Attn: FSIA, CA/OCS/L), SA-17, 10th Floor, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies (in both English and Farsi) of: 1) Complaint styled *Global Aerospace, Inc. et. al. v. Kingdom of Saudi Arabia et al.;* 2) Selected portions of a complaint styled *Havlish et al. v Sheikh Usamag Bin-Muhammad Bin-Laden et al.* that are incorporated into the aforementioned *Global* complaint; 3) Notice of Amendment to the *Global* complaint; 4) Summons to the Islamic Republic of Iran in respect to the *Global* Complaint; 5) Notice of Suit and Summons of the *Global* complaint; 6) Foreign Service Immunities Act; 7) Certificate of Translations for each document.

Dated: New York, New York
March 17, 2020

                                             RUBY J. KRAJICK
                                             CLERK OF COURT

                                             /s/ Shanee Mcleod
                                             Shanee Mcleod
                                             DEPUTY CLERK

**FedEx Express**

05743026   fedex.com 1.800.GoFedEx 1.800.463.3339   06511

FedEx Express US Airbill

**1 From** *Please print and press hard.*
Date:
Sender's Name: Ruby Krajick Clerk of Court
Sender's FedEx Account Number:
Company: US Dist. Ct. for Southern Dist. of NY
Address: 500 Pearl Street
City: New York   State: NY   ZIP: 10007-1312

**2 Your Internal Billing Reference** 6603599-00051

**3 To**
Recipient's Name: U.S. Dept. of State
Company: Attn: FS/A, CA/OCS/L, SA-17
Address: 10th Floor
City: Washington   State: D.C.   ZIP: 25022-1710

FedEx Tracking Number: 8091 9365 6911

**4 Express Package Service** Form ID No. 0200
☒ FedEx Priority Overnight

**5 Packaging**
☒ FedEx Pak*

**6 Special Handling and Delivery Signature Options**
Does this shipment contain dangerous goods? ☒ No

**7 Payment** Bill to:
☒ Third Party
FedEx Acct. No./Credit Card No.: 0606-6569-9

Total Packages:   Total Weight:   Total Declared Value: $ .00

644