UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
|---|---|

*This document relates to*:
All Actions

## PLAINTIFFS' MOTION TO SEAL FILING OF DECLARATIONS

At the March 4, 2020 conference, this Court directed Plaintiffs to file declarations concerning threats and perceived threats to witnesses in this case, and further directed that those declarations be "filed under seal." March 4, 2020 Hearing at 21. Plaintiffs therefore file this motion to seal in accordance with the procedures of this Court.

Dated: New York, New York
March 18, 2020

COZEN O'CONNOR

By: /s/ *Sean P. Carter*
SEAN P. CARTER
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com
*For the Plaintiffs' Exec. Committees*

MOTLEY RICE LLC

By: /s/ *Robert T. Haefele*
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com
*For the Plaintiffs' Exec. Committees*

KREINDLER & KREINDLER LLP

By: /s/ Steven R. Pounian
STEVEN R. POUNIAN
ANDREW J. MALONEY
750 Third Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: spounian@kreindler.com
*For the Plaintiffs' Exec. Committee*