UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has reviewed the affidavits submitted *ex parte* under seal by the Plaintiffs' Executive Committees ("PECs") on March 18, 2020, concerning threats and perceived threats to witnesses in this multidistrict litigation. The Court DENIES the Kingdom of Saudi Arabia's ("Saudi Arabia") request, at ECF No. 6017, to strike the allegations made in the PECs' February 21, 2020 letter at ECF No. 6003. Saudi Arabia's request that the PECs' immediately provide the identity of the witnesses referenced in the Declaration submitted by Andrew J. Maloney at ECF No. 6003-2 is also DENIED. The PECs are directed to disclose to Saudi Arabia any information regarding relevant threats on an individual basis as each deposition or declaration is noticed.

    The PECs are further directed to file a letter *ex parte* and under seal by April 9, 2020, regarding any efforts made by the PECs to report the alleged threats raised by CW1 to the Department of Justice.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      March 26, 2020
                New York, New York