UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                                    )       Civil Action No. 03 MDL 1570 (GBD) (SN)
IN RE:  TERRORIST ATTACKS ON                  )       ECF Case
SEPTEMBER 11, 2001                                       )
                                                                    )
_____)

This document relates to:

Ashton, et al. v. Kingdom of Saudi Arabia,
No. 17-cv-02003

Ashton, et al. v. al Qaeda, et al., No. 02-
cv-6977

## DECLARATION

We are the 9/11 Families: the spouses, children, parents, and siblings of the 2,977 persons

murdered on September 11, 2001, and the persons who suffered life-altering injuries, including

permanent respiratory diseases.  We have worked for many years, beginning with our battle in 2002 to

establish the 9/11 Commission, to get our government to share with us the truth about how the 9/11

hijackers were able to carry out the attacks, and specifically who helped them inside our country.  We

filed our lawsuits to learn that truth, and we have patiently attended the hearings held by the Court,

waiting for our government to step forward with the evidence assembled in its official investigation.


We are infuriated by the letter filed with the Court by the Federal Bureau of Investigation on

March 27, which now proposes to file under seal a secret brief and hundreds of pages of classified

information with the Court.  The 9/11 Families and their counsel must not be denied the opportunity to

obtain the evidence needed to prove their case.  The FBI's mission is to bring criminals to justice and

work to identify the perpetrators who helped carry out the worst mass murder and attack on our nation in its history.  We cannot fathom why the evidence about how Saudi government officials helped the 9/11 hijackers in California two decades ago should remain a secret today.  In any other case involving criminal acts carried out inside our country, the victims and the public would have known the truth long ago.  We are patronized and told by the FBI that holding back information is for our own good, for our national security.  But there would be no need for secrecy if Saudi Arabia was in fact innocent. Our most vital national security is possession of the truth.

We are particularly disturbed by the timing of the FBI's request, in the middle of the coronavirus pandemic.  The 9/11 Families include brave first responders with compromised immune and respiratory systems caused by Ground Zero exposure, who are highly vulnerable to the spreading virus.  We are confined to our homes, which for many of us are located in the pandemic's current epicenter.  Our President, Governors, Senators, Representatives and Mayors have all declared that we are now in war times as we combat this disease.  We are shocked that the FBI has chosen this somber time to pursue its agenda of hiding the truth forever from us and the American people.

We will never forget, and will not rest until justice is served and the truth is known.

Signatories

| | |
|---|---|
| Kathleen Ashton | Dennis P. McGinley |
| John Ashton | Martin McGinley |
| Gail P. Eagleson | Timothy L. Frolich |
| Brett W. Eagleson | Patricia Kellett |
| Kathleen M. Wisniewski | Charles G. Wolf |
| Matthew Wisniewski | Raj B. Thackurdeen |
| Lisa Friedman – Clark | Roshni D. Thackurdeen |
| Kathleen M. Haberman | Rajesh Sean Thackurdeen |
| Gordon Haberman | Savita Thackurdeen |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____MARCH 30, 2020_____ , ____QUEENS____ , ____NY____
      (date)       (county)    (state)

_____
(signature)

Mother of Thomas J. Ashton WTC North Tower
(9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___MARCH 30, 2020___, ___QUEENS___, ___NY___

                    (date)            (county)          (state)

_John Ashton_
(signature)

_Father of Thomas J. Ashton_ WTC NORTH TOWER
(9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ Mar, 30, 2020 __ Middlesex __, __ Connecticut __
(date)                    (county)              (state)

_____ Gail P. Eagleson _____
(signature)

_____ Husband of J. Bruce Eagleson _____
(9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/30/2020___, ___Middlesex___, ___Connecticut___
              (date)                (county)        (state)

_____
(signature)

Lost my dad Bruce Eagleson
(9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March  30, 2020  ,  Monmouth  ,  New Jersey
                   (date)                  (county)                 (state)

_Kathleen M. Wisniewski_
(signature)

spouse of Alan L. Wisniewski
(9/11 Affiliation)
South World Trade Center

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March  30, 2020___ , ___Monmouth___ , ___New Jersey___
                    (date)                (county)         (state)

_Matthew Wisniewski_
                 (signature)

SON of Alan L. Wisniewski
          (9/11 Affiliation)
World Trade Center South Tower

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/30/2020___, ___Palm Beach___ ___Florida___
        (date)                    (county)         (state)

_____
          (signature)

_____
Wife of Andrew Friedman,
        (9/11 Affiliation)
92nd Floor, 1 WTC,
Carr Futures —
murdered on 9/11/01

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/30/2020___ ___WASHINGTON___ ___WISCONSIN___
              (date)             (county)       (state)

_Kathleen M Haberman_
           (signature)

_MOTHER OF ANDREA LYN HABERMAN_
          (9/11 Affiliation)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____03/30/2020_____ _____WASHINGTON_____, _____WISCONSIN_____
                     (date)              (county)          (state)

_____
                          (signature)

FATHER ANDREALYN HASHJHAN
                   (9/11 Affiliation)

Our President, Governors, Senators, Representatives and Mayors have all declared that we are now in war times as we combat this disease.  We are shocked that the FBI has chosen this somber time to pursue its agenda of hiding the truth forever from us and the American people.

We will never forget, and will not rest until justice is served and the truth is known.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____3/30/20_____, ___BERGEN___, ___NJ_____
                    (date)                              (county)                      (state)

*Dennis P. McGinley*
(signature)

*BROTHER of DANIEL F. McGINLEY*
(9/11 Affiliation)

Our President, Governors, Senators, Representatives and Mayors have all declared that we are now in war times as we combat this disease.  We are shocked that the FBI has chosen this somber time to pursue its agenda of hiding the truth forever from us and the American people.

We will never forget, and will not rest until justice is served and the truth is known.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on ___5/30/2020___, ___Bergen___, ___N J.___
  (date)                    (county)                (state)

_Marta McGinley_
(signature)

_Brother of Daniel F. McGinley_
(9/11 Affiliation)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _MARCH 30, 2020_ , _Kings_ , _New York_
                  (date)                    (county)           (state)

_Timothy L. Fidler_
                      (signature)

_INJURED SURVIVOR - SOUTH TOWER_
                (9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___*March 30, 2020*___ , _____

(date)                              (county)          (state)

*Patricia Kellett*

(signature)

_____

(9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Mach 30, 2020_ , _New York_ , _NY_
               (date)                   (county)          (state)

_Charles D Wolf_
(signature)

_Husband of Katherine Wolf_
(9/11 Affiliation)
97th Floor, One World Trade Center

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Monday, March 30, 2020_ , _Orange_ , _New York_
(date)                                  (county)          (state)

_Raj B. Sen_ (signature)

RAJ B. THACKURDEEN

Brother of Ciounattie Thackurdeen    Tower 2
(9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Monday, March 30, 2020_ , _Orange_ , _New York_
(date)                                    (county)              (state)

_____
(signature)

_Supervisor of Committee Thackurdeen_   Tower 2
(9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/30/2020___ , ___Orange___ , ___New York___
(date)                         (county)           (state)

Rajesh Seorge Thackurdeen

_Rajesh Thackurdeen_
(signature)

_Nephew, of Goumattie Thackurdeen_
(9/11 Affiliation)                Tower 2

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/30/2020___ , ___Orange___ , ___New York___
(date)                             (county)              (state)

Savita Thackurdeen

___S Thann___
(signature)

___Niece of Coumattie Thackurdeen___
(9/11 Affiliation)      Tower 2

3