# EXHIBIT B

List of approximately 804 Clients who have authorized us, in writing, to tender the Declaration as signed or have been physically signed the Declaration, which have been processed by 5:00 PM on 03/31/2020.

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 1 | Erik K. Aamoth | Gordon McCannel Aamoth, Jr. | Sibling |
| 2 | Gordon Aamoth, Sr. | Gordon McCannel Aamoth, Jr. | Parent |
| 3 | Gordon Aamoth, Sr. | Gordon McCannel Aamoth, Jr. | PR |
| 4 | Mary Aamoth | Gordon McCannel Aamoth, Jr. | Parent |
| 5 | Peter Aamoth | Gordon McCannel Aamoth, Jr. | Sibling |
| 6 | Angeli Ylanan Agarwala | Mukul Kumar Agarwala | Child |
| 7 | Thanbir Ahmed | Shabbir Ahmed | Child |
| 8 | Aracelis Albero | Gary Albero | Spouse |
| 9 | Aracelis Albero | Gary Albero | PR |
| 10 | Robert C. Alonso | Janet Alonso | Spouse |
| 11 | Robert C. Alonso | Janet Alonso | PR |
| 12 | Victoria Alonso | Janet Alonso | Child |
| 13 | Robert C. Alonso Jr. | Janet Alonso | Child |
| 14 | Karen Banyo | Janet Alonso | Sibling |
| 15 | Anthony Amatuccio | Joseph Amatuccio | Sibling |
| 16 | Antoinette Amatuccio a/k/a Antoinette R. Callori | Joseph Amatuccio | Sibling |
| 17 | Debra Amatuccio | Joseph Amatuccio | Spouse |
| 18 | Debra Amatuccio | Joseph Amatuccio | PR |
| 19 | Rachel Dana Aron Weiner | Joshua Aron | Spouse |
| 20 | Rachel Dana Aron Weiner | Joshua Aron | PR |
| 21 | Carl Asaro | Carl Asaro | Child |
| 22 | Marc Asaro | Carl Asaro | Child |
| 23 | Antonio Aversano | Louis F. Aversano Jr. | Child |
| 24 | Doris Aversano | Louis F. Aversano Jr. | Spouse |
| 25 | Doris Aversano | Louis F. Aversano Jr. | PR |
| 26 | Lisa R. Procaccio | Louis F. Aversano Jr. | Child |
| 27 | Leyda C. Ayala | Samuel (Sandy) Ayala | Spouse |
| 28 | Leyda C. Ayala | Samuel (Sandy) Ayala | PR |
| 29 | Evelyn Pettignano | Arlene T. Babakitis | Sibling |
| 30 | Sadie Reoch | Arlene T. Babakitis | Parent |
| 31 | Karen Ann Reoch | Arlene T. Babakitis | Sibling |
| 32 | Laura Baierwalter | Robert J. Baierwalter | Spouse |
| 33 | Laura Baierwalter | Robert J. Baierwalter | PR |
| 34 | Raymond Baierwalter | Robert J. Baierwalter | Child |
| 35 | Richard Baierwalter | Robert J. Baierwalter | Child |
| 36 | Veronica Baierwalter | Robert J. Baierwalter | Child |
| 37 | Maureen Schlowinski | Robert J. Baierwalter | Sibling |
| 38 | Russell Barnes | Matthew Barnes | Sibling |
| 39 | Christine Barnes-Murrell | Shelia P. Barnes | Child |
| 40 | Zulema Barnes-Robinson | Shelia P. Barnes | Child |
| 41 | Elizabeth a/k/a Betty Bennett | Eric L. Bennett | Parent |
| 42 | Elizabeth a/k/a Betty Bennett | Eric L. Bennett | PR |
| 43 | Terry Bennett | Eric L. Bennett | Parent |

1

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 44 | Margaret Burke a/k/a Margaret Burke | William G. Biggart | Sibling |
| 45 | William Bishop | George Bishop | Child |
| 46 | Kevin Smith | Carrie R. Blagburn | Child |
| 47 | Alexander Blanding | Harry J. Blanding | Sibling |
| 48 | Dorothy Blanding | Harry J. Blanding | Parent |
| 49 | Joseph Anthony Bonomo | Frank J. Bonomo | Child |
| 50 | Juliana Rose Bonomo | Frank J. Bonomo | Child |
| 51 | Margarite Bonomo | Frank J. Bonomo | Spouse |
| 52 | Margarite Bonomo | Frank J. Bonomo | PR |
| 53 | Andrea Caballero | Daniel M. Caballero | Sibling |
| 54 | Andres Caballero | Daniel M. Caballero | Parent |
| 55 | Claudia Caballero | Daniel M. Caballero | Sibling |
| 56 | Maria Caballero | Daniel M. Caballero | Parent |
| 57 | Maria Caballero | Daniel M. Caballero | PR |
| 58 | Jamie Cachia | Brian Cachia | Sibling |
| 59 | Sabrina C. Spencer | Brian Cachia | Parent |
| 60 | Joseph Cachia | Brian Cachia | Parent |
| 61 | Martin Armstrong | Felix Calixte | Sibling |
| 62 | Peter Anderson Calixte | Felix Calixte | Sibling |
| 63 | Marguerite Calixte-Williams | Felix Calixte | Parent |
| 64 | Marguerite Calixte-Williams | Felix Calixte | PR |
| 65 | Nina DeSouza | Felix Calixte | Sibling |
| 66 | Keream Williams | Felix Calixte | Sibling |
| 67 | Kizzy Williams | Felix Calixte | Sibling |
| 68 | Remy Williams | Felix Calixte | Sibling |
| 69 | Terra Williams | Felix Calixte | Sibling |
| 70 | Angela Callahan | Francis J. Callahan | Spouse |
| 71 | Angela Callahan | Francis J. Callahan | PR |
| 72 | Harry Callahan | Francis J. Callahan | Child |
| 73 | Nora M. Callahan | Francis J. Callahan | Child |
| 74 | Peter Callahan | Francis J. Callahan | Child |
| 75 | Rose Callahan | Francis J. Callahan | Child |
| 76 | Angelina Camaj | Roko Camaj | Child |
| 77 | Vincent Camaj | Roko Camaj | Child |
| 78 | Nicholas A. Carlone | David G. Carlone | Child |
| 79 | Angenette Cash | Angelene C. Carter | Child |
| 80 | Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry | Angelene C. Carter | Child |
| 81 | Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry | Angelene C. Carter | PR |
| 82 | Paul Casalduc | Vivian Casalduc | Child |
| 83 | Yon-Paul Casalduc | Vivian Casalduc | PR |
| 84 | Jeanette Kirby | Vivian Casalduc | Sibling |
| 85 | Maria Poliard | Vivian Casalduc | Parent |
| 86 | Steven Castano | Alejandro Castano | Child |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 87 | Yolanda Castano | Alejandro Castano | Parent |
| 88 | Claudia Rodriguez | Alejandro Castano | Sibling |
| 89 | Ana L. Centeno | Ana M. Centeno | Sibling |
| 90 | Jesus Centeno | Ana M. Centeno | Sibling |
| 91 | Julio Masa Lebron | Ana M. Centeno | Parent |
| 92 | Harry Massa | Ana M. Centeno | Sibling |
| 93 | Havier Massa | Ana M. Centeno | Sibling |
| 94 | Angeles Rivera | Ana M. Centeno | Sibling |
| 95 | Angeles Rivera | Ana M. Centeno | PR |
| 96 | Antonia Torres Ayala | Ana M. Centeno | Parent |
| 97 | Maria Zayas | Ana M. Centeno | Sibling |
| 98 | Tammy Marie Merritt a/k/a Tammy Marie Chada Merritt | John Chada | Child |
| 99 | Virginia Chada | John Chada | Spouse |
| 100 | Virginia Chada | John Chada | PR |
| 101 | Selena Cherry-Daniel | Vernon P. Cherry | Child |
| 102 | Brittany Hantz | Benjamin K. Clark | Child |
| 103 | Christopher James Cleary | Kevin F. Cleary | Sibling |
| 104 | Christopher James Cleary | Kevin F. Cleary | co-PR |
| 105 | Michael G. Cleary | Kevin F. Cleary | Sibling |
| 106 | Patricia Mary Cleary | Kevin F. Cleary | Sibling |
| 107 | Patricia Mary Cleary | Kevin F. Cleary | co-PR |
| 108 | Maureen Cleary Colligan | Kevin F. Cleary | Sibling |
| 109 | Beth Schutte | Patricia A. Cody | Child |
| 110 | Juana Colon | Jaime Concepcion | Spouse |
| 111 | Juana Colon | Jaime Concepcion | PR |
| 112 | Orquidia Colon | Jaime Concepcion | Child |
| 113 | Reginald Colon | Jaime Concepcion | Child |
| 114 | Rosa Colon | Jaime Concepcion | Child |
| 115 | Jaime Concepcion Jr. | Jaime Concepcion | Child |
| 116 | April Alexander | Brenda E. Conway | Sibling |
| 117 | Mandell Conway | Brenda E. Conway | Child |
| 118 | Linda McGee | Brenda E. Conway | Sibling |
| 119 | Laura Buck | Georgine R. Corrigan | Child |
| 120 | Laura Buck | Georgine R. Corrigan | PR |
| 121 | John Costanza | Digna Costanza | Spouse |
| 122 | John Costanza | Digna Costanza | PR |
| 123 | Carol Cubas | Kenneth J. Cubas | Spouse |
| 124 | Carol Cubas | Kenneth J. Cubas | PR |
| 125 | Helga Curtin | Michael Curtin | Spouse |
| 126 | Helga Curtin | Michael Curtin | PR |
| 127 | Erika C. Sufilka | Michael Curtin | Child |
| 128 | Tanya Dale | Titus Davidson | Child |
| 129 | Tanya Dale | Titus Davidson | PR |
| 130 | Paige Debek | Tara Debek | Child |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 131 | Dariusz Debek | Tara Debek | PR |
| 132 | Maureen Moore | Tara Debek | Parent |
| 133 | Robert Moore | Tara Debek | Sibling |
| 134 | Lisa Reahl | Tara Debek | Sibling |
| 135 | Dale Choate | Gerald F. DeConto | Sibling |
| 136 | David DeConto | Gerald F. DeConto | Sibling |
| 137 | Patricia DeConto | Gerald F. DeConto | Parent |
| 138 | Raymond DeConto | Gerald F. DeConto | Sibling |
| 139 | Marie DeConto LeBlanc | Gerald F. DeConto | Sibling |
| 140 | Paul DeMartini | Francis DeMartini | Sibling |
| 141 | Paul DeMartini, as Personal Representative of the Estate of Alfred DeMartini | Francis DeMartini | Parent (Deceased) |
| 142 | Anny Depena | Jose Depena | Sibling |
| 143 | Anthony Desperito | Andrew Desperito | Child |
| 144 | David Desperito | Andrew Desperito | Child |
| 145 | Laura Desperito-Filiberto | Andrew Desperito | Spouse |
| 146 | Laura Desperito-Filiberto | Andrew Desperito | PR |
| 147 | Joseph A. Deuel | Cindy Ann Deuel | Sibling |
| 148 | Joseph P. Deuel | Cindy Ann Deuel | Parent |
| 149 | Richard A. Deuel | Cindy Ann Deuel | Sibling |
| 150 | Casey Devlin | Dennis L. Devlin | Child |
| 151 | Dennis Devlin | Dennis L. Devlin | Child |
| 152 | Kathleen A. Devlin | Dennis L. Devlin | Spouse |
| 153 | Kathleen A. Devlin | Dennis L. Devlin | PR |
| 154 | Kathleen E. Devlin | Dennis L. Devlin | Child |
| 155 | Kerry Sharkey | Dennis L. Devlin | Child |
| 156 | Sandra Ahern as Personal Representative of the Estate of Christopher Diaz | Matthew Diaz | Sibling (Deceased) |
| 157 | Samia Doany | Ramzi A. Doany | Parent |
| 158 | Benjamin Dominguez, Jr. | Carlos Dominguez | Sibling |
| 159 | Catherine Fleming | Lawrence Don Kim | Sibling |
| 160 | George A. Cuellar | Luke Dudek | Spouse |
| 161 | George A. Cuellar | Luke Dudek | PR |
| 162 | John Churchill as Personal Representative of the Estate of Lois Churchill | John E. Eichler | Sibling (Deceased) |
| 163 | John R. Eichler | John E. Eichler | Child |
| 164 | John R. Eichler | John E. Eichler | PR |
| 165 | John R. Eichler as Personal Representative of the Estate of Margaret L. Eichler | John E. Eichler | Spouse (Deceased) |
| 166 | Benjamin Edokpayi | Sadie Ette | PR |
| 167 | Jane M. Cristiano | Thomas Farino | Child |
| 168 | Frank Farino | Thomas Farino | Sibling |
| 169 | Patrick Farino | Thomas Farino | Sibling |

|  | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 170 | Mary A. Farino-Thomas | Thomas Farino | Spouse |
| 171 | Mary A. Farino-Thomas | Thomas Farino | PR |
| 172 | Jennifer Artola | Francis J. Feely | Child |
| 173 | Alexis Feliciano | Rose Maria Feliciano | Child |
| 174 | Amanda Feliciano | Rose Maria Feliciano | Child |
| 175 | Isaac Feliciano | Rose Maria Feliciano | Spouse |
| 176 | Isaac Feliciano | Rose Maria Feliciano | PR |
| 177 | Christina D. Fisher | Andrew Fisher | Sibling |
| 178 | John Fisher | Andrew Fisher | Sibling |
| 179 | Maria R. Fisher | Andrew Fisher | Sibling |
| 180 | Marie E. Fisher | Andrew Fisher | Parent |
| 181 | Nina A. Fisher | Andrew Fisher | Sibling |
| 182 | Nina Fisher & John Fisher as Personal Representatives of the Estate of John F. Fisher | Andrew Fisher | Parent (Deceased) |
| 183 | Stephanie E. Lang | Andrew Fisher | Spouse |
| 184 | Stephanie E. Lang | Andrew Fisher | PR |
| 185 | Catherine A. Chiola | John Roger Fisher | Sibling |
| 186 | Catherine A. Chiola | John Roger Fisher | PR |
| 187 | Bridget E. Fisher | John Roger Fisher | Child |
| 188 | Evan H. Fisher | John Roger Fisher | Child |
| 189 | Kyle Fisher | John Roger Fisher | Child |
| 190 | Ryan P. Fisher | John Roger Fisher | Child |
| 191 | Tina M. Fisher | John Roger Fisher | Sibling |
| 192 | Erin N. Siegel | John Roger Fisher | Child |
| 193 | Kylie Eve Florio | John J. Florio | Child |
| 194 | Michael J. Florio | John J. Florio | Child |
| 195 | Shari Florio | John J. Florio | Spouse |
| 196 | Shari Florio | John J. Florio | PR |
| 197 | David Fogel | Stephen M. Fogel | Sibling |
| 198 | Karen Hamorsky | Stephen M. Fogel | Sibling |
| 199 | Laurie Pater | Stephen M. Fogel | Spouse |
| 200 | Laurie Pater | Stephen M. Fogel | PR |
| 201 | Raymond Durant | Virgin (Lucy) Francis | Child |
| 202 | Laurie Vigeant | Gary J. Frank | Sibling |
| 203 | Pamela Freiman Rentzer a/k/a Pamela Freiman | Brett O. Freiman | Sibling |
| 204 | Pamela Freiman Rentzer a/k/a Pamela Freiman | Brett O. Freiman | PR |
| 205 | Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman | Brett O. Freiman | Parent (Deceased) |
| 206 | Audrey Ades | Paul Friedman | Spouse |
| 207 | Audrey Ades | Paul Friedman | PR |
| 208 | Carolyn Belford | Anthony E. Gallagher | Sibling |
| 209 | Janet Baronian | Edward F. Geraghty | Sibling |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 210 | Lynn Cannata | Edward F. Geraghty | Sibling |
| 211 | Colleen Geraghty | Edward F. Geraghty | Sibling |
| 212 | Mary Geraghty | Edward F. Geraghty | Spouse |
| 213 | Mary Geraghty | Edward F. Geraghty | PR |
| 214 | Maureen Geraghty | Edward F. Geraghty | Sibling |
| 215 | Edward Goldstein | Michelle H. Goldstein | PR |
| 216 | Tatiana R. Gomez | Wilder A. Gomez | Spouse |
| 217 | Alexis Goody-Harding | Harry Goody | Child |
| 218 | David Gordenstein | Lisa F. Gordenstein | Spouse |
| 219 | David Gordenstein | Lisa F. Gordenstein | PR |
| 220 | Lawrence Gray | Tara McCloud Gray | Spouse |
| 221 | Lawrence Gray | Tara McCloud Gray | PR |
| 222 | June Griffin | John M. Griffin | Spouse |
| 223 | June Griffin | John M. Griffin | PR |
| 224 | Jenna Griffin | John M. Griffin | Child |
| 225 | Nenita Grijalvo | Ramon Grijalvo | Spouse |
| 226 | Nenita Grijalvo | Ramon Grijalvo | PR |
| 227 | Rachel Grijalvo | Ramon Grijalvo | Child |
| 228 | Raymond Grijalvo | Ramon Grijalvo | Child |
| 229 | Frances Grouzalis | Kenneth Grouzalis | Spouse |
| 230 | Frances Grouzalis | Kenneth Grouzalis | PR |
| 231 | Myrta Gschaar | Robert Gschaar | Spouse |
| 232 | Myrta Gschaar | Robert Gschaar | PR |
| 233 | Genevieve Gyulavary | Peter Gyulavary | Child |
| 234 | Jane Gyulavary | Peter Gyulavary | Spouse |
| 235 | Jane Gyulavary | Peter Gyulavary | PR |
| 236 | Bebe Hafiz | Nezam Hafiz | Parent |
| 237 | Deborah Khublall | Nezam Hafiz | Sibling |
| 238 | Deborah Khublall | Nezam Hafiz | PR |
| 239 | Alisha Halmon | Carolyn Halmon | Child |
| 240 | Standish Halmon | Carolyn Halmon | Child |
| 241 | Talat Hamdani | Mohammad S. Hamdani | Parent |
| 242 | Zeshan Hamdani | Mohammad S. Hamdani | Sibling |
| 243 | Talat Hamdani | Mohammad S. Hamdani | PR |
| 244 | Barbara Haskell | Thomas Haskell | Spouse |
| 245 | Barbara Haskell | Thomas Haskell | PR |
| 246 | Erin Haskell | Thomas Haskell | Child |
| 247 | Maureen Haskell | Thomas Haskell | Parent |
| 248 | Meaghan Haskell | Thomas Haskell | Child |
| 249 | Tara Haskell | Thomas Haskell | Child |
| 250 | Maureen Haskell | Timothy Haskell | Parent |
| 251 | Melissa J. Bernstein | Roberta B. Heber | Child |
| 252 | Robyn Bernstein Donati | Roberta B. Heber | Child |
| 253 | Marinella Hemenway | Ronald J. Hemenway | PR |
| 254 | Marinella Hemenway | Ronald J. Hemenway | Spouse |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 255 | Tara Butzbaugh | John Christopher Henwood Jr. | Sibling |
| 256 | Catherine M. Eklund | John Christopher Henwood Jr. | Sibling |
| 257 | David D. Henwood III | John Christopher Henwood Jr. | Sibling |
| 258 | David D. Henwood Jr. | John Christopher Henwood Jr. | Parent |
| 259 | Mary C. Henwood | John Christopher Henwood Jr. | Parent |
| 260 | Mary L. Henwood | John Christopher Henwood Jr. | Sibling |
| 261 | Pamela Dixon | DaJuan Hodges | Parent |
| 262 | Sherard Dixon | DaJuan Hodges | Sibling |
| 263 | Jatair Persol | DaJuan Hodges | Child |
| 264 | David Cannella | Judith Hofmiller | Child |
| 265 | Robert Hofmiller | Judith Hofmiller | Sibling |
| 266 | Robert Hofmiller as Personal Representative of the Estate of Emma Graves | Judith Hofmiller | Parent (Deceased) |
| 267 | Francis X. Houston | Charles J. Houston | Sibling |
| 268 | Joan M. Houston | Charles J. Houston | Sibling |
| 269 | Linda Houston | Charles J. Houston | Spouse |
| 270 | Linda Houston | Charles J. Houston | PR |
| 271 | Joanne Hrycak | Marian R. Hrycak | Spouse |
| 272 | Joanne Hrycak | Marian R. Hrycak | PR |
| 273 | Trina Sabb | Lamar D. Hulse | Sibling |
| 274 | Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles | Peggie Hurt | Parent (Deceased) |
| 275 | Ben Huttler | Joseph S. Huttler | Child |
| 276 | Frida Huttler | Joseph S. Huttler | Child |
| 277 | Gideon Huttler | Joseph S. Huttler | Child |
| 278 | Miriam Zehava Huttler | Joseph S. Huttler | Spouse |
| 279 | Miriam Zehava Huttler | Joseph S. Huttler | PR |
| 280 | Patricia Catherine Hardy | Stephen N. Hyland | Sibling |
| 281 | Stephen Hyland | Stephen N. Hyland | Parent |
| 282 | Stephen Hyland | Stephen N. Hyland | PR |
| 283 | Jacobo Castro | Gricelda E. James | Child |
| 284 | Jairo Castro | Gricelda E. James | Child |
| 285 | Michael Zinkofsky | Maxima Jean-Pierre | Spouse |
| 286 | Michael Zinkofsky | Maxima Jean-Pierre | PR |
| 287 | Melissa Jimenez | Eliezer Jimenez (Jr.) | Child |
| 288 | Anthony Salas | Eliezer Jimenez (Jr.) | Child |
| 289 | Farida Kamardinova | Gavkharoy Kamardinova | Parent |
| 290 | Fotima Kamardinova | Gavkharoy Kamardinova | Sibling |
| 291 | Mukhamet Kamardinov | Gavkharoy Kamardinova | Parent |
| 292 | Zukhra Koragoz | Gavkharoy Kamardinova | Sibling |
| 293 | Timothy Kane | Jennifer L. Kane | Sibling |
| 294 | Matthew Kane | Jennifer L. Kane | Sibling |
| 295 | Craig Griffin | Lisa Kearney-Griffin | Spouse |
| 296 | Craig Griffin | Lisa Kearney-Griffin | PR |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 297 | Maurice Corbett Kearney | Lisa Kearney-Griffin | Sibling |
| 298 | Jeanne Keating | Paul Hanlon Keating | Sibling |
| 299 | Jeffrey Keating | Paul Hanlon Keating | Sibling |
| 300 | Belinda Bennett a/k/a Belinda Carter | Brenda Kegler | Child |
| 301 | Simara Warren | Brenda Kegler | Child |
| 302 | Simara Warren | Brenda Kegler | PR |
| 303 | Anne K. Juleff | Thomas M. Kelly | Spouse |
| 304 | Anne K. Juleff | Thomas M. Kelly | PR |
| 305 | Allison Garger | Thomas Kennedy | Spouse |
| 306 | Allison Garger | Thomas Kennedy | PR |
| 307 | Robert Murray | Lucille T. King | co-PR |
| 308 | Karen Barrett | Lucille T. King | co-PR |
| 309 | Christopher Kloepfer | Ronald Philip Kloepfer | Sibling |
| 310 | Janet C. Kloepfer | Ronald Philip Kloepfer | Parent |
| 311 | Robert Kloepfer Jr. | Ronald Philip Kloepfer | Sibling |
| 312 | Kim McKenna | Ronald Philip Kloepfer | Sibling |
| 313 | John Koecheler | Gary E. Koecheler | Child |
| 314 | Maureen Koecheler | Gary E. Koecheler | Spouse |
| 315 | Maureen Koecheler | Gary E. Koecheler | PR |
| 316 | Paul Koecheler | Gary E. Koecheler | Child |
| 317 | Judy Schneider | Gary E. Koecheler | Sibling |
| 318 | Roger Kyte | Angela R. Kyte | Spouse |
| 319 | Roger Kyte | Angela R. Kyte | PR |
| 320 | Jem A. Howard | Alan LaFrance | Child |
| 321 | Anna Ledee | Kenneth Charles Ledee | Parent |
| 322 | Patrick Lenoir | John R. Lenoir | Sibling |
| 323 | Elaine Farrally-Plourde | Charles A. Lesperance | Child |
| 324 | Elaine Farrally-Plourde | Charles A. Lesperance | co-PR |
| 325 | Leslie K. Lesperance | Charles A. Lesperance | Child |
| 326 | Leslie K. Lesperance | Charles A. Lesperance | co-PR |
| 327 | Mindy Gottenberg | Alisha C. Levin | Sibling |
| 328 | Mindy Gottenberg | Alisha C. Levin | PR |
| 329 | Rennea Butler | Samantha Lightbourn-Allen | Sibling |
| 330 | Olga Colon | Carlos R. Lillo | Sibling |
| 331 | Iliana E. Flores | Carlos R. Lillo | Sibling |
| 332 | Nahid Mashayekhi Lin | Darya Lin | Parent |
| 333 | Bernard Lopes | Salvatore Lopes | Sibling |
| 334 | Michael Lopez Feliciano | George Lopez | Child |
| 335 | Sophia W. M. Feliciano | George Lopez | Spouse |
| 336 | Sophia W. M. Feliciano | George Lopez | PR |
| 337 | Brenda Lynch | James T. Lynch | Spouse |
| 338 | Brenda Lynch | James T. Lynch | PR |
| 339 | Paul Thomas Lynch | James T. Lynch | Child |
| 340 | Michele Magazine | Jay R. Magazine | Sibling |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 341 | Janet Wexler Magee | Charles W. Magee | Spouse |
| 342 | Janet Wexler Magee | Charles W. Magee | PR |
| 343 | Miriam R. Carrasquillo | Debora I. Maldonado | Sibling |
| 344 | Elvia Diaz | Debora I. Maldonado | Parent |
| 345 | Leslie Edwards | Debora I. Maldonado | Sibling |
| 346 | April Fitzgerald as Personal Representative of the Estate of Merlyn Maloy | Gene Maloy | Parent (Deceased) |
| 347 | April Fitzgerald | Gene Maloy | Sibling |
| 348 | April Fitzgerald | Gene Maloy | PR |
| 349 | Anthony Mancini | Francisco M. Mancini a/k/a Frank Mancini | Sibling |
| 350 | Anastasia Mancini a/k/a Anastasia Louvelos | Francisco M. Mancini a/k/a Frank Mancini | Spouse |
| 351 | Anastasia Mancini a/k/a Anastasia Louvelos | Francisco M. Mancini a/k/a Frank Mancini | PR |
| 352 | Sophia Mancini | Francisco M. Mancini a/k/a Frank Mancini | Child |
| 353 | Laura aka Laura E. Mardovich Balemian | Edward J. Mardovich | Spouse |
| 354 | Victoria Catanese | Edward J. Mardovich | Child |
| 355 | Edward J. Mardovich III | Edward J. Mardovich | Child |
| 356 | Joseph Mardovich | Edward J. Mardovich | Child |
| 357 | Leigh Mardovich | Edward J. Mardovich | Child |
| 358 | Christine Mariani | Louis N. Mariani | Sibling |
| 359 | Christina Martinez | Betsy Martinez | Child |
| 360 | Arnold F. Mascali Jr. | Joseph A. Mascali | Sibling |
| 361 | Cathyanne Mascali Sprenger | Joseph A. Mascali | Sibling |
| 362 | Sherman Acker | Ada L. Mason | Spouse |
| 363 | Joann Johnson | Ada L. Mason | Sibling |
| 364 | Jimmie L. Willson | Ada L. Mason | Sibling |
| 365 | Donald Mauro | Nancy Mauro | Spouse |
| 366 | Donald Mauro | Nancy Mauro | PR |
| 367 | Linda D. May | Thomas McHale | Sibling |
| 368 | Joseph M. McHale | Thomas McHale | Sibling |
| 369 | John F. McHale Jr. a/k/a Jack McHale | Thomas McHale | Sibling |
| 370 | Damon McMahon | Robert D. McMahon | Sibling |
| 371 | Kim McNeil | Walter A. McNeil | Child |
| 372 | Kim McNeil | Walter A. McNeil | PR |
| 373 | Judith McNeil | Walter A. McNeil | Sibling |
| 374 | Scarlyn Mejia | Manuel E. Mejia | Child |
| 375 | Scarlyn Mejia | Manuel E. Mejia | PR |
| 376 | Jose Miguel Mejia Peguero | Manuel E. Mejia | Child |
| 377 | Yaritza Franco Estudillo | Antonio Melendez | Child |
| 378 | Daisy N. Melendez | Antonio Melendez | Child |
| 379 | Ellen Mello | Christopher D. Mello | Parent |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 380 | Ellen Mello | Christopher D. Mello | PR |
| 381 | Donna Velazquez | Frank V. Moccia | Child |
| 382 | Frank Moccia | Frank V. Moccia | Child |
| 383 | Cindy Montoya | Antonio Montoya | Child |
| 384 | Jorge Montoya | Antonio Montoya | Child |
| 385 | Gilberto Montoya-Londono | Carlos A. Montoya | Sibling |
| 386 | Jaime Montoya-Londono | Carlos A. Montoya | Sibling |
| 387 | Luis F. Montoya-Londono | Carlos A. Montoya | Sibling |
| 388 | Portia Morales | Paula E. Morales | Child |
| 389 | Stephanie Morales-Guerrero | Paula E. Morales | Child |
| 390 | Stephanie Morales-Guerrero | Paula E. Morales | PR |
| 391 | Michael Moran | John Moran | Sibling |
| 392 | Mona O'Connor | John Moran | Sibling |
| 393 | Kim Racklin | John Moran | Spouse |
| 394 | Kim Racklin | John Moran | PR |
| 395 | Alfia L. Gilligan (nee Morello) | Steven Morello | Child |
| 396 | Steven Morello | Steven Morello | Child |
| 397 | Jessica Spiers | Steven Morello | Child |
| 398 | Dahlia Morris | Odessa V. Morris | Child |
| 399 | Horace Morris | Odessa V. Morris | Spouse |
| 400 | Horace Morris | Odessa V. Morris | PR |
| 401 | Jan-Sheri Morris | Odessa V. Morris | Child |
| 402 | Ferdinand Morrone | Ferdinand Morrone | Child |
| 403 | George Jebrine | Jude Moussa | co-PR |
| 404 | Anne Muldowney | Richard Muldowney Jr. | Parent |
| 405 | Brian Muldowney | Richard Muldowney Jr. | Sibling |
| 406 | Kevin Muldowney | Richard Muldowney Jr. | Sibling |
| 407 | Mary Muldowney | Richard Muldowney Jr. | Sibling |
| 408 | Timothy Muldowney | Richard Muldowney Jr. | Sibling |
| 409 | Colleen Andello | Richard Muldowney Jr. | Sibling |
| 410 | Kevin Mulligan | Dennis M. Mulligan | Sibling |
| 411 | Masako Murphy | Patrick J. Murphy | Spouse |
| 412 | Masako Murphy | Patrick J. Murphy | PR |
| 413 | Mitchell Murphy | Patrick J. Murphy | Child |
| 414 | Christopher Nardone | Mario Nardone Jr. | Sibling |
| 415 | Jeanine Rao | Mario Nardone Jr. | Sibling |
| 416 | Jeanine Rao as Personal Representative of the Estate of Linda Nardone | Mario Nardone Jr. | Parent (Deceased) |
| 417 | Jerrell Nedd | Jerome O. Nedd | Child |
| 418 | Roxanne Nedd | Jerome O. Nedd | Spouse |
| 419 | Roxanne Nedd | Jerome O. Nedd | PR |
| 420 | Jerome Nedd | Jerome O. Nedd | Child |
| 421 | Marie Nevins | Gerard T. Nevins | Spouse |
| 422 | Marie Nevins | Gerard T. Nevins | PR |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 423 | Robin Loconto | Nancy Yuen Ngo | Sibling |
| 424 | Dorothy Ogren | Joseph J. Ogren | Parent |
| 425 | James Davies, as Personal Representative of the Estate of Robert T. Ogren | Joseph J. Ogren | Parent (Deceased) |
| 426 | Lance Ogren | Joseph J. Ogren | PR |
| 427 | Carol O'Neill | John P. O'Neill, Sr. | Child |
| 428 | Christine O'Neill | John P. O'Neill, Sr. | Spouse |
| 429 | Duane Orloske | Margaret Orloske | Spouse |
| 430 | Duane Orloske | Margaret Orloske | PR |
| 431 | Stephen Orloske | Margaret Orloske | Child |
| 432 | Jonathan Ortiz | Paul Ortiz Jr. | Sibling |
| 433 | Pablo Ortiz Sr. | Paul Ortiz Jr. | Parent |
| 434 | Paola Cepeda | Isidro D. Ottenwalder | Child |
| 435 | Maria Delgado | Isidro D. Ottenwalder | Sibling |
| 436 | Kevin Owens | Peter Owens | Sibling |
| 437 | Terence Owens | Peter Owens | Sibling |
| 438 | Thomas F. Owens | Peter Owens | Sibling |
| 439 | Hannah Pabon | Israel Pabon | Child |
| 440 | Karen Pabon | Israel Pabon | Spouse |
| 441 | Karen Pabon | Israel Pabon | PR |
| 442 | Sara Pabon | Israel Pabon | Child |
| 443 | Alyssa Palmer | Orio J. Palmer | Child |
| 444 | Keith Palmer | Orio J. Palmer | Child |
| 445 | Dana M. Runfola | Orio J. Palmer | Child |
| 446 | Kevin Parham | James W. Parham | Sibling |
| 447 | Sonia Lowe | Michael Parkes | Parent |
| 448 | Sonia Lowe | Michael Parkes | PR |
| 449 | Anya Monique Parkes | Michael Parkes | Sibling |
| 450 | Graciela Lopez Pascual | Leobardo L. Pascual | Sibling |
| 451 | Barry Pearlman | Richard A. Pearlman | Parent |
| 452 | Dorie Pearlman | Richard A. Pearlman | Parent |
| 453 | Dorie Pearlman | Richard A. Pearlman | PR |
| 454 | Patrizia Davis | Salvatore F. Pepe | Sibling |
| 455 | Anna Faustini as Personal Representative of the Estate of Anna Maria Allen | Salvatore F. Pepe | Sibling (Deceased) |
| 456 | Genoveffa Palmieri | Salvatore F. Pepe | Sibling |
| 457 | Leonida R. Pepe | Salvatore F. Pepe | Sibling |
| 458 | Rosemary Pepe as Personal Representative of the Estate of Antonio Pepe | Salvatore F. Pepe | Sibling (Deceased) |
| 459 | Brian Perez | Anthony Perez | Sibling |
| 460 | Minerva Conti | Nancy E. Perez | Sibling |
| 461 | Caitlin Perry | Glenn Perry Sr. | Child |
| 462 | Glenn Perry Jr. | Glenn Perry Sr. | Child |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 463 | Peggy Perry | Glenn Perry Sr. | Spouse |
| 464 | Peggy Perry | Glenn Perry Sr. | PR |
| 465 | Meaghan Wilt | Glenn Perry Sr. | Child |
| 466 | Dianne Lynn Hudder | William R. Peterson | Sibling |
| 467 | Robert M. Peterson | William R. Peterson | Sibling |
| 468 | Robin Peterson | William R. Peterson | Spouse |
| 469 | Robin Peterson | William R. Peterson | PR |
| 470 | Jane Wixted | Glen Pettit | Parent |
| 471 | Tara Felice | Glen Pettit | Sibling |
| 472 | Tara Felice | Glen Pettit | PR |
| 473 | Mary Phelan-Cox | Kenneth Phelan | Sibling |
| 474 | Gerald Thomas Flores | Zandra Marie Cooper Ploger (nee Flores) | Sibling |
| 475 | Zaneta Frances Flores | Zandra Marie Cooper Ploger (nee Flores) | Sibling |
| 476 | Zenda F. Gutierrez-Klingberg, as Personal Representative of the Estate of Zenaida Frances Flores | Zandra Marie Cooper Ploger (nee Flores) | Parent (Deceased) |
| 477 | Zenda Flores Gutierrez-Klingenberg | Zandra Marie Cooper Ploger (nee Flores) | Sibling |
| 478 | Zenda Flores Gutierrez-Klingenberg | Zandra Marie Cooper Ploger (nee Flores) | PR |
| 479 | Wendy L. Ploger, as Personal Representative of the Estate of Robert R. Ploger, III | Zandra Marie Cooper Ploger (nee Flores) | Spouse (Deceased) |
| 480 | Zena T. Wilderman | Zandra Marie Cooper Ploger (nee Flores) | Child |
| 481 | Zenda Gutierrez-Klingenberg, as Personal Representative of the Estate of Zandra Marie Ploger (nee Flores) | Robert R. Ploger III | Spouse (Deceased) |
| 482 | Marianne Ploger Hill | Robert R. Ploger III | Sibling |
| 483 | Gregory Fiehrer Ploger | Robert R. Ploger III | Sibling |
| 484 | Marguerite Ploger | Robert R. Ploger III | Sibling |
| 485 | Wayne D. Ploger | Robert R. Ploger III | Sibling |
| 486 | David Potorti | James E. Potorti | Sibling |
| 487 | Tara O'Connell | Lincoln Quappe | Sibling |
| 488 | John J. Buro | Laura Ragonese-Snik | PR |
| 489 | JoAnn Boutureira | Harry Raines | Sibling |
| 490 | Ida Riese | Harry Raines | Sibling |
| 491 | Ida Riese as Personal Representative of the Estate of Gloria Raines | Harry Raines | Parent (Deceased) |
| 492 | Ann Ramsaur | Deborah Ramsaur | Child |
| 493 | John Ramsaur | Deborah Ramsaur | Spouse |
| 494 | John Ramsaur | Deborah Ramsaur | PR |
| 495 | Trevor S. Rescorla | Richard C. Rescorla | Child |
| 496 | Mark Anthony Jonas | Martha M. Reszke | Child |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 497 | Mark A. Jonas as Personal Representative of the Estate of Martha Magdalena Brunson | Martha M. Reszke | Parent (Deceased) |
| 498 | Lina Dicola | Martha M. Reszke | Child |
| 499 | Renee Baldwin | Cecelia E. Richard | Sibling |
| 500 | Mazie Lawson | Cecelia E. Richard | Parent |
| 501 | Monica L. Lawson | Cecelia E. Richard | Sibling |
| 502 | Valerie Walls | Cecelia E. Richard | Sibling |
| 503 | Vernon A. Richard II | Vernon A. Richard | co-PR |
| 504 | Vernon A. Richard II | Vernon A. Richard | Child |
| 505 | Hopeton Richards | Venesha Richards | Spouse |
| 506 | Hopeton Richards | Venesha Richards | PR |
| 507 | Daniel Henry | Catherina Robinson | Sibling |
| 508 | Daniel Henry | Catherina Robinson | PR |
| 509 | Vanessa Phillips | Marsha A Rodriguez | Sibling |
| 510 | Flossie J. Foster | Marsha A. Rodriguez | Parent |
| 511 | Michele Flannery | Joseph M. Romagnolo | Sibling |
| 512 | Laura Fasulo | James Romito | Sibling |
| 513 | Laura Fasulo as Personal Representative of the Estate of Anthony Romito Sr. | James Romito | Parent (Deceased) |
| 514 | Laura Fasulo as Personal Representative of the Estate of Catherine Romito | James Romito | Parent (Deceased) |
| 515 | Jennifer Horwitz | Mark L. Rosenberg | Spouse |
| 516 | Jennifer Horwitz | Mark L. Rosenberg | PR |
| 517 | Sara L. Rosenberg Sharvit | Mark L. Rosenberg | Sibling |
| 518 | Matthew Rowenhorst | Edward Rowenhorst | Sibling |
| 519 | Anthony Rubino | Joanne Rubino | Sibling |
| 520 | Frank Ruggiero | Susan A. Ruggiero | Spouse |
| 521 | Frank Ruggiero | Susan A. Ruggiero | PR |
| 522 | Anthony F. Russo | Michael Russo | Sibling |
| 523 | Aaron Safronoff | Brock J. Safronoff | Sibling |
| 524 | Debra M. Safronoff | Brock J. Safronoff | Parent |
| 525 | Joel Safronoff | Brock J. Safronoff | Parent |
| 526 | Katherine R. Schlosser | Edward Saiya | Child |
| 527 | Katherine R. Schlosser | Edward Saiya | co-PR |
| 528 | Benedict Salamone | John P. Salamone | Parent |
| 529 | Michelle Cataline | John P. Salamone | Sibling |
| 530 | Deborah Rooney | John Sammartino | Spouse |
| 531 | Deborah Rooney | John Sammartino | PR |
| 532 | Clara Sanay | Hugo Sanay | Spouse |
| 533 | Clara Sanay | Hugo Sanay | PR |
| 534 | Hugo Sanay Jr. | Hugo Sanay | Child |
| 535 | Michelle Sanay | Hugo Sanay | Child |
| 536 | Steven Sanay | Hugo Sanay | Child |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 537 | Cassandra Nash | Anthony Savas | Child |
| 538 | Phaedra Savas | Anthony Savas | Spouse |
| 539 | Phaedra Savas | Anthony Savas | PR |
| 540 | Karen Scheffold Onorio | Frederick C. Scheffold | Child |
| 541 | Claudette Scheffold | Frederick C. Scheffold | Child |
| 542 | Joan Scheffold | Frederick C. Scheffold | Spouse |
| 543 | Joan Scheffold | Frederick C. Scheffold | PR |
| 544 | Kim Scheffold Stiefel | Frederick C. Scheffold | Child |
| 545 | Jaclyn McManus | Gerard P. Schrang | Child |
| 546 | Denise Schrang | Gerard P. Schrang | Spouse |
| 547 | Denise Schrang | Gerard P. Schrang | PR |
| 548 | Katherine R. Krieger | Susan Lee Schuler | Sibling |
| 549 | Tevis Laspa | Susan Lee Schuler | Sibling |
| 550 | Sandra Slanker-Isenberg | Susan Lee Schuler | Child |
| 551 | Elizabeth Schlehr | Margaret Seeliger | Sibling |
| 552 | Bruce Seeliger | Margaret Seeliger | Spouse |
| 553 | Bruce Seeliger | Margaret Seeliger | PR |
| 554 | Andrew T. Walier | Margaret Seeliger | Sibling |
| 555 | James M. Walier | Margaret Seeliger | Sibling |
| 556 | John P. Walier | Margaret Seeliger | Sibling |
| 557 | Joseph Walier | Margaret Seeliger | Sibling |
| 558 | Peter Joseph Walier | Margaret Seeliger | Sibling |
| 559 | Matthew Walier | Margaret Seeliger | Sibling |
| 560 | Francis Shea | Daniel Shea | Sibling |
| 561 | Kathleen Shea | Daniel Shea | Sibling |
| 562 | Francis Shea | Joseph Shea | Sibling |
| 563 | Kathleen Shea | Joseph Shea | Sibling |
| 564 | Kenneth Signer | Dianne Signer | Sibling |
| 565 | Kenneth Sikorsky | Gregory Sikorsky | Sibling |
| 566 | Jennifer Simon Berardi | Arthur Simon | Child |
| 567 | Stanley Simon | Arthur Simon | Sibling |
| 568 | Susan Simon | Arthur Simon | Spouse |
| 569 | Susan Simon | Kenneth Simon | Parent |
| 570 | Jasmine Michele Smith | Leon Smith | Child |
| 571 | Tiffany Smith | Leon Smith | Child |
| 572 | Yolanda Smith-Purdy | Leon Smith | Child |
| 573 | Mary Elizabeth Reddy | Moira A. Smith | Sibling |
| 574 | James Smith | Moira A. Smith | Spouse |
| 575 | James Smith | Moira A. Smith | PR |
| 576 | Patricia S. Rafter | Bonnie Smithwick | PR |
| 577 | James W. Smithwick | Bonnie Smithwick | Child |
| 578 | Joanne Messina | Michael C. Sorresse | Sibling |
| 579 | Leonard M. Sorresse Jr. | Michael C. Sorresse | Sibling |
| 580 | Leonard M. Sorresse Sr. | Michael C. Sorresse | Parent |
| 581 | Maria Sorresse | Michael C. Sorresse | Parent |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 582 | Nicholas Sorresse | Michael C. Sorresse | Sibling |
| 583 | Katherine Soulas | Timothy Soulas | Spouse |
| 584 | Katherine Soulas | Timothy Soulas | PR |
| 585 | Timothy Soulas, Jr. | Timothy Soulas | Child |
| 586 | Linda E. Spampinato a/k/a Linda E. Melville | Donald F. Spampinato | Sibling |
| 587 | Michael Spampinato | Donald F. Spampinato | Sibling |
| 588 | Michael Spampinato as Personal Representative of the Estate of Mary Spampinato | Donald F. Spampinato | Parent (Deceased) |
| 589 | Barbara Carroll Spence | Maynard S. Spence | Spouse |
| 590 | Barbara Carroll Spence | Maynard S. Spence | PR |
| 591 | Dorothy Mullis | Maynard S. Spence | Sibling |
| 592 | Susan Spitz | William Spitz | Spouse |
| 593 | Susan Spitz | William Spitz | PR |
| 594 | Kathy Buell | Timothy Stackpole | Sibling |
| 595 | Patricia Murphy | Timothy Stackpole | Sibling |
| 596 | David Carroll | Patricia J. Statz | Spouse |
| 597 | David Carroll | Patricia J. Statz | PR |
| 598 | Erick Carroll | Patricia J. Statz | Child |
| 599 | Pamela Statz | Patricia J. Statz | Sibling |
| 600 | Gloria Darrisaw | Edna L. Stephens | Sibling |
| 601 | Eunice W. Hendrix | Edna L. Stephens | Sibling |
| 602 | Betty Jo Hill | Edna L. Stephens | Sibling |
| 603 | Brenda Stephens Pyant | Edna L. Stephens | Sibling |
| 604 | Eddie Stephens | Edna L. Stephens | Sibling |
| 605 | Marvin Stephens | Edna L. Stephens | Sibling |
| 606 | Mary L. Stephens | Edna L. Stephens | Sibling |
| 607 | Barbara Stephens-Cobb | Edna L. Stephens | Sibling |
| 608 | Torrass Allen-Stephens | Edna L. Stephens | Child |
| 609 | Torrass Allen-Stephens | Edna L. Stephens | PR |
| 610 | Glen Stoller | Sanford M. Stoller | Child |
| 611 | Melanie Strauss | Steven Strauss | Child |
| 612 | Jean Strauss a/k/a Jeannie Strauss | Steven Strauss | Spouse |
| 613 | Jean Strauss a/k/a Jeannie Strauss | Steven Strauss | PR |
| 614 | Brian Sullivan | Christopher P. Sullivan | Child |
| 615 | Dolores Sullivan | Christopher P. Sullivan | Spouse |
| 616 | Dolores Sullivan | Christopher P. Sullivan | PR |
| 617 | James R. Sullivan | Christopher P. Sullivan | Parent |
| 618 | Joan R. Sullivan | Christopher P. Sullivan | Parent |
| 619 | Kevin M. Sullivan | Christopher P. Sullivan | Sibling |
| 620 | Matthew J. Sullivan | Christopher P. Sullivan | Sibling |
| 621 | Peter Q. Sullivan | Christopher P. Sullivan | Sibling |
| 622 | Robert J. Sullivan | Christopher P. Sullivan | Sibling |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 623 | Sean Sullivan | Christopher P. Sullivan | Child |
| 624 | Joan Wolffer | Christopher P. Sullivan | Sibling |
| 625 | Jill Marsella | Thomas F. Swift | Spouse |
| 626 | Jill Marsella | Thomas F. Swift | PR |
| 627 | Peter T. Swift Jr. | Thomas F. Swift | Sibling |
| 628 | Dennis Stafford | Hilda E. Taylor | Child |
| 629 | Doreen Thompson | Vanavah Thompson | Parent |
| 630 | Doreen Thompson | Vanavah Thompson | PR |
| 631 | Michael K. Thompson | William Harry Thompson | Child |
| 632 | Michael K. Thompson | William Harry Thompson | PR |
| 633 | Rahsaan Thompson | William Harry Thompson | Child |
| 634 | Michael Tobin | John Tobin | Sibling |
| 635 | Theresa Corio | Diane M. Urban | Sibling |
| 636 | Theresa Corio | Diane M. Urban | PR |
| 637 | Ann Van Hine | Richard B. Van Hine | Spouse |
| 638 | Ann Van Hine | Richard B. Van Hine | PR |
| 639 | Meghan Sensenig | Richard B. Van Hine | Child |
| 640 | Anthony Vola | Maria P. Vola | Sibling |
| 641 | Kim Wagner | Karen J. Wagner | Sibling |
| 642 | Kim Wagner | Karen J. Wagner | PR |
| 643 | Andrea Treble | Gabriela Waisman | Sibling |
| 644 | Andrea Treble | Gabriela Waisman | PR |
| 645 | Armando Waisman | Gabriela Waisman | Parent |
| 646 | Marta Waisman | Gabriela Waisman | Parent |
| 647 | Alexandra Wald | Victor Wald | Child |
| 648 | Reagan Koniuch | Peter G. Wallace | Child |
| 649 | Alison W. Smith | Peter G. Wallace | Child |
| 650 | Charlotte Wallace | Peter G. Wallace | Spouse |
| 651 | Charlotte Wallace | Peter G. Wallace | PR |
| 652 | Andrew Watson | Kenneth Watson | Parent |
| 653 | Carmella Watson | Kenneth Watson | Parent |
| 654 | Glenn Watson | Kenneth Watson | Sibling |
| 655 | Tina Watson-Tirabassi | Kenneth Watson | Sibling |
| 656 | Norman Wells | Chin Sun Pak Wells | Parent |
| 657 | Norman Wells | Chin Sun Pak Wells | PR |
| 658 | Enid White | John White | Spouse |
| 659 | Enid White | John White | PR |
| 660 | Maxine White | John White | Child |
| 661 | Hilda Ventura | Wayne White | Sibling |
| 662 | Eddie Wong | Yuk Ping Wong | Child |
| 663 | Eddie Wong | Yuk Ping Wong | PR |
| 664 | Jeannie Schlesinger | Robert A. Zampieri | Sibling |
| 665 | Dennis T. Kelly | Thomas William Kelly | Sibling |
| 666 | Jaime Reali | Ronald Kloepfer | Child |
| 667 | Dawn Kloepfer | Ronald Kloepfer | Spouse |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 668 | Yon-Paul Casalduc | Vivian Casalduc | Child |
| 669 | Frank Camaj | Roko Camaj | Sibling |
| 670 | Kole Camaj | Roko Camaj | Sibling |
| 671 | Preta Berisha | Roko Camaj | Sibling |
| 672 | Philip Aversano as Personal Representative of the Estate of Francis L. Aversano | Louis F. Aversano, Jr. | Sibling (Deceased) |
| 673 | Philip Aversano | Louis F. Aversano, Jr. | Sibling |
| 674 | George Coughlin | John G. Coughlin | Sibling |
| 675 | Carol L. D'Allara | John D'Allara | PR |
| 676 | Daniel D'Allara as Personal Representative of the Estate of John D'Allara, Sr. | John D'Allara | Parent (Deceased) |
| 677 | Daniel D'Allara as Personal Representative of the Estate of Helen D'Allara | John D'Allara | Parent (Deceased) |
| 678 | Dariusz Debek | Tara Debek | Spouse |
| 679 | RoseEllen Dowdell | Kevin Christopher Dowdell | Spouse |
| 680 | RoseEllen Dowdell | Kevin Christopher Dowdell | PR |
| 681 | Patrick Kevin Dowdell | Kevin Christopher Dowdell | Child |
| 682 | James Michael Dowdell | Kevin Christopher Dowdell | Child |
| 683 | Brian Gambino | Thomas Gambino, Jr. | Child |
| 684 | John T. Genovese | Steven Genovese | Sibling |
| 685 | John T. Genovese as Personal Representative of the Estate of Veronica Genovese | Steven Genovese | Parent (Deceased) |
| 686 | John T. Genovese as Personal Representative of the Estate of John G. Genovese | Steven Genovese | Parent (Deceased) |
| 687 | Patti Ann Valerio | Matthew J. Grzymalski | Sibling |
| 688 | Paul Joseph Grzymalski | Matthew J. Grzymalski | Sibling |
| 689 | Joseph Walter Grzymalski | Matthew J. Grzymalski | Sibling |
| 690 | Patricia Gullickson as Personal Representative of the Estate of Robert Gullickson, Sr. | Joseph Gullickson | Parent (Deceased) |
| 691 | Thomas Gullickson | Joseph Gullickson | Sibling |
| 692 | Patricia Gullickson | Joseph Gullickson | Parent |
| 693 | Ralph Gullickson | Joseph Gullickson | Sibling |
| 694 | Robert Gullickson, Jr. | Joseph Gullickson | Sibling |
| 695 | Jake Halloran | Vincent G.  Halloran | Child |
| 696 | Marie Halloran, as Natural Guardian of PH | Vincent G. Halloran | Child (Minor) |
| 697 | Declan Halloran | Vincent G. Halloran | Child |
| 698 | Marie Halloran | Vincent G. Halloran | Spouse |
| 699 | Marie Halloran | Vincent G. Halloran | PR |
| 700 | Harold Hughes | Thomas F. Hughes, Jr. | Sibling |
| 701 | Tara Leonardi | Thomas F. Hughes, Jr. | Sibling |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 702 | Martin S. Hughes as Personal Representative of the Estate of Frances S. Hughes | Thomas F. Hughes, Jr. | Parent (Deceased) |
| 703 | Martin S. Hughes | Thomas F. Hughes, Jr. | Sibling |
| 704 | Deborah Bodner | Thomas F. Hughes, Jr. | Sibling |
| 705 | Peter M. Kirwin | Glenn Kirwin | Sibling |
| 706 | Andrew Kirwin | Glenn Kirwin | Sibling |
| 707 | Barbara Rastelli | William Krukowski | Parent |
| 708 | JoAnn Langone | Thomas Langone | Spouse |
| 709 | JoAnn Langone | Thomas Langone | PR |
| 710 | JoAnn Langone as Personal Representative of the Estate of Thomas Langone | Peter Langone | Sibling (Deceased) |
| 711 | Joanne Langone | Thomas Langone | Sibling |
| 712 | Rosemarie Langone as Personal Representative of the Estate of Sheila Langone | Thomas Langone | Parent (Deceased) |
| 713 | Joanne Langone | Peter Langone | Sibling |
| 714 | Kathryn Crawford Luckett | Edward H. Luckett | Sibling |
| 715 | Alexandra Ward Luckett | Edward H. Luckett | Sibling |
| 716 | James Taylor Luckett | Edward H. Luckett | Sibling |
| 717 | Lauren Peters | Louis Neil Mariani | Child |
| 718 | Josephine R. Redd as Personal Representative of the Estate of Virgie Mattic Binford | Margaret Elaine Mattic | Sibling (Deceased) |
| 719 | Dolores Laguerre | Diana O'Connor | Sibling |
| 720 | Minerva Galarza | Diana O'Connor | Sibling |
| 721 | Sonia Vega | Diana O'Connor | Sibling |
| 722 | Johnny Vega | Diana O'Connor | Sibling |
| 723 | Johnny Vega as Personal Representatives of the Estate of Maria Vega | Diana O'Connor | Parent (deceased) |
| 724 | Olga Ottenwalder | Isidro Ottenwalder | Sibling |
| 725 | Pamela Rancke Schroeder | Alfred Todd Rancke | Sibling |
| 726 | Lorene Rosenberg | Lloyd Rosenberg | Sibling |
| 727 | Linda Amato | Timothy A. Roy | Sibling |
| 728 | James Roy | Timothy A. Roy | Sibling |
| 729 | John Roy | Timothy A. Roy | Sibling |
| 730 | John Roy as Personal Representative of the Estate of Ida Mae Roy | Timothy A. Roy | Parent (deceased) |
| 731 | Gary Roy | Timothy A. Roy | Sibling |
| 732 | Kathleen Sanchez | Raymond Sanchez | Child |
| 733 | Paul Simon and Stu Simon, as Personal Representatives of the Estate of Philip Simon | Arthur Simon | Sibling (Deceased) |
| 734 | Kevin Carlton | Timothy Stackpole | Child |
| 735 | Terence Stackpole | Timothy Stackpole | Child |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 736 | Karin Charles | Kenneth Zelman | Spouse |
| 737 | Karin Charles | Kenneth Zelman | PR |
| 738 | Olivia Zelman Charles | Kenneth Zelman | Child |
| 739 | Ethan Zelman Charles | Kenneth Zelman | Child |
| 740 | Maurice Corbett Kearney, as Personal Representative of the Estate of Lorraine Kearney | Lisa Kearney-Griffin | Parent (Deceased) |
| 741 | Maureen Simpson | Patrick McGuire | Sibling |
| 742 | James McGuire | Patrick McGuire | Sibling |
| 743 | Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev | Daniel Ilkanayev | Parent (deceased) |
| 744 | Laura Israilov | Daniel Ilkanayev | Sibling |
| 745 | Theresa Fiorelli | Stephen J. Fiorelli | Spouse |
| 746 | Theresa Fiorelli | Stephen J. Fiorelli | PR |
| 747 | Christine Epstein | Stephen J. Fiorelli | Child |
| 748 | William Fiorelli | Stephen J. Fiorelli | Sibling |
| 749 | Kenneth Fiorelli | Stephen J. Fiorelli | Sibling |
| 750 | Karen Fiorelli | Stephen J. Fiorelli | Sibling |
| 751 | Mildred Calderon | Vivian Casalduc | Sibling |
| 752 | Wendell Acevedo | Vivian Casalduc | Sibling |
| 753 | Shawn Patrick | James Matthew Patrick | Sibling |
| 754 | Christopher Ahearn | Brian Ahearn | Child |
| 755 | Lauren Sosa | Brian Ahearn | Child |
| 756 | Marian Owens | Kenneth Phelan | Sibling |
| 757 | John Morris III | Seth Morris | Sibling |
| 758 | Emily Cournoyer, as Personal Representative of the Estate of Alice Beaton | John Cahill | Sibling (deceased) |
| 759 | Eileen Lunder Baynes | Christopher Lunder | Sibling |
| 760 | Diane Brierley | Mary Catherine Boffa | Sibling |
| 761 | Margaret Trudeau | Mary Catherine Boffa | Sibling |
| 762 | August Bernaerts | Donna Bernaerts-Kearns | Sibling |
| 763 | Deborah M. Brink | Katherine McGarry Noack | Sibling |
| 764 | Jean Diaz | Kenneth John Phelan | Sibling |
| 765 | John R. Morris, Jr. | Seth Morris | Parent |
| 766 | James Morris | Seth Morris | Sibling |
| 767 | Maureen Sullivan | Derek O. Sword | Spouse |
| 768 | | | Spouse |
| 769 | | | PR |
| 770 | Robert R. Ploger, IV | Robert R. Ploger III | Child |
| 771 | Edward Goldstein | Michelle H. Goldstein | Spouse |

| | D Plaintiff Name | F Name of 9/11 Decedent | G Plaintiff's Relationship to 9/11 Decedent |
|---|---|---|---|
| 772 | Matthew Bocchi | John Bocchi | Child |
| 773 | Michele Bocchi-Sandello | John Bocchi | Spouse |
| 774 | Michele Bocchi-Sandello | John Bocchi | PR |
| 775 | Nicholas Bocchi | John Bocchi | Child |
| 776 | Michael Bocchi | John Bocchi | Child |
| 777 | Paul Bocchi | John Bocchi | Child |
| 778 | Diane Bocchi Esola | John Bocchi | Sibling |
| 779 | Ann Bocchi-Schwimmer | John Bocchi | Sibling |
| 780 | Lucy Bocchi Kraus | John Bocchi | Sibling |
| 781 | Elena Bocchi | John Bocchi | Parent |
| 782 | Elizabeth Murphy | Mary Catherine Boffa | Sibling |
| 783 | Elizabeth Murphy | Mary Catherine Boffa | PR |
| 784 | Stephen Morris | Wendy Faulkner | Sibling |
| 785 | Theresa Roberts | Timothy Finnerty | Spouse |
| 786 | Theresa Roberts | Timothy Finnerty | PR |
| 787 | James  Hargrave Jr | Timothy J. Hargrave | Sibling |
| 788 | Maureen Murphy | Timothy J. Hargrave | Sibling |
| 789 | Mary Ann  Struble | Timothy J. Hargrave | Sibling |
| 790 | Carolyn Marie Kelly | Timothy J. Hargrave | Sibling |
| 791 | Patricia Mansfield | Timothy J. Hargrave | Sibling |
| 792 | Kathryn M. Quinn | Timothy J. Hargrave | Sibling |
| 793 | Teresa Marchbanks | Joseph R Marchbanks Jr. | Spouse |
| 794 | Teresa Marchbanks | Joseph R Marchbanks Jr. | PR |
| 795 | Ryan Marchbanks | Joseph R Marchbanks Jr. | Child |
| 796 | Karen E. Maude | Timothy Maude | Child |
| 797 | Teresa Maude | Timothy Maude | Spouse |
| 798 | Teresa Maude | Timothy Maude | PR |
| 799 | Allan Sword | Derek O. Sword | Sibling |
| 800 | Irene Sword | Derek O. Sword | Parent |
| 801 | David Sword | Derek O. Sword | Parent |
| 802 | Jeanmarie Hargrave | Timothy J. Hargrave | Sibling |
| 803 | Joseph M. Navas, Jr. | Joseph M. Navas | Child |
| 804 | Justin C. Navas | Joseph M. Navas | Child |