UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................x

*In re Terrorist Attacks on September 11, 2001*     03 MDL 1570 (GBD) (SN)

...............................................................x

## NOTICE OF LODGING OF CLASSIFIED SUBMISSIONS

Non-party the Federal Bureau of Investigation ("FBI") hereby provides notice that the following classified submissions have been lodged with Classified Information Security Officer Daniel Hartenstine, Litigation Security Group, U.S. Department of Justice, for secure transmission to the Court: (i) *Ex Parte*, *In Camera* Classified Memorandum of Law of Non-Party the FBI in Support of Its Motion for a Protective Order and in Opposition to Plaintiffs' Motions to Compel Production; (ii) *Ex Parte*, *In Camera* Classified Declaration of Richard Allen Grenell, Acting Director of National Intelligence, dated March 25, 2020, with attachment; (iii) Classified *In Camera*, *Ex Parte* Declaration of Jill Sanborn, Assistant Director, FBI, dated April 13, 2020, with attachments; (iv) Classified *In Camera*, *Ex Parte* Declaration of Brian T. Gilhooly, Deputy Assistant Director, FBI, dated April 8, 2020, with attachment; and (v) Classified *In Camera, Ex Parte* Declaration submitted by the Central Intelligence Agency, dated March 24, 2020. These submissions are classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), are provided for the Court's review *in camera* and *ex parte*, and cannot be disclosed without proper authorization.

Dated:		April 13, 2020
		New York, New York

					GEOFFREY S. BERMAN
					United States Attorney for the
					Southern District of New York

				By:	 */s/ Jeannette A. Vargas*
					SARAH S. NORMAND
					JEANNETTE A. VARGAS
					ANDREW E. KRAUSE
					Assistant United States Attorneys
					86 Chambers Street, 3rd Floor
					New York, New York 10007
					Telephone: (212) 637-2709/2678/2769