# Exhibit B

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900
FACSIMILE:
(202) 326-7999

April 6, 2020

*Via electronic mail*

James P. Kreindler
Andrew J. Maloney
Steven R. Pounian
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY 10017

Sean P. Carter
J. Scott Tarbutton
Cozen O'Connor
One Liberty Place
1650 Market Street; 28th Floor
Philadelphia, PA 19103

Jodi Westbrook Flowers
Robert Haefele
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Jerry S. Goldman
Anderson Kill
1251 Avenue of the Americas
New York, NY 10020

Re:     *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Counsel:

This letter accompanies a supplemental production on behalf of the Kingdom of Saudi Arabia ("Saudi Arabia") of documents pertaining to Abdullah Al Jaithen.  The documents in this production bear the Bates numbers KSA0000008987 to KSA0000009550.  Please be aware that KSA0000008987 appears to be the third page of the document previously produced at KSA0000008985.  This completes Saudi Arabia's production of documents pursuant to the Court's January 3, 2020 Order.

Please be aware that certain documents have been designated as Confidential and are subject to the Protective Order entered in this case, as well as to the Court's August 1, 2018 Order regarding the filing of Confidential documents.

Sincerely,

/s/ *Andrew C. Shen*

Andrew C. Shen
*Counsel for the Kingdom of Saudi Arabia*