# Exhibit C

Saudi Passport System
Passport Information

| ID number: | 1066 | Copy no.: | 5 | Search | | Passport no.: | 021 |
| Passport no.: | 003 | Passport type: | Normal | Delete | | Status | Expired |

| Name: | First name | Father name | Grandfather name | Last name | |
|---|---|---|---|---|---|
| | Abdullah | Ali | Saleh | ALJAATHEN | [personal photo] |
| Translated name: | ABDULLAH | ALI | S | ALJAATHEN | |
| Date of birth: | 1381 AH | Corresponding to: | 1961 AD | Translation | Details |
| Marital Status | One wife | Occupation: | Civil employee | Delete photo | |

| Passport no.: | 003 | Status / reason of reissuance | Valid | Travel type: | Single √ Multiple | Expired passport |
|---|---|---|---|---|---|---|
| Expiry duration: 5 | Expiry date: | 3/7/1441 AH | Corresponding to: | 2/27/2020 AD | | Printed passport |

| Fees | Passport Recipient | Order Information | Loss Information | Penalties | Details |
|---|---|---|---|---|---|

| ID number: | Approval requirements | Relationship | ID number: | Approval requirements | Relationship |
|---|---|---|---|---|---|

| Translated name | Save | Translation |
|---|---|---|

| √ Agree | Printing Receipt | Issuance of travel permit | Issuance of visa | Previous passports | Printing Records | Operations Record | Address |
|---|---|---|---|---|---|---|---|

**National Information Center**

**Issuance number:** 101

**Date:** 27/6/1440 AH (3/5/2019 AD)

KSA0000009540

Saudi Passport System
Passport Information

| ID number: | | 1066 | Copy no.: | 5 | Search | | Passport no.: | |
|---|---|---|---|---|---|---|---|---|
| Passport no.: | | 021 | Passport type: | Normal | Delete | | Status | Expired |

| Name: | First name | Father name | Grandfather name | Last name | | |
|---|---|---|---|---|---|---|
| | Abdullah | Ali | Saleh | ALJAATHEN | | [personal photo] |
| Translated name: | ABDULLAH | ALI | S | ALJAATHEN | | |
| Date of birth: | 1381 AH | Corresponding to: | 1961 AD | Translation | | Details |
| Marital Status | One wife | Occupation: | Civil employee | Delete photo | | |

| Passport no.: | 021 | Status / reason of reissuance | Expired | Travel type: | Single √ Multiple | Expired passport |
|---|---|---|---|---|---|---|
| Expiry duration: 5 | Expiry date: | 6/11/1435 AH | Corresponding to: | 9/1/2014 AD | | Printed passport |

| Fees | Passport Recipient | Order Information | Loss Information | Penalties | Details |
|---|---|---|---|---|---|

| ID number: | Approval requirements | Relationship | ID number: | Approval requirements | Relationship |
|---|---|---|---|---|---|

| Translated name | Save | Translation |
|---|---|---|

| √ Agree | Printing Receipt | Issuance of travel permit | Issuance of visa | Previous passports | Printing Records | Operations Record | Address |
|---|---|---|---|---|---|---|---|

**National Information Center**

**Issuance number:** 101

**Date:** 27/6/1440 AH (3/5/2019 AD)

KSA0000009541

Saudi Passport System
Passport Information

| ID number: | ▆1066 | Copy no.: | 5 | Search | Passport no.: | |
|---|---|---|---|---|---|---|
| Passport no.: | ▆967 | Passport type: | Normal | Delete | Status | Expired |

| Name: | First name | Father name | Grandfather name | Last name | | |
|---|---|---|---|---|---|---|
| | Abdullah | Ali | Saleh | ALJAATHEN | [personal photo] |
| Translated name: | ABDULLAH | ALI | S | ALJAATHEN | |
| Date of birth: | ▆1381 AH | Corresponding to: | ▆1961 AD | Translation | | Details |
| Marital Status | One wife | Occupation: | Civil employee | Delete photo | | |

| Passport no.: | ▆967 | Status / reason of reissuance | Expired | Travel type: | Single √ Multiple | Expired passport |
|---|---|---|---|---|---|---|
| Expiry duration: 5 | Expiry date: | 11/9/1429 AH | Corresponding to: | 9/11/2008 AD | | Printed passport |

| Fees | Passport Recipient | Order Information | Loss Information | Penalties | Details |
|---|---|---|---|---|---|

| ID number: | Approval requirements | Relationship | ID number: | Approval requirements | Relationship |
|---|---|---|---|---|---|

| Translated name | Save | Translation |
|---|---|---|

| √ Agree | Printing Receipt | Issuance of travel permit | Issuance of visa | Previous passports | Printing Records | Operations Record | Address |
|---|---|---|---|---|---|---|---|

## National Information Center

**Issuance number:** 101

**Date:** 27/6/1440 AH (3/5/2019 AD)

KSA0000009542

Saudi Passport System
Passport Information

| ID number: | 1066 | Copy no.: | 5 | Search | Passport no.: | |
|---|---|---|---|---|---|---|
| Passport no.: | 729 | Passport type: | Normal | Delete | Status | Expired |

| Name: | First name | Father name | Grandfather name | Last name | | |
|---|---|---|---|---|---|---|
| | Abdullah | Ali | Saleh | ALJAATHEN | [personal photo] |
| Translated name: | ABDULLAH | ALI | S | ALJAATHEN | |
| Date of birth: | 1381 AH | Corresponding to: | 1961 AD | Translation | | Details |
| Marital Status | One wife | Occupation: | Civil employee | Delete photo | |

| Passport no.: | 729 | Status / reason of reissuance | Expired | Travel type: | Single √ Multiple | Expired passport |
|---|---|---|---|---|---|---|
| Expiry duration: 5 | Expiry date: | 28/1/1424 AH | Corresponding to: | 12/22/2003 AD | | Printed passport |

| Fees | Passport Recipient | Order Information | Loss Information | Penalties | Details |
|---|---|---|---|---|---|

| ID number: | Approval requirements | Relationship | ID number: | Approval requirements | Relationship |
|---|---|---|---|---|---|

| Translated name | Save | Translation |
|---|---|---|

| √ Agree | Printing Receipt | Issuance of travel permit | Issuance of visa | Previous passports | Printing Records | Operations Record | Address |
|---|---|---|---|---|---|---|---|

**National Information Center**

**Issuance number:** 101

**Date:** 27/6/1440 AH (3/5/2019 AD)

KSA0000009543

Kingdom of Saudi Arabia
Ministry of Interior
Passports

Saudi Passport System
Passport Data

Report number: PSRP0005
Operator number: 1029710645
Location: Security Affairs
Date: 29/7/1441 AH (3/24/2020 AD)

ID Number: ▉ 1066
Date of birth: ▉ 1381 AH          Corresponding to: ▉ 1961 AD

| Name: | Abdullah | Ali | Saleh | ALJAATHEN | Marital Status | One wife |
|---|---|---|---|---|---|---|
| Translated name: | ABDULLAH | ALI | S | ALJAATHEN | Occupation: | Civil employee |
| Passport number: | | ▉003 | Status: | Valid | Expired passport | |
| Passport type: | | Normal | Travel type: | Multiple | Printed passport | |
| Date of issuance: | | 3/7/1436 AH | Corresponding to: | | 4/22/2015 AD | |
| Expiry date: | | 3/7/1441 AH | Corresponding to: | | 2/27/2020 AD | |
| Country of issuance: | | 113 Saudi Arabia | Number of Data Entry: | | ▉1066 | |
| Issuance location: | | | 1500 Ministry Gate | | | |
| Notes | | | | | | |

Passport Dependents Information

| ID no.: | First name: | Father | Grandfather | Family name | Relationship | Date of birth: | Corresponding to: |
|---|---|---|---|---|---|---|---|

Kingdom of Saudi Arabia          Saudi Passport System
Ministry of Interior              Inquiry
Passports                         Former Passports

Report number: PSRP0004
Operator number: 1007619404
Location: Security Affairs
Date: 29/7/1441 AH (3/24/2020 AD)

| ID no.: | Passport no.: | Passport type: | Date of issuance | Name | Passport status | Issuance Country |
|---|---|---|---|---|---|---|
| ███1066 | ██021 | Normal | 6/11/1430 AH (10/25/2009 AD) | Abdullah Ali Saleh AL Jaathen | Expired | Saudi Arabia |
| ███1066 | ██967 | Normal | 11/9/1424 AH (11/6/2003 AD) | Abdullah Ali Saleh AL Jaathen | Expired | Saudi Arabia |
| ███1066 | ██729 | Normal | 28/10/1419 AH (2/15/1999 AD) | Abdullah Ali Saleh AL Jaathen | Expired | Saudi Arabia |

Page 1 of 1

KSA0000009545

Kingdom of Saudi Arabia
Ministry of Interior
Passports

Saudi Passport System
Passport Data

Report number: PSRP0005
Operator number: 1004260079
Location: Security Affairs
Date: 29/7/1441 AH (3/24/2020 AD)

ID Number: ▓ 1066
Date of birth: ▓ 1381 AH          Corresponding to: ▓ 1961 AD

| Name: | Abdullah | Ali | Saleh | ALJAATHEN | Marital Status | One wife |
|---|---|---|---|---|---|---|
| Translated name: | ABDULLAH | ALI | S | ALJAATHEN | Occupation: | Civil employee |
| Passport number: | | ▓ 021 | Status: | Expired | Expired passport | |
| Passport type: | | Normal | Travel type: | Multiple | Printed passport | |
| Date of issuance: | | 6/11/1430 AH | Corresponding to: | | 10/25/2009 AD | |
| Expiry date: | | 6/11/1435 AH | Corresponding to: | | 9/1/2014 AD | |
| Country of issuance: | | 113 Saudi Arabia | Number of Data Entry: | | 9999999999 | |
| Issuance location: | | | 9999 | | | |
| Notes | | | | | | |

Passport Dependents Information

| ID no.: | First name: | Father | Grandfather | Family name | Relationship | Date of birth: | Corresponding to: |
|---|---|---|---|---|---|---|---|

KSA0000009546

Kingdom of Saudi Arabia
Ministry of Interior
Passports

Saudi Passport System
Passport Data

Report number: PSRP0005
Operator number: 1004260079
Location: Security Affairs
Date: 29/7/1441 AH (3/24/2020 AD)

ID Number: █████ 1066
Date of birth: ████ 1381 AH          Corresponding to: ████ 1961 AD

| Name: | Abdullah | Ali | Saleh | ALJAATHEN | Marital Status | One wife |
|---|---|---|---|---|---|---|
| Translated name: | ABDULLAH | ALI | S | ALJAATHEN | Occupation: | Civil employee |
| Passport number: | | ███967 | Status: | Expired | Expired passport | |
| Passport type: | | Normal | Travel type: | Multiple | Printed passport | |
| Date of issuance: | | 11/9/1424 AH | Corresponding to: | | 11/5/2003 AD | |
| Expiry date: | | 11/9/1429 AH | Corresponding to: | | 9/11/2008 AD | |
| Country of issuance: | | 113 Saudi Arabia | Number of Data Entry: | | 1040183939 | |
| Issuance location: | | | 9999 | | | |
| Notes | | | | | | |

Passport Dependents Information

| ID no.: | First name: | Father | Grandfather | Family name | Relationship | Date of birth: | Corresponding to: |
|---|---|---|---|---|---|---|---|

KSA0000009547

Kingdom of Saudi Arabia
Ministry of Interior
Passports

Saudi Passport System
Passport Data

Report number: PSRP0005
Operator number: 1004260079
Location: Security Affairs
Date: 29/7/1441 AH (3/24/2020 AD)

ID Number: ▮ 1066
Date of birth: ▮ 1381 AH          Corresponding to: ▮ 1961 AD

| Name: | Abdullah | Ali | Saleh | ALJAATHEN | Marital Status | One wife |
|---|---|---|---|---|---|---|
| Translated name: | ABDULLAH | ALI | S | ALJAATHEN | Occupation: | Civil employee |
| Passport number: | | ▮ 729 | Status: | Expired | Expired passport | |
| Passport type: | | Normal | Travel type: | Multiple | Printed passport | |
| Date of issuance: | | 28/10/1419 AH | Corresponding to: | | 2/14/1999 AD | |
| Expiry date: | | 28/10/1424 AH | Corresponding to: | | 12/22/2003 AD | |
| Country of issuance: | | 113 Saudi Arabia | Number of Data Entry: | | 1046769988 | |
| Issuance location: | | | 9999 | | | |
| Notes | | | | | | |

Passport Dependents Information

| ID no.: | First name: | Father | Grandfather | Family name | Relationship | Date of birth: | Corresponding to: |
|---|---|---|---|---|---|---|---|

KSA0000009548

Border Control System
Travel Records Procedures
14/7/1441 AH (3/9/2020 AD)

1002          Security Affairs          1093098208          Mohamed          AL Bakr

| Passenger number | | 1066 |
|---|---|---|

| Name: | First name | Father name | Grandfather name | Last name |
|---|---|---|---|---|
| | Abdullah | Ali | Saleh | Al Joithen |
| Translated name: | ABDULLAH | ALI | S | ALJAATHEN |

| Date of birth: | | 1381 AH | 1961 AD) |
|---|---|---|---|

| Travel Records | | | | | | |
|---|---|---|---|---|---|---|
| Travel Record number | Entry Date | Entry way | Place of Entry | Exit Date | Exit way | Place of Exit |
| 7928028210 | 13/10/1438 AH (7/8/2017 AD) | By air | Arab Emirates | 4/10/1438 AH (6/29/2017 AD) | By air | Arab Emirates |
| 2860664750 | 18/10/1436 AH (8/4/2015 AD) | By air | Turkey | 4/10/1436 AH (7/21/2015 AD) | By air | Turkey |
| 1600661340 | 17/5/1434 AH (3/29/2013 AD) | By land | Jordan | 13/5/1434 AH (3/25/2013 AD) | By land | Jordan |

| Modification of Travel Records | Details of Travel Records | Dependents | Back |
|---|---|---|---|

KSA0000009549

Border Control System
Travel Records
29/7/1441 AH (3/24/2020 AD)
BC15-W

1002    Security Affairs        1029710645
Wasit 'Al 'Utaibi

Number of Personal ID or Border Number: ███ 1066

Name: Abdullah Ali Saleh Al Joithen

Result

| Travel Record number | Entry Date | Place of Entry | Exit Date | Place of Exit |
|---|---|---|---|---|
| 9062447610 | 7/7/1424 AH (9/4/2003 AD) | Syria | 26/6/1424 AH (8/25/2003 AD) | Syria |
| 9034525610 | 3/6/1424 AH (8/2/2003 AD) | Indonesia | 20/5/1424 AH (7/20/2003 AD) | Arab Emirates |
| 6159458410 | 8/6/1423 AH (8/17/2002 AD) | Germany | 9/5/1423 AH (7/19/2002 AD) | Arab Emirates |
| 7258180410 | 6/11/1422 AH (1/20/2002 AD) | Syria | 1/11/1422 AH (1/15/2002 AD) | Syria |
| 3822329210 | 7/2/1422 AH (5/1/2001 AD) | Arab Emirates | 4/2/1422 AH (4/28/2001 AD) | Arab Emirates |
| 6612469010 | 3/10/1420 AH (1/10/2000 AD) | United States | 4/9/1420 AH (12/12/1999 AD) | United States |

Number of Travel Records: 6

| **Details** | **Back** |
|---|---|

KSA0000009550



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000009540



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000009541



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000009542



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000009543

المملكة العربية السعودية
وزارة الداخلية
الجوازات

نظام الجوازات السعودي
بيانات الجوازات

| | | |
|---|---|---|
| رقم الهوية | ■ ١٠٠٦٩ | |
| الاسم الأول | ABDULLAH عبدالله | |
| رقم المشترك | 003 ■ | |
| نوع الجواز | عادي | |
| تاريخ الإصدار | ١٤٢٦/٧٠/٤٢ | |
| جهة الإصدار | ١٤٢٦/٧٠/٤٢ | |
| موعد انتهاء الجواز | ١١١٠ | |
| ملاحظات | | |

تاريخ الميلاد: علي ALI ■ ١٢٨١/

الجنسية: سعودي S

الصورة: ١٩٦٢

ALJAATHEN الجاسن ■ ١٩٦

اسم الأب: علي

اسم الجد:

الاسم الكامل:

| | | |
|---|---|---|
| رقم ملف الجواز | ١٦٢٢ ■ | |
| نوع الصورة | | |
| نوع الجواز | | |
| الحالة | | |

PISRP0065

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000009544

وزارة الداخلية
الجوازات
المملكة العربية السعودية

نقطة الجوازات السعودية
الجوازات
الاستشاري
المملكة

PSRP0004

| دولة الإصدار | حالة الجواز | الأسم | تاريخ الإصدار | نوع الجواز | رقم السفر | رقم الجواز |
|---|---|---|---|---|---|---|
| العربية السعودية | منتهي | عبدالله ناصر حسك الجحدفان | ١٤٢٠/١١/٢ | عادي | ████021████ | ١٠٦ |
| العربية السعودية | منتهي | عبدالله علي مساعد الجحدفان | ١٤٢٤/٩/١ | عادي | ████967████ | ١٠٦ |
| العربية السعودية | منتهي | عبدالله علي مساعد الجحدفان | ١٤١٩/٦/٢٨ | عادي | ████729████ | ١٠٦ |

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000009545

وزارة الداخلية
المملكة العربية السعودية

نظام الجوازات السعودي
بيانات الجوازات

PSRPE005

ABDULLAH
ALI
ALJAATHEN

021

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000009546

المملكة العربية السعودية
وزارة الداخلية
الجوازات

نظام الجوزات السعودي
بيانات الجوزات

| | | |
|---|---|---|
| رقم الهوية | | رقم الهوية التفصيلي في الجوزات |
| الاسم | ABDULLAH | الاسم الاول |
| رقم الجواز | 967 | |
| تاريخ انتهاء الجواز | عنادي | |
| تاريخ اصدار الجواز | ١٤٢٨/٩/١ | |
| نوع الهوية للاصدار | ١١٣ | |
| جهة الاصدار | ٩٩٩٩ | |
| مرفق الهوية في الجوزات | | |

الاسم الثاني

ALI — علي

الاسم الثالث

ALJAATHEN

رقم الطلب: PSRP0005

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000009547

المملكة العربية السعودية
وزارة الداخلية
الجوازات

نظام الجوازات السعودي
بيانات الجوازات

| | |
|---|---|
| رقم الهوية | ٢٠٦٢ |
| الاسم | ABDULLAH |
| الاسم الصريح | |
| رقم الجواز | 729 |
| نوع الجواز | عادي |
| | ALI |
| | ٢٨٧٢ |
| | S |
| | ALJAATHEN |
| | ١٩٦٦ |

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000009548

PSRP0005

**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000009549



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000009550



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of April 17, 2020

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, MA 02110 completed the attached translation into English of the file:

**KSA0000009540.pdf**

I, Stefano Bellezza, certify that the attached translation has been translated by a qualified linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

Signature:
Stefano Bellezza
Translation Project Manager

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001