# Exhibit D

**In The Name of Allah, the Most Gracious, the Most Merciful**

Weekly Schedule for Activist Dawah member: Abdullah Bin Ali Al Joithen from 28/12/1418 AH (4/26/1998 AD) to 5/1/1419 AH (5/2/1998 AD).
Weekly speech subject: Soul searching by the End of the Year
Signature: (signature)

Weekly lecture subject: Devil Approaches
Weekly lesson:           Book name: Origins of Explanation and Studying of
Transmitted Chains     lesson subject: Definition of the Index Dictionary (illegible)

| Days | Number | Activity Type | Time | Governorate, center or neighborhood | Name and number of the mosque or the authority | Notes |
|---|---|---|---|---|---|---|
| Saturday corresponding to 28/12/1418 AH (4/26/1998 AD) | 1<br><br>2 | Lesson<br><br>Speech | Sunset<br><br>Evening | Al- Qassim- Buraidah – Housing<br><br>Al- Qassim- Buraidah – Industry | Housing Mosque<br><br><br>Industry Mosque | |
| Sunday corresponding to 29/12/1418 AH (4/27/1998 AD) | 1<br><br>2<br><br>3 | Speech<br><br>Speech<br><br>Speech | Sunset<br><br>Before Evening<br><br>After Evening | Al- Qassim- Buraidah – Al- Zahra<br><br>Al- Qassim- Buraidah – Al Shaqa<br><br>Al- Qassim- Buraidah – Al Khbibiah | Al- Salim Mosque<br><br>Al- Ghadawah Mosque<br><br>Mosque | |
| Monday corresponding to 1/1/1419 AH (4/28/1998 AD) | 1 | Lesson | Afternoon | Al- Qassim- Buraidah | Imams and Orators Course | |
| Tuesday corresponding to 2/1/1419 AH (4/29/1998 AD) | 1<br><br>2 | Speech<br><br>Speech | Sunset<br><br>Evening | Al- Qassim- Buraidah – Al- Khalij<br><br>Al- Qassim- Buraidah – Al Joithenh | Mosque in south of Al- Khalij<br><br>Al Joithenh Mosque | |
| Wednesday corresponding to 3/1/1419 AH (4/30/1998 AD) | 1<br><br>2 | Speech<br><br>Speech | Sunset<br><br>Evening | Al- Qassim- Buraidah – Al Shamas<br>Al- Qassim- Buraidah – Al- Souq | Al Sahoud Mosque<br><br>Al- Husseini Mosque | |
| Thursday corresponding to 4/1/1419 AH (5/1/1998 AD) | 1 | Lecture | Sunset | Al- Qassim- Al- Maznab | Al- Shetwai Mosque | |

KSA0000009392

| Friday corresponding to 5/1/1419 AH (5/2/1998 AD) | 1 | Speech | Noon | Al- Qassim- Buraidah – Al- Safraa | Mosque in Al- Safraa | |
| | 2 | Speech | Evening | Al- Qassim- Buraidah – Al- Basr | Mosque in Al- Basr | |

The lecture, lesson, or seminar is counted for two speeches.
Notes of the Director of the Center: 1.      2.      3.
The said activity was carried out by the aforementioned Islamic Preacher.
The above activity, or part of it, was not carried out as indicated in red in the box of activity.

Director of Dawah and Guidance Center
Signature:

بسم الله الرحمن الرحيم

الجدول الأسبوعي للنشاط عضو الدعوة .................. عليكم به على جميعكم ............... من ٢٩/٤ إلى ٥/١٧/ ١٤٢٧هـ

الكلمة الأسبوعية موضوعها ................................................ توقيعه

المحاضرة الأسبوعية موضوعها ..............................................

الدرس الأسبوعي ، اسم الكتاب وموضوع الدرس ، المحاضرة أو الندوة عن كليتهما

| الأسبوع | العدد | نوع النشاط | الوقت | الحاضرة إلى | اسم المسجد ورقمه أو الهيئة | الملاحظات |
|---|---|---|---|---|---|---|
| السبت | ١ | درس | مغرب | دقيقه سي (دعاء) | جهاد مسلمة | |
| الموافق | ٢ | كلمة | عشاء | (دعاء) | ملك صلاحي | |
| ١/١ | ٣ | | | | | |
| الأحد | ١ | كلمة | مغرب | المزوع | محمد السليم | |
| الموافق | ٢ | كلمة | تراويح | الرحيم | محمد المحادرة | |
| ١/١ | ٣ | | | | | |
| الاثنين | ١ | درس | عشاء | | دور بركة والكعاء | |
| الموافق | ٢ | | | | | |
| ١/١ | ٣ | | | | | |
| الثلاثاء | ١ | كلمة | مغرب | فهم | محمد بن فلج | |
| الموافق | ٢ | | عشاء | ليلة | محمد المشيعة | |
| ١/١ | ٣ | | | | | |
| الأربعاء | ١ | كلمة | مغرب | | محمد الداود | |
| الموافق | ٢ | | عشاء | النوم | محمد الغنيمي | |
| ١/١ | ٣ | | | | | |
| الخميس | ١ | خطبة | مغرب | المخيم المركز | محمد الفتوى | |
| الموافق | ٢ | | | | | |
| ١/١ | ٣ | | | | | |
| الجمعة | ١ | خطبة | ظهر | المخيم ربيع (حزان) | سعد الغندر | |
| الموافق | ٢ | | عشاء | (ربيع) | علا البيع | |
| ١/١ | ٣ | | | | | |

تحسب المحاضرة أو الدرس أو الندوة عن كلمتين

ملحوظات مدير المركز : ١ -          ٢ -          ٣ -

☐ تم القيام بالنشاط المذكورة من قبل عضو الدعوة المذكور اسمه بعاليه

☐ لم يتم القيام بالنشاط المذكور أو بعضها كما هو مؤشر عليه بالأحمر في حقل النشاط

مدير مركز الدعوة                                                             توقيعه

KSA0000009392



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On this day of April 15, 2020

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, MA 02110 completed the attached translation into English of the file:

**KSA0000009392.pdf**

I, Stefano Bellezza, certify that the attached translation has been translated by a qualified linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

Signature: *[signature]*
Stefano Bellezza
Translation Project Manager