# Exhibit E

In The Name of Allah, the Most Gracious, the Most Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Dawah and Guidance

**Positional Performance Evaluation Form for Executive Positions' Employees (A), (B)**

**Definition of Executive Positions:-**

This group includes positions that include duties and executive works in various fields, according to the rules, regulations, instructions and directives related to its field. Any supervisory tasks or decision-making shall not be the responsibility of its employees.

**First:**

| Authority | Administration | Division |
|---|---|---|
|  |  |  |

| Department | Unit | Region | City or village |
|---|---|---|---|
|  |  |  |  |

| Quadrilateral Name | Job Title | Rank | Number | Date of employment |
|---|---|---|---|---|
| Abdullah bin Ali bin Saleh Joithen | Islamic Preacher | 9 | 104 |  |

| Qualification | Subject of the last successful training course | The last performance report ||
|---|---|---|---|
|  |  | Date | Grade |
| Ph.D. - Hadith |  | 1419 AH | Excellent |

**(1404 AH)**

KSA0000009428



بسم الله الرحمن الرحيم

## نموذج

### تقويم الأداء الوظيفي لشاغلي الوظائف التنفيذية (أ). (ب)

تعريف الوظائف التنفيذية :-

تشمل هذه المجموعة الوظائف التي تتضمن واجبات وأعمال تنفيذية في المجالات المختلفة ، وفقاً للأنظمة واللوائح والتعليمات والتوجيهات الخاصة بمجالاتها .. ولا يكون من مسؤوليات شاغلها أي مهمات إشرافية أو إنفاذ القرارات.

أولاً:

| الجهــــاز | الإدارة | الشعبـــة |
|---|---|---|
|  |  |  |

| القســم | الوحــدة | المنطقـــة | المدينة أو القرية |
|---|---|---|---|
|  |  |  |  |

| الاســم رباعيا | مسمى الوظيفة | مرتبتها | رقمها | تاريخ اشغالها |
|---|---|---|---|---|
| عبدالله علي بن جلال الجعيثن | داخلية | الثامنة | ١٠٤ |  |

| المؤهل العلمي | موضوع آخر دورة تدريبية أكملت بنجاح | تاريخ آخر ترقية | آخر تقرير تقدير |
|---|---|---|---|
| دكتوراه عربي |  | ١٤١٩ | ممتاز |

(١٤٠١ هـ)

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000009428



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On this day of April 15, 2020

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, MA 02110 completed the attached translation into English of the file:

**KSA0000009428.pdf**

I, Stefano Bellezza, certify that the attached translation has been translated by a qualified linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

Signature:
Stefano Bellezza
Translation Project Manager

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001