# Exhibit F

| | | |
|---|---|---|
| **Kingdom of Saudi Arabia**<br>**Ministry of Islamic Affairs,**<br>**Endowments, Da'wah and Guidance**<br>**Ministry's branch in Al-Qassim**<br>**Deputy Minister of Islamic Affairs** | " In The Name of Allah,<br>The Most Beneficent,<br>The Most Merciful" | (illegible)<br>No.: 1616/2/3<br>Date: 21/8/1420 Hijri<br>(11/30/1999 AD)<br>Attachments:<br>Subject: |

**His Eminence, the preacher, Sheikh / Abdullah bin Ali Al-Joithen - Da'wah and Guidance Center in Buraidah, may Allah protect you**

May Allah's peace, mercy, and blessings be upon you,

I ask Allah to help you and guide your steps

On the occasion of the approval of His Excellency the Minister to nominate your eminence to perform the Imamate during the blessed month of Ramadan for this year 1420 Hijri in Menapolis (*sic*) city in USA within the Imamat program organized by the Deputy Ministry for Islamic Affairs. I hope that during your mission, you will visit Islamic centers and associations, submit a detailed report on the situation of Muslims there, the size of the activities of preachers, and suggest what you consider appropriate for spreading Islam and ways to address what interferes with the Da'wah to Allah, and fill in the attached form for each institution through your visit to Islamic institutions within the scope of your region. I also hope that Your Eminence will cooperate with the employees of the center and the embassy and that you will be the best representative of the kingdom. And that your travel shall be at least two days before Ramadan, and that you will be returning after the Eid prayer, God willing, and you can coordinate regarding travel arrangements with Mr. Abdullah Al-Luhaidan, the program coordinator by direct telephone number (4771292) or (4730401 EXT. 1712).

May Allah help in your endeavors

[Signed]

**May Allah's peace, mercy, and blessings be upon you,**

**Assistant Undersecretary for Islamic Affairs**

**Supervisor of the Imamat program**

[Signed]

21/8/1420 Hijri (11/30/1999 AD)

**Tawfiq bin Abdulaziz Al-Sudairy**

                                                    [Handwriting: I received the fax<br>                                                    [Signed]

KSA0000009538

بسم الله الرحمن الرحيم




المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
وكالة الشؤون الإسلامية

الرقم: ١٤/١/ح ت ب
التاريخ: ١٨/٨/١٤٢٠هـ
المرفقات:
الموضوع:

فضيلة الأخ الشيخ / عبدالله بن علي الجميعان        وفقه الله
مركز الدعوة في بوريدة

السلام عليكم ورحمة الله وبركاته .. أما بعد :

فنسأل الله لكم العون والتوفيق .

وبمناسبة صدور موافقة معالي الوزير على ترشيحكم/ على القيام بالإمامة
خلال شهر رمضان المبارك لهذا العام ١٤٢٠هـ بمدينة ………………… في ………………
(………………………………………) ضمن برنامج الإمامة الذي تنظمه وتمولها الوزارة
للشؤون الإسلامية ………………………………… .

وبهذه المناسبة آمل خلال أدائكم لهذه المهمة زيارة المراكز والجمعيات
الإسلامية وتقديم تقرير مفصل عن وضع المسلمين هناك وحجم نشاط الدعاة
واقتراح ما ترونه مناسباً في نشر الإسلام وطرق معالجة ما يعترض الدعوة إلى
الله ، وتعبئة النموذج المرافق عن كل مؤسسة من خلال جولتكم على المؤسسات
الإسلامية في نطاق منطقتكم . كما آمل التعاون مع منسوبي المركز والسفارة وأن
تكونوا خير ممثل للمملكة . على أن يكون سفركم قبل شهر رمضان بيومين على
الأقل وأن يكون إيابكم بعد صلاة العيد إن شاء الله ، ويمكنكم التنسيق فيما يخص
ترتيب سفركم مع الأخ / عبدالله اللحيدان منسق البرنامج على التلفون رقم
(٤٧٧١٢٩٢) مباشر أو (٠١ ٤٧٣٠٤٠١ تحويلة رقم ١٧١٢ ) .

متمنياً لكم التوفيق والسداد .

والسلام عليكم ورحمة الله وبركاته ،

وكيل الوزارة المساعد للشؤون الإسلامية
المشرف على برنامج الإمامة

توفيق بن عبدالعزيز السديري

KSA0000009538



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of April 15, 2020

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, MA 02110 completed the attached translation into English of the file:

**KSA0000009538.pdf**

I, Stefano Bellezza, certify that the attached translation has been translated by a qualified linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

Signature:
Stefano Bellezza
Translation Project Manager

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001