# Exhibit G

**In the name of Allah, Most Gracious, Most Merciful**

| | |
|---|---|
| **Kingdom of Saudi Arabia** | **No.: G/230/2/3** |
| **Ministry of Islamic Affairs, Endowments, Dawah and Guidance** | **Date:** 15/8/1420 (11/24/1999) |
| **Deputy Ministry for Islamic Affairs** | **Attachments: Without** |
| | **Subject:** |

**A Very Urgent Phone Message**

His Eminence General Director of the Ministry's Branch in Al-Qassim Region (God Bless Him)

Peace Be Upon You,

I would like to refer to His Excellency the Minister's direction, God Bless Him, to send:

1. Majed Bin Muhammad Mursal

2. Abdullah Bin Ali Aljaithin

3. Abdullah Bin Saleh (illegible)

4.

5.

As a part of Imama program in Ramadan of 1420 (1999).

I would like to request noticing them immediately by coordination with the Deputy Ministry to complete procedures of starting their work on phone (4771292) or (extension: 4730401). In addition, I hope to receive confirmation of their participation on fax. 4771292 today or tomorrow at the most due to subsequent procedures.

I appreciate your concern.

Best Regards,


**Assistant Deputy Minister for Islamic Affairs**

**Supervisor on Imama Program**

**(Signed)**

**Tawfiq Abdul Aziz Al-Sudairy**

Delivered to Sheikh (signed)

(Handwritten: T.N. not sure, but may be: Registration)

(Handwritten: T.N: not sure, but may be: Employees)

KSA0000009450




بسم الله الرحمن الرحيم

الرقم: ٨٨٨/ب ع د ١
التاريخ: ٢٨/٧/١٤٢٠هـ
المرفقات: برقية

رسالة هاتفية عاجلة جداً

الموضوع:

فضيلة / سيد ٢ فرع وزارة ميغم التعميم ــ سلمه الله

السلام عليكم ورحمة الله وبركاته .. أما بعد :

فأشير إلى توجيه معالي الوزير ــ حفظه الله ــ بإيفاد كل من :

١. ماهم م محمد سعيدات
٢. عبدالله سم فتحي ، لجميعم
٣. عبدالله بن صالح المغمس
٤.
٥.

وذلك ضمن برنامج الإمامة في رمضان لهذا العام ١٤٢٠هـ .
آمل تعميدهم فوراً بالتنسيق مع هذه الوكالة لإنهاء إجراءات مباشرتهم مقر عملهم على الهاتف ( ٤٧٧١٢٩٢ مباشر ) أو ( ٤٧٣٠٤٠١ تحويلة ١٧١٢ ). كما نأمل إرسال تأييد مشاركته على الفاكس ( ٤٧٧١٢٩٢ ) هذا اليوم أو يوم غد على الأكثر لوجود إجراءات تترتب على ذلك .

شاكراً اهتمامكم .

السلام عليكم ورحمة الله وبركاته .

وكيل الوزارة المساعد للشؤون الإسلامية
المشرف على برنامج الإمامة

توفيق بن عبدالعزيز السديري

KSA0000009450



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On this day of April 15, 2020

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, MA 02110 completed the attached translation into English of the file:

**KSA0000009450.pdf**

I, Stefano Bellezza, certify that the attached translation has been translated by a qualified linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

Signature:
Stefano Bellezza
Translation Project Manager

**Linguistic Systems, Inc.**
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001