# EXHIBIT 1

| | | |
|---|---|---|
| **Kingdom of Saudi Arabia** | [hand written text: illegible] | No.: 3/2/1616 |
| **Ministry of Islamic Affairs, Endowments, Da'wah and Guidance** | In the name of Allah, the Gracious, the Merciful | Date:  21/08/1420  AH corresponding to 11/29/1999 AD |
| **Deputy Ministry for Islamic Affairs** | [emblem of the Ministry of Islamic Affairs, Endowments, Da'wah and Guidance] | Attachments: - Subject: ………………………………….. |

**To: Sheikh Abdullah bin Ali al Jaithen, may Allah support him**
**Buraidah Da'wah and Guidance Center,**

**May the peace, mercy and blessings of Allah be upon you…Further:**

**I pray for Allah to assist and support you.**
**Since H.E. the Minister has approved your nomination to be an Imam during the blessed month of Ramadan for the year 1420 AH corresponding to December 1999 AD in** (Handwritten: ~~The mosque of the faculty of Islamic Studies~~)(Replaced with: **The Islamic Center**)**,** [Handwritten: ~~Kismayo, Kenya~~] [replaced with: **Minneapolis, USA**] **within the program of Imamate prepared by the Deputy Minister of Islamic Affairs;**

**I hope, in this occasion and while performing the job, you can visit the Islamic centers and associations, and provide a detailed report on the status of Muslims in the country referred to and the size of propagators' efforts and to give your recommendations on how to disseminate Islam and deal with whatever obstacles in the way of propagation. Kindly fill out the form for every organization during your visits to the Islamic organizations in the region specified.**

**I hope that you will cooperate with the employees of the Center and Embassy and best represent the Kingdom. Please make sure to travel at least two days before the month of Ramadan and get back after the Eid prayer in Sha' Allah. You can call brother Abdullah Al Lahidan, the program coordinator, on the direct line 4771292 or 4730401 (extension 1712), to arrange your travel.**

**Peace, mercy and blessings be upon you.**
**Assistant Deputy Minister of Islamic Affairs**
**Supervisor of the Program of Imamate**
[Signature]
21/8/20 AH / 29 November, 1999 AD
**Your brother: Tawfiq bin Abdul Aziz Al Sudairy**
[hand written text: Kindly note that I have received the fax]

KSA0000009538





بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
برنامج الشؤون الإسلامية

الرقم: ٢٤/ب ت ب
التاريخ: ١٤٢٠/٨/٢٥ هـ
المرفقات:
الموضوع:

فضيلة الأخ الشيخ / حمد الله بن علي الحميشي   وفقه الله
مركز الدعوة في بريده

السلام عليكم ورحمة الله وبركاته.. أما بعد:

فأسأل الله لكم العون والتوفيق.

وبمناسبة صدور موافقة معالي الوزير على ترشيحكم/ على القيام بالإمامة خلال شهر رمضان المبارك لهذا العام ١٤٢٠هـ بمدينة _____ في مسجد _____ ( _____ ) ضمن برنامج الإمامة الذي تنظمه وكالة الوزارة للشؤون الإسلامية.

وبهذه المناسبة آمل خلال أداءكم لهذه المهمة زيارة المراكز والجمعيات الإسلامية وتقديم تقرير مفصل عن وضع المسلمين هناك وحجم نشاط الدعاة واقتراح ما ترونه مناسباً في نشر الإسلام وطرق معالجة ما يعترض الدعوة إلى سبيل الله، وتعبئة النماذج المرافقة عن كل مؤسسة من خلال جولتكم على المؤسسات الإسلامية في نطاق منطقتكم، كما آمل التعاون مع منسوبي المركز والسفارة وأن تكونوا خير ممثل للمملكة. على أن يكون سفركم قبل شهر رمضان بيومين على الأقل وأن يكون إيابكم بعد صلاة العيد إن شاء الله، ويمكنكم التنسيق فيما يخص ترتيب سفركم مع الأخ / عبدالله اللحيدان منسق البرنامج على التلفون رقم (٤٧٧١٢٩٢) مباشر أو (٤٧٣٠٤٠١) تحويلة رقم ١٧١٢).

متمنياً لكم التوفيق والسداد.

والسلام عليكم ورحمة الله وبركاته,

وكيل الوزارة المساعد للشؤون الإسلامية
المشرف على برنامج الإمامة

توفيق بن عبدالعزيز السديري

KSA0000009538