## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

*This document relates to*:  All Actions

### PLAINTIFFS' NOTICE OF MOTION
### TO CONDUCT AN ORAL DEPOSITION OF HOSTILE WITNESS
### AKRAM ALZAMARI PURSUANT TO THE FED. R. CIV. P. 26 AND 30

Plaintiffs, by their counsel below, based on the accompanying Memorandum, Declaration of Megan W. Benett, the Exhibits and Appendix attached thereto, and, the prior proceedings and pleadings in this litigation, hereby move this Court for an Order, pursuant to Fed.R.Civ.P. 26 and 30, to conduct an oral deposition of hostile witness Akram Alzamari.

Dated:  April 24, 2020

KREINDLER & KREINDLER LLP

By:  */s/ Steven R. Pounian*
STEVEN R. POUNIAN
ANDREW J. MALONEY
MEGAN W. BENETT
750 Third Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: spounian@kreindler.com
*For the Plaintiffs' Exec. Committees*

MOTLEY RICE LLC

By:  */s/ Robert T. Haefele*
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com
*For the Plaintiffs' Exec. Committees*

COZEN O'CONNOR

By:  */s/ Sean P. Carter*
SEAN P. CARTER
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com
*For the Plaintiffs' Exec. Committees*