# Morgan Lewis

**Kelly A. Moore**
Partner
+1.212.309.6612
kelly.moore@morganlewis.com

April 28, 2020

**VIA ECF**

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   <u>In re Terrorist Attacks on September 11, 2001</u>, No. 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

We represent non-party witness Akram Alzamari and write to request a two-week extension of the May 1, 2020 deadline to file a response to Plaintiffs' Motion to Conduct an Oral Deposition of Akram Alzamari, Dkt. No. 6153 (the "Motion").  Counsel for Plaintiffs, Defendant Kingdom of Saudi Arabia, and Defendant Dallah Avco consent to this request.  The parties have also agreed to an extension of Plaintiffs' deadline to submit a reply.

Accordingly, we respectfully request that the Court approve the following agreed-upon briefing schedule:

- <u>May 15, 2020</u>: Deadline for responses to Plaintiffs' Motion

- <u>May 27, 2020</u>: Deadline for Plaintiffs' reply in support of their Motion

Very truly yours,

*/s/ Kelly A. Moore*

Kelly A. Moore

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060         +1.212.309.6000
United States                    +1.212.309.6001