# EXHIBIT A

| Estate of | Family Member Name | Relationship | Solatium Award |
|---|---|---|---|
| Alan Wisniewski | Kathleen Wisniewski | Spouse | $12,500,000.00 |