# EXHIBIT 1

| Name of 9/11 Decedent | Family Member Named in Original Orders | Family Member Corrected Name |
|---|---|---|
| Alan Wisniewski | Kathy Wisniewski | Kathleen Wisniewski |