

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 1, 2020

**By ECF**
Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, New York 10007

      Re:  *In re Terrorist Attacks on September 11, 2001 Litigation*,
           03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      We write to notify the parties and the Court of a correction to the Declaration of Jill Sanborn, Assistant Director, Federal Bureau of Investigation, dated April 13, 2020 (ECF No. 6140) ("Public Sanborn Declaration"), and the *Ex Parte, In Camera* Classified Declaration of Jill Sanborn (ECF No. 6143) ("Classified Sanborn Declaration").

      Specifically, at paragraph 21 of the Public Sanborn Declaration and paragraph 31 of the Classified Sanborn Declaration, the name "Mohdar Abdullah" should be replaced with "Omar Abdi Mohamed."

      Should the Court require the filing of a signed errata sheet or corrected declaration from Assistant Director Sanborn, the FBI would be happy to provide one.

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney

                By:  */s/ Jeannette A. Vargas*
                      SARAH S. NORMAND
                      JEANNETTE A. VARGAS
                      ANDREW E. KRAUSE
                      Assistant United States Attorneys
                      Tel.: (212) 637-2709/2678/2769
                      E-mail: jeannette.vargas@usdoj.gov

cc:     All Counsel of Record (by ECF)