UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Burnett, et al. v. The Islamic Republic of Iran, et al.*, 15-cv-9903 (GBD)(SN)
*Prior, et al. v. The Islamic Republic of Iran*, 19-cv-0044 (GBD)(SN)

**NOTICE OF MOTION FOR
ENTRY OF JUDGMENTS NUNC PRO TUNC**

The *Burnett* and *Prior* Plaintiffs, through counsel, hereby respectfully move this Court to enter judgments previously entered by the Court on March 6, 2020, nunc pro tunc to February 19, 2020. As set forth in the accompanying Memorandum of Law, Plaintiffs submit that the entry of these judgments nunc pro tunc will provide fair and equitable relief to the impacted Plaintiffs. The movants are a discrete number of remaining Plaintiffs who submitted motions for default *prior* to February 19, 2020, but after this Court's deadline of January 15, 2020. Plaintiffs' Motion seeks to cure this.

**WHEREFORE**, for the reasons stated in the accompanying Memorandum of Law in support hereof, the *Burnett* and *Prior* Plaintiffs respectfully request that this Court **GRANT** Plaintiffs' Motion.

Dated: May 4, 2020                    Respectfully submitted,

                                      **/s/**  John M. Eubanks
                                      John M. Eubanks, Esq.
                                      MOTLEY RICE LLC
                                      28 Bridgeside Blvd.
                                      Mount Pleasant, SC 29464
                                      Tel: 843-216-9000
                                      Fax: 843-216-9450
                                      Email: jeubanks@motleyrice.com
                                      Attorneys for the *Burnett* and *Prior* Plaintiffs