## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |

This document relates to:

*Burnett, et al. v. The Islamic Republic of Iran, et al.*, 15-cv-9903 (GBD)(SN)
*Prior, et al. v. The Islamic Republic of Iran*, 19-cv-0044 (GBD)(SN)

## **[PROPOSED] ORDER GRANTING JUDGMENTS NUNC PRO TUNC**

Upon consideration of Plaintiffs' Motion for Entry of Judgments *Nunc Pro Tunc* in the above-captioned matters, it is hereby;

**ORDERED** that the Plaintiffs' motion is granted and judgments entered on March 6, 2020 at ECF Nos. 6034, 6035, 6037, 6038, 6039, and 6040 are to be given effect as of February 19, 2020.

Dated: New York, New York
_____, 20__

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge