UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army*, et al., 02-CV-6977 (GBD)(SN)

### [PROPOSED] FINAL ORDER OF JUDGMENT ON BEHALF OF *ASHTON* PLAINTIFF IDENTIFIED AT EXHIBIT A

Upon consideration of the *Ashton* Plaintiffs' Motion to Vacate and Enter New Final Order of Final Judgment for Solatium Damages as to plaintiff Marion Knox, only, it is hereby;

**ORDERED** that the August 15, 2019 Order of Final Judgment for Solatium Damages only as to plaintiff Marion Knox (MDL ECF No. 4880 at p. 32, line 15) is VACATED and that the August 15, 2019 Order (MDL ECF No. 4880) is otherwise undisturbed; and

**ORDERED** that based on the reasons stated in the *Ashton* Plaintiffs' prior motions for solatium damages, including the July 31, 2019 Motion for Final Judgment on behalf of the *Ashton XII* Plaintiffs (including Marion Knox) and the Declaration of James P. Kreindler, Esq., submitted on May 4, 2020, together with the entire record in this case, Marion Knox, as the parent of an individual killed on September 11, 2001 in the terrorist attacks, is awarded a final judgment of solatium damages in the amount of $8.5 million, as set forth on Exhibit A, plus prejudgment interest to be calculated at a rate of 4.96% per annum; all interest compounded annually.

Dated:   New York, New York
                  _____, 2020             SO ORDERED:

                                                                                    _____
                                                                                    GEORGE B. DANIELS
                                                                                    UNITED STATES DISTRICT JUDGE