# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)

## CORRECTED ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF *BAUER* PLAINTIFF IDENTIFED AT EXHIBIT A

Upon consideration of the evidence and arguments submitted by Plaintiff identified in Exhibit A to this Order, a certain Plaintiff in *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN), who is a spouse of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default Against the Islamic Republic of Iran ("Iran") entered on August 31, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory and punitive damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby, it is hereby;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of a certain Plaintiff in *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN), as identified in the attached Exhibit A, who is a spouse of an individual killed in the terrorist attacks on September 11, 2001, as indicated in the attached Exhibit A, and it is

**ORDERED** that the Plaintiff identified in Exhibit A is awarded solatium damages of $12,500,000, as indicated in the attached Exhibit A; and it is

**ORDERED** that the Plaintiff identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiff identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

**ORDERED** that the *Bauer* Plaintiffs not appearing on Exhibit A may submit in later stages applications for solatium damages awards that will be approved on the same basis as currently approved for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
_____, 2020

MAY 0 5 2020

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

| Estate of | Family Member Name | Relationship | Solatium Award |
|---|---|---|---|
| Alan Wisniewski | Kathleen Wisniewski | Spouse | $12,500,000.00 |