**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Burnett, et al. v. The Islamic Republic of Iran, et al.*, 15-cv-9903 (GBD)(SN)

**NOTICE OF RULE 60(a) MOTION FOR**
**CORRECTION TO PARTIAL FINAL JUDGMENT**

Plaintiff by undersigned counsel moves under Federal Rule of Civil Procedure 60(a) for an order correcting this Court's September 6, 2019 Order of Partial Final Default Judgment on behalf of Frank M. Tatum (*see* ECF No. 5087) for reasons stated as follows:

1.      Plaintiff's counsel conducted extensive quality control before filing its Motion for Entry of Partial Final Default Judgment and has continued its quality control since that time.  In so doing, counsel has determined that a certain minor error was contained in the judgment identifying Frank M. Tatum by the wrong relationship to 9/11 decedent Diane M. Parsons. In the judgment, Frank M. Tatum is identified as the "sibling" of Diane M. Parsons whereas Frank M. Tatum is the child of Diane M. Parsons.

2.      Through the instant Motion, Plaintiff seeks to correct the error as this issue may create potential problems for Plaintiff's enforcing and collecting of said judgment.  The modification requested herein does not affect the substantive claims or relief sought—the default judgment has been entered, and Iran has been notified of the judgment.  No new claims are asserted, and no additional plaintiffs have been added.  Moreover, because the change is insubstantial (and a judgment on behalf of Frank M. Tatum was already entered and served on Iran putting it on notice of a judgment), no additional service on Iran is required.

WHEREFORE, Plaintiff respectfully requests the issuance of the Corrected Order of Partial Final Default Judgment on behalf of Frank M. Tatum that is being filed contemporaneously with this motion.

Dated: May 6, 2020

Respectfully submitted,

MOTLEY RICE LLC

BY: /s/ John M. Eubanks
John M. Eubanks, Esq.
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843)216-9000
Email: jeubanks@motleyrice.com

**Attorneys for Plaintiff**