UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

### CORRECTED ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF *BURNETT* PLAINTIFF THE ESTATE OF ALBERT C. CUCCINELLO

Upon consideration of the evidence and arguments submitted by Plaintiff Estate of Albert C. Cuccinello, a Plaintiff in *Burnett, et al. v. The Islamic Republic of Iran, et al.*, 15-cv-9903 (GBD)(SN), who was the spouse of Thelma Cuccinello who was a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively the "Iran Defendants") entered on January 31, 2017 (Case No. 15-cv-9903, ECF No. 85), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants; and it is

**ORDERED** that the partial final judgment entered against the Iran Defendants on September 3, 2019 on behalf of the Estate of Albert C. Cuccinello be modified and corrected in accordance with this Order; and it is

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Estate of Albert C. Cuccinello, who was the spouse of Thelma Cuccinello who was killed in the terrorist attacks on September 11, 2001, and it is

**ORDERED** that the Estate of Albert C. Cuccinello is awarded solatium damages of $12,500,000; and it is

**ORDERED** that Plaintiff Estate of Albert C. Cuccinello is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiff Estate of Albert C. Cuccinello may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated: New York, New York
_____, 2020

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge