**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE:  TERRORIST ATTACKS ON | : | |
| SEPTEMBER 11, 2001 | : | 03-MDL-1570 (GBD)(SN) |

**This Document Relates To:**
*Ryan, et al. v. Islamic Republic of Iran, et al.,* **1:20-cv-00266 (GBD)(SN)**

## PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF JUDGMENTS *NUNC PRO TUNC*

**COME NOW**, Plaintiffs, the Estate of John J. Ryan and the Estate of Daniel L. Maher, by and through undersigned counsel, and hereby respectfully move this Court to enter judgments previously entered by the Court on February 21, 2020, and re-entered on March 6, 2020, *nunc pro tunc* to February 19, 2020.  As set forth in the accompanying Memorandum of Law, Plaintiffs Ryan and Maher submit that the entry of these judgments *nunc pro tunc* will provide fair and equitable relief to these two Plaintiffs who desire to qualify their economic awards for consideration by the United States Victims of State Sponsored Terrorism Fund, on an equal footing with other similarly-situated judgment holders in this MDL proceeding.  The Plaintiffs, the Estate of John J. Ryan and the Estate of Daniel L. Maher, filed their Motion for Entry of Partial Final Judgments requesting the award of economic damages to each Estate prior to February 19, 2020, but after this Court's deadline of January 15, 2020.  Other similarly-situated plaintiffs in this MDL received such a *nunc pro tunc* order on May 5, 2020.

**WHEREFORE**, for the reasons stated in the accompanying Memorandum of Law in support hereof, the Plaintiffs, Estate of John J. Ryan and the Estate of Daniel L. Maher, respectfully request that this Court **GRANT** Plaintiffs' Motion.

Date:  May 6, 2020

        Respectfully Submitted,

        */s/ Dennis G. Pantazis*
        Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
        WIGGINS CHILDS PANTAZIS *(Lead Counsel)*
        FISHER GOLDFARB LLC
        The Kress Building
        301 Nineteenth Street North
        Birmingham, Alabama 35203
        (205) 314-0500
        dgp@wigginschilds.com

        Timothy B. Fleming (DC Bar No. 351114)
        WIGGINS CHILDS PANTAZIS
        FISHER GOLDFARB PLLC
        1211 Connecticut Avenue, N.W.
        Suite 420
        Washington, D.C.  20036
        (202) 467-4489

        ***Attorneys for the* Ryan and Maher *Plaintiffs***