**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *IN RE*: **TERRORIST ATTACKS ON** | : | |
| **SEPTEMBER 11, 2001** | : | **03-MDL-1570 (GBD)(SN)** |

**This Document Relates To:**
*Ryan, et al. v. Islamic Republic of Iran, et al.,* **1:20-cv-00266 (GBD)(SN)**

### [proposed] ORDER GRANTING PARTIAL FINAL JUDGMENTS *NUNC PRO TUNC*

Upon consideration of the Motion of Plaintiffs the Estate of John J. Ryan and the Estate of Daniel L. Maher for Entry of Judgments *Nunc Pro Tunc* in the above-captioned case, it is hereby:

ORDERED that the Plaintiffs' motion is granted and their judgments entered on February 21, 2020, at *Ryan* Doc. No. 10, MDL Doc. No. 5999, and re-entered on March 6, 2020, at *Ryan* Doc. No. 11, MDL Doc. No. 6036, are to be given effect as of February 19, 2020.

**SO ORDERED:**

Date: _____       _____
          New York, New York                    GEORGE B. DANIELS
                                                UNITED STATES DISTRICT JUDGE