# Normand, Sarah (USANYS)

| | |
|---|---|
| **From:** | Carter, Sean <SCarter1@cozen.com> |
| **Sent:** | Tuesday, July 17, 2018 12:27 PM |
| **To:** | Normand, Sarah (USANYS) |
| **Cc:** | Geoffrey.berman@usdoj.com; Vargas, Jeannette (USANYS); Tarbutton, J. Scott; zRobert Haefele; Steven R. Pounian; WTC[amaloney@kreindler.com] |
| **Subject:** | 03 MDL 1570 - 9/11 Plaintiffs' Subpoenas |

Sarah – When we spoke on July 3rd, you had indicated that you would be following up with a letter describing what the FBI was doing in response to the 9/11 plaintiffs' subpoena and the FBI's rationale for its proposed approach, to ensure that we would have a record on those issues as plaintiffs determine how to proceed.  Please confirm that the letter is in the works, and let us know when we should expect to receive it.  In connection with that letter, it would be particularly helpful for the FBI to provide some detail concerning the bases for its assertions that the demands presented in the subpoena are "overbroad" and would be "unduly burdensome."  Using the demand for the records comprising the "subfile" investigation as an example, it would be helpful to know the total number of documents or pages within that subfile, and why the FBI believes a declassification review of the complete subfile would be burdensome or likely to take a significant amount of time.  It would also be help
helpful to know whether there are subfiles within the subfile for individual subjects of the investigation or related persons (such as Bayoumi, Thumairy, al Swailem, and Aulaqi) and the total number of documents within any such sub-subfiles.

Thanks, Sean



**Sean P. Carter**
**Member | Cozen O'Connor**
One Liberty Place | 1650 Market Street, Suite 2800 | Philadelphia, PA 19103
P: 215-665-2105 F: 215-701-2105
Email | Bio | LinkedIn | Map | cozen.com

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**