

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 27, 2018

**By Electronic Mail**
MDL 1570 Plaintiffs' Executive Committees
Attn:   Sean P. Carter, Cozen O'Connor
        Steven Pounian, Kreindler & Kreindler

            Re:   *In re Terrorist Attacks*, 03 MDL 1570 (GBD) (SN)
                  Government Exhibit 25 from Trial of Omar Abdi Mohammad

Dear Counsel:

      You asked us for assistance in attempting to locate Government Exhibit 25, entered in evidence at the trial of Omar Abdi Mohammad, *United States v. Omar Abdi Mohamed*, 03CR3433-JAH (S.D. Ca. 2005).  You described Exhibit 25 as a compilation of 61 documents (including translations) seized from Mr. Mohammad's home.

      In response to your request for assistance, we contacted the U.S. Attorney's Office for the Southern District of California ("SDCA").  That Office retrieved the trial records from archives.  Although Exhibit 25 was not located in its entirety among the archived files, the SDCA was able to locate and provide to us the following documents that were part of Exhibit 25:  2, 2a, 2b, 9, 10, 12, 15, 32, 47, 49, 54, and 57.  The SDCA also located Document 30, which is marked as Defendant's Exhibit F.  It is unclear whether Document 30 was also part of Government Exhibit 25; however, like the other documents, it was seized from Mr. Mohammad's home.  The referenced documents, including translations, are enclosed.  They are Bates-stamped DOJ0000001-DOJ0000032.

                              Very truly yours,

                              GEOFFREY S. BERMAN
                              United States Attorney for the
                              Southern District of New York

      By:   */s/ Sarah S. Normand*
             SARAH S. NORMAND
             JEANNETTE A. VARGAS
             Assistant United States Attorneys
             86 Chambers Street, 3rd Floor
             New York, New York 10007
             Tel.  (212) 637-2709/2678
             sarah.normand@usdoj.gov
             jeannette.vargas@usdoj.gov

Encls.