IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*IN RE*: TERRORIST ATTACKS ON  :
SEPTEMBER 11, 2001                        :             03-MDL-1570 (GBD)(SN)

**This Document Relates To:**
*Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN)

## [PROPOSED] ORDER GRANTING PARTIAL FINAL JUDGMENTS *NUNC PRO TUNC*

Upon consideration of the Motion of Plaintiffs the Estate of John J. Ryan and the Estate of Daniel L. Maher for Entry of Judgments *Nunc Pro Tunc* in the above-captioned case, it is hereby:

ORDERED that the Plaintiffs' motion is granted and their judgments entered on February 21, 2020, at *Ryan* Doc. No. 10, MDL Doc. No. 5999, and re-entered on March 6, 2020, at *Ryan* Doc. No. 11, MDL Doc. No. 6036, are to be given effect as of February 19, 2020.

SO ORDERED:

Date:  MAY 1 1 2020
New York, New York

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE