## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:
   *Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15 CV 9903 (GBD)(SN)

### NOTICE OF MOTION TO VACATE
### PARTIAL FINAL JUDGMENTS

For the reasons set forth below and in the declaration of John M. Eubanks ("Eubanks Declaration"), attached hereto, undersigned counsel respectfully moves this Court, pursuant to Fed. R. Civ. P. 60, to vacate the final judgment of solatium damages awards or damages for an estate, for twenty-four (24) *Burnett* plaintiffs.  Each of these *Burnett* plaintiffs previously moved this Court for final damages judgments against the Islamic Republic of Iran ("Iran") and judgments were entered against *inter alia* the Islamic Republic of Iran Iran. *See* ECF Nos. 5061 (Edward C. Williams), 5087 (Alison M. Coffey, Antonia Gargano, Brenda Larsen, Minor Child A.L., Scott B. Larsen, Marisa Larsen, Carolann Larsen, Elise Lasko, Patrick O'Hagan, Pierce O'Hagan, Andrea O'Hagan, and Gabriella Scibetta), 5138 (Jordan Lyles, Justin Lyles, Mario Giordano, Estate of Thomas McErlean, and Estate of Rosalyn Temple), 5356 (Christopher J. Braca and Alison Kinney Lewandowski), 5848 (Thomas P. Heidenberger II), 5975 (Estate of John A. Crisci, Estate of Ann Nicole Nelson, and Estate of Gregory J. Trost), and 6038 (Estate of Yudh Jain).

Plaintiffs respectfully ask that this Court grant the Proposed Order filed contemporaneously with this motion; vacate the damages judgments awarded to the referenced twenty-four (24) *Burnett* Plaintiffs only; and otherwise leave the Orders docketed at ECF Nos 5061, 5087, 5138, 5356, 5848, 5975, and 6038 in force.

Dated: May 11, 2020
      Mount Pleasant, South Carolina

Respectfully submitted
MOTLEY RICE LLC

BY: /s/ John M. Eubanks
John M. Eubanks, Esq.
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9218
*Attorneys for Burnett Plaintiffs*