UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br> ECF Case |

This document relates to:
   *Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15 CV 9903 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Notice of Motion to Vacate Partial Final Default Judgments as to twenty-five (25) plaintiffs and the accompanying declaration of John M. Eubanks, attorney for the *Burnett* plaintiffs in the above-captioned action, it is hereby:

**ORDERED** that the following final judgments for solatium damages entered on behalf of the referenced individuals in the *Burnett* action, and only these judgments in the *Burnett* action, are vacated:

- Edward C. Williams, ECF No. 5061 at 3, line 13 *(Burnett* VII);
- Alison M. Coffey, ECF No. 5087 at 10, line 253 *(Burnett* IX);
- Antonia Gargano, ECF No. 5087 at 9, line 197 *(Burnett* IX);
- Brenda Larsen, ECF No. 5087 at 12, line 330 *(Burnett* IX);
- Minor child A.L., ECF No. 5087 at 12, line 333 *(Burnett* IX);
- Scott B. Larsen, ECF No. 5087 at 12, line 329 *(Burnett* IX);
- Marisa Larsen, ECF No. 5087 at 12, line 331 *(Burnett* IX); and
- Carolann Larsen, ECF No. 5087 at 12, line 332 *(Burnett* IX);
- Elise Lasko, ECF No. 5087 at 12, line 334 *(Burnett* IX);
- Patrick O'Hagan, ECF No. 5087 at 15, line 472 *(Burnett* IX);
- Pierce O'Hagan, ECF No. 5087 at 15, line 473 *(Burnett* IX);
- Andrea O'Hagan, ECF No. 5087 at 15, line 474 *(Burnett* IX);
- Gabriella Scibetta, ECF No. 5087 at 18, line 598 *(Burnett* IX);
- Jordan Lyles, ECF No. 5138 at 5, line 93 *(Burnett* XI);
- Justin Lyles, ECF No. 5138 at 5, line 94 *(Burnett* XI);
- Mari**o** Giordano, ECF No. 5138 at 3, line 10 *(Burnett* XI);
- Estate of Thomas M. McErlean, ECF No. 5138 at 6, line 108 *(Burnett* XI);
- Estate of Rosalyn Temple, ECF No. 5138 at 8, line 166 *(Burnett* XI);

- Christopher J. Braca, ECF No. 5356 *(Burnett* XIII)[1];
- Alison Kinney Lewandowski, ECF 5356 (*Burnett* XIII) [2];
- Thomas Peter Heidenberger, II, ECF No. 5848 at 6, line 107 *(Burnett* XIV);
- Estate of John A. Crisci, ECF No. 5975 at 7, line 126 (*Burnett* XVI);
- Estate of Ann Nicole Nelson, ECF No. 5975 at 17, line 417 (*Burnett* XVI);
- Estate of Gregory J. Trost, ECF No. 5975 at 22, line 563 (*Burnett* XVI); and
- Estate of Yudh Jain, ECF No. 6038 at 5, line 1 (*Burnett* XXI).

**ORDERED** that the Court's Final Orders of Judgment in the *Burnett* action at ECF Nos. 5061, 5087, 5138, 5356, 5848, 5975, and 6038 remain otherwise in force and that no other final judgments awarded to the above-referenced individuals are affected by this Order.

Dated:  New York, New York
_____, 2020

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

---

[1] Exhibit A to ECF No. 5356 is located at ECF No. 5348-1.  The reference to Christopher J. Braca is at ECF No. 5348-1 at 1, line 21.

[2] Exhibit A to ECF No. 5356 is located at ECF No. 5348-1.  The reference to Alison Kinney Lewandowski is at ECF No. 5348-1 at 3, line 66.