## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Continental Casualty Company, et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970 (GBD)(SN)

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, Catherine B. Altier, hereby appears in the above-captioned proceeding as counsel for plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford, and American Casualty Company of Reading, Pennsylvania ("Plaintiffs").

Dated:  May 13, 2020
         New York, NY

                                            Respectfully submitted,

                                            **FORD MARRIN ESPOSITO WITMEYER**
                                                  **& GLESER, L.L.P.**

                                            By: */s/   Catherine B. Altier*
                                                  Catherine B. Altier
                                            Wall Street Plaza, 16th Floor
                                            New York, NY 10005
                                            Telephone: 212-269-4900
                                            Facsimile: 212-344-4294
                                            Email: caltier@fordmarrin.com
                                            *Attorneys for Plaintiffs*