**EXHIBIT C**

Exhibit C Page 1

# MDL 03-1570
## CASES ASSERTING CLAIMS AGAINST IRAN AS OF MAY 12, 2020

| Case No. | Caption | Judgment Entered |
|---|---|---|
| 18-cv-12276 | *Aamoth et al v. The Islamic Republic of Iran* | Yes |
| 18-cv-11837 | *Abel et al v. Islamic Republic of Iran* | Yes |
| 18-cv-07306 | *Ades et al v. Islamic Republic Of Iran* | Yes |
| 18-cv-05320 | *Agyeman et al v. Islamic Republic of Iran* | Yes |
| 19-cv-00041 | *Arias et al v. Islamic Republic of Iran* | Yes |
| 18-cv-12001 | *Aronow et al v. Islamic Republic of Iran* | Yes |
| 02-cv-06977 | *Ashton, et al. v. al Qaeda Islamic Army, et al.* | Yes |
| 02-cv-07236 | *Bauer, et al. v. al Qaeda Islamic Army, et al.* | Yes |
| 18-cv-08297 | *Betru et al v. Islamic Republic of Iran* | Yes |
| 02-cv-07230 | *Burlingame, et al v. Bin Laden, et al* | Yes |
| 15-cv-09903 | *Burnett et al v. The Islamic Republic of Iran et al* | Yes |
| 18-cv-05306 | *Derubbio et al v. Islamic Republic of Iran* | Yes |
| 18-cv-12277 | *Hemenway et al v. Islamic Republic of Iran* | Yes |
| 18-cv-11875 | *Jimenez et al v. Islamic Republic of Iran* | Yes |
| 18-cv-05339 | *Kamardinova et al v. Islamic Republic of Iran* | Yes |
| 18-cv-11870 | *Kim et al v. Islamic Republic of Iran* | Yes |
| 18-cv-11876 | *Moody-Theinert et al v. Islamic Republic of Iran* | Yes |
| 18-cv-05321 | *Morris et al v. Islamic Republic of Iran* | Yes |
| 18-cv-11340 | *Nolan et al v. Islamic Republic of Iran* | Yes |
| 04-cv-1076 | *O'Neill, Sr., et al. v. Republic of Iraq, et al* | Yes |
| 18-cv-11416 | *Parker et al v. Islamic Republic of Iran* | Yes |
| 19-cv-00044 | *Prior et al v. Islamic Republic of Iran* | Yes |
| 18-cv-11878 | *Rivelli et al v. Islamic Republic of Iran* | Yes |
| 18-cv-12387 | *Rowenhorst et al v Islamic Republic of Iran* | Yes |
| 18-cv-05331 | *Schlissel et al v. The Islamic Republic of Iran* | Yes |
| 20-cv-00355 | *Ahearn et al v. Islamic Republic of Iran* | No |
| 20-cv-00340 | *Alcabes et al v. Islamic Republic of Iran* | No |
| 20-cv-00412 | *Amin et al v. Islamic Republic of Iran* | No |
| 18-cv-12341 | *Anaya et al v. Islamic Republic of Iran* | No |
| 20-cv-00354 | *Anderson et al v. Islamic Republic of Iran* | No |
| 18-cv-12368 | *Angelini et al v. Islamic Republic of Iran* | No |
| 20-cv-00411 | *Asciutto et al v. Islamic Republic of Iran* | No |
| 20-cv-00415 | *Basci et al v. Islamic Republic of Iran* | No |
| 19-cv-11865 | *Bernaerts et al v. Islamic Republic Of Iran* | No |
| 19-cv-11776 | *Bodner et al v. Islamic Republic Of Iran* | No |
| 18-cv-12370 | *Chairnoff et al v. Islamic Republic of Iran* | No |
| 20-cv-00416 | *Cloud, Jr. et al v. Islamic Republic of Iran* | No |
| 18-cv-11417 | *Dickey et al v. Islamic Republic of Iran* | No |

Exhibit C Page 2

| Case No. | Caption | Judgment Entered |
|---|---|---|
| 18-cv-03162 | *Dillaber et al v. Islamic Republic Of Iran et al* | No |
| 18-cv-12337 | *Gaston et al v. Islamic Republic Of Iran* | No |
| 18-cv-12344 | *Johnson et al v. Islamic Republic of Iran* | No |
| 18-cv-12398 | *Knight et al v. Islamic Republic of Iran* | No |
| 20-cv-00315 | *Mandelkow et al v. Republic of Iran* | No |
| 19-cv-11767 | *Mellon et al v. Islamic Republic Of Iran* | No |
| 18-cv-12347 | *Rodriguez et al v. Islamic Republic of Iran* | No |

Exhibit C Page 3