**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: TERRORIST ATTACKS ON** : | |
| **SEPTEMBER 11, 2001** : | **MDL 03-1570 (GBD)(SN)** |

**This Document Relates To:**
*Havlish, et al. v. bin Laden, et al.,* **Case No. 03-CV-09848**
*Ashton, et al. v. al Qaeda Islamic Army, et al.,* **Case No. 02-CV-06977**
*Burnett, Sr., et al., v. Islamic Republic of Iran,* **Case No. 15-CV-9903**
*Burlingame, et al. v. bin Laden, et al.,* **Case No. 02-CV-07230**
*Bauer, et al. v. al Qaeda Islamic Army, et al.,* **Case No. 02-CV-07236**
*O'Neill, Sr., et al. v. Republic of Iraq, et al.,* **Case No. 04-CV-1076**
*Federal Insurance Co., et al. v. al Qaida, et al.,* **Case No. 03-CV-06978**
----
*All other cases against the Islamic Republic of Iran*

### [proposed] ORDER GRANTING *HAVLISH* PLAINTIFFS' MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY IN FURTHERANCE OF THE COURT'S SEPTEMBER 30, 2019 OPINION AND ORDER

The *Havlish* Plaintiffs have moved this Court for leave to take limited discovery in furtherance of the Court's September 30, 2019 Opinion and Order which granted in part the *Havlish* Plaintiffs' Renewed Motion to Create a Common Benefit Fund (Doc. 5180).

The *Havlish* Plaintiffs' Motion is hereby GRANTED.

The *Havlish* attorneys may serve the discovery submitted with the Motion as Exhibits A upon counsel for the plaintiffs in all member cases of this MDL that have obtained judgments against the Islamic Republic of Iran, and, further, may serve the discovery submitted with the Motion as Exhibit B upon counsel comprising the PEC in this MDL, except for the Havlish members themselves.

**SO ORDERED.**

DATE: _____      _____
    New York, New York      SARAH NETBURN
                                                         UNITED STATES MAGISTRATE JUDGE