UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Continental Casualty Company, et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970 (GBD)(SN)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, Edward M. Pinter, hereby appears in the above-captioned proceeding as counsel for plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford, and American Casualty Company of Reading, Pennsylvania ("Plaintiffs").

Dated:  May 13, 2020
        New York, NY

                                                Respectfully submitted,

                                                **FORD MARRIN ESPOSITO WITMEYER**
                                                     **& GLESER, L.L.P.**

                                                By: */s/   Edward M. Pinter*
                                                   Edward M. Pinter
                                              Wall Street Plaza, 16th Floor
                                              New York, NY 10005
                                              Telephone: 212-269-4900
                                              Facsimile: 212-344-4294
                                              Email: epinter@fordmarrin.com
                                              *Attorneys for Plaintiffs*