UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Continental Casualty Company, et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970 (GBD)(SN)

## CONSENT ORDER GRANTING
## SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford, and American Casualty Company of Reading, Pennsylvania (collectively, "Plaintiffs"), substitute Edward M. Pinter, State Bar No. 2305597, as counsel of record in place of Robert M. Kaplan.

Contact information for new counsel is as follows:

Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 16th Floor
New York, NY 10005
Telephone:  212-269-4900
Facsimile: 212-344-4294
Email: epinter@fordmarrin.com

I consent to the above substitution.   　　/s/ /Kyle R. Hartman_____
　　　　　　　　　　　　　　　　　　　　 AVP & Asst. General Counsel_____
Date:   5/13/2020   　　　　　　　　　　  Signature of Plaintiffs


I consent to being substituted.   　　　　Robert M. Kaplan, Esq._____
　　　　　　　　　　　　　　　　　　　　 Ferber Chan Essner & Coller LLP_____
Date:    5/13/2020

　　　　　　　　　　　　　　　　　　　　_____/s/ Robert M. Kaplan_____
　　　　　　　　　　　　　　　　　　　　　　Signature of Former Attorney

| | |
|---|---|
| I consent to the above substitution. | Edward M. Pinter, Esq.<br>Ford Marrin Esposito Witmeyer & Gleser, LLP |
| Date:   5/13/2020 | _____/s/ Edward M. Pinter_____<br>Signature of New Attorney |

The substitution of attorney is hereby approved and so ORDERED.

Date:   _____               _____
                                                                              Judge