UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army*, et al., 02-CV-6977 (GBD)(SN)

### [PROPOSED] FINAL JUDGMENT ON BEHALF OF *ASHTON* PLAINTIFF IDENTIFIED AT EXHIBIT A

Upon consideration of ECF No. 6123, the *Ashton* Plaintiffs' Objections to Reports and Recommendations Regarding Non-Immediate Family Members (ECF Nos. 5387 and 5701), it is hereby;

**ORDERED** that, based on the reasons stated in the *Ashton* Plaintiffs' Objections to Reports and Recommendations Regarding Non-Immediate Family Members (ECF Nos. 5387 and 5701), the supplemental declaration of Maxwell Sivin submitted on May 15, 2020, plaintiffs' prior motions for solatium damages, including ECF No. 5428, the January 3, 2020 Motion for Final Judgment and the supporting Declaration of James P. Kreindler, Esq, together with the entire record in this case, Maxwell Sivin, as the stepchild of an individual killed on September 11, 2001 in the terrorist attacks, is awarded a final judgment of solatium damages in the amount of $4.25 million, as set forth on Exhibit A, plus prejudgment interest to be calculated at a rate of 4.96% per annum; all interest compounded annually.

Dated:   New York, New York
            _____, 2020          SO ORDERED:


                                          _____
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE