UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Continental Casualty Company, et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970 (GBD)(SN)

### CONSENT ORDER GRANTING
### SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford, and American Casualty Company of Reading, Pennsylvania (collectively, "Plaintiffs"), substitute Edward M. Pinter, State Bar No. 2305597, as counsel of record in place of Robert M. Kaplan.

Contact information for new counsel is as follows:

Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 16th Floor
New York, NY 10005
Telephone: 212-269-4900
Facsimile: 212-344-4294
Email: epinter@fordmarrin.com

| | |
|---|---|
| I consent to the above substitution. | _/s/ /Kyle R. Hartman_<br>AVP & Asst. General Counsel |
| Date:  5/13/2020 | Signature of Plaintiffs |
| | |
| I consent to being substituted. | Robert M. Kaplan, Esq.<br>Ferber Chan Essner & Coller LLP |
| Date:   5/13/2020 | |
| | _/s/ Robert M. Kaplan_<br>Signature of Former Attorney |

I consent to the above substitution.

Date:   5/13/2020

Edward M. Pinter, Esq.
Ford Marrin Esposito Witmeyer & Gleser, LLP

*/s/ Edward M. Pinter*
Signature of New Attorney

The substitution of attorney is hereby approved and so ORDERED.

Date: _____ MAY 1 8 2020 _____

_George B. Daniels_
Judge