# EXHIBIT A

**EXHIBIT A - DECEDENT IN ASHTON, ET AL**

| 307 | Estate of Timothy Hughes |
|---|---|