**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army*, *et al.*, 02-CV-6977 (GBD)(SN)

### [PROPOSED] FINAL JUDGMENT ON BEHALF OF *ASHTON* PLAINTIFF IDENTIFIED AT EXHIBIT A

Upon consideration of the *Ashton* Plaintiffs' motion to vacate and grant a corrected final judgment for compensatory and punitive damages for conscience pain and suffering as to Thomas Hughes Only, it is hereby;

**ORDERED** that the March 8, 2016 Amended Order of Judgment for compensatory and punitive damages for conscience pain and suffering as to decedent Thomas Hughes (MDL ECF No. 3226, filed March 8, 2016 at p. 5 line 307) is VACATED and that the March 8, 2016 Amended Order of Judgment (MDL ECF No. 3226) is otherwise undisturbed; and it is further

**ORDERED** that based on the reasons stated in the May 18, 2020 Declaration of James P. Kreindler, Esq., the *Ashton* Plaintiffs' original complaint and prior motions for damages, together with the entire record in this case, 9/11 decedent Timothy Hughes will replace decedent Thomas Hughes, as set forth in Exhibit A.

Dated:   New York, New York
_____, 2020          SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE