## MDL 1570 PLAINTIFFS' EXECUTIV
In re: Terrorist Attacks on September 11

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | Pl |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

May 19, 2020

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

   Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

   On behalf of the Plaintiffs' Executive Committees ("PECs"), we write to request a brief extension of the deadline, until May 28, 2020, for the PECs to respond to *Havlish* Counsel's application filed on Friday, May 15, 2020 (ECF No. 6217). This is the first request for an extension and *Havlish* Counsel have consented. The additional time is needed in light of the multiple other matters the PECs are simultaneously coordinating and because we are coordinating the response among multiple counsel working is disparate manners and locations due to the pandemic.

   Respectfully submitted,

   MOTLEY RICE LLC

   By: */s/ Robert T. Haefele*

---

Plaintiffs' request for an extension of the deadline until May 28, 2020 is GRANTED.

**SO ORDERED.**

May 20, 2020
New York, New York

                _____
                SARAH NETBURN
                United States Magistrate Judge