## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

May 29, 2020

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

Pursuant to this Court's Individual Practices in Civil Cases III.e., the Plaintiffs' Executive Committees file this letter motion for oral argument of Plaintiffs' Motion to Compel Akram Alzamari to appear for oral deposition (ECF No. 6153).

Briefing of the subject under seal motion was completed today.  In accordance with your Emergency Individual Rules and Practices In Light of Covid-19, paper courtesy copies will not be delivered to the Court.

Plaintiffs believe that oral argument of the motion would be of assistance to the Court, as well as the parties, since the motion involves important and unique issues of law and fact, and the record is substantial and complex.

The Honorable Sarah Netburn
May 29, 2020
Page 2


Respectfully submitted,


COZEN O'CONNOR                          MOTLEY RICE

 /s/ Sean P. Carter, Esquire             /s/ Robert T. Haefele, Esquire
Sean P. Carter, Esquire                 Robert T. Haefele, Esquire
1650 Market Street, Suite 2800          28 Bridgeside Boulevard
Philadelphia, PA 19103                  Mt. Pleasant, SC 29464

MDL 1570 Plaintiffs' Exec. Committee    MDL 1570 Plaintiffs' Exec. Committee
for Commercial Claims                   for Personal Injury and Death Claims


KREINDLER & KREINDLER

 /s/ Megan W. Benett, Esquire
Steven R. Pounian, Esquire
Andrew J. Maloney, Esquire
Megan W. Benett, Esquire
750 Third Avenue, 32nd Floor
New York, NY 10017

MDL 1570 Plaintiffs' Exec. Committee
for Personal Injury and Death Claims

cc:     All Counsel via ECF