

**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1211 CONNECTICUT AVENUE, N.W. · SUITE 420 · WASHINGTON, D.C.  20036

Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email:TFleming@wigginschilds.com · Web:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

June 1, 2020

The Honorable George B. Daniels
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

The Honorable Sarah Netburn
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007-1312

Re: *In re: Terrorist Attacks on September 11, 2001*, 03-md-01570 (GBD)(SN)
*Havlish, et al. v. bin Laden, et al.*, 1:03-cv-9848 (GBD)(FM)
*Hoglan, et al. v. Iran, et al.*, 1:11-cv-07550 (GBD)(SN)
<u>Request for Extension of Time to File Reply to PEC and Federal Insurance Plaintiffs' Oppositions to Discovery Motion (ECF Doc. Nos. 6246 and 6247)</u>

Dear Judge Daniels and Magistrate Judge Netburn:

The *Havlish* and *Hoglan* Plaintiffs hereby request a short extension of time to file their Reply to the PEC's and the Federal Insurance Plaintiffs' Oppositions (MDL Doc. Nos. 6246 and 6247, respectively) to the *Havlish* discovery motion at MDL Doc. Nos. 6216 and 6217.  The request is to file such Reply by Thursday, June 4, 2020.

Counsel for the PEC and Federal Insurance Plaintiffs have consented to this request.

Respectfully,

*/s/ Timothy B. Fleming*

Dennis G. Pantazis
Timothy B. Fleming

Richard Hailey of RAMEY & HAILEY
*For Havlish/Hoglan*

cc:  All Counsel of Record via ECF

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.