

Eric R. Nitz
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2021
F: 202.536.2021
enitz@mololamken.com
www.mololamken.com

June 3, 2020

The Honorable Sarah Netburn
U.S. District Court
for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

By ECF

      Re:    *In re Terrorist Attacks on September 11, 2001*, No. 1:03-md-1570

Dear Judge Netburn:

      I represent Dallah Avco Trans Arabia in connection with the above-captioned case.  On July 21, 2015, I filed a motion to appear *pro hac vice*, Dkt. 2975, which the Court granted on July 23, 2015, Dkt. 2976.

      The ECF docket in this case contains multiple party entries for Dallah Avco Trans Arabia: one entry added February 7, 2017; another entry added February 8, 2017; and a third added December 10, 2003 and terminated July 14, 2011.  My *pro hac vice* motion and entry of appearance, however, are only linked with one of those party entries, specifically, the entry added December 10, 2003 and terminated July 14, 2011.

      Because my appearance has only been linked to that one Dallah Avco party entry, I have generally been unable to access sealed electronic filings submitted under the FBI protective order, even though Dallah Avco's counsel are permitted to view such filings.  I contacted the ECF Help Desk, and they advised that the problem could be remedied by linking my appearance to the other Dallah Avco party entries as well, but that they required a court order to do that.

      Accordingly, I respectfully request that the Court so-order this letter directing the Clerk to link my *pro hac vice* appearance with the remaining Dallah Avco party entries on the docket.  I have conferred with the PECs, and they do not oppose this request.

      Respectfully submitted,

      */s/ Eric R. Nitz*

      Eric R. Nitz

Cc: All counsel by ECF