UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|
| This document relates to: *Aronow, et al v. Islamic Republic of Iran* | 18-cv-12001 (GBD)(SN) ECF Case |

## ~~PROPOSED~~ ORDER EXHIBIT

Upon consideration of the Motion to Vacate Final Damages Judgment and the declaration of Noel J. Nudelman, it is hereby:

**ORDERED** that final judgment for solatium damages entered on behalf of Judith Bram Murphy September 11, 2019 Order (ECF 22) against the Islamic Republic of Iran be vacated;

**ORDERED** that the modified Exhibit A attached hereto removing Judith Bram Murphy from the caption and list of the *Aronow* Plaintiffs is hereby adopted, and it is hereby;

**ORDERED** that the final judgment for solatium damages entered on behalf of Judith Bram Murphy on August 15, 2019 (ECF 1047) against the Islamic Republic of Iran in the matter *Ashton et al v. Al Queda Islamic Army et al., 02-cv-6977 (GBD)* remains in full force and effect;

**ORDERED** that the Court's September 11, 2019 Final Order of Judgment (ECF 22) remains otherwise in force and that all other final judgments awarded to the *Aronow* Plaintiffs identified in the September 11, 2019 Order (ECF 22) remain in full force and effect.

Dated: New York, New York

__JUN 0 8 2020__, 2020

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

## MODIFIED EXHIBIT A
## TO PROPOSED ORDER IN *ARONOW*

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | Richard | Avery | Aronow | Gil |  | Aronow | Sibling | $4,250,000.00 |
| 2 | Richard | Avery | Aronow | Estate of Grace | S. | Aronow | Mother | $8,500,000.00 |
| 3 | Richard | Avery | Aronow | Estate of Martin | L. | Aronow | Father | $8,500,000.00 |
| 4 | Richard | Avery | Aronow | Vera | K. | Aronow | Sibling | $4,250,000.00 |
| 5 | Richard | Avery | Aronow | William | J. | Aronow | Sibling | $8,500,000.00 |
| 6 | Richard | Avery | Aronow | Laura |  | Weinberg | Spouse | $12,500,00.00 |
| 7 | Brian | Joseph | Murphy | Ann | M. | Murphy | Sibling | $4,250,000.00 |
| 8 | Brian | Joseph | Murphy | Cynthia | L. | Murphy | Sibling | $4,250,000.00 |
| 9 | Brian | Joseph | Murphy | Harold | A. | Murphy | Sibling | $4,250,000.00 |

Total: $46,750,000.00