# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

June 11, 2020

**VIA ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

Plaintiffs write to advise the Court and parties that based on the May 21, 2019 Letters of Request entered by the Court for the examination of non-party witness Mohdar Mohamed Abdullah aka Zeid, Elmohdar Mohammed Abdullah in Sweden pursuant to the Hague Evidence Convention, ECF No. 4527, today we received the attached notice from the Swedish court resetting the hearing date for October 8 and 9, 2020, with backup dates for the hearing on October 12 and 13, 2020.

Respectfully submitted,

KREINDLER & KREINDLER

 /s/ *Steven R. Pounian, Esquire*
Steven R. Pounian, Esquire
Andrew J. Maloney, III, Esquire
750 Third Avenue, 32nd Floor
New York, NY 10017

On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims

MOTLEY RICE

 /s/ *Robert T. Haefele, Esquire*
Robert T. Haefele, Esquire
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims

June 11, 2020
Page 2


COZEN O'CONNOR

 */s/ Sean P. Carter, Esquire*
Sean P. Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103

On behalf of the MDL 1570 Plaintiffs'
Exec. Committee for Commercial Claims


Enclosure
cc:    All Counsel of Record via ECF



SÖDERTÄLJE TINGSRÄTT

**KALLELSE**
2020-06-11

Aktbilaga 48
Mål nr. Ä 1580-19
Rotel 6

Advokat Andreas Ek
Gernandt & Danielsson Advokatbyrå KB
Box 5747
114 87 Stockholm

**Parter**: United States District Court
**Målet gäller**: bevisupptagning åt utländsk domstol

Du kallas till sammanträde i målet:

| | |
|---|---|
| **Tid**: | Torsdag den 8 oktober 2020 kl. 09:00–16:00 |
| | Fredag den 9 oktober 2020 kl. 09:00–16:00 |
| | Måndag den 12 oktober 2020 kl. 09:00–16:00 (reservdag) |
| | Tisdag den 13 oktober 2020 kl. 09:00–16:00 (reservdag) |
| | Vänligen observera att sluttiden är preliminär. |
| **Adress**: | Storgatan 17, Södertälje |
| **Lokal**: | Sal 1 |
| | Kontrollera alltid domstolens informationstavla för aktuell lokal. |

Vid frågor, kontakta gärna domstolen på telefon 08-561 668 70.

Ulrika Rask

Om domstolens behandling av personuppgifter, se www.domstol.se/personuppgifter. Kontakta oss för information på annat sätt.

**Besöksadress**
Storgatan 17

**Telefon**
08-561 66 800

**Öppettider**
måndag–fredag
08:30–16:00

**Postadress**
Box 348
151 24 Södertälje

**E-post**
sodertalje.tingsratt@dom.se

**Webbplats**
www.sodertaljetingsratt.domstol.se

Dok.Id 371873