KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

June 15, 2020

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

    I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") to request that the Court approve filing dates for (1) Saudi Arabia's response to the sealed filings made by the Plaintiffs' Executive Committees ("Plaintiffs") on June 10, 2020, ECF No. 6265, which relate to the sealed Opinion and Order issued by the Court on May 27, ECF No. 6244; and (2) Plaintiffs' reply to the same. Saudi Arabia requests permission to file its response on or before June 29, 2020, and Plaintiffs request permission to file a reply on or before July 8. The parties have each consented to both proposed filing dates.

    Plaintiffs' June 10 filings include objections pursuant to Rule 72(a) as well as a motion for reconsideration. As the Court is aware from previous letters, the parties have contested whether leave of Court is required for a response to Rule 72(a) objections, and it is Saudi Arabia's position that no leave is required. *See, e.g.*, ECF No. 4753, at 1-2 & n.\*. To the extent necessary, Saudi Arabia respectfully requests leave to file a response.

                                        Respectfully submitted,

                                        /s/ *Michael K. Kellogg*

                                        Michael K. Kellogg
                                        *Counsel for the Kingdom of Saudi Arabia*

cc:    The Honorable George B. Daniels (via facsimile)
        All MDL Counsel of Record (via ECF)