Case 1:03-md-01570-GBD-SN   Document 6276   Filed 06/17/20

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/20

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

June 16, 2020

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      The Plaintiffs' Executive Committees ("PECs") write, with the consent of the Department of Justice ("DOJ") and Federal Bureau of Investigation ("FBI"), to request a brief two-week further extension of the deadline for Plaintiffs' Reply in Support of their Second Motion to Compel Directed to the FBI and Opposition to the FBI's Cross-Motion for a Protective Order.

      The brief further extension is needed to allow time for ongoing coordination activities among the PECs, and because the FBI served a supplemental production of documents on June 11, 2020 (the Eleventh Tranche). The PECs and their consultants are reviewing the Eleventh Tranche presently, and believe the content and timing of that production may be relevant to arguments Plaintiffs will be advancing in their brief.

      For the foregoing reasons, the PECs respectfully request that the deadline for their reply and opposition brief be extended to July 2, 2020. Given vacation schedules, the DOJ and FBI have proposed that the parties meet and confer within one week after submission of Plaintiffs' brief, to discuss an appropriate deadline for the FBI's reply. Plaintiffs consent to that proposal.

Honorable Sarah Netburn
June 16, 2020

We thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

KREINDLER & KREINDLER LLP                MOTLEY RICE LLC

By: /s/ Steven R. Pounian                By: /s/ Robert T. Haefele
    Steven R. Pounian                         Robert T. Haefele
    Andrew J. Maloney                         Motley Rice LLC
    Kreindler & Kreindler LLP                 28 Bridgeside Boulevard

---

The Court endorses the parties' request for a two-week extension for Plaintiffs' Reply and proposal to meet-and-confer to discuss a deadline for the FBI's Reply.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

June 17, 2020
New York, New York

---

By: /s/ Sean P. Carter
    Sean P. Carter
    Cozen O'Connor
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, PA  19103
    Tel: (215) 665-2105
    E-mail: scarter1@cozen.com

*On behalf of the MDL 1570 Plaintiffs' Exec. Committees*

LEGAL\47008790\1

2