UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

*Estate of John Patrick O'Neill, Sr. et al. v. The Republic of Iraq, et al.*, 04-CV-1076 (GBD) (SN)
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al.*, 04-CV-01923 (GBD) (SN)
*C. I. O'Neill et al. v. Republic of the Sudan, et al.*, 18-CV-12114
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al.*, 04-CV-01922 (GBD) (SN)

*Aamoth et al. v. Islamic Republic of Iran*, 18-CV-12276 (GBD) (SN)
*Abel et al. v. Islamic Republic of Iran*, 18-CV-11837 (GBD) (SN)
*Ades et al. v. Islamic Republic of Iran*, 18-CV-07306 (GBD) (SN)
*Agyeman et al. v. Islamic Republic of Iran*, 18-CV-05320 (GBD) (SN)
*DeRubbio et al. v. Islamic Republic of Iran*, 18-CV-05306 (GBD) (SN)
*Hemenway et al. v. Islamic Republic of Iran*, 18-CV-12277 (GBD) (SN)
*Jimenez et al. v. Islamic Republic of Iran*, 18-CV-11875 (GBD) (SN)
*Kamardinova et al. v. Islamic Republic of Iran*, 18-CV-05339 (GBD) (SN)
*Kim et al. v. Islamic Republic of Iran*, 18-CV-11870 (GBD) (SN)
*Moody-Theinert et al. v. Islamic Republic of Iran*, 18-CV-11876 (GBD) (SN)
*Morris et al. v. Islamic Republic of Iran*, 18-CV-05321 (GBD) (SN)
*Rivelli et al. v. Islamic Republic of Iran*, 18-CV-11878 (GBD) (SN)
*Rowenhorst et al. v. Islamic Republic of Iran*, 18-CV-12387 (GBD) (SN)
*Schlissel et al. v. Islamic Republic of Iran*, 18-CV-05331 (GBD) (SN)

**MOTION TO WITHDRAW AS ATTORNEY
KANISHKA AGARWALA OF RECORD**

PLEASE TAKE NOTICE that upon the annexed Declaration, the undersigned moves this Court Pursuant to Local Rule 1.4 to allow Kanishka Agarwala to withdraw as counsel of record for Plaintiffs in the above-referenced actions (collectively "O'Neill Plaintiffs") due to his departure from the law firm of Anderson, Kill, P.C. I respectfully request that Kanishka Agarwala be removed from the docket as counsel for

docs-100267732.1

the Plaintiffs in the above-referenced actions.  All other counsel listed in the record of the law firm of Anderson, Kill & Olick, will continue to represent the O'Neill Plaintiffs in these matters.

Dated: June 17, 2020
      New York, New York

                                          Respectfully submitted,

                                          /s/ Jerry S. Goldman
                                          Jerry S. Goldman, Esq. (JG8445)
                                          Anderson Kill P.C.
                                          1251 Avenue of the Americas
                                          New York, NY 10020-1182
                                          Telephone:  212-278-1000
                                          Facsimile:  212-278-1733

                                          *Attorneys for the Plaintiffs*
                                          *Estate of John P. O'Neill, Sr. et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Motion to Withdraw Kanishka Agarwala as Attorney of Record was served via the Court's Electronic Case Filing system, on June 17, 2020, upon all counsel of record.

/s/ Jerry S. Goldman
_____
Jerry S. Goldman, Esq.