UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(FM)<br>ECF Case |

*This document relates to:*

*Estate of John Patrick O'Neill, Sr. et al. v. The Republic of Iraq, et al., 04-CV-1076 (GBD) (SN)*
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al., 04-CV-01923 (GBD) (SN)*
*C. I. O'Neill et al. v. Republic of the Sudan, et al., 18-CV-12114*
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al., 04-CV-01922 (GBD) (SN)*

*Aamoth et al. v. Islamic Republic of Iran, 18-CV-12276 (GBD) (SN)*
*Abel et al. v. Islamic Republic of Iran, 18-CV-11837 (GBD) (SN)*
*Ades et al. v. Islamic Republic of Iran, 18-CV-07306 (GBD) (SN)*
*Agyeman et al. v. Islamic Republic of Iran, 18-CV-05320 (GBD) (SN)*
*DeRubbio et al. v. Islamic Republic of Iran, 18-CV-05306 (GBD) (SN)*
*Hemenway et al. v. Islamic Republic of Iran, 18-CV-12277 (GBD) (SN)*
*Jimenez et al. v. Islamic Republic of Iran, 18-CV-11875 (GBD) (SN)*
*Kamardinova et al. v. Islamic Republic of Iran, 18-CV-05339 (GBD) (SN)*
*Kim et al. v. Islamic Republic of Iran, 18-CV-11870 (GBD) (SN)*
*Moody-Theinert et al. v. Islamic Republic of Iran, 18-CV-11876 (GBD) (SN)*
*Morris et al. v. Islamic Republic of Iran, 18-CV-05321 (GBD) (SN)*
*Rivelli et al. v. Islamic Republic of Iran, 18-CV-11878 (GBD) (SN)*
*Rowenhorst et al. v. Islamic Republic of Iran, 18-CV-12387 (GBD) (SN)*
*Schlissel et al. v. Islamic Republic of Iran, 18-CV-05331 (GBD) (SN)*

### ORDER TO WITHDRAW KANISHKA AGARWALA AS ATTORNEY OF RECORD

Before the Court is the Motion to Withdraw Kanishka Agarwala as counsel for Plaintiffs in the above referenced actions (collectively "O'Neill Plaintiffs").

It is **ORDERED** that Kanishka Agarwala be withdrawn as counsel for the O'Neill Plaintiffs in the above-referenced actions.

docs-100267732.1

It is further **ORDERED** that all other counsel listed in the record of the law firm of Anderson Kill, P.C. will continue to represent the O'Neill Plaintiffs in this matter.

Signed this ___ day of _____, 2020

_____
SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE