UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(FM)<br>ECF Case |

*This document relates to:*

*Estate of John Patrick O'Neill, Sr. et al. v. The Republic of Iraq, et al., 04-CV-1076 (GBD) (SN)*
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al., 04-CV-01923 (GBD) (SN)*
*C. I. O'Neill et al. v. Republic of the Sudan, et al., 18-CV-12114*
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al., 04-CV-01922 (GBD) (SN)*

*Aamoth et al. v. Islamic Republic of Iran, 18-CV-12276 (GBD) (SN)*
*Abel et al. v. Islamic Republic of Iran, 18-CV-11837 (GBD) (SN)*
*Ades et al. v. Islamic Republic of Iran, 18-CV-07306 (GBD) (SN)*
*Agyeman et al. v. Islamic Republic of Iran, 18-CV-05320 (GBD) (SN)*
*DeRubbio et al. v. Islamic Republic of Iran, 18-CV-05306 (GBD) (SN)*
*Hemenway et al. v. Islamic Republic of Iran, 18-CV-12277 (GBD) (SN)*
*Jimenez et al. v. Islamic Republic of Iran, 18-CV-11875 (GBD) (SN)*
*Kamardinova et al. v. Islamic Republic of Iran, 18-CV-05339 (GBD) (SN)*
*Kim et al. v. Islamic Republic of Iran, 18-CV-11870 (GBD) (SN)*
*Moody-Theinert et al. v. Islamic Republic of Iran, 18-CV-11876 (GBD) (SN)*
*Morris et al. v. Islamic Republic of Iran, 18-CV-05321 (GBD) (SN)*
*Rivelli et al. v. Islamic Republic of Iran, 18-CV-11878 (GBD) (SN)*
*Rowenhorst et al. v. Islamic Republic of Iran, 18-CV-12387 (GBD) (SN)*
*Schlissel et al. v. Islamic Republic of Iran, 18-CV-05331 (GBD) (SN)*

**DECLARATION OF JERRY S. GOLDMAN
IN SUPPORT OF MOTION TO WITHDRAW
<u>KANISHKA AGARWALA AS ATTORNEY OF RECORD</u>**

1.I am a member of the law firm of Anderson Kill P.C. ("AK"), attorneys for the Plaintiffs in the above referenced actions (collectively "O'Neill Plaintiffs"), and serve on the Plaintiffs' Executive Committee for Personal Injury and Death Claims in all of the actions consolidated in the captioned proceedings.

docs-100267732.1

2. I am familiar with the proceedings in this case. I have been lead counsel for the O'Neill Plaintiffs since the inception of this Action in the Southern District of New York. I make this statement in support of the law firm of AK's motion to withdraw Kanishka Agarwala as attorney of record for the O'Neill Plaintiffs in the above captioned matter.

3. Kanishka Agarwala is no longer affiliated with the law firm of AK.

4. For the foregoing reason, the undersigned respectfully requests that this Court grant the law firm of AK leave to withdraw Kanishka Agarwala as attorney of record in the above captioned matter. A proposed Order is attached for the Court's convenience.

5. I certify that all of the forgoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 17, 2020

/s/ Jerry S. Goldman
Jerry S. Goldman