**Tarbutton, J. Scott**

| | |
|---|---|
| **From:** | Carter, Sean |
| **Sent:** | Friday, February 7, 2020 10:00 AM |
| **To:** | Curran, Christopher |
| **Cc:** | WTC[nerb@whitecase.com]; Leddicotte, Matthew; WTC[jgoldman@andersonkill.com]; WTC[jkreindler@kreindler.com]; zRobert Haefele; WTC[amaloney@kreindler.com]; Tarbutton, J. Scott |
| **Subject:** | 9/11 MDL - Sudan |

Chris – Do you have a window available this afternoon or on Monday to discuss case management considerations relating to your recent appearance and filing on behalf of Sudan?  Thanks, Sean



**Sean P. Carter**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-2105 F: 215-701-2105
Email | Bio | LinkedIn | Map | cozen.com