**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:                                         :

                                               :

TERRORIST ATTACKS ON                           :

SEPTEMBER 11, 2001                             :

                                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDGMENT

03 MDL 1570 (GBD) (SN)

This document relates to:

*Katherine Dillaber, et al. v. Islamic Republic of Iran, et al.*, 18 Civ. 3162 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

Upon consideration of the evidence and arguments submitted by the wrongful death Plaintiffs in the above-captioned action, together with the entire record in this case, it is hereby:

ORDERED that partial final default judgment is entered on behalf of those Plaintiffs in *Dillaber, et al. v. Islamic Republic of Iran, et al.*, 18 Civ. 3162 (GBD) (SN), identified in the attached Exhibit A; and it is

ORDERED that the *Dillaber* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum, all interest compounded annually over the same period; and it is

ORDERED that all *Dillaber* claimants may submit future applications for punitive damages consistent with any future rulings of this Court; and it is

ORDERED that Plaintiff Katherine Dillaber may submit a separate motion for partial final default judgment for pain and suffering incurred as a result of injuries she sustained on September 11, 2001; and it is

ORDERED that the Dillaber family plaintiffs identified in Exhibit A may submit motions for solatium damages stemming from Plaintiff Katherine Dillaber's injuries at a later date; and it is

ORDERED that the remaining *Dillaber* Plaintiffs not listed on Exhibit A may submit motions for judgment in future stages.


Dated: June 18, 2020
        New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge

2

# Exhibit A

|    | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|----|---------------|-----------|--------------|------------------|
| 1. | Mickley, Patricia | Dillaber, Katherine | Sibling | $4,250,000.00 |
| 2. | Mickley, Patricia | Dillaber, John | Sibling | $4,250,000.00 |
| 3. | Mickley, Patricia | Youngblood, Anne | Sibling | $4,250,000.00 |
| 4. | Mickley, Patricia | Youngblood, Anne (on behalf of Estate of Philip Dillaber) | Personal Representative of Parent of Decedent | $8,500,000.00 |
| 5. | Mickley, Patricia | Youngblood, Anne (on behalf of Estate of Jacqueline Dillaber) | Personal Representative of Parent of Decedent | $8,500,000.00 |