# Tarbutton, J. Scott

| | |
|---|---|
| **From:** | Carter, Sean |
| **Sent:** | Friday, February 7, 2020 1:53 PM |
| **To:** | Leddicotte, Matthew |
| **Cc:** | Curran, Christopher; WTC[nerb@whitecase.com]; WTC[jkreindler@kreindler.com]; WTC[jgoldman@andersonkill.com]; WTC[amaloney@kreindler.com]; Bob Haefele; Tarbutton, J. Scott |
| **Subject:** | MDL 1570 - Sudan |
| **Attachments:** | Certificate of Service (Sudan).pdf; Certificate of Default (Sudan).PDF |

Matt – Thanks again for calling in response to my email.  As discussed, attached are the certificates of service and default relative to Sudan in our *Federal Insurance* action.  To the extent Sudan contemplates any further action in the MDL in this or any of the other MDL 1570 cases in which Sudan is named, the operative case management orders would require coordination.  We would propose a call early next week to discuss.  Thanks, Sean



**Sean P. Carter**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 **|** Philadelphia, PA 19103
P: 215-665-2105 F: 215-701-2105
Email | Bio | LinkedIn | Map | cozen.com