# Tarbutton, J. Scott

| | |
|---|---|
| **From:** | Haefele, Robert <rhaefele@motleyrice.com> |
| **Sent:** | Wednesday, February 12, 2020 5:05 PM |
| **To:** | Carter, Sean; Leddicotte, Matthew |
| **Cc:** | Curran, Christopher; WTC[nerb@whitecase.com]; WTC[jkreindler@kreindler.com]; WTC[jgoldman@andersonkill.com]; WTC[amaloney@kreindler.com]; Tarbutton, J. Scott |
| **Subject:** | RE: EXTERNAL-MDL 1570 - Sudan |
| **Attachments:** | !Docket # 2575 - Clerk's Certificate of Default re The Republic of Sudan.pdf; !letter confirming service.pdf |

**\*\*EXTERNAL SENDER\*\***

Matt – Apologies for the delay. Attached are the service and default documents for the Burnett action versus Sudan. Thanks.

**Robert T. Haefele** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9184 | f. 843.216.9450 | rhaefele@motleyrice.com

---

**From:** Carter, Sean <SCarter1@cozen.com>
**Sent:** Friday, February 7, 2020 1:53 PM
**To:** Leddicotte, Matthew <mleddicotte@whitecase.com>
**Cc:** Curran, Christopher <ccurran@whitecase.com>; WTC[nerb@whitecase.com] <nerb@whitecase.com>; WTC[jkreindler@kreindler.com] <jkreindler@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Haefele, Robert <rhaefele@motleyrice.com>; Tarbutton, J. Scott <STarbutton@cozen.com>
**Subject:** EXTERNAL-MDL 1570 - Sudan

Matt – Thanks again for calling in response to my email. As discussed, attached are the certificates of service and default relative to Sudan in our *Federal Insurance* action. To the extent Sudan contemplates any further action in the MDL in this or any of the other MDL 1570 cases in which Sudan is named, the operative case management orders would require coordination. We would propose a call early next week to discuss. Thanks, Sean



**Sean P. Carter**
**Member** | **Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-2105 F: 215-701-2105
Email | Bio | LinkedIn | Map | cozen.com

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction*

**of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.