UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CERTIFICATE OF MAILING**

Case No.: 03-MDL-1570 (GBD) (SN)
02-cv-6977 (GBD) (SN)
18-cv-8297 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 22nd day of June, 2020, I served:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

☒   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

One (1) copy of the Notice of Suit, Summons, Complaint ECF notification, Complaint, Complaint Appendix, Civil Cover Sheet ECF notification, Civil Cover Sheet, Related Case Statement ECF notification and Related Case Statement (along with attached affidavit of translator and Farsi translations of the above documents), by USPS Registered Mail # RB596281405US .

Dated:  New York, New York
        June 22, 2020

                                    RUBY J. KRAJICK
                                    CLERK OF COURT

                                    /s/Shanee Mcleod
                                    Deputy Clerk

**UNITED STATES POSTAL SERVICE**

## USPS Customs Declaration and Dispatch Note

USPS-USE ONLY: Place barcode label here.

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

### SENDER'S INFORMATION

- Full Last Name: BeneTT
- Full First Name: Megan
- MI:
- Business Name (if applicable): Kreindler & Kreindler
- Sender's Telephone: 2126878181
- Address-1: 750 Third Ave, 32FL
- Address-2:
- City: New York
- State: NY
- ZIP Code: 10017
- Sender's Email Address: mbenett@kreindler.com

### SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

- USPS Official Use:
- USPS Corporate Account:
- EMS Scheduled Delivery Date: / /
- Total Postage/Fees (U.S. $):
- Insured Value (U.S. $):
- Insured Fee (U.S. $):
- 7. Sender's Email Address: mbenett@kreindler.com
- 8. Addressee's Email Address:
- 9. Exporter's Reference (if applicable and known):
- 10. Exporter's Telephone (if applicable and known):
- 11. Importer's Reference (if applicable and known):
- 12. Importer's Telephone (if applicable and known):
- 13. AES ITN (if applicable):
- 14. AES Exemption — NOEEI§ (Check one if applicable): □ § 30.36   □ § 30.37 (a)   □ § 30.37 (h)   □ § 30.37 (y)   □ Other

### ADDRESSEE'S INFORMATION

- Full Last Name: ZArif
- Full First Name: Mohammad Javid
- MI:
- Business Name (if applicable): Minister of Foreign Affairs
- Addressee's Telephone:
- Address-1: Imam Khomeini Street
- Address-2: Imam Khomeini Square
- Postal Code:
- City: Tehran
- State/Province:
- Country: Iran

- 15. License Number (if applicable):
- 16. Certificate Number (if applicable):
- 17. Invoice Number (if applicable):
- 18. Length (inches):
- 19. Width (inches):
- 20. Height (inches):
- 21. Restrictions (if applicable — check all that apply): □ Quarantine   □ Sanitary/Phytosanitary Inspection
- 22. Nondelivery Instructions (Check one): ☑ Return to Sender   □ Treat as Abandoned
- 23. Sender's Signature and Date: Megan Benett

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

### SHIPMENT INFORMATION

1. Category of Items (Check all that apply):
   ☑ Document   □ Commercial Sample   □ Merchandise   □ Dangerous Goods   □ Gift   □ Returned Goods   □ Humanitarian Donation   □ Other

2. Detailed Description of Contents (Enter only one item per line):

| Description | Quantity | Net Weight Lbs. | Net Weight Oz. | Value U.S. $ | HS Tariff Number | Country of Origin |
|---|---|---|---|---|---|---|
| Correspondence | 1 | | | | | |
| Notice of suit | 1 | | | | | |
| Summons | 1 | | | | | |
| Complaint documents | 1 | | | | | |
| 6. Total | | | | | | |

PS Form 2976-R, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

1 – Customs Declaration

---

Registered No. RB596281405US

Date Stamp: 03/22/2020

Postage $10.33
Extra Services & Fees
Registered Mail $16.01
Return Receipt (hardcopy) $4.15
Return Receipt (electronic) $
Restricted Delivery $
Customer Must Declare Full Value $

Received by:

**OFFICIAL USE**

FROM:
Kreindler & Kreindler
Megan W. Benett
750 Third Ave, 32nd FL
New York, NY 10017

TO:
Ministry of Foreign Affairs
Islamic Republic of Iran
Imam Khomeini St, Imam Khomeini Sq
Tehran, Iran

Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

Copy 1 – Customer
(See Information on Reverse)

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

All Entries Must Be In Ballpoint or Typed (Please Print)
To Be Completed By Customer
To Be Completed By Post Office