UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2020

**SARAH NETBURN, United States Magistrate Judge:**

    The Court, having reviewed the Plaintiffs' June 12, 2020 and June 26, 2020 letters requesting that this Court enter a certification pursuant to 8 U.S.C. § 1202(f)(1), and, learning that the Federal Bureau of Investigation ("FBI") identified certain records concerning Abdullah al-Jraithen aka Jaithen responsive to Plaintiffs' subpoena, and that the FBI referred those to documents to the Department of State and Customs and Border Protection for their review and that, according to the Department of State, the records are subject to the confidentiality restrictions of 8 U.S.C. § 1202(f), and, having considered the Plaintiffs' submission, and the prior pleadings and proceedings in this litigation, and having determined that the records likely contain relevant information concerning Jaithen and his employment for Saudi Arabia in 1999 – 2000, including information about Jaithen's trip to the United States including California in December 1999 – January 2000, his work passport, and representations made by the Kingdom to the United States about Jaithen,

    IT IS HEREBY ORDERED that this Court certifies, pursuant to 8 U.S.C. § 1202(f)(1), that the information contained in the records subpoenaed by the Plaintiffs and in the possession of the FBI is needed by the Court in the interest of the ends of justice in a case pending before the Court.

**SO ORDERED.**

June 29, 2020
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge