Case 1:03-md-01570-GBD-SN   Document 6296   Filed 06/29

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/29/20___

# MDL 1570 PLAINTIFFS' EXECUTIVE COMM

In re: Terrorist Attacks on September 11, 2001 (S.D.N

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

June 26, 2020

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees ("PECs"), with the consent of the Department of Justice (DOJ), write to respectfully request the Court's approval of an additional one-week extension of the deadline for the Plaintiffs' Reply in Support of their Second Motion to Compel Directed to the FBI and Opposition to the FBI's Cross-Motion for a Protective Order, from the current July 2, 2020 deadline to July 9, 2020.

The requested extension, which will modify the Court's endorsement at ECF No. 6276, is necessary to facilitate and coordinate the approval of all involved plaintiffs' counsel, particularly surrounding a holiday weekend with related travel, and to work around existing briefing schedules on associated motions.

The PECs consent to the DOJ's and FBI's proposal that this extension would not affect the aspect of the Court's previous endorsement, at ECF No. 6276, that the parties meet and confer within one week after submission of Plaintiffs' brief, to discuss an appropriate deadline for the FBI's reply.

Respectfully submitted,

COZEN O'CONNOR                                MOTLEY RICE LLC

By: /s/ Sean P. Carter                              By: /s/ Robert T. Haefele
SEAN P. CARTER                                    ROBERT T. HAEFELE

The Honorable Sarah Netburn
June 26, 2020
Page 2

COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103

MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184

---

Plaintiffs' request for a one-week extension to file their Reply is GRANTED.

**SO ORDERED**.

June 29, 2020
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

---

KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: amaloney@kreindler.com
For the Plaintiffs' Exec. Committees

cc:   The Honorable George B. Daniels, via ECF
      All Counsel of Record via ECF