UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray et al.

          Plaintiff(s),

v.

Iran et al.

          Defendant(s).

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 19-CV-12 (GBD) (SN)
03-MD-1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 6th day of July, 2020, I served defendant,

Hezobollah
Valiasr Avenue
Shahid Rahimi Alley No. 75
Tehran, Iran

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B)

One (1) copy of the Cover Letter, Second Amended Complaint, filed May 6, 2019, Notice of Suit dated May 6, 2019, Amended Summons dated June 5, 2020 (along with attached affidavit of translator and Farsi translations of the above documents), by USPS Registered Mail # RH002283503US.

Dated: New York, New York
       July 6, 2020

                                      Ruby J. Krajick
                                      Clerk of Court

                                      /s/Shanee Mcleod
                                      Deputy Clerk

# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

RH002283503US

**R'S INFORMATION**
Name: Fleming
Full First Name: Timothy
MI: B.
's Name (if applicable): Wiggins, Childs, et al.
Sender's Telephone: 2014624448
-1: 1211 Connecticut Ave., N.W.
-2: Suite 420
Washington, State: DC, ZIP Code: 20036

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY**
USPS Official Use: 10012
Total Postage/Fees (U.S. $): 45.65
7. Sender's Email Address: TFleming@...
14. AES Exemption — NOEEI § (Check one if applicable): ☒ § 30.37(a)

**ADDRESSEE'S INFORMATION**
Name: Hezbollah
Full First Name: Hassan
s Name (if applicable): Hezbollah
-1: Vaiasr Avenue
-2: Shahid Rahimi Alley No. 75
Postal Code: 11369
City: Tehran
Country: Iran
Addressee's Telephone: 98...

18. Length (Inches): 10
19. Width (Inches): 13
20. Height (Inches): .8

22. Nondelivery Instructions (Check one): ☒ Return to Sender

23. Sender's Signature and Date

**SHIPMENT INFORMATION**
Category of Items: ☒ Document
Detailed Description of Contents: Legal Documents
3. Quantity: 1
4. Net Weight: 2 Lbs 1 Oz
5. Value U.S. $: 0
25. Country of Origin: U.S.A.
6. Total: 1 / 15 / 0

Form 2976-R, April 2016   PSN 7690-17-000-7992

4 – Sender's Copy

---

```
         CHINATOWN
         6 DOVERS ST
      NEW YORK, NY 10013-9991
          359604-0004
         (800)275-8777
      07/06/2020  01:44 PM
================================

Product        Qty    Unit    Price
                     Price

First-Class Package® 1  $25.50  $25.50
 Intl Service
   International
   Iran
   Weight:1 Lb 14.20 Oz
   Customs #:RH002283503US
 Registered                    $16.00
   Amount:$0.00
 Return Receipt                 $4.15

Total:                         $45.65


Cash                           $60.00
Change                       ($14.35)
```

---

**Registered No.** RH002283503US

Date Stamp: 0004 05

Postage $ $25.50
Extra Services & Fees
☐ Registered Mail $16.00
☐ Return Receipt (hardcopy) $ $4.15
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ $45.65

Customer Must Declare Full Value $0.00
Received by: 07/06/2020

Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: T. Fleming, ESQ
Wiggins, Childs, et al.
1211 Connecticut Ave., N.W., #420
Washington, DC 20036

TO: Hezbollah
Vaiasr Avenue
Shahid Rahimi Alley No. 75
Tehran, Iran

Copy 1 - Customer