UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to: *All Actions*

## DECLARATION OF GREGORY G. RAPAWY

I, Gregory G. Rapawy, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that:

1. I have been admitted *pro hac vice* to this Court. I respectfully submit this Declaration in support of the Kingdom of Saudi Arabia's Motion for Partial Reconsideration of the Court's June 23, 2020 Order.

2. I am a partner in the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C., which represents the Kingdom of Saudi Arabia in this litigation. The following facts are based on my personal knowledge or on information provided to me. If called upon as a witness, I could and would testify competently to them.

3. Attached as Exhibit 1 is a true and correct copy of a publicly available web page concerning the geography of the Qassim administrative region of Saudi Arabia, retrieved from the address https://www.qassim.gov.sa/AR/Qassim/pages/Geography.aspx on June 30, 2020; together with a certified translation of the same.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 7, 2020
Washington, D.C.

_____
Gregory G. Rapawy