# EXHIBIT 1

# لمحة جغرافية



## الموقع العام والحدود الإدارية لمنطقة القصيم

تحتل منطقة القصيم وسطاً في الجزء الشمالي من المملكة العربية السعودية .
تبعد حدودها الغربيةُ والشرقية مسافاتٍ متساوية ( 500 كيلومتر تقريباً ) عن سواحل البحرِ الأحمر و الخليجُ العربي ، كما تبعد المدينةُ الرئيسيةُ بُرَيدَه حَوالي 350 كيلومتر الى الشمالِ الغربي من عاصمة المملكةِ العربيةِ السعودية الرياض .
تّعتبر منطقة القصيم أحد المناطق الادارية الثلاثة عشر بالمملكة ، إذ تبلغُ مساحتها حوالي 73 ألف كيلومترا مربعاً وتمثل حوالي 3.2% من اجمالي مساحةِ المملكة ، ويصل أقصى إتساعٍ لها حوالي 480 كيلومتراً من الشمالِ الى الجنوب ، و 400 كيلومترا من الشرقِ الى الغرب .
ويَحُدها من الشرقِ والجنوب منطقةُ الرياض ،  ومن الشمالِ مِنْطَقَةٌ حائل ، ومن الغربِ منطقةُ المدينةُ المنورة ، و عاصمة منطقةُ القصيم هي مدينةُ بُرَيدَه . ويتبع المنطقة 12 محافظة وهي :
محافظة عنيزة ـ محافظة الرس ـ محافظة المذنب ـ محافظة البكيرية ـ محافظة البدائع ـ محافظة النبهانية ـ محافظة رياض الخبراء ـ محافظة الأسياح ـ محافظة عيون الجواء ـ محافظة الشماسية ـ محافظة عقلة الصقور ـ محافظة ضرية

## الخصائص الطبيعية والبيئية والموارد الإقتصادية :

تتألف منطقة القصيم بشكل أساسي من أرضٍ مسطحةٍ أو متموجة تموجاً بسيطاً تنتشر فيها من غير انتظام نتوءاتٍ الجبال الصخرية المحلية او الجُرُوف الضحلة ، ويتراوح إرتفاع المنطقة كلها ماعدا النتوءات الجبلية من 600 متر في الشرق الى 900 متر في الغرب اما ارتفاع الجبال فيتراوح من 1100 متر الى 1300 متر.

الإختلاف الطبيعي الملحوظ بين الأجزاء الشرقيةِ والغربية من المنطقة حيث يشكل الجزء الغربي من المنطقة جزءاً من الكتلة الأرضية القديمة للدرع العربي ، بينما يتألف الجزء الشرقي من الصخور الرسوبية الحديثة التكوين ، وبالتالي فأن المعالم الطبيعية للجزء الغربي اكثر تعقيداً وتنوعاً ، وهو ايضأ موقع النتوءات الجبلية الرئيسية ، أما الجزء الشرقي فيتميز بسهولِه ذات الانحدار البسيط وجُرُوفِه الضحلة المتجِهة اتجاهاً واضحاً من الشمال الى الجنوب.

والظاهرة الطبيعية الرئيسية الثانية هي وادي الرمة وروافدة من الأودية التي تُكَوِّن العمود الفقري لهيكل المنطقة ، وتمتد شبكة هذا الوادي عبر المنطقة باكملها من الغرب الى الشرق.

مناطق الصحاري الرملية المحدودة بالقصيم وتقع مناطقها الرئيسية في اقصى شرق وشمال المنطقة.

يعتبر مناخ منطقة القصيم أقَلُ طرفِها من بقية اجزاء المملكة الأخرى ، و يعزى ذلك الى موقعها وارتفاعِها ، وهذا يعني أن درجات الحرارة في الصيف والشتاء أقل منها في معظم اجزاء المملكة الأخرى ، ويبلغ مُتوسط دَرجة الحرارة في الصيف حوالى 36 درجة مئوية ، وفي الشتاء 20 درجة مئوية ويمكن ان ترتفع درجة الحرارة في الصيف الى اكثر من 40 درجة مئوية ، وتنخفض في الشتاء الى 10 درجات مئوية.

اما متوسط الأمطار فيزيد قليلاً عن معظم أجزاء المملكة بسبب ارتفاع المنطقة ولكنه نادراً ما يزيد عن 200 مللميتر في السنة.

### **الموارد الطبيعية :**

يوجد في القصيم ثلاثة موارد طبيعية هامة وهي:

- المياه الجوفية .

- الأراضي الزراعية .

## - المعادن.

### **المياه الجوفية :**

تُوفر مصادر المياه الجوفية جميع المياه المُستمَلَكة تقريباً بمنطقة القصيم . حيث يقدم خزان الساق الجوفي وحده حوالى 80% من احمالى امدادات المياه ، وتأتي بقية المياه المُستملكة بصورة رئيسية من خزانات المياه الجوفية الاخرى الاحدث تكوناً ، مثا . تكوينات تبوك والخف والحلة ، وتقع جميع هذه الخزانات الجوفية في الجزء الشرقي من المنطقة ، حيث تنتظم في صف يمتد في اتجاه شمالي غربي ، جنوبي شرقي عبر المنطقة .

إن إحتياطي المياه الجوفية ليس مقصوراً على منطقة القصيم وحدَها لأن خزانات المياه الجوفية تمتد إلى حائل في الشمال وإلى الرياض في الجنوب .. ولذلك فإن أي زيادة في سحب المياه بواسطة كلتا المنطقتين يقلل من الإحتياطي المتوفر في منطقة القصيم  والعكس بالعكس.

ولموارد المياه الأخرى قيودها الصارمة بالنسبة لتوفرها وإستعمالها وهي:

- الإنسياب السطحي : قليل وبكميات لايمكن التنبؤ بها .

- مياه المجاري المعالجة : محدودة جداً في كمياتها .

- تحلية مياه البحر : قيود إقتصادية .

ومن بين الموارد الثلاثة تُقَدِم مياه التحلية فقط المورد العملي من حيث كمية المياه التي يمكن توفيرها . وتم أنشاء خط أنابيب مياه من الخليج العربي إلى الرياض مع إمتداد له إلى بريدة ، والقيد الأساسي لتوفير مياه التحلية للقصيم بهذه الطريقة هو ببساطة مايتعلق بالتكلفه.

وهناك مشاريع تحت الدراسة أو تمت التوصيةُ بها لإعادة إستخدام مياه المجاري المعالجة أو تخزين كميات أكبر من المياه الجارية على سطح الأرض بواسطة خزانات تحت الأرض ، وهناك أيضاً إمكانياتٌ لحفر الآبار لإستخراج المياه في الصخور البلورية بمنطقة الدرع العربي بالجزء الغربي من

المنطقة ، ويمكن أن تسهم جميع هذه المشاريع في زيادة الموارد المائية لمنطقة القصيم ولكن يبقى أثرها على إجمالي إستهلاك المياه بالمنطقة منخفضاً.

### الأرض الزراعية :

يقسم توفر المياه الأرض الزراعية بمنطقة القصيم إلى منطقتين متميزتين ، أولها الجزء الشرقي من المنطقة والذي يقع فوق خزانات المياه الجوفية الرئيسية ، وهذه هي المنطقة الصالحة للزراعة ، وقد إنحصرت التنمية الزراعية في السابق في مناطق الزراعة التقليدية حول المراكز الحضرية الكبيرة ، وإمتدت الآن بصورة مكثفة على طول الطرق الرئيسية ، خصوصاً على الطريق الرئيسي المتجه من شري في الشمال إلى المذنب في الجنوب . وما تزال الأرض الصالحة للزراعة وافرة شرقي القصيم ، فالأرض فلاحتها سهلة نسبياً كما أن إمكانية الوصول إليها أيضاً سهله ، ويرجع ذلك إلى طبيعة الأرض المنبسطة أو قليلة التموج ، ومن ناحية ثانية فبينما يُعتّقد أن امدادات المياه الجوفية في هذه المنطقة تكفي لتغطية احتياجات الزراعة في المستقبل المنظور إلا أن المساحة السطحية التي يمكن الحفر فيها مُباشَرَةً  والوصول إلى المياه الجوفية المتوفرة يُتوقع أن تتقلص إلى شريط ضيق بعرض 25كيلو متر تقريباً .

ولحسن الحظ فإن المنطقة التي ننظر إليها بأنه تتوفر فيها أفضل إمكانيات الزراعة على المدى البَعِيد بالقصيم تنسجم إلى حد بعيد مع المنطقة الممتدة من شري إلى المذنب وهي المنطقة التي تمثل مركز نشاط التنمية في الوقت الحاضر .

أما المنطقة الزراعية التقليدية الثانية بالقصيم فهي الجزء الغربي الذي يتكون من الدرع العربي ، وهذه أساساً منطقة رعوية ومشهورة جداً في المملكة بأغنامها النجديه ، وهناك إتفاقٌ عام على أن مجال الرّعي يتدهور الآن ، نتيجة اعداد الماشية الزائدة عن طاقة المراعي ، وتعتمد التنمية في المستقبل سواء كانت دائمة أو كبيرة الحجم ، على الادارة المحسنة للمراعي وإدخال مشاريع محددة كمزارع الألبان التي بدأت فعلاً باجزاء أخرى من المنطقة.

### المعادن :

يوحد كميات ضخمه من حجر البوكسيت بشمال شرق المنطقة لم يتم استغلالها حتى الآن كما يتوفر الذهب بمنجم الصخيبرات وتنحصر التنمية المعدنية بالقصيم حالياً في قطاع المعادن اللافلزيه ، وتشتمل الرواسب في المنطقة على ، الملح والكاولين ، ( الطفل الصيني ) والجبس ، ( وربما السلكون ) وكذلك الصخر، الجوفية القاعدية والرخام للإستعمالات في تزيين المباني ، وهذه الرواسب هي الأساس للصناعات الحالية في الأسمنت والبلاط بالمنطقه.

### التجمعات العمرانية والخصائص السكانية :

السكان :

بلغ عدد السكان التقديري لمنطقة القصيم لعام 1425هـ أكثر من مليون نسمة منهم 80.4 % سعوديون  19.6 % غيرّ سعوديين ويمثل السكان نسبة من 0 الي 15 سنة 44 % ، ومن 15 الى 60 سنة 50 %  وأكثر من 60 سنة 6 %، وتتركز التجمعات السكانية في المدن الكبيرة , حيث تُعتَبَرُ مدينة بريدة العاصمة الإدارية ويبلغ عدد السكان فيها 845505 نسمة وبنسبة 50 % تقريباً من إجمالي سكان المنطقة.

### الموقع و مستويات التعليم :

كان هناك تحسن ملحوظ في مستويات التعليم بالقصيم في السنوات الأخيرة ، وقد هبطت نسبة الأميين هبوطاً كبيراً ، ومن ناحية  ثانية فإن التحسن ينسجم مع التوسع في عدد المدارس والزيادة الكبيرة في معدلات التحاق الطلاب بالمدارس التي حدثت خلال  السنوات العشر الأخيرة ، كما تم إفتتاح جامعات للبنين والبنات وكليات تقنية ومعاهد فنية .

يوجد في القصيم حوالي 450 تجمع سكاني معظمها صغيرة جداً ، يبلغ عدد سكان كل منها أقل من 500 نسمه ، كما أن هناك العديد من التجمعات السكانية التي يبلغ عدد سكان الواحد منها أقل من 300 شخص ،  ويعزى صغر حجم هذه التجمعات السكانية أساساً إلى عامِلَين :

1- حداثة نشأتها استجابة لبرنامج إستقرار البدو الرحل الذى بدأته الحكومة .
2- تحديد حجم كل تجمع سكاني بمنطقة القصيم والذى يفرضه توفر امدادات الماء والأرض الزراعية .

وهناك ايضاً أسباب إجتماعية وثقافيةٌ جعلت هذه التجمعات السكانية تبقى صغيرة الحجم ، فمثلاً قد تنقسم الجماعات القبلية أو العائلية إلى وحدات أصغر والتي تصبح فيما بعد تجمعات سكانية منفصله ، وتنتشر التجمعات السكانية إنتشارا واسعاً في جميع أنحاء المنطقة ولكنها قليلة نسبياً في أقصى الغرب والجنوب الغربي،  وهي المناطق التي يُعتَبَرُ الحصول على امدادات الماء فيها أمراً بالغ الصعوبه كما أنها أيضاً أقل سهولة في الوصول إليها من شبكة الطرق الرئيسية وهي بالتالي أكثر بعداً وعزله .

وتنحصر المراكز الحضرية الرئيسية بالمنطقة في منطقة القلب الصغيرة الواقعة في الجزء الأوسط من المنطقة الشرقية للقصيم ، وتحتوي سبعة

مدن في هذه المنطقة على حوالي 060% من إجمالي سكان المنطقة. وهذه المدن هي : بريدة ـ عنيزة ـ الرس ـ المِذنِب ـ البكيرية ـ البدائع ـ ورياض الخبراء ، ويتركز أكثر من نصف السكان في هذه المدن في مدينة بريدة ، وقد تأسست جميع هذه المدن قبل قرن أو أكثر من الزمان . وهي تُكَون النواة التقليدية التي انتشرت منها التنمية تدريجياً إلى أجزاء المنطقة الأخرى ، ويؤكد تقليد هذه المدن وحجمها والتسهيلات والخدمات الكبيرة التي تقدمها بأنها ستظل منطقة القلب ومركز الاهتمام بالنسبة للمنطقه .

**شبكة الطرق الإقليمية وخصائصها:**

يعتبر موقع القصيم الأوسط من الناحية التاريخية مصدر قوة ونفع ، إذ وضع القصيم عند ملتقى طرق الحجيج الرئيسية المتجهة إلى مكة المكرمة والمدينة المنورة من العراق والكويت والأجزاء الشرقية من المملكة ، وقد أرسى ذلك قاعدة لشبكة الطرق الجيدة التي تمت بالمنطقة علاوة على تقوية النشاطات التجارية ذات التاريخ التقليدي العريق ، وأهم هذه الطرق :

- 1- طريق الرياض ـ المدينة المنورة السريع الذي يتجه من الشرق إلى الغرب .
- 
- 2- طريق حائل الذي يتجه من الشمال إلى الجنوب في الشريط الشرقي من المنطقه .

**توجهات ومحددات التنمية:**

إن الهدف الرئيسي للمخطط الأقليمي المقترح هو تشجيع السكان على البقاء في منطقة القصيم ، بجعلها مكاناً أكثر إغراءً وجذبا للعيش والعمل فيه ، ويتطلب هذا بصورة اساسية شيئين : توسيع قاعدة العمالة وتحسين إمكانية وصول السكان المحليين للمرافق والخدمات ، ويشير تحليل قاعدة موارد المنطقة وإمكانياتها أن توفير هذين المطلبين بالشكل المُرضى يمكن تحقيقه بتركيز التنمية بالمراكز الحضرية السبع الرئيسية وهي : بريدة ـ عنيزة ـ الرس ـ المِذنِب ـ البكيرية ـ البدائع ـ ورياض الخبراء .

Geographical Summary



**General location and administrative boundaries of Al Qassim region**

Al Qassim region is located in the center of the northern part of the Kingdom of Saudi Arabia.
Its western and eastern borders are equidistant (by approximately 500 km) from the Red Sea and the Arabian Gulf coasts. The main city, Buraidah, is about 350 km northwest of Riyadh, the capital of the Kingdom of Saudi Arabia.
Al Qassim is one of the thirteen administrative regions in the Kingdom. With an area of about 73 thousand square kilometers, it represents approximately 3.2% of the total area of the Kingdom. Its maximum length, north to south, is about 480 km and its maximum width, from east to west, is 400 km.
It is bordered to the east and south by the Riyadh region, to the north by Ha'il region, and to the west by the Medina region. Its capital is Buraidah. The region has 12 governorates, namely:
Unayzah Governorate, Al Rass Governorate, Al Mithnab Governorate, Al Bukayriyah Governorate, Al Badayea Governorate, Al Nabhaniyah Governorate, Riyadh Al Khabra Governorate, Al Asyah Governorate, Uyun Al Jiwa Governorate - Al Shimasiyah Governorate, Aqla Al Suqour Governorate, and Dhariya Governorate.

**Natural and Environmental Features and Economic Resources:**

Al Qassim region consists mainly of flat or gently rolling land with irregularly spread rocky outcroppings or low cliffs. The altitude of the region, aside from those

outcroppings, ranges from 600 meters in the east to 900 meters in the west, while the mountains reach altitudes of 1100 to 1300 meters.

The eastern and western parts of the region differ markedly, as the west forms part of the ancient Arabian Shield land mass while the east consists of more recently formed sedimentary rock. The western part's natural features are therefore more complex and diverse, and it is also the location of the major mountain outcroppings. The eastern part is distinguished by its gentle slopes and low cliffs, which run discernibly in a north-south direction.

The second major natural feature is Wadi Al Rummah and its tributaries, which form the region's spine. The valley's network spans the entire region from west to east.

Al Qassim's limited sandy desert areas are in the far east and north.

Climatically, Al Qassim has the lowest temperatures in the Kingdom, due to its location and altitude. This means that temperatures in summer and winter are lower than in most other parts of the Kingdom. The average temperature is about 36 degrees Celsius in summer and 20 degrees Celsius in winter. The temperature can exceed 40 degrees Celsius in summer and fall to 10 degrees Celsius in winter.

Average rainfall, while slightly higher than in most parts of the Kingdom due to the altitude, rarely exceeds 200 millimeters per year.

**Natural Resources:**

Al Qassim has three main natural resources, namely:
- Aquifers.
- Agricultural land.
- Minerals.

**Aquifers:**

Underground water sources provide almost all the water consumed in Al Qassim region, with Al Saq underground tank alone providing about 80% of the total water supply. The rest comes mainly from other, more recently formed, aquifers, such as the Tabuk, Khaf and Al Jalah formations. All those underground reserves are located in the eastern part of the region, which extend in a line across the region from northwest to southeast.

The aquifer is not limited to Al Qassim region alone, but extends to Ha'il in the north and Riyadh in the south. Therefore, increased withdrawal of water deposits in one region reduces the available reserves in the other.

Other water resources have strict availability and use restrictions :
- Surface runoff: little, and in unpredictable quantities.
- Treated sewage: very limited in quantity.
- Seawater desalination: economic restrictions.

Among those three resources, only desalinated water provides practical amounts of water for use. A water pipeline has been constructed from the Arabian Gulf to Riyadh,

with an extension to Buraidah. The main limitation in providing desalinated water to Al Qassim in this way is simply cost.

There are projects that are being studied or that have been recommended that reuse treated sewage water or store larger quantities of overland flow in underground tanks. There are also possibilities for drilling wells to extract water from crystalline rocks in the Arabian Shield in the western part of the region, and while all those projects could contribute to increasing the water resources of Al Qassim region, their impact on total water consumption in the region remains low.

### Agricultural land:

Agricultural land in Al Qassim is divided into two distinct areas according to water availability. The first, in the eastern part of the region, is located above the main aquifers in an area suitable for agriculture. In the past, agricultural development was limited to traditional farming areas around large urban centers, and has now spread extensively along the main roads, especially the road from Shri in the north to Al Mithnab in the south. Arable land is still abundant in the east of Al Qassim. The land is relatively easy to cultivate, and it is also easy to access due to the flat or less hilly nature of the land. However, while it is believed that underground water supplies in this region are sufficient to cover agricultural needs for the foreseeable future, the surface area that can be directly drilled in order to reach available aquifers is expected to shrink to a narrow strip approximately 25 km wide.

Fortunately, the area of Al Qassim that we consider to have the best potential for long-term cultivation lines up to a great extent with the area from Shri to Al Mithnab, which is the center of development activity today.

The second traditional agricultural area in Al Qassim is in the western part, which consists of Arabian Shield and is mainly a pastoral area, very famous in the Kingdom for its Najdi sheep. It is generally agreed that grazing is now declining due to livestock outpacing pasture capacity. Large-scale or permanent future development depends on improved pasture management and the introduction of specific projects, such as dairy farms, that have already begun in other parts of the region.

### Minerals:

There are significant quantities of bauxite in the northeast of the region that have not yet been exploited, and gold also exists in Al Sokhirat mine. Mineral development in Al Qassim is currently limited to non-metallic minerals. Sediments in the region include salt, kaolin (Chinese argil), and gypsum (and possibly silicon), as well as base underground stone and marble, which are used in building decoration. Such sediments are the basis for the current cement and tile industries in the area.

### Urban communities and population characteristics:

Population:

The estimated population of Al Qassim region for the year 1425 AH (2004 AD) reached more than one million, 80.4% of whom are Saudis and 19.6% non-Saudis. Residents

between the ages of 0 to 15 represent 44% of the population, while those between the ages of 15 to 60 represent 50% and those above the age of 60 represent 6%. The population is centered in big cities, with Buraidah, the administrative capital, hosting a population of 845,505 people, or approximately 50% of the total population of the region.

### Location and education levels:

There has been a noticeable improvement in education levels in Al Qassim in recent years, and the illiteracy rate has fallen dramatically. That improvement is in line with the expansion in the number of schools and the significant increase in rates of student enrollment over the last ten years, as well as the opening of girls' and boys' universities, technical colleges and technical institutes.

There are about 450 population centers in Al Qassim, most of which are very small, with populations of less than 500, and there are many population centers with populations of less than 300. The small size of these communities is due mainly to two factors:

1. The fact that they were established recently in response to the nomadic settlement program initiated by the government.
2. Limitations in the size of each population center in Al Qassim region owing to supplies of water and agricultural land.

There are also social and cultural reasons that have kept these population centers small. For example, tribal or family groups may be divided into smaller units that later become separate population groups. Population centers are spread widely throughout the region but are relatively few in the far west and southwest, where it is extremely difficult to access water supplies. Those communities are also difficult to reach by the main highway network and are therefore more distant and isolated.

The main urban centers in the region are confined to the small central area located in the middle of the eastern part of Al Qassim. Seven cities in this area contain about 60% of the region's total population. These cities are Buraidah, Unayzah, Al Rass, Al Mithnab, Al Bukayriyah, Al-Badayea, and Riyadh Al Khabra. More than half of the population of these cities is concentrated in Buraidah. All of these cities were established over a century ago. They constitute the traditional center from which development gradually spread to other parts of the region, and their history and size and the great facilities and services they provide ensure that they will remain the center of interest in the region.

### Characteristics of the Regional Highway Network:

The central part of Al Qassim has historically been a source of power and wealth, as it is located at the crossroads of the main pilgrimage routes to Mecca and Medina from Iraq, Kuwait and the eastern parts of the Kingdom. This formed the basis for the good highway network that has been built in the region and has strengthened traditional commercial activities. The most important of these highways are:

1. The Riyadh- Medina Highway, which runs from east to west.
2. The Ha'il Highway, which runs from north to south in the eastern strip of the region.

**Development trends and determinants:**

The main goal of the proposed regional plan is to encourage people to stay in Al Qassim region by making it a more interesting and attractive place to live and work in. This basically requires two things: expanding employment opportunities and improving access by the local population to facilities and services. An analysis of the region's resource base and capabilities indicates that fulfilling these two requirements can be achieved by focusing development in the seven main urban centers, namely, Buraidah, Unayzah, Al Rass, Al Mithnab, Al Bukayriyah, Al Badayea, and Riyadh Al Khabra.



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of July 2, 2020

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, MA 02110 completed the attached translation into English of the file:

**Al-Qassim Geography.pdf**

I, Stefano Bellezza, certify that the attached translation has been translated by a qualified linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

Signature: *[signature]*
Stefano Bellezza
Translation Project Manager