KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

July 9, 2020

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") to request that the Court approve filing dates for responses and replies in connection with (1) Plaintiffs' Objections Pursuant to Fed. R. Civ. P. 72 to the Magistrate Judge's June 23, 2020 Opinion & Order, which were filed under seal on July 7, 2020, as ECF No. 6301; and (2) Saudi Arabia's Motion for Partial Reconsideration of the Court's June 23, 2020 Order, which was filed under seal on July 7, 2020, as ECF No. 6302.

      The parties have agreed to propose that each party's response to the other's July 7 filing should be due on or before July 24, and that each party's reply in support of its own filing should be due on or before July 31. We respectfully request that the Court approve those dates.

      As the Court is aware from previous letters, the parties have contested whether leave of Court is required for a response to Rule 72(a) objections, and it is Saudi Arabia's position that no leave is required. *See* ECF No. 4753, at 1-2 & n.\*. To the extent necessary, Saudi Arabia respectfully requests leave to file its opposition.

                                        Respectfully submitted,

                                        /s/ Michael K. Kellogg

                                        Michael K. Kellogg
                                        *Counsel for the Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)