# Exhibit 5



LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL
TRADE

May 15, 2020

**VIA EMAIL**

Robert T. Haefele, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com
*For the Plaintiffs' Exec. Committees*

Sean P. Carter, Esq.
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com
*For the Plaintiffs' Exec. Committees*

Andrew J. Maloney III, Esq.
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: amaloney@kreindler.com
*For the Plaintiffs' Exec. Committees*

**Re: In re Terrorist Attacks of September 11, 2001, 03 MDL 1570**

Dear Counsel:

We hope everyone is safe and healthy. Pursuant to the Plaintiffs' Executive Committees' ("PECs") February 4, 2020 letter responding to WAMY's December 23, 2019 and January 22, 2020 letters concerning Plaintiffs' December 9, 2019 Amended Responses to WAMY's First and Second Set of Interrogatories (the "Responses"), you committed to supplement the Responses soon after service of Plaintiffs' expert reports. Plaintiffs served their expert reports on March 10, 2020 but, to date, have not supplemented the Responses.

As proposed in our February 28, 2020 letter, we agreed that you would supplement the Responses within fourteen days. WAMY will review the supplemental answers and determine whether any disputes remain relating to the Responses in

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

question. Plaintiff submitted their Plaintiffs' expert reports on March 10. However, we have not received any supplemental responses to WAMY's interrogatories. Please let us know if you are going to submit these responses by May29, 2020.  Otherwise, we will be making an application with the court on this matter. We look forward to hearing form you.

Sincerely,

Omar T. Mohammedi, Esq.

*/s/ Fredrick Goetz*

Frederick J. Goetz, Esq.