# Exhibit 6

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL TRADE

June 9, 2020

**VIA EMAIL**

Robert T. Haefele, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

Andrew J. Maloney III, Esq.
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: amaloney@kreindler.com

Sean P. Carter, Esq.
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com

**Re: In re Terrorist Attacks of September 11, 2001, 03 MDL 1570**

Dear Counsel:

We have received no response to our May 15, 2020 correspondence concerning Plaintiffs' failure to supplement their December 9, 2019 Amended Responses to WAMY's First and Second Set of Interrogatories. Despite having agreed to provide supplemental responses months ago, we have not received Plaintiffs' supplemental responses.

Accordingly, unless we receive Plaintiffs' supplemental responses by Friday, June 12, 2020, we will have no alternative but to seek judicial intervention. This correspondence is sent without prejudice; all rights expressly reserved and none are waived.

Very truly yours,

Omar T. Mohammedi, Esq.

*/s/ Frederick Goetz*

Frederick J. Goetz, Esq.