

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 17, 2020

<u>By ECF</u>

Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY  10007

      Re:  *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      This Office represents the Federal Bureau of Investigation ("FBI") in the above-referenced matter.  We write respectfully to request a deadline of September 4, 2020, for the FBI to file its reply submission in further support of its April 13, 2020 motion for a protective order.  The Plaintiffs' Executive Committees ("PECs") do not oppose this request.  In accordance with the Court's June 17, 2020 order, *see* Dkt. No. 6276, the parties met and conferred regarding this proposed deadline after the PECs filed their opposition to the FBI's motion for a protective order and reply in further support of their motion to compel on July 10, 2020.

      The FBI respectfully requests this early September deadline because of the volume of the PECs' most recent submissions (more than 600 pages in all), the lack of remote access to classified materials for government personnel, and conflicts with previously scheduled vacation dates in late July and August.  As noted, the PECs do not object to the FBI's proposed deadline.

      We thank the Court for its consideration of and attention to this matter.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        Acting United States Attorney for the
                                        Southern District of New York

                By:    */s/ Jeannette A. Vargas*
                                        SARAH S. NORMAND
                                        JEANNETTE A. VARGAS
                                        Assistant United States Attorneys
                                        Telephone: 212-637-2709/2678

cc:      All counsel of record via ECF