U.S. Department

United States Att
Southern Distric

86 Chambers Street
New York, New York 100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/20

July 17, 2020

By ECF

Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY  10007

Re: *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

This Office represents the Federal Bureau of Investigation ("FBI") in the above-referenced matter. We write respectfully to request a deadline of September 4, 2020, for the FBI to file its reply submission in further support of its April 13, 2020 motion for a protective order. The Plaintiffs' Executive Committees ("PECs") do not oppose this request. In accordance with the Court's June 17, 2020 order, *see* Dkt. No. 6276, the parties met and conferred regarding this proposed deadline after the PECs filed their opposition to the FBI's motion for a protective order and reply in further support of their motion to compel on July 10, 2020.

The FBI respectfully requests this early September deadline because of the volume of the PECs' most recent submissions (more than 600 pages in all), the lack of remote access to classified materials for government personnel, and conflicts with previously scheduled vacation dates in late July and August. As noted, the PECs do not object to the FBI's proposed deadline.

We thank the Court for its consideration of and attention to this matter.

Respectfully submitted,

AUDREY STRAUSS

The Court endorses the proposed September 4, 2020 deadline for the FBI to file its reply submission.

**SO ORDERED**.

July 21, 2020
New York, New York

SARAH NETBURN
United States Magistrate Judge

cc: All counsel of record via ECF