```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has reviewed the classified declaration of Michael C. McGarrity, filed on September 12, 2019, ECF No. 5143, in connection with the Federal Bureau of Investigation's ("FBI") second memorandum of law in opposition to Plaintiffs' initial motion to compel the FBI to produce documents, ECF No. 5127. To aid the Court in its efforts to assess the validity of the claimed privileges concerning the 2012 FBI Summary Report, the Court orders the FBI to produce an unredacted copy of the full paragraph at the fourth bullet point on the second page of the Report, FBI000362, discussed at paragraphs 43 and 72 of the classified McGarrity Declaration, for *in camera* review.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

July 24, 2020
New York, New York