```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas Burnett, Sr., et al.

        Plaintiffs,

v.

The Islamic Republic of Iran, et al.

        Defendant.

**CERTIFICATE OF MAILING**

Case No(s).: 03-MDL-1570 (GBD) (SN)
               15-cv-9903 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 23RD day of July 2020, I served defendant:

    Islamic Revolutionary Guard Corps
    H.E. Dr. Mohammad Javad Zarif
    Foreign Minister of the Ministry of Foreign Affairs
    Imam Khomeini Street, Imam Khomeini Square
    Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 7700 6084 9405, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

    1)    Notice of Default Judgment (in English and Farsi);
    2)    Order of Partial Judgment for damages, dated 2/18/2020; ECF no. 5960 (in English and Farsi);
    3)    A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and
    4)    Translator's Affidavit (in English only)

Dated: New York, New York
       July 23, 2020

                                          RUBY J. KRAJICK
                                          CLERK OF COURT

                                          /s/ Shanee Mcleod
                                          Shanee Mcleod
                                          DEPUTY CLERK



Fold along dotted line to close.