Case 1:03-md-01570-GBD-SN Document 6338 Filed 07/27/20 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas Burnett, Sr., et al.

    Plaintiffs,

v.

The Islamic Republic of Iran, et al.

    Defendant.

## CERTIFICATE OF MAILING

Case No(s).: 03-MDL-1570 (GBD) (SN)
15-cv-9903 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 23rd day of July 2020, I served defendant:

    Islamic Revolutionary Guard Corps
    H.E. Dr. Mohammad Javad Zarif
    Foreign Minister of the Ministry of Foreign Affairs
    Imam Khomeini Street, Imam Khomeini Square
    Tehran, Islamic Republic of Iran,

By dispatching via Federal Express, Tracking No. 7700 5320 2637, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

    1)     Notice of Default Judgment (in English and Farsi);
    2)     Order of Partial Judgment for damages, dated 2/11/2020; ECF no. 5909 (in English and Farsi);
    3)     A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and
    4)     Translator's Affidavit (in English only)

Dated: New York, New York
       July 23, 2020

                            RUBY J. KRAJICK
                            CLERK OF COURT

                            /s/ Shanee Mcleod
                            Shanee Mcleod
                            DEPUTY CLERK

```
ORIGIN ID:PCTA    (212) 805-0136         SHIP DATE: 18MAR20
RUBY J. KRAJICK, CLERK OF COURT          ACTWGT: 2.00 LB
DANIEL P. MOYNIHAN US COURTHOUSE         CAD: 111096165/INET4220
500 PEARL STREET
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NY 10007                       BILL SENDER
UNITED STATES US
```

TO  SECY OF STATE, DIR CON SERVICES
    U.S. DEPARTMENT OF STATE
    REV & INTER-AGCY LIAS (CA/OCS/PRI)
    SA-29, 4TH FL, 2201 C ST, NW
    WASHINGTON DC 20520
    (571) 345-3186           REF: 634979
    INV:
    PO:                      DEPT:



FedEx Express
REL# 3785346

THU - 19 MAR 3:00P
TRK# 7700 5320 2637    STANDARD OVERNIGHT
0201

EP KMDA                  20520
            DC-US        IAD

Align bottom of peel-and-stick airbill or pouch here.