

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 27, 2020

By ECF (Without Attachment)

Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY  10007

    Re:    *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    I write in response to Your Honor's order of July 24, 2020, Dkt. No. 6327, requiring the FBI to produce for in camera inspection the complete text of the fourth bulleted paragraph of page 2 of the 2012 FBI Report, which was produced as FBI000362.  The unredacted text of that paragraph is set forth in Exhibit A to this letter.  As Exhibit A contains information that has been classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), this letter with the accompanying Exhibit A has been lodged with Classified Information Security Officer Daniel Hartenstine, Litigation Security Group, U.S. Department of Justice, for secure transmission to the Court.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney for the
    Southern District of New York

By:    */s/ Jeannette A. Vargas*
    SARAH S. NORMAND
    JEANNETTE A. VARGAS
    ANDREW E. KRAUSE
    Assistant United States Attorneys
    Telephone: 212-637-2709/2678/2769

cc:    All counsel of record via ECF (without attachment)