IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922, and *O'Neill, et al. v. Republic of the Sudan, et al.*, No. 18-cv-12114. | |

## **MOTION FOR ADMISSION OF NICOLLE KOWNACKI *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Nicolle Kownacki hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Republic of the Sudan, and all of its constituent parts (collectively, "Sudan"), in the above-captioned actions.

I am a member in good standing of the bar of the District of Columbia and the bar of the State of California (inactive), and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit and certificates of good standing pursuant to Local Rule 1.3.

Dated: August 3, 2020
      Washington, DC

Respectfully submitted,

**WHITE & CASE**

 /s/ *Nicolle Kownacki*
Nicolle Kownacki
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:     + 1 202 626 3600
Facsimile:     + 1 202 639 9355
nkownacki@whitecase.com

*Counsel for the Republic of the Sudan,
and all of its constituent parts*