IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:* <br><br> *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922, and *O'Neill, et al. v. Republic of the Sudan, et al.*, No. 18-cv-12114. | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF NICOLLE KOWNACKI *PRO HAC VICE*

I, Nicolle Kownacki, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matters as counsel *Pro Hac Vice* for the Republic of the Sudan, and all of its constituent parts (collectively, "Sudan").

I, Nicolle Kownacki, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificates of good standing from the bars of the District of Columbia and the State of California are attached.

I certify and attest, under penalty of perjury as described in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: August 3, 2020
       Washington, DC

Nicolle Kownacki
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:  + 1 202 626 3600
Facsimile:   + 1 202 639 9355
nkownacki@whitecase.com

Sworn to and subscribed before me this 3rd day of August 2020.

NOTARY PUBLIC
District of Columbia

District of Columbia
Signed and sworn to (or affirmed) before me on August 3, 2020 by Nicolle Kownacki

Daniel Shults, Notary Public
My commission expires January 31, 2025.