

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>NICOLLE ELIZABETH KOWNACKI</u>

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that NICOLLE ELIZABETH KOWNACKI, #282192, was on the 6th day of March 2012,, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Inactive Members of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 30th day of July 2020.*

JORGE E. NAVARRETE
Clerk/Executive of the Supreme Court

By:_____
Karissa Castro, Deputy Clerk