IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922, and *O'Neill, et al. v. Republic of the Sudan, et al.*, No. 18-cv-12114. | |

## [PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION

The Motion of Nicolle Kownacki for admission to practice *Pro Hac Vice* before this Court in the above-captioned cases is GRANTED. Nicolle Kownacki has declared that she is a member in good standing of the bar of the District of Columbia and of the bar of the State of California (inactive); and that her contact information is as follows:

    Nicolle Kownacki
    White & Case LLP
    701 Thirteenth Street, NW
    Washington, DC 20005
    Telephone:   +1 202 626 3600
    Facsimile:    +1 202 639 9355
    nkownacki@whitecase.com

Nicolle Kownacki having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Republic of the Sudan, and all of its constituent parts (collectively, "Sudan"), in the above-captioned actions;

IT IS HEREBY ORDERED that Nicolle Kownacki is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New

2

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the *Pro Hac Vice* fee to the Clerk of Court.

Sarah Netburn
United States Magistrate Judge