# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON : 
SEPTEMBER 11, 2001 :   03-MDL-1570 (GBD)(SN)

**This Document Relates To:**
*Kristen Breitweiser, Individually as Spouse and as Personal Representative of the Estate of Ronald Breitweiser, deceased; and Caroline Breitweiser, Individually as Surviving Child of Ronald Breitweiser, deceased* only *in the cases of Ashton, et al. v. al Qaeda Islamic Army, et al.,* **Case No. 02-cv-6977 (GBD)(SN) (and member case** *Burlingame v. Bin Laden, et al.,* **Case No. 02-cv-7230);** *and Ashton, et al. v. Kingdom of Saudi Arabia,* **Case No.: 17-cv-02003 (GBD)(SN)**

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

**COME NOW**, Kristen Breitweiser, Individually as Spouse and as Personal Representative of the Estate of Ronald Breitweiser, deceased; and Caroline Breitweiser, Individually as Surviving Child of Ronald Breitweiser, deceased ("the Breitweiser Plaintiffs") Plaintiffs in *Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.,* Case No. 02-cv-7230); *and Ashton, et al. v. Kingdom of Saudi Arabia,* Case No. 17-cv-02003 (GBD)(SN), and bring this Unopposed Motion to Substitute Counsel. As grounds for said Motion, the Breitweiser Plaintiffs state as follows:

1. The Breitweiser Plaintiffs request the Court to grant permission for Frank H. Granito, III of Speiser Krause, PC to withdraw and to substitute Dennis G. Pantazis as attorney of record as to the Breitweiser Plaintiffs *only*.

2. The Breitweiser Plaintiffs have retained Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC to represent them in this matter.

3. The Breitweiser Plaintiffs, Frank H. Granito, III, and Dennis G. Pantazis consent to the substitution of counsel as requested herein (signed Consents attached hereto as Exhibit A).

4. The parties anticipate after substitution of counsel is granted they will move the Court to separate the Breitweiser Plaintiffs into a separate case.

**WHEREFORE, PREMISES CONSIDERED**, Kristen Breitweiser, individually as spouse and as Personal Representative of the Estate of Ronald Breitweiser, deceased; and Caroline Breitweiser, individually as surviving child of Ronald Breitweiser, deceased, pray that this Honorable Court enter an Order allowing Frank H. Granito, III of Speiser Krause, PC to withdraw from representing the Breitweiser Plaintiffs and to substitute Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC as attorney of record for the Breitweiser Plaintiffs *only* in *Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.,* Case No. 02-cv-7230); *and Ashton, et al. v. Kingdom of Saudi Arabia,* Case No.: 17-cv-02003 (GBD)(SN).

        RESPECTFULLY SUBMITTED,

        */s/ Dennis G. Pantazis*
        Dennis G. Pantazis

OF COUNSEL:
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
| --- | --- |
| | ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230)

*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Kristen Breitweiser, Individually as Spouse and as Personal Representative of the Estate of Ronald Breitweiser, Deceased, substitutes Dennis Pantazis of Wiggins Childs Pantazis Fisher Goldfarb, 301 19th Street North, Birmingham, AL 35203, as counsel of record in place of Speiser Krause, PC.

Contact information for new counsel is as follows:

Wiggins Childs Pantazis Fisher Goldfarb
301 19th Street North
Birmingham, AL 35203
Tel: (205) 314-0585
Fax: (205) 314-0785

I consent to the above substitution.

Date:

_____
Kristen Breitweiser, Individually as Spouse and as
Personal Representative of the Estate of Ronald
Breitweiser, Deceased

I consent to being substituted.

Date:

_____
Frank H. Granito, III (FG9760)
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: (914) 220-5333
Fax: (914) 220-5334

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel.

Date: August 14, 2019

*(signature)*
Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney is hereby approved and so **ORDERED**.

Date: _____

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|
| | ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230)

*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Caroline Breitweiser, Individually as Surviving Child of Ronald Breitweiser, Deceased, substitutes Dennis Pantazis of Wiggins Childs Pantazis Fisher Goldfarb, 301 19th Street North, Birmingham, AL 35203, as counsel of record in place of Speiser Krause, PC.

Contact information for new counsel is as follows:

Wiggins Childs Pantazis Fisher Goldfarb
301 19th Street North
Birmingham, AL 35203
Tel: (205) 314-0585
Fax: (205) 314-0785

I consent to the above substitution.

Date:

_____
Caroline Breitweiser, Individually as Surviving
Child of Ronald Breitweiser, Deceased

I consent to being substituted.

Date:

_____
Frank H. Granito, III (FG9760)
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: (914) 220-5333
Fax: (914) 220-5334

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel.

Date: August 14, 2019

_____
Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney is hereby approved and so **ORDERED**.

Date:                                _____
                                     UNITED STATES DISTRICT JUDGE