# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:  TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001  :  03-MDL-1570 (GBD)(SN)

_____

**This Document Relates To:**
*Katherine Maher, Individually as Spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased; Daniel R. Maher, Individually and as Surviving Child of Daniel L. Maher, deceased; and Joseph F. Maher, individually and as Surviving Child of Daniel L. Maher, deceased <u>only</u> in the cases of Ashton, et al. v. al Qaeda Islamic Army, et al.,* **Case No. 02-cv-6977 (GBD)(SN);** *Bauer, et al. v. al Qaeda Islamic Army, et al.,* **Case No. 02-cv-7236 (GBD)(SN);** *and Ashton, et al. v. Kingdom of Saudi Arabia,* **Case No.: 17-cv-02003 (GBD)(SN)**

## MOTION TO SUBSTITUTE COUNSEL

**COME NOW**, Katherine Maher, individually as spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased; Daniel R. Maher, individually as surviving child of Daniel L. Maher, deceased; and Joseph F. Maher, individually as surviving child of Daniel L. Maher, deceased ("the Maher Plaintiffs") Plaintiffs in *Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-6977 (GBD)(SN);  *Bauer, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-7236 (GBD)(SN); *and Ashton, et al. v. Kingdom of Saudi Arabia,* Case No.:  17-cv-02003 (GBD)(SN), and file this Motion to Substitute Counsel.  As grounds for said Motion, the Maher Plaintiffs state as follows:

1. The Maher Plaintiffs were represented by Thea Capone and Michel F. Baumeister of Baumeister & Samuels, P.C. ("Baumeister & Samuels").  On March 22, 2019, by email, Baumeister & Samuels informed the Maher Plaintiffs that they should seek new counsel.

2. The Maher Plaintiffs have retained Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC to represent them in this matter.

3.      The Maher Plaintiffs request the Court to substitute Dennis G. Pantazis as attorney of record as to the Maher Plaintiffs *only*.

4.      The Maher Plaintiffs and Dennis G. Pantazis consent to the substitution of counsel as requested herein (signed Consents attached hereto as Exhibit A).

5.      The parties anticipate after substitution of counsel is granted, they will move the Court to separate the Maher Plaintiffs into a separate case.

**WHEREFORE, PREMISES CONSIDERED**, Katherine Maher, individually as spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased; Daniel R. Maher, individually as surviving child of Daniel L. Maher, deceased; and Joseph F. Maher, individually as surviving child of Daniel L. Maher, deceased, pray that this Honorable Court enter an Order substituting Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC as attorney of record for the Maher Plaintiffs *only* in *Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-6977 (GBD)(SN); *Bauer, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-7236 (GBD)(SN); *and Ashton, et al. v. Kingdom of Saudi Arabia,* Case No.: 17-cv-02003 (GBD)(SN).

RESPECTFULLY SUBMITTED,

*/s/ Dennis G. Pantazis*
Dennis G. Pantazis

OF COUNSEL:
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email:  dgp@wigginschilds.com

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON          :
SEPTEMBER 11, 2001                    :          03-MDL-1570 (GBD)(SN)

This Document Relates To:
*Katherine Maher, Individually as Spouse and as Personal Representative of the Estate of Daniel L. Maher, Deceased only in the cases of Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No.: 02-cv-06977 (GBD) (SN); *Bauer, et al. v. al Qaeda Islamic Army, et al.,* Case No.: 02-cv-07236 (GBD) (SN); and *Ashton, et al. v. Kingdom of Saudi Arabia, et al.,* Case No.: 17-cv-02003 (GBD) (SN)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Katherine Maher, individually as spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased**, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of Thea M. Capone of Baumeister & Samuels, P.C.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

> Wiggins Childs Pantazis Fisher Goldfarb LLC
> The Kress Building
> 301 Nineteenth Street North
> Birmingham, Alabama 35203
> Telephone: (205) 314-0531
> Facsimile: (205) 314-0731
> Email: dgp@wigginschilds.com

**I, Katherine Maher, individually as spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased**, hereby consent to the above substitution of counsel.

Date: 8/20/19

Katherine Maher, Individually as Spouse
and as Personal Representative of the Estate
of Daniel L. Maher, deceased

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiffs **Katherine Maher, individually as spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased**.

Date: ___9 / 20 / 19___                      _____
                                             Dennis G. Pantazis
                                             WIGGINS CHILDS PANTAZIS
                                             FISHER GOLDFARB LLC
                                             The Kress Building
                                             301 Nineteenth Street North
                                             Birmingham, Alabama 35203
                                             Telephone: (205) 314-0531
                                             Facsimile: (205) 314-0731
                                             Email: dgp@wigginschilds.com


The substitution of attorney as to plaintiffs **Katherine Maher, individually as spouse and as Personal Representative of the Estate of Daniel L. Maher, deceased** is hereby approved and so **ORDERED**.


Date: _____       _____
                               UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 : 03-MDL-1570 (GBD)(SN)

_____

This Document Relates To:
*Daniel R. Maher, Individually as Surviving Child of Daniel L. Maher, Deceased only in the cases of Ashton, et al. v. al Qaeda Islamic Army, et al., Case No.: 02-cv-06977 (GBD) (SN); Bauer, et al. v. al Qaeda Islamic Army, et al., Case No.: 02-cv-07236 (GBD) (SN); and Ashton, et al. v. Kingdom of Saudi Arabia, et al., Case No.: 17-cv-02003 (GBD) (SN)*

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Daniel R. Maher, individually as surviving child of Daniel L. Maher, deceased**, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of Thea M. Capone of Baumeister & Samuels, P.C.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

> Wiggins Childs Pantazis Fisher Goldfarb LLC
> The Kress Building
> 301 Nineteenth Street North
> Birmingham, Alabama 35203
> Telephone: (205) 314-0531
> Facsimile: (205) 314-0731
> Email: dgp@wigginschilds.com

I, **Daniel R. Maher, individually as surviving child of Daniel L. Maher, deceased**, hereby consent to the above substitution of counsel.

Date: 8-20-19 _____

_____
Daniel R. Maher, Individually as Surviving
Child of Daniel L. Maher, deceased

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiff **Daniel R. Maher, individually as surviving child of Daniel L. Maher, deceased**.

Date: 9/20/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiff **Daniel R. Maher, individually as surviving child of Daniel L. Maher, deceased** is hereby approved and so **ORDERED**.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:  TERRORIST ATTACKS ON     :
SEPTEMBER 11, 2001               :        03-MDL-1570 (GBD)(SN)

─────────────────────────────────

**This Document Relates To:**
*Joseph F. Maher, Individually as Surviving Child of Daniel L. Maher, Deceased only in the cases of Ashton, et al. v. al Qaeda Islamic Army, et al., Case No.: 02-cv-06977 (GBD) (SN);*
*Bauer, et al. v. al Qaeda Islamic Army, et al., Case No.: 02-cv-07236 (GBD) (SN); and*
*Ashton, et al. v. Kingdom of Saudi Arabia, et al., Case No.: 17-cv-02003 (GBD) (SN)*

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Joseph F. Maher, individually as surviving child of Daniel L. Maher, deceased**, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of Thea M. Capone of Baumeister & Samuels, P.C.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

> Wiggins Childs Pantazis Fisher Goldfarb LLC
> The Kress Building
> 301 Nineteenth Street North
> Birmingham, Alabama 35203
> Telephone: (205) 314-0531
> Facsimile: (205) 314-0731
> Email: dgp@wigginschilds.com

**I, Joseph F. Maher, individually as surviving child of Daniel L. Maher, deceased,** hereby consent to the above substitution of counsel.

Date: 9-20-19

Joseph F. Maher, Individually as Surviving
Child of Daniel L. Maher, deceased

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiff Joseph F. Maher, individually as surviving child of Daniel L. Maher, deceased.

Date: _9/20/19_

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiff **Joseph F. Maher, individually as surviving child of Daniel L. Maher, deceased** is hereby approved and so **ORDERED**.

Date: _____

_____
UNITED STATES DISTRICT JUDGE