**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
: **PROPOSED ORDER**
:
: **1:03 MDL 1570 (GBD) (SN)**
:
:
-------------------------------------------------------------------x

This Document Relates to:
*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 1:02-cv-06977 (GBD)(SN)
*Ashton, et al. v. Kingdom of Saudi Arabia*, Case No. 1:17-cv-02003 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 1:02-cv-07236 (GBD)(SN)
*Burlingame, et al. v. bin Laden, et al.*, Case No. 02-cv-6977 (GBD) (SN)

*Katherine Maher, in her own right and as Executrix of the Estate of Daniel L. Maher, Deceased; Patricia Ryan, in her own right and as Executrix of the Estate of John J. Ryan, Deceased; Kristen Breitweiser, in her own right and as Administratrix of the Estate of Ronald Breitweiser, Deceased; and Caroline Breitweiser v. Republic of the Sudan* (Proposed New Member Case)

AND NOW, this _____ day of _____, 2020, it is hereby ORDERED and DECREED that the Motion to File a New Associated Case Under A Short Form Complaint and to Adopt *Ashton* for Claims Against Defendant Republic of the Sudan filed by Katherine Maher, in her own right and as Executrix of the Estate of Daniel L. Maher, Deceased; Patricia Ryan, in her own right and as Executrix of the Estate of John J. Ryan, Deceased; Kristen Breitweiser, in her own right and as Administratrix of the Estate of Ronald Breitweiser, Deceased; and Caroline Breitweiser should be, and HEREBY is, GRANTED, and it is

FURTHER ORDERED that the *Maher* Plaintiffs shall file their Short Form Complaint against Defendant The Republic of Sudan, which adopts the allegations of *Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 1:02-cv-06977 (GBD)(SN), and it shall be filed as a new case associated with *Ashton v. al Qaeda*, and the new case shall be entered into the *In Re Terrorist Attacks on September 11, 2001* MDL proceedings in this Court as a new associated case. The

*Maher* Plaintiffs' unresolved claims against the Republic of Sudan are to be transferred from their original actions and the *Maher* Complaint shall relate back to the time of the filing of the *Ashton v. al Qaeda* Complaint with respect to the Republic of the Sudan, and the *Maher* Plaintiffs' existing Certificates of Default from *Ashton v. al Qaeda* shall continue to be effective in the new associated case.

**SO ORDERED.**

Date: _____, 2020

_____
Sarah Netburn
United States Magistrate Judge