UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Lloyd A. Abel et al v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD) (SN)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiffs in the above-referenced matter, by undersigned counsel and in accordance with F.R.C.P. 60(a), respectfully request that this Court grant Plaintiffs' Motion for Corrections to Order of Judgment. No adverse parties have appeared in this proceeding, and the Clerk issued a Certificate of Default on August 13, 2019. In support of this motion, Plaintiffs submit the following memorandum of law, Declaration of Jerry S. Goldman, and Proposed Order.

Dated: August 4, 2020

*/s/ Jerry S. Goldman*

ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Stephen Wah, Esq.
1251 Avenue of the Americas
New York, NY  10020
Tel: 212-278-1000
Fax: 212-278-1733
Email: jgoldman@andersonkill.com

docs-100245036.1