**EX. A to *Abel* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Lloyd A. Abel Jr. | Laurence C. Abel | Sibling | $4,250,000 |
| 2 | Lloyd A. Abel Sr. | Laurence C. Abel | Parent | $8,500,000 |
| 3 | Andrew Albero | Gary Albero | Sibling | $4,250,000 |
| 4 | Aracelis Albero | Gary Albero | Spouse | $12,500,000 |
| 5 | Kevin Albero | Gary Albero | Sibling | $4,250,000 |
| 6 | Michael A. Albero | Gary Albero | Child | $8,500,000 |
| 7 | Patricia Albero (c/o Attorney-in-Fact, Fred Corrado) | Gary Albero | Parent | $8,500,000 |
| 8 | Barry Allen | Eric Allen | Sibling | $4,250,000 |
| 9 | Marian Allen | Eric Allen | Sibling | $4,250,000 |
| 10 | Barry Allen as Personal Representative of the Estate of Edward Allen | Eric Allen | Sibling (Deceased) | $4,250,000 |
| 11 | Barry Allen as Personal Representative of the Estate of Laetita "Letty" Allen | Eric Allen | Parent (Deceased) | $8,500,000 |
| 12 | Antonio Aversano | Louis F. Aversano Jr. | Child | $8,500,000 |
| 13 | Doris Aversano | Louis F. Aversano Jr. | Spouse | $12,500,000 |
| 14 | Rosemary Aversano | Louis F. Aversano Jr. | Child | $8,500,000 |
| 15 | Lisa R. Procaccio | Louis F. Aversano Jr. | Child | $8,500,000 |
| 16 | Elizabeth a/k/a Betty Bennett | Eric L. Bennett | Parent | $8,500,000 |
| 17 | Kimberly Ann Bennett | Eric L. Bennett | Sibling | $4,250,000 |
| 18 | Terry Bennett | Eric L. Bennett | Parent | $8,500,000 |
| 19 | Kathryn B. Agugliaro | Frank J. Bonomo | Parent | $8,500,000 |
| 20 | Joseph Anthony Bonomo | Frank J. Bonomo | Child | $8,500,000 |
| 21 | Juliana Rose Bonomo | Frank J. Bonomo | Child | $8,500,000 |
| 22 | Margarite Bonomo | Frank J. Bonomo | Spouse | $12,500,000 |
| 23 | Lenore B. Williams | Frank J. Bonomo | Sibling | $4,250,000 |
| 24 | Anna M. Bright as Personal Representative of the Estate of William Bright | Gary L. Bright | Parent (Deceased) | $8,500,000 |
| 25 | Andrea Caballero | Daniel M. Caballero | Sibling | $4,250,000 |
| 26 | Tereza Antonios | Roko Camaj | Child | $8,500,000 |
| 27 | Angelina Camaj | Roko Camaj | Child | $8,500,000 |
| 28 | Darrick Carlone | David G. Carlone | Child | $8,500,000 |
| 29 | Nicholas A. Carlone | David G. Carlone | Child | $8,500,000 |
| 30 | Ana L. Centeno | Ana M. Centeno | Sibling | $4,250,000 |
| 31 | Jesus Centeno | Ana M. Centeno | Sibling | $4,250,000 |
| 32 | Harry Massa | Ana M. Centeno | Sibling | $4,250,000 |
| 33 | Havier Massa | Ana M. Centeno | Sibling | $4,250,000 |
| 34 | Margarita Perez | Ana M. Centeno | Sibling | $4,250,000 |
| 35 | Angeles Rivera | Ana M. Centeno | Sibling | $4,250,000 |

**EX. A to *Abel* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 36 | Antonia Torres Ayala | Ana M. Centeno | Parent | $8,500,000 |
| 37 | Maria Zayas | Ana M. Centeno | Sibling | $4,250,000 |
| 38 | Darien P. Cherry | Vernon P. Cherry | Child | $8,500,000 |
| 39 | Joanne Cherry | Vernon P. Cherry | Spouse | $12,500,000 |
| 40 | Anthony Clark | Benjamin K. Clark | Sibling | $4,250,000 |
| 41 | Courtland Jerome Clark | Benjamin K. Clark | Sibling | $4,250,000 |
| 42 | Elsie Clark | Benjamin K. Clark | Parent | $8,500,000 |
| 43 | Randy Clark | Benjamin K. Clark | Sibling | $4,250,000 |
| 44 | Sean Clark | Benjamin K. Clark | Child | $8,500,000 |
| 45 | Sharon McAvinue | Donna Clarke | Sibling | $4,250,000 |
| 46 | Cathleen Mary Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 47 | Christopher James Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 48 | Michael G. Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 49 | Patricia Mary Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 50 | Thomas J. Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 51 | Maureen Cleary Colligan | Kevin F. Cleary | Sibling | $4,250,000 |
| 52 |  |  |  |  |
| 53 |  |  |  |  |
| 54 | Stanley Alexander | Brenda E. Conway | Sibling | $4,250,000 |
| 55 | Robert Anthony DeRubbio | David P. DeRubbio | Sibling | $4,250,000 |
| 56 | Sandra Ahern as Personal Representative of the Estate of Christopher Diaz | Matthew Diaz | Sibling (Deceased) | $4,250,000 |
| 57 | Christopher J. Diaz | Matthew Diaz | Child | $8,500,000 |
| 58 | Michael C. Diaz | Matthew Diaz | Sibling | $4,250,000 |
| 59 | Christopher J. Diaz as Personal Representative of the Estate of Michael Diaz | Matthew Diaz | Child (Deceased) | $8,500,000 |
| 60 | Florence Kneff as Personal Representative of the Estate of Karen Diaz | Matthew Diaz | Spouse (Deceased) | $12,500,000 |
| 61 | James E. DiCharo as Personal Representative of the Estate of Joseph L. DiChiaro | Patricia F. DiChiaro | Spouse (Deceased) | $12,500,000 |
| 62 | James E. DiChiaro | Patricia F. DiChiaro | Child | $8,500,000 |
| 63 | Thomas L. DiChiaro | Patricia F. DiChiaro | Child | $8,500,000 |
|  | **Total** |  |  | **$415,000,000** |