UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Jessica DeRubbio v. Islamic Republic of Iran,* No. 1:18-cv-05306 (GBD) (SN)

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that Plaintiffs in the above-referenced matter, by undersigned counsel and in accordance with F.R.C.P. 60(a), respectfully request that this Court grant Plaintiffs' Motion for Corrections to Order of Judgment. No adverse parties have appeared in this proceeding, and the Clerk issued a Certificate of Default on January 18, 2019. In support of this motion, Plaintiffs submit the following memorandum of law, Declaration of Jerry S. Goldman, and Proposed Order.

Dated: August 4, 2020

                       */s/ Jerry S. Goldman*

                       ANDERSON KILL P.C.
                       Jerry S. Goldman, Esq.
                       Bruce E. Strong, Esq.
                       Stephen Wah, Esq.
                       1251 Avenue of the Americas
                       New York, NY  10020
                       Tel: 212-278-1000
                       Fax: 212-278-1733
                       Email: jgoldman@andersonkill.com