# EXHIBIT A

Ex. A to *DeRubbio*

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Donald | A. | Foreman | Gale | Susan | DiFrancisco |  | Sibling | $4,250,000 |
| 2. |  |  |  |  |  |  |  |  |  |
| 3. | Gilbert |  | Granados | Maureen |  | Granados |  | Child | $8,500,000 |
| 4. | Gilbert |  | Granados | Teresa |  | Granados |  | Spouse | $12,500,000 |
| 5. | Paul | W. | Jurgens | Maria |  | Jurgens |  | Spouse | $12,500,000 |

**TOTAL** — **$37,750,000**