## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Jessica DeRubbio v. Islamic Republic of Iran,* No. 1:18-cv-05306 (GBD) (SN)

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Corrections to Order of Judgment, Memorandum of Law in Support of Plaintiffs' Motion for Corrections to Order of Judgment, and the Declaration of Jerry S. Goldman, attorney for the *DeRubbio* Plaintiffs in the above-captioned action, it is hereby;

ORDERED that the final judgment for solatium damages entered on behalf of Kathleen Granados in the Court's February 12, 2020 Final Order of Judgment (ECF No. 5919, Exhibit A at line 2), against the Islamic Republic of Iran is vacated;

ORDERED that the Court's February 12, 2020 Final Order of Judgment (ECF No. 5919) remains otherwise in force and that all other final judgments awarded to the *DeRubbio* Plaintiffs identified in the February 12, 2020 Order docketed at ECF No. 5919 remain in effect.

Dated:  New York, New York
            _____, 2020

                                                            SO ORDERED:

                                                            _____