## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Roberta Agyeman et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN)

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Corrections to Order of Judgment, Memorandum of Law in Support of Plaintiffs' Motion for Corrections to Order of Judgment, and the Declaration of Jerry S. Goldman, attorney for the *Agyeman* Plaintiffs in the above-captioned action, it is hereby;

ORDERED that the final judgment for solatium damages entered on behalf of on behalf of Filiberta Barragan in the Court's September 6, 2019 Final Order of Judgment (ECF No. 5093, Exhibit A at line 19), against the Islamic Republic of Iran is vacated;

ORDERED that the final judgment for solatium damages entered on behalf of on behalf of Juana Colon in the Court's September 6, 2019 Final Order of Judgment (ECF No. 5093, Exhibit A at line 126), against the Islamic Republic of Iran is vacated;

ORDERED that the Court's September 6, 2019 Final Order of Judgment (ECF No. 5093), remains otherwise in force and that all other final judgments awarded to the *Agyeman* Plaintiffs identified in the September 6, 2019 Final Order docketed at ECF No. 5093 remain in effect.

Dated:  New York, New York
        _____, 2020          SO ORDERED:

                                                _____

docs-100245167.1