# EXHIBIT A

**EX. A to *Abel* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Lloyd A. Abel Jr. | Laurence C. Abel | Sibling | $4,250,000 |
| 2 | Lloyd A. Abel Sr. | Laurence C. Abel | Parent | $8,500,000 |
| 3 | Andrew Albero | Gary Albero | Sibling | $4,250,000 |
| 4 | Aracelis Albero | Gary Albero | Spouse | $12,500,000 |
| 5 | Kevin Albero | Gary Albero | Sibling | $4,250,000 |
| 6 | Michael A. Albero | Gary Albero | Child | $8,500,000 |
| 7 | Patricia Albero (c/o Attorney-in-Fact, Fred Corrado) | Gary Albero | Parent | $8,500,000 |
| 8 | Barry Allen | Eric Allen | Sibling | $4,250,000 |
| 9 | Marian Allen | Eric Allen | Sibling | $4,250,000 |
| 10 | Barry Allen as Personal Representative of the Estate of Edward Allen | Eric Allen | Sibling (Deceased) | $4,250,000 |
| 11 | Barry Allen as Personal Representative of the Estate of Laetita "Letty" Allen | Eric Allen | Parent (Deceased) | $8,500,000 |
| 12 | Antonio Aversano | Louis F. Aversano Jr. | Child | $8,500,000 |
| 13 | Doris Aversano | Louis F. Aversano Jr. | Spouse | $12,500,000 |
| 14 | Rosemary Aversano | Louis F. Aversano Jr. | Child | $8,500,000 |
| 15 | Lisa R. Procaccio | Louis F. Aversano Jr. | Child | $8,500,000 |
| 16 | Elizabeth a/k/a Betty Bennett | Eric L. Bennett | Parent | $8,500,000 |
| 17 | Kimberly Ann Bennett | Eric L. Bennett | Sibling | $4,250,000 |
| 18 | Terry Bennett | Eric L. Bennett | Parent | $8,500,000 |
| 19 | Kathryn B. Agugliaro | Frank J. Bonomo | Parent | $8,500,000 |
| 20 | Joseph Anthony Bonomo | Frank J. Bonomo | Child | $8,500,000 |
| 21 | Juliana Rose Bonomo | Frank J. Bonomo | Child | $8,500,000 |
| 22 | Margarite Bonomo | Frank J. Bonomo | Spouse | $12,500,000 |
| 23 | Lenore B. Williams | Frank J. Bonomo | Sibling | $4,250,000 |
| 24 | Anna M. Bright as Personal Representative of the Estate of William Bright | Gary L. Bright | Parent (Deceased) | $8,500,000 |
| 25 | Andrea Caballero | Daniel M. Caballero | Sibling | $4,250,000 |
| 26 | Tereza Antonios | Roko Camaj | Child | $8,500,000 |
| 27 | Angelina Camaj | Roko Camaj | Child | $8,500,000 |
| 28 | Darrick Carlone | David G. Carlone | Child | $8,500,000 |
| 29 | Nicholas A. Carlone | David G. Carlone | Child | $8,500,000 |
| 30 | Ana L. Centeno | Ana M. Centeno | Sibling | $4,250,000 |
| 31 | Jesus Centeno | Ana M. Centeno | Sibling | $4,250,000 |
| 32 | Harry Massa | Ana M. Centeno | Sibling | $4,250,000 |
| 33 | Havier Massa | Ana M. Centeno | Sibling | $4,250,000 |
| 34 | Margarita Perez | Ana M. Centeno | Sibling | $4,250,000 |
| 35 | Angeles Rivera | Ana M. Centeno | Sibling | $4,250,000 |

**EX. A to *Abel* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 36 | Antonia Torres Ayala | Ana M. Centeno | Parent | $8,500,000 |
| 37 | Maria Zayas | Ana M. Centeno | Sibling | $4,250,000 |
| 38 | Darien P. Cherry | Vernon P. Cherry | Child | $8,500,000 |
| 39 | Joanne Cherry | Vernon P. Cherry | Spouse | $12,500,000 |
| 40 | Anthony Clark | Benjamin K. Clark | Sibling | $4,250,000 |
| 41 | Courtland Jerome Clark | Benjamin K. Clark | Sibling | $4,250,000 |
| 42 | Elsie Clark | Benjamin K. Clark | Parent | $8,500,000 |
| 43 | Randy Clark | Benjamin K. Clark | Sibling | $4,250,000 |
| 44 | Sean Clark | Benjamin K. Clark | Child | $8,500,000 |
| 45 | Sharon McAvinue | Donna Clarke | Sibling | $4,250,000 |
| 46 | Cathleen Mary Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 47 | Christopher James Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 48 | Michael G. Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 49 | Patricia Mary Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 50 | Thomas J. Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 51 | Maureen Cleary Colligan | Kevin F. Cleary | Sibling | $4,250,000 |
| 52 |  |  |  |  |
| 53 |  |  |  |  |
| 54 | Stanley Alexander | Brenda E. Conway | Sibling | $4,250,000 |
| 55 | Robert Anthony DeRubbio | David P. DeRubbio | Sibling | $4,250,000 |
| 56 | Sandra Ahern as Personal Representative of the Estate of Christopher Diaz | Matthew Diaz | Sibling (Deceased) | $4,250,000 |
| 57 | Christopher J. Diaz | Matthew Diaz | Child | $8,500,000 |
| 58 | Michael C. Diaz | Matthew Diaz | Sibling | $4,250,000 |
| 59 | Christopher J. Diaz as Personal Representative of the Estate of Michael Diaz | Matthew Diaz | Child (Deceased) | $8,500,000 |
| 60 | Florence Kneff as Personal Representative of the Estate of Karen Diaz | Matthew Diaz | Spouse (Deceased) | $12,500,000 |
| 61 | James E. DiCharo as Personal Representative of the Estate of Joseph L. DiChiaro | Patricia F. DiChiaro | Spouse (Deceased) | $12,500,000 |
| 62 | James E. DiChiaro | Patricia F. DiChiaro | Child | $8,500,000 |
| 63 | Thomas L. DiChiaro | Patricia F. DiChiaro | Child | $8,500,000 |
|  | **Total** |  |  | **$415,000,000** |

**EX. A to *Agyeman* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Edward Ahearn | (Lt.) Brian G. Ahearn | Parent | $8,500,000 |
| 2 | June Ahearn | (Lt.) Brian G. Ahearn | Parent | $8,500,000 |
| 3 | Jeba Ahmed | Shabbir Ahmed | Spouse | $12,500,000 |
| 4 | Nadia Ahmed | Shabbir Ahmed | Child | $8,500,000 |
| 5 | Thanbir Ahmed | Shabbir Ahmed | Child | $8,500,000 |
| 6 | Salma Ahmed-Green | Shabbir Ahmed | Child | $8,500,000 |
| 7 | Abdul Mosobbir | Shabbir Ahmed | Sibling | $4,250,000 |
| 8 | Willie Aldridge Jr. | Jacquelyn D. Aldridge | Sibling | $4,250,000 |
| 9 | Delores Aldridge a/k/a Delores Aldridge Essuon | Jacquelyn D. Aldridge | Sibling | $4,250,000 |
| 10 | Marjorie Aldridge-Holder | Jacquelyn D. Aldridge | Sibling | $4,250,000 |
| 11 | Lafayette Frederick | Jacquelyn D. Aldridge | Spouse | $12,500,000 |
| 12 | Denise Allen | Richard L. Allen | Parent | $8,500,000 |
| 13 | Richard Allen | Richard L. Allen | Parent | $8,500,000 |
| 14 | Robert C. Alonso | Janet Alonso | Spouse | $12,500,000 |
| 15 | Victoria Alonso | Janet Alonso | Child | $8,500,000 |
| 16 | Robert C. Alonso Jr. | Janet Alonso | Child | $8,500,000 |
| 17 | Karen Banyo | Janet Alonso | Sibling | $4,250,000 |
| 18 | Cheryl A. Russo | Janet Alonso | Sibling | $4,250,000 |
| 19 |  |  |  |  |
| 20 | Giovanni Javier | Antonio J. Alvarez | Child | $8,500,000 |
| 21 | Anthony Amatuccio | Joseph Amatuccio | Sibling | $4,250,000 |
| 22 | Antoinette Amatuccio | Joseph Amatuccio | Sibling | $4,250,000 |
| 23 | Debra Amatuccio | Joseph Amatuccio | Spouse | $12,500,000 |
| 24 | Dina Amatuccio | Joseph Amatuccio | Child | $8,500,000 |
| 25 | Joseph Amatuccio | Joseph Amatuccio | Child | $8,500,000 |
| 26 | Karen Amundson | (Spc.) Craig Amundson | Parent | $8,500,000 |
| 27 | Orland Amundson | (Spc.) Craig Amundson | Parent | $8,500,000 |
| 28 | Ryan Amundson | (Spc.) Craig Amundson | Sibling | $4,250,000 |
| 29 | Carl Asaro | Carl Asaro | Child | $8,500,000 |
| 30 | Heloiza Asaro | Carl Asaro | Spouse | $12,500,000 |
| 31 | Marc Asaro | Carl Asaro | Child | $8,500,000 |
| 32 | Matthew Asaro | Carl Asaro | Child | $8,500,000 |
| 33 | Phillip Asaro | Carl Asaro | Child | $8,500,000 |
| 34 | Rebecca Asaro | Carl Asaro | Child | $8,500,000 |
| 35 | Jason Audiffred | James Audiffred | Child | $8,500,000 |

**EX. A to *Agyeman* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 36 | Robin Audiffred | James Audiffred | Spouse | $12,500,000 |
| 37 | Leyda C. Ayala | Samuel (Sandy) Ayala | Spouse | $12,500,000 |
| 38 | Samantha Ayala | Samuel (Sandy) Ayala | Child | $8,500,000 |
| 39 | Evelyn Pettignano | Arlene T. Babakitis | Sibling | $4,250,000 |
| 40 | Sadie Reoch | Arlene T. Babakitis | Parent | $8,500,000 |
| 41 | Karen Ann Reoch | Arlene T. Babakitis | Sibling | $4,250,000 |
| 42 | Laura Baierwalter | Robert J. Baierwalter | Spouse | $12,500,000 |
| 43 | Raymond Baierwalter | Robert J. Baierwalter | Child | $8,500,000 |
| 44 | Richard Baierwalter | Robert J. Baierwalter | Child | $8,500,000 |
| 45 | Veronica Baierwalter | Robert J. Baierwalter | Child | $8,500,000 |
| 46 | Maureen Schlowinski | Robert J. Baierwalter | Sibling | $4,250,000 |
| 47 | Daniel Barnes | Matthew Barnes | Sibling | $4,250,000 |
| 48 | Denise Barnes | Matthew Barnes | Sibling | $4,250,000 |
| 49 | Jesse Barnes | Matthew Barnes | Child | $8,500,000 |
| 50 | Matthew Barnes Jr. | Matthew Barnes | Child | $8,500,000 |
| 51 | Russell Barnes | Matthew Barnes | Sibling | $4,250,000 |
| 52 | Suzanne Barnes | Matthew Barnes | Sibling | $4,250,000 |
| 53 | Thomas Barnes | Matthew Barnes | Child | $8,500,000 |
| 54 | Susan Barnes-Ford | Matthew Barnes | Spouse | $12,500,000 |
| 55 | Yvette Mell | Matthew Barnes | Parent | $8,500,000 |
| 56 | Ricardo Barnes | Shelia P. Barnes | Spouse | $12,500,000 |
| 57 | Christine Barnes-Murrell | Shelia P. Barnes | Child | $8,500,000 |
| 58 | Zulema Barnes-Robinson | Shelia P. Barnes | Child | $8,500,000 |
| 59 | William J. Biggart | William G. Biggart | Child | $8,500,000 |
| 60 | Elizabeth Linker | William G. Biggart | Sibling | $4,250,000 |
| 61 | Margaret Burke | William G. Biggart | Sibling | $4,250,000 |
| 62 | William Bishop | George Bishop | Child | $8,500,000 |
| 63 | Kevin Smith | Carrie R. Blagburn | Child | $8,500,000 |
| 64 | Kim Williams | Carrie R. Blagburn | Child | $8,500,000 |
| 65 | Carol Boccardi | Michael A. Boccardi | Parent | $8,500,000 |
| 66 | Michael Boccardi | Michael A. Boccardi | Parent | $8,500,000 |
| 67 | Alexandra Bowen | Donna Bowen | Child | $8,500,000 |
| 68 | Anastasia Bowen | Donna Bowen | Child | $8,500,000 |
| 69 | Eugene Bowen | Donna Bowen | Spouse | $12,500,000 |
| 70 | Eugene Bowen Jr. | Donna Bowen | Child | $8,500,000 |
| 71 | Dior P. Gordon | Veronique N. Bowers | Child | $8,500,000 |
| 72 | Jeffery M. Bright | Gary L. Bright | Sibling | $4,250,000 |
| 73 | Michelle L. Hornback | Gary L. Bright | Sibling | $4,250,000 |

**EX. A to *Agyeman* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 74 | Andres Caballero | Daniel M. Caballero | Parent | $8,500,000 |
| 75 | Claudia Caballero | Daniel M. Caballero | Sibling | $4,250,000 |
| 76 | Maria Caballero | Daniel M. Caballero | Parent | $8,500,000 |
| 77 | Jamie Cachia | Brian Cachia | Sibling | $4,250,000 |
| 78 | Sabrina C. Spencer | Brian Cachia | Parent | $8,500,000 |
| 79 | Joseph Cachia | Brian Cachia | Parent | $8,500,000 |
| 80 | Alexander Calabro | Salvatore B. Calabro | Child | $8,500,000 |
| 81 | Daniel Calabro | Salvatore B. Calabro | Child | $8,500,000 |
| 82 | Francine Calabro | Salvatore B. Calabro | Spouse | $12,500,000 |
| 83 | Carl Calabro | Salvatore B. Calabro | Sibling | $4,250,000 |
| 84 | Martin Armstrong | Felix Calixte | Sibling | $4,250,000 |
| 85 | Rhonda Branch | Felix Calixte | Sibling | $4,250,000 |
| 86 | Peter Anderson Calixte | Felix Calixte | Sibling | $4,250,000 |
| 87 | Marguerite Calixte-Williams | Felix Calixte | Parent | $8,500,000 |
| 88 | Nina DeSouza | Felix Calixte | Sibling | $4,250,000 |
| 89 | Keream Williams | Felix Calixte | Sibling | $4,250,000 |
| 90 | Kizzy Williams | Felix Calixte | Sibling | $4,250,000 |
| 91 | Remy Williams | Felix Calixte | Sibling | $4,250,000 |
| 92 | Terra Williams | Felix Calixte | Sibling | $4,250,000 |
| 93 | Vincent Camaj | Roko Camaj | Child | $8,500,000 |
| 94 | Crystal Ortiz | Rosemarie C. Carlson | Child | $8,500,000 |
| 95 | Evita Ortiz | Rosemarie C. Carlson | Child | $8,500,000 |
| 96 | Debra Carson | James Carson Jr. | Spouse | $12,500,000 |
| 97 | James M. Carson | James Carson Jr. | Child | $8,500,000 |
| 98 | Angenette Cash | Angelene C. Carter | Child | $8,500,000 |
| 99 | Freddye Jean Carter-Perry | Angelene C. Carter | Child | $8,500,000 |
| 100 | Paul Casalduc | Vivian Casalduc | Child | $8,500,000 |
| 101 | Evan Cascio | Paul R. Cascio | Sibling | $4,250,000 |
| 102 | Janet Cascio | Paul R. Cascio | Parent | $8,500,000 |
| 103 | Paul Cascio | Paul R. Cascio | Parent | $8,500,000 |
| 104 | Francisco Castano | Alejandro Castano | Parent | $8,500,000 |
| 105 | Steven Castano | Alejandro Castano | Child | $8,500,000 |
| 106 | Yolanda Castano | Alejandro Castano | Parent | $8,500,000 |
| 107 | Claudia Rodriguez | Alejandro Castano | Sibling | $4,250,000 |
| 108 | Silvio Roman | Arcelia Castillo | Child | $8,500,000 |
| 109 | Tammy M. Chada Merritt | John Chada | Child | $8,500,000 |
| 110 | Virgina Chada | John Chada | Spouse | $12,500,000 |
| 111 | Selena Cherry-Daniel | Vernon P. Cherry | Child | $8,500,000 |

**EX. A to *Agyeman* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 112 | Fahina Chowdhury | Mohammed S. Chowdhury | Child | $8,500,000 |
| 113 | Farqad Chowdhury | Mohammed S. Chowdhury | Child | $8,500,000 |
| 114 | Baraheen Ashrafi | Mohammed S. Chowdhury | Spouse | $12,500,000 |
| 115 | William Cintron-Lugos a/k/a William Cintron | Edna Cintron | Spouse | $12,500,000 |
| 116 | Gabriel Clark | Benjamin K. Clark | Child | $8,500,000 |
| 117 | LaShawn Clark | Benjamin K. Clark | Spouse | $12,500,000 |
| 118 | Taj-Pierre Clark | Benjamin K. Clark | Child | $8,500,000 |
| 119 | Brittany Hantz | Benjamin K. Clark | Child | $8,500,000 |
| 120 | Thomas G. McAvinue | Donna Clarke | Sibling | $4,250,000 |
| 121 | Stephanie Marie Sampson (Clarke) | Donna Clarke | Child | $8,500,000 |
| 122 | Patricia McAvinue McCarthy | Donna Clarke | Sibling | $4,250,000 |
| 123 | Mio Cloud | Geoffrey Cloud | Spouse | $12,500,000 |
| 124 | Beth Schutte | Patricia A. Cody | Child | $8,500,000 |
| 125 | Joyce Cohen-Day | Florence Cohen | Child | $8,500,000 |
| 126 |  |  |  |  |
| 127 | Orquidia Colon | Jaime Concepcion | Child | $8,500,000 |
| 128 | Jaime Concepcion Jr. | Jaime Concepcion | Child | $8,500,000 |
| 129 | April Alexander | Brenda E. Conway | Sibling | $4,250,000 |
| 130 | Mandell Conway | Brenda E. Conway | Child | $8,500,000 |
| 131 | Russell Conway | Brenda E. Conway | Spouse | $12,500,000 |
| 132 | Linda McGee | Brenda E. Conway | Sibling | $4,250,000 |
| 133 | Danielle Alexander | Brenda E. Conway | Child | $8,500,000 |
| 134 | Moises Cordero | Alejandro Cordero | Parent | $8,500,000 |
| 135 | Teresa Cordero | Alejandro Cordero | Parent | $8,500,000 |
| 136 | Wellington Cordero | Alejandro Cordero | Sibling | $4,250,000 |
| 137 | Moises Cordero Jr. | Alejandro Cordero | Sibling | $4,250,000 |
| 138 | Robert E. Marisay Jr. | Georgine R. Corrigan | Sibling | $4,250,000 |
| 139 | Laura Buck | Georgine R. Corrigan | Child | $8,500,000 |
| 140 | Albertina Rivera | Digna Costanza | Parent | $8,500,000 |
| 141 | Ingrid Rivera | Digna Costanza | Sibling | $4,250,000 |
| 142 | Uriel Rivera Jr. | Digna Costanza | Sibling | $4,250,000 |
| 143 | Uriel Rivera Sr. | Digna Costanza | Parent | $8,500,000 |
| 144 | John Costanza | Digna Costanza | Spouse | $12,500,000 |
| 145 | James Coyle | James R. Coyle | Parent | $8,500,000 |
| 146 | Katherine Coyle | James R. Coyle | Sibling | $4,250,000 |
| 147 | Regina Coyle | James R. Coyle | Parent | $8,500,000 |
| 148 | Joseph Coyle | James R. Coyle | Sibling | $4,250,000 |
| 149 | Charles Cross | Dennis Cross | Sibling | $4,250,000 |

**EX. A to *Agyeman* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|-----|-------------------|------------------------|-------------------------------------------|------------------|
| 150 | Virginia Fredriksen | Dennis Cross | Sibling | $4,250,000 |
| 151 | Carol Cubas | Kenneth J. Cubas | Spouse | $12,500,000 |
| 152 | Helga Curtin | Michael Curtin | Spouse | $12,500,000 |
| 153 | Erika C. Sufilka | Michael Curtin | Child | $8,500,000 |
| 154 | Adam Davidson | Lawrence Davidson | Child | $8,500,000 |
| 155 | Marc Davidson | Lawrence Davidson | Child | $8,500,000 |
| 156 | Tanya Dale | Titus Davidson | Child | $8,500,000 |
| 157 | Paige Debek | Tara Debek | Child | $8,500,000 |
| 158 | Maureen Moore | Tara Debek | Parent | $8,500,000 |
| 159 | Robert Moore | Tara Debek | Sibling | $4,250,000 |
| 160 | Lisa Reahl | Tara Debek | Sibling | $4,250,000 |
| 161 | Dale Choate | Gerald F. DeConto | Sibling | $4,250,000 |
| 162 | David DeConto | Gerald F. DeConto | Sibling | $4,250,000 |
| 163 | Patricia DeConto | Gerald F. DeConto | Parent | $8,500,000 |
| 164 | Raymond DeConto | Gerald F. DeConto | Sibling | $4,250,000 |
| 165 | Marie DeConto LeBlanc, | Gerald F. DeConto | Sibling | $4,250,000 |
|     | **Total** |  |  | **$1,252,500,000** |