# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |

This document relates to:

*Roberta Agyeman et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN)

## ORDER

Upon consideration of Plaintiffs' Motion for Corrections to Order of Judgment, Memorandum of Law in Support of Plaintiffs' Motion for Corrections to Order of Judgment, and the Declaration of Jerry S. Goldman, attorney for the *Agyeman* Plaintiffs in the above-captioned action, it is hereby;

ORDERED that the final judgment for solatium damages entered on behalf of on behalf of Filiberta Barragan in the Court's September 6, 2019 Final Order of Judgment (ECF No. 5093, Exhibit A at line 19), against the Islamic Republic of Iran is vacated;

ORDERED that the final judgment for solatium damages entered on behalf of on behalf of Juana Colon in the Court's September 6, 2019 Final Order of Judgment (ECF No. 5093, Exhibit A at line 126), against the Islamic Republic of Iran is vacated;

ORDERED that the Court's September 6, 2019 Final Order of Judgment (ECF No. 5093), remains otherwise in force and that all other final judgments awarded to the *Agyeman* Plaintiffs identified in the September 6, 2019 Final Order docketed at ECF No. 5093 remain in effect.

Dated: New York, New York
_____AUG 0 5 2020_____, 2020

SO ORDERED:

_George B. Daniels_

docs-100245167.1

# EXHIBIT A

**EX. A to *Agyeman* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|----|---|---|---|---|
| 1  | Edward Ahearn | (Lt.) Brian G. Ahearn | Parent | $8,500,000 |
| 2  | June Ahearn | (Lt.) Brian G. Ahearn | Parent | $8,500,000 |
| 3  | Jeba Ahmed | Shabbir Ahmed | Spouse | $12,500,000 |
| 4  | Nadia Ahmed | Shabbir Ahmed | Child | $8,500,000 |
| 5  | Thanbir Ahmed | Shabbir Ahmed | Child | $8,500,000 |
| 6  | Salma Ahmed-Green | Shabbir Ahmed | Child | $8,500,000 |
| 7  | Abdul Mosobbir | Shabbir Ahmed | Sibling | $4,250,000 |
| 8  | Willie Aldridge Jr. | Jacquelyn D. Aldridge | Sibling | $4,250,000 |
| 9  | Delores Aldridge a/k/a Delores Aldridge Essuon | Jacquelyn D. Aldridge | Sibling | $4,250,000 |
| 10 | Marjorie Aldridge-Holder | Jacquelyn D. Aldridge | Sibling | $4,250,000 |
| 11 | Lafayette Frederick | Jacquelyn D. Aldridge | Spouse | $12,500,000 |
| 12 | Denise Allen | Richard L. Allen | Parent | $8,500,000 |
| 13 | Richard Allen | Richard L. Allen | Parent | $8,500,000 |
| 14 | Robert C. Alonso | Janet Alonso | Spouse | $12,500,000 |
| 15 | Victoria Alonso | Janet Alonso | Child | $8,500,000 |
| 16 | Robert C. Alonso Jr. | Janet Alonso | Child | $8,500,000 |
| 17 | Karen Banyo | Janet Alonso | Sibling | $4,250,000 |
| 18 | Cheryl A. Russo | Janet Alonso | Sibling | $4,250,000 |
| 19 |  |  |  |  |
| 20 | Giovanni Javier | Antonio J. Alvarez | Child | $8,500,000 |
| 21 | Anthony Amatuccio | Joseph Amatuccio | Sibling | $4,250,000 |
| 22 | Antoinette Amatuccio | Joseph Amatuccio | Sibling | $4,250,000 |
| 23 | Debra Amatuccio | Joseph Amatuccio | Spouse | $12,500,000 |
| 24 | Dina Amatuccio | Joseph Amatuccio | Child | $8,500,000 |
| 25 | Joseph Amatuccio | Joseph Amatuccio | Child | $8,500,000 |
| 26 | Karen Amundson | (Spc.) Craig Amundson | Parent | $8,500,000 |
| 27 | Orland Amundson | (Spc.) Craig Amundson | Parent | $8,500,000 |
| 28 | Ryan Amundson | (Spc.) Craig Amundson | Sibling | $4,250,000 |
| 29 | Carl Asaro | Carl Asaro | Child | $8,500,000 |
| 30 | Heloiza Asaro | Carl Asaro | Spouse | $12,500,000 |
| 31 | Marc Asaro | Carl Asaro | Child | $8,500,000 |
| 32 | Matthew Asaro | Carl Asaro | Child | $8,500,000 |
| 33 | Phillip Asaro | Carl Asaro | Child | $8,500,000 |
| 34 | Rebecca Asaro | Carl Asaro | Child | $8,500,000 |
| 35 | Jason Audiffred | James Audiffred | Child | $8,500,000 |

**EX. A to *Agyeman* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 36 | Robin Audiffred | James Audiffred | Spouse | $12,500,000 |
| 37 | Leyda C. Ayala | Samuel (Sandy) Ayala | Spouse | $12,500,000 |
| 38 | Samantha Ayala | Samuel (Sandy) Ayala | Child | $8,500,000 |
| 39 | Evelyn Pettignano | Arlene T. Babakitis | Sibling | $4,250,000 |
| 40 | Sadie Reoch | Arlene T. Babakitis | Parent | $8,500,000 |
| 41 | Karen Ann Reoch | Arlene T. Babakitis | Sibling | $4,250,000 |
| 42 | Laura Baierwalter | Robert J. Baierwalter | Spouse | $12,500,000 |
| 43 | Raymond Baierwalter | Robert J. Baierwalter | Child | $8,500,000 |
| 44 | Richard Baierwalter | Robert J. Baierwalter | Child | $8,500,000 |
| 45 | Veronica Baierwalter | Robert J. Baierwalter | Child | $8,500,000 |
| 46 | Maureen Schlowinski | Robert J. Baierwalter | Sibling | $4,250,000 |
| 47 | Daniel Barnes | Matthew Barnes | Sibling | $4,250,000 |
| 48 | Denise Barnes | Matthew Barnes | Sibling | $4,250,000 |
| 49 | Jesse Barnes | Matthew Barnes | Child | $8,500,000 |
| 50 | Matthew Barnes Jr. | Matthew Barnes | Child | $8,500,000 |
| 51 | Russell Barnes | Matthew Barnes | Sibling | $4,250,000 |
| 52 | Suzanne Barnes | Matthew Barnes | Sibling | $4,250,000 |
| 53 | Thomas Barnes | Matthew Barnes | Child | $8,500,000 |
| 54 | Susan Barnes-Ford | Matthew Barnes | Spouse | $12,500,000 |
| 55 | Yvette Mell | Matthew Barnes | Parent | $8,500,000 |
| 56 | Ricardo Barnes | Shelia P. Barnes | Spouse | $12,500,000 |
| 57 | Christine Barnes-Murrell | Shelia P. Barnes | Child | $8,500,000 |
| 58 | Zulema Barnes-Robinson | Shelia P. Barnes | Child | $8,500,000 |
| 59 | William J. Biggart | William G. Biggart | Child | $8,500,000 |
| 60 | Elizabeth Linker | William G. Biggart | Sibling | $4,250,000 |
| 61 | Margaret Burke | William G. Biggart | Sibling | $4,250,000 |
| 62 | William Bishop | George Bishop | Child | $8,500,000 |
| 63 | Kevin Smith | Carrie R. Blagburn | Child | $8,500,000 |
| 64 | Kim Williams | Carrie R. Blagburn | Child | $8,500,000 |
| 65 | Carol Boccardi | Michael A. Boccardi | Parent | $8,500,000 |
| 66 | Michael Boccardi | Michael A. Boccardi | Parent | $8,500,000 |
| 67 | Alexandra Bowen | Donna Bowen | Child | $8,500,000 |
| 68 | Anastasia Bowen | Donna Bowen | Child | $8,500,000 |
| 69 | Eugene Bowen | Donna Bowen | Spouse | $12,500,000 |
| 70 | Eugene Bowen Jr. | Donna Bowen | Child | $8,500,000 |
| 71 | Dior P. Gordon | Veronique N. Bowers | Child | $8,500,000 |
| 72 | Jeffery M. Bright | Gary L. Bright | Sibling | $4,250,000 |
| 73 | Michelle L. Hornback | Gary L. Bright | Sibling | $4,250,000 |

EX. A to *Agyeman* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 74 | Andres Caballero | Daniel M. Caballero | Parent | $8,500,000 |
| 75 | Claudia Caballero | Daniel M. Caballero | Sibling | $4,250,000 |
| 76 | Maria Caballero | Daniel M. Caballero | Parent | $8,500,000 |
| 77 | Jamie Cachia | Brian Cachia | Sibling | $4,250,000 |
| 78 | Sabrina C. Spencer | Brian Cachia | Parent | $8,500,000 |
| 79 | Joseph Cachia | Brian Cachia | Parent | $8,500,000 |
| 80 | Alexander Calabro | Salvatore B. Calabro | Child | $8,500,000 |
| 81 | Daniel Calabro | Salvatore B. Calabro | Child | $8,500,000 |
| 82 | Francine Calabro | Salvatore B. Calabro | Spouse | $12,500,000 |
| 83 | Carl Calabro | Salvatore B. Calabro | Sibling | $4,250,000 |
| 84 | Martin Armstrong | Felix Calixte | Sibling | $4,250,000 |
| 85 | Rhonda Branch | Felix Calixte | Sibling | $4,250,000 |
| 86 | Peter Anderson Calixte | Felix Calixte | Sibling | $4,250,000 |
| 87 | Marguerite Calixte-Williams | Felix Calixte | Parent | $8,500,000 |
| 88 | Nina DeSouza | Felix Calixte | Sibling | $4,250,000 |
| 89 | Keream Williams | Felix Calixte | Sibling | $4,250,000 |
| 90 | Kizzy Williams | Felix Calixte | Sibling | $4,250,000 |
| 91 | Remy Williams | Felix Calixte | Sibling | $4,250,000 |
| 92 | Terra Williams | Felix Calixte | Sibling | $4,250,000 |
| 93 | Vincent Camaj | Roko Camaj | Child | $8,500,000 |
| 94 | Crystal Ortiz | Rosemarie C. Carlson | Child | $8,500,000 |
| 95 | Evita Ortiz | Rosemarie C. Carlson | Child | $8,500,000 |
| 96 | Debra Carson | James Carson Jr. | Spouse | $12,500,000 |
| 97 | James M. Carson | James Carson Jr. | Child | $8,500,000 |
| 98 | Angenette Cash | Angelene C. Carter | Child | $8,500,000 |
| 99 | Freddye Jean Carter-Perry | Angelene C. Carter | Child | $8,500,000 |
| 100 | Paul Casalduc | Vivian Casalduc | Child | $8,500,000 |
| 101 | Evan Cascio | Paul R. Cascio | Sibling | $4,250,000 |
| 102 | Janet Cascio | Paul R. Cascio | Parent | $8,500,000 |
| 103 | Paul Cascio | Paul R. Cascio | Parent | $8,500,000 |
| 104 | Francisco Castano | Alejandro Castano | Parent | $8,500,000 |
| 105 | Steven Castano | Alejandro Castano | Child | $8,500,000 |
| 106 | Yolanda Castano | Alejandro Castano | Parent | $8,500,000 |
| 107 | Claudia Rodriguez | Alejandro Castano | Sibling | $4,250,000 |
| 108 | Silvio Roman | Arcelia Castillo | Child | $8,500,000 |
| 109 | Tammy M. Chada Merritt | John Chada | Child | $8,500,000 |
| 110 | Virgina Chada | John Chada | Spouse | $12,500,000 |
| 111 | Selena Cherry-Daniel | Vernon P. Cherry | Child | $8,500,000 |

**EX. A to *Agyeman* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 112 | Fahina Chowdhury | Mohammed S. Chowdhury | Child | $8,500,000 |
| 113 | Farqad Chowdhury | Mohammed S. Chowdhury | Child | $8,500,000 |
| 114 | Baraheen Ashrafi | Mohammed S. Chowdhury | Spouse | $12,500,000 |
| 115 | William Cintron-Lugos a/k/a William Cintron | Edna Cintron | Spouse | $12,500,000 |
| 116 | Gabriel Clark | Benjamin K. Clark | Child | $8,500,000 |
| 117 | LaShawn Clark | Benjamin K. Clark | Spouse | $12,500,000 |
| 118 | Taj-Pierre Clark | Benjamin K. Clark | Child | $8,500,000 |
| 119 | Brittany Hantz | Benjamin K. Clark | Child | $8,500,000 |
| 120 | Thomas G. McAvinue | Donna Clarke | Sibling | $4,250,000 |
| 121 | Stephanie Marie Sampson (Clarke) | Donna Clarke | Child | $8,500,000 |
| 122 | Patricia McAvinue McCarthy | Donna Clarke | Sibling | $4,250,000 |
| 123 | Mio Cloud | Geoffrey Cloud | Spouse | $12,500,000 |
| 124 | Beth Schutte | Patricia A. Cody | Child | $8,500,000 |
| 125 | Joyce Cohen-Day | Florence Cohen | Child | $8,500,000 |
| 126 |  |  |  |  |
| 127 | Orquidia Colon | Jaime Concepcion | Child | $8,500,000 |
| 128 | Jaime Concepcion Jr. | Jaime Concepcion | Child | $8,500,000 |
| 129 | April Alexander | Brenda E. Conway | Sibling | $4,250,000 |
| 130 | Mandell Conway | Brenda E. Conway | Child | $8,500,000 |
| 131 | Russell Conway | Brenda E. Conway | Spouse | $12,500,000 |
| 132 | Linda McGee | Brenda E. Conway | Sibling | $4,250,000 |
| 133 | Danielle Alexander | Brenda E. Conway | Child | $8,500,000 |
| 134 | Moises Cordero | Alejandro Cordero | Parent | $8,500,000 |
| 135 | Teresa Cordero | Alejandro Cordero | Parent | $8,500,000 |
| 136 | Wellington Cordero | Alejandro Cordero | Sibling | $4,250,000 |
| 137 | Moises Cordero Jr. | Alejandro Cordero | Sibling | $4,250,000 |
| 138 | Robert E. Marisay Jr. | Georgine R. Corrigan | Sibling | $4,250,000 |
| 139 | Laura Buck | Georgine R. Corrigan | Child | $8,500,000 |
| 140 | Albertina Rivera | Digna Costanza | Parent | $8,500,000 |
| 141 | Ingrid Rivera | Digna Costanza | Sibling | $4,250,000 |
| 142 | Uriel Rivera Jr. | Digna Costanza | Sibling | $4,250,000 |
| 143 | Uriel Rivera Sr. | Digna Costanza | Parent | $8,500,000 |
| 144 | John Costanza | Digna Costanza | Spouse | $12,500,000 |
| 145 | James Coyle | James R. Coyle | Parent | $8,500,000 |
| 146 | Katherine Coyle | James R. Coyle | Sibling | $4,250,000 |
| 147 | Regina Coyle | James R. Coyle | Parent | $8,500,000 |
| 148 | Joseph Coyle | James R. Coyle | Sibling | $4,250,000 |
| 149 | Charles Cross | Dennis Cross | Sibling | $4,250,000 |

### EX. A to *Agyeman* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|-----|-------------------|----------------------|-------------------------------------------|------------------|
| 150 | Virginia Fredriksen | Dennis Cross | Sibling | $4,250,000 |
| 151 | Carol Cubas | Kenneth J. Cubas | Spouse | $12,500,000 |
| 152 | Helga Curtin | Michael Curtin | Spouse | $12,500,000 |
| 153 | Erika C. Sufilka | Michael Curtin | Child | $8,500,000 |
| 154 | Adam Davidson | Lawrence Davidson | Child | $8,500,000 |
| 155 | Marc Davidson | Lawrence Davidson | Child | $8,500,000 |
| 156 | Tanya Dale | Titus Davidson | Child | $8,500,000 |
| 157 | Paige Debek | Tara Debek | Child | $8,500,000 |
| 158 | Maureen Moore | Tara Debek | Parent | $8,500,000 |
| 159 | Robert Moore | Tara Debek | Sibling | $4,250,000 |
| 160 | Lisa Reahl | Tara Debek | Sibling | $4,250,000 |
| 161 | Dale Choate | Gerald F. DeConto | Sibling | $4,250,000 |
| 162 | David DeConto | Gerald F. DeConto | Sibling | $4,250,000 |
| 163 | Patricia DeConto | Gerald F. DeConto | Parent | $8,500,000 |
| 164 | Raymond DeConto | Gerald F. DeConto | Sibling | $4,250,000 |
| 165 | Marie DeConto LeBlanc, | Gerald F. DeConto | Sibling | $4,250,000 |
|     | **Total** |  |  | **$1,252,500,000** |