UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Lloyd A. Abel et al v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD) (SN)

[PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Corrections to Order of Judgment, Memorandum of Law in Support of Plaintiffs' Motion for Corrections to Order of Judgment, and the Declaration of Jerry S. Goldman, attorney for the *Abel* Plaintiffs in the above-captioned action, it is hereby;

ORDERED that the final judgment for solatium damages entered on behalf of Merecedes Concepcion in the Court's September 3, 2019 Final Order of Judgment (ECF No. 5048, Exhibit A at line 52), against the Islamic Republic of Iran is vacated;

ORDERED that the final judgment for solatium damages entered on behalf of Kirsy Concepcion Salazar in the Court's September 3, 2019 Final Order of Judgment (ECF No. 5048, Exhibit A at line 53), against the Islamic Republic of Iran is vacated;

ORDERED that the Court's September 3, 2019 Final Order of Judgment (ECF No. 5048) remains otherwise in force and that all other final judgments awarded to the *DeRubbio* Plaintiffs identified in the September 3, 2019 Order docketed at ECF No. 5048 remain in effect.

Dated: New York, New York
AUG 0 5 2020
_____, 2020

SO ORDERED:

*George B. Daniels*

docs-100245170.1

**EX. A to *Abel* Motion for Judgment on Damages**

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Lloyd A. Abel Jr. | Laurence C. Abel | Sibling | $4,250,000 |
| 2 | Lloyd A. Abel Sr. | Laurence C. Abel | Parent | $8,500,000 |
| 3 | Andrew Albero | Gary Albero | Sibling | $4,250,000 |
| 4 | Aracelis Albero | Gary Albero | Spouse | $12,500,000 |
| 5 | Kevin Albero | Gary Albero | Sibling | $4,250,000 |
| 6 | Michael A. Albero | Gary Albero | Child | $8,500,000 |
| 7 | Patricia Albero (c/o Attorney-in-Fact, Fred Corrado) | Gary Albero | Parent | $8,500,000 |
| 8 | Barry Allen | Eric Allen | Sibling | $4,250,000 |
| 9 | Marian Allen | Eric Allen | Sibling | $4,250,000 |
| 10 | Barry Allen as Personal Representative of the Estate of Edward Allen | Eric Allen | Sibling (Deceased) | $4,250,000 |
| 11 | Barry Allen as Personal Representative of the Estate of Laetita "Letty" Allen | Eric Allen | Parent (Deceased) | $8,500,000 |
| 12 | Antonio Aversano | Louis F. Aversano Jr. | Child | $8,500,000 |
| 13 | Doris Aversano | Louis F. Aversano Jr. | Spouse | $12,500,000 |
| 14 | Rosemary Aversano | Louis F. Aversano Jr. | Child | $8,500,000 |
| 15 | Lisa R. Procaccio | Louis F. Aversano Jr. | Child | $8,500,000 |
| 16 | Elizabeth a/k/a Betty Bennett | Eric L. Bennett | Parent | $8,500,000 |
| 17 | Kimberly Ann Bennett | Eric L. Bennett | Sibling | $4,250,000 |
| 18 | Terry Bennett | Eric L. Bennett | Parent | $8,500,000 |
| 19 | Kathryn B. Agugliaro | Frank J. Bonomo | Parent | $8,500,000 |
| 20 | Joseph Anthony Bonomo | Frank J. Bonomo | Child | $8,500,000 |
| 21 | Juliana Rose Bonomo | Frank J. Bonomo | Child | $8,500,000 |
| 22 | Margarite Bonomo | Frank J. Bonomo | Spouse | $12,500,000 |
| 23 | Lenore B. Williams | Frank J. Bonomo | Sibling | $4,250,000 |
| 24 | Anna M. Bright as Personal Representative of the Estate of William Bright | Gary L. Bright | Parent (Deceased) | $8,500,000 |
| 25 | Andrea Caballero | Daniel M. Caballero | Sibling | $4,250,000 |
| 26 | Tereza Antonios | Roko Camaj | Child | $8,500,000 |
| 27 | Angelina Camaj | Roko Camaj | Child | $8,500,000 |
| 28 | Darrick Carlone | David G. Carlone | Child | $8,500,000 |
| 29 | Nicholas A. Carlone | David G. Carlone | Child | $8,500,000 |
| 30 | Ana L. Centeno | Ana M. Centeno | Sibling | $4,250,000 |
| 31 | Jesus Centeno | Ana M. Centeno | Sibling | $4,250,000 |
| 32 | Harry Massa | Ana M. Centeno | Sibling | $4,250,000 |
| 33 | Havier Massa | Ana M. Centeno | Sibling | $4,250,000 |
| 34 | Margarita Perez | Ana M. Centeno | Sibling | $4,250,000 |
| 35 | Angeles Rivera | Ana M. Centeno | Sibling | $4,250,000 |

## EX. A to *Abel* Motion for Judgment on Damages

*(Alphabetically by Last Name of 9/11 Decedent)*

| | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 36 | Antonia Torres Ayala | Ana M. Centeno | Parent | $8,500,000 |
| 37 | Maria Zayas | Ana M. Centeno | Sibling | $4,250,000 |
| 38 | Darien P. Cherry | Vernon P. Cherry | Child | $8,500,000 |
| 39 | Joanne Cherry | Vernon P. Cherry | Spouse | $12,500,000 |
| 40 | Anthony Clark | Benjamin K. Clark | Sibling | $4,250,000 |
| 41 | Courtland Jerome Clark | Benjamin K. Clark | Sibling | $4,250,000 |
| 42 | Elsie Clark | Benjamin K. Clark | Parent | $8,500,000 |
| 43 | Randy Clark | Benjamin K. Clark | Sibling | $4,250,000 |
| 44 | Sean Clark | Benjamin K. Clark | Child | $8,500,000 |
| 45 | Sharon McAvinue | Donna Clarke | Sibling | $4,250,000 |
| 46 | Cathleen Mary Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 47 | Christopher James Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 48 | Michael G. Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 49 | Patricia Mary Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 50 | Thomas J. Cleary | Kevin F. Cleary | Sibling | $4,250,000 |
| 51 | Maureen Cleary Colligan | Kevin F. Cleary | Sibling | $4,250,000 |
| 52 | | | | |
| 53 | | | | |
| 54 | Stanley Alexander | Brenda E. Conway | Sibling | $4,250,000 |
| 55 | Robert Anthony DeRubbio | David P. DeRubbio | Sibling | $4,250,000 |
| 56 | Sandra Ahern as Personal Representative of the Estate of Christopher Diaz | Matthew Diaz | Sibling (Deceased) | $4,250,000 |
| 57 | Christopher J. Diaz | Matthew Diaz | Child | $8,500,000 |
| 58 | Michael C. Diaz | Matthew Diaz | Sibling | $4,250,000 |
| 59 | Christopher J. Diaz as Personal Representative of the Estate of Michael Diaz | Matthew Diaz | Child (Deceased) | $8,500,000 |
| 60 | Florence Kneff as Personal Representative of the Estate of Karen Diaz | Matthew Diaz | Spouse (Deceased) | $12,500,000 |
| 61 | James E. DiCharo as Personal Representative of the Estate of Joseph L. DiChiaro | Patricia F. DiChiaro | Spouse (Deceased) | $12,500,000 |
| 62 | James E. DiChiaro | Patricia F. DiChiaro | Child | $8,500,000 |
| 63 | Thomas L. DiChiaro | Patricia F. DiChiaro | Child | $8,500,000 |
| | **Total** | | | **$415,000,000** |