# Morgan Lewis

**Kelly A. Moore**
Partner
+1.212.309.6612
kelly.moore@morganlewis.com

August 6, 2020

**VIA ECF**

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   <u>In re Terrorist Attacks on September 11, 2001</u>, No. 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    We represent non-party witness Akram Alzamari and write to request that the Court approve filing dates for (1) Mr. Alzamari's response to the sealed filing made by the Plaintiffs' Executive Committees ("Plaintiffs") on August 3, 2020, ECF No. 6352, which relates to the sealed Opinion and Order issued by the Court on July 20, 2020, ECF No. 6322; and (2) Plaintiffs' reply to the same. We request permission to file Mr. Alzamari's response on or before August 31, 2020, and Plaintiffs request permission to file a reply on or before September 16, 2020. Plaintiffs have consented to both proposed filing dates.

    We thank Your Honor in advance for the Court's attention to this matter.

    Respectfully submitted,

    /s/ Kelly A. Moore

    Kelly A. Moore