UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Thomas Burnett, Sr., et al. |
| Plaintiffs, |
| v. |
| The Islamic Republic of Iran, et al. |
| Defendant. |

**CLERK'S CERTIFICATE OF MAILING**

Case No(s): 03-MDL-1570 (GBD) (SN)
15-cv-9903 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 7th day of August, 2020, I served defendant,

Central Bank of the Islamic Republic or Iran
Abdolnaser Hemmati, Governor
Mirdamad Blvd., No.198
Tehran
Islamic Republic of Iran

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B)

One (1) copy of the Notice of Default, Order of Partial Final Judgment for damages, dated February 18, 2020(ECF No 5960), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and Translator's Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above documents, by USPS Registered Mail tracking # RH002348779US

Dated: New York, New York
August 7, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/Shanee Mcleod
Deputy Clerk



**Registered No.** RH002348779US

Postage $ $25.50

Extra Services & Fees
- ☐ Registered Mail $ $16.00
- ☐ Return Receipt (hardcopy) $ $4.15
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Restricted Delivery $ $0.00

Extra Services & Fees (continued)
- ☐ Signature Confirmation $
- ☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ $45.65

Customer Must Declare Full Value $ $0.00

Received by 08/07/2020

Date Stamp 00047

FROM: John Eubanks, Motley Rice LLC, 28 Bridgeside Blvd., Mt Pleasant, SC 29464

TO: Abdolnaser Hemmati, Central Bank of the Islamic Republic of Iran, Mirdamad Blvd, No. 198, Tehran, Iran

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®
Copy 1 - Customer (See Information on Reverse)

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).