UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas Burnett, Sr., et al.

        Plaintiffs,

v.

The Islamic Republic of Iran, et al.

        Defendant.

**CLERK'S CERTIFICATE OF MAILING**

Case No(s): 03-MDL-1570 (GBD) (SN)
15-cv-9903 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 7th day of August 2020, I served defendant,

Central Bank of the Islamic Republic or Iran
Abdolnaser Hemmati, Governor
Mirdamad Blvd., No.198
Tehran
Islamic Republic of Iran

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B)

One (1) copy of the Notice of Default, Order of Partial Final Judgment for damages, dated 2/18/2020 (ECF No 5979), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and Translator's Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above documents, by USPS Registered Mail tracking # RH29589301US

Dated: New York, New York
       August 7, 2020

                                    RUBY J. KRAJICK
                                    CLERK OF COURT

                                    /s/Shanee Mcleod
                                    Deputy Clerk



Registered Mail Receipt

TO:
MIRDAMAD BLVD, No. 198, TEHRAN, IRAN
REPUBLIC OF IRAN
CENTRAL BANK OF THE ISLAMIC
ABDOLNASER HEMMATI

FROM:
John C. Eubanks
Motley Rice LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 29464

Registered No. RE295893301US
Postage $7.05
Registered Mail $16.00
Return Receipt (hardcopy) $4.15
Return Receipt (electronic) $0.00
Restricted Delivery $0.00
Total Postage & Fees $27.20
Received by 08/07/2020
Full Value $0.00