UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas Burnett, Sr., et al.

        Plaintiffs,

v.

The Islamic Republic of Iran, et al.

        Defendant.

**CLERK'S CERTIFICATE OF MAILING**

Case No(s): 03-MDL-1570 (GBD) (SN)
15-cv-9903 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 7th day of August, 2020, I served defendant,

Central Bank of the Islamic Republic or Iran
Abdolnaser Hemmati, Governor
Mirdamad Blvd., No.198
Tehran
Islamic Republic of Iran

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B)

One (1) copy of the Notice of Default, Order of Partial Final Judgment for damages, dated 12/13/2019 (ECF No 5356), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and Translator's Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above documents, by USPS Registered Mail tracking # RH002348765US

Dated: New York, New York
       August 7, 2020

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      /s/Shanee Mcleod
                                      Deputy Clerk

| Registered No. RH002348765US | | Date Stamp 0004 7 |
|---|---|---|
| Postage $ $25.50 | Extra Services & Fees (continued) | |
| Extra Services & Fees<br>☐ Registered Mail $16.00<br>☐ Return Receipt (hardcopy) $ $4.15<br>☐ Return Receipt (electronic) $ $0.00<br>☐ Restricted Delivery $ $0.00 | ☐ Signature Confirmation $<br>☐ Signature Confirmation Restricted Delivery $ | AUG |
| | Total Postage & Fees $ $45.65 | |
| Customer Must Declare Full Value $0.00 $ | Received by 08/07/2020 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: John Eubanks
Motley Rice LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 29464

TO: ABDOLNASER HEMMATI
CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN
MIRDAMAD BLVD, NO. 198, TEHRAN, IRAN

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)