UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Thomas Burnett, Sr., et al.<br><br>Plaintiffs,<br><br>v.<br><br>The Islamic Republic of Iran, et al.<br><br>Defendant. | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No(s): 03-MDL-1570 (GBD) (SN)<br>15-cv-9903 (GBD) (SN) |

I hereby certify under the penalties of perjury that on the 7th day of August 2020, I served defendant,

Central Bank of the Islamic Republic or Iran
Abdolnaser Hemmati, Governor
Mirdamad Blvd., No.198
Tehran
Islamic Republic of Iran

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B)

One (1) copy of the Notice of Default, Order of Partial Final Judgment for damages, dated February 7, 2020(ECF No 5888), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and Translator's Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above documents, by USPS Registered Mail tracking # RH002349519US

Dated: New York, New York
August 7, 2020

                                                RUBY J. KRAJICK
                                                CLERK OF COURT

                                                /s/Shanee Mcleod
                                                Deputy Clerk

| Registered No. RH002349519US | | Date Stamp 0004 |
|---|---|---|
| Postage $ $25.50 | Extra Services & Fees (continued) | |
| Extra Services & Fees<br>☐ Registered Mail $ $16.00<br>☐ Return Receipt (hardcopy) $ $4.15<br>☐ Return Receipt (electronic) $ $0.00<br>☐ Restricted Delivery $ $0.00 | ☐ Signature Confirmation $<br>☐ Signature Confirmation Restricted Delivery $<br>Total Postage & Fees $ $45.65 | |
| Customer Must Declare Full Value $0.00 | Received by 08/07/2020 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM:
John Eubanks
Motley Rice LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 79464

TO:
ABDOLNASER HEMMATI
CENTRAL BANK OF THE ISLAMIC
REPUBLIC OF IRAN
MIRDAMAD BLVD N, 198, TEHRAN, IRAN

PS Form 3806, Registered Mail Receipt                Copy 2 - Post Office
April 2015, PSN 7530-02-000-9051
5888