UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas Burnett, Sr., et al.

        Plaintiffs,

v.

The Islamic Republic of Iran, et al.

        Defendant.

**CLERK'S CERTIFICATE OF MAILING**

Case No(s): 03-MDL-1570 (GBD) (SN)
15-cv-9903 (GBD) (SN)

    I hereby certify under the penalties of perjury that on the 7th day of August 2020, I served defendant,

Central Bank of the Islamic Republic or Iran
Abdolnaser Hemmati, Governor
Mirdamad Blvd., No.198
Tehran
Islamic Republic of Iran

    ☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B)

    One (1) copy of the Notice of Default, Order of Partial Final Judgment for damages, dated February 7, 2020(ECF No 5879), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and Translator's Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above documents, by USPS Registered Mail tracking # RH002348725US

Dated: New York, New York
       July 23, 2020

                                            RUBY J. KRAJICK
                                            CLERK OF COURT

                                            /s/Shanee Mcleod
                                            Deputy Clerk

| Registered No. RH002348725US | | Date Stamp |
|---|---|---|
| Postage $ $25.50 | Extra Services & Fees (continued) ☐ Signature Confirmation $ ☐ Signature Confirmation Restricted Delivery $ | 0004 7 |
| Extra Services & Fees ☐ Registered Mail $16.00 ☐ Return Receipt (hardcopy) $ 4.15 ☐ Return Receipt (electronic) $ 0.00 ☐ Restricted Delivery $ 0.00 | | |
| | Total Postage & Fees $ 45.65 | |
| Customer Must Declare Full Value $ 0.00 | Received by 08/07/2020 | Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse). |

*To Be Completed By Post Office*

OFFICIAL USE

**FROM:** John Eubanks
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

**TO:** ABDOLNASER HEMMATI
CENTRAL BANK OF THE ISLAMIC
REPUBLIC OF IRAN
MIRDAMAD BLVD, No. 198, TEHRAN, IRAN

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®
Copy 1 - Customer
(See Information on Reverse)