**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army*, et al., 02-CV-6977 (GBD)(SN)

## MOTION TO VACATE FINAL JUDGMENT FOR COMPENSATORY AND PUNITIVE DAMAGES AS TO THE ESTATE OF BEVERLY CURRY ONLY

For the reasons set forth in the declaration of James P. Kreindler, attached hereto, the

*Ashton* plaintiffs, by and through counsel, Kreindler & Kreindler LLP, respectfully move this

Court to vacate its February 12, 2020 Order of Judgment for compensatory and punitive damages

as to the Estate of Beverly Curry Only (MDL ECF No. 5926; 02-cv-6977 ECF No. 1262, at 5,

line 97), while leaving all other judgments appearing in that Order intact and undisturbed.

Dated: August 10, 2020
      New York, NY

/s/ James P. Kreindler
James P Kreindler, Esq (7084)
KREINDLER & KREINDLER LLP
750 Third Ave, 32nd Fl
New York, NY 10017
(212) 973 – 8181
Counsel for *Ashton* Plaintiffs