

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)(SN)

### [PROPOSED] FINAL JUDGMENT ON BEHALF OF THE ESTATE OF BEVERLY CURRY ONLY

Upon consideration of the *Ashton* Plaintiffs' motion to vacate and grant a corrected final judgment for compensatory and punitive damages as to the Estate of Beverly Curry Only, it is hereby;

**ORDERED** that the February 12, 2020 Order of Judgment for compensatory and punitive damages as to the Estate of Beverly Curry Only (MDL ECF No. 5926 (02-cv-6977 ECF No. 1262) at 5, line 97) is VACATED and that the February 12, 2020 Order of Judgment (MDL ECF No. 5926 (02-cv-6977 ECF No. 1262)) is otherwise intact and undisturbed.

Dated: New York, New York
_____, 2020

AUG 1 3 2020

SO ORDERED:

George B Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE