**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
*IN RE* **TERRORIST ATTACKS**                :
**ON SEPTEMBER 11, 2001**                    :        **03 MDL 1570 (GBD)(SN)**
                                             :
                                             :
------------------------------------------------------------------x
**This Document Relates to:**
**Havlish, et al. v. bin Laden, et al.**
**1:03-cv-9848 (GBD)(SN)**

**PLAINTIFFS' MOTION TO SERVE WRITS OF EXECUTION**
**BY PRIVATE PROCESS SERVER**

# EXHIBIT B

JUDGE McMAHON
Case 1:12-mc-00457-CBB-SM Document 6410-2 Filed 08/27/20 Page 2 of 2
Case 1:12-mc-00457-CBB-SM Document 1 Filed 03/13/20 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

20 MC 0153

IN RE: CORONAVIRUS/COVID-19
PANDEMIC

This Matter Relates: Service of Process In
Pro Se Matters

STANDING ORDER
M10-468

*U.S. DISTRICT COURT FILED MAR 1 3 2020 S.D. OF N.Y.*

In light of current efforts to slow the transmission of the 2019 Novel Coronavirus and the resulting disease, called COVID-19, it is hereby ORDERED:

Any requirement that the Unites States Marshals Service effect personal service of process under Federal Rule of Civil Procedure 4(c)(3) or 28 U.S.C. § 1915(d) is suspended until further notice. This order does not apply to service by mail under N.Y. C.P.L.R. § 312-a, waivers of service under Federal Rule of Civil Procedure 4(d), or service by electronic means. In any case in which the U.S. Marshals Service has been ordered to serve process, the time for service under Federal Rule of Civil Procedure 4(m) will be tolled until this stay is lifted.

This standing order supersedes any orders of service issued in individual cases.

SO ORDERED.

Dated: March 13, 2020
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge