**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Docket No.: 1:03-md-1570-GBD-SN <br><br> **<u>NOTICE OF CHANGE OF ADDRESS</u>** |

PLEASE TAKE NOTICE that effective September 1, 2020, the law firm of Cahill

Gordon & Reindel LLP will be relocating to 32 Old Slip, New York, New York 10005.  All facsimile,

telephone numbers, and email addresses will remain the same.

CAHILL GORDON & REINDEL LLP

By:   /s/ Thorn Rosenthal

Thorn Rosenthal
Sara Ortiz
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
trosenthal@cahill.com
sortiz@cahill.com

*Attorneys for Plaintiffs Swiss Reinsurance America*
*Corporation, Swiss Re International S.E., Westport*
*Insurance Corporation, Swiss Re Europe S.A. and*
*Swiss Reinsurance Company Ltd.*