Case 1:03-md-01570-GBD-SN   Document 6420   Filed 09/0...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/02/20

# MDL 1570 PLAINTIFFS' EXECUTIVE COMM...
In re: Terrorist Attacks on September 11, 2001 (S.D.N...

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

August 31, 2020

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    The Plaintiffs' Executive Committees ("PECs"), without objection by the Republic of the Sudan, write to respectfully request the Court's approval of a three-day extension of the September 1, 2020 deadline for filings the Court authorized at ECF No. 6401. Plaintiffs' counsel need the additional time to address last-minute client inquiries concerning the proposed filings.

Respectfully submitted,

| COZEN O'CONNOR | MOTLEY RICE LLC |
|---|---|
| By: /s/ Sean P. Carter<br>SEAN P. CARTER<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Tel.: (215) 665-2105<br>Email: scarter@cozen.com<br>For the Plaintiffs' Exec. Committees | By: /s/ Jodi Westbrook Flowers<br>JODI WESTBROOK FLOWERS<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>Tel.: (843) 216-9163<br>Email: jflowers@motleyrice.com<br>For the Plaintiffs' Exec. Committees |

The Honorable Sarah Netburn
August 31, 2020
Page 2

KREINDLER & KREINDLER LLP

By: /s/ James P. Kreindler

Plaintiffs' request for a three-day extension of the September 1, 2020 deadline for filings authorized by the Court at ECF No. 6401 is granted.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

September 2, 2020
New York, New York

All Counsel of Record via ECF