Case 1:03-md-01570-GBD-SN   Document 6421   Filed 09/02

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/02/20

# MDL 1570 PLAINTIFFS' EXECUTIVE COMM
In re: Terrorist Attacks on September 11, 2001 (S.D.N

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

August 27, 2020

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees ("PECs"), on behalf of all Plaintiffs, write to request a two-week extension of the deadline to provide defendants World Assembly of Muslim Youth-Saudi Arabia and World Assembly of Muslim Youth-International (collectively "WAMY") with Plaintiffs' supplemental responses to WAMY's interrogatories concerning the 131 individuals identified in Plaintiffs' Amended Witness Disclosure at ECF No. 3925 and "their knowledge of WAMY's alleged material support to al-Qaeda or for the September 11 Attacks," as directed in the Court's Order at ECF No. 6345. Due to conflicting schedules and family vacations for members of the PECs, and the inherent difficulties associated with coordinating a joint submission on behalf of numerous Plaintiffs with separate counsel, Plaintiffs respectfully ask to extend the deadline from August 28, 2020 to September 11, 2020.

Plaintiffs have conferred with counsel for WAMY-Saudi Arabia and WAMY-International and Mr. Mohammedi has indicated that the WAMY defendants consent to the requested extension.

Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Hon. Sarah Netburn
August 27, 2020
Page 2

_____

Respectfully submitted,

COZEN O'CONNOR

*[signature]*

Plaintiffs' request for a two-week extension of the deadline to provide WAMY with Plaintiffs' supplemental responses pursuant to the Court's order at ECF No. 6345 is GRANTED.

**SO ORDERED.**

September 2, 2020
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge