UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.* 02-7236 (GBD)(SN)
*Parker, et al. v. Islamic Republic of Iran*, 18-cv-11416 (GBD)(SN)

**AFFIDAVIT OF SERVICE**

State of New York  :
                   : ss.
County of New York :

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Dorothea M. Capone, Esq., an attorney at law duly admitted before the Courts of the State of New York, being duly sworn, hereby deposes and says that:

1. Plaintiffs' various Orders of Final Judgment for Economic Damages[1], Order of Final Judgment for Conscious Pain and Suffering Damages for *Parker* Plaintiffs (ECF No. 5450), Memorandum Decision and Order (ECF No. 5947) for Solatium Damages for certain *Bauer/Ashton* Plaintiffs, Notices of Default Judgment, and translations of each, filed in the above-captioned matters were served upon defendant the Islamic Republic of Iran.

---

[1] Orders issued for economic damages include *Bauer III* Order of Final Judgment (ECF No. 5771), *Bauer IV* Order of Final Judgment (ECF No. 5772), *Bauer V* Order of Final Judgment (ECF No. 5772), *Bauer VI* Order of Final Judgment (ECF No. 5775), *Bauer VII* Order of Final Judgment (ECF No. 5776), *Bauer VIII* Order of Final Judgment (ECF No. 5779), *Bauer IX* Order of Final Judgment (ECF No. 5780), and *Bauer X Order* of Final Judgment (ECF No. 5781).

2.      That on February 18, 2020, at my request, the Clerk of Court transmitted to the United States Department of State, pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, et seq. <u>See</u> Clerk Certificate of Mailings, ECF No. 5961 and 5972.

3.      That service was effectuated upon the Iranian Ministry of Foreign Affairs as transmitted by the Foreign Interests Section of the Embassy of Switzerland in Tehran on July 12 and 14, 2020, in accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, et seq. True and correct copies of the Return of Service and supporting U.S. Department of State documents are attached hereto as Exhibit A.

4.      That receipt of transmittal by the United States Department of State was acknowledged by the Clerk of the Court on August 28, 2020 as noted on the docket.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

Dated: September 3, 2020

_____
Dorothea M. Capone, Esq.

Sworn to before me this
3rd day of September, 2020.

_____
Notary Public

CAROLYN MARTINEZ
Notary Public, State of New York
No. 01MA6084613
Qualified in New York County
Commission Expires: December 9, 2022

2