# EXHIBIT A



**United States Department of State**

*Washington, D.C.   20520*

August 20, 2020

Ruby J. Krajick
Clerk of Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      **Re: In re Terrorist Attacks on September 11, 2001, 1:03-md-01570(BGD)(SN):
Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case
Parker, et al. v. Islamic Republic of Iran, 1:18-cv-11416 (GBD)(SN); Bauer, et al. v. al
Qaeda, et al., 02-cv-7236 (GBD)(SN)**

Dear Ms. Krajick:

      I am writing regarding the Court's request for transmittal of an Order of Final Judgment
(Docket # 5450, January 07, 2020), Order of Final Judgment (Docket # 5771, January 30, 2020),
Order of Final Judgment (Docket # 5772, January 30, 2020), Order of Final Judgment (Docket #
5773, January 30, 2020), Order of Final Judgment (Docket # 5775, January 30, 2020), Order of
Final Judgment (Docket # 5776, January 30, 2020), Order of Final Judgment (Docket # 5779,
January 30, 2020), Order of Final Judgment (Docket # 5780, January 30, 2020), Order of Final
Judgment (Docket # 5781, January 30, 2020), and Notice of Default Judgment to the Islamic
Republic of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendant in the above
referenced lawsuit.

      Because the United States does not maintain diplomatic relations with the Government of
Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of
Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs.
The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of
diplomatic note No. 1120-IE, dated July 12, 2020 and delivered on July 14, 2020.  A certified
copy of the diplomatic note is enclosed.

      Sincerely,

Michael McPherson
Paralegal Specialist
Overseas Citizens Services
Office of Legal Affairs

Cc:    Dorothea M. Capone
        Baumeister & Samuels, P.C.
        140 Broadway, 46th floor
        New York, NY 10005



U.S. Embassy
BERN, SWITZERLAND
https://ch.usembassy.gov
Customer: ASHTON BAUER PARKER
V. ISLAMIC REP OF IRAN
Date: 6/12/2020 1:48:57 PM
Register: ACS Cash
Transaction: 15037622
Tender: U.S. Dollars
Exchange Rate: 1.00USD = 1.000LC

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS | | | | CHF 2'275.00 |
| ROGATORY/FSIA FEE | | | | |



| | | |
|---|---|---|
| **Balance** | | $2,275.00 |
| **Amount Paid** | | $2,275.00 |
| **Change** | | $0.00 |

STATE DEPARTMENT COPY
**ALL TRANSACTIONS ARE**
**FINAL - NO REFUNDS**

Sensitive But Unclassified (SBU)

47232

|||||||||||||||||||||||



## SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland )
n, Canton of Bern ) SS:
bassy of the United States of America )

Hayward M. Alto, a consular officer at the Embassy of the United States at Bern, Switzerland,
rtify that this is a true copy of Embassy note number 27202 dated June 12, 2020, which was
ansmitted to the Swiss Ministry of Foreign Affairs on June 17, 2020 for further transmission to
e American Interests Section of the Swiss Embassy in Tehran, Iran.



_____
(Signature of Consular Officer)

_____Hayward M. ALTO_____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

July 24, 2020
(Date)



*Embassy of the United States of America*

June 12, 2020

CONS NO.   27202

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of default judgment under the Foreign Sovereign
Immunities Act (FSIA) – In re Terrorist Attacks on September 11, 2001, 1:03-md-
01570(BGD)(SN): Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and
member case Parker, et al. v. Islamic Republic of Iran, 1:18-cv-11416 (GBD)(SN); Bauer, et al.
v. al Qaeda, et al., 02-cv-7236 (GBD)(SN)

REF:   ----

The Department of State has requested the delivery of the enclosed Order of Final Judgment
(Docket # 5450, January 07, 2020), Order of Final Judgment (Docket # 5771, January 30, 2020),
Order of Final Judgment (Docket # 5772, January 30, 2020), Order of Final Judgment (Docket #
5773, January 30, 2020), Order of Final Judgment (Docket # 5775, January 30, 2020), Order of
Final Judgment (Docket # 5776, January 30, 2020), Order of Final Judgment (Docket # 5779,
January 30, 2020), Order of Final Judgment (Docket # 5780, January 30, 2020), Order of Final
Judgment (Docket # 5781, January 30, 2020), and Notice of Default Judgment to the Ministry of
Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities
Act in the matter of In re Terrorist Attacks on September 11, 2001, 1:03-md-01570(BGD)(SN):
Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case
Parker, et al. v. Islamic Republic of Iran, 1:18-cv-11416 (GBD)(SN); Bauer, et al. v. al Qaeda, et
al., 02-cv-7236 (GBD)(SN).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the
documents to the American Interests Section of the Swiss Embassy in Tehran. There is one
defendant to be served in this case: the Islamic Republic of Iran. The American Interests Section
should transmit the Order of Final Judgment (Docket # 5450, January 07, 2020), Order of Final
Judgment (Docket # 5771, January 30, 2020), Order of Final Judgment (Docket # 5772, January
30, 2020), Order of Final Judgment (Docket # 5773, January 30, 2020), Order of Final Judgment
(Docket # 5775, January 30, 2020), Order of Final Judgment (Docket # 5776, January 30, 2020),
Order of Final Judgment (Docket # 5779, January 30, 2020), Order of Final Judgment (Docket #
5780, January 30, 2020), Order of Final Judgment (Docket # 5781, January 30, 2020), and
Notice of Default Judgment to the Iranian Ministry of Foreign Affairs under cover of one

diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed is one appropriate part of a message the Embassy received from the Department of State as well two sets of documents for the Islamic Republic of Iran.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit In re Terrorist Attacks on September 11, 2001, 1:03-md-01570(BGD)(SN): Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case Parker, et al. v. Islamic Republic of Iran, 1:18-cv-11416 (GBD)(SN); Bauer, et al. v. al Qaeda, et al., 02-cv-7236 (GBD)(SN), in the U.S. District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits an Order of Final Judgment (Docket # 5450, January 07, 2020), Order of Final Judgment (Docket # 5771, January 30, 2020), Order of Final Judgment (Docket # 5772, January 30, 2020), Order of Final Judgment (Docket # 5773, January 30, 2020), Order of Final Judgment (Docket # 5775, January 30, 2020), Order of Final Judgment (Docket # 5776, January 30, 2020), Order of Final Judgment (Docket # 5779, January 30, 2020), Order of Final Judgment (Docket # 5780, January 30, 2020), and Order of Final Judgment (Docket # 5781, January 30, 2020) herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the documents listed above, the Foreign Interests Section is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Order of Final Judgment (Docket # 5450, January 07, 2020), Order of Final Judgment (Docket # 5771, January 30, 2020), Order of Final Judgment (Docket # 5772, January 30, 2020), Order of Final Judgment (Docket # 5773, January 30, 2020), Order of Final Judgment (Docket # 5775, January 30, 2020), Order of Final Judgment (Docket # 5776, January 30, 2020), Order of Final Judgment (Docket # 5779, January 30, 2020), Order of Final Judgment (Docket # 5780, January 30, 2020), Order of Final Judgment (Docket # 5781, January 30, 2020), and Notice of Default Judgment
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN**



## SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland        )
n, Canton of Bern                 ) SS:
bassy of the United States of America  )


ertify that the annexed document bears the genuine seal of the Swiss Federal Department of
reign Affairs.

ertify under penalty of perjury under the laws of the United States that the foregoing is true
d correct.



_____
(Signature of Consular Officer)


_____
Hayward M. ALTO
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


July 24, 2020
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

29788

**Federal Department of Foreign Affairs FDFA**

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 27202 dated June 12, 2020 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:

Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD) (SN) and member case Parker, et al. v. Islamic Republic of Iran, 1:18-cv-11416 (GBD) (SN); Bauer, et al. v. al Qaeda, et al., 02-cv-7236 (GBD) (SN)

- Note No.1120-IE addressed to the Government of the Islamic Republic of Iran

dated July 12, 2020 and proof of service, dated July 14, 2020 as well as the certification by the Swiss Federal Chancellery dated July 21, 2020.

The section has received the above mentioned documents on June 28, 2020. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on July 14, 2020. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Bern, July 21, 2020

*Enclosure(s) mentioned*

To the
Embassy of the
United States of America

Bern

## SPECIFIC AUTHENTICATION CERTIFICATE



deration of Switzerland          )
Canton of Bern                   ) SS:
sy of the United States of America )

fy that the annexed document is executed by the genuine signature and seal of the
ing named official who, in an official capacity, is empowered by the laws of Switzerland
cute that document.

fy under penalty of perjury under the laws of the United States that the foregoing is true
prrect.

_____Maya FONTAINE_____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____Hayward M. ALTO_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


July 24, 2020
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No.1120-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit In re Terrorist Attacks on September 11, 2001, 1:03-md-01570(BGD)(SN): Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case Parker, et al. v. Islamic Republic of Iran, 1:18-cv-11416 (GBD)(SN); Bauer, et al, v. al Qaeda, et. al., 02-cv-7236 (GBD)(SN), in the U.S. District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits an Order of Final Judgement (Docket # 5450, January 07, 2020), Order of Final Judgement (Docket # 5771, January 30, 2020), Order of Final Judgement (Docket # 5772, January 30, 2020), Order of Final Judgement (Docket # 5773, January 30, 2020), Order of Final Judgement (Docket # 5775, January 30, 2020), Order of Final Judgement (Docket # 5776, January 30, 2020), Order of Final Judgement (Docket # 5779, January 30, 2020), Order of Final Judgement (Docket # 5780, January 30, 2020), and Order of Final Judgement (Docket # 5781, January 30, 2020) herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the documents listed above, the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, July 12, 2020

Attachments:
1. Order of Final Judgement (Docket # 5450, January 07, 2020), Order of Final Judgement (Docket # 5771, January 30, 2020), Order of Final Judgement (Docket # 5772, January 30, 2020), Order of Final Judgement (Docket # 5773, January 30, 2020), Order of Final Judgement (Docket # 5775, January 30, 2020), Order of Final Judgement (Docket # 5776, January 30, 2020), Order of Final Judgement (Docket # 5779, January 30, 2020), Order of Final Judgement (Docket # 5780, January 30, 2020), Order of Final Judgement (Docket # 5781, January 30, 2020), and Notice of Default Judgment

2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Patricia Weber Singh, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1120-IE, dated July 12, 2020. The delivery of this note and its enclosures was attempted on July 14, 2020 but the Iranian Ministry of Foreign Affairs refused its acceptance.

P. Weber Singh

Patricia Weber Singh
Head of the Foreign Interests Section

Tehran, July 14, 2020



---

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by     P. Weber Singh

3. acting in the capacity of officer

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

Certified

5. at Berne                6.     the 21 July 2020

7. by Maya Fontaine
   functionary of the Swiss federal Chancellery

8. No ........ 013838

9. Seal/stamp:                    10.   Signature:

   Swiss federal Chancellery



<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس
قسمت حافظ منافع خارجی

شماره IE - 1120

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوی حقوقی تحت عنوان اشتون و سایرین علیه ارتش اسلامی القاعده و سایرین، تحت پرونده شماره 02-CV-6977 (GBD)(SN) و پرونده های عضو، پارکر و سایرین علیه جمهوری اسلامی ایران، تحت پرونده شماره 11416-cv-18:1 (GBD)(SN)؛ بائر و سایرین علیه القاعده و سایرین، تحت پرونده شماره 02-cv-7236 (GBD)(SN) مربوط به حملات تروریستی یازدهم سپتامبر سال 2001، پرونده شماره 03-md-01570(BGD)(SN):1 که در دادگاه منطقه ای ایالات متحده، ناحیه جنوبی نیویورک مفتوح جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده، ناحیه جنوبی نیویورک، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5450، 7 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5571، 30 ژانویه 2020) دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5572، 30 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5573، 30 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5575، 30 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5576، 30 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5579، 30 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5580، 30 ژانویه 2020) و دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5581، 30 ژانویه 2020) را ایفاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (الف)(4) و (e) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

سفارت علاوه بر مدارک نامبرده، یک فقره اطلاعیه حکم غیابی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را به پیوست ایفاد می دارد. لطفاً توجه داشته باشید که متعاقب مقررات فصل 28 بخش 1610 مجموعه قوانین ایالات متحده آمریکا، اقدامات اجرائی و حکم می توانند بعد از مدت زمان معقول از دادن اطلاع از حکم غیابی، آغاز گردد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاه صورت گیرد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا تا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ بیست و دوم تیر ماه 1399 (12 ژوئیه 2020)

پیوست: 1- دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5450، 7 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5571، 30 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5572، 30 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5573، 30 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5575، 30 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5576، 30 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5579، 30 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5580، 30 ژانویه 2020)، دستور صدور حکم نهایی (دفتر ثبت دعاوی شماره 5581، 30 ژانویه 2020) و اطلاعیه حکم غیابی
2- ترجمه ها

اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>



**United States Department of State**

*Washington, D.C.   20520*

August 20, 2020

Ruby J. Krajick
Clerk of Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      **Re: In re Terrorist Attacks on September 11, 2001, 1:03-md-01570(BGD)(SN):
Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member
case; Bauer, et al. v. al Qaeda, et al., 02-cv-7236 (GBD)(SN)**

Dear Ms. Krajick:

      I am writing regarding the Court's request for transmittal of a Memorandum Decision
and Order (Docket # 5947, February 14, 2020) and Notice of Default Judgment to the Islamic
Republic of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendant in the above
referenced lawsuit.

      Because the United States does not maintain diplomatic relations with the Government of
Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of
Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs.
The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of
diplomatic note No. 1123-IE, dated July 12, 2020 and delivered on July 14, 2020.  A certified
copy of the diplomatic note is enclosed.

            Sincerely,

            Michael McPherson
            Paralegal Specialist
           Overseas Citizens Services
             Office of Legal Affairs

Cc:    Dorothea M. Capone
        Baumeister & Samuels, P.C.
        140 Broadway, 46th floor
        New York, NY 10005



U.S. Embassy
BERN, SWITZERLAND
https://ch.usembassy.gov
Customer: ASHTON BAUER V.
ISLAMIC REP OF IRAN
Date: 6/12/2020 1:50:31 PM

Register: ACS Cash

Transaction: 15037626

Tender: U.S. Dollars

Exchange Rate: 1.00USD = 1.000LC

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS | | | | CHF 2'275.00 |
| ROGATORY/FSIA FEE | | | | |



**Balance**          $2,275.00
**Amount Paid**      $2,275.00
**Change**           $0.00

CUSTOMER COPY
**ALL TRANSACTIONS ARE
FINAL - NO REFUNDS**

Sensitive But Unclassified (SBU)

47236

SPECIFIC AUTHENTICATION CERTIFICATE

ederation of Switzerland                    )
, Canton of Bern                            ) SS:
assy of the United States of America  )


yward M. Alto, a consular officer at the Embassy of the United States at Bern, Switzerland,
y that this is a true copy of Embassy note number 27206 dated June 12, 2020, which was
mitted to the Swiss Ministry of Foreign Affairs on June 17, 2020 for further transmission to
merican Interests Section of the Swiss Embassy in Tehran, Iran.



_____
(Signature of Consular Officer)


_____Hayward M. ALTO_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


July 24, 2020
(Date)





*Embassy of the United States of America*

June 12, 2020

CONS NO.        27206

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of default judgment under the Foreign Sovereign
Immunities Act (FSIA) – In re Terrorist Attacks on September 11, 2001, 1:03-md-
01570(BGD)(SN): Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and
member case; Bauer, et al. v. al Qaeda, et al., 02-cv-7236 (GBD)(SN)

REF:     ----

The Department of State has requested the delivery of the enclosed Memorandum Decision and
Order (Docket # 5947, February 14, 2020) and Notice of Default Judgment to the Ministry of
Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities
Act in the matter of In re Terrorist Attacks on September 11, 2001, 1:03-md-01570(BGD)(SN):
Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case;
Bauer, et al. v. al Qaeda, et al., 02-cv-7236 (GBD)(SN).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the
documents to the American Interests Section of the Swiss Embassy in Tehran.  There is one
defendant to be served in this case: the Islamic Republic of Iran.  The American Interests Section
should transmit the Memorandum Decision and Order (Docket # 5947, February 14, 2020) and
Notice of Default Judgment to the Iranian Ministry of Foreign Affairs under cover of one
diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.  The
American Interests Section should execute certifications of the diplomatic notes, which will be
forwarded by the Department of State to the requesting court in the United States.

Enclosed is one appropriate part of a message the Embassy received from the Department of
State as well two sets of documents for the Islamic Republic of Iran.

The Embassy would appreciate being informed of the date the American Interests Section of the
Swiss Embassy in Tehran receives the documents as well as the date the Interests Section
forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

## BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN:

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit In re Terrorist Attacks on September 11, 2001, 1:03-md-01570(BGD)(SN): Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case; Bauer, et al. v. al Qaeda, et al., 02-cv-7236 (GBD)(SN), in the  U.S. District Court for the Southern District of New York.  The Islamic Republic of Iran is a defendant in this case.  The Foreign Interests Section transmits a Memorandum Decision and Order (Docket # 5947, February 14, 2020) herewith.  The U.S. District Court for the Southern District of New York has requested service of these documents.  This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Memorandum Decision and Order (Docket # 5947, February 14, 2020), the Foreign Interests Section is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States.  It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel.  The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Memorandum Decision and Order (Docket # 5947, February 14, 2020) and Notice of Default
2. Translations

## END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN



## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.



_____
(Signature of Consular Officer)

Hayward M. ALTO
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

July 24, 2020
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

29790

**Federal Department of Foreign Affairs FDFA**

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 27206 dated June 12, 2020 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:
Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD) (SN) and member case ; Bauer, et al.v.al Qaeda, et al., 02-cv-7236 (GBD) (SN)

- Note No.1123-IE addressed to the Government of the Islamic Republic of Iran

dated July 12, 2020 and proof of service, dated July 14, 2020 as well as the certification by the Swiss Federal Chancellery dated July 21, 2020.

The section has received the above mentioned documents on June 28, 2020. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on July 14, 2020. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Bern, July 21, 2020

*Enclosure(s) mentioned*



To the
Embassy of the
United States of America

Bern

SPECIFIC AUTHENTICATION CERTIFICATE

ederation of Switzerland ⟩
Canton of Bern ⟩ SS:
assy of the United States of America ⟩



tify that the annexed document is executed by the genuine signature and seal of the
wing named official who, in an official capacity, is empowered by the laws of Switzerland
ecute that document.

rtify under penalty of perjury under the laws of the United States that the foregoing is true
correct.

Maya FONTAINE
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

Hayward M. ALTO
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

July 24, 2020
(Date)

Schweizerische Eidgenossenschaft                                    Embassy of Switzerland in Iran
Confédération suisse                                                **Foreign Interests Section**
Confederazione Svizzera
Confederaziun svizra

No.1123-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit In re Terrorist Attacks on September 11, 2001, 1:03-md-01570(BGD)(SN): Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case; Bauer, et al, v., al Qaeda, et. al., 02-cv-7236 (GBD)(SN), in the U.S. District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a Memorandum Decision and Order (Docket # 5947, February 14, 2020), herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the a Memorandum Decision and Order (Docket # 5947, February 14, 2020), the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, July 12, 2020

Attachments:
1. Memorandum Decision and Order (Docket # 5947, February 14, 2020) and Notice of Default Judgment
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Patricia Weber Singh, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1123-IE, dated July 12, 2020. The delivery of this note and its enclosures was attempted on July 14, 2020 but the Iranian Ministry of Foreign Affairs refused its acceptance.



Patricia Weber Singh
Head of the Foreign Interests Section

Tehran, July 14, 2020

---

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    P . W e b e r  S i n g h

3. acting in the capacity of officer

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne                6.        the 2 1  J u l y  2 0 2 0

7. by M a y a  F o n t a i n e
   functionary of the Swiss federal Chancellery

   0 1 3 8 4 0

8. No .........................................

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره IE - 1123

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوی حقوقی تحت عنوان اشتون و سایرین علیه ارتش اسلامی القاعده و سایرین، تحت پرونده شماره (SN)(GBD) 6977-CV-02 و پرونده عضو؛ باتر  و  سایرین علیه القاعده و سایرین،  تحت پرونده شماره (SN)(GBD) 7236-cv-02 مربوط به حملات تروریستی یازدهم سپتامبر سال ۲۰۰۱، پرونده شماره (SN)(BGD)01570-md-1:03 که در دادگاه منطقه ای ایالات متحده، ناحیه جنوبی نیویورک مفتوح میباشد، جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده، ناحیه جنوبی نیویورک، یک فقره تصمیم حقوقی و دستور (دفتر ثبت دعاوی شماره ۵۹۴۷، ۱۴ فوریه ۲۰۲۰) را ایفاد می دارد. برابر مقررات فصل 28 بند (الف)(4) و (e) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

سفارت علاوه بر تصمیم حقوقی و دستور (دفتر ثبت دعاوی شماره ۵۹۴۷، ۱۴ فوریه ۲۰۲۰)، یک فقره اطلاعیه حکم غیابی که توسط شاکی دائر  بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را به پیوست ایفاد می دارد. لطفاً توجه داشته باشید که متعاقب مقررات فصل 28 بخش 1610 مجموعه قوانین ایالات متحده آمریکا، اقدامات اجرائی و حکم می توانند بعد از مدت زمان معقول از دادن اطلاع از حکم غیابی، آغاز گردد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاه صورت گیرد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ بیست و دوم تیر ماه ۱۳۹۹ (۱۲ ژوئنیه ۲۰۲۰)



پیوست: ۱- تصمیم حقوقی و دستور (دفتر ثبت دعاوی شماره ۵۹۴۷، ۱۴ فوریه ۲۰۲۰) و اطلاعیه حکم غیابی
۲- ترجمه ها

اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران