UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................................x

*In re Terrorist Attacks on September 11, 2001*     03 MDL 1570 (GBD) (SN)

...............................................................................x

## NOTICE OF LODGING OF CLASSIFIED SUBMISSION

Non-party the Federal Bureau of Investigation ("FBI") hereby provides notice that it has lodged with Classified Information Security Officer Daniel Hartenstine, Litigation Security Group, U.S. Department of Justice, for secure transmission to the Court, the Classified *In Camera*, *Ex Parte* Declaration of Michael H. Glasheen, Acting Deputy Assistant Director, Operations Branch, Counterterrorism Division, FBI, dated September 4, 2020, with attachment. This submission is classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), is provided for the Court's review *in camera* and *ex parte*, and cannot be disclosed without proper authorization.

Dated:     September 4, 2020
           New York, New York

                              AUDREY STRAUSS
                              Acting United States Attorney for the
                              Southern District of New York

                       By:    */s/ Jeannette A. Vargas*
                              SARAH S. NORMAND
                              JEANNETTE A. VARGAS
                              ANDREW E. KRAUSE
                              Assistant United States Attorneys
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Telephone: (212) 637-2709/2678/2769