## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(FM) <br><br> ECF Case |

This document relates to:

*Thomas Burnett, Sr. et al., v. Al Baraka Investment and Development Corp., et al,* No. 03-cv-9849

### [PROPOSED] ORDER

The suit and claims of Plaintiffs Lorie Van Auken, individually and as personal representative for the Estate of Kenneth Van Auken, Matthew Van Auken, Sarah Van Auken, Mindy Kleinberg, individually and as personal representative for the Estate of Alan Kleinberg, Jacob Kleinberg, Lauren Kleinberg, and Sam Kleinberg against the Republic of Sudan are hereby severed from the *Burnett* action. Said claims will be held in abeyance.

### SO ORDERED.

Date: _____, 2020       _____
                                   Sarah Netburn
                                   United States Magistrate Judge