UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al., 03-cv-6978*
*Vigilant Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al., 03-cv-8591*
*Pacific Employers Ins. Co., et al. v. The Kingdom of Saudi Arabia, et al., 04-cv-7216*
*Underwriting Members of Lloyd's Syndicate 53, et al. v. The Kingdom of Saudi Arabia, et al., 17-cv-2129*
*Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al., 16-cv-07853*
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. The Kingdom of Saudi Arabia, et al., 17-cv-7914*

## MOTION TO WITHDRAW JAMES D. SCHULTZ AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that upon the annexed Declaration, the undersigned moves this Court, pursuant to Local Rule 1.4, to allow James D. Schultz to be withdrawn as counsel of record for Plaintiffs in the above-referenced actions due to his departure from Cozen O'Connor. All other counsel of Cozen O'Connor who are listed in the record will continue

Dated: September 14, 2020
Philadelphia, PA

Respectfully submitted,

*/s/ Sean P. Carter*
Sean P. Carter, Esquire
COZEN O'CONNOR
1650 Market Street, 28th Floor
Philadelphia, PA  19103
Telephone: (215) 665-2105
Facsimile: (215) 665-2013
*Attorney for Plaintiffs*

Case 1:03-md-01570-GBD-SN   Document 6446   Filed 09/14/20   Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2020, I caused an electronic copy of the foregoing Motion to Withdraw James D. Schultz to be served electronically by the Court's Electronic Case Filing (ECF) System. I caused the foregoing to be filed on the MDL docket.

/s/ Sean P. Carter
Sean P. Carter
