# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al., 03-cv-6978*
*Vigilant Insurance Co., et al. v. The Kingdom of Saudi Arabia, et al., 03-cv-8591*
*Pacific Employers Ins. Co., et al. v. The Kingdom of Saudi Arabia, et al., 04-cv-7216*
*Underwriting Members of Lloyd's Syndicate 53, et al. v. The Kingdom of Saudi Arabia, et al., 17-cv-2129*
*Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al., 16-cv-07853*
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. The Kingdom of Saudi Arabia, et al., 17-cv-7914*

## **ORDER**

Before this Court is the Motion to Withdraw James D. Schultz as counsel for Plaintiffs in the above-referenced actions.

It is ORDERED that James D. Schultz be withdrawn as counsel for the Plaintiffs in the above-referenced actions.

It is further ORDERED that all other counsel listed in the record of the law firm of Cozen O'Connor will continue to represent the above-referenced Plaintiffs in this matter.

_____
SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE