# EXHIBIT A

| Case No. | Caption | Total Judgment Entered as of 6/1/2020 | Case Docket ECF No. | Judgment Dates | Judgment Amounts | Judgments Prior to Round 1 Deadline of 12/1/2016 | Judgments Prior to Round 2 Deadline of 9/14/2018 | Judgments Prior to Round 3 Deadline of 2/19/2020 |
|---|---|---|---|---|---|---|---|---|
| 18-cv-12276 | Aamoth et al v. The Islamic Republic of Iran | $460,128,237 | 45 | 9/3/2019 | $305,750,000 | | | $305,750,000 |
| | | | 46 | 9/14/2019 | $59,500,000 | | | $59,500,000 |
| | | | 64 | 2/5/2020 | $94,878,237 | | | $94,878,237 |
| 18-cv-11837 | Abel et al v. Islamic Republic of Iran | $487,250,000 | 39 | 9/3/2019 | $432,000,000 | | | $432,000,000 |
| | | | 40 | 9/10/2019 | $46,750,000 | | | $46,750,000 |
| | | | 66 | 1/23/2020 | $8,500,000 | | | $8,500,000 |
| 18-cv-07306 | Ades et al v. Islamic Republic Of Iran | $772,250,047 | 68 | 8/26/2019 | $591,750,000 | | | $591,750,000 |
| | | | 70 | 9/3/2019 | $17,000,000 | | | $17,000,000 |
| | | | 81 | 2/7/2020 | $163,500,047 | | | $163,500,047 |
| 18-cv-05320 | Agyeman et al v. Islamic Republic of Iran | $1,430,535,691 | 92 | 9/6/2019 | $1,277,500,000 | | | $1,277,500,000 |
| | | | 93 | 9/10/2019 | $8,410,658 | | | $8,410,658 |
| | | | 108 | 2/5/2020 | $127,625,033 | | | $127,625,033 |
| | | | 111 | 2/14/2020 | $17,000,000 | | | $17,000,000 |
| 19-cv-00041 | Arias et al v. Islamic Republic of Iran | $364,802,003 | 30 | 9/9/2019 | $106,000,000 | | | $106,000,000 |
| | | | 35 | 9/10/2019 | $25,500,000 | | | $25,500,000 |
| | | | 54 | 2/12/2020 | $193,915,917 | | | $193,915,917 |
| | | | 56 | 2/18/2020 | $21,250,000 | | | $21,250,000 |
| 18-cv-12001 | Aronow et al v. Islamic Republic of Iran | $79,104,844 | 22 | 9/11/2019 | $46,750,000 | | | $46,750,000 |
| | | | | 2/15/2020 | $32,354,844 | | | $32,354,844 |

| Case No. | Caption | Total Judgment Entered as of 6/1/2020 | Case Docket ECF No. | Judgment Dates | Judgment Amounts | Judgments Prior to Round 1 Deadline of 12/1/2016 | Judgments Prior to Round 2 Deadline of 9/14/2018 | Judgments Prior to Round 3 Deadline of 2/19/2020 |
|---|---|---|---|---|---|---|---|---|
| 02-cv-06977 | Ashton, et al. v. al Qaeda Islamic Army, et al. | $21,719,307,802 | 783 | 3/8/2016 | $1,688,000,000 | $1,688,000,000 | $1,688,000,000 | $1,688,000,000 |
|  |  |  | 787 | 6/16/2016 | $167,117,907 | $167,117,907 | $167,117,907 | $167,117,907 |
|  |  |  | 804 | 10/31/2016 | $296,538,988 | $296,538,988 | $296,538,988 | $296,538,988 |
|  |  |  | 805 | 10/31/2016 | $203,000,000 | $203,000,000 | $203,000,000 | $203,000,000 |
|  |  |  | 808 | 11/16/2016 | $105,339,659 | $105,339,659 | $105,339,659 | $105,339,659 |
|  |  |  | 845 | 8/17/2017 | $1,895,250,000 |  | $1,895,250,000 | $1,895,250,000 |
|  |  |  | 896 | 4/25/2018 | $2,881,250,000 |  | $2,881,250,000 | $2,881,250,000 |
|  |  |  |  | 7/16/2018 | $8,500,000 |  | $8,500,000 | $8,500,000 |
|  |  |  | 924 | 8/16/2018 | $892,000,000 |  | $892,000,000 | $892,000,000 |
|  |  |  | 932 | 8/28/2018 | $42,500,000 |  | $42,500,000 | $42,500,000 |
|  |  |  | 940 | 9/7/2018 | $17,000,000 |  | $17,000,000 | $17,000,000 |
|  |  |  | 946 | 9/13/2018 | $127,500,000 |  | $127,500,000 | $127,500,000 |
|  |  |  | 1025 | 4/24/2019 | $165,250,000 |  |  | $165,250,000 |
|  |  |  | 1047 | 8/15/2019 | $9,565,000,000 |  |  | $9,565,000,000 |
|  |  |  | 1067 | 9/19/2019 | $346,500,000 |  |  | $346,500,000 |
|  |  |  | 1073 | 9/12/2019 | $4,250,000 |  |  | $4,250,000 |
|  |  |  | 1246 | 2/5/2020 | $2,258,983 |  |  | $2,258,983 |
|  |  |  | 1259 | 2/12/2020 | $33,750,000 |  |  | $33,750,000 |
|  |  |  | 1262 | 2/12/2020 | $2,704,677,265 |  |  | $2,704,677,265 |
|  |  |  | 1266 | 2/14/2020 | $19,125,000 |  |  | $19,125,000 |
|  |  |  | 1267 | 2/14/2020 | $7,000,000 |  |  | $7,000,000 |
|  |  |  | 1265 | 2/14/2020 | $12,750,000 |  |  | $12,750,000 |
|  |  |  | 1277 | 2/18/2020 | $534,750,000 |  |  | $534,750,000 |
| 02-cv-07236 | Bauer, et al. v. al Qaeda Islamic Army, et al. | $2,742,262,426 | 13 | 9/12/2016 | $222,306,808 | $222,306,808 | $222,306,808 | $222,306,808 |
|  |  |  | 19 | 10/31/2016 | $1,891,750,000 | $1,891,750,000 | $1,891,750,000 | $1,891,750,000 |

| Case No. | Caption | Total Judgment Entered as of 6/1/2020 | Case Docket ECF No. | Judgment Dates | Judgment Amounts | Judgments Prior to Round 1 Deadline of 12/1/2016 | Judgments Prior to Round 2 Deadline of 9/14/2018 | Judgments Prior to Round 3 Deadline of 2/19/2020 |
|---|---|---|---|---|---|---|---|---|
| | | | 22 | 11/28/2016 | $12,750,000 | $12,750,000 | $12,750,000 | $12,750,000 |
| | | | 29 | 12/1/2016 | $8,500,000 | $8,500,000 | $8,500,000 | $8,500,000 |
| | | | 28 | 11/30/2016 | $4,250,000 | $4,250,000 | $4,250,000 | $4,250,000 |
| | | | 33 | 12/5/2016 | $21,250,000 | | $21,250,000 | $21,250,000 |
| | | | 93 | 1/30/2020 | $92,638,689 | | | $92,638,689 |
| | | | 94 | 1/30/2020 | $75,493,841 | | | $75,493,841 |
| | | | 95 | 1/30/2020 | $65,168,182 | | | $65,168,182 |
| | | | 96 | 1/30/2020 | $118,478,329 | | | $118,478,329 |
| | | | 97 | 1/30/2020 | $60,103,347 | | | $60,103,347 |
| | | | 98 | 1/30/2020 | $43,583,105 | | | $43,583,105 |
| | | | 99 | 1/30/2020 | $24,920,452 | | | $24,920,452 |
| | | | 100 | 1/30/2020 | $92,569,673 | | | $92,569,673 |
| | | | 107 | 2/14/2020 | $8,500,000 | | | $8,500,000 |
| 18-cv-08297 | *Betru et al v. Islamic Republic of Iran* | **$226,387,193** | 945 (Ashton docket) | 9/13/2018 | $114,500,000 | | $114,500,000 | $114,500,000 |
| | | | 27 | 8/20/2019 | $80,250,000 | | | $80,250,000 |
| | | | 28 | 9/9/2019 | $6,375,000 | | | $6,375,000 |
| | | | 29 | 9/13/2019 | $4,250,000 | | | $4,250,000 |
| | | | 35 | 1/8/2020 | $16,753,210 | | | $16,753,210 |
| | | | 44 | 2/5/2020 | $4,258,983 | | | $4,258,983 |
| 02-cv-07230 | *Burlingame, et al v. Bin Laden, et al* | **$5,317,261,730** | 17 | 4/30/2018 | $429,250,000 | | $429,250,000 | $429,250,000 |
| | | | 22 | 5/29/2018 | $21,000,000 | | $21,000,000 | $21,000,000 |
| | | | 30 | 8/7/2018 | $216,750,000 | | $216,750,000 | $216,750,000 |
| | | | 42 | 9/12/2018 | $12,750,000 | | $12,750,000 | $12,750,000 |

| Case No. | Caption | Total Judgment Entered as of 6/1/2020 | Case Docket ECF No. | Judgment Dates | Judgment Amounts | Judgments Prior to Round 1 Deadline of 12/1/2016 | Judgments Prior to Round 2 Deadline of 9/14/2018 | Judgments Prior to Round 3 Deadline of 2/19/2020 |
|---|---|---|---|---|---|---|---|---|
| | | | 43 | 9/13/2018 | $25,500,000 | | $25,500,000 | $25,500,000 |
| | | | 68 | 7/29/2019 | $408,000,000 | | | $408,000,000 |
| | | | 78 | 9/3/2019 | $1,923,000,000 | | | $1,923,000,000 |
| | | | 84 | 12/17/2019 | $427,601,345 | | | $427,601,345 |
| | | | 92 | 1/7/2020 | $58,289,614 | | | $58,289,614 |
| | | | 93 | 1/7/2020 | $441,601,345 | | | $441,601,345 |
| | | | 94 | 1/7/2020 | $216,500,000 | | | $216,500,000 |
| | | | 106 | 2/5/2020 | $1,069,019,426 | | | $1,069,019,426 |
| | | | 112 | 2/14/2020 | $51,000,000 | | | $51,000,000 |
| | | | 1265 (Ashton Doc) | 2/14/2020 | $17,000,000 | | | $17,000,000 |
| 15-cv-09903 | *Burnett et al v. The Islamic Republic of Iran et al* | **$39,462,165,522** | 90 | 7/31/2017 | $3,282,500,000 | | $3,282,500,000 | $3,282,500,000 |
| | | | 101 | 6/8/2018 | $6,263,250,000 | | $6,263,250,000 | $6,263,250,000 |
| | | | 113 | 8/28/2018 | $1,646,193,615 | | $1,646,193,615 | $1,646,193,615 |
| | | | 130 | 9/13/2018 | $16,750,000 | | $16,750,000 | $16,750,000 |
| | | | 125 | 9/4/2018 | $51,000,000 | | $51,000,000 | $51,000,000 |
| | | | 215 | 9/3/2019 | $1,648,000,000 | | | $1,648,000,000 |
| | | | 214 | 9/3/2019 | $3,611,750,000 | | | $3,611,750,000 |
| | | | 222 | 9/6/2019 | $272,614,008 | | | $272,614,008 |
| | | | 221 | 9/6/2019 | $6,909,192,665 | | | $6,909,192,665 |
| | | | 249 | 10/25/2019 | $331,000,000 | | | $331,000,000 |
| | | | 230 | 9/10/2019 | $1,586,250,000 | | | $1,586,250,000 |
| | | | 235 | 9/13/2019 | $42,500,000 | | | $42,500,000 |
| | | | 264 (5349) | 12/13/2019 | $1,370,250,000 | | | $1,370,250,000 |
| | | | 343 | 2/5/2020 | $2,892,250,000 | | | $2,892,250,000 |
| | | | 369 | 2/14/2020 | $101,000,000 | | | $101,000,000 |
| | | | 380 | 2/18/2020 | $7,969,087,604 | | | $7,969,087,604 |
| | | | 382 | 2/18/2020 | $122,500,000 | | | $122,500,000 |

| Case No. | Caption | Total Judgment Entered as of 6/1/2020 | Case Docket ECF No. | Judgment Dates | Judgment Amounts | Judgments Prior to Round 1 Deadline of 12/1/2016 | Judgments Prior to Round 2 Deadline of 9/14/2018 | Judgments Prior to Round 3 Deadline of 2/19/2020 |
|---|---|---|---|---|---|---|---|---|
| | | | 391 | 3/6/2020 | $120,758,582 | | | $120,758,582 |
| | | | 390 | 3/6/2020 | $91,180,719 | | | $91,180,719 |
| | | | 394 | 3/6/2020 | $59,256,257 | | | $59,256,257 |
| | | | 393 | 3/6/2020 | $6,000,000 | | | $6,000,000 |
| | | | 392 | 3/6/2020 | $2,000,000 | | | $2,000,000 |
| | | | 367 | 2/14/2020 | $178,000,000 | | | $178,000,000 |
| | | | 368 | 2/14/2020 | $119,000,000 | | | $119,000,000 |
| | | | 371 | 2/14/2020 | $127,000,000 | | | $127,000,000 |
| | | | 373 | 2/18/2020 | $19,000,000 | | | $19,000,000 |
| | | | 395 | 3/6/2020 | $811,225,230 | | | |
| | | | 396 | 3/6/2020 | 33,178,292 | | | |
| | | | 431 | 5/18/2020 | ($220,521,450) | | | ($220,521,450) |
| 18-cv-05306 | Derubbio et al v. Islamic Republic of Iran | **$1,469,292,993** | 106 | 11/14/2019 | $1,231,250,000 | | | $1,231,250,000 |
| | | | 92 | 9/10/2019 | $33,750,000 | | | $33,750,000 |
| | | | 123 | 2/12/2020 | $179,292,993 | | | $179,292,993 |
| | | | 126 | 2/14/2020 | $25,000,000 | | | $25,000,000 |
| 18-cv-12277 | Hemenway et al v. Islamic Republic of Iran | **$446,942,421** | 42 | 9/3/2019 | $270,500,000 | | | $270,500,000 |
| | | | 44 | 9/4/2019 | $93,250,000 | | | $93,250,000 |
| | | | 71 | 2/5/2020 | $83,192,421 | | | $83,192,421 |
| 18-cv-11875 | Jimenez et al v. Islamic Republic of Iran | **$520,500,000** | 41 | 9/3/2019 | $444,250,000 | | | $444,250,000 |
| | | | 43 | 9/13/2019 | $63,750,000 | | | $63,750,000 |
| | | | 61 | 2/5/2020 | $12,500,000 | | | $12,500,000 |

**MDL 03-1570 Judgments Against Iran as of August 24, 2020**

| Case No. | Caption | Total Judgment Entered as of 6/1/2020 | Case Docket ECF No. | Judgment Dates | Judgment Amounts | Judgments Prior to Round 1 Deadline of 12/1/2016 | Judgments Prior to Round 2 Deadline of 9/14/2018 | Judgments Prior to Round 3 Deadline of 2/19/2020 |
|---|---|---|---|---|---|---|---|---|
| 18-cv-05339 | Kamardinova et al v. Islamic Republic of Iran | $1,191,868,289 | 91 | 8/26/2019 | $1,057,500,000 | | | $1,057,500,000 |
| | | | 93 | 9/4/2019 | $25,900,230 | | | $25,900,230 |
| | | | 116 | 2/5/2020 | $108,468,059 | | | $108,468,059 |
| 18-cv-11870 | Kim et al v. Islamic Republic of Iran | $521,734,211 | 49 | 9/3/2019 | $410,750,000 | | | $410,750,000 |
| | | | 50 | 9/10/2019 | $29,750,000 | | | $29,750,000 |
| | | | 72 | 2/5/2020 | $81,234,211 | | | $81,234,211 |
| 18-cv-11876 | Moody-Theinert et al v. Islamic Republic of Iran | $684,380,164 | 42 | 9/13/2019 | $554,000,000 | | | $554,000,000 |
| | | | 43 | 9/4/2019 | $17,000,000 | | | $17,000,000 |
| | | | 52 | 2/5/2020 | $113,380,164 | | | $113,380,164 |
| 18-cv-05321 | Morris et al v. Islamic Republic of Iran as corrected by doc 99 on on 11/14/19 | $1,770,434,463 | 92 | 9/3/2019 | $29,500,000 | | | $29,500,000 |
| | | | 84 | 8/20/2019 | $1,518,750,000 | | | $1,518,750,000 |
| | | | 119 | 2/12/2020 | $222,184,463 | | | $222,184,463 |
| 18-cv-11340 | Nolan et al v. Islamic Republic of Iran | $29,597,229 | 23 | 9/9/2019 | $21,000,000 | | | $21,000,000 |
| | | | 29 | 1/8/2020 | $8,597,229 | | | $8,597,229 |
| 04-cv-1076 | O'Neill, Sr., et al. v. Republic of Iraq, et al | $52,331,235 | 522 | 9/3/2019 | $46,500,000 | | | $46,500,000 |
| | | | 544 | 2/12/2020 | $5,831,235 | | | $5,831,235 |

| Case No. | Caption | Total Judgment Entered as of 6/1/2020 | Case Docket ECF No. | Judgment Dates | Judgment Amounts | Judgments Prior to Round 1 Deadline of 12/1/2016 | Judgments Prior to Round 2 Deadline of 9/14/2018 | Judgments Prior to Round 3 Deadline of 2/19/2020 |
|---|---|---|---|---|---|---|---|---|
| 18-cv-11416 | Parker et al v. Islamic Republic of Iran | $63,250,000 | 30 | 9/4/2019 | $59,250,000 | | | $59,250,000 |
| | | | 36 | 1/7/2020 | $4,000,000 | | | $4,000,000 |
| 19-cv-00044 | Prior et al v. Islamic Republic of Iran | $169,941,325 | 27 | 9/6/2019 | $25,500,000 | | | $25,500,000 |
| | | | 40 | 1/30/2020 | $25,500,000 | | | $25,500,000 |
| | | | 45 | 2/5/2020 | $116,941,325 | | | $116,941,325 |
| | | | 47 | 3/6/2020 | $2,000,000 | | | |
| 18-cv-11878 | Rivelli et al v. Islamic Republic of Iran | $644,250,000 | 39 | 9/3/2019 | $516,250,000 | | | $516,250,000 |
| | | | 40 | 9/4/2019 | $8,500,000 | | | $8,500,000 |
| | | | 1265 (Ashton doc) | 2/14/2020 | $12,750,000 | | | $12,750,000 |
| | | | 65 | 1/30/2020 | $106,750,000 | | | $106,750,000 |
| 18-cv-12387 | Rowenhorst et al v Islamic Republic of Iran as amended on 11/13/19, doc 58 | $478,464,498 | 45 | 9/13/2019 | $50,750,000 | | | $50,750,000 |
| | | | 43 | 9/3/2019 | $220,500,000 | | | $220,500,000 |
| | | | 70 | 2/5/2020 | $207,214,498 | | | $207,214,498 |
| 18-cv-05331 | Schlissel et al v. The Islamic Republic of Iran | $976,263,652 | 81 | 8/19/2019 | $871,500,000 | | | $871,500,000 |
| | | | 89 | 9/4/2019 | $20,388,723 | | | $20,388,723 |
| | | | 96 | 2/5/2020 | $84,374,929 | | | $84,374,929 |
| **TOTALS** | | **$82,080,705,975** | | | **$82,062,569,889** | **$4,599,553,362** | **$22,564,246,977** | **$81,216,166,367** |