# Exhibit

# B

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **TIMEKEEPER** | **FIRM** | **TOTAL HOURS** | **RATE** | **AMOUNT** |
| 2 | Dennis Pantazis | Wiggins Childs | 1210 | $900.00 | $1,089,000.00 |
| 3 | Timothy Fleming | Wiggins Childs | 5370.9 | $900.00 | $4,833,810.00 |
| 4 | Melina Goldfarb | Wiggins Childs | 1304.6 | $450.00 | $587,070.00 |
| 5 | Patricia Fraley | Wiggins Childs | 574.1 | $450.00 | $258,345.00 |
| 6 | Abby Richardson | Wiggins Childs | 9 | $400.00 | $3,600.00 |
| 7 | Eric Bachman | Wiggins Childs | 16 | $400.00 | $6,400.00 |
| 8 | Joshua Gale | Wiggins Childs | 1 | $400.00 | $400.00 |
| 9 | Joshua Wilson | Wiggins Childs | 5.25 | $450.00 | $2,362.50 |
| 10 | Keir Bickerstaffe | Wiggins Childs | 3 | $400.00 | $1,200.00 |
| 11 | Lori Kisch | Wiggins Childs | 3.5 | $450.00 | $1,575.00 |
| 12 | Mariya Tytell | Wiggins Childs | 110.8 | $400.00 | $44,320.00 |
| 13 | Harsimran Kaur Dang | Wiggins Childs | 0.2 | $400.00 | $80.00 |
| 14 | Kimberly Sanders | Wiggins Childs | 532.1 | $450.00 | $239,445.00 |
| 15 | Sandra Duca | Wiggins Childs | 3.65 | $250.00 | $91,250.00 |
| 16 | Law Clerks | Wiggins Childs | 43.65 | $95.00 | $4,146.75 |
| 17 | Tammy Todd | Wiggins Childs | 110.9 | $125.00 | $13,862.50 |
| 18 | Rich Hailey/Mary Beth Ramey | Ramey & Hailey | 1801.1 | $850.00 | $1,530,935.00 |
| 19 | Robert Foote | Foote Mielke | 136.5 | $850.00 | $116,025.00 |
| 20 | Evan Yegelwel | Hogan Terrell Yegelwel | 280.7 | $250.00 | $70,175.00 |
| 21 | Walter S. Batty, Jr. |  | 232.24 | $150.00 | $34,836.00 |
| 22 | Edward Rubenstone | Lamm Rubenstone | 16.2 | $300.00 | $4,860.00 |
| 23 | Edward Rubenstone | Lamm Rubenstone | 234.8 | $375.00 | $88,050.00 |
| 24 | LZ | Lamm Rubenstone | 1 | $150.00 | $150.00 |
| 25 | Edward Rubenstone | Lamm Rubenstone | 601.8 | $300.00 | $180,540.00 |
| 26 | D M McPoyle | Mellon Webster | 984.8 | $400.00 | $393,920.00 |
| 27 | Daniel O'Riordan | Mellon Webster | 8 | $400.00 | $3,200.00 |
| 28 | Deborah A. Romanski | Mellon Webster | 12.8 | $750.00 | $9,600.00 |
| 29 | Denise McP | Mellon Webster | 222 | $400.00 | $88,800.00 |
| 30 | Elissa B.  Heinrichs | Mellon Webster | 7.5 | $750.00 | $5,625.00 |
| 31 | John A. Corr | Mellon Webster | 1730.9 | $850.00 | $1,471,265.00 |
| 32 | Joseph A. Cullen, Jr. | Mellon Webster | 35 | $750.00 | $26,250.00 |
| 33 | Kimberly Molesky | Mellon Webster | 346.5 | $400.00 | $138,600.00 |
| 34 | Rhetta Vander-Ploeg | Mellon Webster | 0.5 | $750.00 | $375.00 |
| 35 | Steve Corr | Mellon Webster | 1995.2 | $850.00 | $1,695,920.00 |
| 36 | Thomas E. Mellon, III | Mellon Webster | 179 | $750.00 | $134.250.00 |
| 37 | Thomas E. Mellon, Jr. | Mellon Webster | 2219.6 | $750.00 | $1,664,700.00 |
| 38 | Thomas P. Donnelly | Mellon Webster | 6 | $750.00 | $4,500.00 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 39 | Tina Saghafi | Mellon Webster | 325 | $650.00 | $211,250.00 |
| 40 | James P. McCoy | Mellon Webster | 200 | $500.00 | $100,000.00 |
| 41 | Firm | Winder & Counsel | 475.8 | $181.56 | $86,386.25 |
| 42 | Don Winder | Winder & Counsel | 0.9 | $230.00 | $207.00 |
| 43 | Eddie Christensen | Winder & Counsel | 79.05 | $160.00 | $12,648.00 |
| 44 | R. Flynn | Winder & Counsel | 5.6 | $165.00 | $92.40 |
| 45 | David Weissman | Winder & Counsel | 2.25 | $230.00 | $517.50 |
| 46 | Aaron Johnson | Winder & Counsel | 1.25 | $50.00 | $62.50 |
| 47 | Jerry Hale | Winder & Counsel | 13 | $225.00 | $2,925.00 |
| 48 | Gerry Holman | Winder & Counsel | 7.2 | $210.00 | $1,512.00 |
| 49 | Don Winder | Winder & Counsel | 70.5 | $250.00 | $17,625.00 |
| 50 | Eddie Christensen | Winder & Counsel | 25.5 | $175.00 | $4,462.50 |
| 51 | Daniel Young | Winder & Counsel | 26.5 | $75.00 | $1,987.50 |
| 52 | Jerry Hale | Winder & Counsel | 34.6 | $230.00 | $7,958.00 |
| 53 | Don Winder | Winder & Counsel | 44.1 | $285.00 | $12,568.50 |
| 54 | Michelle McDonald | Winder & Counsel | 162.2 | $170.00 | $27,574.00 |
| 55 | Michelle McDonald | Winder & Counsel | 32 | $75.00 | $2,400.00 |
| 56 | Lance Sorenson | Winder & Counsel | 3.1 | $200.00 | $620.00 |
| 57 | Jonathan Thorne | Winder & Counsel | 15.7 | $150.00 | $2,355.00 |
| 58 | Eric Westerberg | Winder & Counsel | 3.45 | $75.00 | $258.75 |
| 59 | Chris Montgomery | Winder & Counsel | 45 | $65.00 | $2,925.00 |
| 60 | Jerry Hale | Winder & Counsel | 125.9 | $230.00 | $28,957.00 |
| 61 | Don Winder | Winder & Counsel | 120 | $290.00 | $34,800.00 |
| 62 | Jerry Hale | Winder & Counsel | 47.05 | $265.00 | $12,468.25 |
| 63 | Don Winder | Winder & Counsel | 23.6 | $365.00 | $8,614.00 |
| 64 | Joe Paul | Winder & Counsel | 2 | $220.00 | $440.00 |
| 65 | Jerry Hale | Winder & Counsel | 7.6 | $295.00 | $2,242.00 |
| 66 | Don Winder | Winder & Counsel | 10.5 | $395.00 | $4,147.50 |
| 67 | Richard Burbidge | Burbidge & Mitchell | 513 | $275.00 | $141,075.00 |
| 68 | Richard Burbidge | Burbidge & Mitchell | 635.6 | $295.00 | $187,489.75 |
| 69 | Richard Burbidge | Burbidge & Mitchell | 11.4 | $400.00 | $4,560.00 |
| 70 | Richard Burbidge | Burbidge & Mitchell | 43.8 | $450.00 | $19,710.00 |
| 71 | Richard Burbidge | Burbidge & Mitchell | 84.7 | $500.00 | $42,350.00 |
| 72 | Jeff Gross | Burbidge & Mitchell | 10.5 | $225.00 | $2,362.50 |
| 73 | J. Ryan Mitchell | Burbidge & Mitchell | 2 | $175.00 | $350.00 |
| 74 | Nicole Slatter | Burbidge & Mitchell | 12.5 | $75.00 | $937.50 |
| 75 | Nicole Slatter | Burbidge & Mitchell | 4.8 | $85.00 | $403.75 |
| 76 | Jason Boren | Burbidge & Mitchell | 13.5 | $185.00 | $2,497.50 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 77 | **TOTAL** | | **23591.94** | | **$15,694,932.40** |