IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | : <br> : | MDL 03-1570 (GBD)(SN) |

**This Document Relates To:**
*Havlish, et al. v. bin Laden, et al.,* Case No. 03-CV-09848
*Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-CV-06977
*Burnett, Sr., et al., v. Islamic Republic of Iran, et al.* Case No. 15-CV-9903
*Burlingame, et al. v. bin Laden, et al.,* Case No. 02-CV-07230
*Bauer, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-CV-07236
*O'Neill, Sr., et al. v. Republic of Iraq, et al.,* Case No. 04-CV-1076
*Federal Insurance Co., et al. v. al Qaida, et al.,* Case No. 03-CV-06978
----
*All other cases against the Islamic Republic of Iran*

## PROPOSED ORDER

The *Havlish* Plaintiffs have moved the Court to direct counsel for all MDL plaintiffs who hold judgments against the Islamic Republic of Iran, other than in the *Havlish*, *Hoglan*, *Ray*, and *Ryan* cases ("Respondents"), to provide complete information regarding awards from the United States Victims of State Sponsored Terrorism Fund (the "VSSTF" or the "Fund") in Rounds 1, 2, and 3, and, further, to pay into the Court Registry, or, alternatively, to place in escrow, a sum equal to the attorney fee portion of all the Round 3 VSSTF awards paid to the Respondents, and, further, to report to the Court all sums pertaining to such awards, such funds to be held until such time as the Court determines the appropriate size of the common benefit fee and makes a further order.

The *Havlish* Plaintiffs' motion is **GRANTED**.

The Court hereby directs Respondents' counsel to pay into the Court Registry a sum equal to the attorney fee portion of Round 3 VSSTF awards paid to Respondents to be held until such time as the Court determines the proper amount of the common benefit fee and issues a further Order. Within 10 days from the date this order, Respondents' counsel shall provide *Havlish*

counsel with the gross amounts awarded to Respondents in each of the first three rounds of VSSTF disbursements and the amount of attorney fees generated from those awards. Within 20 days from the date of this order, the *Havlish* Plaintiffs shall file a motion to set an appropriate common benefit fee amount consistent with the Court's September 30, 2019 Opinion and Order. MDL Doc. No. 5180. Respondents shall have 20 days to file responses to the *Havlish* Plaintiffs' motion, and the *Havlish* Plaintiffs will have 7 days to file a reply.

**SO ORDERED.**

_____
SARAH NETURN
United States Magistrate Judge

Dated: _____
           New York, New York