Case 1:03-md-01570-GBD-SN   Document 6454   Filed 09/16/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/20

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMI

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

September 9, 2020

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees ("PECs") write, with the consent of the Kingdom of Saudi Arabia, to request a one-week extension to file any Motion for Reconsideration or Objections as to the Court's August 27, 2020 Opinion and Order (ECF No. 6408). Plaintiffs are awaiting responses from the Kingdom as to whether several witnesses discussed in the Court's Order will be produced for deposition, but the Kingdom has indicated it is not yet in a position to respond to those inquiries. The extension is needed to afford the parties an opportunity to complete their discussions on those outstanding issues, which may impact the necessity and scope of any Motion for Reconsideration or Objections as to the Order. In addition, several members of the PECs have significant commitments surrounding the upcoming anniversary of the September 11th attacks.

Honorable Sarah Netburn
September 9, 2020
Page 2

      The parties thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

| KREINDLER & KREINDLER LLP | MOTLEY RICE LLC |
|---|---|
| By: /s/ Steven R. Pounian | By: /s/ Robert T. Haefele |
| Steven R. Pounian | Robert T. Haefele |
| Kreindler & Kreindler LLP | Motley Rice LLC |
| 750 Third Avenue | 28 Bridgeside Boulevard |
| New York, NY 10017 | Mount Pleasant, SC 29465 |
| Tel: (212) 687-8181 | Tel: (843) 216-9184 |
| E-mail: spounian@kreindler.com | E-mail: rhaefele@motleyrice.com |

---

Plaintiffs' request for a one-week extension to file any motion for reconsideration or objection to the Court's August 27, 2020 Opinion and Order is GRANTED.

**SO ORDERED.**

September 16, 2020
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

---

    1650 Market Street, Suite 2800
    Philadelphia, PA 19103
    Tel: (215) 665-2105
    E-mail: scarter1@cozen.com

*On behalf of the MDL 1570 Plaintiffs' Exec. Committees*

cc:    The Honorable George B. Daniels (via ECF)
       All MDL Counsel of Record (via ECF)

LEGAL\48201779\1