UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:
   *Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15 CV 9903 (GBD)(SN)

NOTICE OF MOTION TO VACATE
PARTIAL FINAL JUDGMENTS

For the reasons set forth below and in the declaration of John M. Eubanks ("Eubanks Declaration"), attached hereto, undersigned counsel respectfully moves this Court, pursuant to Fed. R. Civ. P. 60, to vacate the final judgment of solatium damages awards for five (5) *Burnett* plaintiffs. Each of these *Burnett* plaintiffs previously moved this Court for final damages judgments against the Islamic Republic of Iran ("Iran") and judgments were entered against *inter alia* the Islamic Republic of Iran. *See* ECF No. 5848 (Danielle McGuire, Mara McGuire, Ryan P. McGuire, Sean P. McGuire, and Shea E. McGuire).

Plaintiffs respectfully ask that this Court grant the Proposed Order filed contemporaneously with this motion; vacate the damages judgments awarded to the referenced five (5) *Burnett* Plaintiffs only; and otherwise leave the Order docketed at ECF No. 5848 in force.

Dated: September 17, 2020
      Mount Pleasant, South Carolina

                                    Respectfully submitted
                                    MOTLEY RICE LLC

                                    BY: /s/ John M. Eubanks
                                    John M. Eubanks, Esq.
                                    28 Bridgeside Boulevard
                                    Mount Pleasant, South Carolina 29464
                                    Tel: (843) 216-9218
                                    *Attorneys for Burnett Plaintiffs*