# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15 CV 9903 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Notice of Motion to Vacate Partial Final Default Judgments as to five (5) plaintiffs and the accompanying declaration of John M. Eubanks, attorney for the *Burnett* plaintiffs in the above-captioned action, it is hereby:

**ORDERED** that the following final judgments for solatium damages entered on behalf of the referenced individuals in the *Burnett* action, and only these judgments in the *Burnett* action, are vacated:

- Danielle McGuire, ECF No. 5848 at 7, line 177(*Burnett* XIV);
- Mara Moran McGuire, ECF No. 5848 at 7, line 179(*Burnett* XIV);
- Ryan P. McGuire, ECF No. 5848 at 7, line 181(*Burnett* XIV);
- Sean P. McGuire, ECF No. 5848 at 7, line 178(*Burnett* XIV); and
- Shea E. McGuire, ECF No. 5848 at 7, line 180(*Burnett* XIV).

**ORDERED** that the Court's Final Order of Judgment in the *Burnett* action at ECF No. 5848 remain otherwise in force and that no other final judgments awarded to the above-referenced individuals are affected by this Order.

Dated:          New York, New York
                _____, 2020

                               SO ORDERED:

                               _____
                               GEORGE B. DANIELS
                               UNITED STATES DISTRICT JUDGE