UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2020

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has reviewed the classified submissions of the Federal Bureau of Investigation ("FBI") regarding the Plaintiffs' Executive Committees' second motion to compel the FBI, and is scheduling a conference with Government counsel to discuss the classified *in camera, ex parte* Declaration of Jill Sanborn, Assistant Director, FBI, dated April 13, 2020. ECF No. 6143. The *in camera, ex parte* conference will be held on October 1, 2020. At the conference, the Court expects to specifically discuss paragraphs 123, 163-64, 227-28, 241, 259, 273, 277, 285, 290, and 332 of the Classified Sanborn Declaration. The conference will be transcribed pursuant to the procedures of the Litigation Security Group of the U.S. Department of Justice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

September 18, 2020
New York, New York