KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

September 24, 2020

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

     I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") concerning a sealed filing made by Saudi Arabia today.  That filing is an opposition to the motion for reconsideration and Rule 72(a) objections of the Plaintiffs' Executive Committees ("Plaintiffs"), ECF No. 6459 (filed under seal), to the Court's sealed order dated August 27, 2020.

     As the Court is aware from previous letters, the parties have contested whether leave of Court is required for a response to Rule 72(a) objections, and it is Saudi Arabia's position that no leave is required.  *See* ECF No. 4753, at 1-2 & n.*.  Because the Rule 72(a) response is being made without a request for extension of any deadline, we have not sought advance permission in this instance.  To the extent necessary, Saudi Arabia respectfully requests that the Court accept today's filing.

     Saudi Arabia's filing contains information subject to the Privacy Act Order and Protective Order for FBI Documents, ECF No. 4255.  Consistent with this Court's guidance, ECF Nos. 5307, 6084, Saudi Arabia is making today's filing under seal using the Court's sealed ECF procedures.

     Copies of Saudi Arabia's filing (clean and with highlighted proposed redactions) are being sent today by email to Your Honor's chambers and to counsel for Plaintiffs, the United States, and Dallah Avco.  No courtesy copies of either this letter or today's sealed filing are being sent to the chambers of Judge Daniels, as instructed by the temporary revisions to his Individual Practices in light of the ongoing public health crisis.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Hon. Sarah Netburn
September 24, 2020
Page 2

        Respectfully submitted,

        */s/ Michael K. Kellogg*

        Michael K. Kellogg
        *Counsel for the Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)