**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to: *All Actions*

## DECLARATION FILED IN SUPPORT OF PLAINTIFFS'
## RESPONSE TO SAUDI ARABIA'S DEPOSITION PROPOSAL

1.      I am an attorney duly admitted before this Court, am Of Counsel to the firm of Kreindler & Kreindler LLP, attorneys for the Ashton Plaintiffs; am familiar with this litigation and the prior proceedings relevant to the subject motion; and, submit this Declaration on behalf of the Plaintiffs' Steering Committees.

2.      Attached as Exhibit 1 is a letter to the Court from over 3,940 surviving relatives of those that died in the September 11th Attacks as well as individuals who suffered injuries and subsequent illness as a result of those Attacks, many of whom are Plaintiffs in this litigation.

3.      Attached as Exhibit 2 is a letter to the Court from members of the 9/11 Families United To Bankrupt Terrorism.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
        September 25, 2020

_____/s/_____

Steven R. Pounian, Esq.
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY 10017
(212) 687-8181
spounian@kreindler.com
*On Behalf of the Plaintiffs Executive*
*Committees*

# EXHIBIT 1

September 24, 2020

Dear Judges Daniels and Netburn,

We are the children, the parents, the spouses and the siblings of the 2,977 persons killed in the
September 11, 2001 Attacks, as well as the thousands of people injured and sickened that
day. We have waited 19 years and 12 days for this very moment on our path to truth and justice.

The Court has graciously acknowledged many of us at hearings, and we appreciate your
dedication to seeing that our quest for justice moves forward to resolution.
We understand that Saudi Arabia asked you to set a deadline of three months for the completion
of depositions of Saudi government witnesses. We also know that you are considering the FBI's
withholding of important documents.

We ask that you allow the needed time to conduct in-person depositions, and that you not permit
the clock to run out on our case by setting a fixed deadline. For 19 years, we have made deep
significant personal sacrifices and investments of our time and emotional energy to bring this
case forward to this point. We want our legal representatives to be face-to-face, in the same room
with the witnesses at these depositions, as this is the only effective way to discover who was
complicit in these horrendous attacks.

This case is historic, unprecedented, and will serve in the annals of history for decades to
come. We understand that justice takes time. We have waited patiently for our time and we are
more than willing to wait longer so that this judicial process can run with the respect and
thoroughness that it deserves.

Please do not set an artificial deadline based on the idea that we want to move forward
quickly. What is most important to us is to allow the necessary time to gather the truth. Let us
not alter the history books by rushing the judicial process.

Sincerely,

John Ashton, Father of 21-year-old, Thomas J. Ashton, WTC North Tower
Kathleen Ashton, Mother of 21-year-old, Thomas J. Ashton, WTC North Tower
Colleen Amato, sister of 21-year-old Thomas Ashton, WTC North Tower
Ann McSweeney McLaughlin, sister of Firefighter Timothy McSweeney, Ladder 3
Theresa McGovern daughter of Ann McGovern south tower
Sharon Premoli, survivor of WTC North Tower
Julio Roig, Jr., survivor of WTC
Michael Brady brother of David Brian Brady who was murdered at the World Trade Center
James Petronio, Died of Cancer - resident of lower Manhattan
Carlos Oplacio Jr.
Brian T. Grogan, first responder FDNY Diagnosed with cancer
Kimberly Fuscaldo, Widow of Raymond P. Fuscaldo, first responder, died of cancer
Philip J. Palazzo
Nancy Carroll Amigron, Sibling of FF Michael Carroll, FDNY, Ladder 3
Gerard O'Riordan
Grace Chance, wife of ill responder
Joseph McLaughlin First Responder Diagnosed with Cancer
James Maxwell
Cella Woo-Yuen, Widow of Elkin Yuen, North Tower
Eleanor Carroll, Mother of FF Michael Carroll, FDNY, Ladder 3
Manuela Nita-Vazquez, widow of Cono Gallo, Tower 1
Theresa Ashton-First Responder-certified with multiple illnesses
Andrea Katsanakos FDNY Paramedic diagnosed with thyroid cancer
Richard Kane
John A. White, first responder, diagnosed w/prostrate cancer, operation to remove prostrate.
Ann R. Haynes
Joann Meehan, Widow of Damian Meehan, Tower 1
Anthony Vitale, 2 WTC survivor
Robert Cucinelli
Ellen Perle, 9/11 survivor with ovarian cancer
Lynn Wright, sister of FF Brian E. Sweeney FDNY
Judith Weil, Mother of Joanne F. Weil, South Tower
Josephine Contaldi wife of 9/11 disabled Firefighter
John Michael Reda
Brett Cahill, son of John Cahill
William Ward Haynes II, son
Gorman Bruce Horner
Joseph J. Coppo III, son of Joseph J. Coppo, Jr., North Tower
Brigid O'Neill Lamon, sister of Sean O'Neill, Tower 1
Mary Cucienlli
James Scullin, son of Arthur W Scullin killed in Tower 1

Clunis Calvert, Sr

Christopher Kunz first responder

Terence M. Smith, Jr., son

Edward Sita, diagnosed with cancer

James Nardi, sickened that day

Scott Williams, son of Louis C. Williams III, who was killed in the South Tower 78th Floor.

Ilene Calderon

Ira Levine

Thomas G. Mason

Joseph D. Doran - diagnosed with cancer

Kathleen Trant

Kristin O'Grady Evans, sister of James O'Grady, South Tower

Paul L Schooling

Mark Aglietti FDNY first responder

Vincent D Gabriele

Victor and Diane Ugolyn, parents of Tyler Ugolyn

Keith Culley

Don Oliver, Brother of Edward K Oliver, Tower 1

Victor J. Gonzalez

John Soutar

Robert Gallo

Ashley A Noonan

Gina Cayne, widow of Jason David Cayne, north tower

Howard B. Goldberg, worker diagnosed with 2 types of cancer

Robert W. Gayer

James Walsh first responder

Jennifer Oswald Chen, sister of Jason Oswald Tower 1

Michael Scanlan First Responder

Kamila Milewska Podejma sister of Lukasz Tomasz Milewski

Kathy M Gabriele

America Fernandez Survivor

Christopher Contaldi FDNY Ret. due to 9/11 illness.

John McCormick First responder diagnosed with lung cancer

Claudia Jacobs, sister of Ariel Louis Jacobs, Windows on the world, North Tower

James Scullin

Barbara B. Haynes, Mother of W. Ward Haynes, Tower 1

Jeffrey Morales

Michael Hollander

Jeffrey Bratjan first responder

Patrick DiMichele (injured firefighter)

Michael DePaola first responder diagnosed with cancer

John Sarc
Brigid O'Neill Lamon, sister of Sean O'Neill, Tower 1
Fecedio Douglas first responder diagnosed with cancer
Michael Ward (FDNY) survivor.
Matthew J Merced, First Responder
Kevin Quirk, First Responder
Richard Simat, First responder
John Chance, responder, diagnosed with WTC upper respiratory disease.
Patricia A Madamas, sister of Daniel P. Trant, husband, father of three, brother of eight
Richard Klein, widower of Julie Lynne Zipper, Tower 2
Jozef Ralbovski construction worker
Annie P. Shaw
Glenna Rosenberg Widow of Lloyd Rosenberg
Javier Domingo, resident in the neighborhood and patient of the WTC clinic
Janelle Costello Famularo
John P Mucciola, First Responder, diagnosed with illness
Ulysses Neil worker in tower 2
Keith Culley on behalf of friend Tim Reilly killed In WTC Tower 1
Samantha Rosenberg daughter of Lloyd Rosenberg
Kimberly Murray First Responder diagnosed with Sleep Apnea, Asthma, Respiratory issues
Edward Cunn/ FDNY
Philip Terry-Smith
Robert Gillen
Eileen wife of Herman who passed from stage4 colon rectal cancer. He cared
Louise Mucciola Messina, daughter of Louise Mucciola Deceased 9/11 Cancer
Timothy Wayne Briley brother of Jonathan Eric Briley, tower 1
Matthew L Ryan Jr, son of B.C. Matthew L Ryan FDNY
David J Gaebler, Battery Park City resident diagnosed with cancer
Christopher Howard, Son of PO George Howard PAPD ESU Truck 8
Raymond Wodenshek, brother of Christopher Wodenshek, One WTC, 105th floor
Caroline Caroline-Otero, sister of Edward Calderon, WTC Tower 2
Edmund Singer survivor tower 1,2 breathing disorders
James J. Wheeler Retired PAPD Detective buried under WTC Collapse
Terrance Revella state DEC Police Captain. Responder. Victim in Tower 2 collapse. Cancer
Igor Philantrope
Daniel Farrell First responded diagnosed with Emphysema COPD and RADS
Robin Hines
Elizabeth Lizardi cancer, COPD, GERD
Michael Stapf, lost my father
John de Martino
Antonio Mendez- Cousin of Edward Calderon WTC Tower 2

John J Hanglow first responder, diagnosed with multiple cancers

Jonathan Rodriguez

Art Humphreys, First responder, kidney cancer. In remission.

Nancy de martino

Anne Wodenshek, widow of Christopher W Wodenshek, Cantor Fitzgerald

Gwynetta Rossi mother of Shannon Lewis Adams 25 yr old WTC tower 1

Louise DAntonio Natale

Vincent DeLuca First responder diagnosed with Respiratory disease

Jill Rosenblum, widow of Andrew Rosenblum

Sarah Wodenshek, daughter age 9 at the time, of Christopher W Wodenshek

Tara Cuccias

Tania Garcia, Sibling of Marlyn Del Carmen Garcia

Emily Terry, Widow of Andrew Kates, WTC North Tower

Robert Mecalianos, first responder, diagnosed with cancer.

Vincent Aleixo FDNY first responder to WTC

Juliette Scauso, Daughter of Firefighter Dennis Scauso

Anthony Torres First Responder

Daniel Casey, 1st responder diagnosed with multiple WTC exposure-related illness.

Matthew Grillo son of Joseph Grillo

Haley Wodenshek, age 8 at the time, daughter of Christopher W Wodenshek

Joseph Fonseca emergency responder for Utility Company during 9-11-01

Stephanie Kain

Adalgisa Pascasio surviver and suffering PTS for 19 yrs now.

Theresa Regan Widow of Donald Regan FDNY Rescue 3 World Trade Center

Sherwood Demitz, Brother of 9/11 Victim Carol K. Demitz

David Kaufman, First Responder, Diagnosed with cancer

Erica Zucker Heisler

Mark Monheit First Responder

Andrew Weinstein, sibling of Lisa Ehrlich, Tower 2

Richard N. Sacco, diagnosed with cancer

Elizabeth A. Fallon sister of William Lawrence Fallon Jr. victim in North Tower

Ed Calderon

Sharon Baker-Gual, sister of Kerene Gordon, Tower 1, Cantor Fitzgerald, deceased.

Ellen Brennan Krebs, sister of Edward A. Brennan III, north tower

Mollie Wodenshek, age 6 on 9/11/ 2001, daughter of Christopher W Wodenshek

Edward P. Ciafardini, father of Christopher Ciafardini, Tower 1

Francis McQuade, first responder diagnosed with cancer.

John LaPadula

Stephen O'Shaughnessy

Charlene Fiore widow of Firefighter Michael C Fiore

Vielka M. Chambers

John A. Farrell NYPD Retired, suffering from bladder cancer

Maria Boisseau widow of Lawrence Francis Boisseau, Fire Safety Director of WTC

Kathleen Owens, widow of Peter J Owens Jr., WTC 1

Marie Ryan (911 Widow of Robert T. Twomey; Sibling, Emeric J. Harvey

William Wodenshek, age 4 on 9/11/2001, son of Christopher W Wodenshek, Cantor Fitzgerald

John Broghammer, Son of Herman Broghammer (Tower 2)

Seth Weinstein, brother to tower victim

Elmeda George, mother if Kerene Gordon, Tower 1, deceased.

Vanessa Harrison

Kenneth Bergin, first responder diagnosed and operated on for cancer

George Palesano, first responder cancer survivor

Charles M. Clyne

John Lewis, First Responder

William J Carroll

Scott L. D'Abreu

Nancy Burke Salter, sister of Tom Burke, Cantor Fitzgerald

Zachary Wodenshek, age 2 on 9/11/01, son of Christopher W Wodenshek, Cantor Fitzgerald

Donna M Carroll

Nicole Palesano, wife of first responder, cancer survivor

Cynthia McGinty, Widow of Michael McGinty, North Tower

Brian Barcheski, first responder

Gina Cayne, widow of Jason David Cayne, north tower

Richard Klares Jr.

Ruben Ghigliotty NYCT diagnosed with exposure illness

Shala Tavakoli, responder diagnosed with lung cancer, GERD and PTSD

LT Paul Shannon

John Anthony Perna

Mary Ann Lynch Prokop, Sister of Terence M. Lynch killed at the Pentagon

James F Harris

Richard Klares junior son of Richard Klares South Tower

Suzann Cayne, daughter of Jason David Cayne, north tower

Erik Stiene, First Responder, Hodgekins Lymphoma

Joseph Perry, First Responder, diagnosed with obstructive airway disease, PTSD

William Heiser, First Responder

Kaylee Rosenberg Daughter of Lloyd Rosenberg

Marissa Cayne, Daughter of Jason David Cayne north tower

Frank Guele (NYPD) first responder

Ron Cusumano Verizon worker, 1st responder.

Mark Anthony Puopolo, son of Sonia Mercedes Morales Puopolo. AA Flight 11.

Carmine Losurdo

Lauren Rodriguez, daughter of Anthony Rodriguez, FDNY Eng 279 Ladder 131.

Raquel Cayne daughter of Jason David Cayne north tower

Vijay Thackurdeen, (brother of Goumatie Thackurdeen)

Alyssa Rosenberg daughter of Lloyd Rosenberg

Melissa Raggio—Granato, daughter of Eugene Raggio, first responder, tower 2

Mary Schulsinger mother-in-law to Jason David Cayne north tower

Christopher Saucedo, brother of fallen firefighter Gregory Saucedo

Mark E. Klingner

Jeff schulsinger father-in-law to Jason David Cayne north tower

Robert Foulkes, injured first responder

Victor Armaniaco, Disabled First Responder FDNY

Francine Raggio, widow of Eugene Raggio, first responder, Tower 2.

Joseph Finocchio

Howard Lilley first responder upper respiratory sickness

John Casey

Joseph Howard

Gerard J Jordan

Maggie Ciafardini mother of Christopher Ciafardini

Alan Bottega

Beverly D Rosario, widow of Diomedes Rosario Jr., deceased, lung cancer

Brandon Schielke identical twin bother of Sean Schielke Cantor Fitzgerald

Robert J Twomey

Scott Miller

Elizabeth Rego, mother of Leah E Oliver

Christine Baione

Steve Cappello

Walter Dunlop Diagnosed with prostate cancer and melanoma

Nancy Jeanne Walsh. Life Partner of Carol Flyzik, killed in airplane, hitting the north tower.

Cheryl A Ives

Curtis Brewer, Widower of Carol Demitz, Tower 2

Ernest Long, first responder, diagnosed with rhino sinusitis

Kathleen M Wik, Widow of William J Wik, Aon, Tower 2

George P. Oechsler

Thomas Paul Ardito First Responder

Peggy Dobrinski, sister of Denis Germain FDNY Ladder 2

John Mayo

Howard J Kornfeld, Girst responder

Alexander Carroll, brother of Kevin N. Colbert, 89th floor tower 2.

Lisa Clark, widow of Tom Clark, WTC South tower

Richard Villa brother of Sharon Millan MURDERED South Tower

Sheila Ornstein, sister of Andrew I. Rosenblum who died on the 104th floor of the South Tower.

Scott Velazquez

Charles Demitz, brother of Carol Demitz, deceased South Tower

Peter Palella. First responder diagnoses with 3 cancers

Lucille Keefe. Niece of Mary and Jimmy Trentini

Anthony Deblase

Peter Mastroianni, First Responder, diagnosed with cancer

Lawrence Jaszcar, rescue/ recovery worker, southeast sector

Thomas Paul Ardito

Howard Kornfeld

James Schollin, First responder

Virginia Galvan, Sister-in-Law of Nigel Thompson, North Tower.

Charles J. Reilly, Jr. brother of Timothy E. Reilly

Anita Deblase

Steven OBrien twin brother of Scott who was murdered in the North Tower

Shawn Hobson, First responder

Charles Dankenbrink

Melvin Schinasi

Brian Gallagher Career w FDNY ends &forever handicapped due Terrorist Actions Aided by Saudi Arabia

Kevin Wall Brother of Glen Wall

Beverley Cryne sister of William Thomas Dean who dies in the towers

Jose Aquino. Diagnosed with multiple aero digestive disorders.

John Gaynor First Responder

Eranga S. Pieris. Professional singer lost my voice due to severe Asthma

Warren Leggiere, 1st responder, diagnosed with GERD, Barrets Esophogas, and Sleep Apnea.

Patrick J. Cahill (Brother of Scott W. Cahill, North Tower)

Dennis Healy Detective Ret. NYPD ESU Fiest Responder

Michael D'Angelo III, firefighter, lung patient, renal cancer patient.

John Eric Olson, widower of Maureen Lyons Olson, North Tower

Jaime Hazan, Volunteer EMT

Stephen Cryne Brother in law of William Thomas Dean who died in the Towers on 9/11

Jerry F Marinich First Responder

Dianna Viera

Survivor living across the street from South Tower. I have lost my home my business and health.

Adam Cryne Nephew of William Thomas Dean who died in the Towers on 9/11

Anthony J. Raganella, Disabled First Responder

Ursula Broghammer, Widow of Herman Broghammer, Tower 2, AON Corp.

Sarah Cryne Neice of William Thomas Dean who died in the Towers on 9/11

John Doe, First responder, diagnosed with multiple illnesses

Sharon Navarro Ferrara

Kevin J McEnery. FDNY

Angela Allegretti

Steven A. Cohen, worked within 1000 feet of WTC and diagnosed with cancer 3 times

Richard D Abbate permanent disabilities COPD, torn shoulder,

James Vaughan, diagnosed with cancer

Brian Flannery, widow of Christina Flannery, south tower

Ella Khalif widow of Boris Khalif (Tower 2)

Angel Pabon III Son of Angel M Pabon Cantor Fitzgerald

Y. Pabon WIFE of Angel M. Pabon

Madeline Bergin, wife of firefighter John P. Bergin

Sol Reischer, worked 2 blocks from site, American Stock Exchange, multiple skin cancer

John Fernandez

Arthur Dalessandro, first responder

Pegeen Cushing Daughter of Patricia Cushing Flight 93

Yoel Lebel

V. Pabon - Duran Duaghter of Angel M. Pabon Cantor Fitzgerald

Juan Hernandez. Victim of 911. Battling cancer.

Peter Godoff husband of Cancer victim and victim of chronic severe sinusitis

Frank Ruggiere, father of Bart Joseph Ruggiere

Donna Reina

Linda Bodian mother of Laurence Polatsch

Denise Fernandez

Katie Bergin DeNisco Daughter of Firefighter John P. Bergin

First responder, Carmine Feola

George L Gabriel, Brother of 1st Lt Richard P Gabriel USMC Retired, AA Flight #77

J Allen, First Responder Ground Zero

Anthony Irizarry

Joseph Rollek, cleanup worker, diagnosed with pulmonary fibrosis

John Hawthorne

Mike G, first responder. Have multiple 9/11 related medical problems.

Karen Palmer, mother of Seth Palmer who was diagnosed with leukemia and died

Asif Iqbal, first responder, diagnosed with asthma

Paul Dieringer- Permanantly disabled Firefighter due to 9/11 attacks

John Bergin Jr. Son of firefighter John P. Bergin

Maria Begeleus, Injured Victim

Regina C. Gans

Maryanne Farrell, widow of John Farrell, WTC

Sean O'Rourke First Responder 9/11/01

Lee Desposito First Responder

Patrick Smith

Michael Adams, brother of Shannon Adams

Graciela D Fernandez

Robert T. Folger

Steven Friedlander, son of Alan Friedlander, killed in Tower 2.

Shannon Bergin Daughter of firefighter John P. Bergin

Angelic Suarez, sister of FF Anthony Rodriguez

Neil Ferro, Diagnosed with lung cancer

John Tyson Construction Worker Diagnosed with cancer

Steven Eckna

James J McGee

Joseph M. Frosch, 1st responder

Chris Beaven, son of Alan Beaven Flight 93

Curtis Jackson

Sharon Brice Widow of Thomas Brice who passed away from 9/11

Charles G. Wolf, Widower of Katherine Wolf, 97th Floor, WTC Tower One

Theodore Oliver

William G Bach, FDNY Lt. ret., diagnosed w cancer.

Jose Crespo First responder

Thomas H Edwards - brother of victim Lynn Edwards Angell and my brother-in-law David Lawrence Angell

Philip J Maldari

Richard Mcdonagh first responder diagnosed with cancer

John Johnstone

Edward Gardner

Emily Beaven, wife of Chris Beaven, son of Alan Beaven Flight 93

Michael L Baltzer, First Responder

Stephanie Minardi, widow of William G. Minardi, Tower 1

Charles G. Fry, father of Peter Christian Fry

Lauren Lewis, widow of Matthew O'Mahony. North Tower

Joyce Giannotti, survivor with cold and colon cancer

Steven Hoehlein

Frank DiGiovanna worked on the NYSE I now have multiple illnesses from the air toxicity

Angela Gitto Widow of Salvatore Gitto Killed in Tower 1

Edwin Jimenez, First Responder

Wendy Feinberg Widow of FF Alan Feinberg

Fernando J. Grimaldi, Disabled first Responder

Pat Hoehlein

Howard Kornfeld

Patrick Forbes

Robert O'Brien

Ronald Brumbaugh, First responder, diagnosed with cancer.

James B Ahern

Ronnie J. Gies

Brian OConnor, retired FDNY, diagnosed with multiple ailments/cancer

David Bruce, brother of Mark Bruce, South Tower

Anastasis Amanatides, First Responder

Joseph Berardi, First Responder,

The Mark Bruce Family, South Tower

Tara Edgette, daughter of firefighter Alan Feinberg

Michele Mason, NYPD

Michael Feinberg, son of firefighter Alan Feinberg

Jasmine Victoria, Daughter of Celeste Torres-Victoria, North Tower

Tara Bayer sister of Scott McGovern died in WTC

Kristin OConnor, wife of sick FDNY responder

George Burke, son of Thomas Burke, killed 9/11/2001

Felix Berrios

Cathie Ong, sister of Betty Ann Ong, American Airlines, Flight 11, Flight Attendant.

Chuck Downey

Melissa Downey daughter in law

and deprived the world and his family of a singular person-the loss of a universe.

George A Dobson - Voluteer Medic - various debilitating conditions

Beth Ann Rasweiler-Griffin sister of Roger Mark Rasweiler

Felix Berrios/ First Responder

Carla Maria Bruno (Volunteer)

Denis Twomey, nephew of murdered 9/11 victim of Robert Twomey

Olivia Downey granddaughter

Richard L Tompkins Survivor Prostate and Skin Cancer diagnosed as a result of 911

Scott Guido

Emma Downey granddaughter

Kimberly Trudel, widow of Frederick Rimmele III (UAL 175)

John Beaven, son of Alan Beaven, Flight 93

RET DET Veronica Doyle first responder diagnosed with cancer.

Joseph Maffeo, brother of Jennieann Maffeo.

Brett Eagleson, son of Bruce Eagleson South Tower WTC

Peter LaCorte, twin brother of Andrew LaCorte

Joseph Perroncino's sister Debra Cassano

Gary A Grisolia

Lorraine Spear Catalano, widow of FF Robert W Spear Jr.

James Carr, First Responder diagnosed with Obstructive Airway Disease

Robert Smagala

Gary Michael Lamb

Rafael Badillo First Responder

Guy DALESSIO first responder, diagnosed with Asthma

Jason Sherman widow of Toyena Skinner, tower 1

Daniel Danilczyk

Michael Briskie, First Responder

Sandy Balbin First Responder

Lorraine Spear Catalano, widow of FF Robert W Spear Jr.

Michael Burns, brother of FDNY Asst. Chief Donald Burns, City Wide Tour, deceased in the South Tower

Lewis Christie

M. Lafuente

Terence McGorty, Survivor, diagnosed with cancer and multiple respiratory diseases

Merrilly Noeth, mother of Michael A. Noeth. I could not agree more. Success most important.

Derek McCrann, Don of Charles McCrann, killed one Tower 1

Michael J Deloughery Widower of Colleen Deloughery wtc

Nina Barnes sole surviving 1st cousin to firefighter Durrell V. Pearsall FDNY

Maxine McCrann, Daughter of Charles McCrann, killed one Tower 1

Jay I. Kopstein, Deputy Chief, NYPD (Retired)

Nikita Shah

Michele McCrann, widow of Charles McCrann, killed one Tower 1

Robert Mecalianos, First responder, diagnosed with cancer.

Michael D. Deloughery Son of Colleen Deloughery wtc

Terrence Smithson

Korin Perry

Steven Pitz First responder on 911 FDNY

Dallas McKinney, brother to deceased victim Darryl L. McKinney

Amanda Deloughery Daughter of Colleen Deloughery Wtc

Thomas Gitto

Howard Rice. Worker for port authority Structural Dept Carpenter. Multiple surgery's survivor

Robert J. McGrory, First responder

John Botte First Responder Diagnosed with RADS, Interstitial Lung Disease, GERD, Neurological Disease

Michael Stevenson First Responder Diagnosed with Multiple problems

James Meehan First Responder

Kayla Fallon Arestivo

Tom E. Carmody, responder, witness to South Tower collapse, cancer victim/survivor

Haley Wodenshek, Daughter of Christopher Wodenshek, victim of 9/11 attacks

Svetlana and Arkady GETSELIS, survivors both diagnosed with cancer

Alexander Uman, son of Jonathan Uman

Cathleen A Martineau, Sister of Brian E. Martineau Tower 1

John Fritz Responder to 911

Anthony Amato, brother in law of 21-year-old Thomas Ashton, WTC North Tower

James W. O'Grady, Father of James Andrew O'Grady, Tower 2

Richard Rosenblum, brother of Andrew Ira Rosenblum

Mary Buckley, Sister of 21 year old, Thomas J. Ashton, WTC North Tower

Carol Gies- widow of Lt. Ronnie E. Gies FDNY

Mr M Napolitano

James Grant First Responder

Marvina Baksh sister of Michael Baksh Tower 1 .

John R Fritz Responder Cancer Victim

Sara H. O'Grady, Mother of James Andrew O'Grady, Tower 2

Thomas Gies- son of Lt. Ronnie E. Gies FDNY

Gregory Gitto, Son of Salvatore Gitto, Tower 1

Kevin Conroy Nyc Sanitation Employee First Responder

Michael G Doyle

Ronald Nafey, Port Authority Detective and survivor. Bldg.5

Greg Manning first responder diagnosed with asthma

Cass Baksh - Hussain nephew of Michael Baksh Tower 1

Angie Conroy, wife of NYC First Responder,

Natalie Imburgio first responder diagnosed with cancer

Nissa Youngren, daughter of Robert LeBlanc, United Flight 175

Pedro Torres, responder, witness to South Tower collapse

Ronnie Gies- son of Lt. Ronnie E. Gies FDNY

William S Horton Cancer

Martha Nunez

Kaitlin Farrell Mullen

Ronnie and Ed Martineau, Parents of Brian E. Martineau Tower 1

Marvina Baksh sister of Michael Baksh Tower 1

Eugene Buckley, Brother-In-Law of 21 year old, Thomas J. Ashton, WTC North Tower

Traci Bosco widow of Richard E Bosco Tower 1

Robert Gies- son of Lt. Ronnie E. Gies FDNY

Bernard Polatsch MD, father of Laurence Michael Polatsch

James Montagnino

Adrienne Pearl, daughter of David Agnes tower 1

Albani Themo, responder

Warren H. Colodner, widower of Patricia Colodner

Donna Hansen, diagnosed with cancer

Kathleen B. Reed sister to Donald J. Burns FDNY Assistant Chief

James R McGinnis

Kaitlin Farrell Mullen, child of John W Farrell, South Tower

David R Creo

Albert Pearce

FF Stephen Fazio

Dino Chirco, Disabled and Retired FDNY Fire Marshal, diagnosed with lung disease,gerd,ptsd.

Sonia Hill

Michael Ginex, Tower One Survivor, diagnosed with cancer.

Laura Tavoulareas, wife of permanently disabled 9/11 firefighter
Linda Chirco, spouse of retired and disabled FDNY Fire Marshal
Keri S. Murphy
Ronald G Dykes first responder with cancer
Madeleine Zuccala, Widow of JOSEPH J. ZUCCALA, Tower 2, 81st.Floor
James Huibregtse, cancer survivor.
Semen Burd
Dennis McGinley, brother of Daniel F. McGinley, 89th Floor, South Tower
Ronald Rego, Survivor of 2 cancers from WTC
Kathleen Montague
Sgt. Mahaan Chandu, NYPD
Cancer recipient from Ground Zero
Christine Foti, NYPD First Responder, Diagnosed with CANCER
Kathleen Zapata, daughter of Joseph Coppo
Charles Piotrowski Firefighter PTS
Joseph Bisogna
Erin Jackman, Sister of Brooke Jackman, Tower 1, age 23
Irene Porges, First responder, diagnosed with leukemia, vocal cord disease, etc.
Kenneth C Gustavson
Bruce Ehrich
Marie Polite injured editing the World Trade Center
Jack Loeb, diagnosed with cancer
Francis Foti, NYPD First Responder and spouse of First Responder diagnosed with cancer
John A. Farrell NYPD Retired, suffering from bladder cancer
Michael Grennan, retired NYPD first responder, diagnosed with cancer.
Rose M. Kazi, sister of Juan M. Lafuente died in North Tower.
James Kemp sick First Responder
Allan Tarasiewicz son of firefighter Allan Tarasiewicz.
Kevin P. Hayes
Lisa Winckler daughter of Odessa McKenzie worked for Bank of New York
Mark E. Klingner
Bruce Ehrich first responder diagnosed with cancer Hogkins Stage IV
Nelson Ortiz, First Responder, diagnosed with Prostate cancer
Donald Anderson First Responder
Craig C. Groth, first responder
Carolann Kemp Wife of sick First Responder
Christopher Castro
George McQuade, retired NYPD,, cancer and multiple health issues from 911
Richard Olmo First responder
Michael ONeill first responder, diagnosed with cancer, acid reflux, asthma, sinusitis
John Gaynor First Responder

Cecilia Foss
Detective William Baker, Nassau Police Dept. Bomb Squad
Cristen Staiano, daughter of firefighter Michael Fiore
Lynnette H Rodriguez
Patricia Scudder, sister of Christopher Robert Clarke, South Tower
Thomas Biscione First responder
Henry Feingersh, Air Quality Meteorologist, diagnosed with cancer
David E Goldstein sickened firefighter ladder 106.
Chris Phelan (brother of Thomas Phelan FDNY) deceased from 9/11 cancer.
Paul Cicero retired Port Authority Police Officer ESU
Nancy Palermo, First responder
Larry Hawk
George Morell
Linda Hanna, wife of FDNY Firefighter Mike Hanna
Susana Gomez- Cancer diagnosed
Brian D Cross
Anthony P. Goetz
John Seymour, my mother Jacqueline June Norton and her husband were on flight 11.
Mary Snyder Coolican, Sister of Leonard J. Snyder, Jr.
Constance G. Finnicum, sister of Richard S. Gabrielle, Tower 2
Daniel Barkow widower of Colleen Barkow Tower 1
Willam Connell, first responder, diagnosed with multiple cancers, Melanoma, and throat tumor
Iliana McGinnis wife of Thomas McGinnis North Tower 92nd Floor
Erin Eagers- Sister of FF Timothy Patrick McSweeney Ladder 3
Joanne McAlary Sullivan, sister of James J. McAlary, Jr. WTC1
David E Goldstein sickened firefighter ladder 106
Robert Gianotti, first responder diagnosed with 2 cancers.
Marc Carozza
Larry Hawk executer for the Phyllis Hawk estate
Tina Lampart, widow of Firefighter Paul John Gill, Engine 54
Antonio Chevalier first responder 9/11
Edward Szubski first responder diagnosed
Louis Femia, diagnosed with COPD, asthma, Rads and sleep apnia
Rose M. Kazi, sister of Juan M. Lafuente who died in North Tower.
Thomas Buckley First Responder - Diagnosed with Cancer.
Doug Copp
Richard B Naiman, Son of Mildred Rose Naiman, Flight 11
Patricia Kellett, Widow of Joseph Kellett, North Tower
Michael Anderson
Michael Lifschutz, lower Manhattan survivor, diagnosed with cancer.
Daniel Drago, First Responder diagnosed with cancer

Joseph R. Vizzini

Julie Anne Kellett, Daughter of Joseph Kellett, North Tower

Margaret LeVeen, daughter of Jeffrey LeVeen

Joseph Tortorella, Structural engineer on site, diagnosed with cancer and respiratory illness

Ira Chinsky, has contacted leukemia due to the Saudi backed attack on the World Trade Center.

Janice T. Howard- Battaglia daughter of Joseph Howard

Cameron Marie Kellett, Daughter of Joseph Kellett, North Tower

Joseph Owens son of Peter, Tower 1

Deborah Gianotti, wife of first responder Robert Gianotti diagnosed with 2 cancers and

Casilda Rivera

SGM Jason Zeller

Deborah Trueman

Dana DeNiro, step-daughter to F.F Peter J. Carroll Squad 1

Loretta Petronzi

James Cahill, Father of Scott Cahill, Cantor Fitzgerald, North Tower 104th Floor

Gabriel C. Darretta

Paul Zane Brown, volunteer responder diagnosed with cancer

Richard Mercedes, First Responder, Chronic Asthma

Stacey Dolan

Marc Carozza

James Zaccoli, Son of Joseph Zaccoli, Tower 1

Florence Darretta

Hector Betancourth

Mary Tselepis, Widow of William P. Tselepis Jr. Tower 1

Linda Cahill, Mother of Scott Cahill, Cantor Fitzgerald, 104th floor, North Tower

Andrew McDonald

James Mills First Responder FDNY Diagnosed with Asthma For Life

Patrick Cahill, Brother of Scott Cahill, Cantor Fitzgerald, 104th floor, North Tower

Joseph l Stravato, diagnosed with cancer

Hanser Hernandez, permanently disabled due to 9/11/2001 injuries.

Thomas Theurkauf

Kaylene Zuccala sams

Alfred Messina, diagnosed with cancer

Mindy Hersh

John d lightsey

Brother of Andrew Garcia (Sunny) died aboard United Flight 93

Howard Morgenstern, Brother of Nancy Morgenstern, Tower 1

Joan R Pearsall

Ray Tashji diagnosed with cancer

M.Padilla

M.Vazquez

Sheldon Pincus Survivor

Robert Coffey, First responder

James Fox

Brother-in-Law Andrew Garcia (Sunny) died on United Flight 93

Patsy Natale, first responder diagnosed with kidney cancer.

Arthur Davis NYPD

Amy B. Stabile, daughter of Herman Charles Broghammer, Tower 2

Don't allow another act of aggression against USA. We deserve better. Daniel Maloney cancer.

Mark A Franks, First Responder,

Andrew Williams, brother of Brian Williams, North Tower

Daniel S Tanaka, Sick responder

Armondo Cordone, first responder Diagnosed with Cancer.

Michael Mollaghan

Marshall Pereira

James Legg First responder, diagnosed with C.O. P. D.

Michael Folger

Kenneth Quinn, First response diagnosed with asthma

Daniel Maloney cancer victim.

Peter DeMartino Triboro Bridge & Tunnel clean up worker - Prostrate Cancer

Mary L. Ferguson widow of George J Ferguson

Erin Coughlin daughter of John Coughlin, Tower 2

Gary A Grisola

Alicia Fox wife of James Fox

James Livingston

Janice Hart, Sister of Jeffrey Schreier, Tower 1.

Maria Cheung

Charles Gambino, First Responder

Patricia Wodenshek, Sister of Chris Wodenshek, Tower 2

Phyllis Schreier, Widow of Jeffrey Schreier, Tower 1.

Jim Livingston First Responder, diagnosed with cancer

Brian Moroney, Brother of Dennis Moroney, Tower 1.

Catherine Gambino, Wife of First Responder

Jeannine Daly, sister of Christine Barbuto. American Airlines Flight 11

Philip Grimaldi first responder disabled from 911

Richard Barrett Ret. First Responder diagnosed with cancer

David Hart, Brother-in-law of Jeffrey Schreier, Tower 1.

Wanda V Hernandez Mother of victim Monique E Dejesus.

As a fireman who is battling numerous respiratory ailments and a rare blood cancer

Linda A. Roche, survivor with cancer.

Anne Leddy

Joseph Gileza Diagnosed with prostate cancer

Denise Kelly First responder, diagnosed with cancer

patrick conroy first responder disabled member of the FDNY

Adam Hart, Nephew of Jeffrey Schreier, Tower1.

Joshua Fox son of James Fox a (First Responder) Dad has bladder and Lung cancer

Doug Maurer FDNY

Just want a fair hearing

Frank ciaravino, first responder, diagnosed with cancer

Martina DeSimone, sister of 23-yr old Christian DeSimone 100th floor Tower 1

Pamela Weiss sister, Laura Brooke Weiss daughter of Geraldine Weiss NYSC

Adina Hart, Niece of Jeffrey Schreier, Tower 1.

Patricia Goss First Responder

Michael Higgins FDNY first responder

Gillian Daly, niece of Christine Barbuto, American Airlines Flight 11

Bettyann Martineau

German antonio Rodriguez

Lillian Gatti, Widow of Albert J. Gatti. First Responder, diagnosed with Lung Cancer.

Crystal S Lee

Firefighter NYC.

Michael Egan NYPD

Joshua Behar, Nephew of Jeffrey Schreier, Tower 1.

Marlyn Weeks-Taylor. Returned to work On Wall Street 3 weeks after 911

William Devine, first responder, diagnosed with multiple pulmonary ailments

Karen Hinds, Widow of Neil Hinds Jameer Hinds, Son of Neil Hinds

Theresa M. McDonald, niece of James and Mary Tentini murdered on flight from Boston.

Paul Barbara

Suri Morgenstern. - mother of Nancy Morgenstern 31 yrs old - North tower

Anne Brewer, Daughter of Carol Demitz, Tower 2

Harold Valencia, first responder diagnosed with asthma, COPD and other respiratory ailments.

Tracy Taback Catalano daughter of Harry Taback WTC TOWER 1 100th floor

Charles J. Healey Retired Firefighter FDNY Engine 279(cancer survivor)

Robert Ciccarello

Kenneth Hughes, Son of Timothy Hughes, Tower 1

James Fox First Responder- diagnosed with Lung- Bladder and skin cancer

Robert Novotny, Brother of Brian Novotny

Rosemarie Hohmann, widow of Firefighter Jonathan R. Hohmann, Tower 1, HazMat 1

Jo Ann Howard wife of Joseph Howard

Erik Baltz- First Responder with multiple illnesses due to 9/11

T. Blumbergs

Sylvia Ciccarello

Kris Blood

Tina Albucker I worked in a close vicinity to ground zero and was diagnosed with breast cancer

Brian D Cross

John Gregorek

Anthony Santamarina Jr. First Responder

Michael Blood

Alexandria Catalano granddaughter of Harry Taback North Tower WTC

Tarah Beaven, spouse of husband who's father died on flight 93

Michael Salica. FDNY. Firefighter. I responded on 9-11-01 and witnessed that terrorizing crime

Madeline Blood

Anthony Santamarina Sr. First Responder FDNY Died of Cancer 2008

Anna Dalpozzol

Daniel Black first responded diagnosis with cancer

Sondra Giaccone, wife of Joseph Giaccone, Director of Global Infrastructure, Cantor Fitzgerald

James k. Lang brother of Rosanne Lang uncle of Brendan Lang

Robert Dalpozzol

Shawn hobson, First responder

Greg Benderoth, First responder

Jeremy M. Krist brother of Christopher Lee Burford, Pentagon

Linda Floch

Donna Smith-Yule, wife of James Gregory Smith

Ciro DiMeo

Annette T. Mair, sibling of Linda Mair Grayling, assassinated in the 9/11 Terrorist Attack.

Daniel Black first responder diagnosis with cancer

Dyan Zinzi widow of Michael J Zinzi, Tower 1, 100 th floor

Brian Hughes

Laura Iskyan, sister of John F Iskyan, Cantor Fitzgerald

Maryann Colin

Dean Zinzi son of Michael J Zinzi, Tower 1, 100th floor

Gibson Craig fdny special operations kidney and lung disease ptsd

Tanya merentis

Cynthia tumulty-Ollemar

Anthony DePellegrin first responder

Philip von Preysing, resident of Battery Park City on 9/11 diagnosed with cancer.

Theresa Vesnesky, sister of Mary Ellen Tiesi, Tower 2 & Survivor

Keith A Hulse

Jeffrey Antonsen

Mike Ryan

Ben Wainio father of Hinor Elizabeth Wainio Flight 93 Passenger

Raymond hart

Emma Downey granddaughter

Michael Barbella- brother of James William Barbella

Soner Isbilir

Matthew Kelleher. first responder, cancer diagnosis.

Paige Robinson

Andrea Russin, Wife of Steven Russin

Carolynn Iskyan, daughter of John F. Iskyan, World Trade Center - North Tower

Alec Russin, son of Steven Russin

Joseph Baccellieri Jr., First responder who has been battling cancer and related complications. First responder

Armand Reo. Father of victim John Armand Reo.

James J Oliver, brother of Edward K Oliver North Tower 92nd floor

Timothy Eagleson son of John Bruce Eagleson

Ariella Russin, daughter, born after death of Steven Russin

Shawn McLaughlin First Responder diagnosed with many ailments

Olivia Russin, daughter, born after death of Steven Russin

Sean Sullivan, diagnosed with two cancers

Denise Randolph

Joseph Tenneriello, there on 911 and diagnosed with cancer.

Patrick H Coscette NYPD DET. RET.

Joanne Fletcher sister of Andrew LaCorte

Shaun O Sullivan

Deborah Calderon

Pedro Rodriguez father of firefighter Anthony Rodriguez

Darren Cefalu, Brother of Jason Cefalu, Tower 1

Christine Araman, victim and crime victim of the immediate aftermath of 9/11

Patricia Coppo, widow of Joseph J. Coppo

Michael Fuller first responder with stage 4 pancreatic cancer

Michael Mohr, First responder, Diagnosed with cancer.

Chris J Maldonado, Son of Debora Maldonado of Tower Two

Dominic Puopolo

Jessica Trant, daughter of Daniel Patrick Trant, Cantor Fitzgerald, died in North tower

Juan Martinez

Deborah Calderon widow of Edward Calderon First Responder

Sunni Fuller thyroid cancer was in area of attack

Raymond Downey jr son of deputy chief Raymond Downey sr who perished on 9/11

William T McCann ( First Responder, Rescue & Recovery for 53 days )

Cynthia McKeon, widow of a first responder

Christine DiFilippo

Deborah Calderon widow of Edward Calderon Tower 1

Jeannette Byrd first responder diagnosed with several illness from 9/11

Kayla downey granddaughter of deputy chief Raymond Downey Senior who perished on 9/11

Sean Cahill, son of John Brett Cahill

Michael Fry brother of Peter C Fry

Lacey Downey granddaughter of deputy chief Raymond Downey Senior who perished on 9/11
Eli Downey granddaughter of deputy chief Raymond Dourghty Senior who perished on 9/11
 Brunilda Rodriguez mother of FF Anthony Roriguez
Chloe Downey granddaughter of deputy chief Raymond Dourghty Senior who perished on 9/11
Julia C. Sears, Sister of Carlos Cortes R
Christine Downey daughter in law of deputy chief Raymond Downey
Milena Aquino sister in law of Port authority police officer John Mark Cortazzo
Charles J. Johnson
Santo Baisi
John M Lombardo
Carmen Castiglia widow of Arthur Castiglia diagnosed with Leukemia
Paul Barbara
Leo Aquino brother in law of Port authority officer John Mark Cortazzo
Geraldine Aquino, sister-in-law of John M. Cortazzo,
Sandra Blanding (respondinger) clean- up and recovery
Karrie Castro, daughter of Michael and Kathleen Shearer UA175
Manuel Corte, First responder injured at Ground Zero.
Dana Frank, First Responder with many diagnosed illnesses.
Catherine Mitchell - wife of First Responder
Thomas E. McGoff Retired FDNY Lieutenant First responder on 9/11/01 . many
medical/physical issues.
Eddy Nietzschmann (retired FDNY)
Ronaldo A. Marrero
Mark Buchalski
Arthur Castiglia Jr. son of Arthur Castiglia deceased from 911 Leukemia
Alan Bordeaux
Gwendolyn Hanlon widow of Kevin Hanlon died of lung cancer from wtc 9/11 exposure
Robert Kelly FDNY Firefighter, diagnosed with brain cancer
Jason Klein, Son of Julie Lynne Zipper, Tower 2
David F. Lapin brother of my beloved sister Ruth Shelia Lapin.
Robert McDevitt
Adam J. Castiglia son of Arthur Castiglia deceased from 911 Leukemia
Michael McAndrew,f irst responder,diagnosed with sarcoidosis.
Shawn Lipstein N.Y.P.D. First Responder.
Peter Rodriguez brother of fire fighter Anthony Rodriguez
John w. hagemann, first responder fdny, diagnosed with pulmonary and cardiac sarcoidosis
John LeBlanc, son of Robert G. LeBlanc, United Flight 175
Bruce Ehrich first responder diagnosed with cancer Hogkins Stage IV
Christopher J. Castiglia son of Arthur Castiglia deceased from 911 Leukemia
Terence M. Smith, Jr., son
Thomas E. McGoff Retired FDNY Lieutenant First responder on 9/11.

Deborah Hagerty Loeffler, sister of Karen Elizabeth Hagerty

Thomas Gunn

Christopher Kuchler, Detective NYPD.

Daniel Wolkoff

Jean Gunn

Otelio Maldonado Jr.

Michael Chilton FR diagnosed with rare cancer

Thomas E. McGoff Retired FDNY Lieutenant first responder on 9/11

Philip A Collins

Jamie miller

Patrick J. Stevens

Lori Davies, sister of Joseph Zaccoli, employee of Cantor Fitzgerald

Bret Zaccoli, Brother of Joseph Zaccoli, employee of Cantor Fitzgerald

Juanita Rhodes first responder, diagnosed with cancer.

Ann McMahon, Sister of Brendan Dolan, One WTC

Thomas E. McGoff Retired First responder on 9/11 Engine Co. 217

Melanie Pavelis, daughter of Robert Alan Miller. Tower 2

John day NYPD

Peter J. Forcelli

Bette Cozy, Mother of Joseph Zaccoli, employee of Cantor Fitzgerald

Josephine Chilton wife of FR 100% disabled due to rare cancer and surgery, radiation

Chris Clark

William G. Albino

Santo Zaccoli, Father of Joseph Zaccoli, employee of Cantor Fitzgerald

Robin Hines

Thomas E. McGoff FDNY Lieutenant first responder on 9/11 Eng.217

Anthony Zaccoli, Brother of Joseph Zaccoli, employee of Cantor Fitzgerald

Katina Carroll Sister to Darryl L Mckinney North Tower

Ronald Leyson, First Responder. Diagnosed with cancer and breathing ailments

Thomas E. McGoff FDNY Lieutenant on duty 9/11 Eng.217

Donald Cimino

Ella Khalif widow of Boris Khalif (Tower 2)

Claude Cefalu

Peter Morales First responder, diagnosed with multiple illnesses.

David ilowitz

Thomas E. McGoff FDNY Lieutenant on duty 9/11 Eng.217

Jennifer Reilly, widow of Kevin Reilly FF

Joseph Montalto

Aviv Citron First Responder

James M Fahy - Retired Law Enforcement First Responder/Survivor

Joshua Behar, Nephew of Jeffrey Schreier, Tower 1.

Heriberto Crespo

Robert Kelly, diagnosed with pre-cancerous conditions

Godfrey Azubuike

Mark Morris, resident 6 blocks from towers on Fulton St

Daniel Maher FDNY

Tanya K. Davis, daughter of deceased Mannie Clark, North Tower

Santo Baisi I first responder New York Housing Authority

Cindy Itzkowitz sister of nancy Morgenstern north tower

Robert Chilton s

Heriberto Crespo NYPD police officer skin cancer diagnosed

Mary Taddei, Daughter of Norma C. Taddei, Tower 1

Frances A. LaForte, Widow of Michael P. LaForte

Joseph Frymer

Michael P. LaForte, Son of Michael P. LaForte

Loretta Taddei, Daughter of Norma C. Taddei, Tower 1

Thomas E. McGoff FDNY Lt. E217

Michael Chilton

Salvatore Pennisi Cancer victim

Andrea M. LaForte, Daughter of Michael P. LaForte

Kimberly Meyer, Sister of American Airlines Flight 11 crew member, Kathleen Nicosia

Andrew Taddei, Son of Norma C. Taddei, Tower 1

Erin Coughlin daughter of John Coughlin, Tower 2

Erin O'Connor, Daughter of Richard J. O'Connor, North Tower

Henry Molle FDNY Special Ops 9/11 responder. Diagnosed with Restrictive Airway Disease.

Krystal A. Maldonado, Daughter of Debora I. Maldonado, Tower 1, 99th Floor

Peter Pace I'm a first responder

Lieutenant John Di Rienzo

Raymond M. LaForte, Son of Michael P. LaForte

Virginia Sullivan, Widow of Lawrence Sullivan. First responder, diagnosed with cancer

Mary F. Clark, Survivor

Christine Mooney

Paul Faenza

Jack Wright, Son of Neil Wright (deceased)

Christine Costa, Sister of Dominick Calia, North Tower

Shaya Preiserowicz, downtown worker on 911, diagnosed with cancer

Charles Baskerville. First responder. Cancer

James Stasio

John Schmidlein, Construction Worker, diagnosed with cancer

Kathleen Jordan-Hart, Sister of John Patrick Gallagher

Rubina Cox-Holloway, Mother of Darryl Leron McKinney, 26 yrs old

Diane Ryan, WiDow of Edward Ryan

Joseph Agro

Melanie Pavelis, daughter of Robert Alan Miller. Tower 2

Sheila Brennan-Capparis, sister of Edward A. Brennan III, North Tower

Celine Rose Gallagher, Mother of John Patrick Gallagher

Tim Frolich, Injured Survivor Tower 2

Joseph Morelli 1st responder NYC DEP. Diagnosed with various illnesses

Ricardo Cortes Rodriguez

Tom Wainio, brother of Honor Elizabeth Wainio, passenger on Flight 93

Mariza Calderon Tangredi, sister of Edward Calderon,

Delroy Nelson son of Karene Gordon

John A. White, first responder, diagnosed w/prostrate cancer, operation to remove prostrate.

Bruce Kessler,

Thomas Duggan

Meredith Fry, Taylor Fry, Caley Fry widow & daughters of Peter Christian Fry Tower 2

Shelley Crant-Baggot, sister of Denise Elizabeth Crant, Tower 1

Jillian (Birnbaum) Eisman, sister of Joshua Birnbaum, Tower One

Ellis Crant Jr., brother of Denise Elizabeth Crant, Tower 1

Richard Eisman, brother in law of Joshua Birnbaum, Tower One

Patricia Wiswall, Widow of David Wiswall, Tower 2

Brandon Heagle

Isabel McManus - Diagnosed with throat diseases and breathing problems

Joseph Gallagher

Gladys Faccini, diagnosed with a terminal rare cancer

Kristina deJong (Pelletier), sister of Mike Pelletier, Cantor Fitzgerald, Tower 1

Joseph Avignone, First Responder

Yngrid García

Thomas Finnerty WTC worker

Richard Klares junior son of Richard Klares South Tower

Craig Harris, son of murdered Stewart D. Harris in WTC

Gerald Maloney, Merrill Lynch VP diagnosed with Prostate cancer

Brandon Heagle

Donna Reina

Kenneth Murray, survivor

William Watson

William Cooper

Rocco Aquilone, First responder, diagnosed with cancer'

Michael Moy, First Responder

Kevin Burns

Awilda Asencio-Nunez,

Graciela D Fernandez

Catherine Maloney, wife of a Prostate cancer victim.

Patricia DeAngelis, widow of BC Thomas P DeAngelis

Joseph Ryan

Leonel Diaz brother of Nancy Diaz, N Tower

Jaclyn Shapiro daughter of Jody Tepedino Nichilo

Alexander P. Aranyos, Father of Patrick M. Aranyos, Euro Brokers, South Tower, WTC

Peter C Freund, son of Peter L Freund, Lieutenant Engine 55.

Carmen Diaz mother of Nancy Diaz, N Tower

Nicole DeAngelis, daughter of BC Thomas P DeAngelis

Andrew A Duffy FDNY Ret cancer diagnosis

Leslie Stewart with COPD from 9/11 and dying.

David Cano

James D. Forger, Verizon recovery worker

Leocadio Diaz father of Nancy Diaz, N Tower

Daniel Cano

Linda Smagala Kuzmiskas sibling of Stanley S Smagala Jr, NYFD E226

Matthew Cano

Kevin Quirk

Charles Sciametta, Worked at 1 Liberty Plaza. Diagnosed with throat cancer 2009

Michael Burns, NYPD first of the first responder

Belkys Diaz sister of Nancy Diaz, N Tower

Hugo Sosa

Matthew Cano

Matthew Sherman 1st responder Nypd

Raj B. Thackurdeen

Scott Naiman on behalf of Mildred Rose Naiman family, Flight 11

Jeffrey T Anstead

Gladys Faccini, diagnosed with a terminal rare cancer

Diane Starita Renzulli

William Biggin NY City Firefighter

Kaila Starita

Patricia D. Clark, Mother of Thomas R. Clark, South Tower

Jason Starita

Joseph J. Goffio

Joseph Ferriolo, first responder, diagnosed with Asthma, sleep apnea, gerd.

Tracey Osborne

Glenn Jirka, first responder, diagnosed with cancer

Tin Tao

Richard J. Clark, Father of Thomas R. Clark, South Tower

Jon Mcgillick first responder diagnosed with cancer

Anthony Delgado First Responder

Tracey Osborne-Sister of Christopher R Clarke Tower 1

Acisclo Melendez First responder diagnosed ashma

Daniel John Wright, Son of Neil Robin Wright (deceased) North Tower

A.D. Silecchia, Chief Bldg Engineer in exposure zone. Prostate Cancer, still not cured, chronic.

John Capizzi

John J Hanglow first responder, diagnosed with multiple cancers

Michael Smith, first responder, diagnosed with cancer

Richard Kalb, local worker with Bladder Cancer

Howard Rice. Worker for port authority Structural Dept Carpenter. Mutilple surgery's survivor

Lawrence Gould first responder

Melvin lewis Son of Margaret S Lewis,19yrs tower 1. Bring to justice in person!

Corinne A Warnock sister of FF Henry A Miller Jr L105

Mary Kate McErlean, daughter of John T. McErlean, Jr., Tower 1

Wayne Miller brother of FF Henry Miller L105

Sheila Merritt

Michael Stern

Joseph J. Goffio

Dorothy Bogdan Widow of Nicholas A Bogdan WTC

Nicholas W Bogdan son of Nicholas A. Bogdan WTC

Bernard Warnock Brother in law of FF Henry A Miller Jr L105

Emily A Bogdan Daughter of Nicholas A Bogdan

Lisa Friedman widow Of Andrew friedman, north Tower, 92nd floor

Dianne Davis widow of Carlton Davis first responder clean up who died from 5 types of cancer

William G. Albino

Veronica Klares, widow of Richard Joseph Klares, Tower 2

Victor Salimeni

Mary c Vogt - sister of William g minardi north tower cantor Fitzgerald

Mildred Varela

Harry Waizer, North Tower burn surviver

James Burghardt, NYPD Investigator diagnosed with CLL, PTSD, Rhinitis, Sleep Apnea etc

Catherine Murray, widow of Lt. John P. Murray, FDNY

Andrew Williams, brother of Brian Williams, North Tower

Allison McErlean Gerstenfeld, Daughter of John T McErlean Jr., North Tower

Robert A. Rosenfeld

Kevin Hood, First responder

Richard Joseph Klares Jr., son of Richard Joseph Klares, Tower 2

Kenneth Hughes, Son of Timothy Hughes, Tower 1

Meryl Mayo widow-Robert J. Mayo-Fire Safety Director WTC murdered while aiding in evacuating people

Barbara A Waldron widow of John F Waldron

Julie Burghardt, spouse of NYPD responder

Scott Klares, son of Richard Joseph Klares, Tower 2

First Responder Steven Hanly - NYPD

Stephen Dux

Sheila Merritt

Cary Walsh First Responder

Jo Anne Bruehert, wife or Richard G Bruehert, WTC1

Douglas Klares, son of Richard Joseph Klares, Tower 2

Joseph c Azzaretto Sr. First responder

Robert Powell, office worker diagnosed with cancer

Disabled firefighter who has had lung cancer and other illnesses due to 9/11 attacks.

Chantal Paultre widow of firefighter Jacques Paultre 1st responder died of cancer

John Lombardi First responder

Mark Lunden, Brother of Michael Lunden, 1 WTC

Kevin Clearly First Responder diagnosed with Cancer

Christina Bruehert, daughter of Richard G Bruehert, WTC1

Corbin Mayo, Son of Robert J. Mayo

Danielle Bruehert, daughter of Richard G Bruehert, WTC1

Shirley D. Henderson Widow of Ronnie Lee Henderson, Tower 1Sgt.

Michael Torpey NYPD diagnosed with cancer

Stacy Shanahan

Kevin Mount

Joseph byrne fist responder

Heidi Mount

John Crowe, First responder diagnosed with COPD and cancer

Frank damico

Thomas F Walsh -Survivor diagnosed with cancer

Doron K. Henderson, Son, of Ronnie Lee Henderson,

Roxann M Giordano widow of firefighter John J Giordano

William V. DeMorris, III - Volunteer - Diagnosed with Cancer

Hashim A. Henderson, Son, Romnie Lee Henderson, Tower 1, NYC FF killed on 9/11

Nathan Leaflight, brother of Alan Lederman, Tower 2

Patricia Kalbouros sister of deceased Detective First Grade Kevin Czartoryski First Responder

Rochelle Gordon

Wayne Sforza Jr, Active FDNY First Responder on 09/11/2001

Emily Motroni Widow of Mark Motroni Tower 2

Diane Ballek sister of deceased First Grade Detective Kevin Czartoryski First Responder

Kelly A. Brennan

Lory Finocchiaro

Courtney C Forbes diagnosed with lung disease.

Dennis J Lynch

Kelly Coyle

Carol Motyka sister of deceased First Grade Detective Kevin Czartoryski First Responder

Kathleen K Lozier, wife of Garry Westervelt Lozier, Tower 2

David Guriel, First Responder, diagnosed with Sleep Apnea

Victor o. Marzano First Responder diagnosed with Stage 3 Throat Cancer

Janice T. Howard- Battaglia daughter of Joseph Howard

Stephen D Kane

Nancy Zuckerman, widow of Alan Jay Lederman, Tower 2

Angela Keating

Elizabeth Navarro

Robert Czartoryski brother of deceased First Grade Detective Kevin Czartoryski First Responder

William Donohue First Responder

Catherine Kross

William J. Eagleson (brother of John Bruce Eagleson)

Robert T Urgo, FDNY fireman diagnosed with cancer. JUSTICE!!!

Edward Navarro

Sharon Cahill, wife of John Brett Cahill, United Flight 175

Marisol alba

James J Holmes FDNY retired & sick from 911

Diane Cuff, sister of William Johnston, Fire fighter, Tower1

Andrew LeVeen, son of Jeffrey E. LeVeen

Mary Dunne, mother of Christopher J. Dunne

Carolyn G. McAllister, Sister of Andrew Garcia killed on Flight 93

Gary Lang, brother of Rosanne Lang, North Tower; Uncle of Brendan Lang, South Tower

Anthony Amato, brother in law of 21-year-old Thomas Ashton, WTC North Tower

Patricia Wodenshek, Sister of Chris Wodenshek, Tower 2

Kathleen K Lozier, wife of Garry Westervelt Lozier, Tower 2

John M Comparetto, a first responder (retired) diagnosed with cancer.

Mart Ellen Ferris First Responder diagnosed with health issues

Tracey Freeland

Julie Burghardt, spouse of NYPD responder diagnosed with Leukemia & multiple other chronic diseases

David Cushing, son of Flight 93 passenger Patricia Cushing

Joseph Delfino

Marcela Leahy, Widow of Police Officer James P Leahy, Tower 1

Tassos Philippskos, a cancer victim due to Sept. 11 tragic event.

Jon Vandevander

William Fullam First Responder, diagnosed COPD

Joseph Costa

William Brennan

Kathleen D'Amico, niece of James & Mary Trentini

Joseph Webber, Survivor & First Responder

Victor Nicholasi first responder

Druanne Dillon, widow of Dr. Paul Bekowies

Evelyn Rodriguez, widow of New York Firefighter Anthony Rodriguez

Vincent D. Yanni Jr., first responder

Timothy McErlean, son of John T. McErlean Jr.

Chris Grogan NYC Carpenter

Edward Wilkowski First Responder diagnosed with cancer

Donald M DiDomenico, diagnosed with COPD

Angelic Suarez, sister of FF Anthony Rodriguez

Mr. Steven F. Magri diagnosed with asthma, cancer, certified by world trade center health

Mary Lynn Tierney, Ret.Dep. Fire Commissioner FDNY, Collapse Survivor, with World Trade
Center Cough

Maurice LaShambae

Joseph ryan

Steven Bryson, First Responder, diagnosed with cancer.

Martin Rosenbaum father of Brooke David Rosenbaum Tower 1 Remains never found

Joseph Pollini

Danielle Cowan, daughter of Chief of Department Peter J Ganci Jr.

Danielle Bryson, Wife of First Responder, diagnosed with cancer

Marivel Guerra

Howard Barnes

Fern Rosenbaum Stepmother of Brooke David Rosenbaum, remains never found.

Troy Manigault

Paul DiAgostino, brother of Michael Louis DiAgostino, Tower 1

Judith Hocknell worked down town and was diagnosed with colon cancer

Clara DiAgostino, mother of Michael Louis DiAgostino, Tower 1

Troy Manigault

Carlo DiAgostino, father of Michael Louis DiAgostino, Tower 1

Eric Reiss cancer survivor

Lisanne Mackenzie, Partner of James P O'Brien, Tower 2

Dylan and Jake Bryson

Toni D'Amura

Aiden H O'Brien, son of James P O'Brien, Tower 2

Toni D'Amura

Johanna Brager FDNY EMT retired diagnosed with cancer

Julia Superka, step daughter of James P O'Brien, Tower 2

Nancy E. Carroll, widow to Michael T. Carroll, FDNY

Peter Palella. First responder diagnoses with 3 cancers

James Mackenzie, stepson of James P O'Brien, tower 2

Patricia McSweeney Friscia sister of Timothy Patrick McSweeney

Grace Fox, Mother-in-law to Michael T. Carroll, FDNY

Catherine M. Lafuente, daughter of Juan Mendez Lafuente, North Tower, 9/11/01

Brendan M Carroll, Son of Michael T. Carroll, FDNY

Robert Lagville-Graham, First Redponder and 9/11 Cancer sufferer

Olivia L Carroll, daughter of Michael T. Carroll, FDNY

Philip Fox, Brother-in-law to Michael T. Carroll, FDNY

Philip J Fox, Jr, nephew of Michael T. Carroll, FDNY

Martin McGinley, brother of Daniel McGinley

Raymond M. LaForte, Son of Michael P. LaForte

Ryan Fox, nephew of Michael T. Carroll, FDNY

Joseph O'Keefe, widower of Lesley Thomas

Carla Fox, sister-in-law of Michael T Carroll, FDNY

Kamila Milewska Podejma sister of Lukasz Tomasz Milewski

Ruth Betru, Sister of Dr. Yeneneh Betru, Flight #77 Pentagon

Gloria Ong - (Sister of Betty Ong AA Flight 11)

Michael P. Golino

Courtney Lenoir, daughter of Rob Lenoir, Tower 2

Kevin Sullivan diagnosed with cancer

Constance McGinley, Mother of Daniel F. McGinley

Irene Mair sister of Linda Mair grayling

Jeffrey Grahn NYPD Sgt (ret) and First Responder on 9/11/2001 to the WTC

John J Hanglow first responder, diagnosed with multiple cancers

John Schule

Rita Dawn Santos first responder diagnosed with cancer

Christopher Howard

John DeMattia Jr

Sheila Ornedo, widow of Ruben Ornedo Flt. 77 Pentagon

William Battcock

Michael sartoretti cancer Survivor first responder

Charles Berkeley Father of victim Graham Andrew Berkeley on United Flight 175

Andrew cupidore

Salvatore Chieffo First Responder diagnosed with C O P D and sinusitis

Robin Ornedo, daughter of Ruben Ornedo Flt. 77

William Battcock

Restoration worker been sick for 18 years, tier 4, connie joyce

Eleanor E Young First Responder NYPD

Patricia Coughlin, widow of Sgt John Coughlin NYPD first responder killed on 9/11/01

Kevin Hughes, retired Sergeant NYPD, 9/11 First responder and 9/11 cancer related survivor .

Sheila Ornedo, widow of Ruben Ornedo, Passenger of Flt. 77

Kathleen Farren survivor

Colin Austin, first responder

Katherine Rohner, mother of Scott Rohner, employed by Cantor Fitzgerald.

Steven Goodstein REMT-P

Holly O'Neill-Melville, widow of Sean Gordon Corbett O'Neill, Tower 1, Cantor Fitzgerald
Lisa Hughes, wife of 9/11 first responder.
Chandra Smith Campbell
James Barbella, son Of James W. Barbella, Tower 1
Edward Anderson, first responder diagnosed with pulmonary restrictive lung disease
Patrick Forbes
Deborah Harrison
Bryan Hughes, son of 9/11 first responder.
Stephen Bumb - first responder, diagnosed with career ending lung issues, GERD and Barrett's
Kelly Hughes, daughter of 9/11 first responder.
Michele Naumann, American Red Cross volunteer, diagnosed with cancer
Amy Weaver Achilles, widow of Todd C. Weaver, tower 2
Erin Hughes, daughter of 9/11 first responder.
William Aaron
Andrew ielpi son of firefighter Jonathan ielpi.
Judy Casoria
Vito Ardito, First Responder
Daniel Hettrick FDNY First Responder
Gary Rouxel. Responder. Autoimmune lupus
Patricia Wodenshek, Sister of Chris Wodenshek, Tower 2
Nicholas J. Visconti, Deputy Chief FDNY, retired, COPD
Albert chambers
Gary Rouxel
William Aaron
Carlo Casoria, Brother of firefighter Thomas A Casoria
Brian Murphy
Mel Rosenbach, victim of the effects of 9/11 and cancer survivor.
Dean Zinzi son of Michael J Zinzi, Tower 1, 100th floor
Daniel Murphy First responder diagnosed with multiple illnesses
Kevin Busch 9/11 cancer fighter
Mary McMillan First Responder
Arsen Kolpakov Mayer
Susan Berger wife of Steven Howard Berger murdered in WTC
Thomas Denni
Joseph Adamo, diagnosed with cancer,
Robert Trascoy diagnosed with Erosive esophagitis
Mary Loving, survivor. Diagnosed with PTSD, COPD, Gerd and sinusitis. Former boss killed.
Mary M Haag, Widow of Gary R Haag, Tower 1
Joseph Owens son of Peter, Tower 1
Susan Dorre spouse of NYC Firefighter diagnosed with many illnesses
Anthony Adorno

John Dorre Retired NYC Firefighter with 9/11 illnesses
Robert Kreuz first responder
Frank Dincuff, Father of Christopher Dincuff, North Tower
Jodie sherer
Christine Dorre - daughter NYC firefighter with 9/11 illnesses
Claudia M Sullivan
James Semerad-diagnosed with two types of cancer.
Bryan Dorre son of NYC firefighter with 9/11 illnesses
Charles Deering II, First responder, diagnosed with multiple illnesses. Permanently and totally.
Timothy M Sullivan
Brian Mullen, Sergeant NYPD, diagnosed with cancer now disabled.
Paul Rinifirst responder
Hadden P Garvin Jr.
Lisa Rini Wife of first responder
Ira Levine
Alexander K. survivor, diagnosed with Cancer, GERD other ilnesses
Anthony Laieta, brother of Vincent Laieta Tower 2
Michael Moroney, brother of Dennis Moroney, 101st Floor, North Tower
Wendy McEneany sister of Amy Hope Lamonsoff Windows on the World
James P Galvin
Peter kallinicos
James Zaccoli, Son of Joseph Zaccoli, Tower 1
Josephine Laieta, mother of Vincent Laieta, Tower 2
Marcel Birnbaum, Mother of Joshua Birnbaum Cantor Fitzgerald
Edward Arancio
Kathleen Arancio
James Lyons
Daniel H. First responder
Peter Grieco, first responder, diagnosed with cancer
Gerard O'keefe First Responder
Brian Burke, brother of Tom Burke
Michael Mancino
James J Raymond, victim and survivor of these outrageous attacks
Joseph P. Hanley 2 forms of Cancer
John Stiles Clean up Con Edison
Geraldine Davie; Sept.11,2001, Mother of Amy O'Doherty, WTC Tower #1, 104th Floor-
Cantor-Fitzgerald
Christopher Jamison, First Responder, Diagnosed with cancer.
Margaret Beaven
Maria Legro sister of Adriana Legro North Tower
Joseph K Corbett and Jean A Corbett Parents of Joseph A Corbett Died in N tower

Danielle Bruehert, Daughter of Richard George Bruehert, Tower 1

Albert Hansen police officer Port Authority with diagnosed with severe asthma

Alexa Giorgetti, Daughter of Steven Giorgetti

Jeffrey Antonsen

Eric Hutner, survivor from 1 WTC 85th fl, rec'd lung transplant & diagnosed with skin cancer

Sheriff Victor Leguillow NYC Deputy

Holly O'Neill-Melville, widow of Sean Gordon Corbett O'Neill, Tower 1, Cantor Fitzgerald

Mary McMillan First Responder

Linda Innes Gillespie, First Responder

Jill E Fenwick, Survivor

Dennis McGinley, brother of Daniel F. McGinley, 89th Floor, South Tower

Steven Goodstein REMT-P

Bernard Hardy (First Responder) Diagnosed with Asthma.

John Kroon

Amy B. Stabile, daughter of Herman Charles Broghammer, Tower 2

Francis Daniti, First responder support, diagnosed with cancer.

Christopher smith Son of murdered father Kevin J Smith hazmat 1

first responder

Carol Richards

Kathleen McCauley, 1st responder, NYPD. Cancer

Michael reilly. fdny first responder

Steven Speisman, brother of Robert Speisman passenger on American Airlines flt#77

Peter J Sullivan, first responder diagnosed with cancer, and others

Henry J. Borawski First Responder, diagnosed with cancer

Roman Cherny (diagnosed with cancer)

Emily Vega Lizcano, Widow of Harold Lizcano, Tower 1

William Francis Gates Jr., FDNY First Responder, diagnosed with Respiratory Diseases

Debra Geller. Wife of Steven Paul Geller Tower 2

Joseph Martin Handley

Thomas Erickson, First Responder

Christina Bruehert, daughter of late Richard Bruehert

Paulette D. Johnson, Diagnosed with Upper Respiratory Disease and GERD.

Sheila Erickson, Tower 2

Carol Richards,

Peter Hannafin

Tin Tao

Kathleen L. Clarke Head, Sister of Christopher Robert Clarke, Tower Two

Kelly Coyle

José DeJesus (NYPD Ret.)

Elaine Leinung mother of Paul J Battaglia

Lt. Joseph Imparato FDNY (retired) suffered permanent respiratory injuries at WTC site

Kerri Kiefer-Viverito- Proud sister of FDNY FF Michael Kiefer - Murdered on 9/11/01

FF John P Sullivan Ret.

Grace Badagliacca mother of John J Badagliacca, Cantor Fitzgerald 104th floor

Oma Deonarine

Kenneth Nichtern first responder FDNY with lung damage.

Hugh Bradshaw, First Responder

Philip Rosenblatt brother of victim on 85 floor tower 2 Muriel Siskopolous

John Badagliacca father of John J Badagliacca, Cantor Fitzgerald 104th floor

Grace Badagliacca mother of John J Badagliacca, Cantor Fitzgerald 104th floor

Patrick Cuomo First responder NYPD Detective, . Diagnosed with cancer

NYC Firefighter Thomas S. Lynch

William J McCarthy, brother of 911 victim Michael Desmond McCarthy

Darren Williams, widower of Debbie Williams, WTC 2

Adam Leibowitz

Michael Gray

Barbara Palazzo Sulliman Sister of Thomason Palazzo North Tower

Kimberlie Ivey

Patrick j. Kelley responder World Trade Centers

Douglas A. Olear

Matthew Sweeney, brother of Brian E Sweeney FDNY Rescue 1.

Mary Beth McErlean, Widow of John T. McErlean, Jr. Tower 1

Kimberlie Ivey

Walter Strycharz. First responder, diagnosed with skin and prostrate cancer

Andrew Edwards, Lived in Red Zone

Lynda Burton first responder

William J Brennock FDNY Ret. Cancer Survivor

Lawrence giugliano widow of Cynthia giugliano

Barbara Martinez Retired First Responder

James Mager diagnosed with cancer

Barbara Martinez Retired First Responder

Frederick R. Orestuk, 2WTC- B6 (6th Basement) cancer, lost 17 men I worked with !

Christina Regenhard

Holt Walker, First responder, diagnosed with multiple cancers and upper respiratory illnesses.

Christopher Mascali son of Joseph Mascali FDNY Rescue 5

Joseph duffy

Gerard Nally, victim diagnosed with multiple cancers.

Ed Ryan, son of Edward Ryan, North Tower

Anna V Torres

Robert Powell, office worker diagnosed with cancer

Tom Buhse, brother of Patrick J. Buhse 2 WTC ; Murdered by Saudi funded terrorists on 9/11.

Jean Winter, widow of NYPD Inspector Richard Winter. Richard died from cancer.

John Hall

Kelly A. Clarke

Stephen Gitto

Oleg Rabinovich, Resident, diagnosed with Stage 4 Colon Cancer

Suk Tan Chin, Sister of Robert Chin, killed at WTC Tower 2

Richard E Ostrander Dockbuilder towers 1&2 diagnosed with Copd and ptsd

Brian Leistman, son of David Leistman

Yuet Ling Chin, Mother of Robert Chin, killed at WTC Tower 2

Pak Ho Chin, Father of Robert Chin, killed at WTC Tower 2

Thomas McSweeney

John R Bakke, First responder diagnosed with cancer

Keith Bailey, First Responder

Peter Raftopoulos First Responder

Daniel mundy

Paula R. Hayes-Cottoy

Robert Berger, First Responder

Raymond Sullivan, working near ground zero, diagnosed with cancer

Patricia Ryan Antonelle sister of Edward Ryan North Tower

Jerome Smith, Son of CeeCee Ross Lyles, Flight Attendant, Flight 93

John Quinn, First Responder

John Cappiello diagnosed with cancer

Rita Shea - sister of George Morell

Andrea O'Hagan Widow Of Lt.Thomas G.O'Hagan FDNY Engine-

John Caliso, brother-in-law of 23-yr old Christian DeSimone 100th floor Tower 1

Elizabeth Gardner, widow of Thomas Gardner FDNY

Daniel Mundy

Lawrence J Dolan

Katherine O'Neill Wilson, sister of Sean Gordon O'Neill, Tower 1 Cantor Fitzgerald

Jennifer Brady Cieszko, Widow of David Brian Brady, North Tower

Jeffrey Antonsen

Eugene Gozley diagnosed with cancer

Joseph Walter

Johanna D'Amore breast Cancer

Michael . Hart

Rene V. Foucaud

Lawrence Davis

Robert Palazzo brother of Tom Palazzo tower 1

Adam Calbo DEP First responder, bladder cancer, PTSD

First Responder and retired NYC Det Richard Allison, who suffers from restricted lung disease.

James Grant First Responder

Brian W Conlon First Responder

Roseanne Reilly spouse of Michael Reilly FDNY diagnosed with chronic respiratory disease

James R. Davis III

Brett Fontana NYPD police officer

Rob Ryan Brother of Ed Ryan 92 floor

Sharon DiStefano Mother of Douglas DiStefano

Greg Gully, First Responder EMT

Craig Brierley first responder

Anatoly S. Weiser, son of Simon V. Weiser, North tower 64th

Martha Gless widow of Robert Gless

Susan Querques, fiancé of Dennis Bonelli, FBI. EOW 11/28/2017:: 9/11 cancer.

Sonya Hobbs Cuffee, sister of Tara Yvette Hobbs, Tower 2

Elaine Leinung mother of Paul J Battaglia He worked for Marsh, killed on 9/11

Frank damico

Rema Waiser, widow of Simon V. Weiser

Ellen edwards

Angel Fermin, first responder diagnosed with stomach ailments

John O'Donnell First responder, diagnosed with cancer, COPD and sinus issues

Leroy Blount. Stage 5 kidney Disease and COPD

Edward Miller, brother of Robert Alan Miller, murdered in South Tower.

Mark A Franks, First Responder, diagnosed with Chronic Sinusitis, Rhinitis, Asthma, GERD, sleep apna

Barbara Lynch, Widow of Robert W. O'Shea

David Smith

Gary Wall

Margaret Wall

William J Owens

Jean Wall

Philip Solimeo, first responder, diagnosed with WTC illnesses

Timothy Wall

Mary E Ill, Widow of Captain Frederick J Ill, Jr Ladder 2 FDNY

Dan Burke first responder diagnosed with multiple cancers and breathing issues

Anne Noonan, mother of Robert Noonan

Vincent Concannon First Responder diagnosed with cancer.

Olga Merino, widow of George Merino, South Tower

Ilir Berisha diagnosed w/ Cancer

Dan Pelletier brother of Mike Pelletier victim of 9/11

Thomas Baldwin

Joanne Barbara widow of FNDY Chief Gerard A Barbara

Matthew Edlund, FDNY, Cancer Survivor

Ellen Lassman, Sister of Nicholas Lassman

James Scibelli

James Kobetitsch, FDNY
Sgt. Peter Panariello NYPD retired
Meaghan Ryan
Jennifer Mascali daughter of Firefighter Joseph A Mascali FDNY
Stephen Gawrych retired FDNY fighter 9/11 survivor-rescuer
Richard Volpe First Responder diagnosed with Asthma, Gerd,,Sinusitis,Kidney Transplant.
Diane Ammirati, Sister of Glen Wall North Tower
Anthony J Russo
Elizabeth Gardner, widow of Thomas Gardner FDNY
Janet Gawrych wife of 9/11 cancer patient
Hubert Raton, suffering from exposure, diagnosed with COPD and RADS
Daughter-in-law of Simon Weiser
Patrick Cuomo First responder NYPD Detective, . Diagnosed with cancer
Rachel Goodrich, Widow of Peter Morgan Goodrich United Flight 175
Jennifer Mascali daughter of Firefighter Joseph A Mascali FDNY
John Bruehert, brother of Richard G. Bruehert, Tower 1
Janice Mitchell, diagnosed with cancer
John Schulken First responder, diagnosed with cancer, asthma, GERD, sinusitis and sleep apnea.
Susan Demitz, sister of Carol K. Demitz, South Tower
John Fischer, NYPD Lieutenant retired with 2 cancer dignosis
Peter DeLorme, Engine 89, firefighter/first responder. Diagnosedwith COPD,A-FIB, etc.
MP Inlander
James Gersbeck First responder, COPD
Kenneth Martin,
Christopher Betz, First responder
John Doe first responder
Christopher Lynch, first responder, diagnosed with copd and ptsd.
Daniel Weiser, grandson of Simon V. Weiser, North Tower
Brian w Ricker
Lt. Daniel R. Walker FDNY (ret.) First Responder 9/11
Carla Marie Rupp
Brian w Ricker FDNY
Anthony Graves first responder diagnosed
Raffaele Ruggiero, NYMEX trader, Diagnosed with sarcoidosis.
Judith Krauss, Cancer victim
Maria Elvira Cortés s. Youngest of nine siblings of Carlos Cortés - Rodriguez
Gordon & Kathleen Haberman parents of Andrea Lyn Haberman, murdered on 9/11/2001.
Teresa A Courtney
Tricia Dean, widow of William Dean, 100th floor, Tower 1
Mark Donnelly NYPD Diagnosed with cancer
Joseph DiPilato son of Leo DiPilato South Tower

Marbin Duarte, sister death of Mirna A. Duarte. North tower
Joshua Behar
Joseph Ferriolo, first responder, diagnosed with Asthma, sleep apnea, gerd.
Matthew Dean, son of William Dean, 100th floor, Tower 1
Maria Elvira Cortés youngest of nine siblings of Carlos Cortés - Rodriguez
Michael Cohn, brother of John Pepe Salerno
Faith Miller, Widow of Robert Alan Miller, Tower 2, 87th floor
Ellen Lynch, sister of Farrell P. Lynch and Sean P. Lynch
Elizabeth Terrenzi Spring, daughter of deceased Brian Terrenzi,North Tower
Claire Dean, daughter of William Dean, 100th floor, Tower 1
Rosetta Lynch, mother of Farrell P. Lynch and Sean P. Lynch
Claire Dean, daughter of William Dean, 100th floor, Tower 1
Peter Bashark first responder -prostrate cancer. Skin cancer.
Kevin T Connors
Mark Maloney, Brother of Teddy Maloney.
Amy Hope Lamonsoff Killed tower one 9/11/2001
Megan Pezzuti Pelino, Widow of Todd Pelino (WTC 1), Sister of Kaleen Pezzuti (WTC 1)
Sean P. Kelley, Son of Frederick H. Kelley, North Tower
Alfonso Guarascio, first responder, diagnosed with cancer.
Jill Regan Daughter of FF Donald J. Regan
Michael F Bruno
Jane Terrenzi-Spring. Widow of Brian Terrenzi. Cantor Fitzgerald North tower
Sean Donovan
Peggy Donovan
Grace Donovan
Sheryl Oliver, Widow of Edward Oliver, WTC 1 92nd floor
Brian E Lynch, Bother of Farrell Lynch and Sean Lynch. Tower 1.
SSA Harold smalls, first responder, diagnosed with cancer
Kyle Donovan
Patrick J. Mullan
Kevin Tierney
Michael and Andrew Esposito sons of Lt. Michael Esposito
Joseph Perroncino's sister Debra Cassano
Michael and Andrew Esposito sons of Lt. Michael Esposito
María Elvira Cortés. Youngest of nine siblings of Carlos Cortés - Rodriguez Tower 2
Jean Ann Calia-Kuhn, sister of Dominick E. Calia, North Tower
R J Resto
Mary Ellen Machcinski, Sister of FDNY Lt. Kevin Pfeifer, deceased (Tower 1)
Sally Calvin, Widow of Frank Salvaterra, Sandler O'Neill,South Tower 104th Floor
William K Beeker
Louise Calvin, Mother in law of Frank Salvaterra

Katherine Ann Kelley - daughter of Fred Kelley murdered in the North Tower

Sally A.Trant Sister of Daniel P. Trant

Jean C Fischer widow of Captain John R Fischer FDNY WTC north Tower

Susan Golkin (sister of Andrew Golkin, North Tower, 30.)

Janice Mitchell, diagnosed with cancer

Mary C. Trant Loving mother of Daniel P. Trant

Joseph Caggiano, brother of Ginger Risco Nelson.

Christopher Gabriel, son of Richard Gabriel

Tina Cammarata sister of Joseph J Zuccala, deceased South Tower

Keith Palumbo Ret FDNY firefighter disabled from 9/11

Sandra Pangborn, Widow of Brendan Mark Lang, Tower 2

Magdalena Bourdier, Mother of Francisco Bourdier

Laura Fischer Nemeth Daughter of Capt. John R Fischer FDNY WTC north tower

Jeannette Gomez daughter of Enrique Antonio Gomez

John C Fischer son of Capt. John R Fischer FDNY WTC north tower

Teresa Gomez widow of Enrique Antonio Gomez

Michael ONeill first responder, diagnosed with cancer, acid reflux, asthma, sinusitis

Timothy R Fischer son of Capt. John R Fischer FDNY WTC north tower

Maureen Fischer Sanborn sister of Capt. John R Fischer FDNY WTC north tower

Christian Salvaterra

Colleen Rastovich, sister of H. Joseph Heller, North Tower, 92nd floor

William Ryan Brother of Edward Ryan

Roberta J Levine wife of a Robert M Levine tower 2 78th floor

Christopher O Nemeth son in law of Capt. John R Fischer FDNY WTC north tower

Ellie Jean Fischer granddaughter of Capt. John R Fischer FDNY WTC north tower

Gil Ortale, brother of Peter K Ortale, South Tower

Walter Mark Butler, First Responder

Manuel Bourdier, Brother of Francisco Bourdier killed at the twin towers on 9-11-01

Marlyn Weeks-Taylor. Returned to work On Wall Street 3 weeks after 911

Kenneth Nordt, first responder, cancer survivor

Jose Crespo First responder

Janice K Punches widow of Captain Jack D Punches Pentagon

Bruce Dunbar, Survivor, Tower 2, Lung cancer patient

Alexian A. Gregory

Danielle Salerno, Widow of John Salerno

Sheri Iskenderian widow of Aram Iskenderian Jr.

Robert J Opalecky, FDNY Firefighter retired

Bernadette Dusha

Addison Spencer, Daughter of Robert Andrew Spencer, Tower 1

John Salerno, Son of Victim John Salerno

Thomas Bender (first responder)

Richard Tirado surviving brother of David Tirado

Damien Earthman

Jill Killeen First Responder, with illnesses from 9/11

Stuart L. Sumner

Alison Lewandowski, Widow of Brian K. Kinney, UAF 175

James M Elder first responder NYPD

Fernando valerio first responder diagnosed with cancer

Kathleen Psirogianes beloved sister of Thomas J. Cahill died 104th floor North Tower age 36.

Claudia Jacobs, sister of Ariel Louis Jacobs, Windows on the world, North Tower

Michael O'Donnell

Ruth L. Jacobsen, daughter of Juan M. Lafuente, North Tower

Lynnette H Rodriguez

Carol Laieta, widow of Vincent Laieta

Kevin Laieta, son of Vincent Laieta

Elizabeth Burke, Surviving Wife

JT Psirogianes nephew of Thomas J Cahill uncle died 104 tower 1 age 36.

Michelle Schleider, Sister of Kristin Irvine Ryan, Tower 2

Ex Captain Charles F. Kerrigan First Responder 9/11/01 and inoperable cancer victim

Mary Ann Falzone,

Leslie Dimmling, widow of William J. Dimmling, North Tower

Ashley Psirogianes niece of Thomas J Cahill age 36 north tower WTC. Favorite uncle.

Donald Cimino

Timothy Grillo, son of wtc victim

Agostino Vaccaro Sick Firefighter

Catherine Grimes (sister of Peter K. Ortale)

Michael Furman, brother of Steven E Furman killed while working for Cantor Fitzgerald on 9/11

Nicholas Saggese First Responder diagnosed witk Sarcodosis

Maurice Grimes (Nephew of Peter K. Ortale Tower 2)

Taylor Psirogianes niece of Thomas J Cahill 104 North tower age 36 - Uncle Tommy

James Kobetitsch, FDNY

Vincent Vallone

Everhett Grimes (Nephew of Peter K. Ortale Tower 2)

Georgia Grimes (Niece of Peter K. Ortale Tower 2)

Linda Hinger, downtown worker, diagnosed with cancer.

Robert Patrick Ryan First responder, diagnosed with Cancer

Drew Marmo

Vincent A Quagliariello first responder diagnosed with WTC cancer

David Pickwick first Responder diagnosed with sinus problems.

Zaree Voskerijian

Dennis Finnegan resident of Battery Park City since 2000 with multiple respiratory issues

Courtney Aquart first responder diagnosed with cancer

Steven Donahoo, First Responder, NYPD, multiple WTC Conditions

Kevin B Patterson

Sekou Agard, first responder

Andrew Furman, brother of Steven Furman

Kylie Adams-Floyd (sister of Shannon Adams 101st floor/Cantor Fitzgerald)

Peter Grossmann FDNY Ret.

John Keating

Mary A. Magee, sister of Brian Magee, Windows on the World, Tower One

Dennis A Vauk, Brother of Lt. Cmndr Ronald James Vauk, killed at the Pentagon

Joseph Ferriolo, first responder, diagnosed with Asthma, sleep apnea, gerd.

Patricia Valentine, Daughter of First Responder Police Officer Ronald G Becker Jr

Walt Bieszczad,

Makayla Henry, Granddaughter of First Responder Police Officer, Ronald G Becker Jr

Elizabeth McNally, Widow of Edmund McNally, Tower 2

Indiana Kirwan Wall Street worker diagnosed with cancer

Vincent DelPrete

Brian G. Germain FDNYE80, brother of WTC victim Denis P. Germain FDNY L2, North Tower

Frank Fiore F.D.N.Y. Firefighter retired diagnosed with cancer successfully fought the disease

Stella DiCostanzo widow of George R. DiCostanzo

Daniel Nigro, cancer patient stage 4

Shenette Higgs, victim, diagnosed with severe sinusitis and chronic asthma

kenneth Schielke father of Sean schielke canter Fitzgerald

Diane Johnson, Sister of Michele Heidenberger, FA Flight #77

patricia schielke mother of Sean schielke canter Fitzgerald

Thomas Brown FDNY diagnosed with cancer

Jeffrey Weiss a first responder 9/11. Vertigo, hearing loss, tinnitus, balance issues

Mary Louise Klimm, sister of Kenneth E Waldie

Patricia Panatier, sister of Christopher Matthew Panatier

kenneth schielke jr. brother of Sean schielke canter Fitzgerald

Brandon schielke twin brother of Sean schielke canter Fitzgerald

Andrew Petisce, son of Ken Waldie - flight 11

S. Smith, first responder, diagnosed with cancer

William Wren, Jr, son of William Wren Sr.

Robin Freund widow of Lt. Peter Freund FDNY

Michael Buhse, brother of Patrick Buhse,

Abdelalim Azab first responder diagnosed with multiple illness

Rachel R Harrell Widow of Lt Harvey L Harrell

Simon Kennedy son of Yvonne E Kennedy (Flight AA77)

Joe McKay FDNY

David Wotton, sibling of Rodney James Wotton

Michael Weiser, grandson of Simon V. Weiser, North Tower

Thomas Barry First Responder diagnosed with CANCER

Jason Starita

Lou Barbella brother of James W. Barbella

John passeggiata

Kevin Tierney

Eugene F. Gould

Patti J Trentini, Daughter of James and Mary Trentini, AAFLT11

Thomas Stack Brother of Batallion Chief Lawrence T. Stack

Neville C Brown, First responder, diagnosed with cancer

Lorraine Moskal, widow of William David Moskal, Tower 1.

Jolanta Boyarsky, Widow of Gennady Boyarsky, North Tower WTC.

Parker Paris

Samuel A Birnbaum

Payton B Paris, Grandson of James & Mary Trentini, AAFLT11

Andrew Carson, First Responder

Ilir Berisha diagnosed w/ Cancer

Piper J Paris, Granddaughter of James & Mary Trentini, AAFTL11

Harumi Takahashi, Widow of Keiichiro Takahashi

Doug Lee

Lisa Gallo, sister of Cono E. Gallo

Donald E Paris, Son in law to James & Mary Trentini, AAFLT11

Tracy Grahn, Wife of First Responder

Luis F. Ortiz son of Sonia Ortiz

Yuriy Bykhovskiy NYC employers, diagnosed with cancer

Retired NYPD Captain Thomas J. Gleeson, 9/11 Cancer Survivor

Amanda Ortiz

Dmitriy Chinov

Meghan Deming, sister of Brendan Lang, Tower 2 and niece of Rosanne Lang, Tower 1

Richard J. Clark, Father of Thomas R. Clark, South Tower

Dorothy M. Groh-Tompsett, Widow of Stephen K. Tompsett, Tower 1 Windows on the World

Sean Robert Passananti, Son of Horace Robert Passananti

Anita Fielder

Rudolph Hein, First responder,

Keith Wiswall, son of David Wiswall

Victor H Ortiz, son of Sonia Ortiz who was trapped in windows in the world .Please help us.

Richard Chiappa

Tom Brusca. Fdny First responder. Retired

Glenn Amico (First responder diagnosed with cancer)

Eric Egan first responder NYPD diagnosed with Sarcoidodis

Doreeen J jurczyk

Thomas P. Hayes

Ronald Leyson, First Responder. Diagnosed with cancer and breathing ailments

Maryclair Leistman, Widow of David Leistman, Tower 1

NYPD Sergeant Michael P. Alavanja: diagnosed with cancer

Angelica Allen wife of FF Eric T Allen North Tower

Frank DiGiovanna worked on the NYSE I now have multiple illnesses from the air toxicity

Scott Chernoff, first responder, diagnosed with COPD

Stacy Sopper Lupcho

Kathleen Zapata, daughter of Joseph Coppo

Patrick Cuomo First responder NYPD Detective, . Diagnosed with cancer

Manuel Cabrero, First Responder, diagnosed with Cancer

Claudia P. Barrancos

Peter A. Grieco, first responder, diagnosed with cancer

Marlene Colasuonno, mother of Frankjohn Colasuonno, deceased, First Responder

Lucila Cabrero, First Responder, diagnosed with Cancer

Dewandranath samaroo First responder worker Lungs infection asthma cancer

Niloy Shah

Joseph Gileza Diagnosed with prostate cancer

Robert Smith

Andrea Katsanakos FDNY Paramedic diagnosed with thyroid cancer

Brian Wall Brother of Glen Wall who perished in Tower 2

Judy and George Smith Parents of Heather Smith who was a passenger on AA Flight 11

Jean Wall Mother of Glen Wall who perished in Tower 2

Theresa Paterson, sister of Joseph Zuccala, South Tower

Kevin Wall Brother of Glen Wall who perished in Tower 2

Elizabeth Richardson sister of Robert Andrew Spencer North Tower

Diane Wall Sister of Glen Wall who perished in Tower 2

Angelica Allen wife of FF Eric T Allen North Tower

Michael Marten

Kimberly Rex, the daughter of Vincent Litto (Tower 1 or North Tower)

Lynn Baumgarten Sister of Glen wall who perished in Tower 2

Mark Trincone- 1st responder suffered debilitating foot injury.

Collin Wall Nephew of Glen Wall who perished in Tower 2

Brendan Wall Nephew of Glen Wall who perished in Tower 2

Leslie Crawford Dunlevy, sister of James Leslie Crawford, Jr. - North Tower, 104th Flr.

Euripides cancel FDNY EMS

Pamela Thornton, Mother of Christopher Lee Burford, Pentagon

Margaret Brown sister of Kevin J. Smith

William s hastings

Rosemarie Hohmann, widow of Firefighter Jonathan R. Hohmann, Tower 1, HazMat 1

Mary Beth Tucker, widow of Michael Patrick Tucker, Tower 1

Chantal Paultre widow of firefighter Jacques Paultre 1st responder died of cancer

Taylor Tucker, Daughter of Michael P. Tucker, Tower 1

Marvin Furman, Father of Steven Furman

Gaffney Elizabeth Tucker, Daughter of Michael P Tucker, Tower 1

Paramedic Lieutenant Denise Bellingham, first responder with multiple illnesses

Alexandra Tucker, Daughter of Michael Patrick Tucker, Tower 1

Joanne Small

Eileen Carroll, sister of firefighter of Michael T. Carroll.

Morgan Anne Tucker, Daughter of Michael Patrick Tucker, Tower 1

Seth Weinstein, brother to tower victim

Donald Habersaat

Irene Boehm, Widow of Bruce D. Boehm, Tower 1, 104th Floor, Cantor Fitzgerald

Patricia Maguire, sister of Geraldine Maguire died of cancer, she was working that day

James R McGinnis

Barbara Jackman, mother of 23-year-old Brooke Alexandra Jackman

Patrick Kelly, first responder, diagnosed with cancer, COPD, sleep apnea

Barbara Jackman, mother of Brooke Alexandra Jackman, age 23.

Claudette Greene, Wife of Donald F. Greene, UA #93, Shanksville, PA

Felicia Corbett Jones

Molly Farrell, Daughter of John Farrell, Tower 2

Colin Farrell, Son of John Farrell, WTC

Patrick J. Keane, first responder

John R Navarra

Alicia Buhse Colomer, Niece of Patrick Joseph Buhse, Tower 1

Jack Allen, First responder, diagnosed with WTC related illnesses.

Addison Irby brother of Stephanie Irby Tower 1

Antoinetta and Carmen Salvaterra, Mother and sister of Frank Salvaterra

Michael O'Connor,

William J. O'Grady, NYPD (retired): diagnosed with asthma, GERD and RADS.

Timothy Gardner

Sadiq Rasool, Widow of Amenia Rasool

Stephen Finkel First Responder

Anthony Briggs

Anthony Briggs

Henry Farrell

Michael Hollander

Aneesa Rasool, mother of Amenia Rasool

John H Faust

Aseefa Rasool, mother of Amenia Rasool

Victor o. Marzano First Responder diagnosed with Stage 3 Throat Cancer

Edward Ryan, Tower 2

Kevin Moroney, Brother of Dennis Moroney, Cantor Fitgerald

Steven W Nigro (trade center survivor and first responder)

Saeed Rasool Mother of Amenia Rasool

Faith A Smith

Thomas Kozak

Farhaad Rasool mother of Amenia Rasool

Edward C Burke FDNY First Responder diagnosed with cancer.

Anna Milewska

Capt.Mike Brunton FDNY brother of Capt. Vincent Brunton (L-105) FDNY murdered in the South Tower

Thomas Giardino, First responder

Steven Lamonsoff brother Amy Lamonsoff

Concetta Pulcrano sickened with lung disease

Wilfred M. Barriere 1st responder Diagnosed with cancer

Andy Dillard

Milagros Diaz

Thomas Bachurek Responder

Janice Miller Testagrose, sister of FF HENRY A MILLER, Jr.

Anne Todisco, Widow of Richard Todisco, Tower 2

Peter A Velloza

John Cronin f

Thomas Brunton

Bill Murray

John Cronin

Milagros Diaz, mother of Lourdes Galletti. Died in September 11, 2001 in towel 1 WTC .

Agnes - Spouse of a 1st responder

Thomas E. Ahern

Joe Arias First Responder

Gregory McCauley survivor fighting cancer.

Kevin J. Dermody 9/11disabled, FDNY (ret)

Shawn McLaughlin First Responder diagnosed with many ailments

Roxann M Giordano widow of firefighter John J Giordano

William s hastings

Janine Wentworth (daughter of John Kren, Tower 2)

James Thompson

Maryann M. Connolly

Lawrence J. Cleary

Eileen Murphy Cleary

Marie Thomas, sister of Laura Marchese

Jose Saenz, FDNY firefighter, numerous health issues attributed to the cowardly attack on 9/11

Peter j DiNuzzo

Ivan Cortes, First Responder, diagnosed with Sarcoidosis

John P Bergin Jr, son of Fdny FF John P Bergin

Joanna Allen, niece of Juan Lafuente

Claudia Donovan, Widow of Bart J Ruggiere (32 years old)

Kevin M. Cunnane

Deanna Cunnane

Janet Rodriguez, sibling Of Ivelin Ziminski

Kelly Pearn

Joseph Centrone: first responder.

Tricia Marsala

Jane Wrenshall

Taryn McHale, Widow of Thomas McHale

Sean Lang, brother to Brendan Lang, and nephew to Roseanne Lang, both murdered on 9/11.

Joseph Noonan. First responder

Tina Lampart, widow of Firefighter Paul John Gill, Engine 54

Cathy Calderon sister of deceased brother Edward Calderon tower 2

Terry Pelino, brother of Todd Pelino, killed in Tower 1.

Wayne Hisgen diagnosed with PTSD/ Sinusitis/ Skin cancer/ Barrett's epiglottis

Doug and Maureen Pelino, parents of Todd Pelino, killed in Tower 1.

Det/Splst. (ret) Anthony Conti

D.Tralli. FF diagnosed with cancer

Lt. Alfred Baker (ret) Anthony NYPD/ESU

Michael Neal, first responder with debilitating copd

Nancy Shakouri, sister of fallen FDNY Firefighter, Dennis Scauso

Joseph Sciurca F.D.N.Y. First responder with numerous 9/11 ailments.

Thomas McSweeney

Janet and Gerald Golkin parents of our beloved son Andrew age 30.

Tara Bayer sister of Scott McGovern died in WTC

Thomas Tiernan, Survivor, diagnosed with 2 cancers

John Cronin first responder who searched on the steaming hot pile of debris for hours and months

John passeggiata

Geraldine Davie; Sept.11,2001, Mother of Amy O'Doherty, WTC Tower #1, 104th Floor-Cantor-Fitzgerald

Paul Johnson

Patricia marzocchi

Jayne Furman, Sister of Steven Furman killed at the WTC

Carmine Mele, Responder with, Gerd meds, and Mental health issues,PPSD

Christina Kurinzi, Daughter of James Domanico, Tower 2

Laura Vislocky, widow of Dennis Vislocky. Diagnosed with lung cancer, Verizon employee West St.

Nayda Viskerijian

John Olori, first responder with cancer, and taking care of my wife with Parkinsons.

Nayda Voskerijian, widow of Garo H Voskerijian

Peter J Guastamacchia first responder sick with numerous Aliments.

Michael Quinn

Lt. Anthony Mussorfiti Anne Todisco, Widow of Richard Todisco, Tower 2

Daniel G Kennedy

Mary Duff Ortale - widow of Peter Ortale

Angel Fermin, first responder diagnosed with stomach ailments

Diane Barnes sister of Christopher Faughnan tower 2

Jeanette Legro sister of Adriana Legro 32 years old killed in the NorthTower

Julie Ortale, sister of Peter Ortale Tower 2, 84th floor

Thomas brunton

Megan Manning, Widow of Terence J Manning, North Tower

Mairead Manning, Daughter of Terence J Manning killed in North Tower

Thomas A Byrne

Trinity Manning, daughter of Terence J Manning killed in North Tower

Leighann Turzo-Byrne

Katherine Finnegan, sister of Michael B. Finnegan, Tower 1

Marcy I Godwin, sister of Capt. J Punches, USN

Marcia Weiss, Widow of David T. Weiss

David Del Valle First Responder diagnosed with Autoimmune Disease.

Al Ferrara. First Responder

Christopher P Kminek

Kathi Ezzo-Talbott, sister of New York Firefighter Peter Brennan who died at WTC on 9/11.

Thomas brunton

Lisa crawford, widow of James L Crawford, jr.

Damasa Bonilla first responder, diagnosed with asthma, mediastinal mass .

Valecia L. Parker. Injured attack at the Pentagon. Eye, TBI, PTDS, back, neck, shoulder injury.

Elizabeth Terrenzi Spring, daughter of deceased Brian Terrenzi, North Tower

Stacey Boehm, daughter of victim

Erin Slattery-Appelle, sister of Christopher Slattery

Isabelle L Crawford, 18 year old daughter of James L Crawford, jr.

Susan B. Golkin sister of Andrew Golkin, 30, North Tower

Craig C DeFazio, brother of Laura Lee DeFazio Morabito, passenger on American Airlines 11

Dorothy Garcia Bachler

Dan O'Connor survivor from Tower2 and first responder

Patricia Ferguson, Sister of FDNY Dennis Patrick O'Berg

Victor Ortiz son of Sonia Ortiz

Ed burke disability retired law enforcement officer. Dirst eesponder wtc

Marshall Pereira

Lawrence J. Ayers Retired PAPD Diagnosed with Cancer

John Philbin
Irene Dickey, Widow of Joseph D. Dickey Jr., Tower 1
Elizabeth Dickey, Daughter of Joseph D. Dickey Jr., Tower 1
Joseph D. Dickey III, Son of Joseph D. Dickey III, Tower 1
Alex Coladonato, Son of Anthony Coladonato
Peter A DiPrima Jr
Robert Sinrich, first responder diagnosed with 2 cancers
Carl Fargione, First Responder FDNY
Ivan Cortes, First Responder, diagnosed with Sarcoidosis
Enrique DeJesus Gomez, Son of Enrique Antonio Gomez,
Elizabeth Ann Payne, Widow of William E Wilson of Aon Corporation, Tower 2
Lawrence Blieka FDNY firefighter diagnosed with cancer
Farhaad Rasool mother of Amenia Rasool
Dennis Hoorn father of Bradley Hoorn
Romeo Sutton
Laurie Simowitz, sister of Barry Simowitz
Ann McAlary,Mother of James J.McAlary, Tower 1
Janlyn E Scauso
Leigh Kennedy, Son of Yvonne Kennedy, AA flight 77
Jeffrey A. Meyer, brother in law of Kathleen Nicosia, Flight Crew American Airlines Flight 11
Francis Ryan,Brother of BCFD.Matthew L.Ryan,Tower 2.
Michael DiMeglio
Raj B. Thackurdeen
Kevin Magee, brother of Brian Magee who died in Windows On The World
Jeff Scherer FDNY forced to retire early due to medical issues
Linda Pritchard, Sister of Carol Flyzik, Passenger on AA Flight 11
Stephen Ceraulo, 9/11 first responder, FDNY EMS
Anne Galizia, Sister of Joseph Howard
Peter Cosgrave, first responder
Chrietopher Caicedo
Robert Casazza, NYPD first responder diagnosed with cancer.
Chad Smith, brother of Heather Smith, American Airlines Flight 11
Valerie Magee widow of Brian Magee murdered on September 11,2001 in the north tower
Thomas Folger
Enrique DeJesus Gomez, Son of Enrique Antonio Gomez,
Renee Boyd First responder, diagnosed with chronic respiratory
Theresa Cove, Widow of James E. Cove, Tower 2
Jeff DeFazio, Brother to Laura Lee Morabito
Beverly DeFazio, Mother to Laura Lee Morabito
Lawrence DeFazio, Father to Laura Lee Morabito
Darlene C. Canady, sister of Julian T. Cooper, Pentagon

Timothy Riches (Brother of murdered 9/11 FDNY Firefighter Jimmy Riches)

Vincent J. McManus, First Responder diagnosed with cancer

Lowell Bell, Father of 9/11 Vic. Nina p. Bell

Allan Rosenzweig, brother of Philip Rosenzweig AA Flt 11

William Schall. First responder. 911 lung disorder and respiratory problems

Debbie Lasko sister of Gary Lasko

Barbara Lasko mother of Gary Lasko

Greg Todisco, Son of Richard Todisco, 2 WTC

Doreen Jurczyk sister of Gary Lasko

Michael Angelini son of Joseph J Angelini

Cristina D. Guanlao

Colleen Fitzsimons-daughter of Richard Fitzsimons, Fire Safety Director WTC

Thomas Smith

Brienne McNally

Let the wheels of justice work not some rag heads.

Dina Connelly, sibling

L. Hammer, volunteer and resident, diagnosed with cancer.

James Connelly, brother- in-law

Elliot Houston

Rudolph A. DiMaggio Jr., First responder diagnosed w/ cancer.

Felicia Corbett Jones

José C Paz Gutierrez, brother of Victor Hugo Paz Gutierrez

Leonard Cimadomo. First response diagnosed with cancer

Firefighter Robert L.. Mandia

Osvaldo Valentin first responder diagnosed with prostate cancer

John O'malley

Francine Gallagher widow of John P. Gallagher, 31 years old on 9/11 Tower one Thomas
Riches, Brother of FDNY FF Jimmy Riches

Kristin Riches, Sister in law of FDNY FF Jimmy Riches

Thomas James Riches Nephew of FDNY FF Jimmy Riches

Sally Maloney Duval, Sister of Teddy Maloney WTC

Abigail James Riches niece of FDNY FF Jimmy Riches

Luke James Riches nephew of FDNY FF Jimmy Riches

Ricardo Campos (First Responder) Diagnosed with Cancer

Luke James Riches nephew of FDNY FF Jimmy Riches

Patricia Marrese sister of Colleen Deloughery

John Miller, First responder suffering from sinus and lung disease.

Daniel Orth, Son of Jane M. Orth on American Airlines Flight 11.

Anthony Franca, First responder

Susan Mallery Gurian

Virginia DiChiara, injured cantor Fitzgerald employee

Kevin B Patterson

Nik Vol - Diagnosed with cancer

Jennifer Jardim, Widow of Mark Jardim, North Tower

Clyde D. Bohanna, First responder, diagnosed with cancer.

Kathy Cordrro-severely injured Survivor from the Pentagon

Robert Neider

Donald Vaneck diagnosed with prostrate cancer.

Chaim Ilowitz son of abraham Nathaniel Ilowitz tower 1 victim

Michele Bedigian Iavarone (Widow of FF Carl John Bedigian)

Dr william Eisenberg, 9/11 Cancer Survivor

William Michell

Anne Albritton - survivor diagnosed with cancer.

Leticia Muszel sister of Lydia Estelle Bravo, who was killed tragically in North Tower

Rob Heller, brother of Joe Heller 1WTC, 91st floor

Sandra Blanding (respondinger) clean- up and recovery

Jeffrey E LeVeen Jr

Susanne Deverson, sister of Salvatore Gitto, Tower 1

Brittany Weber, daughter of Bruce Boehm, Cantor Fitzgerald

Virgil fossati local 15 Towers 1 and 2 diagnosed with RADS sinusitis and GERD

Mary Gitto, mother of Salvatore Gitto, Tower 1, by Susanne Deverson, as POA for Mary Gitto

Steven Grillo brother of Joseph F Griilo die in tower one.

Joseph M Jirovec FDNY RET Lung damage, seizures, PTSD

Marissa R. Harrell

Virgil fossati local 15 Towers 1 and 2 diagnosed with RADS sinusitis and GERD

Joseph Grillo father of Joseph F Griilo die in tower one.

Elizabeth Mathers daughter of Charles Mathers

Dan Burke first responder diagnosed with multiple cancers and breathing issues

 Nicholas DiMonda

Jason Ara Iskenderian, Son of Aram Iskenderian

Joe Selvaggi

Sean Fitzsimons, son of Fire Safety Director Richard Fitzsimons WTC Tower 2

Caren Montano

Eugene Lynch, First Responder, Sinus,GERD

Barry Kahn. 9-11 EMT diagnosed with Asthma,COPD and GERD.

Liam Montano

David G Johnson FDNY EMS (RET.) SI Landfill, Severe sleep apnea, chronic,sinusitis, Gerd

Mark Morabito

Leslie A Werdann - sister of David S Agnes ( Tower 1 )

Lukas Montano

Vincent T. Fiore, diagnosed with cancer due to 9/11 exposure

Carmen Agnes - mother of David S Agnes - tower 1

Lorrie Fiore, wife of 9/11 cancer patient
Paul Ryan brother of Edward Ryan, Tower 1
Lori Mascali widow of FDNY FF Joseph A. Mascali, Tower 2.
Richard a Taddonio jr
Andrew Smagala brother of FF Stanley Smagala
Melinda Cooper-Savage, widow of Julian Cooper, pentagon
Julianah Cooper, daughter of Julian Cooper, Pentagon
Linda & Jim Slattery, parents of Christopher Paul Slattery, North Tower
AnnElizabeth Newton Rueppel, sister of victim on AA Flight #77
Alex Coladonato, Son of Anthony Coladonato
Jean Lembo, sister of Alan Lederman, Tower2
Julio Fernandez
Elena Sweeney, Sister of Dennis Scauso FDNY Haz Mat
Tracy Janess, older sister of Kristy Irvine Ryan, Tower 2
Marguerita Domanico
Richard Wilt, First Responder, diagnosed with cancer
Marivel Guerra
Pamela Hohlweck, Widow of Thomas Warren Hohlweck, Jr, Tower 2
John Connor, Retired Police Officer, First Responder,
Pamela Hohlweck, Widow of Thomas Warren Hohlweck, Jr, Tower 2
Craig Holtermann, first responder and diagnosed with cancer.
Ilana eberson (Red Cross Volunteer diagnosed with several health issues and several surgeries)
Joseph Hands
Kathy Cordrro-severely injured Survivor from the Pentagon
Eileen Hands
Catherine Scullin, widow of Arthur Warren Scullin, Tower 1
Katherine Hoorn, mother of Brad Hoorn
Michael Quinn
Iliana McGinnis wife of Thomas McGinnis North Tower 92nd Floor
Noreen Quinn mother of James Quinn
Desiree Mercado niece of Patrick Buhse Cantor Fitzgerald
Mary Duff Ortale - widow of Peter Ortale
Raynilda Rodriguez Hernandez diagnosed with breast cancer
Michael Quinn father of James Quinn Cantor Fitzgerald
Firefighter Patrick Martin - 4+ WTC illnesses
Raynilda Rodriguez Hernandez diagnosed with breast cancer
James Cavuto, First Responder, diagnosed with cancer
Christina millan
Gerard Marzocchi's
Stephen Marzocchi
NYPD Police Officer Joseph Szaniszlo, active 24 year member & First Responder

Mauricio Millan

Michael Quinn father of James Quinn Cantor Fitzgerald

Gerard Marzocchi jr

Natalia Millan

Damien earthman son of elvira granitto tower 1

Kelly Millan

Christopher Dowdell, Stepson of Brian Magee, North Tower

Michelle Pegno, Widow of Michael Patrick Lunden

William J. O'Connor wife Diana perished on 9/11 37 yrs of age.

Scott D. Ryan

Igor Philantrope

Sherian Hobbs-Lightfoot oldest sister of Tara Y. Hobbs murdered in WTC South Tower

Cristine Villano 9/11 survivor and thyroid cancer survivor

Robert KellyFDNY first responder 9/11and brother of Thomas Kelly FDNY killed 9/11

Michael Cove, Son of James E. Cove, Tower 2

Julia Burke, widow of Thomas Burke, Tower 1

Michael A. Saccomanno First responder, diagnosed with asthma and RADS

Mr. St. Elmo George Jr.

Julia Burke, widow of Thomas Burke, Tower 1

Susan Brotman, niece of Barry Simowitz, a New York State employee, Tower 2.

Edward Gonzalez First Responder, Diagnosed with

Timothy Rise FEMA CATF-6

Rebecca Wiliams, sister-in-law of Brian Williams

Russ Influx

Raymond Devine, First responder, diagnosed with cancer

Alexandria CATALANO granddaughter of Harry Taback North Tower WTC

Mary Ortale Malitas, sister of Peter K. Ortale. Lost 9/11 South Tower

Christine O'Toole, Widow of Eileen Tallon mother of firefighter Sean Patrick Tallon Tower 1

Allison Wallice, John Wallice III, Christian Wallice, Patrick Wallice

Sandra Munro, sister of Elvira Granitto, Tower 1

Tina Albucker I worked in a close vicinity to ground zero and was diagnosed with breast cancer

Angeline Gomez, Daughter of Enrique Antonio Gomez, Windows on the World

Joel Sherman

Paul C. Claus first responder diagnosed with sleep apnea, copd, chronic rhinitis, acid reflux.

Alberto Roman Jr first responder had Liver Cancer,COPD, Gurd dealing with lung problems

Cristina D. Guanlao

Dr. Bernard P. Salamone, Widower of Marjorie C. Salamone

Aisha Ricca

Pat Ricca

Wes Fetchet, brother of Brad Fetchet who passed in WTC Tower 2

Eric Chappell First responder diagnosed with polyps, sleep apnea

Theresa M Villanova, wife of Patrick J Kelley, First responder sick from toxic dust.

Anne Gabriel, widow of Richard Peter Gabriel, retired disabled Vietnam veteran

Susan Pike, Survivor employed in the zone

Jack Friedman

Rudy Dimmling, brother of World Trade Center victim William Dimmling

Kenneth Stromstedt, First Responder, lung complications

Andrew G Dowling, brother of Mary Yolanda Dowling, Tower 2, RIP

Denise Stromstedt, Wife of first responder with lung complications

Casey Davidson daughter of FF Scott Davidson Ladder 118

David G Johnson FDNY EMS (RET.) SI Landfill, Severe sleep apnea, chronic,sinusitis, Gerd

Amy Waters

Mira Cizin

Susan Rasweiler Bauer, widow of Roger M Rasweiler, Tower 1

Juan Carlos Legro

Amy Farnum

Sandra Zuccala sister of Joseph Zuccala died 2nd tower..52...2nd day working.. devestated!

Eric J. Joglar

Christine Jean-Pierre, widow of Francois Jean-Pierre

FF Thomas Luniewski first responder on 9/11disabled from toxic exposure

Rodolfo Salcedo, retired DHS Special Agent

Tara Blessing, sister of Brian Williams, Tower 1

Juan Ramon Martinez sr father of Waleska Martinez passenger in FLT 93

Kerby Laurent, Step-son of Francois Jean-Pierre

Irma Martinez mother of Waleska Martinez passenger FLT 93

Lauren McCarthy, sister of Justin McCarthy, Tower 1

Vincent Viola, Jr.

Paul Allende

Philip Solimeo, first responder, diagnosed with WTC illnesses

James McGowan (FDNY- retired)

Joanne Navarra Widow of Lt. Victor Navarra died from Cancer from 9/11

Retired NYPD Jerome Kazlauskas, First Responder, diagnosed with four medical conditions.

Geoffrey Judge, widower of Ann C Judge

Ron DiFrancesco, last man to survive the South Tower collapse

Mary Fetchet, mother of 24-year-old, Bradley Fetchet, 89th floor tower 2

Frank Song, brother to Daniel W Song of Cantor Fitzgerald

Kevin J Hogan,First Responder,diagnosed with Lung Disease,.

John Hannafin, Brother of Thomas Hannafin Ladder 5 FDNY

William E. Kayhart, survivor

Kevin McNamara

Shawn Lipstein N.Y.P.D. First Responder.

Lynne Caba, sister of Lt. Commander Ronald Vauk, killed at Pentagon

John O'malley

Michael P Burke

Amanda Salamone Olcott, daughter of Marjorie Salamone, Pentagon

Kelly Manzi, Sister of Richard E. Bosco, Tower 1

Anne M. Sorge Sister of John P. Gallagher North Tower

Anthony Manzi, Brother-in-Law of Richard E. Bosco, Tower 1

Brett Fontana NYPD police officer

Elizabeth R. Jordan, wife of Robert T Jordan

Richard Villa brother of Sharon Millan MURDERED South Tower

Patricia Warner-Proctor, widow of Brian G. Warner Tower 1

Terry Pelino, brother of Todd D. Pelino

Kathryn Warner, daughter of Brian G. Warner, Tower 1

Eileen Butler, sister of Thomas M Butler, South Tower and daughter of William E Butler.

B. Sofia Cirinelli, Widow of David A. DeFeo. Sandler O'Neill, Tower 2.

Carol K Kennedy, Ph.D, widow of Thomas Kennedy

Dennis J Lynch

Arthur w Staudinger

Joseph M Jirovec FDNY RET Lung damage, seizures, PTSD

Elaine Leinung mother of Paul J Battaglia He worked for Marsh, killed on 9/11

William Torrales first responder, diagnosed with cancer and sleep APNEA and breathing problems.

Grace Badagliacca mother of John J Badagliacca, Cantor Fitzgerald 104th floor

Kazimierz Jakubiak

W sam chandoha

Emeric Twomey

Patricia McSweeney Friscia sister of Timothy Patrick McSweeney FDNY Ladder 3 killed in North Tower

Paul Whalen nyc firefighter disabled from job

Lawrence Oberhofer. First Responder. Police Officer 9-11

Ginger Van Caneghan, survivor, certified for 911 related breast cancer & asthma

Christine Spencer, Widow of Robert Andrew Spencer Cantor Fitzgerald

Richard M. Champion, Brother of Marjorie Champion Salamone, Pentagon 9/11/2001.

Michael diamond, widower of Patrice capo

Brian G. Germain FDNYE80, brother of WTC victim Denis P. Germain FDNY L2, North Tower

Kathleen Brunton widow of FDNY Captain Vincent Brunton L-105

David J O'Donnell FDNY retired

Maureen Trant, Sister of Daniel P Trant, victim in Tower1, 104th Floor

Richard M Champion, Brother of Marjorie Champion Salamone, Pentagon

Michael Ahr, First Responder

P.O. Glenn A Radalinsky Disabled Nassau County Police Officer Marine Bureau

Christine Spencer, Widow of Robert Andrew Spencer Cantor Fitzgerald

Scott Milne, First Responder Diagnosed With Several Ailments
Scott T. Brady, brother of David Brady
Elizabeth LeVeen Leonardi, daughter of Jeffrey LeVeen, Tower 1
Edward Thompson First Responder (FDNY) diagnosed with cancer
Christine LeVeen, wife of Jeffrey LeVeen, Tower 1
William Martin FDNY Engine 83 survivor north tower collapse
Jack M Waldie, brother of Kenneth E Waldie USNA
Lynn Faughnan Lee, sister of Christopher Faughnan, an innocent victim
Shannon V McNally, Surviving Daughter of Edmund Michael McNally, Tower 2
Maryanne Mullany
Albert chambers
Mark Reo
Thomas S McMahon First responder diagnosed face cancer.
Phyllis Gilly, Mother of Laura Gilly, Tower 1
Joe Lucania
Marie Lucania parent of Charles peter Lucania tower 2
Gary Giuntini NYS Court Officer-Sergeant(Ret.),Cancer diagnosis
Henry farrell
Sandra Zuccala sister of Joseph Zuccala died 2nd tower..52...2nd day working.. devestated!
Richard Chiappa
Ronald Wilhelmy
Gary Berger
Mindy Berger
Brandon Berger
Phyllis Berger
Amanda Kaplan
Damon Grill
Teresa A Courtney
Leslie Dimmling, widow of William Dimmling, North Tower
Dr. Tammy Hobbs-Ginsberg sister of Tara Hobbs
Vicki Tureski sister-in-law of Steve Pollicino, Cantor Fitzgerald, Tower One
Godfrey R Christian First Responder
Jose Crespo First responder
Cathryn Rosas
Kathleen Montague
Kathryn LeVeen daughter of Jeffrey LeVeen Partner Cantor Fitzgerald North Tower WTC
Ana Sanchez, 9/11 breast cancer survivor
Misha Yoshida, Sister of John T Gnazzo, North Tower
Al Ambrosino, lung ailments
Charles Dankenbrink
Robert Schleicher

J.Bruce Eagleson husband of Gail Eagleson and father of Kyle, Tim, and Brett south tower
Patrick Fitzsimons Brother And Godfather of Richard.
Christine J. Bini, Widow of Firefighter Carl V. Bini, North Tower
Timothy J Dailey PAPD sgt retired
Luis Malespin first responder
Sean Fitzsimons, son of Fire Safety Director Richard Fitzsimons WTC Tower 2
Charles M. Clyne
Janice ODell,
Marc Sekzer
Patrick Welsh, Widower of Deborah Welsh, Lead Flt. Attendant of United Flight 93
Dennis Grady FDNY 9/11 survivor
Jill McGovern, widow of Scott McGovern, age 35, Tower 2
Michael Pozolante
Camille McCann-Staats Worked near WTC
Sick responder Anthony Bartucci
Jim Riches fdny. Father of firefighter Jimmy Riches. 9/11/01
Rita Riches mother of 9/11 firefighter Jimmy riches
Lynne San Phillip
Nancy Metro, widow of Lane Metro
Lori Shapiro, sister of Nancy Morgenstern, Tower 1
Warren J. Rubio, First responder
Rita Cummings diagnosed with moderate COPD worked two blocks away from the towers.
Andrew LeVeen, son of Jeffrey E. LeVeen
Lisa Taddonio Crowe sister of Michael Taddonio-Tower 2
Frank Song, brother to Daniel W Song of Cantor Fitzgerald
Ilene Calderon
Frank Song, brother to Daniel W Song of Cantor Fitzgerald
Frank M Gaide first responder asthma, colon villious adenoma, skin cancer
Cesar Diaz 911 survivor with 911 related illnesses
Eileen Murphy-Cleary, First responder - multiply conditions
Gavin McMorrow - WTC colon cancer survivor
James Panatier, brother of Christopher Panatier, killed at WTC 9/11/01
Stephen A. Newton, beloved brother of Christopher C. Newton, Flight 77
Philip N Webster
Iris Voleta Cordova widow of Nicholas Boscaino
Steve Mumby, suffering trom neuropathy ever since and had to retire early in 2013 becaue of it
Kevin Tierney
Glenn m Brantley
Phil Cuffaro - Sickened First Responder
Tyrone C. Gilbert
John Hannafin, Brother of Thomas Hannafin Ladder 5 FDNY

David Marrone

Maria Legro sister of Adriana Legro North Tower

Sharron Carmen

John D'Onofrio

Raj B. Thackurdeen

Erik Baltz- First Responder with multiple illnesses due to 9/11

Stephan F. Helmrich

Jeanmarie DeBiase Widow of Mark DeBiase First responder Died from interstitial lung disease

Chris Maloney FDNY First Responder diagnosed with CANCER !

Louis conzo injered responder

Marcela Leahy, Widow of Police Officer James P Leahy, Tower 1

Nancy Metro, widow of Lane Metro

Mary Ann Rand Mother of First Responder FF Adam Rand Tower 2

Mark Thompson brother of Nigel Thompson murdered on 9/11

Lisa Rand Meyer Sister of First Responder FF Adam Rand Tower 2

James Rand Brother of First Responder FF Adam Rand Tower 2

Mildred Diele, widow of John Diele

Colleen Fitzsimons-daughter of Richard Fitzsimons, Fire Safety Director WTC

Tara Blessing, sister of Brian Williams, Tower 1

Elizabeth A Vandevander, Widow of Jon Vandevander, North Tower

Frango first responder cancer survivor

Barbara Tirado mother of David Tirado WTC 09/11/2001 Victim

Rafael Tirado Father of David Tirado WTC Victim tower 1 09/11/2001

Richard Tirado Brother of David Tirado Victim WTC tower 1 09/11/2001

Elsie and Richard Ortiz Aunt and Uncle David Tirado Tower 1 WTC 09/11/2001

James P. Minardi brother of William G. Minardi of Cantor Fitzgerald

Kristin walsh family member of flight 11. Passenger

Celestia and Micah Mahon Cousins of David Tirado WTC 09/11/2001

Donald P Aversa Jr First Responder

John Miller, First responder suffering from sinus and lung disease.

Kara Irvine, sister of Kristin Irvine Ryan,30 years old. Tower 2

Richard Villa brother of Sharon Millan MURDERED South Tower

Beth Dincuff

Navila Armon widow of (Bernard E. Patterson)

Anthony DeVecchis First Responder

Mark Newton-Carter brother of Christopher Newton-Carter died South Tower WTC 9/11.

VD AdemuJohn, window Of business owner who suffered with many Issues, results of 911

Carmen Cerreto Police Officer and first responder

Felice Marrow

Fernando pino

Lindsey Murdock, daughter of Roger Mark Rasweiler, Tower 1, 100th floor

Floyd Han, brother of Frederic K. Han, Tower 1

Scott Patterson, Son of Bernard E Patterson, North Tower

Kevin Doherty FDNY

Tylia Chevalier Furgal, Sister of Swede Chevalier, Tower 1

Jim arneth diagnosed with cancer

Scott R Holowach

Salvatore Cioffi, rescue and construction worker.

Carl DiAgostino, Brother of Michael DiAgostino, tower 1

Jennifer Vauk, Widow of Ronald Vauk Pentagon

Steven D. Feely, First responder diagnosed with acute asthma

Michael Cove, Son of James E. Cove, Tower 2

William Battcock

Eric J. Joglar

Lauren Kiefer-Foley, proud sister of FDNY FF Michael Kiefer murdered on 9/11

Matthew Olsziewski, first responder, diagnosed with cancer.

Helen Twomey, niece of Robert Twomey, North Tower

Donna McClellan, wife of Survivor, diagnosed with lung disease and cancer

Alexander Paul Aranyos Jr.

John McClellan, Survivor, diagnosed with lung disease and cancer

Annette Vulpis, wife of survivor diagnosed with 911 illnesses

Martin Vulpis, survivor with 911 illnesses

Joseph Baccellieri Jr., First responder who has been battling cancer and related complications.

Kevin Maynard Twin brother of FF Keithroy Maynard

Christopher J. McGuire FDNY

Barbara Theurkauf, sister of Thomas F. Theurkauf, Jr

Lena Whittaker, I lost my Karen Hagerty, my beautiful girl. She was only 34 years old.

William O'Connor brother of Richard J.O'Connor died in tower

James Harrison diagnosed with cancer

John A. Coloe, First Responder, reactive airway disease

Farhaad Rasool mother of Amenia Rasool

Gary F Brennan

Thomas S McMahon First responder diagnosed face cancer.

Beverly Finnegan Mother of Michael Finnegan

Dennis Bowen, First Responder diagnosed other siniuatis,guts,sleep apnea.

Doug Pollicino brother of Steve Pollicino Canter Fitzgerald

Alicia Buhse Colomer, Niece of Patrick Joseph Buhse, Tower 1

Farhaad Rasool mother of Amenia Rasool

Dana Conte been diagnosed with Wegener's granulomatosis

Cathleen Lynch Miller (sister of Terence M Lynch-Pentagon)

Brother of victim of terrorism

Lerone Crawford First responder

Susan Newton-Carter, Widow of Christopher Newton-Carter, Tower 2

James R. Vanacore, First Responder, Diagnosed Blocked Heart Artery

Firefighter Jerard Warnock

Stanley pirpinas With NYPD Fleet services division first responder I was diagnosed with cancer

Luis Malespin first responder

First responder diagnosed with copd and ptsd my name is Remo Belloli

Lt. Steven J. Nuzzo. FDNY retired

Richard Mcdonagh first responder diagnosed with cancer

Tricia Marsala

Patricia Ann Greenleaf

Peter S Greenleaf

Anne Earthman daughter of Elvira Granitto

Susan Lenoir, widow of John Lenoir, Tower 2

Antoine Daye

Charles Scalzo, first responder, diagnosed with chronic laryngitis and rhinitis...

Fred Schwarzrock FDNY retired due to lung issues from exposure at WTC site

Eugene DeSantis first responder diagnosed with two cancers

NYC Deputy Sheriff Victor Leguillow first responder

Nancy Shea, widow of Joseph Patrick Shea

Gina Sam (sister or Rena Sam-Dinnoo)

gary westwood, 1st responder

Eileen H Simon, widow of Michael J Simon, tower 1 employee of Cantor Fitzgerald.

Donald Cimino

Dan Gillespie

Gregory Edwards, First Responder, diagnosed with cancer.

Michael J Simon, son of Michael J Simon, tower 2 employee of Cantor Fitzgerald

Robert Dolney l44 FDNY

Brittany R Ryan, Daughter of Michael J Simon, tower 1 employee of Cantor Fitzgerald

Tyler I Simon, son of Michael J Simon, tower 1 employee of Cantor Fitzgerald

Barbara T Romaine, mother in law of Michael J Simon, tower 1 employee of Cantor Fitzgerald

Frank DiAgostino brother of Michael DiAgostino Cantor Fitzgerald North Tower

Kathy Cordero-Severely injured Pentagon Survivor

Josep Arigoni

John P. Sullivan, cancer patienr

Michael Gray

Michael O'Donnell

Theresa Stella, sister of Donald Delapenha, deceased

William Duffy Employee diagnosed Kidney cancer

Ronald Schlitt first responder diagnosed with cancer

Michael Price, 1st -responder, multiple cancers

Frank J Kminek

First responder Maribel Roman

Frank and Mary Fetchet, Parents of Bradley J Fetchet, Tower 2

Ella Tkachenko, diagnosed with skin cancer

Mary Ann Sweeney, mother of FF Brian E. Sweeney, South Tower

Joseph Freely. First responder

Arminé Giorgetti widow of Steven A. Giorgetti

Chris Maloney FDNY First Responder diagnosed with cancer

Paul Steven Giorgetti son of Steven A. Giorgetti North Tower

William Paul - worker diagnosed with cancer

Victor Salimeni

Kevin J Hogan, First Responder,diagnosed with Lung Disease,.

Alexa M Giorgetti, Daughter of Steven A. Giorgetti (North Tower)

Nicole Girouard, daughter of Julie Zipper, Tower 2.

William Paul diagnosed with cancer

Michael Brill - First Responder

Angela Allegretti

Christopher Dowling (father of Mary Yolanda Dowling, Tower 2)

Joseph Caciano First Responder

Regina Passananti, daughter in law of Horace Passananti, murdered at World Trade Center

Tim Calkins,First responder

Christopher DiMaria, First Responder, diagnosed with Cancer

Carol Richards, mother of murdered son, Gregory David Richards, 31, who was suffocated to death.

Peter Genco

Susan Newon-Carter, Widow of Christopher Newton-Carter, Tower 2

Daniel Friedman, son of Andrew Friedman, North Tower

Craig S. Meissner, First Responder - diagnosed with multiple conditions

Barbara Genco

Maria Louisa Dominguez

Katherine J. Volpe

Ronald K Anderson. First responder.

Robert Jackson first responder diagnosed with cancer

Tomas Zavala, diagnosed with cancer

John Gorman

Marisa Perhaes

Edwin Moss

Christine LeVeen, wife of Jeffrey LeVeen, Tower 1

Janice Williams, Widow of Louis C. Williams, III, Tower 2

Ivan N Fernandez (survivor, twice diagnosed with cancer)

Philip Ferrara, bladder cancer, lung issues

Sheila Inserra, Little Sister of Daniel Patrick Trant, Tower 1

Mary Grace Inserra Niece of Daniel Patrick Trant, Tower 1 Canter Fitzgerald

Robert Inserra, Nephew of Daniel Patrick Trant, First Tower, Cantor Fitzgerald

Vincent Concannon First Responder diagnosed with cancer.

Lisa Anzelone

Soledad Haren

James Twomey jr newphew of Robert Twomey North Tower

Linda A. Roche, survivor with cancer.

Robert P Eichele

Margaret P Iskyan, wife of John F Iskyan, North Tower of WTC

Vikas Vats, resident, diagnosed with cancer

Richard M. Pfluger

Kathleen Ruggiere DeParis, sibling of Bart J Ruggiere

Edward A. Brennan, Jr. Father of Edward A . Brennan, 111 killed in North Tower,on 9/11

Michael DeMarfio NYPD

Lori Haag Herrmann, sister of 9/11 victim of the World Trade Center

Edlene LaFrance, Widow of Alan LaFrance, Tower 1

Joe Gugliaro diagnosed with cancer

Philip Ferrara, bladder cancer, lung issues

Michael Marten

Kevin McCarroll

JoannCohn mother of John Pepe Salerno worked for Cantor Fitzgerald expectant father

Robyn De Vito daughter of Jerry De Vito North Tower

Kenneth C Gustavson

Patricia McCann niece of Robert Twomey

Angela Colavito

Edward O'Callaghan, NYPD Detective

Regina Zaccoli

Tony Watkins First responder diagnosed with lung disease, PTSD,

Charles F Blatt, first responder diagnosed with cancer, Barrett's esophagus, sinusitis and rhinitis

Kristen Kelley Roberts, daughter of Frederick Kelley WTC

Michael Harding

Roberta J Levine wife of a Robert M Levine tower 2 78th floor

Eileen Tallon mother of firefighter Sean Patrick Tallon Tower 1

My name is John Baldassano (first responder) and I have 2 different types of cancer

Todd DeVito, Son of Jerry DeVito, Tower 1

Shari Goldberg Sister of Brian Goldberg 90th Fl. Tower 2 26 years young

Theresa Regan Widow of Donald Regan FDNY Rescue 3 World Trade Center

Carol Ann Morales severe asthma suffer

Mamerto Morales spouse to Carol Morales

John Pellegriti, first respond diagnosed with cancer

Irene Mair sister of Linda Mair grayling

Timothy Lang, Brother of Rosanne Lang Uncle of Brendan Lang murdered 9/11
Karen Moriarty, first responder, diagnosed with cancer and additional diagnoses
Daniel f white
Richard Lang brother of Roseanne Lang, north tower, uncle of Brendan Lang south tower
Al Ambrosino, lung ailments
Anthony L. Mercado, brother of firefighter Steve J. Mercado
Neil Halpin
Tomas Zavala, diagnosed with cancer
Fred Altano FDNY First Responder
Ronald Torres
Paul S Gilly, Brother of Laura Gilly, Cantor Fitzgerald
Kevin M Gilly, Nephew of Laura Gilly, Cantor Fitzgerald
Dianne Hagerty, Sister of Dennis Scauso, Hazmat One, FDNY, lost on 9/11
George Griffo, first responder. Diagnosed with thyroid disease and acid reflux
Laura B Gilly, Niece of Laura Gilly, Cantor Fitzgerald
Matt Wisniewski- son of Alan L. Wisniewski
Jess Wisniewski- daughter of Alan L. Wisniewski
Diane Miller widow of FF Henry Miller Ladder 105
Erica Wisniewski- daughter of Alan L. Wisniewski-
 Catherine Faughnan -wife of Christopher Faughnan, Cantor Fitzgerald
Kathy Wisniewski- wife of Alan L. Wisniewski
Thomas J. Hartigan, NYPD, Retired
Muriel Wisniewski- mother of Alan L. Wisniewski- killed on 9/11/01 - 104th floor- South WTC
Robert Garbarino, 1st responder diagnosed with cancer.
Kathleen Garbarino, diagnosed with chronic bronchitis and asthma.
James J holmes FDNY retired & sick from 911
Robert A. Pennacchia, First responder
Jon Brock Survivor Diagnosed with multiple Cancers
Thomas Smith
James Connelly, brother- in-law
James P. Kelly 1st responder and brother of deceased Fire Fighter Thomas R. Kelly
Clara DiAgostino, mother of Michael DiAgostino, North Tower.
Kevin McCarroll
Julie Magliulo, sister of Michael DiAgostino, North Tower.
Gregory Hohmann, Orphan of Firefighter Jonathan Hohmann, murdered on 9/11/01
First Responder, diagnosed with cancer Ret. NYC Police Officer Colleen M Brady
Robert A. Rosenfeld
Jennifer Glick
Dawn Meyer-Fuchs
James Bowden, Brother of Thomas H Bowden jr, Tower 1
Autumn Bowden, Neice of Thomas Bowden Jr, Tower 1

Beth Murphy, widow of Kevin J. Murphy Tower One, Marsh McLennan

Joe mangravito first responder

James Bowman Sr. Brother of Shawn E. Bowman Jr. who past away that day 9-11-01.

Paul Brennan, Brother of Thomas Brennan, South Tower

Jill Goldstein, Widow of Steven Goldstein Tower 1

Brendan Rooney, brother of Sean Rooney, Tower 2

Paul Cunningham, brother of Michael J Cunningham, killed in the South Tower

Brother of Thomas M. Brennan, South Tower

Joseph P. Calia brother of Dominick Calia who was killed in tower 2 at. Cantor Fitzgerald.

Patricia D Lewis, widow of Adam J. Lewis, Tower 2

Filomena Santorelli

Angela Gallucci

Dorothea Wotton, child of victim Rodney Wotton

James Maher brother of Daniel Maher tower one Marsh industries

Suzanne Sisolak Penavic, widow of Joseph Sisolak, Tower One 95th Floor

Connor Murphy, Son of Kevin J. Murphy, Tower 1, Marsh McLennan

Stacey Boehm, daughter of victim

Kresimir Penavic on behalf of Joseph Sisolak, Tower One 95th Floor

Beth Murphy, widow of Kevin J. Murphy Tower One, Marsh McLennan

Filomena Santorelli sister of Vincent Gallucci Tower 1

Yvonne Ramirez, sister of Linda Mair Grayling ;Tower 1; 100th Fl.

Elaine Barrett, Survivor diagnosed w/upper respiratory issues & lost my sister Donna Marie Giordano

Angela Gallucci mother of Vincent Gallucci Tower 1

Amy Vasel, widow of Scott Vasel North Tower

Michael J. Giordano, 9/11 survivor and son of Donna M. Giordano, Tower 2

Alfonso Santorelli brother in law of Vincent Gallucci Tower 1

Carol Jardim - lost my niece Donna Marie Giordano

Dean J. D'Ambrosi

Frank Fiscello - Lost my friend Donna Marie Giordano

Sue D'Ambola - Lost my cousin Donna Marie Giordano

Bobby D'Ambola lost my cousin Donna Marie Giordano

Erica Wisniewski, daughter of Alan Wisniewski Tower 2

Ryan Vasel, son of Scott Vasel North Tower

Matthew Vasel, son if Scott Vasel North Tower

MaryKay Ciccone, friend of Donna Marie Giordano

Michele Beamer Sorensen, Sister of Todd Beamer, United Flight 93

Nicholas Anthony Barrett, Active Duty Army lost my aunt, Donna Marie Giordano

Marjorie Kniola, diagnosed with cancer.

Bart Marasciulo brother in law to Michael Anthony Tanner who perished in Tower 1

Reginald Manley FDNY Retired Fire Fighter WTC W/Asthma,PTSD, GERD

Anthony Scamerdella, Survivor and lost my best friend, Donna Marie Giordano

Rosemarie Hohmann, widow of Firefighter Jonathan R. Hohmann, Tower 1, HazMat 1

Daniel f white

Stuart Yule First responder, diagnosed with cancer

Kathy Wisniewski-wife of Alan L. Wisniewski- killed on 9/11/01- 104th floor WTC

Lynda Burton first responder

William B. Jones, II, brother of Donald T. Jones, II, killed in Tower One on 9/11

Holly Tanz, sister of Howard Lee Kane, Controller Windows of the World

Linda Bodian mother of Laurence Polatsch

Margaret Ryan, Widow of FDNY Battalion Chief Matthew L. Ryan

Matt Wisniewski- son of Alan L. Wisniewski- killed on 9/11/01- 104th floor South World Trade Center

Frank Palombo

Muriel Wisniewski

Dennis J Hearns First Responder Diagnosed with cancer

Kenneth Tanner brother of Michael Anthony Tanner North Tower Cantor Fitzgerald

Ronald Torres

Karen Ann Mee sister of John A Candela (Cantor Fitzgerald)

Tina Cammarata sister of Joseph J Zuccala, deceased South Tower

Robyn De Vito daughter of Jerry De Vito North Tower

Margaret Eckert, sister in law of Sean Rooney

Thomas S. Johnson, father of Scott M. Johnson, deceased 9/11/2001

Brunilda Rodriguez, sister of Milagros Hromada

Margaret S. Johnson, Mother of Scott M. Johnson, deceased 9/11/2001

Goenia Hector-Johnson, First Responder, diagnosed with multiple respiratory illnesses.

Elizabeth A Candela, Widow of John A Candela

Louis F. Cortes

Martin Blum

Renee Abbate sister of Michael Tanner, North Tower

Kaylene Zuccala sams

Raymond Eckert, brother-in-law of Sean Rooney, Tower 2

Barbara Gallucci, widow of Vincent Gallucci, Tower 1

LLoyd Glick, father of Jeremy Glick, killed on Inited Airlines flight 93.

Karen Eckert, Sister-in -law of Sean Rooney, killed in Tower 2

Arlene Orsini, Widow of Ron Orsini, Tower 1

Cynthia J M Droz

Elsa Gronlund Strong, sister of Linda Gronlund, Flight 93

Jared Glick Brother of Jeremy Glick Flight 93

James Connelly, brother- in-law

John Sanders, Father of Stacey Leigh Sanders, killed in North Tower

Helene Gnazzo Widow Of John T Gnazzo Tower 1

Jule Gnazzo daughter of John T Gnazzo Tower 1

Matt Wisniewski- son of Alan Wisniewski-killed on 9/11/01-104th Floor-

John Gnazzo son of John T Gnazzo Tower 1

Andrew Cunningham. Brother of Michael Cunningham who died in the south tower.

Alexa M Giorgetti, Daughter of Steven A.Giorgetti (North Tower)

Barbara Ropiteau Galloway, mother of Eric Thomas Ropiteau

Sandra slater

Adam Kane, brother of Howard Kane - Windows on the World

Awilda Breban, sister of Milagros Hromada

Dawn McHale, lived at Ground Zero

Ellen Hughes sister of Steven F. Schlag, North Tower, senselessly murdered

Thomas macri

Heidi Bauer-Pollard sister of W David Bauer Tower 1

Jeff Magnuson, son of Ronald Magnuson, Tower 1

Timothy York

Barbara Ropiteau Galloway mother of Eric Thomas Ropiteau, 105 floor Tower 1

Kathleen Allen daughter of FF Eric T Allen North Tower

Tomoko Schlag, widow of Steven F. Schlag, Cantor Fitzgerald, WTC North Tower

Keena York, sister-in-law of Kevin York, WTC Tower 2

Timothy York, brother of Kevin York, WTC Tower 2

Damasa Bonilla first responder, diagnosed with asthma, mediastinal mass .

Sandra Heffernan, Widow of James H. Heffernan III, NYSE, diagnosed with cancer

Louis Femia, diagnosed with COPD, asthma, Rads and sleep apnia

Matthew Vasel, son if Scott Vasel North Tower

John Arthur Candela, Son of John Anthony Candela, Tower 1

Valerie Speller My brother John A Candela was Murdered

Jeffrey A.Steinbeck, First responder, diagnosed with cancer.

Jonathan Henderson Retired FDNY Firefighter

Salvatore J. Coladonato, Sibling to Anthony J, Coladonato VP at Cantor Fitzgerald

Ignard Rondon, Responder, diagnosed with Cancer.

McCarthy G. Smith, M.D., brother of Daniel L. Smith, who was murdered in the South Tower

First Responder, diagnosed with cancer Ret. NYC Police Officer Colleen M Brady

Edward A Radburn husband of Bettina B Brown murdered by terrorists

Susan Smith Hicks, sister of Danny Smith, murdered on the 84th floor of Tower 2

Richard Chiappa

Joan Brady, sister of John A Candela, North Tower 104th floor Canter Fitzgerald

Chris Brady, brother in law to John A Candela, Canter Fitzgerald 104 th floor

Shanna Lewis, Sister of Brendan Lang, Tower 2, Niece of Rosanne Lang, Tower 1

Stephen Bauer

Vijay Thackurdeen,(brother of Goumatie Thackurdeen)

Michael Speller, brother in law of John A Candela murdered on 9/11 in the WTC North Tower.

Jessica Wisniewski Daughter of Alan Wisniewski
Helen Friedlander, Widow of Alan Friedlander, Tower 2
Patrick Fitzsimons Brother And Godfather of Richard.
Joseph Quinn, Brother of James Quinn, Tower 1
Henry E. Bustillo brother of murdered victim on 9-11-01
Michael J Harvey Brother of Emeric Harvey killed North Tower
Wendi Gabrieli sister of Andrew Friedman
James seiferheld first responder. Nypd
Michael Sciglibaglio
Pandora Bharvaney, Widow of Anil Bharvaney, North Tower
Lisa Carlino Torres, daughter of Ed Carlino, Tower 1
Rosemarie Martie, sister of Salvatore Zisa
Robert Cristadoro
Michael Liantonio
Joan Parker, Widow of Philip Parker, South Tower, 99th floor
Dawn Cristadoro
Susan E Bourque, sister in law of Sean P Rooney, Tower 2
James Seip diagnosed with cancer
Susan Nolan
John DiMeglio, Father Of David DiMeglio AA flight 11
Marie DiMeglio, step mother to David DiMeglio, AA Flight #11
Susana Gomez- Cancer diagnosed
John F. Cassidy First Responder
Dissa Bustilo
Mary A. Danahy widow of Patrick W. Danahy
Garrett Schlag, son of Steven Schlag
Kerry Cahill Kerin, Sister of Thomas J. Cahill
Mr Maher
Michael Marten
Brunilda Rodriguez, sister of Milagros Hromada
Brian Michael Rooney
Cathyann Bonnett, widow of Colin Bonnett, Tower 2
Doris Martinez, sister of Milagros Hromada.
Dennis Brantley, FDNY first responder, Cancer
Kenneth V Wagner, NYPD ret. 1st Pct Manhattan.
Barbara Stang, Sister of Ronald Orsini, Tower One
Erin McGinty James, sister of Michael McGinty, North Tower
Pawel Jakubiak, son of deceased mother Maria Jakubiak, employed by Marsh Mclennan
Raymond Caban
Susan Kathryn Hefti, First Responder
Patricia Hanglow Stines widow of James H Stines FDNYl was first responder

Pamela Lewis Passaretta: sister of Adam J. Lewis, killed 9/11 towers NYC

Dawn Bryfogle, Wife of Mark Bruce- 2 World Trade, 104th Fl

Agnes Grant

Thomas P Beatini, brother of Paul F Beatini, murdered in attack on WTC Tower 2 on 9-11-2001

Chris Tucker brother of Michael Tucker, Tower 1

Barbara Rachko, Widow of Dr. Bryan C. Jack, passenger on American Flight 77

Patricia McSweeney Friscia sister of Timothy Patrick McSweeney

Michele Aran

Timothy P. Trant, brother of Daniel P. Trant, Cantor Fitzgerald, 104th Floor 1WTC

Joan Glick

Thomas Baldwin

Marie DiMeglio, step mother to David DiMeglio, AA Flight #11

Julie Kelly, Widow of Timothy C Kelly, North Tower WTC

Sonia Tita Puopolo

Please write your name as you would like it to appear on the letter: (For Example: 'Jane Doe, Robert Wallace

WIlliam Fiorelli, brother of Stephen Fiorelli,Tower 1

Britney Rivera, Daughter of Carmen Alicia Rivera, Tower 2

Felipe Oyola

Jessica DeRubbio, daughter of Firefighter David DeRubbio

August Bernaerts, brother of Donna Bernaerts- Kearns

Tara Strobert-Nolan, wife of Steven Strobert, killed in Tower 1

David D Henwood III, Brother of John Christopher Henwood, Tower One

Caitlin Bender, daughter of Lt. Glenn C. Perry, FDNY

Mr. Michael Freiman

Catherine Chiola, sister of John Roger Fisher

Madlene Brown surviving sister of Gricelda James tower 2

Felipe Oyola survivor and widow to my late wife Adianes Oyola

Hannah Pabon, daughter of Israel Pabon Jr

Jaime Reali, daughter of PO Ronald Kloepfer

April Fitzgerald, sister of Gene Edward Maloy, Tower 2

Rebecca Wald Clemento, widow of Victor Wald

Christopher Nardone brother of Mario Nardone Jr.

Robert A Pycior, son of Joseph J Pycior Jr. Killed at the Pentagon

Kimberly Carlson, daughter of Rosemarie Carlson, tower 1

veronica baierwalter, daughter of robert j baierwalter

Patricia Murphy sister of FDNY Capt Timothy Stackpole murdered on September 11, 2001

Benjamin Dominguez, Jr., brother of Carlos Dominguez, killed WTC 9/11

Nora Callahan, daughter of Francis Callahan (FDNY)

Brittney vola, Anthony vola Niece & nephew of Maria percoco vola ( aunt )

Lucy Aita, Fiance/Spouse of Paul W. Innella (age 33) Cantor Fitzgerald

Lawrence Gray widower of Tara McCloud Gray Tower 2r

Judith McNeil sister of Walter Arthur McNeil NYNJ Port Authority Police

Joanne Langone, sister of Peter Langone FDNY, Tower 1 & Thomas Langone NYPD, Tower 2

James J. Davies, Exec, Estate of Robert T Ogren

Maureen Paglia, Sister of FF FDNY Thomas W. Kelly murdered on 9/11 in the World Trade Center by terrorists while saving innocent citizens of the United States and many other countries.

Sara Pabon, Daughter of Israel Pabon Jr

Edward J. Mardovich III, son of Edward J. Mardovich, South Tower

Jim Jenkins older brother of John C Jenkins passenger on flight 11

Erin Phelan

Walter A. McNeil II

Meaghan Wilt, daughter of Glenn Perry, First Responder

Sandra Isenberg daughter of Susan Schuler 2nd tower hit

Jimmie L Willson, sibling of Ada Mason Acker, Pentagon

Joann Boutureira sister of Harry A Raines

Linda Houston, Widow of Charles J. Houston, Tower 2

Michael & Carol Boccardi, Parents of Michael Andew Boccardi

Karen Blair Pabon

Zeshan hamdani, brother of Mohammad Salman Hamdani

Luis Fernando Montoya, sibling of Carlos Montoya, flight 11 passenger

Sheryl Miller Bechor, daughter of Philip D Miller murdered in the South Towe

Tara Safronoff, widow of Brock Safronoff, Tower 1

Jenna Griffin, Daughter of John Michael Griffin, Silverstein Properties

Sophie Ortiz, mother of Paul Ortiz, Jr.

Karen Blair Pabon widow of Israel Pabon, father of Sara and Hannah Pabon

Catherine Fleming

Christopher Geis

Maureen Regan sister of FF Donald REGAN and 1st responder

Kevin Parham

Minerva M. Conti sister of deceased Nancy E. Perez

D. Morris, daughter of Odessa Morris, killed at the Pentagon

Alexander Jimenez, brother of Eliezer Jiménez Jr, Windows Around the World Tower

Christopher Geis, brother to Julie Geis

Thomas DiChiaro, son of Patricia DiChiaro, tower 2

Robin Audiffred, Widow of James Audiffred Murdered on 9/11/2001, Tower 1

Jessica Moody

Horace A. Morris, Widower of Odessa V. Morris, killed at the Pentagon

Rose Verno, Daughter of Capt. Frank Callahan, Ladder 35, FDNY

Jill S. Polansky, sister of Thomas E. Sinton lll, Tower 1

Caitlin Langone, daughter of P.O. Thomas Langone, NYPD

Jaime Montoya, Brother of Carlos Montoya, AA-11, Tower 1

Anne jelly Juleff, widow of Thomas Michael kelly.
Raymond J Murray
Jan-Sheri Morris, daughter of Odessa V. Morris, killed at the Pentagon
Daniel Depea
Keith S. Morris, daughter of Odessa V. Morris, killed at the Pentagon
Maureen Moore Mom of Tara Debek North Tower
Colleen Golden - daughter of Richard Morgan
Jennica Vera-Perez, daughter of David Vera: South Tower
James T O'Connor, Brother of Vanessa Langer, Tower 2
Deepa Gopu
Vincent Camaj son of Roko Camaj window washer tower 2
Fahim Chowdhury, Brother of Shakila Yasmin, Tower 1
Raymond J Murray, nephew of Lucille King, Tower 2
Robert Epps
Racine Concepcion, Daughter of Carmen Alicia Rivera, Tower 2
Gilberto Montoya, sibling of Carlos Montoya, American Airlines 11
Showkatara Sharif, Mother of Shakila Yasmin, Tower 1
Brendan Ryan brother of Matthew L Ryan BC FDNY
Olivia Ledo Daughter of Kenneth Ledée, South Tower
Darrick Carlone, Son of David G. Carlone
Zenda F. Gutierrez Klingenberg sibling to Zandra Ploger, Flight 77
Rosemary T. Aversano
Peter Callahan, son of Captain Frank Callahan, FDNY. South Tower.
Denyse Betcher, stepdaughter of fire fighter Paul Ruback
Patricia A Costello, Sister of Charles Gregory Costello, Jr., Tower 1
Andrea E Treble, only sibling to Gabriela Treble killed in North a Tower
Paul DeMartini
Ruth Sigmund,Parent of Johanna Sigmund, North Tower
Anand Dataram
Sharif A. Chowdhury, Father of Shakila Yasmin. Tower - 1
Scarlyn mejia daughter of manuel E. Mejia, north tower.
Tsahai Santiago, Sister of Vanavah Thompson N64
Rita L Ruback, wife of firefighter Paul Ruback
Hopeton Richards widow of venesha Orintia Richards north tower
Peter Roman
David J. DeConto
Kathleen Griffin, sibling of John Griffin 9/11 victim
Teresa Maude Widow LTG Timothy J. Maude Pentagon
Allison Fox-Breland, Daughter of Virginia Fox, Tower 1, 98th Floor
Cheryl Rivelli, widow of FDNY fire fighter Joseph R. Rivelli, Jr.
June Griffin, Widow of John M. Griffin, Tower 1

Tina M. Fisher

Sicely McCants daughter of Judy Rowlett, The Pentagon

John Costanza, widower of Digna Costanza, WTC, Tower 1.

Evan Cascio

Michael M Moran, brother of Battalion Chief John M Moran. First responder, 9/11/2001

Cheryl Rivelli, widow of FDNY firefighter Joseph R. Rivelli, Jr,

Jeannie Schlesinger - Sister of Robert Zampieri Tower 1

Roger E. Kyte husband of 9/11 murder victim Angela R. Kyte

Robert J. Sullivan, brother of Lt. Christopher P. Sullivan

Laura Buck, daughter of Georgine Rose Corrigan, Passenger United Flight 93

Shannon J. Mason daughter of Ada Mason

Robert Moore, brother of Tara Debek, north tower

Leonard M Sorresse Sr..Father of Michael C Sorresse

Karen Simon Widow of Kenneth Allen Simon, Tower 2

Kimberly Bennett

John Ramsaur, Widower of Deborah Ramsaur, Pentagon

Sami Nassar

Maya Simon Daughter of Kenneth Allen Simon Tower 2

Joanne Hrycak widow of Marian R Hrycak WTC#2 86th floor

Kimberly Bennett-sister to Eric L Bennett

Lina M DiCola, daughter of Martha M Reszke, Pentagon

Kathy Buell

Theresa Fiorelli, Widow of Stephen J. Fiorelli, WTC Tower 1

Robert J. Harrington father of Melissa Harrington

Maria T Sorresse, Mother of Michael C Sorresse

Andrew McMahon, brother of Firefighter Robert McMahon. Ladder 20

Debra Carson Widow of James Joseph Carson, Jr.

Jeffrey Keating Brother of New York Firefighter Paul Hanlon Keating

Lance E.Ogren

Kevin M Mulligan

Leonard Sorresse Jr

Michael Zinkofsky, widow of Maxima Jean-Pierre

Eric Ogren

Patricia Catherine Hardy,sister of LTC Stephen Neil Hyland Jr, Pentagon

George Coughlin, brother of Sgt. John Coughlin, NYPD tower 2

Peter Swift brother of Thomas F. Swift. Tower 2

Brian Muldowney

Joseph Cachia father of Bran Cachia who passed

Barbara Barbella Sullivan, sister of James Barbella, Port Authority

Mario Perez 9/11 victim Nancy E.Perez

Jatair Persol - Hodges

Haleema Salie Mother of Rahma Salie flight 11

Trevor S. Rescorla

Jeffrey Keating Brother of New York Firefighter Paul Hanlon Keating

Police Officer James Smith, widower of Police Officer Moira Ann Smith, Tower 2

Elaine Plourde, Daughter of Charles Lesperance

Patrick J. Nee, son of Luke G. Nee

Berta Perez mother of 9/11 victim Nancy E.Perez

Kevin M Mulligan

Sheila E Doyle, sister of Dennis Edwards, Cantor Fitzgerald

Jatair Persol Hodges, Daughter Of Dajuan Hodges

Jill Marsella, widow of Thomas F. Swift WTC Tower 2

Francis Firth sibling of Robert Martinez Tower 2

Anya Parkes, twin sister of Michael Parkes, Tower 2.

Francis X Houston, Brother of Charles J Houston, murdered in WTC South Tower

Dawn Haskell Carbone, sister of Battallion Chief Thomas T. Haskell and Firefighter, Timothy Shawn Haskell

Kathleen Novich, sibling to ET1 Ronald J Hemenway, Pentagon

Casey Kloepfer, Son of First responder Ronald Kloepfer

Jacobo Castro

Cathleen M Cleary

Cristal Barragan stepdaughter of Moises Rivas tower one

Jacqueline A Houston, Niece, Charles J Houston, murdered in WTC South Tower

Joyce Cohen Day, Daughter of Florence Cohen, Tower 2

Katherin Pleitez stepdaughter of Moises Rivas tower one

Lisa Procaccio, daughter of Louis F. Aversano, Jr.

Russell Barnes, brother of 9/11hero firefighter, Matthew Barnes of FDNY Ladder 25.

Timothy Kane, brother of Jennifer Lynn Kane, North Tower

Rebecca S. Loethen, domestic partner of Julie M. Geis

Cathleen M Cleary sister of Kevin Francis Cleary

Elizabeth Rivas widow of Moises Rivas tower one

Joseph F Houston, Nephew, Charles J Houston, murdered in WTC South Tower

Karen L. Fiorelli

Estrellita Sanchez-Ortiz widow of Paul Ortiz jr.

Annie Harris sibling of Ada Mason

Moises N. Rivas jr son of Moises Rivas tower one

Farah Frenkel, sister of Rahma Salie, Flight 11

Moesha Rivas daughter of Moises Rivas tower one

Mildred Calderon, sister of Vivian Casalduc, Tower 1

Cindy leduc

Michael A Houston, Nephew, Charles J Houston, murdered in WTC South Tower

Matthew Walier. Brother to murdered sister on 9/11 Margaret Seeliger

Casey Kloepfer, Son of First responder Ronald Kloepfer

Harry Callahan, son of Capt. Frank Callahan TL-35

Havier Massa, I'm the brother of WTC victim Ana Centeno

Kathleen Matthews sister of Paul Hanlon Keating

Jarid R. Maldonado, Son of Myrna Maldonado, victim of 9/11 terrorist attacks

Kathy Shea, sister of Daniel & Joseph Shea, WTC

Miriam Carrasquillo sister of Debora I. Maldonado

Troy Francis, Son of Virgin lucy Francis Tower 2.

Paola Cepeda daughter of Isidrio Ottenwälder chef in the windows of the world

Julie McMahon, widow of FF Robert McMahon, FDNY Ladder 20

Ryan Nelson, Son of Peter A. Nelson FDNY Rescue 4, South Tower

Elvia Diaz mother of Debora I. Maldonado

Douglas Hall

Mary Henwood/ Mother of John Henwood Tower 1

Matthew McMahon

Beth Schutte, daughter of the murdered Patricia Cody.

Glenn Watson, brother of Firefighter Kenneth Watson

Audrey Ades, widow of Paul J. Friedman

Tina Watson, sister of Firefighter Kenneth Watson

Carmella Watson, mother of Firefighter Kenneth Watson

Patrick McMahon, son of FF Robert McMahon

Leslie Edwards brother of Debora I Maldonado

Andrew Watson, father of Firefighter Kenneth Watson

James Watson, brother of Firefighter Kenneth Watson

Joseph Michael Navas Jr., son of Police Officer Joseph Michael Navas Sr.

Matthew Casey

Marianne McGarry Burke,sister of Katherine McGarry Noack who was at a conference at Windows on the World

Janet Cascio mother of Paul Cascio who worked at Euro Brokers

G. Don Westfall, Administrator of the Gerald F. DeConto Estate

Paul Jurgens

Patti Valerio, sister of Matthew J. Grzymalski, victim

Christopher Carroll, son of Peter Carroll, South Tower.

David Beaumont Sword father of Derek Ogilvie Sword, Tower 2

Paul Koecheler son of Gary Edward Koecheler killed in tower 2

Irene Ogilvie Sword mother of Derek Ogilvie Sword, Tower 2

Carlene Wynn rep of Est of Lelia Hurt Wynn

Jonathan Ortiz

Taylor Kloepfer, Daughter of PO Ronald Kloepfer, Tower 2

Kenneth J. Fiorelli

Rev. Dr. Kristian Kincaid, brother of Karen A. Kincaid, Flight 77

Jeanette Kirby, sister of Vivian Casalduc, tower 2

Selena Cherry-Daniel, Daughter of FF Vernon Cherry

James Walier

Kathleen Matthews sister of Paul Hanlon Keating

Maria Poliard, Mother of Vivian Casalduc, tower 2

James Walier brother of Margaret Seeliger Tower 2

Thomas Owens, Brother of Peter J Owens Jr, WTC

Michele Magazine, sister of Jay Robert Magazine

James T. Morris brother of Seth A. Morris killed in Tower 1 on 9/11

Jem Howard, son of the late Alan Charles LaFrance, North Tower Bldg. 1

John R. Morris, Jr. Father of Seth A. Morris killed in Tower 1 on 9/11.

Tanya Dale, daughter of Titus Davidson

Bridget Fisher, daughter of John R Fisher

Tara Hughes Leonardi, sister to Thomas F Hughes Jr, died in WTC Tower 1

Fred Corrado POA for Patricia Albero, Mother of Gary Albero, south Tower

Rosemarie Langone, sister of Peter J. Langone FDNY, AND Thomas M. Langone NYPD.

Peggy Asciutto, sister of Susan Ruggiero

Thomas Gambino III son of FDNY Firefighter Thomas Gambino Jr

Pamela Lawson-Dixon, daughter of Nathaniel Lawson, killed Tower 2

Thomas J. Ceary, Jr, brother of Kevin Francis Cleary, Victim, WTC, Tower 2

Matthew Casey

Barbara C Spence, widow of Maynard S Spence of Atlanta, North Tower, 100th Floor visitor

Anthony j vola sr brother of maria p vola

Rosemarie Langone as agent for Sheila Langone, mother of Peter J. Langone FDNY, AND Thomas M. Langone NYPD.

Christopher E Ahearn

Anthony Rubino, Kin of Joanne Rubino, North Tower

Mindy Gottenberg, sister of Alisha Levin, South Tower

Olivia Vilardi-Perez, child of Anthony Perez, Tower 1

Ana Soria Widow of Luis Alfonso Chimbo, 106 Floor Tower 1.

Debra Amatuccio, spouse of Joseph Amatuccio

Audrey Levin, mother of Alisha Levin, South Tower

Tammy Chada Merritt, Daughter of John J Chada, Pentagon

Katherine Schlosser, Daughter of Edward Saiya, Tower 2 WTC

Janet Wexler-Magee widow of Charles W. Magee who was killed in the attack on the World Trade Center

Stephanie Morales-Guerrero, lost my mother Paula Morales on September 11th.

Lorene Rosenberg, sister of Lloyd Rosenberg (my only sibling) murdered while working at Cantor Fitzgerald in the World Trade Center.

Marvin Levin, father of Alisha Levin, South Tower

Lawrence Rosenberg, father of Lloyd Rosenberg who was murdered while working at Cantor Fitzgerald in the World Trade Center.

Janet Dawson sibling of Calvin Dawson

Vernon A. Richard

Bruce e. Mariani, brother of louis neil mariani united 175, tower 2.

Janet Dawson sibling of Calvin Dawson (tower 2)

Virginia S. Chada, Widow of John J. Chada, Pentagon

Frances A. McCarthy - Sister of Kevin J. FRAWLEY World Trade Center

Marc Asaro

Horace A. Morris, husnand of Odessa A. Morris

Carolina Broderick, Widow of Mark Francis Broderick, Tower 1

Eddie Wong, son of the victim Yuk Ping Wong, Tower 2

Myrta Gschaar Widow Robert J Gschaar murdered on 911 Tower 2 Aon Corp 92th fl

Antoinette (mother) and Catherine (sister) Lauria of Stephen J.Lauria,Tower 1-WTC

Sharon Hafiz, sibling of Nezam Hafiz, Tower 1

Marie Nevins widow of FF Gerard T Nevins Tower 1

Arthur W Harris

Laura Buck, daughter of Georgine Rose Corrigan, Passenger United Flight 93

Kevin Sullivan

Tara Henwood Butzbaugh, sister of John Christopher Henwood

Maria A. Zayas, sister of Ana M. Centeno

Benjamin Edokpayi, First Cousin and Estate Administrator for Sadie Ette, a 9/11 Victim whose Mother Ekaette Ette Retired from Abha General Hospital In Saudi Arabia.

Antonia Torres Ayala, mother of Ana M. Centeno

Yaritza Franco, Daughter of Antonio Melendez North tower

Arthur w Harris. Father

Janet Baronian, sister of Edward F. Geraghty

Julio Masa Lebron, parent of Ana M. Centeno

Carol Varland, Sister of Julie Geis

Barry Aron MD, father if Joshua Aron, murdered WTC1

Dennis Kelly. Brother of Tom W. Kelly FDNY Eng 4 Ladder 15.

Lisa Pearlman-Mason

Theresa Roberts, widow of Timothy J Finnerty

Meghan Sensenig, daughter, FF R. Bruce Van Hine Squad 41 Bronx

Brian Langone

Stan Simon, brother of Arthur Simon & uncle Of Ken Simon

Sherman L Acker Jr, Widower of Ada L. Mason-Acker died in E-ring of Pentagon

Jacobo Castro, son of Gricelda Garo James, Tower 1

Tim Murray, son of Valerie Murray

Leonard M Sorresse Sr..Father of Michael C Sorresse, Killed in Tower 1

Maya Simon Daughter of Kenneth Allen Simon Tower 2

Karen Simon Widow of Kenneth Allen Simon, Tower 2

Stephanie Lang, Spouse of Andrew Fisher

Stephanie Feely, daughter of Francis J. Feely, Tower 1

Linda Amato, sibling of first responder, Sgt. Timothy Roy

Patricia Mansfield, sibling of Timothy John Hargrave, North Tower, Tower 1

Joan M. Houston (Escaped Tower 1) Sister of Charles J. Houston (Murdered in Tower 2)

Karen E. Maude, daughter of LTG Timothy J. Maude, Pentagon

Kenneth J. Fiorelli, brother of Stephen J. Fiorelli Tower 1

Christina Fisher

Hutch Morrone, son of Fallen Hero Fred V Morrone

Alexis M Goody-Harding, daughter of the beloved Harry Goody III. Affectionately known as Chucky. My dad lost his life while at work trying to provide for his family. The ones responsible for his death whether directly or indirectly should be bought to justice. Those that have knowledge of the incident, please kindly reveal such information.

Tatiana Gomez Widow of Wilder Gomez North Tower

Deborah Hughes Bodner sister of Thomas Francis Hughes,tower 1

Joel Safronoff, Father of Brock Joel Safronoff Tower 1

Delroy Llewellyn, brother of Derrick Green Tower 2.

Dina Amatuccio - daughter of Joseph Amatuccio, Port Authority

Mark Hughes brother of Thomas Francis Hughes,Tower 1

Diane Bocchi Esola sister of John P Bocchi WTC Tower 1

Ann Bocchi Schwimmer - sister of John P Bocchi WTC Tower 1

Elena Bocchi - mother of John P Bocchi WTC Tower 1

Angeles Rivera, sister of Ana M. Centeno September 11th Victim

Kevin P Carlton dependent of first responder Capt. Timothy M. Stackpole

Nicholas T Massa Son Of Nicholas G Massa Tower 2

Estate of Camillo Bocchi - deceased father of John P Bocchi WTC Tower 1

Marilyn Pusey widow of Fire Fighter Leon Smith Jr L118

Zaneta F. Hadley, sister of Zandra F. Ploger, AA airlines flight 77

Rosia Nesbitt, Personal Representative

Christine Keating, sister of FDNY, Fireman, Paul Keating

Ronald Sierra, widower of Judith B. Diaz-Sierra, Tower 2

Tatiana Gomez Widow of Wilder Gomez North Tower

Donna Marie Chiofalo, sister of Firefighter Nicholas Paul Chiofalo Sr.

Karyl Kincaid Noel, sister of Karen Ann Kincaid, a passenger on Flight 77

Catherine Ng-Pepe, wife of Salvatore F. Pepe

Nilaja Shealy-Loveless

Linda McGee twin sister to Brenda Conway

RoseEllen Dowdell, Widow of Lt. Kevin C. Dowdell Rescue 4, FDNY

Salvatore L. Pepe, son of Salvatore F. Pepe, WTC North Tower Marsh & McLennan

Daniel J. Frawley, Brother of Kevin J. Frawley, Tower 2

Soon Ng, father in law of Salvatore F. Pepe, WTC North Tower

Lauren Sosa, Daughter of Lt. Brian Ahearn

Lesli Rice, daughter of Eileen M. Rice, Tower 1

Lauren Peters, daughter of Louis Neil Mariani, passenger on United flight 175.

Terilyn Patrick Esse. Widow of James Matthew Patrick Tower 1

Sandra Jamerson, Wanda A. Green, Sister

Jack James Patrick Esse, Son of James Patrick

Veronica Stinga, Daughter of Valerie Murray, WTC

Maurice Kearney Brother of Lisa Yvonne Kearney-Griffin

Miriam Huttler, widow of Joseph Huttler who died of cancer following exposure on 9/11.

James F Roy brother of murdered NYPD Sgt Timothy A Roy

Morgan R Kyte, son of Angela R. Kyte killed when the towers fell.

Kathleen M Birch

Linda Amato, sibling of first responder, Sgt. Timothy Roy

Kathleen M Birch (Sibling to Charles G Costello, Jr.)

Claudette Scheffold, daughter of Battalion Chief Fred Scheffold

Raymond P Costello (Sibling to Charles G Costello, Jr.)

Alisha Halmon, daughter of Carolyn B. Halmon

Timothy Muldowney

Michele Flannery

Nina Fisher, sister of Andrew Fisher, Tower 1, Windows of the World conference

Alexandra Luckett, sister Edward H Luckett II, Tower 1

Valerie Gambino, sister of Firefighter at WTC - Thomas Gambino, Jr.

Karen Dolores Barrett

Dariusz Debek widower of Tara Debek Tower 1

Mandell Conway - Brenda Conway- parent.

Marilyn Hess, Mother of Thomas Gambino, Jr, Rescue 3 - WTC,NY

Jonathan Martinez son of Robert G. Martinez, South Tower

Standish Halmon

Robert M Peterson

Thomas Gambino, Sr, Father of Thomas Gambino, Jr, Rescue 3 FF-WTC, NY

Jeanne Marie Kavinski, Sister of Carol Ann La Plante, WTC Tower 1, 97th Floor

Robert M Peterson, brother of William Russell Peterson who was killed on 9/11

Kizzy Williams: sibling of Felix â€˜Bobbyâ€™ Calixte

Sabrina Spencer mother of Brian J. Cachia, North Tower

Terre Susan Wallach, Mother of Mary Jo Kimelman

Kathleen A Koehler, daughter of LTG Timothy J Maude, Pentagon

Keream Williams brother of Felix Bobby Calixte

MaryLee Ianno, sister of FF David Paul DeRubbio, South Tower

Terra K.Williams-Stamatakis, Sister of Felix Calixte

Jamie Cachia

Andrew Magazine
Leigh Mardovich, Daughter of Edward J. Mardovich, Tower 2
Trina t sabb/tolson sister of lamar d hulse
Carol Cubas, Widow of Kenneth J. Cubas
Peter Aamoth, Brother of Gordon Aamoth, Jr, South Tower
Ralph Gullickson brother of Lt.Joseph Gullickson
Patricia Gullickson mother of Lt. Joseph Gullickson
Joanne Messina. Sister Michael C Sorresse. Killed in tower 1
Thomas Gullickson brother of Lt. Joseph Gullickson
Jose A. Medina, brother of Ayleen J. Santiago
Kathleen C Wik
Chin Wells
Thomas McAvinue brother of Donna Clarke, North Tower.
Sandra Romagnolo, Widow of Joseph M. Romagnolo Tower 1
Camille Doany, brother of Ramzi Doany, Tower 1.
Gale DiFrancisco, Sister of Police Officer Donald Foreman, Tower 2
Christine Barnes-Murrell, child of Sheila P. Barnes, Tower 2
Maria M. Delgado, sister of deceased Isidro Ottenwalder,
Matthew Casey
Chin Wells, Sibling to SPC Chin Sun Pak Wells, Pentagon
Michele Bocchi, widow of John Paul Bocchi, Tower 1
Michael Thompson, Son of Captaln William Harry Thompson, South Tower.
Glen Stoller, son of Sanford Stoller, murdered on 9/11
April Horton, Sister of Edward T. Earhart, USN-Pentagon
April Alexander, sister of victim Brenda Conway - Tower I
Patrick McGarry- Brother to a murdered sister-Katherine McGarry Noack
Anthony DeRubbio, brother of David DeRubbio,Engine Company 226 FDNY South Tower
Anna Ledee parent of Kenneth Charles Ledee 9/11 victim.
James Buro, child of Laura Ragonese-Snik, T2
Benedict Salamone, father of John Patrick Salamone, Tower 1
Jeanine Fusco daughter of Robert Wallace first responder FDNY
Jennifer Horwitz, Widow of Mark Rosenberg, Tower 1
Theresa Fiorelli, Widow of Stephen J. Fiorelli, WTC Tower 1
Tara Stackpole widow of FDNY Capt. Timothy Stackpole
Ann Van Hine, widow of R. Bruce Van Hine, FDNY Squad 41
Nancy Wallace, widow of Lt Robert F Wallace Eng 205 never found
Jean S. Oitice widow of Samuel Oitice FDNY, North Tower
Virginia Krukowski, Sister of Firefighter William Krukowski
Joseph Ogren sibling Eric Ogren First responder Fireman
Allison Garger widow of FDNY Firefighter Thomas Kennedy L 101
Rahsaan Thompson, son of Captain William Harry Thompson

Susan M. King Mother of Amy R. King Flight Attendent on Flight 175 United Airlines

Jeanne Keating Carlson Sister of Paul Hanlon Keating

Jeanmarie Hargrave, sibling of TJ (Timothy John) Hargrave

Cindy Montoya, Daughter of Antonio Montoya, Flight #11

John Oitice

Cindy Montoya, Daughter of Antonio Montoya, Flight #11

Ellen. M. Mello, parent of Christopher D. Mello, American Flight 11

Margaret Fisher, Daughter of John Roger Fisher, North Tower

Susan M. King Mother of Amy R. King Flight Attendent on United Flight 175

Jennifer Sharo

John Owens, brother of victim Peter J. Owens, Jr., 104th-Floor, North Tower

Phillip Asaro son of fallen fire fighter Carl F. Asaro

Dorothy Mullis sister of Maynard Spence tower one

Marianne Ploger Hill

James V. Hargrave Jr.

Terence Owens, brother of 9/11 victim, Peter J. Owens, Jr., 104th Floor North Tower

Marianne Ploger Hill, Sister of Robert R. Ploger III

Brendan ielpi

Yvette Mell Mother of Firefighter Matthew E Barnes

Brendan Ielpi, Brother Jonathan Ielpi FDNY killed on 9/11

Wendy Ploger, daughter of Robert Ploger III

Rhonda Branch sister to victim Felix Bobby Calixte

Anthony Modafferi, Brother of deceased Louis J Modafferi

Kenneth J. Fiorelli, brother of Stephen J. Fiorelli Tower 1

Jennifer Feely Artola, child of Francis Feely, died in Tower 1

Michael Geis, brother of Julie Geis Tower 2

Anthony Rubino, Kin of Joanne Rubino, North Tower

Peggy Perry, Widow of Lt Glenn C Perry Sr, FDNY

Kristina York

Lisa Reahl, sister of Tara Debek, North Tower

Aaron, Brother of Brock Safronoff

Anthony Chiofalo, Brother of Nicholas Chiofalo

Joseph P Deuel, father of Cindy Ann Deuel

Vincent Babakitis

Christine Fiorelli Epstein, child of Stephen J. Fiorelli, WTC Tower 1

Trudy Stoller, Widow of Sanford Stoller Tower 2

Paul Ortiz, father of Paul Ortiz, Jr.

Raymond Durant, son of Virgin Francis, tower 1

Stephen Orloske, Son of Margaret Orloske, Tower 1

Donna Mercurio, daughter of Nicholas G Massa

Iris Holohan mother of First responder FF Thomas Holohanomas as Holoha

Elizabeth Jimenez

Simara Warren, Daughter of Brenda Kegler, Pentagon

Edna Massa, Widow of Nicholas G Massa 2 World Trade Center Aon Insurance 105th floor

Mary Costello wife of Charles G Costello JR WTC

James V. Hargrave Jr.

Anthony Russo

James V. Hargrave Jr.

Nicholas T Massa Son Of Nicholas G Massa Tower 2

Andre Hunter

Roya Bolourchi touran

Roya Bolourchi Touran

Lisa Jordan widow,Firefighter Andrew Jordan

Jaime S Concepcion

Betty Gooding sister of Nathaniel Lawson, Tower 2 we love you always and will never forget the power of God using you for our family the heart in soul.

Sean Jordan son, Firefighter ANDREW JORDAN

Harold Hughes

Kelsey Jordan, Daughter of Andrew Jordan

Dwain G. Mattson, Brother of Dean E. Mattson, LT C, Pentagon

Harold Hughes Brother to Thomas Hughes

Matthew Jordan, son firefighter Andrew Jordan

Omar Rodgers

Jennifer Simon Berardi daughter of Arthur Simon

Amy L. Eberling, widow of Dean P. Eberling, Tower 2

Mary Costello wife of Charles G Costello JR WTC

Gerald T. Flores brpther of Zandra Cooper Ploger

Rebecca Orloske

Thomas Knobel, spouse and widower of Tu-Ann Pham who died in North Tower

Maureen Murphy sister of T.J. Hargrave.My brother was murdered in the North Tower on September 11th. His remains were never found.

Lynn Cannata, sister of Edward Geraghty NYC FDNY Battalion Chief killed on 9/

Anthony Vola,Nephew of Maria Percoco Vola Tower 2

Kathleen C Wik

Kim Scheffold Stiefel - Daughter of Battalion Chief Fred Scheffold

Jackson O'Connor brother of Vanessa Lang langer tower 2

Kim Scheffold Stiefel - Daughter of Battalion Chief Fred Scheffold

Charles Hyland,Brother of LTC Stephen N. Hyland

Patricia Kocian, Mother of victim Cindy Ann Deuel, North Tower

Kevin M Mulligan, brother of firefighter Dennis M Mulligan, first responder. Died in the north tower.

Christine O'Neill, widow if John P. O'Neill, chief of security WTC, retired FBI

Marvin Levin, father of Alisha Levin, South Tower

Brian Muldowney

James V. Hargrave Jr.

Robert edward marisay jr.

John T Genovese sibling of Steven Gregory Genovese Cantor Fitzgerald

Kole Camaj brother of victim Roko Camaj

Anthony McMahon, brother of firefighter Robert McMahon

Tanya Dale, daughter of Titus Davidson

Jose Miguel Mejia Peguero, Son of Manuel Emilio Mejia Lara

Peter Quinton Sullivan, Brother of FDNY LT111 Christopher P. Sullivan

Patricia Phelan, wife of Lt. Kenneth John Phelan ~ FDNY ~ first responder on 09/11/01

Mary Reddy, sister of P.O.Moira Ann Smith NYPD

Cyrina K Morrison, Sibling of Brock Joel Safronoff

Glenn Perry, son of FDNY LT. Glenn Perry

Tara OConnell, sister of Lincoln Quappe, Rescue 2 Fire Department, murdered on 9/11

Michael Florio, Son of Deceased firefighter John Florio, one of the 343 firefighters who lost their lives that day

Aracelis Albero, widow of Gary Albero

Thomas C.Wik,younger brother of murder victim William J.Wik

Portia Morales, Daughter of Paula E. Morales, Tower 2.

MaryAnn Struble, sister of T.J. Hargrave, WTC, Tower One

Gordon Aamoth Sr, Father of Gordy Aamoth Jr banker at Sandler ONeil, Tower two.

Annette Simon, Sister of Calvin Dawson, Twr 2

Warren E. Wagner, brother of LTC Karen J. Wagner, Pentagon

Carolyn Kelly sister of Timothy John Hargrave North Tower.

Heloiza Asaro, widow of FF. Carl F. Asaro from Eng54 -B9 - L4

Jacqueline Mejia daughter of Manuel E Mejia who was killed on the 911 attack.

Dennis Coughlin, Brother of Timothy John Coughlin, Tower 1

John R. Eichler, son of deceased John E. Eichler

JoAnn Langone, widow of Thomas Langone NYPD.

Susan Simon, Wife of Arthur Simon, Mother of Kenneth Simon-Tower 1

F.F. Rebecca L. Asaro, Daughter of F.F. Carl F. Asaro, Eng54 B.9 L9

Cassandra Nash, daughter of Anthony Savas, North Tower

F.F. Marc A. Asaro, Son of F.F. Carl F. Asaro, Eng54 B9 L4

George H. Sikorsky

Claudia A. Caballero

Phaedra Savas, widow of Anthony Savas, North Tower

George H. Sikorsky my brother Gregory R. Sikorsky was killed in the 9/11 attack world trade center he was FDNY

John Fisher, brother of Andrew Fisher

F.F Matthew L.Asaro, Son of F.F. Carl F. Asaro from Eng 54 B9 L4

Betty Jo Hill

Margaret E. Trudeau, sister of Mary Catherine Boffa, Tower 1

F.F. Carl F. Asaro Jr., Son of F.F. Carl F. Asaro., from Eng.54 B9 L4

John M Nee, sibling of Luke Nee, Tower 1

Phillip A. Asaro, Son of F.F. Carl F. Asaro, Eng.54 B9 L4

Yolanda Knepper sister of victim Nancy E. Perez

Ilia Rodriguez, Mother of Carlos R. Lillo, Tower 1Carlos R. Lillo, FDNY PARAMEDIC, passed away in the line of duty on 9-11-2001

Mario and Berta Perez parents of victim Nancy E. Perez

Diane Brierley, sister of Mary Catherine Murphy Boffa, Tower 1

Jessica Leduc, Daughter of Alexis Leduc, South Tower

Sheryl Miller Bechor, daughter of Philip D Miller murdered in the South Towe

John M. Nee, sibling of Luke Nee, Tower 1

Ida Riese sister of Harry Raines who worked for Cantor Fitzgerald

Marjorie Aldridge-Holder, Sister of Jacquelyn Aldridge Frederick, deceased on 9/11.

Paul casalduc

Megan Holohan Sister of F.F Thomas P. Holohan FDNY Engine 6 murdered in Tower 1 of the World Trade Center on September 11th 2001

Jacquelyn Buckmiller, mother in law to James Patrick, tower 2

Elizabeth Murphy, sister of Mary Catherine Murphy BOFFA, Tower 1

Vernessa L Richard daughter of Captain Vernon A Richard

William Cintron, Widow of Edna Cintron, Tower 2

Mona O'Connor, sister of John M. Moran, FDNY

Norman C. and Kum S. Wells ; Chin Sun Pak Wells, murdered on 9/11; parents

Andrew Kirwin, brother of Glenn D. Kirwin

Brian Muldowney

Daniel Barnes, brother of firefighter Matthew Barnes

Rebecca Lightbourn, mother

Brian Muldowney

Miriam Carter, sister of Maria Ramirez, 90 West street

Kathleen A. Devlin Widow of Chief Dennis L. Devlin

John E Allen Jr.

John Allen Jr/Samantha Lightbourn-Allen/Child

Samantha B. Allen/Samantha Lightbourn-Allen/Child

Michael C Diaz, Brother of Matthew Diaz, 105th FL North Tower 1

Barbara Strobert, Mother of Steven Strobert

Miriam Carter, sister of Maria Ramirez, 90 West street

Joseph Moussa

Yvette Moussa

Michael Moussa

Mazen Moussa

Richard Deuel, brother of Cindy Deuel, North Tower

Dina Amatuccio - daughter of Joseph Amatuccio, Port Authority

Thomas Gonzalez the brother of Jenine Gonzalez

Tara OConnell, sister of Lincoln Quappe, Rescue 2 Fire Department, murdered on 9/11

Laura Fasulo, sibling of James Romito

Rebecca Lightbourn (Lost) Samantha Lightbourn-Allen Mother

Margarita Perez

Amber Matilde Salcedo, Daughter of Esmerlin A. Salcedo

Josephine R. Redd, Personal Rep. for the Estate of Virgie Mattic Binford

Steven LaFrance brother of 911 victim Alan LaFrance

Matilde Salcedo, Widow of Esmerlin A. Salcedo

Margarita Londoa de Montoya, parent of Carlos Montoya, fligh 11 passengger

Andrea Caballero Valadez

Marc Asaro, son of Carl F Asaro

Stephen Hyland, Father of LTC Stephen Hyland jr killed at the Pentagon on 9/11

Olga Ottenwalder sister to Isidro Ottenwalder

A Valdez

Daniel Farino, Thomas Farino sibling

Cornelius H Keating,Brother Paul Hanlon Keating

Michele Magazine, sister of Jay Robert Magazine

Elisa Malani, sister in law of AON executive

A Valdez, Mayra Valdes Rodriguez -Sibling

James M Dowdell son of Lt Kevin C Dowdell Rescue 4 FDNY

Keith Gambino brother to Thomas Gambino Jr. FDNY Rescue 3. South Tower

Ellen Moran, sister of Battalion Chief John Moran, First Responder

Karen Navas Widow of Joseph Michael Navas, Port Authority Police Officer

Cathy Anne Sprenger, sister of FF Joseph A Mascali

Charlene Cumberbatch, sister of Charles Gregory John, Tower 2

Dr. David H. Fogel brother of Stephen M. Fogel

Catherine Mascali, mother of FF Joseph A Mascali

Michael L. Moody, beloved brother FDNY Captain Thomas C. Moody

Veronica John, Mother of Charles Gregory John, Tower 2

Estate of Arnold F Mascali Sr, father of FF Joseph A Mascali

Andrea Stauter sister of AG1 Edward T. Earhart Pentagon

John L Mascali, brother of FF Joseph A Mascali

Frank Ruggiero widow of Susan Ruggiero

Donna Russo (Mascali) Sister of Firefighter Joseph A Mascali

James T. Morris brother of Seth A. Morris killed in Tower 1 on 9/11

Mary Phelan-Cox Sister of Lt Kenneth Phelan FDNY

Doreen Thompson mother of Vanavah Alexei Thompson

Daniel Thompson, son of Brian T. Thompson

Robin Peterson, Widow of William R Peterson, North Twr 94th Fl.

D. Pearlman mother of Richard A. Pearlman, (18 yr.old) Vol . EMS worker S

Kellie King Work, Sister to Amy R. King, UA Flight 175

B. Pearlman father of Richard A Pearlman (18yr old vol. EMS worker)

Peter Calixte. Brother of 911 victim Felix Calixte

Rebecca Ortiz daughter of paul Ortiz jr

Frank Camaj, Sibling of Roko Camaj, Tower 2

Daniel Rodriguez, Widow of Marsha Rodriguez

Lucy S. Bocchi-Kraus- sister of John Paul Bocchi - 105th floor North Tower

Susan Spitz, Widow of William E. Spitz

Debra Ahearn, Widow of Lt. Brian G. Ahearn

John Savas

Belinda Carter

Donna M Velazquez Daughter of Frank V Moccia died on 9/11/01 in Tower 2

Belinda Carter, daughter of Brenda Kegler

Deborah M. Brink

Remy Williams Jr. Brother of Felix Calixte

Raymond B Lightbourn, Sr, brother of Samantha Lightbourn

Gary Roy brother of Sgt Timothy Roy, PAPD killed in the South Tower on 9/11

Earlrick Nesbitt. Sibling of Oscar Francis Nesbitt, Tower2

I am Joseph Grzymalski brother of Matthew Grzymalski

Maureen Schlowinski sister of Robert J Baierwalter south tower

Lisa (Pugliese) Hand, Daughter of Robert Pugliese, Tower 1

Shawn J. Patrick brother of James Matthew Patrick

Brian Perez, Brother of Anthony Perez, North Tower

Martin Armstrong, Brother of Felix Calixte, WTC Victim

Christopher Nardone brother of Mario Nardone Jr.

Mark Jonas, son of Martha Reszke, Pentagon, Washington DC

Paul Lynch

Deirdre Kroupa sister of NYPD Glen Pettit

Jane Wixted Mother of NYPD Glen Pettit

Marguerite Calixte Williams, Mother of Felix Calixte, WTC Victim

John F McHale, brother of Thomas M McHale, Tower 1

Terry l Bennett

Brenda Garrett, (Estate of Dorothy Coles), Family of Peggie Hurt, Pentagon

Rebecca Lightbourn mother of Samantha Lightbourn-Allen Lost@ Pentagon

Nina Desouza sister of Felix â€œBobbyâ€• Calixte

Anastasia Bowen, daughter of victim Donna Bowen

Mandy Exantus daughter and sister of Arthur Simon and Kenneth Simon

Evan Fisher, Son of Fallen Hero John Roger Fisher

Masako Murphy, widow of LtCdr. Patrick Jude Murphy, Pentagon

Mitchell N Murphy, son of LtCdr. Patrick Jude Murphy, Pentagon

Bernard Lopes, sibling of Salvatore Lopes

Maria Fernández Widow of Isidro Ottenwalder

Donna Russo (Mascali) Sister of Firefighter Joseph A Mascali

Alfred De Martini brother of Frank De Martini who died on 9/11/2001

Stuart Bernstein, son of Roberta Bernstein Heber, Tower 1

Angilic Casalduc, daughter of Vivan Casalduc, Tower 1

Arthur Wailer - My daughter, Margaret walier seeliger was on the 100th floor

Orland and Karen Amundson, parents of Craig Scott Amundson, killed in Pentagon on 9--11-01

Matthew Green, Brother of Andrew Green who was murdered on flight 11

Jill Graziano, Sister of Police Officer Ronald P. Kloepfer, Tower 2

Dennis Pugliese Son of Robert Pugliese

Lorraine Antoniello, sister of FDNY Captain Thomas C. Moody

Zakhro Kamardinova, sister of Gavkharoy Kamardinova, Tower 2

Mary V. Muldowney, Sibling to FF Richard T. Muldowney Jr

Bakhtiyar Kamardinov, brother of Gavkharoy Kamardinova, Tower 2

Roxanne Nedd

Janet Davidson sibling of Titus Davidson, Tower 2.

Zukhra Karagoz, sister of Gavkharoy Kamardinova, Tower 2

Marianne McGarry Burke, sister of Katherine McGarry Noack

Farida Kamardinova mother of Gavkharoy Kamardinova, Tower 2

Jerome Nedd son of Jerome O Nedd

Mukhamet Kamardinov, father of Gavkharoy Kamardinova, Tower 2

Jerrell Nedd son of Jerome O Nedd

Fatima Kamardinova, sister of Gavkharoy Kamardinova, Tower 2

Roxanne Nedd wife of Jerome O Nedd

Genevieve Gyulavary, Daughter of Peter Gyulavary, South Tower 91st Floor

Trevor Davidson, sibling of Titus Davidson, Tower 2

Delores (Monica) Akinshara, sibling of Titus Davidson, Tower2

Shirley White, sibling of Titus Davidson, Tower 2

Corinne Ardente, Daughter of Dean Eberling, tower 2

Christine Mariani sister of Louis Neil Mariani, United Flight 175, Tower 2

Mary A Farino Thomas, Widow of Battalion Chief Thomas J. Farino FDNY

Pamela Dixon, Mother of Victim DaJuan Hodges, Tower 1

Patrick Farino brother to Firefighter Thomas Farino

Michelle Davidson sibling of Titus Davidson, Tower 2

Elizabeth A Bennett, mother of Eric L Bennett

Greg Morrone, Son of Fred V. Morrone Dir. Of Public Safety and Chief of PA Police

Karen Reoch - Sibling of Arlene Babakitis

Rose Davidson, sibling of Titus Davidson, Tower 2

Elizabeth Khalif, mother of Boris Khalif, North Tower

Merna Davidson sibling of Titus Davidson, Tower

Donna Russo Mascali sister of FirefighterJoseph Mascali

James Thomas Farino

Jason Audiffred, Son of James Audiffred, Tower 1

Kimberly Racklin, widow of FDNY Battalion Chief John M. Moran

Soon Ng, father in law of Salvatore F. Pepe, WTC North Tower

Brian Gambino, son of Thomas Gambino Jr.

Cindy leduc

John Koecheler, son of Gary Koecheler

Frances Mercado, Sister of Myrna Maldonado killed in Towers on 9/11/2001

Maria Caballero mother of Daniel Martin Caballero, USN, Pentagon

Melissa Brengel, sister of Jonathan Ielpi, FDNY Squad 288, remains located in South Tower

Anne Marie Ielpi-Holleran sister-in-law of FDNY Firefighter Jonathan Lee Ielpi

Anne Ielpi, mother of Jonathan Ielpi, FDNY, south tower

Debra Safronoff mother of tower 1 victim Brock Safronoff

Soon Ng, father in law of Salvatore F. Pepe, WTC North Tower

Sophia Feliciano widow of George Lopez tower 2

Dina Azzam - sister of Ramzi Doany, North Tower

Mary Lois Stephens sister Edna L.Stephens

Michael James widow of Griselda James, tower 2

Debra Safronoff mother of tower 1 victim Brock Safronoff

Marvin Stephens sister Edna L. Stephens

John Koecheler, son of Gary Koecheler

Theresa A. Corio, sister of Diane Marie Urban, killed im the south tower on September 11,2001.

Brenda S. Goody

Olga Colon Lillo sister of EMT Battalion 49 Carlos Lillo . First responder of 911 victim,

Brenda S. Goody, wife of Harry Goody lll

Johnny Vega Brother of Diana Jessica O'Connor My beloved sister that passed on the 911 attack

Mary A Farino Thomas, Widow of Battalion Chief Thomas J. Farino FDNY

Albert DeRubbio Jr, brother of FF David DeRubbio E226

William Davidson, Brother of Titus Davidson, Tower 2

Phillip Davidson, Brother of Titus Davidson, Tower 2

Noel Davidson, Brother of Titus Davidson, Tower 2

Denzil Davidson, Brother of Titus Davidson, Tower 2

Anastasia Bowen, daughter of victim Donna Bowen

Amy Lewis, Sister of Titus Davidson, Tower 2

Michael P Mulligan brother of Fire Fighter Dennis M Mulligan First Responder North Tower

Evis Jones, Sister of Titus Davidson, Tower 2

Carol Simpson, Sister of Titus Davidson, Tower 2

Gabriel De La Pena, Husband of Emy De La Pena

George Kane, father of Jennifer Lynn Kane, Tower 1

Brityne Sprauve, Daughter of Lisa Yvonne Kearney Griffin, Tower 1

Samuel Davidson

Antoinette Amatuccio, Sister of Joseph Amatuccio, Port Authority

Alexander J Wallace

Anthony Salas, son of Eliezer Jimenez Jr, North Tower

Alexander J Wallace, son of first responder LT. Robert F Wallace

Kathy Krieger, sister of Susan L. Schuler

Barbara Krukowski-Rastelli Mother of Firefighter William E. Krukowski

Frida Huttler, daughter of Joseph Huttler, died of cancer in March of 2015

Miriam Huttler, widow of Joseph Huttler who died of cancer following exposure on 9/11.

Antonio Aversano, Son of Lous F. Aversano, Jr.

Jeff Jenkins Brother

Brian Mulligan

Ibrahim Doany brother of Ramzi Doany who passed away on 911 in the north tower

Steven Morello Jr. - Son of murdered WTC employee Steven Morello

Edna Massa, Widow of Nicholas G Massa 2 World Trade Center Aon Insurance 105th floor

James F Roy brother of murdered NYPD Sgt Timothy A Roy

Anne Marie Ielpi-Holleran sister-in-law of FDNY Firefighter Jonathan Lee Ielpi

Annette Melillo sister of Nicholas Chiofalo New York city firemen

Maureen McGuire Simpson sibling of Patrick J. McGuire

Michael Tobin, Brother of John Tobin

Jonathan Martinez son of Robert G. Martinez, South Tower

Duane A. Orloske, Widower of Margaret Quinn Orloske, Tower 1 - Floor 96

John Boffa widower of Mary Catherine Boffa

Joanne Hrycak widow of Marian R Hrycak WTC#2 86th floor

Suzanne Gallagher Adams, sister of Anthony E. Gallagher, Tower 2

Lisa Madden, sister of Carl Flickinger, North tower, employee of Cantor Fitzgerald

David Gordenstein Widower of Lisa F. Gordenstein AA11

Janice Duke's fiancé, Domestic Partner of Donnie Brooks Taylor, Tower2

Raymond B Lightbourn, Sr, brother of Samantha Lightbourn

Colleen Andello sibling to firefighter Richard T Muldowney who died on 9/11

Wife of Stephen Mathesen eho lost his brother William Allen Mathesen in the 9qq attack.

Kathryn M. Quinn, Sister of T.J. Hargrave, Tower 1

Robert Alonso Widow of American hero Janet M Alonso

Victoria Alonso daughter of American hero Janet M Alonso my mother

Robert Alonso Jr son of American hero Janet M Alonso my mother

Valerie A Walls - Sister of Cecelia E Richard Killed at The Pentagon

Rafael Herman father of daughter Michelle Herman Goldstein

Margaret Burke sibling of William Biggart Press Photographer

Casey Devlin, Son of Dennis Devlin Battalion Chief FDNY

Robert Alonso widow of Janet M Alonso

Victoria Alonso daughter of Janet M Alonso

Robert Alonso Jr son of Janet M Alonso

Anthony Chiofalo, Brother of Nicholas Chiofalo

James M Dowdell son of Lt Kevin C Dowdell Rescue 4 FDNY

Judy M Hesse sister of James T. Lynch, Jr Pentagon

Yaritza Franco, Daughter of Antonio Melendez North tower

Zamani Davis, Brother of Charles Gregory John,Tower 2

Yaritza Franco, Daughter of Antonio Melendez North tower

Barbara Dunleavy, sister of Lt. Glenn Perry, Tower 2

Eileen Lunder Baynes, sister of Christopher E. Lunder, 34, North Tower

Laurie Vigeant sister of Gary J Frank

Frances Mercado, Sister of Myrna Maldonado killed in Towers on 9/11/2001

Jairo Castro, Son of Gricelda Garo Jame

Anne Marie Ielpi-Holleran sister-in-law of FDNY Firefighter Jonathan Lee Ielpi

Sherard Dixon sibling to Dajuan Hodges work worked in Tower 2 on 96 floor

Debra Carson Widow of James Joseph Carson, Jr.

Tommy K Smith

Leno Parham

Leno Parham jr

Mary Aamoth, Mother of Gordy Aamoth Jr. Tower 2

Dania Salomon, Sibling of Nolbert Salomon, Tower 2

Kevin M Smith

Edison Salomon, Sibling of Nolbert Salomon, Tower 2

Suzanne Barnes, sister of Firefighter Matthew Barnes, death due to WTC collapse

Kevin M. Smith (Mother Carrie R. Blagburn)

Thomas Gonzalez the brother of Jenine Gonzalez

David Potorti, brother of James Potorti, Tower 1

moises cordero father of alejandro cordero north tower

mary kessler sister of suzanne martha youmansns my only sister w

john Nesbitt sibbling of Oscar F Nesbitt Tower 2

John Churchill, Executor for the Estate of Lois Churchill. My uncle, John Ernst Eichler died in the North Tower World Trade Center as a result of the state sponsored terrorist attack

Elizabeth Kiel

Joycelyn Nesbitt Arneaud sibbling of Oscar F Nesbitt Tower 2 2

Elizabeth Kiel, sister of FDNY John Florio, died on 911 in tower 2

Tanya Dale, daughter of Titus Davidson

Jean S. Oitice widow of Samuel Oitice FDNY, North Tower

Anthony Amatuccio brother of Joseph Amatuccio, Port Authority Director of Maintenance

Dorothy Ogren, mother of Joseph Ogren

Audrey Ades, widow of Paul J. Friedman

Elizabeth A Ahearn, Sister of Brian G Ahearn

June M Ahearn, Mother of Brian G Ahearn
Kenneth W. Roy, Brother of Sgt. Timothy A. Roy Sr. Murdered on Sept. 11th 2001
JoAnn Wilson-Johnson
James V. Hargrave Jr.
Timothy Muldowney brother of Richard T Muldowney jr firefighter
John R. Eichler, son of deceased John E. Eichler
Patricia Cleary, sister of Kevin Francis Cleary, Tower 2
Doris Aversano Widow of Louis Aversano jr tower 2
Erik Aamoth
Marian L.A. Allen sister of Eric Thomas Allen Tower 1
Genoveffa Palmieri, Sister of Salvatore Pepe, Tower 1
Anne Allen, Sister of Salvatore Pepe, Tower 1
Anna Faustini, Niece of Salvatore Pepe, Tower 1
Frances Grouzalis, Widow of Kenneth Grouzalis, Port Authority
Brendan Ielpi, Brother Jonathan Ielpi FDNY killed on 9/11
Judy Schneider, sister of Gary Koecheler, South Tower
Manuel E. Mejia peguero, son of Manuel E. Mejia Lara
Eloise Clarke, Mother of Antionette M. Sherman, Pentagon
Ted Slanker, son of Susan Kennedy Schuler, North tower
Petal Morales, daughter of Paula Morales
Karen Hamorsky sister of Stephen Mark Fogel (Tower 1)
Jude Monteserrato, Domestic Partner/Widow of John Sbarbaro, Tower 1
James M Dowdell son of Lt Kevin C Dowdell Rescue 4 FDNY
Marguerite Ploger, sister of Robert R. Ploger III, Pentagon
Samia Doany - mom of a beautiful boy who passed on 9/11
Shari Florio widow of first responder John Florio
Janet Gambino, Widow of Firefighter Thomas Gambino, Jr. South Tower
Kim Williams daughter of Carrie Blagburn deceased in the Pentagon
Lourdes Mejia de la cruz (sister)
John J Roy, Brother of sergeant Timothy A.Roy Murdered on 9-11-01
Marie Nevins widow of FF Gerard T Nevins Tower 1
Royston Roach, Brother of Charles Gregory John
Joe McHale, brother of 9/11 victim, Thomas McHale
James Kavinski, Nephew of Carol Ann LaPlante
Todd Simon, son of Arthur Simon and brother of Ken Simon.
Orwyn John sibling of Gregory John victim of 911 bombings
Angeli Ylanan-Agarwala, surviving child of Mukul Agarwala, Tower 2
Maureen Cleary Colligan, Sister of Kevin Francis Cleary, Tower 2
Rebecca Ortiz daughter of paul Ortiz jr
June Griffin, Widow of John M. Griffin, Tower 1
Connie Murray

Preta Berisha

SONIA TITA PUOPOLO

William Davidson, first responder, worked the landfill recovery site for months, got cancer

Gretchen Bauer Abernathy

Charles A. Meyer, brother of David Robert Meyer, North Tower

Jennifer Brennan Waterhouse, widow of Tom Brennan, Tower 2

I am Lori Taback. My father was Harry Taback working on 100th floor

Teresa J Reller, sister of Joseph Michael Sisolak

JimLivingston First Responder, diagnosed with cancer

Pat Ricca

Heather V. Bonnett, Sister of Colin Bonnett, Tower 1

Maria Ryan-Baldwin, widow of Jonathan S. Ryan, Tower 2

Marie Benedetti, survivor with COPD

Nelson Ortiz, First Responder, diagnosed with Prostate cancer

Randall Stoever (first responder ) sick

Scott Jones, brother of Arthur Jones 3

Jill Kelley (Cancer)

Patricia McSweeney Friscia sister of Timothy Patrick McSweeney FDNY Ladder 3 killed in North Tower

Jeff Kulikowski

Grace Danahy, Daughter of Patrick W. Danahy, Tower 2

Eugene DeSantis first responder diagnosed with two cancers

Audrey Magnuson, Widow of Ronald Magnuson, Tower 1

DAVID L BEAMER, Father of Todd Beamer, "Let's Roll" Flight 93

Margaret Beamer, mother of Todd Beamer ... UA Flight 93

Rich Caitano first responder pre-cancer esophagus, asthma, gerd, copd. Esophageal esophagus.

Jennifer Trainor widow of Emeric Harvey

Nicole Tanner, sister of Michael Anthony Tanner

Kristine Meyer

Daniel P Floyd

Lisa A Wylie, Daughter of BC Dennis Cross, South Tower

Daniel P Floyd

Adam Kane, brother of Howard Kane - Windows on the World

Louanne Baily, Widow of Brian Paul Dale, AA Flight 11

"acob Dale, Son of Brian Paul Dale, AA Flight 11

Russell Baily Dale, Son of Brian Paul Dale, AA Flight 11

Kristen Kelley Roberts, daughter of Frederick Kelley WTC tower 1

Rachel Therese Dale, daughter of Brian Paul Dale, AA Flight 11

Thomas S McMahon First responder diagnosed face cancer.

Thomas Corblies

Irene C. Ross  do what is right and honorable - Let your concience be your guide

Rochelle F. Gordon - do what is right and honorable
Jean Schlag Nebbia, sister of Steven Francis Schlagg
Janneth Stibrany, Red Cross responder, diagnosed with COPD.
Robert Nebbia, brother in law of Steven Schlagg
Devin Nebbia, nephew of Steven Schlagg
Shane Nebbia Goddaughter/Niece of Steven Schlagg
Hugh Bradshaw, First Responder
Arlene Orsini, Widow of Ron Orsini, Tower 1
Harry Ong Jr. (brother of Betty Ann Ong f/a AA#11)
Mrs. Gum Oy Ong (mother of Betty Ann Ong f/a AA#11)
Dorothy L. Ong (sister-in-law of Betty Ann Ong f/a AA#11)
GinGee Moy
Vincent Viola, Jr.
Terrease Aiken, Daughter of Terrance Aiken, Tower 1
Robert Kreuz first responder
Kara Irvine sister of Kristin Irvine Ryan,30 years old. Tower 2
Matthew Ferguson, son of George Ferguson who died during the attacks.
Alyssa Pirone, First Responder with diagnosis
Jacob Dale, son of Brian Paul Dale, Flight 11
Renee Abbate sister of Michael Tanner, North Tower
Kevin Walsh
Michael T. Stack
Paul Castellucci - Firefighter diagnosed with multiple symptoms from 911
Nancy Picone sister of Arturo Angelo Sereno Who was murdered in the north tower.
Annamaria Sereno mother of Arturo Angelo Sereno. My son was brutally taken from me on 9/11
Sabrina Picone. Niece of Arturo Angelo Sereno. Killed in the North tower.
Michael Carmelo Picone. Nephew of Arturo Angelo Sereno who suffered and died on 9/11
Frank Picone. Brother in law of Arturo Angelo Sereno Robert Kelly FDNY Firefighter, diagnosed with brain cancer
Peter J Rogers
Philip J. Bruno, first responder, diagnosed with cancer
Nicole Foster, Daughter of Noel J. Foster, South Tower
Megan Foster, Daughter of Noel J. Foster, South Tower
Nancy Foster, Widow of Noel J. Foster, South Tower
Erin Finnegan Widow of mike Finnegan tower one single mother of 3 children.
Vicki Burford, Mother of Christopher Lee Burford, ET3. US Navy, The Pentagon
June Saslow mother of Joseph Keller
Eileen A Hannaford - survivor and widow of Kevin James Hannaford - WTC 1
Kevin J. Hannaford, Jr. - survivor and son of Kevin James Hannaford - WTC 1
PAtrick J Hannaford - survivor and son of Kevin James Hannaford - WTC 1
Mary A Mercado Mother of Steve J Mercado fire fighter

Joseph Di Pilato son of Joseph Di Pilato

Mary and Patrick McGinley in-laws of Kevin James Hannaford - WTC 1

Rachel Dale, Daughter of Brian Paul Dale, Flight 11

David A. Burford, Father, of Christopher Lee Burford, ET3. US Navy, The Pentagon

Robert Galione FDNY Rescue2 retired

Robert Kelly FDNY Firefighter, diagnosed with brain cancer

Joseph G Candela, Brother of John A Candela Murdered on 9/11/2001 WTC North Tower
Cantor Fitzgerald

Nelson Ortiz, First Responder, diagnosed with Prostate cancer

Terrence Smithson

Gordon W. Felt, Brother of Edward P. Felt- A hero of United Flight 93

Ted Marino

Kenneth Tanner brother of Michael Anthony Tanner North Tower Cantor Fitzgerald

Sheryl Magnuson, daughter of Ronald Magnuson, Tower 1

Nancy Badagliacca

John Badagliacca

Nikki Badagliacca

Terri Weltman sister of Robert Speisman - Flight #77

Joyce and Jack Speisman - parents of Robert Speisman Flight #77

John Hanley, First responder, diagnosed with cancer

Judith Jones, Mother of Donald T. Jones II - Tower 1 Cantor Fitzgerald

Jill Rosenblum, widow of Andrew Rosenblum

Linda Zielke - Aunt of Donald T. Jones II - North Tower

Marjorie McSpirit - Aunt of Donald T. Jones II - Tower 1

Michael J Santo, brother of Susan Gayle Santo, WTC-Tower 1

Dean Torres Brother of celeste Torres Victoria & A First Responder

Michael C. Deehan

Lt. Steven J. Nuzzo. FDNY retired

Valeri Karpov, WTC 1

R J Resto

Kevin Barry, NYPD Bomb Squad (Ret.) first responder with numerous 911 health issues.

Lori Kane widow of Howard Lee Kane Tower 1

Anthony L. Mercado, brother of firefighter Steve J. Mercado

Timothy J Donnery

John J Hanglow first responder, diagnosed with multiple cancers

K Walsh diagnosed with cancer.

Claudia Pancella

Stephen Campo, first responder, asbestosis.

Vincent Jordan

Steven D. Feely, First responder diagnosed with acute asthma

Marcela Leahy, Widow of Police Officer James P Leahy, Tower 1

Marjorie Mathers Kane, Daughter of Charles W. Mathers - North Tower, 99th floor

Earle Pitt Brother in law of John Iskyan

Carmine Colletta First responder

Louise D'Albora employee Tower 2 diagnosed with cancer.

Timothy J Donnery

Donna Jannazzo. Wife of first responder, detective NYPD

Mary C. Trant Loving mother of Daniel P. Trant Cantor Fitzgerald

Elizabeth Jannazzo, daughter of first responder, detective Jannazzo

Tom Jannazzo brother of first responder

Krissy Jannazzo, daughter of first responder Detective Jannazzo

Zachary Michael Paul, grandson of first responder Detective Michael Jannazzo

Jeanne Brandofino

Roy Sisson, father in law of First responder Michael Jannazzo

Joyce Sisson, mother in law of first responder Detective Michael Jannazzo

NYPD Sergeant Michael P. Alavanja: diagnosed with cancer

Fillippa Granitto (Sister of Elvira Granitto /Tower 1)

Mike Jannazzo first redponder. with COPD,asthma chronic sinusitis, bronchitis,and serious skin moled

Rosie Jannazzo, sisterinlaw of first redponder. He has COPD,GIRD,skin moles,restrictive lung disesse

Donald Cimino

Helena Jannazzo mother of first responder

Cathie Kitz

Charlie Kitz

Daniel Boys, area worker and cancer victim.

Thomas Virgilio, brother of FF Lawrence Virgilio

Marie A. Dory, sister of Julian T. Cooper, Pentagon.

John Hanley, First responder, diagnosed with cancer

Robert Essex Police Officer diagnosed with COPD.

Chris Minogue first responder cancer survivor

"Barbara Palazzo Sulliman Sister of Thomason Palazzo North Tower"

Richard Calia, brother of Dominick Calia, tower 1, employee of cantor Fitzgerald

Anthony Migliore, first responder diagnosed with asthma.

Thomas V. Dolan, brother of Brendan Dolan, who died on 9/11.

Mary Dolan, mother of Brendan Dolan who died on 9/11.

Andrew McDonald

Christopher Ganci son of Peter J Ganci Jr. FDNY Chief of Department 9/11/01

John Hanley, First responder, diagnosed with cancer

Michael Murphy brother of Kevin James Murphy tower 1

Robert G Bauer. Brother of W. David Bauer tower 1

Lt John Giebler Ret. FDNY,

John Regazzi, first responder, diagnosed with cancer

Arlene Beyer, widow of firefighter Paul M Beyer tower 1

Michael Beyer son of firefighter Paul M Beyer tower 1

Jeanne Brandofino

Rebecca Castro

Patrick Cuomo First responder NYPD Detective, Diagnosed with cancer

John Doe. Retired FDNY with lung complications

Daniel Floyd first responder, diagnosed cancer, lung and airway disease, heart attack, GERD

Emilia yarembinsky

Margaret Quinn, Survivor, 7 World Trade Center,

Jill Case Ground Zero American Red Cross MH Responder

Edward M. Foti family member of victim Patrick J. Buhse

Gretchen Bauer Abernathy

Jerome Smith, Son of CeeCee Ross Lyles, Flight Attendant, Flight 93

Mary Falkner, First responder, diagnosed with cancer

Ramon Torres first responder

Jose Crespo First responder

Laura Spordone-Bustillo, Widow of Milton Bustillo, North Tower

Anthony Cavalieri

John R. Calia, brother of Dominick E. Calia.

Linda Calia sister in law of Dominick E. Calia

Richard J. Calia nephew of Dominick E. Calia

John S. Calia nephew of Dominick E. Calia

Michael J. Calia nephew of Dominick E. Calia

Catherine Scullin, Widow of Arthur Warren Scullin, Tower 1

Maureen Dominguez, Widow of Carlos Dominguez, Marsh and Mclennan Tower 1

Anthony Cavalieri

Gerard O'keefe First Responder

Teresa Cunningham, Widow of Michael J Cunningham WTC2

William M Cunningham, Son of Michael J Cunningham WTC2

Dale J. Oliver, brother of Leah E. Oliver

Lynda Burton

Lynda Burton

Loretta Petronzi, Sister of Brian Christopher Hickey, First Responder, Captain Rescue 4, FDNY

Patricia McSweeney Friscia sister of Timothy Patrick McSweeney FDNY Ladder 3 killed in North Tower

Peter Bashark first responder -prostrate cancer. Skin cancer.

Rafael Badillo First Responder

Anna M. Kren, Widow of John J. Kren, Tower 2

Carlos Santos, son of Carmen Milagros Rodriguez.

Yvonne C. Sisolak

Paul Dentrone

Clifton Chang

Lisa Schubel, family member of Michael J. Cunningham, Tower 2

Daniel Schubel, family member of Michael J. Cunningham, Tower 2

Chester Schubel, family member of Michael J. Cunningham, Tower 2

Delphine Samuel (widow of Thierry SAADA)

Lior SAADA (son of Thierry SAADA)

Robert Murphy N.Y.A.N.G and F.D.N.Y disabled from 9/11

Fidel T. Oliver, Tower One PANYNJ responder

Alphonso Rodgers Jr., Brother of Celeste Torres Victoria. Tower 1.

Doris Martinez, sister of Milagros Hromada

Morgan Anne Tucker, Daughter of Michael Patrick Tucker, Tower 1

Joseph McCarthy. First responder. Diagnosed with cancer

Thomas Baldwin

Chris Tucker brother of Michael Tucker, Tower 1

Diagnosed with Cancer Thomas Flynn. Responder

Joseph Di Pilato son of Joseph Di Pilato

Elizabeth DiResto, wife of First Responder suffering from significant pulminary issues

Gretchen Bauer Abernathy

Michael McGowan first responder, diagnosed with cancer

Emma Downey granddaughter

First responder diagnosed with copd and ptsd my name is Remo Belloli

John P. Horan

Patricia Ruggiere Scavuzzo mother of Bart J Ruggiere

Frank Kminek Jr, brother of Mari-Rae Sopper, AA Flight 77

LT Zachary A Slavin, NYPD Retired w/9-11 Terminal Cancer

Anthony igneri first responder

Kathleen igneri spouse of first respnder

Katelyn igneri daughter of first responder

Christine Mooney

Patrick Devaney

Valerie Mills-Michaels & Cynthia Mills-Wayson on behalf of Margit Arias widow of Adam Arias, Tower 2

Susan Rasweiler Bauer, widow of Roger M Rasweiler, Tower 1

Patrick Cuomo First responder NYPD Detective, Diagnosed with cancer

Michael O'Brien

Catherine O'Brien

Gerard O'Riordan

Mario Granitto, Brother of Elvira Granitto, Tower 1

Elvira P. Murphy Trayner, Widow of Patrick Sean Murphy, Tower 1

Thomas C. Henderson

Gabrielle Salvaterra, daughter of deceased Frank Salvaterra who worked in Tower 2, Floor 104
Sean Lawrence Cunningham
Joseph Hourihan, First Responder
Anthony DePellegrin first responder
Lourdes Berkeley, widow of Michael J. Berkeley
Jennifer Tull daughter of Pauline Tull Francis tower1
Ken Oswald, Father of Jason Douglas Oswald
Jane Oswald, Mother of Jason Douglas Oswald
Marilyn Stufano mother of Artur J Jones. CARR FUTURES
Pauline Orsini sister in law of Ronald Orsini who worked at Cantor Fitzgerald
Michael Gray
Roni P. Salkin, sister of Alan J. Lederman, WTC2
Meredith Waldie Witherspoon, daughter of Kenneth Waldie on AA Flight 11
Jerome Smith, Son of CeeCee Ross Lyles, Flight Attendant, Flight 93
Deborah Razzano
Sharon L. Reich sister of Howard Reich, Tower 2
Edward Maloney, Father of Teddy Maloney
Lawrence Hofler
Carol Waldie, widow of Kenneth Waldie on AA Flight 11
James J Boylan first responder battling cancer
Kerry Ann Boylan daughter of first responder battling cancer
Lourdes Berkeley, widow of Michael J. Berkeley
Ryan Boylan son of first responder battling cancer
Daniel P Boylan son of first responder battling cancer
Jacqueline Boylan daughter of first responder battling cancer
Elizabeth Boylan wife of first responder battling cancer
Mary Boylan mother of first responder battling cancer
Thomas Boylan brother of first responder battling cancer
Donna Boylan sister of first responder battling cancer
Maureen Stoker sister of first responder battling cancer
Jean Commarata sister of first responder battling cancer cancer
Joseph Boylan brother of first responder battling cancer
Al Ambrosino, lung ailments
Dr. Christopher Welty
Frank K Pezzuti, Father of Kareem E. Pezzuti
Felice Marrow
William G. Dietrich
William C. Dietrich
Sarah E. Dietrich
Gloria Chu
Frank M Reda father of Gregory Reda who died on 911

Roberta Small

John Badagliacca

Patsy Natale, first responder diagnosed with kidney cancer.

Frank Han, Brother of 9-11 victim Frederic Han

Anne Noonan, mother of Robert Noonan

Raymond Devine, first responder, diagnosed with cancer

Timothy Gardner

# EXHIBIT 2

# 9/11 FAMILIES UNITED TO BANKRUPT TERRORISM

*Burnett et al v. Al Baraka Investment and Development Corporation et al*

September 24, 2020

The Honorable George B. Daniels                         The Honorable Sarah Netburn
U.S. District Judge                                      U.S. Magistrate Judge
United States District Court                            United States District Court
Southern District of New York                          Southern District of New York
Daniel P. Moynihan U.S. Courthouse                     Thurgood Marshall U.S. Courthouse
500 Pearl Street                                        40 Foley Square
New York, NY 10007                                      New York, NY 10007

Re:      *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD)(SN)

Dear Judge Daniels and Magistrate Judge Netburn:

We are the children, the parents, the spouses and the siblings of the 2,977 persons killed in the September 11, 2001 Attacks, as well as the thousands of people injured and sickened that day. We have waited over 19 years for this very moment on our path to truth and justice.

The Court has graciously acknowledged many of us at hearings, and we appreciate your dedication to seeing that our quest for justice moves forward to resolution.

We understand that Saudi Arabia asked you to set a deadline of three months for the completion of depositions of Saudi government witnesses. We also know that you are considering the FBI's withholding of important documents.

We ask that you allow the needed time to conduct in-person depositions, and that you not permit the clock to run out on our case by setting a fixed deadline. For 19 years, we have made deep significant personal sacrifices and investments of our time and emotional energy to bring this case forward to this point. We want our legal representatives to be face-to-face, in the same room with the witnesses at these depositions, as this is the only effective way to discover who was complicit in these horrendous attacks.

This case is historic, unprecedented, and will serve in the annals of history for decades to come. We understand that justice takes time. We have waited patiently for our time and we are more than willing to wait longer so that this judicial process can run with the respect and thoroughness that it deserves.

Please do not set an artificial deadline based on the idea that we want to move forward quickly. What is most important to us is to allow the necessary time to gather the truth. Let us not alter the history books by rushing this part of the judicial process.

Respectfully submitted,


Stephen and Elizabeth Alderman, parents of Peter C. Alderman (WTC)

Michael Bavis, brother of Mark L. Bavis (Flight 175)

The Honorable George B. Daniels & the Honorable Sarah Netburn
September 24, 2020
Page 2
_____

Thomas and Beverly Burnett, Sr., parents of Thomas Burnett, Jr. (Flight 93)

Sylvia Carver, sister of Sharon A. Carver, (Pentagon)

Jean Hunt, survivor of the Pentagon

Robert Kobus, brother of Deborah Kobus (WTC)

Alyson Low, sister of Sara E. Low (Flight 11)

Joan Molinaro, parent of fallen Firefighter Carl Molinaro, Jr. (WTC)

Sharon Premoli, survivor of WTC North Tower

Julio Roig, Jr., survivor of WTC

Matthew and Loreen Sellitto, parents of Matthew C. Sellitto (WTC)

Terry Strada, wife of Thomas Strada (WTC)

Elaine Teague, mother of Sandra D. Teague, (Flight 77)

John and Bev Titus, parents of Alicia N. Titus, (Flight 175)

Elijah Titus, Zachery Titus, and Shanoa Titus-Poston, siblings of Alicia N. Titus, (Flight 175)