UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                                              )
IN RE: TERRORIST ATTACKS ON          )    Civil Action No. 03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                           )    ECF Case
_____)

This document relates to: *All Actions*

## DECLARATION OF ANDREW C. SHEN

I, Andrew C. Shen, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that:

1. I have been admitted to this Court. I am a partner in the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C., which represents the Kingdom of Saudi Arabia in this litigation. The following facts are based on my personal knowledge. If called upon as a witness, I could and would testify competently to them.

2. On September 26, 2020, I contacted 1-888-364-3065, which is the New York State Department of Health's Coronavirus Hotline. I spoke with a representative of the New York State Department of Health ("NYSDH") regarding New York's current requirements relating to the quarantine of travelers arriving in New York from foreign countries.

3. During the call, the NYSDH representative informed me that all persons arriving in New York from a foreign country are currently required to quarantine. In response, I inquired whether this quarantine requirement applies only to countries designated as a "Level 2" or "Level 3" risk by the Centers for Disease Control and Prevention ("CDC"). The NYSDH representative responded that New York's mandatory 14-day quarantine rule applies to all travelers from all countries arriving in New York.

- 1 -

- 2 -

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 28, 2020
Washington, D.C.

                                                              /s/ *Andrew C. Shen*
                                                              Andrew C. Shen