**MDL 1570 PLAINTIFFS' EXECUTIVE COMMIT**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 9/28/2020

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

September 28, 2020

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

> RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees ("PECs") respectfully write to request a two-day extension, to September 30, 2020, for Plaintiffs' Reply in Support of their Motion for Reconsideration of the Court's August 27, 2020 Order at ECF No. 6444. The brief extension is needed as several members of the PECs are unavailable today for Yom Kippur, and the PECs were occupied on Friday with their submission on the deposition proposals. ECF No. 6470. Plaintiffs' Reply Brief will also include their arguments in further support of their conditional objections to the August 27, 2020 Order, which otherwise would not be due until Friday, October 2, 2020.

The Kingdom of Saudi Arabia does not object to this extension request.

Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Honorable Sarah Netburn
September 28, 2020
Page 2

Respectfully submitted,

KREINDLER & KREINDLER LLP

By: _/s/ Steven R. Pounian_
    Steven R. Pounian
    Kreindler & Kreindler LLP
    750 Third Avenue
    New York, NY 10017
    Tel: (212) 687-8181
    E-mail: spounian@kreindler.com

*On behalf of the MDL 1570 Plaintiffs' Exec.*
*Committees*

COZEN O'CONNOR

By: _/s/ Sean P. Carter_
    Sean P. Carter
    Cozen O'Connor
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, PA 19103
    Tel: (215) 665-2105
    E-mail: scarter1@cozen.com

*On behalf of the MDL 1570 Plaintiffs' Exec.*
*Committees*

MOTLEY RICE LLC

By: _/s/ Robert T. Haefele_
    Robert T. Haefele
    Motley Rice LLC
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29465
    Tel: (843) 216-9184
    E-mail: rhaefele@motleyrice.com

*On behalf of the MDL 1570 Plaintiffs' Exec.*
*Committees*

cc:   The Honorable George B. Daniels (via ECF)
      All MDL Counsel of Record (via ECF)

LEGAL\48502430\1

---

Plaintiffs' request for an extension of time until September 30, 2020, to file a reply in support of the motion for reconsideration is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated:   September 28, 2020
         New York, New York