# EXHIBIT A

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

October 2, 2019

VIA EMAIL

Timothy B. Fleming, Esq.  
WIGGINS CHILDS PANTAZIS  
FISHER GOLDFARB, PLLC  
1211 Connecticut Avenue, N.W., Suite 420  
Washington, DC 20036  
tfleming@wcqp.com

Richard D. Hailey, Esq.  
Mary Beth Ramey, Esq.  
RAMEY & HAILEY  
3905 Founders Road  
Indianapolis, IN 46268  
Rich@rameyandhaileylaw.com

Dennis G. Pantazis, Esq.  
WIGGINS CHILDS PANTAZIS  
FISHER GOLDFARB, LLC  
The Kress Building  
301 19th Street North  
Birmingham, AL 35203  
dgp@wigginschilds.com

   Re: *In Re: Terrorist Attacks on September 11, 2001*  
      03-MDL-1570 (GBD)(SN)

Dear All:

  We write in response to Magistrate Judge Netburn's directive to meet and confer concerning the *Havlish* application for fees. ECF 5180 at 12-13. In order to have a productive meet-and-confer, we ask that by or before 5 pm on Friday October 4, 2019 you provide us with (a) your contemporaneous time records relating to the claimed common benefit work for which you are seeking fees; (b) any other documents you intend to rely on to support your claim for fees and description of work-hours; and (c) all documentation supporting expenses you claim were incurred in connection with that work. If you do not have contemporaneous time records, please so state.

October 2, 2019
Page 2

      We also ask that you provide three possible dates and times for a meet-and-confer between Monday October 7, 2019 and Wednesday October 9, 2019.

Regards,

| KREINDLER & KREINDLER LLP | MOTLEY RICE LLC |
|---|---|
| By: /s/ *James P. Kreindler*<br>JAMES P. KREINDLER<br>ANDREW J. MALONEY<br>KREINDLER & KREINDLER LLP<br>750 Third Avenue<br>New York, New York 10017<br>Tel.: 212-687-8181<br>Email: jkreindler@kreindler.com<br>       amaloney@kreindler.com<br><br>*For the Plaintiffs' Exec. Committees* | By: /s/ *Robert T. Haefele*<br>ROBERT T. HAEFELE<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>Tel.: (843) 216-9184<br>Email: rhaefele@motleyrice.com<br><br>*For the Plaintiffs' Exec. Committees* |

cc:    (via email)
       Jodi W. Flowers (jflowers@motleyrice.com)
       John Eubanks (jeubanks@motleyrice.com)
       Louis Bodgrad (lbograd@motleyrice.com)
       Sean Carter (SCarter1@cozen.com)
       Jerry S. Goldman (Jgoldman@andersonkill.com)
       Jeanne O'Grady (JOG@speiserkrause.com)
       Dorothea Capone (tcapone@baumeisterlaw.com)
       Michel Baumeister (mbaumeister@baumeisterlaw.com)

       (via first class mail)
       Robert M. Foote, Esq.
       Craig S. Meilke , Esq.
       FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
       10 West State Street, Suite 200
       Geneva, IL 60134

       John A. Corr, Esq.
       LAW OFFICE OF JOHN A. CORR
       301 Richard Way
       Collegeville, PA 19426

       Stephen A. Corr, Esq.
       BEGLEY, CARLIN & MANDIO, LLP
       680 Middletown Boulevard
       Langhorne, PA 19047

October 2, 2019
Page 3

      David C. Lee, Esq.
      422 South Gay Street, 3rd Floor
      Knoxville, TN 37902

      Evan J. Yegelwel, Esq.
      TERRELL HOGAN ELLIS
      YEGELWEL, P.A.
      233 East Bay Street
      Blackstone Building, 8th Floor
      Jacksonville, FL 32202

      Edward H. Rubenstone, Esq.
      EDWARD H. RUBENSTONE, LLC
      812 N. Fairway Rd.
      Glenside, PA 19038

      Donald J. Winder, Esq.
      WINDER & COUNSEL, PC
      175 West 200 South, Suite 4000
      P.O. BOX 2668
      Salt Lake City, UT 84110-2668