# EXHIBIT B

**TOTAL HOURS - *HAVLISH* ATTORNEYS AND PARALEGALS**

|    | A                       | B           |
|----|-------------------------|-------------|
| 1  | **FIRM**                | **TOTAL HOURS** |
| 2  | Wiggins Childs          | 9298.65     |
| 3  | Mellon Webster          | 8272.8      |
| 4  | Ramey & Hailey          | 1720.4      |
| 5  | Foote Mielke            | 136.5       |
| 6  | Hogan Terrell Yegelwel  | 280.7       |
| 7  | Walter S. Batty, Jr.    | 232.24      |
| 8  | Lamm Rubenstone         | 853.8       |
| 9  | Winder & Counsel        | 1384.35     |
| 10 | Burbidge & Mitchell     | 1331.8      |
| 11 | **TOTAL**               | **23511.24** |