# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

September 29, 2020

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

I am writing with regard to the testimony of witness Mohdar Mohamed Abdullah a/k/a/ Zeid in Sweden pursuant to the May 21, 2019 Letters of Request signed by this Court.

Today we received the attached September 24, 2020 decision of the Swedish court which cancelled the hearing scheduled to begin on October 8, 2020 to obtain the testimony of the witness, and directed that the hearing be rescheduled.

Here is our informal English translation of the relevant portion of the decision:

**DECISION**

The hearing for taking of evidence on 8–9 and 12–13 October 2020 is cancelled.

*Reasons for the District Court's decision*

The District Court has on 23 September 2020 received a 'proof of impediment', from which it is apparent that the witness Ahmed Mohamed Elmohdar Zeid has not been

September 29, 2020
Page 2

    served the notice to the hearing for taking of evidence. In light of this, the hearing shall be cancelled and scheduled to be held at a later occasion.

    An appeal against the decision cannot be lodged separately.

    We have been told by our Swedish counsel that the "proof of impediment" referenced by the Swedish court is a report from the bailiff responsible to serve the required notice of the hearing on the witness. It is our understanding that the bailiff was unable to serve that notice on the witness in advance of the hearing.

    Counsel for the Plaintiffs and Saudi Arabia were sent an e-mail today requesting new dates for the hearing, starting on November 30, 2020. We will advise the Court when a new date is set for the hearing.

Respectfully submitted,

KREINDLER & KREINDLER

*/s/ Steven R. Pounian*
Steven R. Pounian, Esquire
Andrew J. Maloney, Esquire
750 Third Avenue, 32nd Floor
New York, NY 10017

For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims

COZEN O'CONNOR

*/s/ Sean P. Carter*
Sean P. Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103

For the MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims

MOTLEY RICE

*/s/ Robert T. Haefele*
Robert T. Haefele, Esquire
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims

Enclosure



| SÖDERTÄLJE TINGSRÄTT | **PROTOKOLL**<br>2020-09-24<br>Handläggning i<br>Södertälje | Aktbilaga 58<br>Mål nr<br>Ä 1580-19 | Sid 1 (2) |
|---|---|---|---|

Handläggning i parternas utevaro

**RÄTTEN**
Rådmannen Dan Isaksson

**PROTOKOLLFÖRARE**
Tingsnotarien Maria Kruse

**PARTER**

**Sökande**
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
USA

**ÖVRIGA**

**Vittne**
Elmohdar Mohammed Abdullah Zeid, 780805-5854
Sekretess

Ombud: Advokaten Roba Azzam
Box 45143
104 30 Stockholm

**SAKEN**
Bevisupptagning åt utländsk domstol; nu fråga om inställt sammanträde

_____

Efter genomgång av handlingarna i ärendet meddelar tingsrätten följande

**BESLUT**

Sammanträdet för bevisupptagning den 8–9 och 12–13 oktober 2020 ställs in.

*Skälen för tingsrättens beslut*

Tingsrätten har den 23 september 2020 mottagit ett hinderbevis, av vilket det framgår att vittnet Ahmed Mohamed Elmohdar Zeid inte delgetts kallelse till sammanträdet för

Dok.Id 381121

| **Postadress** | **Besöksadress** | **Telefon** | **Telefax** | **Expeditionstid** |
|---|---|---|---|---|
| Box 348<br>151 24 Södertälje | Storgatan 17 | 08-561 66 800<br>**E-post**: sodertalje.tingsratt@dom.se<br>www.sodertaljetingsratt.domstol.se | 08-561 66 899 | måndag – fredag<br>08:30–16:00 |

| | | Sid 2 |
|---|---|---|
| SÖDERTÄLJE TINGSRÄTT | **PROTOKOLL** <br> 2020-09-24 | Ä 1580-19 |

bevisupptagning. Mot angivna bakgrund ska sammanträdet för bevisupptagning därför ställas in och sättas ut vid ett senare tillfälle.

Beslutet kan inte överklagas särskilt.

_____

Som ovan,


Maria Kruse

Protokollet uppvisat/