

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 30, 2020

<u>By ECF</u>

Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY  10007

    Re:    *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    I write respectfully to inform the Court that I will be leaving the United States Attorney's Office.  Accordingly, I request the entry of an order terminating my appearance in this matter. My colleagues, AUSAs Sarah S. Normand and Jeannette A. Vargas, will continue to represent the interests of the Government in this matter.

    I thank the Court for its consideration of this submission.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney for the
    Southern District of New York

By: */s/ Andrew E. Krause*
    ANDREW E. KRAUSE
    Assistant United States Attorney
    Telephone:  212-637-2769
    Facsimile: 212-637-2786
    E-mail: andrew.krause@usdoj.gov

cc:    All counsel of record via ECF