USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

**03-MDL-01570 (GBD)(SN)**

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    At the August 5, 2020 conference, the Court authorized the Plaintiffs' Executive Committees to file two consolidated amended complaints against the Republic of Sudan. See Aug. 5, 2020 Hr'g. Tr., at 45: 16-17. On September 4, 2020, the PECs notified the Court that they had filed two supplemental pleadings against the Republic of Sudan, rather than two consolidated amended complaints. ECF No. 6428. The Republic of Sudan objected to Plaintiffs' filings on September 18, 2020. ECF No. 6462. The PECs have not explained why their filings were authorized by the Court's order, nor have they responded to Sudan's letter. The Court directs the PECs to file a letter with the Court by October 9, 2020, explaining their filings and the PECs' position on whether and how the filing of supplemental pleadings impacts the defaults currently in place against Sudan.

    The Court also ordered the parties to "propose procedures for other parties to join in a short form complaint." Aug. 5, 2020 Hr'g. Tr., at 45:18-19. Sudan's agreement to the briefing schedule jointly proposed by the parties was continent on Plaintiffs promptly proposing and the Court approving a short-form complaint procedure that would allow the Maher, Ryan, and Breitweiser Plaintiffs to be included in the briefing schedule. See ECF No. 6399. Plaintiffs have

not yet proposed such a procedure to the Court. Plaintiffs are additionally ordered to propose a procedure by the Court, or explain why they are not doing so, by October 9, 2020.

The deadline for the filing of Sudan's consolidated motion to dismiss, set for October 16, 2020, is stayed until the Court receives the PECs' letter and rules on the propriety of the PECs' filings.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 1, 2020
         New York, New York