U.S. Department o...

United States Attor...
Southern District of...

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/20

September 30, 2020

By ECF

Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleagues, AUSAs Sarah S. Normand and Jeannette A. Vargas, will continue to represent the interests of the Government in this matter.

I thank the Court for its consideration of this submission.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: /s/ *Andrew E. Krause*
ANDREW E. KRAUSE
Assistant United States Attorney
Telephone: 212-637-2769

---

Andrew Krause's request for the entry of an order terminating his appearance is GRANTED.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

October 2, 2020
New York, New York