# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEE
# FOR COMMERCIAL CLAIMS

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| | |
|---|---|
| Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

October 12, 2020

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

      The Plaintiffs' Executive Committee for Commercial Claims writes to request that the Court apply its October 9, 2020 Order at ECF No. 6490 to the Plaintiffs' Executive Committee for Commercial Claims and grant a corresponding extension to file objections to ECF No. 6481. The October 9, 2020 Order (a) extended the time for the Plaintiffs' Executive Committee for Personal Injury and Death Claims to file objections to ECF No. 6481 to November 4, 2020 and (b) adjusted any deadline concerning production of materials to 30 days following a decision on those objections.

      Additional time is necessary to allow the Plaintiffs' Executive Committee for Commercial Claims sufficient time to submit their objections, and to have the opportunity, to the extent possible, to coordinate objections with the Plaintiffs' Executive Committee for Personal Injury and Death Claims. The extension also is necessary given the time constraints on counsel resulting from the management of ongoing aspects of this multi-district litigation. The Plaintiffs' Executive Committee for Commercial Claims understands that opposing counsel did not consent to an extension, for the reasons outlined in ECF Nos. 6487 and 6488.

      For the reasons set forth herein, and also for those reasons presented to the Court in the request at ECF No. 6487, the Plaintiffs' Executive Committee for Commercial Claims respectfully requests that the Court extend its October 9, 2020 Order at ECF No. 6490 to the Plaintiffs' Executive Committee for Commercial Claims. Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Hon. George B. Daniels
October 12, 2020
Page 2

_____

                                        Respectfully submitted,

                                        COZEN O'CONNOR

                                        *[signature]*

                              By:    J. Scott Tarbutton, on behalf of the Plaintiffs' Executive Committee for Commercial Claims

cc:    All MDL Counsel of Record (via ECF)

LEGAL\48840416\1