**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: 
: 
: **ORDER**
: 
: 1:03 MDL 01570 (GBD)(SN)
: 
-----------------------------------------------------------------X

**This Document Relates to**
*Ray, et al. v. Iran, et al.*,
**1:19-cv-00012 (GBD)(SN)**

      **AND NOW**, this _____ day of _____, 2020, upon consideration of the *Ray* Plaintiffs' Motion to Request the Issuance of Letters Rogatory, and the accompanying Memorandum of Law, and exhibits, it is hereby ORDERED and DECREED that Plaintiffs' Motion is **GRANTED**.

      This Court shall issue letters rogatory directed to the appropriate judicial authority of The Islamic Republic of Iran, substantially similar in form to that attached as **EXHIBIT A** to Plaintiffs' Motion, requesting assistance in serving the Second Amended Complaint, Notice of Suit, Amended Summons, and cover letter, in both English and Farsi with translator affidavits, upon the following *Ray* Defendants: (1) Ayatollah Ali Hoseini-Khamenei, Supreme Leader of Iran; (2) Estate of Ali Akbar Hashemi Rafsanjani, Deceased, former Chairman of the Expediency Discernment Counsel and former President of Iran; (3) National Iranian Oil Company; (4) National Iranian Tanker Company; (5) National Iranian Gas Company; (6) National Iranian Petrochemical Company; (7) Iran Airlines; and, (8) Hezbollah.

      The U.S. Department of State shall transmit the legal documents, including the translations and translator affidavits, related to the *Ray* Plaintiffs' Second Amended Complaint to

the appropriate judicial authority of the Islamic Republic of Iran, pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608, *et seq*.

**BY THE COURT:**

_____
George B. Daniels
United States District Judge