# Morgan Lewis

**Kelly A. Moore**
Partner
+1.212.309.6612
kelly.moore@morganlewis.com

October 27, 2020

**VIA ECF**

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   <u>In re Terrorist Attacks on September 11, 2001</u>, No. 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

We represent non-party witness Akram Alzamari and write on behalf of Mr. Alzamari to request an extension of the deadline to file redacted briefing papers filed in connection with the July 20 Order consistent with the Court's October 2, 2020 Opinion & Order. The FBI joins in Mr. Alzamari's request for an extension of the deadline. Plaintiffs and Defendants do not object to this request for an extension.

We respectfully request that the Court approve the following schedule for the proposed redactions:

- <u>November 9, 2020</u>: Deadline for Plaintiffs and Mr. Alzamari to propose redactions for the briefing papers filed in connection with the July 20 Order.

- <u>November 30, 2020</u>: Deadline for the FBI to notify Plaintiffs and Mr. Alzamari of additional proposed redactions or opposition to proposed redactions.

- <u>December 13, 2020</u>: Deadline for Plaintiffs and Mr. Alzamari to file the redacted briefing papers consistent with the October 2, 2020 Opinion & Order or to submit any disputes to the Court.

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          T +1.212.309.6000
United States                     F +1.212.309.6001

The Honorable Sarah Netburn
October 27, 2020
Page 2

Respectfully,

*/s/ Kelly A. Moore*

Kelly A. Moore