## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

October 29, 2020

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn,

Plaintiffs move this Court for an order to defer the time for Plaintiffs to file motions or objections addressing the Court's October 21, 2020 Opinion & Order, ECF No. 6510—which denied Plaintiffs' First Motion to Compel, and applied the state secrets privilege and law enforcement privilege to redacted sections of the 2012 Summary Report—until after the Court decides the other outstanding motions involving the Federal Bureau of Investigation: (a) Plaintiffs' January 14, 2020 Second Motion to Compel the FBI and (b) the FBI's April 14, 2020 Motion for a Protective Order, ECF No. 6136.

Plaintiffs believe that it would be more efficient to await the Court's decision on the outstanding motions and proceed with one consolidated filing, if necessary. The outstanding motions involve several of the same legal issues addressed in the October 21 Order, and Plaintiffs believe that aspects of that Order confirm Plaintiffs' entitlement to discovery sought in Plaintiffs' Second Motion to Compel. It is also possible that the Court's decisions on the outstanding motions will obviate the need to file objections to the October 21 Order.

Prior to filing this motion, Plaintiffs contacted AUSA Sarah Normand, Esq., and were advised that the Government consents to Plaintiffs' motion.

October 29, 2020
Page 2

Respectfully submitted,

| KREINDLER & KREINDLER | MOTLEY RICE |
|---|---|
| */s/ Steven R. Pounian* | */s/ Robert T. Haefele* |
| Steven R. Pounian, Esquire | Robert T. Haefele, Esquire |
| Andrew J. Maloney, Esquire | 28 Bridgeside Boulevard |
| 750 Third Avenue, 32nd Floor | Mt. Pleasant, SC 29464 |
| New York, NY 10017 | |
| | For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |
| For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims | |

COZEN O'CONNOR

*/s/ Sean P. Carter*
Sean P. Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103

For the MDL 1570 Plaintiffs' Exec.
Committee for Commercial Claims