USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

November 2, 2020

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn,

    Plaintiffs write to seek clarification of this Court's November 2, 2020 Order, ECF No. 6517, granting Plaintiffs' Letter Motion for Extension of Time, ECF No. 6516.

    The subject Letter Motion, brought with the Government's consent, sought to defer the time to bring a motion for reconsideration and/or Fed. R. Civ. P. 72(a) objections to this Court's October 21, 2020 Order and Opinion, ECF No. 6510.

    While Plaintiffs interpret this Court's November 2 Order as extending the time to bring either a motion for reconsideration or Rule 72(a) objections, the Order did not expressly state that Plaintiffs' time for filing objections was extended.

    Plaintiffs therefore request that the Court clarify the November 2 Order to state that any objections to the October 21, 2020 order shall be due within 14 days of the Court's Order addressing Plaintiffs' motion to compel, filed under seal on January 15, 2020, and the FBI's cross-motion for a protective order, filed under seal on April 13, 2020.

    Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

| KREINDLER & KREINDLER | MOTLEY RICE |
|---|---|
| */s/ Steven R. Pounian* | */s/ Robert T. Haefele* |
| Steven R. Pounian, Esquire | Robert T. Haefele, Esquire |
| Andrew J. Maloney, Esquire | 28 Bridgeside Boulevard |
| 750 Third Avenue, 32nd Floor | Mt. Pleasant, SC 29464 |
| New York, NY 10017 | |
| | For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |
| For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims | |

COZEN O'CONNOR

*/s/ Sean P. Carter*
Sean P. Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103

For the MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims

---

Any objections to the October 21, 2020 Order shall be due within 14 days of the Court's Order addressing Plaintiffs' motion to compel, filed under seal on January 15, 2020, and the FBI's cross-motion for a protective order, filed under seal on April 13, 2020.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:   November 2, 2020
         New York, New York