# EXHIBIT A

**EXHIBIT A**

| # | Deponent* | Country | Date |
|---|---|---|---|
| 1 | Lawrence Smith (NCB) | New York, NY (Courthouse) | July 27, 2007 |
| 2 | Phillip Griffin (SBG) | Wash., D.C. | November 15, 2007 |
| 3 | Faud Rihani (SBG) | New York, NY (Courthouse) | April 22, 2008 |
| 4 | Yaqub Mirza, Ph.D. (SAAR, Sana-Bell) | Washington, D.C. | May 19, 2010 |
| 5 | Yaqub Mirza, Ph.D. (SAAR, Sana-Bell) | Herndon, VA | October 26, 2011 |
| 6 | Jamal Barzinji, Ph.D. | Herndon, VA | October 27, 2011 |
| 7 | Hisham Altalib, Ph.D. | Herndon, VA | October 28, 2011 |
| 8 | Zacarias Moussaoui | Florence, CO | October 2014 |
| 9 | Dr. Hussein Hamid Hassan (DIB) | London, UK | August 1-3, 2017 |
| 10 | Yassin Abdullah al Kadi | London, UK | July 10, 2018 |
| 11 | Abdullah al Turki (MWL/IIRO) | London, UK | September 14-15, 2018 |
| 12 | Abdullah al Obaid (MWL/IIRO) | London, UK | September 17-18, 2018 |
| 13 | Jabir Khalifa (Dallah Avco) | London, UK | September 20, 2018 |
| 14 | Saad al Obaidi (MWL/IIRO) | Madrid, Spain | January 21, 2019 |
| 15 | Riaz Khan (Dallah Avco) | Madrid, Spain | January 23, 2019 |
| 16 | Ammar Kamel (Dallah Avco) | Madrid, Spain | January 24, 2019 |
| 17 | Adnan Basha (MWL/IIRO) | KSA (videoconference) | February 20-21, 2019 |
| 18 | Fahd al Harbi (MWL/IIRO) | Madrid, Spain | March 26-27, 2019 |
| 19 | Dr. Osman Kaldirim (KSA/King Fahd Mosque) | Los Angeles, CA | June 12, 2019 |
| 20 | Khalil al Khalil (KSA/King Fahd Mosque) | Los Angeles, CA | June 14, 2019 |
| 21 | Abdulrauf Khalaf al Sharman (MWL/IIRO) | Madrid, Spain | June 20-21, 2019 |
| 22 | Abdelhadi Daguit (MWL/IIRO) | Philippines (videoconference) | June 27, 2019 |
| 23 | Rahmutullah Nazir Khan Gari (MWL/IIRO) | Madrid, Spain | July 21, 2019 |
| 24 | Dr. Abdul Wahab al Noorwali (WAMY) | Madrid, Spain | July 23-24, 2019 |
| 25 | Judge Alan Fine (DIB) | Miami, FL | October 4, 2019 |
| 26 | Ibrahim Abdullah (WAMY) | Madrid, Spain | October 21, 2019 |
| 27 | Abdulhameed al Mazroo (WAMY) | Madrid, Spain | October 22, 2019 |
| 28 | Saleh al Wohaibi (WAMY) | Madrid, Spain | October 23, 2019 |
| 29 | Ibrahim Anwar Ibrahim (WAMY) | KSA (videoconference) | November 7-8, 2019 |
| 30 | Akram Alzamari (KSA) | San Diego, CA | March 11, 2020 |

*assorted in court depositions/evidentiary hearings before Judge Maas as part of jurisdictional discovery/discovery disputes