UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.,* 04-CV-1076 (GBD) (SN)
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al.,* 04-CV-01923 (GBD) (SN)
*C. I. O'Neill et al. v. Republic of the Sudan, et al.,* 18-CV-12114
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al.,* 04-CV-01922 (GBD) (SN)

*Aamoth et al. v. Islamic Republic of Iran*, 18-CV-12276 (GBD) (SN)
*Aamoth et al. v. Kingdom of Saudi Arabia*, 18-CV-12270 (GBD) (SN)
*Abel et al. v. Islamic Republic of Iran*, 18-CV-11837 (GBD) (SN)
*Abel et al. v. Kingdom of Saudi Arabia*, 18-CV-11880 (GBD) (SN)
*Ades et al. v. Islamic Republic of Iran*, 18-CV-07306 (GBD) (SN)
*Agyeman et al. v. Islamic Republic of Iran*, 18-CV-05320 (GBD) (SN)
*Bernaerts et al. v. Islamic Republic of Iran*, 19-CV-11865 (GBD)(SN)
*Bodner et al. v. Islamic Republic of Iran*, 19-CV-11776 (GBD)(SN)
*Bonomo et al. v. Kingdom of Saudi Arabia*, 18-CV-11885 (GBD) (SN)
*BNY Mellon et al. v. Islamic Republic of Iran*, 19-CV-11767 (GBD)(SN)
*Bush et al. v. Kingdom of Saudi Arabia*, 18-CV-11964 (GBD) (SN)
*Cintron-Lugos et al. v. Kingdom of Saudi Arabia*, 18-CV-11888 (GBD) (SN)
*DeConto et al. v. Kingdom of Saudi Arabia*, 18-CV-11904 (GBD) (SN)
*DeRubbio et al. v. Islamic Republic of Iran*, 18-CV-05306 (GBD) (SN)
*Deuel et al. v. Kingdom of Saudi Arabia*, 18-CV-12272 (GBD) (SN)
*Garger et al. v. Kingdom of Saudi Arabia*, 18-CV-11950 (GBD) (SN)
*Gordenstein et al. v. Kingdom of Saudi Arabia*, 18-CV-11941 (GBD) (SN)
*Harris et al. v. Kingdom of Saudi Arabia*, 18-CV-11946 (GBD) (SN)
*Hemenway et al. v. Islamic Republic of Iran*, 18-CV-12277 (GBD) (SN)
*Jimenez et al. v. Islamic Republic of Iran*, 18-CV-11875 (GBD) (SN)
*Kamardinova et al. v. Islamic Republic of Iran*, 18-CV-05339 (GBD) (SN)
*Kim et al. v. Islamic Republic of Iran*, 18-CV-11870 (GBD) (SN)
*Kincaid et al. v. Kingdom of Saudi Arabia*, 18-CV-12273 (GBD) (SN)
*Lang et al. v. Kingdom of Saudi Arabia*, 18-CV-11926 (GBD) (SN)
*Mercer et al. v. Kingdom of Saudi Arabia*, 18-CV-11965 (GBD) (SN)
*Moody-Theinert et al. v. Islamic Republic of Iran*, 18-CV-11876 (GBD) (SN)

*Morris et al. v. Islamic Republic of Iran*, 18-CV-05321 (GBD) (SN)
*Murray et al. v. Kingdom of Saudi Arabia*, 18-CV-11966 (GBD) (SN)
*Ortiz et al. v. Kingdom of Saudi Arabia*, 18-CV-12274 (GBD) (SN)
*Perez et al. v. Kingdom of Saudi Arabia*, 18-CV-11967 (GBD) (SN)
*Richards et al. v. Kingdom of Saudi Arabia*, 18-CV-11969 (GBD) (SN)
*Rivelli et al. v. Islamic Republic of Iran*, 18-CV-11878 (GBD) (SN)
*Rooney et al. v. Kingdom of Saudi Arabia*, 18-CV-11970 (GBD) (SN)
*Rowenhorst et al. v. Islamic Republic of Iran*, 18-CV-12387 (GBD) (SN)
*Schlissel et al. v. Islamic Republic of Iran*, 18-CV-05331 (GBD) (SN)
*Spence et al. v. Kingdom of Saudi Arabia*, 18-CV-11971 (GBD) (SN)
*Stackpole et al. v. Kingdom of Saudi Arabia*, 18-CV-12275 (GBD) (SN)
*Zelmanowitz et al. v. Kingdom of Saudi Arabia*, 18-CV-12381 (GBD) (SN)

## MOTION TO WITHDRAW AS ATTORNEY STEPHEN WAH OF RECORD

PLEASE TAKE NOTICE that upon the annexed Declaration, the undersigned moves this Court Pursuant to Local Rule 1.4 to allow Stephen Wah to withdraw as counsel of record for Plaintiffs in the above-referenced actions (collectively, *"O'Neill Plaintiffs"*) due to his departure from the law firm of Anderson, Kill P.C.  I respectfully request that Stephen Wah be removed from the docket as counsel for the Plaintiffs in the above-referenced actions.  All other counsel listed in the record of the law firm of Anderson, Kill & Olick, will continue to represent the *O'Neill Plaintiffs* in these matters.

Dated: November 6, 2020
        New York, New York

                                                Respectfully submitted,

                                                */s/ Jerry S. Goldman*
                                                Jerry S. Goldman, Esq. (JG8445)
                                                Anderson Kill P.C.
                                                1251 Avenue of the Americas
                                                New York, NY 10020-1182
                                                Telephone:  212-278-1000
                                                Facsimile:  212-278-1733
                                                jgoldman@andersonkill.com

2

docs-100319921.1

*Attorneys for the Plaintiffs*
*Estate of John P. O'Neill, Sr. et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the Motion to Withdraw Stephen Wah as Attorney of Record was served via the Court's Electronic Case Filing system, on November 6, 2020, upon all counsel of record.

*/s/ Jerry S. Goldman*
Jerry Goldman