**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1775 Connecticut Avenue, N.W., Suite 420 · WASHINGTON, D.C. 20036
Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email: TFleming@wigginschilds.com · Web: www.wigginschilds.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 7 2020

TIMOTHY B. FLEMING
OF COUNSEL

December 16, 2020

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: NOV 17 2020

The Honorable George B. Daniels
UNITED STATES DISTRICT JUDGE
U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In Re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN)
      *Havlish, et al. v. bin Laden, et al.*, 1:03-cv-09848 (GBD)(SN)
      *Hoglan, et al. v. Iran, et al.*, 1:11-cv-07550 (GBD)(SN)
      *Ray, et al. v. Iran, et al.*, 1:19-cv-00012 (GBD)(SN)
      **Request for Extension of Time for Filing Response to Objections**

Dear Judge Daniels:

Counsel for the *Havlish, Hoglan* and *Ray* Plaintiffs ("*Havlish*") write respectfully to request a one-week extension of time in which to respond to the Objections filed, pursuant to Federal Rule of Civil Procedure 72(A) and 28 U.S.C. Section 636(B)(1), to the September 30, 2020, Opinion and Order (ECF No. 6481). Such objections were filed separately by the Wrongful Death and Personal Injury PEC (MDL Doc. Nos. 6522, 6523, and 6523-1), with a Supplement (MDL Doc. No. 6524), and by the Federal Insurance PEC (MDL Doc. No. 6520). All were filed on November 4, 2020.

The *Havlish* responses thereto are due on November 18, 2020. The *Havlish* group requests a seven-day extension of time, until November 25, 2020, to file such responses.

The undersigned has asked the PEC and Federal Insurance attorneys whether they would consent to such an extension of time to file these responses, and they indicated via email that they would have no objection to such an extension provided that, due to the Thanksgiving holiday, their replies, if any, would be due on December 9, 2020. The *Havlish* group agrees to that date for any replies.

This is the first request for an extension of time. Thank you very much for your consideration of this request.

Sincerely,

*/s/ Timothy B. Fleming*

Timothy B. Fleming

cc: All counsel of record via ECF

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.