USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On July 22, 2019, the Court granted in part a motion filed by the Kingdom of Saudi Arabia ("Saudi Arabia") to seal certain documents produced during discovery and subsequently filed in connection with two discovery motions by the Plaintiffs Executive Committees (the "PECs" or "Plaintiffs"). See ECF No. 4696 (the "July 22 Order"). On the same day, the Court filed under seal two additional decisions regarding: (1) Plaintiffs' motion to compel Saudi Arabia to produce documents; and (2) Saudi Arabia's motion to limit the scope of supplemental discovery. Id. at 18. As part of the July 22 Order, the Court directed the parties to meet and confer and propose redactions to the two sealed decisions—including the parties' briefing, declarations, exhibits, and supplemental letters—in order to facilitate publication of those documents on the public docket. If Plaintiffs objected to the July 22 Order pursuant to Rule 72 of the Federal Rules of Civil Procedure, the Court would stay the deadline for the parties to meet and confer and propose redactions until sometime after the Plaintiffs' objections were resolved. See July 22 Order, at 18.

    Plaintiffs timely objected to the July 22 Order and on November 16, 2020, the Hon. George B. Daniels overruled Plaintiffs' objections, upholding the July 22 Order in its entirety. See ECF No. 6532. Accordingly, Plaintiffs and Saudi Arabia shall meet and confer and propose

redactions to any orders subject to the July 22 Order by no later than December 18, 2020.[1] If the parties disagree on proposed redactions, they may submit separate letters of no more than five pages each, briefly explaining the scope and nature of the disputes and proposing a streamlined process for the Court to address the disputes.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: November 24, 2020
New York, New York

---

[1] Orders filed under seal on the following dates may be subject to the sealing decision of the July 22 Order: November 25, 2019; January 3, 2020; January 7, 2020; April 27, 2020; May 7, 2020; May 27, 2020; June 23, 2020; July 20, 2020; and August 11, 2020.