# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

December 3, 2020

Via ECF

The Honorable George B. Daniels
United Stated District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

RE:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

The Plaintiffs' Executive Committees for Personal Injury and Death Claims and for Commercial Claims ("PECs") write to request an extension of time by which to file replies in support of their Fed.R.Civ.P. 72 objections to the September 30, 2020 decision regarding the establishment of a common benefit fund docketed at ECF No. 6481.  Currently, the replies in support of objections (docketed at ECF Nos. 6520, 6522 and 6524) are due on December 9, 2020.  Because of filing deadlines, court appearances and other competing demands on the time of the attorneys for the PECs responsible for submitting the reply memoranda, including several matters relating directly to this MDL, they respectfully ask this Court to extend the date by which the replies in support of those objections noted above must be filed by one week, until December 16, 2020.

Opposing counsel has told us that they do not object to this request and this is the first request for an extension of time by which to file the replies.  For all of the reasons stated above, the PECs respectfully request that this Court extend the time by which both PECs must file replies in support of their objections to ECF No. 6481 (that is, replies in support of objections docketed at ECF Nos. 6520, 6522 and 6524) until December 16, 2020.

December 3, 2020
Page 2

Respectfully submitted,

| KREINDLER & KREINDLER, LLP | MOTLEY RICE LLC |
|---|---|
| By: */s/ Megan W. Benett* <br>　　Megan W. Benett <br>　　James P. Kreindler <br>　　Andrew J. Maloney <br>　　Kreindler & Kreindler, LLP <br>　　750 Third Avenue <br>　　New York, NY  10017 <br>　　Tel:  212-687-8181 <br>　　E-mail: spounian@kreindler.com <br>*On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims* | By: */s/ Robert T. Haefele* <br>　　Robert T. Haefele <br>　　Motley Rice LLC <br>　　28 Bridgeside Boulevard <br>　　Mount Pleasant, SC  29465 <br>　　Tel:  (843) 216-9184 <br>　　E-mail: rhaefele@motleyrice.com <br>*On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims* |

COZEN O'CONNOR

By: */s/ Sean P. Carter*
　　Sean P. Carter
　　J. Scott Tarbutton
　　Cozen O'Connor
　　One Liberty Place
　　1650 Market Street, Suite 2800
　　Philadelphia, PA  19103
　　Tel: (215) 665-2105
　　E-mail: scarter@cozen.com
*On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims*

cc:　　All Counsel of Record via ECF