

## KREINDLER & KREINDLER LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

December 16, 2020

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
U.S. Magistrate Judge
United States District Court Southern District of
New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)
          *Betru, et al. v. The Republic of The Sudan*, 20-cv-10615

Dear Judge Daniels and Magistrate Judge Netburn:

As required by the Court's December 1, 2020 Order Approving Notices to Conform, Short Form Complaints and Notices of Amendment (ECF Doc. 6547), we respectfully submit this letter on behalf of the 39 plaintiffs in *Betru et al. v. The Republic of the Sudan*, civil docket no 20-cv-10615, who have filed a Short Form Complaint against the Republic of the Sudan ("Sudan") and write to request that the action be made part of this multi-district litigation (03 MDL 1570). We have also filed a Related Case Statement on the civil docket, explaining why the newly filed case is related to 03 MDL 1570.

We will shortly be requesting counsel from Sudan waive service of process.

Respectfully,

KREINDLER & KREINDLER LLP

/s/ James P. Kreindler

cc:     All Counsel via ECF

California Office

707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office

855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120