KELLOGG, HANSEN, TODD, FIGEL & FREDERICK
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

December 16, 2020

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") to request that the Court approve filing dates for a response and a reply in connection with the Plaintiffs' Executive Committees' ("Plaintiffs") Objections Pursuant to Federal Rule of Civil Procedure 72 to the Magistrate Judge's December 1, 2020 Opinion & Order, which Plaintiffs filed on December 15, 2020, as ECF No. 6554.

The parties have agreed to propose that Saudi Arabia's response to Plaintiffs' Objections should be due on or before January 5, 2021, and that Plaintiffs' reply should be due on or before January 15, 2021. We respectfully request that the Court approve those dates.

As the Court is aware from previous letters, the parties have contested whether leave of Court is required for a response to Rule 72(a) objections, and it is Saudi Arabia's position that no leave is required. *See* ECF No. 4753, at 1-2 & n.*. To the extent necessary, Saudi Arabia respectfully requests leave to file its response.

Respectfully submitted,

*/s/ Michael K. Kellogg*

---

The proposed schedule for briefing the Rule 72 Objections for Judge Daniels's consideration is GRANTED. **SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:   December 16, 2020
         New York, New York