**Baumeister & Samuels, P.C.**
A PROFESSIONAL CORPORATION

140 Broadway, 46th Floor                                                     212-363-1200
New York, NY 10005                                                          866-363-1200
                                                                            212-363-1346 Fax
DOROTHEA M. CAPONE                                                          www.baumeisterlaw.com
tcapone@baumeisterlaw.com

December 17, 2020

**VIA ELECTRONIC CASE FILING**

The Honorable George B. Daniels            The Honorable Sarah Netburn
United States District Court               U.S. Magistrate Judge
Southern District of New York              United States District Court
Daniel P. Moynihan U.S. Courthouse         Southern District of New York
500 Pearl Street                           Thurgood Marshall U.S. Courthouse
New York, NY 10007                         40 Foley Square
                                           New York, NY 10007

Re:     In Re: Terrorist Attacks on September 11, 2001, 03-MD-1570(GBD)(SN)
        *Parker, et al. v. The Republic of the Sudan*, Civil Action No. 20-cv-10657

Dear Judge Daniels and Magistrate Judge Netburn:

Pursuant to the Court's December 1, 2020, Order Approving Notices to Conform, Short Form Complaints and Notices of Amendment (ECF Doc. 6547), we respectfully submit this letter on behalf of the eight plaintiffs in *Parker, et al. v. The Republic of the Sudan*, Civil Action No. 20-cv-10657, who have filed a Short Form Complaint against the Republic of the Sudan ("Sudan"), and write to request that the action be made part of this multi-district litigation (03-MD-1570). We have also filed a Related Case Statement on the civil docket, explaining why the newly filed case is related to 03-MD-1570.

Respectfully,

/s/ Dorothea M. Capone
BAUMEISTER & SAMUELS, P.C.

cc: All Counsel via ECF