**SPEISER KRAUSE**
COUNSELLORS AT LAW
*800 Westchester Avenue, Suite S-608*
*Rye Brook, New York 10573*
PHONE: (914) 223-5333   FAX: (914) 220-5334

December 18, 2020

**VIA ECF**

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| United States District Court | U.S. Magistrate Judge |
| Southern District of New York | United States District Court Southern District of New York |
| Daniel Patrick Moynihan United States Courthouse | Thurgood Marshall U.S. Courthouse |
| 500 Pearl Street | 40 Foley Square |
| New York, NY 10007 | New York, NY 10007 |

        Re: *In Re Terrorist Attacks on September 11, 2001*
           No. 03-md-1570 (GBD) (SN)

Dear Judge Daniels and Magistrate Judge Netburn:

  As required by the Court's December 1, 2020 Order Approving Notices to Conform, Short Form Complaints and Notices of Amendment (ECF Doc. 6547), we respectfully submit this letter on behalf of the 19 plaintiffs in *Nolan, et al. v. The Republic of the Sudan*, civil docket no 20-cv-10720, who have filed a Short Form Complaint against the Republic of the Sudan ("Sudan") and write to request that the action be made part of this multi-district litigation (03 MDL 1570). We have also filed a Related Case Statement on the civil docket, explaining why the newly filed case is related to 03 MDL 1570.

We thank the Court for its consideration of this matter.

                 Respectfully submitted,

                 */s/ Jeanne M. O'Grady*

                 Frank H. Granito, III (FG9760)
                 Douglas A. Latto (DL3649)
                 Jeanne M. O'Grady (JO3362)

cc: All Counsel (via ECF)