IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD)(SN) |
| This Document Relates to:<br>RICHARD ABBATE, et al.<br>       Plaintiff,<br>v.<br>KINGDOM OF SAUDI ARABIA, et al.<br>       Defendants. | Case No. 17-CV-08617 (GBD)(SN)<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

## NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**PLEASE TAKE NTOICE**, pursuant to Rule 1.4 of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, and upon the accompanying declaration, Napoli Shkolnik PLLC and Napoli Law, PLLC hereby moves this Court, before the Honorable George B. Daniels, United States District Judge and the Honorable Sarah Netburn, United States Magistrate Judge for the Southern District of New York, for an Order granting

this motion to withdraw as counsel for Plaintiff *Alexander Avelino only* in the above-captioned action.

**WHEREFORE**, undersigned counsel prays this Court enter an *Order* granting this Motion for Leave to Withdraw as Counsel for Plaintiff *Alexander Avelino only*.

DATED: December 30, 2020

                                             /s/ Christopher R. LoPalo
                                            Christopher R. LoPalo, Esq.
                                            NAPOLI LAW, PLLC
                                            400 Broadhollow Road, Suite 305
                                            Melville, N 11747
                                            Telephone: (212) 397-1000
                                            Facsimile: (646) 843-7603
                                            clopalo@NapoliLaw.com
                                            *Attorneys for Plaintiff*