## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **03 MDL 1570 (GBD)(SN)** |
| **TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | |

| | |
|---|---|
| This Document Relates to:<br><br>RICHARD ABBATE, et al.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KINGDOM OF SAUDI ARABIA, et al.<br><br>　　　　　Defendants. | Case No. 17-CV-08617 (GBD)(SN)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF ALEXANDER AVELINO ONLY** |

## DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

　　Christopher R. LoPalo, hereby declares the following under the penalty of perjury:

　1. That the undersigned has actively carried out his duties in the best interest of Plaintiff, Alexander Avelino (hereinafter "Plaintiff");

　2. That facts now exist pursuant to Rule 1. 16(b)(1) of the Code of Professional Responsibility that require the undersigned to seek permission to withdraw as attorney of record for Plaintiff;

3. That Plaintiff, has been informed of the undersigned's intention to withdraw as attorney of record and has been sent a copy of this motion by United States Postal Service overnight mail to Plaintiff's last known address;

4. That Plaintiff, will not be prejudiced as there are currently no imminent deadlines or appearances int his matter;

5. The last known address of Plaintiff, is 1411 Broadway, 16th Floor, New York, NY 10018.

6. Counsel will not be asserting a retaining or charging lien in this matter.

**WHEREFORE**, undersigned counsel prays this Court enter an *Order* granting this Motion for Leave to Withdraw as Counsel for Plaintiff *Alexander Avelino only*.

DATED: December 30, 2020

 /s/ Christopher R. LoPalo
Christopher R. LoPalo, Esq.
NAPOLI LAW, PLLC
400 Broadhollow Road, Suite 305
Melville, N 11747
Telephone: (212) 397-1000
Facsimile:  (646) 843-7603
clopalo@NapoliLaw.com
*Attorneys for Plaintiff*