# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**TERRORIST ATTACKS ON**<br>**SEPTEMBER 11, 2001** | 03 MDL 1570 (GBD)(SN) |
| This Document Relates to:<br><br>RICHARD ABBATE, et al.<br><br>    Plaintiff,<br><br>v.<br><br>KINGDOM OF SAUDI ARABIA, et al.<br><br>    Defendants. | Case No. 17-CV-08617 (GBD)(SN)<br><br>**[PROPOSED] ORDER TO BE RELIEVED AS COUNSEL FOR PLAINTIFF ALEXANDER AVELINO ONLY.** |

WHEREAS, this matter having been opened to the Court by Napoli Shkolnik PLLC and Napoli Law, PLLC counsel for Plaintiff Alexander Avelino seeking an order permitting counsel to withdraw from representation in this matter, and good cause appearing;

IT IS on this ____ day of _____, 202_,

ORDERED as follows:

1. Plaintiff Counsel's Motion for Leave to Withdraw as Counsel for Plaintiff *Alexander Avelino only* is granted; and

2. Counsel shall mail Plaintiff *Alexander Avelino* a complete and accurate copy of the entire file within fourteen (14) days of this *Order*; and

3. Napoli Shkolnik PLLC and Napoli Law, PLLC is relieved of any further responsibility in this case with regard to representation of Plaintiff *Alexander Avelino*; and

4. Plaintiff *Alexander Avelino* is required to either retain new counsel or inform the Court that they intend to proceed *pro se.*

    a. In the event that Plaintiff *Alexander Avelino* retains new counsel, new counsel shall make an appearance in this case within forty-five (45) days of this *Order*; or

    b. In the event that Plaintiff *Alexander Avelino* elects to proceed *pro se*, they shall notify the Court and the parties in writing and on the record of their intention to do so within forty-five (45) days of this *Order*; and

5. Failure to comply with this *Order* may lead to imposition of sanctions, including dismissal of Plaintiff *Alexander Avelino's* claim with prejudice; and

Signed this __ day of ____ 202__.

_____
SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE