**WHITE & CASE**

January 4, 2021

VIA ECF

The Honorable George B. Daniels
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

*In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-1570-GBD-SN (S.D.N.Y.)

Dear Judge Daniels:

Counsel for Sudan and the Plaintiffs' Executive Committee have conferred and request the Court's endorsement of the below joint proposal concerning page limits for the consolidated briefing on Sudan's forthcoming motion to dismiss both the Consolidated Amended Complaint (ECF No. 6539) ("CAC") and the *Ashton* Amended Complaint (ECF No. 6537) ("*Ashton* Complaint").

Under Judge Netburn's November 4, 2020 Order, Sudan's motion to dismiss addressing both complaints is due January 8, 2021.  ECF No. 6521 at 2.  The CAC Plaintiffs and *Ashton* Plaintiffs' single, joint opposition is due by February 22, 2021, and Sudan's reply brief is due by March 24, 2021.  *Id*.

After conferring, the Parties jointly propose as follows:

1. Sudan will file a single brief in support of its motion to dismiss the CAC and *Ashton* Complaint, not to exceed 50 pages;

2. The CAC Plaintiffs and *Ashton* Plaintiffs will file a single, joint brief in opposition to Sudan's motion, not to exceed 60 pages; and

3. Sudan will file a single reply brief, not to exceed 25 pages.

The proposal outlined above will allow for the most effective presentation of the issues to the Court, including addressing:  (1) whether the Court has subject-matter jurisdiction under the various sections of the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602 *et seq.*, invoked by Plaintiffs; (2) per the Court's direction, the effects — if any — of the Amended Complaints on the previous entries of default in certain actions (*see* Aug. 5, 2020 Tr. at 45:25-46:4, ECF No. 6393); and (3) the numerous federal- and state-law claims asserted by Plaintiffs.

WHITE & CASE

The Honorable George B. Daniels
January 4, 2021

We thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

/s/ *Nicole Erb*

Christopher M. Curran
Nicole Erb
Claire A. DeLelle
Matthew S. Leddicotte
Nicolle Kownacki

*Counsel for the Republic of the Sudan
and all of its constituent parts*

cc:   Counsel of Record (via ECF)