UNDER SEAL

APPENDIX