EXHIBIT B

This Transcript Contains Confidential Material

```
 1                UNITED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF NEW YORK

 3

 4

 5    ----------------------------x

 6    IN RE: TERRORIST ATTACKS        )   Civil Action No.

 7    ON SEPTEMBER 11, 2001           )   03 MDL 1570

 8                                    )   (GBD)(SN) ECF Case

 9    ----------------------------x

10

11              THIS TRANSCRIPT CONTAINS

12               CONFIDENTIAL MATERIAL

13

         VIDEOTAPED DEPOSITION OF AKRAM ALZAMARI

14

                 SAN DIEGO, CALIFORNIA

15

              WEDNESDAY, MARCH 11, 2020

16

                     9:53 A.M.

17

18

19

20

21

22

23    Job No.: 240733

24    Pages: 1 - 141

25    Reported by: Leslie A. Todd, CSR #5129 and RPR
```

This Transcript Contains Confidential Material

| | Page 2 |
|---|---|
| 1 | Videotaped deposition of AKRAM ALZAMARI (via |
| 2 | written questions read by the Videographer), at |
| 3 | the offices of: |
| 4 | |
| 5 | |
| 6 | GOLKOW LITIGATION SERVICES |
| 7 | 655 West Broadway |
| 8 | Suite 880 |
| 9 | San Diego, California 92101 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | Pursuant to notice, before Leslie Anne Todd, |
| 15 | California Certified Shorthand Reporter No. 5129, |
| 16 | in and for the State of California, who officiated |
| 17 | in administering the oath to the witness. |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | Page 4 |
|---|---|
| 1 | C O N T E N T S |
| 2 | EXAMINATION OF AKRAM ALZAMARI          PAGE |
| 3 | Direct Examination          7 |
| 4 | Cross Examination          117 |
| 5 | Redirect Examination          125 |
| 6 | Recross Examination          134 |
| 7 | |
| 8 | E X H I B I T S |
| 9 | (Attached to transcript) |
| 10 | ALZAMARI DEPOSITION EXHIBITS          PAGE |
| 11 | No. 1    Federal Bureau of Investigation |
| 12 |          document, Bates FBI000140          50 |
| 13 | No. 2    Federal Bureau of Investigation |
| 14 |          document, Bates FBI000182 to 183          95 |
| 15 | No. 3    Copy of photograph          54 |
| 16 | No. 4    Copy of photograph          54 |
| 17 | No. 5    Copy of photograph          90 |
| 18 | No. 6    Copy of photograph          45 |
| 19 | No. 7    Copy of photograph          18 |
| 20 | No. 8    Copy of photograph          44 |
| 21 | No. 9    Copy of photograph          42 |
| 22 | No. 10   Copy of photograph          32 |
| 23 | No. 11   Copy of photograph          45 |
| 24 | No. 12   Copy of photograph          32 |
| 25 | No. 13   Copy of photograph          31 |

| | Page 3 |
|---|---|
| 1 | A P P E A R A N C E S |
| 2 | |
| 3 | ON BEHALF OF THE WITNESS: |
| 4 | KELLY MOORE, ESQUIRE |
| 5 | JOHN M. MALOY, ESQUIRE |
| 6 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | 101 Park Avenue |
| 8 | New York, New York 10178-0060 |
| 9 | (212) 309-6682 |
| 10 | |
| 11 | ALSO PRESENT: |
| 12 | JIM LOPEZ, Videographer |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | Page 5 |
|---|---|
| 1 | E X H I B I T S   C O N T I N U E D |
| 2 | (Attached to transcript) |
| 3 | ALZAMARI DEPOSITION EXHIBITS          PAGE |
| 4 | No. 14   Copy of photograph          29 |
| 5 | |
| 6 | Exhibit A   FBI document, Bates FBI000225 to |
| 7 |          000227          117 |
| 8 | Exhibit B   FBI document, Bates FBI000140 to |
| 9 |          000143          119 |
| 10 | Exhibit C   Copy of photograph, Bates |
| 11 |          KSA0000002332          123 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

This Transcript Contains Confidential Material

---

Page 6

P R O C E E D I N G S

------------------

THE VIDEOGRAPHER:  We are now on the
record.  My name is Jim Lopez.  I am a
videographer for Golkow Litigation Services.
Today's date is March 11th, 2020, and the time is
approximately 9:53 a.m.

This video deposition is being held in
San Diego, California, in the matter of In Re
Terrorist Attacks on September 11, 2001, for the
Southern District Court of New York.

The deponent is Akram Alzamari.

Counsel will be noted on the
stenographic record.

Will counsel please identify themselves.

MS. MOORE:  Kelly Moore and John Maloy
of Morgan Lewis.

THE VIDEOGRAPHER:  The court reporter is
Leslie Todd, and she will now swear in the
witness.

AKRAM ALZAMARI,
and having been first duly sworn,
was examined and testified as follows:

THE VIDEOGRAPHER:  Please be advised
that unless the question begins with the words

---

Page 7

"before and after September 11, 2001," all of the
direct questions relate to events that occurred on
dates prior to and including September 11, 2001,
and not after that date.

MS. MOORE:  I would also note for the
record that all objections by us and defense
counsel and plaintiffs' counsel have been
preserved and will not need to be stated orally on
the record.

THE VIDEOGRAPHER:  Where a question is
preceded by "if so," or otherwise conditioned on a
certain answer to a prior question, such follow-up
questions will only be asked if the condition is
first satisfied.  You should be instructed that
all answers to the questions should be based on
your personal knowledge and/or observations, and
are intended to elicit of your -- elicit the basis
of your knowledge on how you know the answers.

DIRECT EXAMINATION
BY THE VIDEOGRAPHER:
Q    Please state and spell your name for the
record.
A    Akram Alzamari.  A-K-R-A-M.  Last name
is A-L-Z-A-M-A-R-I.
Q    Have you ever used any other names,

---

Page 8

nicknames or aliases?
A    No, I have not.
Q    Please state your date and place of
birth.
A    February 5, 1974, Sana'a, Yemen.
Q    Please state where and when you attended
school in Yemen.
A    University of Science and Technology,
Sana'a, Yemen.
Q    What degrees, if any, did you obtain
from your schooling in Yemen?
A    Associate degree in computer science.
Q    When did you obtain these degrees?
A    Approximately 1995.
Q    Please identify all other places that
you have resided from September 11th, 1991,
through September 11th, 2010, identifying the
locations and the times of residency.
A    Until approximately November 1996, I was
in Sana'a, Yemen, District of Shaub, with my
family.  And when I moved to the United States, it
was approximately November 1996.  I reside in Los
Angeles area at a street called Cushdon Avenue and
Westwood Boulevard.  I don't remember the exact
address.

---

Page 9

And after this few months, we had a few
months in McConnell Avenue, as I recall right now.
I don't remember the exact -- I could be wrong.
McConnell Avenue also in LA.  And that was until
1997 -- 1997.

I moved with my cousin a couple months
in Minnesota, a little town called Winona.  First,
I got married and moved with my wife to the state
of Wisconsin to a little town called LaCrosse.  I
was there for less than a month.

And then I moved back to Los Angeles.  I
reside on Motor Avenue.  I don't remember the
exact address, but it was Motor Avenue and Venice
Boulevard, cross street.  I was there until
approximately the beginning of summer 2001.  Or a
little bit before the summer, approximately.  I
moved to another location, just a -- actually,
it's across the street, but it's a different city
called Culver City.  At this moment I don't
remember the street name.  But I was there until
summer of 2000 -- I'm sorry, 1997 until 2001 --
I'm sorry, until 2001.  And left to Yemen in
summer 2001.  Went to visit my family.
Q    Between September 11th, 1991, and
September 11th, 2001, please identify all

---

Case 1:03-md-01570-GBD-SN   Document 6156-2   Filed 04/24/20   Page 5 of 58

This Transcript Contains Confidential Material

---

**Page 10**

1  countries to which you have traveled for more than
2  a day, identifying the countries, the times that
3  you were there, and the reasons for the visits.
4      A   Can you repeat the question, please?
5      Q   Yes.  Between September 11th, 1991, and
6  September 11th, 2001, please identify all
7  countries to which you have traveled for more than
8  one -- for more than a day, identifying the
9  countries, the times that you were there, and the
10  reasons for the visit.
11      A   Until approximately November 1996, I
12  resided in Sana'a, Yemen, and when I moved to Los
13  Angeles, California.
14          So it was only two countries, Yemen and
15  the United States.
16          MS. MOORE:  After you moved to Los
17  Angeles, did you travel anywhere overseas at any
18  point?
19          THE WITNESS:  I -- I went back and forth
20  approximately two -- two, three times between the
21  United States and Yemen.  I don't remember the
22  exact how long I stayed in Yemen, but for a few
23  months.  Each time I go there for a few months.
24  BY THE VIDEOGRAPHER:
25      Q   When did you first travel to the United

---

**Page 11**

1  States?
2      A   Approximately November 1996.
3      Q   Have you lived continuously in the U.S.
4  since that time?
5      A   I went back and forth to Yemen
6  approximately two to -- two to three times, and
7  each time I stayed for a few months.
8      Q   Why did you come to the U.S.?
9      A   My father is in the -- the jewelry
10  business, so I had a business reason to come and
11  help my father participate in gift shows.
12      Q   When did you become a U.S. citizen?
13      A   2008.
14      Q   Please state where and when you attended
15  college and graduate school.
16      A   In United States, I went to Santa Monica
17  College and West L.A. College, but did -- did not
18  obtain a degree.
19      Q   Other than your schooling in Yemen,
20  identify any degrees that you have obtained,
21  including where you obtained it, when, and the
22  area of your study.
23      A   I did not obtain any degrees.
24      Q   When did you first move to Los Angeles?
25      A   Approximately November 1996.

---

**Page 12**

1      Q   Directing your attention to the period
2  of time of from January 1st, 1995, through
3  September 2001, to the best of your recollection,
4  please identify the addresses of each place where
5  you lived during that period, including the
6  location and the dates that you lived at each
7  address.
8      A   Up to November 1996, I lived in Yemen,
9  Sana'a, Yemen, Shaub District.  And then I moved
10  to LA.  I was in LA city, Cushdon Avenue and
11  Westwood Boulevard, I don't remember the exact
12  address, and I was there for a few months,
13  approximately six to seven months.
14          I went to visit my family for a few
15  months, came back and lived in McConnell Drive or
16  Avenue.  I don't remember -- recall.  I don't
17  remember the exact address.  Stayed there for a
18  few months.
19          After this, I moved back -- I moved to
20  Minnesota, Winona.  Stayed there for couple
21  months.  Moved to LaCrosse, Wisconsin, for less
22  than a month.  After this move to LA.  I don't
23  remember the exact address in LaCrosse.  And in --
24  in LA, when I moved to LA, I reside in Motor
25  Avenue.  It was next to the post office.  The

---

**Page 13**

1  cross street is Venice Boulevard and Motor Avenue.
2          After this, I -- close or the beginning
3  of summer 2001, I moved to -- across the street to
4  Culver City.  I don't remember the exact street
5  name and what address.  I stayed there for
6  approximately a month before I went to visit my
7  family.
8      Q   Did you live with anyone else during the
9  period from January 1st, 1995, through
10  September 2001?
11      A   Well, I -- I'm sorry.  I missed the
12  first question is who I lived with.
13      Q   Did you live with anyone else during the
14  period from January 1st, 1995, through
15  September 2001?
16      A   In 1996 --
17          MS. MOORE:  It's just yes or no.  Yes or
18  no.
19          THE WITNESS:  No.
20          MS. MOORE:  Did you live with anyone
21  else during that entire period?
22          THE WITNESS:  Well, I didn't say who I
23  lived with.
24          MS. MOORE:  He's going to -- he's going
25  to ask you.

---

This Transcript Contains Confidential Material

Page 14

1    THE WITNESS: Oh, okay. No.
2    MS. MOORE: I'm sorry. Did you live
3 with anyone during that time period?
4    THE WITNESS: Yes, I did.
5    MS. MOORE: Okay. Sorry. Go ahead.
6 BY THE VIDEOGRAPHER:
7    Q    Who else did you live with during -- who
8 else did you live with during the period from
9 January 1st, 1995, through September of 2001?
10    A    Until November 1996, when I reside in
11 Yemen, I lived with my family.
12    Q    At what address did you live with each
13 person?
14    MS. MOORE: Wait, I don't think -- I
15 don't think he is done.
16    So up until 2000 -- until 1996 you lived
17 with your family in Sana'a. Then, as to the rest
18 of the time period up until September of 2001, who
19 else did you live with?
20    THE WITNESS: In -- in Los Angeles, when
21 I moved to Los Angeles in approximately
22 November 1996, I lived with an American family,
23 three people, Bob Hendler, Terrence, and Mike. I
24 don't remember that last name.
25    And then when I moved to McConnell Drive

Page 15

1 or Avenue, I lived with Bob Hendler and -- and
2 Terrence.
3    When I moved to Minnesota, I was with my
4 cousin Hamid Alzamari. When I moved to LaCrosse,
5 Wisconsin, I lived with my wife, Valerie Alzamari.
6 And when I moved to Los Angeles, also Valerie and
7 her children was with me in the Motor Avenue
8 apartment. When I moved to Culver City, I was
9 with an Egyptian man, his name is Moustafa, and
10 three Somalians were in the apartment.
11 BY THE VIDEOGRAPHER:
12    Q    At what addresses did you live with each
13 person?
14    A    Bob, Terrence and Mike, I lived on
15 Cushdon Avenue. I don't remember the exact street
16 or the number, the house number.
17    And McConnell, with Bob and Terrence.
18    In Minnesota, with Hamid Alzamari, my
19 cousin. In LaCrosse, with Valerie Alzamari, my
20 wife. On Motor Avenue, the same with my wife and
21 her kids, those locations.
22    And after this, in Culver City was the
23 Egyptian man and the two Somalis -- the three
24 Somalis.
25    Q    When did they live with you?

Page 16

1    A    November 1996 for approximately seven
2 months, as I stated earlier. So I lived with the
3 three, Bob Hendler, Mike and Terrence
4 approximately seven months. The second time,
5 McConnell Drive or Avenue, I lived with Bob
6 Hendler and Terrence a few months until I
7 relocated to Minnesota.
8    A few months -- two months in Minnesota,
9 Winona, and approximately one month maximum in --
10 in LaCrosse with my wife. She came with me to LA,
11 stayed at Motor Avenue up close to summer, close
12 to summer 2001.
13    And afterwards I moved to the apartment
14 in Culver City for less than a month. And I lived
15 with Moustafa, the Egyptian man, and the three
16 Somalis. So that was approximately a month.
17    Q    Were you employed from January 1st,
18 1995, through September 2001?
19    A    Yes.
20    Q    Please list each of your employers and
21 their locations and when you worked there.
22    A    I worked for my father's company in the
23 jewelry business until approximately the beginning
24 of 1997. After this, I worked for -- when I was
25 in Minnesota, I worked for Walmart in the

Page 17

1 electronic department. That was less than a month
2 because I stayed less than a month in Wisconsin.
3    When I moved back to LA to Motor Avenue,
4 I worked for -- first before Circuit City, I
5 worked for Ralph's grocery store. It was across
6 the street from my house. After this, I worked --
7 that was for a few months. After this, I worked
8 for Circuit City as -- until summer 2001.
9    Q    What was your -- what was your job title
10 and what you did for each employer?
11    A    In my father's company, I was a jeweler
12 and a salesman. In Walmart, I was a sales
13 associate, customer service. Ralph's, I was
14 customer service. Circuit City, I was sales
15 associate and technician, computer technician.
16    Q    Did you regularly attend religious or
17 other services at a mosque and/or any Islamic
18 centers in California during the period from
19 January 1st, 1995, through September 2001?
20    A    Yes, I did.
21    Q    What mosques and Islamic centers did you
22 attend in California, where -- where were they
23 located, and when did you attend?
24    A    Ibn Taymiyyah Mosque. It's on Venice
25 Boulevard. I don't remember the exact address.

This Transcript Contains Confidential Material

---

Page 18

1  It was on Venice Boulevard.
2      Second location, King Fahad Mosque.
3  It's in Culver City.
4      Q   Which services did you regularly attend
5  at each location that you identified?
6      A   It depends on the services.  It depends
7  with my schedule.  So Ibn Taymiyyah Mosque, I just
8  did once, twice a day on a daily basis.
9      King Fahad Mosque, approximately three
10 times a day.  It depends on my schedule I attend
11 services.
12     Q   As to each service you attended
13 regularly, for what time period did you attend
14 that service regularly?
15     A   Each service about 30 minutes.
16         (Exhibit No. 7 was marked for
17         identification.)
18         THE REPORTER:  Counsel, do you need a
19 copy?
20         MS. MOORE:  Yes, please.  Thank you.
21 BY THE VIDEOGRAPHER:
22     Q   Showing you a photo of Exhibit 7.
23         Do you recognize this man as someone you
24 saw prior to the 9/11 attacks?
25     A   Yes.

---

Page 19

1      Q   What is the man's name?
2      A   Sheikh Fahad.
3      Q   How did you address him when you met him
4  in person?
5      A   Sheikh Fahad.
6      Q   What other information can you remember
7  about this man?
8      A   He was the imam of King Fahad Mosque or
9  in King Fahad Mosque.
10     Q   When and where do you remember seeing
11 this man prior to 9/11?
12     A   At King Fahad Mosque.
13     Q   Describe your relationship with this man
14 prior to 9/11.
15     A   It was a religious relationship because
16 he is the imam of the mosque.  Right after this,
17 it became a friendship, kind of friendship.  After
18 this, it became a business relationship because I
19 used to work for Circuit City.
20     Q   Did you know Fahad al-Thumairy?
21     A   I know Sheikh Fahad from the mosque,
22 yes.
23     Q   When did you first meet Fahad
24 al-Thumairy?
25     A   At King Fahad Mosque.

---

Page 20

1      Q   How did you come to meet Fahad
2  al-Thumairy?
3      A   He was the imam of Kind Fahad Mosque.
4  Fahad -- al-Thumairy is last name.
5      Q   Where did you meet Fahad al-Thumairy?
6      A   In King Fahad Mosque.
7      Q   Before or after September 11, 2001, when
8  was the last time that you saw Fahad al-Thumairy
9  in person?
10     A   It was in summer of 2001.
11     Q   What were the circumstances under which
12 you last saw Fahad al-Thumairy in person?
13     A   I was leaving to visit my family in
14 Yemen, and as usual, he would lead the prayer that
15 day and shake my hand, gave me a hug, and say
16 goodbye.
17     Q   Can you describe your relationship with
18 Fahad al-Thumairy in the 1995 to 2001 time period?
19     A   Since the beginning of my attending the
20 mosque, King Fahad Mosque, it was a religious
21 relationship.  So if we have a religious question,
22 we go to him.  After this, it became a friendship,
23 because we talk a lot, especially about Yemen
24 community interests, what they want -- kind of
25 activities in the mosque, and it just became

---

Page 21

1  business relationship --
2      THE REPORTER:  Excuse me.  Could you
3  repeat just a little bit what you just said,
4  certain activities in the mosque, and then?
5      THE WITNESS:  Activities like teaching
6  the Holy Koran, because we have to talk to him
7  about these things.  If somebody want to suggest
8  an activity, so we talked.  And that became a
9  friendship.  After this, becomes a business
10 relationship because I used to work for Circuit
11 City.
12 BY THE VIDEOGRAPHER:
13     Q   Did you consider Fahad al-Thumairy to be
14 your friend; and if so, how close were you?
15     A   It was kind of a friendship.  It was
16 close to an extent.
17     Q   What language did you typically use to
18 communicate with Fahad al-Thumairy?
19     A   Arabic language.
20     Q   What language did you observe Fahad
21 al-Thumairy typically use to communicate with
22 others when you saw him in or around Los Angeles?
23     A   Arabic language.
24     Q   How was al-Thumairy's English?
25     A   I -- I don't know that.

---

This Transcript Contains Confidential Material

Page 22

1    Q    Did he ever use anyone to translate for
2  him?
3    A    Yes.
4    Q    Who did he use to translate for him?
5    A    When he deliver the speech or the
6  Khutbah at the mosque, we do it on a volunteer
7  basis, the community.  So everybody in any period
8  of time have translated for him, including me.  So
9  there's many, almost everybody of the community
10  members have translated in the period of time for
11  him.
12    Q    Do you know where the -- that person is
13  or how to get in touch with that person?
14    A    As I just stated, everybody in that
15  period of time have translated for him.  I'm one
16  of them.  I don't remember names or addresses or
17  their phone numbers of other community members.
18    Q    Where is that person or how can that
19  person be contacted?
20    A    As I stated, almost everybody have
21  translated for him in any period of time, so I
22  don't have contacts with anybody.
23    Q    Do -- did you and al-Thumairy contact
24  each other by e-mail?
25    A    No.

Page 23

1    Q    Did you and al-Thumairy contact each
2  other by -- each other by phone, either landline
3  or cell phone?
4    A    Yes.
5    Q    What were the landline and cell phone
6  numbers that you used to call al-Thumairy?
7    A    At the time I didn't have a cell phone.
8  And for me to him, I don't remember that I have
9  called him because I see him almost three times a
10  day.  It depends on -- the attending of the
11  prayers, so when I need to talk to him, I talk to
12  him then.  When he need to talk to me, he calls me
13  mainly to Circuit City landline.  I don't know the
14  number.
15    Q    What were your -- what were your
16  landline and cell phone numbers that al-Thumairy
17  used to call you?
18    A    I don't remember that.  As I stated, I
19  didn't have a cell phone at the time.  He handed
20  me his -- his business cards in the beginning,
21  and -- but I don't -- I never called him, so I
22  don't recall that I called him at all.  And I
23  don't know his cell phone number.  And he called
24  me to Circuit City, the main phone number, and I
25  don't know that phone number now.

Page 24

1    Q    Did you ever hear Fahad al-Thumairy talk
2  about his employment?
3    A    No.
4    Q    When did that occur?
5    MS. MOORE:  I think the next question is
6  30c.
7    THE VIDEOGRAPHER:  30c?
8    MS. MOORE:  Mm-hmm.
9    THE VIDEOGRAPHER:  I apologize.
10  BY THE VIDEOGRAPHER:
11    Q    Did you ever hear Fahad al-Thumairy talk
12  about who he reported to in his job?
13    A    No.
14    Q    At the time you knew him in Los Angeles,
15  were you aware that Fahad al-Thumairy was employed
16  by the Saudi government?
17    A    No.
18    Q    Where did al-Thumairy work?
19    A    In King Fahad Mosque.
20    Q    Who did he report to?
21    A    I don't know.
22    Q    Did you ever hear Fahad al-Thumairy talk
23  about his work for the Kingdom of Saudi Arabia?
24    A    No.
25    Q    Did Fahad al-Thumairy ever talk about

Page 25

1  working at the Saudi Consulate in Los Angeles?
2    A    No.
3    Q    Did al-Thumairy describe where his work
4  office was located?
5    A    No, because he doesn't have to.  It's in
6  King Fahad Mosque.
7    Q    Did you ever see his work office?
8    A    Yes.
9    Q    Where was it?
10    A    King Fahad Mosque.
11    Q    What were the circumstances that -- that
12  occasioned you being in his office?
13    A    After -- after every prayer and every
14  service, he goes to his office and he leaves the
15  door open for any of the community members who
16  have a question, want to talk to him about
17  anything.  So anybody of the community member in
18  any period of time have been inside his office.
19    Q    Did you ever hear Fahad al-Thumairy
20  complain about his work and/or his supervisors?
21    A    No.
22    Q    Did you ever hear Fahad al-Thumairy say
23  that he was a diplomat for the -- Saudi Arabia or
24  that he held a diplomatic visa?
25    A    No.

This Transcript Contains Confidential Material

Page 26

1    Q   Did Fahad al-Thumairy ever talk to --
2  ever about his relationship with any Saudi
3  government personnel?
4    A   No.
5    Q   Did you ever hear Fahad al-Thumairy
6  express any criticism of the United States or its
7  government?
8    A   No.
9    Q   Did Fahad al-Thumairy ever send
10 customers to you when you were working at Circuit
11 City?
12   A   Yes.
13   Q   Did Fahad al-Thumairy ever provide you
14 with the names of customers when you were working
15 at Circuit City?
16   A   Yes.
17   Q   If Fahad al-Thumairy sent you customers
18 or provided you with customers' names, to the best
19 of your recollection, who were those customers?
20   A   Mostly all were Saudians -- Saudian
21 citizens.  And I don't know who they are, exactly
22 what their position was with work.  I just do my
23 job, which is to show them what we have -- the
24 products and help them.
25   Q   What did al-Thumairy say to you about

Page 27

1  each of those customers?
2    A   Help them regard to making the right
3  purchase, getting them the best deal.
4    Q   Did al-Thumairy ever introduce you to
5  any Saudi government personnel, either in person
6  or by either giving you their names or providing
7  you -- your name to them?
8    A   He -- he never -- when he introduced me
9  to people, he never disclosed their position or if
10 they work for any agency at all.  We just go by
11 first name basis.  And, yes, he gave them my first
12 name, and he gave me their first name when -- to
13 look -- to look for them when they come to Circuit
14 City.
15   Q   To the best of your recollection, who
16 were those personnel?
17   A   Well, I don't remember the names, but
18 they're all Saudis pretty much.
19   Q   What, if anything, did al-Thumairy say
20 to you about them?
21   A   To help them in making the right
22 purchase, give them the best deal at Circuit City.
23   Q   What, if anything, did you learn about
24 the positions those personnel held?
25   A   I -- that was never disclosed to me, and

Page 28

1  never asked it.
2    Q   Did you ever hear al-Thumairy speak
3  about any Saudi government personnel who were
4  visiting Los Angeles or the King Fahad Mosque?
5    A   No.
6    Q   Were any of your customers at Circuit
7  City Saudi government officials, including Saudi
8  consult -- consultate officials?
9        MS. MOORE:  Consulate.
10       THE VIDEOGRAPHER:  Consulate.
11       THE WITNESS:  Yes.
12 BY THE VIDEOGRAPHER:
13   Q   Who were those officials and what
14 interaction did you have with those officials?
15   A   Mainly the office manager of the
16 consulate.  And the consulate, but he never -- I
17 never met him in person.  I was dealing with him
18 over the phone.
19   Q   Did you know any Saudi government
20 officials, including officials from the Saudi
21 consulate in Los Angeles?
22   A   I -- as I stated, the office manager --
23 consulate office manager comes to Circuit City all
24 the time to make purchases, and the consulate was
25 over the phone.

Page 29

1    Q   What is or are the names or names of the
2  Saudi government officials you know?
3    A   I don't recall the names right now.  I
4  did back then, but I don't -- I don't right now.
5    Q   What is the title and positions of the
6  Saudi government officials you know?
7    A   As I stated, it was the office manager
8  of the consulate and the consular himself.
9    Q   How do you know these Saudi government
10 officials?
11   A   Through my job at Circuit City.
12   Q   Have you met any members of the Saudi
13 royal family?
14   A   I did not.
15       (Exhibit No. 14 was marked for
16       identification.)
17 BY THE VIDEOGRAPHER:
18   Q   I'm showing you a photo marked as
19 Exhibit 14.
20       Do you recognize the man in the photo as
21 someone you saw prior to the 9/11 attacks?
22   A   No.
23   Q   Have you ever met Prince Abdul Aziz bin
24 Fahd?
25   A   No.

This Transcript Contains Confidential Material

Page 30

1    Q   Have you ever met Khaled bin Nasser
2  al-Assaf?
3    A   No.
4    Q   To the extent that you interacted with
5  any Saudi government officials, including
6  consulate officials, when did that happen?
7    A   Throughout the -- time when I was
8  working at Circuit City, I dealt mainly with the
9  office manager and sometimes with the consulate
10  over the phone, as I said.  I never met him in
11  person.  But it was throughout the -- the time I
12  was working at Circuit City.
13    Q   Describe the conversations that you have
14  had with any Saudi government officials.
15    A   The office manager was mainly regarding
16  products and deals, electronic deals, and
17  specifications regarding my job.  Sometimes we
18  would talk about the weather and stuff like that.
19  Small topics.
20        The consular, regarding the merchandise,
21  we have the deals.  And once he called me to thank
22  me personally for helping a Saudi man who got sick
23  in the mosque and I took him to UCLA hospital.  So
24  he personally called me to thank me for that, and
25  asked me, if I had received bill or anything from

Page 31

1  UCLA regarding that Saudi man, to forward it to
2  him.  Also he offered me to -- invited me to come
3  to the consulate to thank me in person, and even
4  offered me a Umrah visa to Saudi Arabia.
5        THE REPORTER:  What was the visa?
6        THE WITNESS:  Umrah.  Umrah.  U-M-R-A
7  visa.  It's a religious visit to the House of God.
8  I never went to visit him to his office, I never
9  met him, and I never went for the visa.
10  BY THE VIDEOGRAPHER:
11    Q   Describe the conversations that you have
12  had with any -- oh, I apologize, I just read that
13  one.
14        To the best of your recollection, please
15  state when each conversation happened.
16    A   I don't remember the exact time period.
17  Yeah, I don't remember, but it was throughout the
18  time when I was working at Circuit City.  It was
19  almost on a weekly basis.
20    Q   Did you ever hear Fahad al-Thumairy
21  speak about any of the Saudi government personnel
22  at the consulate in Los Angeles?
23    A   No.
24        (Exhibit No. 13 was marked for
25        identification.)

Page 32

1  BY THE VIDEOGRAPHER:
2    Q   Showing you photo Exhibit 13.
3        Do you recognize the man in the photo as
4  someone you saw prior to the 9/11 attacks?
5    A   No.
6    Q   Did you ever hear Fahad al-Thumairy talk
7  about any Saudi government officials at the
8  embassy in Washington, D.C.?
9    A   No.
10        (Exhibit No. 10 was marked for
11        identification.)
12  BY THE VIDEOGRAPHER:
13    Q   Showing you photo Exhibit 10.
14        Do you recognize -- do you recognize the
15  man in the photo as someone you saw prior to the
16  9/11 attacks?
17    A   No.
18    Q   Did you ever hear Fahad al-Thumairy talk
19  about an embassy official named Musaed al-Jarrah?
20    A   No.
21        (Exhibit No. 12 was marked for
22        identification.)
23  BY THE VIDEOGRAPHER:
24    Q   Showing you photo Exhibit 12.
25        Do you recognize the man in the photo as

Page 33

1  someone you saw prior to the 9/11 attacks?
2    A   No.
3    Q   Did you ever hear Fahad al-Thumairy
4  talk about an embassy official named Khalid
5  al-Sowailem?
6    A   No.
7    Q   Did Fahad al-Thumairy ever talk about
8  the role of the Kingdom of Saudi Arabia, including
9  its consultate -- I'm sorry -- consulate in Los
10  Angeles, in the operation of the King Fahad
11  Mosque?
12    A   No.
13    Q   Based on your personal knowledge and/or
14  observations, do you have an understanding of the
15  role of the Saudi government in the operation of
16  the King Fahad Mosque prior to September 11th,
17  2001?
18    A   I don't have the personal knowledge of
19  that.
20    Q   Based on your personal knowledge and/or
21  observation, what is your understanding of the
22  role of the Saudi government in the operation of
23  the King Fahad Mosque prior to September 11, 2001?
24    A   As I stated, I don't have a personal
25  knowledge of the role they are playing in King

Case 1:03-md-01570-GBD-SN   Document 6589-2   Filed 01/11/21   Page 11 of 52
Case 1:03-md-01570-GBD-SN   Document 6156-2   Filed 04/24/20   Page 11 of 58
This Transcript Contains Confidential Material

Page 34

1  Fahad Mosque.
2      Q   Did you ever hear Fahad al-Thumairy talk
3  about Saudi government intelligence personnel in
4  the United States, including at the Saudi
5  consulate in Los Angeles?
6      A   No.
7      Q   Did you ever hear Fahad al-Thumairy talk
8  about hosting or meeting with visitors from the
9  Saudi government, including from the Ministry of
10  Islamic Affairs?
11      A   No.
12      Q   Did you have occasion to observe any
13  Saudi government visitors hosted by or meeting
14  with al-Thumairy?
15      A   Can you repeat the question, please?
16      Q   Yes.  Did you have occasion to observe
17  any Saudi government visitors hosted by or meeting
18  with al-Thumairy?
19      A   No.
20      Q   If you had or overheard any
21  conversations with any Saudi government visitors,
22  please tell us what you heard, who else was
23  present during the conversations, and when that
24  conversation occurred.
25      A   As I stated earlier, I don't know any

Page 35

1  Saudi government officials.  The only -- the
2  closest I got is the office manager of the
3  consulate and the consulate who was over the
4  phone, and I already stated that -- the type of
5  conversation I had with them.  I did not overhear
6  anything else or anywhere else.
7      Q   Based on your personal knowledge and/or
8  observation, what understanding do you have, if
9  any, as to the role of the Saudi government
10  intelligence personnel in the United States prior
11  to September 11, 2001?
12      A   I don't have any personal knowledge of
13  what role they play.
14      Q   Do you know if Fahad al-Thumairy was
15  receiving a salary and/or expenses?
16      A   I don't know.
17      Q   Do you know if Thumairy was receiving
18  money that he used to fund or pay other people or
19  entities?
20      A   I don't know that.
21      MS. MOORE:  We've been going for just
22  about an hour.  Could we take maybe a five- or
23  ten-minute break?
24      THE VIDEOGRAPHER:  With the approval of
25  counsel, going off the record.  The time is

Page 36

1  approximately 10:47 a.m.  This is the end of
2  recording media number 1.
3      (Recess.)
4      THE VIDEOGRAPHER:  With the approval of
5  counsel, back on the record.  The time is
6  approximately 11:14 a.m.  This marks the beginning
7  of recording media 2.
8      MS. MOORE:  I believe the witness would
9  like to clarify a prior answer that he gave.
10      THE WITNESS:  Earlier I was asked about
11  the Sheikh Fahad al-Thumairy introduced me to
12  Saudi government personnel.  I was introduced to
13  them as Saudis and to help -- I helped those
14  Saudis to make a purchase, but I don't know if
15  they are or they are not Saudi officials.
16  BY THE VIDEOGRAPHER:
17      Q   Going back to a few questions prior.
18      Did you ever hear al-Thumairy speak
19  about the consul general Mohammed al-Salloum?
20      A   No.
21      Q   Did you ever hear al-Thumairy speak
22  about another official, Abdullah al-Awad?
23      A   No.
24      Q   Okay.  Did you attend the Ibn Taymiyyah
25  Mosque on Venice Boulevard in Los Angeles,

Page 37

1  California?
2      A   Yes.
3      Q   And am I pronouncing that close enough?
4      A   Yes, sir.
5      Q   During what period of time did you
6  attend the Ibn Taymiyyah Mosque?
7      A   I started approximately on my first
8  arrival to LA around November 1996 and until the
9  opening of King Fahad Mosque.
10      Q   Why did you choose to go to that
11  particular mosque?
12      A   It was the closest one to my house.
13      Q   How often did you typically attend the
14  Ibn Taymiyyah Mosque?
15      A   Once to twice a day maximum.
16      Q   Was Fahad al-Thumairy an imam at the Ibn
17  Taymiyyah Mosque when you attended the mosque?
18      A   He was not the imam over there.  I did
19  not see him or meet him over there.
20      Q   What was the role of Fahad al-Thumairy
21  at the mosque?
22      A   I did not --
23      Q   At that mosque.  Excuse me.
24      A   I did not meet him in that mosque at
25  all.

This Transcript Contains Confidential Material

Page 38

1   Q   Who did you observe deliver the Friday
2   Khutbah --
3   A   Khutbah.
4   Q   -- Khutbah prayer at the Ibn Taymiyyah
5   Mosque when you attended the mosque?
6   A   Yeah, the Khutbah or the speech was
7   delivered by an African man mainly.  I don't
8   recall his name right now.  An African man.  And
9   sometimes they have guests for the Khutbah.
10   Q   Did you ever observe Fahad al-Thumairy
11   deliver the Friday Khutbah prayer at the Ibn
12   Taymiyyah Mosque?
13   A   No, I have not.
14   Q   Did you ever hear that Sheikh Omar Abdul
15   Rahman, who was known as "the Blind Sheikh," had
16   visited the Ibn Taymiyyah Mosque?
17   A   No.
18   Q   Did there come a time when you attended
19   the King Fahad Mosque on Washington Boulevard in
20   Culver City, California?
21   A   Yes.
22   Q   During what period of time did you
23   attend the King Fahad Mosque?
24   A   When I came back from my visit to my
25   family, it was -- Ibn Taymiyyah Mosque was closed,

Page 39

1   and they already opened King Fahad Mosque.  So it
2   was when I came back, when I lived on Motor
3   Avenue.  So we're talking about approximately
4   early 1998 approximately until summer 2001.
5   Q   Why did you choose to go to that
6   particular mosque?
7   A   It's the closest to my house.
8   Q   How often did you typically attend the
9   King Fahad Mosque?
10   A   Approximately three times a day.
11   Q   Was Fahad al-Thumairy the imam at the
12   King Fahad Mosque when you attended the mosque?
13   A   Yes, he was.
14   Q   What was the role of Fahad al-Thumairy
15   at the mosque?
16   A   He was the imam.
17   Q   Did you ever observe Fahad al-Thumairy
18   deliver the Friday Khutbah?
19   A   Khutbah.
20   Q   -- Khutbah --
21   A   Yes, I have.
22   Q   -- prayer at the King Fahad Mosque?
23   A   Yes, I have.
24   Q   How often and when did you observe
25   Thumairy deliver the Friday Khutbah prayer at the

Page 40

1   King Fahad Mosque?
2   A   Many, many times.
3   Q   Did you observe him deliver the Friday
4   Khutbah prayer at the King Fahad Mosque on more
5   than one occasion?
6   A   Yes.
7   Q   Can you approximate a number of times
8   you observed Fahad al-Thumairy deliver the Friday
9   Khutbah prayer at the King Fahad Mosque?
10   A   It was many, many times.
11   Q   Did you ever hear Fahad al-Thumairy talk
12   about instructions he received from the Saudi
13   consulate or the Saudi government regarding the
14   King Fahad Mosque?
15   A   No.
16   Q   Based on your personal knowledge and/or
17   observation, had you had -- heard of the Saudi
18   Ministry of Islamic Affairs and its involvement in
19   the operation of the King Fahad Mosque?
20   A   I don't have a personal knowledge of an
21   involvement in King Fahad Mosque.
22   Q   What had you heard and from whom?
23   A   I did not hear anything.
24   Q   Based on your personal knowledge and/or
25   observation, what understanding, if any, do you

Page 41

1   have regarding any role the Saudi government may
2   have had in appointing the imam for the King Fahad
3   Mosque?
4   A   I really don't have a knowledge or a
5   personal knowledge on what role they -- they play
6   on appointing the imam.
7   Q   Can you describe your relationship with
8   the board members of the King Fahad Mosque,
9   Dr. Khalil al-Khalil and Dr. Osman Kaldirim?
10   A   I know Dr. Khalil from King Fahad
11   Mosque, but I don't know who's the other person.
12   Q   Did you ever hear Fahad al-Thumairy talk
13   about Dr. Khalil al-Khalil?
14   A   No.
15   Q   When you were working at Circuit City,
16   did Dr. Khalil ever send customers to you or
17   provide you with the names of customers?
18   A   No.
19   Q   Did you ever hear Fahad al-Thumairy talk
20   about Osman Kaldirim?
21   A   No.
22   Q   Do you remember any occasion when
23   al-Thumairy offered to introduce you to the
24   influential inner circle of people at the King
25   Fahad Mosque?

This Transcript Contains Confidential Material

| Page 42 | Page 44 |
|---|---|

**Page 42**

1  A   No.
2  Q   Do you know the names of any of the
3  drivers that the King Fahad Mosque used in the
4  year 2000?
5  A   I don't even know that King Fahad Mosque
6  have drivers.
7  Q   Were you aware of any faction of people
8  who attended the King Fahad Mosque who held an
9  extremist view of Islam?
10  A   No.
11  Q   Was Fahad al-Thumairy associated with
12  this faction?
13  A   Fahad is not an extremist.
14  (Exhibit No. 9 was marked for
15  identification.)
16  BY THE VIDEOGRAPHER:
17  Q   Showing you photo Exhibit 9.
18  Do you recognize the man in the photo as
19  someone you saw prior to the 9/11 attacks?
20  A   No.
21  Q   Did you attend the grand opening
22  ceremonies of the King Fahad Mosque?
23  A   No, I did not.
24  Q   Did you ever go to the Saudi Consulate
25  in Los Angeles?

**Page 43**

1  A   As I stated earlier, the consular
2  invited me, but I never did.  I never went.
3  Q   Did al-Thumairy offer to introduce you
4  to more important or influential Saudi officials
5  at the Saudi Consulate?
6  A   He never offered me to -- he never
7  offered me -- to introduce me to any government
8  officials.
9  Q   Did the Saudi Consulate employ drivers
10  to pick up visitors when they arrived at the
11  airport in Los Angeles?
12  A   I don't have personal knowledge of that.
13  Q   Did the Saudi Consulate employ drivers
14  to drive visitors around Los Angeles?
15  A   I don't have personal knowledge of that.
16  Q   Did the Saudi Consulate ever use drivers
17  from the -- from the King Fahad Mosque to pick up
18  visitors arriving at the airport?
19  A   As I stated earlier, I don't know if
20  any -- we don't have drivers in King Fahad Mosque,
21  so the answer is, no, we don't.
22  Q   Did you know Mohammed al-Muhanna?
23  A   I don't know who this person is.
24  Q   Did you ever hear Fahad al-Thumairy talk
25  about Mohammed al-Muhanna?

**Page 44**

1  A   No.
2  Q   Did you know Smail Mana?
3  A   No, I don't.  Never heard his name.
4  Q   Did you ever hear Fahad al-Thumairy talk
5  about Smail Mana?
6  A   No.
7  Q   Did you ever hear Fahad al-Thumairy talk
8  about Saudi Minister of Islamic Affairs Abdullah
9  al-Turki?
10  A   No.  I have not.
11  Q   Did you ever hear Fahad al-Thumairy talk
12  about Saudi Minister of Islamic Affairs Saleh
13  al-Shaikh?
14  A   No.
15  (Exhibit No. 8 was marked for
16  identification.)
17  BY THE VIDEOGRAPHER:
18  Q   Showing you photo Exhibit 8.
19  Do you recognize this man as someone you
20  saw prior to the 9/11 attack?
21  A   No.
22  Q   Did you know or had you heard of Omar
23  al-Bayoumi?
24  A   No.  I never heard of him.
25  Q   Did Fahad al-Thumairy ever mention Omar

**Page 45**

1  al-Bayoumi?
2  A   No.
3  (Exhibit No. 11 was marked for
4  identification.)
5  BY THE VIDEOGRAPHER:
6  Q   Showing you photo Exhibit 11.
7  Do you recognize the man in the photo as
8  someone you saw prior to the 9/11 attack?
9  A   No.
10  Q   Did you know Anwar al-Alaqui?  Did you
11  know him?
12  A   No, I do not -- or I did not.
13  (Exhibit No. 6 was marked for
14  identification.)
15  BY THE VIDEOGRAPHER:
16  Q   Showing you photo Exhibit 6.
17  Do you recognize this man as someone you
18  saw prior to the 9/11 attack?
19  A   Yes.
20  Q   What is the man's name?
21  A   Mohamed Johar.
22  Q   How did you address him when you met him
23  in person?
24  A   Mohamed.
25  Q   What other information can you remember

This Transcript Contains Confidential Material

Page 46

1   about this man?
2       A   Yes, his mom is a Yemeni, and his father
3   is from Eritrea.  He goes to school in LA.  He
4   attended the same mosque.  He works as a security
5   in a hospital in downtown LA.
6       Q   When and where do you remember seeing
7   this man prior to the 9/11?
8       A   In King Fahad Mosque.
9       Q   Describe the relationship, if any, that
10  the man had with Fahad al-Thumairy prior to 9/11.
11      A   It was a religious relationship.  Some
12  kind of friendship.
13      Q   Describe your relationship with this man
14  prior to 9/11.
15      A   He was my best friend.
16      Q   Do you know Mohamed Johar?
17      A   Yes, sir.
18      Q   When and where did you first meet
19  Mohamed Johar?
20      A   It was in King Fahad Mosque.
21      Q   When was the last time you saw Mohamed
22  Johar in person?
23      A   It was in summer -- in summer 2001.
24      Q   What were the circumstances under which
25  you last saw him?

Page 47

1       A   He offered to take me to the airport.  I
2   was leaving to Yemen, as I stated earlier.  So I
3   went to his house, have a tea with his father --
4   father-in-law.  And after this, that was the last
5   time.
6       Q   When was the last time you had any
7   communication with him?
8       A   At that time.  It was summer of 2001.
9       Q   Can you describe your relationship with
10  Mohamed Johar?
11      A   As I stated earlier, he was my best
12  friend at the time.
13      Q   Did you consider Mohamed Johar to be
14  your friend?
15      A   Yes, sir.
16      Q
21      Q   Where did Mohamed Johar live in
22  January 2000?
23      A   He lived in Midvale Avenue.  I don't
24  remember the exact -- the exact address, the
25  building number, but Midvale Avenue and Venice

Page 48

1   Boulevard.
2       Q   Did you ever visit the building where
3   Mohamed Johar lived on Midvale Avenue --
4       A   Yes.
5       Q   -- in Los Angeles, California?
6       A   Yes, sir.
7           MS. MOORE:  I believe you skipped 108a.
8           THE VIDEOGRAPHER:  I'm sorry.  Which
9   one?
10          MS. MOORE:  108a.
11  BY THE VIDEOGRAPHER:
12      Q   Can you describe the building where
13  Mohamed Johar lived in January of 2000?
14      A   Yes, I can.  It's two floors,
15  building -- small apartment complex.  Mohamed
16  Johar lived on the first floor.
17      Q   And again, did you ever visit the
18  building where Mohamed Johar lived in Midvale
19  Avenue in Los Angeles, California?
20      A   Yes, sir.
21      Q   How often did you visit Johar at that
22  building?
23      A   A handful.
24      Q   What was the purpose of your visits to
25  that building?

Page 49

1       A   They invited me for food, tea, coffee,
2   so I visited him -- I visited him a handful.
3       Q   Did Johar having other family members
4   living in the same building in January of 2000?
5       A   Yes, sir.
6       Q   Who were those family members and where
7   did they live in the building?
8       A   In the apartment where he lived, his
9   parents and his younger sister.  In the same
10  apartment complex, in the front, his oldest sister
11  with her husband and kids.
12      Q
15      A
20      Q
22      A

This Transcript Contains Confidential Material



Page 50

```
 7    Q   What did Johar tell you about the two
 8  Saudi men who would later become 9/11 hijackers?
 9    A   Can you repeat the question, please?
10    Q   What did Johar tell you about the two
11  Saudi men who would later become the 9/11
12  hijackers?
13    A   He told me that, Hey, there is two
14  people I want you to meet.  That's pretty much it.
15    Q   Could you please look at Bates page
16
17    MS. MOORE:  Is there an exhibit number
18  on that?
19    THE REPORTER:  Yes.  Page 2 of Exhibit 1
20  -- do you have Exhibit 1?
21    (Exhibit No. 1 was marked for
22    identification.)
23  BY THE VIDEOGRAPHER:
24    Q   I'm showing you Exhibit 1.  This --
25    A   Thank you.
```

Page 51

```
 1    Q   This purports to be a summary prepared
 2  by the FBI of an interview you provided to the
 3  FBI, and review the sentences which states:
 4                           --
 5    A   I'm sorry.  What page are you at?
 6    Q   It's --
 7    A
 8    Q   Yes.
 9    A   Thank you.
10    Q
18    Does this passage help refresh your
19  recollection that
23    A   No, this passage did not help my
24  recollection.  My recollection is still the same.
25    Q   Is the passage true?
```

Page 52

```
 1    A   The passage contains many errors.
 2    Q   Please state which part of the passage
 3  is true and which part is in error, and explain
 4  why you say that the statement contains errors
 5  or -- an error or errors.
 6    A   The first statement,
 7                           -- no, I'm
 8  sorry.  Hold on.  I'm missing the lines.
 9
14    The second thing is the wording
15    and I'm not aware of that at all, that he
16  is supposed to
17    And the third part,              .  they
18  never brought in the conversation that they were
19    .
20    Second statement:  '
25    I think this is a mis- -- misleading
```

Page 53

```
 1  statement or error here.
 8    Q   Do you know why
10    A   I don't even know          , so I
11  don't.
12    Q   Did you receive any information from
13  anyone else regarding why
15    A   No, I did not.
16    Q   Were you aware of any other occasions
17  when Fahad al-Thumairy had
19    A   As I stated earlier, without the wording
20                    And for example, myself, I've
22  been asked to help them in Circuit City.  But I
23  remember an incident when I had to help them
24  outside the Circuit City, one time in Isha'a
25  prayer -- so approximately 7:00, Isha'a prayers
```

This Transcript Contains Confidential Material

Page 54

1  will be from 7:00 to 8:30 -- and in Isha'a prayer,
2  a Saudi man got sick.  So Sheikh Fahad,
3  through one of the staff, asked me to take him to
4  UCLA hospital.  And I did.
5      Q    Please explain as to each occasion that
6  you recall.
7      A    In that example I gave earlier was
8  Sheikh Fahad asked me -- one of the Saudis in
9  Isha'a prayer got sick.  After the prayer, he
10  asked me to, through one of the staff, if I -- to
11  take him to UCLA hospital, and I did.
12          (Exhibit No. 3 was marked for
13          identification.)
14  BY THE VIDEOGRAPHER:
15      Q    Please review this photo, Exhibit 3.
16      A    Thank you.
17      Q    Do you recognize this man as someone you
18  saw prior to the 9/11 attacks?
19      A    No, I don't.
20          (Exhibit No. 4 was marked for
21          identification.)
22  BY THE VIDEOGRAPHER:
23      Q    Please review this photo, Exhibit 4.
24      A    Thank you.
25      Q    Do you recognize this man as someone you

Page 55

1  saw prior to the 9/11 attack?
2      A    Yes, sir.
3      Q    What is the man's name?
4      A    Nawaf al-Hazmi.
5      Q    How did you address him when you met him
6  in person?
7      A    By first name.  Nawaf.
8      Q    Is this one of the two Saudi men who
9  would later become the 9/11 hijackers?
10      A    Yes.
11      Q    Did you ever learn that the two Saudi
12  men who would later become the 9/11 hijackers were
13  both associated with or supporters of Osama bin
14  Laden and/or al-Qaeda?
15      A    No.
16      Q    Did you ever suspect or receive
17  information that the two Saudi men who would later
18  become the 9/11 hijackers were both in the United
19  States to carry out some assignment for Osama bin
20  Laden and/or al-Qaeda?
21      A    Can you repeat the question, please?
22      Q    Yes.  Did you ever suspect or receive
23  information that the two Saudi men who would later
24  become the 9/11 hijackers were both in the United
25  States to carry out some assignment for Osama bin

Page 56

1  Laden and/or al-Qaeda?
2      A    No.
3      Q    Before or after September 11, 2001, when
4  and how did you learn that the two Saudi men who
5  would later become the 9/11 hijackers were
6  hijackers involved in the 9/11 attacks?
7      A    It was in 2001 when the FBI agents came
8  to my house.
9      MS. MOORE:  What was the date again?
10      THE WITNESS:  I'm sorry.  I'm sorry.  It
11  was in ▮▮▮ when the FBI agent came to my house.
12  BY THE VIDEOGRAPHER:
13      Q    Before or after September 11th, 2001,
14  did there come a time when you learned the names
15  of the two Saudi men who would later become the
16  9/11 hijackers?
17      A    Can you repeat the question, please?
18      Q    Yes.  Before or after September 11th,
19  2001, did there come a time when you learned the
20  names of the two Saudi men who would later become
21  the 9/11 hijackers?
22      A    Yes.
23      Q    What were those names?
24      A    Nawaf al-Hazmi, and another person's
25  name that I don't recall right now.

Page 57

1      Q    Before or after September 11th, 2001,
2  when and how did you learn the names of the two
3  men?
4      A    In ▮▮▮ the FBI agent when they came to
5  my house, and also when I got introduced to them
6  the first -- and the only time -- the first time
7  by Mohamed Johar.
8      Q    Is it correct that the names of the two
9  men were Nawaf al-Hazmi and Khalid al-Mihdhar?
10      A    I do remember Nawaf al-Hazmi's name.  I
11  don't recall right now to the best of my
12  recollection, I don't recall that second person's
13  name.
14      Q    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19      A    Can you repeat the question, please?
20      Q    Yes.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ --
24      A    Yes.
25      Q    -- in Los Angeles?

This Transcript Contains Confidential Material



Page 58

```
 1    A   Yes.
 2    Q   To the best of your recollection, what
 3  did
 5    A   In one of the conversations with
 8    Q   What did
10    A   He did not tell me why, and I didn't ask
11  him why.
12    Q   When did Hazmi and Mihdhar stay at the
13  building
14    A   I don't remember the exact time.
18    Q
20    A
22    Q   How do you know that?
23    A
```

Page 60

```
 1  the same.
 2    Q   Is it correct that there is a
 3  typographic error in this passage, as
 6    A   Yes, sir.
 7    Q   Otherwise, this passage is true?
 8    A   This passage contains many errors.
 9    Q   Please state which part of the passage
10  is true and which part is in error, and explain
11  why you say that this statement contains an error
12  or errors.
13    A   I'll go statement by statement.
14                                      " but he
16  did not tell me                  . He say
17  they                        .
19        You already fixed or mentioned the --
20  the misspelling.
21        The second statement,
                  he did not ask            It was
25  just                        . He never
```

Page 59

```
 1
 3    Q   Could you please look back --
 8    A   Say that again, what page number?
 9    Q
10    A   Okay.
11    Q   "
19        Does this passage help refresh your
20  recollection that
24    A   No.  This passage did not help me
25  refresh my recollection.  My recollection is still
```

Page 61

```
 1  told me that.
 2        "..
                              and also -- also that's
 4  not true.  But to the best of my recollection
 5  is it was
 6  And he didn't ask                        And,
 7  yes, he told me that
 9        Continuing, "...
            ." Yes,
        So this statement is -- this
13  part of the statement is correct.
14    Q   Did
16    A   He did not tell me
18    Q   Did there come a time when you saw
21    A
22    Q
24    A
```

This Transcript Contains Confidential Material



Page 62

1

4    Q    To the best of your recollection, please
5    describe what you saw.
6    A    I came to Isha'a prayer late.  So I
7    prayed, and went outside to the exit, and

11   Q

14   A

21   Q

23   A    It was in King Fahad Mosque after Isha'a
24   prayer.
25   Q    To the best of your recollection, please

Page 63

1    describe what you saw.
2    A

9    Q    Can you look back at Bates page
10   _____ This purports to the -- to be a
11   summary prepared by the FBI of an interview you
12   provided to the FBI, and review the sentence which
13   states: '

19   Did this passage help refresh your
20   recollection regarding seeing

24   A    No, it did not help my recollection.  My
25   recollection remain the same.

Page 64

1    Q    Is this passage true?
2    A    This -- this passage contains many
3    errors, and I think is not true.
4    Q    Please state which part of the passage
5    is true and which part is in error, or explain why
6    you say that this statement contains an error or
7    errors.
8    A    I will go statement by statement.
9                                    ."
11   He asked me -- he said,

17                                    " That is
17   completely not true.  Completely not true.
18   Comma,
19                                    ."  Which
20   is again not true.
21   Q    Is it correct that you saw

24   A    Can you repeat the question, please?
25   Q    Yes.  Is it correct that you saw

Page 65

1

3    A    Yes.  One of them.
4    Q
6    A

                          That's all I know.
11   Q

13   A

16   Q    To the best of your recollection, please
17   describe what you saw.
18   A    Well, as I stated earlier,

23   Q

25   A

Case 1:03-md-01570-GBD-SN   Document 6589-2   Filed 01/11/21   Page 19 of 52
Case 1:03-md-01570-GBD-SN   Document 6156-2   Filed 04/24/20   Page 19 of 58
This Transcript Contains Confidential Material



Page 66

1 ▮▮▮
.
3    Q   To the best of your recollection, what
4 did you observe about ▮▮▮
▮▮▮
7    A   Well, the only time I --
▮▮▮
▮▮▮
12    Q   Is it correct that you saw ▮▮▮
▮▮▮
▮▮▮
16    A   Can you repeat the question, please?
17    Q   Yes.  Is it correct that you saw ▮▮▮
▮▮▮
▮▮▮
21    A   The -- the ▮▮▮
▮▮▮
23    Q   The passage says that ▮▮▮
▮▮▮
Is that true?

Page 67

1    A   No, it's false.
2    Q   Can you state when and for how long a
3 period of time you ▮▮▮
5    A   Can you repeat the question?
6    Q   Yes.  Can you state when and for how
7 long of a time -- how long -- excuse me.  Let me
8 start over.
9        Can you state when and for how long a
10 period of time you ▮▮▮
12    A   ▮▮▮
▮▮▮
▮▮▮
16    Q   ▮▮▮
17    A   I really don't remember the exact date.
18 The year sounds about accurate, but that -- I
19 don't remember the exact month.
20    Q   Do you recall having a conversation with
21 ▮▮▮
▮▮▮
▮▮▮
25    A   Yes.

Page 68

1    Q   To the best of your recollection, when
2 and where did the -- the ▮▮▮
3    A   ▮▮▮
▮▮▮
▮▮▮
▮▮▮
8    Q   To the best of your recollection, did
9 Johar say to you and -- let me start over.
10        To the best of your recollection, what
11 did Johar say to you and what did you say to Johar
12 during that conversation?
13    A   Well, we were chatting, and he said ▮▮▮
▮▮▮ And I
15 comment on that, and I told him, Why did you go
16 there, because the food is bad or service is poor.
17 That was just a comment, and that was it.
18    Q   Can you please look back at Bates page
19 ▮▮▮ This purports to be a summary
20 prepared by the FBI of an interview you provided
21 to the FBI, and review the sentence which states:
22 "▮▮▮
▮▮▮
▮▮▮

Page 69

1 ▮▮▮
▮▮▮
▮▮▮
▮▮▮
▮▮▮
▮▮▮
"
12        Does this interview passage help refresh
13 your recollection of the conversation that you had
14 with ▮▮▮
16    A   My recollection is the same, and this
17 passage did not help me, did not refresh or help
18 me.
19    Q   Is this passage accurate?
20    A   It contain -- this passage contain many
21 errors, all simple errors.
22    Q   Please state which part of the passage
23 is true and which part is in error, and explain
24 why you say that this statement contains an error
25 or errors.

This Transcript Contains Confidential Material



Page 70

1  A   Okay, I'll go statement by statement.

10  Regarding the ▮ the second

12  statement: '

15  He did not use -- ▮ did not

16  use the word ' ▮ " He didn't tell me

19  The next statement: '

This

22  is true.  And as I stated earlier, this was a

23  comment, not a question.

24  So,

Again, he did not

Page 71

1  say that.  He did not say '

7  And also that is not true because people

8  go there, yes --

16  Q   Did

20  A   He told me he ▮ .  He did

21  not say

22  Q   Did you tell the FBI interview agents

23  that

25  A   I told them they -- people go to

Page 72

7  Q   Do you know anything about who the

9  A   I do not.

10  Q   Were you personally familiar with the

11  ?

12  A   Yes.

13  Q   Had you eaten there?

14  A   Yes.

15  Q

17  A

19  Q   Based on your personal knowledge and/or

20  observation, what is your understanding as to why

21

23  A   It was the closest place, and -- and

24  they like the food over there.

25  MS. MOORE:  We've been going for another

Page 73

1  hour or so.  Would this be a good time to take

2  another five- to ten-minute break?

3  THE VIDEOGRAPHER:  With the approval of

4  counsel, going off the record.  The time is

5  approximately 12:18 p.m.  This marks the end of

6  recording media number 2.

7  (Lunch recess.)

8  THE VIDEOGRAPHER:  With the approval of

9  counsel, back on the record.  The time is

10  approximately 1:03 p.m.  This marks the beginning

11  of recording media number 3.

12  BY THE VIDEOGRAPHER:

13  Q

17  A   Yes.

18  Q

20  A   No, he did not.

21  Q

24  A   Can you repeat the question, please?

25  Q   Yes.

Case 1:03-md-01570-GBD-SN   Document 6589-2   Filed 01/11/21   Page 21 of 52
Case 1:03-md-01570-GBD-SN   Document 6156-2   Filed 04/24/20   Page 21 of 58
This Transcript Contains Confidential Material



Page 74

4  A  Yes.

8  A  He did not.

11  MS. MOORE:  No.
12  THE VIDEOGRAPHER:  I apologize.  What?
13  MS. MOORE:  The second 150A.
14  THE VIDEOGRAPHER:  Could we go off the
15  record real quick?
16  MS. MOORE:  Yes.
17  THE VIDEOGRAPHER:  Off the record.  The
18  time is approximately 1:05 p.m.
19  (A discussion was held off the record.)
20  THE VIDEOGRAPHER:  With the approval of
21  counsel, back on the record.  The time is
22  approximately 1:06 p.m.  This marks the beginning
23  of recording media number 4.
24  BY THE VIDEOGRAPHER:
25  Q

Page 75

2  A  No, I was not aware of that.
3  Q  If you know, please state what you
4  learned and the basis for your understanding
5  about -- scratch -- never mind that question.
6  Could you please look at Bates page
7  This purports to be a summary prepared
8  by F -- by the FBI of an interview you provided to
9  the FBI, and review the sentence which states:

12  A  I'm sorry.  Give me one second.  Where
13  is that?
14  Q  No problem.
15  A  Thank you.  Ready.
16  Q  "

"
21  Does this passage help refresh your
22  recollection of your conversation with

25  A  No, it did not help my recollection.  My

Page 76

1  recollection stay the same.
2  Q  Is this passage true?
3  A  It is true with a couple errors.
4  Q  Please state which part of the passage
5  is true and which part is an error, and explain
6  why you say that the statement contains an error
7  or errors.
8  A  I will read it statement by statement.
9  "

"
12  Yes, that's true.
13  "                                   "
14  True.
He never used the word
17  and he -- and he never said       .
18  He just told me
19  Q  Did you state that
20                         and if so, what did you
21  understand the reference to a
22  to mean?
23  A  I never -- he never used the word
24  "        " and I wasn't aware that they

Page 77

1  Q  Do you know where and with whom the

3  A  I do not know.
4  Q  When and where did you

6  A  I saw
9  in person the two Saudi men who would later become
10  the 9/11 hijackers?
11  A  Yes.
12  Q  Please describe when and where you met
13  the two men.
14  A  Well, I met them --

19  Second time was

24  And lastly, is when

Case 1:03-md-01570-GBD-SN   Document 6589-2   Filed 01/11/21   Page 22 of 52
Case 1:03-md-01570-GBD-SN   Document 6156-2   Filed 04/24/20   Page 22 of 58
This Transcript Contains Confidential Material



Page 78

1    Q   How did you come to meet the two men?
2    A
4    Q   Did anyone introduce you to the two men?
5    A
7    Q   Who introduced you to the two Saudi men
8  who would later become the 9/11 hijackers?
9    A
11    Q   Were you told the names of the two men?
12    A   I -- I recall the first name was Nawaf
13  Hazmi.  The second one, I don't -- based on my
14  recollection right now, I don't remember it.
15    Q   Who told you?
16    A
17    Q   What were you told?
18    A   He introduced me to them in front of
19  King Fahad Mosque, Nawaf, Akram; Akram, Nawaf, and
20  the other person, like that.
21    Q   What was the context in which you were
22  told the names?
23    A   First name -- by the first name.  By my
24  first name.
25    Q   Were the names of the two Saudi men who

Page 79

1  would later become the 9/11 hijackers who you met
2  Nawaf al-Hazmi and Khalid al-Mihdhar?
3    A   Yes, Nawaf al-Hazmi, and the second name
4  sounds about right, but I don't remember it.
5    Q   Did you speak to either of the two men?
6    A   The -- the initial meetings, yes, I did.
7    Q   In what language did you communicate
8  with them?
9    A   Arabic.
10    Q   Did you hear either of the two men speak
11  English?
12    A   No, I did not.
13    Q   Had you previously seen the two men?
14    A   The first time I saw them is the initial
15  meetings -- the initial meeting when they
17    Q   Where had you seen them?
18    MS. MOORE:  I think that's a --
19    THE WITNESS:
21  BY THE VIDEOGRAPHER:
22    Q   Did you learn why
24    A   No, I do not.  Or I have not.
25    Q

Page 80

1                                                ?
2    A   Yes.
3    Q
5    A   I'm not aware -- or not based on my
6  personal knowledge that that's a fact.  It was --
7
11    Q   Who did?
12    A   I don't know.  I did not pray with them.
13    Q   What role, if any, did
15    A   Well, the main role of
19                                    Do I know that
19  night for a fact that                ?  I don't
20  know.  I was not there.
22    Q   To the best of your recollection,

Page 81

8    A   I saw
12    Q   To the best of your recollection, can
13  you describe the
15    A   I only saw him with
21    Q   Do you recall seeing
23    A   I don't honestly recall that.
24    Q

This Transcript Contains Confidential Material



Page 82

1    A   Yes.
2    Q
3    A   To the best of my recollection, was
4
5        Does this passage help refresh your
6    recollection that you
8    Q   Did you
9    A   I did not.
10   Q   Based on your personal knowledge and/or
11   observation,
12                                              --
13       MS. MOORE:  I actually think -- sorry, I
14   think -- am I wrong?  167A and 167 -- sorry.  Go
15   ahead.
16       THE VIDEOGRAPHER:  Proceed with that
17   question?
18       MS. MOORE:  You might as well ask those
19   two questions, 167A and -- it's unclear that "if
20   so" was supposed to qualify 166A.
21       THE VIDEOGRAPHER:  Okay.
22   BY THE VIDEOGRAPHER:
23   Q   Who else was
25   A   How -- we were standing at the --

Page 83

1    outside, so
3    Q   Where did that
4    A   Later on, I learned that they went to
5    the
7    Q   Based on your personal knowledge and/or
8    observation, do you understand that
9                                          men?
10   A   I don't have personal knowledge of that.
11   Q   Could you please look back at Bates page
12                   This purports to be a summary prepared
13   by the FBI of an interview you provided to the
14   FBI, and review the sentences -- the sentences
15   which state:

Page 84

1
5        Does this passage help refresh your
6    recollection that you
10   A   My recollection is the same.  This did
11   not help me.
12   Q   Is this passage true?
13   A   It's mainly with, approximately, three,
14   four errors.
15   Q   Please state which part of the passage
16   is true and which part is an error, and explain
17   why you say that the statement contains an error
18   or errors.
19   A   In the beginning of the passage, it
20   states
22       I finish the statement:
25   it's -- it's                This is untrue.  It's --

Page 85

1
4        After that, I saw
7        That's not true.  They -- they
16
         That's true.
         That's true.
22       Yes, I did not remember which
         There were only a couple of things.  I
23   remember it was
         I believe.  And it was

This Transcript Contains Confidential Material



Page 86

1  a
          So that was the unique thing about it that
3  stands in my mind.

4

                                   So we -- we
7  still are not

Q   Is it correct that

14  A   No.  Well,

          No, I did not.
18  Q   Can you describe the interaction between
19
21  A   As I stated earlier,
                              That's all that
25  I saw.

Page 87

1  Q   Was it clear to you that

3  A   No.
4  Q   Did you see the

6  A   Can you repeat the question, please?
7  Q   Yes.  Did you see the

9  A
10  Q
11  A
12  Q   What happened?
13  A   I -- after I finished dinner with my
14  wife, I excused myself and

16  Q

18  A   Yes, sir.
19  Q
20  A

24  Q
25  A

Page 88

1  Q                              ?
2  A

4  Q
5  A
6  Q
7  A
8  Q

10  A

14  Q
15
16  Q

18  A

21  A

23  A   Yes.
24  Q

Page 89

1  A

6  Q

8  A

15  Q
16  A

18  Q

20  A

This Transcript Contains Confidential Material



Page 90

1     ▮▮▮▮.
2     Q     ▮▮▮▮▮▮▮▮▮▮▮
4     A     ▮▮▮▮▮▮▮▮▮

9     (Exhibit No. 5 was marked for
10    identification.)
11 BY THE VIDEOGRAPHER:
12    Q     Showing you photo Exhibit 5.
13    A     Thank you.
14    Q     Do you recognize this man as someone you
15 saw prior to the 9/11 attacks?
16    A     This is the Yemeni man.  Yes.
17    Q     What is that man's name?
18    A     I remember his last name is Mohdar.  I
19 don't remember his -- recall his first name.
20    Q     How did you address him when you met him
21 in person?
22    A     By the first name.
23    Q     What other information can you remember
24 about this man?
25    A     Yemeni.  From same city or town I'm

Page 91

1 from.  His father is a businessman.  That's pretty
2 much it.
3     Q     When and where do you remember seeing
4 this man prior to 9/11?
5     A     It was in the initial meeting at front
6 of King Fahad Mosque where we met, and he was
7 present at the hotel.
8     Q     Is this the Yemeni individual that you
9 met at the King Fahad Mosque ▮▮▮▮▮▮▮▮▮
10    ▮▮▮▮▮▮
11    A     Yes, sir.
12    Q     Describe the relationship, if any, that
13 the man had with Fahad al-Thumairy prior to 9/11.
14    A     I'm not aware of any other relationship
15 between both of them.
16    Q     Describe your relationship with this man
17 prior to 9/11.
18    A     It was just that night.  I met in front
19 of King Fahad Mosque and ▮▮▮▮▮▮▮▮▮, he's
20 there.  That's pretty much it.
21    Q     Where did he live?
22    A     I don't know.
23    Q     What did Mohdar Abdullah do for a
24 living?
25    A     I have no idea.

Page 92

1     Q     Where did Mohdar Abdullah work?
2     A     I do not know.
3     Q     Had you met Mohdar Abdullah before the
4 day in June 2000 that you ▮▮▮▮▮▮▮▮▮▮
6     A     I'm not sure around the month.  I --
7 around 2000 -- yeah, in 2000 sounds correct.
8 And -- can you repeat the question?
9     Q     Had you met Mohdar Abdullah before the
10 day in June 2000 that you met ▮▮▮▮▮▮▮
12    A     I met him only that night, and I'm not
13 sure about the month.  2000 -- the year 2000
14 sounds about correct.
15    Q     Based on your personal knowledge and/or
16 observation, did you learn that -- learn -- did
17 you learn about the relationship of Mohdar
18 Abdullah ▮▮▮▮▮▮▮ and why was he -- why
19 was he -- was -- let me start over.
20          Based on your personal knowledge and/or
21 observation, did you learn about the relationship
22 of Mohdar Abdullah ▮▮▮▮▮▮▮▮▮▮▮▮
23    ▮▮▮▮▮▮
24    A     No.  That was never disclosed to me.
25    Q     Did Mohdar -- Mohdar Abdullah know Fahad

Page 93

1 al-Thumairy?
2     A     I do not know.
3     Q     Did you ever hear Fahad al-Thumairy talk
4 about Mohdar Abdullah?
5     A     No.
6     Q     Did you ever hear Mohdar Abdullah talk
7 about Fahad al-Thumairy?
8     A     No.
9     Q     Do you know a man named Walid --
10          MS. MOORE:  Did.
11 BY THE VIDEOGRAPHER:
12    Q     Sorry.  Did you know a man named Walid
13 Benomrane?
14    A     No, I do not or I did not.
15    Q     Did you ever hear Fahad al-Thumairy talk
16 about Walid Benomrane?
17    A     No.
18    Q     Did you see either of ▮▮▮▮▮▮▮
20    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22    A     ▮▮▮▮▮▮▮▮▮▮
23    Q     How many other times did you see them?
24    A     ▮▮▮▮▮▮▮▮▮▮▮▮

Case 1:03-md-01570-GBD-SN   Document 6589-2   Filed 01/11/21   Page 26 of 52
Case 1:03-md-01570-GBD-SN   Document 6156-2   Filed 04/24/20   Page 26 of 58
This Transcript Contains Confidential Material



Page 94

```
 1      Q
 3      A
12      Q
15      A
19
22      Q    What happened in each instance?
23      A
```

Page 95

```
16      Q    Could you please look at Bates number
17
18           MS. MOORE:  I think this might be
19 another exhibit that's being offered.
20           (Exhibit No. 2 was marked for
21           identification.)
22 BY THE VIDEOGRAPHER:
23      Q    Exhibit 2.  That will be Bates number
24           This purports to be a summary prepared
25 by the FBI of an interview you provided to the
```

Page 96

```
 1 FBI, and review the -- can you review the
 2 sentences which state:
                              --
 4      A    Give me one second.  Where are you
 5 reading from?  Where to start, what line?
 6      Q    I'm going to read it.
 7      A    Give me one second.  The next --
 8           you said?
 9      Q
10           MS. MOORE:
11           THE WITNESS:
12           I don't know where you are at.
13           Yes, sir.  Go ahead.
14 BY THE VIDEOGRAPHER:
15      Q    The sentences state:
                                    -- or excuse me.  Let me
18 start over.
19           "
                                                    ."
```

Page 97

```
 1           Does this passage help refresh your
 2 recollection that you
 5      A    No, this passage does not help me
 6 refresh my recollection.  My recollection remain
 7 the same.
 8      Q    Is the passage true?
 9      A    No, that passage is not true.
10      Q    Please state which part of the passage
11 is true and which part is in error, and explain
12 why you say that the statement contains an error
13 or errors.
14      A    So the first statement,
                              -- I'm not sure of the time
17 period
20           And it said after the
                                       ."  I don't --
24 I don't remember or recall that I
                                   , so I do believe that this is
```

This Transcript Contains Confidential Material



**Page 98**

1  inaccurate.
2
      Yeah, I remember
10  Q   Did you
12  A   Yes.
13  Q
14  A
15  Q
16  A
17  Q
18  A
22  Q
24  A

**Page 99**

1  Q   What happened?
2  A
9  Q
11  A                                    . I
12  don't know.
13      THE VIDEOGRAPHER:  Is this a new
14  exhibit?
15      MS. MOORE:  Same one.
16  BY THE VIDEOGRAPHER:
17  Q   Okay.  Could you please look at Bates
18  page          This purports to be a summary
19  prepared by the FBI of an interview you provided
20  to the FBI, and review the sentences which states:
21

**Page 100**

1
4      Does this passage help refresh your
5  recollection that
7  A   Not -- this passage did not help me to
8  refresh my recollection.  My recollection is the
9  same.
10  Q   Is the passage true?
11  A   Mainly.  I think there's few errors.
12  Q   Please state which part of the passage
13  is true and which part is an error, and explain
14  why you say that the statement contains an error
15  or errors.
16  A   Statement by statement.
                " it was about
19  '                                " True.  Correct.
21
                         --
23      MS. MOORE:  So I believe he skipped
24  several sentences.
25      THE WITNESS:  He skipped, yeah, some of

**Page 101**

1  these.
2      MS. MOORE:  So he should restart again
3  here.
4      THE WITNESS:  So he restarted --
5      MS. MOORE:  Restart it again here
6  (indicating).
7      THE WITNESS:  Thank you.
8      So after that statement you mentioned,
9  '              Correct.                      Very
12  true.                                       yes --
15  or              ," yes, that's correct.
16  BY THE VIDEOGRAPHER:
17  Q   What happened?
18  A
23

Case 1:03-md-01570-GBD-SN   Document 6589-2   Filed 01/11/21   Page 28 of 52
Case 1:03-md-01570-GBD-SN   Document 6156-2   Filed 04/24/20   Page 28 of 58
This Transcript Contains Confidential Material



Page 102

1 That's true.

8 Q   Was the

11 Q

Let me start over.

13

15 A   I do not recall that

19 Q   Had the

22 A   I don't even know

25 Q   Did you then see

Page 103

1 ?
2 A   No.
3 Q   Could you please look at Bates page
4 This purports to be a summary
5 prepared by the FBI of an interview you provided
6 to the FBI.
7 I'll read the sentences which states:
8 " --
10 A   Wait, hold on.
11 Okay.  Go ahead, sir.
12 Q   Starting over.

24 ."
Does this passage help refresh your
25 recollection regarding

Page 104

1 ?
2 A   My recollection remain the same.  This
3 passage does not --
4 Q   Is the passage true?
5 A   No, this passage is not true.
6 Q   Please state which part of the passage
7 is true and which part is in error, and explain
8 why you say that the statement contains an error
9 or errors.
10 A   From the first page        the first
11 statement: '
I do not.
13
21 The second statement,

Page 105

1
3 THE REPORTER:  To what?  I'm sorry.
4 THE WITNESS:
that's not
9 true.
that's not true.
No,
14 that's not true.
15 MS. MOORE:  And the last sentence.
16 There's one last sentence.
17 THE WITNESS:
I don't
20 know what's considered to be        All what
21 I know
22 generally speaking,
25 But I don't -- I don't know the

This Transcript Contains Confidential Material



**Page 106**

1  or understand what is [redacted]. I think --
2  talking about in this passage, the interest in
3  this passage.
4  BY THE VIDEOGRAPHER:
5      Q   [redacted]
    A   As I stated earlier, the only [redacted]
        [redacted] -- [redacted].
11  There wasn't really enough time to describe or --
12  or try to find out what kind of -- you know, it
13  was just they were [redacted]. That was
14  the only one.
15      Q   Is it true that you said [redacted]
        [redacted]
18      A   Again, the word "[redacted]" that's --
19  it's --
        [redacted] I did not know it or was aware of it at
22  the time.
23      Q   Did you ever observe [redacted]
        [redacted]

**Page 107**

1      A   Can -- can you repeat the question?
2      Q   Yes.  Did you ever observe [redacted]
        [redacted]
5      A   As I mentioned earlier, [redacted]
        [redacted]
10      Q   Who else did you see [redacted]
12      A   I -- as I stated earlier, [redacted]
        [redacted]
15      Q   Were there [redacted]
        [redacted]
18      A   No.  I -- again, [redacted]
20      Q   Are you aware of any other occasion
21  where [redacted]
        [redacted]
24      A   Can you repeat the question, please?
25      Q   Yes.

**Page 108**

1          Are you aware of any other occasions
2  where [redacted]
        [redacted]
5      A   I'm not aware that [redacted]
        [redacted]
8      Q   Did you see [redacted]
10      A   After that meeting, I saw --
12      Q   Please describe [redacted]
14      A   [redacted] -- I apologize.  Can you repeat
15  the question?
16      Q   Please describe [redacted]
18      A   That was [redacted]
20      Q   What did you observe on any other
21  occasion when [redacted]
22      A   [redacted]
        [redacted]

**Page 109**

1      A   [redacted]
        [redacted]
7      Q   Did you ever hear either of the two men,
8  al-Hazmi or al-Mihdhar, express any criticism of
9  the United States or its government?
10      A   No.
11      Q   Did you ever hear either of the two men,
12  al-Hazmi or al-Mihdhar, talk about Fahad
13  al-Thumairy?
14      A   No.
15      Q   Do you recall ever hearing Fahad
16  al-Thumairy talk about either of the two Saudi men
17  who would later become the 9/11 hijackers, Nawaf
18  al-Hazmi or -- and Khalid al-Mihdhar?
19      A   Can you repeat the question, please?
20      Q   Yes.  Do you recall ever hearing Fahad
21  al-Thumairy talk about either of the two Saudi men
22  who would later become the 9/11 hijackers, Nawaf
23  al-Hazmi and Khalid al-Mihdhar?
24      A   No.
25      Q   Did you ever learn that the two men,

This Transcript Contains Confidential Material



Page 110

1  al-Hazmi and al-Mihdhar, had met with Omar
2  Bayoumi?  Bayoumi?
3      A   Can you repeat the question?
4      Q   Yes.
5      A   Please.
6      Q   Did you ever learn that the two men,
7  al-Hazmi and al-Mihdhar, had ever met with Omar
8  Bayoumi?
9      A   No.
10      Q   Did you learn

13      A   No, I did not.
14      Q   Before or after September 11, 2001, did
15  the FBI show you pictures of the two men, Nawaf
16  al-Hazmi and Khalid al-Mihdhar, two of the
17  hijackers involved in the 9/11 attacks?
18      A   Yes.
19      Q   Were you able to identify those pictures
20  as the persons that you saw with Fahad
21  al-Thumairy?
22      A   Can you repeat the question?
23      Q   Yes.  One second.
24          Were you able to identify those pictures
25  as the persons that you saw with Fahad

Page 111

1  al-Thumairy?
2      A   The pictures, they showed me just
3  individuals.  There -- there's no picture of
4  Sheikh Fahad.
5      Q   Okay.  Before or after September 11,
6  2001, have you ever seen or been shown any
7  photographs of either Fahad al-Thumairy or Mohamed
8  Johar with either of the 9/11 hijackers, Khalid
9  al-Mihdhar or Nawaf al-Hazmi?
10      A   Can you repeat the question?
11      Q   Yes.  Before or after September 11,
12  2001, have you ever seen or been shown any
13  photographs of either Fahad al-Thumairy or Mohamed
14  Johar with either of the 9/11 hijackers, Khalid
15  al-Mihdhar or Nawaf al-Hazmi?
16      A   No.
17      Q   Other than meeting with
                                     -- strike that.
19  Let me start over.
20          Other than meeting -- other than the
21  meetings with

Page 112

1      A   I'm sorry.  Can you repeat the question?
2      Q   Yes.  Other than the meetings

8      A   No.
9      Q   Did Fahad al-Thumairy ask you to do any
10  personal favors for him at any time?
11      A   Yes.
12      Q   When did al-Thumairy ask you to do any
13  personal favors for him?
14      A   Throughout the time when I was working
15  at Circuit City, as I stated earlier.  And I gave
16  another example, when he asked me to take the
17  Saudi man who got sick to UCLA hospital.
18      Q   What did al-Thumairy ask you to do?
19      A   Usually when he send me people, he would
20  say, Hey, there's such and such, can you please
21  see what they want, and help them make a purchase.
22          And the example I gave earlier about the
23  Saudi man who got sick, he asked one of the staff,
24  Would you please tell Akram to take him in UCLA.
25      Q   Do you recall a time when al-Thumairy

Page 113

1  asked you to take money to someone in Yemen?
2      A   Yes.
3      Q   When did al-Thumairy ask you to take
4  money to someone in Yemen?
5      A   Oh, it was in -- in one of my trips.  I
6  don't remember the exact date.  We had a deceased
7  Yemen who passed away, and usually what we do in
8  the mosque when somebody pass away, we gather and
9  collect donation for the family.  And that's what
10  happened.  They collected approximately $500.  So
11  he handed me -- Sheikh Fahad handed me $500 in
12  cash and a check of $300, and he asked me to hand
13  it to the -- to the Yemeni's mother.
14      Q   Who did al-Thumairy ask you to take
15  money to?
16      A   To his -- to the deceased mother.
17      Q   What did al-Thumairy say to you?
18      A   He said, Would you please hand her
19  this -- this money for it, and tell her it's from
20  the community.
21      Q   What did you do?
22      A   I did as he direct me.  I cashed the
23  check, I took the $800, I handed her, and I got a
24  receipt, and have her -- you know, we wrote a
25  receipt and have her stamp it with her finger, and

This Transcript Contains Confidential Material



Page 114

1  brought it back to the Sheikh -- to Sheikh Fahad
2  or to the mosque.
3      Q   Based on your personal knowledge and/or
4  observation, what is your understanding as to why
5  al-Thumairy asked you to deliver the money to
6  Yemen?
7      A   This is a common act we Muslims do when
8  we have a deceased.  We gather, we collect the
9  donation, he gave me the donation, and I delivered
10  it to the family.
11     Q   How much money was it?
12     A   $800 total.
13     Q   Did Fahad al-Thumairy have his own car?
14     A   Yes, he does.
15     Q   Did you ever drive anywhere with
16  al-Thumairy?
17     A   No.
18     Q   Did al-Thumairy ever tell you or were
19  you aware that he took driving trips outside of
20  the Los Angeles area?
21     A   No.
22     Q   Did al-Thumairy ever tell you either
23  that he had traveled or planned to travel outside
24  the Los Angeles area to any other destinations in
25  the United States or Canada, such as San Diego,

Page 115

1  San Francisco, Arizona, Colorado, Oregon,
2  Washington state or Vancouver, BC?
3      A   No.
4      Q   When was the last time you saw
5  al-Thumairy before September 11, 2001?
6      A   It was in the summer of 2001 when --
7  when I -- when I left Yemen.
8      Q   Were you aware that al-Thumairy had
9  three visitors in August 2001?
10     A   No.
11     Q   Were you aware that in August 2001 an
12  official from the Saudi Ministry of Islamic
13  Affairs visited al-Thumairy?
14     A   No.
15     Q   Do you recall that Fahad al-Thumairy
16  left the United States in August 2001?
17     A   No.
18     Q   Did you hear Fahad al-Thumairy speak
19  about his plans to leave the United States in
20  August 2001?
21     A   No.
22     Q   Based on your personal knowledge and/or
23  observation, do you have any understanding as to
24  why Fahad al-Thumairy left the United States?
25     A   At that time I didn't even know he's

Page 116

1  going to leave.
2      Q   Based on your personal knowledge and/or
3  observation, do you have any understanding as to
4  why Fahad al-Thumairy has not returned to the
5  United States?
6      A   I do not know.
7      Q   Do you have any photographs, recordings,
8  writings, or messages, either in paper or
9  electronic form, of Fahad al-Thumairy?
10     A   No, I do not.
11     Q   Do you have any photographs, recordings,
12  writings or messages, either in paper or
13  electronic form of Mohamed Johar?
14     A   No, I do not.
15     Q   Do you have any photographs, recordings,
16  writings or messages, either in paper or in
17  electronic form, of either of the ▮▮▮▮▮▮▮
18 ▮▮
19 ▮▮
20     A   Again, about "▮▮▮▮▮▮," I didn't hear
21  about ▮▮▮▮▮ this.  But, no, the answer is,
22  no, I don't have that.
23     Q   Do you have any photographs, recordings,
24  writings or messages, either in paper or
25  electronic form, of any of the other individuals

Page 117

1  we discussed earlier?
2      A   No.
3      Q   Muhanna, Jaithen, or Mana?
4      A   No.
5      MS. MOORE:  So we've been going over an
6  hour.  Why don't we take another little break, if
7  that's all right.
8      THE VIDEOGRAPHER:  With the approval of
9  counsel, going off the record.  The time is
10  approximately 2:15 p.m.  This marks the end of
11  recording media number 4.
12     (Recess.)
13     THE VIDEOGRAPHER:  With the approval of
14  counsel, back on the record.  The time is
15  approximately 2:30 p.m.  This marks the beginning
16  of recording media number 5.
17     CROSS-EXAMINATION
18  BY THE VIDEOGRAPHER:
19     Q   Upon finishing the direct-examination,
20  we are moving on to the cross-examination,
21  questions prepared by the Kingdom of Saudi Arabia.
22  Introducing new exhibit, ▮▮▮▮▮▮
23  through ▮▮▮▮▮
24     MS. MOORE:  Exhibit A.
25     THE VIDEOGRAPHER:  This will be

Case 1:03-md-01570-GBD-SN   Document 6589-2   Filed 01/11/21   Page 32 of 52
Case 1:03-md-01570-GBD-SN   Document 6156-2   Filed 04/24/20   Page 32 of 58
This Transcript Contains Confidential Material



Page 118

1  Exhibit A.
2      (Exhibit No. A was marked for
3      identification.)
4      THE WITNESS:  Thank you.
5  BY THE VIDEOGRAPHER:
6      Q   This purports to be a summary prepared
7  by the FBI of an interview that you provided to
8  the FBI on
9      On              the second paragraph
10  states: "



25      Does this passage describe the first

Page 119

1  time that you
3      A   Yes.
4      Q   Do you recall that the first time that
5  you
9      A   Yes.
10      Q   Is it correct that prior to the
14      A   Can you repeat the question, please?
15      Q   Yes.
16      Is it correct that prior to the
20      A   Yes.
21      THE VIDEOGRAPHER:  This is Exhibit B.
22      (Exhibit No. B was marked for
23      identification.)
24      THE WITNESS:  Thank you.
25  BY THE VIDEOGRAPHER:

Page 120

1      Q   This is an                      This
2  purports to be a summary prepared by the FBI of an
3  interview that you provided to the FBI on
5      On              , the third paragraph
6  states:
8      A   Wait one sec.
9      MS. MOORE:  Hold on a second.
10      THE WITNESS:  Page     ?
11      MS. MOORE:       Third paragraph.
12      THE WITNESS:  Yes, sir.
13  BY THE VIDEOGRAPHER:
14      Q   Okay.  On              , the third paragraph
15  states:


21      Does this passage also describe the
22  first time that you
24      A   Yes.  But I have something to add.  I'm
25  not sure about the

Page 121

1
      So I want to point that out.
3      Q   On              the first paragraph
4  states: "

7      A   I'm sorry.  I -- I lost you.  That's
9      Q   I am on
10      A   Yes.  What paragraph?
11      Q   The first paragraph states.
12      A   The third?
13      Q   First.
14      A   The first.  Okay.
15      Q   The first paragraph states:
16  '

      "
20      A   I'm sorry.  I don't know where you're
21  reading.
22      Thank you.  Would you please repeat?
23      Q   Yes.  On              the first paragraph
24  states:

Case 1:03-md-01570-GBD-SN   Document 6589-2   Filed 01/11/21   Page 33 of 52
Case 1:03-md-01570-GBD-SN   Document 6156-2   Filed 04/24/20   Page 33 of 58
This Transcript Contains Confidential Material



Page 122

1

3   Did

7   A   No.
8   Q   Based on your experience at the King
9   Fahad Mosque,

12   A
13   Q   Did Fahad al-Thumairy

16   A   True.  Yes.
17   Q   Are you personally aware of any

21   A   I don't know.
22   Q   Are you personally aware of any

25   A   No.

Page 123

1   THE VIDEOGRAPHER:  Introducing
2   Exhibit C, Tab 1.
3   (Exhibit No. C was marked for
4   identification.)
5   THE WITNESS:  Thank you.
6   BY THE VIDEOGRAPHER:
7   Q   Do you recognize this person?
8   A   No.
9   Q   To your knowledge, have you ever spoken
10   to this person?
11   A   No.
12   Q   Are you personally aware of any -- of
13   any interactions -- strike that.  Start over.
14   Are you personally aware of any
15   interaction that this person had with the two
16   Saudi men who would later become the 9/11
17   hijackers?
18   A   No.
19   Q   Are you personally aware of any
20   assistance that this person provided to the two
21   Saudi men who would later become the 9/11
22   hijackers?
23   A   No.
24   Q   When did you learn that the two Saudi
25   men who would later become the 9/11 hijackers were

Page 124

1   involved in the 9/11 terrorist attack?
2   A   It was in          when the FBI agent came
3   to my house.
4   Q   At any point prior to that date, did you
5   have any knowledge that these two Saudi men
6   planned to harm people in the United States?
7   A   No.
8   Q   At any point prior to that date, did you
9   suspect that these two Saudi men planned to harm
10   the people of the United States?
11   A   No.
12   Q   Based on your interactions with

16                                   ?
17   A   No.
18   Q   Based on your interactions with

23   A   No.
24   THE VIDEOGRAPHER:  Upon completion of
25   cross-examination, we are moving on to the

Page 125

1   redirect.
2   Counsel, do I just start with
3   Question 1?
4   MS. MOORE:  I think you need to read
5   that bulleted section.
6   THE VIDEOGRAPHER:  You want me to read
7   the bullet, that's what I was asking.
8   Please be advised that all of the
9   redirect questions relate to the events that
10   occurred on the dates prior to and including
11   September 11th, 2001, and not after that date.
12   REDIRECT EXAMINATION
13   BY THE VIDEOGRAPHER:
14   Q   Before providing your opinion about
15   Fahad al-Thumairy's state of mind, were you aware
16   that in the year 2000 he was in contact with
17   Sheikh Muqbil --
18   THE VIDEOGRAPHER:  I apologize, Counsel.
19   MS. MOORE:  Muqbil al-Wadi'i.
20   THE VIDEOGRAPHER:  Muqbil al-Wadi'i.
21   Strike that.  I'm going to start over.
22   BY THE VIDEOGRAPHER:
23   Q   Before providing your opinion about
24   Fahad al-Thumairy's state of mind, were you aware
25   that in the year 2000 he was in contact with

Case 1:03-md-01570-GBD-SN   Document 6589-2   Filed 01/11/21   Page 34 of 52
Case 1:03-md-01570-GBD-SN   Document 6156-2   Filed 04/24/20   Page 34 of 58
This Transcript Contains Confidential Material



Page 126

1  Sheikh Muqbil al-Wadi'i, who was a Yemeni cleric
2  with ties to al-Qaeda leadership?
3      A   I'm aware of the contact between Sheikh
4  Fahad and Sheikh Muqbil al-Wadi'i, which is a
5  scholar -- was the biggest Islamic scholar.
6      Q   What did you know about the contacts of
7  Fahad al-Thumairy with Sheikh Wadi'i?
8      A   I would like to add to the first
9  question, if I may.
10      I'm aware of the contact, but I'm
11 unaware of any contact between Sheikh al-Wadi'i
12 and -- and al-Qaeda.  I'm only aware of the
13 contact between Fahad and Sheikh al-Wadi'i.
14 Sorry.
15      Q   That's okay.
16      Did you know al-Thumairy called a phone
17 number --
18      MS. MOORE:  Go back to (g).
19      THE VIDEOGRAPHER:  Read it again?
20      MS. MOORE:  Yeah.
21      THE VIDEOGRAPHER:  Okay.  I apologize.
22 BY THE VIDEOGRAPHER:
23      Q   What did you know about the contacts of
24 Fahad al-Thumairy with Sheikh Wadi'i?
25      A   I know that when he arrived, he greeted

Page 127

1  him.  He was -- they were in the library, and he
2  invited him once for -- for lunch.  And I was
3  invited, but I didn't go.  And a few times the
4  Sheikh came to the mosque and they sat in the
5  library.  I was not present each time.
6      Q   Did you know that al-Thumairy called a
7  phone number associated with Sheikh Wadi'i on
8  several occasions between January and
9  September 2000?
10      A   I do not know that.
11      Q   Do you know that Fahad al-Thumairy
12 traveled to San Francisco in May 2000?
13      A   No, I do not.
14      Q
15
16
17
18
19      A   I do not know that.
20      Q   You said you were present at a
21
22
23
24      A   I -- no, I did not.  I said I'm present
25

Page 128

1      Q   And you said that -- and you said this
2
3
4
5      A   Correct.
6  yes.
7      Q   Was this the time you saw
8
9
10
11      A   As I stated earlier,
12
13
14
15
16
17      Q   From what you observed, did it appear to
18 you that
19
20      A   Obviously, if he --
21
22
23          So...
24      Q   Did

Page 129

1
2      A   No.
3      Q   Is it correct that shortly after you saw
4
5
6
7      A   Can you repeat the question, please?
8      Q   Yes.  Is it correct that shortly after
9  you saw
10
11
12      A   As I stated earlier,
13
14
15
16
17      Q   Who introduced you to
18                                    ?
19      A
20      Q   To the best of your recollection,
21 describe the conversation that occurred when you
22 were introduced to
23
24
25      A   Well, at the beginning,

Case 1:03-md-01570-GBD-SN   Document 6589-2   Filed 01/11/21   Page 35 of 52
Case 1:03-md-01570-GBD-SN   Document 6156-2   Filed 04/24/20   Page 35 of 58
This Transcript Contains Confidential Material



Page 130

1
2
3
4
5
6
7
8
9    Q    Is it correct that although you first
10
11
12
13
14    A    No, that's not true.
15    Q    How many times did you observe
16
17    A    I observed
18
19    Q    What did you observe about
20
21
22    A    It was not enough -- when I saw them
23
24
25

Page 131

1                                    .
2    Q    From your observation, did it appear
3    that
4
5
6    A    Obviously, they --
7
8
9
10
11
12
13    Q    Am I correct that the
14
15
16
17    A
18
19
20    Q                                    ?
21    A
22
23
24
25    Q

Page 132

1    A    I did not.
2    Q
3
4
5    A
6
7
8
9
10
11    Q    And those
12
13
14    A    Can you repeat the question, please?
15    Q    Yes.  And those
16
17
18    A    Yes.
19    Q    Can you recall any other occasion when
20
21
22    A    Again, without the word
23
24                                    And

Page 133

1    again, the example of one of the Saudis got sick
2    during the Isha'a prayer, and they asked -- Sheikh
3    Fahad asked me, through one of the staff, to take
4    him to UCLA hospital.
5        Q    Please describe the circumstance,
6    including when that happened, who was asked to
7    look after visitors, who were the visitors, and
8    how you learned that information.
9        A    Can you repeat the question?
10        Q    Yes.  Please describe the circumstances,
11    including when that happened, who was asked to
12    look after the visitors, who were the visitors,
13    and how you learned that information.
14        A    It just was Saudis.  I was asked, for
15    example, and the example I gave earlier is take --
16    take him to the UCLA hospital, that sick man who
17    got sick during the Isha'a prayer.
18                And the other
19
20        Q    Did
21
22
23        A    I don't know.
24        Q    On cross-examination, you were shown a
25    photo of Omar al-Bayoumi and asked some questions.

This Transcript Contains Confidential Material



Page 134

1  What, if anything, do you know about Omar
2  al-Bayoumi?
3      A   I don't know anything about Omar
4  Bayoumi.
5      Q   Have you ever heard that al-Bayoumi was
6  working for the Saudi government?
7      A   No.  I don't know the person.  I haven't
8  heard anything about him.
9      THE VIDEOGRAPHER:  Upon completion of
10  redirect, we are moving on to recross.
11      Just start with the first question?
12      MS. MOORE:  Mm-hmm.
13      RECROSS-EXAMINATION
14  BY THE VIDEOGRAPHER:
15      Q   Did you ever observe Fahad al-Thumairy
16  give a Friday sermon at the King Fahad Mosque?
17      A   Yes.
18      Q   Approximately how many times?
19      A   Many, many times.
20      Q   Did you ever observe Fahad al-Thumairy
21  lead prayer at the King Fahad Mosque?
22      A   Yes.
23      Q   Approximately how many times?
24      A   Many, many times.
25      Q   Did you ever observe Fahad al-Thumairy

Page 135

1  express any violent or extremist opinions in any
2  Friday sermons that he provided at the King Fahad
3  Mosque?
4      A   No.
5      Q   Did you ever observe Fahad al-Thumairy
6  express any violent or extremist opinions in any
7  prayer that he led at the King Fahad Mosque?
8      A   No.
9      Q   Did you ever observe Fahad al-Thumairy
10  express any violent or extremist opinions at any
11  time?
12      A   No.
13      Q   During cross-examination, you were asked
14  whether the first time you interacted with
15
16
17
18
19
20
21      A   Yes.
22      Q   Prior to that date, you had never seen
23
24
25      A   Correct.

Page 136

1      Q   Prior to that date, you had never seen
2
3
4      A   Correct.
5      Q   Prior to that date, you had never -- you
6  had
7
8      A   Correct.
9      MS. MOORE:  Why don't we take a break.
10      THE VIDEOGRAPHER:  Okay.  Off the
11  record.  The time is approximately 3:00 p.m.  This
12  marks the end of recording media number 5.
13      (Recess.)
14      THE VIDEOGRAPHER:  With the approval of
15  counsel, back on the record.  The time is
16  approximately 3:05 p.m.  This marks the beginning
17  of recording media number 6.
18      MS. MOORE:  I don't believe -- are there
19  any other cross, redirect or recross questions?
20      MR. MALOY:  No.
21      THE VIDEOGRAPHER:  With the approval of
22  counsel, this concludes today's video deposition.
23  Today's deposition consists of six recorded files.
24  The time is approximately 3:05 p.m.  We're now off
25  the record.

Page 137

1      THE REPORTER:  And, Kelly, are you
2  wanting to order a copy?
3      MS. MOORE:  Yes.
4      MR. MALOY:  You can send it right to me,
5  please.
6      (Whereupon, the deposition of
7      AKRAM ALZAMARI was concluded
8      at 3:05 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

This Transcript Contains Confidential Material

Page 138

1      CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2      The undersigned Certified Shorthand Reporter
3  does hereby certify:
4      That the foregoing proceeding was taken before
5  me at the time and place therein set forth, at
6  which time the witness was duly sworn; That the
7  testimony of the witness and all objections made
8  at the time of the examination were recorded
9  stenographically by me and were thereafter
10  transcribed, said transcript being a true and
11  correct copy of my shorthand notes thereof; That
12  the dismantling of the original transcript will
13  void the reporter's certificate.
14      In witness thereof, I have subscribed my name
15  this date:  March 15, 2020.
16
17      _____
18      LESLIE A. TODD, CSR, RPR
19      Certificate No. 5129
20
21  (The foregoing certification of
22  this transcript does not apply to any
23  reproduction of the same by any means,
24  unless under the direct control and/or
25  supervision of the certifying reporter.)

Page 140

1      - - - - - -
2      E R R A T A
3      - - - - - -
4  PAGE LINE CHANGE
5  ___ ____ _____
6  REASON: _____
7  ___ ____ _____
8  REASON: _____
9  ___ ____ _____
10  REASON: _____
11  ___ ____ _____
12  REASON: _____
13  ___ ____ _____
14  REASON: _____
15  ___ ____ _____
16  REASON: _____
17  ___ ____ _____
18  REASON: _____
19  ___ ____ _____
20  REASON: _____
21  ___ ____ _____
22  REASON: _____
23  ___ ____ _____
24  REASON: _____
25

Page 139

1      INSTRUCTIONS TO WITNESS
2      Please read your deposition over carefully and
3  make any necessary corrections.  You should state
4  the reason in the appropriate space on the errata
5  sheet for any corrections that are made.
6      After doing so, please sign the errata sheet
7  and date it.
8      You are signing same subject to the changes
9  you have noted on the errata sheet, which will be
10  attached to your deposition.  It is imperative
11  that you return the original errata sheet to the
12  deposing attorney within thirty (30) days of
13  receipt of the deposition transcript by you.  If
14  you fail to do so, the deposition transcript may
15  be deemed to be accurate and may be used in court.
16
17
18
19
20
21
22
23
24
25

Page 141

1      ACKNOWLEDGMENT OF DEPONENT
2      I,_____, do hereby
3  certify that I have read the foregoing pages, and
4  that the same is a correct transcription of the
5  answers given by me to the questions therein
6  propounded, except for the corrections or changes
7  in form or substance, if any, noted in the
8  attached Errata Sheet.
9
10  _____
11  AKRAM ALZAMARI                DATE
12
13
14  Subscribed and sworn to
15  before me this
16  _____ day of _____ ,20___.
17  My commission expires:_____
18  _____
19  Notary Public
20
21
22
23
24
25

EXHIBIT B
UNDER SEAL
ALZAMARI DEPOSITION EXHIBIT 1

EXHIBIT B
UNDER SEAL
ALZAMARI DEPOSITION EXHIBIT 2

EXHIBIT B

ALZAMARI DEPOSITION EXHIBIT 3

 

Ex 7



Ex 14



Ex 13



Ex 10



With beard



Ex 12



Ex 9



Ex 8



Ex 11



Ex 6



Ex 4



Ex 3



Ex 5