# EXHIBIT 11

| | |
|---|---|
| **From:** | Andrew J. Maloney <AMaloney@kreindler.com> |
| **Sent:** | Tuesday, March 3, 2020 6:55 PM |
| **To:** | 'leslieatodd2001@yahoo.com'; 'oclegalmedia@outlook.com' |
| **Cc:** | Moore, Kelly A.; Maloy, John M.; Michael K. Kellogg (mkellogg@kellogghansen.com); Andrew Shen (ashen@kellogghansen.com); Rapawy, Gregory G.; Kry, Robert (rkry@mololamken.com); 'enitz@mololamken.com'; zSarah S. Normand; Vargas, Jeannette (USANYS); 'Krause, Andrew (USANYS) 1'; Steven R. Pounian; Sean P. Carter - Cozen O'Connor (scarter1@cozen.com); zScott Tarbutton; zRobert Haefele; Jerry S. Goldman (jgoldman@andersonkill.com); Strong, Bruce; Jim Kreindler; Megan Benett; John Fawcett |
| **Subject:** | FW: Alzamari Deposition |
| **Attachments:** | Ex. 1 FBI ▇▇▇.pdf; Ex. 2 FBI ▇▇▇.pdf; Ex. 3-14 photographs of individuals.pdf; Ex. A FBI ▇▇▇.pdf; Ex. B FBI ▇▇▇.pdf; Ex. C KSA 2332.pdf; KSA Cross Exam.pdf; Plaintiffs' Direct Exam.PDF; Plaintiffs' Re-Direct Exam.pdf |

[EXTERNAL EMAIL]
Dear Leslie and Jim,

Thank you for agreeing to be the court reporter and videographer for the deposition of Akram Alzamari that will take place at the Goklow offices in San Diego on Thursday March 12, 2020. Thank you for also providing us with the signed acknowledgement forms regarding the protected material that will be discussed at the deposition. The testimony and exhibits must remain under seal and should only be provided to the lawyers on this email chain.

As you know, in addition to transcribing and videotaping both the questions and Mr. Alzamari's testimony, please provide a person who will read aloud the attached Direct Examination by Plaintiffs' counsel and show the witness the corresponding attached exhibits, read aloud the Defendant's Cross Examination and show the witness the corresponding attached exhibits, and finally, read aloud the attached Re-Direct Examination. All questions and answers should be recorded on both the video tape and stenography. All objections have already been preserved for the record during the pre-deposition litigation over this deposition and need not be lodged at the deposition.

Attached please find:

Plaintiffs' Direct Exam
Defendant Saudi Arabia's Cross Exam
Plaintiffs' Re-Direct Exam


Ex. 1 FBI ▇▇▇
Ex. 2 FBI ▇▇▇
Ex. 3-14 photographs of individuals

1

KSA XE  Ex. A FBI ███████
Ex. B FBI ███████ (same as Plaintiffs' Ex. 1)
Ex. C  KSA 2332

**Andrew J. Maloney**
Partner

KREINDLER & KREINDLER LLP
TRADITION OF EXCELLENCE

Kreindler & Kreindler LLP
750 Third Avenue         T: 212.973.3438   ·   E-mail: amal...
New York, NY 10017-2703  F: 212.972.9432   ·   Web:    www...

🌐 Please consider the environment before printing this e-mail.

2