# IN THE UNITED STATES DISTRIC
# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| This Document Relates to:<br><br>RICHARD ABBATE, et al.<br><br>Plaintiff,<br><br>v.<br><br>KINGDOM OF SAUDI ARABIA, et al.<br><br>Defendants. | Case No. 17-CV-08617 (GBD)(SN)<br><br>**DECLARATION OF SERVICE** |

## DECLARATION OF SERVICE

I HEREBY DECLARE that a copy of the foregoing has this day been filed using the Court's CM/ECF system, which will provide notice to all counsel of record, and that a copy of the same has hereby been mailed to Plaintiff Alexander Avelino at 1411 Broadway, 16th Floor, New York, NY 10018 via UPS overnight mail.

Dated: January 28, 2021

/s/  Christopher R. LoPalo

Christopher R. LoPalo, Esq.
NAPOLI LAW, PLLC
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile:  (646) 843-7603
clopalo@NapoliLaw.com
*Attorneys for Plaintiff*