## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

February 1, 2021

**BY ECF**

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

  Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn,

  Attached is the formal notice we received today from the Swedish court setting the hearing for the testimony of witness Mohdar Abdullah, pursuant to the May 21, 2019 Letters of Request signed by this Court, for March 1 and 3, 2021 with reserve dates on March 4 and 5, 2021.

  The informal translation of the notice is as follows:

Parties: United States District Court
The case concerns: taking evidence before a foreign court
You are called to a meeting in the case, presence via video link / Skype
Time:
Monday, March 1, 2021 at 09: 00–16: 00
Wednesday, March 3, 2021 at 09: 00–16: 00
Thursday, March 4, 2021 at 09: 00–16: 00, reserve day
Friday 5 March 2021 at 09: 00–16: 00, reserve day
Please note that the end time is preliminary.
Address: Storgatan 17, Södertälje
Room: Room 1
Always check the court's information board for the relevant room.
If you have any questions, please contact the court on telephone 08-561 668 70.

Respectfully,

PLAINTIFFS' EXECUTIVE COMMITTEES

| KREINDLER & KREINDLER | MOTLEY RICE |
|---|---|
| /s/ *Steven R. Pounian, Esquire* | /s/ *Robert T. Haefele, Esquire* |
| Steven R. Pounian, Esquire | Robert T. Haefele, Esquire |
| Andrew J. Maloney, Esquire | 28 Bridgeside Boulevard |
| 750 Third Avenue, 32nd Floor | Mt. Pleasant, SC 29464 |
| New York, NY 10017 | |
| On behalf of MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims | On behalf of MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |

COZEN O'CONNOR

/s/ *Sean P. Carter, Esquire*
Sean P. Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103

On behalf of MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims

cc: By ECF to all counsel