SÖDERTÄLJE TINGSRÄTT

**KALLELSE**
2021-02-01

Aktbilaga 69
Mål nr. Ä 1580-19
Rotel 6

Advokat Andreas Ek
Gernandt & Danielsson Advokatbyrå KB
Box 5747
114 87 Stockholm

**Parter**: United States District Court
**Målet gäller**: bevisupptagning åt utländsk domstol

Du kallas till sammanträde i målet, närvaro via videolänk/Skype går bra:

| | |
|---|---|
| **Tid**: | Måndag den 1 mars 2021 kl. 09:00–16:00 |
| | Onsdag den 3 mars 2021 kl. 09:00–16:00 |
| | Torsdag den 4 mars 2021 kl. 09:00–16:00, reservdag |
| | Fredag den 5 mars 2021 kl. 09:00–16:00, reservdag |
| | Vänligen observera att sluttiden är preliminär. |
| **Adress**: | Storgatan 17, Södertälje |
| **Lokal**: | Sal 1 |
| | Kontrollera alltid domstolens informationstavla för aktuell lokal. |

Vid frågor, kontakta gärna domstolen på telefon 08-561 668 70.

Ulrika Rask

Om domstolens behandling av personuppgifter, se www.domstol.se/personuppgifter. Kontakta oss för information på annat sätt.

**Besöksadress**
Storgatan 17
**Telefon**
08-561 66 800

**Öppettider**
måndag–fredag
08:30–16:00

**Postadress**
Box 348
151 24 Södertälje

**E-post**
sodertalje.tingsratt@dom.se
**Webbplats**
www.sodertaljetingsratt.domstol.se

Dok.Id 394531