UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
............................................................x

*In re Terrorist Attacks on September 11, 2001*     No. 03 MDL 1570(GBD)(SN)

............................................................x

## NOTICE OF LODGING OF CLASSIFIED SUBMISSION

Non-party the Federal Bureau of Investigation ("FBI") hereby provides notice that a classified letter in further support of the FBI's letter motion dated February 16, 2021 (ECF No. 6621), has been lodged with Classified Information Security Officer Daniel Hartenstine, Litigation Security Group, U.S. Department of Justice, for secure transmission to the Court. This submission is classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), is provided for the Court's review *in camera* and *ex parte*, and cannot be disclosed without proper authorization.

Dated: New York, New York
       February 19, 2021

AUDREY STRAUSS
United States Attorney for the
Southern District of New York,
*Attorney for Federal Bureau of Investigation*

By:   /s/ *Sarah S. Normand*
SARAH S. NORMAND
JEANNETTE A. VARGAS
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2709/2678
Email: Sarah.Normand@usdoj.gov
       Jeannette.Vargas@usdoj.gov