# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

February 26, 2021

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

      Pursuant to this Court's Individual Practices in Civil Cases IV.D., the Plaintiffs' Executive Committees file this letter request for oral argument of Plaintiffs' Fed.R.Civ.P. 72 objections to the Magistrate Judge's Orders dated February 1, 2021 (ECF No. 6510) and October 21, 2020 (ECF No. 6606), docketed today at ECF No. 6629. The Plaintiffs have objected to the Magistrate Judge's denial of their motions to compel the Federal Bureau of Investigation to produce documents in its possession about key agents and employees of the Kingdom of Saudi Arabia who provided material support for and aided and abetted the 9/11 Terrorist Attacks. The Magistrate Judge adopted the FBI's assertion of state secrets and law enforcement privileges as a basis for denying Plaintiffs access to that information.

      Plaintiffs believe that oral argument on the issues that are the subject matter of the objections would assist the Court, as well as the government and the Plaintiffs, because the objections and motions raise important and unique issues of law and fact and the record is substantial and complex. Plaintiffs also request oral argument because the issues and facts involved go directly to the right of the public and litigants to obtain information from their government and concern matters of substantial civic concern, especially to the 9/11 community. A decision on these objections without oral argument would do a disservice to the 9/11 families and the public.

The Honorable George B. Daniels
February 26, 2021
Page 2

Respectfully submitted,

| COZEN O'CONNOR | MOTLEY RICE |
|---|---|
| */s/ Sean P. Carter, Esquire* | */s/ Robert T. Haefele, Esquire* |
| Sean P. Carter, Esquire | Robert T. Haefele, Esquire |
| 1650 Market Street, Suite 2800 | 28 Bridgeside Boulevard |
| Philadelphia, PA 19103 | Mt. Pleasant, SC 29464 |
| MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims | MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |

KREINDLER & KREINDLER

 */s/ Megan W. Benett*
Steven R. Pounian, Esquire
Megan W. Benett, Esquire
750 Third Avenue, 32nd Floor
New York, NY 10017

MDL 1570 Plaintiffs' Exec. Committee
for Personal Injury and Death Claims

cc:   All Counsel via ECF
      Sarah Normand, Esq. (by email)
      Jeannette Vargas, Esq. (by email)