| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Stephen | George | Adams | | Lawrence | Scott | Adams | | Sibling | $ 4,250,000.00 |
| 2 | Daniel | Thomas | Afflitto | Sr. | Daniel | Thomas | Afflitto | Jr. | Child | $ 8,500,000.00 |
| 3 | Daniel | Thomas | Afflitto | Sr. | Joseph | Daniel | Afflitto | | Child | $ 8,500,000.00 |
| 4 | Joseph | P. | Anchundia | | Elias | J. | Anchundia | | Sibling | $ 4,250,000.00 |
| 5 | Michael | Rourke | Andrews | | Edward | Joseph | Andrews | | Sibling | $ 4,250,000.00 |
| 6 | Michael | Rourke | Andrews | | Mary | Elizabeth | Andrews | | Sibling | $ 4,250,000.00 |
| 7 | Michael | Rourke | Andrews | | Jeanne | M. | Jamin | | Sibling | $ 4,250,000.00 |
| 8 | Michael | Rourke | Andrews | | Marianne | | Salisbury | | Sibling | $ 4,250,000.00 |
| 9 | Michael | Rourke | Andrews | | Paul | M. | Andrews | | Sibling | $ 4,250,000.00 |
| 10 | Louis | | Arena | | Joseph | Anthony | Arena | | Child | $ 8,500,000.00 |
| 11 | Louis | | Arena | | Nina | Louise | Arena | | Child | $ 8,500,000.00 |
| 12 | Louis | | Arena | | Wandalee | M. | Arena | | Spouse | $ 12,500,000.00 |
| 13 | Gerald | T. | Atwood | | Raymond | J. | Atwood | | Sibling | $ 4,250,000.00 |
| 14 | Jane | Ellen | Baeszler | | Rita | | Baeszler | | Parent | $ 8,500,000.00 |
| 15 | Victor | Daniel | Barbosa | | Sael | | Barbosa | | Child | $ 8,500,000.00 |
| 16 | Marlyn | Capito | Bautista | | Narcisa | Gemino | Capito | | Parent | $ 8,500,000.00 |
| 17 | Maria | | Behr | | Carlos | Pio | Behr | | Sibling | $ 4,250,000.00 |
| 18 | Maria | | Behr | | Edith | del Mar | Behr | | Sibling | $ 4,250,000.00 |
| 19 | Maria | | Behr | | Gabriel | Michael | Behr | | Sibling | $ 4,250,000.00 |
| 20 | Tvonne | L. | Bonomo | | Sonia | | Bonomo | | Parent | $ 8,500,000.00 |
| 21 | Mark | | Brisman | | Rachael | Paulina | Brisman | | Child | $ 8,500,000.00 |

| | | | | EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 22 | Mark | | Brisman | | William | Eli | Brisman | | Child | $ 8,500,000.00 |
| 23 | George | C. | Cain | | Daniel | Aloysius | Cain | III | Sibling | $ 4,250,000.00 |
| 24 | Liam | | Callahan | | Siobhan | Callahan | Berga | | Sibling | $ 4,250,000.00 |
| 25 | Jill | Marie | Campbell | | Jacob | Joseph | Campbell | | Child | $ 8,500,000.00 |
| 26 | Jill | Marie | Campbell | | Joseph | | Maurer | | Parent | $ 8,500,000.00 |
| 27 | Jonathan | | Cappello | | James | | Cappello | | Sibling | $ 4,250,000.00 |
| 28 | Michael | Scott | Carlo | | Robert | E. | Carlo | | Sibling | $ 4,250,000.00 |
| 29 | Neilie | Anne Heffernan | Casey | | Eileen | Josephine | Heffernan | | Sibling | $ 4,250,000.00 |
| 30 | Neilie | Anne Heffernan | Casey | | Lynsey | Marie | Heffernan | | Sibling | $ 4,250,000.00 |
| 31 | Neilie | Anne Heffernan | Casey | | Neil | Thomas | Heffernan | III | Sibling | $ 4,250,000.00 |
| 32 | Mark | L. | Charette | | Donnalee | Margaret | Charette | | Parent | $ 8,500,000.00 |
| 33 | Mark | L. | Charette | | Lawrence | Royal | Charette | | Parent | $ 8,500,000.00 |
| 34 | Pedro | | Checo | | Franklin | George | Checo | | Child | $ 8,500,000.00 |
| 35 | Stephen | Patrick | Cherry | | Jennifer | Joy | Cherry | | Sibling | $ 4,250,000.00 |
| 36 | Nestor | A. | Cintron | | Alicia | A. | LeGuillow | | Parent | $ 8,500,000.00 |
| 37 | Kevin | Sanford | Cohen | | Neil | Laurence | Cohen | | Sibling | $ 4,250,000.00 |
| 38 | Christopher | | Colasanti | | Kelly | Ann | Colasanti | | Spouse | $ 12,500,000.00 |
| 40 | Robert | Joseph | Coll | II | Megan | Bailey | Coll | | Child | $ 8,500,000.00 |
| 41 | Robert | Joseph | Coll | II | Robert | Joseph | Coll | III | Child | $ 8,500,000.00 |
| 39 | Robert | Joseph | Coll | II | Jennifer | Bailey | Coll | | Spouse | $ 12,500,000.00 |

| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 42 | Kevin | P. | Connors | | Sheila | Connors | LeDuc | | Sibling | $ 4,250,000.00 |
| 43 | Jeffrey | W. | Coombs | | Charles | Bunker | Coombs | IV | Sibling | $ 4,250,000.00 |
| 44 | Jeffrey | W. | Coombs | | Douglas | Glenn | Coombs | | Sibling | $ 4,250,000.00 |
| 45 | Jeffrey | W. | Coombs | | William | Michael | Coombs | | Sibling | $ 4,250,000.00 |
| 46 | Kevin | M. | Cosgrove | | Christine | | Brooks | | Sibling | $ 4,250,000.00 |
| 47 | Kevin | M. | Cosgrove | | Edward | Augustine | Cosgrove | | Sibling | $ 4,250,000.00 |
| 48 | Kevin | M. | Cosgrove | | Joseph | John | Cosgrove | | Sibling | $ 4,250,000.00 |
| 49 | Kevin | M. | Cosgrove | | Susan | Elizabeth | Cosgrove Janssen | | Sibling | $ 4,250,000.00 |
| 50 | Kevin | M. | Cosgrove | | Maryjane | | Jones | | Sibling | $ 4,250,000.00 |
| 51 | Kevin | M. | Cosgrove | | Patricia | Paula | Schlosser | | Sibling | $ 4,250,000.00 |
| 52 | Dolores | M. | Costa | | Frank | | Barbosa | | Sibling | $ 4,250,000.00 |
| 53 | Martin | | Coughlan | | Catherine | M. | Coughlan | | Spouse | $ 12,500,000.00 |
| 56 | Thomas | G. | Crotty | | Caroline | Frances | Crotty | | Child | $ 8,500,000.00 |
| 54 | Kevin | Raymond | Crotty | | Brian | George | Crotty | | Sibling | $ 4,250,000.00 |
| 55 | Kevin | Raymond | Crotty | | David | Gerard | Crotty | | Sibling | $ 4,250,000.00 |
| 57 | Michael | Jude | D'Esposito | | Carol | Ann | D'Esposito | | Parent | $ 8,500,000.00 |
| 58 | Michael | Jude | D'Esposito | | Robert | Anthony | D'Esposito | | Sibling | $ 4,250,000.00 |
| 60 | Eric | Adam | Eisenberg | | Carl | Jones | Eisenberg | | Parent | $ 8,500,000.00 |
| 59 | Eric | Adam | Eisenberg | | Adina | Debra | Eisenberg | | Sibling | $ 4,250,000.00 |
| 61 | Eric | Adam | Eisenberg | | Russell | Marc | Eisenberg | | Sibling | $ 4,250,000.00 |
| 62 | Edgar | Hendricks | Emery | Jr. | Brian | Keith | Emery | | Child | $ 8,500,000.00 |

| | EXHIBIT A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 63 | Edgar | Hendricks | Emery | Jr. | Martha | Elizabeth | Emery | | Parent | $ 8,500,000.00 |
| 64 | Edgar | Hendricks | Emery | Jr. | Richard | Lee | Emery | | Sibling | $ 4,250,000.00 |
| 65 | Edgar | Hendricks | Emery | Jr. | Wayne | Alan | Emery | | Sibling | $ 4,250,000.00 |
| 66 | Edgar | Hendricks | Emery | Jr. | Dona | Mae | Wallich | | Sibling | $ 4,250,000.00 |
| 67 | Bridget | Ann | Esposito | | Michael | Anthony | Thomas | | Sibling | $ 4,250,000.00 |
| 68 | Bridget | Ann | Esposito | | Yvette | Maria | Thomas-Huang | | Sibling | $ 4,250,000.00 |
| 69 | Eric | Brian | Evans | | Charles | Reggie | Evans | Jr. | Sibling | $ 4,250,000.00 |
| 70 | Eric | Brian | Evans | | Gary | Michael | Evans | | Sibling | $ 4,250,000.00 |
| 71 | Eric | Brian | Evans | | Robert | Scott | Evans | | Sibling | $ 4,250,000.00 |
| 72 | Bernard | | Favuzza | | Laura | Denise | Bittel | | Child | $ 8,500,000.00 |
| 73 | Bernard | | Favuzza | | Donna | Michelle | Posta | | Child | $ 8,500,000.00 |
| 74 | David | Francis | Ferrugio | | Andrea | | Wanner | | Sibling | $ 4,250,000.00 |
| 75 | Amelia | V. | Fields | | Shantell | Renee | Fields | | Child | $ 8,500,000.00 |
| 76 | Amelia | V. | Fields | | William | Howard | Fields | Jr. | Child | $ 8,500,000.00 |
| 77 | Thomas | J. | Fisher | | Linda | Marie | Fanene | | Sibling | $ 4,250,000.00 |
| 78 | Lillian | | Frederick-Lambert | | Brian | Reginald | Daniels | | Child | $ 8,500,000.00 |
| 79 | Gregg | J. | Froehner | | Anna | Mae | Froehner | | Parent | $ 8,500,000.00 |
| 81 | Gregg | J. | Froehner | | Kenneth | Henry | Froehner | | Parent | $ 8,500,000.00 |
| 80 | Gregg | J. | Froehner | | Kenneth | Arthur | Froehner | | Sibling | $ 4,250,000.00 |
| 82 | Gregg | J. | Froehner | | Dorell | Froehner | McNamara | | Sibling | $ 4,250,000.00 |
| 83 | Grace | Catherine | Galante | | Giovanni | | Galante | | Spouse | $ 12,500,000.00 |

| | EXHIBIT A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 84 | Bruce | Henry | Gary | | Jessica | Katherine | Kostaris | | Child | $ 8,500,000.00 |
| 85 | Robert | J. | Gerlich | | Rochelle | | Gerlich | | Spouse | $ 12,500,000.00 |
| 86 | Ronald | L. | Gilligan | | Dherran | William | Gilligan | | Child | $ 8,500,000.00 |
| 87 | Ronald | L. | Gilligan | | Ashley | Elizabeth | Pastor | | Child | $ 8,500,000.00 |
| 88 | Keith | Alexander | Glascoe | | Gloria | O. | Glascoe | | Parent | $ 8,500,000.00 |
| 89 | Keith | Alexander | Glascoe | | Lee | Alexandra | Wright | | Sibling | $ 4,250,000.00 |
| 90 | Barry | H. | Glick | | Jeremy | Matthew | Glick | | Child | $ 8,500,000.00 |
| 92 | Barry | H. | Glick | | Jean | Faith | Neufeld | | Child | $ 8,500,000.00 |
| 91 | Barry | H. | Glick | | Judith | Mechanic | Glick | | Spouse | $ 12,500,000.00 |
| 93 | Jeffrey | Grant | Goldflam | | Gwen | | Opfell | | Sibling | $ 4,250,000.00 |
| 94 | Catherine | C. | Gorayeb | | Helene | W. | Nelson (Estate of) | | Parent | $ 8,500,000.00 |
| 95 | Lauren | C. | Grandcolas | | Barbara | Vaughn | Catuzzi | | Parent | $ 8,500,000.00 |
| 96 | Lauren | C. | Grandcolas | | Lawrence | Richard | Catuzzi | | Parent | $ 8,500,000.00 |
| 97 | Lauren | C. | Grandcolas | | Vaughn | Ann | Catuzzi Lohec | | Sibling | $ 4,250,000.00 |
| 98 | Lauren | C. | Grandcolas | | Dara | Ann | Near | | Sibling | $ 4,250,000.00 |
| 99 | David | Joseph | Grimner | | Brian | Joseph | Grimner | | Child | $ 8,500,000.00 |
| 100 | David | Joseph | Grimner | | David | Patrick | Grimner | | Child | $ 8,500,000.00 |
| 101 | David | Joseph | Grimner | | Michael | Christopher | Grimner | | Child | $ 8,500,000.00 |
| 102 | Barbara | | Guzzardo | | Anthony | C. | Guzzardo | | Child | $ 8,500,000.00 |
| 103 | Robert | John | Halligan | | Robert | David | Halligan | | Child | $ 8,500,000.00 |
| 104 | Sue | Ju | Hanson | | Stanley | H. | Kim | | Sibling | $ 4,250,000.00 |

| | | | EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 105 | Jeffrey | A. | Hersch | | Nathan | Jay | Hersch | | Child | $ 8,500,000.00 |
| 106 | Jimmie | Ira | Holley | | Martha | Rebecca | Jackson-Holley | | Spouse | $ 12,500,000.00 |
| 107 | Elizabeth | | Holmes | | Miles | Travis | Boyd | | Child | $ 8,500,000.00 |
| 108 | Elizabeth | | Holmes | | Walter | | Byas (Estate of) | | Sibling | $ 4,250,000.00 |
| 109 | Michael | Joseph | Horn | | Christine | M. | Grauer | | Sibling | $ 4,250,000.00 |
| 110 | Michael | Joseph | Horn | | Charles | Howard | Horn | Jr. | Sibling | $ 4,250,000.00 |
| 111 | Michael | Joseph | Horn | | Maureen | Ann | Horn | | Sibling | $ 4,250,000.00 |
| 114 | Michael | Robert | Horrocks | | Linda | J. | Horrocks | | Parent | $ 8,500,000.00 |
| 116 | Michael | Robert | Horrocks | | William | Lawrence | Horrocks | Sr. | Parent | $ 8,500,000.00 |
| 112 | Michael | Robert | Horrocks | | Debra | Lynn | Brown | | Sibling | $ 4,250,000.00 |
| 113 | Michael | Robert | Horrocks | | Christian | J. | Horrocks | | Sibling | $ 4,250,000.00 |
| 115 | Michael | Robert | Horrocks | | William | Lawrence | Horrocks | Jr. | Sibling | $ 4,250,000.00 |
| 117 | Steven | A. | Jacobson | | Miriam | Rose | Jacobson | | Child | $ 8,500,000.00 |
| 118 | Steven | A. | Jacobson | | Rachel | Bess | Jacobson | | Child | $ 8,500,000.00 |
| 119 | Steven | Donald | Jacoby | | Nicholas | Harrod | Jacoby (Estate of) | | Child | $ 8,500,000.00 |
| 120 | Yudh | V. | Jain | | Sneh | | Jain | | Spouse | $ 12,500,000.00 |
| 121 | Jane | Eileen | Josiah | | James | T. | Hagan | | Sibling | $ 4,250,000.00 |
| 122 | Barbara | A. | Keating | | Patricia | Ann | Keating | | Child | $ 8,500,000.00 |
| 126 | Sarah | | Khan | | Sybil | | Ramsaran | | Parent | $ 8,500,000.00 |
| 123 | Sarah | | Khan | | Kanhai | | Boodram | | Sibling | $ 4,250,000.00 |
| 124 | Sarah | | Khan | | Angad | | Budram | | Sibling | $ 4,250,000.00 |

| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 125 | Sarah | | Khan | | Surujpattie | | Persaud | | Sibling | $ 4,250,000.00 |
| 127 | Sarah | | Khan | | Dhanpaul | Budram | Takoor | | Sibling | $ 4,250,000.00 |
| 128 | Howard | Barry | Kirschbaum | | Rochelle | Sara | Kirschbaum | | Spouse | $ 12,500,000.00 |
| 129 | Daniel | John | Lee | | Amanda | Beth | Lee | | Child | $ 8,500,000.00 |
| 131 | Edward | | Lichtschein | | Margit | | Lichtschein | | Parent | $ 8,500,000.00 |
| 130 | Edward | | Lichtschein | | Vera | | Glatt | | Sibling | $ 4,250,000.00 |
| 133 | Daniel | | Lopez | | Brittany | Dani | Lopez | | Child | $ 8,500,000.00 |
| 134 | Daniel | | Lopez | | Daniel | Jeremy | Lopez | | Child | $ 8,500,000.00 |
| 135 | Maclovio | | Lopez | Jr. | John | Martin | Lopez | | Sibling | $ 4,250,000.00 |
| 132 | Daniel | | Lopez | | Elizabeth | | Davila-Lopez | | Spouse | $ 12,500,000.00 |
| 136 | Sean | Thomas | Lugano | | Kristen | Marie | Lugano | | Sibling | $ 4,250,000.00 |
| 137 | Robert | H. | Lynch | Jr. | James | | Lynch | | Child | $ 8,500,000.00 |
| 138 | Robert | H. | Lynch | Jr. | Jonathan | Robert | Lynch | | Child | $ 8,500,000.00 |
| 139 | Robert | H. | Lynch | Jr. | Mark | Ryan | Lynch | | Child | $ 8,500,000.00 |
| 140 | Robert | H. | Lynch | Jr. | Patrick | Robert | Lynch | | Child | $ 8,500,000.00 |
| 141 | Robert | H. | Lynch | Jr. | Noelle | Robin | Tully | | Child | $ 8,500,000.00 |
| 142 | Sara | Elizabeth | Manley | | Laura | Louise | Manley | | Sibling | $ 4,250,000.00 |
| 143 | William | Joseph | Martin | | Deborah | D. | Martin (Estate of) | | Spouse | $ 12,500,000.00 |
| 144 | Jose | Angel | Martinez | Jr. | David | | Martinez | | Sibling | $ 4,250,000.00 |
| 145 | Jose | Angel | Martinez | Jr. | Dorothy | | Martinez | | Sibling | $ 4,250,000.00 |
| 146 | Jose | Angel | Martinez | Jr. | Wilson | | Martinez | | Sibling | $ 4,250,000.00 |

| | | | | EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 147 | Eamon | | McEneaney | | Maureen | McEneaney | Eckman | | Sibling | $ 4,250,000.00 |
| 148 | Deborah | | Medwig | | Cassandra | Hansen | Tavorella | | Child | $ 8,500,000.00 |
| 149 | William | J. | Meehan | Jr. | William | | Meehan | III | Child | $ 8,500,000.00 |
| 150 | Stuart | Todd | Meltzer | | Kenneth | Robb | Meltzer | | Sibling | $ 4,250,000.00 |
| 151 | Franklyn | | Monahan | | Franklyn | | Monahan | Jr. | Child | $ 8,500,000.00 |
| 154 | Franklyn | | Monahan | | Megan | | Monahan | | Child | $ 8,500,000.00 |
| 155 | Franklyn | | Monahan | | Timothy | | Monahan | | Child | $ 8,500,000.00 |
| 152 | Franklyn | | Monahan | | James | | Monahan | | Sibling | $ 4,250,000.00 |
| 153 | Franklyn | | Monahan | | Kevin | Brian | Monahan | | Sibling | $ 4,250,000.00 |
| 156 | James | Donal | Munhall | | Lauren | Elizabeth | Munhall | | Child | $ 8,500,000.00 |
| 157 | James | Thomas | Murphy | | William | C. | Murphy | III | Sibling | $ 4,250,000.00 |
| 158 | Alfonse | J. | Niedermeyer | | Jack | Edward | Niedermeyer | | Sibling | $ 4,250,000.00 |
| 159 | Alfonse | J. | Niedermeyer | | Richard | John | Niedermeyer | | Sibling | $ 4,250,000.00 |
| 160 | John | Ballantine | Niven | | Ellen | | Niven | | Spouse | $ 12,500,000.00 |
| 161 | Curtis | T. | Noel | | Abigail | Michelle | Noel | | Sibling | $ 4,250,000.00 |
| 162 | Curtis | T. | Noel | | Michael | Thomas | Noel | Jr. | Sibling | $ 4,250,000.00 |
| 163 | James | | O'Brien | Jr. | James | P. | O'Brien (Estate of) | | Parent | $ 8,500,000.00 |
| 164 | Michael | P. | O'Brien | | Dennis | Christopher | O'Brien | | Sibling | $ 4,250,000.00 |
| 165 | Douglas | E. | Oelschlager | | Teri | Schuler | Oelschlager (Estate of) | | Parent | $ 8,500,000.00 |
| 166 | John | Alexander | Ogonowski | | Dolores | Carol | Quigley | | Sibling | $ 4,250,000.00 |
| 169 | Edward | J. | Papa | | Kathleen | Christine | Papa | | Child | $ 8,500,000.00 |

| | | | | EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 170 | Edward | J. | Papa | | Margaret | Kathleen | Papa | | Child | $ 8,500,000.00 |
| 172 | Edward | J. | Papa | | Michelle | Rivera | Papa | | Child | $ 8,500,000.00 |
| 173 | Edward | J. | Papa | | Elizabeth | Papa | Simons | | Child | $ 8,500,000.00 |
| 167 | Edward | J. | Papa | | Marianne | Katherine | Carpenter | | Sibling | $ 4,250,000.00 |
| 168 | Edward | J. | Papa | | Catherine | Mary | Papa | | Sibling | $ 4,250,000.00 |
| 171 | Edward | J. | Papa | | Michael | | Papa | | Sibling | $ 4,250,000.00 |
| 174 | George | | Paris | | Michael | | Gritsipis | | Parent | $ 8,500,000.00 |
| 175 | Hashmukhrai | C. | Parmar | | Rishi | | Parmar | | Child | $ 8,500,000.00 |
| 176 | Hashmukhrai | C. | Parmar | | Shamir | | Parmar | | Child | $ 8,500,000.00 |
| 177 | Joseph | | Piskadlo | | Edward | | Piskadlo | | Sibling | $ 4,250,000.00 |
| 178 | Joseph | | Piskadlo | | John | | Piskadlo | | Sibling | $ 4,250,000.00 |
| 179 | Joshua | Michael | Piver | | Erika | Leigh | Piver | | Sibling | $ 4,250,000.00 |
| 181 | Christopher | | Quackenbush | | Christopher | James | Quackenbush | | Child | $ 8,500,000.00 |
| 182 | Christopher | | Quackenbush | | Kelsey | Newsome | Quackenbush | | Child | $ 8,500,000.00 |
| 183 | Christopher | | Quackenbush | | Whitney | Strine | Quackenbush | | Child | $ 8,500,000.00 |
| 180 | Christopher | | Quackenbush | | Diane | | Majtan | | Sibling | $ 4,250,000.00 |
| 184 | Christopher | | Quackenbush | | Traci | Lee | Viklund | | Spouse | $ 12,500,000.00 |
| 186 | Valsa | | Raju | | Sosamma | | George | | Parent | $ 8,500,000.00 |
| 185 | Valsa | | Raju | | Sagil | | George | | Sibling | $ 4,250,000.00 |
| 187 | Valsa | | Raju | | Sunny | | George | | Sibling | $ 4,250,000.00 |
| 188 | Valsa | | Raju | | Marykutty | | Thomas | | Sibling | $ 4,250,000.00 |

| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 189 | William | Ralph | Raub | | Marie | Le Jeune | Scott | | Sibling | $ 4,250,000.00 |
| 190 | Gregg | | Reidy | | Maureen | | Yetman | | Sibling | $ 4,250,000.00 |
| 191 | John | Frank | Rizzo | | Giuseppe | Salvatore | Rizzo | | Child | $ 8,500,000.00 |
| 192 | John | Frank | Rizzo | | Luigi | Anthony | Rizzo | | Child | $ 8,500,000.00 |
| 193 | Leo | A. | Roberts | | Hunter | Everett | Roberts | | Sibling | $ 4,250,000.00 |
| 194 | Samuel | Robert | Salvo | Jr. | Pamela | Rae | Salvo | | Sibling | $ 4,250,000.00 |
| 199 | Sylvia | | San Pio | | Maria | Jose | San Pio | | Parent | $ 8,500,000.00 |
| 195 | Sylvia | | San Pio | | Emiliano | | Perez | | Sibling | $ 4,250,000.00 |
| 196 | Sylvia | | San Pio | | Joseph | Francis | Perez | | Sibling | $ 4,250,000.00 |
| 197 | Sylvia | | San Pio | | Laura | | Perez | | Sibling | $ 4,250,000.00 |
| 198 | Sylvia | | San Pio | | Edward | Jack | San Pio | | Sibling | $ 4,250,000.00 |
| 200 | Herman | Samuel | Sandler | | Jordana | Sandler | Manzano | | Child | $ 8,500,000.00 |
| 201 | Herman | Samuel | Sandler | | Pamela | | Sandler | | Child | $ 8,500,000.00 |
| 202 | John | A. | Santore | | Karen | Ann | Miller | | Sibling | $ 4,250,000.00 |
| 203 | Michelle | | Scarpitta | | Julie | A. | Scarpitta (Estate of) | | Parent | $ 8,500,000.00 |
| 204 | Karen | Lynn | Seymour | | Catherine | Jean | Seymour | | Parent | $ 8,500,000.00 |
| 205 | Robert | W. | Spear | Jr. | Irene | A. | Desantis (Estate of) | | Parent | $ 8,500,000.00 |
| 206 | Robert | S. | Speisman | | Joyce | | Speisman | | Parent | $ 8,500,000.00 |
| 207 | Robert | S. | Speisman | | Seymour | | Speisman | | Parent | $ 8,500,000.00 |
| 208 | Robert | S. | Speisman | | Steven | | Speisman | | Sibling | $ 4,250,000.00 |
| 209 | Robert | S. | Speisman | | Terri | | Weltman | | Sibling | $ 4,250,000.00 |

| | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 212 | Brian | D. | Sweeney | | Leonard | Hugh | Sweeney | | Parent | $ 8,500,000.00 |
| 213 | Brian | D. | Sweeney | | Luise | Anne | Sweeney | | Parent | $ 8,500,000.00 |
| 210 | Brian | D. | Sweeney | | Anne | Elizabeth | Sweeney | | Sibling | $ 4,250,000.00 |
| 211 | Brian | D. | Sweeney | | John | Patrick | Sweeney | | Sibling | $ 4,250,000.00 |
| 214 | Gina | | Sztejnberg | | Julia | | LaFlamme | | Child | $ 8,500,000.00 |
| 215 | Gina | | Sztejnberg | | Laura | | Sztejnberg | | Child | $ 8,500,000.00 |
| 216 | Perry | | Thompson | | Ashley | Nicole | Thompson | | Child | $ 8,500,000.00 |
| 217 | Perry | | Thompson | | Chelsea | | Thompson | | Child | $ 8,500,000.00 |
| 218 | Kenneth | F. | Tietjen | | Laurie | Ann | Tietjen | | Sibling | $ 4,250,000.00 |
| 219 | Michael | A. | Trinidad | | Doreen | | Cortez-Trinidad | | Sibling | $ 4,250,000.00 |
| 220 | Michael | A. | Trinidad | | Jeanette | Trinidad | Rzek | | Sibling | $ 4,250,000.00 |
| 221 | Michael | A. | Trinidad | | Denise | | Trinidad | | Sibling | $ 4,250,000.00 |
| 222 | Michael | A. | Trinidad | | Robert | | Trinidad | | Sibling | $ 4,250,000.00 |
| 223 | Michael | A. | Uliano | | Marianne | | Krueger | | Sibling | $ 4,250,000.00 |
| 224 | Michael | A. | Uliano | | Michele | Teresa | Piper | | Sibling | $ 4,250,000.00 |
| 225 | Michael | A. | Uliano | | Mark | Thomas | Uliano | | Sibling | $ 4,250,000.00 |
| 226 | Michael | A. | Uliano | | Matthew | P. | Uliano | | Sibling | $ 4,250,000.00 |
| 227 | Michael | A. | Uliano | | Nathan | Detroit | Uliano | | Sibling | $ 4,250,000.00 |
| 228 | Bradley | Hodges | Vadas | | Constance | Taylor | Myer | | Parent | $ 8,500,000.00 |
| 229 | Felix | Antonio | Vale | | Carmen | | Quintana | | Half-Sibling | $ 4,250,000.00 |
| 230 | Felix | Antonio | Vale | | Jose | Ruben | Quintana | | Half-Sibling | $ 4,250,000.00 |

| | | | EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 231 | Felix | Antonio | Vale | | Rubencio | | Quintana | | Half-Sibling | $ 4,250,000.00 |
| 232 | Ivan | | Vale | | Carmen | | Quintana | | Half-Sibling | $ 4,250,000.00 |
| 233 | Ivan | | Vale | | Jose | Ruben | Quintana | | Half-Sibling | $ 4,250,000.00 |
| 234 | Ivan | | Vale | | Rubencio | | Quintana | | Half-Sibling | $ 4,250,000.00 |
| 235 | Mary | Alice | Wahlstrom | | Norman | Oliver | Wahlstrom | Jr. | Child | $ 8,500,000.00 |
| 236 | Mitchel | Scott | Wallace | | Kenneth | | Wallace (Estate of) | | Parent | $ 8,500,000.00 |
| 237 | Michael | | Warchola | | Aaron | Scott | Warchola | | Child | $ 8,500,000.00 |
| 238 | Michael | | Warchola | | Amy | Sarah | Warchola | | Child | $ 8,500,000.00 |
| 239 | Derrick | Christopher | Washington | | Brandon | Lamont | Washington | | Sibling | $ 4,250,000.00 |
| 240 | Derrick | Christopher | Washington | | Tracey | Lamar | Washington | | Sibling | $ 4,250,000.00 |
| 241 | Eugene | Michael | Whelan | | Barbara | Ann | Arthur | | Sibling | $ 4,250,000.00 |
| 242 | Eugene | Michael | Whelan | | Donna | Marie | McEwan | | Sibling | $ 4,250,000.00 |
| 243 | Eugene | Michael | Whelan | | Alfred | Lawrence | Whelan | Jr. | Sibling | $ 4,250,000.00 |
| 244 | Eugene | Michael | Whelan | | John | Andrew | Whelan | | Sibling | $ 4,250,000.00 |
| 245 | Eugene | Michael | Whelan | | Robert | Thomas | Whelan | | Sibling | $ 4,250,000.00 |
| 246 | Eugene | Michael | Whelan | | Thomas | Michael | Whelan | | Sibling | $ 4,250,000.00 |
| 247 | Eugene | Michael | Whelan | | William | Kenneth | Whelan | | Sibling | $ 4,250,000.00 |
| 248 | Kenneth | W. | White | | Allison | Sarah | Fekete | | Child | $ 8,500,000.00 |
| 249 | Kenneth | W. | White | | Catherine | C. | White | | Spouse | $ 12,500,000.00 |
| 250 | Kevin | Michael | Williams | | Kelly | Ann | Abrams | | Sibling | $ 4,250,000.00 |
| 251 | Kevin | Michael | Williams | | James | Patrick | Williams | | Sibling | $ 4,250,000.00 |

| | | | EXHIBIT A | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 252 | David | T. | Wooley | | Mary | | Otto | | Parent | $ 8,500,000.00 |
| 253 | Vicki | L. | Yancey | | David | Mauzy | Yancey | | Spouse | $ 12,500,000.00 |
| 254 | Matthew | David | Yarnell | | Lindsey | Marissa | Hill | | Sibling | $ 4,250,000.00 |
| | | | | | | | TOTAL: | | | $ 1,653,500,000.00 |