| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **EXHIBIT B** |
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY FILED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE | **PERSONAL REPRESENTATIVE (PARAGRAPH IN AMENDED COMPLAINT--OR OTHER NOTED PLEADING--WHERE CLAIMS APPEAR)** |
| 1 | Louis | | Arena | | $ 2,000,000.00 | | $10,572,200.00 | $ 12,572,200.00 | Wandalee Arena (3197) |
| 2 | John | E. | Bulaga | Jr. | | $ 2,000,000.00 | $ 11,215,259.00 | $ 13,215,259.00 | Michelle Bulaga (2838) |
| 3 | Cecile | M. | Caguicla | | $ 2,000,000.00 | | $ 4,924,063.00 | $ 6,924,063.00 | Natividad M. Cruz (2477 as DOE AP228) |
| 4 | Michael | F. | Cammarata | | | $ 2,000,000.00 | $ 10,563,948.00 | $ 12,563,948.00 | Joseph M. Cammarata, Sr. (901) |
| 5 | Jeffrey | M. | Chairnoff | | | $ 2,000,000.00 | $28,425,498.00 | $ 30,425,498.00 | Helaine K. Chairnoff (969 as DOE AP104) |
| 6 | Christopher | | Colasanti | | $ 2,000,000.00 | | | $ 2,000,000.00 | Kelly Ann Colasanti (3426) |
| 7 | Robert | Joseph | Coll | II | $ 2,000,000.00 | | $32,752,126.00 | $ 34,752,126.00 | Jennifer B. Coll (2388) |
| 8 | Donald | Americo | DiTullio | | $ 2,000,000.00 | | $ 5,855,460.00 | $ 7,855,460.00 | Marjorie Alice DiTullio (2015) |
| 9 | Joseph | W. | Flounders | | $ 2,000,000.00 | | | $ 2,000,000.00 | Lila May Walkden Flounders (2000) (Deceased)(Successor PR - Christian Croner) |
| 10 | Grace | Catherine | Galante | | $ 2,000,000.00 | | | $ 2,000,000.00 | Giovanni Galante (1980) |
| 11 | Linda | | George | | $ 2,000,000.00 | | $ 13,151,152.00 | $ 15,151,152.00 | Richard A. George (3225) |
| 12 | Robert | J. | Gerlich | | $ 2,000,000.00 | | | $ 2,000,000.00 | Rochelle Gerlich (2863) |
| 13 | Mark | Y. | Gilles | | $ 2,000,000.00 | | | $ 2,000,000.00 | Gisele Jean-Gilles (2378) (Deceased)(Successor PR - Marie Myriam Jean-Gilles) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EXHIBIT B | | | | | | | | | |

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY FILED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE | PERSONAL REPRESENTATIVE (PARAGRAPH IN AMENDED COMPLAINT--OR OTHER NOTED PLEADING--WHERE CLAIMS APPEAR) |
|---|---|---|---|---|---|---|---|---|---|
| 14 | David | Martin | Graifman | | | $ 2,000,000.00 | $33,904,573.00 | $ 35,904,573.00 | Christine R. Huhn (1246) |
| 15 | Michael | H. | Haub | | $ 2,000,000.00 | | | $ 2,000,000.00 | Erika A. Haub (3438) |
| 16 | Susan | | Huie | | $ 2,000,000.00 | | | $ 2,000,000.00 | Tennyson Huie (3254) |
| 17 | Steven | Donald | Jacoby | | | $ 2,000,000.00 | $28,862,870.00 | $ 30,862,870.00 | Kimberly H. Jacoby (2558) |
| 18 | Kathryn | | Laborie | | $ 2,000,000.00 | | $ 7,101,925.00 | $ 9,101,925.00 | Eric LaBorie (416) |
| 19 | Alfred | Russell | Maler | | $ 2,000,000.00 | | $ 13,024,304.00 | $ 15,024,304.00 | Laura A. Maler (1199 as DOE AP126) |
| 20 | Philip | William | Mastrandrea | Jr. | $ 2,000,000.00 | | $ 19,720,002.00 | $ 21,720,002.00 | Karen E. Mastrandrea (260) |
| 21 | William | J. | McGovern | | | $ 2,000,000.00 | $7,593,316.00 | $ 9,593,316.00 | Mary Sue McGovern (1178) |
| 22 | William | J. | Meehan | Jr. | $ 2,000,000.00 | | | $ 2,000,000.00 | Maureen E. Meehan (2936) |
| 23 | Susan | | Pinto | | $ 2,000,000.00 | | $ 11,106,201.00 | $ 13,106,201.00 | Douglas A. Pinto (1527) |
| 24 | Bradley | Hodges | Vadas | | $ 2,000,000.00 | | $ 41,631,172.00 | $ 43,631,172.00 | Donald J. Vadas (2651) (Deceased)(Successor Co-PRs - Melissa Prevey and Christopher Vadas) |
| 25 | Matthew | B. | Wallens | | | $ 2,000,000.00 | $ 113,621,010.00 | $ 115,621,010.00 | Raina Allison Wallens (3335) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EXHIBIT B | | | | | | | | | | |
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY FILED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE | **PERSONAL REPRESENTATIVE (PARAGRAPH IN AMENDED COMPLAINT--OR OTHER NOTED PLEADING--WHERE CLAIMS APPEAR)** | |
| 26 | Eugene | Michael | Whelan | | $ 2,000,000.00 | | | $ 2,000,000.00 | Alfred L. Whelan, Sr. (1940) (Deceased)(Successor PR - Joan Ann Whelan) | |
| | | | **TOTALS:** | | **$ 38,000,000.00** | **$ 14,000,000.00** | **$ 394,025,079.00** | **$ 446,025,079.00** | | |