# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)

JAMES P. KREINDLER, Esq., hereby states under penalty of perjury that:

1. I am an attorney representing the *Ashton* plaintiffs in the above-captioned litigation and I submit this declaration in support of the motion for final judgment on behalf of the individual plaintiffs listed in the exhibits attached hereto as Exhibits A-1 and A-2 (the "*Ashton 21* Plaintiffs")[1] and the estates of, and for permission to allow any remaining *Ashton* plaintiffs to move for the same relief in separate stages.

2. The source of my information and the basis for my belief in my statements contained herein is my personal involvement in this matter for 18 years; my firm's representation of the *Ashton 21* Plaintiffs in connection with the September 11th litigation; communications directly from family members of the individuals killed in the attacks on September 11th and the plaintiffs listed in Exhibits A-1 and A-2; and other court records relating to the multi-district litigation to which the *Ashton* plaintiffs are parties. Any matters about which I lack personal knowledge are asserted herein upon information and belief.

3. The decedents listed in Exhibits A-1 and A-2 died in the September 11th terrorist attacks and are survived by the immediate family members listed in Exhibits A-1 and A-2. The

---

[1] Prior motions were delineated by roman numerals, but that led to certain numbers being inadvertently repeated. To try to avoid this error, we have now shifted to the use of Arabic numbers to identify each group of movants.

relationships set forth in Exhibits A-1 and A-2 have been personally verified by staff members in my office who have obtained written documentation, retrieved biographical paperwork (such as marriage certificates, birth certificates, baptismal certificates, obituary notices and wedding announcements) and / or conducted interviews with the family members listed in Exhibits A-1 and A-2 (or with their other family members) confirming the relationships set forth there.

4.  To minimize the chance of any human error, my firm has instituted a further level of quality control, during which each client's file is reviewed a second time and the relationships and other information contained in Exhibits A-1 and A-2 are corroborated, as is the fact that the claimants all survived the deaths of their loved ones on September 11, 2001.

5.  We have been retained by the plaintiffs listed in Exhibits A-1 and A-2 to pursue recovery for their solatium losses arising out of the deaths of their loved ones on September 11, 2001. We have verified that none of the plaintiffs listed in Exhibits A-1 and A-2 has recovered for his or her solatium damages previously nor do they have any other pending motion before this Court for compensation against Iran arising out of the September 11th attacks by reviewing court dockets and cross-checking those individuals with other attorneys representing the relatives of persons killed on September 11, 2001.

6.  For the 9/11 Decedents listed in Exhibit A-1, my law firm has confirmed that either the decedent or the plaintiff was a United States national as of September 11, 2001, either based on documentary evidence (such as copies of birth certificates, passports and / or verified applications to the September 11, 2001 Victim Compensation Fund) or personal interviews and / or written communications with the representatives of the Estates of those 9/11 Decedents or their family members.

7.  For the 9/11 Decedents listed on Exhibit A-2, my office has either confirmed that

neither they nor their relative killed on September 11, 2001 was a United States national (or member of the armed services or government or government contractor employee) as of September 11, 2001, or else has not yet been able to confirm the nationality of the family member or the 9/11 Decedent from documentation or via interviews.

8. For all of the reasons set forth in this declaration and the *Ashton 21* Wrongful Death Plaintiffs' Motion for Final Judgments, I respectfully request that this Court grant the proposed order filed herewith.

Dated: March 5, 2020
New York, NY

                                              /s/ James P. Kreindler
                                              James P. Kreindler