# EXHIBIT A-1

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Terrance | | Aiken | | Cassandra | | Aiken | | Sibling | $ 4,250,000.00 |
| 2 | Terrance | | Aiken | | Georgia | | Burgess | | Sibling | $ 4,250,000.00 |
| 3 | Terrance | | Aiken | | Kanian | | Aiken | | Child | $ 8,500,000.00 |
| 4 | Terrance | | Aiken | | Kecia | | Aiken-Dorismond | | Sibling | $ 4,250,000.00 |
| 5 | Terrance | | Aiken | | Michael | | Aiken | | Sibling | $ 4,250,000.00 |
| 6 | Patrick | | Aranyos | | Stephanie | L. | Aranyos | | Sibling | $ 4,250,000.00 |
| 7 | Peter | | Bielfeld | | Brittany | | Bielfeld | | Child | $ 8,500,000.00 |
| 8 | Gary | | Box | | Brigette | | Box | | Child | $ 8,500,000.00 |
| 9 | Gary | | Box | | Dalton | | Box | | Child | $ 8,500,000.00 |
| 10 | Irina | | Buslo | | Ngoran | | Dje | | Spouse | $ 12,500,000.00 |
| 11 | Thomas | M. | Butler | | William | | Butler | | Sibling | $ 4,250,000.00 |
| 12 | Eugene | | Clark | | Garry | Delano | Clark, Sr. | | Sibling | $ 4,250,000.00 |
| 13 | Eugene | | Clark | | Patrick N. Courtney, as Personal Representative of the estate of Larry | | Courtney | | Partner | $ 12,500,000.00 |
| 14 | Eugene | | Clark | | Regina | | Gans | | Sibling | $ 4,250,000.00 |
| 15 | Gregory | A. | Clark | | Sarah | | Clark | | Child | $ 8,500,000.00 |
| 16 | Ruben | D. | Correa | | Susan | | Correa | | Spouse | $ 12,500,000.00 |
| 17 | Conrod | | Cottoy, Sr. | | Conrod | | Cottoy, Jr. | | Child | $ 8,500,000.00 |
| 18 | Conrod | | Cottoy, Sr. | | Corey | | Cottoy | | Child | $ 8,500,000.00 |
| 19 | Conrod | | Cottoy, Sr. | | Kojo | | Cottoy | | Child | $ 8,500,000.00 |
| 20 | Grace | | Cua | | Nicole | | Cua | | Child | $ 8,500,000.00 |
| 21 | Grace | | Cua | | Patrick | | Cua | | Child | $ 8,500,000.00 |
| 22 | Laurence | | Curia | | Cherilyn | | McMullen | | Child | $ 8,500,000.00 |
| 23 | Joseph | | Della Pietra | | Lisa | | Della Pietra | | Sibling | $ 4,250,000.00 |
| 24 | Joseph | | Della Pietra | | Sandra | | Della Pietra | | Parent | $ 8,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | Douglas | | Distefano | | Ann | | Distefano | | Sibling | $ 4,250,000.00 |
| 26 | Douglas | | Distefano | | Frank | | Distefano | | Parent | $ 8,500,000.00 |
| 27 | Douglas | | Distefano | | Sharon | | Distefano | | Parent | $ 8,500,000.00 |
| 28 | William | L. | Fallon, Jr. | | Elizabeth Fallon, as Personal Representative of the Estate of Elizabeth | | Fallon | | Parent | $ 8,500,000.00 |
| 29 | William | L. | Fallon, Jr. | | Elizabeth Fallon, as Personal Representative of the Estate of William | | Fallon | | Parent | $ 8,500,000.00 |
| 30 | Thomas | | Foley | | Carrie Foley, as Personal Representative of the Estate of Daniel | | Foley | | Sibling | $ 4,250,000.00 |
| 31 | Thomas | | Foley | | Joanne Foley, as Personal Representative of the Estate of Patricia | | Foley | | Parent | $ 8,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | Thomas | | Foley | | Joanne Foley, as Personal Representative of the Estate of Thomas | | Foley | | Parent | $ 8,500,000.00 |
| 33 | Andrew | | Friedman | | Wendi Gabrieli, as Personal Representative of the Estate of Elaine | | Friedman | | Parent | $ 8,500,000.00 |
| 34 | Andrew | | Friedman | | Wendi Gabrieli, as Personal Representative of the Estate of Melvin | | Friedman | | Parent | $ 8,500,000.00 |
| 35 | William | A. | Gardner | | Gregory | | Ardison-Gardner | | Child | $ 8,500,000.00 |
| 36 | Suzanne | | Geraty | | Erin | | Durkin | | Sibling | $ 4,250,000.00 |
| 37 | Suzanne | | Geraty | | Sean | | Geraty | | Sibling | $ 4,250,000.00 |
| 38 | Paul | J. | Gill | | Lorraine | M. | Betancourt | | Parent | $ 8,500,000.00 |
| 39 | Paul | J. | Gill | | Michelle | J. | Gill-Martinez | | Sibling | $ 4,250,000.00 |
| 40 | Paul | J. | Gill | | Tina | | Lampart | | Spouse | $ 12,500,000.00 |
| 41 | John | | Giordano | | Jessica | | Giordano | | Child | $ 8,500,000.00 |
| 42 | John | | Giordano | | Jonathan | | Giordano | | Child | $ 8,500,000.00 |
| 43 | John | | Giordano | | Jordan | | Giordano | | Child | $ 8,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 44 | Calvin | J. | Gooding | | Celia | Rose | Gooding | | Child | $ 8,500,000.00 |
| 45 | Calvin | J. | Gooding | | Lachanze | | Sapp-Gooding | | Spouse | $ 12,500,000.00 |
| 46 | Calvin | J. | Gooding | | Zaya | Lachanze | Gooding | | Child | $ 8,500,000.00 |
| 47 | Thomas | | Hannafin | | Kayla | | Hannafin | | Child | $ 8,500,000.00 |
| 48 | Thomas | | Hannafin | | Thomas | | Hannafin | | Child | $ 8,500,000.00 |
| 49 | Anthony | | Hawkins | | Chaniqua | | Wynter | | Sibling | $ 4,250,000.00 |
| 50 | Brian | | Hickey | | Daniel | | Hickey | | Child | $ 8,500,000.00 |
| 51 | Brian | | Hickey | | Dennis | | Hickey | | Child | $ 8,500,000.00 |
| 52 | Brian | | Hickey | | Jaclyn | | LaBarbera | | Child | $ 8,500,000.00 |
| 53 | Brian | | Hickey | | Kevin | | Hickey | | Child | $ 8,500,000.00 |
| 54 | Brian | | Hickey | | Loretta | | Petronzi | | Sibling | $ 4,250,000.00 |
| 55 | Brian | | Hickey | | Mary | | Truelson | | Sibling | $ 4,250,000.00 |
| 56 | Milagros | | Hromada | | Ana | | Arvelo | | Parent | $ 8,500,000.00 |
| 57 | Milagros | | Hromada | | Awilda | | Breban | | Sibling | $ 4,250,000.00 |
| 58 | Milagros | | Hromada | | Brunilda | | Rodriguez | | Sibling | $ 4,250,000.00 |
| 59 | Milagros | | Hromada | | Doris | | Martinez | | Sibling | $ 4,250,000.00 |
| 60 | Milagros | | Hromada | | Mariano | | Arvelo, Jr. | | Sibling | $ 4,250,000.00 |
| 61 | Milagros | | Hromada | | Robin | | Arvelo | | Sibling | $ 4,250,000.00 |
| 62 | Milagros | | Hromada | | RoseMarie | | Delgado | | Sibling | $ 4,250,000.00 |
| 63 | John | | Iskyan | | Joan O'Brien, as Personal Representative of the Estate of Carol | | Iskyan | | Parent | $ 8,500,000.00 |
| 64 | Shari | | Kandell | | Beatrice | | Kandell | | Parent | $ 8,500,000.00 |
| 65 | Shari | | Kandell | | Steven | | Kandell | | Sibling | $ 4,250,000.00 |
| 66 | Raymond | Fai | Kwok | | Yun Yu | | Zheng | | Spouse | $ 12,500,000.00 |
| 67 | Charles | A. | McCrann | | Maxine | | McCrann | | Child | $ 8,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 68 | Henry | A. | Miller, Jr. | | Wayne Miller, as Personal Representative of the Estate of Beatrice | | Miller | | Parent | $ 8,500,000.00 |
| 69 | Henry | A. | Miller, Jr. | | Wayne Miller, as Personal Representative of the Estate of Henry | | Miller | | Parent | $ 8,500,000.00 |
| 70 | William | | Minardi | | Christine | | Minardi | | Child | $ 8,500,000.00 |
| 71 | William | | Minardi | | James | | Minardi | | Sibling | $ 4,250,000.00 |
| 72 | William | | Minardi | | Joanne | | Pitino | | Sibling | $ 4,250,000.00 |
| 73 | William | | Minardi | | Mary | | Vogt | | Sibling | $ 4,250,000.00 |
| 74 | William | | Minardi | | Robert | | Minardi | | Child | $ 8,500,000.00 |
| 75 | William | | Minardi | | Stephanie | | Minardi | | Spouse | $ 12,500,000.00 |
| 76 | William | | Minardi | | William | | Minardi | | Child | $ 8,500,000.00 |
| 77 | Thomas | | Mingione | | Amanda | | Mingione | | Child | $ 8,500,000.00 |
| 78 | Thomas | | Mingione | | Jennifer | | Mingione | | Spouse | $ 12,500,000.00 |
| 79 | Krishna | | Moorthy | | Anita | | Moorthy | | Child | $ 8,500,000.00 |
| 80 | Krishna | | Moorthy | | Saradha | | Moorthy | | Spouse | $ 12,500,000.00 |
| 81 | Krishna | | Moorthy | | Sriarm | | Moorthy | | Child | $ 8,500,000.00 |
| 82 | Michel | | Pelletier | | Sydney | | Pelletier-Martinelli | | Child | $ 8,500,000.00 |
| 83 | Joseph | | Perroncino | | Deborah | | Cassano | | Sibling | $ 4,250,000.00 |
| 84 | Joseph | | Perroncino | | Doreen | | Reith | | Sibling | $ 4,250,000.00 |
| 85 | Joseph | | Perroncino | | Stephen | | Perroncino | | Sibling | $ 4,250,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 86 | Joseph | | Perroncino | | Stephen Perroncino, as Personal Representative of the Estate of Joseph | | Perroncino | Sr. | Parent | $ 8,500,000.00 |
| 87 | Kevin | | Pfeifer | | Joseph | | Pfeifer | | Sibling | $ 4,250,000.00 |
| 88 | Kevin | | Pfeifer | | Mary | | Machinski | | Sibling | $ 4,250,000.00 |
| 89 | Kevin | O. | Reilly | | Jennifer | | Reilly | | Spouse | $ 12,500,000.00 |
| 90 | Scott | W. | Rohner | | Katherine | | Rohner | | Parent | $ 8,500,000.00 |
| 91 | Norman | | Rossinow | | Susan | | Rossinow | | Spouse | $ 12,500,000.00 |
| 92 | Tatiana | | Ryjova | | Vasiliy | | Rijov | | Spouse | $ 12,500,000.00 |
| 93 | Jayesh | | Shah | | Kevin | | Shah | | Child | $ 8,500,000.00 |
| 94 | Jayesh | | Shah | | Nikita | | Shah | | Child | $ 8,500,000.00 |
| 95 | Jayesh | | Shah | | Niloy | | Shah | | Sibling | $ 4,250,000.00 |
| 96 | Stanley | S. | Smagala, Jr. | | Alexa | | Smagala | | Child | $ 8,500,000.00 |
| 97 | Saranya | | Srinuan | | Vatchpol | | Srinuan | | Sibling | $ 4,250,000.00 |
| 98 | Lawrence | T. | Stack | | Dennis | | Stack | | Sibling | $ 4,250,000.00 |
| 99 | Lawrence | T. | Stack | | Kevin | | Stack | | Sibling | $ 4,250,000.00 |
| 100 | Lawrence | T. | Stack | | Thomas | | Stack | | Sibling | $ 4,250,000.00 |
| 101 | Thomas | F. | Theurkauf, Jr. | | Barbara | Joan | Theurkauf | | Sibling | $ 4,250,000.00 |
| 102 | Thomas | F. | Theurkauf, Jr. | | Charles | H. | Theurkauf | | Child | $ 8,500,000.00 |
| 103 | Thomas | F. | Theurkauf, Jr. | | Edward | | Theurkauf | | Child | $ 8,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 104 | Thomas | F. | Theurkauf, Jr. | | Barbara Theurkauf and Patricia Theurkauf, as Personal Representatives of the Estate of Helen | C. | Theurkauf | | Parent | $ 8,500,000.00 |
| 105 | Thomas | F. | Theurkauf, Jr. | | Patricia | Ann | Theurkauf | | Sibling | $ 4,250,000.00 |
| 106 | Thomas | F. | Theurkauf, Jr. | | Thomas Francis Theurkauf, III., as Personal Representative of the Estate of Robin | | Theurkauf | | Spouse | $ 12,500,000.00 |
| 107 | Thomas | F. | Theurkauf, Jr. | | Thomas | Francis | Theurkauf, III | | Child | $ 8,500,000.00 |
| 108 | Thomas | F. | Theurkauf, Jr. | | Barbara Theurkauf and Patricia Theurkauf, as Personal Representatives of the Estate of Thomas | Francis | Theurkauf, Sr. | | Parent | $ 8,500,000.00 |
| 109 | Thomas | F. | Theurkauf, Jr. | | William | | Theurkauf | | Sibling | $ 4,250,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 110 | Pauline | | Tull-Francis | | Calvin | | Tull | | Child | $ 8,500,000.00 |
| 111 | Pauline | | Tull-Francis | | Francine | | Tull-Lindo | | Child | $ 8,500,000.00 |
| 112 | Pauline | | Tull-Francis | | Jennifer | | Tull | | Child | $ 8,500,000.00 |
| 113 | Pendyala | | Vamsikrishna | | Nadadur S. Kumar, as Personal Representative of the Estate of Prasanna | | Kalahasthi | | Spouse | $ 12,500,000.00 |
| 114 | Joseph | | Vilardo | | Nicole | | Vilardo | | Child | $ 8,500,000.00 |
| 115 | Joanne | F. | Weil | | Judith | | Weil | | Parent | $ 8,500,000.00 |
| 116 | Neil | | Wright | | Daniel | | Wright | | Child | $ 8,500,000.00 |
| 117 | Neil | | Wright | | Jack | Colin | Wright | | Child | $ 8,500,000.00 |
| 118 | Joseph | | Zaccoli | | Anthony | | Zaccoli | | Sibling | $ 4,250,000.00 |
| 119 | Joseph | | Zaccoli | | Bette | | Zaccoli Cozy | | Parent | $ 8,500,000.00 |
| 120 | Joseph | | Zaccoli | | Bret | | Zaccoli | | Sibling | $ 4,250,000.00 |
| 121 | Joseph | | Zaccoli | | Lori | | Zaccoli Davies | | Sibling | $ 4,250,000.00 |
| 122 | Joseph | | Zaccoli | | Santo | | Zaccoli | | Parent | $ 8,500,000.00 |