EXHIBIT A-2

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Graham | A. | Berkeley | | Christopher | | Berkeley | | Sibling | $ 4,250,000.00 |
| 2 | Graham | A. | Berkeley | | Roger | | Berkeley | | Sibling | $ 4,250,000.00 |
| 3 | Ana | | Debarrera | | Geisel | Dagne | Barrera Pocasangre | | Child | $ 8,500,000.00 |
| 4 | Ana | | Debarrera | | Karen | Lisbeth | Barrera Pocasangre | | Child | $ 8,500,000.00 |
| 5 | Ana | | Debarrera | | Linda | Morena | Barrera Pocasangre | | Child | $ 8,500,000.00 |
| 6 | Ana | | Debarrera | | Lombardo | Ernesto | Barrera | | Child | $ 8,500,000.00 |
| 7 | Ana | | Debarrera | | Mauricio | Ernesto | Barrera Pocasangre | | Child | $ 8,500,000.00 |
| 8 | Andrew | | Knox | | Stuart | John | Knox | | Sibling | $ 4,250,000.00 |
| 9 | Bernard | | Mascarenhas | | Sven | | Mascarenhas | | Child | $ 8,500,000.00 |