# EXHIBIT A

| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | CIVIL DOCKET NUMBER | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Donald | | Leistman | | David | R. | Leistman | | 02-cv-6977 | $ 2,000,000.00 | $10,537,161.00 | $ 12,537,161.00 |
| 2 | Susan | | Rossinow | | Norman | | Rossinow | | 02-cv-6977 | $ 2,000,000.00 | $ 7,620,191.00 | $ 9,620,191.00 |
| 3 | Lachanze | | Sapp-Gooding | | Calvin | J. | Gooding | | 02-cv-6977 | $ 2,000,000.00 | $11,580,791.00 | $ 13,580,791.00 |
| 4 | Thomas | Francis | Theurkauf | III | Thomas | F. | Theurkauf | Jr. | 02-cv-6977 | $ 2,000,000.00 | $28,345,540.00 | $ 30,345,540.00 |