# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*

March 9, 2021

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re: *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp., et al.*,
> 04-cv-1923 (S.D.N.Y.) (GBD) (SN)

Dear Judge Daniels:

Pursuant to this Court's Individual Practices in Civil Cases IV.D., the *O'Neill* Plaintiffs file this letter request for oral argument of Plaintiffs' Fed. R. Civ. P. 72(b) Objections to the Magistrate Judge's Report & Recommendation, dated January 22, 2021 (ECF No. 6601) recommending denial of class certification. The Court would likely find oral argument beneficial in weighing the applicable Rule 23 class certification factors against a uniquely complex 17-year record. No oral argument was previously held on the issue of class certification due to the COVID-19 pandemic. *See* ECF No. 6112.

We thank the Court for its attention to this matter.

Respectfully submitted,

Jerry S. Goldman, Esq.

cc: All Counsel via ECF

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100369234.1