**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| **IN RE TERRORIST ATTACKS ON** **SEPTEMBER 11, 2001** | **Civil Action No.** **03 MDL 1570 (GBD) (SN)** |

-------------------------------------------------------------x

**This document relates to:**
*Burnett, et al. v. Al Baraka Investment and Development Corp., et al.,*
Case No. 03-CV-9849 (GBD)(SN)
*Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.,*
Case No. 04-CV-7279 (GBD)(SN)
*Burnett, et al. v. The Islamic Republic of Iran, et al.,* Case No. 15-CV-9903 (GBD)(SN)
*Adams, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11493 (GBD)(SN)
*Actisdano, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11504 (GBD)(SN)
*Anderson, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11509 (GBD)(SN)
*Abraham, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11515 (GBD)(SN)
*Abrahams, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11519 (GBD)(SN)
*Arias, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11582 (GBD)(SN)
*Agri, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11619 (GBD)(SN)
*Barrera, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11624 (GBD)(SN)
*Ando, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11664 (GBD)(SN)
*Aepelbacher, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12030 (GBD)(SN)
*Adam, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12118 (GBD)(SN)
*Abreu, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12318 (GBD)(SN)
*Parks, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12322 (GBD)(SN)
*Odland, et al. v. Kingdom of Saudi Arabia,* Case No. 19-CV-26 (GBD)(SN)
*Arias, et al. v. The Islamic Republic of Iran,* Case No. 19-CV-41 (GBD)(SN)
*Prior, et al. v. The Islamic Republic of Iran,* Case No. 19-CV-44 (GBD)(SN)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the

Southern District of New York, I, Jade A. Haileselassie, hereby move this Court for an Order for

admission to practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned

matters.

I am a member in good standing of the bars of the State of Maryland, the State of South Carolina, and the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Date: March 9, 2021

Respectfully Submitted,

Jade A. Haileselassie
MOTLEY RICE
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9043
Facsimile: (843) 216-9450
Email: jhaileselassie@motleyrice.com