**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                                      03 MDL 1570 (GBD) (SN)

------------------------------------------------------------x

**This document relates to:**
*Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*,
Case No. 03-CV-9849 (GBD)(SN)
*Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.*,
Case No. 04-CV-7279 (GBD)(SN)
*Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
*Adams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11493 (GBD)(SN)
*Actisdano, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11504 (GBD)(SN)
*Anderson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11509 (GBD)(SN)
*Abraham, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11515 (GBD)(SN)
*Abrahams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11519 (GBD)(SN)
*Arias, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11582 (GBD)(SN)
*Agri, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11619 (GBD)(SN)
*Barrera, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11624 (GBD)(SN)
*Ando, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11664 (GBD)(SN)
*Aepelbacher, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12030 (GBD)(SN)
*Adam, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12118 (GBD)(SN)
*Abreu, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12318 (GBD)(SN)
*Parks, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12322 (GBD)(SN)
*Odland, et al. v. Kingdom of Saudi Arabia*, Case No. 19-CV-26 (GBD)(SN)
*Arias, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-41 (GBD)(SN)
*Prior, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-44 (GBD)(SN)

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

The motion of Jade A. Haileselassie, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of Maryland, South Carolina, and the District of Columbia; and that her information is as follows:

Jade A. Haileselassie  
MOTLEY RICE  
28 Bridgeside Blvd.  
Mount Pleasant, SC 29464  
Telephone: (843) 216-9043  
Facsimile: (843) 216-9450  
Email: jhaileselassie@motleyrice.com

Applicant having requested *pro hac vice* to appear for all purposes as counsel for Plaintiffs. in the above-entitled actions;

    IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United State District Court for the District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date:

                                                                                                         _____  
                                                                                        Sarah Netburn  
                                                                                        United States Magistrate Judge