# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Charles Ross Heyl was duly sworn and admitted as an attorney in this state on November 19, 2019, and is currently a regular member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY _Margaret C. McGee_
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

February 25, 2021