UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD) (SN)

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279
*O'Neill, et al. v. The Muslim World League, et al.*, Case No. 1:18-cv-12041

## DECLARATION OF STEPHEN M. DEGENARO

Stephen M. DeGenaro, under the penalty of perjury, states as follows:

(1) The facts herein are based upon my personal knowledge.

(2) Withdrawal is necessary because the undersigned will cease to be associated with Jones Day after March 12, 2021.

(3) My withdrawal will not occasion a request for an extension of any deadlines in the case.

(4) I am not asserting a retaining or charging lien in connection with my departure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2020.

Stephen M. DeGenaro