UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks On September 11, 2001   )   03 MDL 1570 (GBD) (SN)
)
)
)
)

This document relates to:

*Paul Asaro et al. v. Islamic Republic of Iran*, 20-cv-10460 (GBD) (SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, 18-cv-05339 (GBD) (SN)

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: MAR 1 5 2021

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that the following Plaintiffs by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss all claims in the above-referenced actions without prejudice as to Defendant, the Islamic Republic of Iran ("Iran"):

| | Plaintiff's Name | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury) | Case Name |
|---|---|---|---|---|---|---|---|---|
| 1. | Margaret Randazzo-Maloy | CA | United States | Gene Maloy | Spouse | United States | Solatium | *Paul Asaro et al. v. Islamic Republic of Iran*, 20-cv-10460 |
| 2. | April Fitzgerald | VA | United States | Gene Maloy | Solely in the Capacity of Personal Representative of the Estate of Gene Maloy[1] | United States | Wrongful Death | *Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, 18-cv-05339 |

Federal Rule of Civil Procedure 41 provides, in relevant part:

(a) VOLUNTARY DISMISSAL.

---

[1] April Fitzgerald's individual claim remains active against Iran.

docs-100367580.2

> (1) *By the Plaintiff.*
>> (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>>> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]

Here, Iran has not served an answer or a motion for summary judgment. Accordingly, the above-referenced Plaintiffs' claims against Iran may be dismissed without prejudice and without an Order of the Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 9, 2021

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
Bruce Strong, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com
bstrong@andersonkill.com

*Attorneys for Plaintiffs*

docs-100367580.2