

www.motleyrice.com

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000  **f.** 843.216.9450

**Robert T. Haefele**
*Licensed in DC, NJ, NY, PA, SC*
direct: 843.216.9184
rhaefele@motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

March 15, 2021

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

   Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(SN)
     This Document Relates to:
     *Burnett, et al. v. Al Baraka Inv. & Dev. Corp.*, et al., No. 03-cv-9849 (GBD)(SN)
     Plaintiff Michael Cioffi only

Dear Judge Netburn:

Motley Rice LLC, counsel for the plaintiffs in the *Burnett* action, which has included plaintiff Michael Cioffi, write in response to the Court's order at ECF No. 6658, directing us to (1) notify the Court whether Motley Rice LLC intends to assert a lien over the matter, and (2) either consent to the substitution by signing the relevant form or inform the Court of the basis for Motley Rice LLC's refusal to do so.

As to item 1, Motley Rice LLC will not assert a lien on this file. We do so while reserving our rights to assert a lien in any other instance where the issue of substitution of counsel may arise in the context of a plaintiff currently in *Burnett*.

As to item 2, Motley Rice LLC consents to the substitution of counsel. We include with this letter a signed copy of the consent form that accompanied Mr. Giaramita's correspondence, at ECF No 892 (page 4 of 6) on the docket of 1:03-cv-09848-GBD-SN. However, we request that the Court separate the case of this plaintiff, Michael Cioffi, from the remainder of the *Burnett* action to clarify on the docket that actions taken by *Burnett* counsel (Motley Rice LLC) for plaintiffs in the *Burnett* action are not taken on behalf of Mr. Cioffi.

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
   ROBERT T. HAEFELE

cc: All MDL Counsel of Record (via ECF)
   Joseph Giaramita, Esq., 8215 Fifth Ave., Brooklyn, New York 11209

   Enclosure