UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Michael Cioffi, substitutes Joseph Giaramita, Esq., 8215 Fifth Avenue, Brooklyn, New York 11209 as counsel of records in place.

Contact information for new counsel is as follows:

JOSEPH GIARAMITA, ESQ.
8215 Fifth Avenue
Brooklyn, New York 11209
718/748-4440
718/748-4272

I consent to the above substitution.

Date: July 20, 2020

MICHAEL CIOFFI

I consent to being substituted.

Date: Mar 15, 2021

MOTLEY, RICE
28 Bridgeside, Blvd.
Mount Pleasant, SC 29464

I, Joseph Giaramita, Esq., hereby consent to the above substitution of counsel.

Date: July     , 2020

JOSEPH GIARAMITA, ESQ.
8215 Fifth Avenue
Brooklyn, New York 11209
Tel: 718/748-4440
Fax: 718/748-4272
Email: nytriallawyer@aol.com

The substitution of attorney is hereby approved and so **ORDERED**.

Date:

_____
UNITED STATES DISTRICT JUDGE

f.049