**Exhibit A**

**(Alphabetically by Last Name of 9/11 Decedent)**

| Plaintiff's Name (Last, First, Middle) | Plaintiff's Citizenship on September 11, 2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | Amount of Solatium Damages |
|---|---|---|---|---|
| Chairnoff, Hugh A. | United States | Jeffrey Marc Chairnoff | Father | $8,500,000 |
| Chairnoff, Hedda S. | United States | Jeffrey Marc Chairnoff | Mother | $8,500,000 |
| Guja, Debra | United States | Geoffrey E. Guja | Wife | $12,500,000 |
| Larson, Luke Jerome | United States | John Adam Larson | Brother | $4,250,000 |
| Larson, Luke Jerome, as the Personal Representative of the Estate of Leroy E. Larson | United States | John Adam Larson | Father (deceased) | $8,500,000 |
| Larson, Matthew | United States | John Adam Larson | Brother | $4,250,000 |
| Luckett, James Taylor | United States | Edward H. Luckett | Brother | $4,250,000 |
| Luckett, Alexandra | United States | Edward H. Luckett | Sister | $4,250,000 |
| Luckett, Kathryn C. | United States | Edward H. Luckett | Sister | $4,250,000 |
| Tepedino, Vincent Joseph | United States | Jody Tepedino Nichilo | Brother | $4,250,000 |
| Nimbley, Michael | United States | Paul Richard Nimbley | Son | $8,500,000 |
| Parks, David | United States | Robert E. Parks, Jr. | Brother | $4,250,000 |
| Parks-Clancy, Carol | United States | Robert E. Parks, Jr. | Sister | $4,250,000 |
| Parks-Roubal, Lauren | United States | Robert E. Parks, Jr. | Sister | $4,250,000 |
| **TOTAL SOLATIUM DAMAGES** | | | | **$84,750,000** |