UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

**This document relates to:**

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran,* 1:18-cv-12370 (GBD) (SN)))

### [PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS

Upon consideration of the evidence and arguments submitted by Plaintiffs in the above-captioned *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran,* 1:18-cv-12370 (GBD) (SN) (the "*Chairnoff* Plaintiffs") through their Motion for (1) Judgment by Default as to Liability of the Islamic Republic of Iran pursuant to 28 U.S.C. § 1605A(c), and (2) Partial Final Judgments for Solatium and Pain and Suffering Damages for Certain Plaintiffs, and the evidence filed in the above-captioned multidistrict litigation on May 19, 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, together with the entire record in this case, it is hereby;

**ORDERED** that *Chairnoff* Plaintiffs' except Isabel Nimbley having established their claims against the Islamic Republic of Iran under 28 U.S.C. Section 1605A(c) by evidence satisfactory to the Court and there being no just reason for delay, their Motion for Judgment by Default Against the Islamic Republic of Iran is hereby GRANTED and partial final judgment on liability is entered in favor of *Chairnoff* Plaintiffs except Isabel Nimbley and against the Islamic Republic of Iran; and it is

**ORDERED** that, there being no just reason for delay, partial final judgment is entered against the Islamic Republic of Iran and in favor of those *Chairnoff* Plaintiffs identified in the attached **Exhibit A**, who are each the spouse, parent, child, or sibling (or the estate of a parent) of an individual killed in the terrorist attacks on September 11, 2001, are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling as set forth in Exhibit A; and it is

**ORDERED** that those *Chairnoff* Plaintiffs identified in the attached **Exhibit A** are awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of this judgment; and it is

**ORDERED** that, there being no just reason for delay, partial final judgment awarding compensatory damages for decedent's pain and suffering in the amount of $2,000,000 is entered against the Islamic Republic of Iran and in favor of the Estate of Geoffrey E. Guja, together with prejudgment interest thereon to be calculated at a rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of this judgment; and it is

**ORDERED** that Plaintiffs identified in the attached **Exhibit A** and the Estate of Geoffrey E. Guja may submit applications for economic, punitive or other damages, to the extent such awards have not previously been addressed, at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that Plaintiffs Angel Anderson, Aishah Anderson and Michele M. Nimbley, and Plaintiff Debra Guja, acting on behalf of the stepchildren of decedent Geoffrey E. Guja, may submit applications for judgments for solatium damages at a later date.

Dated: New York, New York
       <u>March            </u>, 2021

                                          SO ORDERED:


                                          _____
                                          GEORGE B. DANIELS
                                          United States District Judge