## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

March 22, 2021

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

Today we received the attached formal notice from the Swedish Court for the deposition hearing of witness Mohdar Abdullah. The Swedish Court set aside the dates of May 7, 10 – 12, 2021 for the hearing.

As the Court will recall, the deposition hearing was previously scheduled to proceed starting on March 1, 2021. Mohdar Abdullah, however, did not appear to testify and reported that he was ill. The Swedish Court subsequently asked the parties to advise the Clerk of their availability for four days to conduct the hearing starting on March 29, 2021. Plaintiffs advised the Court that they would be available at any time convenient for the Court; requested the first available date; and, suggested that the deposition proceed on April 6 - 9, 2021. We understand, however, that counsel for Saudi Arabia and/or Dallah Avco told the Swedish Court that they were unavailable on certain dates, resulting in a delay in setting the deposition hearing.

March 22, 2021
Page 2

Respectfully submitted,

| KREINDLER & KREINDLER | MOTLEY RICE |
|---|---|
| */s/ Steven R. Pounian* | */s/ Robert T. Haefele* |
| Steven R. Pounian, Esquire | Robert T. Haefele, Esquire |
| Andrew J. Maloney, Esquire | 28 Bridgeside Boulevard |
| 750 Third Avenue, 32nd Floor | Mt. Pleasant, SC 29464 |
| New York, NY 10017 | |
| For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims | For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |

COZEN O'CONNOR

*/s/ Sean P. Carter*
Sean P. Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103

For the MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims

Enclosure

| | | |
|---|---|---|
| SÖDERTÄLJE TINGSRÄTT<br>Enhet 2 | **KALLELSE**<br>2021-03-22 | Aktbilaga 120<br>Mål nr. T 1580-19<br>2:2 |

Advokat Andreas Ek

**Parter**: United States District Court Southern District of New York
**Målet gäller**: bevisupptagning åt utländsk domstol

Du kallas till sammanträde i målet:

| | |
|---|---|
| **Tid**: | Fredag den 7 maj 2021 kl. 09:00–16:00<br>Måndag den 10 maj 2021 kl. 09:00–16:00<br>Tisdag den 11 maj 2021 kl. 09:00–16:00 (reservdag)<br>Onsdag den 12 maj 2021 kl. 09:00–16:00 (reservdag)<br><br>Vänligen observera att sluttiden är preliminär. |
| **Adress**: | Storgatan 17, Södertälje |
| **Lokal**: | Sal 1<br>Kontrollera alltid domstolens informationstavla för aktuell lokal. |

Vid frågor, kontakta gärna domstolen på telefon 08-561 668 92.

Målkansliet

Bifogade informationsblad: Säkerhetskontroll

Om domstolens behandling av personuppgifter, se www.domstol.se/personuppgifter. Kontakta oss för information på annat sätt.

**Besöksadress**
Storgatan 17
**Telefon**
08-561 66 800

**Öppettider**
måndag–fredag
08:30–16:00

**Postadress**
Box 348
151 24 Södertälje

**E-post**
sodertalje.tingsratt@dom.se
**Webbplats**
www.sodertaljetingsratt.domstol.se

Dok.Id 400540



**SÖDERTÄLJE TINGSRÄTT**
SVERIGES DOMSTOLAR

1 (1)

### Säkerhetskontroll

Södertälje tingsrätt genomför säkerhetskontroll vid tingsrättens entré. Syftet med kontrollen är att öka säkerheten och tryggheten i domstolens lokaler.

Det underlättar om du redan före kontrollen tömmer dina fickor på eventuella metallföremål och lägger dem i de plastbackar som finns vid kontrollen. Vänligen notera att medhavda väskor kommer att genomsökas efter farliga föremål.

När många personer samtidigt kommer till tingsrätten kan kontrollen medföra viss köbildning. Det är därför viktigt att du kommer i god tid till din förhandling.

Box 348, 151 24 Södertälje • Besöksadress: Storgatan 17 • Telefon: 08-561 668 00 • Fax: 08-561 668 99 • sodertalje.tingsratt@dom.se •
www.sodertaljetingsratt.domstol.se
Expeditionstid: Måndag - fredag 08.00 - 12.00, 13.00 - 15.00