EXHIBIT 2

**From:** Aisha Bembry <Aisha.Bembry@LBKMLAW.com>
**Sent:** Monday, March 22, 2021 8:11 AM
**To:** Carter, Sean (SCarter1@cozen.com) <scarter1@cozen.com>; Tarbutton, Scott <starbutton@cozen.com>; Haefele, Robert <rhaefele@motleyrice.com>; Flowers, Jodi <jflowers@motleyrice.com>; Andrew J. Maloney <amaloney@kreindler.com>; Goldman, Jerry S. <Jgoldman@andersonkill.com>
**Cc:** Waleed Nassar <Waleed.Nassar@LBKMLAW.com>; Alan Kabat <kabat@bernabeipllc.com>
**Subject:** Re: MDL 1570 - Meeting re: March 11 Order as to Dr. Naseef

Counsel,

Further to my email below, can you let us know if you are available for a meeting today. If today is not workable, please provide your availability tomorrow.

Thanks,
Aisha

**From:** Aisha Bembry
**Sent:** Friday, March 19, 2021 1:06 PM
**To:** Carter, Sean (SCarter1@cozen.com) <scarter1@cozen.com>; Tarbutton, Scott <starbutton@cozen.com>; Haefele, Robert <rhaefele@motleyrice.com>; Flowers, Jodi <jflowers@motleyrice.com>; Andrew J. Maloney <amaloney@kreindler.com>; Goldman, Jerry S. <Jgoldman@andersonkill.com>
**Cc:** Waleed Nassar <Waleed.Nassar@LBKMLAW.com>; Alan Kabat <kabat@bernabeipllc.com>
**Subject:** MDL 1570 - Meeting re: March 11 Order as to Dr. Naseef

Counsel,

In reference to the Court's March 11 Order (attached) directing the parties to jointly submit a proposal as to the litigation with respect to Dr. Naseef, are you available for a meeting this upcoming Monday, March 22nd? We are generally available before 2 pm. Please let us know your availability and we will circulate a Zoom meeting invite.

Regards,
Aisha

**Aisha E. Bembry**

# Lewis Baach Kaufmann Middlemiss PLLC

1101 New York Ave, NW
Suite 1000
Washington, DC 20005
**t** 202 659 6752

Bio | Email | Website | vCard

*This communication is confidential and may contain privileged information. If you have received this communication in error, please delete it and advise the sender by reply e-mail. Thank you.*