EXHIBIT 3

**From:** Waleed Nassar <Waleed.Nassar@LBKMLAW.com>
**Sent:** Monday, March 22, 2021 4:30 PM
**To:** Aisha Bembry <Aisha.Bembry@LBKMLAW.com>
**Cc:** Carter, Sean (SCarter1@cozen.com) <SCarter1@cozen.com>; Tarbutton, Scott <starbutton@cozen.com>; Haefele, Robert <rhaefele@motleyrice.com>; Flowers, Jodi <jflowers@motleyrice.com>; Andrew J. Maloney <amaloney@kreindler.com>; Goldman, Jerry S. <Jgoldman@andersonkill.com>; Alan Kabat <kabat@bernabeipllc.com>
**Subject:** Re: MDL 1570 - Meeting re: March 11 Order as to Dr. Naseef

Counsel,

Following up on the below.

The court ordered us to meet and confer and to file an update by Thursday of this week.  Please let us know what times you are available tomorrow after 11 am for a call.  Thanks.

Waleed

Sent from my iPhone

> On Mar 22, 2021, at 8:10 AM, Aisha Bembry <Aisha.Bembry@lbkmlaw.com> wrote:
>
> Counsel,
>
> Further to my email below, can you let us know if you are available for a meeting today.  If today is not workable, please provide your availability tomorrow.
>
> Thanks,
> Aisha

**From:** Aisha Bembry
**Sent:** Friday, March 19, 2021 1:06 PM
**To:** Carter, Sean (SCarter1@cozen.com) <scarter1@cozen.com>; Tarbutton, Scott <starbutton@cozen.com>; Haefele, Robert <rhaefele@motleyrice.com>; Flowers, Jodi <jflowers@motleyrice.com>; Andrew J. Maloney <amaloney@kreindler.com>; Goldman, Jerry S. <Jgoldman@andersonkill.com>
**Cc:** Waleed Nassar <Waleed.Nassar@LBKMLAW.com>; Alan Kabat <kabat@bernabeipllc.com>
**Subject:** MDL 1570 - Meeting re: March 11 Order as to Dr. Naseef

Counsel,

In reference to the Court's March 11 Order (attached) directing the parties to jointly submit a proposal as to the litigation with respect to Dr. Naseef, are you available for a meeting this upcoming Monday, March 22nd?  We are generally available before 2 pm.  Please let us know your availability and we will circulate a Zoom meeting invite.

Regards,
Aisha

**Aisha E. Bembry**

### Lewis Baach Kaufmann Middlemiss PLLC

1101 New York Ave, NW
Suite 1000
Washington, DC 20005
**t** 202 659 6752

Bio | Email | Website | vCard

*This communication is confidential and may contain privileged information. If you have received this communication in error, please delete it and advise the sender by reply e-mail. Thank you.*