EXHIBIT 4

**From:** Haefele, Robert <rhaefele@motleyrice.com>
**Sent:** Monday, March 22, 2021 5:09 PM
**To:** Andrew J. Maloney <amaloney@kreindler.com>; Waleed Nassar <Waleed.Nassar@LBKMLAW.com>; Aisha Bembry <Aisha.Bembry@LBKMLAW.com>
**Cc:** Carter, Sean <SCarter1@cozen.com>; Tarbutton, Scott <starbutton@cozen.com>; Flowers, Jodi <jflowers@motleyrice.com>; Goldman, Jerry S. <Jgoldman@andersonkill.com>; Alan Kabat <kabat@bernabeipllc.com>
**Subject:** RE: EXTERNAL-RE: MDL 1570 - Meeting re: March 11 Order as to Dr. Naseef

*Caution: This email originated from outside LBKM. Do not click links or open attachments unless you recognize the sender and know the content is safe.*

Waleed – I am assuming that you have some proposal in mind for us to consider. If so, then rather than getting on a call and hearing you out only to then tell you that we need to discuss it on our side before meeting with you again, is there a way that you can reduce your proposal to an email that we can see and then discuss on our side before we meet and confer. Given the activity level over the next two weeks, it would help to avoid redundant meetings, if possible. Thanks.

**Robert Haefele** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9184 | f. 843.216.9450 | rhaefele@motleyrice.com

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Monday, March 22, 2021 5:03 PM
**To:** Waleed Nassar <Waleed.Nassar@LBKMLAW.com>; Aisha Bembry <Aisha.Bembry@LBKMLAW.com>
**Cc:** Carter, Sean <SCarter1@cozen.com>; Tarbutton, Scott <starbutton@cozen.com>; Haefele, Robert <rhaefele@motleyrice.com>; Flowers, Jodi <jflowers@motleyrice.com>; Goldman, Jerry S. <Jgoldman@andersonkill.com>; Alan Kabat <kabat@bernabeipllc.com>
**Subject:** EXTERNAL-RE: MDL 1570 - Meeting re: March 11 Order as to Dr. Naseef

We have the deposition of Saleh al Ash Sheikh tomorrow for most of the day.

**From:** Waleed Nassar <Waleed.Nassar@LBKMLAW.com>
**Sent:** Monday, March 22, 2021 4:30 PM
**To:** Aisha Bembry <Aisha.Bembry@LBKMLAW.com>
**Cc:** Carter, Sean (SCarter1@cozen.com) <SCarter1@cozen.com>; zScott Tarbutton <starbutton@cozen.com>; zRobert Haefele <rhaefele@motleyrice.com>; zJodi W. Flowers <jflowers@motleyrice.com>; Andrew J. Maloney <AMaloney@kreindler.com>; Goldman, Jerry S. <Jgoldman@andersonkill.com>; Alan Kabat <kabat@bernabeipllc.com>
**Subject:** Re: MDL 1570 - Meeting re: March 11 Order as to Dr. Naseef

Counsel,

Following up on the below.

The court ordered us to meet and confer and to file an update by Thursday of this week. Please let us know what times you are

available tomorrow after 11 am for a call.  Thanks.

Waleed

Sent from my iPhone

> On Mar 22, 2021, at 8:10 AM, Aisha Bembry <Aisha.Bembry@lbkmlaw.com> wrote:

Counsel,

Further to my email below, can you let us know if you are available for a meeting today.  If today is not workable, please provide your availability tomorrow.

Thanks,
Aisha

**From:** Aisha Bembry
**Sent:** Friday, March 19, 2021 1:06 PM
**To:** Carter, Sean (SCarter1@cozen.com) <scarter1@cozen.com>; Tarbutton, Scott <starbutton@cozen.com>; Haefele, Robert <rhaefele@motleyrice.com>; Flowers, Jodi <jflowers@motleyrice.com>; Andrew J. Maloney <amaloney@kreindler.com>; Goldman, Jerry S. <Jgoldman@andersonkill.com>
**Cc:** Waleed Nassar <Waleed.Nassar@LBKMLAW.com>; Alan Kabat <kabat@bernabeipllc.com>
**Subject:** MDL 1570 - Meeting re: March 11 Order as to Dr. Naseef

Counsel,

In reference to the Court's March 11 Order (attached) directing the parties to jointly submit a proposal as to the litigation with respect to Dr. Naseef, are you available for a meeting this upcoming Monday, March 22nd?  We are generally available before 2 pm.  Please let us know your availability and we will circulate a Zoom meeting invite.

Regards,
Aisha

**Aisha E. Bembry**

# Lewis Baach Kaufmann Middlemiss PLLC

1101 New York Ave, NW
Suite 1000
Washington, DC 20005
**t** 202 659 6752

Bio | Email | Website | vCard

*This communication is confidential and may contain privileged information. If you have received this communication in error, please delete it and advise the sender by reply e-mail. Thank you.*

Please note that the personnel of Lewis Baach Kaufmann Middlemiss are working remotely at this time due to the COVID-19 outbreak. Our personnel have secure remote access to our systems and software to perform essential functions so that we can

continue to be responsive to clients and minimize any disruptions. You may continue to contact any of us through normal channels – telephone or email.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.