**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON           Civil Action No.
SEPTEMBER 11, 2001          03 MDL 1570 (GBD) (SN)

------------------------------------------------------------x

**This document relates to:**

*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al.,* 04-cv-01922 (GBD) (SN)
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al.,* 04-cv-01923 (GBD) (SN)
*Estate of John Patrick O'Neill, Sr. et al. v. The Republic of Iraq, et al.,* 04-cv-1076 (GBD) (SN)
*C. I. O'Neill et al. v. Republic of the Sudan, et al.,* 18-cv-12114 (GBD) (SN)
*Aamoth et al. v. Islamic Republic of Iran,* 18-cv-12276 (GBD) (SN)
*Aamoth et al. v. Kingdom of Saudi Arabia,* 18-cv-12270 (GBD) (SN)
*Abel et al. v. Islamic Republic of Iran,* 18-cv-11837 (GBD) (SN)
*Abel et al. v. Kingdom of Saudi Arabia,* 18-cv-11880 (GBD) (SN)
*Ades et al. v. Islamic Republic of Iran,* 18-cv-07306 (GBD) (SN)
*Agyeman et al. v. Islamic Republic of Iran,* 18-cv-05320 (GBD) (SN)
*Bonomo et al. v. Kingdom of Saudi Arabia,* 18-cv-11885 (GBD) (SN)
*Bush et al. v. Kingdom of Saudi Arabia,* 18-cv-11964 (GBD) (SN)
*Cintron-Lugos et al. v. Kingdom of Saudi Arabia,* 18-cv-11888 (GBD) (SN)
*DeConto et al. v. Kingdom of Saudi Arabia,* 18-cv-11904 (GBD) (SN)
*DeRubbio et al. v. Islamic Republic of Iran,* 18-cv-05306 (GBD) (SN)
*Deuel et al. v. Kingdom of Saudi Arabia,* 18-cv-12272 (GBD) (SN)
*Garger et al. v. Kingdom of Saudi Arabia,* 18-cv-11950 (GBD) (SN)
*Gordenstein et al. v. Kingdom of Saudi Arabia,* 18-cv-11941 (GBD) (SN)
*Harris et al. v. Kingdom of Saudi Arabia,* 18-cv-11946 (GBD) (SN)
*Hemenway et al. v. Islamic Republic of Iran,* 18-cv-12277 (GBD) (SN)
*Jimenez et al. v. Islamic Republic of Iran,* 18-cv-11875 (GBD) (SN)
*Kamardinova et al. v. Islamic Republic of Iran,* 18-cv-05339 (GBD) (SN)
*Kim et al. v. Islamic Republic of Iran,* 18-cv-11870 (GBD) (SN)
*Kincaid et al. v. Kingdom of Saudi Arabia,* 18-cv-12273 (GBD) (SN)
*Lang et al. v. Kingdom of Saudi Arabia,* 18-cv-11926 (GBD) (SN)
*Mercer et al. v. Kingdom of Saudi Arabia,* 18-cv-11965 (GBD) (SN)
*Moody-Theinert et al. v. Islamic Republic of Iran,* 18-cv-11876 (GBD) (SN)
*Morris et al. v. Islamic Republic of Iran,* 18-cv-05321 (GBD) (SN)
*Murray et al. v. Kingdom of Saudi Arabia,* 18-cv-11966 (GBD) (SN)
*Ortiz et al. v. Kingdom of Saudi Arabia,* 18-cv-12274 (GBD) (SN)
*Perez et al. v. Kingdom of Saudi Arabia,* 18-cv-11967 (GBD) (SN)
*Richards et al. v. Kingdom of Saudi Arabia,* 18-cv-11969 (GBD) (SN)
*Rivelli et al. v. Islamic Republic of Iran,* 18-cv-11878 (GBD) (SN)

*Rooney et al. v. Kingdom of Saudi Arabia*, 18-cv-11970 (GBD) (SN)
*Rowenhorst et al. v. Islamic Republic of Iran*, 18-cv-12387 (GBD) (SN)
*Schlissel et al. v. Islamic Republic of Iran*, 18-cv-05331 (GBD) (SN)
*Spence et al. v. Kingdom of Saudi Arabia*, 18-cv-11971 (GBD) (SN)
*Stackpole et al. v. Kingdom of Saudi Arabia*, 18-cv-12275 (GBD) (SN)
*Zelmanowitz et al. v. Kingdom of Saudi Arabia*, 18-cv-12381 (GBD) (SN)
*BNY Mellon, et al v. Islamic Republic of Iran*, 19-cv-11767 (GBD) (SN)
*Bodner, et al v. Islamic Republic of Iran*, 19-cv-11776 (GBD) (SN)
*Bernaerts, et al v. Islamic Republic of Iran*, 19-cv-11865 (GBD) (SN)
*Aron et al v. Islamic Republic of Iran*, 20-cv-09376 (GBD) (SN)
*Hargrave et al v. Islamic Republic of Iran*, 20-cv-09387 (GBD) (SN)
*Asaro et al v. Islamic Republic of Iran*, 20-cv-10460 (GBD) (SN)
*Bianco et al. v. Islamic Republic of Iran*, 20-cv-10902 (GBD) (SN)

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN M. QUINN, ESQ.

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Jerry S. Goldman, hereby move this Court for an Order for admission of John M. Quinn, Esq. to practice *pro hac vice* and appear as counsel for Plaintiffs in the above-captioned matters.

Based on the attached affidavit of John M. Quinn, Esq., he is a member in good standing of the bar of Washington DC, there are no pending disciplinary proceedings against him in any state or federal court, he has never been convicted of a felony and he has never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated:  March 26, 2021

Respectfully Submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Ph: (212) 278-1000
Fax: (212) 278-1733
jgoldman@andersonkill.com

Attorney for Plaintiffs