UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                  Civil Action No.
SEPTEMBER 11, 2001                          03 MDL 1570 (GBD) (SN)

------------------------------------------------------------x

**This document relates to:**
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al.,* 04-cv-01922 (GBD) (SN)
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al.,* 04-cv-01923 (GBD) (SN)
*Estate of John Patrick O'Neill, Sr. et al. v. The Republic of Iraq, et al.,* 04-cv-1076 (GBD) (SN)
*C. I. O'Neill et al. v. Republic of the Sudan, et al.,* 18-cv-12114 (GBD) (SN)
*Aamoth et al. v. Islamic Republic of Iran,* 18-cv-12276 (GBD) (SN)
*Aamoth et al. v. Kingdom of Saudi Arabia,* 18-cv-12270 (GBD) (SN)
*Abel et al. v. Islamic Republic of Iran,* 18-cv-11837 (GBD) (SN)
*Abel et al. v. Kingdom of Saudi Arabia,* 18-cv-11880 (GBD) (SN)
*Ades et al. v. Islamic Republic of Iran,* 18-cv-07306 (GBD) (SN)
*Agyeman et al. v. Islamic Republic of Iran,* 18-cv-05320 (GBD) (SN)
*Bonomo et al. v. Kingdom of Saudi Arabia,* 18-cv-11885 (GBD) (SN)
*Bush et al. v. Kingdom of Saudi Arabia,* 18-cv-11964 (GBD) (SN)
*Cintron-Lugos et al. v. Kingdom of Saudi Arabia,* 18-cv-11888 (GBD) (SN)
*DeConto et al. v. Kingdom of Saudi Arabia,* 18-cv-11904 (GBD) (SN)
*DeRubbio et al. v. Islamic Republic of Iran,* 18-cv-05306 (GBD) (SN)
*Deuel et al. v. Kingdom of Saudi Arabia,* 18-cv-12272 (GBD) (SN)
*Garger et al. v. Kingdom of Saudi Arabia,* 18-cv-11950 (GBD) (SN)
*Gordenstein et al. v. Kingdom of Saudi Arabia,* 18-cv-11941 (GBD) (SN)
*Harris et al. v. Kingdom of Saudi Arabia,* 18-cv-11946 (GBD) (SN)
*Hemenway et al. v. Islamic Republic of Iran,* 18-cv-12277 (GBD) (SN)
*Jimenez et al. v. Islamic Republic of Iran,* 18-cv-11875 (GBD) (SN)
*Kamardinova et al. v. Islamic Republic of Iran,* 18-cv-05339 (GBD) (SN)
*Kim et al. v. Islamic Republic of Iran,* 18-cv-11870 (GBD) (SN)
*Kincaid et al. v. Kingdom of Saudi Arabia,* 18-cv-12273 (GBD) (SN)
*Lang et al. v. Kingdom of Saudi Arabia,* 18-cv-11926 (GBD) (SN)
*Mercer et al. v. Kingdom of Saudi Arabia,* 18-cv-11965 (GBD) (SN)
*Moody-Theinert et al. v. Islamic Republic of Iran,* 18-cv-11876 (GBD) (SN)
*Morris et al. v. Islamic Republic of Iran,* 18-cv-05321 (GBD) (SN)
*Murray et al. v. Kingdom of Saudi Arabia,* 18-cv-11966 (GBD) (SN)
*Ortiz et al. v. Kingdom of Saudi Arabia,* 18-cv-12274 (GBD) (SN)
*Perez et al. v. Kingdom of Saudi Arabia,* 18-cv-11967 (GBD) (SN)
*Richards et al. v. Kingdom of Saudi Arabia,* 18-cv-11969 (GBD) (SN)
*Rivelli et al. v. Islamic Republic of Iran,* 18-cv-11878 (GBD) (SN)
*Rooney et al. v. Kingdom of Saudi Arabia,* 18-cv-11970 (GBD) (SN)

*Rowenhorst et al. v. Islamic Republic of Iran,* 18-cv-12387 (GBD) (SN)
*Schlissel et al. v. Islamic Republic of Iran,* 18-cv-05331 (GBD) (SN)
*Spence et al. v. Kingdom of Saudi Arabia,* 18-cv-11971 (GBD) (SN)
*Stackpole et al. v. Kingdom of Saudi Arabia,* 18-cv-12275 (GBD) (SN)
*Zelmanowitz et al. v. Kingdom of Saudi Arabia,* 18-cv-12381 (GBD) (SN)
*BNY Mellon, et al v. Islamic Republic of Iran,* 19-cv-11767 (GBD) (SN)
*Bodner, et al v. Islamic Republic of Iran,* 19-cv-11776 (GBD) (SN)
*Bernaerts, et al v. Islamic Republic of Iran,* 19-cv-11865 (GBD) (SN)
*Aron et al v. Islamic Republic of Iran,* 20-cv-09376 (GBD) (SN)
*Hargrave et al v. Islamic Republic of Iran,* 20-cv-09387 (GBD) (SN)
*Asaro et al v. Islamic Republic of Iran,* 20-cv-10460 (GBD) (SN)
*Bianco et al. v. Islamic Republic of Iran,* 20-cv-10902 (GBD) (SN)

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF JOHN M. QUINN *PRO HAC VICE*

I, John M. Quinn, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel *pro hac vice* for Plaintiffs in the above-captioned actions.

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificate of good standing from Washington DC is attached.

I certify and attest, under the penalty of perjury as prescribed in 28 U.S.C. § 1746, that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: March 25, 2021

Respectfully Submitted,

*/s/ John M. Quinn*
John M. Quinn
LAW OFFICE OF JOHN M. QUINN, ESQ.
2159 Dunmore Ln NW

Washington, DC 20007
Telephone: 202.320.9266
Facsimile: 202.585.6600
Email: jquinn2000@gmail.com

## NOTARY ACKNOWLEDGEMENT

State of
County of  Washington DC

The foregoing was acknowledged before me this 25th day of March, 2021, by John M. Quinn.

_Bonita A. Gray_

BONITA A. GRAY
Notary Public, District of Columbia
My Commission Expires Aug. 14, 2023

docs-100372376.1

3