**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 (GBD) (SN) |

---------------------------------------------------------x

**This document relates to:**
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al.*, 04-cv-01922 (GBD) (SN)
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al.*, 04-cv-01923 (GBD) (SN)
*Estate of John Patrick O'Neill, Sr. et al. v. The Republic of Iraq, et al.*, 04-cv-1076 (GBD) (SN)
*C. I. O'Neill et al. v. Republic of the Sudan, et al.*, 18-cv-12114 (GBD) (SN)
*Aamoth et al. v. Islamic Republic of Iran*, 18-cv-12276 (GBD) (SN)
*Aamoth et al. v. Kingdom of Saudi Arabia*, 18-cv-12270 (GBD) (SN)
*Abel et al. v. Islamic Republic of Iran*, 18-cv-11837 (GBD) (SN)
*Abel et al. v. Kingdom of Saudi Arabia*, 18-cv-11880 (GBD) (SN)
*Ades et al. v. Islamic Republic of Iran*, 18-cv-07306 (GBD) (SN)
*Agyeman et al. v. Islamic Republic of Iran*, 18-cv-05320 (GBD) (SN)
*Bonomo et al. v. Kingdom of Saudi Arabia*, 18-cv-11885 (GBD) (SN)
*Bush et al. v. Kingdom of Saudi Arabia*, 18-cv-11964 (GBD) (SN)
*Cintron-Lugos et al. v. Kingdom of Saudi Arabia*, 18-cv-11888 (GBD) (SN)
*DeConto et al. v. Kingdom of Saudi Arabia*, 18-cv-11904 (GBD) (SN)
*DeRubbio et al. v. Islamic Republic of Iran*, 18-cv-05306 (GBD) (SN)
*Deuel et al. v. Kingdom of Saudi Arabia*, 18-cv-12272 (GBD) (SN)
*Garger et al. v. Kingdom of Saudi Arabia*, 18-cv-11950 (GBD) (SN)
*Gordenstein et al. v. Kingdom of Saudi Arabia*, 18-cv-11941 (GBD) (SN)
*Harris et al. v. Kingdom of Saudi Arabia*, 18-cv-11946 (GBD) (SN)
*Hemenway et al. v. Islamic Republic of Iran*, 18-cv-12277 (GBD) (SN)
*Jimenez et al. v. Islamic Republic of Iran*, 18-cv-11875 (GBD) (SN)
*Kamardinova et al. v. Islamic Republic of Iran*, 18-cv-05339 (GBD) (SN)
*Kim et al. v. Islamic Republic of Iran*, 18-cv-11870 (GBD) (SN)
*Kincaid et al. v. Kingdom of Saudi Arabia*, 18-cv-12273 (GBD) (SN)
*Lang et al. v. Kingdom of Saudi Arabia*, 18-cv-11926 (GBD) (SN)
*Mercer et al. v. Kingdom of Saudi Arabia*, 18-cv-11965 (GBD) (SN)
*Moody-Theinert et al. v. Islamic Republic of Iran*, 18-cv-11876 (GBD) (SN)
*Morris et al. v. Islamic Republic of Iran*, 18-cv-05321 (GBD) (SN)
*Murray et al. v. Kingdom of Saudi Arabia*, 18-cv-11966 (GBD) (SN)
*Ortiz et al. v. Kingdom of Saudi Arabia*, 18-cv-12274 (GBD) (SN)
*Perez et al. v. Kingdom of Saudi Arabia*, 18-cv-11967 (GBD) (SN)
*Richards et al. v. Kingdom of Saudi Arabia*, 18-cv-11969 (GBD) (SN)
*Rivelli et al. v. Islamic Republic of Iran*, 18-cv-11878 (GBD) (SN)
*Rooney et al. v. Kingdom of Saudi Arabia*, 18-cv-11970 (GBD) (SN)
*Rowenhorst et al. v. Islamic Republic of Iran*, 18-cv-12387 (GBD) (SN)

*Schlissel et al. v. Islamic Republic of Iran,* 18-cv-05331 (GBD) (SN)
*Spence et al. v. Kingdom of Saudi Arabia,* 18-cv-11971 (GBD) (SN)
*Stackpole et al. v. Kingdom of Saudi Arabia,* 18-cv-12275 (GBD) (SN)
*Zelmanowitz et al. v. Kingdom of Saudi Arabia,* 18-cv-12381 (GBD) (SN)
*BNY Mellon, et al v. Islamic Republic of Iran,* 19-cv-11767 (GBD) (SN)
*Bodner, et al v. Islamic Republic of Iran,* 19-cv-11776 (GBD) (SN)
*Bernaerts, et al v. Islamic Republic of Iran,* 19-cv-11865 (GBD) (SN)
*Aron et al v. Islamic Republic of Iran,* 20-cv-09376 (GBD) (SN)
*Hargrave et al v. Islamic Republic of Iran,* 20-cv-09387 (GBD) (SN)
*Asaro et al v. Islamic Republic of Iran,* 20-cv-10460 (GBD) (SN)
*Bianco et al. v. Islamic Republic of Iran,* 20-cv-10902 (GBD) (SN)

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

The motion of Jerry S. Goldman, Esq. for the admission of John M. Quinn, Esq. to practice *pro hac vice* in the above-captioned actions is granted.

John M. Quinn, Esq. has declared that he is a member in good standing of the bar of Washington DC; and that his information is as follows:

John M. Quinn
LAW OFFICE OF JOHN M. QUINN, ESQ.
2159 Dunmore Ln NW
Washington, DC 20007
Telephone: 202.320.9266
Facsimile: 202.585.6600
Email: jquinn2000@gmail.com

John M. Quinn, Esq. having requested *pro hac vice* to appear for all purposes as counsel for Plaintiffs, in the above-entitled actions;

IT IS HEREBY ORDERED that John M. Quinn, Esq. is admitted to practice *pro hac vice* in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March __, 2021

_____
Sarah Netburn
United States Magistrate Judge