UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................x

*In re Terrorist Attacks on September 11, 2001*          No. 03 MDL 1570(GBD)(SN)

...............................................................x

## NOTICE OF LODGING OF CLASSIFIED SUBMISSION

Non-party the Federal Bureau of Investigation ("FBI") hereby provides notice that a

Classified Addendum to its Opposition to Plaintiffs' Objections Pursuant to Fed. R. Civ. P. 72 to

the Magistrate Judge's October 21, 2020 and February 1, 2021 Opinions and Orders has been

lodged with Classified Information Security Officer Daniel Hartenstine, Litigation Security

Group, U.S. Department of Justice, for secure transmission to the Court.  This submission is

classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), is provided for

the Court's review *in camera* and *ex parte*, and cannot be disclosed without proper authorization.

Dated: New York, New York
       March 26, 2021

AUDREY STRAUSS
United States Attorney for the
Southern District of New York,
*Attorney for Federal Bureau of Investigation*

By:     /s/ *Sarah S. Normand*
        SARAH S. NORMAND
        JEANNETTE A. VARGAS
        Assistant United States Attorneys
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone:  (212) 637-2709/2678
        Email:  Sarah.Normand@usdoj.gov
                Jeannette.Vargas@usdoj.gov