UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan, et al.
        Plaintiff(s)

-v-

Iran, et al.,
        Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:20 cv 266(GBD) (SN)
        1:03 md 1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 30th day of March 2021, I served:

Iran's Ministry of Commerce
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

☒The head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B)

- One (1) copy of the Cover Letter, Complaint dated January 10, 2020 (Ryan Doc No. 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated January 13, 2020 (Ryan Doc No. 6), and Affidavit of Translator (along with translations of the above documents into Farsi)

By USPS Registered Mail # RH002798852US

Dated: New York, New York
      April 8, 2021

RUBY J. KRAJICK
CLERK OF COURT

s/Shanee Mcleod
*Deputy Clerk*