UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan, et al.
        Plaintiff(s)

-v-

Iran, et al.,
        Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:20 cv 266(GBD) (SN)
        1:03 md 1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 31st day of March 2021, I served:

National Iranian Gas Company
c/o Hassan Montazer Torbati (Managing Director)
National Iranian Gas Company Building
South Aban Street, Karimkhan Blvd.
Tehran, Iran

☒ The head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B)

- One (1) copy of the Cover Letter, Complaint dated January 10, 2020 (Ryan Doc No. 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated January 13, 2020 (Ryan Doc No. 6), and Affidavit of Translator (along with translations of the above documents into Farsi)

By USPS Registered Mail # RH002800030US

Dated: New York, New York
      April 8, 2021

                        RUBY J. KRAJICK
                        CLERK OF COURT

                        s/Shanee Mcleod
                        *Deputy Clerk*