UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD) (SN)

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

## **MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Audrey A. Beck, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Dubai Islamic Bank in the above-captioned matter.

I am a member in good standing of the bars of Ohio and the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the relevant certificates and affidavit in compliance with Local Rule 1.3.

Date: April 2, 2021

Respectfully submitted,

_____
Audrey A. Beck
JONES DAY
51 Louisiana Ave., NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3626
Facsimile: (202) 626-1700
Email: abeck@jonesday.com