UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF AUDREY A. BECK PRO HAC VICE

I, Audrey A. Beck, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel Pro Hac Vice for Dubai Islamic Bank.

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any court.

4. My current certificate of good standing from Ohio is attached.

5. My current certificate of good standing from the District of Columbia is attached.

I certify and attest, under the penalty of perjury as prescribed in 28 U.S.C. § 1746, that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: April 2, 2021

Respectfully submitted,

_____
Audrey A. Beck
JONES DAY
51 Louisiana Ave., NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3626
Facsimile: (202) 626-1700
Email: abeck@jonesday.com

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this 2nd day of April, 2021
_____
Donna McGaffick, Notary Public, D.C.
My commission expires June 14, 2022



2