THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio, Audrey Anna Beck (Attorney Reg. No. 0097154) was admitted to the practice of law in Ohio on November 13, 2017; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

I further certify that the records of the Clerk's Office of the Supreme Court of Ohio do not indicate that the Board of Professional Conduct has filed a report recommending that the Supreme Court impose discipline against Audrey Anna Beck pursuant to Gov.Bar R. V ("Disciplinary Procedure"). I further certify that the records of the Clerk's Office do not indicate that the Supreme Court has imposed discipline against Audrey Anna Beck pursuant to Gov.Bar R. V. I further certify that the records of the Clerk's Office do not indicate that a disciplinary matter was or is currently pending against Audrey Anna Beck with the Supreme Court.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 1st day of April, 2021.

GINA WHITE PALMER
*Director, Attorney Services Division*

*Shannon B. Scheid*
Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No.  2021-04-01-1
Verify by email:  GoodStandingRequests@sc.ohio.gov