KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
___
(202) 326-7900

FACSIMILE:
(202) 326-7999

April 9, 2021

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

     Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

     I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") concerning a sealed filing made today by Saudi Arabia. The filing is an opposition to the Rule 72(a) objections of the Plaintiffs' Executive Committees ("Plaintiffs"), filed under seal on March 26, 2021, to the Court's sealed order dated March 12, 2021.

     Saudi Arabia's filing contains information subject to the general MDL protective order, ECF No. 1900. Consistent with this Court's guidance, ECF Nos. 5307, 6084, Saudi Arabia is making today's filing under seal using the Court's sealed ECF procedures.

     Copies of Saudi Arabia's filing (clean and with highlighted proposed redactions) are being sent today by email to Your Honor's chambers and to counsel for Plaintiffs, the FBI, and Dallah Avco. No courtesy copies of either this letter or today's sealed filing are being sent to the chambers of Judge Daniels, as instructed by the temporary revisions to his Individual Practices in light of the ongoing public health crisis.

                               Respectfully submitted,

                               /s/ *Michael K. Kellogg*

                               Michael K. Kellogg
                               *Counsel for the Kingdom of Saudi Arabia*

cc:   All MDL Counsel of Record (via ECF)