UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(FM)<br>ECF Case |

*This document relates to:*

*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.,* 04-CV-1076 (GBD) (SN)
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al.,* 04-CV-01923 (GBD) (SN)
*C. I. O'Neill et al. v. Republic of the Sudan, et al.,* 18-CV-12114
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al.,* 04-CV-01922 (GBD) (SN)

*Aamoth et al. v. Islamic Republic of Iran*, 18-CV-12276 (GBD) (SN)
*Aamoth et al. v. Kingdom of Saudi Arabia*, 18-CV-12270 (GBD) (SN)
*Abel et al. v. Islamic Republic of Iran*, 18-CV-11837 (GBD) (SN)
*Abel et al. v. Kingdom of Saudi Arabia*, 18-CV-11880 (GBD) (SN)
*Ades et al. v. Islamic Republic of Iran*, 18-CV-07306 (GBD) (SN)
*Agyeman et al. v. Islamic Republic of Iran*, 18-CV-05320 (GBD) (SN)
*Aron et al. v. Islamic Republic of Iran,* 20-CV-09376 (GBD) (SN)
*Asaro et al. v. Islamic Republic of Iran*, 20-CV-10460 (GBD) (SN)
*Bernaerts et al. v. Islamic Republic of Iran*, 19-CV-11865 (GBD) (SN)
*Bianco et al. v. Islamic Republic of Iran*, 20-CV-10902 (GBD) (SN)
*Bodner et al. v. Islamic Republic of Iran*, 19-CV-11776 (GBD) (SN)
*Bonomo et al. v. Kingdom of Saudi Arabia*, 18-CV-11885 (GBD) (SN)
*BNY Mellon et al. v. Islamic Republic of Iran*, 19-CV-11767 (GBD) (SN)
*Bush et al. v. Kingdom of Saudi Arabia*, 18-CV-11964 (GBD) (SN)
*Cintron-Lugos et al. v. Kingdom of Saudi Arabia*, 18-CV-11888 (GBD) (SN)
*DeConto et al. v. Kingdom of Saudi Arabia*, 18-CV-11904 (GBD) (SN)
*DeRubbio et al. v. Islamic Republic of Iran*, 18-CV-05306 (GBD) (SN)
*Deuel et al. v. Kingdom of Saudi Arabia*, 18-CV-12272 (GBD) (SN)
*Garger et al. v. Kingdom of Saudi Arabia*, 18-CV-11950 (GBD) (SN)
*Gordenstein et al. v. Kingdom of Saudi Arabia*, 18-CV-11941 (GBD) (SN)
*Hargrave et al. v. Islamic Republic of Iran*, 20-CV-09387 (GBD) (SN)
*Harris et al. v. Kingdom of Saudi Arabia*, 18-CV-11946 (GBD) (SN)
*Hemenway et al. v. Islamic Republic of Iran*, 18-CV-12277 (GBD) (SN)
*Jimenez et al. v. Islamic Republic of Iran*, 18-CV-11875 (GBD) (SN)
*Kamardinova et al. v. Islamic Republic of Iran*, 18-CV-05339 (GBD) (SN)
*Kim et al. v. Islamic Republic of Iran*, 18-CV-11870 (GBD) (SN)
*Kincaid et al. v. Kingdom of Saudi Arabia*, 18-CV-12273 (GBD) (SN)

*Lang et al. v. Kingdom of Saudi Arabia*, 18-CV-11926 (GBD) (SN)
*Mercer et al. v. Kingdom of Saudi Arabia*, 18-CV-11965 (GBD) (SN)
*Moody-Theinert et al. v. Islamic Republic of Iran*, 18-CV-11876 (GBD) (SN)
*Morris et al. v. Islamic Republic of Iran*, 18-CV-05321 (GBD) (SN)
*Murray et al. v. Kingdom of Saudi Arabia*, 18-CV-11966 (GBD) (SN)
*Ortiz et al. v. Kingdom of Saudi Arabia*, 18-CV-12274 (GBD) (SN)
*Perez et al. v. Kingdom of Saudi Arabia*, 18-CV-11967 (GBD) (SN)
*Richards et al. v. Kingdom of Saudi Arabia*, 18-CV-11969 (GBD) (SN)
*Rivelli et al. v. Islamic Republic of Iran*, 18-CV-11878 (GBD) (SN)
*Rooney et al. v. Kingdom of Saudi Arabia*, 18-CV-11970 (GBD) (SN)
*Rowenhorst et al. v. Islamic Republic of Iran*, 18-CV-12387 (GBD) (SN)
*Schlissel et al. v. Islamic Republic of Iran*, 18-CV-05331 (GBD) (SN)
*Spence et al. v. Kingdom of Saudi Arabia*, 18-CV-11971 (GBD) (SN)
*Stackpole et al. v. Kingdom of Saudi Arabia*, 18-CV-12275 (GBD) (SN)
*Zelmanowitz et al. v. Kingdom of Saudi Arabia*, 18-CV-12381 (GBD) (SN)

## ORDER TO WITHDRAW LINDA GERSTEL AS ATTORNEY OF RECORD

Before the Court is the Motion to Withdraw Linda Gerstel as counsel for Plaintiffs in the above referenced actions (collectively, "*O'Neill Plaintiffs*").

It is **ORDERED** that Linda Gerstel be withdrawn as counsel for the *O'Neill Plaintiffs* in the above-referenced actions.

It is further **ORDERED** that all other counsel listed in the record of the law firm of Anderson Kill P.C. will continue to represent the *O'Neill Plaintiffs* in this matter.

Signed this ___ day of _____, 2021

_____
SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE

docs-100376684.1