UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (RCC)

NOTICE OF MOTION TO WITHDRAW
AS ATTORNEY OF RECORD

------------------------------------------------------------x

This document relates to:
*Hartford Fire Insurance Company, et al. vs. Kingdom of Saudi Arabia*
*Case No. 18-CV-12085 (UA) (S.D.N.Y.)*

PLEASE TAKE NOTICE THAT, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the accompanying declaration, the undersigned counsel, Drew A. Hillier, hereby respectfully moves this Court, before the Honorable George B. Daniels, United States District Judge and the Honorable Sarah Netburn, United States Magistrate Judge, for an Order granting this motion to withdraw as counsel for Plaintiffs Hartford Fire Insurance Company, Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Insurance Company of Illinois, Hartford Insurance Company of The Midwest, Hartford Insurance Company of The Southeast, Hartford Lloyd's Insurance Company, Hartford Underwriters Insurance Company, Pacific Insurance Company Limited, Property and Casualty Insurance Company of Hartford, Trumbull Insurance Company, and Twin City Fire Insurance Company (collectively "Hartford") respectfully requests permission to withdraw as counsel in this matter. As set forth in the attached declaration, withdrawal is necessary because the undersigned has accepted legal employment with a law firm other than Axinn, Veltrop & Harkrider LLP, the law firm

representing Hartford in this matter.  In connection with the withdrawal, the clerk is requested to remove the name of the undersigned from the CM/ECF service list.

The law firm of Axinn, Veltrop & Harkrider LLP will continue to serve as counsel for Hartford.  The withdrawal of the undersigned will not occasion a request for an extension of any deadlines in the case.  The undersigned is not asserting a retaining or charging lien in connection with the undersigned's departure.

Dated: April 16, 2021

Respectfully submitted,

/s/ Drew Alan Hillier
Drew A. Hillier
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
dhillier@axinn.com

*Counsel for Plaintiffs*
*Hartford Fire Insurance Company, et al.*