UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 (RCC)<br><br>DECLARATION IN SUPPORT OF<br>NOTICE OF MOTION TO WITHDRAW<br>AS ATTORNEY OF RECORD |

---------------------------------------------------------x

This document relates to:
   *Hartford Fire Insurance Company, et al. vs. Kingdom of Saudi Arabia*
   *Case No. 18-CV-12085 (UA) (S.D.N.Y.)*

   I, Drew A. Hillier, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

   1.   The facts herein are based upon my personal knowledge.

   2.   Withdrawal is necessary because the undersigned has accepted legal employment with a law firm other than Axinn, Veltrop & Harkrider LLP.

   3.   My withdrawal will not occasion a request for an extension of any deadlines in the case.

   4.   I am not asserting a retaining or charging lien in connection with my departure.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2021  Respectfully submitted,

/s/ Drew A. Hillier
Drew A. Hillier
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
dhillier@axinn.com

*Counsel for Plaintiffs*
*Hartford Fire Insurance Company, et al.*