UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (RCC) |

-----------------------------------------------------------x

This document relates to:
   *Hartford Fire Insurance Company, et al. vs. Kingdom of Saudi Arabia*
   *Case No. 18-CV-12085 (UA) (S.D.N.Y.)*

## [PROPOSED] ORDER TO WITHDRAW DREW A. HILLIER AS ATTORNEY OF RECORD

Before the Court is the Motion to Withdraw Drew A. Hillier as Attorney of Record for Plaintiffs Hartford Fire Insurance Company, Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Insurance Company of Illinois, Hartford Insurance Company of The Midwest, Hartford Insurance Company of The Southeast, Hartford Lloyd's Insurance Company, Hartford Underwriters Insurance Company, Pacific Insurance Company Limited, Property and Casualty Insurance Company of Hartford, Trumbull Insurance Company, and Twin City Fire Insurance Company (collectively, "Hartford").

It is **ORDERED** that Drew A. Hillier be withdrawn as counsel for Hartford in the above-referenced action.

Signed this _____ day of _____, 2021

_____