UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
............................................................... x

*In re Terrorist Attacks on September 11, 2001*         No. 03 MDL 1570(GBD)(SN)

............................................................... x

## NOTICE OF LODGING OF CLASSIFIED SUBMISSION

Non-party the Federal Bureau of Investigation ("FBI") hereby provides notice that a classified letter in further support of the FBI's opposition (ECF No. 6744), filed under seal on April 16, 2021, to the letter motion to compel by the Plaintiffs' Executive Committees, filed under seal on April 12, 2021 (ECF No. 6727), has been lodged with Classified Information Security Officer Daniel Hartenstine, Litigation Security Group, U.S. Department of Justice, for secure transmission to the Court. This submission is classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), is provided for the Court's review *in camera* and *ex parte*, and cannot be disclosed without proper authorization.

Dated: New York, New York
       April 16, 2021

                                        AUDREY STRAUSS
                                        United States Attorney for the
                                        Southern District of New York,
                                        *Attorney for Federal Bureau of Investigation*

                        By:    /s/ *Sarah S. Normand*
                                        SARAH S. NORMAND
                                        JEANNETTE A. VARGAS
                                        Assistant United States Attorneys
                                        86 Chambers Street, Third Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2709/2678
                                        Email: Sarah.Normand@usdoj.gov
                                               Jeannette.Vargas@usdoj.gov