USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____4/20/21____

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

April 19, 2021

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

I write on behalf of Plaintiffs with pending claims against defendant Al Rajhi Bank ("ARB") to request that the Court approve filing dates for a response and a reply in connection with ARB's Rule 72 objections (ECF No. 6724) to Your Honor's March 26, 2021 Opinion and Order (ECF No. 6681).

Plaintiffs and ARB have jointly agreed to request that Plaintiffs' response to ARB's objections should be due on or before April 30, 2021, and that ARB's reply should be due on or before May 14, 2021.  We respectfully request that the Court approve those dates.

Finally, in other contexts, questions have been raised as to whether leave of Court is required for a response to Rule 72 Objections.  To the extent necessary, Plaintiffs' respectfully request leave to file their response.

Case 1:03-md-01570-GBD-SN   Document 6752   Filed 04/20/21   Page 2 of 2

_____

Respectfully submitted,

COZEN O'CONNOR

By:   /s/  Sean P. Carter
    Sean P. Carter
    Cozen O'Connor
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, PA 19103
    Tel: (215) 665-2105
    E-mail: scarter1@cozen.com

*On behalf of the MDL 1570 Plaintiffs' Exec. Committees*

cc:    The Honorable George B. Daniels (via ECF)
       All MDL Counsel of Record (via ECF)

LEGAL\51894437\1

---

Parties' request is GRANTED.  Plaintiffs' response to ARB's Rule 72 objections shall be due by April 30, 2021.  ARB's reply shall be due by May 14, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 20, 2021
     New York, New York

2