**Archived:** Friday, April 16, 2021 1:51:12 PM
**From:** Richard Sandza
**Sent:** Wed, 17 Feb 2021 20:20:24 +0000Received: from BN0PR04CA0195.namprd04.prod.outlook.com (2603:10b6:408:e9::20) by CH2PR19MB3895.namprd19.prod.outlook.com (2603:10b6:610:92::8) with Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3868.27; Wed, 17 Feb 2021 20:20:10 +0000Received: from BN8NAM12FT062.eop
**To:** Haefele, Robert
**Subject:** Re: EXTERNAL-Update
**Importance:** Normal
**Attachments:**
memo to haefele.docx

---

Here is a brief memo on the deposition issue.
Free free to call us to discuss at 3:30. Or if this satisfies your concerns, skip the call.
We will of course keep trying to resolve this.

On Wed, Feb 17, 2021 at 2:18 PM Richard Sandza <rs@martinmcmahonlaw.com> wrote:
> 3:30 call us at 202-862-4343, they will patch you through.
>
> On Wed, Feb 17, 2021 at 2:10 PM Haefele, Robert <rhaefele@motleyrice.com> wrote:
>>
>> Richard – What time today works.  Sean and I will speak with you today.  Please respond to both of us.
>>
>> **Robert Haefele** | Attorney at Law | Motley Rice LLC
>> 28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
>> o. 843.216.9184 | f. 843.216.9450 | rhaefele@motleyrice.com
>>
>> **From:** Richard Sandza <rs@martinmcmahonlaw.com>
>> **Sent:** Wednesday, February 17, 2021 1:51 PM
>> **To:** Haefele, Robert <rhaefele@motleyrice.com>
>> **Subject:** Re: EXTERNAL-Update
>>
>> Perhaps it would be good if we can talk about this.
>>
>> What's a good time to call?
>>
>> This afternoon can work. Tomorrow won't but Friday will.
>>
>> On Wed, Feb 17, 2021 at 1:32 PM Haefele, Robert <rhaefele@motleyrice.com> wrote:
>>>
>>> Richard –
>>>
>>> Thank you for letting us know.  And similarly, we want to be transparent about our anticipation to not allow this to drag on due to a lack of responsiveness from Mr. Jelaidan or his representatives in Saudi Arabia.  Please follow up with him and let us know if/when you learn of his availability.  In the interim, we may have little choice but to bring the matter to the Court's attention again. If you view there to be a need to confer further on the matter (in the absence of

some word back from Saudi Arabia), please let us know.

Regards,

**Robert Haefele** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9184 | f. 843.216.9450 | rhaefele@motleyrice.com

**From:** Richard Sandza <rs@martinmcmahonlaw.com>
**Sent:** Wednesday, February 17, 2021 1:18 PM
**To:** Haefele, Robert <rhaefele@motleyrice.com>
**Subject:** EXTERNAL-Update

Mr. Haefele,

In the interest of keeping you informed, I wish to advise you that we have not heard from counsel in Saudi Arabia. I called them this morning and no one picked up. I also emailed them.

I will try again tomorrow morning. As you know they are 8 hours ahead of us.

I will keep you posted on our progress.

Thank you.

--

**Richard Sandza, Esquire**

**Of Counsel**

*Martin F. McMahon And Associates, PLLC*

*1717 K Street NW*

*Washington, DC 20006*

MartinMcMahonLaw.com

202-862-4341

FAX 202-776-0136

**This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. ****************************************************************
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.**

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of

this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

--

**Richard Sandza, Esquire**

**Of Counsel**

*Martin F. McMahon And Associates, PLLC*

*1717 K Street NW*

*Washington, DC 20006*

MartinMcMahonLaw.com

202-862-4341

FAX 202-776-0136

**This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. ************************************************************************ IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.**

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

--
**Richard Sandza, Esquire**
**Of Counsel**
*Martin F. McMahon And Associates, PLLC*

*1717 K Street NW*
*Washington, DC 20006*
MartinMcMahonLaw.com
202-862-4341
FAX 202-776-0136

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. ************************************************************** IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

--

**Richard Sandza, Esquire**
**Of Counsel**
*Martin F. McMahon And Associates, PLLC*
*1717 K Street NW*
*Washington, DC 20006*
MartinMcMahonLaw.com
202-862-4341
FAX 202-776-0136

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. ************************************************************** IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.