UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nolan, et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 1:18 cv 11340 (GBD)(SN)
1:02 cv 6977 (GBD)(SN)
1:03 md 1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 22nd day of April, 2021, I served: Islamic Republic of Iran, c/o H.E. Mohammad Javad Zarif, Foreign Minister of The Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran Iran

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

1 copy(ies) of the Notice of Suit prepared in accordance with 22 CFR § 93.2, Iran Short Form Complaint deemed filed on December 5th, 2018, Summons deemed filed April 10th, 2019, Affidavit of Translator (along with certified Farsi translations of the above documents).

by USPS REGISTERED RB596282043US

Dated: New York, New York
April 22, 2021

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross
DEPUTY CLERK