Case 1:03-md-01570-GBD-SN   Document 6759   Filed 04/23/21   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/21



# SPBMCC
## Sullivan Papain Block McGrath Coffinas & Cannavo P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
TrialLaw1.com

PLEASE REPLY TO:

New York City Office

Robert G. Sullivan
Nicholas Papain
Michael N. Block
Christopher T. McGrath
Vito A. Cannavo
John F. Nash
Frank V. Floriani
Marie Ng
Eleni Coffinas
David J. Dean

Hugh M. Turk
Albert B. Aquila
Brian J. Shoot
Mary Anne Walling
Eric K. Schwarz
Elizabeth Montesano
Deanne M. Caputo
Liza A. Milgrim
Thomas J. McManus
Glenn W. Nick

Beth N. Jablon
Ina Pecani
Mark A. Apostolos
Steve Fils-Aime
R. Thomas Colonna
Jessica P. Denninger
Elyssa Shifren
Christopher J. DelliCarpini
Connor T. Hopkins
Andrew W. Salomon

Marianne C. Burke
Johanna Carmona
Paul Bitetti

Hon. Joseph N. Giamboi (1925-2018)
Stephen C. Glasser
James Wilkens
Paul F. Oliveri
*Of Counsel*

John M. Tomsky
Wendell Y. Tong
Craig M. Silverman
Mary Tierney
*Counsel to the Firm*

Author's E-Mail Address:
VCannavo@TrialLaw1.com
Direct Telephone Line:
(212) 266-4133
Private Fax Line:
(212) 266-4141

April 21, 2021

*VIA ECF*
The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD (SN);
          *Raymond Alexander, as Personal Representative of Robert Alexander, deceased, et al. v. Islamic Republic of Iran*, No. 1:21-cv-03505

Dear Judge Netburn:

    Pursuant to Judge Netburn's Order dated October 28, 2019, docketed under the MDL as Docket Number 5234 ("October 28, 2019 Order"), we respectfully request that the above referenced cases be made part of the MDL.

    In light of Judge Netburn's emergency individual rules and practices in light of COVID-19, available at https://www.nysd.uscourts.gov/hon-sarah-netburn, we are *not* providing courtesy copies for Chambers of Plaintiffs' Civil Cover Sheets, Summons, Complaints, and Related Case Statements. Similarly under Judge Daniels' individual rules and practices, available at https://www.nysd.uscourts/hon-george-b-daniels, we are *not* providing courtesy copies for chambers of Plaintiffs' Civil Cover sheets, Summons, Complaints and Related Case Statements.

SUFFOLK OFFICE
33105 Main Road, Cutchogue, New York 11935
TELEPHONE: (631) 734-2500 • FACSIMILE: (631) 734-2502
SPBMC-LI@TrialLaw1.com

NASSAU OFFICE
1140 Franklin Avenue, Garden City, New York 11530
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
25 Main Street, Suite 602, Hackensack, New Jersey 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

We thank the Court for its attention to this matter.

Very truly yours,

SULLIVAN PAPAIN BLOCK McGRATH
COFFINAS & CANNAVO P.C.

By: _____
VITO A. CANNAVO

VAC/ds
(109695)

cc.: VIA ECF: The Honorable George B. Daniels
All MDL Counsels of Record

---

The Party's request is GRANTED. The Clerk of the Court is respectfully directed to make <u>Alexander et al. v. Islamic Republic of Iran</u>, 21-cv-03505 a member case of <u>In re: Terrorist Attacks on September 11, 2001</u>, 03-md-01570 (GBD) (SN).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: April 23, 2021
New York, New York