UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD) (SN)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

*Hoglan, et al. v. Iran, et al.*, 11 Civ. 7550 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

On January 7, 2020, this Court issued an Order directing the Clerk of Court to enter onto the docket certain letters and diplomatic notes. (*See* ECF No. 5454.)[1] That Order is hereby modified as follows:

Plaintiffs are directed to send to the Clerk's office, either by disc or by thumb drive, PDF copies of all documents they request to be added to the docket. Plaintiffs are directed to contact the Clerk's office should they have any questions regarding further instructions.

After receiving the PDF versions, the Clerk of Court is directed to enter onto the docket all letters and documents covered by this Court's January 7, 2020 Order.

Dated: March 6, 2020
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge

---

[1] All citations included herein refer to documents filed in the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN).