```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAY, et al.,

           Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

           Defendant.

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
            1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 28th day of April 2021, I served defendant:

National Iranian Gas Company
*c/o* H.E. Mohammad Javad Zarif, Minister of Foreign Affairs
Imam Khomeini Street
Tehran, Iran 11369
982166739191

By dispatching via Federal Express, Tracking No. 7726 5511 9815, to the U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520 Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the following documents (in English and Farsi):

    1)    Cover Letter
    2)    Second Amended Complaint, dated May 6, 2019 (*Ray* Doc. No. 139)
    3)    Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.
    4)    Amended Summons, dated August 7, 2019
    5)    Notarized affidavits from the Translator

Dated: New York, New York
       April 28, 2021

                                                      RUBY J. KRAJICK
                                                      CLERK OF COURT
                                                        /s/ Shanee Mcleod
                                                        Shanee Mcleod
                                                        *Deputy Clerk*