UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

............................................................................ x

*In re Terrorist Attacks on September 11, 2001*   No. 03 MDL 1570(GBD)(SN)

............................................................................ x

## NOTICE OF LODGING OF CLASSIFIED SUBMISSION

Non-party the Federal Bureau of Investigation ("FBI") hereby provides notice that a classified letter in further support of the FBI's opposition (ECF No. 6786), filed under seal on April 29, 2021, to the letter motion to compel by the Plaintiffs' Executive Committees, filed under seal on April 26, 2021 (ECF No. 6763), has been lodged with Classified Information Security Officer Daniel Hartenstine, Litigation Security Group, U.S. Department of Justice, for secure transmission to the Court. This submission is classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), is provided for the Court's review *in camera* and *ex parte*, and cannot be disclosed without proper authorization.

Dated: New York, New York
April 29, 2021

                                                   AUDREY STRAUSS
                                                   United States Attorney for the
                                                   Southern District of New York,
                                                   *Attorney for Federal Bureau of Investigation*

           By:     /s/ *Jeannette A. Vargas*
                   SARAH S. NORMAND
                   JEANNETTE A. VARGAS
                   Assistant United States Attorneys
                   86 Chambers Street, Third Floor
                   New York, New York 10007
                   Telephone: (212) 637-2709/2678
                   Email: Sarah.Normand@usdoj.gov
                            Jeannette.Vargas@usdoj.gov