# EXHIBIT B

# Megan Benett

| | |
|---|---|
| **From:** | Wood, Benjamin <benjamin.wood@squirepb.com> |
| **Sent:** | Wednesday, February 3, 2021 7:08 PM |
| **To:** | Steven R. Pounian |
| **Cc:** | 'Carter, Sean'; zRobert Haefele |
| **Subject:** | RE: 9/11 litigation - Alp Karli |

Thank you, Steve.  Tomorrow at 12 noon is good.  The best number to reach me is my mobile: 202-674-6685

Best,

Ben

**Benjamin D. Wood**
Squire Patton Boggs (US) LLP
T  +1 202 457 6685
M  +1 202 674 6685
benjamin.wood@squirepb.com

---

**From:** Steven R. Pounian <Spounian@kreindler.com>
**Sent:** Wednesday, February 3, 2021 5:56 PM
**To:** Wood, Benjamin <benjamin.wood@squirepb.com>
**Cc:** 'Carter, Sean' <SCarter1@cozen.com>; zRobert Haefele <rhaefele@motleyrice.com>
**Subject:** [EXT] RE: 9/11 litigation - Alp Karli

Ben,

Thanks for your message.  We are all available tomorrow and suggest 12 noon.

You jogged my memory on meeting during the Pan Am case - we can discuss tomorrow.

Have a good night,

Steve

**Steven R. Pounian**
Of Counsel

**KREINDLER & KREINDLER LLP**
TRADITION OF EXCELLENCE

Kreindler & Kreindler LLP
750 Third Avenue         T:  212.973.3477    ·    E-mail:  spounian@kreindler.com
New York, NY 10017-2703  F:  212.972.9432    ·    Web:     www.kreindler.com

🌎 Please consider the environment before printing this e-mail.

---

**From:** Wood, Benjamin <benjamin.wood@squirepb.com>
**Sent:** Wednesday, February 03, 2021 5:17 PM
**To:** Steven R. Pounian <Spounian@kreindler.com>
**Cc:** 'Carter, Sean' <SCarter1@cozen.com>; zRobert Haefele <rhaefele@motleyrice.com>
**Subject:** RE: 9/11 litigation - Alp Karli

1

Hi Steve,

It is good to hear from you – I think we met many years ago on the Pan Am 103 case.

I am happy to talk about Alp Karli. I could speak tomorrow between 12 – 2 or Friday between 11:30 – 1:30. Let me know if either of those times works for Sean, Robert and you.

Best regards,

Ben



**Benjamin D. Wood**
Partner
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037

T  +1 202 457 6685
O  +1 202 457 6000
F  +1 202 457 6315
M  +1 202 674 6685

benjamin.wood@squirepb.com | squirepattonboggs.com

---

**From:** Steven R. Pounian <Spounian@kreindler.com>
**Sent:** Wednesday, February 3, 2021 3:30 PM
**To:** Wood, Benjamin <benjamin.wood@squirepb.com>
**Cc:** 'Carter, Sean' <SCarter1@cozen.com>; zRobert Haefele <rhaefele@motleyrice.com>
**Subject:** [EXT] 9/11 litigation - Alp Karli

Dear Ben,

Sean Carter, Robert Haefele, and I just tried to call you on behalf of the 9/11 Plaintiffs. We were advised by counsel for Saudi Arabia that you represent witness Alp Karli. Could you please let us know a time when you are available to set up a conference call with us.

Thanks,

Steve

**Steven R. Pounian**
Of Counsel



Kreindler & Kreindler LLP
750 Third Avenue          O: 212.973.3477     ·     E-mail: spounian@kreindler.com
New York, NY 10017-2703   C: 212.627.7704     ·     Web:    www.kreindler.com

🌍 Please consider the environment before printing this e-mail.

---------------------------------------------------------------------
45 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other

person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.


#US
---------------------------------------------------------------------