# EXHIBIT F

# Megan Benett

| | |
|---|---|
| **From:** | Shen, Andrew C. <ashen@kellogghansen.com> |
| **Sent:** | Monday, May 3, 2021 11:25 AM |
| **To:** | Steven R. Pounian; Kellogg, Michael K.; Rapawy, Gregory G.; Huppert, Matthew R. |
| **Cc:** | Jim Kreindler; Andrew J. Maloney; Megan Benett; 'SCarter1@cozen.com'; zScott Tarbutton; zRobert Haefele; Goldman, Jerry; John Fawcett |
| **Subject:** | RE: Alp Karli |

Steve –

As set forth our prior correspondence, Mr. Karli's address was obtained through the efforts of our private investigators and is attorney work product. Saudi Arabia does not agree with your assertion concerning how this information was obtained. Nonetheless, to avoid burdening the Court with any dispute, we are willing to provide the address obtained by our investigators:



Regards,

Andy

Andrew C. Shen
Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Direct: (202) 326-7963
Fax: (202) 326-7999

The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

---

**From:** Shen, Andrew C.
**Sent:** Friday, April 30, 2021 5:10 PM
**To:** 'Steven R. Pounian' <Spounian@kreindler.com>; Kellogg, Michael K. <mkellogg@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; Huppert, Matthew R. <mhuppert@kellogghansen.com>
**Cc:** Kreindler, James <jkreindler@kreindler.com>; Maloney, III, Andrew <amaloney@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; SCarter1@cozen.com; Tarbutton, Joseph <starbutton@cozen.com>; zRobert Haefele <rhaefele@motleyrice.com>; Goldman, Jerry <jgoldman@andersonkill.com>; John Fawcett <Jfawcett@kreindler.com>
**Subject:** RE: Alp Karli

Steve –

Until we received your email, we were unaware that Mr. Karli had decided not to testify voluntarily.  Mr. Karli's address is protected work product.  But, we will take your request under advisement and get back to you shortly.

Regards,

Andy

Andrew C. Shen
Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Direct:  (202) 326-7963
Fax:  (202) 326-7999

The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

**From:** Steven R. Pounian <Spounian@kreindler.com>
**Sent:** Friday, April 30, 2021 2:43 PM
**To:** Shen, Andrew C. <ashen@kellogghansen.com>; Kellogg, Michael K. <mkellogg@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; Huppert, Matthew R. <mhuppert@kellogghansen.com>
**Cc:** Kreindler, James <jkreindler@kreindler.com>; Maloney, III, Andrew <amaloney@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; SCarter1@cozen.com; Tarbutton, Joseph <starbutton@cozen.com>; zRobert Haefele <rhaefele@motleyrice.com>; Goldman, Jerry <jgoldman@andersonkill.com>; John Fawcett <Jfawcett@kreindler.com>
**Subject:** [EXTERNAL] Alp Karli

Dear Andy,

As we expect you know already, Alp Karli suddenly reversed his position on appearing to testify voluntarily.  Accordingly, Plaintiffs renew their request, raised several weeks ago and deferred based on your referral of us to Mr. Wood, that the Kingdom provide us with the address information to locate witness Alp Karli so that we may serve process on him to conduct a remote deposition.  We think it certain that the investigator you sent to locate and speak to Mr. Karli was aided in his efforts by information provided by the Kingdom, and not available to Plaintiffs.  Please let us know your position as soon as possible, and no later than Monday at noon so that we can make an appropriate application if necessary.

Regards,

Steve

**Steven R. Pounian**
Of Counsel
                            Kreindler & Kreindler LLP

 485 Lexington Ave  T: 212.973.3477 · E-mail: spounian@kreindler.com
New York, NY 10017  F: 212.972.9432 · Web: www.kreindler.com

Please note our new address effective March 26, 2021. Phone and fax numbers remain the same.

🌎 Please consider the environment before printing this e-mail.