# EXHIBIT 1

**Steven R. Pounian**

| | |
|---|---|
| **From:** | Vargas, Jeannette (USANYS) <Jeannette.Vargas@usdoj.gov> |
| **Sent:** | Tuesday, April 06, 2021 4:42 PM |
| **To:** | Steven R. Pounian; zSarah S. Normand |
| **Cc:** | Jim Kreindler; Andrew J. Maloney; Megan Benett; SCarter1@cozen.com; zScott Tarbutton; zRobert Haefele; WTC[jgoldman@andersonkill.com]; John Fawcett |
| **Subject:** | RE: Mohdar Abdullah FBI interview reports |

Steve,

I am writing to confirm that the FBI has completed its search for and processing of Mohdar Abdullah interview reports, and does not intend to produce any additional interview reports for Abdullah. We note that the specific interview reports identified in your email were the subject of the PECs' omnibus motion to compel. Based upon the FBI's submissions, the Court declined to order the FBI to take any further action.

Regards,

Jeannette


**From:** Steven R. Pounian <Spounian@kreindler.com>
**Sent:** Friday, March 12, 2021 1:27 PM
**To:** Normand, Sarah (USANYS) <SNormand@usa.doj.gov>; Vargas, Jeannette (USANYS) <JVargas@usa.doj.gov>
**Cc:** Jim Kreindler <JKreindler@kreindler.com>; Andrew J. Maloney <AMaloney@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; SCarter1@cozen.com; zScott Tarbutton <starbutton@cozen.com>; zRobert Haefele <rhaefele@motleyrice.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; John Fawcett <Jfawcett@kreindler.com>
**Subject:** Mohdar Abdullah FBI interview reports

Dear Sarah,

Plaintiffs received word yesterday that the Swedish Court is now scheduling the deposition hearing of Mohdar Abdullah for a date on or after April 26, 2021.

Plaintiffs are writing to confirm whether we have received all of the FBI interview reports of Mohdar Abdullah,



We would appreciate your efforts to check into this and to provide the Plaintiffs with the missing 302s in advance of the deposition.

Regards,

Steve

1

**Steven R. Pounian**
Of Counsel

Kreindler & Kreindler LLP
750 Third Avenue           T: 212.973.3477     ·     E-mail: spounian@kreindler.com
New York, NY 10017-2703    F: 212.972.9432     ·     Web:    www.kreindler.com

🌎 Please consider the environment before printing this e-mail.

2