UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

-----------------------------------------------------------------X

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court has reviewed the letters related to Plaintiffs' April 12, 2021 Motion to Compel, the Government's ex parte, in camera submission, and the parties' submissions in connection with the Omnibus Motion to Compel, which resulted in the Court's February 1, 2021 Opinion & Order. The Court is satisfied that the Government has complied with its obligations and no further action is required. Plaintiffs' motion is DENIED. The parties are further ordered to meet and confer with respect to any appropriate redaction and either file their letters on the docket or file a status letter by May 14, 2021.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
             April 30, 2021