UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Betso, et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.:  <u>1:21 cv 1394</u> (GBD)(SN)
<u>1:03 md 1570</u> (GBD)(SN)

I hereby certify under the penalties of perjury that on the <u>17th</u> day of <u>May</u>, 2021,  I served: ___

<u>Islamic Republic of Iran, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam</u>

<u>Khomeini Avenue, Tehran Iran</u>

_____

☒      the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

__1__ copy(ies) of the  <u>Notice of Lawsuit, Civil Cover Sheet, Summons, Complaint deemed</u>

<u>filed on February 17, 2021, Related Case Statement, Entry of Appearance & Affidavit of Translator</u>

<u>(along with Persian-Farsi translations of each document).</u>

by USPS REGISTERED RB596321705US

Dated:  New York, New York
<u>May 17, 2021</u>

RUBY J. KRAJICK
CLERK OF COURT


_____

/s/JaVonn Ross
DEPUTY CLERK