WHITE & CASE

May 17, 2021

VIA ECF

The Honorable George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

*In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-1570-GBD-SN (S.D.N.Y.)

Dear Judge Daniels:

Pursuant to Rule IV.D. of this Court's Individual Rules and Practices, Al Rajhi Bank requests oral argument on its Rule 72 Objections (ECF Nos. 6724, 6788, and 6807) to the Magistrate Judge's March 26, 2021 Opinion and Order (ECF No. 6681) denying the Bank's December 19, 2019 Motion for the Court to Decide the Bank's Pending Rule 12(b)(6) Motion to Dismiss (ECF Nos. 5384, 5385, 6048).

As set forth in the Bank's Objections, the Bank maintains that its Motion is a dispositive motion such that its Objections are subject to *de novo* review by Your Honor. The Bank believes that the Court will find oral argument beneficial. No oral argument was previously held on the Bank's Motion.

Respectfully submitted,

/s/ *Christopher M. Curran*

Christopher M. Curran
Nicole Erb
Matthew S. Leddicotte
Reuben A. Sequeira

*Counsel for Al Rajhi Bank*

cc:   All Counsel (via ECF)