# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

May 19, 2021

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

  RE:  *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

  Plaintiffs write to advise the Court that the Request for International Judicial Assistance to take the testimony of Alp Karli in Turkey and certified translation were reported as received by the Turkish Ministry of Justice on Tuesday May 18, 2021. We will provide the Court with any updates we receive regarding the scheduling of Mr. Karli's deposition.

Respectfully submitted,

| KREINDLER & KREINDLER | MOTLEY RICE |
|---|---|
| */s/ Megan W. Benett*<br>Steven R. Pounian, Esquire<br>Andrew J. Maloney, Esquire<br>Megan W. Benett, Esquire<br>485 Lexington Avenue, 28th Floor<br>New York, NY 10017<br><br>For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims | */s/ Robert T. Haefele*<br>Robert T. Haefele, Esquire<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br><br>For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |

Hon. Sarah Netburn
May 19, 2021
Page 2

_____

COZEN O'CONNOR

*/s/ Sean P. Carter*
Sean P. Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103

For the MDL 1570 Plaintiffs' Exec.
Committee for Commercial Claims