UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander, et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 1:21 cv 3505 (GBD)(SN)
1:03 md 1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27th day of May, 2021, I served: Islamic Republic of Iran, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Street. Imam Khomeini Sq., Tehran, Iran

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

__1__ copy(ies) of the Notice of Lawsuit, Request to Waive Service of a Summons, Civil Cover Sheet, Summons, Complaint, Related Case Statement, Entry of Appearance & Affidavit of Translator (along with Persian-Farsi translations of each document).

by USPS REGISTERED RH002898918US

Dated:  New York, New York
        May 27, 2021

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross
DEPUTY CLERK