UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On May 26, 2021, the Court received a request from the Plaintiffs' Executive Committee requesting a notarized and apostilled authorization. The Plaintiffs indicated that this authorization would contain personally identifying information and work product. Documents to be apostilled must be filed with the court. Accordingly, the Court orders the filing under seal of the document to be apostilled under the normal procedures in this District for filing sealed documents, with access restricted to the Plaintiffs' Executive Committee.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 28, 2021
               New York, New York