UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

TERRORIST ATTACKS ON                            03-MD-1570 (GBD) (SN)
SEPTEMBER 11, 2001


-----------------------------------------------------------------X

**Defendant's Response to the Court's May 10, 2021 Order**

Pursuant to the Court's order of May 10, 2021 (ECF 6801) counsel for Defendant Wael Jelaidan has informed Plaintiff's counsel that Mr. Jelaidan will be available to sit for his deposition on August 26, 2021 in Saudi Arabia.

Respectfully submitted,

   */s/ Martin F. McMahon*


Martin F. McMahon, Esq, # 196642
Martin F. McMahon & Associates
1717 K St., NW
Suite 900
Washington DC 20006
(202) 862-4343
mm@martinmcmahonlaw.com
*Counsel for Defendant Wael Jelaidan*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing and proposed order has been made through the Court's electronic transmission facilities on the 1st day of June 2021.

/s/ *Martin F. McMahon*
Martin F. McMahon