# Exhibit 1

**FILED UNDER SEAL**

| | |
|---|---|
| **From:** | Normand, Sarah (USANYS) |
| **To:** | Rapawy, Gregory G. |
| **Cc:** | Vargas, Jeannette; Kellogg, Michael K.; Shen, Andrew C. |
| **Subject:** | [EXTERNAL] RE: 9/11 litigation -- request to State Department |
| **Date:** | Wednesday, May 12, 2021 11:29:22 AM |
| **Attachments:** | 2021-04-20 AL JARRAH A&T Staff Certification.pdf |

Greg:

In response to your request below, please see the attached letter.

Best,

Sarah

Sarah S. Normand

Deputy Chief, Civil Division

United States Attorney's Office

Southern District of New York

86 Chambers Street, Third Floor

New York, NY 10007

T: (212) 637-2709

Sarah.Normand@usdoj.gov

**From:** Rapawy, Gregory G.
**Sent:** Thursday, January 28, 2021 3:36 PM
**To:** Normand, Sarah (USANYS)
**Cc:** Vargas, Jeannette (USANYS) ; Leung, Mona (USANYS) ; Kellogg, Michael K. ; Shen, Andrew C.
**Subject:** 9/11 litigation -- request to State Department

SUBJECT TO MDL PROTECTIVE ORDER

Sarah,

Following up on our call, Saudi Arabia requests that the U.S. Department of State confirm that it accepted Musaed bin Ahmed Al Jarrah as a member of the administrative staff of Saudi Arabia's Embassy in Washington, D.C. during the time relevant to this case. Our understanding is that Mr. Al Jarrah worked at the Embassy from about 1990 to about 2005. Although our client has numerous records reflecting Mr. Al Jarrah's employment at the Embassy, we have not yet been able to locate a State Department document accrediting him. For the reasons discussed on our call, it would be helpful to have either a contemporaneous document or a current letter from the State Department reflecting Mr. Al Jarrah's status during the relevant time.

To assist the State Department in locating Mr. Al Jarrah in its records, we are providing a copy of Mr. Al Jarrah's special passport issued by Saudi Arabia in 1997. The passport describes his position as "Admin. Official, Saudi A. Embassy in U.S.A." His passport number is ▉▉▉▉▉." The passport contains several US-issued A-2 visas in which the "Annotation" section contains the words "Official" and "Saudi Embassy Washington D.C." The passport was produced by Saudi Arabia in the litigation as KSA 8021-41. Because it was scanned in color and is a large file, I will send it to you (and Jeannette and Mona) separately using a file transfer link.

Also, to provide a reference point for the types of contemporaneous documents that may exist reflecting Mr. Al Jarrah's status, I am attaching:

- ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and

As I indicated when we spoke, we are not aware that Mr. Al Jarrah's status was ever revoked in the way that Mr. Al Thumairy's was. Had that occurred, it likely would have come up by now. We are providing KSA 6810 merely for reference.

As the confidentiality stamps on KSA 6679, 6810, and 8021-41 indicate, those documents were produced subject to the MDL protective order. Saudi Arabia is the producing party for all three documents, so we can share them with you, but we request that they be given confidential treatment.

Thanks for your assistance and please let me know if any further information would be helpful.

Regards,

Greg

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.



United States Department of State

*Office of Foreign Missions*

*Washington, D.C. 20520*

April 20, 2021

REF: 21-552

RE: Musaed A. AL JARRAH

    This is to certify that the Office of Foreign Missions, U.S. Department of State, is responsible for overseeing the registration and maintenance of the official records of certain diplomatic agents, consular officers, and other employees of foreign governments and international organizations in the United States and its territories, and their family members.

    The official records of the Office of Foreign Missions, indicate that Mr. Musaed A. AL JARRAH, born December 19, 1960, was notified to the Department as assuming his duties as an administrative and technical staff member for the Embassy of Kingdom of Saudi Arabia, effective February 8, 1991 until February 26, 2006.

Clifton C. Seagroves
Director, Acting
Office of Foreign Missions