KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

June 1, 2021

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

    This firm represents a nonparty witness who has received a deposition subpoena from Plaintiffs and who wishes to keep his or her identity out of the public record. This evening, we will file a letter motion on behalf of this nonparty witness to quash the subpoena and preclude the deposition. That letter motion and its accompanying exhibits reveal the names of the nonparty we represent, and we therefore respectfully request that the Court accept the letter motion and accompanying exhibits under seal under the general MDL protective order, ECF No. 1900. *See* ECF No. 4696 at 13 (approving sealing under the MDL protective order to "[p]rotect[] the privacy of innocent third parties").

    We are making today's filings under seal using the Court's sealed ECF procedures. Copies of these filings (clean and with highlighted proposed redactions) are being sent today by email to Your Honor's chambers, and to counsel for Plaintiffs, the United States, and Dallah Avco. No courtesy copies of either this letter or today's sealed filings are being sent to the chambers of Judge Daniels, as instructed by the temporary revisions to his Individual Practices in light of the ongoing public health crisis.

                                                              Respectfully submitted,

                                                              /s/ *Michael K. Kellogg*

                                                              Michael K. Kellogg
                                                              *Counsel for Undisclosed Nonparty*

cc:    All MDL Counsel of Record (via ECF)