

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*86 Chambers Street
New York, New York 10007*

June 4, 2021

**BY ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (S.D.N.Y.) (GBD) (SN)

Dear Judge Netburn:

  Pursuant to the Court's order dated May 28, 2021 (ECF No. 6828), the FBI has conducted a review of the classified, *ex parte* letter that was lodged for the Court's *in camera* review on April 29, 2021,[1] to determine if "certain information about the FBI's search process and the adequacy of its efforts" contained in that letter could be released. The FBI has determined that certain, but not all, such information can be disclosed. A redacted copy of the April 29 letter, which releases the aforementioned-information, is thereby attached hereto.

         Respectfully submitted,

         AUDREY STRAUSS
         United States Attorney

    By: */s/ Jeannette A. Vargas*
       SARAH S. NORMAND
       JEANNETTE A. VARGAS
       Assistant United States Attorneys
       (212) 637-2709/2678

---

[1] Although the Court's May 28 Order references a March 29, 2021 letter, in light of the Order's citation to ECF No. 6787, the Notice of Lodging for the April 29 classified letter, it appears that the reference to a March 29 letter was an error.