CLASSIFIED BY: NSICG
REASON: 1.4 (C)
DECLASSIFY ON: 12-31-2046
DATE: 06-03-2021



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

April 29, 2021

**SUBMITTED *EX PARTE*, FOR**
***IN CAMERA* REVIEW**

**By Hand via Classified Information Security Officer**

Hon. Sarah Netburn
U.S. Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:   *In re Terrorist Attacks on September 11, 2001*
              03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

We submit this letter in further support of the FBI's letter of April 29, 2021, and in opposition to the letter motion filed by the Plaintiffs' Executive Committees ("PECs") on April 26, 2021 (ECF No. 6763), seeking an order compelling the Federal Bureau of Investigation ("FBI") to produce additional phone records, as listed in Appendix I of that letter.

Following the Court's February 1, 2021 Order, the FBI again conducted searches for unprivileged toll records associated with all the numbers listed in the Fifth Hunt Declaration. The FBI has produced phone records that it located as a result of those searches to the PECs.

Although the Court's Order only required the FBI to search for phone records to the extent it had not previously conducted searches, the FBI went beyond what was required, and conducted Sentinel searches for phone numbers The FBI did not locate any such records.

We thank the Court for its consideration of this submission.

Respectfully,

AUDREY STRAUSS
United State Attorney for the
Southern District of New York

By: /s/ *Jeannette A. Vargas*
SARAH S. NORMAND
JEANNETTE A. VARGAS
Assistant U.S. Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2709/2678
Sarah.Normand@usdoj.gov
Jeannette.Vargas@usdoj.gov