UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |
|---|---|

**This document relates to:**

*Hugh A. Chairnoff, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12367(GBD) (SN)

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth Parks hereby voluntarily dismisses without prejudice her claims against the Defendant the Kingdom of Saudi Arabia in the above-captioned *Hugh A. Chairnoff, et al. v. Kingdom of Saudi Arabia,* 1:18-cv-12370(GBD)(SN).

This Notice of Voluntary Dismissal is limited only to dismissing Plaintiff Elizabeth Parks from this action. All other Plaintiffs maintain and continue to prosecute their claims against the Defendant.

Dated: June 8, 2021
White Plains, New York

**FLEISCHMAN BONNER & ROCCO LLP**

By: /s/ James P. Bonner
James P. Bonner (jbonner@fbrllp.com)
Patrick L. Rocco (procco@fbrllp.com)
Susan M. Davies (sdavies@fbrllp.com)
81 Main Street, Suite 515
White Plains, New York 10601
Telephone: 908-516-2066

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: JUN 0 9 2021

Joseph Peter Drennan (admitted *pro hac vice*)
218 North Lee Street, Third Floor
Alexandria, Virginia 22314-2631
Telephone: (703) 519-3773
Telecopier: (703) 997-2591
Mobile: (540) 226-0777
joseph@josephpeterdrennan.com

        Patrick M. Donahue (admitted *pro hac vice*)
        P. Joseph Donahue (admitted *pro hac vice*)
        Thomas P. Donahue (admitted *pro hac vice*)
        THE DONAHUE LAW FIRM, LLC
        18 West Street
        Annapolis, MD 21401
        Telephone: (410) 280-2023
        pmd@thedonahuelawfirm.com
        pjd@thedonahuelawfirm.com
        tpd@thedonahuelawfirm.com

        P. York McLane (admitted *pro hac vice*)
        LAW OFFICE OF P. YORK MCLANE
        14015 Park Dr., Ste. 111
        Tomball, Texas 77377
        yorkmclane@yahoo.com

        ***Counsel for Plaintiff Elizabeth Parks***