UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

**03-MD-1570 (GBD) (SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/2021

**SARAH NETBURN, United States Magistrate Judge:**

    The Kingdom of Saudi Arabia is currently listed on the docket in conflicting positions. It is listed as a defendant represented by Michael K. Kellogg of Kellogg, Hansen, Todd, Figel & Frederick and other attorneys associated with that firm. But it is also listed as a plaintiff with its attorney listed as Andrew Joseph Maloney of Kreindler & Kreindler. The Court does not understand Saudi Arabia to be a plaintiff in this matter nor to be represented by Kreindler & Kreindler. Accordingly, the parties are ORDERED to submit to the Court any objections they have to Saudi Arabia being terminated as a plaintiff in this matter by June 16, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 15, 2021
               New York, New York