# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

June 15, 2021

**VIA ECF**

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn,

This letter is respectfully submitted as a joint response from the PECs and the Kingdom of Saudi Arabia ("Saudi Arabia") in response to today's Order, ECF No. 6861, regarding an apparent docketing error that lists Saudi Arabia as a plaintiff in 03 MD 1570 and Andrew J. Maloney and Kreindler and Kreindler as its counsel.

At no time has Saudi Arabia been a plaintiff in the MDL, and at no time has Mr. Maloney or the Kreindler firm represented Saudi Arabia. It appears that some kind of docketing error was made and both parties agree that Saudi Arabia should be terminated as plaintiff in this matter.

Respectfully Submitted,

/s/ Andrew J. Maloney, III
ANDREW J. MALONEY, III
*PLAINTIFFS' EXECUTIVE COMMITTEES*

CC: All counsel of record – via ECF