KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

June 15, 2021

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") to respectfully inquire about the pending motion (ECF No. 6817) relating to the deposition of Musaed Al Jarrah. That deposition will begin in two days, on June 17, 2021. Saudi Arabia respectfully requests that, to the extent possible, the Court consider and rule upon the motion before the deposition.

      Absent a ruling from the Court, Saudi Arabia will instruct Al Jarrah, pursuant to the Vienna Convention on Diplomatic Relations of 1961, not to answer questions relating to his functions as an "administrative and technical staff member" of the Royal Embassy of Washington, D.C., consistent with the parameters outlined in the motion and the guidance from the Court in its August 27, 2020 Order (ECF No. 6408).

                                           Respectfully submitted,

                                           /s/ *Michael K. Kellogg*

                                           Michael K. Kellogg
                                           *Counsel for the Kingdom of Saudi Arabia*

Cc:    All MDL Counsel of Record (via ECF)