```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD) (SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On June 15, 2021, the Court informed the parties that the Kingdom of Saudi Arabia was listed on the docket as plaintiff. ECF No. 6861. It requested that the parties indicate if this was an error. Id. That same day, the parties confirmed that it was, and that Saudi Arabia should be terminated as a plaintiff. ECF No. 6862. Therefore, the Clerk of the Court is respectfully directed to terminate the Kingdom of Saudi Arabia as a plaintiff only in this matter.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 16, 2021
                New York, New York