UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD) (SN)

ORDER

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On June 16, 2021, the Court was informed that Martin F. McMahon, counsel for defendant Wael Jelaidan, passed away. The Court is saddened to hear of the loss of a member of the bar and offers its sympathies to his loved ones.

    McMahon was a solo practitioner which means that Jelaidan is now unrepresented. Jelaidan is also scheduled to be deposed on August 26, 2021. ECF No. 6833. So, by July 19, 2021, Jelaidan must either (1) locate a new attorney and have that attorney enter an appearance on his behalf or (2) file a letter with the Court stating if he intends to proceed *pro se*.

    The Court will transmit a copy of this order by email to Richard W. Sandza, the attorney who alerted the Court to McMahon's passing. The Court requests that both Sandza and the Defendants' Executive Committee assist the Court in transmitting a copy of this order to Jelaidan. Finally, the Clerk of the Court is respectfully directed to terminate McMahon's appearance.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
             June 16, 2021

cc: Richard W. Sandza via chambers email