USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2021

June 17, 2021

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

VIA email: Netburn_NYSDChambers@nysd.uscourts.gov

Re: In Re: Terrorist Attacks on September 11, 2001, 03-MDL-1570 (GBD) (SN)

Re: Court Order of June 16, 2021 concerning the representation of Defendant Wael Jelaidan

Pursuant to the Court's June 16, 2021 order (ECF 6867) I have notified Mr. Jelaidan's Saudi Arabia attorney Dr. Bassim Alim, as well as his secretary Aftab Hussain, of the Court's order and sent them a copy of the order via email on June 17, 2021.

Sincerely,

/s/ Richard W. Sandza

Richard W. Sandza, Esquire

DC Bar number 1047993

---

On June 17, 2021, the Court received this letter, which it respectfully requests that the Clerk of Court file.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 17, 2021
      New York, New York