```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X
```

03-MD-1570 (GBD) (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/2021

**SARAH NETBURN, United States Magistrate Judge:**

The Plaintiffs' Executive Committees' ("PECs") move to set the deadline for expert discovery, ECF No. 6816, and request a case management conference. ECF No. 6829. The PECs' motion is GRANTED in part.

## DISCUSSION

The Court has carefully reviewed its prior orders setting discovery deadlines at ECF No. 6204 at 3 and 6546 at 10. Based on these orders, the date for the close of expert discovery was arguably ambiguous. Accordingly, rather than prejudice the parties, the Court will grant the following expert discovery schedule.

By August 4, 2021, the PECs shall serve a list of all their proposed experts. This list shall include the experts' names, curriculum vitae, and a brief summary of the matter on which the expert would testify. Upon review of that list, the parties shall meet and confer to discuss a reasonable date for serving rebuttal expert reports and the completion of expert discovery. By August 18, the parties shall file a joint proposal recommending reasonable deadlines for rebuttal expert reports and the close of expert discovery.

By September 15, 2021, the PECs will serve all expert disclosures required by Fed R. Civ. P. 26(a)(2).

Turning to the PECs' request for a case management conference, this Order resolves at least some of the issues the PECs sought to raise at this conference. Based on the parties' letters, the Court understands that other disputed items have either been resolved or are close to resolution. See, e.g., ECF No. 6838 at 5, 6847, 6850, and 6851 at 1-2. In light of this Order and those submissions, the parties are ordered to submit a joint letter to the Court by June 25, 2021, identifying all outstanding issues and stating whether a case management conference is still necessary.

## CONCLUSION

The PECs' motion to set a deadline for expert discovery at ECF No. 6816 is GRANTED. Discovery will proceed on the schedule set out by the Court in this Order and any subsequent orders. By June 25, 2021, the parties are ORDERED to submit a joint letter identifying all outstanding issues and stating if they believe that a case management conference remains necessary.

The Clerk of Court is respectfully directed to SEAL this Order and restrict access to the following case participants: Plaintiffs' Executive Committees, defendant Kingdom of Saudi Arabia, Dallah Avco Trans Arabia, and the Federal Bureau of Investigation.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: New York, New York
June 18, 2021