UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

**This document relates to:**

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341(GBD) (SN)))

## NOTICE OF MOTION UNDER RULE 21

**PLEASE TAKE NOTICE** that, by and through their undersigned counsel and upon the accompanying Declaration of Joseph Peter Drennan executed on June 23, 2021, and all prior pleadings and proceedings had herein, Plaintiffs Marie Laure Anaya, individually and as personal representative of the Estate of Calixto Anaya, Jr., Kristina-Marie Anaya, Brandon Michael Anaya, Rebecca Anaya, Elizabeth A. Emery, individually and as personal representative of the Estate of Edgar H. Emery, Jr., and Brian K. Emery respectfully move this Court pursuant to Rule 21 of the Federal Rules of Civil Procedure for an order dismissing them as parties to the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD)(SN), and for such other and further relief as the Court deems just and proper.

Dated:   June 23, 2021
        White Plains, New York        **FLEISCHMAN BONNER & ROCCO LLP**

        By: /s/ James P. Bonner
        James P. Bonner (jbonner@fbrllp.com)
        Patrick L. Rocco (procco@fbrllp.com)
        Susan M. Davies (sdavies@fbrllp.com)
        81 Main Street, Suite 515
        White Plains, New York  10601
        Telephone:  908-516-2066

Joseph Peter Drennan (admitted *pro hac vice*)
218 North Lee Street, Third Floor
Alexandria, Virginia 22314-2631
Telephone: (703) 519-3773
Telecopier: (703) 997-2591
Mobile: (540) 226-0777
joseph@josephpeterdrennan.com

Patrick M. Donahue (admitted *pro hac vice*)
P. Joseph Donahue (admitted *pro hac vice*)
Thomas P. Donahue (admitted *pro hac vice*)
THE DONAHUE LAW FIRM, LLC
18 West Street
Annapolis, MD 21401
Telephone: (410) 280-2023
pmd@thedonahuelawfirm.com
pjd@thedonahuelawfirm.com
tpd@thedonahuelawfirm.com

P. York McLane (admitted *pro hac vice*)
LAW OFFICE OF P. YORK MCLANE
14015 Park Dr., Ste. 111
Tomball, Texas 77377
yorkmclane@yahoo.com

***Counsel for Plaintiffs***