UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN)))

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to Amend Complaint to Correct Errors in the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN), it is hereby:

**ORDERED** that Plaintiffs' motion is granted; and

**ORDERED** that the following corrections are deemed made to Plaintiffs' First Amended Complaint filed on February 22, 2019 (ECF No. 29) ("FAC"):

**As to Plaintiff Name Correction:**

| Plaintiff's Name as Pled | Plaintiff's Name as Amended | Citation in FAC |
|---|---|---|
| Bryan Kauth | Brian Gerard Kauth | Appendix I at line 52 |

**As to Plaintiff Whose Relationship to 9/11 Decedent is Incorrectly Described:**

| Plaintiff's Name | Relationship to 9/11 Decedent as Pled | Relationship to 9/11 Decedent as Amended | Citation in FAC |
|---|---|---|---|
| John M. Duffy | Father | Brother | Appendix I at line 25 |

**ORDERED** that Plaintiffs are not required to serve an amended pleading reflecting these corrections.

**SO ORDERED.**

June ___, 2021  
New York, New York

_____  
SARAH NETBURN  
United States Magistrate Judge