UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (GBD)(SN)** <br> **ECF Case** |

**This document relates to:**

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN)))

## [PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS

Upon consideration of the evidence and arguments submitted by Plaintiffs in the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN) (the "*Anaya* Plaintiffs") through their Motion for (1) Judgment by Default as to Liability of the Islamic Republic of Iran pursuant to 28 U.S.C. § 1605A(c), and (2) Partial Final Judgments for Solatium and Pain and Suffering Damages for Certain Plaintiffs, and the evidence filed in the above-captioned multidistrict litigation on May 19, 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, together with the entire record in this case, it is hereby;

**ORDERED** that *Anaya* Plaintiffs, except Tracy Anne Larkey, individually and as Personal Representative of the Estate of Robin Blair Larkey, Nicholas Blair Larkey, Oliver Robin Larkey, and William James Larkey, having established their claims against the Islamic Republic of Iran under 28 U.S.C. Section 1605A(c) by evidence satisfactory to the Court and there being no just reason for delay, their Motion for Judgment by Default Against the Islamic Republic of Iran is hereby GRANTED and partial final judgment on liability is entered in favor of *Anaya* Plaintiffs except Tracy Anne Larkey, individually and as Personal Representative of

the Estate of Robin Blair Larkey, Nicholas Blair Larkey, Oliver Robin Larkey, and William James Larkey and against the Islamic Republic of Iran; and it is

**ORDERED** that, there being no just reason for delay, partial final judgment is entered against the Islamic Republic of Iran and in favor of those *Anaya* Plaintiffs identified in the attached **Exhibit A**, who are each the spouse, parent, child, sibling, or the estate of a parent or child, of an individual killed in the terrorist attacks on September 11, 2001, for solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling as set forth in Exhibit A; and it is

**ORDERED** that, there being no just reason for delay, partial final judgment is entered against the Islamic Republic of Iran and in favor of those *Anaya* Plaintiffs identified in the attached **Exhibit B**, who are each the personal representative of the estate of an individual killed in the terrorist attacks on September 11, 2001, for compensatory damages for the decedent's pain and suffering in the amount of $2,000,000 as set forth in Exhibit B; and it is

**ORDERED** that those *Anaya* Plaintiffs identified in the attached **Exhibits A** and **B** are awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of this judgment; and it is

**ORDERED** that Plaintiffs identified in the attached **Exhibits A** and **B** may submit applications for economic, punitive or other damages, to the extent such awards have not previously been addressed, at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that *Anaya* Plaintiffs Donovan Lanham, Gary Lanham, and Jasmine Lanham, who are each step-children of Michael W. Lowe who was killed in the terrorist attacks

on September 11, 2001, may submit applications for judgments for solatium, punitive or other damages at a later date.

Dated: New York, New York
       _____, 2021

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

# Exhibit A

## (Alphabetically by Last Name of 9/11 Decedent)

| Plaintiff's Name (Last, First, Middle) | Claimant's Citizenship on September 11, 2001 | 9/11 Decedent's Full Name | Claimant's Relationship to 9/11 Decedent | Amount of Solatium Damages |
|---|---|---|---|---|
| Colhoun, Helen L. | United States | Liam Joseph Colhoun | Wife | $12,500,000 |
| Colhoun, Brigid | United States | Liam Joseph Colhoun | Daughter | $8,500,000 |
| DaCosta, M. Rita | United States | Carlos DaCosta | Wife | $12,500,000 |
| DaCosta, Daniel | United States | Carlos DaCosta | Son | $8,500,000 |
| DaCosta, Carlos, Jr. | United States | Carlos DaCosta | Son | $8,500,000 |
| Dimartino, Joseph | United States | Deborah Ann Dimartino | Husband | $12,500,000 |
| Dimartino, Samantha | United States | Deborah Ann Dimartino | Daughter | $8,500,000 |
| Dimartino, Danielle | United States | Deborah Ann Dimartino | Daughter | $8,500,000 |
| Dionisio, Peter A. | United States | Anthony Dionisio, Jr. | Brother | $4,250,000 |
| Dionisio, Lucille | United States | Anthony Dionisio, Jr. | Mother | $8,500,000 |
| Dionisio, Lucille, as the Personal Representative of the Estate of Anthony Dionisio | United States | Anthony Dionisio, Jr. | Father (deceased) | $8,500,000 |
| Dionisio, Stephanie | United States | Anthony Dionisio, Jr. | Daughter | $8,500,000 |
| Phinney, Deborah Ann | United States | Anthony Dionisio, Jr. | Sister | $4,250,000 |
| Duffy, Barbara M. | United States | Michael Joseph Duffy | Mother | $8,500,000 |

**Exhibit A**

| Plaintiff's Name (Last, First, Middle) | Claimant's Citizenship on September 11, 2001 | 9/11 Decedent's Full Name | Claimant's Relationship to 9/11 Decedent | Amount of Solatium Damages |
|---|---|---|---|---|
| Barbara M. Duffy, as the Personal Representative of the Estate of John Michael Duffy | United States | Michael Joseph Duffy | Father (deceased) | $8,500,000 |
| Duffy, John M. | United States | Michael Joseph Duffy | Brother | $4,250,000 |
| Duffy-Kemper, Marykay | United States | Michael Joseph Duffy | Sister | $4,250,000 |
| Galvin, John M. | United States | Thomas E. Galvin | Father | $8,500,000 |
| Galvin, John M. Jr. | United States | Thomas E. Galvin | Brother | $4,250,000 |
| Galvin, Diverra | United States | Thomas E. Galvin | Mother | $8,500,000 |
| Callahan, Kathy Galvin | United States | Thomas E. Galvin | Sister | $4,250,000 |
| Galvin, Lynn | United States | Thomas E. Galvin | Sister | $4,250,000 |
| Getzendanner, Thomas Frank | United States | Susan Getzendanner | Brother | $4,250,000 |
| Getzendanner, Thomas Frank, as the Personal Representative of the Estate of Elizabeth A. Getzendanner | United States | Susan Getzendanner | Mother (deceased) | $8,500,000 |
| Getzendanner, Thomas Frank, as the Personal Representative of the Estate of Joseph W. Getzendanner | United States | Susan Getzendanner | Father (deceased) | $8,500,000 |
| Kriso, Lidia | United States | Susan Getzendanner | Sister | $4,250,000 |

**Exhibit A**

| Plaintiff's Name (Last, First, Middle) | Claimant's Citizenship on September 11, 2001 | 9/11 Decedent's Full Name | Claimant's Relationship to 9/11 Decedent | Amount of Solatium Damages |
|---|---|---|---|---|
| Lingen, Martha | United States | Susan Getzendanner | Sister | $4,250,000 |
| Guman, Deodat | United States | Babita Girjamatie Guman | Husband | $12,500,000 |
| Guman, Christina | United States | Babita Girjamatie Guman | Daughter | $8,500,000 |
| Guman, Deodat, as the Personal Representative of the Estate of Melaissa Guman | United States | Babita Girjamatie Guman | Daughter (deceased) | $8,500,000 |
| Hall, Donna M. | United States | Richard Boy Hall | Wife | $12,500,000 |
| Kauth, Patrick M. | United States | Don Jerome Kauth | Son | $8,500,000 |
| Kauth, Matthew J. | United States | Don Jerome Kauth | Son | $8,500,000 |
| Kauth, Cecelia | United States | Don Jerome Kauth | Daughter | $8,500,000 |
| Kauth, Brian Gerard | United States | Don Jerome Kauth | Brother | $4,250,000 |
| Ferris, Ann | United States | Don Jerome Kauth | Sister | $4,250,000 |
| Brady, Denise | United States | Don Jerome Kauth | Sister | $4,250,000 |
| Graham, Vanessa | United States | Don Jerome Kauth | Sister | $4,250,000 |
| Graham, Vanessa, as the Personal Representative of the Estate of Winifred R. Graham | United States | Don Jerome Kauth | Mother (deceased) | $8,500,000 |
| Grossi, Mary K. | United States | Don Jerome Kauth | Sister | $4,250,000 |
| King, Judith | United States | Andrew Marshal King | Wife | $12,500,000 |
| King, Casey | United States | Andrew Marshal King | Daughter | $8,500,000 |

3

**Exhibit A**

| Plaintiff's Name (Last, First, Middle) | Claimant's Citizenship on September 11, 2001 | 9/11 Decedent's Full Name | Claimant's Relationship to 9/11 Decedent | Amount of Solatium Damages |
|---|---|---|---|---|
| King, Andrew | United States | Andrew Marshal King | Son | $8,500,000 |
| King, Carly | United States | Andrew Marshal King | Daughter | $8,500,000 |
| Issel, Paula, as the Personal Representative of the Estate of Joan King | United States | Andrew Marshal King | Mother (deceased) | $8,500,000 |
| Prusank, Page King | United States | Andrew Marshal King | Sister | $4,250,000 |
| King, Charles Spencer | United States | Andrew Marshal King | Brother | $4,250,000 |
| Lee, Eileen R. | United States | Gary H. Lee | Wife | $12,500,000 |
| Lee, Gary A. | United States | Gary H. Lee | Son | $8,500,000 |
| Lanham-Lowe, Vivian | United States | Michael W. Lowe | Wife | $12,500,000 |
| Laurence, Myasia Micki | United States | Michael W. Lowe | Daughter | $8,500,000 |
| Lowe, Charnice | United States | Michael W. Lowe | Daughter | $8,500,000 |
| Lowe, Charisma | United States | Michael W. Lowe | Daughter | $8,500,000 |
| Lowe, Tammeka | United States | Michael W. Lowe | Daughter | $8,500,000 |
| Lowe, Khalik | United States | Michael W. Lowe | Son | $8,500,000 |
| Lowe, David | United States | Michael W. Lowe | Brother | $4,250,000 |
| Lowe, Phillip Samuel | United States | Michael W. Lowe | Brother | $4,250,000 |
| Williams, Kerina | United States | Michael W. Lowe | Daughter | $8,500,000 |
| Marti, Rosalie A. | United States | Michael A. Marti | Mother | $8,500,000 |

**Exhibit A**

| Plaintiff's Name (Last, First, Middle) | Claimant's Citizenship on September 11, 2001 | 9/11 Decedent's Full Name | Claimant's Relationship to 9/11 Decedent | Amount of Solatium Damages |
|---|---|---|---|---|
| Truglio, Mario, as the Personal Representative of the Estate of Roger R. Marti | United States | Michael A. Marti | Father (deceased) | $8,500,000 |
| Notaro, Carlo | United States | Daniela R. Notaro | Father | $8,500,000 |
| Notaro, Rosa | United States | Daniela R. Notaro | Mother | $8,500,000 |
| Reneo, Rosaria | United States | Daniela R. Notaro | Sister | $4,250,000 |
| **TOTAL SOLATIUM DAMAGES** | | | | $482,500,000 |

5

**Exhibit B**

| Personal Representative(s) and Estate | Decedent's Citizenship on September 11, 2001 | Damages for Pain & Suffering |
|---|---|---|
| Helen L. Colhoun as Personal Representative of the Estate of Liam Joseph Colhoun | United States | $2,000,000 |
| Rita M. DaCosta as Personal Representative of the Estate of Carlos DaCosta | United States | $2,000,000 |
| Joseph Dimartino as Personal Representative of the Estate of Deborah Ann Dimartino | United States | $2,000,000 |
| Peter A. Dionisio and Lucille Dionisio as Personal Representatives of the Estate of Anthony Dionisio, Jr. | United States | $2,000,000 |
| John M. Galvin as Personal Representative of the Estate of Thomas E. Galvin | United States | $2,000,000 |
| Thomas Frank Getzendanner as Personal Representative of the Estate of Susan Getzendanner | United States | $2,000,000 |
| Deodat Guman as Personal Representative of the Estate of Babita Girjamatie Guman | United States | $2,000,000 |
| Donna M. Hall as Personal Representative of the Estate of Richard Boy Hall | United States | $2,000,000 |
| Matthew J. Kauth and Ann Ferris as Personal Representatives of the Estate of Don Jerome Kauth | United States | $2,000,000 |
| Judith King as Personal Representative of the Estate of Andrew Marshal King | United States | $2,000,000 |
| Eileen R. Lee as Personal Representative of the Estate of Gary H. Lee | United States | $2,000,000 |
| Vivian Lanham-Lowe as Personal Representative of the Estate of Michael W. Lowe | United States | $2,000,000 |
| Mario Truglio as Personal Representative of the Estate of Michael A. Marti | United States | $2,000,000 |
| Carlo Notaro as Personal Representative of the Estate of Daniela R. Notaro | United States | $2,000,000 |
| **Total Pain & Suffering Damages** | | **$28,000,000** |