```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MD-1570 (GBD) (SN)

ORDER

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Anaya et al v. Islamic Republic of Iran</u>, 18-cv-12341 (GBD)(SN)

The Plaintiffs move for leave to amend their complaint. ECF No. 6876.[1] This motion is GRANTED under Federal Rule of Civil Procedure 15(a)(2).

This Court has consistently granted leave to amend complaints in order to address minor typographical issues or factual corrections. <u>See, e.g.</u>, ECF No. 4473, 4474, 4475. It does so again here. Accordingly, the corrections below are deemed made to the Plaintiffs' First Amended Short Form Complaint.

    **As to Plaintiff Name Corrections:**

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 18-cv-12341 | Bryan Kauth | Brian Gerard Kauth |

    **As to the Plaintiffs Whose Relationship to 9/11 Decedent is Incorrectly described:**

| | Case Number | Plaintiff's Name | Plaintiff's Relationship to 9/11 Decedent as Pled | Plaintiff's Relationship to 9/11 Decedent as Amended |
|---|---|---|---|---|
| 1. | 18-cv-12341 | John M. Duffy | Father of Michael Joseph Duffy | Brother of Michael Joseph Duffy |

---

[1] Unless otherwise noted, ECF citations are to the MDL docket: 03-md-1570 (GBD)(SN) (S.D.N.Y. Dec. 10, 2003).

1

The Plaintiffs have properly served defendant Islamic Republic of Iran under the Foreign Sovereign Immunities Act. See <u>Anaya et al v. Islamic Republic of Iran</u>, 18-cv-12341 (GBD)(SN) (S.D.N.Y. Dec. 29, 2018), ECF No. 47 at ¶¶ 9-10. They also obtained a Certificate of Default. <u>Anaya et al v. Islamic Republic of Iran</u>, ECF No. 52. Therefore, since the alterations requested are insubstantial, ECF No. 6876 at 3, Plaintiffs are not required to serve the amended pleadings. See <u>Shoham v. Islamic Republic of Iran</u>, 922 F. Supp. 2d 44, 47 (D.D.C. 2013) ("Where a plaintiff serves a complaint on a foreign state defendant under the FSIA, the foreign state defaults, and then the plaintiff files an amended complaint, service of the new complaint is only necessary if the changes are 'substantial.'") (citations omitted).

The Clerk of Court is respectfully directed to GRANT the motions at ECF No. 6875 (03-md-01570) and ECF No. 56 (18-cv-12341). The Clerk of Court is also respectfully requested to update the case caption for <u>Anaya et al v. Islamic Republic of Iran</u>, 18-cv-12341, and <u>In Re Terrorist Attacks on September 11, 2001</u>, 03-md-1570, to reflect that "Bryan Kauth" is "Brian Gerard Kauth."

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 24, 2021
       New York, New York