AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 03-mdl-1570

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* US Bureau of Prisons, Admax on *(date)* 06/20/21.

☒ I served the subpoena by delivering a copy to the named person as follows: By handing it to a person identified to me as McCall Young, Attorney on *(date)* 6/25/21 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ 13.44 for travel and $ 60.00 for services, for a total of $ 73.44.

I declare under penalty of perjury that this information is true.

Date: 6/25/21

*Server's signature*

Deputy Jeff Chase, #T007
*Printed name and title*

100 Justice Center Rd, Canon City, CO 81212
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 ) | |
| *Plaintiff* ) | Civil Action No. 03-mdl-1570 |
| v. ) | |
| ) | |
| ) | |
| *Defendant* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: United States Bureau of Prisons, USP Florence ADMAX, 5880 HWY 67 SOUTH FLORENCE, CO 81226

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE ATTACHED RIDER

| Place: Cozen O'Connor 707 17th St UNIT 3100 Denver, CO 80202 | Date and Time: 07/08/2021 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/16/2021

*CLERK OF COURT*

OR

_____     /s/ Jerry S. Goldman
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs Executive Committee , who issues or requests this subpoena, are:
Jerry S. Goldman, Esq., Anderson Kill PC, 1251 Avenue of the Americas, New York, NY 10020, jgoldman@andersonkill.com, 212-278-1569; Sean P. Carter, Cozen O'Connor, 1650 Market Street, Suite 2800, Philadelphia, PA 19103, SCarter1@cozen.com, 215-665-2105

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).