# EXHIBIT A

| Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent) | State of Residency at Filing | Reference to Plaintiff in ECF No. 53 (15-cv-9903) and ECF No. 432-2 (02-cv-1616 (D.D.C.)) | Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| LISA ANN CENICOLA, as Personal Representative of the Estate of Marjorie Ann Farley, Deceased | GA | MARJORIE FARLEY, as Personal Representative of the Estate of Paige Farley Hackel, Deceased and on behalf of all beneficiaries of Paige Farley Hackel / MARJORIE FARLEY (P4858) [in multiple capacities: individually and as Personal Representative of the Estate of Paige Farley Hackel, Deceased] | Hackel, Paige Farley | ECF No. 53 (15-cv-9903) at ¶3017; ECF No 432-2 (02-cv-1616 (D.D.C.) |
| LISA ANN CENICOLA, as Personal Representative of the Estate of Paige Farley Hackel, Deceased | MA | MARJORIE FARLEY, as Personal Representative of the Estate of Paige Farley Hackel, Deceased and on behalf of all beneficiaries of Paige Farley Hackel / MARJORIE FARLEY (P4858) [in multiple capacities: individually and as Personal Representative of the Estate of Paige Farley Hackel, Deceased] | Hackel, Paige Farley | ECF No. 53 (15-cv-9903) at ¶3017; ECF No 432-2 (02-cv-1616 (D.D.C.) |