UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

**IN RE TERRORIST ATTACKS ON**          Civil Action No.
**SEPTEMBER 11, 2001**          03 MDL 1570

-----------------------------------------------------------x

This document relates to:

>*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN) (S.D.N.Y.)
>*Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN) (S.D.N.Y.)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the following parties in the above referenced actions. The individuals being substituted into the case were identified as "DOE" plaintiffs and as minors represented by "DOE" plaintiffs at the time that the case was initially instituted; were identified as such in the initial pleading; and have since consented to being named in the Complaint according to their legal names.

The following chart demonstrates the manner in which these individuals were previously named in the Complaints and also identifies how they wish to proceed going forward:

| Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent) | State of Residency at Filing | Reference to Plaintiff in ECF No. 53 (15-cv-9903) and ECF No. 432-2 (02-cv-1616 (D.D.C.)) | Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| DENISE EILEEN MCDONALD, individually as the Spouse and as the Personal Representative of the Estate of Joseph Paul | NJ | Spouse DOE AP290 as Personal Representative of the Estate of DOE AP290, Deceased and on behalf of all beneficiaries of DOE | McDonald, Joseph Paul | ECF No. 53 (15-cv-9903) at ¶3069; ECF No 432-2 |

| | | | | |
|---|---|---|---|---|
| McDonald, Deceased and on behalf of all beneficiaries of Joseph Paul McDonald | | AP290, Deceased / WIFE DOE # 139 (AP290) [in multiple capacities: individually, as Personal Representative of the Estate of Joseph Paul McDonald, and as Guardian of minor children K.E.M. and B.A.M.] | | (02-cv-1616 (D.D.C.) |
| KATHLEEN E. MCDONALD, individually as the Child of Joseph Paul McDonald, Deceased | NJ | Spouse DOE AP290 as Personal Representative of the Estate of DOE AP290, Deceased and on behalf of all beneficiaries of DOE AP290, Deceased / WIFE DOE # 139 (AP290) [in multiple capacities: individually, as Personal Representative of the Estate of Joseph Paul McDonald, and as Guardian of minor children K.E.M. and B.A.M.] | McDonald, Joseph Paul | ECF No. 53 (15-cv-9903) at ¶3069; ECF No 432-2 (02-cv-1616 (D.D.C.) |
| BRIGID A. MCDONALD, individually as the Child of Joseph Paul McDonald | NJ | Spouse DOE AP290 as Personal Representative of the Estate of DOE AP290, Deceased and on behalf of all beneficiaries of DOE AP290, Deceased / WIFE DOE # 139 (AP290) [in multiple capacities: individually, as Personal Representative of the Estate of Joseph Paul McDonald, and as Guardian of minor children K.E.M. and B.A.M.] | McDonald, Joseph Paul | ECF No. 53 (15-cv-9903) at ¶3069; ECF No 432-2 (02-cv-1616 (D.D.C.) |

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted party would be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   June 29, 2021                                  Respectfully submitted,

                                                        */s/* John M. Eubanks
                                                        Jodi Westbrook Flowers, Esq.
                                                        Donald A. Migliori, Esq.
                                                        Michael Elsner, Esq. (NY Bar #ME8337)
                                                        Robert T. Haefele, Esq. (NY Bar #RH2811)
                                                        Elizabeth Smith, Esq.
                                                        John M. Eubanks, Esq.
                                                        MOTLEY RICE LLC
                                                        Mount Pleasant, SC 29464
                                                        Telephone: (843) 216-9000
                                                        Facsimile: (843) 216-9450
                                                        jflowers@motleyrice.com
                                                        dmigliori@motleyrice.com
                                                        melsner@motleyrice.com
                                                        rhaefele@motleyrice.com
                                                        esmith@motleyrice.com
                                                        jeubanks@motleyrice.com

                                                        *COUNSEL FOR PLAINTIFFS*