# EXHIBIT A

| Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent) | State of Residency at Filing | Reference to Plaintiff in ECF No. 53 (15-cv-9903) and ECF No. 432-2 (02-cv-1616 (D.D.C.)) | Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| DENISE EILEEN MCDONALD, individually as the Spouse and as the Personal Representative of the Estate of Joseph Paul McDonald, Deceased and on behalf of all beneficiaries of Joseph Paul McDonald | NJ | Spouse DOE AP290 as Personal Representative of the Estate of DOE AP290, Deceased and on behalf of all beneficiaries of DOE AP290, Deceased / WIFE DOE # 139 (AP290) [in multiple capacities: individually, as Personal Representative of the Estate of Joseph Paul McDonald, and as Guardian of minor children K.E.M. and B.A.M.] | McDonald, Joseph Paul | ECF No. 53 (15-cv-9903) at ¶3069; ECF No 432-2 (02-cv-1616 (D.D.C.) |
| KATHLEEN E. MCDONALD, individually as the Child of Joseph Paul McDonald, Deceased | NJ | Spouse DOE AP290 as Personal Representative of the Estate of DOE AP290, Deceased and on behalf of all beneficiaries of DOE AP290, Deceased / WIFE DOE # 139 (AP290) [in multiple capacities: individually, as Personal Representative of the Estate of Joseph Paul McDonald, and as Guardian of minor children K.E.M. and B.A.M.] | McDonald, Joseph Paul | ECF No. 53 (15-cv-9903) at ¶3069; ECF No 432-2 (02-cv-1616 (D.D.C.) |

| | | | | |
|---|---|---|---|---|
| BRIGID A. MCDONALD, individually as the Child of Joseph Paul McDonald | NJ | Spouse DOE AP290 as Personal Representative of the Estate of DOE AP290, Deceased and on behalf of all beneficiaries of DOE AP290, Deceased / WIFE DOE # 139 (AP290) [in multiple capacities: individually, as Personal Representative of the Estate of Joseph Paul McDonald, and as Guardian of minor children K.E.M. and B.A.M.] | McDonald, Joseph Paul | ECF No. 53 (15-cv-9903) at ¶3069; ECF No 432-2 (02-cv-1616 (D.D.C.) |