# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aron et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.:  _20cv9376_    (GBD)(SN)

I hereby certify under the penalties of perjury that on the _28th_ day of _December 2020,_ I served:

Mohammad Javad Zarif

Minister of Foreign Affairs

Ministry of Foreign Affairs of the Islamic Republic of Iran

Imam Khomeini Avenue

Tehran, Iran

☒  the Secretary of State, Attn:  Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

- _2_ copy(ies) of the _Civil Cover Sheet, Complaint deemed filed on November 9, 2020, Summons, Statement of Relatedness, Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611, Affidavit of Translator_

By FEDEX Priority Overnight 8163 9475 1530.

Dated:  New York, New York
         December 28, 2020

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              /s/JaVonn Ross

                              DEPUTY CLERK

fedex.com  1.800.GoFedEx  1.800.463.3339

**FedEx** Express

Package
**US Airbill**

FedEx
Tracking
Number  **8163 9475 1530**

Ship it. Track it. Pay for it. All online.
Go to fedex.com.

**1 From** *Please print and press hard.*

Date 12/28/2020

Sender's FedEx
Account Number

Sender's
Name  Clerk of the Court
Ruby J. Krajick

Phone (        )

Company  United States District Court
Office of the Clerk

Address  500 Pearl Street

City  New York  State NY  ZIP 10007

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**
Recipient's
Name  Jared Hess, FSIA

Company  U.S. Dept. of State CA/OCS/L

Phone (        )

Address  2201 C St. NW

10th floor

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City  Washington  State DC  ZIP 20522

**4 Express Package Service**  *To most locations.*

□ FedEx First Overnight

□ FedEx Priority Overnight

□ FedEx Standard Overnight

□ FedEx 2Day A.M.

□ FedEx 2Day

□ FedEx Express Saver

**5 Packaging**

□ FedEx Envelope

□ FedEx Pak

□ FedEx Box

□ FedEx Tube

□ Other

**6 Special Handling and Delivery Signature Options**

□ Saturday Delivery

□ No Signature Required

□ Direct Signature

□ Indirect Signature

**Does this shipment contain dangerous goods?**

□ No  □ Yes  □ Yes  □ Cargo Aircraft Only

**7 Payment** *Bill to:*

□ Sender  □ Recipient  □ Third Party  □ FedEx Acct. No.

Total Packages   Total Weight   Total Declared Value

From
Org ID  **0200**

**Sender's Copy**

Packages up to 150 lbs.

**6 4 4**