# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNAERTS ET AL.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11865 (GBD) (SN)

    I hereby certify under the penalties of perjury that on the 25th day of February 2020, I served defendant:

    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic
    Republic of Iran Iman Khomeini Avenue
    Tehran, Iran
    Attn: H.E Mohammad Javid Zarif

    By dispatching via Federal Express, Tracking No. 8138 7042 2109, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

February 25, 2020

Dated: New York, New York

Ruby J. Krajick
Clerk of Court

/s/Shanee Mcleod
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNAERTS ET AL.,

       Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

       Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11865 (GBD) (SN)

    I hereby certify under the penalties of perjury that on the 25th day of February 2020, I served defendant:

    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic
    Tehran, Iran
    Attn: H.E Mohammad Javid Zarif

    By dispatching via Federal Express, Tracking No. 8138 7042 2109, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

- Summons
- Complaint deemed filed on Decmeber 27, 2019
- Civil Cover Sheet
- Notice of Suit with a copy of 28 U.S.C. 1330
- Affidavit of translator

Dated: New York, New York
       February 25, 2020

                                          RUBY J. KRAJICK
                                          CLERK OF COURT

                                          /s/Shanee Mcleod
                                          Deputy Clerk

| | |
|---|---|
| **FedEx Express** Package US Airbill | FedEx Tracking Number **8138 7042 2109**    0200    Form ID No.    **FedEx Copy** |

**1 From**

Date _____  Sender's FedEx Account Number _____

Sender's Name: Ruby J. Krajick    Phone _____

Company: United States District Court, SDNY

Address: 500 Pearl Street

City: New York    State: NY    ZIP: 10007

**2 Your Internal Billing Reference** 101147-JP002

**3 To**

Recipient's Name: Secretary of State, Attn: Director of Consular Services    Phone _____

Company: Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRU), U.S. Department of State

Address: SA-29 4th Floor

Address: 2201 C Street NW

City: Washington    State: DC    ZIP: 20520

**4 Express Package Service**

- 06 ☐ FedEx First Overnight
- 01 ☐ FedEx Priority Overnight
- 05 ☐ FedEx Standard Overnight
- 49 ☐ FedEx 2Day A.M.
- 03 ☐ FedEx 2Day
- 20 ☐ FedEx Express Saver

**5 Packaging**

- 06 ☐ FedEx Envelope*
- 02 ☐ FedEx Pak*
- 03 ☐ FedEx Box
- 04 ☐ FedEx Tube
- 01 ☐ Other

**6 Special Handling and Delivery Signature Options**

- 03 ☐ Saturday Delivery
- ☐ No Signature Required
- 10 ☐ Direct Signature
- 34 ☐ Indirect Signature

Does this shipment contain dangerous goods?

- No 04 ☐
- Yes ☐ As per attached Shipper's Declaration
- Yes ☐ Shipper's Declaration not required
- 06 ☐ Dry Ice, 9, UN 1845 ____ x ____ kg
- ☐ Cargo Aircraft Only

**7 Payment** Bill to:

1 ☐ Sender    2 ☐ Recipient    3 ☐ Third Party    4 ☐ Credit Card    5 ☐ Cash/Check

Total Packages ____ Total Weight ____ lbs. Total Declared Value $____.00

644

8138 7042 2109

fedex.com 1.800.GoFedEx 1.800.463.3339

Rev. Date 3/15 • Part #157002 • ©2012–2015 FedEx • PRINTED IN U.S.A. RRDA 00/00