UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to:*
*Michael Bianco, et al v. Islamic Republic of Iran, 1:20-cv-10902 (GBD) (SN)*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   :
                    : ss.
COUNTY OF NEW YORK  :

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Jerry S. Goldman, Esq., an attorney at law duly admitted before the Courts of the State of New York, being duly sworn, hereby deposes and says that:

1. Plaintiffs' Summons, Complaint, and Notice of Suit, and translations of each, filed in the above-captioned matter were served upon defendant the Islamic Republic of Iran.

2. Service was effectuated upon the Iranian Ministry of Foreign Affairs as transmitted by the Foreign Interests Section of the Embassy of Switzerland in Tehran on April 21, 2021, in accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, *et seq.* True and correct copies of the Return of Service and supporting U.S. Department of State documents are attached hereto as Exhibit A.

3. The Clerk of Court's transmittal to the State Department, pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, *et seq.*, made at my request and

after payment of the requisite fees is attached hereto and incorporated herein as Exhibit B;[1] see also, Certificate of Mailing, ECF 9.

    4.    Receipt of transmittal by the State Department was acknowledged by the Clerk of the Court on May 12, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

Dated: June 30, 2021

_____
Jerry S. Goldman, Esq.

Sworn on before me this ___
day of June, 2021.

_____
Notary Public

Grant Elgin Brown
Notary Public, State of New York
No. 02BR6388959
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 18, 2023

---

[1] The routing number, account number, check number, and bank name have been redacted from Exhibit B due to privacy concerns.