# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODNER ET AL.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11776 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 26th day of February 2020, I served defendant:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic
Republic of Iran Iman Khomeini Avenue
Tehran, Iran
Attn: H.E Mohammad Javid Zarif

By dispatching via Federal Express, Tracking No. 8138 7042 2131, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1. Summons
2. Complaint deemed filed on December 27, 2019
3. Civil Cover Sheet
4. Notice of Suit with a copy of 28 U.S.C. 1330
5. Affidavit of translator

Dated: New York, New York
       February 26, 2020

                                          RUBY J. KRAJICK
                                          CLERK OF COURT

                                          /s/Shanee Mcleod
                                          Deputy Clerk

# FedEx US Airbill

fedex.com 1.800.GoFedEx 1.800.463.3339

Package Tracking Number: **8138 7042 2131**

## 1 From

**Date:**
**Sender's Name:** Ruby J. Krajick
**Company:** United States District Court, SDNY
**Address:** 500 Pearl Street
**City:** New York **State:** NY **ZIP:** 10007

## 2 Your Internal Billing Reference
101147-JP002

## 3 To

**Recipient's Name:** Secretary of State, Attn: Director of Consular Services
**Company:** Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRU), U.S. Department of State
**Address:** SA-29 4th Floor
2201 C Street NW
**City:** Washington **State:** DC **ZIP:** 20520

## 4 Express Package Service
Form ID No. **0200**

- 01 FedEx Priority Overnight
- 06 FedEx First Overnight
- 05 FedEx Standard Overnight
- 49 FedEx 2Day A.M.
- 03 FedEx 2Day
- 20 FedEx Express Saver

## 5 Packaging
- 06 FedEx Envelope
- 02 FedEx Pak
- 03 FedEx Box
- 04 FedEx Tube
- 01 Other

## 6 Special Handling and Delivery Signature Options
- 03 Saturday Delivery
- No Signature Required
- 10 Direct Signature
- 34 Indirect Signature

Does this shipment contain dangerous goods?
- No 04
- Yes Shipper's Declaration not required
- Yes As per attached Shipper's Declaration
- Dry Ice, Dry Ice 9, UN 1845
- Cargo Aircraft Only

## 7 Payment Bill to:
- 1 Sender
- 2 Recipient
- 3 Third Party
- 4 Credit Card
- 5 Cash/Check

Total Packages  Total Weight  Total Declared Value

8138 7042 2131

644

FedEx Copy