# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hargrave et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 20cv9387 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 28th day of December 2020, I served:

Mohammad Javad Zarif

Ministry of Foreign Affairs

Ministry of Foreign Affairs of the Islamic Republic of Iran

Imam Khomeini Avenue

Tehran, Iran

☒ the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the Civil Cover Sheet, Complaint deemed filed on November 10th, 2020, Summons, Statement of Relatedness, Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611, Affidavit of translator (along with translations of the above documents in Farsi)

By FEDEX Priority Overnight 8163 9475 1882.

Dated: New York, New York
December 28, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK

FedEx Express US Airbill

fedex.com 1.800.GoFedEx 1.800.463.3339

Tracking Number: 8163 9475 1882

1 From
Date: 12/28/2020
Sender's Name: Ruby J. Krajick
Sender's FedEx Account Number: 6943-1033-8
Company: United States District Court Southern District of New York
Address: Office of the clerk, 500 Pearl Street
City: New York  State: NY  ZIP: 10007

2 Your Internal Billing Reference: 101147/JPP002

3 To
Recipient's Name: Jared Hess, Esq.
Company: U.S. Department of State
Address: 2201 C ST NW
         SA-17 10th Floor
City: Washington  State: DC  ZIP: 20522

4 Express Package Service
Dept.: 0200

644