# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Asaro, et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 20cv10460   (GBD)(SN)

I hereby certify under the penalties of perjury that on the 20th day of January 2021, I served:

Mohammad Javad Zarif

Minister of Foreign Affairs

Ministry of Foreign Affairs of the Islamic Republic of Iran

Imam Khomeini Avenue

Tehran, Iran

☒ the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the Civil Cover Sheet, Complaint deemed filed on December 10, 2020, Summons, Statement of relatedness, Notice of Suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. 1220, 1391(f), 1441(d) and 1602-1611, Affidavit of Translator(along with translations of the above documents in Farsi).

By FEDEX Priority Overnight 8161 1184 4458.

Dated: New York, New York
January 20, 2021

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK

**FedEx Express — Package US Airbill**

FedEx Tracking Number: 8161 1184 4458
Form ID No.: 0200

**1 From**
Sender's FedEx Account Number: 6943-1033-8
Sender's Name: Clerk of the court, Ruby J. Krajick
Company: United States District Court, Southern District of New York
Address: Office of the Clerk, 500 Pearl Street
City: New York  State: NY  ZIP: 10007

**3 To**
Recipient's Name: Jared Hess, PSA
Company: U.S. Dept of State, CA/OCS/L
Address: 2201 C ST NW
City: Washington  State: DC  ZIP: 20522