KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

June 30, 2021

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re: *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

    I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") to request that the Court approve filing dates for a response and a reply in connection with the Plaintiffs' Executive Committees' ("Plaintiffs") Objections Pursuant to Federal Rule of Civil Procedure 72 to the Magistrate Judge's June 15, 2021 Order, which Plaintiffs filed on June 29, 2021, as ECF No. 6891.

    The parties have agreed to propose that Saudi Arabia's response to Plaintiffs' Objections should be due on or before July 13, 2021, and that Plaintiffs' reply should be due on or before July 20, 2021. We respectfully request that the Court approve those dates.

    As the Court is aware from previous letters, the parties have contested whether leave of Court is required for a response to Rule 72(a) objections, and it is Saudi Arabia's position that no leave is required. *See* ECF No. 4753, at 1-2 & n.*. To the extent necessary, Saudi Arabia respectfully requests leave to file its response.

    Respectfully submitted,

    */s/ Michael K. Kellogg*

    Michael K. Kellogg
    *Counsel for the Kingdom of Saudi Arabia*

cc: All MDL Counsel of Record (via ECF)

---

The Parties' request is GRANTED. Saudi Arabia shall file its response to the Plaintiffs' objections by July 13, 2021. The Plaintiffs' reply shall be due by July 20, 2021.

**SO ORDERED.**

Dated: July 1, 2021
      New York, New York

_____
SARAH NETBURN
United States Magistrate Judge