UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the parties' joint submission, ECF No. 6884, the Court will not schedule a case management conference. Based on this submission, it appears the only open issue is the potential deposition of Alp Karli. The Court understands that the letters rogatory for the deposition of Mr. Karli has been presented to the Turkish authorities. Given the ongoing expert discovery, the Court does not preclude Mr. Karli's deposition at this time but may do so if the delay in his production is unreasonable under the circumstances.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
             July 2, 2021