UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

*This document relates to*:

*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)
*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

Please enter my appearance as counsel in this case for Plaintiffs.

I certify that I am admitted to practice in this Court.

Dated: July 2, 2021

/s/ James Gavin Simpson
James Gavin Simpson (JS2531)
Kreindler & Kreindler LLP
485 Lexington Avenue, 28th Floor
New York, NY 10017
gsimpson@kreindler.com
(212) 687-8181
(212) 972-9432 – fax

Attorney for Plaintiffs