UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD)(SN)

**ORDER**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On June 23, 2021, the Court issued an order granting the Plaintiffs' Executive Committees' motion at ECF No. 6816. ECF No. 6872. That order was made under seal in light of some of the content in motions preceding that order. To increase public access to the docket and reduce the volume of material that must undergo redaction review, the Court now proposes to unseal the order at ECF No. 6872. If the parties have any objections to unsealing that order, those must be filed with the Court by July 9, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              July 2, 2021