**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/2/2021___

**03-MD-1570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On June 23, 2021, the Court issued an order granting the Plaintiffs' Executive

Committees' motion at ECF No. 6816. ECF No. 6872. That order was made under seal in light

of some of the content in motions preceding that order. To increase public access to the docket

and reduce the volume of material that must undergo redaction review, the Court now proposes

to unseal the order at ECF No. 6872. If the parties have any objections to unsealing that order,

those must be filed with the Court by July 9, 2021.

**SO ORDERED.**

                                     _____

                                      SARAH NETBURN
                                      United States Magistrate Judge

DATED:      New York, New York
               July 2, 2021