# EXHIBIT B

# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

By Hand Delivery

December 28, 2020

Clerk of the Court, Ruby J. Krajick
United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, New York 10007

      Re: *Jeanmarie Hargrave et al. v. Islamic Republic of Iran*,
            Case No.: 1:20-cv-9387; RE: Service

Dear Clerk of the Court, Ruby J. Krajick:

    I represent the Plaintiffs in the above-referenced action.

    I am writing to request you effect service on the Defendant, Islamic Republic of Iran, pursuant to 28 U.S.C. §1608(a)(4), at the following address:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Iman Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Mohammad Javad Zarif

    Service on Iran cannot be effected under 28 U.S.C. Sections 1608(a)(1) and (2) because the United States and Iran do not have any special arrangement for service of process upon Iran in accordance with sub-section (1), nor is service permitted by any applicable international convention under the provisions of sub-section (2).[1] *See Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 70 (D.D.C. 2010).

    On November 24, 2020, Plaintiffs, through the Clerk of the Court, attempted to serve the Defendant pursuant to the provision to 28 U.S.C. §1608(a)(3). Annexed hereto as **Exhibit 1,** is a copy of the certificate of mailing.

---

[1] Iran is not a signatory to the convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100327104.2

**Anderson Kill P.C.**

December 28, 2020
Page 2

      As of Monday, December 28, 2020, thirty (30) days have passed since the certificate of mailing has been issued and service had not been able to be completed under 28 U.S.C. § 1608(a)(3). Annexed hereto as **Exhibit 2,** is a true and correct copy of the USPS tracking information of the package sent by the Clerk of the Court indicating that serve has not been made.

      Accordingly please serve the Defendant pursuant to 28 U.S.C. §1608(a)(4) at the following address:

> Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
> U.S. Department of State
> SA-29, 4th Floor
> 2201 C Street NW
> Washington, DC 20520

Enclosed please find copies of the following documents:

1. Civil Cover Sheet.
2. Complaint deemed filed on November 10, 2020.
3. Summons.
4. Statement of Relatedness.
5. Notice of suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330, 1391(f), 1441(d) and 1602-1611.
6. Affidavit of translator.
7. Translations of the above mentioned documents.[2]

      In total, we are providing three complete sets of the documents, in both English and Farsi. In accordance with pages 12-13 of the Court's Foreign Mailing Instructions, we are providing two sets for service on the Defendant and one set of documents for the Court's file.

      We have also enclosed pre-paid FedEx label and envelope for delivery to the address above. Please note that our firm FedEx account number is 628354049.

      We further enclose a cashier's check in the amount of $2,275.00 made payable to "U.S. Embassy Bern."

      Should you have any questions or require any additional information please do not hesitate to contact me.

---

[2] The affidavit of the translator comports with the requirements of NY CPLR 2101(b).

**Anderson Kill P.C.**

December 28, 2020
Page 3

Regards,

Jerry S. Goldman

Enclosures

docs-100327104.2

# EXHIBIT 1



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeanmarie Hargrave<br><br>-v-<br><br>Islamic Republic of Iran | **CERTIFICATE OF MAILING**<br><br>Case No.: __20cv9387__ ( GBD )( SN ) |

I hereby certify under the penalties of perjury that on the 24th day of November, 2020, I served: Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran, ATTN: H.E. Mohammad Javad Zarif

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

    __1__ copy of the following documents
- Summons
- Complaint deemed filed on November 10, 2020
- Civil Cover Sheet
- Statement of relatedness
- Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d) and 1602-1611
- Affidavit of translator (along with translations of the mentioned documents)

by USPS REGISTERED MAIL RE295893187US

Dated: New York, New York
       November 24, 2020

                                        RUBY J. KRAJICK
                                        CLERK OF COURT


                                        /S/JaVonn Ross
                                        DEPUTY CLERK

# EXHIBIT 2

Add a tracking number

Showing: All



**RE295893187US**

**Not Trackable:**

USPS Tracking® is unavailable for this product for IRAN ISLAMIC REPUBLIC OF.

Feedback

**UPDATED 12/28/2020 8:03 AM**