# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hargrave et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: __20cv9387__ (GBD)(SN)

I hereby certify under the penalties of perjury that on the 28ᵗʰ day of _December 2020_, I served:

Mohammad Javad Zarif

Ministry of Foreign Affairs

Ministry of Foreign Affairs of the Islamic Republic of Iran

Imam Khomeini Avenue

Tehran, Iran

☒     the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10ᵗʰ Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the _Civil Cover Sheet, Complaint deemed filed on November 10ᵗʰ, 2020, Summons, Statement of Relatedness, Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611, Affidavit of translator (along with translations of the above documents in Farsi)_

By FEDEX Priority Overnight 8163 9475 1882.

Dated:  New York, New York
        December 28, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK

fedex.com 1.800.GoFedEx 1.800.463.3339

**FedEx Express** Package US Airbill

Sender's FedEx Account Number

FedEx Tracking Number **8163 9475 1882**

**1 From** Please print and press hard.

Date 12/28/2020

Sender's Name: Clerk of the Court Ruby J. Krajick

Phone ( )

Company: United States District Court Southern District of New York

Address: Office of the Clerk 500 Pearl Street

City: New York   State: NY   ZIP: 10007

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

101147 / JPO002

**3 To**

Recipient's Name: Jared Hess, JSTR   Phone ( )

Company: U.S. Department of State GA/00SL

Address: SA-17   10th Floor

Use this line for the HOLD location address or for continuation of your shipping address.

City: Washington   State: DC   ZIP: 20522

Form DL/BL **0200**

**4 Express Package Service**    *To most locations.

**Next Business Day**

☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight

**Next Business Day**

☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**Packages up to 150 lbs.**
For packages over 150 lbs., use the FedEx Express Freight US Airbill.

**5 Packaging**    *Declared value limit $500.

☐ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ Saturday Delivery
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

**Does this shipment contain dangerous goods?**

☐ No   ☐ Yes   ☐ Yes   ☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** Bill to:

☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value

**Sender's Copy**

644