# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Aron et al. |
| -v- |
| Islamic Republic of Iran |

**CERTIFICATE OF MAILING**

Case No.:  20cv9376   (GBD)(SN)

I hereby certify under the penalties of perjury that on the 28th day of December 2020, I served:

Mohammad Javad Zarif

Minister of Foreign Affairs

Ministry of Foreign Affairs of the Islamic Republic of Iran

Imam Khomeini Avenue

Tehran, Iran

☒    the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

- __2__ copy(ies) of the Civil Cover Sheet, Complaint deemed filed on November 9, 2020, Summons, Statement of Relatedness, Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611, Affidavit of Translator

By FEDEX Priority Overnight 8163 9475 1530.

Dated:  New York, New York
        December 28, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK

fedex.com 1.800.GoFedEx 1.800.463.3339

# FedEx Express US Airbill

**Tracking Number:** 8163 9475 1530

**1 From**
- Date: 12/28/2020
- Sender's Name: Ruby J. Krajick
- Company: United States District Court Southern District of New York Office of the Clerk
- Address: 500 Pearl Street
- City: New York, State: NY, ZIP: 10007

**2 Your Internal Billing Reference:** 6993-10331-8

**3 To**
- Recipient's Name: Jared Hess, ESTA
- Company: U.S. Dept. of State CA/OCS/L
- Address: 2201 C St. NW, 6th Floor
- City: Washington, State: DC, ZIP: 20522

**4 Express Package Service** — FedEx Priority Overnight (etc.)

**5 Packaging** — FedEx Envelope (etc.)

**6 Special Handling**

**7 Payment:** Bill to Sender

644