# EXHIBIT A

| Registered No. | | Date Stamp |
|---|---|---|
| Postage $ RH00026396 | Extra Services & Fees (continued) | 0004 |
| Extra Services & Fees | ☐ Signature Confirmation $ | 03 |
| ☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ $16.00 | | |
| ☐ Return Receipt (electronic) $ $4.15 | Total Postage & Fees | |
| ☐ Restricted Delivery $ $1.00 | $ | |
| Customer Must Declare Full Value $ $0.00 | Received by $5.65 01/04/2021 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: Jerry Goldman
Anderson Kill P.C.
1251 Avenue of the Americas, Floor 42
New York, NY 10020

TO: H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran

PS Form **3806, Registered Mail Receipt**          Copy 1 - Customer
April 2015, PSN 7530-02-000-9051                (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bianco et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 20cv10902 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 30 day of December, 2020, I served: Mohammad Javad Zarif, Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

1 copy(ies) of the Summons, Complaint deemed filed on December 23, 2020, Civil Cover Sheet, Statement of Relatedness, Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C §§ 1330, 1391(f), 1441(d), and 1602-1611, Affidavit of Translator

by USPS REGISTERED _____.

Dated: New York, New York
December 30, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross
DEPUTY CLERK