# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bianco, et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 20cv10902 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 3rd day of February 2021, I served:

Mohammad Javad Zarif
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran

☒ the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the Civil Cover Sheet, Complaint deemed filed on December 23, 2020, Summons, Statement of relatedness, Notice of Suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. 1220, 1391(f), 1441(d) and 1602-1611, Affidavit of Translator(along with translations of the above documents in Farsi).

By FEDEX Priority Overnight 8161 1184 4447.

Dated: New York, New York
February 3, 2021

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK

**FedEx Express** — Package US Airbill

FedEx Tracking Number: 8161 1184 4447

Form ID No. 0200 — Sender's

**1 From** *Please print and press hard.*

Sender's FedEx Account Number: 6943-1033-8

Sender's Name: Clerk of the court, Ruby J. Krajick

Company: United States District Court Southern District of New York

Address: Office of the clerk, 500 Pearl Street

City: New York  State: NY  ZIP: 10007

**2 Your Internal Billing Reference** — OPTIONAL

**3 To**

Recipient's Name: Jared Hess, FSIA

Company: U.S. Department of State CA/OCS/L

Address: 2201 C ST NW

City: Washington  State: DC  ZIP: 20522

**4 Express Package Service** *To most locations.*

Next Business Day:
- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight

2nd Business Day:
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging** *Declared value limit $500.*
- [ ] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube

**6 Special Handling and Delivery Signature Options**

- [ ] Saturday Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice, 9, UN 1845
- [ ] Cargo Aircraft Only

**7 Payment Bill to:**
- [ ] Sender
- [ ] Recipient
- [ ] Third Party

FedEx Acct. No.
Total Packages  Total Weight ___ lbs.  Total Declared Value $ ___ .00

Rev. Date 4/19 • Part #167002 • ©2012–2019 FedEx • PRINTED IN U.S.A.

64

Ship it. Track it. Pay for it. All online. Go to fedex.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

February 3, 2021

U.S. Department of State
Attn: Jared Hess
Office of Policy Review and Inter-Agency Liaison (CA/OCS/L)
SA-17, 10TH Floor
2201 C Street N.W.
Washington, DC 20522

Re:   *Michael Bianco et al. v. Islamic Republic of Iran 20-cv-10902*

Dear Sir:

Enclosed please find two sets of:

(1)   Civil Cover Sheet
(2)   Complaint deemed filed on December 23, 2020
(3)   Summons
(4)   Statement of relatedness
(5)   Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. 1330, 1391(f), 1441(d) and 1602-1611
(6)   Affidavit of Translator(along with translations of the above documents).

Also enclosed is a cashier's check in the amount of $2,275.00. Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon the following:

Attn: Mohammad Javad Zarif
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance. If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

000034  CW91FSSA

US EMBASSY BERN
SHAFKAT RAKIB
1251 AVENUE OF THE AMERICAS FL 42
NEW YORK, NY 10020-1104

January 11, 2021

CASHIER'S CHECK

PLEASE DETACH BEFORE DEPOSITING

**CASHIER'S CHECK**

11-24/1210

Check Number:

Date: January 11, 2021

Pay to the
order of US EMBASSY BERN

$2,275.00

***Two Thousand Two Hundred Seventy-Five dollars and 00/100***

Drawer:

For

FOR INQUIRIES:

Authorized Signature

Authorized Signature