# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELLON ET AL.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11767 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 22nd day of January, 2020, I served:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran Iran
Attn: H.E. Mohammad Javad Zarif

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Two (2) copies of the Summons, Compliant filed December 27th, 2019, Civil Cover Sheet, Notice of Suit with copy of 28 U.S.C. 1330; (along with attached affidavit of translator and Farsi translations of the above documents), by USPS Reg. Mail no. RH002018004US

Dated: New York, New York
        January 22, 2020

                                        RUBY J. KRAJICK
                                        CLERK OF COURT

                                        /s/Shanee Mcleod
                                        Deputy Clerk

# USPS Customs Declaration and Dispatch Note

**UNITED STATES POSTAL SERVICE**

RH002018004US

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION** (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

### SENDER'S INFORMATION

| Full Last Name | Full First Name | MI |
|---|---|---|
| Goldman | Jerry | |

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| 10013 | | / / |

Business Name (if applicable)

Sender's Telephone

| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |
|---|---|---|

Address-1: 1251 Avenue of the Americas
Address-2:

7. Sender's Email Address
8. Addressee's Email Address
9. Exporter's Reference (if applicable and known)
10. Exporter's Telephone (if applicable and known)

City: New York   State: NY   ZIP Code: 10020

11. Importer's Reference (if applicable and known)
12. Importer's Telephone (if applicable and known)

### ADDRESSEE'S INFORMATION

| Full Last Name | Full First Name | MI |
|---|---|---|
| Ministry of Foreign Affairs | | |

13. AES ITN (if applicable)

14. AES Exemption — NOEEI § (Check one if applicable)
☐ § 30.36  ☐ § 30.37(a)  ☐ § 30.37(h)
☐ § 30.37(y)  ☐ Other

Business Name (if applicable)

Addressee's Telephone

15. License Number (if applicable)
16. Certificate Number (if applicable)
17. Invoice Number (if applicable)

Address-1: Imam Khomeini Avenue
Address-2:

18. Length (inches)
19. Width (inches)
20. Height (inches)

City: Tehran   State/Province:   Postal Code:   Country: Iran

21. Restrictions (if applicable — check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection

22. Nondelivery Instructions (Check one)
☑ Return to Sender
☐ Treat as Abandoned

23. Sender's Signature and Date

### SHIPMENT INFORMATION

1. Category of Items (Check all that apply)
☑ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other _____

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 6. Total | | | | |

For Business Mailers, for items in Block 2 (if the information is known)

| 24. HS Tariff Number | 25. Country of Origin |
|---|---|

PS Form 2976-R, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

4 – Sender's Copy

---

**Registered No.** RH002018004US

Date Stamp: 0004 05

Postage $ $34.75
Extra Services & Fees
Registered Mail $ $10.00
Return Receipt (hardcopy) $ $4.10
Return Receipt (electronic) $ $0.00
Restricted Delivery $ $0.00

Extra Services & Fees (continued)
☐ Signature Confirmation $ ___
☐ Signature Confirmation Restricted Delivery $ ___

Total Postage & Fees $ $54.85

Received by
01/22/2021

Customer Must Declare Full Value $ $0.00

OFFICIAL USE

FROM: JERRY GOLDMAN
ANDERSON KILL PC
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

TO: MINISTRY OF FOREIGN AFFAIRS
MINISTRY OF FOREIGN AFFAIRS ATTN: MOHAMMED JAVAD ZARIF
IMAM KHOMEINI AVENUE
TEHRAN, IRAN

To Be Completed By Post Office
To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

19cv11767