# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to:

*BNY Mellon, et al. v. Islamic Republic of Iran, 1:19-cv-11767 (GBD) (SN)*

## **CLERK'S CERTIFICATE OF DEFAULT**

I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York ("SDNY"), do hereby certify that this action was commenced on December 27, 2019, and Plaintiffs' Complaint and Summons (filed on December 27, 2019), were served upon defendant the Islamic Republic of Iran as follows:

As evidenced by Letter dated July 21, 2020 from Jared Hess, Attorney Advisor, Overseas Citizens Services, Office of Legal Affairs, United States Department of State, to Ruby J. Krajick, Clerk of Court, service was effectuated on Defendant Iran on June 29, 2020, when the U.S. Department of State, assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran delivered the Service Documents to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1080-IE. *See* Affidavit of Service, ECF 6899.

I further certify that the docket entries indicate that Defendant Iran has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the defendant the Islamic Republic of Iran is hereby noted.

Dated: New York, New York

_____, 2021

RUBY J. KRAJICK,
Clerk of Court

By: _____
         Deputy Clerk

docs-100133384.1