# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODNER ET AL.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11776 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 23rd day of January, 2020, I served:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran Iran
Attn: H.E. Mohammad Javad Zarif

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Two (2) copies of the Summons, Compliant filed December 27th, 2019, Civil Cover Sheet, Notice of Suit with copy of 28 U.S.C. 1330; (along with attached affidavit of translator and Farsi translations of the above documents), by USPS Reg. Mail no. RH002019305US

Dated: New York, New York
        January 23, 2020

                                        RUBY J. KRAJICK
                                        CLERK OF COURT

                                        /s/Shanee Mcleod
                                        Deputy Clerk

19cv11776

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
(See Information on Reverse)
Copy 1 - Customer
For domestic delivery information, visit our website at www.usps.com®

**To Be Completed By Customer (Please Print)** — All Entries Must Be in Ballpoint or Typed

| TO | FROM |
|---|---|
| IMAM KHOMEINI AVENUE ATTN: MOHAMMED JAVAD ZARIF MINISTER OF FOREIGN AFFAIRS MINISTRY OF FOREIGN AFFAIRS OF IRAN TEHRAN, IRAN | JERRY GOLDMAN ANDERSON KILL PC 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020 |

**To Be Completed By Post Office**

- Postage $ 34.75
- Extra Services & Fees
- Registered Mail $ 16.00
- Return Receipt (hardcopy) $
- Return Receipt (electronic) $ 0.00
- Signature Confirmation
- Signature Confirmation Restricted Delivery
- Restricted Delivery $
- Customer Must Declare Full Value $ 0.00
- Total Postage & Fees $ 54.85
- Received by 01/22/2020

RH002019305US

RE 296 037 892 US



---



RH002019305US

# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION** (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

| Last Name | Full First Name | MI | USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|---|---|---|
| Business Name (if applicable) | | Sender's Telephone | Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |
| Address-1 | | | 7. Sender's Email Address | 8. Addressee's Email Address | |
| Address-2 | | | 9. Exporter's Reference (if applicable and known) | 10. Exporter's Telephone (if applicable and known) | |
| City | State | ZIP Code | 11. Importer's Reference (if applicable and known) | 12. Importer's Telephone (if applicable and known) | |

**ADDRESSEE'S INFORMATION**

| Full Last Name | Full First Name | MI | 13. AES ITN (if applicable) | 14. AES Exemption — NOEEI § (Check one if applicable) ☐ § 30.36  ☐ § 30.37 (a)  ☐ § 30.37 (h)  ☐ § 30.37 (y)  ☐ Other |
|---|---|---|---|---|
| Business Name (if applicable) | | Addressee's Telephone | 15. License Number (if applicable) | 16. Certificate Number (if applicable) | 17. Invoice Number (if applicable) |
| Address-1 | | | 18. Length (inches) | 19. Width (inches) | 20. Height (inches) |
| Address-2 | | Postal Code | 21. Restrictions (if applicable — check all that apply) ☐ Quarantine ☐ Sanitary/Phytosanitary Inspection | 22. Nondelivery Instructions (Check one) ☑ Return to Sender ☐ Treat as Abandoned | |
| City | State/Province | Country Iran | 23. Sender's Signature and Date | | |

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply): ☑ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods ☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

2. Detailed Description of Contents (Enter only one item per line)

| Contents | 3. Quantity | 4. Net Weight (Ea) Lbs. / Oz. | 5. Value (Ea) U.S. $ | 24. HS Tariff Number | 25. Country of Origin |
|---|---|---|---|---|---|
| Summons + Complaint | 1 | | 4 | | |
| Civil Cover Sheet | 1 | | 4 | | |
| All Writ | 1 | | | | |
| Notice of Suit | 1 | | | | |
| **6. Total** | | | | | |

PS Form 2976-R, April 2016   PSN 7530-17-000-7992         IMPORTANT: This package may be opened officially.         4 – Sender's Copy