# EXHIBIT B

# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

_By Hand Delivery_

February 24, 2020

Clerk of the Court, Ruby J. Krajick
United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, New York 10007

Re:     _Deborah Bodner et al. v. Islamic Republic of Iran_,
        Case No.: 1:19-cv-11776 (GBD) (SN); RE: Service

Dear Clerk of the Court, Ruby J. Krajick:

I represent the Plaintiffs in the above-referenced action.

I am writing to request you effect service on the Defendant, Islamic Republic of Iran, pursuant to 28 U.S.C. §1608(a)(4), at the following address:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Iman Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Mohammad Javad Zarif

Service on Iran cannot be effected under 28 U.S.C. Sections 1608(a)(1) and (2) because the United States and Iran do not have any special arrangement for service of process upon Iran in accordance with sub-section (1), nor is service permitted by any applicable international convention under the provisions of sub-section (2).[1] _See Valore v. Islamic Republic of Iran_, 700 F. Supp. 2d 52, 70 (D.D.C. 2010).

On January 23, 2020, Plaintiffs, through the Clerk of the Court, attempted to serve Defendant pursuant to the provision to 28 U.S.C. §1608(a)(3).  Annexed hereto as **Exhibit 1,** is a copy of the certificate of mailing.

As of Monday, February 24, 2020, over thirty (30) days passed since the certificate of mailing has been issued and service had not been able to be completed

---

[1] Iran is not a signatory to the convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA
docs-100236704.1

February 24, 2020
Page 2

under 28 U.S.C. § 1608(a)(3).  Annexed hereto as **Exhibit 2,** is a true and correct copy of the USPS tracking information of the package sent by the Clerk of the Court indicating that serve has not been made. .

Accordingly please serve Defendant pursuant to 28 U.S.C. §1608(a)(4) at the following address:

U.S. Department of State
SA-29, 4th Floor, 2201 C Street NW
Washington, DC 20520.
Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI),

Enclosed please find copies of the following documents:

1. Summons
2. Complaint deemed filed on December 27, 2019
3. Civil Cover Sheet
4. Notice of suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330
5. Affidavit of translator (along with translations of the above documents)[2]

In total, we are providing three complete sets of the documents, in both English and Farsi. In accordance with pages 12-13 of the Court's Foreign Mailing Instructions we are providing two sets for service on Defendant and a set of documents for the Court's file.

We have also enclosed pre-paid FedEx label and envelope for delivery to the address above. Please note that our firm FedEx account number is 628354049.

We further enclose a cashier's check in the amount of $2,275.00 made payable to "U.S. Embassy Bern."

Should you have any questions or require any additional information please do not hesitate to contact me.

Regards,

Jerry S. Goldman

Enclosures

---

[2] The affidavit of the translator comports with the requirements of NY CPLR 2101(b).

docs-100236704.1

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODNER ET AL.,

               Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

               Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11776 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 23rd day of January, 2020, I served:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran Iran
Attn: H.E. Mohammad Javad Zarif

☒     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Two (2) copies of the Summons, Compliant filed December 27th, 2019, Civil Cover Sheet, Notice of Suit with copy of 28 U.S.C. 1330; (along with attached affidavit of translator and Farsi translations of the above documents), by USPS Reg. Mail no. RH002019305US.

Dated:  New York, New York
       January 23, 2020

                          RUBY J. KRAJICK
                          CLERK OF COURT

                          /s/Shanee Mcleod
                          Deputy Clerk

PS Form 3806, Registered Mail Receipt
PS Form 3806, PSN 7530-02-000-9051
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com™

(See Information on Reverse)
Copy 1 - Customer

**To be Completed By Customer**
**(Please Print)**
**All Entries Must be in Ballpoint or Typed**

| TO | FROM |
|---|---|
| MINISTER OF FOREIGN AFFAIRS MINISTRY OF FOREIGN AFFAIRS OF IRAN IMAM KHOMEINI AVENUE ATTN: MOHAMMED JAVAD ZARIF TEHRAN, IRAN | JERRY GOLDMAN ANDERSON KILL PC 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020 |

**To Be Completed By Post Office**

Registered No. RH002019305US

Postage $ $34.75
Extra Services & Fees $16.00
□ Registered Mail $ $16.00
☑ Return Receipt (hardcopy) $ $4.10
□ Return Receipt (electronic) $
□ Restricted Delivery $

Received by
Customer Must Declare Full Value $0.00

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited.

RE 296 037 842 US

Date Stamp
0004
04

Received by 01/22/2020
Total Postage & Fees $ $54.85

---



RH002019305US

**UNITED STATES POSTAL SERVICE®**

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION** (CONTINUED) — **BOXED AREA IS FOR USPS-USE ONLY**

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| | | / |
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

Last Name ___ Full First Name ___ MI ___
Business Name (if applicable) ___ Sender's Telephone ___
Address ___
Address-2 ___

7. Sender's Email Address
8. Addressee's Email Address
9. Exporter's Reference (if applicable and known)
10. Exporter's Telephone (if applicable and known)
11. Importer's Reference (if applicable and known)
12. Importer's Telephone (if applicable and known)

**ADDRESSEE'S INFORMATION**

Full Last Name ___ Full First Name ___ MI ___
Business Name (if applicable) ___ Addressee's Telephone ___
Address-1 ___
Address-2 ___
City ___ State/Province ___ Country ___

State ___ ZIP Code ___ NY ___

13. AES ITN (if applicable)
14. AES Exemption — NOEEI § (Check one if applicable)
☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)
☐ § 30.37 (y)   ☐ Other ____

15. License Number (if applicable)
16. Certificate Number (if applicable)
17. Invoice Number (if applicable)

18. Length (inches)
19. Width (inches)
20. Height (inches)

21. Restrictions (if applicable – check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection

22. Nondelivery Instructions (Check one)
☑ Return to Sender
☐ Treat as Abandoned

23. Sender's Signature and Date

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply)
☑ Document   ☐ Commercial Sample   ☐ Merchandise   ☐ Dangerous Goods
☐ Gift   ☐ Returned Goods   ☐ Humanitarian Donation   ☐ Other

2. Detailed Description of Contents
(Enter only one item per line)

For Business Mailers, for items in Block 2 (if the information is known)
24. HS Tariff Number
25. Country of Origin

| 2. Detailed Description of Contents | 3. Quantity | 4. Net Weight (ea) Lbs. Oz. | 5. Value (ea) U.S. $ |
|---|---|---|---|
| Summons & Complaint | | | 4 |
| Civil Cover Sheet | | | |
| All Writ | | | |
| Notice of Suit | | | |

6. Total

PS Form 2976-R, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

4 – Sender's Copy

# EXHIBIT 2

# USPS Tracking®

**FAQs >**

## Track Another Package  +

### Track Packages
### Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com

/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** RH002019305US

Remove ✕

Feedback

## Not Trackable

USPS Tracking® is unavailable for this product for IRAN ISLAMIC REPUBLIC OF.

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**