# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODNER ET AL.,

   Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

   Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11776 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 26th day of February 2020, I served defendant:

 Minister of Foreign Affairs
 Ministry of Foreign Affairs of the Islamic
 Republic of Iran Iman Khomeini Avenue
 Tehran, Iran
 Attn: H.E Mohammad Javid Zarif

By dispatching via Federal Express, Tracking No. 8138 7042 2131, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1. Summons
2. Complaint deemed filed on December 27, 2019
3. Civil Cover Sheet
4. Notice of Suit with a copy of 28 U.S.C. 1330
5. Affidavit of translator

Dated: New York, New York
   February 26, 2020

             Ruby J. Krajick
             Clerk of Court

             /s/Shanee Mcleod
             Deputy Clerk

FedEx US Airbill — FedEx Copy

fedex.com 1.800.GoFedEx 1.800.463.3339

FedEx Tracking Number: 8138 7042 2131

**1 From**
Date: 
Sender's Name: Ruby J. Krajick
Company: United States District Court, SDNY
Address: 500 Pearl Street
City: New York  State: NY  ZIP: 10007

**2 Your Internal Billing Reference**
101147-JP002

**3 To**
Recipient's Name: Secretary of State, Attn: Director of Consular Services
Company: Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State
Address: SA-29 4th Floor
       2201 C Street NW     Dept 31
City: Washington  State: DC  ZIP: 20520

**4 Express Package Service** — Form ID No. 0200

**5 Packaging** — FedEx Envelope

**7 Payment** Bill to: Sender

8138 7042 2131

644