# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNAERTS ET AL.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11865 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 22nd day of January, 2020, I served:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran Iran
Attn: H.E. Mohammad Javad Zarif

☒     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Two (2) copie of the Summons, Compliant filed December 27th, 2019, Civil Cover Sheet, Notice of Suit with copy of 28 U.S.C. 1330; (along with attached affidavit of translator and Farsi translations of the above documents), by USPS Reg. Mail no. RH002017984US

Dated: New York, New York
       January 22, 2020

                                              RUBY J. KRAJICK
                                              CLERK OF COURT

                                              /s/Shanee Mcleod
                                              Deputy Clerk



# UNITED STATES POSTAL SERVICE

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

RH002017984US

**SENDER'S INFORMATION**
Full Last Name: [illegible]
Full First Name: Jerry
Business Name: Anderson Kill PC
Sender's Telephone: [illegible]
Address-1: 1251 Avenue of the Americas
City: New York   State: NY   ZIP Code: 10020

**ADDRESSEE'S INFORMATION**
Full Last Name: Ministry of Foreign Affairs
Business Name: [illegible]
Address-1: Imam Khomeini Avenue
City: Tehran   Country: Iran

**SHIPMENT INFORMATION**
1. Category of Items: Document
2. Detailed Description of Contents: [illegible]

**SHIPMENT INFORMATION (CONTINUED)**
USPS Official Use: 1001 75
Total Postage/Fees (U.S. $): [illegible]

PS Form 2976-R, April 2016   PSN 7530-17-000-7992
IMPORTANT: This package may be opened officially.
4 – Sender's Copy

---

**Registered Mail Receipt**

Registered No. RH002017984US
Postage: $34.75
Extra Services & Fees:
- Registered Mail: $16.00
- Return Receipt (hardcopy): $4.10
- Return Receipt (electronic): $0.00
- Restricted Delivery: $0.00

Customer Must Declare Full Value: $0.00
Total Postage & Fees: $54.85
Received by: 01/22/2020
Date Stamp: 1004 05

FROM: JERRY GOLDMAN
ANDERSON KILL PC
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

TO: MINISTER OF FOREIGN AFFAIRS
MINISTRY OF FOREIGN AFFAIRS OF IRAN
ATT: MOHAMMED JAVAD ZARIF
IMAM KHOMEINI AVENUE
TEHRAN, IRAN

PS Form 3806, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051
Copy 1 – Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

19cv11865