# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNAERTS ET AL.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11865 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 25th day of February 2020, I served defendant:

    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic
    Republic of Iran Iman Khomeini Avenue
    Tehran, Iran
    Attn: H.E Mohammad Javid Zarif

By dispatching via Federal Express, Tracking No. 8138 7042 2109, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

February 25, 2020

Dated: New York, New York

RUBY J. KRAJICK
CLERK OF COURT

/s/Shanee Mcleod
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNAERTS ET AL.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11865 (GBD) (SN)

    I hereby certify under the penalties of perjury that on the 25th day of February 2020, I served defendant:

    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic
    Tehran, Iran
    Attn: H.E Mohammad Javid Zarif

    By dispatching via Federal Express, Tracking No. 8138 7042 2109, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

- Summons
- Complaint deemed filed on Decmeber 27, 2019
- Civil Cover Sheet
- Notice of Suit with a copy of 28 U.S.C. 1330
- Affidavit of translator

Dated: New York, New York
       February 25, 2020

                                     RUBY J. KRAJICK
                                     CLERK OF COURT

                                     /s/Shanee Mcleod
                                     Deputy Clerk

| FedEx Express | Package US Airbill | FedEx Tracking Number 8138 7042 2109 | 0200 Form ID No. | | FedEx Copy |
|---|---|---|---|---|---|

**1 From**

Date _____ Sender's FedEx Account Number _____

Sender's Name: Ruby J. Krajick    Phone _____

Company: United States District Court, SDNY

Address: 500 Pearl Street

City: New York   State: NY   ZIP: 10007

**2 Your Internal Billing Reference:** 101147-JP002

**3 To**

Recipient's Name: Sedretary of State, Attn: Director of Consular Services   Phone _____

Company: Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRU), U.S. Department of State

Address: SA-29 4th Floor

Address: 2201 C Street NW

City: Washington   State: DC   ZIP: 20520

**4 Express Package Service**
- 06 ☐ FedEx First Overnight
- 01 ☐ FedEx Priority Overnight
- 05 ☐ FedEx Standard Overnight
- 49 ☐ FedEx 2Day A.M.
- 03 ☐ FedEx 2Day
- 20 ☐ FedEx Express Saver

**5 Packaging**
- 06 ☐ FedEx Envelope*
- 02 ☐ FedEx Pak*
- 03 ☐ FedEx Box
- 04 ☐ FedEx Tube
- 01 ☐ Other

**6 Special Handling and Delivery Signature Options**
- 03 ☐ Saturday Delivery
- ☐ No Signature Required
- 10 ☐ Direct Signature
- 34 ☐ Indirect Signature

Does this shipment contain dangerous goods?
- No 04 ☐
- Yes As per attached Shipper's Declaration ☐
- Yes Shipper's Declaration not required ☐
- 06 ☐ Dry Ice, 9, UN 1845 ___ x ___ kg
- ☐ Cargo Aircraft Only

**7 Payment** Bill to:
- 1 ☐ Sender
- 2 ☐ Recipient
- 3 ☐ Third Party
- 4 ☐ Credit Card
- 5 ☐ Cash/Check

Total Packages ___ Total Weight ___ lbs. Total Declared Value $ ___ .00

644

8138 7042 2109