# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNAERTS ET AL.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11865 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 22nd day of January, 2020, I served:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran Iran
Attn: H.E. Mohammad Javad Zarif

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Two (2) copie of the Summons, Compliant filed December 27th, 2019, Civil Cover Sheet, Notice of Suit with copy of 28 U.S.C. 1330; (along with attached affidavit of translator and Farsi translations of the above documents), by USPS Reg. Mail no. RH002017984US

Dated:  New York, New York
         January 22, 2020

                                  RUBY J. KRAJICK
                                  CLERK OF COURT

                                  /s/Shanee Mcleod
                                  Deputy Clerk



# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SENDER'S INFORMATION**

Full Last Name: [handwritten]
Full First Name: Jerry
MI:

Business Name (if applicable): Anderson Kill
Sender's Telephone: [handwritten]

Address-1: 1251 Avenue of the Americas
Address-2:

City: New York
State: NY
ZIP Code: 10020

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY**

USPS Official Use: 1001 75
USPS Corporate Account:
EMS Scheduled Delivery Date: / /

Total Postage/Fees (U.S. $):
Insured Value (U.S. $):
Insured Fee (U.S. $):

7. Sender's Email Address:
8. Addressee's Email Address:
9. Exporter's Reference (if applicable and known):
10. Exporter's Telephone (if applicable and known):
11. Importer's Reference (if applicable and known):
12. Importer's Telephone (if applicable and known):

**ADDRESSEE'S INFORMATION**

Full Last Name: Ministry of Foreign Affairs
Full First Name:
MI:

Business Name (if applicable):
Addressee's Telephone:

Address-1: Imam Khomeini Avenue
Address-2:

City: Tehran
State/Province:
Postal Code:
Country: Iran

13. AES ITN (if applicable):
14. AES Exemption — NOEEI § (Check one if applicable)
   ☐ § 30.36   ☐ § 30.37(a)   ☐ § 30.37(h)
   ☐ § 30.37(y)   ☐ Other

15. License Number (if applicable):
16. Certificate Number (if applicable):
17. Invoice Number (if applicable):

18. Length (inches):
19. Width (inches):
20. Height (inches):

21. Restrictions (If applicable — check all that apply)
   ☐ Quarantine
   ☐ Sanitary/Phytosanitary Inspection

22. Nondelivery Instructions (Check one)
   ☒ Return to Sender
   ☐ Treat as Abandoned

23. Sender's Signature and Date:

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply)
   ☐ Document   ☐ Commercial Sample   ☐ Merchandise   ☐ Dangerous Goods
   ☐ Gift   ☐ Returned Goods   ☐ Humanitarian Donation   ☐ Other

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

2. Detailed Description of Contents (Enter only one item per line)
3. Quantity
4. Net Weight (Ea) Lbs. / Oz.
5. Value (Ea) U.S. $
For Business Mailers, for items in Block 2 (if the information is known)
24. HS Tariff Number
25. Country of Origin

6. Total

PS Form 2976-R, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

4 – Sender's Copy

---

**Registered Mail Receipt**

Registered No. RH002017984US

Postage $ $34.75
Extra Services & Fees
Registered Mail $ $10.00
Return Receipt (hardcopy) $ $4.10
Return Receipt (electronic) $ $0.00
Restricted Delivery $ $0.00
Customer Must Declare Full Value $ $0.00

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ $54.85
Received by: 01/22/2020

Date Stamp: 1004 05

FROM: JERRY GOLDMAN
ANDERSON KILL PC
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

TO: MINISTER OF FOREIGN AFFAIRS
MINISTRY OF FOREIGN AFFAIRS OF IRAN
IR-193 ATT: MOHAMMED JAVAD ZARIF
IMAM KHOMEINI AVENUE
TEHRAN, IRAN

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

19cv11865