# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNAERTS ET AL.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11865 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 25th day of February 2020, I served defendant:

    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic
    Republic of Iran Iman Khomeini Avenue
    Tehran, Iran
    Attn: H.E Mohammad Javid Zarif

By dispatching via Federal Express, Tracking No. 8138 7042 2109, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

February 25, 2020

Dated: New York, New York

RUBY J. KRAJICK
CLERK OF COURT

/s/Shanee Mcleod
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNAERTS ET AL.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

CERTIFICATE OF MAILING

Case No.: 19-cv-11865 (GBD) (SN)

      I hereby certify under the penalties of perjury that on the 25th day of February 2020, I served defendant:

      Minister of Foreign Affairs
      Ministry of Foreign Affairs of the Islamic
      Tehran, Iran
      Attn: H.E Mohammad Javid Zarif

      By dispatching via Federal Express, Tracking No. 8138 7042 2109, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

- Summons
- Complaint deemed filed on Decmeber 27, 2019
- Civil Cover Sheet
- Notice of Suit with a copy of 28 U.S.C. 1330
- Affidavit of translator

Dated: New York, New York
        February 25, 2020

                                RUBY J. KRAJICK
                                CLERK OF COURT

                                /s/Shanee Mcleod
                                Deputy Clerk

| | |
|---|---|
| **FedEx Express** Package US Airbill | FedEx Tracking Number **8138 7042 2109**  Form ID No. **0200**  **FedEx Copy** |

**1 From**

Date: _____  Sender's FedEx Account Number: _____

Sender's Name: Ruby J. Krajick  Phone: _____

Company: United States District Court, SDNY

Address: 500 Pearl Street  Dept/Floor/Suite/Room: _____

City: New York  State: NY  ZIP: 10007

**2 Your Internal Billing Reference** 101147-JP002

**3 To**

Recipient's Name: Sedretary of State, Attn: Director of Consular Services  Phone: _____

Company: Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRU), U.S. Department of State

Address: SA-29 4th Floor  Dept/Floor/Suite/Room: _____  ☐ 01 Hold Weekday

Address: 2201 C Street NW  ☐ 31 Hold Saturday

City: Washington  State: DC  ZIP: 20520

**4 Express Package Service**

Next Business Day:
- ☐ 06 FedEx First Overnight
- ☐ 01 FedEx Priority Overnight
- ☐ 05 FedEx Standard Overnight

2 or 3 Business Days:
- ☐ 49 FedEx 2Day A.M.
- ☐ 03 FedEx 2Day
- ☐ 20 FedEx Express Saver

**5 Packaging**
- ☐ 06 FedEx Envelope*
- ☐ 02 FedEx Pak*
- ☐ 03 FedEx Box
- ☐ 04 FedEx Tube
- ☐ 01 Other

**6 Special Handling and Delivery Signature Options**
- ☐ 03 Saturday Delivery
- ☐ No Signature Required
- ☐ 10 Direct Signature
- ☐ 34 Indirect Signature

Does this shipment contain dangerous goods?
- ☒ 04 No
- ☐ Yes As per attached Shipper's Declaration
- ☐ Yes Shipper's Declaration not required
- ☐ 06 Dry Ice, 9, UN 1845 ___ x ___ kg
- ☐ Cargo Aircraft Only

**7 Payment** Bill to:
- ☒ 1 Sender
- ☐ 2 Recipient
- ☐ 3 Third Party
- ☐ 4 Credit Card
- ☐ 5 Cash/Check

Total Packages _____  Total Weight _____ lbs.  Total Declared Value $ _____ .00

644

Rev. Date 3/15 • Part #157002 • ©2012–2015 FedEx • PRINTED IN U.S.A. RRDA 00/00

8138 7042 2109