# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODNER ET AL.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11776 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 23rd day of January, 2020, I served:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran Iran
Attn: H.E. Mohammad Javad Zarif

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Two (2) copies of the Summons, Compliant filed December 27th, 2019, Civil Cover Sheet, Notice of Suit with copy of 28 U.S.C. 1330; (along with attached affidavit of translator and Farsi translations of the above documents), by USPS Reg. Mail no. RH002019305US

Dated: New York, New York
       January 23, 2020

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      /s/Shanee Mcleod
                                      Deputy Clerk

19cv11776

**PS Form 3806, Registered Mail Receipt** (April 2015, PSN 7530-02-000-9051)
(See Information on Reverse)
Copy 1 - Customer
For domestic delivery information, visit our website at www.usps.com®

**To Be Completed By Customer (Please Print)** — All Entries Must Be in Ballpoint or Typed

| TO | FROM |
|---|---|
| IMAM KHOMEINI AVENUE ATTN: MOHAMMED JAVAD ZARIF<br>MINISTER OF FOREIGN AFFAIRS<br>MINISTRY OF FOREIGN AFFAIRS OF IRAN<br>TEHRAN, IRAN | JERRY GOLDMAN<br>ANDERSON KILL PC<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |



To Be Completed By Post Office
- Postage $34.75
- Extra Services & Fees
- Registered Mail $16.00
- Return Receipt (hardcopy) $4.10
- Return Receipt (electronic) $0.00
- Restricted Delivery $0.00
- Total Postage & Fees $54.85
- Customer Must Declare Full Value $0.00
- Received by 01/22/2020

RH002019305US
RE 296 037 892 US
Date Stamp 0004 04

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse)

---



RH002019305US

# USPS Customs Declaration and Dispatch Note

**UNITED STATES POSTAL SERVICE**

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY**

| Last Name | Full First Name | MI | USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|---|---|---|
| [illegible] | Jerry | | | | / / |

Business Name (if applicable): [illegible]
Sender's Telephone: [illegible]
Total Postage/Fees (U.S. $): [illegible]
Insured Value (U.S. $): 
Insured Fee (U.S. $):

Address-1: 1251 Avenue of the Americas
Address-2:
7. Sender's Email Address: [illegible]
8. Addressee's Email Address:
9. Exporter's Reference (if applicable and known):
10. Exporter's Telephone (if applicable and known):

City: New York    State: NY    ZIP Code: 10020
11. Importer's Reference (if applicable and known):
12. Importer's Telephone (if applicable and known):

**ADDRESSEE'S INFORMATION**

| Full Last Name | Full First Name | MI |
|---|---|---|
| [illegible] | [illegible] | |

13. AES ITN (if applicable):
14. AES Exemption — NOEEI § (Check one if applicable)
☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)
☐ § 30.37 (y)   ☐ Other

Business Name (if applicable): [illegible]
Addressee's Telephone: [illegible]
15. License Number (if applicable)
16. Certificate Number (if applicable)
17. Invoice Number (if applicable)

Address-1: [illegible]
Address-2:
18. Length (inches)
19. Width (inches)
20. Height (inches)

City: Tehran    State/Province: [illegible]    Postal Code:    Country: Iran
21. Restrictions (if applicable — check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one)
☒ Return to Sender
☐ Treat as Abandoned

23. Sender's Signature and Date: [signature]

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply)
☒ Document   ☐ Commercial Sample   ☐ Merchandise   ☐ Dangerous Goods
☐ Gift   ☐ Returned Goods   ☐ Humanitarian Donation   ☐ Other

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

2. Detailed Description of Contents (Enter only one item per line)

| Description | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ | 24. HS Tariff Number | 25. Country of Origin |
|---|---|---|---|---|---|---|
| Summons + Complaint | 1 | | 4 | | | |
| Civil Cover Sheet | 1 | | 4 | | | |
| All Writ | 1 | | | | | |
| Notice of Suit | 1 | | | | | |

6. Total

---

PS Form 2976-R, April 2016    PSN 7530-17-000-7992    IMPORTANT: This package may be opened officially.    4 – Sender's Copy