# EXHIBIT B

ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*By Hand Delivery*

February 24, 2020

Clerk of the Court, Ruby J. Krajick
United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, New York 10007

Re: *Deborah Bodner et al. v. Islamic Republic of Iran*, Case No.: 1:19-cv-11776 (GBD) (SN); RE: Service

Dear Clerk of the Court, Ruby J. Krajick:

I represent the Plaintiffs in the above-referenced action.

I am writing to request you effect service on the Defendant, Islamic Republic of Iran, pursuant to 28 U.S.C. §1608(a)(4), at the following address:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Iman Khomeini Avenue
Tehran, Iran
ATTN: H.E. Mohammad Javad Zarif

Service on Iran cannot be effected under 28 U.S.C. Sections 1608(a)(1) and (2) because the United States and Iran do not have any special arrangement for service of process upon Iran in accordance with sub-section (1), nor is service permitted by any applicable international convention under the provisions of sub-section (2).[1] *See Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 70 (D.D.C. 2010).

On January 23, 2020, Plaintiffs, through the Clerk of the Court, attempted to serve Defendant pursuant to the provision to 28 U.S.C. §1608(a)(3). Annexed hereto as **Exhibit 1,** is a copy of the certificate of mailing.

As of Monday, February 24, 2020, over thirty (30) days passed since the certificate of mailing has been issued and service had not been able to be completed

[1] Iran is not a signatory to the convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

under 28 U.S.C. § 1608(a)(3). Annexed hereto as **Exhibit 2,** is a true and correct copy of the USPS tracking information of the package sent by the Clerk of the Court indicating that serve has not been made. .

Accordingly please serve Defendant pursuant to 28 U.S.C. §1608(a)(4) at the following address:

U.S. Department of State
SA-29, 4th Floor, 2201 C Street NW
Washington, DC 20520.
Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI),

Enclosed please find copies of the following documents:

1. Summons
2. Complaint deemed filed on December 27, 2019
3. Civil Cover Sheet
4. Notice of suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330
5. Affidavit of translator (along with translations of the above documents)[2]

In total, we are providing three complete sets of the documents, in both English and Farsi. In accordance with pages 12-13 of the Court's Foreign Mailing Instructions we are providing two sets for service on Defendant and a set of documents for the Court's file.

We have also enclosed pre-paid FedEx label and envelope for delivery to the address above. Please note that our firm FedEx account number is 628354049.

We further enclose a cashier's check in the amount of $2,275.00 made payable to "U.S. Embassy Bern."

Should you have any questions or require any additional information please do not hesitate to contact me.

Regards,

Jerry S. Goldman

Enclosures

---

[2] The affidavit of the translator comports with the requirements of NY CPLR 2101(b).

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODNER ET AL.,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11776 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 23rd day of January, 2020, I served:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran Iran
Attn: H.E. Mohammad Javad Zarif

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Two (2) copies of the Summons, Compliant filed December 27th, 2019, Civil Cover Sheet, Notice of Suit with copy of 28 U.S.C. 1330; (along with attached affidavit of translator and Farsi translations of the above documents), by USPS Reg. Mail no. RH002019305US

Dated: New York, New York
January 23, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/Shanee Mcleod
Deputy Clerk

19cv11776

**PS Form 3806, Registered Mail Receipt** Copy 1 - Customer
April 2015, PSN 7530-02-000-9051 *(See Information on Reverse)*
For domestic delivery information, visit our website at www.usps.com ®

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

FROM: JERRY GOLDMAN
ANDERSON KILL PC
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

TO: MINISTER OF FOREIGN AFFAIRS
MINISTRY OF FOREIGN AFFAIRS OF IRAN
IMAM KHOMEINI AVENUE ATTN: MOHAMMED JAVAD ZARIF
TEHRAN, IRAN

To Be Completed By Post Office

Postage $ $34.75
Extra Services & Fees $16.00
☐ Registered Mail $
☐ Return Receipt (hardcopy) $ $4.10
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery
Total Postage & Fees $54.85
Customer Must Declare Full Value $0.00
Received by 01/22/2020
Domestic insurance up to $50,000 is included based upon the declared value. International indemnity is limited (see reverse).

RE 296 037 892 US

RH002019305US

Date Stamp 0004 04



RH002019305US

UNITED STATES POSTAL SERVICE®

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY**

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| | | / / |
| Total Postage/Fees (U.S. $) 54.85 | Insured Value (U.S. $) | Insured Fee (U.S. $) |

Last Name: Goldman | Full First Name: Jerry | MI
Business Name (if applicable): Anderson Kill | Sender's Telephone
Address-1: 1251 Avenue of the Americas
Address-2
City: New York | State: NY | ZIP Code: 10020

**ADDRESSEE'S INFORMATION**

Last Name: Minister of Foreign Affairs | Full First Name | MI
Business Name (if applicable): Ministry of Foreign Affairs | Addressee's Telephone
Address-1: Imam Khomeini Avenue
Address-2 | Postal Code
City: Tehran | State/Province | Country: Iran

7. Sender's Email Address | 8. Addressee's Email Address
9. Exporter's Reference *(if applicable and known)* | 10. Exporter's Telephone *(if applicable and known)*
11. Importer's Reference *(if applicable and known)* | 12. Importer's Telephone *(if applicable and known)*
13. AES ITN *(if applicable)* | 14. AES Exemption — NOEEI § *(Check one if applicable)* ☐ § 30.36 ☐ § 30.37 (a) ☐ § 30.37 (h) ☐ § 30.37 (y) ☐ Other
15. License Number *(if applicable)* | 16. Certificate Number *(if applicable)* | 17. Invoice Number *(if applicable)*
18. Length *(inches)* | 19. Width *(inches)* | 20. Height *(inches)*
21. Restrictions *(if applicable — check all that apply)* ☐ Quarantine ☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions *(Check one)* ☒ Return to Sender ☐ Treat as Abandoned
23. Sender's Signature and Date 1/22/20

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**SHIPMENT INFORMATION**

1. Category of Items *(Check all that apply)* ☒ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods ☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

| 2. Detailed Description of Contents *(Enter only one item per line)* | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|---|
| Summons + Complaint | 1 | 0 | 4 | |
| Civil Cover Sheet | 1 | 0 | 4 | |
| Aff. [illegible] | 1 | 0 | 0 | |
| Notice of Suit | 1 | 0 | 0 | |
| 6. Total | | | | |

For Business Mailers, for Items in Block 2 *(if the information is known)*
24. HS Tariff Number | 25. Country of Origin

# EXHIBIT 2

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free In ormed Delivery® feature to receive automated nc tifications on your packages

**Learn More** (https://reg.usps.com /xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove X

**Tracking Number:** RH002019305US

Feedback

## Not Trackable

USPS Tracking® is unavailable for this product for IRAN ISLAMIC REPUBLIC OF.

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**