# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODNER ET AL.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11776 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 26th day of February 2020, I served defendant:

    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic
    Republic of Iran Iman Khomeini Avenue
    Tehran, Iran
    Attn: H.E Mohammad Javid Zarif

By dispatching via Federal Express, Tracking No. 8138 7042 2131, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1. Summons
2. Complaint deemed filed on December 27, 2019
3. Civil Cover Sheet
4. Notice of Suit with a copy of 28 U.S.C. 1330
5. Affidavit of translator

Dated: New York, New York
        February 26, 2020

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              /s/Shanee Mcleod
                              Deputy Clerk

fedex.com 1.800.GoFedEx 1.800.463.3339

# FedEx US Airbill

FedEx Tracking Number: **8138 7042 2131**

## 1 From
Date: 
Sender's Name: Ruby J. Krajick
Company: United States District Court, SDNY
Address: 500 Pearl Street
City: New York  State: NY  ZIP: 10007

## 2 Your Internal Billing Reference
101147-JP002

## 3 To
Recipient's Name: Secretary of State, Attn: Director of Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRU), U.S. Department of State
Company: SA-29 4th Floor
Address: 2201 C Street NW
City: Washington  State: DC  ZIP: 20520

## 4 Express Package Service
Form No. **0200**

- 06 ☐ FedEx First Overnight
- 01 ☐ FedEx Priority Overnight
- 05 ☐ FedEx Standard Overnight
- 49 ☐ FedEx 2Day A.M.
- 03 ☐ FedEx 2Day
- 20 ☐ FedEx Express Saver

## 5 Packaging
- 06 ☐ FedEx Envelope
- 02 ☐ FedEx Pak
- 03 ☐ FedEx Box
- 04 ☐ FedEx Tube
- 01 ☐ Other

## 6 Special Handling and Delivery Signature Options
- 03 ☐ Saturday Delivery
- No Signature Required
- 10 ☐ Direct Signature
- 34 ☐ Indirect Signature

Does this shipment contain dangerous goods?
☐ No  04 ☐ Yes  ☐ Yes Shipper's Declaration not required  06 ☐ Dry Ice

## 7 Payment Bill to:
- 1 ☐ Sender
- 2 ☐ Recipient
- 3 ☐ Third Party
- 4 ☐ Credit Card
- 5 ☐ Cash/Check

Total Packages: Total Weight: Total Declared Value: $

644

8138 7042 2131

FedEx Copy