# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELLON ET AL.,

                Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

                Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11767 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 22nd day of January, 2020, I served:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran Iran
Attn: H.E. Mohammad Javad Zarif

☒      the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Two (2) copies of the Summons, Compliant filed December 27th, 2019, Civil Cover Sheet, Notice of Suit with copy of 28 U.S.C. 1330; (along with attached affidavit of translator and Farsi translations of the above documents), by USPS Reg. Mail no. RH002018004US

Dated:  New York, New York
        January 22, 2020

                      RUBY J. KRAJICK
                      CLERK OF COURT

                      /s/Shanee Mcleod
                      Deputy Clerk

**UNITED STATES POSTAL SERVICE®**

RH002018004US

# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all SHADED fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION (Continued) — BOXED AREA IS FOR USPS-USE ONLY**

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| | | / / |
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

## SENDER'S INFORMATION

| Full Last Name | Full First Name | MI |
|---|---|---|
| | | |

Business Name (if applicable)    Sender's Telephone

Address-1

Address-2

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10020 |

7. Sender's Email Address
8. Addressee's Email Address
9. Exporter's Reference (if applicable and known)
10. Exporter's Telephone (if applicable and known)
11. Importer's Reference (if applicable and known)
12. Importer's Telephone (if applicable and known)

## ADDRESSEE'S INFORMATION

| Full Last Name | Full First Name | MI |
|---|---|---|
| | | |

Business Name (if applicable)    Addressee's Telephone

Address-1

Address-2    Postal Code

| City | State/Province | Country |
|---|---|---|
| | | IRAN |

13. AES ITN (if applicable)
14. AES Exemption — NOEEI § (Check one if applicable)
   ☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)
   ☐ § 30.37 (y)   ☐ Other
15. License Number (if applicable)   16. Certificate Number (if applicable)   17. Invoice Number (if applicable)
18. Length (inches)   19. Width (inches)   20. Height (inches)
21. Restrictions (if applicable — check all that apply)
   ☐ Quarantine
   ☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one)
   ☐ Return to Sender
   ☐ Treat as Abandoned
23. Sender's Signature and Date

## SHIPMENT INFORMATION

**1. Category of Items** (Check all that apply)
☐ Document   ☐ Commercial Sample   ☐ Merchandise   ☐ Dangerous Goods
☐ Gift   ☐ Returned Goods   ☐ Humanitarian Donation   ☐ Other

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs.   Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

6. Total

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)
24. HS Tariff Number    25. Country of Origin

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

**4 – Sender's Copy**

---

| Registered No. RH002018004US | To Be Completed By Post Office | Postage $ $34.75 | Extra Services & Fees | Total Postage & Fees $ $54.85 | Received by 01/22/2020 |
|---|---|---|---|---|---|

Extra Services & Fees
☐ Registered Mail $ $10.00
☐ Return Receipt (hardcopy) $ $4.10
☐ Return Receipt (electronic) $0.00
☐ Restricted Delivery $0.00

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

Customer Must Declare Full Value $ $0.00

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM
JERRY GOLDMAN
ANDERSON KILL PC
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
MINISTRY OF FOREIGN AFFAIRS

TO
MINISTRY OF FOREIGN AFFAIRS OF IRAN
IMAM KHOMEINI AVENUE ATTN: MOHAMMAD JAVAD ZARIF
TEHRAN, IRAN

Date Stamp   0004   05

Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

19cv11767