# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELLON ET AL.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11767 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 24th day of February 2020, I served defendant:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Iman Khomeini Avenue
Tehran, Iran
ATTN: H.E. Mohammad Javad Zarif

By dispatching via Federal Express, Tracking No. 8138 7042 2094, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the following documents (in English and Farsi):

1) Summons
2) Complaint filed December 27, 2019
3) Order of Partial Final Judgment for Damages, dated February 12, 2020
4) Civil Cover Sheet
5) Notice of Suit
6) Affidavit of Translator.

Dated: New York, New York
       February 24, 2020

                                    RUBY J. KRAJICK
                                    CLERK OF COURT

                                    /s/ Shanee Mcleod
                                    Shanee Mcleod
                                    *Deputy Clerk*

# FedEx US Airbill

fedex.com 1.800.GoFedEx 1.800.463.3339

FedEx Tracking Number: 8138 7042 2094

**1 From**
Date:
Sender's Name: Ruby J. Krajick
Company: United States District Court, SDNY
Address: 500 Pearl Street
City: New York  State: NY  ZIP: 10007

**2 Your Internal Billing Reference** 101147-JP002

**3 To**
Recipient's Name: Secretary of State, Attn: Director of Consular Services
Company: Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRU), U.S. Department of State
Address: SA-29 4th Floor
        2201 C Street NW   Dept/Floor/Suite/Room: 31
City: Washington  State: DC  ZIP: 20520

**4 Express Package Service**
Form ID No. 0200
- 06 FedEx First Overnight
- 01 FedEx Priority Overnight
- 05 FedEx Standard Overnight
- 49 FedEx 2Day A.M.
- 03 FedEx 2Day
- 20 FedEx Express Saver

**5 Packaging**
- 06 FedEx Envelope
- 02 FedEx Pak
- 03 FedEx Box
- 04 FedEx Tube
- 01 Other

**6 Special Handling and Delivery Signature Options**
- 03 Saturday Delivery
- No Signature Required
- 10 Direct Signature
- 06 Indirect Signature

Does this shipment contain dangerous goods?
- No
- 04 Yes As per attached Shipper's Declaration
- Yes Shipper's Declaration not required
- 34 Dry Ice, 9, UN 1845 ___ x ___ kg
- Cargo Aircraft Only

**7 Payment** Bill to:
- 1 Sender
- 2 Recipient
- 3 Third Party
- 4 Credit Card
- 5 Cash/Check

Total Packages | Total Weight | Total Declared Value
lbs | $ .00

644

8138 7042 2094

FedEx Copy