# EXHIBIT B

# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

February 1, 2021

_By Hand Delivery_

Clerk of the Court, Ruby J. Krajick
United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, New York 10007

Re:   _Michael Bianco et al. v. Islamic Republic of Iran_,
      Case No.: 1:20-cv-10902; RE: Service

Dear Clerk of the Court, Ruby J. Krajick:

I represent the Plaintiffs in the above-referenced action.

I am writing to request you effect service on the Defendant, Islamic
Republic of Iran, pursuant to 28 U.S.C. §1608(a)(4), at the following address:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Iman Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Mohammad Javad Zarif

Service on Iran cannot be effected under 28 U.S.C. Sections 1608(a)(1)
and (2) because the United States and Iran do not have any special arrangement for
service of process upon Iran in accordance with sub-section (1), nor is service permitted
by any applicable international convention under the provisions of sub-section (2).[1] _See
Valore v. Islamic Republic of Iran_, 700 F. Supp. 2d 52, 70 (D.D.C. 2010).

On December 30, 2020, Plaintiffs, through the Clerk of the Court,
attempted to serve the Defendant pursuant to the provision to 28 U.S.C. §1608(a)(3).
Annexed hereto as **Exhibit 1,** is a copy of the certificate of mailing.

---

[1] Iran is not a signatory to the convention of the Service Abroad of Judicial and Extrajudicial
Documents in Civil or Commercial Matters.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100332545.1

**Anderson Kill P.C.**

February 1, 2021
Page 2

As of Monday, February 1, 2021, thirty (30) days have passed since the certificate of mailing has been issued and service had not been able to be completed under 28 U.S.C. § 1608(a)(3). Annexed hereto as **Exhibit 2**, is a true and correct copy of the USPS tracking information of the package sent by the Clerk of the Court indicating that serve has not been made.

Accordingly please serve the Defendant pursuant to 28 U.S.C. §1608(a)(4) at the following address:

Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4th Floor
2201 C Street NW
Washington, DC 20520

Enclosed please find copies of the following documents:

1. Civil Cover Sheet.
2. Complaint deemed filed on December 23, 2020.
3. Summons.
4. Statement of Relatedness.
5. Notice of suit prepared in accordance with 22 CF § 93.2 with a copy of 28 U.S.C. 1330, 1391(f), 1441(d) and 1602-1611.
6. Affidavit of translator.
7. Translations of the above mentioned documents.[2]

In total, we are providing three complete sets of the documents, in both English and Farsi. In accordance with pages 12-13 of the Court's Foreign Mailing Instructions, we are providing two sets for service on the Defendant and one set of documents for the Court's file.

We have also enclosed pre-paid FedEx label and envelope for delivery to the address above. Please note that our firm FedEx account number is 628354049.

We further enclose a cashier's check in the amount of $2,275.00 made payable to "U.S. Embassy Bern."

Should you have any questions or require any additional information please do not hesitate to contact me.

---

[2] The affidavit of the translator comports with the requirements of NY CPLR 2101(b).

**Anderson Kill P.C.**

February 1, 2021
Page 3

Regards,

Jerry S. Goldman

Enclosures

# EXHIBIT 1

Case 1:20-cv-10902-GBD   Document 8   Filed 01/04/21   Page 1 of 2

**Registered No.**

Postage $ KHU0026390

Extra Services & Fees

☐ Registered Mail $

☐ Return Receipt (hardcopy) $ $16.00

☐ Return Receipt (electronic) $ $4.15

☐ Restricted Delivery $ $1.00

Customer Must Declare Full Value

$ $0.00

Extra Services & Fees (continued)

☐ Signature Confirmation $

☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees**

$ $40.05

Received by: 01/04/2021

Date Stamp

0004
03

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

OFFICIAL USE

FROM   Jerry Goldman
Anderson Kill P.C.
1251 Avenue of the Americas, Floor 42
New York, NY 10020

TO   H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

Copy 1 - Customer
(See Information on Reverse)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bianco et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: ___20cv10902___ (GBD)(SN)

I hereby certify under the penalties of perjury that on the _30_ day of _December_, 2020, I
served:_____ Mohammad Javad Zarif, Minister of Foreign Affairs, Ministry of Foreign Affairs of the
Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☒ · the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

__1__ copy(ies) of the _Summons, Complaint deemed filed on December 23, 2020, Civil Cover
Sheet, Statement of Relatedness, Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of
28 U.S.C §§ 1330, 1391(f), 1441(d), and 1602-1611, Affidavit of Translator

by USPS REGISTERED _____.

Dated:  New York, New York
        December 30, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross
DEPUTY CLERK

# EXHIBIT 2

USPS.com® - USPS Tracking® Results

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...**

# USPS Tracking®

FAQs >

Track Another Package **+**

Remove ✕

**Tracking Number:** RH002639649US

## Not Trackable

USPS Tracking® is unavailable for this product for IRAN ISLAMIC REPUBLIC OF.

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**