# EXHIBIT A



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ber Barry Aron et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: __20cv9376__ ( GBD )( SN )

I hereby certify under the penalties of perjury that on the 24th day of November, 2020, I served: Islamic Republic of Iran C/O Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic or Iran, Imam Khomeini Avenue, Tehran, Iran, ATTN: H.E. Mohammad Javad Zarif

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

__1__ copy of the following documents
- Summons
- Complaint deemed filed on November 9, 2020
- Civil Cover Sheet
- Statement of relatedness
- Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d) and 1602-1611
- Affidavit of translator (along with translations of the mentioned documents)

by USPS REGISTERED MAIL RE295893173US

Dated: New York, New York
November 24, 2020

RUBY J. KRAJICK
CLERK OF COURT

/S/JaVonn Ross
DEPUTY CLERK