# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aron et al.<br><br>-v-<br><br>Islamic Republic of Iran | **CERTIFICATE OF MAILING**<br><br>Case No.: 20cv9376  (GBD)(SN) |

I hereby certify under the penalties of perjury that on the 28th day of December 2020, I served:

Mohammad Javad Zarif

Minister of Foreign Affairs

Ministry of Foreign Affairs of the Islamic Republic of Iran

Imam Khomeini Avenue

Tehran, Iran

☒    the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

- __2__ copy(ies) of the _Civil Cover Sheet, Complaint deemed filed on November 9, 2020, Summons, Statement of Relatedness, Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611, Affidavit of Translator_

By FEDEX Priority Overnight 8163 9475 1530.

Dated: New York, New York
December 28, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK

# FedEx Express US Airbill

fedex.com 1.800.GoFedEx 1.800.463.3339

Sender's Copy

**FedEx Tracking Number** 8163 9475 1530

## 1 From
Date: 12/28/2020
Sender's Name: Ruby J. Krajick
Company: United States District Court
Address: Office of the Clerk, 500 Pearl Street
City: New York  State: NY  ZIP: 10007

## 2 Your Internal Billing Reference

## 3 To
Recipient's Name: Jared Hess, FSTA
Company: U.S. Dept. of State CA/OCS/L
Address: 2201 C St. NW, 6th Floor
City: Washington  State: DC  ZIP: 20522

## 4 Express Package Service
Form ID: 0200

## 5 Packaging
FedEx Pak*

## 7 Payment
Sender

644