```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

```
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/2021

03-MD-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On July 2, 2021, the Court issued an order directing the parties to enter any objections to unsealing the order at ECF No. 6872 by July 9, 2021. ECF No. 6908. Having received no objections, the Court respectfully directs the Clerk of Court to unseal the order at ECF No. 6872 in its entirety.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
             July 12, 2021