UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan, et al.

-v-

Islamic Republic of Iran et al

**CERTIFICATE OF MAILING**

Case No.: <u>20cv266 </u>(GBD)(SN)
<u>03MD1570 (GBD)(SN)</u>

I hereby certify under the penalties of perjury that on the <u>6th</u> day of <u> July 2021</u>, I served:

IRAN'S MINISTRY OF COMMERCE
c/o H.E. Mohammad Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Street
Tehran, Iran

☒   the Secretary of State, Attn:  Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

<u>  2  </u> copy(ies) of the <u> Cover Letter, Complaint deemed filed on January 10, 2020, Notice of Suit prepared in accordance with 22 CFR § 93.2 along with the text of FSIA 28 U.S.C § 1602, et seq., Summons in a Civil Action deemed filed on January 13, 2020 & Affidavit of Translator(along with translations of the above documents in Farsi).</u>

By FEDEX  8627 3174 8610.

Dated:   New York, New York
<u>July 6, 2021</u>

                                                 RUBY J. KRAJICK
                                                CLERK OF COURT

                                                /s/JaVonn Ross

                                                DEPUTY CLERK