UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan, et al.

-v-

Islamic Republic of Iran et al

**CERTIFICATE OF MAILING**

Case No.: 20cv266 (GBD)(SN)
03MD1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 6th day of July 2021, I served:

ISLAMIC REVOLUTIONARY GUARD CORPS
c/o H.E. Mohammad Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Street
Tehran, Iran

☒ the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the Cover Letter, Complaint deemed filed on January 10, 2020, Notice of Suit prepared in accordance with 22 CFR § 93.2 along with the text of FSIA 28 U.S.C § 1602, et seq., Summons in a Civil Action deemed filed on January 13, 2020 & Affidavit of Translator(along with translations of the above documents in Farsi).

By FEDEX  8627 3174 8642.

Dated: New York, New York
July 6, 2021

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK