UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON             Civil Action No.
SEPTEMBER 11, 2001                     03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:

    *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN) (S.D.N.Y.)
    *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN) (S.D.N.Y.)

### SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

AND NOW, this 14th day of July, 2021, it is suggested of record that the Plaintiff Julie A. Scarpitta, of 519 Bay Ridge Parkway, Apt. PY, Brooklyn, New York 11209, died December 31, 2007, in the state of New York.

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the following parties for Julie A. Scarpitta, Deceased. Ms. Scarpitta was pursuing claims both individually as the mother of Michelle Scarpitta, Deceased, and as the Personal Representative of the Estate of Michelle Scarpitta, Deceased. Steven Scarpitta has been appointed the Personal Representative of the Estate of Julie A. Scarpitta, and he has also been appointed the Personal Representative of the Estate of Michelle Scarpitta.

The following chart demonstrates the manner in which Mr. Scarpitta should be substituted into the Complaints:

| Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent) | State of Residency at Filing | Reference to Plaintiff in ECF No. 53 (15-cv-9903) and ECF No. 29 (02-cv-1616 (D.D.C.)) | 9/11 Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| Steven Scarpitta, as Personal Representative of the Estate of Julie Scarpitta, Deceased | NY | JULIE SCARPITTA, as Personal Representative of the Estate of Michelle Scarpitta, Deceased and on behalf of all beneficiaries of Michelle Scarpitta / JULIE SCARPITTA (P2302), in her own right and as the Representative of the ESTATE OF MICHELLE SCARPITTA, Deceased | Michelle Scarpitta | ECF No. 53 (15-cv-9903) at ¶1998; ECF No. 26 (02-cv-1616 (D.D.C.)) at ¶¶ 4368-4370 |
| Steven Scarpitta, as Personal Representative of the Estate of Michelle Scarpitta, Deceased | NY | JULIE SCARPITTA, as Personal Representative of the Estate of Michelle Scarpitta, Deceased and on behalf of all beneficiaries of Michelle Scarpitta / JULIE SCARPITTA (P2302), in her own right and as the Representative of the ESTATE OF MICHELLE SCARPITTA, Deceased | Michelle Scarpitta | ECF No. 53 (15-cv-9903) at ¶1998; ECF No. 26 (02-cv-1616 (D.D.C.)) at ¶¶ 4368-4370 |

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted party would be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   July 14, 2021                                  Respectfully submitted,

                                                        */s/* John M. Eubanks
                                                        John M. Eubanks, Esq.
                                                        MOTLEY RICE LLC
                                                        Mount Pleasant, SC 29464
                                                        Telephone: (843) 216-9000
                                                        Facsimile: (843) 216-9450
                                                        jeubanks@motleyrice.com

                                                        *COUNSEL FOR PLAINTIFFS*

3