**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                         Civil Action No.
SEPTEMBER 11, 2001                                 03 MDL 1570

-------------------------------------------------------------x

This document relates to:

> *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
> (S.D.N.Y.)
> *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)
> (S.D.N.Y.)

## ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from

the death of Plaintiff Julie Scarpitta, it is hereby:

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit

A are to be substituted into the above-captioned cases; and it is

**ORDERED** that the Plaintiffs comply with the Clerk of Court's instructions as set forth in

ECF No. 4295 regarding the addition of these plaintiffs to the two cases listed above in the Court's

ECF and docketing system.

**SO ORDERED.**


July ___, 2021                                      _____
New York, New York                                 SARAH NETBURN
                                                   United States Magistrate Judge