# **EXHIBIT A**

| Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent) | State of Residency at Filing | Reference to Plaintiff in ECF No. 53 (15-cv-9903) and ECF No. 29 (02-cv-1616 (D.D.C.)) | 9/11 Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| Steven Scarpitta, as Personal Representative of the Estate of Julie Scarpitta, Deceased | NY | JULIE SCARPITTA, as Personal Representative of the Estate of Michelle Scarpitta, Deceased and on behalf of all beneficiaries of Michelle Scarpitta / JULIE SCARPITTA (P2302), in her own right and as the Representative of the ESTATE OF MICHELLE SCARPITTA, Deceased | Michelle Scarpitta | ECF No. 53 (15-cv-9903) at ¶1998; ECF No. 26 (02-cv-1616 (D.D.C.)) at ¶¶ 4368-4370 |
| Steven Scarpitta, as Personal Representative of the Estate of Michelle Scarpitta, Deceased | NY | JULIE SCARPITTA, as Personal Representative of the Estate of Michelle Scarpitta, Deceased and on behalf of all beneficiaries of Michelle Scarpitta / JULIE SCARPITTA (P2302), in her own right and as the Representative of the ESTATE OF MICHELLE SCARPITTA, Deceased | Michelle Scarpitta | ECF No. 53 (15-cv-9903) at ¶1998; ECF No. 26 (02-cv-1616 (D.D.C.)) at ¶¶ 4368-4370 |