## EXHIBIT A

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Stephen | George | Adams | | Anne | Berg | Adams (Estate of) | | Parent | $ 8,500,000.00 |
| 2 | Eustace | Patrick | Bacchus | | Juana | Maria | Bacchus | | Spouse | $ 12,500,000.00 |
| 3 | Ronald | E. | Comer | | Kathleen | Elizabeth | Comer | | Child | $ 8,500,000.00 |
| 4 | James | J. | Corrigan | | Marie | Ellen | Corrigan | | Spouse | $ 12,500,000.00 |
| 5 | James | J. | Corrigan | | Sean | Michael | Corrigan | | Child | $ 8,500,000.00 |
| 6 | Helen | P. | Crossin-Kittle | | Kevin | F. | Kittle | | Spouse | $ 12,500,000.00 |
| 7 | Thomas | G. | Crotty | | Catherine | Alice | Crotty | | Child | $ 8,500,000.00 |
| 8 | Jennifer | | DeJesus | | Wilfred | | DeJesus | | Parent | $ 8,500,000.00 |
| 9 | Jennifer | | DeJesus | | Luis | | Perez | | Sibling | $ 4,250,000.00 |
| 10 | Amelia | V. | Fields | | Gregory | Anthony | Waters | | Sibling | $ 4,250,000.00 |
| 11 | Amelia | V. | Fields | | Ophelia | | Waters | | Sibling | $ 4,250,000.00 |
| 12 | Ronald | Franklin | Golinski | | Michelle | Lynn | Bevevino | | Child | $ 8,500,000.00 |
| 13 | Ronald | Franklin | Golinski | | Dawn | Marie | Meygeri | | Child | $ 8,500,000.00 |
| 14 | Ronald | Franklin | Golinski | | Kristine | Ann | Reynolds | | Child | $ 8,500,000.00 |
| 15 | Christopher | Stewart | Gray | | James | Thomas | Gray | | Sibling | $ 4,250,000.00 |
| 16 | Christopher | Stewart | Gray | | Janet | Walker | Gray | | Parent | $ 8,500,000.00 |
| 17 | Christopher | Stewart | Gray | | Timothy | Walker | Gray | | Sibling | $ 4,250,000.00 |
| 18 | Philip | | Haentzler | | Patricia | Ann | Thompson | | Spouse | $ 12,500,000.00 |
| 19 | Steven | Michael | Hagis | | Daniel | Vito | Hagis | | Child | $ 8,500,000.00 |
| 20 | Steven | Michael | Hagis | | Gloria | Janine | Hagis | | Spouse | $ 12,500,000.00 |

## EXHIBIT A

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Steven | Michael | Hagis | | Jaclyn | Elizabeth | Hagis | | Child | $ 8,500,000.00 |
| 22 | Dana | Rey | Hannon | | Thomas | P. | Hannon (Estate of) | Jr. | Parent | $ 8,500,000.00 |
| 23 | Angela | Marie | Houtz | | Jamie | Elizabeth | Jackson | | Sibling | $ 4,250,000.00 |
| 24 | Eamon | | McEneaney | | Patrick | Bernard | McEneaney | | Sibling | $ 4,250,000.00 |
| 25 | James | Thomas | Murphy | | Sean | Patrick | Murphy | | Sibling | $ 4,250,000.00 |
| 26 | Troy | Edward | Nilsen | | Ryan | Thomas | Nilsen | | Child | $ 8,500,000.00 |
| 27 | Troy | Edward | Nilsen | | Scott | Edward | Nilsen | | Child | $ 8,500,000.00 |
| 28 | James | A. | Oakley | | Kristin | Kathleen | Bennett | | Child | $ 8,500,000.00 |
| 29 | James | A. | Oakley | | Heather | Elizabeth | Ferreira | | Child | $ 8,500,000.00 |
| 30 | James | A. | Oakley | | Allison | Irene | Oakley | | Child | $ 8,500,000.00 |
| 31 | Steven | J. | Olson | | Patricia | Anne | Olson | | Spouse | $ 12,500,000.00 |
| 32 | Danny | | Pesce | | Paolo | | Pesce (Estate of) | | Parent | $ 8,500,000.00 |
| 33 | Thomas | Barnes | Reinig | | Christopher | Barnes | Reinig | | Child | $ 8,500,000.00 |
| 34 | Wayne | J. | Saloman | | Virginia | Ann | Gecewicz | | Sibling | $ 4,250,000.00 |
| 35 | Wayne | J. | Saloman | | Debra | Ann | Saloman | | Spouse | $ 12,500,000.00 |
| 36 | Wayne | J. | Saloman | | Jay | Charles | Saloman | | Sibling | $ 4,250,000.00 |
| 37 | Wayne | J. | Saloman | | Justin | Charles | Saloman | | Child | $ 8,500,000.00 |
| 38 | Wayne | J. | Saloman | | Craig | William | Saloman (Estate of) | | Sibling | $ 4,250,000.00 |
| 39 | Jesus | | Sanchez | | Maria | Mercedes | Declet | | Parent | $ 8,500,000.00 |
| 40 | Jesus | | Sanchez | | Miguel | Angel | Sanchez | | Sibling | $ 4,250,000.00 |

| EXHIBIT A |||||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 41 | Jesus | | Sanchez | | Jesus | Manuel | Sanchez Declet | | Sibling | $ 4,250,000.00 |
| 42 | Jesus | | Sanchez | | Lourdes | | Sanchez Declet | | Sibling | $ 4,250,000.00 |
| 43 | Jesus | | Sanchez | | Maria | Mercedes | Sanchez Declet | | Sibling | $ 4,250,000.00 |
| 44 | Jesus | | Sanchez | | Jesus | Francisco | Sanchez-Declet | | Sibling | $ 4,250,000.00 |
| 45 | Gregory | T. | Spagnoletti | | Christopher | Richard | Spagnoletti | Sr. | Sibling | $ 4,250,000.00 |
| 46 | Gregory | T. | Spagnoletti | | Mark | Anthony | Spagnoletti | | Sibling | $ 4,250,000.00 |
| 47 | Gregory | T. | Spagnoletti | | Richard | | Spagnoletti (Estate of) | | Parent | $ 8,500,000.00 |
| 48 | Michael | A. | Uliano | | Edward | Joseph | Callahan | II | Sibling | $ 4,250,000.00 |
| 49 | Michael | A. | Uliano | | Martha | Marie | King | | Sibling | $ 4,250,000.00 |
| | | | | | | | | | TOTAL: | $ 359,500,000.00 |