| | **EXHIBIT B** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY FILED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE | PERSONAL REPRESENTATIVE (PARAGRAPH IN AMENDED COMPLAINT--OR OTHER NOTED PLEADING--WHERE CLAIMS APPEAR) |
| 1 | Andrew | C. | Brunn | | $ 2,000,000.00 | | $ 10,726,220.00 | $ 12,726,220.00 | ECF#53, ¶1896, Sigalit Brunn |
| 2 | Jackie | Sayegh | Duggan | | | $ 2,000,000.00 | $ 12,216,485.00 | $ 14,216,485.00 | ECF#53, ¶1699, Mitchell Duggan |
| 3 | Thomas | Joseph | Fisher | | $ 2,000,000.00 | | $11,826,819.00 | $ 13,826,819.00 | ECF#53, ¶1364, Susan Fisher |
| 4 | Paige | Farley | Hackel | | $ 2,000,000.00 | | | $ 2,000,000.00 | ECF#53, ¶3017, Marjorie Farley; ECF#6903, Order granting motion to subsitute party, Lisa Ann Cenicola |
| 5 | Yudh | V. | Jain | | $ 2,000,000.00 | | | $ 2,000,000.00 | ECF#53, ¶2649, Sneh Jain |
| 6 | Joseph | Paul | McDonald | | | $ 2,000,000.00 | $17,401,340.00 | $ 19,401,340.00 | ECF#53, ¶3069, DOE AP290, Denise Eileen McDonald |
| 7 | Wayne | J. | Saloman | | $ 2,000,000.00 | | | $ 2,000,000.00 | ECF#53, ¶2699, Debra Saloman |
| 8 | Michelle | | Scarpitta | | $ 2,000,000.00 | | | $ 2,000,000.00 | ECF#53, ¶1998, Julie Scarpitta |
| | | | | | | | **TOTAL:** | **$ 68,170,864.00** | |