# EXHIBIT C (Filed Under Seal—See ECF No. 5716)

