| EXHIBIT A | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Stephen | F. | Masi | | Joan | Marie | Masi | | Spouse | $ 12,500,000.00 |
| 2 | Steven | J. | Olson | | Jaclyn | Suzanne | Olson | | Child | $ 8,500,000.00 |
| 3 | Steven | J. | Olson | | Jessica | Grace | Olson | | Child | $ 8,500,000.00 |
| | | | | | | | | | **TOTAL:** | **$ 29,500,000.00** |