| EXHIBIT A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Debra | Lynn | Gibbon | | Adam | | Fischer | Jr. | Parent | $ 8,500,000.00 |
| 2 | Debra | Lynn | Gibbon | | Adam | | Fischer | III | Sibling | $ 4,250,000.00 |
| 3 | Debra | Lynn | Gibbon | | Joan | | Fischer | | Parent | $ 8,500,000.00 |
| | | | | | | | | | TOTAL: | $ 21,250,000.00 |