## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

July 19, 2021

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: JUL 20 2021

**VIA ECF**
The Honorable George B. Daniels
United Stated District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

We write on behalf of the Plaintiffs' Executive Committees to request an extension of time by which we must submit a reply in support of our Fed.R.Civ.P. 72 Objections to the Magistrate Judge's June 17, 2021 Order, ECF No. 6905.

This week, the Plaintiffs have three charity expert depositions and certain Plaintiffs' attorneys are also traveling, making coordination of drafting and filing the reply especially difficult.

We therefore ask that this Court grant our request to extend the time by which the reply is due by one week, from July 19, 2021 to July 26, 2021. We have asked the FBI for its position and it does not object to this request. This is the first request for an extension of time.

July 19, 2021
Page 2

Respectfully submitted,

KREINDLER & KREINDLER

*/s/ Megan W. Benett*
Steven R. Pounian, Esquire
Andrew J. Maloney, Esquire
Megan W. Benett, Esquire.
485 Lexington Avenue, 28th Floor
New York, NY 10017

For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims

MOTLEY RICE

*/s/ Robert T. Haefele*
Robert T. Haefele, Esquire
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims

COZEN O'CONNOR

*/s/ Sean P. Carter*
Sean P. Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103

For the MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims