UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2021

**SARAH NETBURN, United States Magistrate Judge:**

    On June 16, 2021, the Court learned that counsel for defendant Wael Jelaidan had passed away, leaving Jelaidan unrepresented. ECF No. 6867. Accordingly, the Court directed that by July 19, 2021, Jelaidan must either have a new attorney notice an appearance on his behalf or inform the Court that he would proceed *pro se*. Id. The Court enlisted the aid of non-party attorney Richard W. Sandza in conveying this order to Jelaidan and on June 17, 2021, Sandza reported that he had given a copy to Jelaidan's Saudi Arabian attorney, Dr. Bassim Ali, as well as his secretary, Aftab Hussain. ECF No. 6870. However, Jelaidan has neither filed a letter with the Court nor had a new attorney notice an appearance.

    Accordingly, the Court will treat Jelaidan as a *pro se* litigant. It directs him to the resources the Southern District of New York provides for *pro se* litigants at https://www.nysd.uscourts.gov/prose. The Court also notes that this does not provide Jelaidan grounds to avoid or delay his pending deposition.

    Additionally, the Court directs the Defendants' Executive Committee to provide a copy of this order to Jelaidan and to file a letter with the Court confirming that they have done so by July 27, 2021. That letter must include both email and mailing addresses that the Court may use to contact Jelaidan.

Upon receipt of this order, Jelaidan is directed to file the Notice of Pro Se Appearance appended to this order. If he wishes to consent to electronic service, the Court directs him to the Consent to Electronic Service forms published by the Southern District of New York at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases, which must accompany his Notice of Pro Se Appearance.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         July 20, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|                                      |
|--------------------------------------|
|                                      |
|                         Plaintiff(s),|
|            -against-                 |
|                                      |
|                        Defendant(s). |

Docket No: _____CV_____(     )(     )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

☐ Plaintiff
☐ Defendant

_____
Name (Last, First, MI)

_____
Address        City        State        Zip Code

_____
Telephone Number        e-mail address

_____
Date        Signature