# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Asaro et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 03MDL1570
20cv10460 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 14th day of December, 2020, I served: Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran, Attn: H.E. Mohammad Javad Zarif

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

__1__ copy(ies) of the Summons, Complaint deemed filed on December 10, 2020, Civil Cover Sheet, Statement of Relatedness, Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611, Affidavit of Translator

by USPS REGISTERED _____.

Dated: New York, New York
       December 14, 2020

RUBY J. KRAJICK
CLERK OF COURT


/s/JaVonn Ross
DEPUTY CLERK

| Registered No. RH002607853US | | Date Stamp |
|---|---|---|
| Postage $ $25.50 | Extra Services & Fees (continued) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ $16.00 | ☐ Signature Confirmation Restricted Delivery $ | NEW YORK NY DEC 14 2020 |
| ☐ Return Receipt (hardcopy) $ $4.15 | | |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees $ $45.65 | |
| ☐ Restricted Delivery $ $0.00 | | |
| Customer Must Declare Full Value $0.00 | Received by 12/14/2020 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020

TO: Attn: H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®
Copy 1 - Customer
(See Information on Reverse)