# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Asaro, et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 20cv10460  (GBD)(SN)

I hereby certify under the penalties of perjury that on the 20th day of January 2021, I served:

Mohammad Javad Zarif
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran

☒     the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the Civil Cover Sheet, Complaint deemed filed on December 10, 2020, Summons, Statement of relatedness, Notice of Suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. 1220, 1391(f), 1441(d) and 1602-1611, Affidavit of Translator(along with translations of the above documents in Farsi).

By FEDEX Priority Overnight 8161 1184 4458.

Dated: New York, New York
         January 20, 2021

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      /s/JaVonn Ross

                                      DEPUTY CLERK

**FedEx Express** — Package US Airbill

FedEx Tracking Number: 8161 1184 4458

Form ID No. 0200

**1 From**

Date: [blank]

Sender's FedEx Account Number: 6943-1033-8

Sender's Name: Clerk of the Court / Ruby J. Krajick

Company: United States District Court, Southern District of New York

Address: Office of the Clerk, 500 Pearl Street

City: New York   State: NY   ZIP: 10007

**3 To**

Recipient's Name: Jared Hess, PSIA

Company: U.S. Dept of State, CA/OCS/L

Address: 2201 C ST NW

City: Washington   State: DC   ZIP: 20520