## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

July 20, 2021

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees ("PECs") write in response to the Court's April 15, 2021 email to the PECs and the Defendants' Executive Committee ("DEC") enclosing a letter that the Court received from Zacarias Moussaoui who is an al Qaeda prisoner at Supermax prison in Colorado. The PECs sent a *Touhy* letter and subpoena to the Bureau of Prisons for more information and the U.S. Attorney's Office in Colorado sent us the attached response. The government ("DOJ") asked the PECs to provide information regarding how the letter was sent, who it was addressed to, and the date it was received. Subsequently, DOJ informed the PECs and Court that it no longer needed the information and was satisfied concerning the prisoner security issues concerning Zacarias Moussaoui and the letter he purportedly wrote. Nonetheless, the PECs would still like to receive the information from the Court on how the letter that the Court sent to the PECs on April 15 was delivered to the Court and when it was received.

Respectfully submitted,

COZEN O'CONNOR

By: /s/ Sean P. Carter
SEAN P. CARTER
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

docs-100398133.1

The Honorable Sarah Netburn
July 20, 2021
Page 2

---

Email: scarter@cozen.com
MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims

KREINDLER & KREINDLER LLP

By: /s/ Andrew J. Maloney
ANDREW J. MALONEY
485 Lexington Avenue, 28th Floor
New York, NY 10017
Tel.: 212-687-8181
Email: amaloney@kreindler.com
MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims

MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims

ANDERSON KILL P.C.

JERRY S. GOLDMAN
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Tel: 212-278-1000
Email: jgoldman@andersonkill.com
MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims

Enclosure

cc:  The Honorable George B. Daniels, via ECF
     All Counsel of Record via ECF