UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

On July 20, 2021, the Court received a letter from the Plaintiffs' Executive Committees ("PECs"), requesting information about a letter from Zacarias Moussaoui that the Court provided to the PECs on April 15, 2021. ECF No. 6973. Specifically, the PECs want to know how the letter was delivered to the Court and when it was received.

The letter referenced by the PECs at ECF No. 6973 was sent by U.S. mail and postmarked April 9, 2021. It was addressed to Judge George Daniels at the Daniel Patrick Moynihan United States Courthouse and received around April 13, 2021. On April 15, 2021, the Court provided a copy of the letter to representatives of the PECs as well as the Defendants' Executive Committee.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              July 21, 2021