```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD)(SN)

ORDER

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The Court has received the joint letter from the Plaintiffs' Executive Committees ("PECs") and Al Rajhi Bank ("ARB") requesting a schedule for a motion to compel. ECF No. 6966. The schedule for that motion will be as follows:

- <u>July 30, 2021</u>: the PECs will file a single, consolidated motion to compel and memorandum of law in support, not to exceed 25 pages.

- <u>August 20, 2021</u>: ARB will file a memorandum of law in opposition, not to exceed 25 pages.

- <u>August 27, 2021</u>: the PECs will file a reply brief, not to exceed 10 pages.

The parties will continue to meet and confer regarding the scope of jurisdictional discovery and promptly update the Court of developments that moot any part of the motion to compel.

**SO ORDERED.**

DATED:    New York, New York
               July 21, 2021

_____
SARAH NETBURN
United States Magistrate Judge