UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| In re Terrorist Attacks on September 11, 2001 |

03 MDL 1570 (GBD) (SN)

This filing relates to:

Jill Accardi, et al. v. Islamic Republic of Iran, No. 1:21-cv-06247

**ENTRY OF APPEARANCE**

To The Clerk of the District Court:

      Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

July 23, 2021      By: _____
                                    VITO A. CANNAVO      7808

                                    Sullivan Papain Block McGrath
                                    Coffinas & Cannavo, P.C.
                                    120 Broadway, 27th Floor
                                    New York, New York 10271
                                    Telephone: (212) 732-9000
                                    Email: VCannavo@triallaw1.com

                                    *Attorneys for Plaintiffs*

docs-100330217.1