| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001<br><br>JILL ACCARDI, et al.,<br><br>PLAINTIFFS,<br><br>V.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>DEFENDANT. | As relates to 03-MDL-1570<br><br>Civil Docket Number: 1:21-cv-06247 |

## NOTICE OF SUIT

1. Title of legal proceeding: *Jill Accardi, et al. v. Islamic Republic of Iran*

   Full Name of Court: United States District Court for the Southern District of New York

   Docket Number: 1:21-cv-06247

   Judge: United States District Judge George B. Daniels

2. Name of foreign state concerned: The Islamic Republic of Iran

3. Identity of the other Parties: None

4. Nature of documents served: Summons and Complaint (in English and Farsi)

5. Nature and Purpose of Proceedings: Action to recover for wrongful death, and other injuries resulting from the terrorist attack upon the United States of America on September 11th, 2001. The Islamic Republic of Iran has been sued based on its participation in a conspiracy with other parties to commit acts of international terrorism against the United States, its national and allies, and the provision of material support to those engaging in/planning terrorist activities, of which the September 11th Attack was a direct, intended, and foreseeable product.

6. A response to a "Summons" and "Complaint" is required to be submitted to the court, not later than sixty (60) days after these documents are received. The response may present jurisdictional defenses (including defenses relating to state immunity).

7. The failure to submit a timely response with the court can result in a Default Judgment and a request for execution to satisfy the judgment. If a default judgment has been entered, a procedure may be available to vacate or open that judgment.

8. Questions relating to state immunities and to the jurisdiction of United States courts over foreign states are governed by the Foreign Sovereign Immunities Act of 1976, which appears in sections 1330, 1391(f), 1441(d), and 160-2 through 1611, of Title 28, United States Code (Pub. L.-94-583; 90 Stat. 2891). These sections of the United States Code are attacked in English and Farsi.

Dated:  July 23, 2021

_____
Vito A. Cannavo, Esq.
Sullivan Papain Block McGrath Coffinas
& Cannavo, P.C.
120 Broadway
New York, New York 10271
Telephone: 212-732-9000
VCannavo@triallaw1.com
*Attorneys for Plaintiffs*