# BERNABEI & KABAT, PLLC

ATTORNEYS AT LAW

**1400 16th STREET, N.W., SUITE 500**

**WASHINGTON, D.C. 20036-2223**

**LYNNE BERNABEI**
**ALAN R. KABAT**
**PETER M. WHELAN**
**KRISTEN SINISI**
**DEVIN WRIGLEY**

OFFICE:  202.745.1942
FAX:  202.745.2627
WWW.BERNABEIPLLC.COM

<u>By ECF</u>
July 27, 2021

Honorable Sarah Netburn
Magistrate Judge, United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re Terrorist Attacks of Sept. 11, 2001*, 03-MDL-1570 (S.D.N.Y.) (GBD) (SN)

Dear Judge Netburn:

    I write on behalf of the Defendants' Executive Committee in response to your Order regarding Wael Jelaidan (ECF No. 6968) (July 20, 2021).

    As a threshold matter, my colleagues and I did not have contact information for Mr. Jelaidan, so I wrote to Richard Sandza, the former associate of Martin McMahon.  Mr. Sandza responded that he could <u>not</u> find a mailing address for Mr. Jelaidan, and that all communications were through Bassim Alim (attorney) and Aftab Hussain (Mr. Alim's assistant).  Mr. Sandza provided me with the email addresses of both Mr. Alim and Mr. Hussain, along with an old email address for Mr. Jelaidan that Mr. Sandza had not used.  The email addresses are:

1. wael.jelaidan@gmail.com
2. alim@alimlaw.com
3. aftabhussainaltaf@gmail.com

    I then sent the attached email to Messrs. Jelaidan, Alim, and Hussain, together with the Order.  *See* A. Kabat to W. Jelaidan et al. (July 21, 2021) (attached as Exhibit A).  I received confirmations that the emails were delivered, but did not receive any "read" confirmations.  *See* Delivery confirmations (July 21, 2021) (attached as Exhibits B and C).  Since that time, I have not received any replies or heard anything further.

Mr. Alim's law firm's website, https://alimlaw.com/contact-us/, provides this mailing address:

>The Law Firm of Bassim A. Alim and Associates
>King Abdullah Road, Alsharafiyah District,
>Abeer Building, 4th Floor, Office No. 17
>P. O. Box: 10361,
>Jeddah 21433,
>Saudi Arabia

The Defendants' Executive Committee thanks the Court for its request, and we trust that the foregoing information will be sufficient for further proceedings.

Sincerely yours,

*/s/ Alan R. Kabat*

Alan R. Kabat

Enc.

cc:   MDL-1570 counsel (by ECF)
      Wael Jelaidan (by email)
      Bassim Alim (by email)
      Aftab Hussain (by email)

# Alan Kabat

| | |
|---|---|
| **From:** | Alan Kabat |
| **Sent:** | Wednesday, July 21, 2021 12:39 PM |
| **To:** | alim@alimlaw.com; aftabhussainaltaf@gmail.com; wael.jelaidan@gmail.com |
| **Subject:** | MDL-1570 (Wael Jelaidan) |
| **Attachments:** | 2021 07 20 (6968) ORDER on Jelaidan pro se status.pdf |

Dear Mr. Jelaidan, Mr. Alim, and Mr. Hussein,

As directed by the Court, I am forwarding yesterday's Order to Mr. Jelaidan and to his attorney (Doc. 6968, July 20, 2021).

Page 2 of this Order requires that certain actions be taken by Mr. Jelaidan.

Sincerely,

Alan Kabat


Alan R. Kabat
Bernabei & Kabat, PLLC
1400 - 16th Street, N.W., Suite 500
Washington, D.C.  20036-2223
tel. (202) 745-1942 (ext. 242)
fax (202) 745-2627
email:  Kabat@BernabeiPLLC.com

 The information contained in this e-mail message is intended for the personal and confidential use of the designated recipient(s) named in the address box.  This message may be attorney-client communication, and as such, is privileged and confidential.  Do NOT forward this message to any third party.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this message in error, please notify us immediately by telephone; delete this message from all your files, and return any printouts you may have made to us by regular mail.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/20/2021___

03-MD-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On June 16, 2021, the Court learned that counsel for defendant Wael Jelaidan had passed away, leaving Jelaidan unrepresented. ECF No. 6867. Accordingly, the Court directed that by July 19, 2021, Jelaidan must either have a new attorney notice an appearance on his behalf or inform the Court that he would proceed *pro se*. Id. The Court enlisted the aid of non-party attorney Richard W. Sandza in conveying this order to Jelaidan and on June 17, 2021, Sandza reported that he had given a copy to Jelaidan's Saudi Arabian attorney, Dr. Bassim Ali, as well as his secretary, Aftab Hussain. ECF No. 6870. However, Jelaidan has neither filed a letter with the Court nor had a new attorney notice an appearance.

    Accordingly, the Court will treat Jelaidan as a *pro se* litigant. It directs him to the resources the Southern District of New York provides for *pro se* litigants at https://www.nysd.uscourts.gov/prose. The Court also notes that this does not provide Jelaidan grounds to avoid or delay his pending deposition.

    Additionally, the Court directs the Defendants' Executive Committee to provide a copy of this order to Jelaidan and to file a letter with the Court confirming that they have done so by July 27, 2021. That letter must include both email and mailing addresses that the Court may use to contact Jelaidan.

Attachment A

Upon receipt of this order, Jelaidan is directed to file the Notice of Pro Se Appearance appended to this order. If he wishes to consent to electronic service, the Court directs him to the Consent to Electronic Service forms published by the Southern District of New York at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases, which must accompany his Notice of Pro Se Appearance.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         July 20, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____ Plaintiff(s),

-against-

_____

_____ Defendant(s).

Docket No: _____CV_____(     )(     )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

☐ Plaintiff
☐ Defendant

_____
Name (Last, First, MI)

_____
Address            City            State            Zip Code

_____
Telephone Number            e-mail address

_____
Date            Signature

Attachment A

**Alan Kabat**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | aftabhussainaltaf@gmail.com; wael.jelaidan@gmail.com |
| **Sent:** | Wednesday, July 21, 2021 12:39 PM |
| **Subject:** | Relayed: MDL-1570 (Wael Jelaidan) |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

aftabhussainaltaf@gmail.com (aftabhussainaltaf@gmail.com)

wael.jelaidan@gmail.com (wael.jelaidan@gmail.com)

Subject: MDL-1570 (Wael Jelaidan)

1

Attachment B

# Alan Kabat

| | |
|---|---|
| **From:** | postmaster@alimlaw.com |
| **To:** | alim@alimlaw.com |
| **Sent:** | Wednesday, July 21, 2021 12:39 PM |
| **Subject:** | Delivered: MDL-1570 (Wael Jelaidan) |

## Your message has been delivered to the following recipients:

alim@alimlaw.com (alim@alimlaw.com)

Subject: MDL-1570 (Wael Jelaidan)

1

Attachment C