# Exhibit D



# RESPONSE COVER SHEET
AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

Phone (800) 635-6840    Facsimile (888) 938-4715

**To:**   **ATTY ANDREW J. MALONEY**
**KREINDLER & KREINDLER LLP 10017**
**750 THIRD AVE**
**NEW YORK, NY 10017**

**File Code:  2891325**

**From:  NMD**

**Phone Number:  (212) 687-8181**          **Request Dated:  1/7/2020**          **Number of Pages:**
**Fax Number: 1(212) 972-9432**          **Received On:  1/8/2020**          **Date:  2/3/2020**
**Case Number: MDL 03-1570**
**Case Name: RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001  NO. MDL 03-1570**

**After conducting a thorough search of all identifiers listed in the legal demand, all available information responsive to this demand is enclosed.**

**CONFIDENTIALITY NOTICE**
This cover sheet, and any document which may accompany it, contains information from the Global Legal Demand Center which is intended for use only by the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the person responsible for delivering this message to the intended recipient, any review, disclosure, dissemination, distribution, copying or other use of this message or its substance is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone to arrange for the return of this communication to us at our expense.  Thank you.



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Nicholas DeRoy**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed by **AT&T**, and my title is **Legal Compliance Analyst**.  I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.  I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**.  I further state that:

a.   All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T**  as a regular practice; and

b.   Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

   1.   The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

   2.   The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

February 3, 2020

*Nicholas DeRoy*

| | |
|---|---|
| Date | Signature |

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   MDL 03-1570 |
| | ) |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   AT&T GLOBAL LEGAL DEMAND CENTER, 11760 US HIGHWAY 1, NORTH PALM BEACH, FL33408

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: amaloney@kreindler.com | Date and Time: |
|---|---|
| rhaefele@motelyrice.com | 02/01/2020 12:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/7/20

CLERK OF COURT

OR _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Plaintiffs' Executive Committees                                        , who issues or requests this subpoena, are:

Andrew J. Maloney, Kreindler&Kreindler, 750 3rd Ave., NY, NY 10017; amaloney@kreindler.com; 212-687-8181

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case 1:03-md-01570-GBD-SN   Document 6996-6   Filed 07/30/21   Page 5 of 27

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
  (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    (i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## ATTACHMENT A

**I.**   **Instructions and Definitions:**

1. This subpoena is issued pursuant to Rule 45 of the Federal Rules of Civil Procedure and all documents specified below are required to be produced as required by Rule 45.

2. Each document responsive to this subpoena shall be produced in its entirety, with all non-identical copies and drafts, without abbreviation or redaction, subject only to credible assertions of privileges recognized under the common law.

3. If You assert a privilege or other authorized protection with respect to any document requested herein, You must produce all non-privileged/protected portions of the document with those portions as to which a privilege/protection is claimed redacted, and You must provide a privilege log that conforms with the requirements set out by United States Magistrate Judge Frank Maas in the case captioned *In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (S.D.N.Y.), by Order dated November 19, 2012 (ECF No. 2644), including providing the following information concerning each individual document withheld or redacted:

    a. The type of document or information (*e.g.*, letter, notebook, telephone conversation, etc.);

    b. The general subject matter of the document;

    c. The date of the document;

    d. The authors of the document, the addressees of the document and any other recipients, and where not apparent, the relationship of the authors, addressees, and recipients to one another;

    e. If the document is an electronic document, its file size; and

    f. Each and every basis for the privilege or protection claimed; and if a privilege or protection asserted is based upon or governed by a law, statute, regulation, or rule, the specific law, statute, regulation, or rule being invoked.

4. As used herein, the following terms are defined as follows:

    a. "Document" or "Documents" are defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" and "any designated tangible things" as used in Fed. R. Civ. P. 34(a)(1)(A) and (B). A draft or non-identical copy is a separate document within the meaning of this term.

b. "Concerning" shall mean referring to, relating to, describing, evidencing, constituting, or in any way relevant to.

c. "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

d. "Pacific Bell Telephone Company" or "Pacific Bell" shall mean Pacific Bell Telephone Company, including all predecessors-in-interest; successors-in-interest; parent institutions, corporations or other entities; affiliated or subsidiary institutions, corporations or other entities; present or former employees, officers, directors, or agents; and others known to You to have acted on Pacific Bell Telephone Company's behalf.

e. "Cingular Wireless" shall mean Cingular Wireless, including all predecessors-in-interest; successors-in-interest; parent institutions, corporations or other entities; affiliated or subsidiary institutions, corporations or other entities; present or former employees, officers, directors, or agents; and others known to You to have acted on Cingular Wireless's behalf.

f. "You" and "Your" shall mean AT&T, including all predecessors-in-interest; successors-in-interest; parent institutions, corporations or other entities; affiliated or subsidiary institutions, corporations or other entities; present or former employees, officers, directors, or agents; and others known to You to have acted on AT&T's behalf.

g. The "applicable time period" is defined as from January 1, 1998 through and including May 31, 2003. A responsive Document that was prepared prior to the applicable time period but that was operative and in use during the applicable time period must be produced. If a Document is undated, the date of its preparation cannot be ascertained, and the Document is otherwise responsive to the Request, the Document shall be produced.

## II.   **Documents to Be Produced:**

1. Any and all documents concerning the following telephone numbers associated with Omar al Bayoumi and Masjid al Munawara, during the applicable time period, including without limitation: telephone subscriber name and information; applications for telephone service; monthly statements; billing statements; call logs or histories detailing incoming and outgoing calls (local, long-distance and call forwarding), including time, date and durations of calls; account notes; all signaling records; and other retrievable data from archives, tapes, or any other data warehousing in the possession of Pacific Bell, Cingular Wireless and/or AT&T.

   - (619) 401-2692

   - (858) 571-6652



# AT&T Records key

AT&T searches all available databases to ensure all responsive records are provided.  Multiple reports may be provided in response to your request.

**Note: For each record described in this key, all times are stored and provided in UTC**

**AT&T Mobility Voice Descriptions**

| Column/Field Name | Description |
|---|---|
| **Item** | Row Number |
| **Conn.Date** | Connection Date. The date of the call. |
| **Conn.Time(UTC)** | Connection Time. The time the call was connected. Time is in UTC. Times is expressed in military time as HH:MM:SS. |
| **Conn Date Time** | Connection date and time- Date and Time the call was connected. Displayed as one column on the Landline Call Detail Records. |
| **SeizureTime** | The time it takes to connect the call measured from the moment the caller presses "Send" to when the call is connected. |
| **ET (Elapsed Time)** | Duration of the transaction. Duration is in MM:SS |
| **Originating Number** | The phone number the call/text originated from. For data records, this does not necessarily mean the number originated the data transaction. The network constantly communicates with internet enabled devices and the data records do not indicate if a customer initiated a data transaction. |
| **Terminating Number** | The number the transaction terminated to. |
| **DIALED (D)** | The number that the originating party dialed. Appears in subsequent line of the same row in the Originating Number column. *(Note: only appears if the Terminating number differs from the Dialed number)* A = *, B = # |
| **FORWARDED (F)** | The number the terminated number forwarded the call to. Appears in subsequent line of the same row in the Originating Number column. |
| **TRANSLATED (T)** | Indicates if a number was translated to a different number. For example, if the number called is 911, then that gets translated to a ten-digit number for routing to a 911 dispatch center. The (T) indicates the number the translation was from, not the number translated to. |
| **ORIGINAL ORIGINATING (OO)** | Denotes the number that originated the call before call forwarding was invoked. Appears in subsequent line of the same row in the Originating Number column. |
| **-1** | Represents no record found or available. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



| IMEI<br>**International Mobile<br>Equipment Identifier** | A 15-digit number that uniquely identifies an individual wireless device<br><br>Only the IMEI of the number requested is displayed. |
|---|---|
| **IMSI<br>International Mobile<br>Subscriber Identity** | The IMSI is a globally-unique code number that identifies a GSM subscriber to the network. The IMSI is linked to your account information with the carrier. The IMSI resides in the SIM card which can be moved from one GSM phone to another.<br><br>Only the IMSI of the number requested in the legal demand is displayed. |
| **CT (Call<br>Type)** | Denotes if the leg of a call is an originating leg or terminating leg.<br><br>Mobile Originating (MO)<br>Mobile Terminating (MT)<br>Service Originating (SO)<br>Service Terminating (ST)<br><br>**A leg of a call represents each time the call is processed through a network switch. Calls may go through several switches in AT&Ts network in order to reach the intended party.**<br><br>**A service record is generated when the network generates a leg of a call to reach a service on the network. For example, a leg connecting to the voicemail platform denotes a service invoked on the network and may show up as a service record.** |
| **Feature** | This column represents the type of call that occurred as recorded by our network and used for purposes of processing a call on AT&Ts network. These are not necessarily indicative of features on a customer's account or the types of services subscribed too. |
| **Make** | The Make of the handset used in the transaction. |
| **Model** | The Model of the handset used in the transaction. |
| **Cell Location** | **Identifiers:**<br>3G Network cell Site= LAC/CID<br><br>4G Network Cell Site= ECGI<br><br>**Examples:**<br>3G Network Cell Site. [27077/11621:-80.05629:26.74779:350:90.0]<br>               **LAC/CID      LONG:LAT     Sector:Beamwidth** |

AT&T Proprietary<br>The information contained here is for use by authorized persons only and is not for general distribution.



4G Network Cell Site {133151247:520122: -96.912452:33.013937:358:-1.0
                **ECGI:ENB-ID**           **LONG:LAT**          **Sector:Beamwidth**

**Definitions:**
LAC-Location Area Code. This number identifies the specific region a cell tower is located in. The number is used internally in AT&T and for network purposes.

CID-Cell Identity. This number identifies the location of the tower within a specified region.
The number is used internally in AT&T and for network purposes.

ECGI-Enhanced  cell global identity. A nine digit number that indicates the location of a cell tower when 4G technology is being used. The number is used internally in AT&T and for network purposes.

ENB-ID- Evolved Node B (eNodeB) Hardware connected to the AT&T mobility network that communicates directly with a mobile device. This number is used internally to AT&T to identify a specific antenna on a tower when 4G technology is used.

Longitude - A geographic coordinate that specifies an East-West Position of a point on the earth's surface. The Latitude represented is of the cell tower.

Latitude - A geographic coordinate that specifies a North-South Position of a point on the earth's surface. The Longitude represented is of the cell tower.

Sector-A number out of 360 degrees that indicates the side of the cell site antenna used in processing the call.

Beamwidth-A number out of the 360 degrees that specifies the angle of coverage of the RF signal coming from a particular cell site sector.

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



## Feature Definitions for Mobility Voice Report

Features represents the type of call that occurred as recorded by our network and used for purposes of processing a call on AT&Ts network. These are not necessarily indicative of features on a customer's account or the types of services subscribed to.

| Feature Acronym | Feature Definition |
|---|---|
| 'ADD' | Unstructured Supplementary Service Data |
| 'CBI' | Barring of All Incoming Calls |
| 'CBIOP' | Incoming Operator Determined Barring |
| 'CBIP' | Barring of All Incoming Calls Roaming Outside Public Land Mobile Network |
| 'CBIUK' | Barring of Incoming Calls |
| 'CBO' | Barring of All Outgoing Calls |
| 'CBOI' | Barring of All Outgoing Intl Calls |
| 'CBOIP' | Barring of All Outgoing Intl Calls Except to Public Land Mobile Network |
| 'CBOOP' | Outgoing Operator Determined Barring |
| 'CBOUK' | Barring of Outgoing Calls |
| 'CBUK' | All Barring |
| 'CFB' | Call Forwarding Subscriber Busy |
| 'CFC' | Call Forwarding All Conditional |
| 'CFNA' | Call Forwarding No Reply |
| 'CFNR' | Call Forwarding Not Reachable |
| 'CFO' | Call Forwarding in Gateway (Unknown) |
| 'CFU' | Call Forwarding Unconditional |
| 'CFUK' | All Forwarding |
| 'CGC' | Advice of Charge Charging |
| 'CGI' | Advice of Charge Information |
| 'CIAC' | Account Code Service |
| 'CICUG' | Closed user Groups Service |
| 'CIPCI' | Proprietary Customer Information |
| 'CMH' | Call Hold |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



| | |
|---|---|
| **'CMPRL'** | Proprietary Release Link Trunk Service |
| **'CMPVM'** | Proprietary Voice Mail Call Dropback |
| **'CMR'** | Call Re-origination |
| **'CMRC'** | Call Re-Origination By Cause |
| **'CMW'** | Call Waiting |
| **'ECT'** | Explicit Call Transfer |
| **'GREM'** | Enhanced Multi |
| **'INIOR'** | Invoke Calling Number Identity Restriction |
| **'MPS'** | Multiparty Services |
| **'NIND'** | Proprietary Calling Name Delivery |
| **'NIOP'** | Calling Number Identity Presentation |
| **'NIOR'** | Calling Number Identity Restriction |
| **'NITP'** | Connected Line Identity Presentation |
| **'NITR'** | Connected Line Identity Restriction |
| **'NSDA'** | Directory Assistance Service Call |
| **'OACR'** | Anonymous Call Rejection |
| **'OEXT'** | Extension Service |
| **'OMCT'** | Malicious Call Trace |
| **'OMSC'** | MSC |
| **'OOR'** | Optimal Routing (of Late Call Forwarding) |
| **'SUBCMH'  Call hold** | Call hold, Invoke, Invoked by Subscriber |
| **V2G** | Volte to 3G. It indicates the call was handed off from one Volte (a VOIP call) to the 3G network (circuit switched call) |
| **VM** | Voicemail involved in transaction |
| **VCORR** | 4G Cell site was correlated with additional database |
| **FCID** | "Flexible Caller ID" This indicates a secondary device, such as a watch or tablet, originated the call. The number indicated as the Original Originating (OO) is the native number belonging to the secondary device that originated the call. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



## Feature Definitions for Mobility Voice and Mobility SMS Report

Features represents the type of Call/SMS that occurred as recorded by our network and used for purposes of processing a Call/SMS on AT&Ts network. These are not necessarily indicative of features on a customer's account or the types of services subscribed to.

| Feature Acronym | Feature Definition |
|---|---|
| 'Wi-Fi' | This denotes when a Call/SMS was carried over Wi-Fi. No cell sites or any type of location information is available on these transactions because AT&T does not store this information. |

## AT&T Mobility SMS Descriptions

| Column Name | Description |
|---|---|
| Originating Number | Number that originated the SMS |
| Terminating Number | Number that received the SMS |
| Description | If known, describes the direction of the SMS<br>SMSO (SMS originating)<br>SMST (SMS terminating) |

## AT&T Mobility SMS-Email Descriptions

| Column Name | Description |
|---|---|
| Email | Email address associated |
| Email Status | SEND/RCVD |
| Description | MO (Mobile originating) MT (Mobile terminating)<br>AO (Application originating)<br>AT (Application terminating) |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



## AT&T Mobility Data Descriptions

| Column Name | Description |
| --- | --- |
| **Bytes Up** | The number of bytes sent from mobile station to the network. |
| **Bytes Dn** | The number of bytes from the network to the mobile station. |
| **Originating Number** | For data records, the Originating Number does not necessarily mean the number originated the data transaction. The network constantly communicates with internet enabled devices and the data records do not indicate if a customer initiated a data transaction. |

## AT&T Wi-Fi Data Descriptions

This report signifies data transactions where the customer is connected to Wi-Fi using AT&T VPN service.

| Column Name | Description |
| --- | --- |
| **Bytes Up** | The number of bytes sent from mobile station to the network. |
| **Bytes Dn** | The number of bytes from the network to the mobile station. |
| **Originating Number** | For data records, the Originating Number does not necessarily mean the number originated the data transaction. The network constantly communicates with internet enabled devices and the data records do not indicate if a customer initiated a data transaction. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



## AT&T Wireline Descriptions

| Column Name | Description |
|---|---|
| **Sec. Orig** | Secondary Originating Number. A secondary number associated with the call transaction. This number can either be a wireline or mobility number. As an example, if it is a non-mobility number, this could be a number that sits behind a customer's internal phone network such as a PBX. There are other numerous situations when secondary originating numbers are part of a call transaction. |
| **CIC** | Carrier Identification Code. The number in this column translates to identifying the interexchange carrier of the call. A public listing of CIC codes can be found at the following url: http://www.nanpa.com/reports/reports_cic.html |
| **Call Code** | Represents the type of call that was processed on the wireline network. |
| **Orig. Acc.** | Originating Access ID. When a call is received from another carrier and traverses AT&Ts VoIP network. This number translates to what carrier sent AT&T the call. |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.



## AT&T International Descriptions

| Column Name | Description |
|---|---|
| **Orig Country** | The country the call originated from based on the NPA-NXX of the party that placed the call. |
| **Dial Country** | The country of the number dialed based on the NPA-NXX of the dialed number. |
| **In Country** | Inbound Country. The country AT&T terminated the call to. This does not necessarily mean the called party is in the listed country. This represents the country that AT&T directed the call to in order to properly route the call to its final destination. Other carriers may pick up the call after the call has left the AT&T network. |
| **Out Country** | Outbound Country. The country AT&T routed the call from. This does not necessarily mean the call originated from the listed country. This represents the country AT&Ts network was used in to properly route the call to its final destination. |
| **Ans Ind** | Indicates if the call was answered. |
| **From CPN** | From Calling Party Number. Indicates if the call originated from the Originating Number. |

## AT&T Common Scenarios

| Scenarios | Description |
|---|---|
| **Zero Duration Calls** | Voice usage reports showing all calls with zero durations in the Elapsed Time "ET" column indicate calls that were not connected. Numbers such as this are commonly used for routing purposes. |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.



2891325
01/13/2020

AT&T has queried for records from 01/01/1998 12:00:00am to 05/31/2003 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        01/13/2020
Run Time:        11:42:24
Voice Usage For:  (619)401-2692

| Item | ConnDateTime (UTC) | Originating Number | Sec. Originating Number | Dialed Number | Elapsed Time | Orig Country | Dial Country | In Country | Out Country | Answer Ind | From CPN |
|------|--------------------|--------------------|-------------------------|---------------|--------------|--------------|--------------|------------|-------------|------------|----------|
| 1 | 01/04/01 21:25:53 | -1 | | 6194012692 | 0:05 | unkno | usa | swedn | usa | Yes | No |
| 2 | 01/04/01 22:22:34 | -1 | | 6194012692 | 0:07 | unkno | usa | swedn | usa | Yes | No |
| 3 | 01/05/01 22:03:49 | -1 | | 6194012692 | 0:07 | unkno | usa | swedn | usa | Yes | No |
| 4 | 01/06/01 01:26:10 | -1 | | 6194012692 | 0:06 | unkno | usa | swedn | usa | Yes | No |
| 5 | 01/19/01 18:58:08 | -1 | | 6194012692 | 0:25 | unkno | usa | nthds | usa | Yes | No |
| 6 | 01/20/01 03:33:48 | 6194012692 | | 96614920033 | 0:26 | usa | sarab | usa | sarab | Yes | No |
| 7 | 01/20/01 03:35:21 | 6194012692 | | 96655487313 | 12:31 | usa | sarab | usa | sarab | Yes | No |
| 8 | 02/14/01 04:13:00 | 6194012692 | | 96655440670 | 0:00 | usa | sarab | usa | sarab | No | No |
| 9 | 02/14/01 04:13:41 | 6194012692 | | 96655440670 | 0:00 | usa | sarab | usa | sarab | No | No |
| 10 | 02/14/01 04:14:17 | 6194012692 | | 96614936533 | 8:16 | usa | sarab | usa | sarab | Yes | No |
| 11 | 03/14/01 04:16:17 | 6194012692 | | 447069944444 | 15:38 | usa | uk | usa | uk | Yes | No |
| 12 | 03/18/01 13:15:05 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 13 | 03/18/01 13:15:18 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 14 | 03/18/01 13:15:31 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 15 | 03/18/01 13:15:45 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 16 | 03/18/01 13:16:00 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 17 | 03/18/01 13:16:12 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 18 | 03/18/01 13:16:26 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 19 | 03/18/01 13:16:39 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 20 | 03/18/01 13:16:53 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 21 | 03/18/01 13:17:05 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 22 | 03/18/01 13:17:19 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 23 | 03/18/01 13:17:32 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 24 | 03/18/01 13:17:46 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 25 | 03/18/01 13:17:59 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 26 | 03/18/01 13:18:12 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 27 | 03/18/01 13:18:24 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 28 | 03/18/01 13:18:38 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 29 | 03/18/01 13:18:51 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 30 | 03/18/01 13:19:06 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 31 | 03/18/01 13:19:20 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 32 | 03/18/01 13:19:33 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 33 | 03/18/01 13:19:47 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 34 | 03/18/01 13:20:00 | 6194012692 | | 447069944444 | 0:00 | usa | uk | usa | uk | No | No |
| 35 | 03/25/01 04:25:45 | 6194012692 | | 96655455580 | 0:00 | usa | sarab | usa | sarab | No | No |
| 36 | 03/25/01 04:28:12 | 6194012692 | | 96614915944 | 0:00 | usa | sarab | usa | sarab | No | No |
| 37 | 03/31/01 05:04:07 | 6194012692 | | 96655455580 | 0:00 | usa | sarab | usa | sarab | No | No |

AT&T Proprietary
ICDR indicates the call record was obtained from AT&T's International Call
Detail Records report.  AT&T may not have handled the call from end to end.
AT&T handled the leg of the call as presented in this call detail record.

The information contained here is for use by authorized persons only and is not for general
distribution.



INTERNATIONAL

2891325
01/13/2020

AT&T has queried for records from 01/01/1998 12:00:00am to 05/31/2003 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:         01/13/2020
Run Time:         11:42:24
Voice Usage For:  (619)401-2692

| Item | ConnDateTime (UTC) | Originating Number | Sec. Originating Number | Dialed Number | Elapsed Time | Orig Country | Dial Country | In Country | Out Country | Answer Ind | From CPN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | 04/11/01 21:53:17 | -1 | | 6194012692 | 0:20 | unkno | usa | norwy | usa | Yes | No |
| 39 | 07/31/01 04:50:09 | 6194012692 | | 96614970803 | 0:00 | usa | sarab | usa | sarab | No | No |
| 40 | 07/31/01 04:52:37 | 6194012692 | | 96614970803 | 0:00 | usa | sarab | usa | sarab | No | No |
| 41 | 07/31/01 04:53:09 | 6194012692 | | 96655455580 | 0:00 | usa | sarab | usa | usa | No | No |
| 42 | 07/31/01 04:54:11 | 6194012692 | | 96614970803 | 0:00 | usa | sarab | usa | sarab | No | No |
| 43 | 07/31/01 19:43:13 | 6194012692 | | 96614970803 | 0:00 | usa | sarab | usa | sarab | No | No |
| 44 | 07/31/01 19:44:30 | 6194012692 | | 96614970803 | 0:00 | usa | sarab | usa | usa | No | No |
| 45 | 08/09/01 20:24:46 | 6194012692 | | 447979995692 | 0:00 | usa | uk | usa | uk | No | No |
| 46 | 08/09/01 20:25:38 | 6194012692 | | 447949995692 | 4:48 | usa | uk | usa | uk | Yes | No |
| 47 | 09/02/01 19:41:59 | 6194012692 | | 4722675841 | 0:41 | usa | norwy | usa | norwy | Yes | No |
| 48 | 10/04/01 02:41:44 | 6194012692 | | 96655455580 | 0:00 | usa | sarab | usa | usa | No | No |
| 49 | 10/04/01 02:43:18 | 6194012692 | | 96614970803 | 0:41 | usa | sarab | usa | sarab | Yes | No |
| 50 | 10/26/01 21:22:53 | -1 | | 6194012692 | 0:08 | unkno | usa | sarab | usa | Yes | No |
| 51 | 10/26/01 21:23:32 | -1 | | 6194012692 | 0:00 | unkno | usa | sarab | usa | No | No |
| 52 | 10/27/01 19:08:38 | -1 | | 6194012692 | 0:38 | unkno | usa | sarab | usa | Yes | No |
| 53 | 10/28/01 03:08:50 | 6194012692 | | 96614970803 | 2:09 | usa | sarab | usa | sarab | Yes | No |
| 54 | 10/28/01 03:17:51 | 6194012692 | | 96614970803 | 1:04 | usa | sarab | usa | sarab | Yes | No |
| 55 | 10/28/01 03:20:51 | 6194012692 | | 96655455580 | 0:00 | usa | sarab | usa | usa | No | No |
| 56 | 10/30/01 19:15:55 | 6194012692 | | 96614970803 | 0:54 | usa | sarab | usa | sarab | Yes | No |
| 57 | 10/30/01 19:17:37 | 6194012692 | | 96655455580 | 5:35 | usa | sarab | usa | sarab | Yes | No |
| 58 | 11/18/01 03:51:18 | -1 | | 6194012692 | 1:19 | unkno | usa | swedn | usa | Yes | No |
| 59 | 11/18/01 08:04:29 | -1 | | 6194012692 | 0:26 | unkno | usa | grmny | usa | Yes | No |
| 60 | 11/30/01 23:06:22 | -1 | | 6194012692 | 0:21 | unkno | usa | snpre | usa | Yes | No |
| 61 | 01/28/02 17:45:53 | -1 | | 6194012692 | 0:54 | unkno | usa | uk | usa | Yes | No |
| 62 | 02/02/02 20:41:54 | 6194012692 | | 96614970803 | 6:16 | usa | sarab | usa | sarab | Yes | No |
| 63 | 05/14/02 17:46:58 | 4506921921 | | 6194012692 | 0:08 | cnada | usa | cnada | usa | Yes | No |
| 64 | 07/16/02 18:45:01 | -1 | | 6194012692 | 0:00 | unkno | usa | usa | usa | No | No |
| 65 | 07/19/02 21:56:38 | -1 | | 6194012692 | 0:02 | unkno | usa | usa | usa | Yes | No |
| 66 | 07/23/02 16:50:13 | -1 | | 6194012692 | 0:00 | unkno | usa | usa | usa | No | No |
| 67 | 07/24/02 23:00:42 | -1 | | 6194012692 | 0:00 | unkno | usa | usa | usa | No | No |
| 68 | 12/01/02 16:55:02 | -1 | | 6194012692 | 0:16 | unkno | usa | norwy | usa | Yes | No |
| 69 | 03/01/03 18:15:26 | 9999800030 | | 6194012692 | 0:00 | unkno | astla | usa | unkno | No | Yes |
| 70 | 03/06/03 22:46:49 | 7096516041 | 8668894218 | 6194012692 | 0:13 | cnada | usa | cnada | usa | Yes | No |
| 71 | 04/08/03 23:18:58 | 7096516046 | 8668894218 | 6194012692 | 0:00 | cnada | usa | cnada | usa | No | No |

**AT&T Proprietary**
**ICDR indicates the call record was obtained from AT&T's International Call**
**Detail Records report.  AT&T may not have handled the call from end to end.**
**AT&T handled the leg of the call as presented in this call detail record.**

Page 2

**The information contained here is for use by authorized persons only and is not for general
distribution.**



2891325
01/13/2020

AT&T has queried for records from 01/01/1998 12:00:00am to 05/31/2003 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        01/13/2020
Run Time:        11:42:14
Voice Usage For: (858)571-6652

| Item | ConnDateTime (UTC) | Originating Number | Sec. Originating Number | Dialed Number | Elapsed Time | Orig Country | Dial Country | In Country | Out Country | Answer Ind | From CPN |
|------|--------------------|--------------------|-------------------------|---------------|--------------|--------------|--------------|------------|-------------|-----------|----------|
| 1 | 01/09/03 23:00:30 | -1 | | 8585716652 | 0:00 | unkno | usa | cnada | usa | No | No |

**AT&T Proprietary**
**ICDR indicates the call record was obtained from AT&T's International Call**
**Detail Records report.  AT&T may not have handled the call from end to end.**
**AT&T handled the leg of the call as presented in this call detail record.**                    Page 1

**The information contained here is for use by authorized persons only and is not for general distribution.**

2891325
01/13/2020

AT&T has queried for records from 01/01/1998 12:00:00am to 05/31/2003 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.



Run Date:        01/13/2020
Run Time:        12:13:00
Voice Usage For: (619)401-2692

| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
|------|--------------------|--------------------|------------|--------------------|---------------|--------------|-----|-----------|------------|
| 1 | 01/06/01 04:19:33 | 6194012692 | | 5250652000 | 8008473595 | 2:36 | 288 | 325 | |
| 2 | 01/06/01 04:24:51 | 6194012692 | | 8005475241 | 8005475241 | 0:00 | | 100 | |
| 3 | 01/06/01 04:25:10 | 6194012692 | | 8005475241 | 8005475241 | 0:00 | | 100 | |
| 4 | 01/06/01 04:27:35 | 6194012692 | | 6733872189 | 8002220300 | 8:13 | | 100 | |
| 5 | 01/06/01 04:27:38 | 6194012692 | | 8002220300 | 8002220300 | 8:11 | | 19 | |
| 6 | 01/06/01 04:32:37 | 6194012692 | | -1 | | 0:00 | | 35 | |
| 7 | 01/06/01 04:33:06 | 6194012692 | | 6733872188 | 8002220300 | 2:41 | 288 | 100 | |
| 8 | 01/08/01 18:17:16 | 7141781508 | | 6194012692 | | 0:45 | | 309 | |
| 9 | 01/09/01 19:20:35 | 8142347699 | | 6194012692 | | 0:00 | | 129 | |
| 10 | 01/10/01 18:17:43 | 7141781508 | | 6194012692 | | 0:17 | | 309 | |
| 11 | 01/10/01 21:40:19 | 8142347699 | | 6194012692 | | 0:00 | | 129 | |
| 12 | 01/10/01 21:45:56 | 8142347699 | | 6194012692 | | 0:01 | | 129 | |
| 13 | 01/11/01 17:42:12 | 8142347699 | | 6194012692 | | 0:00 | | 129 | |
| 14 | 01/11/01 20:45:55 | 8142347699 | | 6194012692 | | 0:00 | | 129 | |
| 15 | 01/17/01 21:13:52 | 8142347699 | | 6194012692 | | 0:00 | | 129 | |
| 16 | 01/17/01 21:19:22 | 8142347699 | | 6194012692 | | 1:47 | | 129 | |
| 17 | 01/18/01 17:42:07 | 7142209100 | | 6194012692 | | 0:19 | | 129 | |
| 18 | 01/20/01 03:33:48 | 6194012692 | | 96614920033 | | 0:25 | 288 | 60 | |
| 19 | 01/20/01 03:35:20 | 6194012692 | | 96655487313 | | 12:31 | 288 | 60 | |
| 20 | 01/21/01 01:02:26 | 6194012692 | | 6053713404 | | 1:43 | 288 | 60 | |
| 21 | 01/21/01 01:04:37 | 6194012692 | | 6053389442 | | 0:56 | 288 | 60 | |
| 22 | 01/23/01 21:28:45 | 8707720000 | | 6194012692 | | 0:00 | | 129 | |
| 23 | 01/26/01 22:30:15 | 9155851701 | | 6194012692 | | 0:00 | | 129 | |
| 24 | 01/29/01 20:42:32 | 8707720000 | | 6194012692 | | 0:00 | | 129 | |
| 25 | 01/30/01 16:40:07 | 2106379100 | | 6194012692 | | 0:00 | | 129 | |
| 26 | 01/31/01 16:38:23 | 2106379100 | | 6194012692 | | 0:00 | | 129 | |
| 27 | 01/31/01 21:58:31 | 5017090000 | | 6194012692 | | 0:00 | | 129 | |
| 28 | 02/01/01 20:11:41 | 9155851700 | | 6194012692 | | 0:00 | | 129 | |
| 29 | 02/05/01 16:18:59 | 2106379100 | | 6194012692 | | 0:06 | | 129 | |
| 30 | 02/06/01 21:30:13 | 9155851701 | | 6194012692 | | 0:06 | | 129 | |
| 31 | 02/08/01 18:12:38 | 9155851701 | | 6194012692 | | 0:00 | | 129 | |
| 32 | 02/09/01 02:52:09 | 6194012692 | | 8573742000 | 8008473595 | 2:04 | 288 | 325 | |
| 33 | 02/09/01 17:19:58 | 9155851700 | | 6194012692 | | 0:00 | | 129 | |
| 34 | 02/14/01 04:14:17 | 6194012692 | | 96614936533 | | 8:15 | 288 | 60 | |
| 35 | 02/20/01 01:12:13 | 6194012692 | | 7148392929 | | 0:13 | 288 | 60 | |
| 36 | 02/21/01 06:58:36 | 6194012692 | | 9092657050 | | 0:06 | 288 | 60 | |
| 37 | 02/21/01 21:06:57 | 2106379100 | | 6194012692 | | 0:06 | | 129 | |
| 38 | 03/04/01 05:25:03 | 8187026610 | | 6194012692 | | 0:17 | 288 | 60 | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not
for general distribution.**



WIRELINE   Downloaded from

2891325
01/13/2020

AT&T has queried for records from 01/01/1998 12:00:00am to 05/31/2003 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:          01/13/2020
Run Time:          12:13:00
Voice Usage For:   (619)401-2692

| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
|---|---|---|---|---|---|---|---|---|---|
| 39 | 03/13/01 02:34:57 | 6181061009 | | 6194012692 | | 0:01 | | 309 | |
| 40 | 03/14/01 04:16:16 | 6194012692 | | 447069944444 | | 15:38 | 288 | 60 | |
| 41 | 03/17/01 17:46:55 | 6194012692 | | 9220034488 | 8882252965 | 0:55 | 288 | 100 | |
| 42 | 03/18/01 13:18:38 | 6194012692 | | 447069944444 | | 0:00 | 288 | 342 | |
| 43 | 03/21/01 13:27:35 | 6194012692 | | 447069944444 | | 0:00 | 288 | 342 | |
| 44 | 03/26/01 17:49:28 | 6262854464 | | 6194012692 | | 0:41 | 288 | 60 | |
| 45 | 03/30/01 03:52:10 | 6181061009 | | 6194012692 | | 0:02 | | 309 | |
| 46 | 04/09/01 02:05:10 | 6181061009 | | 6194012692 | | 0:02 | | 309 | |
| 47 | 04/09/01 23:21:29 | 6181061009 | | 6194012692 | | 0:00 | | 309 | |
| 48 | 04/27/01 02:22:22 | 6181061013 | | 6194012692 | | 0:20 | | 309 | |
| 49 | 05/20/01 21:36:56 | 9096845466 | | 6194012692 | | 0:31 | 288 | 60 | |
| 50 | 05/22/01 21:15:46 | 7141781612 | | 6194012692 | | 0:03 | | 309 | |
| 51 | 05/25/01 03:32:47 | 3106446699 | | 6194012692 | | 0:49 | 288 | 60 | |
| 52 | 06/08/01 03:45:50 | 9096950136 | | 6194012692 | | 7:16 | 288 | 60 | |
| 53 | 06/14/01 19:59:48 | | | 6194012692 | | 0:11 | 725 | 60 | 153 |
| 54 | 06/14/01 20:01:52 | | | 6194012692 | | 0:17 | 725 | 60 | 153 |
| 55 | 06/19/01 04:13:49 | 6194012692 | | 4974091029 | 8773250445 | 0:16 | 288 | 325 | |
| 56 | 06/19/01 04:14:45 | 6194012692 | | 8002220300 | 8002220300 | 0:00 | | 100 | |
| 57 | 06/19/01 04:14:45 | 6194012692 | | 8002220300 | 8002220300 | 0:00 | | 100 | |
| 58 | 06/20/01 00:40:48 | 6194012692 | | 7445286675 | 8007936675 | 0:59 | 288 | 100 | |
| 59 | 06/29/01 19:28:25 | | | 6194012692 | | 1:06 | 377 | 60 | 24 |
| 60 | 08/09/01 20:25:38 | 6194012692 | | 447949995692 | | 4:47 | 288 | 60 | |
| 61 | 08/13/01 20:46:04 | 6194012692 | | 7142561940 | | 2:56 | 288 | 60 | |
| 62 | 08/13/01 20:49:27 | 6194012692 | | 7145233227 | | 3:33 | 288 | 60 | |
| 63 | 08/15/01 23:02:36 | 6194012692 | | 6053713404 | | 13:24 | 288 | 60 | |
| 64 | 08/21/01 01:14:00 | 6194012692 | | 7606688498 | | 1:03 | 288 | 60 | |
| 65 | 08/27/01 15:24:18 | 9098854744 | | 6194012692 | | 1:08 | 288 | 60 | |
| 66 | 08/30/01 03:17:18 | 6194012692 | | 9098854744 | | 4:34 | 288 | 60 | |
| 67 | 09/02/01 19:42:00 | 6194012692 | | 4722675841 | | 0:40 | 288 | 60 | |
| 68 | 09/16/01 21:16:23 | 3108321037 | | 6194012692 | | 0:56 | 288 | 60 | |
| 69 | 09/17/01 23:03:30 | 6194012692 | | 3108321037 | | 4:18 | 288 | 60 | |
| 70 | 09/18/01 00:02:23 | 3108321037 | | 6194012692 | | 0:54 | 288 | 60 | |
| 71 | 10/03/01 22:20:19 | 4071781835 | | 6194012692 | | 9:05 | 288 | 110 | |
| 72 | 10/03/01 22:20:21 | 4071781835 | | 6194012692 | | 9:06 | 288 | 309 | |
| 73 | 10/03/01 22:32:35 | 4071781835 | | 6194012692 | | 5:50 | 288 | 110 | |
| 74 | 10/03/01 22:32:37 | 4071781835 | | 6194012692 | | 5:50 | 288 | 309 | |
| 75 | 10/04/01 02:43:18 | 6194012692 | | 96614970803 | | 0:40 | 288 | 60 | |
| 76 | 10/08/01 23:12:49 | 5205271755 | | 6194012692 | | 0:11 | 288 | 60 | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

2891325
01/13/2020

WIRELINE

**AT&T**

AT&T has queried for records from 01/01/1998 12:00:00am to 05/31/2003 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Run Date: | 01/13/2020 |
|---|---|
| Run Time: | 12:13:01 |
| Voice Usage For: | (619)401-2692 |

| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
|---|---|---|---|---|---|---|---|---|---|
| 77 | 10/11/01 16:48:22 | 6198491221 | | 6194012692 | | 0:46 | 1 | 134 | |
| 78 | 10/12/01 04:57:30 | 8183457218 | | 6194012692 | | 0:19 | 288 | 60 | |
| 79 | 10/28/01 03:08:50 | 6194012692 | | 96614970803 | | 2:08 | 288 | 60 | |
| 80 | 10/28/01 03:17:52 | 6194012692 | | 96614970803 | | 1:04 | 288 | 60 | |
| 81 | 10/30/01 19:15:49 | 6194012692 | | 96614970803 | | 0:54 | 288 | 60 | |
| 82 | 10/30/01 19:17:31 | 6194012692 | | 96655455580 | | 5:35 | 288 | 60 | |
| 83 | 11/04/01 18:59:17 | 6192341500 | | 6194012692 | | 0:15 | | 129 | |
| 84 | 11/13/01 17:35:42 | 6542410000 | 2023347119 | 6194012692 | | 0:15 | | 129 | |
| 85 | 11/13/01 17:53:11 | 6542410000 | 2023347119 | 6194012692 | | 0:06 | | 129 | |
| 86 | 11/13/01 18:11:35 | 6542410000 | 2023347119 | 6194012692 | | 0:19 | | 129 | |
| 87 | 11/16/01 01:47:14 | 6194012692 | | 6157812209 | | 0:43 | 288 | 60 | |
| 88 | 11/16/01 02:46:29 | 6194012692 | | 7038567005 | | 0:17 | 288 | 60 | |
| 89 | 11/16/01 02:51:38 | 6194012692 | | 6154974318 | | 0:42 | 288 | 60 | |
| 90 | 11/16/01 02:52:36 | 6194012692 | | 6157812209 | | 0:11 | 288 | 60 | |
| 91 | 11/16/01 05:18:43 | 7145330710 | | 6194012692 | | 0:39 | 288 | 60 | |
| 92 | 11/18/01 17:02:54 | 6195886100 | | 6194012692 | | 0:09 | | 129 | |
| 93 | 11/23/01 15:51:57 | 6509967062 | | 6194012692 | | 0:14 | 314 | 306 | 135 |
| 94 | 11/26/01 17:48:07 | 6542410000 | 2023347119 | 6194012692 | | 0:18 | | 129 | |
| 95 | 11/26/01 19:53:46 | 6542410000 | 2023347119 | 6194012692 | | 0:10 | | 129 | |
| 96 | 12/03/01 21:35:32 | 6192191298 | | 6194012692 | | 0:46 | 1 | 134 | |
| 97 | 12/22/01 03:16:47 | 2549533800 | | 6194012692 | | 0:06 | | 129 | |
| 98 | 12/22/01 21:54:44 | 2549533800 | | 6194012692 | | 0:06 | | 129 | |
| 99 | 12/27/01 19:10:22 | 3182160308 | | 6194012692 | | 0:00 | | 129 | |
| 100 | 12/31/01 18:36:10 | 6198496999 | | 6194012692 | | 1:03 | 1 | 134 | |
| 101 | 01/02/02 20:13:12 | 3182160308 | | 6194012692 | | 0:00 | | 129 | |
| 102 | 01/04/02 20:20:09 | 6194012692 | | 7349754298 | | 1:40 | 288 | 60 | |
| 103 | 01/12/02 02:19:16 | 6194012692 | | 4813892358 | 8003823334 | 2:39 | 288 | 100 | |
| 104 | 01/16/02 23:50:29 | 8471781434 | | 6194012692 | | 0:56 | | 309 | |
| 105 | 01/24/02 01:42:27 | 6194012692 | | 4813892358 | 8003823334 | 1:21 | 288 | 100 | |
| 106 | 01/24/02 01:44:38 | 6194012692 | | 4813892358 | 8003823334 | 5:41 | 288 | 100 | |
| 107 | 02/02/02 20:41:55 | 6194012692 | | 96614970803 | | 6:16 | 288 | 60 | |
| 108 | 02/15/02 02:51:58 | 9918350000 | | 6194012692 | | 0:34 | | 129 | |
| 109 | 02/16/02 23:07:14 | 6194012692 | | 8186213222 | | 1:11 | 288 | 60 | |
| 110 | 02/16/02 23:08:37 | 6194012692 | | 9096950136 | | 0:06 | 288 | 60 | |
| 111 | 02/20/02 01:13:12 | 6021781624 | | 6194012692 | | 0:24 | | 309 | |
| 112 | 03/13/02 02:57:01 | 3014775117 | | 6194012692 | | 0:21 | | 60 | |
| 113 | 03/13/02 03:04:02 | 3014775117 | | 6194012692 | | 14:57 | | 60 | |
| 114 | 03/13/02 05:02:31 | 3237349940 | | 6194012692 | | 0:12 | 288 | 60 | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**



2891325
01/13/2020

AT&T has queried for records from 01/01/1998 12:00:00am to 05/31/2003 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        01/13/2020
Run Time:        12:13:01
Voice Usage For: (619)401-2692

| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
|------|--------------------|--------------------|-----------|--------------------|---------------|--------------|-----|-----------|------------|
| 115 | 03/15/02 22:51:57 | 3237349940 | | 6194012692 | | 0:07 | 288 | 60 | |
| 116 | 04/17/02 19:48:53 | 6192191299 | | 6194012692 | | 0:05 | 1 | 134 | |
| 117 | 04/26/02 23:41:12 | 6194012692 | | 2280801201 | 8003575092 | 1:13 | 288 | 100 | |
| 118 | 04/26/02 23:41:12 | 6194012692 | | 8003575092 | 8003575092 | 4:08 | 288 | 342 | |
| 119 | 04/26/02 23:42:26 | 6194012692 | | 3317460704 | 8772404308 | 2:54 | | 100 | |
| 120 | 05/07/02 20:14:08 | 6198496999 | | 6194012692 | | 0:21 | 1 | 134 | |
| 121 | 05/28/02 21:26:01 | 3105862200 | | 6194012692 | | 0:23 | | 129 | |
| 122 | 06/12/02 20:03:40 | 3151781230 | | 6194012692 | | 0:03 | | 309 | |
| 123 | 06/19/02 05:26:09 | 5102640426 | | 6194012692 | | 0:46 | 288 | 60 | |
| 124 | 06/19/02 15:56:59 | 3151781230 | | 6194012692 | | 0:06 | | 309 | |
| 125 | 06/21/02 19:57:06 | 6194012692 | | 6591661685 | 8008771719 | 1:58 | 288 | 100 | |
| 126 | 06/24/02 18:18:01 | 3151781230 | | 6194012692 | | 0:06 | 2 | 309 | |
| 127 | 06/25/02 17:58:34 | 3151781230 | | 6194012692 | | 0:06 | | 309 | |
| 128 | 07/22/02 18:59:18 | 3107193990 | | 6194012692 | | 0:18 | 288 | 60 | |
| 129 | 07/22/02 19:30:38 | 3107193990 | | 6194012692 | | 0:19 | 288 | 60 | |
| 130 | 07/27/02 18:04:44 | 6194012692 | | 3014775117 | | 12:05 | 288 | 60 | |
| 131 | 07/28/02 22:18:44 | 6194012692 | | 9097686340 | | 0:35 | 288 | 60 | |
| 132 | 07/31/02 20:20:06 | 6194012692 | | 7266950296 | 8004117343 | 16:19 | 288 | 325 | |
| 133 | 08/19/02 16:15:00 | 7607316529 | | 6194012692 | | 0:07 | 6753 | 60 | 101 |
| 134 | 08/19/02 23:12:07 | 6194012692 | | 7608040942 | | 0:05 | 288 | 60 | |
| 135 | 08/19/02 23:13:28 | 6194012692 | | 7608040942 | | 0:06 | 288 | 60 | |
| 136 | 09/25/02 02:33:25 | 7607317149 | | 6194012692 | | 0:07 | 6753 | 60 | 101 |
| 137 | 10/09/02 01:52:16 | 4496060000 | | 6194012692 | | 0:00 | | 129 | |
| 138 | 10/16/02 15:36:21 | 2011781767 | | 6194012692 | | 0:43 | | 309 | |
| 139 | 10/29/02 18:13:55 | 2098338433 | | 6194012692 | | 1:33 | 288 | 60 | |
| 140 | 11/21/02 00:00:13 | 3129385500 | | 6194012692 | | 0:16 | | 60 | |
| 141 | 11/22/02 17:07:23 | 6492110000 | | 6194012692 | | 0:00 | | 129 | |
| 142 | 12/05/02 02:02:25 | 6194012692 | | 6155790937 | | 1:43 | 288 | 60 | |
| 143 | 12/05/02 02:42:41 | 6193372891 | | 6194012692 | | 0:25 | | 0 | |
| 144 | 12/05/02 02:47:49 | 6194012692 | | 6153330530 | | 0:22 | 288 | 60 | |
| 145 | 12/05/02 03:09:09 | 6194012692 | | 7349754298 | | 0:46 | 288 | 60 | |
| 146 | 12/05/02 03:14:00 | 6194012692 | | 3014775117 | | 0:47 | 288 | 60 | |
| 147 | 12/05/02 03:20:03 | 6193372891 | | 6194012692 | | 0:10 | | 0 | |
| 148 | 12/05/02 03:59:08 | 6196609924 | | 6194012692 | | 0:00 | | 0 | |
| 149 | 12/05/02 04:05:59 | 6196609924 | | 6194012692 | | 0:00 | | 0 | |
| 150 | 12/05/02 04:06:29 | 6193372891 | | 6194012692 | | 0:00 | | 0 | |
| 151 | 12/05/02 04:06:44 | 6193372891 | | 6194012692 | | 0:00 | | 0 | |
| 152 | 12/14/02 01:18:11 | 6194012692 | | 7604432749 | | 0:54 | 288 | 60 | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

2891325
01/13/2020

AT&T has queried for records from 01/01/1998 12:00:00am to 05/31/2003 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.



Run Date:        01/13/2020
Run Time:        12:13:01
Voice Usage For: (619)401-2692

| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
|------|-------------------|--------------------|-----------|--------------------|---------------|-------------|-----|-----------|------------|
| 153 | 12/20/02 19:19:44 | 6196609924 | | 6194012692 | | 0:00 | | 0 | |
| 154 | 12/20/02 19:20:26 | 6196609924 | | 6194012692 | | 0:16 | | 0 | |
| 155 | 12/24/02 02:18:10 | 8475188013 | | 6194012692 | | 0:34 | 288 | 60 | |
| 156 | 12/25/02 01:03:36 | 8475188013 | | 6194012692 | | 0:01 | 288 | 60 | |
| 157 | 01/02/03 23:20:59 | 8475188013 | | 6194012692 | | 3:57 | 288 | 60 | |
| 158 | 01/03/03 21:07:15 | 7607316529 | | 6194012692 | | 0:07 | 6753 | 60 | 101 |
| 159 | 01/07/03 00:48:40 | 6194012692 | | 9493804347 | | 1:56 | 288 | 60 | |
| 160 | 01/08/03 22:05:55 | 6194012692 | | 7619896883 | 8885396883 | 8:52 | 288 | 325 | |
| 161 | 01/18/03 17:45:05 | 6195792597 | | 6194012692 | | 0:16 | | 0 | |
| 162 | 01/18/03 18:54:11 | 6195792597 | | 6194012692 | | 0:11 | | 0 | |
| 163 | 01/18/03 20:15:40 | 7607313916 | | 6194012692 | | 0:07 | 6753 | 60 | 101 |
| 164 | 01/20/03 16:07:40 | 6194012692 | | 2650751066 | 8773638663 | 2:42 | 288 | 360 | |
| 165 | 01/26/03 20:59:42 | 8475188013 | | 6194012692 | | 0:18 | 288 | 60 | |
| 166 | 01/29/03 01:26:10 | 8475188013 | | 6194012692 | | 0:18 | 288 | 60 | |
| 167 | 01/30/03 19:00:48 | 6198491221 | | 6194012692 | | 0:14 | 700 | 110 | |
| 168 | 02/01/03 01:19:49 | 8475188013 | | 6194012692 | | 1:41 | 288 | 60 | |
| 169 | 02/19/03 19:55:18 | 6194012692 | | 7297754263 | 8004304263 | 4:22 | 288 | 360 | |
| 170 | 02/23/03 20:45:38 | 6195792597 | | 6194012692 | | 0:00 | | 0 | |
| 171 | 03/01/03 20:04:01 | 6194012692 | | 6627872861 | 8889979222 | 0:40 | 288 | 100 | |
| 172 | 03/01/03 20:05:01 | 6194012692 | | 6534662861 | 8889979222 | 0:34 | 288 | 100 | |
| 173 | 03/01/03 20:05:47 | 6194012692 | | 6627872861 | 8889979222 | 0:38 | 288 | 100 | |
| 174 | 03/01/03 20:06:43 | 6194012692 | | 7643272861 | 8889979222 | 0:47 | 288 | 100 | |
| 175 | 03/01/03 20:10:37 | 6194012692 | | 6534662861 | 8889979222 | 0:45 | 288 | 100 | |
| 176 | 03/03/03 13:21:10 | 6194012692 | | 7643272861 | 8889979222 | 0:57 | 288 | 100 | |
| 177 | 03/12/03 23:02:50 | 6194012692 | | 4490571010 | 8009220204 | 1:18 | 288 | 325 | |
| 178 | 03/12/03 23:04:07 | 6194012692 | | 4311458838 | 8669596173 | 2:00 | | 325 | |
| 179 | 03/28/03 01:50:21 | 6194606924 | | 6194012692 | | 0:09 | | 0 | |
| 180 | 03/28/03 01:51:02 | 6194606924 | | 6194012692 | | 0:18 | | 0 | |
| 181 | 03/31/03 23:01:53 | 7265250000 | | 6194012692 | | 0:18 | | 129 | |
| 182 | 04/04/03 16:43:04 | 7265250000 | | 6194012692 | | 0:08 | | 129 | |
| 183 | 04/04/03 16:43:46 | 7265250000 | | 6194012692 | | 0:18 | | 129 | |
| 184 | 04/08/03 16:29:09 | 4820940000 | | 6194012692 | | 0:45 | | 129 | |
| 185 | 04/09/03 01:35:47 | 6194012692 | | 9108434110 | | 4:17 | 288 | 60 | |
| 186 | 04/09/03 14:24:57 | 7265250000 | | 6194012692 | | 0:14 | | 129 | |
| 187 | 04/09/03 14:25:56 | 7265250000 | | 6194012692 | | 0:15 | | 129 | |
| 188 | 04/09/03 23:06:24 | 6194012692 | | 9496335303 | | 0:36 | 288 | 60 | |
| 189 | 04/14/03 22:48:28 | 3141081845 | | 6194012692 | | 0:04 | 288 | 110 | |
| 190 | 04/14/03 22:48:29 | 3141081845 | | 6194012692 | | 0:04 | 288 | 309 | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not
for general distribution.**



2891325
01/13/2020

AT&T has queried for records from 01/01/1998 12:00:00am to 05/31/2003 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        01/13/2020
Run Time:        12:13:01
Voice Usage For: (619)401-2692

| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
|---|---|---|---|---|---|---|---|---|---|
| 191 | 04/14/03 22:48:29 | 3141081845 | | 6194012692 | | 0:05 | 2 | 343 | |
| 192 | 04/14/03 23:41:45 | 4041081203 | | 6194012692 | | 0:06 | 288 | 110 | |
| 193 | 04/14/03 23:41:45 | 4041081203 | | 6194012692 | | 0:06 | 288 | 309 | |
| 194 | 04/15/03 15:17:09 | 4041081203 | | 6194012692 | | 0:08 | 288 | 110 | |
| 195 | 04/15/03 15:17:09 | 4041081203 | | 6194012692 | | 0:08 | 288 | 309 | |
| 196 | 04/15/03 18:22:33 | 7265250000 | | 6194012692 | | 0:00 | | 129 | |
| 197 | 04/15/03 18:35:19 | 7265250000 | | 6194012692 | | 0:16 | | 129 | |
| 198 | 04/15/03 18:36:16 | 7265250000 | | 6194012692 | | 0:30 | | 129 | |
| 199 | 04/15/03 18:36:42 | 7265250000 | | 6194012692 | | 0:00 | | 129 | |
| 200 | 04/15/03 18:37:20 | 7265250000 | | 6194012692 | | 0:18 | | 129 | |
| 201 | 04/15/03 18:37:36 | 7265250000 | | 6194012692 | | 0:00 | | 129 | |
| 202 | 04/15/03 18:38:28 | 7265250000 | | 6194012692 | | 0:41 | | 129 | |
| 203 | 04/15/03 18:39:49 | 7265250000 | | 6194012692 | | 0:07 | | 129 | |
| 204 | 04/16/03 15:07:23 | 4041081203 | | 6194012692 | | 0:16 | 288 | 309 | |
| 205 | 04/16/03 15:07:24 | 4041081203 | | 6194012692 | | 0:16 | 288 | 110 | |
| 206 | 04/16/03 17:05:11 | 3141081845 | | 6194012692 | | 0:04 | 288 | 110 | |
| 207 | 04/16/03 17:05:13 | 3141081845 | | 6194012692 | | 0:04 | 288 | 309 | |
| 208 | 04/16/03 18:06:11 | 4041081203 | | 6194012692 | | 0:04 | 288 | 110 | |
| 209 | 04/16/03 18:06:11 | 4041081203 | | 6194012692 | | 0:04 | 288 | 309 | |
| 210 | 04/16/03 20:12:31 | 3141081845 | | 6194012692 | | 0:06 | 288 | 110 | |
| 211 | 04/16/03 20:12:33 | 3141081845 | | 6194012692 | | 0:07 | 288 | 309 | |
| 212 | 04/17/03 02:58:26 | 7066839574 | | 6194012692 | 8009668369 | 1:53 | | 35 | 17 |
| 213 | 04/17/03 02:58:47 | 8651081255 | 8652979978 | 6194012692 | | 1:30 | | 309 | 17 |
| 214 | 04/17/03 15:06:45 | 3141081845 | | 6194012692 | | 0:07 | 288 | 110 | |
| 215 | 04/17/03 15:06:47 | 3141081845 | | 6194012692 | | 0:07 | 288 | 309 | |
| 216 | 04/17/03 17:44:05 | 4041081203 | | 6194012692 | | 0:05 | 288 | 110 | |
| 217 | 04/17/03 17:44:06 | 4041081203 | | 6194012692 | | 0:05 | 288 | 309 | |
| 218 | 04/17/03 18:46:05 | 4041081203 | | 6194012692 | | 0:05 | 288 | 110 | |
| 219 | 04/17/03 18:46:05 | 4041081203 | | 6194012692 | | 0:05 | 288 | 309 | |
| 220 | 04/17/03 22:26:02 | 3141081845 | | 6194012692 | | 0:09 | 288 | 110 | |
| 221 | 04/17/03 22:26:04 | 3141081845 | | 6194012692 | | 0:09 | 288 | 309 | |
| 222 | 04/18/03 21:50:03 | 4041081203 | | 6194012692 | | 0:05 | 288 | 110 | |
| 223 | 04/18/03 21:50:03 | 4041081203 | | 6194012692 | | 0:05 | 288 | 309 | |
| 224 | 04/19/03 02:43:12 | 7066859118 | | 6194012692 | 8009668369 | 1:03 | | 35 | 17 |
| 225 | 04/19/03 02:43:37 | 3121081903 | 3127309978 | 6194012692 | | 0:39 | | 309 | 17 |
| 226 | 04/19/03 03:39:41 | 6194012692 | | 3127309978 | | 0:10 | | 60 | |
| 227 | 04/21/03 16:47:04 | 4041081203 | | 6194012692 | | 0:11 | 288 | 110 | |
| 228 | 04/21/03 16:47:05 | 4041081203 | | 6194012692 | | 0:12 | 288 | 309 | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

2891325
01/13/2020



AT&T has queried for records from 01/01/1998 12:00:00am to 05/31/2003 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        01/13/2020
Run Time:        12:13:01
Voice Usage For:  (619)401-2692

| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
|------|--------------------|--------------------|------------|--------------------|---------------|--------------|-----|-----------|-----------|
| 229 | 04/21/03 18:21:28 | 3141081845 | | 6194012692 | | 0:09 | 288 | 110 | |
| 230 | 04/21/03 18:21:29 | 3141081845 | | 6194012692 | | 0:09 | 288 | 309 | |
| 231 | 05/05/03 15:32:34 | 7265250000 | | 6194012692 | | 0:18 | | 129 | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

2891325
01/13/2020

AT&T has queried for records from 01/01/1998 12:00:00am to 05/31/2003 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:         01/13/2020
Run Time:         12:12:50
Voice Usage For:  (858)571-6652

| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
|------|--------------------|--------------------|-----------|--------------------|---------------|--------------|-----|-----------|-----------|
| 1  | 01/08/01 21:34:34 | 8585716652 | | 4971176250 | 8002220300 | 11:34 | 288 | 325 | |
| 2  | 01/18/01 03:51:48 | 8505740001 | | 8585716652 | | 0:00 | | 129 | |
| 3  | 01/21/01 03:00:35 | 9153680000 | | 8585716652 | | 0:00 | | 129 | |
| 4  | 02/28/01 00:58:06 | 9155851701 | | 8585716652 | | 0:00 | | 129 | |
| 5  | 03/02/01 17:25:28 | 9155851700 | | 8585716652 | | 0:00 | | 129 | |
| 6  | 03/02/01 23:25:01 | 9155851700 | | 8585716652 | | 0:00 | | 129 | |
| 7  | 03/03/01 21:50:36 | 9155851701 | | 8585716652 | | 0:00 | | 129 | |
| 8  | 03/04/01 03:26:44 | 9155851700 | | 8585716652 | | 0:00 | 2 | 129 | |
| 9  | 03/05/01 18:15:34 | 9155851700 | | 8585716652 | | 0:00 | | 129 | |
| 10 | 03/06/01 03:36:47 | 9155851701 | | 8585716652 | | 0:00 | | 129 | |
| 11 | 03/06/01 19:58:18 | 9155851701 | | 8585716652 | | 0:00 | | 129 | |
| 12 | 03/07/01 01:44:44 | 9155851700 | | 8585716652 | | 0:00 | | 129 | |
| 13 | 03/07/01 19:11:34 | 9155851700 | | 8585716652 | | 0:00 | | 129 | |
| 14 | 03/08/01 00:35:49 | 9155851701 | | 8585716652 | | 0:00 | | 129 | |
| 15 | 03/08/01 18:56:21 | 9155851701 | | 8585716652 | | 0:00 | | 129 | |
| 16 | 01/07/03 16:04:48 | 4143523844 | | 8585716652 | 8005696972 | 0:00 | | 35 | 17 |
| 17 | 01/07/03 16:04:48 | 4143523844 | | 8585716652 | 8005696972 | 0:00 | | 35 | 17 |
| 18 | 03/05/03 22:54:37 | 6552390000 | | 8585716652 | | 0:00 | | 129 | |
| 19 | 04/11/03 21:35:05 | 4496060000 | | 8585716652 | | 0:00 | | 129 | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not
for general distribution.**