```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:
                                                                    03-MD-1570 (GBD)(SN)
    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                                              ORDER

-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

The Plaintiffs' Executive Committees' request at ECF No. 7001 to seal the exhibit at ECF No. 6996-7 is GRANTED. The Clerk of Court is respectfully directed to seal the document at ECF No. 6996-7 pursuant to the Court's protective order at ECF No. 1900.

**SO ORDERED.**

DATED:   New York, New York  
         August 5, 2021

_____  
SARAH NETBURN  
United States Magistrate Judge