**EXHIBIT A**

| # | 9/11 SURVIVOR'S FIRST NAME | 9/11 SURVIVOR'S MIDDLE NAME | 9/11 SURVIVOR'S LAST NAME | SUFFIX | LOCATION WHERE INJURY OCCURRED | INJURY CATEGORY | SEVERITY OF INJURY |
|---|---|---|---|---|---|---|---|
| 1 | Jocelyne | | Ambroise | | World Trade Center | Escape | Significant |
| 2 | Benjamin | | Arroyo | | World Trade Center | Escape | Significant |
| 3 | Prakash | | Bhatt | | World Trade Center | Escape | Significant |
| 4 | Quinceyann | | Booker-Jackson | | World Trade Center | Escape | Significant |
| 5 | Carmen | | Bridgeforth | | World Trade Center | Escape | Devastating - Upward Departure Sought |
| 6 | Pasquale | | Buzzelli | | World Trade Center | Collapse | Severe |
| 7 | Richard | Martin | Bylicki | | World Trade Center | Falling Debris | Devastating - Upward Departure Sought |
| 8 | Luis | | Carbonell | | World Trade Center | Escape | Significant |
| 9 | Frank | | Castrogiovanni | | World Trade Center | Escape | Severe |
| 10 | Carmen | | Colon | | World Trade Center | Escape | Significant |
| 11 | Joel | | Council | | World Trade Center | Escape | Significant |
| 12 | Fernando | | Cuba | | World Trade Center | Escape | Significant |
| 13 | Andres | | De La Rosa | | World Trade Center | Escape | Significant |
| 14 | Elaine | | Duch | | World Trade Center | Escape | Devastating - Upward Departure Sought |
| 15 | Timothy | | Duffy | | World Trade Center | Collapse | Devastating |
| 16 | Gabriel | | Esposito | | World Trade Center | Collapse | Significant |
| 17 | Edgar | | Felix | | World Trade Center | Escape | Significant |
| 18 | Erasmo | | Fernandez | | World Trade Center | Escape and Collapse | Severe |
| 19 | Genoveva "Jenny" | | Fernandez | | World Trade Center | Falling Debris | Severe |
| 20 | Roger | | Fernandez | | World Trade Center | Collapse | Significant |

| # | 9/11 SURVIVOR'S FIRST NAME | 9/11 SURVIVOR'S MIDDLE NAME | 9/11 SURVIVOR'S LAST NAME | SUFFIX | LOCATION WHERE INJURY OCCURRED | INJURY CATEGORY | SEVERITY OF INJURY |
|---|---|---|---|---|---|---|---|
| 21 | Vincent | | Ferranti | | World Trade Center | Escape | Significant |
| 22 | Thomas | Joseph | Forbes | | World Trade Center | Impact | Significant |
| 23 | Leileth | | Foster | | World Trade Center | Escape | Severe |
| 24 | Henry | | Fuerte | | World Trade Center | Impact | Significant |
| 25 | Carmela | M. | Harrison | | World Trade Center | Impact | Severe |
| 26 | Elaine | | Helms | | World Trade Center | Escape | Severe |
| 27 | Patrick | | Imperato | | World Trade Center | Escape | Significant |
| 28 | Rafaela | | Martinez | | World Trade Center | Escape | Severe |
| 29 | Nexhat | | Mela | | World Trade Center | Escape | Severe |
| 30 | Roberto | | Mesa | | World Trade Center | Escape | Severe |
| 31 | Ram | Anthony | Mohabir | | World Trade Center | Escape and Collapse | Severe |
| 32 | Omar | | Mota | | World Trade Center | Escape | Significant |
| 33 | Daniel | Arthur | Narlock | | World Trade Center | Escape | Severe |
| 34 | Eugene | F. | O'Reilly | | World Trade Center | Falling Debris and Escape | Severe |
| 35 | Angel | R. | Ortiz | | World Trade Center | Escape | Significant |
| 36 | Pedro | | Pichardo | | World Trade Center | Impact and Escape | Severe |
| 37 | Edward | | Prince | | World Trade Center | Collapse | Severe |
| 38 | Godwin | | Quinones | | World Trade Center | Escape | Significant |
| 39 | Nelson | | Rocha | | World Trade Center | Escape | Significant |
| 40 | Arnold | John | Roma | | World Trade Center | Collapse | Severe |
| 41 | Jose | | Sanchez | | World Trade Center | Escape | Significant |
| 42 | Brandon | | Smith | | World Trade Center | Escape | Devastating |
| 43 | Kathleen | | Stanton | | World Trade Center | Impact | Devastating |
| 44 | Geraldine | | Texeira | | World Trade Center | Escape | Severe |
| 45 | Johnny | | Torres | | World Trade Center | Escape | Significant |
| 46 | Hilda | | Valentine | | World Trade Center | Impact | Severe |

| # | 9/11 SURVIVOR'S FIRST NAME | 9/11 SURVIVOR'S MIDDLE NAME | 9/11 SURVIVOR'S LAST NAME | SUFFIX | LOCATION WHERE INJURY OCCURRED | INJURY CATEGORY | SEVERITY OF INJURY |
|---|---|---|---|---|---|---|---|
| 47 | Emmanuel | | Vega | | World Trade Center | Escape | Significant |
| 48 | Cecil | | Ward | | World Trade Center | Collapse | Severe |
| 49 | Christian | R. | Waugh | | World Trade Center | Collapse | Significant |
| 50 | John | David | Yates | | Pentagon | Impact | Devastating - Upward Departure Sought |
| 51 | Richard | Stephen | Zletz | | World Trade Center | Collapse | Significant |