# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
| --- | --- |
| | ECF Case |
| This document relates to: | 15-cv-9903 (GBD) (SN) |
| *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | ECF Case |

## DECLARATION OF PASQUALE BUZZELLI

I, Pasquale Buzzelli, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached herein as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was present in New York City when the terrorist attacks of the World Trade Center Towers occurred. At the time of these horrific attacks, I was a Project Engineer Manager for the Ports Authority of New York and New Jersey. My office was located on the 64th floor of One World Trade Center - North Tower.

4. I arrived at work around 8:40 a.m. on the morning of September 11, 2001. I took one of the elevators in the North Tower to my office on the 64th floor. When the elevator doors opened on the 44th floor instead of the 64th, I saw complete chaos and mayhem in the lobby. Thick clouds of dark heavy smoke prevented me from seeing more than five feet past the elevator doors.

I heard people screaming and running in confusion. Wanting to get off the 44th floor as quickly as possible, and, as the elevator was functional, I continued my elevator ride to my office.

5. When I arrived at my office, I called my wife at home and told her that I was okay. She then explained to me that the news on television was reporting that a passenger airplane had crashed in to the North Tower. After determining that the plane had crashed above my office level, I told my wife that I would be leaving soon and not to worry as the smoke on my floor was minimal. Following this phone call, the second airplane, guided by the terrorists and filled with fuel, crashed into the South Tower.

6. Absent any other instructions, my coworkers and I then made the decision to leave the building. Upon investigation, we determined that Stairwell B would be our best route of escape as it appeared to be well-lit and there was very little evidence of smoke. My coworkers and I went back and reported the condition of the stairs to the rest of the group. I then gathered up my things, including a flashlight and wet cloths, and our group headed for the stairs. At this point, the time was just after 10:00 a.m.

7. While descending the stairs, we began to see fire and rescue workers at about the 40th floor. The fire and rescue workers reassured us that the stairs were clear, and that we should continue down to the ground floor. As we descended further to about the 22nd floor, the building began to shake, and I heard a tremendously loud noise from above. In order to protect myself, I dove into the corner of the stairwell directly below the landing above. I remember feeling that there was nowhere to run and that I might be able to protect myself from falling debris if I nestled up against the corner walls and below the landing. However, I simply did not expect for the entire North Tower to collapse.

8. As the corner walls next to me then began to crack and buckle, I discovered that the building was collapsing. I heard people screaming and yelling. I felt the walls buckle on top of me. Incredibly, I then felt a sensation of free-falling, and debris-filled wind rushed passed me. I then felt the walls of the stairwell separate and move away from me. At this point, I must have received a blow to the head from falling debris, as I clearly recall flashes of light from the debris impacts. I have no further memory of these events until I later awoke while perched on the edge of a pile of fallen North Tower debris.

9. When I opened my eyes, I found myself lying on my side, but I felt nothing at all. I then began to experience pain in my right leg, I smelled smoke, and I then coughed. I then realized that I was still alive, and by some miracle, I had survived a 22-story plunge to the ground with over 80-stories of falling North Tower debris around me.

10. I then began to assess the situation and my medical condition. My right leg began to swell, and my right ankle was bothering me. I couldn't move around. To my amazement, I was somehow perched at almost the highest peak of a pile of North Tower rubble, and my feet were dangling off of the edge of the debris pile. As I was almost fifteen feet off of the ground, I could not get down from the debris pile. I had difficulty breathing due to the enormous cloud of dust and debris in the air, so I pulled my shirt over my face. I heard numerous explosions going off all around me as well.

11. I began to call out for help every five minutes or so, but initially, I did not receive any response. Finally, I caught the attention of a rescue worker. He looked up at me, and asked if I was okay. I told him that my leg and ankle may be sprained or broken. I then began to feel a slight sense of relief that someone had spotted me and that I might actually be able to escape this situation.

3

12. A short time later, I saw about six other rescue workers making their way over the rubble. I called out to them. One of the rescuers looked up in my direction and asked if I was okay. I let him know that I was stuck and that I could not get down. "Hang on, we'll get you from there." One of the fires in the area near my location then began to intensify. As the fire then subsided, the rescue personnel reappeared.

13. The rescue personnel then lowered me down off of the debris ledge, and they grabbed and pulled me over to a spot where I could try and stand up. Although the pain in my injured leg was intense, I climbed another fifty yards over the building debris with a group of firemen before I began to feel very weak. Once the rescuers realized that I was unable to continue due to my injuries, they strapped me to a gurney, passed me over the remaining rubble, and I was then placed in an ambulance and taken to the hospital.

14. As a result of these barbaric terrorist attacks, I suffered significant physical injuries. I fractured several bones in my right ankle, and I suffered impact injuries to my right knee, right leg, right shoulder, and upper neck region. Secondary to my ankle fracture, I continue to experience significant arthritis. I also suffered multiple lacerations, burns, abrasions, and contusions to various parts of my entire body. I developed a hematoma of my right calf, and I had lacerations to my face and scapular area. Due to the large quantities of debris, dust, and chemicals that I inhaled during the collapse of the North Tower and my escape, I also suffered from GERD and I developed a stomach ulcer.

15. I further suffered, and continue to suffer, severe emotional distress as a result of these terrorist attacks. I suffered and continue to suffer from anxiety and bouts of depression due to these traumatic events. I have been diagnosed with a major depressive disorder with recurrence,

post-traumatic stress disorder, an anxiety disorder, and a panic disorder. The horrific events that I witnessed on 9/11 directly caused all of the above conditions, which continue to this day.

16.  I sought and continue to seek medical attention for my injuries caused by these terrorist attacks. Attached as Exhibit B to this Declaration is a true and correct copy of my select relevant medical records related to the treatments that I received for my physical and emotional injuries following the September 11, 2001 terrorist attacks.

12.  I previously pursued a claim through the September 11th Victim Compensation Fund (VCF Number 212-0009533) specifically related to my physical injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this __17__ day of November 2020.

_____
Declarant/Pasquale Buzzelli

5

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)