# EXHIBIT K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br><br> ECF Case |
|---|---|
| This document relates to: <br><br> *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN) <br><br> ECF Case |

## DECLARATION OF CARMEN COLON

I, CARMEN COLON, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as **Exhibit A** to this Declaration is a true and correct copy of my U.S. Passport as proof of citizenship.

3. On September 11, 2001, I was present in One World Trade Center, New York City, when the terrorist attacks of the World Trade Center Towers occurred.

4. At the time of the attacks, I was on my way to my place of employment at Fiduciary Trust International. Attached as **Exhibit B** to this Declaration is a true and correct copy of a letter from Fiduciary Trust Company International confirming my employment on September 11, 2001.

5. As I was walking out of the train station that morning, there was a sudden loud rumble and everyone started to run out of the station into the street. I continued making my way to work on foot. As I approached the World Trade Center, I saw a ring of fire surrounding the

upper floors of One World Trade Center. At that point, I assumed there must have been a fire or a bomb, but I proceeded on my way to work at my office in the South Tower.

6. Upon entering the South Tower, I noticed people were confused and unsure of what was happening. I headed toward the elevators with a co-worker to get to our office on the 97th floor. The security guard told us that it was ok, that everything was fine, and we could go up. My co-worker and I looked at each other, and I had a gut feeling telling me that something was not right with this situation. My coworker and I both decided to leave the building, and my intention at that time was to call my supervisor regarding the situation.

7. As I exited the South Tower and crossed the street towards the Century 21 Department Store, I looked up and saw a ring of fire engulfing floors of the North Tower. I then saw a plane flying past One World Trade Center, and I still remember thinking to myself, "Oh, that's one of ours." The plane disappeared behind the South Tower, and then suddenly the nose of the plane broke through the northern side of the South Tower. Without my realizing it, my jaw clenched and I unknowingly bit down with powerful force as I looked up watching the plane hit the South Tower. As a result, I broke my upper-right dental bridge in my panicked state. I stood there on the street in shock, staring directly above me and realizing that the passenger plane had crashed into the floors where my company's offices were located. My only thought was that all of my coworkers were dead. Glass began shattering all around me, and I could feel wind against the right side of my body. The wind I felt was actually a large piece of glass falling from the South Tower that just narrowly missed hitting me. While in the proximity of the World Trader Center Towers, I then inhaled quantities of building debris and chemicals from the building destruction that emanated from the North and South Towers.

8. The next thing I can recall is a voice yelling to me, "Lady, you have to move, you have to run!" I could not move. I stood there, frozen. I felt a hand grab me, and we ran away from the World Trade Center. It was when we were about two blocks away that I looked up and saw a person in the air falling or jumping out of one of the buildings, but my brain could not comprehend what was going on. I felt numb. I stood in place staring and I remember thinking to myself, why is everything in black and white. My body had gone into complete shock during the attacks, and I had become temporarily colorblind and I could only see in black and white. It was while I was walking around, somewhere near 30th Street, that my vision returned to normal and I was seeing in color again.

9. My recollection of the hours following the September 11th attacks is almost non-existent as I was still in shock following these horrific events. I believe I wandered aimlessly from the time that I was escorted a few blocks away from the South Tower to about 32nd Street.

10. At 32nd Street, police were forcing all cars traveling through the Queens Midtown Tunnel to stop and pick up additional passengers and evacuate them from the area, including complete strangers like me. A car picked me up and dropped me off about a block from my home, and I walked to my house where my sister was waiting for me. I was an emotional wreck when I finally arrived at my house.

11. As a result of these terrorist attacks on September 11, 2001, I suffered multiple injuries, including a broken upper-right dental bridge, asthma, chronic rhinosinusitis, and sleep apnea.

12. I sought medical attention for my injuries following these horrific terrorist attacks. I currently take the following prescription medications for the injuries I suffered as a results of the

3

World Trade Towers attacks:  Sertraline 50 mg x 3 daily; Trazodone 50 mg as needed; Prednisone 20 mg for emergency use only; Ventolin as needed; and Spiriva daily.

13. Attached as Exhibit C to this Declaration is a true and correct copy of my select, relevant medical records related to the treatment that I received following the September 11th terrorist attacks.

14. In the course of the attack and my escape, I witnessed atrocities beyond the imagination of the average citizen.  The situation could only be compared to a war zone.  I was going about my everyday life in a peaceful manner when we were brutally attacked by terrorists and my life was altered forever.   Thus, as a result of these terrorist attacks and the events that I witnesses, I also began to suffer post-traumatic stress.

15. I suffered, and continue to suffer, severe emotional distress as a result of these terrorist attacks.  My emotional trauma has greatly impacted my life.  I have learned to live with my extreme anxiety caused by the September 11th attacks, although I continue to suffer ono a daily basis while replaying these horrific events in my mind.  I do not travel into Manhattan since the day of the attacks unless I need to receive a scheduled physical with the World Trade Center Health Program or to seek medical attention for my other health issues at Bellevue Hospital.  Since September 11th, I primarily have stayed inside my house as much as possible, and I must avoid areas with high-rise buildings due to my emotional trauma.

16. I previously pursued a claim (Claim Number VCF0000689) through the September 11th Victim Compensation Fund specifically related to my physical injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 7th day of August 2020.

_____
DECLARANT, CARMEN COLON

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)