# EXHIBIT M

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br><br> ECF Case |
|---|---|
| This document relates to: <br><br> *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | <br><br><br> 15-cv-9903 (GBD) (SN) <br><br> ECF Case |

## <u>DECLARATION OF FERNANDO CUBA</u>

I, FERNANDO CUBA, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1.      I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2.      I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3.      On September 11, 2001, I worked as a Field Technician with Verizon Wireless. When the first passenger jet crashed into the North Tower, I had been working on the 11th floor of the South Tower.

4.      Shortly after I heard the explosions in the North Tower, I decided to exit the South Tower to escape to a safer location.  However, shortly after I exited the building, the South Tower collapsed, and I severely twisted my left leg and ankle in my rush to escape the chaos, carnage, and falling debris.  Unable to further ambulate due to my left ankle injury, I crawled to a nearby building to shelter myself from the falling bodies and building debris.

5.      The scene that I witnessed at Ground Zero while trying to escape the area could only be described as a war zone.  I saw human bodies and body parts all around me, and I felt that I would soon die as well.  In the course of this terrorist attack and my escape on 9/11, I witnessed atrocities beyond the imagination of the average citizen.

6.      Shortly after the collapse of the South Tower, medical personnel in the area located me and they assisted with transporting me to a local hospital for care and treatment.  Due to the severity of my left ankle injury, medical personnel transported me to the Hospital for Joint Diseases Orthopaedic Institute.  During my medical evaluation, Dr. Kenneth Koval determined that I had ruptured my left Achilles tendon while attempting to escape from Ground Zero.  On the following day, September 12, 2001, Dr. Koval performed surgery to successfully repair my ruptured Achilles tendon.

7.      As a result of these terrorist attacks, I suffered the following specific physical injuries on September 11, 2001:  a ruptured Achilles tendon on my left heel that necessitated a painful surgery to repair.

8.      Attached as Exhibit B to this Declaration is a true and correct copy of my select relevant medical records related to the treatment that I received for my ankle injury following the September 11, 2001 terrorist attacks.

9.      I previously pursued a claim (Claim Number 212-002446) through the September 11th Victim Compensation Fund ("VCF") specifically related to my physical injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

I declare UNDER PENALTY OF PERJURY that the foregoing is true and correct.

EXECUTED on this 2 1 day of February 2021.

_____
Declarant, Fernando Cuba

2

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)