# EXHIBIT V

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
| --- | --- |
| | ECF Case |
| This document relates to: *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN) |
| | ECF Case |

## DECLARATION OF VINCENT FERRANTI

I, Vincent Ferranti, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached herein as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was present in New York City when the terrorist attacks of the World Trade Center Towers occurred. At the time of these horrific attacks, I worked as a bond redemption-treasury specialist for Morgan Stanley and I worked on the 5th floor at Five World Trade Center (5 WTC).

4. I arrived at work on the morning of 9/11 at around 8:00 a.m. At approximately 8:45 a.m., I heard a loud explosion and the building trembled. I ran to the windows and saw debris and papers falling from above. I saw numerous people screaming, running, looking up, and running away from the building. I then screamed for everyone to get out of the building as quickly as

possible. Myself and several coworkers ran to the escalators with hundreds of other people who were hurriedly trying to escape our building.

5. Once I emerged outside of Five World Trade Center, I entered what looked like a scene from a war movie. I saw people screaming and running in all directions, and dust, building debris, and human bodies were falling everywhere around me. I inhaled large quantities of chemicals and dust from this debris cloud as I watched people run past me covered in blood. I also saw dead bodies and injured people on the ground. As I then attempted to run away from the area, someone knocked me to the concrete and I significantly injured my right shoulder.

6. When I then looked up at the North Tower, I saw that the building had a huge hole in it and the upper section appeared to have exploded. I watched in horror as people hung out of the North Tower's damaged section while waving for help and jumping to their deaths. I stood in horror and absolute shock and cried while watching people jump to their deaths to avoid the fire in the North Tower. To this day, when I recall these images I am filled with intense emotion and fear.

7. I decided to locate and ensure the safety of my close friend, Johnny Torres, who worked at Oppenheimer Funds in the South Tower. After running to the front of the South Tower, I then ran back to my building and I managed to find Johnny Torres. He was crying and staring up at the North Tower. We both then stared in shock and horror at the carnage and death in the North Tower.

8. Suddenly, I heard a loud explosion. I then watched a huge ball of flames engulf the South Tower. Building debris then exploded outward as we stood only a few hundred feet away from the South Tower. The debris cloud from the South Tower then crashed down around us and

we became surrounded by a thick cloud of building debris, smoke, and chemicals. I inhaled additional amounts of dust, debris, and chemicals as Johnny Torres and I ran from the area in fear.

9. Johnny Torres and I then ran away from the area to escape the carnage, but we were unable to board either a train or a bus as transportation in the area had been cancelled. While crying and in a panicked state, we ran away from the area on foot, and at some point, I noticed that I had injured my neck, lower back, and legs while escaping the area. I felt significant pain in my shoulder, neck, lower back, legs, and feet while I continued to run on foot away from what would later be known as Ground Zero.

10. Despite my injuries, Johnny Torres and I somehow made it to the Williamsburg Bridge on foot. I then heard another loud rumble and watched in horror as the South Tower collapsed in a huge cloud of smoke, fire, and dust. A huge ball of smoke filled the air. As I sat on the ground in shock, I then heard another rumble and watched in agony as the North Tower also collapsed.

11. At that point, I was scared, and I felt extreme panic and fear. I then heard jets flying over my head, which frightened me even more. Johnny Torres and I then frantically ran across the bridge to Brooklyn to escape what we thought would be additional terrorist attacks. As we walked the rest of the way home, which took several hours, we stopped numerous times because my back, neck, legs, and feet were in so much pain. I vaguely remember getting home around 4 or 5 o'clock in the afternoon. The events of 9/11 will live with me for the rest of my life.

12. As a result of these horrific terrorist attacks, I suffered and continue to suffer from the following physical injuries: a dislocated right shoulder, a cervical neck injury (including bulging discs at the C5-C6 and C6-C7 levels), neck spasms, and lower back pain. Further, due to the large quantities of dust, building debris, and chemicals that I consumed while attempting to

escape from the World Trade Center area, I suffered and continue to suffer from chronic migraine headaches, recurrent pneumonia, shortness of breath, and a persistent cough.

13. As a result of these traumatic events that I experienced on 9/11, I also suffered and continue to suffer from PTSD, severe anxiety, and bouts of severe depression. These emotional conditions are triggered on an almost daily basis by certain smells, sounds, and recurrent nightmares. As expressly detailed in the attached medical records, I have been diagnosed with a major depressive disorder with recurrence, an anxiety disorder, and a panic disorder. The horrific events that I witnessed on 9/11 directly caused all of the above conditions, which continue to this day.

14. I sought and continue to seek medical attention on a monthly basis for my injuries caused by these terrorist attacks. Attached as Exhibit B to this Declaration is a true and correct copy of my select relevant medical records related to the treatment that I received for my physical and emotional injuries following the September 11, 2001, terrorist attacks.

15. Lastly, on October 24, 2001, I was interviewed by the New York Times regarding my traumatic experiences at Ground Zero on 9/11 and my resulting emotional injuries and anxiety attacks. Attached as Exhibit C to this Declaration is a true and correct copy of the aforementioned New York Times article which discusses my difficulties in maintaining employment after 9/11 due to my severe emotional injuries.

I DECLARE, VERIFY, AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 10th day of March 2021.     _____
                                        Declarant, Vincent Ferranti

4

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)