# EXHIBIT NN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
| --- | --- |
|  | ECF Case |
| This document relates to:<br><br>*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN)<br><br>ECF Case |

**DECLARATION OF NELSON ROCHA**

I, NELSON ROCHA, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as **Exhibit A** to this Declaration is a true and correct copy of my certificate of naturalization as proof of citizenship.

3. On September 11, 2001, I was working for New York Marriott Hotel as a busser in the Greenhouse Restaurant. I was at work at 3 World Trade Center when the terrorist attacks on the World Trade Center Towers occurred. Like many others, I headed straight for the stairs in order to find safety. As I ran down the stairway, I slipped and fell, which caused a fracture to my left kneecap.

4. On September 14, 2001, I underwent surgery at Columbia Presbyterian by Dr. William Macaulay. Following the surgery, I had to endure physical therapy for three months.

5. On February 28, 2012 and April 24, 2014, I saw Dr. James Ward and Dr. Toni McLauren at Bellevue Hospital due to knee pain I experienced in connection with my injuries. I was prescribed NSAIDs to improve the pain. A copy of my medical records is attached as **Exhibit B** to this Declaration.

6. In 2006, I was diagnosed with PTSD. I was prescribed with sertraline by a therapist.

7. I have continued to suffer pain in my knee, especially when the weather changes. I also continue to suffer emotional anguish caused by the attacks on the World Trade Center. The physical and mental injuries that I experienced and witnessed that day have greatly reduced my quality of life.

8. I previously pursued claims (212-000461) through the September 11th Victim Compensation Fund, specifically related to my physical injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 11 day of September 2020.

NELSON ROCHA

2

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)