UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
| --- | --- |
| | ECF Case |
| This document relates to: *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD)(SN) |
| | ECF Case |

**ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *BURNETT/IRAN* PERSONAL-INJURY PLAINTIFFS**
**(*BURNETT / IRAN* PERSONAL INJURY 5)**

Upon consideration of the evidence and arguments submitted by the Plaintiffs identified below, plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), who were each physically injured on September 11, 2001 as a proximate result of the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants") entered on January 31, 2017 (15-cv-9903, ECF No. 85), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants; and it is

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), identified below; and it is

**ORDERED** that a review of Plaintiffs' submissions makes clear that each of the individual Plaintiffs has suffered profoundly as a result of the tragic events of September 11, 2001, and this review supports the determination that the following personal injury awards are appropriate:

| Category of Injury | Pain and Suffering Damages Award |
|---|---|
| Significant | $5,000,000 |
| Severe | $7,000,000 |
| Devastating | $10,000,000 |

; and it is

**ORDERED** that the *Burnett* Plaintiffs identified in the attached Exhibit A are awarded judgment for pain and suffering damages as set forth in Exhibit A; and it is

**ORDERED** that Plaintiffs identified in the attached Exhibit A are awarded prejudgment interest of 4.96 percent per annum, all interest compounded annually over the same period, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs identified in the attached Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

**ORDERED** that the remaining *Burnett/Iran* personal-injury Plaintiffs not identified in the attached Exhibit A, may submit in later stages applications for damages awards for compensatory damages for pain and suffering, punitive damages, economic damages, or other damages (to the extent such awards have not been previously ordered).

The Clerk of the Court is directed to close the motions in 03 MDL 1570, (ECF No. \_\_\_\_), and 15 Civ. 9903, (ECF No. \_\_\_\_), accordingly.

Dated: _____, 2021        **SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge