UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On August 2, 2021, the Court entered an order stating that it would transmit copies of its orders at ECF No. 6867, 6968, and 6997 to Wael Jelaidan, his Saudi Arabian attorney Bassim Alim, and Alim's assistant Aftab Hussein. ECF No. 6997. It did so on August 3. In response, Alim reported that he no longer represented Jelaidan. The Court requested further contact information for Jelaidan but received no response to that email. Additionally, Jelaidan has not communicated with the Court himself. Finally, on August 9, 2020, the Court had the relevant orders mailed to Alim, fulfilling the requirements of the order at ECF No. 6997.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               August 12, 2021