UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    This order addresses concerns raised by the parties regarding the Court's proposal to terminate several apparently duplicative or improper entries in the MDL caption. In a July 6, 2021 Order, the Court identified several entries in the caption that it believed were either duplicative, or that should have been terminated based on prior dismissal orders. ECF No. 6909 at 1. That order also proposed to terminate some of these entities and directed the Plaintiffs' Executive Committees (PECs) and Defendants' Executive Committee (DEC) to submit a joint letter indicating any concerns.

    The parties submitted that letter on August 2, 2021. The DEC supported the Court's proposed plan. ECF No. 6998 at 2. The PECs stated that they were (1) unclear about what pleadings the Court drew its proposed list of entries from, (2) concerned about the legal implications of terminating a caption entry, and (3) concerned that some of the entries were not duplicative. They therefore requested additional information from the Court. Id. at 1-2.

    The Court will address these questions in order. First, the lists at ECF No. 6909 at 3-6 were developed from a review of the "Party" query function on CM/ECF that appears when the MDL case number (03-md-1570) is searched. Initiating the "Party" query from that menu creates a list of party names that form the "MDL caption." The Court drew on this list of names to develop the lists at ECF No. 6909 at 3-6, and not from the list of any individual action. Indeed,

some of the parties the Court identified (e.g. "National Commerce Bank") appear as active parties *only* on the MDL docket. However, to aid the PECs in reviewing the Court's proposed course of action, the Court has compiled lists of individual actions in which the relevant names appear. Those lists are appended to this order. The Court, however, does not propose to terminate entries in these actions—only in the main MDL caption.

Turning to the PECs' second concern, terminating an MDL caption entry has no legal implications. It creates no change of legal status and does not imply any position on the validity of claims related to that entry. Additionally, so long as only the party entry (and not the attorney entry) is terminated, attorneys will continue to receive relevant ECF notifications.[1] Termination is solely a means to support the back-end operation of CM/ECF and simplify docketing.

An example may be illuminating and explain why the Court is prepared to invest time in this process. Currently, the Kingdom of Saudi Arabia is listed in numerous and inconsistent ways on the MDL caption. In at least some of these cases, such as where it is listed as the "Kingdom of Saudi Arabi," [spelling intention] no attorney is noticed. Until recently, Saudi Arabia was also listed on the MDL caption as a plaintiff. ECF No. 6862. This creates issues. For example, if the Court orders the sealing of particular materials with access restricted to "Saudi Arabia," it is important to know which "Saudi Arabia" on CM/ECF should have access. In a case where sealing, disclosure, and access to restricted documents continues to be a serious concern, ensuring proper MDL caption entries is thus a matter worthy of attention.

Third, if parties believe, given this additional information, that the MDL caption entries identified by the Court are not duplicative, they may write accordingly.

---

[1] The Court does not propose to terminate any attorney entries.

The Court therefore directs the parties to enter any further objections they have to the execution of the management plan proposed by the Court at ECF No. 6909 by September 17, 2021. The Court believes this proposal will improve the efficiency and security of docketing in this complicated matter and appreciates the parties' collaboration in the efficient management of this MDL.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         August 12, 2021

*All of the entries on Lists A and B are currently listed as active on the main MDL docket (03-md-1570). In addition, each of the entries below is listed as active on one or more individual dockets unless otherwise noted. Entries that are part of terminated cases (e.g. <u>In Re Terrorist Attacks on September 11, 2001</u>, 11-cv-02281 (LAP) (Mar. 28, 2011)) are not included on these lists.*

## LIST A

1. **Sudan:** the Court has identified seven duplicative entries:

    a. **Agencies and Instrumentalities of the Republic of the Sudan** is listed as an active party in <u>Estate of John P. O'Neil, Sr. v. Kingdom of Saudi Arabia et al.</u>, 04-cv-01923 (GBD)(SN) (Mar. 10, 2004).

    b. **Republic of Sudan Ministry of Defense** is listed as an active party in <u>Burnett v. Al Baraka Inv. & Dev. Corp.</u>, 03-cv-09849 (GBD)(SN) (Dec. 11, 2003).

    c. **Republic of Sudan Ministry of Interior** is listed as an active party in <u>Burnett v. Al Baraka Inv. & Dev. Corp.</u>, 03-cv-09849 (GBD)(SN) (Dec. 11, 2003).

    d. **Republic of the Sudan** is listed as an active party in the following cases: <u>Estate of John P. O'Neill, Sr. et al. v. Saudi Arabia et al.</u>, 04-cv-01922 (GBD)(SN) (Mar. 10, 2004); <u>O'Neill et al. v. Republic of Sudan et al.</u>, 18-cv-12114 (GBD)(SN) (Dec. 21, 2018); <u>Parker v. Republic of the Sudan</u>, 20-cv-10657 (GBD)(SN) (Dec. 17, 2020); <u>Nolan et al. v. Republic of the Sudan</u>, 20-cv-10720 (GBD)(SN) (Dec. 17, 2020).

    e. **Sudanese Government of Northern State** is listed as an active party in the following cases: <u>Salvo et al. v. Al Qaeda Islamic Army et al.</u>, 03-cv-05071 (GBD)(SN) (July 8, 2003); <u>Barrera et al. v. Al Qaeda Islamic Army</u>, 03-cv-07036 (GBD)(SN) (Sept. 9, 2003).

    f. **Sudanese Intelligence Service** is listed as an active party in the following cases: <u>Salvo et al. v. Al Qaeda Islamic Army et al.</u>, 03-cv-05071 (GBD)(SN) (July 8, 2003); <u>Barrera et al. v. Al Qaeda Islamic Army</u>, 03-cv-07036 (GBD)(SN) (Sept. 9, 2003); <u>Cont'l Cas. Co. v. Al Qaeda Islamic Army</u>, 04-cv-05970 (GBD)(SN) (Sept. 1, 2004).

    g. **The Republic of Sudan** is listed as an active party in the following cases: <u>Schneider et al. v. Al Qaeda Islamic Army et al.</u>, 02-cv-07209 (GBD)(SN) (Sept. 10, 2002); <u>Barrera et al. v. Al Qaeda Islamic Army</u>, 03-cv-07036 (GBD)(SN) (Sept. 9, 2003); <u>Burnett v. Al Baraka Inv. & Dev. Corp.</u>, 03-cv-09849 (GBD)(SN) (Dec. 11, 2003); <u>Cont'l Cas. Co. v. Al Qaeda Islamic Army</u>, 04-cv-05970 (GBD)(SN) (Sept. 1, 2004); <u>Euro Brokers Inc. et al. v. Al Baraka Inv. & Dev. Corp.</u>, 04-cv-07279 (GBD)(SN) (Sept. 10, 2004); <u>Betru et al. v. The Republic of Sudan</u>, 20-cv-10615 (GBD)(SN) (Dec. 16, 2020).

2. **The Kingdom of Saudi Arabia**: the Court has identified three duplicative entries:

    a. **Kingdom Of Saudi Arabi** is listed as an active party in <u>Johnston et al. v. Kingdom of Saudi Arabi</u>, 18-cv-12346 (GBD)(SN) (Dec. 29, 2018).

    b. **Kingdom of Saudi Arabia** is listed as an active party in 263 cases listed in Appendix A.

    c. **The Kingdom of Saudi Arabia** is listed as an active party in the following cases: <u>Fed. Ins. et al. v. Al Qaida, et al.</u>, 03-cv-06978 (GBD)(SN) (Sept. 10, 2003); <u>Bowrosen et al. v. The Kingdom of Saudi Arabia</u>, 16-cv-08070 (GBD)(SN) (Oct. 14, 2016).

## LIST B

3. **Saudi Red Crescent Society**: "Red Crescent Saudi Committee" is listed as an active party in the following cases: <u>Salvo et al. v. Al Qaeda Islamic Army et al.</u>, 03-cv-05071 (GBD)(SN) (July 8, 2003); <u>Fed. Ins. et al. v. Al Qaida, et al.</u>, 03-cv-06978 (GBD)(SN) (Sept. 10, 2003).

4. **Prince Naif bin Abdulaziz al-Saud**: "Naif Bin Abdulaziz Al Saud" is listed as an active party in the following cases: <u>Salvo et al. v. Al Qaeda Islamic Army</u>, 03-cv-05071 (GBD)(SN) (July 8, 2003); <u>Burnett v. Al Baraka Inv. & Dev. Corp.</u>, 03-cv-09849 (GBD)(SN) (Dec. 11, 2003).

5. **Prince Salman bin Abdulaziz al-Saud**: "Salman Bin Abdulaziz Al Saud" is listed as an active party in the following cases: <u>Salvo et al. v. Al Qaeda Islamic Army</u>, 03-cv-05071 (GBD)(SN) (July 8, 2003); <u>Barrera et al. v. Al Qaeda Islamic Army</u>, 03-cv-07036 (GBD)(SN) (Sept. 9, 2003); <u>Fed. Ins. et al. v. Al Qaida, et al.</u>, 03-cv-06978 (GBD)(SN) (Sept. 10, 2003); <u>Burnett v. Al Baraka Inv. & Dev. Corp.</u>, 03-cv-09849 (GBD)(SN) (Dec. 11, 2003).

6. **Prince Abdullah al Faisal bin Abdulaziz al Saud**: "Addullah Al Faisal Abdulaziz Al Saud" is only listed as active on the main MDL docket.

7. **National Commercial Bank**: The Court identified two duplicative entries:

    a. **National Commerce Bank** is only listed as an active party on the main MDL docket.

    b. **National Commercial Bank of Saudi Arabia** is only listed as an active party on the main MDL docket.

8. **Al Aqsa Islamic Bank**: "Aqsa Islamic Bank" is listed as an active party in the following cases: Salvo et al. v. Al Qaeda Islamic Army, 03-cv-05071 (GBD)(SN) (July 8, 2003); Fed. Ins. et al. v. Al Qaida, et al., 03-cv-06978 (GBD)(SN) (Sept. 10, 2003).

9. **Al Baraka Investment and Development Corporation:** "Al-Baraka Bancorp, Inc." is listed as an active party in Burnett v. Al Baraka Inv. & Dev. Corp., 03-cv-09849 (GBD)(SN) (Dec. 11, 2003).

10. **Al Shamal Islamic Bank:** "Shamal Islamic Bank" is listed as an active party in the following cases: Ashton et al. v. Al Qaeda Islamic Army et al., 02-cv-06977 (GBD)(SN) (Sept. 4, 2002); Bauer et al. v. Al Qaeda Islamic Army et al., 02-cv-07236 (GBD)(SN) (Sept. 10, 2002); Meyore Estates et al. v. Al Qaeda Islamic Army et al., 02-cv-07214 (GBD)(SN) (Sept. 10, 2002); Schneider et al. v. Al Qaeda Islamic Army et al., 02-cv-07209 (GBD)(SN) (Sept. 10, 2002); Fraser et al. v. Al Qaeda Islamic Army et al., 17-cv-07317 (GDB)(SN) (Sept. 26, 2017).

11. **Alfaisaliah Group a/k/a Faisal Group Holding Company:** "Faisal Group Holding Co." is listed as an active party in the following cases: Ashton et al. v. Al Qaeda Islamic Army et al., 02-cv-06977 (GBD)(SN) (Sept. 4, 2002); Burnett v. Al Baraka Inv. & Dev. Corp., 03-cv-09849 (GBD)(SN) (Dec. 11, 2003); Barrera et al. v. Al Qaeda Islamic Army, 03-cv-07036 (GBD)(SN) (Sept. 9, 2003); Fed. Ins. et al. v. Al Qaida, et al., 03-cv-06978 (GBD)(SN) (Sept. 10, 2003); Cont'l Cas. Co. v. Al Qaeda Islamic Army, 04-cv-05970 (GBD)(SN) (Sept. 1, 2004).

12. **Islamic Assembly of North America:** "Islamic Assembly of North AmericaFoundation" is only listed as an active party on the main MDL docket.

13. **M. Badkook Company:** "M.M. Badkook Co. for Catering & Trading" is listed as an active party in the following cases: Barrera et al. v. Al Qaeda Islamic Army, 03-cv-07036 (GBD)(SN) (Sept. 9, 2003); Cont'l Cas. Co. v. Al Qaeda Islamic Army, 04-cv-05970 (GBD)(SN) (Sept. 1, 2004).

14. **Sercor Treuhand Anstalt:** "Secor Treuhand Anstalt" is only listed as active on the main MDL docket.

15. **Abdullah Al Rajhi:** "Abdullah Salaiman Al-Rajhi" is listed as an active party in the following cases: Salvo et al. v. Al Qaeda Islamic Army, 03-cv-05071 (GBD)(SN) (July 8, 2003); Barrera et al. v. Al Qaeda Islamic Army, 03-cv-07036 (GBD)(SN) (Sept. 9, 2003); Burnett v. Al Baraka Inv. & Dev. Corp., 03-cv-09849 (GBD)(SN) (Dec. 11, 2003); Cont'l Cas. Co. v. Al Qaeda Islamic Army, 04-cv-05970 (GBD)(SN) (Sept. 1, 2004).

16. **Saleh Al Rajhi**: The Court identified two duplicative entries:

    a. **Saleh Abdulaziz Al-Rajhi** is listed as an active party in the following cases: Salvo et al. v. Al Qaeda Islamic Army, 03-cv-05071 (GBD)(SN) (July 8, 2003); Barrera et al. v. Al Qaeda Islamic Army, 03-cv-07036 (GBD)(SN) (Sept. 9,

2003); <u>Fed. Ins. et al. v. Al Qaida, et al.</u>, 03-cv-06978 (GBD)(SN) (Sept. 10, 2003); <u>Cont'l Cas. Co. v. Al Qaeda Islamic Army</u>, 04-cv-05970 (GBD)(SN) (Sept. 1, 2004).

- b. **Saleh Abdul Aziz Al Rajhi** is listed as an active party in <u>Bauer et al. v. Al Qaeda Islamic Army et al.</u>, 02-cv-07236 (GBD)(SN) (Sept. 10, 2002).

17. **Sulaiman Al Rajhi**: "Sulaiman Bin Abdul Aziz Al Rajhi" is listed as an active party in the following cases: <u>Bauer et al. v. Al Qaeda Islamic Army et al.</u>, 02-cv-07236 (GBD)(SN) (Sept. 10, 2002); <u>Euro Brokers Inc. et al. v. Al Baraka Inv. & Dev. Corp.</u>, 04-cv-07279 (GBD)(SN) (Sept. 10, 2004).

18. **Salman Al-Oadah**: The Court identified two duplicative entries:

    a. **Sheik Salman Al-Oawdah** is only listed as an active party on the main MDL docket.

    b. **Salman Al-Ouda** is listed as an active party in the following cases: <u>Fed. Ins. et al. v. Al Qaida, et al.</u>, 03-cv-06978 (GBD)(SN) (Sept. 10, 2003); <u>Burnett v. Al Baraka Inv. & Dev. Corp.</u>, 03-cv-09849 (GBD)(SN) (Dec. 11, 2003).

19. **Shahir A. Batterjee:** "Shahir Abdulraoof Batterjee" is listed as an active party in the following cases: <u>Cont'l Cas. Co. v. Al Qaeda Islamic Army</u>, 04-cv-05970 (GBD)(SN) (Sept. 1, 2004); <u>Euro Brokers Inc. et al. v. Al Baraka Inv. and Dev. Corp.</u>, 04-cv-07279 (GBD)(SN) (Sept. 10, 2004); <u>Bauer et al. v. Al Qaeda Islamic Army et al.</u>, 02-cv-07236 (GBD)(SN) (Sept. 10, 2002).

20. **Tariq Binladin:** The Court identified two duplicative entries:

    a. **Tarek M. Bin Laden** is listed as an active party in the following cases: <u>Salvo et al. v. Al Qaeda Islamic Army et al.</u>, 03-cv-05071 (GBD)(SN) (July 8, 2003); <u>Cont'l Cas. Co. v. Al Qaeda Islamic Army</u>, 04-cv-05970 (GBD)(SN) (Sept. 1, 2004).

    b. **Tarik Bin Laden** is listed as an active party in <u>Bauer et al. v. Al Qaeda Islamic Army et al.</u>, 02-cv-07236 (GBD)(SN) (Sept. 10, 2002).

21. **Yeslam Binladin:** The Court identified two duplicative entries:

    a. **Yeslam Binladin** is only listed as an active party on the main MDL docket.

    b. **Yeslman M. Bin Laden** is only listed as an active party on the main MDL docket.

22. **Saleh Kamel:** "Saleh Abdullah Kamel" (or "Saleh Abdullah kamel") is listed as an active party in the following cases: <u>Ashton et al. v. Al Qaeda Islamic Army et al.</u>, 02-cv-

06977 (GBD)(SN) (Sept. 4, 2002); Bauer et al. v. Al Qaeda Islamic Army et al., 02-cv-07236 (GBD)(SN) (Sept. 10, 2002); Salvo et al. v. Al Qaeda Islamic Army et al., 03-cv-05071 (GBD)(SN) (July 8, 2003); Barrera et al. v. Al Qaeda Islamic Army, 03-cv-07036 (GBD)(SN) (Sept. 9, 2003); Fed. Ins. et al. v. Al Qaida, et al., 03-cv-06978 (GBD)(SN) (Sept. 10, 2003); Burnett v. Al Baraka Inv. & Dev. Corp., 03-cv-09849 (GBD)(SN) (Dec. 11, 2003); Estate of John P. O'Neil, Sr. v. Al Baraka Inv. & Dev. Corp., 04-cv-01923 (GBD)(SN) (Mar. 10, 2004); Cont'l Cas. Co. v. Al Qaeda Islamic Army, 04-cv-05970 (GBD)(SN) (Sept. 1, 2004); Euro Brokers Inc. et al. v. Al Baraka Inv. and Dev. Corp.,04-cv-07279 (GBD)(SN) (Sept. 10, 2004).

23. **Khalid Bin Mahfouz:** "Khaled Bin Salim Bin Mahfouz" is listed as an active party in Barrera et al. v. Al Qaeda Islamic Army, 03-cv-07036 (GBD)(SN) (Sept. 9, 2003).

24. **Ahmed Zaki Yamani:** "Ahmed Zaki Yamani" is listed as an active party in Euro Brokers Inc. et al. v. Al Baraka Inv. and Dev. Corp., 04-cv-07279 (GBD)(SN) (Sept. 10, 2004).

# APPENDIX A

1. Burnett v. Al Baraka Inv. & Dev. Corp., 03-cv-09849 (GBD)(SN) (Dec. 11, 2003)
2. Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia et al., 04-cv-01922 (GBD)(SN) (Mar. 10, 2004)
3. Cantor Fitzgerald Associates, L.P. v. Akida Inv. Co., Ltd., 04-cv-07065 (GBD)(SN) (Sep. 2, 2004)
4. Pacific Employers Ins. Co. et al. v. Kingdom of Saudi Arabia et al., 04-cv-07216 (GBD)(SN) (Sep. 10, 2004)
5. Euro Brokers Inc. et al. v. Al Baraka Inv. and Dev. Corp. et al., 04-cv-07279 (GBD)(SN) (Sep. 10, 2004)
6. McCarthy, et al. v. The Kingdom of Saudi Arabia, 16-cv-08884 (GBD)(SN) (Nov. 15, 2016)
7. Aguilar et al. v. Kingdom of Saudi Arabia et al., 16-cv-09663 (GBD)(SN) (Dec. 14, 2016)
8. Addesso et al. v. Kingdom of Saudi Arabia et al., 16-cv-09937 (GBD)(SN) (Dec. 23, 2016)
9. Hodges et al. v. Kingdom of Saudi Arabia et al., 17-cv-00117 (GBD)(SN) (Jan. 6, 2017)
10. Desimone v. Kingdom of Saudi Arabia, 17-cv-00348 (GBD)(SN) (Jan. 18, 2017)
11. Aiken et al. v. Kingdom of Saudi Arabia et al., 17-cv-00450 (GBD)(SN) (Jan. 20, 2017)
12. Ashton et al. v. Kingdom of Saudi Arabia, 17-cv-02003 (GBD)(SN) (Mar. 20, 2017)
13. The Underwriting Members of Lloyd's Syndicate 53 et al. v. Kingdom of Saudi Arabia et al., 17-cv-02129 (GBD)(SN) (Mar. 23, 2017)
14. General Reinsurance. Corp. et al. v. Kingdom of Saudi Arabia, 17-cv-03810 (GBD)(SN) (May. 19, 2017)
15. Abarca et al. v. Kingdom of Saudi Arabia et al., 17-cv-03887 (GBD)(SN) (May. 23, 2017)
16. Arrowood Indem. Co. et al. v. Kingdom of Saudi Arabia et al., 17-cv-03908 (GBD)(SN) (May. 23, 2017)
17. Abrams et al. v. Kingdom of Saudi Arabia et al., 17-cv-04201 (GBD)(SN) (Jun. 5, 2017)
18. Abtello et al. v. Kingdom of Saudi Arabia et al., 17-cv-05174 (GBD)(SN) (Jul. 10, 2017)
19. Aasheim et al. v. Kingdom of Saudi Arabia et al., 17-cv-05471 (GBD)(SN) (Jul. 19, 2017)

20. <u>Abedhajajreh v. Kingdom of Saudi Arabia et al.</u>, 17-cv-06123 (GBD)(SN) (Aug. 14, 2017)
21. <u>Allianz Versicherungs-Aktiengesellschaft et al. v. Kingdom of Saudi Arabia</u>, 17-cv-06519 (GBD)(SN) (Aug. 25, 2017)
22. <u>Fraser et al. v. Al Qaeda Islamic Army et al.</u>, 17-cv-07317 (GBD)(SN) (Sep. 26, 2017)
23. <u>Abbate v. Kingdom of Saudi Arabia et al.</u>, 17-cv-08617 (GBD)(SN) (Nov. 7, 2017)
24. <u>Behette et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-00538 (GBD)(SN) (Jan. 22, 2018)
25. <u>Abarca et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-00947 (GBD)(SN) (Feb. 2, 2018)
26. <u>Dillaber et al. v. Islamic Republic Of Iran et al.</u>, 18-cv-03162 (GBD)(SN) (Apr. 11, 2018)
27. <u>Leftt et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-03353 (GBD)(SN) (Apr. 17, 2018)
28. <u>Global Aerospace, Inc. et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-05373 (GBD)(SN) (Jun. 14, 2018)
29. <u>IF P&C Ins. Limited (Publ) v. Kingdom of Saudi Arabia et al.</u>, 18-cv-05383 (GBD)(SN) (Jun. 14, 2018)
30. <u>Acker et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-06922 (GBD)(SN) (Aug. 1, 2018)
31. <u>Abustan et al. v. Kingdom of Saudi Arabia</u>, 18-cv-07030 (GBD)(SN) (Aug. 6, 2018)
32. <u>Ascher et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-07509 (GBD)(SN) (Aug. 17, 2018)
33. <u>Alarcon et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-10779 (GBD)(SN) (Nov. 19, 2018)
34. <u>Napolitano et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-10820 (GBD)(SN) (Nov. 19, 2018)
35. <u>Alperstein et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11033 (GBD)(SN) (Nov. 27, 2018)
36. <u>Abbate et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11051 (GBD)(SN) (Nov. 27, 2018)
37. <u>Carollo v. Kingdom Of Saudi Arabia</u>, 18-cv-11140 (GBD)(SN) (Nov. 29, 2018)
38. <u>Carlo et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11144 (GBD)(SN) (Nov. 29, 2018)
39. <u>Duval et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11157 (GBD)(SN) (Nov. 30, 2018)
40. <u>Carraway et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11191 (GBD)(SN) (Nov. 30, 2018)
41. <u>Anderson et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11212 (GBD)(SN) (Dec. 3, 2018)
42. <u>Flores et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11250 (GBD)(SN) (Dec. 3, 2018)
43. <u>Schwartz et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11251 (GBD)(SN) (Dec. 3, 2018)
44. <u>Abel et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11253 (GBD)(SN) (Dec. 3, 2018)
45. <u>Castro et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11257 (GBD)(SN) (Dec. 3, 2018)
46. <u>Carey et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11259 (GBD)(SN) (Dec. 3, 2018)
47. <u>Gerdes et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11274 (GBD)(SN) (Dec. 4, 2018)
48. <u>Orpilla et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11289 (GBD)(SN) (Dec. 4, 2018)
49. <u>Ainslie et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11293 (GBD)(SN) (Dec. 4, 2018)
50. <u>Brill et al. v. kingdom of Saudi Arabia</u>, 18-cv-11305 (GBD)(SN) (Dec. 4, 2018)
51. <u>Leoniak et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11308 (GBD)(SN) (Dec. 4, 2018)
52. <u>Michel et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11311 (GBD)(SN) (Dec. 4, 2018)
53. <u>Aiello et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11345 (GBD)(SN) (Dec. 5, 2018)
54. <u>Banfield et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11346 (GBD)(SN) (Dec. 5, 2018)
55. <u>Jacobsen et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11361 (GBD)(SN) (Dec. 5, 2018)
56. <u>Abrams et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11375 (GBD)(SN) (Dec. 5, 2018)
57. <u>Abbey et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11382 (GBD)(SN) (Dec. 6, 2018)
58. <u>Bennett et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11392 (GBD)(SN) (Dec. 6, 2018)
59. <u>Acevedo et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11422 (GBD)(SN) (Dec. 6, 2018)
60. <u>Allende et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11423 (GBD)(SN) (Dec. 6, 2018)
61. <u>Acevedo et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11426 (GBD)(SN) (Dec. 6, 2018)

62. <u>Acquafredda et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11429 (GBD)(SN) (Dec. 6, 2018)
63. <u>Albrecht et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11431 (GBD)(SN) (Dec. 6, 2018)
64. <u>Appel et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11433 (GBD)(SN) (Dec. 6, 2018)
65. <u>Aluotto et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11459 (GBD)(SN) (Dec. 7, 2018)
66. <u>Acosta et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11464 (GBD)(SN) (Dec. 7, 2018)
67. <u>Altman et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11479 (GBD)(SN) (Dec. 7, 2018)
68. <u>Chin et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11481 (GBD)(SN) (Dec. 7, 2018)
69. <u>Acciarito et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11483 (GBD)(SN) (Dec. 8, 2018)
70. <u>Ahlers et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11484 (GBD)(SN) (Dec. 8, 2018)
71. <u>Abdul-Jalil et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11485 (GBD)(SN) (Dec. 8, 2018)
72. <u>Andrews et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11486 (GBD)(SN) (Dec. 8, 2018)
73. <u>Alden et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11488 (GBD)(SN) (Dec. 9, 2018)
74. <u>Mandel et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11489 (GBD)(SN) (Dec. 9, 2018)
75. <u>Adams et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11493 (GBD)(SN) (Dec. 10, 2018)
76. <u>Albertelli et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11500 (GBD)(SN) (Dec. 10, 2018)
77. <u>Actisdano et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11504 (GBD)(SN) (Dec. 10, 2018)
78. <u>Anderson et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11509 (GBD)(SN) (Dec. 10, 2018)
79. <u>Abraham et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11515 (GBD)(SN) (Dec. 10, 2018)
80. <u>Adrat et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11516 (GBD)(SN) (Dec. 10, 2018)
81. <u>Bastible et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11517 (GBD)(SN) (Dec. 10, 2018)
82. <u>Abrahams et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11519 (GBD)(SN) (Dec. 10, 2018)
83. <u>Giambrone et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11525 (GBD)(SN) (Dec. 10, 2018)
84. <u>Abbas et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11527 (GBD)(SN) (Dec. 10, 2018)
85. <u>Rebasti et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11532 (GBD)(SN) (Dec. 10, 2018)
86. <u>Abrams et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11573 (GBD)(SN) (Dec. 11, 2018)
87. <u>Acerno et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11575 (GBD)(SN) (Dec. 11, 2018)
88. <u>Adorno v. Kingdom of Saudi Arabia</u>, 18-cv-11578 (GBD)(SN) (Dec. 11, 2018)
89. <u>Barbuto et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11580 (GBD)(SN) (Dec. 11, 2018)
90. <u>Arias et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11582 (GBD)(SN) (Dec. 11, 2018)
91. <u>Furman et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11583 (GBD)(SN) (Dec. 11, 2018)
92. <u>Abruzzese et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11584 (GBD)(SN) (Dec. 11, 2018)
93. <u>Agri et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11619 (GBD)(SN) (Dec. 12, 2018)
94. <u>Barrera et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11624 (GBD)(SN) (Dec. 12, 2018)
95. <u>Casilla et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11645 (GBD)(SN) (Dec. 13, 2018)
96. <u>Ando et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11664 (GBD)(SN) (Dec. 13, 2018)
97. <u>Abdul-Matin et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11685 (GBD)(SN) (Dec. 13, 2018)
98. <u>Adams et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11695 (GBD)(SN) (Dec. 13, 2018)
99. <u>Kane et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-11717 (GBD)(SN) (Dec. 14, 2018)
100. <u>Karibian et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-11727 (GBD)(SN) (Dec. 14, 2018)
101. <u>Towle et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-11745 (GBD)(SN) (Dec. 14, 2018)
102. <u>Escowitz v. Kingdom of Saudi Arabia</u>, 18-cv-11713 (GBD)(SN) (Dec. 14, 2018)
103. <u>Amberman et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11724 (GBD)(SN) (Dec. 14, 2018)
104. <u>Kane et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11743 (GBD)(SN) (Dec. 14, 2018)
105. <u>Naughton et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11748 (GBD)(SN) (Dec. 14, 2018)
106. <u>Acerno v. Kingdom of Saudi Arabia</u>, 18-cv-11754 (GBD)(SN) (Dec. 14, 2018)
107. <u>Accurso et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11755 (GBD)(SN) (Dec. 14, 2018)

108. Alessi et al. v. Kingdom of Saudi Arabia, 18-cv-11757 (GBD)(SN) (Dec. 14, 2018)
109. Massa et al. v. Kingdom of Saudi Arabia, 18-cv-11761 (GBD)(SN) (Dec. 14, 2018)
110. Botwinick et al. v. Kingdom of Saudi Arabia, 18-cv-11762 (GBD)(SN) (Dec. 14, 2018)
111. Elliott et al. v. Kingdom of Saudi Arabia, 18-cv-11768 (GBD)(SN) (Dec. 15, 2018)
112. Correale et al. v. Kingdom of Saudi Arabia, 18-cv-11769 (GBD)(SN) (Dec. 15, 2018)
113. Bouattoura et al. v. Kingdom of Saudi Arabia, 18-cv-11772 (GBD)(SN) (Dec. 15, 2018)
114. Lynch et al. v. Kingdom of Saudi Arabia, 18-cv-11773 (GBD)(SN) (Dec. 15, 2018)
115. Guinta et al. v. Kingdom of Saudi Arabia, 18-cv-11774 (GBD)(SN) (Dec. 15, 2018)
116. Antonelli et al. v. Kingdom of Saudi Arabia, 18-cv-11775 (GBD)(SN) (Dec. 16, 2018)
117. Jordan et al. v. Kingdom of Saudi Arabia, 18-cv-11776 (GBD)(SN) (Dec. 16, 2018)
118. Daly, Jr. et al. v. Kingdom of Saudi Arabia, 18-cv-11780 (GBD)(SN) (Dec. 16, 2018)
119. Munoz et al. v. Kingdom of Saudi Arabia, 18-cv-11781 (GBD)(SN) (Dec. 16, 2018)
120. Bowers III et al. v. Kingdom of Saudi Arabia, 18-cv-11784 (GBD)(SN) (Dec. 16, 2018)
121. Aversano et al. v. Kingdom of Saudi Arabia, 18-cv-11785 (GBD)(SN) (Dec. 16, 2018)
122. Allen et al. v. Kingdom of Saudi Arabia, 18-cv-11795 (GBD)(SN) (Dec. 17, 2018)
123. Rix et al. v. Kingdom of Saudi Arabia, 18-cv-11798 (GBD)(SN) (Dec. 17, 2018)
124. Abdul-Wadud et al. v. Kingdom of Saudi Arabia, 18-cv-11800 (GBD)(SN) (Dec. 17, 2018)
125. Aucoin et al. v. Kingdom of Saudi Arabia, 18-cv-11803 (GBD)(SN) (Dec. 17, 2018)
126. Abraham et al. v. Kingdom of Saudi Arabia, 18-cv-11804 (GBD)(SN) (Dec. 17, 2018)
127. Acosta et al. v. Kingdom of Saudi Arabia, 18-cv-11810 (GBD)(SN) (Dec. 17, 2018)
128. Brenholtz et al. v. Kingdom of Saudi Arabia, 18-cv-11812 (GBD)(SN) (Dec. 17, 2018)
129. Thatcher et al. v. Kingdom of Saudi Arabia, 18-cv-11814 (GBD)(SN) (Dec. 17, 2018)
130. Abad et al. v. Kingdom of Saudi Arabia, 18-cv-11831 (GBD)(SN) (Dec. 17, 2018)
131. Abraham et al. v. Kingdom of Saudi Arabia, 18-cv-11833 (GBD)(SN) (Dec. 17, 2018)
132. Allison et al. v. Kingdom of Saudi Arabia, 18-cv-11834 (GBD)(SN) (Dec. 17, 2018)
133. Mawra et al. v. Kingdom of Saudi Arabia, 18-cv-11839 (GBD)(SN) (Dec. 17, 2018)
134. Agron et al. v. Kingdom of Saudi Arabia, 18-cv-11841 (GBD)(SN) (Dec. 17, 2018)
135. Allegra v. Kingdom of Saudi Arabia, 18-cv-11847 (GBD)(SN) (Dec. 17, 2018)
136. Amato et al. v. Kingdom of Saudi Arabia, 18-cv-11849 (GBD)(SN) (Dec. 17, 2018)
137. Atiles et al. v. Kingdom of Saudi Arabia, 18-cv-11854 (GBD)(SN) (Dec. 17, 2018)
138. Ajami v. Kingdom of Saudi Arabia, 18-cv-11855 (GBD)(SN) (Dec. 17, 2018)
139. Abdou et al. v. Kingdom of Saudi Arabia, 18-cv-11856 (GBD)(SN) (Dec. 17, 2018)
140. Aparicio et al. v. Kingdom of Saudi Arabia, 18-cv-11857 (GBD)(SN) (Dec. 17, 2018)
141. Alraimouny et al. v. Kingdom of Saudi Arabia, 18-cv-11862 (GBD)(SN) (Dec. 17, 2018)
142. Rosenthal v. Kingdom of Saudi Arabia, 18-cv-11866 (GBD)(SN) (Dec. 17, 2018)
143. Alesi et al. v. Kingdom of Saudi Arabia, 18-cv-11867 (GBD)(SN) (Dec. 17, 2018)
144. Allen v. Kingdom of Saudi Arabia, 18-cv-11868 (GBD)(SN) (Dec. 17, 2018)
145. Sansevero et al. v. Kingdom of Saudi Arabia, 18-cv-11872 (GBD)(SN) (Dec. 17, 2018)
146. Balestrieri et al. v. Kingdom of Saudi Arabia, 18-cv-11874 (GBD)(SN) (Dec. 17, 2018)
147. Abel et al. v. Kingdom of Saudi Arabia, 18-cv-11880 (GBD)(SN) (Dec. 17, 2018)
148. Bonomo et al. v. Kingdom Of Saudi Arabia, 18-cv-11885 (GBD)(SN) (Dec. 18, 2018)
149. Bobbitt et al. v. Kingdom of Saudi Arabia, 18-cv-11886 (GBD)(SN) (Dec. 18, 2018)
150. Cintron-Lugos et al. v. Kingdom Of Saudi Arabia, 18-cv-11888 (GBD)(SN) (Dec. 18, 2018)
151. Addario et al. v. Kingdom of Saudi Arabia, 18-cv-11890 (GBD)(SN) (Dec. 18, 2018)
152. Bursztyn et al. v. Kingdom Of Saudi Arabia, 18-cv-11891 (GBD)(SN) (Dec. 18, 2018)

153. <u>Amrhein et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11892 (GBD)(SN) (Dec. 18, 2018)
154. <u>Chiu et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11893 (GBD)(SN) (Dec. 18, 2018)
155. <u>Altinel et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11896 (GBD)(SN) (Dec. 18, 2018)
156. <u>Gitter et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11899 (GBD)(SN) (Dec. 18, 2018)
157. <u>DeConto et al. v. Kingdom Of Saudi Arabia</u>, 18-cv-11904 (GBD)(SN) (Dec. 18, 2018)
158. <u>Soulas v. Kingdom of Saudi Arabia</u>, 18-cv-11909 (GBD)(SN) (Dec. 18, 2018)
159. <u>Homer v. Kingdom of Saudi Arabia</u>, 18-cv-11910 (GBD)(SN) (Dec. 18, 2018)
160. <u>Balarezo et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11911 (GBD)(SN) (Dec. 18, 2018)
161. <u>Kenney-Remini et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11921 (GBD)(SN) (Dec. 18, 2018)
162. <u>Lang et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11926 (GBD)(SN) (Dec. 18, 2018)
163. <u>Alayon et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11927 (GBD)(SN) (Dec. 18, 2018)
164. <u>Abad et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11929 (GBD)(SN) (Dec. 18, 2018)
165. <u>Anobile v. Kingdom of Saudi Arabia</u>, 18-cv-11939 (GBD)(SN) (Dec. 18, 2018)
166. <u>Gordenstein et al. v. Kingdom Of Saudi Arabia</u>, 18-cv-11941 (GBD)(SN) (Dec. 18, 2018)
167. <u>Cumberbatch et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11942 (GBD)(SN) (Dec. 18, 2018)
168. <u>Dougherty et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11944 (GBD)(SN) (Dec. 18, 2018)
169. <u>Harris et al. v. Kingdom Of Saudi Arabia</u>, 18-cv-11946 (GBD)(SN) (Dec. 18, 2018)
170. <u>Pugh et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11949 (GBD)(SN) (Dec. 18, 2018)
171. <u>Garger et al. v. Kingdom Of Saudi Arabia</u>, 18-cv-11950 (GBD)(SN) (Dec. 18, 2018)
172. <u>Thatcher et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11951 (GBD)(SN) (Dec. 18, 2018)
173. <u>Bush et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11964 (GBD)(SN) (Dec. 18, 2018)
174. <u>Mercer et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11965 (GBD)(SN) (Dec. 18, 2018)
175. <u>Murray et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11966 (GBD)(SN) (Dec. 18, 2018)
176. <u>Aronow et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12005 (GBD)(SN) (Dec. 19, 2018)
177. <u>Perez et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11967 (GBD)(SN) (Dec. 19, 2018)
178. <u>Richards et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11969 (GBD)(SN) (Dec. 19, 2018)
179. <u>Rooney et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11970 (GBD)(SN) (Dec. 19, 2018)
180. <u>Spence et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11971 (GBD)(SN) (Dec. 19, 2018)
181. <u>Fontanes et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11983 (GBD)(SN) (Dec. 19, 2018)
182. <u>Mazur et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11992 (GBD)(SN) (Dec. 19, 2018)
183. <u>Abbanato et al. v. Kingdom of Saudi Arabia</u>, 18-cv-11996 (GBD)(SN) (Dec. 19, 2018)
184. <u>Baucom et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12009 (GBD)(SN) (Dec. 19, 2018)
185. <u>Moreno et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12010 (GBD)(SN) (Dec. 19, 2018)
186. <u>Pagano et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12015 (GBD)(SN) (Dec. 19, 2018)
187. <u>Acosta et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-12039 (GBD)(SN) (Dec. 20, 2018)
188. <u>Ortega et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-12071 (GBD)(SN) (Dec. 20, 2018)
189. <u>Hogue et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12052 (GBD)(SN) (Dec. 20, 2018)
190. <u>Shtivelman et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-12067 (GBD)(SN) (Dec. 20, 2018)
191. <u>Bursztyn et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12026 (GBD)(SN) (Dec. 20, 2018)
192. <u>Aepelbacher et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12030 (GBD)(SN) (Dec. 20, 2018)
193. <u>Cruz et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12034 (GBD)(SN) (Dec. 20, 2018)
194. <u>Amaniera et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12043 (GBD)(SN) (Dec. 20, 2018)
195. <u>Siguencia et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12044 (GBD)(SN) (Dec. 20, 2018)
196. <u>Abdulla et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-12060 (GBD)(SN) (Dec. 20, 2018)

197. Hartford Fire Ins. Co. et al. v. Kingdom of Saudi Arabia, 18-cv-12085 (GBD)(SN) (Dec. 20, 2018)
198. Perez-Zapata et al. v. Kingdom of Saudi Arabia, 18-cv-12100 (GBD)(SN) (Dec. 21, 2018)
199. Swiss Reinsurance America Corp. et al. v. Kingdom of Saudi Arabia, 18-cv-12109 (GBD)(SN) (Dec. 21, 2018)
200. Adam et al. v. Kingdom of Saudi Arabia, 18-cv-12118 (GBD)(SN) (Dec. 21, 2018)
201. Agostinacchio et al. v. Kingdom of Saudi Arabia, 18-cv-12141 (GBD)(SN) (Dec. 22, 2018)
202. Deckelmann et al. v. Kingdom of Saudi Arabia, 18-cv-12143 (GBD)(SN) (Dec. 23, 2018)
203. Achong et al. v. Kingdom of Saudi Arabia, 18-cv-12144 (GBD)(SN) (Dec. 23, 2018)
204. Lynch et al. v. Kingdom of Saudi Arabia, 18-cv-12145 (GBD)(SN) (Dec. 23, 2018)
205. Crossfield et al. v. Kingdom of Saudi Arabia, 18-cv-12224 (GBD)(SN) (Dec. 26, 2018)
206. Collins et al. v. Kingdom of Saudi Arabia, 18-cv-12256 (GBD)(SN) (Dec. 27, 2018)
207. Wurttembergische Versicherung AG v. Kingdom of Saudi Arabia, 18-cv-12257 (GBD)(SN) (Dec. 27, 2018)
208. Aamoth et al. v. Kingdom of Saudi Arabia, 18-cv-12270 (GBD)(SN) (Dec. 27, 2018)
209. Deuel et al. v. Kingdom of Saudi Arabia, 18-cv-12272 (GBD)(SN) (Dec. 27, 2018)
210. Kincaid et al. v. Kingdom of Saudi Arabia, 18-cv-12273 (GBD)(SN) (Dec. 27, 2018)
211. Ortiz et al. v. Kingdom of Saudi Arabia, 18-cv-12274 (GBD)(SN) (Dec. 27, 2018)
212. Stackpole et al. v. Kingdom of Saudi Arabia, 18-cv-12275 (GBD)(SN) (Dec. 27, 2018)
213. Abdus-Sabur et al. v. Kingdom of Saudi Arabia, 18-cv-12280 (GBD)(SN) (Dec. 28, 2018)
214. Jacobs et al. v. Kingdom of Saudi Arabia, 18-cv-12286 (GBD)(SN) (Dec. 28, 2018)
215. Rogers et al. v. Kingdom of Saudi Arabia, 18-cv-12291 (GBD)(SN) (Dec. 28, 2018)
216. Berry et al. v. Kingdom of Saudi Arabia, 18-cv-12294 (GBD)(SN) (Dec. 28, 2018)
217. Coppola et al. v. Kingdom of Saudi Arabia, 18-cv-12298 (GBD)(SN) (Dec. 28, 2018)
218. Ervin et al. v. Kingdom of Saudi Arabia, 18-cv-12301 (GBD)(SN) (Dec. 28, 2018)
219. Gularte et al. v. Kingdom of Saudi Arabia, 18-cv-12305 (GBD)(SN) (Dec. 28, 2018)
220. Abernethy et al. v. Kingdom of Saudi Arabia, 18-cv-12309 (GBD)(SN) (Dec. 28, 2018)
221. Abreu et al. v. Kingdom of Saudi Arabia, 18-cv-12318 (GBD)(SN) (Dec. 28, 2018)
222. Parks et al. v. Kingdom of Saudi Arabia, 18-cv-12322 (GBD)(SN) (Dec. 28, 2018)
223. Keaton et al. v. Kingdom of Saudi Arabia, 18-cv-12326 (GBD)(SN) (Dec. 29, 2018)
224. Mann et al. v. Kingdom of Saudi Arabia, 18-cv-12328 (GBD)(SN) (Dec. 29, 2018)
225. Moy et al. v. Kingdom of Saudi Arabia, 18-cv-12334 (GBD)(SN) (Dec. 29, 2018)
226. Quinones et al. v. Kingdom of Saudi Arabia, 18-cv-12335 (GBD)(SN) (Dec. 29, 2018)
227. Sorrentino et al. v. Kingdom of Saudi Arabia, 18-cv-12336 (GBD)(SN) (Dec. 29, 2018)
228. Abbatine et al. v. Kingdom of Saudi Arabia, 18-cv-12343 (GBD)(SN) (Dec. 29, 2018)
229. Rodriguez et al. v. Kingdom of Saudi Arabia, 18-cv-12348 (GBD)(SN) (Dec. 30, 2018)
230. Moore et al. v. Kingdom of Saudi Arabia, 18-cv-12349 (GBD)(SN) (Dec. 30, 2018)
231. Arichabala et al. v. Kingdom of Saudi Arabia, 18-cv-12350 (GBD)(SN) (Dec. 30, 2018)
232. Callahan et al. v. Kingdom of Saudi Arabia, 18-cv-12351 (GBD)(SN) (Dec. 30, 2018)
233. Davis et al. v. Kingdom of Saudi Arabia, 18-cv-12352 (GBD)(SN) (Dec. 30, 2018)
234. Hart et al. v. Kingdom of Saudi Arabia, 18-cv-12353 (GBD)(SN) (Dec. 30, 2018)
235. Latchman et al. v. Kingdom of Saudi Arabia, 18-cv-12354 (GBD)(SN) (Dec. 30, 2018)
236. Perez et al. v. Kingdom of Saudi Arabia, 18-cv-12358 (GBD)(SN) (Dec. 31, 2018)
237. Levin et al. v. Kingdom of Saudi Arabia, 18-cv-12360 (GBD)(SN) (Dec. 31, 2018)
238. Labozzetta et al. v. Kingdom of Saudi Arabia et al., 18-cv-12362 (GBD)(SN) (Dec. 31, 2018)

239. <u>Chairnoff et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12367 (GBD)(SN) (Dec. 31, 2018)
240. <u>Figuereo et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12369 (GBD)(SN) (Dec. 31, 2018)
241. <u>Magee et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12372 (GBD)(SN) (Dec. 31, 2018)
242. <u>Abiuso et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-12374 (GBD)(SN) (Dec. 31, 2018)
243. <u>Ludewig et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12377 (GBD)(SN) (Dec. 31, 2018)
244. <u>Zelmanowitz et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12381 (GBD)(SN) (Dec. 31, 2018)
245. <u>Barnes et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12383 (GBD)(SN) (Dec. 31, 2018)
246. <u>Knight et al. v. Kingdom Of Saudi Arabia</u>, 18-cv-12399 (GBD)(SN) (Dec. 31, 2018)
247. <u>Agro et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12402 (GBD)(SN) (Dec. 31, 2018)
248. <u>Anaya et al. v. Kingdom of Saudi Arabia</u>, 18-cv-12339 (GBD)(SN) (Dec. 29, 2018)
249. <u>Nelson et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-12375 (GBD)(SN) (Dec. 31, 2018)
250. <u>DiGiovanni et al. v. Kingdom of Saudi Arabia et al.</u>, 18-cv-12376 (GBD)(SN) (Dec. 31, 2018)
251. <u>Kwartowitz v. Kingdom of Saudi Arabia</u>, 18-cv-12378 (GBD)(SN) (Dec. 31, 2018)
252. <u>Ashourvaveh et al. v. Kingdom of Saudi Arabia et al.</u>, 19-cv-00039 (GBD)(SN) (Jan. 2, 2019)
253. <u>Barnes et al. v. Kingdom of Saudi Arabia</u>, 19-cv-00003 (GBD)(SN) (Jan. 1, 2019)
254. <u>Watts et al. v. Kingdom of Saudi Arabia</u>, 19-cv-00025 (GBD)(SN) (Jan. 2, 2019)
255. <u>Odland v. Kingdom of Saudi Arabia</u>, 19-cv-00026 (GBD)(SN) (Jan. 2, 2019)
256. <u>Crawford et al. v. Kingdom of Saudi Arabia</u>, 19-cv-00027 (GBD)(SN) (Jan. 2, 2019)
257. <u>Ahmed et al. v. Kingdom of Saudi Arabia</u>, 19-cv-00028 (GBD)(SN) (Jan. 2, 2019)
258. <u>Collazo et al. v. Kingdom of Saudi Arabia et al.</u>, 19-cv-00030 (GBD)(SN) (Jan. 2, 2019)
259. <u>McGuire et al. v. Kingdom of Saudi Arabia</u>, 19-cv-00031 (GBD)(SN) (Jan. 2, 2019)
260. <u>Adedapo et al. v. Kingdom of Saudi Arabia</u>, 19-cv-00040 (GBD)(SN) (Jan. 2, 2019)
261. <u>O'Connor v. Kingdom of Saudi Arabia</u>, 19-cv-00045 (GBD)(SN) (Jan. 2, 2019)
262. <u>Boyle et al. v. Kingdom of Saudi Arabia</u>, 19-cv-00048 (GBD)(SN) (Jan. 2, 2019)
263. <u>Abarca et al. v. Kingdom of Saudi Arabia</u>, 19-cv-00050 (GBD)(SN) (Jan. 2, 2019)