UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On March 11, 2021, the Court set the end of expert discovery for specific defendants[1] as July 23, 2021. ECF No. 6657. That deadline was then extended to August 6, 2021, to accommodate the deposition of Evan Kohlmann. ECF No. 6815. The expert discovery period for these defendants has thus closed.

The Court therefore directs the parties to meet-and-confer and submit a joint status letter proposing the next steps for this action and a schedule for those steps. That letter shall be submitted by August 27, 2021. If the parties believe a settlement conference would be productive, this letter may include that proposal.

**SO ORDERED.**

DATED:   New York, New York
           August 13, 2021

SARAH NETBURN
United States Magistrate Judge

---

[1] Dubai Islamic Bank, World Assembly of Muslim Youth and World Assembly of Muslim Youth International, International Islamic Relief Organization, Muslim World League, the four "Charity Officer Defendants" (Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, and Adnan Basha), and Yassin Kadi.