UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                      )
IN RE:  TERRORIST ATTACKS ON          )   Civil Action No. 03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                    )   ECF Case
_____)

This document relates to:

*All cases*

### NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE THAT, pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern Ditsrict of New York, and upon the accompanying declaration, the undersigned counsel, Matthew R. Huppert, hereby respectfully moves this Court, before the Honorable George B. Daniels, United States District Judge and the Honorable Sarah Netburn, United States Magistrate Judge, for an Order granting this motion to withdraw as counsel for the Kingdom of Saudi Arabia.  As set forth in the attached declaration, withdrawal is necessary because the undersigned will be departing the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. on August 20, 2021.  In connection with the withdrawal, the clerk is requested to remove the name of the undersigned from the CM/ECF service list.

The law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. will continue to serve as counsel for the Kingdom of Saudi Arabia in this proceeding.  The withdrawal of the undersigned will not occasion a request for an extension of any deadlines in the case.  The undersigned is not asserting a retaining or charging lien in connection with the undersigned's departure.

Dated: August 16, 2021                               Respectfully submitted,

/s/ *Matthew R. Huppert*

Matthew R. Huppert
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209
(202) 326-7900
(202) 326-7999 (fax)

*Attorney for the Kingdom of Saudi Arabia*