**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ———————————————————— ) | |
| IN RE:  TERRORIST ATTACKS ON                )    Civil Action No. 03 MDL 1570 (GBD) (SN) | |
| SEPTEMBER 11, 2001                                   )    ECF Case | |
| ———————————————————— ) | |

This document relates to:

*All cases*

### DECLARATION IN SUPPORT OF NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD

       I, Matthew R. Huppert, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

       1.      The facts herein are based upon my personal knowledge.

       2.      I was admitted *pro hac vice* into the MDL proceeding (03 MD 1570) by Order dated February 26, 2019.

       3.      My withdrawal is necessary because I will be departing the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. on August 20, 2021.

       4.      My withdrawal will not occasion a request for an extension of any deadlines in the case.

       5.      I am not asserting a retaining or charging lien in connection with my departure. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 16, 2021

Respectfully submitted,

/s/ *Matthew R. Huppert*

Matthew R. Huppert
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209
(202) 326-7900
(202) 326-7999 (fax)

*Attorney for the Kingdom of Saudi Arabia*

2