UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to:

*All cases*

**SARAH NETBURN, United States Magistrate Judge:**

### [PROPOSED] ORDER TO WITHDRAW MATTHEW R. HUPPERT AS ATTORNEY OF RECORD

Before the Court is the Motion to Withdraw Matthew R. Huppert as Attorney of Record for the Kingdom of Saudi Arabia.

It is **ORDERED** that Matthew R. Huppert be withdrawn as counsel for the Kingdom of Saudi Arabia in the above-referenced action.

Dated: _____, 2021
New York, New York

Hon. Sarah Netburn
United States Magistrate Judge