

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

August 16, 2021

VIA ECF
The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    In response to this Court's August 12, 2021 Order, please see the following declarations of Megan Wolfe Benett, James P. Kreindler, Andrew J. Maloney and Steven R. Pounian.

                        Respectfully,

                        /s/ Megan Wolfe Benett
                        KREINDLER & KREINDLER LLP
                        485 Lexington Avenue
                        New York, New York 10017
                        Tel.: 212-687-8181
                        Email: mbenett@kreindler.com

Enclosures

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

*This document relates to*:
All Actions

DECLARATION OF MEGAN WOLFE BENETT

I, Megan Wolfe Benett, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

1. I am an attorney admitted to practice in this Court in the above-captioned matter, a partner at Kreindler & Kreindler LLP and counsel to Plaintiffs in the above referenced multi-district litigation proceeding In Re: Terrorist Attacks on September 11, 2001, Civil Action 03 MD 1570 (GBD) (SN) ("September 11th Terrorist Attacks Lawsuit") and submit this declaration in response to the Court's August 12, 2021 Order (ECF No. 7011).

2. In connection with the September 11th Terrorist Attacks Lawsuit, I signed the FBI Protective Order (ECF No. 4255 at 10) and am aware of and have reviewed the Protective Order (ECF No. 1900). For the past four years, I have been one of the primary attorneys at Kreindler and Kreindler LLP representing the family members of those murdered in the September 11th Terrorist Attacks in this lawsuit against the Kingdom of Saudi Arabia ("Kingdom"), alleging that the Kingdom and its agents conspired with and provided material support to the September 11th hijackers.

3. As part of the September 11th Terrorist Attacks Lawsuit, I deposed the Kingdom of Saudi Arabia's former Ministry of Foreign Affairs, Islamic Affairs Division employee Musaed al-Jarrah on June 17 and 18, 2021.

1

4. I obtained a copy of the rough transcript of the Jarrah deposition at the end of each day that he was deposed and a final copy of the transcript from both days of the Jarrah deposition on June 28, 2021 from Golkow Litigation Services, both an unredacted and a redacted copy. The only individuals at Kreindler and Kreindler LLP on that email were myself, Steven R. Pounian, Jim Kreindler, Andrew J. Maloney and a paralegal in our office.

5. On July 7, 2021, Golkow Litigation Services sent an email with links to the video of the Jarrah deposition. Again, the only individuals at Kreindler and Kreindler LLP on that email were myself, Steven R. Pounian, Jim Kreindler, Andrew J. Maloney and a paralegal in our office.

6. At no time did I share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

7. At no time did I direct anyone to share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

8. Following publication of the Michael Isikoff article, our firm conducted a review of the handling of the Jarrah deposition transcript after its receipt by the firm, including searches performed by the firm's information technology director of all outgoing emails.

9. Based on that review, and to my knowledge, no one with the firm or anyone acting on its direction shared the Jarrah deposition transcript with anyone unauthorized by the Protective Order and the FBI Protective Order.

10. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
August 16, 2021

                                          KREINDLER & KREINDLER LLP

                                          By: */s/ Megan Wolfe Benett*
                                          MEGAN WOLFE BENETT
                                          485 Lexington Avenue
                                          New York, New York 10017
                                          Tel.: 212-687-8181
                                          Email: mbenett@kreindler.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

*This document relates to*:
All Actions

DECLARATION OF JAMES P. KREINDLER

I, James P. Kreindler, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

1. I am an attorney admitted to practice in this Court in the above-captioned matter, a partner at Kreindler & Kreindler LLP and represent Plaintiffs in the above referenced multi-district litigation proceeding In Re: Terrorist Attacks on September 11, 2001, Civil Action 03 MD 1570 (GBD) (SN) ("September 11th Terrorist Attacks Lawsuit").  I submit this declaration in response to the Court's August 12, 2021 Order (ECF No. 7011).

2. In connection with the September 11th Terrorist Attacks Lawsuit, I signed the FBI Protective Order (ECF No. 4255 at 10) and am aware of and have reviewed the Protective Order (ECF No. 1900).  I am co-lead counsel to the family members of those murdered in the September 11th Terrorist Attacks in this lawsuit against the Kingdom of Saudi Arabia ("Kingdom"), alleging that the Kingdom and its agents conspired with and provided material support to the September 11th hijackers.

3. I obtained a copy of the rough transcript of the Jarrah deposition at the end of each day that he was deposed and a final copy of the transcript from both days of the Jarrah deposition on June 28, 2021 from Golkow Litigation Services, both an unredacted and a redacted copy.

1

4. On July 7, 2021, Golkow Litigation Services sent an email with links to the video of the Jarrah deposition.

5. At no time did I share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

6. At no time did I direct anyone to share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

7. To my knowledge, no one with the Kreindler firm or anyone acting on its direction shared the Jarrah deposition transcript with anyone unauthorized by the Protective Order and the FBI Protective Order.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
        August 16, 2021

                                       KREINDLER & KREINDLER LLP

                                       By: */s/ James P. Kreindler*
                                       JAMES P. KREINDLER
                                       485 Lexington Avenue
                                       New York, New York 10017
                                       Tel.: 212-687-8181
                                       Email: jkreindler@kreindler.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

*This document relates to*:
All Actions

DECLARATION OF ANDREW J. MALONEY

I, Andrew J. Maloney, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

1. I am an attorney admitted to practice in this Court in the above-captioned matter, a partner at Kreindler & Kreindler LLP and represent Plaintiffs in the above referenced multi-district litigation proceeding In Re: Terrorist Attacks on September 11, 2001, Civil Action 03 MD 1570 (GBD) (SN) ("September 11th Terrorist Attacks Lawsuit"). I submit this declaration in response to the Court's August 12, 2021 Order (ECF No. 7011).

2. In connection with the September 11th Terrorist Attacks Lawsuit, I signed the FBI Protective Order (ECF No. 4255 at 10) and am aware of and have reviewed the Protective Order (ECF No. 1900). I am co-liaison counsel to the family members of those murdered in the September 11th Terrorist Attacks in this lawsuit against the Kingdom of Saudi Arabia ("Kingdom"), alleging that the Kingdom and its agents conspired with and provided material support to the September 11th hijackers.

3. I obtained a copy of the rough transcript of the Jarrah deposition at the end of each day that he was deposed and a final copy of the transcript from both days of the Jarrah deposition on June 28, 2021 from Golkow Litigation Services, both an unredacted and a redacted copy.

1

2

4. On July 7, 2021, Golkow Litigation Services sent an email with links to the video of the Jarrah deposition.

5. At no time did I share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

6. At no time did I direct anyone to share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

7. To my knowledge, no one with the Kreindler firm or anyone acting on its direction shared the Jarrah deposition transcript with anyone unauthorized by the Protective Order and the FBI Protective Order.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
August 16, 2021

KREINDLER & KREINDLER LLP

By: */s/ Andrew J. Maloney*
ANDREW J. MALONEY
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: amaloney@kreindler.com

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

*This document relates to*:
All Actions

DECLARATION OF STEVEN R. POUNIAN

I, Steven R. Pounian, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

1. I am an attorney admitted to practice in this Court in the above-captioned matter, of counsel at Kreindler & Kreindler LLP and represent Plaintiffs in the above referenced multi-district litigation proceeding In Re: Terrorist Attacks on September 11, 2001, Civil Action 03 MD 1570 (GBD) (SN) ("September 11th Terrorist Attacks Lawsuit"). I submit this declaration in response to the Court's August 12, 2021 Order (ECF No. 7011).

2. In connection with the September 11th Terrorist Attacks Lawsuit, I signed the FBI Protective Order (ECF No. 4255 at 10) and am aware of and have reviewed the Protective Order (ECF No. 1900). For the past four years, I have been one of the primary attorneys at Kreindler and Kreindler LLP representing the family members of those murdered in the September 11th Terrorist Attacks in this lawsuit against the Kingdom of Saudi Arabia ("Kingdom"), alleging that the Kingdom and its agents conspired with and provided material support to the September 11th hijackers.

3. I obtained a copy of the rough transcript of the Jarrah deposition at the end of each day that he was deposed and a final copy of the transcript from both days of the Jarrah deposition on June 28, 2021 from Golkow Litigation Services, both an unredacted and a redacted copy.

1

2

4. On July 7, 2021, Golkow Litigation Services sent an email with links to the video of the Jarrah deposition.

5. At no time did I share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

6. At no time did I direct anyone to share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

7. To my knowledge, no one with the Kreindler firm or anyone acting on its direction shared the Jarrah deposition transcript with anyone unauthorized by the Protective Order and the FBI Protective Order.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
       August 16, 2021

KREINDLER & KREINDLER LLP

By: */s/ Steven R. Pounian*
STEVEN R. POUNIAN
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: spounian@kreindler.com