**EXHIBIT A**

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| | **EXHIBIT A** | | | | | | | | | |
| 1. | Geoffrey | | Cloud | | Geoffrey | | Cloud | Jr. | Son | $8,500,000 |
| 2. | Geoffrey | | Cloud | | Jaclyn | | Cloud | | Daughter | $8,500,000 |
| 3. | Robert | William | Hamilton | | Barbara | Jane | Perez | | Sister | $4,250,000 |
| 4. | Robert | William | Hamilton | | Mary | Teresa | Segreti | | Sister | $4,250,000 |
| 5. | Donald | W. | Jones | | Jessica | Lynn | Jones | | Daughter | $8,500,000 |
| 6. | Donald | W. | Jones | | Margaret | Ann | Jones | | Daughter | $8,500,000 |
| 7. | Donald | W. | Jones | | Susan | Ann | Jones | | Wife | $12,500,000 |
| 8. | Martin | Paul | Michelstein | | Jay | A. | Michelstein | | Brother | $4,250,000 |
| 9. | Walwyn | Wellington | Stuart | Jr. | Diedre | A. | Dilbert | | Sister | $4,250,000 |
| 10. | Walwyn | Wellington | Stuart | Jr. | Diedre | A. | Dilbert (o/b/o Doris Stuart) | | Mother | $8,500,000 |
| 11. | Walwyn | Wellington | Stuart | Jr. | Diedre | A. | Dilbert (o/b/o Walwyn Wellington Stuart, Sr.) | | Father | $8,500,000 |
| 12. | Walwyn | Wellington | Stuart | Jr. | Olga | Marie | Dunton | | Sister | $4,250,000 |
| 13. | Walwyn | Wellington | Stuart | Jr. | Monette | | Stuart | | Sister | $4,250,000 |
| 14. | Paul | Arlan | Tegtmeier | | Joanne | Beth | Kennelly | | Sister | $4,250,000 |
| 15. | Paul | Arlan | Tegtmeier | | Susan | J. | McGlynn | | Sister | $4,250,000 |
| 16. | Paul | Arlan | Tegtmeier | | Susan | J. | McGlynn (o/b/o Irene Tegtmeier) | | Mother | $8,500,000 |
| 17. | Paul | Arlan | Tegtmeier | | Andrea | Lyn | Tegtmeier | | Daughter | $8,500,000 |
| 18. | Paul | Arlan | Tegtmeier | | Aric | Arlan | Tegtmeier | | Son | $8,500,000 |

| 19. | Paul | Arlan | Tegtmeier | | Catherine | M. | Tegtmeier | | Wife | $12,500,000 |
| 20. | Paul | Arlan | Tegtmeier | | Jack | A. | Tegtmeier | | Brother | $4,250,000 |