**EXHIBIT B**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **EXHIBIT B** | | | | | |
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PERSONAL REP FIRST NAME | PERSONAL REP MIDDLE NAME | PERSONAL REP LAST NAME | PERSONAL REP SUFFIX | ECONOMIC DAMAGES | PAIN & SUFFERING |
| 1. | Donald | W. | Jones | | Susan | Ann | Jones | | | $2,000,000 |
| 2. | Paul | Arlan | Tegtmeier | | Catherine | M. | Tegtmeier | | | $2,000,000 |