**EXHIBIT C**

# Estate of Geoffrey Cloud

# VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

**CERTIFICATE OF DEATH**

Certificate No. 156-01-045085

NEW YORK CITY DEPARTMENT OF HEALTH

DATE FILED: 2001 OCT -4 P 4:20

**1. NAME OF DECEASED:** Geoffrey W. Cloud

### MEDICAL CERTIFICATE OF DEATH (To be filled in by the O.C.M.E.)

- **2. PLACE OF DEATH:** NEW YORK CITY
- **2a. BOROUGH:** Manhattan
- **2b. Name of hospital or other facility:** World Trade Center
- **3. DATE AND HOUR OF DEATH OR FOUND DEAD:** September 11, 2001
- **3c. Hour:** AM
- **4. SEX:** MALE
- **5. APPROXIMATE AGE:** 36 Years

**6. DEATH WAS CAUSED BY:**

PART 1:
- a. Immediate cause: Physical Injuries, (Body Not Found)
- b. Due to or as a consequence of:
- c. Due to or as a consequence of:

PART 2:
- d. Other significant conditions contributing to death but not resulting in the underlying cause given in part 1

- **7a. INJURY DATE:** September 11, 2001
- **7b. Time:** AM
- **7c. AT WORK:** Yes
- **7d. PLACE OF INJURY:** Office Building
- **7e. LOCATION:** World Trade Center
- **7f. HOW INJURY OCCURRED:** Office Worker Killed in World Trade Center Disaster

- **8. Manner of Death:** Homicide
- **9. Autopsy:** No Autopsy
- **10.** On the basis of examination and/or investigation, in my opinion, death occurred due to the causes and manner as stated.
- **Certifier Signature:** _____ M.D.
- **11. M.E. Case No:** OX0100417
- **12a. Date Pronounced Dead:**
- **Date:** October 4, 2001
- **Name (Print):** Charles S. Hirsch, M.D.

### PERSONAL PARTICULARS

- **13. Usual Residence:**
  - a. State: CT
  - 13b. County: Fairfield
  - 13c. City, Town, or Location: Stamford
  - 13d. Street & House No.: 60 Westover Ave.
  - Zip: 06902
  - 13e. Inside City Limits: Yes
- **14. Served in U.S. Armed Forces:** No
- **15. Marital Status:** Married or separated
- **16. Name of Surviving Spouse:** Mio Hirano
- **17. Date of Birth of Decedent:** 08/05/65
- **18. Age at last birthday:** 36
- **19. Social Security No:** 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
- **20a. Usual Occupation:** Attorney
- **20b. Kind of business or industry:** Securities Brokerage
- **21. Birthplace:** Framingham, Massachusetts
- **22. Education:** College 6
- **23. Other name(s) by which decedent was known:** Geoff
- **24. NAME OF FATHER OF DECEDENT:** Peter Cloud
- **25. MAIDEN NAME OF MOTHER OF DECEDENT:** Bette White
- **26a. NAME OF INFORMANT:** Mio E. Cloud
- **26b. RELATIONSHIP TO DECEASED:** Wife
- **26c. ADDRESS:** 60 Westover Ave., Stamford, CT 06902

VR10(1/94) (9/01)   VITAL RECORDS   DEPARTMENT OF HEALTH   THE CITY OF NEW YORK

This is to certify that the foregoing is a true copy of a record on file in the Department of Health. The Department of Health does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Steven P. Schwartz, Ph.D., City Registrar

DATE ISSUED: OCT 5, 2001

DOCUMENT No. F354647



# Estate of Robert William Hamilton

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

APPROVED FOR FILING BY COMM'R OF HEALTH   JUL 2 6 2002   Deputy City Registrar
DK Booth

Y260494

## AMENDED CERTIFICATE OF DEATH

Certificate No. 156-01-062946

ORIGINAL FILED
Apr 11, 2002
DATE FILED

**1. NAME OF DECEASED**: Robert W. Hamilton

### MEDICAL CERTIFICATE OF DEATH (To be filled in by the O.C.M.E.)

- 2 PLACE OF DEATH: NEW YORK CITY
- 2a BOROUGH: Manhattan
- 2b Name of hospital or other facility: World Trade Center
- 2c If in Hospital or Other Facility: 1 DOA
- 3 DATE AND HOUR OF DEATH OR FOUND DEAD: September 11, 2001
- 3b Hour: AM
- 4 SEX: MALE
- 5 APPROXIMATE AGE: 43 Years

**6 DEATH WAS CAUSED BY:**

PART 1
- a. Immediate cause: Blunt Trauma
- b. Due to or as a consequence of:
- c. Due to or as a consequence of:

PART 2
- d. Other significant conditions contributing to death but not resulting in the underlying cause given in part 1

- 7a INJURY DATE: September 11, 2001
- 7b TIME: AM
- 7c AT WORK: Yes
- 7d PLACE OF INJURY: Office Building
- 7e LOCATION: World Trade Center
- 7f HOW INJURY OCCURRED: Firefighter Responding to World Trade Center Disaster

- 8 Manner of Death: Homicide
- 9 Autopsy: No Autopsy
- 10 Certifier Signature: Mark Flomenbaum, M.D.
- Date: June 28, 2002
- Name (Print): John A. Hayes, M.D. Medical Examiner

- 11 ME Case No: DM0117789

### PERSONAL PARTICULARS

- 13 Usual Residence State: NY
- 13b County: Orange
- 13c City, Town, or Location: Washingtonville
- 13d Street & House No: 35 Rena Marie Circle
- Zip: 10992
- 13e Inside City Limits: No
- 14 Served in U.S. Armed Forces: No
- 15 Marital Status: Married or separated
- 16 Name of Surviving Spouse: Elizabeth Brogna
- 17 Date of Birth: 01/16/1958
- 18 Age at last birthday: 43
- 19 Social Security No: 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
- 20a Usual Occupation: Firefighter
- 20b Kind of business or industry: Public Safety
- 21 Birthplace: Queens, NY
- 22 Education: Elementary/Secondary 12
- 24 NAME OF FATHER OF DECEDENT: Robert John Hamilton
- 25 MAIDEN NAME OF MOTHER OF DECEDENT: Arlene Wood
- 26a NAME OF INFORMANT: Elizabeth Hamilton
- 26b RELATIONSHIP: Wife
- 26c ADDRESS: 35 Rena Marie Circle, Washingtonville, NY 10992
- 27a NAME OF CEMETERY: ST MARY'S Cemetery
- 27b LOCATION: Washingtonville, NY
- 27c DATE OF BURIAL: July 12, 2002
- 28a FUNERAL ESTABLISHMENT: David T. Ferguson FH, 20 North St, Washingtonville, NY 10992

June 19, 2020

R04427103



# Estate of Donald W. Jones

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

**CERTIFICATE OF DEATH**
Certificate No. 156-01-049952

NEW YORK CITY DEPARTMENT OF HEALTH

DATE FILED: 2001 OCT 26 P 3:03

**1. NAME OF DECEASED:** Donald W. Jones
(Type or print) (First Name) (Middle Name) (Last Name)

### MEDICAL CERTIFICATE OF DEATH (To be filled in by the O.C.M.E.)

| 2. PLACE OF DEATH | 2a. BOROUGH | 2b. Name of hospital or other facility if not facility, street address | 2c. If in Hospital or Other Facility | 2d. If inpatient, date of current admission |
|---|---|---|---|---|
| NEW YORK CITY | Manhattan | World Trade Center | 1☐ DOA  ☐ Outpatient  2☐ Emerg  4☐ Inpatient | Month / Day / Year |

| 3. DATE AND HOUR OF DEATH OR FOUND DEAD | 3a. (Month)(Day)(Year) September 11, 2001 | 3b. Hour | ☒ AM ☐ PM | 4. SEX MALE | 5. APPROXIMATE AGE 43 Years |
|---|---|---|---|---|---|

**6. DEATH WAS CAUSED BY:** (Enter only one cause per line) — INTERVAL BETWEEN ONSET AND DEATH

**PART 1**
- a. Immediate cause: Physical Injuries. (Body Not Found)
- b. Due to or as a consequence of:
- c. Due to or as a consequence of:

**PART 2**
- d. Other significant conditions contributing to death but not resulting in the underlying cause given in part 1

| 7a. INJURY: DATE (Month)(Day)(Year) September 11, 2001 | 7b. Time ☒ AM ☐ PM | 7c. AT WORK 1☒ Yes 2☐ No | 7d. PLACE OF INJURY- At home, Farm, Street, etc. Office Building  7e. LOCATION World Trade Center |
|---|---|---|---|

**7f. HOW INJURY OCCURRED:** Office Worker Killed in World Trade Center Disaster

| 8. Manner of Death | 9. Autopsy | 10. On the basis of examination and/or investigation, in my opinion, death occurred due to the causes and manner as stated: |
|---|---|---|
| ☐ Pending Further Study  ☒ Homicide  ☐ Natural  ☐ Suicide  ☐ Accident  ☐ Undetermined | ☐ Yes  ☐ No Autopsy Pursuant to Law  ☒ No Autopsy | Certifier Signature: _[signed]_ M.D.  Date: October 25, 2001  Name (Print): Charles S. Hirsch, M.D. |

| 11. M.E. Case No. DX0100062 | 12a. Date Pronounced Dead (Month)(Day)(Yr) (If different from 3a.) | 12b. Time ☐ AM ☐ PM | | |

### PERSONAL PARTICULARS (To be filled in by Funeral Director, or in case of City Burial, by O.C.M.E.)

| 13. Usual Residence a. State PA | 13b. County Bucks | 13c. City, Town, or Location Fairless Hills | 13d. Street & House No. 517 Fairhurst Road | Zip 19030  Apt. No | 13e. Inside City Limits of 7c ☒ Yes ☐ No |
|---|---|---|---|---|---|

| 14. Served in U.S. Armed Forces No ☒  Yes ☐  Specify Years From __ To __ | 15. Marital Status (Check One) ☐ Never married  ☐ Widowed  ☒ Married or separated  ☐ Divorced | 16. Name of Surviving Spouse (If wife, give maiden name) Susan Ann Burns |
|---|---|---|

| 17. Date of Birth of Decedent (Month)(Day)(Year) 08/27/58 | 18. Age at last birthday 43 | if under 1 year mos / days | if less than 1 day hours / mins | 19. Social Security No. 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 |
|---|---|---|---|---|

| 20a. Usual Occupation (Kind of work done during most of working lifetime. Do not enter retired) Bond Trader | 20b. Kind of business or industry Securities |
|---|---|

| 21. Birthplace (City & State or Foreign Country) Bristol Bucks County, PA | 22. Education (Specify only highest grade completed) Elementary/Secondary (0-12) __  College (1-4 or 5+) 4 | 23. Other name(s) by which decedent was known Donny |
|---|---|---|

| 24. NAME OF FATHER OF DECEDENT John R. Jones | 25. MAIDEN NAME OF MOTHER OF DECEDENT Audrey Carango |
|---|---|

| 26a. NAME OF INFORMANT Susan Jones | 26b. RELATIONSHIP TO DECEASED Wife | 26c. ADDRESS (CITY)(STATE)(ZIP) 517 Fairhurst Rd., Fairless Hills, PA 19030 |
|---|---|---|

| 27a. NAME OF CEMETERY OR CREMATORY | 27b. LOCATION (City, Town, State and Country) | 27c. DATE OF BURIAL OR CREMATION |
|---|---|---|

| 28a. FUNERAL ESTABLISHMENT | 28b. ADDRESS |
|---|---|

VR16(1/94) (9/01)  VITAL RECORDS  DEPARTMENT OF HEALTH  THE CITY OF NEW YORK

---

This is to certify that the foregoing is a true copy of a record on file in the Department of Health. The Department of Health does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

_[signed]_ Steven P. Schwartz
Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

DATE ISSUED: OCT. 26, 2001     DOCUMENT No. F377110

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# Estate of Martin Paul Michelstein

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

Y260787   APPROVED FOR FILING BY COMM'R OF HEALTH   AUG 13 2002   Deputy City Registrar
E. Timbers

## AMENDED CERTIFICATE OF DEATH

Certificate No. 156-01-050153

**ORIGINAL FILED** Oct 27, 2001 DATE FILED

1. NAME OF DECEASED (Type or print): Martin (First Name) Paul (Middle Name) Michelstein (Last Name)

### MEDICAL CERTIFICATE OF DEATH (To be filled in by the O.C.M.E.)

2. PLACE OF DEATH: NEW YORK CITY
2a. BOROUGH: Manhattan
2b. Name of hospital or other facility if not facility, street address: World Trade Center
2c. If in Hospital or Other Facility: 1 ☐ DOA  2 ☐ Emerg.  3 ☐ Outpatient  4 ☐ Inpatient
2d. If inpatient, date of current admission: Month / Day / Year

3. DATE AND HOUR OF DEATH OR FOUND DEAD
3a. (Month) (Day) (Year): September 11, 2001
3b. Hour: ☒ AM ☐ PM
4. SEX: MALE
5. APPROXIMATE AGE: 57 Years

6. DEATH WAS CAUSED BY: Enter only one cause per line    INTERVAL BETWEEN ONSET AND DEATH

PART 1
a. Immediate cause: Blunt Trauma.
b. Due to or as a consequence of:
c. Due to or as a consequence of:

PART 2
d. Other significant conditions contributing to death but not resulting in the underlying cause given in part 1

7a. INJURY: DATE (Month)(Day)(Year): September 11, 2001
7b. TIME: ☒ AM ☐ PM
7c. AT WORK: 1 ☒ Yes  2 ☐ No
7d. PLACE OF INJURY - At home, Farm, Street, etc.: Office Building
7e. LOCATION: World Trade Center
7f. HOW INJURY OCCURRED: Visitor Killed in World Trade Center Disaster

8. Manner of Death: ☐ Pending Further Study  ☒ Homicide  ☐ Natural  ☐ Suicide  ☐ Accident  ☐ Undetermined
9. Autopsy: ☐ Yes  ☐ No Autopsy Pursuant to Law  ☒ No Autopsy
10. On the basis of examination and/or investigation, in my opinion, death occurred due to the causes and manner as stated:
Certifier Signature: [signature] M.D.
Date: November 16, 2001
Name (Print): Frede Frederic, M.D.
Medical Examiner

11. M.E. Case No.: DM0106886
12a. Date Pronounced Dead (Month)(Day)(Yr) (if different from 3a):
12b. Time: ☐ AM ☐ PM

### PERSONAL PARTICULARS (To be filled in by Funeral Director, or in case of City Burial, by O.C.M.E.)

13. Usual Residence
a. State: NJ
13b. County: Morris
13c. City, Town, or Location: Morristown
13d. Street & House No.: 11 Robertson Court
Zip: 07960  Apt. No.
13e. Inside City Limits of 13c: ☒ Yes ☐ No

14. Served in U.S. Armed Forces: ☐ No  ☒ Yes  Specify Years: From 0462 To
15. Marital Status (Check One): ☐ Never married ☐ Widowed ☒ Married or separated ☐ Divorced
16. Name of Surviving Spouse (If wife, give maiden name): Anne McNeil

17. Date of Birth of Decedent (Month)(Day)(Year): 04/16/1944
18. Age at last birthday: 57
if under 1 year: mos. / days
if less than 1 day: hours / mins
19. Social Security No.: 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

20a. Usual Occupation: Insurance Executive
20b. Kind of business or industry: Insurance

21. Birthplace (City & State or Foreign Country): Manhattan, New York
22. Education: Elementary/Secondary (0-12): 12  College (1-4 or 5+):
23. Other name(s) by which decedent was known:

24. NAME OF FATHER OF DECEDENT: Morris Michelstein
25. MAIDEN NAME OF MOTHER OF DECEDENT: Rose Snadowitz

26a. NAME OF INFORMANT: Anne C. McNeil
26b. RELATIONSHIP TO DECEASED: Wife
26c. ADDRESS: 11 Robertson Court, Morristown, NJ 07960

27a. NAME OF CEMETERY OR CREMATORY: St. Bernard's Cemetery
27b. LOCATION (City, Town, State and Country): Concord, Mass.
27c. DATE OF BURIAL OR CREMATION: June 22, 2002

28a. FUNERAL ESTABLISHMENT: Joseph Dee & Son Funeral Service
28b. ADDRESS: 33 Bedford Street Concord, Mass. 01742

VR16(1/94) (9/01)   VITAL RECORDS   DEPARTMENT OF HEALTH   THE CITY OF NEW YORK

Gretchen Van Wye
Gretchen Van Wye, Ph.D., City Registrar as of 9/1/18

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Steven P. Schwartz
Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

July 29, 2020



R 0 4 4 0 8 4 0 1



# Estate of Walwyn Wellington Stuart, Jr.

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

Y280658

APPROVED FOR FILING BY COMM'R OF HEALTH   NOV 30 2004

## AMENDED CERTIFICATE OF DEATH

Certificate No. 156-01-062956

**ORIGINAL FILED**
Apr 11, 2001
DATE FILED

**1. NAME OF DECEASED** (Type or print)
- First Name: Walwyn
- Middle Name: Wellington
- Last Name: Stuart, Jr.

### MEDICAL CERTIFICATE OF DEATH (To be filled in by the O.C.M.E.)

| Field | Value |
|---|---|
| 2 PLACE OF DEATH | NEW YORK CITY |
| 2a BOROUGH | Manhattan |
| 2b Name of hospital or other facility if not facility, street address | World Trade Center |
| 2c If in Hospital or Other Facility | 1 ☐ DOA  2 ☐ Emerg  3 ☐ Outpatient  4 ☐ Inpatient |
| 2d If inpatient, date of current admission | |
| 3 DATE AND HOUR OF DEATH OR FOUND DEAD | |
| 3a (Month)(Day)(Year) | September 11, 2001 |
| 3b Hour | ☒ AM ☐ PM |
| 4 SEX | MALE |
| 5 APPROXIMATE AGE | 28 Years |

**6 DEATH WAS CAUSED BY:** (Enter only one cause per line)

PART 1
- a. Immediate cause: **Blunt Trauma**
- b. Due to or as a consequence of:
- c. Due to or as a consequence of:

PART 2
- d. Other significant conditions contributing to death but not resulting in the underlying cause given in part 1

| Field | Value |
|---|---|
| 7a INJURY DATE (Month)(Day)(Year) | September 11, 2001 |
| 7b TIME | ☒ AM ☐ PM |
| 7c AT WORK | 1 ☒ Yes  2 ☐ No |
| 7d PLACE OF INJURY | Office Building |
| 7e LOCATION | World Trade Center |

**7f HOW INJURY OCCURRED:** Port Authority Police Officer Responding to World Trade Center Disaster

**8 Manner of Death:** ☐ Pending Further Study  ☒ Homicide  ☐ Natural  ☐ Suicide  ☐ Accident  ☐ Undetermined

**9 Autopsy:** ☐ Yes  ☐ No Autopsy Pursuant to Law  ☒ No Autopsy

**10** Certifier Signature: Mark [signature], M.D.
Date: October 28, 2004
Name (Print): Karen Turi, M.D.
Medical Examiner

**11 M E Case No** DM0116904
**12a Date Pronounced Dead:** (if different from 3a)
**12b Time:** ☐ AM ☐ PM

### PERSONAL PARTICULARS (To be filled in by Funeral Director, or in case of City Burial, by O.C.M.E.)

| 13a State | 13b County | 13c City, Town, or Location | 13d Street & House No | Zip | Apt No | 13e Inside City Limits of 13c |
|---|---|---|---|---|---|---|
| NY | Nassau | Valley Stream | 130 Broadway | 11580 | | ☒ Yes ☐ No |

**14 Served in U.S. Armed Forces:** ☒ No ☐ Yes  Specify Years: From___ To___
**15 Marital Status:** ☐ Never married ☐ Widowed ☒ Married or separated ☐ Divorced
**16 Name of Surviving Spouse:** Thelma Lewis

**17 Date of Birth:** 02/13/1973
**18 Age at last birthday:** 28
**19 Social Security No:** 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

**20a Usual Occupation:** Police Officer
**20b Kind of business or industry:** Public Safety

**21 Birthplace:** Brooklyn, NY
**22 Education:** College 4
**23 Other name(s) by which decedent was known:**

**24 NAME OF FATHER OF DECEDENT:** Walwyn Stuart, Sr.
**25 MAIDEN NAME OF MOTHER OF DECEDENT:** Doris Campbell

**26a NAME OF INFORMANT:** Thelma C. Stuart
**26b RELATIONSHIP TO DECEASED:** Wife
**26c ADDRESS:** 130 Broadway, Valley Stream, NY 11580

**27a NAME OF CEMETERY OR CREMATORY:** Interim Disposition - OCME
**27b LOCATION:** 520 First Avenue, New York, NY 10016
**27c DATE OF BURIAL OR CREMATION:**

**28a FUNERAL ESTABLISHMENT:**

Gretchen Van Wye, Ph.D., City Registrar as of 9/1/18

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Steven P. Schwartz, CITY OF NEW YORK

VR16 (1/94) (9/01)

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is evasion or violation of any provision of the Health Code or any other law.

R 0 4 3 7 1 9 3 3

February 27, 2020

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# Estate of Paul Arlan Tegtmeier

# VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

### CERTIFICATE OF DEATH

**RAISED SEAL**
NEW YORK CITY
DEPARTMENT OF HEALTH
2001 NOV 16 A 9:46
DATE FILED

Certificate No. 156-01-054104

**1. NAME OF DECEASED** (Type or print)
- (First Name): Paul
- (Middle Name): A.
- (Last Name): Tegtmeier

## MEDICAL CERTIFICATE OF DEATH (To be filled in by the O.C.M.E.)

| 2. PLACE OF DEATH | 2a. BOROUGH: Manhattan / NEW YORK CITY | 2b. Name of hospital or other facility if not facility, street address: World Trade Center | 2c. If in Hospital or Other Facility: 1☐ DOA  2☐ Emerg.  3☐ Outpatient  4☐ Inpatient | 2d. If inpatient, date of current admission: Month / Day / Year |

| 3. DATE AND HOUR OF DEATH OR FOUND DEAD | 3a. (Month)(Day)(Year): September 11, 2001 | 3b. Hour: ☒ AM ☐ PM | 4. SEX: MALE | 5. APPROXIMATE AGE: 41 Years |

**6. DEATH WAS CAUSED BY:** Enter only one cause per line — INTERVAL BETWEEN ONSET AND DEATH

**PART 1**
- a. Immediate cause: Physical Injuries. (Body Not Found)
- b. Due to or as a consequence of:
- c. Due to or as a consequence of:

**PART 2**
- d. Other significant conditions contributing to death but not resulting in the underlying cause given in part 1

| 7a. INJURY: DATE (Month)(Day)(Year): September 11, 2001 | 7b. TIME: ☒ AM ☐ PM | 7c. AT WORK: 1 ☒ Yes  2 ☐ No | 7d. PLACE OF INJURY- At home, Farm, Street, etc.: Office Building | |
| 7e. LOCATION: World Trade Center | | | | |

**7f. HOW INJURY OCCURRED:** FireFighter Responding to World Trade Center Disaster

**8. Manner of Death:** ☐ Pending Further Study  ☒ Homicide  ☐ Natural  ☐ Suicide  ☐ Accident  ☐ Undetermined

**9. Autopsy:** ☐ Yes  ☐ No Autopsy Pursuant to Law  ☒ No Autopsy

**10.** On the basis of examination and/or investigation, in my opinion, death occurred due to the causes and manner as stated:
Certifier Signature: _[signature]_ M.D.
Date: November 15, 2001
Name (Print): Charles S. Hirsch, M.D.
Chief Medical Examiner

| 11. M.E. Case No.: DX0102087 | 12a. Date Pronounced Dead (Month)(Day)(Yr) (if different from 3a) | 12b. Time: ☐ AM ☐ PM |

## PERSONAL PARTICULARS (To be filled in by Funeral Director, or in case of City Burial, by O.C.M.E.)

| 13. Usual Residence a. State: NY | 13b. County: Dutchess | 13c. City, Town, or Location: Hyde Park | 13d. Street & House No.: 3 Thurston Lane | Zip: 12538 | Apt. No. | 13e. Inside City Limits of 7c: ☒ Yes ☐ No |

| 14. Served in U.S. Armed Forces: ☒ No  ☐ Yes Specify Years From___ To___ | 15. Marital Status (Check One): ☐ Never married  ☐ Widowed  ☒ Married or separated  ☐ Divorced | 16. Name of Surviving Spouse (If wife, give maiden name): Catherine Greene |

| 17. Date of Birth of Decedent (Month)(Day)(Year): 03/24/60 | 18. Age at last birthday: 41 | if under 1 year mos./days | if less than 1 day hours/mins | 19. Social Security No.: 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 |

| 20a. Usual Occupation (Kind of work done during most of working lifetime. Do not enter retired): Firefighter | 20b. Kind of business or industry: Public Safety |

| 21. Birthplace (City & State or Foreign Country): Poughkeepsie, NY | 22. Education (Specify only highest grade completed): Elementary/Secondary (0-12)___ College (1-4 or 5+): 4 | 23. Other name(s) by which decedent was known |

| 24. NAME OF FATHER OF DECEDENT: Richard Tegtmeier | 25. MAIDEN NAME OF MOTHER OF DECEDENT: Tarkos |

| 26a. NAME OF INFORMANT: Catherine M. Tegtmeier | 26b. RELATIONSHIP TO DECEASED: Wife | 26c. ADDRESS (CITY)(STATE)(ZIP): 3 Thurston Lane, Hyde Park, NY 12538 |

| 27a. NAME OF CEMETERY OR CREMATORY | 27b. LOCATION (City, Town, State and Country) | 27c. DATE OF BURIAL OR CREMATION |

| 28a. FUNERAL ESTABLISHMENT | 28b. ADDRESS |

VR16(1/94) (9/01)   VITAL RECORDS   DEPARTMENT OF HEALTH   THE CITY OF NEW YORK



This is to certify that the foregoing is a true copy of a record on file in the Department of Health. The Department of Health does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

_[signature]_
Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

DATE ISSUED **NOV. 16, 2001**      DOCUMENT No. F320869

