**EXHIBIT B**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PERSONAL REP FIRST NAME | PERSONAL REP MIDDLE NAME | PERSONAL REP LAST NAME | PERSONAL REP SUFFIX | ECONOMIC DAMAGES | PAIN & SUFFERING |
| 1. | Henry | Bruce | Byrd | | Sheila | H. | Criss | | | $2,000,000 |
| 2. | Ronald | Thomas | Coyne | | Judith | | Coyne | | | $2,000,000 |
| 3. | Richard | A. | Dellacona | | Fortunate | | Schulz | | | $2,000,000 |
| 4. | Charles | | Ferguson | | Mary | Elizabeth | Ferguson | | | $2,000,000 |
| 5. | Christine | Noelle | Garipoli | | Paul | B. | Garipoli | | | $2,000,000 |
| 6. | Fernando | Augusto | Gonzalez | | Birla | Elizabeth | Gonzalez | | | $2,000,000 |
| 7. | John | James | Halpin | | John | C. | Halpin | | | $2,000,000 |
| 8. | James | J. | Marshall | | Adrienne | | Marshall | | | $2,000,000 |
| 9. | James | Bronson | Munro | | Joan | Elizabeth | Munro | | | $2,000,000 |
| 10. | Robert | Daniel | Negri | Jr. | Kathleen | | Negri | | | $2,000,000 |
| 11. | Michael | Peter | Norfort | | Debora | | White Norfort | | | $2,000,000 |
| 12. | Dennis | M. | Organ | | John | M. | Organ | | | $2,000,000 |
| 13. | Stephen | E. | Phillips | | Debra | L. | Phillips | | | $2,000,000 |
| 14. | Mary | Elizabeth | Reynolds | | Shannon | | Reynolds | | | $2,000,000 |
| 15. | William | | Sheldon | | Gebraela | | Sheldon | | | $2,000,000 |

**EXHIBIT B**