**EXHIBIT A**

| | | | EXHIBIT A | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1. | Gerard | Anthony | Ahearn | | Gerard | Patrick | Ahearn | | Son | $8,500,000 |
| 2. | Gerard | Anthony | Ahearn | | Kristen | Mary | Ahearn | | Daughter | $8,500,000 |
| 3. | Gerard | Anthony | Ahearn | | William | Robert | Ahearn | | Son | $8,500,000 |
| 4. | Alfred | Joseph | Albrizio | Jr. | Alfred | Joseph | Albrizio | III | Son | $8,500,000 |
| 5. | Alfred | Joseph | Albrizio | Jr. | Catherine | | Albrizio | | Wife | $12,500,000 |
| 6. | Alfred | Joseph | Albrizio | Jr. | Christian | | Albrizio | | Son | $8,500,000 |
| 7. | Alfred | Joseph | Albrizio | Jr. | Alexa | | Burchianti | | Daughter | $8,500,000 |
| 8. | Henry | Bruce | Byrd | | Sheila | H. | Criss | | Sister | $4,250,000 |
| 9. | Elliot | | Alfaro | | Elliot | S. | Alfaro | Jr. | Son | $8,500,000 |
| 10. | Ronald | Thomas | Coyne | | Amanda | | Coyne | | Daughter | $8,500,000 |
| 11. | Ronald | Thomas | Coyne | | Judith | | Coyne | | Wife | $12,500,000 |
| 12. | Ronald | Thomas | Coyne | | Margaret | | McMahon | | Sister | $4,250,000 |
| 13. | Richard | A. | Dellacona | | Joseph | E. | Dellacona | | Son | $8,500,000 |
| 14. | Richard | A. | Dellacona | | Richard | A. | Dellacona | Jr. | Son | $8,500,000 |
| 15. | Richard | A. | Dellacona | | Fortunate | | Schulz | | Wife | $12,500,000 |
| 16. | Charles | | Ferguson | | Mary | Elizabeth | Ferguson | | Wife | $12,500,000 |
| 17. | Silvano | | Flegar | | Christopher | | Flegar | | Son | $8,500,000 |
| 18. | Silvano | | Flegar | | Valerie | | Flegar | | Wife | $12,500,000 |
| 19. | Joseph | | Fugel | | Amanda | | Fugel | | Daughter | $8,500,000 |
| 20. | Joseph | | Fugel | | Angela | | Fugel | | Wife | $12,500,000 |
| 21. | Christine | Noelle | Garipoli | | Paul | B. | Garipoli | | Husband | $12,500,000 |
| 22. | Christine | Noelle | Garipoli | | Frank | | Provino | | Father | $8,500,000 |
| 23. | Christine | Noelle | Garipoli | | Joanne | | Provino | | Mother | $8,500,000 |
| 24. | Fernando | Augusto | Gonzalez | | Birla | Elizabeth | Gonzalez | | Wife | $12,500,000 |
| 25. | Fernando | Augusto | Gonzalez | | Fernando | Dar'thanian | Gonzalez | | Son | $8,500,000 |
| 26. | Fernando | Augusto | Gonzalez | | Storm | Birla | Gonzalez | | Daughter | $8,500,000 |
| 27. | John | James | Halpin | | Caroline | | Halpin | | Daughter | $8,500,000 |
| 28. | John | James | Halpin | | James | | Halpin | | Son | $8,500,000 |

| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 29. | John | James | Halpin | | John | C. | Halpin | | Son | $8,500,000 |
| 30. | John | James | Halpin | | Marilyn | | Halpin | | Wife | $12,500,000 |
| 31. | John | James | Halpin | | Virginia | | O'Shaughnessy | | Daughter | $8,500,000 |
| 32. | Robert | | LaGreca | | Jasmine | | LaGreca | | Wife | $12,500,000 |
| 33. | Robert | | LaGreca | | Erica | | Quartararo | | Daughter | $8,500,000 |
| 34. | Robert | | LaGreca | | Jennifer | | Quartararo | | Daughter | $8,500,000 |
| 35. | Robert | | LaGreca | | Leonard | | Quartararo | | Son | $8,500,000 |
| 36. | Robert | | LaGreca | | Vincent | | Quartararo | | Son | $8,500,000 |
| 37. | Robert | | LaGreca | | Laura | | Scalercio | | Daughter | $8,500,000 |
| 38. | James | J. | Marshall | | Adrienne | | Marshall | | Wife | $12,500,000 |
| 39. | James | J. | Marshall | | James | J. | Marshall | Jr. | Son | $8,500,000 |
| 40. | James | J. | Marshall | | Thomas | F. | Marshall | | Son | $8,500,000 |
| 41. | James | J. | Marshall | | Vincent | P. | Marshall | | Son | $8,500,000 |
| 42. | James | Bronson | Munro | | Jennifer | Lynn | Green | | Daughter | $8,500,000 |
| 43. | James | Bronson | Munro | | Joan | Elizabeth | Munro | | Wife | $12,500,000 |
| 44. | James | Bronson | Munro | | Barbara | | Munro-Garcia | | Daughter | $8,500,000 |
| 45. | James | Bronson | Munro | | Christine | | Vetter | | Daughter | $8,500,000 |
| 46. | Robert | Daniel | Negri | Jr. | Kathleen | | Negri | | Wife | $12,500,000 |
| 47. | Robert | Daniel | Negri | Jr. | Robert | Daniel | Negri | III | Son | $8,500,000 |
| 48. | Robert | Daniel | Negri | Jr. | Samantha | Joan | Negri | | Daughter | $8,500,000 |
| 49. | Robert | Daniel | Negri | Jr. | Vincent | Patrick | Negri | | Son | $8,500,000 |
| 50. | Michael | Peter | Norfort | | Michael | Peter | Norfort | Jr. | Son | $8,500,000 |
| 51. | Michael | Peter | Norfort | | Taj | William | White | | Son | $8,500,000 |
| 52. | Michael | Peter | Norfort | | Debora | | White Norfort | | Wife | $12,500,000 |
| 53. | Dennis | M. | Organ | | John | M. | Organ | | Son | $8,500,000 |
| 54. | Stephen | E. | Phillips | | Nicole | S. | Carollo | | Daughter | $8,500,000 |
| 55. | Stephen | E. | Phillips | | Craig | S. | Phillips | | Son | $8,500,000 |
| 56. | Stephen | E. | Phillips | | Debra | L. | Phillips | | Wife | $12,500,000 |
| 57. | Samuel | M. | Picone | | Tracy | | DiMarco | | Daughter | $8,500,000 |
| 58. | Samuel | M. | Picone | | Pauline | J. | Picone | | Wife | $12,500,000 |
| 59. | Joann | E. | Porfiris | | Alina | | Grajewski | | Sister | $4,250,000 |
| 60. | Joann | E. | Porfiris | | Leokadia | | Grajewski | | Mother | $8,500,000 |
| 61. | Joann | E. | Porfiris | | Wanda | | Kassimis | | Sister | $4,250,000 |
| 62. | Joann | E. | Porfiris | | Adam | Fotios | Porfiris | | Son | $8,500,000 |
| 63. | Joann | E. | Porfiris | | Emily | Helen | Porfiris | | Daughter | $8,500,000 |
| 64. | Mary | Elizabeth | Reynolds | | Suzanne | Marie | DellaRatta | | Sister | $4,250,000 |
| 65. | Mary | Elizabeth | Reynolds | | Jeanne | | Greisman | | Sister | $4,250,000 |

| 66. | Mary | Elizabeth | Reynolds | Shannon | | Reynolds | Daughter | $8,500,000 |
|---|---|---|---|---|---|---|---|---|
| 67. | Mary | Elizabeth | Reynolds | Suzanne | | Reynolds | Mother | $8,500,000 |
| 68. | Liana | | Rivera | Angel | L. | Rivera | Father | $8,500,000 |
| 69. | Liana | | Rivera | Melinda | | Rivera | Sister | $4,250,000 |
| 70. | Liana | | Rivera | Ruth | D. | Rivera | Mother | $8,500,000 |
| 71. | Liana | | Rivera | Luis | E. | Torres | Son | $8,500,000 |
| 72. | Robert | Carlo | Rossi | Robin | | Rossi | Son | $8,500,000 |
| 73. | John | | Schmittau | Denise | | Schmittau | Wife | $12,500,000 |
| 74. | John | | Schmittau | Kayla | | Schmittau | Daughter | $8,500,000 |
| 75. | John | | Schmittau | Lauren | | Schmittau | Daughter | $8,500,000 |
| 76. | John | | Schmittau | Victoria | | Schmittau | Daughter | $8,500,000 |
| 77. | Joseph | M. | Scoblic | Barbara | | Scoblic | Wife | $12,500,000 |
| 78. | Joseph | M. | Scoblic | Stephen | William | Scoblic | Son | $8,500,000 |
| 79. | William | | Sheldon | Gebraela | | Sheldon | Wife | $12,500,000 |