# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
| This document relates to: <br><br> *Katherine Dillaber, et al., v. Islamic Republic of Iran, et al.* | 18-cv-03162 (GDB)(SN) <br> ECF Case |

### DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF PERSONAL INJURY PLAINTIFF KATHERINE DILLABER

AMANDA FOX PERRY, Esquire, hereby states under penalty of perjury that:

1.      I am a member of the law firm of Fay Law Group, PA, attorneys for the Plaintiffs in the

above-captioned matter. I submit this Declaration in support of this motion on behalf of Plaintiff

Katherine Dillaber.

2.      The form of this motion and the relief requested herein are intended to comply with the

following orders of this Court:

   a. The Court's order dated January 24, 2017 (ECF No. 3435), requiring that "[a]ll
      further motions for final judgment against any defaulting defendant shall be
      accompanied by a sworn declaration attesting that the attorney has (1) complied
      with the due diligence safeguards [referenced in Section II.D. of the January 23,
      2017 letter from the Plaintiffs' Executive Committee (ECF No. 3433)] and (2)
      personally verified that no relief has previously been awarded to any plaintiff
      included in the judgment (or, if the relief has been awarded, the nature of that
      relief)." For compliance with the required sworn declaration, please see below.

   b. The Court's Order dated October 14, 2016 (ECF No. 3362) related to the cases
      captioned as *Bauer v. Al Qaeda Islamic Army*, 02-cv-7236 (GBD)(SN) and
      *Ashton v. al Qaeda Islamic Army*, 02-CV-6977 (GBD)(SN).

3.      Service of process on the Islamic Republic of Iran and the Iranian Ministry of

Information and Security (MOIS) was executed pursuant to 28 U.S.C. § 1608(a)(4) on March 5,

2019, through diplomatic channels.

4.      The source of my information and the basis for my belief in my statements contained

herein is my personal involvement in this matter, my firm's representation of Plaintiff Katherine

Dillaber in connection with the September 11th terror attacks, other court records relating to the

*In re Terrorist Attack on September 11, 2001*, multidistrict litigation to which this Plaintiff is a

party, and my communications directly with Plaintiff Katherine Dillaber.

5.      Plaintiff Katherine Dillaber sustained physical injuries on September 11, 2001, as a

proximate result of the terrorist attacks on September 11, 2001.

6.      Exhibit A is a true and correct copy of the Declaration of Katherine Dillaber detailing the

injuries she sustained on September 11, 2001. Attached to the Declaration are supporting

documents, some of which contain confidential information. In accordance with this Court's

January 22, 2020 Order, Plaintiff is filing the confidential documents (Declaration Exhibits A, C,

D, E, and H) by disc with the Clerk of Court to be maintained under seal. 03 MDL 1570, ECF

No. 5716.

7.      Before filing this motion, I have (1) complied with the due diligence safeguards

referenced in Section II.D. of the January 23, 2017 letter from the Plaintiffs Executive

Committees (ECF No. 3433) and (2) personally verified that, based on my review of the records

available to me regarding other judgments entered by this Court against the Iranian defendants,

no relief has previously been awarded to Katherine Dillaber in the judgment.

8.      Accordingly, a Proposed Order of Partial Final Default Judgment for Personal Injury

Plaintiff Katherine Dillaber, conforming to this Court's previous orders, is being filed

contemporaneously with this Declaration.


Dated: August 17, 2021                          Respectfully submitted,


                                                /s/ Amanda Fox Perry_____
                                                Amanda Fox Perry (*pro hac vice*)
                                                Fay Law Group, P.A.
                                                6205 Executive Boulevard
                                                Rockville, MD 20852
                                                Phone: 202-589-1300
                                                Amanda.Perry@faylawgroup.com

                                                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that Defendants Islamic Republic of Iran and Iranian Ministry of Information and Security could not be sent a copy of the Notice of Electronic Filing as they have not yet entered an appearance and appear not to have acknowledged other efforts to contact them in this case.

/s/ Amanda Fox Perry_____