**EXHIBIT B**

## EXHIBIT B

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PERSONAL REP FIRST NAME | PERSONAL REP MIDDLE NAME | PERSONAL REP LAST NAME | PERSONAL REP SUFFIX | ECONOMIC DAMAGES | PAIN & SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Charles | Richard | Gunzelman | | Joanne | T. | Alcabes | | | $2,000,000 |
| 2. | Keith | Owen | Henry | | Patricia | Mae | Budd-Stewart | | | $2,000,000 |
| 3. | Nancy | Alicia | Humphrey | | Thomas | E. | Humphrey | | | $2,000,000 |
| 4. | Marion | Claire | Jones | | Shawna | J. | Jones | | | $2,000,000 |
| 5. | John | Frank | Kristoffersen | | Bernadette | | Kristoffersen | | | $2,000,000 |
| 6. | Mitchell | David | Laks | | Gail | Barbara | Laks | | | $2,000,000 |
| 7. | John | Paul | LaPointe | | Stan | R. | LaPointe | | | $2,000,000 |
| 8. | Michael | John | Loughery | | Mary | E. | Loughery | | | $2,000,000 |
| 9. | Timothy | Charles | Marion | | Kris | | Marion | | | $2,000,000 |
| 10. | Daniel | | Marcucci | | Mark | J. | Marcucci | | | $2,000,000 |
| 11. | Joseph | James | Martin | | Barbara | | Geraghty | | | $2,000,000 |
| 12. | Gary | Gerald | Mausberg | | Margaret | | Mausberg-Bouton | | | $2,000,000 |
| 13. | Stephen | M. | McCoy | | Gail | T. | McCoy | | | $2,000,000 |
| 14. | John | Patrick | McKee | | Sandra | | McKee | | | $2,000,000 |
| 15. | Kevin | Patrick | McQuade | | Anne | | McQuade | | | $2,000,000 |
| 16. | Trevor | Arnold | Miller | | Elaine | | Miller | | | $2,000,000 |
| 17. | Paul | Steven | Morigi | | Linda | | Morigi | | | $2,000,000 |
| 18. | John | Patrick | Morrissey | | Mary | Marcelline | Morrissey | | | $2,000,000 |