# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
| This document relates to:<br><br>*Katherine Dillaber, et al., v. Islamic Republic of Iran, et al.* | 18-cv-03162 (GDB)(SN)<br>ECF Case |

### [PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF PERSONAL INJURY PLAINTIFF KATHERINE DILLABER

Upon consideration of the evidence and arguments submitted by Plaintiff Katherine Dillaber in the above-captioned action, who was physically injured on September 11, 2001, as a proximate result of the terrorist attacks on September 11, 2001, and the Judgment for Default by liability only against the Islamic Republic of Iran and the Iranian Ministry of Information and Security entered on October 22, 2019, (18-cv-3162, ECF No. 70) together with the entire record in this case, it is hereby;

**ORDERED** that partial final default judgment is entered on behalf of Plaintiff Katherine Dillaber; and it is

**ORDERED** that Plaintiff Katherine Dillaber is awarded compensatory damages for pain and suffering in amounts commensurate with the injuries she sustained on September 11, 2001; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum, all interest compounded annually over the same period; and it is

2

**ORDERED** that Plaintiff Katherine Dillaber may submit future applications for punitive, economic, or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that all *Dillaber* Plaintiffs may submit motions for damages judgments in future stages, to the extent such awards have not previously been addressed.

Dated: New York, New York  **SO ORDERED.**
_____, 2021

_____
United States District Judge