**EXHIBIT A**

## EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | John | | Armstrong | | Dorothy | L. | Armstrong | | Wife | $12,500,000 |
| 2. | John | | Armstrong | | Keith | Lee | Armstrong | | Son | $8,500,000 |
| 3. | Charles | Richard | Gunzelman | | Joanne | T. | Alcabes | | Sister | $4,250,000 |
| 4. | Keith | Owen | Henry | | Patricia | Mae | Budd-Stewart | | Mother | $8,500,000 |
| 5. | Keith | Owen | Henry | | Charlene | Marie | Kyles | | Sister | $4,250,000 |
| 6. | Keith | Owen | Henry | | Tara | J. | Thomas | | Sister | $4,250,000 |
| 7. | John | J. | Hough | | John | F. | Hough | | Son | $8,500,000 |
| 8. | John | J. | Hough | | Alana | M. | Suarez | | Daughter | $8,500,000 |
| 9. | Nancy | Alicia | Humphrey | | Thomas | E. | Humphrey | | Husband | $12,500,000 |
| 10. | Marion | Claire | Jones | | Shawna | J. | Jones | | Daughter | $8,500,000 |
| 11. | Marion | Claire | Jones | | Revell | Joseph | Montgomery | | Son | $8,500,000 |
| 12. | John | Frank | Kristoffersen | | Lisa | Ann | Jaworowski | | Sister | $4,250,000 |
| 13. | John | Frank | Kristoffersen | | Ann | | Kristoffersen | | Mother | $8,500,000 |
| 14. | John | Frank | Kristoffersen | | Jessica | | Kristoffersen | | Daughter | $8,500,000 |
| 15. | John | Frank | Kristoffersen | | Bernadette | | Kristoffersen | | Wife | $12,500,000 |
| 16. | John | Frank | Kristoffersen | | John | F. | Kristoffersen | Jr. | Son | $8,500,000 |
| 17. | Mitchell | David | Laks | | Aimee | L. | Laks | | Wife | $12,500,000 |
| 18. | Mitchell | David | Laks | | Gail | Barbara | Laks | | Sister | $4,250,000 |
| 19. | Lawrence | W. | Lamme | | Jeannette | M. | Lamme | | Sister | $4,250,000 |
| 20. | Lawrence | W. | Lamme | | Jennifer | | Lamme | | Sister | $4,250,000 |
| 21. | Lawrence | W. | Lamme | | Lauren | | Lamme | | Sister | $4,250,000 |
| 22. | Lawrence | W. | Lamme | | William | Lawrence | Lamme | | Brother | $4,250,000 |
| 23. | John | Paul | LaPointe | | Stan | R. | LaPointe | | Brother | $4,250,000 |
| 24. | Angel | | Leon | | Anthony | Paul | Leon | | Son | $8,500,000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 25. | Michael | John | Loughery | Jeffrey | M. | Loughery | Son | $8,500,000 |
| 26. | Michael | John | Loughery | Mary | E. | Loughery | Wife | $12,500,000 |
| 27. | Michael | John | Loughery | Kathleen | | Loughery | Daughter | $8,500,000 |
| 28. | Michael | John | Loughery | Susan | Mary | Loughery | Daughter | $8,500,000 |
| 29. | Daniel | | Marcucci | Andréa | Marie | Marcucci | Daughter | $8,500,000 |
| 30. | Daniel | | Marcucci | Daniel | M. | Marcucci | Son | $8,500,000 |
| 31. | Daniel | | Marcucci | Mark | J. | Marcucci | Son | $8,500,000 |
| 32. | Daniel | | Marcucci | Tina | | Marcucci | Wife | $12,500,000 |
| 33. | Timothy | Charles | Marion | Alisha | M. | Budd | Daughter | $8,500,000 |
| 34. | Timothy | Charles | Marion | Kris | | Marion | Wife | $12,500,000 |
| 35. | Joseph | James | Martin | Barbara | | Geraghty | Sister | $4,250,000 |
| 36. | Joseph | James | Martin | Edmund | | Geraghty | Brother | $4,250,000 |
| 37. | Gary | Gerald | Mausberg | Carole | Eleanor | Fitzner | Sister | $4,250,000 |
| 38. | Gary | Gerald | Mausberg | Margaret | | Mausberg-Bouton | Wife | $12,500,000 |
| 39. | Stephen | M. | McCoy | Brian | M. | McCoy | Son | $8,500,000 |
| 40. | Stephen | M. | McCoy | Clinton | L. | McCoy | Son | $8,500,000 |
| 41. | Stephen | M. | McCoy | Daniel | L. | McCoy | Brother | $4,250,000 |
| 42. | Stephen | M. | McCoy | Douglas | J. | McCoy | Son | $8,500,000 |
| 43. | Stephen | M. | McCoy | Gail | T. | McCoy | Wife | $12,500,000 |
| 44. | John | Patrick | McKee | John | William | McKee | Son | $8,500,000 |
| 45. | John | Patrick | McKee | Laurence | | McKee | Father | $8,500,000 |
| 46. | John | Patrick | McKee | Ryan | Patrick | McKee | Son | $8,500,000 |
| 47. | John | Patrick | McKee | Samantha | Rose | McKee | Daughter | $8,500,000 |
| 48. | John | Patrick | McKee | Sandra | | McKee | Wife | $12,500,000 |
| 49. | John | Patrick | McKee | Shawn | Michael | McKee | Son | $8,500,000 |
| 50. | John | Patrick | McKee | Margaret | Mary Janet | Tosca | Sister | $4,250,000 |
| 51. | Kevin | Patrick | McQuade | Anne | | McQuade | Wife | $12,500,000 |
| 52. | Kevin | Patrick | McQuade | Sean | Joseph | McQuade | Son | $8,500,000 |
| 53. | Patrick | Joseph | McQuillan | Frederick | Michael | McQuillan | Son | $8,500,000 |
| 54. | Trevor | Arnold | Miller | Elaine | | Miller | Wife | $12,500,000 |
| 55. | Trevor | Arnold | Miller | Sean | | Miller | Son | $8,500,000 |

| # | First | Middle | Last | First | Middle | Last | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|
| 56. | Trevor | Arnold | Miller | Ras | Yoseff | Makonnen | Brother | $4,250,000 |
| 57. | Trevor | Arnold | Miller | Gary | Edison | Mothersille | Brother | $4,250,000 |
| 58. | Trevor | Arnold | Miller | Roma | Karen | Mothersille | Sister | $4,250,000 |
| 59. | Trevor | Arnold | Miller | Ena | Louise | Price | Mother | $8,500,000 |
| 60. | Trevor | Arnold | Miller | Adriana | | Coney-Miller | Daughter | $8,500,000 |
| 61. | Paul | Steven | Morigi | Linda | | Morigi | Wife | $12,500,000 |
| 62. | Paul | Steven | Morigi | Steven | Matthew | Morigi | Son | $8,500,000 |
| 63. | John | Patrick | Morrissey | Mary | Marcelline | Morrissey | Wife | $12,500,000 |
| 64. | John | Patrick | Morrissey | Catherine | M. | Trotta | Daughter | $8,500,000 |
| 65. | John | | Murray | Catherine | E. | Murray | Wife | $12,500,000 |
| 66. | John | | Murray | Dennis | J. | Murray | Son | $8,500,000 |
| 67. | John | | Murray | Erin | | Murray | Daughter | $8,500,000 |
| 68. | John | | Waugh | Robyn | Marie | Hernandez | Sister | $4,250,000 |
| 69. | John | | Waugh | John | Charles | Waugh | Father | $8,500,000 |
| 70. | John | | Waugh | Megann | | Waugh | Wife | $12,500,000 |
| 71. | John | | Waugh | Roberta | | Waugh | Mother | $8,500,000 |