**EXHIBIT B**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PERSONAL REP FIRST NAME | PERSONAL REP MIDDLE NAME | PERSONAL REP LAST NAME | PERSONAL REP SUFFIX | ECONOMIC DAMAGES | PAIN & SUFFERING |
| 1. | Rebecca | A. | Buck | | Ruth | E. | Buck | | | $2,000,000 |
| 2. | John | Charles | Dillon | | Patricia | | Dillon | | | $2,000,000 |
| 3. | Aleksandr | | Drobchinskiy | | Klavdiya | | Drobchinskaya | | | $2,000,000 |
| 4. | Wayne | Kenneth | Haberland | | Terese | | Irons Haberland | | | $2,000,000 |
| 5. | John | J. | Hough | | Gail | Marie | Amrhein | | | $2,000,000 |
| 6. | Arthur | Bartolomeo | Iannace | | Susan | Ellen | Iannace | | | $2,000,000 |
| 7. | Phoebe | Catherine | Kahanov | | Learan | | Kahanov | | | $2,000,000 |
| 8. | Steven | | Mazur | | Mary | | Pisarkiewicz-Mazur | | | $2,000,000 |
| 9. | Robert | Kenner | McCain | Jr. | Pasha | | McCain | | | $2,000,000 |
| 10. | Albert | | Reingold | | Gertie | | Reingold | | | $2,000,000 |
| 11. | Kevin | | Rooney | | Vaneza | | Rooney | | | $2,000,000 |
| 12. | Robert | Carlo | Rossi | | Valerie | | Rossi | | | $2,000,000 |
| 13. | James | Anthony | Schiavone | | Lisa | | Schiavone | | | $2,000,000 |
| 14. | Joseph | M. | Scoblic | | Barbara | | Scoblic | | | $2,000,000 |
| 15. | Donna | M. | Siciliano | | Gerard | A. | Siciliano | | | $2,000,000 |
| 16. | Stephen | E. | Skipton | Sr. | Jennifer | | Skipton | | | $2,000,000 |
| 17. | Michael | Paul | Smith | Jr. | Faith | Ann | Smith | | | $2,000,000 |

EXHIBIT B

| 18. | Sam | | Vashovsky | Lana | | Vashovsky | | $2,000,000 |