**EXHIBIT A**

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **EXHIBIT A** | | | | | |
| 1. | Daniel | Victor | Armenta | | Jason | Daniel | Armenta | | Son | $8,500,000 |
| 2. | Ralph | James | Bova | | Barbara | | Bova | | Wife | $12,500,000 |
| 3. | Rebecca | A. | Buck | | Ruth | E. | Buck (o/b/o Donald J. Buck) | | Father | $8,500,000 |
| 4. | Rebecca | A. | Buck | | Ruth | E. | Buck | | Mother | $8,500,000 |
| 5. | Rebecca | A. | Buck | | Elizabeth | Ruth | Gutierrez | | Sister | $4,250,000 |
| 6. | Rebecca | A. | Buck | | Florence | E. | Hoosein | | Sister | $4,250,000 |
| 7. | Joseph | Patrick | Cassella | | Donna | Marie | Martinelli | | Daughter | $8,500,000 |
| 8. | Ronald | Thomas | Coyne | | Patrick | James | Coyne | | Son | $8,500,000 |
| 9. | Ronald | Thomas | Coyne | | Theresa | | Hazel | | Sister | $4,250,000 |
| 10. | Ronald | Thomas | Coyne | | John | Vincent | Monaco | | Son | $8,500,000 |
| 11. | Nicholas | | D'Errico | | Nicholas | John | D'Errico | | Son | $8,500,000 |
| 12. | Nicholas | | D'Errico | | Michael | Anthony | D'Errico | | Son | $8,500,000 |
| 13. | Nicholas | | D'Errico | | Michael | Anthony | D'Errico (o/b/o June D'Errico) | | Wife | $12,500,000 |
| 14. | Nicholas | | D'Errico | | Susan | A. | Sangiorgi | | Sister | $4,250,000 |
| 15. | John | Charles | Dillon | | John | Patrick | Dillon | | Son | $8,500,000 |
| 16. | John | Charles | Dillon | | Joanna | | Sanford | | Daughter | $8,500,000 |
| 17. | John | Charles | Dillon | | Patricia | | Dillon | | Wife | $12,500,000 |
| 18. | Aleksandr | | Drobchinskiy | | Klavdiya | | Drobchinskaya | | Wife | $12,500,000 |
| 19. | Aleksandr | | Drobchinskiy | | Nelly | | Yakutelov | | Daughter | $8,500,000 |
| 20. | George | David | Eysser | | Christopher | George | Eysser | | Son | $8,500,000 |
| 21. | Wayne | Kenneth | Haberland | | Terese | Irons | Haberland | | Wife | $12,500,000 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22. | John | J. | Hough | | Catherine | I. | Crouse | | Daughter | $8,500,000 |
| 23. | John | J. | Hough | | Gail | Marie | Amrhein | | Sister | $4,250,000 |
| 24. | John | J. | Hough | | Thomas | James | Hough | | Brother | $4,250,000 |
| 25. | Arthur | Bartolomeo | Iannace | | Christopher | R. | Iannace | | Son | $8,500,000 |
| 26. | Arthur | Bartolomeo | Iannace | | Susan | Ellen | Iannace | | Wife | $12,500,000 |
| 27. | Arthur | Bartolomeo | Iannace | | Michael | | Iannace | | Son | $8,500,000 |
| 28. | Phoebe | Catherine | Kahanov | | Learan | | Kahanov | | Husband | $12,500,000 |
| 29. | John | Paul | LaPointe | | Lucille | A. | LaPointe | | Mother | $8,500,000 |
| 30. | Steven | | Mazur | | Lee | | Mazur | | Son | $8,500,000 |
| 31. | Steven | | Mazur | | Mary | | Pisarkiewicz-Mazur | | Wife | $12,500,000 |
| 32. | Steven | | Mazur | | Zachary | Adam | Mazur | | Son | $8,500,000 |
| 33. | Robert | Kenner | McCain | Jr. | Remmington | Lark | McCain | | Son | $8,500,000 |
| 34. | Robert | Kenner | McCain | Jr. | Michelle | Yvette | Amin | | Sister | $4,250,000 |
| 35. | Robert | Kenner | McCain | Jr. | Dexter | | McCain | | Son | $8,500,000 |
| 36. | Robert | Kenner | McCain | Jr. | Dolores | | McCain | | Mother | $8,500,000 |
| 37. | Robert | Kenner | McCain | Jr. | Gail | Roslyn | Davis | | Sister | $4,250,000 |
| 38. | Robert | Kenner | McCain | Jr. | Pasha | | McCain | | Wife | $12,500,000 |
| 39. | Robert | Kenner | McCain | Jr. | Robert | Kenner | McCain | III | Son | $8,500,000 |
| 40. | Robert | Kenner | McCain | Jr. | Robert | Kenner | McCain | Sr. | Father | $8,500,000 |
| 41. | Paul | J. | Oslovich | | Nicole | M. | Heinrich | | Daughter | $8,500,000 |
| 42. | Paul | J. | Oslovich | | Debra | L. | Anagnost | | Sister | $4,250,000 |
| 43. | Paul | J. | Oslovich | | Maryrose | | Paar | | Sister | $4,250,000 |
| 44. | Paul | J. | Oslovich | | Christopher | P. | Oslovich | | Son | $8,500,000 |
| 45. | Paul | J. | Oslovich | | Jenna | M. | Oslovich | | Daughter | $8,500,000 |
| 46. | Paul | J. | Oslovich | | Matthew | P. | Oslovich | | Son | $8,500,000 |
| 47. | Paul | J. | Oslovich | | Theresa | | Oslovich | | Wife | $12,500,000 |
| 48. | Larry | Ordell | Rappe | | Shirley | J. | Holland | | Sister | $4,250,000 |
| 49. | Larry | Ordell | Rappe | | Marilyn | Duan | Scott | | Sister | $4,250,000 |
| 50. | Robert | J. | Reilly | | Patrick | | Reilly | | Brother | $4,250,000 |
| 51. | Albert | | Reingold | | Lisa | Beth | Reingold Schlussel | | Daughter | $8,500,000 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. | Albert | | Reingold | | Robin | Karen | Reingold Susman | | Daughter | $8,500,000 |
| 53. | Albert | | Reingold | | Gertie | | Reingold | | Wife | $12,500,000 |
| 54. | Albert | | Reingold | | Stephen | Marcus | Reingold | | Son | $8,500,000 |
| 55. | Mary | Elizabeth | Reynolds | | Peter | Joseph | Reynolds | | Brother | $4,250,000 |
| 56. | Kevin | | Rooney | | Frank | | Rooney | | Brother | $4,250,000 |
| 57. | Robert | Carlo | Rossi | | Valerie | | Rossi | | Wife | $12,500,000 |
| 58. | Rita | | Saverino Romeo | | Joseph | M. | Romeo | | Husband | $12,500,000 |
| 59. | Rita | | Saverino Romeo | | Luca | Vincent | Romeo | | Son | $8,500,000 |
| 60. | James | Anthony | Schiavone | | Breanna | | Schiavone | | Daughter | $8,500,000 |
| 61. | James | Anthony | Schiavone | | Cristina | Rose | Schiavone | | Daughter | $8,500,000 |
| 62. | James | Anthony | Schiavone | | Lisa | | Schiavone | | Wife | $12,500,000 |
| 63. | James | Anthony | Schiavone | | Michael | James | Schiavone | | Son | $8,500,000 |
| 64. | Donna | M. | Siciliano | | Richard | W. | Ippolito (o/b/o Angelina Ippolito) | | Mother | $8,500,000 |
| 65. | Donna | M. | Siciliano | | Richard | W. | Ippolito (o/b/o Genarino Ippolito) | | Father | $8,500,000 |
| 66. | Donna | M. | Siciliano | | Michael | J. | Ippolito | | Brother | $4,250,000 |
| 67. | Donna | M. | Siciliano | | Richard | W. | Ippolito | | Brother | $4,250,000 |
| 68. | Donna | M. | Siciliano | | Robert | V. | Ippolito | | Brother | $4,250,000 |
| 69. | Donna | M. | Siciliano | | Gerard | A. | Siciliano | | Husband | $12,500,000 |
| 70. | Stephen | E. | Skipton | Sr. | Tracy | Ann | Cicchetti | | Sister | $4,250,000 |
| 71. | Stephen | E. | Skipton | Sr. | Bertha | Elizabeth | Skipton | | Mother | $8,500,000 |
| 72. | Stephen | E. | Skipton | Sr. | Jennifer | | Skipton | | Wife | $12,500,000 |
| 73. | Stephen | E. | Skipton | Sr. | Stephen | E. | Skipton | Jr. | Son | $8,500,000 |
| 74. | Michael | Paul | Smith | Jr. | Dillon | Andrew | Smith | | Son | $8,500,000 |
| 75. | Michael | Paul | Smith | Jr. | Faith | Ann | Smith | | Wife | $12,500,000 |
| 76. | Michael | Paul | Smith | Jr. | Michael | Paul | Smith | III | Son | $8,500,000 |

| 77. | Margaret | Lydia | Utzinger | Morgan | Leah | Utzinger | Daughter | $8,500,000 |
| 78. | Sam | | Vashovsky | Ephraim | | Vashovsky | Son | $8,500,000 |
| 79. | Sam | | Vashovsky | Stanley | | Vashovsky | Son | $8,500,000 |
| 80. | Sam | | Vashovsky | Lana | | Vashovsky | Wife | $12,500,000 |