**EXHIBIT A**

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **EXHIBIT A** | | | | | |
| 1. | Harry | | Davis | | Cynthia | | Davis | | Sister | $4,250,000 |
| 2. | Harry | | Davis | | Emiko | Uhura | Davis | | Daughter | $8,500,000 |
| 3. | Harry | | Davis | | Esther | | Davis | | Wife | $12,500,000 |
| 4. | Harry | | Davis | | Jonathan | Tehama | Davis | | Son | $8,500,000 |
| 5. | Harry | | Davis | | Kosiko | Inwhri | Davis | | Daughter | $8,500,000 |
| 6. | Harry | | Davis | | Lakala | Kuahna | Davis | | Son | $8,500,000 |
| 7. | Alan | K. | Federbush | | Karyne | | Federbush | | Daughter | $8,500,000 |
| 8. | Michael | | Raimondi | Jr. | Donna | Jean | Raimondi | | Wife | $12,500,000 |
| 9. | Michael | | Raimondi | Jr. | Gianna | Mary | Raimondi | | Daughter | $8,500,000 |
| 10. | Michael | | Raimondi | Jr. | Jeanine | Antonia | Raimondi | | Daughter | $8,500,000 |
| 11. | Robert | J. | Reilly | | Patricia | | Reilly | | Wife | $12,500,000 |
| 12. | Antolino | | Rexach | | Antolino | | Rexach | Jr. | Son | $8,500,000 |
| 13. | Antolino | | Rexach | | Daniel | | Rexach | | Son | $8,500,000 |
| 14. | Antolino | | Rexach | | Justin | F. | Rexach | | Son | $8,500,000 |
| 15. | Antolino | | Rexach | | Precilla | | Rexach | | Wife | $12,500,000 |
| 16. | Richard | Edmund | Rodenheiser | | Ashley | Nicole | Rodenheiser | | Daughter | $8,500,000 |
| 17. | Richard | Edmund | Rodenheiser | | Colleen | Marie | Rodenheiser | | Wife | $12,500,000 |
| 18. | Richard | Edmund | Rodenheiser | | Samantha | Joanne | Rodenheiser | | Daughter | $8,500,000 |
| 19. | Richard | Edmund | Rodenheiser | | Gabrielle | Paige | Yamashita | | Daughter | $8,500,000 |
| 20. | Robert | | Rolon | | Jason | | Rolon | | Son | $8,500,000 |
| 21. | Robert | | Rolon | | Lisa | | Sonitis | | Daughter | $8,500,000 |
| 22. | Boris | | Rozenberg | | Jacob | | Rozenberg | | Son | $8,500,000 |
| 23. | Colin | Michael | Sargent | | Nicole | Marie | Casarsa | | Daughter | $8,500,000 |
| 24. | Colin | Michael | Sargent | | Kelly | Maureen | Migliaccio | | Daughter | $8,500,000 |

| #   | First   | Middle  | Last       | First    | Middle | Last            | Suffix | Relationship | Amount |
|-----|---------|---------|------------|----------|--------|-----------------|--------|--------------|--------|
| 25. | Colin   | Michael | Sargent    | Colin    | Michael | Sargent        | Jr.    | Son          | $8,500,000 |
| 26. | Colin   | Michael | Sargent    | Linda    | L.     | Sargent         |        | Wife         | $12,500,000 |
| 27. | Colin   | Michael | Sargent    | Patricia | A.     | Sargent         |        | Daughter     | $8,500,000 |
| 28. | Michael | Patrick | Shea       | Ingrid   | M.     | Morales         |        | Wife         | $12,500,000 |
| 29. | Howard  | Bernard | Sherman    | Melissa  |        | Rothberg        |        | Daughter     | $8,500,000 |
| 30. | Howard  | Bernard | Sherman    | Amanda   | B.     | Max             |        | Daughter     | $8,500,000 |
| 31. | Howard  | Bernard | Sherman    | Karen    |        | Sherman         |        | Wife         | $12,500,000 |
| 32. | Howard  | Bernard | Sherman    | Robin    |        | Sherman         |        | Daughter     | $8,500,000 |
| 33. | Michael | F.      | Shipsey    | Jennifer | E.     | Curattalo       |        | Daughter     | $8,500,000 |
| 34. | Michael | F.      | Shipsey    | Eileen   |        | Shipsey         |        | Wife         | $12,500,000 |
| 35. | Martin  | C.      | Simmons    | Joseph   | G.     | Simmons         |        | Son          | $8,500,000 |
| 36. | Martin  | C.      | Simmons    | Judi     | P.     | Simmons         |        | Wife         | $12,500,000 |
| 37. | Martin  | C.      | Simmons    | Kevin    | W.     | Simmons         |        | Son          | $8,500,000 |
| 38. | Martin  | C.      | Simmons    | Ryan     | P.     | Simmons         |        | Son          | $8,500,000 |
| 39. | Thomas  | Flavian | Sitaca     | Jeannine |        | Grudzien        |        | Daughter     | $8,500,000 |
| 40. | Thomas  | Flavian | Sitaca     | Amanda   | L.     | Guidice         |        | Daughter     | $8,500,000 |
| 41. | Thomas  | Flavian | Sitaca     | Christina |       | Sitaca          |        | Wife         | $12,500,000 |
| 42. | Thomas  | Flavian | Sitaca     | Thomas   | John   | Sitaca          |        | Son          | $8,500,000 |
| 43. | Michael |         | Steiner    | Kristine |        | Steiner         |        | Wife         | $12,500,000 |
| 44. | Frank   | Richard | Svoboda    | Josephine| Ann    | Svoboda         |        | Wife         | $12,500,000 |
| 45. | Frank   | Richard | Svoboda    | Janine   |        | Levitt          |        | Daughter     | $8,500,000 |
| 46. | Frank   | Richard | Svoboda    | Krista   | Lynn   | Thompson        |        | Daughter     | $8,500,000 |
| 47. | William | E.      | Switzer    | Maria    | A.     | Fierro-Switzer  |        | Wife         | $12,500,000 |
| 48. | William | E.      | Switzer    | John     | Thomas | Switzer         |        | Brother      | $4,250,000 |
| 49. | William | E.      | Switzer    | Samantha | M.     | Switzer         |        | Daughter     | $8,500,000 |
| 50. | George  | M.      | Thomas     | Linda    | Karen  | Perotti         |        | Daughter     | $8,500,000 |
| 51. | George  | M.      | Thomas     | Evelyn   |        | Thomas          |        | Wife         | $12,500,000 |
| 52. | George  | M.      | Thomas     | Mark     |        | Thomas          |        | Son          | $8,500,000 |
| 53. | Vikki   | Allyn   | Turner-Cox | Andre    |        | Cox             |        | Husband      | $12,500,000 |
| 54. | Vikki   | Allyn   | Turner-Cox | Armond   | Rhian  | Cox             |        | Son          | $8,500,000 |
| 55. | Vikki   | Allyn   | Turner-Cox | Leigh    | N.     | Cox             |        | Son          | $8,500,000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 56. | Vikki | Allyn | Turner-Cox | Gwendolyn | Audrey Lee | Turner | Mother | $8,500,000 |
| 57. | Vikki | Allyn | Turner-Cox | Kenneth | Herman | Turner | Brother | $4,250,000 |
| 58. | Vikki | Allyn | Turner-Cox | Mark | Owens | Turner | Brother | $4,250,000 |
| 59. | Vikki | Allyn | Turner-Cox | Nancy | Louise | Turner | Sister | $4,250,000 |
| 60. | Stephen | | Vaughan | Suzzanne | | Anderson | Sister | $4,250,000 |
| 61. | Stephen | | Vaughan | Helen | | Vaughan | Wife | $12,500,000 |
| 62. | Stephen | | Vaughan | John | | Vaughan | Brother | $4,250,000 |
| 63. | Stephen | | Vaughan | Nicholas | | Vaughan | Son | $8,500,000 |
| 64. | Roberta | J. | Vrona-Lichtenstein | Richard | | Lichtenstein | Husband | $12,500,000 |
| 65. | Freddie | | Wallace-Rakis | John | | Rakis | Husband | $12,500,000 |
| 66. | Elizabeth | Ann | Walsh | David | Joseph | Walsh | Son | $8,500,000 |
| 67. | Elizabeth | Ann | Walsh | Christopher | | Walsh | Son | $8,500,000 |
| 68. | Elizabeth | Ann | Walsh | Daniel | Patrick | Walsh | Son | $8,500,000 |
| 69. | Elizabeth | Ann | Walsh | Mary | | Walsh | Daughter | $8,500,000 |
| 70. | Elizabeth | Ann | Walsh | Richard | | Walsh | Husband | $12,500,000 |