**EXHIBIT B**

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PERSONAL REP FIRST NAME | PERSONAL REP MIDDLE NAME | PERSONAL REP LAST NAME | PERSONAL REP SUFFIX | ECONOMIC DAMAGES | PAIN & SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
|  | **EXHIBIT B** ||||||||||
| 1. | Michael | | Raimondi | Jr. | Donna | Jean | Raimondi | | | $2,000,000 |
| 2. | Robert | J. | Reilly | | Patricia | | Reilly | | | $2,000,000 |
| 3. | Antolino | | Rexach | | Precilla | | Rexach | | | $2,000,000 |
| 4. | Richard | Edmund | Rodenheiser | | Colleen | Marie | Rodenheiser | | | $2,000,000 |
| 5. | Robert | | Rolon | | Jason | | Rolon | | | $2,000,000 |
| 6. | Boris | | Rozenberg | | Jacob | | Rozenberg | | | $2,000,000 |
| 7. | Colin | Michael | Sargent | | Linda | L. | Sargent | | | $2,000,000 |
| 8. | Michael | Patrick | Shea | | Ingrid | M. | Morales | | | $2,000,000 |
| 9. | Howard | Bernard | Sherman | | Karen | | Sherman | | | $2,000,000 |
| 10. | Michael | F. | Shipsey | | Eileen | | Shipsey | | | $2,000,000 |
| 11. | Martin | C. | Simmons | | Judi | P. | Simmons | | | $2,000,000 |
| 12. | Michael | | Steiner | | Kristine | | Steiner | | | $2,000,000 |
| 13. | Frank | Richard | Svoboda | | Janine | | Levitt | | | $2,000,000 |
| 14. | William | E. | Switzer | | Maria | A. | Fierro-Switzer | | | $2,000,000 |
| 15. | George | M. | Thomas | | Evelyn | | Thomas | | | $2,000,000 |
| 16. | Vikki | Allyn | Turner-Cox | | Andre | | Cox | | | $2,000,000 |
| 17. | Stephen | | Vaughan | | Helen | | Vaughan | | | $2,000,000 |
| 18. | Freddie | | Wallace-Rakis | | John | | Rakis | | | $2,000,000 |
| 19. | Elizabeth | Ann | Walsh | | Richard | | Walsh | | | $2,000,000 |