**EXHIBIT A**

| | | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1. | Harry | | Davis | | Cynthia | | Davis | | Sister | $4,250,000 |
| 2. | Harry | | Davis | | Emiko | Uhura | Davis | | Daughter | $8,500,000 |
| 3. | Harry | | Davis | | Esther | | Davis | | Wife | $12,500,000 |
| 4. | Harry | | Davis | | Jonathan | Tehama | Davis | | Son | $8,500,000 |
| 5. | Harry | | Davis | | Kosiko | Inwhri | Davis | | Daughter | $8,500,000 |
| 6. | Harry | | Davis | | Lakala | Kuahna | Davis | | Son | $8,500,000 |
| 7. | Alan | K. | Federbush | | Karyne | | Federbush | | Daughter | $8,500,000 |
| 8. | Michael | | Raimondi | Jr. | Donna | Jean | Raimondi | | Wife | $12,500,000 |
| 9. | Michael | | Raimondi | Jr. | Gianna | Mary | Raimondi | | Daughter | $8,500,000 |
| 10. | Michael | | Raimondi | Jr. | Jeanine | Antonia | Raimondi | | Daughter | $8,500,000 |
| 11. | Robert | J. | Reilly | | Patricia | | Reilly | | Wife | $12,500,000 |
| 12. | Antolino | | Rexach | | Antolino | | Rexach | Jr. | Son | $8,500,000 |
| 13. | Antolino | | Rexach | | Daniel | | Rexach | | Son | $8,500,000 |
| 14. | Antolino | | Rexach | | Justin | F. | Rexach | | Son | $8,500,000 |
| 15. | Antolino | | Rexach | | Precilla | | Rexach | | Wife | $12,500,000 |
| 16. | Richard | Edmund | Rodenheiser | | Ashley | Nicole | Rodenheiser | | Daughter | $8,500,000 |
| 17. | Richard | Edmund | Rodenheiser | | Colleen | Marie | Rodenheiser | | Wife | $12,500,000 |
| 18. | Richard | Edmund | Rodenheiser | | Samantha | Joanne | Rodenheiser | | Daughter | $8,500,000 |
| 19. | Richard | Edmund | Rodenheiser | | Gabrielle | Paige | Yamashita | | Daughter | $8,500,000 |
| 20. | Robert | | Rolon | | Jason | | Rolon | | Son | $8,500,000 |
| 21. | Robert | | Rolon | | Lisa | | Sonitis | | Daughter | $8,500,000 |
| 22. | Boris | | Rozenberg | | Jacob | | Rozenberg | | Son | $8,500,000 |
| 23. | Colin | Michael | Sargent | | Nicole | Marie | Casarsa | | Daughter | $8,500,000 |
| 24. | Colin | Michael | Sargent | | Kelly | Maureen | Migliaccio | | Daughter | $8,500,000 |

| # | First | Middle | Last | | First | Middle | Last | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 25. | Colin | Michael | Sargent | | Colin | Michael | Sargent | Jr. | Son | $8,500,000 |
| 26. | Colin | Michael | Sargent | | Linda | L. | Sargent | | Wife | $12,500,000 |
| 27. | Colin | Michael | Sargent | | Patricia | A. | Sargent | | Daughter | $8,500,000 |
| 28. | Michael | Patrick | Shea | | Ingrid | M. | Morales | | Wife | $12,500,000 |
| 29. | Howard | Bernard | Sherman | | Melissa | | Rothberg | | Daughter | $8,500,000 |
| 30. | Howard | Bernard | Sherman | | Amanda | B. | Max | | Daughter | $8,500,000 |
| 31. | Howard | Bernard | Sherman | | Karen | | Sherman | | Wife | $12,500,000 |
| 32. | Howard | Bernard | Sherman | | Robin | | Sherman | | Daughter | $8,500,000 |
| 33. | Michael | F. | Shipsey | | Jennifer | E. | Curattalo | | Daughter | $8,500,000 |
| 34. | Michael | F. | Shipsey | | Eileen | | Shipsey | | Wife | $12,500,000 |
| 35. | Martin | C. | Simmons | | Joseph | G. | Simmons | | Son | $8,500,000 |
| 36. | Martin | C. | Simmons | | Judi | P. | Simmons | | Wife | $12,500,000 |
| 37. | Martin | C. | Simmons | | Kevin | W. | Simmons | | Son | $8,500,000 |
| 38. | Martin | C. | Simmons | | Ryan | P. | Simmons | | Son | $8,500,000 |
| 39. | Thomas | Flavian | Sitaca | | Jeannine | | Grudzien | | Daughter | $8,500,000 |
| 40. | Thomas | Flavian | Sitaca | | Amanda | L. | Guidice | | Daughter | $8,500,000 |
| 41. | Thomas | Flavian | Sitaca | | Christina | | Sitaca | | Wife | $12,500,000 |
| 42. | Thomas | Flavian | Sitaca | | Thomas | John | Sitaca | | Son | $8,500,000 |
| 43. | Michael | | Steiner | | Kristine | | Steiner | | Wife | $12,500,000 |
| 44. | Frank | Richard | Svoboda | | Josephine | Ann | Svoboda | | Wife | $12,500,000 |
| 45. | Frank | Richard | Svoboda | | Janine | | Levitt | | Daughter | $8,500,000 |
| 46. | Frank | Richard | Svoboda | | Krista | Lynn | Thompson | | Daughter | $8,500,000 |
| 47. | William | E. | Switzer | | Maria | A. | Fierro-Switzer | | Wife | $12,500,000 |
| 48. | William | E. | Switzer | | John | Thomas | Switzer | | Brother | $4,250,000 |
| 49. | William | E. | Switzer | | Samantha | M. | Switzer | | Daughter | $8,500,000 |
| 50. | George | M. | Thomas | | Linda | Karen | Perotti | | Daughter | $8,500,000 |
| 51. | George | M. | Thomas | | Evelyn | | Thomas | | Wife | $12,500,000 |
| 52. | George | M. | Thomas | | Mark | | Thomas | | Son | $8,500,000 |
| 53. | Vikki | Allyn | Turner-Cox | | Andre | | Cox | | Husband | $12,500,000 |
| 54. | Vikki | Allyn | Turner-Cox | | Armond | Rhian | Cox | | Son | $8,500,000 |
| 55. | Vikki | Allyn | Turner-Cox | | Leigh | N. | Cox | | Son | $8,500,000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 56. | Vikki | Allyn | Turner-Cox | Gwendolyn | Audrey Lee | Turner | Mother | $8,500,000 |
| 57. | Vikki | Allyn | Turner-Cox | Kenneth | Herman | Turner | Brother | $4,250,000 |
| 58. | Vikki | Allyn | Turner-Cox | Mark | Owens | Turner | Brother | $4,250,000 |
| 59. | Vikki | Allyn | Turner-Cox | Nancy | Louise | Turner | Sister | $4,250,000 |
| 60. | Stephen | | Vaughan | Suzzanne | | Anderson | Sister | $4,250,000 |
| 61. | Stephen | | Vaughan | Helen | | Vaughan | Wife | $12,500,000 |
| 62. | Stephen | | Vaughan | John | | Vaughan | Brother | $4,250,000 |
| 63. | Stephen | | Vaughan | Nicholas | | Vaughan | Son | $8,500,000 |
| 64. | Roberta | J. | Vrona-Lichtenstein | Richard | | Lichtenstein | Husband | $12,500,000 |
| 65. | Freddie | | Wallace-Rakis | John | | Rakis | Husband | $12,500,000 |
| 66. | Elizabeth | Ann | Walsh | David | Joseph | Walsh | Son | $8,500,000 |
| 67. | Elizabeth | Ann | Walsh | Christopher | | Walsh | Son | $8,500,000 |
| 68. | Elizabeth | Ann | Walsh | Daniel | Patrick | Walsh | Son | $8,500,000 |
| 69. | Elizabeth | Ann | Walsh | Mary | | Walsh | Daughter | $8,500,000 |
| 70. | Elizabeth | Ann | Walsh | Richard | | Walsh | Husband | $12,500,000 |