**EXHIBIT A**

| | | | | EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1. | Haskell | | Askin | | Davina | Joy | Askin | | Daughter | $8,500,000 |
| 2. | Haskell | | Askin | | Sara | Belle | Askin | | Wife | $12,500,000 |
| 3. | Haskell | | Askin | | Saralee | A. | Miller | | Sister | $4,250,000 |
| 4. | Haskell | | Askin | | Shifra | Miriam | Saruya | | Sister | $4,250,000 |
| 5. | Sheldon | | Barocas | | Joyce | E. | Barocas | | Sister | $4,250,000 |
| 6. | Sheldon | | Barocas | | Ralph | L. | Barocas | | Brother | $4,250,000 |
| 7. | Sheldon | | Barocas | | Sari | | Barocas | | Daughter | $8,500,000 |
| 8. | Sheldon | | Barocas | | Scott | M. | Barocas | | Son | $8,500,000 |
| 9. | Mario | | Bastidas | | Penelope | | Bastidas | | Wife | $12,500,000 |
| 10. | Mario | | Bastidas | | Jose | A. | Bastidas | | Brother | $4,250,000 |
| 11. | Mario | | Bastidas | | Sara | Maria | Sandstrom | | Sister | $4,250,000 |
| 12. | Mario | | Bastidas | | Jose | Alfredo | Bastidas | | Father | $8,500,000 |
| 13. | Ronald | Robert | Brenneisen | | Chase | Charles | Brenneisen | | Son | $8,500,000 |
| 14. | Ronald | Robert | Brenneisen | | Jessyca | | Brenneisen | | Daughter | $8,500,000 |
| 15. | Miao | Ling | Cao | | Dong | Xi | Cao | | Brother | $4,250,000 |
| 16. | Miao | Ling | Cao | | Ze | Xi | Cao | | Brother | $4,250,000 |
| 17. | Robert | Royce | Codner | | Christine | Marie | Codner-Castellano | | Daughter | $8,500,000 |
| 18. | Robert | Royce | Codner | | Victoria | M. | Codner | | Wife | $12,500,000 |
| 19. | Joseph | Francis | Fitzpatrick | Sr. | Joseph | Thomas | Fitzpatrick | | Son | $8,500,000 |
| 20. | Joseph | Francis | Fitzpatrick | Sr. | Edith | Marie | Plaia | | Daughter | $8,500,000 |
| 21. | Joseph | Francis | Fitzpatrick | Sr. | JoAnn | | Rios | | Daughter | $8,500,000 |
| 22. | John | Edward | Goggin | | John | Vincent | Goggin | | Son | $8,500,000 |
| 23. | John | Edward | Goggin | | Karen | A. | Goggin | | Wife | $12,500,000 |

| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 24. | John | Edward | Goggin | | Michael | Dennis | Goggin | | Son | $8,500,000 |
| 25. | John | Edward | Goggin | | Tara | Katelyn | Goggin | | Daughter | $8,500,000 |
| 26. | William | John | Gormley | Sr. | Bridget | Elizabeth | Gormley | | Daughter | $8,500,000 |
| 27. | William | John | Gormley | Sr. | Kevin | Michael | Gormley | | Son | $8,500,000 |
| 28. | William | John | Gormley | Sr. | Lizanne | | Gormley | | Wife | $12,500,000 |
| 29. | William | John | Gormley | Sr. | Raymond | Joseph | Gormley | | Son | $8,500,000 |
| 30. | William | John | Gormley | Sr. | William | John | Gormley | | Son | $8,500,000 |
| 31. | Michael | Robert | Henry | Sr. | Kathleen | | Giannone | | Sister | $4,250,000 |
| 32. | Michael | Robert | Henry | Sr. | Michael | Christopher | Henry | | Son | $8,500,000 |
| 33. | Michael | Robert | Henry | Sr. | Donna | Ann | Henry | | Wife | $12,500,000 |
| 34. | Michael | Robert | Henry | Sr. | Frank | P. | Henry | | Brother | $4,250,000 |
| 35. | Robert | M. | Hess | | Brian | H. | Hess | | Son | $8,500,000 |
| 36. | Robert | M. | Hess | | Connor | P. | Hess | | Son | $8,500,000 |
| 37. | Robert | M. | Hess | | Kimberly | L. | Hess | | Daughter | $8,500,000 |
| 38. | Robert | M. | Hess | | Robert | John | Hess | | Son | $8,500,000 |
| 39. | Robert | M. | Hess | | Patricia | | Murphy-Hess | | Wife | $12,500,000 |
| 40. | Stephan | | Hittmann | | Georgia | M. | Asciutto | | Wife | $12,500,000 |
| 41. | Stephan | | Hittmann | | Gianna | | Hittmann | | Daughter | $8,500,000 |
| 42. | James | Joseph | Kelly | | Larae | Ann | Brennan | | Daughter | $8,500,000 |
| 43. | James | Joseph | Kelly | | Brian | Patrick | Kelly | | Son | $8,500,000 |
| 44. | James | Joseph | Kelly | | Colleen | | Kelly | | Wife | $12,500,000 |
| 45. | James | Joseph | Kelly | | James | Joseph | Kelly | Jr. | Son | $8,500,000 |
| 46. | James | Joseph | Kelly | | Michael | John | Kelly | | Son | $8,500,000 |
| 47. | Geraldine | | Krasko | | Joseph | | Krasko | | Son | $8,500,000 |
| 48. | Geraldine | | Krasko | | Joseph | M. | Krasko | | Husband | $12,500,000 |
| 49. | Geraldine | | Krasko | | Robyn | | Trimarco | | Daughter | $8,500,000 |
| 50. | Michael | | Lampkin | | Robert | | Lampkin | | Brother | $4,250,000 |
| 51. | Michael | | Lampkin | | Victoria | | Lampkin | | Sister | $4,250,000 |
| 52. | Joseph | W. | Lynch | | Daniel | J. | Lynch | | Son | $8,500,000 |
| 53. | Joseph | W. | Lynch | | David | | Lynch | | Son | $8,500,000 |
| 54. | Joseph | W. | Lynch | | Mary | | Lynch | | Wife | $12,500,000 |
| 55. | Joseph | W. | Lynch | | Peter | | Lynch | | Son | $8,500,000 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 56. | Alberto | | Machado | Daniella | Lemos | Machado | | Daughter | $8,500,000 |
| 57. | Alberto | | Machado | Jessica | Lemos | Machado | | Daughter | $8,500,000 |
| 58. | Alberto | | Machado | Leanna | Lemos | Machado | | Daughter | $8,500,000 |
| 59. | Alberto | | Machado | Maria | | Machado | | Wife | $12,500,000 |
| 60. | Duane | F. | MacMenamie | Linda | | Macmenamie | | Wife | $12,500,000 |
| 61. | Joshua | | Olojo | Ayodeji | | Odulaja | | Son | $8,500,000 |
| 62. | Joshua | | Olojo | Abiola | | Olojo | | Wife | $12,500,000 |
| 63. | Joshua | | Olojo | Abisola | | Olojo | | Daughter | $8,500,000 |
| 64. | Joshua | | Olojo | Adedapo | | Olojo | | Son | $8,500,000 |
| 65. | Joshua | | Olojo | Ibukunoluwa | | Olojo | | Son | $8,500,000 |
| 66. | Larry | Ordell | Rappe | Aaron | Shawn | Graeb | | Son | $8,500,000 |
| 67. | Larry | Ordell | Rappe | Amanda | Rae | Guthrie | | Daughter | $8,500,000 |
| 68. | Larry | Ordell | Rappe | Charles | Frederick | Rappe | | Son | $8,500,000 |
| 69. | Larry | Ordell | Rappe | Paula | | Rappe | | Wife | $12,500,000 |
| 70. | Larry | Scott | Relyea | Debra | J. | Relyea | | Wife | $12,500,000 |
| 71. | Larry | Scott | Relyea | Jay | | Relyea | | Son | $8,500,000 |
| 72. | Anita | | Rizzo-Cino | Victor | Joseph | Cino | | Husband | $12,500,000 |
| 73. | Gregory | | Waters | Tracey | Lin | Jackson | | Daughter | $8,500,000 |
| 74. | Gregory | | Waters | Gregory | Alan | Waters | Jr. | Son | $8,500,000 |
| 75. | Gregory | | Waters | Peggy | | Waters | | Wife | $12,500,000 |
| 76. | Gregory | | Waters | Ryan | Mark | Waters | | Son | $8,500,000 |