**EXHIBIT B**

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PERSONAL REP FIRST NAME | PERSONAL REP MIDDLE NAME | PERSONAL REP LAST NAME | PERSONAL REP SUFFIX | ECONOMIC DAMAGES | PAIN & SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Haskell | | Askin | | Sara | Belle | Askin | | | $2,000,000 |
| 2. | Sheldon | | Barocas | | Joyce | E. | Barocas | | | $2,000,000 |
| 3. | Mario | | Bastidas | | Penelope | | Bastidas | | | $2,000,000 |
| 4. | Ronald | Robert | Brenneisen | | Chase | Charles | Brenneisen | | | $2,000,000 |
| 5. | Miao | Ling | Cao | | Ze | Xi | Cao | | | $2,000,000 |
| 6. | Robert | Royce | Codner | | Victoria | M. | Codner | | | $2,000,000 |
| 7. | Joseph | Francis | Fitzpatrick | Sr. | Edith | Marie | Plaia | | | $2,000,000 |
| 8. | John | Edward | Goggin | | Karen | A. | Goggin | | | $2,000,000 |
| 9. | Robert | M. | Hess | | Patricia | | Murphy-Hess | | | $2,000,000 |
| 10. | Stephan | | Hittmann | | Georgia | | Asciutto | | | $2,000,000 |
| 11. | James | Joseph | Kelly | | Colleen | | Kelly | | | $2,000,000 |
| 12. | Geraldine | | Krasko | | Joseph | M. | Krasko | | | $2,000,000 |
| 13. | Michael | | Lampkin | | Robert | | Lampkin | | | $2,000,000 |
| 14. | Joseph | W. | Lynch | | Mary | | Lynch | | | $2,000,000 |
| 15. | Alberto | | Machado | | Maria | | Machado | | | $2,000,000 |
| 16. | Duane | F. | MacMenamie | | Linda | | Macmenamie | | | $2,000,000 |
| 17. | Larry | Ordell | Rappe | | Paula | | Rappe | | | $2,000,000 |
| 18. | Larry | Scott | Relyea | | Debra | J. | Relyea | | | $2,000,000 |
| 19. | Gregory | | Waters | | Peggy | | Waters | | | $2,000,000 |