UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Basci et al v. Islamic Republic of Iran* | Case No. 20-cv-00415 (GBD)(SN) <br> ECF Case |

**PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *BASCI* PLAINTIFFS**

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Barry M. Salzman (the "Salzman Declaration"), with exhibits, and the accompanying memorandum of law, together with the evidence filed in the above-captioned multidistrict litigation, the Plaintiffs identified in Exhibits A and B to the Salzman Declaration (the "*Basci* Plaintiffs"), by and through their undersigned counsel, respectfully move this Court:

(1) for an order of judgment by default, pursuant to 28 U.S.C. 1608(e) and Rule 55(b) of the Federal Rules of Civil Procedure, against Defendant the Islamic Republic of Iran as to its liability to the *Basci* Plaintiffs under 28 U.S.C. 1605A;

(2) for a final order of partial judgment against Defendant the Islamic Republic of Iran pursuant to 28 U.S.C. 1608(e) and Rules 54(b) and 55 of the Federal Rules of Civil Procedure awarding each of the *Basci* Plaintiffs listed in Exhibit A to the Salzman declaration, each of whom is a U.S. citizen and a spouse, parent, child, or sibling of an individual killed as a result of the terrorist attacks that took place on September 11, 2001 (the "September 11 attacks"), or the estate of such a spouse, parent, child, or sibling, compensatory damages for solatium in the same amounts previously awarded to other immediate family members of decedents killed in the September 11 attacks, and prejudgment interest thereon at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment;

(3) for a final order of partial judgment against Defendant the Islamic Republic of Iran pursuant to 28 U.S.C. 1608(e) and Rules 54(b) and 55 of the Federal Rules of Civil Procedure awarding each of the *Basci* Plaintiffs listed in Exhibit B to the Salzman declaration, each of whom is a personal representative of the estate of a U.S. citizen who was killed as a result of the September 11 attacks, compensatory damages for pain and suffering in the same amounts previously awarded to the estates of other decedents killed in the September 11 attacks, and prejudgment interest thereon at the rate of 4.96 per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and

(4) for an order permitting the *Basci* Plaintiffs to seek punitive damages, economic damages, or other damages at a later date.

A proposed Order is filed simultaneously with this Notice.

Dated: August 17, 2021                                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Barry Salzman
　　　　　　　　　　　　　　　　　　　　　　　　Barry Salzman
　　　　　　　　　　　　　　　　　　　　　　　　Michael Barasch
　　　　　　　　　　　　　　　　　　　　　　　　Barasch & McGarry, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　11 Park Place
　　　　　　　　　　　　　　　　　　　　　　　　18th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 212.385.8000
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 212.385.7845

　　　　　　　　　　　　　　　　　　　　　　　　Aryeh S. Portnoy
　　　　　　　　　　　　　　　　　　　　　　　　Glen G. McGorty
　　　　　　　　　　　　　　　　　　　　　　　　Michelle Ann Gitlitz
　　　　　　　　　　　　　　　　　　　　　　　　Crowell & Moring LLP
　　　　　　　　　　　　　　　　　　　　　　　　590 Madison Avenue
　　　　　　　　　　　　　　　　　　　　　　　　20th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 212.223.4000
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 212.223.4134

　　　　　　　　　　　　　　　　　　　　　　　　COUNSEL FOR PLAINTIFFS