UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
|---|---|
| This document relates to: <br> *Basci et al v. Islamic Republic of Iran* | Case No. 20-cv-00415 (GBD)(SN) <br> ECF Case |

**[PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS FOR *BASCI* PLAINTIFFS IDENTIFIED AT EXHIBITS A AND B**

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibits A and B to this Order (the "*Basci* Plaintiffs"), who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed as a result of the terrorist attacks on September 11, 2001 (as identified on Exhibit A), or the estate of an individual who was killed as a result of the terrorist attacks on September 11, 2001 (as identified on Exhibit B), in their Motion for Entry of Partial Final Default Judgment and memorandum of law in support thereof, together with the entire record in this case, it is hereby:

**ORDERED** that the Motion is granted and that default judgment as to liability is entered in favor of all *Basci* Plaintiffs under 28 U.S.C. § 1605A and against the Islamic Republic of Iran; and it is

**ORDERED** that partial final judgment is entered against Iran and on behalf of the *Basci* Plaintiffs under 28 U.S.C. § 1605A as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed as a result of the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

**ORDERED** that the *Basci* Plaintiffs identified in Exhibit A are awarded partial solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and

$4,250,000 per sibling, as set forth in Exhibit A; and it is

**ORDERED** that partial final judgment is entered against Iran and on behalf of the *Basci* plaintiffs as identified in the attached Exhibit B, who are each the estate of a victim killed as a result of the terrorist attacks on September 11, 2001, as indicated in Exhibit B; and it is

**ORDERED** that the *Basci* Plaintiffs identified in Exhibit B are awarded partial compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit B; and it is

**ORDERED** that the *Basci* Plaintiffs identified in Exhibits A and B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the *Basci* Plaintiffs identified in Exhibits A and B may submit an application for punitive damages, economic damages, or other damages, including additional compensatory damages for pain and suffering and/or solatium prior to the decedent's death (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated: New York, New York
_____, 20\_\_

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge