**EXHIBIT A**

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Michael | | Behette | | Marguerite | | Behette | | Sister | $4,250,000 |
| 2. | Michael | | Behette | | Marguerite | | Behette (o/b/o Madeleine Behette) | | Mother | $8,500,000 |
| 3. | Owen | Thomas | Carlock | | Brendan | J. | Carlock | | Brother | $4,250,000 |
| 4. | Owen | Thomas | Carlock | | Edmond | B. | Carlock | | Brother | $4,250,000 |
| 5. | Owen | Thomas | Carlock | | Emily | Frances | Carlock | | Daughter | $8,500,000 |
| 6. | Owen | Thomas | Carlock | | Evan | George | Carlock | | Son | $8,500,000 |
| 7. | Owen | Thomas | Carlock | | Gil | Raymond | Carlock | | Brother | $4,250,000 |
| 8. | Owen | Thomas | Carlock | | Jacquelyn | Mae | Carlock | | Daughter | $8,500,000 |
| 9. | Owen | Thomas | Carlock | | Shirley | Jean | Carlock | | Wife | $12,500,000 |
| 10. | Owen | Thomas | Carlock | | Moira | C. | Carlock Rivas | | Sister | $4,250,000 |
| 11. | James | Nicholas | Costello | | Joan | Patricia | Costello | | Mother | $8,500,000 |
| 12. | James | Nicholas | Costello | | Timothy | Patrick | Costello | | Brother | $4,250,000 |
| 13. | James | Nicholas | Costello | | Kathleen | T. | Costello-Patire | | Sister | $4,250,000 |
| 14. | James | Nicholas | Costello | | Ann | Patricia | Lazar | | Sister | $4,250,000 |
| 15. | John | Charles | Devlin | | Nancy | Marie | Bukowski | | Wife | $12,500,000 |
| 16. | Wayne | | Haberland | | Kurt | George | Haberland | | Brother | $4,250,000 |
| 17. | Charles | | Harcourt | | Danielle | | Harcourt | | Wife | $12,500,000 |
| 18. | Charles | | Harcourt | | Kelsey | Alexandra | Harcourt | | Daughter | $8,500,000 |
| 19. | Charles | | Harcourt | | Kevin | | Harcourt | | Son | $8,500,000 |
| 20. | Charles | | Harcourt | | Kyle | | Harcourt | | Son | $8,500,000 |
| 21. | Mark | | Harris | | Brandi | Marla | Harris | | Wife | $12,500,000 |
| 22. | Mark | | Harris | | Jonathan | Eric | Harris | | Son | $8,500,000 |

| # | First | MI | Last | First | MI | Last | Suffix | Relation | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 23. | Mark | | Harris | Michael | Ian | Harris | | Son | $8,500,000 |
| 24. | Gwynne | K. | MacPherson-Williams | Gregory | A. | Williams | | Husband | $12,500,000 |
| 25. | Marilyn | | Mucaria | Johnn | | Basci | | Son | $8,500,000 |
| 26. | Marilyn | | Mucaria | Joseph | | Mucaria | | Husband | $12,500,000 |
| 27. | Marilyn | | Mucaria | Henrey | | Ricci | | Son | $8,500,000 |
| 28. | Paul | | Murphy | Ellen | | Haggerty | | Sister | $4,250,000 |
| 29. | Paul | | Murphy | Carol | | Murphy | | Wife | $12,500,000 |
| 30. | Paul | | Murphy | Jordan | | Murphy | | Daughter | $8,500,000 |
| 31. | Paul | | Murphy | Kevin | | Murphy | | Brother | $4,250,000 |
| 32. | Paul | | Murphy | Lillian | | Murphy | | Mother | $8,500,000 |
| 33. | Paul | | Murphy | Richard | | Murphy | | Brother | $4,250,000 |
| 34. | Paul | | Murphy | Taylor | Mary | Murphy | | Daughter | $8,500,000 |
| 35. | Bennett | Andrew | Murtha | Kendall | Dean | Murtha | | Daughter | $8,500,000 |
| 36. | Bennett | Andrew | Murtha | Kristin | Ann | Murtha | | Daughter | $8,500,000 |
| 37. | Bennett | Andrew | Murtha | Janine | | Rieling Murtha | | Wife | $12,500,000 |
| 38. | Peter | | Muscat | Angela | | Muscat | | Wife | $12,500,000 |
| 39. | Peter | | Muscat | Kevin | Peter | Muscat | | Son | $8,500,000 |
| 40. | Peter | | Muscat | Louise | Muscat | Sigismondi | | Daughter | $8,500,000 |
| 41. | Peter | | Muscat | Marcel-Paul | Frankie | Muscat | | Son | $8,500,000 |
| 42. | Michael | | Mustillo | Anthony | | Mustillo | | Son | $8,500,000 |
| 43. | Michael | | Mustillo | Dora | | Mustillo | | Wife | $12,500,000 |
| 44. | Michael | | Mustillo | Michael | L. | Mustillo | Jr. | Son | $8,500,000 |
| 45. | Janet | A. | Nagle | Brian | | Nagle | | Son | $8,500,000 |
| 46. | Janet | A. | Nagle | Richard | | Nagle | | Husband | $12,500,000 |
| 47. | Donald | Allen | Newcomer | Kimberly | Sue | Mullins | | Daughter | $8,500,000 |
| 48. | Donald | Allen | Newcomer | Bonnie | Patricia | Newcomer | | Wife | $12,500,000 |
| 49. | Donald | Allen | Newcomer | Joel | Timothy | Newcomer | | Son | $8,500,000 |
| 50. | Donald | Allen | Newcomer | Joseph | Matthew | Newcomer | | Son | $8,500,000 |
| 51. | Milagros | | Ortiz | Caroline | | Ortiz | | Daughter | $8,500,000 |
| 52. | Milagros | | Ortiz | Ernesto | | Ortiz | | Son | $8,500,000 |
| 53. | Milagros | | Ortiz | Manuel | | Ortiz | | Son | $8,500,000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 54. | Milagros | | Ortiz | Mariano | | Ortiz | Jr. | Son | $8,500,000 |
| 55. | Milagros | | Ortiz | Mariano | | Ortiz | | Husband | $12,500,000 |
| 56. | Milagros | | Ortiz | Miguel | | Ortiz | | Son | $8,500,000 |
| 57. | Milagros | | Ortiz | Rosie | | Perez | | Daughter | $8,500,000 |
| 58. | Milagros | | Ortiz | Charlotte | | Solano | | Daughter | $8,500,000 |
| 59. | Daniel | | O'Sullivan | Kathleen | | Boyian | | Sister | $4,250,000 |
| 60. | Daniel | | O'Sullivan | Patricia | | O'Sullivan | | Sister | $4,250,000 |
| 61. | Daniel | | O'Sullivan | Teri | | Roldan | | Daughter | $8,500,000 |
| 62. | Joseph | | O'Toole | Brian | | O'Toole | | Son | $8,500,000 |
| 63. | Joseph | | O'Toole | Christine | | O'Toole | | Wife | $12,500,000 |
| 64. | Joseph | | O'Toole | Jeannette | | Pelt | | Daughter | $8,500,000 |
| 65. | Joseph | | O'Toole | Elizabeth | | Zuck | | Daughter | $8,500,000 |
| 66. | Robert | | Petrone | Jenna-Lyn | | Petrone | | Daughter | $8,500,000 |
| 67. | Robert | | Petrone | Leanna | | Petrone | | Daughter | $8,500,000 |
| 68. | Raymond | | Pfeifer | Caryn | | Pfeifer | | Wife | $12,500,000 |
| 69. | Raymond | | Pfeifer | Taylor | | Pfeifer | | Daughter | $8,500,000 |
| 70. | Raymond | | Pfeifer | Terence | | Pfeifer | | Son | $8,500,000 |
| 71. | Michael | V. | Quinn | Madeline | Ann | Quinn | | Wife | $12,500,000 |
| 72. | Michael | V. | Quinn | Michael | Dee | Quinn | | Son | $8,500,000 |
| 73. | Michael | F. | Shipsey | Lauren | A. | Fischer | | Daughter | $8,500,000 |
| 74. | John | | Thomasian | Patricia | | Thomasian | | Wife | $12,500,000 |
| 75. | Elizabeth | Ann | Walsh | Richard | John | Walsh | | Son | $8,500,000 |

3