**EXHIBIT B**

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PERSONAL REP FIRST NAME | PERSONAL REP MIDDLE NAME | PERSONAL REP LAST NAME | PERSONAL REP SUFFIX | ECONOMIC DAMAGES | PAIN & SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **EXHIBIT B** | | | | | | |
| 1. | Michael | | Behette | | Anthony | | Behette | | | $2,000,000 |
| 2. | Owen | Thomas | Carlock | | Shirley | Jean | Carlock | | | $2,000,000 |
| 3. | James | Nicholas | Costello | | Joan | Patricia | Costello | | | $2,000,000 |
| 4. | John | Charles | Devlin | | Nancy | Marie | Bukowski | | | $2,000,000 |
| 5. | Mark | | Harris | | Brandi | Marla | Harris | | | $2,000,000 |
| 6. | Gwynne | K. | MacPherson-Williams | | Gregory | A. | Williams | | | $2,000,000 |
| 7. | Marilyn | | Mucaria | | Joseph | | Mucaria | | | $2,000,000 |
| 8. | Paul | | Murphy | | Carol | | Murphy | | | $2,000,000 |
| 9. | Michael | | Mustillo | | Dora | | Mustillo | | | $2,000,000 |
| 10. | Milagros | | Ortiz | | Mariano | | Ortiz | | | $2,000,000 |
| 11. | Daniel | | O'Sullivan | | Teri | | Roldan | | | $2,000,000 |
| 12. | Joseph | | O'Toole | | Christine | | O'Toole | | | $2,000,000 |
| 13. | Robert | | Petrone | | Leanna | | Petrone | | | $2,000,000 |
| 14. | Michael | V. | Quinn | | Madeline | Ann | Quinn | | | $2,000,000 |