**EXHIBIT A**

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EXHIBIT A | | | | | | |
| 1. | Victor | L. | Accurso | | Diane | E. | Accurso | | Wife | $12,500,000 |
| 2. | Victor | L. | Accurso | | Victor | Louis | Accurso | Jr. | Son | $8,500,000 |
| 3. | Steven | J. | Acevedo | | Alexis | Daniel | Guichardo | | Son | $8,500,000 |
| 4. | Steven | J. | Acevedo | | Marilyn | | Guichardo | | Wife | $12,500,000 |
| 5. | Steven | J. | Acevedo | | Stevenicholas | | Guichardo | | Son | $8,500,000 |
| 6. | Charles | William | Achong | | Kristine | | Achong | | Daughter | $8,500,000 |
| 7. | Charles | William | Achong | | Rosemary | | Achong | | Wife | $12,500,000 |
| 8. | Daniel | Victor | Armenta | | Daniel | Peter | Armenta | | Son | $8,500,000 |
| 9. | Daniel | Victor | Armenta | | Doris | | Armenta | | Wife | $12,500,000 |
| 10. | Daniel | Victor | Armenta | | Martin | | Armenta | | Son | $8,500,000 |
| 11. | Keith | Edward | Atlas | | Donna | Ruth | Atlas | | Wife | $12,500,000 |
| 12. | Arthur | S. | Becker | | Judith | A. | Becker | | Wife | $12,500,000 |
| 13. | Charles | Michael | Benson | | Craig | | Benson | | Son | $8,500,000 |
| 14. | Charles | Michael | Benson | | Patricia | | Benson | | Wife | $12,500,000 |
| 15. | Charles | Michael | Benson | | Melinda | L. | McCabe | | Daughter | $8,500,000 |
| 16. | Charles | Michael | Benson | | Laura | Ann | Thomasberger | | Daughter | $8,500,000 |
| 17. | Mark | | Blaha | | Francine | | Paladino-Blaha | | Wife | $12,500,000 |
| 18. | John | | Bohlmann | | Bette | Francis | Bohlmann | | Wife | $12,500,000 |
| 19. | John | | Bohlmann | | Daniel | W. | Bohlmann | | Son | $8,500,000 |
| 20. | John | | Bohlmann | | John | Peter | Bohlmann | | Son | $8,500,000 |
| 21. | John | | Bohlmann | | Theresa | | Malone | | Daughter | $8,500,000 |
| 22. | Alfred | | Borowski | | Lisa | | Lacy | | Daughter | $8,500,000 |
| 23. | Frank | M. | Brindisi | | Lara | J. | Brindisi | | Daughter | $8,500,000 |
| 24. | Frank | M. | Brindisi | | Shari | G. | Brindisi | | Wife | $12,500,000 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25. | Frank | M. | Brindisi | Thomas | F. | Brindisi | | Son | $8,500,000 |
| 26. | James | | Bruzza | Kathleen | E. | Bruzza | | Wife | $12,500,000 |
| 27. | Gary | Joseph | Campbell | Allison | | Campbell | | Daughter | $8,500,000 |
| 28. | Gary | Joseph | Campbell | Retha | M. | Campbell | | Wife | $12,500,000 |
| 29. | Gary | Joseph | Campbell | Diane | | Kolack | | Daughter | $8,500,000 |
| 30. | Maryann | | Campbell | Laurence | B. | Campbell | | Husband | $12,500,000 |
| 31. | Norma | | Carroll | Edward | J. | Carroll | | Husband | $12,500,000 |
| 32. | Victor | | Casaletto | Angelina | | Casaletto | | Wife | $12,500,000 |
| 33. | Victor | | Casaletto | Daniel | | Casaletto | | Son | $8,500,000 |
| 34. | Victor | | Casaletto | Maria | | Inciardi | | Daughter | $8,500,000 |
| 35. | Victor | | Casaletto | Kristina | | Ohring | | Daughter | $8,500,000 |
| 36. | Joseph | Patrick | Cassella | James | Vincent | Cassella | | Son | $8,500,000 |
| 37. | Pat | | Chirico | Lillian | | Chirico | | Wife | $12,500,000 |
| 38. | Christopher | | Christofilakes | Angelo | Peter | Christofilakes | | Brother | $4,250,000 |
| 39. | Christopher | | Christofilakes | Christopher | John | Christofilakes | | Son | $8,500,000 |
| 40. | Christopher | | Christofilakes | Demetra | | Christofilakes | | Sister | $4,250,000 |
| 41. | Christopher | | Christofilakes | Nicholas | | Christofilakes | | Son | $8,500,000 |
| 42. | Christopher | | Christofilakes | Rachel | L. | Christofilakes | | Daughter | $8,500,000 |
| 43. | Christopher | | Christofilakes | Rose | | Christofilakes | | Wife | $12,500,000 |
| 44. | Thomas | | DeFrancisci | John | Paul | DeFrancisci | | Son | $8,500,000 |
| 45. | Thomas | | DeFrancisci | Rosemary | | DeFrancisci | | Wife | $12,500,000 |
| 46. | Thomas | | DeFrancisci | Laura | Marie | Peña | | Daughter | $8,500,000 |
| 47. | Thomas | | DeFrancisci | Lucy | Anne | Quartararo | | Daughter | $8,500,000 |
| 48. | Thomas | P. | Doepfner | Carol | Ann | Brady | | Sister | $4,250,000 |
| 49. | Thomas | P. | Doepfner | Cassandra | | Doepfner | | Daughter | $8,500,000 |
| 50. | Thomas | P. | Doepfner | Joanne | | Doepfner | | Wife | $12,500,000 |
| 51. | Thomas | P. | Doepfner | Timothy | P. | Doepfner | | Son | $8,500,000 |
| 52. | Thomas | P. | Doepfner | Diane | M. | Russo | | Sister | $4,250,000 |
| 53. | John | | Dong | Frederick | | Dong | | Brother | $4,250,000 |
| 54. | John | | Dong | Katherine | | Dong | | Daughter | $8,500,000 |
| 55. | John | | Dong | Kevin | | Dong | | Son | $8,500,000 |
| 56. | John | | Dong | Chi Ying | | Tsang | | Sister | $4,250,000 |

| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 57. | George | | Eysser | | Elaine | | Eysser | | Wife | $12,500,000 |
| 58. | George | | Eysser | | Laura | | Marich | | Daughter | $8,500,000 |
| 59. | Kenneth | John | Finck | | Kenneth | | Finck | Jr. | Son | $8,500,000 |
| 60. | Kenneth | John | Finck | | Mary | D. | Finck | | Wife | $12,500,000 |
| 61. | Kenneth | John | Finck | | Robert | J. | Finck | | Brother | $4,250,000 |
| 62. | Kenneth | John | Finck | | Diane | Marie | Fingar | | Daughter | $8,500,000 |
| 63. | Kenneth | John | Finck | | Joanne | Louise | Grunenthal | | Daughter | $8,500,000 |
| 64. | Nicholas | Gerard | Finelli | | John | Robert | Finelli | | Brother | $4,250,000 |
| 65. | Nicholas | Gerard | Finelli | | Jonathan | T. | Finelli | | Son | $8,500,000 |
| 66. | Nicholas | Gerard | Finelli | | Lucy | J. | Finelli | | Wife | $12,500,000 |
| 67. | Nicholas | Gerard | Finelli | | Michael | J. | Finelli | | Brother | $4,250,000 |
| 68. | Nicholas | Gerard | Finelli | | Nicholas | J. | Finelli | | Son | $8,500,000 |
| 69. | Nicholas | Gerard | Finelli | | Teresa | | Finelli | | Mother | $8,500,000 |
| 70. | James | William | Mandelkow | Jr. | David | J. | Mandelkow | | Son | $8,500,000 |
| 71. | James | William | Mandelkow | Jr. | Douglas | | Mandelkow | | Son | $8,500,000 |
| 72. | James | William | Mandelkow | Jr. | Elaine | E. | Mandelkow | | Wife | $12,500,000 |
| 73. | James | William | Mandelkow | Jr. | Melany | E. | Mandelkow | | Daughter | $8,500,000 |