**EXHIBIT B**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EXHIBIT B | | | | | | | | | | | |
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PERSONAL REP FIRST NAME | PERSONAL REP MIDDLE NAME | PERSONAL REP LAST NAME | PERSONAL REP SUFFIX | ECONOMIC DAMAGES | PAIN & SUFFERING |
| 1. | Victor | L. | Accurso | | Diane | E. | Accurso | | | $2,000,000 |
| 2. | Steven | J. | Acevedo | | Marilyn | | Guichardo | | | $2,000,000 |
| 3. | Charles | William | Achong | | Rosemary | | Achong | | | $2,000,000 |
| 4. | Daniel | Victor | Armenta | | Doris | | Armenta | | | $2,000,000 |
| 5. | Keith | Edward | Atlas | | Donna | Ruth | Atlas | | | $2,000,000 |
| 6. | Arthur | S. | Becker | | Judith | A. | Becker | | | $2,000,000 |
| 7. | Charles | Michael | Benson | | Patricia | | Benson | | | $2,000,000 |
| 8. | John | | Bohlmann | | Bette | Francis | Bohlmann | | | $2,000,000 |
| 9. | Alfred | | Borowski | | Lisa | | Lacy | | | $2,000,000 |
| 10. | James | | Bruzza | | Kathleen | E. | Bruzza | | | $2,000,000 |
| 11. | Gary | Joseph | Campbell | | Retha | M. | Campbell | | | $2,000,000 |
| 12. | Maryann | | Campbell | | Laurence | B. | Campbell | | | $2,000,000 |
| 13. | Norma | | Carroll | | Edward | J. | Carroll | | | $2,000,000 |
| 14. | Victor | | Casaletto | | Angelina | | Casaletto | | | $2,000,000 |
| 15. | Joseph | Patrick | Cassella | | James | Vincent | Cassella | | | $2,000,000 |
| 16. | Pat | | Chirico | | Lillian | | Chirico | | | $2,000,000 |
| 17. | Christopher | | Christofilakes | | Rose | | Christofilakes | | | $2,000,000 |
| 18. | Thomas | | DeFrancisci | | Rosemary | | DeFrancisci | | | $2,000,000 |
| 19. | Thomas | P. | Doepfner | | Joanne | | Doepfner | | | $2,000,000 |

| 20. | John | | Dong | | Katherine | | Dong | | | $2,000,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| 21. | George | | Eysser | | Elaine | | Eysser | | | $2,000,000 |
| 22. | Kenneth | John | Finck | | Mary | D. | Finck | | | $2,000,000 |
| 23. | Nicholas | Gerard | Finelli | | Lucy | J. | Finelli | | | $2,000,000 |
| 24. | James | William | Mandelkow | Jr. | Elaine | E. | Mandelkow | | | $2,000,000 |