**WHITE & CASE**

August 18, 2021

VIA ECF

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

**whitecase.com**

*In re Terrorist Attacks on Sept. 11, 2001*, **Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.)**

Dear Judge Netburn:

Al Rajhi Bank requests a short extension of the deadline to submit its response to Plaintiffs' Motion to Compel Production of Documents (ECF No. 6996) from August 20 to September 1, 2021. The Bank respectfully requests this extension to allow the Bank additional time to confer with counsel.

The Parties have conferred and Plaintiffs have no objection to the Bank's request, provided that the Bank agrees to a deadline of September 22, 2021 for Plaintiffs' reply brief. Al Rajhi Bank has no objection to Plaintiffs' proposed deadline for their reply brief.

This is the first request for an extension of time regarding the Bank's response to Plaintiffs' Motion to Compel.

Respectfully submitted,

/s/ *Nicole Erb*

Nicole Erb
Matthew S. Leddicotte
Reuben J. Sequeira

*Counsel for Al Rajhi Bank*

cc:   Counsel of Record (via ECF)