UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nolan et al. <br><br> -v- <br><br> Republic of The Sudan | **CERTIFICATE OF MAILING** <br><br> Case No.: <u>20cv10720</u> (GBD)(SN) <br> <u>03md1570</u> (GBD)(SN) |

I hereby certify under the penalties of perjury that on the 20th day of  <u>August 2021</u>, I served:

The Republic of The Sudan
Minister of Foreign Affairs
Ministry of Foreign Affairs
Gamma Street, Khartoum
Sudan

☒     the Secretary of State, Attn:  Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the  <u>Notice of Suit, Sudan Short Form Complaint deemed filed December 18, 2020, Summons, Civil Cover Sheet, Foreign Sovereign Immunities Act</u>

By FEDEX 7745 7985 8922

Dated:  New York, New York
<u>August 20, 2021</u>

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK