# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

August 20, 2021

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees write regarding the deposition of Wa'el Jelaidan, noticed to commence at 7 a.m. (EDT) next Thursday, August 26, 2021. The PECs respectfully request that the Court direct that, by noon (EDT) on Tuesday, August 24, 2021, Mr. Jelaidan provide to the undersigned representatives of the PECs contact information and an affirmative representation that he will appear for his deposition as noticed, or he will be presumed to have failed to appear.

Because Mr. Jelaidan is now proceeding pro se, and no response has been received from communications sent to him, the PECs have no reliable way to communicate with Mr. Jelaidan. But the manner in which remotely conducted depositions have been proceeding in this multidistrict litigation necessitate that the retained court reporting agency provide the witness (ordinarily though the witness's counsel) with information about how to join the deposition remotely.

In addition, because the remotely-conducted deposition will require that the PECs schedule to have a court reporter, two technicians, and a translator ready for the deposition on Thursday at 7 am, we are asking for some indication that the witness will make himself available. Or, to the extent that, by noon (EDT) on Tuesday, August 24, 2021, Mr. Jelaidan does not provide contact information and an affirmative representation that he will appear at that time for his deposition, he will be presumed to have failed to appear.

Respectfully submitted,

COZEN O'CONNOR                                                         MOTLEY RICE LLC

The Honorable Sarah Netburn
August 20, 2021
Page 2

_____

| | |
|---|---|
| By: /s/ Sean P. Carter<br>SEAN P. CARTER<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Tel.: (215) 665-2105<br>Email: scarter@cozen.com<br>For the Plaintiffs' Exec. Committees | By: /s/ Robert T. Haefele<br>ROBERT T. HAEFELE<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>Tel.: (843) 216-9184<br>Email: rhaefele@motleyrice.com<br>For the Plaintiffs' Exec. Committees |

KREINDLER & KREINDLER LLP

By: /s/ Andrew J. Maloney
ANDREW J. MALONEY
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: amaloney@kreindler.com
For the Plaintiffs' Exec. Committees

cc:    The Honorable George B. Daniels, via ECF
       All Counsel of Record via ECF