UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    The Plaintiffs' Executive Committees ("PECs") request that the Court order defendant Wael Jelaidan to either provide them with contact information for his deposition by August 24 or deem him to have failed to appear. ECF No. 7064. That motion is GRANTED in part. By 12:00 Eastern Standard Time on August 24, 2021, Jelaidan must contact the PECs by emailing them at scarter@cozen.com, rhaefele@motleyrice.com, and amaloney@kreindler.com. Jelaidan must provide his contact information and confirm his intention to appear at the August 26 deposition. If he fails to contact the PECs in this manner, the August 26 deposition will be adjourned. If Jelaidan fails to contact the PECs by August 26, he shall be deemed in default and the PECs shall notify the Court as set forth in ECF No. 6801.

**SO ORDERED.**

DATED:    New York, New York
                August 23, 2021

                                                       SARAH NETBURN
                                                       United States Magistrate Judge

cc:          Wael Jelaidan by chambers email