UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD)(SN)

ORDER

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    This order clarifies the rules for filing sealed materials in connection with a request for damages at ECF No. 5716. This order supersedes that order in its entirety.

    All parties in cases related to this multi-district litigation may file under seal any exhibits that include economic loss calculations and reports, or that contain confidential information in support of a request for damages. Such exhibits shall be filed by disc with the Clerk of Court and shall be maintained under seal.

**SO ORDERED.**

DATED:    New York, New York
               August 23, 2021

_____
SARAH NETBURN
United States Magistrate Judge