UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    On August 17, 2021, seven groups of plaintiffs (the "Latent Injury Plaintiffs") filed for default judgments against Iran.[1] Plaintiffs in these groups represent people who are alleged to have died sometime after September 11, 2001, and not on the day of the terrorist attack.

    The Plaintiffs' Executive Committees ("PECs") have previously raised concerns about the treatment of the Latent Injury Plaintiffs. See, e.g., ECF No. 5484, 5704. In light of these new filings, the Court directs the PECs and counsel for the Latent Injury Plaintiffs to meet, confer, and determine if further letters are necessary to inform the Court's resolutions of these motions. The parties will submit a joint status letter by September 3, 2021 stating if they believe such letters are necessary and if so, proposing a schedule for the submission of letters from the PECs and Latent Injury Plaintiffs' counsel.

**SO ORDERED.**

DATED:    New York, New York
              August 24, 2021

_____
SARAH NETBURN
United States Magistrate Judge

---

[1] These are the plaintiffs in <u>Ahearn et al. v. Islamic Republic of Iran</u>, 20-cv-00355 (GBD)(SN), <u>Alcabes et al. v. Islamic Republic of Iran</u>, 20-cv-00340 (GBD)(SN), <u>Amin et al. v. Islamic Republic of Iran</u>, 20-cv-00412 (GBD)(SN), <u>Anderson et al. v. Islamic Republic of Iran</u>, 20-cv-00354 (GBD)(SN), <u>Asciutto et al. v. Islamic Republic of Iran</u>, 20-cv-00411 (GBD)(SN), <u>Basci et al. v. Islamic Republic of Iran</u>, 20-cv-00415 (GBD)(SN), and <u>Mandelkow et al. v. Islamic Republic of Iran</u>, 20-cv-00315 (GBD)(SN).