# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

August 25, 2021

Via ECF

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

        In Re: Terrorist Attacks on September 11, 2001, 03-MDL-1570 (S.D.N.Y.)
        (GBD) (SN) – Extension Request

Dear Judge Netburn:

        We write on behalf of the Plaintiffs' Executive Committees ("PECs") and the Defendants' Executive Committee ("DEC") to jointly request a one week extension of the August 27, 2021 deadline to submit a joint scheduling proposal. *See* August 13, 2021 Order at 1 (ECF No. 7014). The PECs and DEC continue to meet and confer regarding a joint scheduling proposal and require additional time. Neither party has previously requested an adjournment.

        We thank the Court for its attention to this matter.

                                            Respectfully submitted,

| KREINDLER & KREINDLER | MOTLEY RICE |
|---|---|
|  /s/ *Andrew J Maloney, III, Esquire*  |  /s/ *Robert T. Haefele, Esquire*  |
| Andrew J. Maloney, Esquire | Robert T. Haefele, Esquire |
| 485 Lexington Avenue, 28th Floor | 28 Bridgeside Boulevard |
| New York, NY 10017 | Mt. Pleasant, SC 29464 |

PEC Co-Liaison Counsel

docs-100405079.2

The Honorable Sarah Netburn
August 25, 2021
Page 2

MDL 1570 Plaintiffs' Exec. Committee
for Personal Injury and Death Claims

MDL 1570 Plaintiffs' Exec. Committee
for Personal Injury and Death Claims

COZEN O'CONNOR

 /s/ *Sean P. Carter, Esquire*
Sean P. Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103

MDL 1570 Plaintiffs' Exec. Committee
for Commercial Claims

ANDERSON KILL P.C.

 /s/ *Jerry S. Goldman, Esquire*
Jerry S. Goldman, Esquire
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020

MDL 1570 Plaintiffs' Exec. Committee
for Personal Injury and Death Claims


cc:   The Honorable Judge George B. Daniels (via ECF)
      All Counsel of Record (via ECF)