UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nolan, et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 18cv11340(GBD)(SN)
03md1570(GBD)(SN)

I hereby certify under the penalties of perjury that on the 26th day of August 2021, I served:

Islamic Republic of Iran
H.E. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Avenue, Imam Khomeini Square
Tehran, Iran

☒ the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the  Notice of Suit, Iran Short Form Complaint deemed filed December 5, 2018, Summons deemed filed April 10, 2019, Foreign Sovereign Immunities Act, Certified Farsi translations of the above documents, which conforms to the requirements of 22 C.F.R 93.2

By FEDEX Priority Overnight 7746 3214 8283.

Dated:  New York, New York
August 26, 2021

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK