# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

September 3, 2021

<u>VIA ECF</u>
The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      Plaintiffs forward to the Court an Executive Order that President Biden signed this afternoon directing the declassification of various critical documents arising out of the investigations into the 9/11 Terrorist Attacks. *See* Exhibit A (Declassification Reviews of Certain Documents Concerning the Terrorist Attacks of September 11, 2001).

      In light of this recent and remarkable change in the government's position, and in connection with Plaintiffs' request to extend expert discovery deadlines, Plaintiffs ask that this Court stay those deadlines and convene a conference to address today's developments and how they impact the litigation against the Kingdom of Saudi Arabia. Further, given the President's Executive Order, expressing the United States' interests in the matters at hand, we hope to hear further information from the government at that conference, should the Court schedule one.

September 3, 2021
Page 2

Respectfully submitted,

| KREINDLER & KREINDLER | MOTLEY RICE |
|---|---|
| */s/ Megan Wolfe Benett* | */s/ Robert T. Haefele* |
| Steven R. Pounian, Esquire | Robert T. Haefele, Esquire |
| Andrew J. Maloney, Esquire | 28 Bridgeside Boulevard |
| Megan Wolfe Benett, Esquire | Mt. Pleasant, SC 29464 |
| 485 Lexington Avenue, 28th Floor | |
| New York, NY 10017 | For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims |
| For the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims | |

COZEN O'CONNOR

*/s/ Sean P. Carter*
Sean P. Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103

For the MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims