UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
**In re:**                                                  :   03-MD-1570(GBD)(SN)
                                                            :
    **TERRORIST ATTACKS ON**              :
    **SEPTEMBER 11, 2001**                :
                                                            :
                                                            :
------------------------------------------------------------X

## NOTICE OF APPEARANCE

    **PLEASE TAKE NOTICE** that the undersigned hereby gives notice of her appearance on behalf of Oath Inc. and requests that service of all papers in this action be furnished to the undersigned.

Dated: New York, New York
       September 3, 2021            Respectfully submitted,

                                    /s/ Jennifer L. Bloom
                                    Jennifer L. Bloom
                                    HUNTON ANDREWS KURTH LLP
                                    200 Park Avenue
                                    New York, New York  10166
                                    Tel.: (212) 309-1000
                                    Fax: (212) 309.1100
                                    Email: jbloom@hunton.com

                                    *Attorneys for Oath Inc.*

## **CERTIFICATE OF SERVICE**

I, Jennifer L. Bloom, hereby certify that on September 3, 2021, I served a true and correct copy of the foregoing Notice of Appearance, using via the Court's CM/ECF, which will transmit electronic notification of such filing to all counsel of record in this lawsuit.

/s/ Jennifer L. Bloom
Jennifer L. Bloom