UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:
      TERRORIST ATTACKS ON                       03-MD-1570 (GBD)(SN)
      SEPTEMBER 11, 2001

-----------------------------------------------------------X

### ORDER TO SHOW CAUSE FOR OATH INC.'S MOTION TO INTERVENE, AND TO RECONSIDER AND MODIFY AUGUST 30, 2021 ORDER (ECF NO. 7082)

      Upon the accompanying Memorandum of Law dated September 3, 2021, and pursuant to Section III(A) of the Individual Practices in Civil Cases before the Hon. Sarah Netburn, this Order to Show Cause is made following a conference of counsel via telephone and email which took place on September 3, 2021, the parties are hereby ordered to show cause before this Court, in United States Courthouse, 40 Foley Square, in the City, County and State of New York, on _____ _____, 2021, at \_\_\_\_ o'clock in the _____ noon of that day or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Fed. R. Civ. P. 24, 59 and 60 permitting Oath Inc. which offers the Yahoo! News service ("Yahoo! News") to intervene in this action for the limited purpose of moving the Court to reconsider and modify its August 30, 2021 Order (ECF No. 7082), and, if any part of this Motion is denied, for a stay sufficient for Yahoo! News to seek appropriate review; and it is further

      ORDERED that service of a copy of this Order and the papers upon which it is granted be made upon Plaintiffs' Executive Committee by e-mail service on Andrew J. Maloney III and Megan Wolfe Benett, and on Defendants' Executive Committee by e-mail service on Daniel V. Dorris and Andrew C. Shen, on or before \_\_\_ o'clock in the _____ noon, on September, 2021, shall be deemed good and sufficient service thereof; and it is further

ORDERED that papers in opposition to Yahoo! News' motion to intervene in this action for the limited purpose of moving the Court to reconsider and modify its August 30, 2021 Order (ECF No. 7082), and, if any part of this Motion is denied, for a stay sufficient for Yahoo! News to seek appropriate review, shall be served on counsel for Yahoo! News, Jennifer L. Bloom, Hunton Andrews Kurth LLP, 200 Park Avenue, New York, New York, on or before \_\_\_\_ o'clock in the _____ noon, on September \_, 2021, and any reply papers shall be served on counsel for the parties, consistent with the above paragraph, on or before \_ o'clock in the _____ noon, on September \_\_, 2021.

Dated: September 3, 2021

                                                                                                                U.S.M.J.