UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD)(SN)

**ORDER**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received Oath Inc.'s motion for an order to show cause, ECF No. 7094, modifying this Court's order investigating the breach of the protective orders. ECF No. 7082. That investigative order is STAYED pending the resolution of Oath's motion.

    By September 10, 2021, the Plaintiffs' Executive Committees and the Kingdom of Saudi Arabia may file letters addressing the issues Oath raises. Oath may file a reply to any letters by September 14, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
             September 7, 2021