UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received the Kingdom of Saudi Arabia's opposition, ECF No. 7097, to Oath Inc.'s motion to intervene. ECF No. 7094. Given this submission, Oath's reply, and any other submissions on Oath's motion from other interested parties shall be filed with this Court by September 9, 2021. The Court's order at ECF No. 7082 investigating the breach of the protective orders will continue to be STAYED pending the resolution of Oath's motion.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              September 7, 2021