```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:
                                                                        03-MD-1570 (GBD)(SN)
    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                                                  ORDER

-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

A telephone conference between the Plaintiffs' Executive Committees ("PECs"), United States, Dallah Avco, and the Kingdom of Saudi Arabia is scheduled for Tuesday, September 14, 2021, at 3:00 p.m. to discuss the PECs' motion for an extension of expert discovery deadlines. ECF No. 7074. Members of the public may listen to the proceedings at the following numbers:

> USA: 877-226-8189
> International: 409-207-6980
> Access Code: 3127895#

The Court will contact the parties to establish a conference line.

Unauthorized recording and rebroadcasting of the conference (e.g., YouTube, Twitch, audio-only streams, etc.) is strictly prohibited. Any unauthorized recordings will be investigated, and anyone found to engage in such behaviors may be subject to criminal sanctions.

The Court's order at ECF No. 6872 setting the deadline for the PECs to serve all expert disclosures required by Fed R. Civ. P. 26(a)(2) by September 15, 2021, is STAYED pending further action by the Court.

**SO ORDERED.**

DATED:   New York, New York
         September 7, 2021

SARAH NETBURN
United States Magistrate Judge