UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN<br><br>**MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR LEAVE TO FILE LETTER BRIEF AS AMICUS CURIAE** |

The Reporters Committee for Freedom of the Press (the "Reporters Committee") respectfully moves this Court for leave to file the accompanying letter brief as amicus curiae in support of proposed intervenor Oath Inc.'s pending motion to reconsider and modify the Court's August 30, 2021, Order (ECF No. 7082) (the "Order"). Plaintiffs and proposed intervenor Oath Inc. consent to the relief sought by this motion. Saudi Arabia takes no position on the Reporters Committee's ability to file an amicus letter.

The Reporters Committee is an unincorporated nonprofit association founded by leading journalists and media lawyers in 1970 when the nation's news media faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources. Today, its attorneys provide *pro bono* legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists.

The accompanying letter brief seeks to highlight for the Court the importance of source confidentiality to newsgathering, and to explain why this Court should reconsider and modify the Order to ensure that it does not unduly interfere with constitutionally protected newsgathering activities and confidential reporter-source communications. As an organization dedicated to protecting the First Amendment and newsgathering rights of journalists and news organizations, the Reporters Committee has a strong interest in this matter, and is concerned that, by sweeping

in communications and records from confidential sources that do not implicate the protective order entered in this case, the Order will chill newsgathering on matters of public concern in the future and restrict the free flow of information to the public.

Accordingly, the Reporters Committee respectfully requests that the Court grant this motion for leave and accept the accompanying letter brief, which will aid it in resolving the Oath Inc.'s motion for reconsideration and modification of the Order.  *See, e.g.*, *Picard v. Greiff*, 797 F. Supp. 2d 451, 452 (S.D.N.Y. 2011) ("It is well-established that a district court has broad discretion to grant or deny an appearance as *amicus curiae* in a given case.") (citation omitted).

Dated: September 9, 2021                                     Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
THE REPORTERS COMMITTEE FOR FREEDOM
 OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
ktownsend@rcfp.org

*Counsel of Record for Proposed Amicus Curiae*