## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

September 16, 2021

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees ("PECs") write to respectfully request a short extension of the deadline for Plaintiffs' reply brief in support of their Motion to Compel the Production of Documents from Defendant Al Rajhi Bank ("ARB") (ECF No. 6996).

By letter dated August 18, 2021 (ECF No. 7059), ARB requested an extension of the deadline to submit its response to Plaintiffs' Motion to Compel to September 1, 2021, which this Court granted.  *See* Order at ECF No. 7063.  In connection with the Court's endorsement of the revised briefing schedule, the due date for Plaintiffs' reply brief was moved to September 22, 2021.  Having had an opportunity to review ARB's opposition brief and supporting declarations at ECF Nos. 7086-7089, the PECs respectfully request that the deadline for Plaintiffs' reply brief be extended to October 1, 2021.

Plaintiffs have conferred with counsel for ARB and Mr. Leddicotte has indicated that ARB does not object to the requested extension.

Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Honorable Sarah Netburn
September 16, 2021
Page 2

_____

                                                           Respectfully submitted,

                                                           COZEN O'CONNOR

                                         By:    J. Scott Tarbutton, on behalf of the
                                                        Plaintiffs' Executive Committees

cc:    All MDL Counsel of Record (via ECF)

LEGAL\54260682\1