```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:
                                                                    03-MD-1570 (GBD)(SN)
    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                                              ORDER

-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

On September 14, 2021, the Court held a conference to set a schedule for expert discovery proceedings in the actions against Saudi Arabia and Dallah Avco. Based on that conference, expert discovery will proceed according to the schedule set out in this Order:

- Any affirmative expert reports (including any filed by Dallah Avco on Saudi employment law) shall be filed by Friday, April 1, 2022;

- Any rebuttal expert reports shall be filed by Monday, May 16, 2022;

- The Court does not anticipate permitting reply reports. Any application to file a reply report must be filed by May 23, 2022; and

- All expert discovery (regardless of whether expert reply reports are permitted) shall be completed by Friday, July 1, 2022.

The Court does not expect to modify this schedule barring extraordinary circumstances. Such circumstances will not include delays in the Government's compliance with the President's September 3, 2021, Executive Order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
          September 17, 2021