UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Chairnoff v. Islamic Republic of Iran, No. 18-cv-12370

    Elizabeth Parks moves to be dismissed from Chairnoff v. Islamic Republic of Iran, No. 18-cv-12370 (GBD)(SN), under Federal Rule of Civil Procedure 21. ECF No. 7109. Counsel for Ms. Parks reports that she has already received a solatium award as a plaintiff in Burnett v. Islamic Republic of Iran, No. 15-cv-9903 (GBD)(SN). ECF No. 7110 at ¶ 5.

    It appears though, that Judge Daniels approved the voluntary dismissal of the Chairnoff claim for Ms. Parks on June 9, 2021. Chairnoff v. Islamic Republic of Iran, No. 18-cv-12370, ECF No. 56. She is listed as having been terminated from that case. However, it also appears that an "Elizabeth Parks" is currently asserting claims against the Republic of Iran in Arias v. Islamic Republic of Iran, No. 19-cv-00041 (GBD)(SN), ECF No. 5, using the identical short form complaint used in Burnett, No. 15-cv-9903.

Accordingly, by September 24, 2021, counsel for Elizabeth Parks in the <u>Chairnoff</u> action is to confer with the Plaintiffs' Executive Committees and file a letter stating why the relief Ms. Parks seeks is necessary in light of her dismissal from <u>Chairnoff</u>, and if she is also currently a plaintiff in <u>Arias</u>.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         September 19, 2021