UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:
        TERRORIST ATTACKS ON                    1:03-MD-01570 (GBD)(SN)
        SEPTEMBER 11, 2001

------------------------------------------------------------X

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jean-Paul Jassy, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Oath Inc., which offers the Yahoo! News service ("Yahoo! News"), in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or Federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted,

Dated: September 20, 2021                          */s/ Jean-Paul Jassy*
                                                            Jean-Paul Jassy
                                                            JASSY VICK CAROLAN LLP
                                                            355 South Grand Avenue, Suite 2450
                                                           Los Angeles, CA 90071
                                                           Tel: (310) 870-7048
                                                          Fax: (310) 870-7010
                                                          jpjassy@jassyvick.com