**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**In re:**

      **TERRORIST ATTACKS ON**             **1:03-MD-01570 (GBD)(SN)**
      **SEPTEMBER 11, 2001**

-------------------------------------------------------------X

## MOTION FOR ADMISSION PRO HAC VICE

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, William T. Um, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Oath Inc., which offers the Yahoo! News service ("Yahoo! News"), in the above-captioned action.

      I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or Federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted,

Dated: September 20, 2021           */s/ William T. Um*
                        William T. Um
                        JASSY VICK CAROLAN LLP
                        355 South Grand Avenue, Suite 2450
                        Los Angeles, CA 90071
                        Tel: (310) 870-7048
                        Fax: (310) 870-7010
                        wum@jassyvick.com