UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:
    TERRORIST ATTACKS ON                    1:03-MD-01570 (GBD)(SN)
    SEPTEMBER 11, 2001

-----------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, WILLIAM T. UM, declare as follows:

1. I hereby request leave of this court to appear in this action as counsel pro hac vice.

2. I am a partner of Jassy Vick Carolan LLP. My office address is 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071.

3. I am a member in good standing of the bar of the State of California. I was admitted to the bar of the State of California on December 9, 1993. My bar number is 166536.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court and do not have any disciplinary proceedings presently against me.

5. I have never been convicted of a felony.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 20, 2021, at Los Angeles, California.

William T. Um

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of <u>Los Angeles</u>

Subscribed and sworn to (or affirmed) before me on this 20 day of <u>Sept 20</u>, 20<u>21</u>, by <u>William Tum</u>,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

EVA JIMENEZ
Comm. No. 2367908
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. JULY 27, 2025

(Seal)                    Signature _____

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**      GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____    _____
Signature of Document Signer No. 1       Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20 day of Sept, 2021,
by
(1) William T. Lim
(and 2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

EVA JIMENEZ
Comm. No. 2367908
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. JULY 27, 2025

Seal
Place Notary Seal Above

---- OPTIONAL ----

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____  Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

**NOTARY CERTIFICATE ATTACHED**