UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

TERRORIST ATTACKS ON                           1:03-MD-01570 (GBD)(SN)
SEPTEMBER 11, 2001

-----------------------------------------------------------X

## [PROPOSED] ORDER FOR MOTION FOR ADMISSION PRO HAC VICE

The motion of William T. Um, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of California; and that his contact information is as follows:

Applicant's Name: William T. Um

Firm Name: Jassy Vick Carolan LLP

Address: 355 South Grand Avenue, Suite 2450

City/State/Zip: Los Angeles, California 90071

Telephone/Fax: (310) 870-7048 (Tel); (310) 870-7010 (Fax)

Email: wum@jassyvick.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Oath Inc., which offers the Yahoo! News service ("Yahoo! News") in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____

United States District/Magistrate Judge