# EXHIBIT A FILED UNDER SEAL (ECF No. 5716)