UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570

-----------------------------------------------------------x

This document relates to:

> *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN) (S.D.N.Y.)
> *Thomas E. Burnett, Sr. et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN) (S.D.N.Y.)

### ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE PARTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Upon consideration of Plaintiffs' motion to permit the substitution of party to name KATHLEEN ANN STANTON as Plaintiff in her given name who was previously identified as a "DOE" plaintiff in their prior pleadings, it is hereby:

**ORDERED** that the Plaintiffs' motion is granted, and the KATHLEEN ANN STANTON is to be substituted into the above-captioned cases in her given name; and it is

**ORDERED** that the Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the cases listed above in the Court's ECF and docketing system.

**SO ORDERED.**


September ___, 2021                          SARAH NETBURN
New York, New York                           United States Magistrate Judge