## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

September 24, 2021

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

  Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

  The Plaintiffs' Executive Committees write to address the Court's inquiry at ECF Nos. 6909 and 7012. After surveying counsel for the plaintiffs in the cases identified in Lists A and B and the Appendix included with the Court's order at ECF No. 7012, the PECs have identified only one area from the Court's Order that Plaintiffs contend is not duplicative and as to which Plaintiffs respectfully request that the Court not terminate the MDL caption entries.

  Plaintiffs do not object to the Court's proposal to combine entries that identify the same defendant – for example "The Republic of Sudan" and "Republic of Sudan." However, as to certain of the Sudanese defendants in List A.1., the Court should not terminate the MDL caption entries for defendants that have their own legal personalities and that have been separately named as defendants – for example, the "Republic of Sudan Ministry of Defense," the "Republic of Sudan Ministry of Interior," and the "Sudanese Intelligence Service" – have their own distinct legal personalities and were named separately. Accordingly, those defendants' should remain distinct on the master ECF.

  The PECs have not identified any other objections to the remainder of the proposals in the Court's order at ECF No. 7012.

Respectfully submitted,

COZEN O'CONNOR                MOTLEY RICE LLC

_____

By: /s/ Sean P. Carter  
SEAN P. CARTER  
COZEN O'CONNOR  
One Liberty Place  
1650 Market Street, Suite 2800  
Philadelphia, Pennsylvania 19103  
Tel.: (215) 665-2105  
Email: scarter@cozen.com  
For the Plaintiffs' Exec. Committees  

KREINDLER & KREINDLER LLP  

By: /s/ Andrew J. Maloney  
ANDREW J. MALONEY  
KREINDLER & KREINDLER LLP  
750 Third Avenue  
New York, New York 10017  
Tel.: 212-687-8181  
Email: amaloney@kreindler.com  
For the Plaintiffs' Exec. Committees  

By: /s/ Robert T. Haefele  
ROBERT T. HAEFELE  
MOTLEY RICE LLC  
28 Bridgeside Boulevard  
Mount Pleasant, SC 29465  
Tel.: (843) 216-9184  
Email: rhaefele@motleyrice.com  
For the Plaintiffs' Exec. Committees  

cc:    The Honorable George B. Daniels, via ECF  
       All Counsel of Record via ECF