UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    A telephone conference between the Plaintiffs' Executive Committees ("PECs"), and the Jurisdictional and Merits Defendants[1] is scheduled for Wednesday, September 29, 2021, at 2:00 p.m. to discuss the schedule proposed by the parties at ECF Nos. 7096 and 7118.

USA: 877-226-8163
International: 234-720-6983
Access Code: 4613441#

    The Court will contact the parties to establish a conference line. Unauthorized recording and rebroadcasting of the conference (e.g., YouTube, Twitch, audio-only streams, etc.) is strictly prohibited. Any unauthorized recordings will be investigated, and anyone found to engage in such behaviors may be subject to criminal sanctions.

**SO ORDERED.**

DATED:    New York, New York
               September 27, 2021

SARAH NETBURN
United States Magistrate Judge

---

[1] Dubai Islamic Bank, World Assembly of Muslim Youth and World Assembly of Muslim Youth International, International Islamic Relief Organization, Muslim World League, Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, Adnan Basha, and Yassin Kadi.