**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:
: **ORDER**
:
: **1:03 MDL 01570 (GBD)(SN)**
:
------------------------------------------------------------------X

**This Document Relates to**
*Ryan, et al. v. Iran, et al.*
**1:20-cv-0266 (GBD)(SN)**

    **AND NOW**, this ____ day of _____, 2021, upon consideration of the *Ryan* Plaintiffs' Motion to Request the Issuance of Letters Rogatory, and the accompanying Memorandum of Law, and exhibits, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED.

    This Court shall issue letters rogatory directed to the appropriate judicial authority of The Islamic Republic of Iran, substantially similar in form to that attached as **EXHIBIT A** to Plaintiffs' Motion, requesting assistance in serving the Complaint, Notice of Suit, Summons, and cover letter, in both English and Farsi with translator affidavits, upon the following *Ryan* Defendants: (1) National Iranian Tanker Corporation; (2) National Iranian Oil Corporation; (3) National Iranian Gas Corporation; (4) National Iranian Petrochemical Company; (5) Iran Airlines; (6) Hezbollah, (7) Ayatollah Ali Khamenei, Supreme Leader of Iran; and, (8) the Estate of Akbar Hashemi Rafsanjani, former Chairman of the Expediency Discernment Counsel and former President of Iran.

{00956206/}

The U.S. Department of State shall transmit the letters rogatory and the accompanying legal documents, including the translations and translator affidavits, related to the Complaint to the appropriate judicial authority of the Islamic Republic of Iran, pursuant to §1608(b)(3)(A).

**IT IS SO ORDERED.**

Dated: _____, 2021     **BY THE COURT:**

_____
George B. Daniels
United States District Judge

{00956206/}