KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
_____

(202) 326-7900

FACSIMILE:
(202) 326-7999

September 27, 2021

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      As directed by the Court's orders of August 30, 2021, ECF No. 7082, and September 23, 2021, ECF No. 7134, Saudi Arabia is filing with the Court declarations from law firms representing various Defendants and from Golkow Litigation Services ("Golkow"). The declarations are attached as Exhibits A1 through E3 to this letter.

      Exhibits A1 through A3 are declarations from counsel for Dallah Avco Trans Arabia Co. Exhibits B1 through B4 are declarations from counsel for Dubai Islamic Bank. Exhibit C is a declarations from counsel for the Muslim World League and the International Islamic Relief Organization. Exhibit D is a declaration from counsel for the World Assembly of Muslim Youth. Exhibits E1 through E3 are declarations from Golkow.

      We have previously submitted declarations as counsel for Saudi Arabia. *See* ECF No. 6981-04. We do not understand the Court's order to require additional declarations from us. If the Court directs us to provide further information or testimony, we will be ready to comply.

      To confirm that no other counsel for Defendants are required to submit declarations, we have reviewed the list of counsel attending the deposition set forth on the transcript and have also made inquiries to those firms that we know are currently representing active Defendants in this litigation. We have received written confirmation from Bernabei & Kabat PLLC, which represents several active individual Defendants; from Salerno & Rothstein, which represents Yassin Kadi; and from White & Case LLP, which represents Al Rajhi Bank and the Republic of the Sudan, that their attorneys did not attend the Al Jarrah deposition or receive transcript copies. We have also asked for and received a list from Golkow of the law firms that ordered copies of the Al Jarrah transcript. Having done those things, we are not aware of any counsel for any Defendant who is required to submit a declaration and has not done so.

Kellogg, Hansen, Todd, Figel & Frederick, p.l.l.c.

The Honorable Sarah Netburn
September 27, 2021
Page 2

                                             Respectfully submitted,

                                             /s/ *Michael K. Kellogg*

                                             Michael K. Kellogg
                                             *Counsel for the Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)