# Exhibit A2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

No. 03 MDL 1570 (GBD) (SN)

This document relates to:
*All cases*

## DECLARATION OF ERIC R. NITZ

ERIC R. NITZ declares as follows pursuant to 28 U.S.C. § 1746.

1. I am a partner at the law firm MoloLamken LLP and represent defendant Dallah Avco Trans Arabia Co. in this matter. I submit this declaration in response to the Court's order of August 30, 2021, concerning the unauthorized disclosure of the Musaed Al Jarrah deposition transcripts to reporter Michael Isikoff.

2. I attended the deposition of Musaed Al Jarrah on June 17 and 18, 2021. On June 17 and 18, 2021, I received rough transcripts of the Al Jarrah deposition by email from court reporter Amanda Miller. I received the final transcripts by email from Golkow Litigation Services on June 28, 2021.

3. On June 17 and 18, 2021, I forwarded the rough transcripts to Hannah Lee, a legal assistant at MoloLamken, so that Ms. Lee could file them in the firm's document management system. On June 28, 2021, I forwarded the final transcripts to Ms. Lee, also for filing in the firm's document management system.

4. Except for providing the rough and final transcripts to Ms. Lee, as described above, I have not shared the Al Jarrah transcripts with anyone, and I have no recollection of sharing the

1

Al Jarrah transcripts with anyone. I searched my emails and confirmed that I did not share the Al Jarrah transcripts with anyone other than Ms. Lee.

5. I have never communicated with Michael Isikoff. To the best of my knowledge, I have never communicated with anyone acting on his behalf. I searched my emails and confirmed that I never communicated with Mr. Isikoff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2021
Silver Spring, Maryland

_____
Eric R. Nitz