# Exhibit A3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

No. 03 MDL 1570 (GBD) (SN)

This document relates to:
*All cases*

## DECLARATION OF HANNAH LEE

HANNAH LEE declares as follows pursuant to 28 U.S.C. § 1746.

1. I am a legal assistant at the law firm MoloLamken LLP, which represents defendant Dallah Avco Trans Arabia Co. in this matter. I submit this declaration in response to the Court's order of August 30, 2021, concerning the unauthorized disclosure of the Musaed Al Jarrah deposition transcripts to reporter Michael Isikoff.

2. I did not personally attend the deposition of Musaed Al Jarrah on June 17 and 18, 2021. On June 17 and 18, 2021, I received rough transcripts of the Al Jarrah deposition by email from Eric Nitz, a partner at MoloLamken. Mr. Nitz sent the transcripts to me for filing on the firm's document management system, which I did. On June 28, 2021, Mr. Nitz also emailed me the final transcripts from the deposition. I filed those transcripts on the firm's document management system as well.

3. I have not shared the Al Jarrah transcripts with anyone, and I have no recollection of sharing the Al Jarrah transcripts with anyone. I searched my emails and confirmed that I did not share the Al Jarrah transcripts with anyone.

1

4.    I have never communicated with Michael Isikoff. To the best of my knowledge, I have never communicated with anyone acting on his behalf. I searched my emails and confirmed that I never communicated with Mr. Isikoff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2021  
Riverwoods, Illinois

_Hannah Lee_  
Hannah Lee

2