# Exhibit B2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

### DECLARATION OF GABRIELLE PRITSKER

I, Gabrielle Pritsker, pursuant to 28 U.S.C. § 1746 declare under penalty of perjury the following:

1. I am an attorney admitted to practice in the Southern District of New York in the above-captioned matter titled In re: Terrorist attacks on September 11, 2001, 03-mdl-1570 (GBD) (SN) ("In re 9/11 Litigation").  I am an associate at Jones Day and counsel to defendant Dubai Islamic Bank in the above-captioned multi-district litigation.

2. I am submitting this declaration in response to the Court's August 30, 2021 Order (ECF No. 7082).

3. I am aware of and have reviewed the relevant Protective Orders in the In re 9/11 Litigation, including the Court's general Protective Order (ECF No. 1900) and the Privacy Act Order and Protective Order for FBI Documents (FBI Protective Order) (ECF No. 4255).

### 1. No Receipt of the al-Jarrah Deposition Transcript

4. I did not attend the deposition of Musaed al Jarrah.

5. I have never received copies of the rough or final written transcripts or video of Musaed al-Jarrah's deposition.

6. My only knowledge of Musaed al-Jarrah's deposition is as the result of communications with my colleagues Steven Cottreau, Abigael Bosch, and Eric Snyder.  Though I received some

- 1 -

information from them during and immediately after the deposition of Musaed al-Jarrah about his testimony, I only received a detailed summary of the deposition prepared by Abigael Bosch on July 26, 2021 (after Michael Isikoff published the article at issue on July 15, 2021). In any event, I never shared any information regarding the substance of Musaed al-Jarrah's deposition with anyone prior to August 1, 2021.

### 2. No Direct or Indirect Communications with Michael Isikoff

7. From June 1, 2021 through August 1, 2021, I have not communicated directly or indirectly with Michael Isikoff or anyone acting on his behalf about any topic, including about the contents of Musaed al-Jarrah's deposition.

Pursuant to 28 U.S.C. §1746, I, Gabrielle Pritsker, declare under penalty of perjury that the foregoing is true and correct. Executed on September 27, 2021.

/s/ Gabrielle Pritsker
Gabrielle Pritsker
Jones Day
51 Louisiana Ave NW
Washington DC 20001
Tel: (202) 879-3685
Email: gpritsker@jonesday.com