# Exhibit B3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Terrorist Attacks on September 11, 2001                03 MDL 1570 (GBD) (SN)
ECF Case

**DECLARATION OF ABIGAEL BOSCH**

I, Abigael Bosch, pursuant to 28 U.S.C. § 1746 declare under penalty of perjury the following:

1.    I am an attorney admitted to practice in the Southern District of New York in the above-captioned matter titled In re: Terrorist attacks on September 11, 2001, 03-mdl-1570 (GBD) (SN) ("In re 9/11 Litigation").  I am an associate at Jones Day and counsel to defendant Dubai Islamic Bank in the above-captioned multi-district litigation.

2.    I am submitting this declaration in response to the Court's August 30, 2021 Order (ECF No. 7082).

3.    I am aware of and have reviewed the relevant Protective Orders in the In re 9/11 Litigation, including the Court's general Protective Order (ECF No. 1900) and the Privacy Act Order and Protective Order for FBI Documents (FBI Protective Order) (ECF No. 4255).

**1. No Receipt of the al-Jarrah Deposition Transcript**

4.    In connection with my representation of Dubai Islamic Bank in the In re 9/11 Litigation, I attended the remote deposition of Musaed al-Jarrah on June 17 and 18, 2021.

5.    I have never possessed nor have I ever directed anyone to obtain copies of the rough or final written transcripts or video of Musaed al-Jarrah's deposition.  Thus, I also have never shared with anyone the rough or final written transcripts or video of Musaed al-Jarrah's deposition.

6.    During the deposition, I was excluded from portions of the testimony that were protected under the FBI Protective Order (ECF No. 4255).  During those protected portions, I was placed in a breakout room and was unable to hear or see Musaed al-Jarrah's testimony, including over video or through Realtime transcription services.

7.    I had access to the Realtime transcription of Musaed al-Jarrah's testimony during the deposition.  I, however, did not copy, duplicate, download, or otherwise save of any portion of the Realtime transcript.  Thus, I also did not share the Realtime transcription of Musaed al-Jarrah's testimony with anyone.

8.    I took notes during Musaed al-Jarrah's deposition.  I have not shared those notes with any other person and have maintained them on a local drive accessible only to me.  I used my notes to draft a summary of Musaed al-Jarrah's deposition for internal purposes.  The summary was shared only with two other Jones Day attorneys representing Dubai Islamic Bank: Steven Cottreau and Gabrielle Pritsker.  Prior to August 1, 2021, I did not discuss the contents of Musaed al-Jarrah's deposition other than with Eric Snyder, Steven Cottreau, and Gabrielle Pritsker.

**2. No Direct or Indirect Communications with Michael Isikoff**

9.    From June 1, 2021 through August 1, 2021, I have not communicated directly or indirectly with Michael Isikoff or anyone acting on his behalf about any topic, including about the contents of Musaed al-Jarrah's deposition.

Pursuant to 28 U.S.C. §1746, I, Abigael Bosch, declare under penalty of perjury that the foregoing is true and correct.  Executed on September 27, 2021.

/s/ _____

Abigael Bosch
250 Vesey St.
New York, NY 10281
Tel: (212) 326-3679
Email: abosch@jonesday.com