# Exhibit B4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

## DECLARATION OF ERIC SNYDER

I, Eric Snyder, pursuant to 28 U.S.C. § 1746 declare under penalty of perjury the following:

1. I am an attorney admitted to practice in the Southern District of New York in the above-captioned matter titled In re: Terrorist attacks on September 11, 2001, 03-mdl-1570 (GBD) (SN) ("In re 9/11 Litigation"). I am a partner at Jones Day and counsel to defendant Dubai Islamic Bank in the above-captioned multi-district litigation.

2. I am submitting this declaration in response to the Court's August 30, 2021 Order (ECF No. 7082).

3. I am aware of and have reviewed the relevant Protective Orders in the In re 9/11 Litigation, including the Court's general Protective Order (ECF No. 1900) and the Privacy Act Order and Protective Order for FBI Documents (FBI Protective Order) (ECF No. 4255).

### 1. No Receipt of the al-Jarrah Deposition Transcript

4. In connection with my representation of Dubai Islamic Bank in the In re 9/11 Litigation, I attended the remote deposition of Musaed al-Jarrah on June 17 and 18, 2021.

5. I have never possessed nor have I ever directed anyone to obtain copies of the rough or final written transcripts or video of Musaed al-Jarrah's deposition. Thus, I also have never shared with anyone the rough or final written transcripts or video of Musaed al-Jarrah's deposition.

6. During the deposition, I was excluded from portions of the testimony that were protected under the FBI Protective Order (ECF No. 4255). During those protected portions, I was placed in a breakout room and was unable to hear or see Musaed al-Jarrah's testimony, including over video or through Realtime transcription services.

7. I did not use Realtime transcription services during Musaed al-Jarrah's deposition.

8. I did not take any notes on the content of Musaed al-Jarrah's deposition. Prior to August 1, 2021, I did not discuss the contents of Musaed al-Jarrah's deposition other than with Steven Cottreau, Abigael Bosch, and Gabrielle Pritsker.

### 2. No Direct or Indirect Communications with Michael Isikoff

9. From June 1, 2021 through August 1, 2021, I have not communicated directly or indirectly with Michael Isikoff or anyone acting on his behalf about any topic, including about the contents of Musaed al-Jarrah's deposition.

Pursuant to 28 U.S.C. §1746, I, Eric Snyder, declare under penalty of perjury that the foregoing is true and correct. Executed on September 27, 2021.

/s/
Eric Snyder
Jones Day
250 Vesey St
New York, NY 10281
Tel: (212) 326-3435
Email: esnyder@jonesday.com