# Exhibit E3

## DECLARATION OF KRISTIE MARTELLO

I, Kristie Martello, do hereby declare the following:

1. I am making this declaration based upon my personal knowledge. I am above the age of eighteen (18) and am competent to testify to the matters set forth herein. I am making this declaration in response to the Court's Order filed on August 30, 2021 in the matter of In re: Terrorist Attacks On September 11, 2001, United States District Court (S.D.N.Y.), Case No. 03-MD-1570 (GBD)(SN). I am not a party in this litigation.

2. I am employed by Golkow Litigation Services ("Golkow") as a Supervisor of Case Management. Golkow is a litigation support company that, among other things, provides court reporting services. As a Golkow employee, I have provided services in the litigation referenced in the preceding paragraph.

3. In response to the Court's August 30, 2021 Order, I hereby declare that I am not aware of anyone employed by or acting at the direction of Golkow (myself included) having shared the Al Jarrah deposition transcript with Michael Isikoff, anyone acting on his behalf, or anyone not authorized to receive the deposition under the terms of Protective Orders issued by the Court.

4. I am also not aware of anyone employed by or acting at the direction of Golkow (myself included) having communicated with Michael Isikoff or anyone acting on his behalf regarding the contents of the Al Jarrah deposition from June 1, 2021 to August 1, 2021.

5. In providing this Declaration, I discussed the Court's Order and the allegations of breach of the Protective Order with Golkow employees Chrissy Tafel (Case Manager) and Amanda Miller (Court Reporter). The three of us are the only Golkow employees, and the only individuals working at Golkow's direction, who had access to the confidential Al Jarrah

deposition during the period from June 1, 2021 to August 1, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

*Kristie Martello*
Kristie Martello

Dated: September 27, 2021