UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    This order concerns the conference currently scheduled for Wednesday, September 29, 2021, at 2 p.m. with the Plaintiffs' Executive Committees and the Jurisdictional and Merits Defendants.[1] ECF No. 7143. By no later than noon on September 29, 2021, the parties shall file a list of all of their expert witnesses. For each expert, the party shall include a brief description of no more than three sentences stating the subject of that expert's testimony.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      New York, New York
                 September 27, 2021

---

[1] Dubai Islamic Bank, World Assembly of Muslim Youth and World Assembly of Muslim Youth International, International Islamic Relief Organization, Muslim World League, Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, Adnan Basha, and Yassin Kadi.