UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

*This document relates to*:
All Actions

### DECLARATION OF JULIA SIENSKI

I, Julia Sienski, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

1. I am a client liaison and case manager at Kreindler & Kreindler LLP ("Kreindler") and am involved in Kreindler's work in the *In re Terrorist Attacks on September 11, 2001* suit.

2. I was asked to provide a declaration in connection with this Court's inquiry into how investigative reporter Michael Isikoff obtained a copy or portions of the deposition transcript of Kingdom of Saudi Arabia official Musaed al-Jarrah ("Jarrah").

3. Kreindler paralegal Debra Pagan forwarded to me the email with the rough transcripts of former Kingdom of Saudi Arabia official Musaed al-Jarrah ("Jarrah") and the link from court reporters Golkow Litigation Services providing access to the final Jarrah transcripts. I saved the rough Jarrah transcripts on Kreindler's server on June 17, 2021 and June 18, 2021 and the final Jarrah transcripts on June 29, 2021. I also uploaded the final Jarrah transcript to Kreindler's cloud-based storage system on June 29, 2021.

4. My specific answers to the inquiry of this Court's Order, ECF No. 7082 at 2, (set forth in italics) are underscored below:

i. whether the declarant shared with anyone any portion of the Al Jarrah deposition transcript (either by providing copies of any portion of the transcript, reading any portion of the transcript, or describing it);

- o I have not shared any portion of the Jarrah transcript with anyone.

* identify and describe all communications with Michael Isikoff or anyone acting on his behalf, whether oral or written, from June 1, 2021, to August 1, 2021.

- o I have never had any communications with Isikoff or anyone acting on his behalf.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
September 27, 2021

KREINDLER & KREINDLER LLP

By: /s/ Julia Sienski
JULIA SIENSKI
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181