CONSULTANT 1 DECLARATION
FILED UNDER SEAL AND EX PARTE