JOHN FAWCETT DECLARATION
FILED UNDER SEAL