KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

September 29, 2021

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

    I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") concerning a sealed filing made by Saudi Arabia today concerning the belated admission by Kreindler & Kreindler LLP that the firm is responsible for the leak of the confidential deposition transcript of Musaed Al Jarrah to Yahoo! News reporter Michael Isikoff.

    Saudi Arabia's letter discusses excerpts of a deposition transcript that is confidential under the MDL Protective Order, ECF No. 1900, and the FBI Protective Order, ECF No. 4255. Saudi Arabia respectfully requests that the Court accept today's filing under seal.

    Saudi Arabia is making today's filing under seal using the Court's sealed ECF procedures. Copies of Saudi Arabia's letter (clean and with highlighted proposed redactions) are being sent today by email to Your Honor's chambers, and to counsel for Plaintiffs, the United States, and Dallah Avco. No courtesy copies of today's sealed filing are being sent to the chambers of Judge Daniels, as instructed by the temporary revisions to his Individual Practices in light of the ongoing public health crisis.

                                                           Respectfully submitted,

                                                           /s/ *Michael K. Kellogg*

                                                           Michael K. Kellogg
                                                           *Counsel for the Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)