```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD)(SN)

ORDER

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    This order sets out the bellwether <u>Daubert</u> motion schedule for the Jurisdictional and Merits Defendants[1] and the briefing schedule for Dubai Islamic Bank's personal jurisdiction challenge. Bellwether <u>Daubert</u> motions for the Jurisdictional and Merits Defendants shall proceed as follows:

- Initial <u>Daubert</u> motions for plaintiffs and defendants shall be filed by November 15, 2021. The plaintiffs may challenge up to four of the defendants' experts with total brief length for all challenges not to exceed 50 pages. The defendants may challenge up to three of the plaintiffs' experts with total brief length for all challenges not to exceed 40 pages;

- Opposition briefs to the initial <u>Daubert</u> motions shall be filed by January 7, 2022. Defendants' opposition brief is not to exceed 50 pages and the plaintiffs' opposition brief is not to exceed 40 pages; and

- Reply briefs shall be filed by February 7, 2022, with the defendants' brief not to exceed 20 pages and the plaintiffs' brief not to exceed 25 pages.

    The parties shall brief the issue of personal jurisdiction over Dubai Islamic Bank on the following schedule:

- Dubai Islamic Bank shall file any challenge based on personal jurisdiction by December 3, 2021, with total brief length not to exceed 25 pages;

- Plaintiffs shall file any opposition to Dubai Islamic Bank's challenge to personal jurisdiction by January 18, 2022, with total brief length not to exceed 25 pages; and

---

[1] Dubai Islamic Bank, World Assembly of Muslim Youth and World Assembly of Muslim Youth International, International Islamic Relief Organization, Muslim World League, Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, Adnan Basha, and Yassin Kadi.

- Dubai Islamic Bank shall file any reply brief by February 17, 2022, with total brief length not to exceed 10 pages.

In addition, by no later than October 13, 2021, the parties shall file a joint status letter with the Court stating whether there are any outstanding issues in connection with the discovery related to Yassin Kadi.

**SO ORDERED.**

DATED: New York, New York
September 29, 2021

SARAH NETBURN
United States Magistrate Judge