

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

September 30, 2021

<u>Via ECF/CM</u>

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
              (Ashton 02-cv-6977 only)

Dear Judge Netburn:

    Kreindler & Kreindler LLP (Kreindler) is filing its response to the Kingdom of Saudi Arabia's September 28, 2021. ECF No. 7157. Because Kreindler's letter as well as Exhibit A to that letter and the supplemental declaration of John Fawcett all contain discussion of information about Kingdom official Musaed al-Jarrah that the Kingdom has asserted must be protected, these are all being filed under seal. Clean copies are being emailed to chambers and the parties. Because Kreindler does not believe that the contents are subject to either the MDL or FBI protective orders, no proposed redactions are included in those copies.

Respectfully,

/s/ Megan Wolfe Benett
KREINDLER & KREINDLER LLP
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: mbenett@kreindler.com

New York        Boston        Los Angeles