UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2021

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Ryan et al., v. Iran et al.</u>, No. 20-cv-00266

The plaintiffs in <u>Ryan et al., v. Iran et al.</u>, No. 20-cv-00266 (GBD)(SN) (Jan. 10. 2020) move for the issuance of Letters Rogatory to the Islamic Republic of Iran. ECF No. 7144. That motion is GRANTED.

The Court respectfully directs the Clerk of the Court to issue Letters Rogatory directed to the Islamic Republic of Iran, substantially similar in form to those attached as **EXHIBIT A** to the Plaintiffs' Motion (ECF No. 7144-1), requesting assistance in serving the Complaint in this matter and the necessary accompanying documents, upon the following defendants: (1) National Iranian Tanker Corporation; (2) National Iranian Oil Corporation; (3) National Iranian Gas Corporation; (4) National Iranian Petrochemical Company; (5) Iran Airlines; (6) Hezbollah, (7) Ayatollah Ali Khamenei, Supreme Leader of Iran; and (8) the Estate of Akbar Hashemi Rafsanjani, former Chairman of the Expediency Discernment Counsel and former President of Iran.

The Letters Rogatory and the accompanying legal documents, including any translations, related to the Complaint in this case shall be transmitted to the U.S. Department of State for

delivery to the appropriate judicial authority of the Islamic Republic of Iran, pursuant to §1608(b)(3)(A).

**SO ORDERED.**

DATED:   New York, New York
         September 28, 2021

SARAH NETBURN
United States Magistrate Judge