UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document relates to:
*Underwriting Members of Lloyd's Syndicate 2, et al., v. Al Rajhi Bank, et al.*, No. 16-cv-07853
*Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937
*Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663
*Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00117
*Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450
*Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651
*Abarca, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887
*Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908
*Abedhajajreh, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 17-cv-07914 *Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617

# DECLARATION OF WILLIAM N. CLARK, JR.

I am an attorney licensed to practice *pro hac vice* in the above-captioned matter, and a member of the law firm Cozen O'Connor. I submit this Declaration to transmit to the Court the following documents submitted in support of Plaintiffs' Memorandum of Law In Reply to Al Rajhi Bank's Opposition to Plaintiffs' Motion to Compel.

1. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Declaration of Erik Robinson dated October 1, 2020.

2. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Declaration and Qualifications of Professor Jimmy Gurulé, dated September 30, 2021..

Executed from Cherry Hill, New Jersey on October 1, 2021.

William N. Clark, Jr.

LEGAL\54475911\1 00000.0000.000/117430.000