

KREINDLER & KREINDLER LLP  |  485 Lexington Avenue  |  New York, NY 10017-2629
office: 212.687.8181  |  fax: 212.972.9432  |  www.kreindler.com

October 5, 2021

<u>Via ECF/CM</u>

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

   Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
     (Ashton 02-cv-6977 only)

Dear Judge Netburn:

  After receiving this Court's Order yesterday, we forwarded it to John Fawcett and advised him that we expect him to take all necessary and appropriate actions to comply with the Court's investigation as set forth in that Order. *See* ECF No. 7167. While Mr. Fawcett has told us that he will comply with the Order, we write to advise the Court that Mr. Fawcett owns his laptop and that he has sole custody, control and possession of it and thus Kreindler & Kreindler cannot produce it nor compel him to do so. Given the issues raised in the Order, we have also communicated to Mr. Fawcett that he should consider retaining counsel of his own.

            Respectfully submitted,

            <u>/s/ Megan Wolfe Benett</u>
            KREINDLER & KREINDLER LLP
            485 Lexington Avenue
            New York, New York 10017
            Tel.: 212-687-8181
            Email: mbenett@kreindler.com