UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

## FINAL ORDER OF JUDGMENT ON BEHALF OF
## *ASHTON 23* PLAINTIFF IDENTIFIED AT EXHIBIT A

Upon consideration of the evidence and arguments submitted by plaintiffs in *Ashton et al.*

*v. Al Qaeda Islamic Army et al.*, 02-cv-6977 (S.D.N.Y.) (GBD) (SN) ("*Ashton*") generally, as well

as that submitted by Plaintiff identified in Exhibit A to this Order (who is an immediate family

member of a victim killed in the terrorist attacks on September 11, 2001), and the Judgment by

Default for liability only against the Islamic Republic of Iran ("Iran") on 08/26/2015, together with

the entire record in this case, it is hereby;

ORDERED that service of process was effected upon Iran in accordance with 28 U.S.C.

§ 1608(a) for sovereign defendants;

ORDERED that final judgment is entered against Iran and on behalf of the Plaintiffs in

*Ashton,* as identified in the attached Exhibit A, who is the immediate family members of an

individual killed in the terrorist attacks on September 11, 2001, as described in Exhibit A;

ORDERED that Plaintiff identified in Exhibit A is awarded: solatium damages in the

amount as set forth in Exhibit A;

ORDERED that the *Ashton* Plaintiff identified in Exhibit A is awarded prejudgment

interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until

the date of judgment;

**ORDERED** that Plaintiff identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

**ORDERED** that the remaining *Ashton* Plaintiffs not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for decedents' pain and suffering from the September 11, 2001 attacks, they will be approved consistent with those approved herein for the Plaintiff appearing on Exhibit A.

Dated: New York, New York
        October 5        , 2021

**SO ORDERED:**

GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Alfred | Todd | Rancke | | Christina | Joann | Rancke | | Child | $ 8,500,000.00 |