UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD) (SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby

ORDERED that Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaint, as amended:

**As to Plaintiffs' Name Corrections:**

| | Case Number | Plaintiff's Name as Pled | Plaintiff's Name as Amended |
|---|---|---|---|
| 1. | 1:20-cv-09387 | Maria Vega, individually, as surviving sibling of Diane O'Connor | Maria Vega, individually, as surviving sibling of Diana O'Connor |

**As to 9/11 Decedents' Name Corrections:**

| | Case Number | 9/11 Decedent's Full Name as Pled | 9/11 Decedent's Full Name as Amended |
|---|---|---|---|
| 1. | 1:20-cv-09387 | Diane O'Connor | Diana O'Connor |

Dated: New York, New York
_____, 2021

_____
J.

docs-100410184.1