UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD) (SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby

ORDERED that Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaint, as amended:

**As to Plaintiffs' Citizenship Corrections:**

| | Case Number | Plaintiff | Plaintiff's Citizenship as Pled | Plaintiff's Citizenship as Amended |
|---|---|---|---|---|
| 1. | 1:18-cv-12277 | Jacqueline Mejia Peguero | United States | Dominican Republic |

Dated: New York, New York
_____, 2021

_____
J.

docs-100410105.1