UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Maureen Moody-Theinert, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11876 (GBD) (SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby

ORDERED that Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaint, as amended:

**As to Plaintiffs' Name Corrections:**

| | **Case Number** | **Plaintiff's Name as Pled** | **Plaintiff's Name as Amended** |
|---|---|---|---|
| 1. | 1:18-cv-11876 | Michael Murray as Personal Representative of the Estate of Kenneth Murray, deceased, the late sibling of Valerie V. Murray | Michael Murray as Personal Representative of the Estate of Kenneth Murray, deceased, the late child of Valerie V. Murray |

**As to Plaintiffs' Relationship Corrections:**

| | **Case Number** | **Plaintiff's Relationship to 9/11 Decedent as Pled** | **Plaintiff's Relationship to 9/11 Decedent as Amended** |
|---|---|---|---|
| 1. | 1:19-cv-11876 | Sibling (Deceased) | Child (Deceased) |

Dated: New York, New York
_____, 2021

_____
J.

docs-100410116.1