UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD) (SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative for a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *Bodner* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *Bodner* case.

Dated: New York, New York
_____, 2021

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100410024.1

**EXHIBIT A to *Bodner* Motion to Substitute Parties**

|   | Previous Personal Representative: | Case Number: | Substitute Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | 9/11 Decedent's Name: |
|---|---|---|---|---|---|
| 1. | Henry Karczewski, individually, as surviving parent of Charles Henry Karczewski | 1:19-cv-11776 | Donna A. Cavanaugh as Personal Representative of the Estate of Henry Karczewski, deceased, the late parent of Charles Henry Karczewski | NJ | Charles Henry Karczewski |
| 2. | Bruce Mariani, as Personal Representative of the Estate of Hazel Lillian Mariani, deceased, the late parent of Louis Neil Mariani | 1:19-cv-11776 | Jeffrey A. Bloom, Esq. as Personal Representative of the Estate of Hazel Lillian Mariani, deceased, the late parent of Louis Mariani | MA | Louis Mariani |
| 3. | Miriam Roman, individually, as surviving sibling of Diana O'Connor | 1:19-cv-11776 | Peter Roman as Personal Representative of the Estate of Miriam Roman, deceased, the late sibling of Diana O'Connor | NY | Diana O'Connor |