UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD) (SN)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative for a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *Hargrave* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *Hargrave* case.

Dated: New York, New York
_____, 2021

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100410031.1

2

**EXHIBIT A to *Hargrave* Motion to Substitute Parties**

| | **Previous Personal Representative:** | **Case Number:** | **Substitute Personal Representative:** | **State of Residency of Substituted Personal Representative at Filing:** | **9/11 Decedent's Name:** |
|---|---|---|---|---|---|
| 1. | Raysa Rodriguez, as the Personal Representative of the Estate of Esmerlin Salcedo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Esmerlin Salcedo | 1:20-cv-09387 | Matilde Salcedo as Personal Representative of the Estate of Esmerlin Salcedo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Esmerlin Salcedo | MA | Esmerlin Salcedo |