UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      PLEASE TAKE NOTICE that EMILY BAB KIRSCH of the law firm of KIRSCH & NIEHAUS, PLLC hereby enters a limited appearance in this case as counsel for the law firm of Kreindler & Kreindler, LLP in connection with the hearing scheduled for October 21, 2021 pursuant to the October 4, 2021 order entered by Magistrate Judge Netburn.

Dated: New York, New York
       October 7, 2021

                                            */s/ Emily Kirsch*
                                          Emily Bab Kirsch
                                          KIRSCH & NIEHAUS, PLLC
                                          150 East 58th Street, 22nd Floor
                                          New York, NY 10155
                                          (212) 832-0170
                                          Emily.kirsch@kirschniehaus.com