

**EMILY KIRSCH**
150 E. 58TH STREET  22ND FLOOR
NEW YORK, NY  10155
O (212) 832-0170
M (917) 744-2888
EMILY.KIRSCH@KIRSCHNIEHAUS.COM
KIRSCHNIEHAUS.COM

October 7, 2021

**VIA ECF**
The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

This firm has been retained to represent Kreindler & Kreindler LLP in connection with the hearing Your Honor has scheduled for October 21 regarding the leak of confidential information and related matters. I am filing a Notice of Appearance concurrently with this letter.

We intend to respond to the Kingdom's October 6, 2021 letter motion for discovery filed last night. Though we are cognizant of the short timeline, because counsel is still getting up to speed, we propose filing our response by Tuesday October 12.

Respectfully Submitted,

_____*/s/ Emily Kirsch*_____
Emily Bab Kirsch

1