UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Kingdom of Saudi Arabia has moved for John Fawcett and Kreindler & Kreindler to produce materials related to the breach of the protective orders in advance of the evidentiary hearing on October 21, 2021. ECF No. 7215.

    The Court's initial review of Saudi Arabia's motion suggests that much of the discovery sought will likely be relevant to the evidentiary hearing, though some demands appear overbroad. Additionally, it appears that these requests may moot the Court's pending order for John Fawcett to produce his laptop to the Court. Accordingly, the Court ORDERS the parties to meet and confer to determine if a course of discovery can be agreed on.

    If the parties reach an agreement, they shall file a joint status letter indicating this by October 8, 2021. If not, then opposition to Saudi Arabia's motion shall be due by October 8, 2021, with any reply due by October 11, 2021.

    The Court's order to produce John Fawcett's laptop at ECF No. 7167 is STAYED pending further action by the Court. As of this Order, that laptop has not been produced. If the parties reach an agreement on the appropriate course of discovery, then the Court may vacate its order to produce this laptop. If the parties are unable to agree upon appropriate discovery, the Court will consider sanctions to compel compliance with the Court's order. Kreindler &

Kreindler is ORDERED to provide a copy of this Order to Mr. Fawcett and file confirmation that they have done so by October 8.

    Parties, including Mr. Fawcett, are once again reminded of their continuing obligation to preserve all materials relevant to this evidentiary hearing.

**SO ORDERED.**

DATED:    New York, New York  
             October 7, 2021

SARAH NETBURN  
United States Magistrate Judge