### MDL 1570 Plaintiffs' Executive Committee for Personal Injury and Death Claims

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

Ronald L. Motley (1944-2013)
Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*
Motley Rice LLC
James P. Kreindler, *Co-Chair*
Kreindler & Kreindler LLP

Andrew J. Maloney III, *Co-Liaison Counsel*
Kreindler & Kreindler llp
Robert T. Haefele, *Co-Liaison Counsel*
Motley Rice LLC

**VIA ECF**

October 8, 2021

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

RE:     *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

On October 5, 2021, the Court entered nine judgments against, among others, the Islamic Republic of Iran in various cases within this Multi-District Litigation. *See* ECF Nos. 7170 (*Ashton/Betru*), 7172 (*Ashton*), 7173 (*Chairnoff*), 7178 (*Anaya*), 7180 (*Arias*), 7182 (*Prior*), 7186 (*Cloud*), 7188 (*Burnett*), and 7190 (*Ashton*). In each of the judgments, reference is made to exhibits that were to be included with the judgments; however, the exhibits were not included with the judgments as filed on the docket.  The Plaintiffs' Executive Committees ("PECs") write requesting that the Court enter amended judgments in each of these cases that include the exhibits referenced in each of the judgments for the purposes of clarity and ease of reference as it appears that the failure to include these exhibits may have been an oversight.

The Honorable George B. Daniels
October 8, 2021

_____

Respectfully submitted,

MOTLEY RICE LLC                                  KREINDLER & KREINDLER LLP

By: /s/ *Robert T. Haefele*                      By: /s/ *Andrew J. Maloney*
    ROBERT T. HAEFELE                            ANDREW J. MALONEY
    MOTLEY RICE LLC                              KREINDLER & KREINDLER LLP
    28 Bridgeside Boulevard                      750 Third Avenue
    Mount Pleasant, SC 29465                     New York, New York 10017
    Tel.: (843) 216-9184                         Tel.: 212-687-8181
    Email: rhaefele@motleyrice.com               Email: amaloney@kreindler.com

    *For the Plaintiffs' Executive Committee*       *For the Plaintiffs' Executive Committee*
    *for Personal Injury and Death Claims*          *for Personal Injury and Death Claims*


cc:      The Honorable Sarah Netburn (Via ECF)
       All Counsel of Record (Via ECF)