

**EMILY KIRSCH**
150 E. 58TH STREET
NEW YORK, NY 1015
O (212) 832-0170
M (917) 744-2888
EMILY.KIRSCH@KIRSCHNIEHAUS.COM
KIRSCHNIEHAUS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021

October 7, 2021

**VIA ECF**
The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

This firm has been retained to represent Kreindler & Kreindler LLP in connection with the hearing Your Honor has scheduled for October 21 regarding the leak of confidential information and related matters. I am filing a Notice of Appearance concurrently with this letter.

We intend to respond to the Kingdom's October 6, 2021 letter motion for discovery filed last night. Though we are cognizant of the short timeline, because counsel is still getting up to speed, we propose filing our response by Tuesday October 12.

Respectfully Submitted,

_____/s/ Emily Kirsch_____
Emily Bab Kirsch

---

Kriendler & Kreindler's request is GRANTED. Kriendler & Kreindler shall file any opposition by October 12, 2021. Saudi Arabia shall file any reply by October 14, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: October 8, 2021
       New York, New York

1