```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD)(SN)

ORDER

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Burnett, et al. v. The Islamic Republic of Iran, et al.</u>, No. 15-cv-9903 (GBD)(SN)

On July 15, 2021, 49 plaintiffs in <u>Burnett, et al. v. The Islamic Republic of Iran, et al.</u>, No. 15-cv-9903 (GBD)(SN) (Dec. 18, 2015), filed the twenty-fourth motion for partial final default judgments for solatium, compensatory damages, and economic damages in that action. ECF No. 6951. The Court has begun its review of the plaintiffs' motion and has been unable to locate four parties in the case caption or in any complaint or amendment associated with <u>Burnett</u>: Denise Eileen McDonald, Kathleen Elizabeth Comer, Paolo Pesce, and Christopher Barnes Reinig.

The <u>Burnett</u> Plaintiffs shall file a letter by October 12, 2021, indicated whether these parties have been added to this matter, and if so, listing the complaint or amendment that added them.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                October 8, 2021