UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
In re Terrorist Attacks on September 11, 2001                :   03-md-1570 (GBD) (SN)
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ X

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)


## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Lankler Siffert & Wohl LLP, 500 Fifth Avenue, New York, NY 10110, by Gabrielle S. Friedman, hereby enters a limited appearance in this case as counsel for John Fawcett in connection with the hearing scheduled for October 21, 2021 pursuant to the October 4, 2021 order entered by Judge Netburn.

Dated: October 12, 2021
       New York, NY

                                    LANKLER SIFFERT & WOHL LLP


                              By:   */s/ Gabrielle S. Friedman*
                                    Gabrielle S. Friedman
                                    500 Fifth Avenue
                                    New York, NY 10110
                                    (212) 921-8399
                                    gfriedman@lswlaw.com

                                    *Counsel for John Fawcett*