UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON			Civil Action No.
SEPTEMBER 11, 2001				03 MDL 1570

-----------------------------------------------------------x

This document relates to:

> *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN) (S.D.N.Y.)
> *Thomas E. Burnett, Sr. et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN) (S.D.N.Y.)

### ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name KATHLEEN ELIZABETH COMER and CHRISTOPHER BARNES REINIG as Plaintiffs in their given names who were previously identified as "DOE" plaintiffs in their prior pleadings, it is hereby:

**ORDERED** that the Plaintiffs' motion is granted; and it is

**ORDERED** that KATHLEEN ELIZABETH COMER is to be substituted into the above-captioned cases in her given name in the place of "CHILD DOE AP135" in Case No. 15-cv-9903 and "DAUGHTER DOE # 63" in Case No. 03-cv-9849; and it is

**ORDERED** that CHRISTOPHER BARNES REINIG is to be substituted into the above-captioned cases in his given name in the place of "CHILD DOE AP50" in Case No. 15-cv-9903 and "SON DOE #24" in Case No. 03-cv-9849; and it is

**ORDERED** that the Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the cases listed above in the Court's ECF and docketing system.

**SO ORDERED.**

2

October ___, 2021
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge