UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received the discovery proposals related to John Fawcett's laptop from his counsel, ECF No. 7253 and 7260, and the Kingdom of Saudi Arabia, ECF No. 7254.

    The Court's Order directing that Mr. Fawcett's laptop be surrendered to the Court (at ECF No. 7167) is stayed pending further action by the Court. Mr. Fawcett is ordered to secure an independent third party for purposes of creating a forensic image of his laptop and conducting appropriate searches. The cost of such expert shall be borne by Kreindler & Kreindler, but the forensic specialist is authorized to communicate directly with Mr. Fawcett's counsel. Counsel for Mr. Fawcett shall meet and confer with all parties to establish search protocols and production deadlines. The parties shall file a joint status update with the Court by Friday, October 15, identifying any outstanding disputes.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               October 13, 2021