```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD)(SN)

ORDER

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Due to the limited availability of courtrooms that are compliant with this District's COVID-19 safety protocols, the evidentiary hearing currently scheduled for October 21, 2021, ECF No. 7167, is hereby adjourned pending further action. The Court will contact the parties to identify a set of dates and expects that the hearing will now be either the week of November 1 or November 8.

**SO ORDERED.**

DATED:    New York, New York
             October 13, 2021

_____
SARAH NETBURN
United States Magistrate Judge