KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

October 15, 2021

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") regarding John Fawcett's production of materials relevant to the Court's hearing on the breach of the FBI and MDL Protective Orders.  *See* ECF Nos. 7167, 7262.  Mr. Fawcett joins in this letter.

      Pursuant to the Court's October 13, 2021 Order, ECF No. 7261, Mr. Fawcett's counsel has retained an independent forensic imaging firm, StoneTurn Group, LLP ("StoneTurn"), to create a forensic image of Mr. Fawcett's laptop.  StoneTurn has taken possession of the laptop and is in the process of creating that forensic image.  Mr. Fawcett's counsel expects StoneTurn to provide an initial forensic report on the image this evening or over the weekend.  Mr. Fawcett's counsel has also taken possession of the personal device that Mr. Fawcett used to communicate with Michael Isikoff and has agreed to have an independent forensic firm create a forensic image of that device.

      The parties have met and conferred about a search protocol for Mr. Fawcett's laptop and his device, and have reached agreement on many aspects of that protocol.[1]  The parties continue to discuss certain aspects of the protocol but respectfully submit that the initial forensic report generated by StoneTurn will help inform those discussions.

      Accordingly, the parties respectfully request that they be permitted to submit to the Court an update on the search protocol on Monday, October 18, 2021.  That update will also set forth any disputes regarding Saudi Arabia's requests for production directed at Mr. Fawcett.  *See* ECF No. 7215-2.

---

[1] Counsel for Kreindler & Kreindler LLP and other members of the Plaintiffs' Executive Committees participated in the meet and confer discussions.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable Sarah Netburn
October 15, 2021
Page 2

                                                Respectfully submitted,

                                                /s/ *Michael K. Kellogg*

                                                Michael K. Kellogg
                                                *Counsel for Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)