UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
In re Terrorist Attacks on September 11, 2001    :    03-md-1570 (GBD) (SN)
------------------------------------------------------------ X

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Lankler Siffert & Wohl LLP, 500 Fifth Avenue, New York, NY 10110, by Helen Gredd, hereby enters a limited appearance in this case as counsel for non-party John Fawcett in connection with the hearing scheduled for November 1, 2021 pursuant to the October 4, 2021 and October 21, 2021 orders entered by Judge Netburn.

Dated: October 25, 2021
       New York, NY

LANKLER SIFFERT & WOHL LLP

By:  */s/ Helen Gredd*
     Helen Gredd
     500 Fifth Avenue
     New York, NY 10110
     (212) 921-8399
     hgredd@lswlaw.com

*Counsel for Non-Party John Fawcett*