UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re Terrorist Attacks on September 11, 2001   :   03-md-1570 (GBD) (SN)
:
:
:
:
:
:
:
------------------------------------------------------------ x

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Lankler Siffert & Wohl LLP, 500 Fifth Avenue, New York, NY 10110, by Jeannie Rose Rubin, hereby enters a limited appearance in this case as counsel for non-party John Fawcett in connection with the hearing scheduled for November 1, 2021 pursuant to the October 4, 2021 and October 21, 2021 orders entered by Judge Netburn.

Dated:  October 25, 2021
        New York, NY

LANKLER SIFFERT & WOHL LLP

By:   */s/ Jeannie Rose Rubin*
      Jeannie Rose Rubin
      500 Fifth Avenue
      New York, NY 10110
      (212) 921-8399
      jrubin@lswlaw.com

*Counsel for Non-Party John Fawcett*