UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2021

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received the Kingdom of Saudi Arabia and John Fawcett's letters on Mr. Fawcett's plan to invoke his Fifth Amendment rights at the upcoming evidentiary hearing on the breach of the protective orders.

    The Court will hear oral argument on whether and to what degree Mr. Fawcett may invoke his Fifth Amendment rights at this hearing. This argument is scheduled for October 28, 2021, at 4:30 P.M. At that time, the parties should call (877) 402-9757 and enter access code 7938632.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               October 26, 2021