UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)


NOTICE OF APPEARANCE


TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that PAUL R. NIEHAUS of the law firm of KIRSCH & NIEHAUS, PLLC hereby enters a limited appearance in this case as counsel for the law firm of Kreindler & Kreindler, LLP in connection with the hearing scheduled for November 1-2, 2021 pursuant to the October 4, 2021 order entered by Magistrate Judge Netburn, as amended.


Dated: New York, New York
       October 26, 2021

                                        *s/ Paul R. Niehaus*
                                        Paul R. Niehaus
                                        KIRSCH & NIEHAUS, PLLC
                                        150 East 58th Street, 22nd Floor
                                        New York, NY 10155
                                        (212) 631-0223
                                        paul.niehaus@kirschniehaus.com