**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

In re:

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/27/2021___
```

**03-MD-1570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The evidentiary hearing scheduled for November 1 and 2, 2021, shall begin at 10:00 a.m.

Members of the public may listen to the proceeding on both days by calling 844-291-5490 and

using access code 6539463.

**SO ORDERED.**

DATED:    October 27, 2021
           New York, New York

SARAH NETBURN
United States Magistrate Judge