KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

October 27, 2021

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      Defendant Kingdom of Saudi Arabia ("Saudi Arabia") respectfully requests under this Court's Standing Order M10-468, as Revised ("Standing Order"), that Mark C. Hansen, Gregory G. Rapawy, Andrew C. Shen, Christopher M. Young, and I, be permitted to bring mobile telephones and power supplies and laptop computers and power supplies to the hearing scheduled for Monday, November 1 and Tuesday, November 2 ("Hearing").  Saudi Arabia also respectfully requests that Mr. Hansen, Mr. Rapawy, Mr. Shen, Mr. Young, and I be permitted to connect to the Court's Wi-Fi.

      Saudi Arabia respectfully requests that Geoffrey Roberts, Senior Trial Consultant for Digital Evidence Group, be permitted to assist with evidence presentation during the Hearing.  Relatedly, Saudi Arabia respectfully requests, under this Court's Standing Order, that Mr. Roberts be permitted to bring to the Hearing:  a mobile telephone and power supply, two laptop computers with mice and power supplies, HDMI switch, audio and video cables, external hard drives, and a computer monitor.  Saudi Arabia also respectfully requests that Mr. Roberts be permitted to connect to the Court's Wi-Fi.

      Saudi Arabia respectfully requests that Chandler J. Sella, a paralegal at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., be permitted to assist with evidence presentation during the Hearing.  Ms. Sella has scheduled a walk-through with Courtroom Technology on Friday, October 29 at 9:00 AM.  Saudi Arabia respectfully requests under this Court's Standing Order, that Ms. Sella be permitted to bring a mobile telephone and power supply, a laptop computer and power supply, an HDMI switch, and a USB drive to the Hearing and to the technology walk-through.  Saudi Arabia also respectfully requests that Ms. Sella be permitted to connect to the Court's Wi-Fi.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable Sarah Netburn
October 27, 2021
Page 2

      Pursuant to ECF Rule 13.18, a copy of a proposed form order under Standing Order M10-468, as Revised, is being filed with this letter.

      Respectfully submitted,

      /s/ *Michael K. Kellogg*

      Michael K. Kellogg
      *Counsel for the Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)