UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____ x

      The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

      ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

_____.

      ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

      The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

      SO ORDERED:

Dated: _____

_____
United States Judge

Revised: July 1, 2019.

**Attachment A**

| Attorney[*] | E-Mail | Devices(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Michael K. Kellogg | mkellogg@kellogghansen.com | Mobile telephone and power supply, laptop computer and power supply, and connection to Wi-Fi | 18B | X |
| Mark C. Hansen | mhansen@kellogghansen.com | Mobile telephone and power supply, laptop computer and power supply, and connection to Wi-Fi | 18B | X |
| Gregory G. Rapawy | grapawy@kellogghansen.com | Mobile telephone and power supply, laptop computer and power supply, and connection to Wi-Fi | 18B | X |
| Andrew C. Shen | ashen@kellogghansen.com | Mobile telephone and power supply, laptop computer and power supply, and connection to Wi-Fi | 18B | X |
| Christopher M. Young | cyoung@kellogghansen.com | Mobile telephone and power supply, laptop computer and power supply, and connection to Wi-Fi | 18B | X |
| Geoffrey Roberts* | groberts@digitalevidencegroup.com | Mobile telephone and power supply, two laptop computers with mice and power supplies, HDMI switch, audio and video cables, external hard drives, computer monitor, and connection to Wi-Fi | 18B | X |
| Chandler J. Sella* | csella@kellogghansen.com | Mobile telephone and power supply, laptop computer and power supply, HDMI switch, USB drive, and connection to Wi-Fi | 18B | X |

---

[*] Designates non-attorneys.