UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that LISA ALEXANDRA FREY of counsel to the law firm of KIRSCH & NIEHAUS, PLLC hereby enters a limited appearance in this case as counsel for the law firm of Kreindler & Kreindler, LLP in connection with the hearing scheduled for November 1-2, 2021 pursuant to the October 4, 2021 Order entered by Magistrate Judge Netburn, as amended.

Dated: New York, New York
October 31, 2021

*/s/ Lisa A Frey*
Lisa Alexandra Frey
KIRSCH & NIEHAUS, PLLC
150 East 58th Street, 22nd Floor
New York, NY 10155
(212) 832-0170
Lisa.Frey@kirschniehaus.com