LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

October 31, 2021

**BY ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY  10007

      Re:     In re Terrorist Attacks on September 11, 2001, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      We represent non-party John Fawcett in connection with the evidentiary hearing scheduled for November 1, 2021, in the above-referenced matter.

      In light of the Court's ruling that Mr. Fawcett has waived his privilege against self-incrimination with respect to the subject matter of his declarations dated September 27, 2021 and September 30, 2021 (the "Declarations"), we respectfully ask that the Court accept a standing objection to each question encompassed within Mr. Fawcett's cross-examination regarding those Declarations.  This will enable Mr. Fawcett to reserve his rights without a need for question-by-question objections regarding matters as to which the Court has already ruled.

      To the extent the cross-examination goes beyond the bounds of the Declarations, we respectfully request an opportunity to be heard, on a question-by-question basis, regarding Mr. Fawcett's assertion of his Fifth Amendment privilege against self-incrimination.

                                    Respectfully submitted,

                                    /s/ Michael Gerber
                                  Michael Gerber

                                  Lankler Siffert & Wohl LLP
                                  *Counsel to Non-Party John Fawcett*

cc: All counsel of record (via ECF)