UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On November 1, and 2, 2021, the Court held an evidentiary hearing into the breach of the protective orders in this matter. As part of that hearing, the Court issued an order indicating how Musaed Al Jarrah's deposition could be publicly discussed. Applying this guidance to the pending motion by the Kingdom of Saudi Arabia and Al Jarrah's at ECF No. 7066, statements about the contents of the deposition may not be publicly disclosed and must be redacted. As the parties agree, material protected by the Vienna Convention must be redacted as well.

    Therefore, the materials related to that motion (ECF Nos. 6981, 6981-2, 7066, 7078, 7078-1, and 7080) shall be redacted based on this guidance. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 7066.

**SO ORDERED.**

DATED:    New York, New York
             November 3, 2021

_____
SARAH NETBURN
United States Magistrate Judge