**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:  **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON  **PARTIAL FINAL**
SEPTEMBER 11, 2001

**DEFAULT JUDGMENT**
------------------------------------------------------------X

This document relates to:

*Dillaber, et al., v. The Islamic Republic of Iran, et al.*, 18 Civ. 03162 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated November 1, 2021, the Court adopts Magistrate Judge Netburn's Report in full; and Plaintiffs' Motion for a Partial Final Default Judgment is granted, it is

ORDERED that partial final default judgment is entered on behalf of Plaintiff Kathy Dillaber; and it is

ORDERED that Plaintiff Kathy Dillaber is awarded compensatory damages for pain and suffering in the amount of $5,000,000, which are commensurate with the injuries she sustained on September 11, 2021; and it is

ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum, all interest compounded over the same period in the amount of $8,165,775.49; and it is

ORDERED that Plaintiff Kathy Dillaber may submit future applications for punitive, economic, or other damages at a later date consistent with any future rulings of this Court; and it is

ORDERED that all Dillaber Plaintiffs may submit motions for damages judgments in future stages, to the extent such awards have not previously been addressed.

**Dated:** New York, New York
November 3, 2021

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** /s/ David J. Thomas

**Deputy Clerk**