UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**　　　　　　　　　　　　**03-MD-1570 (GBD)(SN)**
    **SEPTEMBER 11, 2001**　　　　　　　　　　　　　　　　　**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On November 1 and 2, 2021, this Court held an evidentiary hearing into the breach of the protective orders in this litigation. This order governs subsequent proceedings related to that hearing.

    By November 24, 2021, the Kingdom of Saudi Arabia, the law firm of Kreindler & Kreindler, and John Fawcett shall file proposed findings of fact, conclusions of law, and any remedies the parties believe are appropriate based on that hearing. Proposed findings of fact shall be supported with specific citations to the record. These filings shall be made under seal pursuant to this Order, with access restricted to the parties.

    By December 1, 2021, the remaining law firms of the Plaintiffs' Executive Committees shall file a letter with the Court stating if they believe any redactions to the parties' November 24 filings are necessary.

**SO ORDERED.**

DATED:   New York, New York　　　　　　　　　_____
             November 4, 2021　　　　　　　　　　　　　SARAH NETBURN
                                                   United States Magistrate Judge