UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD) (SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of an immediate family member of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *Mellon* Plaintiffs' motion is granted, and the individual included in Exhibit A is to be substituted into the *Mellon* case.

Dated: New York, New York
_____, 202\_

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100418618.1

## EXHIBIT A to *Mellon* Motion to Substitute Parties

|    | **Previous Plaintiff:** | **Case Number:** | **Substituted Plaintiff:** | **State of Residency of Substituted Plaintiff at Filing:** | **Decedent's Name:** |
|----|---|---|---|---|---|
| 1. | Marie Halloran, as Natural Guardian of PH, a minor, as surviving child of Vincent G. Halloran | No. 1:19-cv-11767 (GBD)(SN) | Phelan Halloran, individually, as surviving child of Vincent G. Halloran | NY | Vincent G. Halloran |

docs-100418618.1