```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LYNN FAULKNER,<br><br>　　　　　　Plaintiff,<br><br>　- against -<br><br>USAMA BIN LADEN, et al.,<br><br>　　　　　　Defendants. | Case No.　　03-MD-01570-GBD-SN<br><br>　　　　　　09-CV-07055-GBD-SN |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

Upon the Motion by counsel for Defendant Islamic Republic of Afghanistan and the accompanying Declaration of Dennis H. Tracey, III,

IT IS ORDERED that the Motion for Withdrawal of Counsel is GRANTED. The Clerk is requested to remove Hogan Lovells US LLP and Dennis H. Tracey, III from the docket as counsel for the Islamic Republic of Afghanistan.

_____
SARAH NETBURN
United States Magistrate Judge

Dated: November 10, 2021
　　　　New York, New York