# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to: *All Actions*

I, Gregory G. Rapawy, declare as follows:

1. I am a partner in the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. ("Kellogg Hansen"), counsel for the Kingdom of Saudi Arabia ("Saudi Arabia") in the above action. I submit this declaration in support of Saudi Arabia's letter-motion dated November 10, 2021. The purpose of this declaration is to authenticate certain exhibits Saudi Arabia seeks to admit in connection with the evidentiary hearing that the Court held on November 1 and 2, 2021.

2. I am familiar with the facts set forth below and could testify competently to them either from personal knowledge or based on information provided to me by the counsel and firm staff who prepared Saudi Arabia's exhibits for the hearing.

3. Because almost all the documents described in this declaration have already been provided to the Court and to other counsel, I am not attaching exhibits to this declaration, but am referring to them by the KSAX numbers that have already been affixed to them. In addition, a redacted version of previously provided KSAX-0023 is being filed today as Exhibit B to Saudi Arabia's letter-motion; KSAX-0151, which is a corrected version of previously provided KSAX-0146, is being filed as Exhibit C; and KSAX-0152, which is a corrected version of previously provided KSAX-0012, is being filed as Exhibit D.

4. KSAX-0012 is a true and accurate copy of a document produced to Kellogg Hansen by counsel for John Fawcett on October 25, 2021, with the Bates range JFawcett_0000007-11.

5. KSAX-0018 is a true and accurate copy of a transcript obtained by visiting the web page https://www.youtube.com/watch?v=6nnz0YRy6So&ab_channel=Dartmouth and clicking the three dots just above the "Subscribe" button on the YouTube page.  A Kellogg Hansen paralegal cut and pasted the document into a Word document, and then converted it to PDF.

6. KSAX-0023, pages 1 and 2, is a true and accurate copy of a letter sent to Kellogg Hansen by counsel for John Fawcett.  The letter itself does not bear a date, but we received it with the filename "2021.10.25 Letter to Kellogg.pdf."  The transmittal email for the letter was timestamped Tuesday, October 26, 2021, at 12:23 am.  The remaining pages of KSAX-0023 as submitted to the Court are a true and accurate copy of a document we received as appended to the letter, but are not being offered into evidence.  A redacted version of KSAX-0023 is being filed today as Exhibit B to Saudi Arabia's letter-motion.

7. KSAX-0031 is a true and accurate copy of an email sent by Kellogg Hansen to the Plaintiffs' Executive Committees and other recipients on June 10, 2021, as converted to PDF and maintained in our firm's electronic document management system.

8. KSAX-0038 is a true and accurate copy, created by a Kellogg Hansen paralegal, of a web page that was publicly available at https://play.acast.com/s/conspiracyland/ bonusepisode2-khashoggiandthe9-11lawsuit, on October 11, 2021, at 4:31 p.m.  That link remains functional as of today.

9. KSAX-0067 is a true and accurate copy of an email sent by Kellogg Hansen to counsel for Kreindler & Kreindler LLP and other recipients on October 15, 2021.  Internal forwarding headers were removed at the top.  KSAX-0068 is a true and accurate copy of a screenshot that was attached to KSAX-0067.  I created that screenshot on my computer at the

date and time shown in the lower right-hand corner, which is October 15, 2021, at 4:09 p.m. It accurately depicts my web browser displaying the page shown on the screen, with my mouse pointer over the initials "JF" to cause the browser to display John Fawcett's full name. To reach that page, I opened a November 2018 email from John Fawcett to me that was saved in Kellogg Hansen's document management system, clicked on the link provided in that email, and provided my login credentials for dropbox.com.

10. KSAX-0079 is a true and accurate copy, created by a Kellogg Hansen paralegal, of a web page that was publicly available at https://news.yahoo.com on October 25, 2021, at 10:54 am. The full URL is obscured in the printed PDF, but clicking on it reveals it to be https://news.yahoo.com/khashoggi-report-spurs-911-families-to-push-president-biden-for-more-saudi-disclosures-184614507.html?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAALy9YONq9vV5LZHhBQ9SyQSAHXFtcfND3N8zrkytXdsmgMGQbrItrFcFgE3JTeZ5CmAtJym6X6iah5NVThzx_0b-dkctKuaM3dAY_zzEpHJTgoU7sbs1xMvqOmdcqlB3N3kNwc_vj0WbfG8LhLOZpYiUjm1FZ691F_C35puxhlLA. That link remains functional as of today.

11. KSAX-0101 is a true and accurate copy of a document produced to Kellogg Hansen by counsel for Kreindler & Kreindler LLP on October 27, 2021, with the Bates number KK01264.

12. KSAX-0136 is a true and accurate copy of a document produced to Kellogg Hansen by counsel for John Fawcett on October 28, 2021, with the Bates number JFawcett_0000055. The document was originally produced in native Excel format. A Kellogg Hansen paralegal reformatted it for greater legibility and converted it to PDF.

13. KSAX-0139 is a true and accurate copy of a document produced to Kellogg Hansen by counsel for John Fawcett on October 28, 2021, with the Bates number JFawcett_0000053. The document was originally produced in native Excel format. A Kellogg Hansen paralegal reformatted it for greater legibility and converted it to PDF.

14. KSAX-0150 is a true and accurate copy of a document produced to Kellogg Hansen by counsel for John Fawcett on October 27, 2021, with the Bates range JFawcett_0000017-18.

15. KSAX-0151 is a true and accurate copy of John Fawcett's Second Amended Privilege Log of Withheld Materials, dated November 5, 2021, and produced to Kellogg Hansen by counsel for John Fawcett on that date.

16. KSAX-0152 is a true and accurate copy of a corrected version of KSA-0012, produced to Kellogg Hansen by counsel for John Fawcett on November 5, 2021, with the Bates range JFawcett_00000059-63.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2021
Washington, D.C.

*Gregory D. Rapawy*
Gregory G. Rapawy