# EXHIBIT B

**Ex. B**
Intentionally Omitted

docs-100419884.1