# EXHIBIT C

**Ex. C-1**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Mary | Catherine | Boffa | Elizabeth | Anne | Murphy |  | Sibling | $4,250,000.00 |

| | |
|---|---|
| **TOTAL** | **$4,250,000.00** |

**Ex. C-2**
Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Wendy | Ruth | Faulkner | Loren | Elisa | Smith | | Child | $8,500,000.00 |
| 2. | Wendy | Ruth | Faulkner | Ashley | Elizabeth | Faulkner | | Child | $8,500,000.00 |
| 3. | Wendy | Ruth | Faulkner | Lynn | Alan | Faulkner | | Spouse | $12,500,000.00 |
| 4. | Paul | William | Innella | Victoria | Jacquelyn | Jones | | Child | $8,500,000.00 |

**TOTAL** $38,000,000.00

**Ex. C-3**

Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|----|---------------------|----------------------|---------------------|----------------------|------------------------|----------------------|-------------------|-------------------------------|--------------------------|
| 1. | Donald | Walter | Robertson | Matthew | John | Robertson | | Child | $8,500,000.00 |
| 2. | Donald | Walter | Robertson | Michael | Ryan | Robertson | | Child | $8,500,000.00 |
| 3. | Donald | Walter | Robertson | Madison | Erin | Robertson | | Child | $8,500,000.00 |
| 4. | Donald | Walter | Robertson | Kevin | John | Robertson | | Child | $8,500,000.00 |
| 5. | Donald | Walter | Robertson | John | Patrick | Robertson | | Sibling | $4,250,000.00 |
| | **TOTAL** | | | | | | | | **$38,250,000.00** |

Page 1 of 1

docs-100419874.1

**Ex. C-4**

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Robert | David | Peraza | Suzanne | Joan | Peraza | | Parent | $8,500,000.00 |

| | | |
|---|---|---|
| **TOTAL** | | **$8,500,000.00** |

docs-100419876.1