UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chairnoff et al.,

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.:  18cv12370 (GBD)(SN)
03md1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 12th day of November 2021, I served:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Iran

☒   the Secretary of State, Attn:  Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the  Notice of Default Judgment prepared pursuant to 22 CFR § 93.2, Order of Partial Judgment as to liability and certain damages entered in No. 18-cv-12370 on October 5, 2021 ECF 64 (MDL ECF 7173), Foreign Sovereign Immunities Act (28 U.S.C. § 1602, et. seq.), Affidavit of Translator along with Farsi translations of the above documents

By FEDEX Priority Overnight 7751 8978 6400.

Dated:  New York, New York
November 12, 2021

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK