# EXHIBIT E

Case 1:03-md-01570-GBD-SN   Document 7344-5   Filed 11/15/21   Page 2 of 4   1

J715911c                              phone conference

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001,

                                        03 MDL 1570 (SN)
                                        Remote Proceeding
------------------------------x
                                        New York, N.Y.
                                        September 29, 2021
                                        2:00 p.m.

Before:

                    HON. SARAH NETBURN,

                       U.S. Magistrate Judge

                SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

J715911c                          phone conference

1   forth the applicable law for expert challenges and provide an
2   opinion on the admissibility of the testimony that is
3   contemplated of those experts.  The idea is that we could do
4   that sort of briefing program in a significantly more truncated
5   schedule than what is proposed by the parties and the Court
6   could turn that decision around much more quickly than we could
7   if we were looking at 28 reports.  I'm not suggesting any party
8   would be denied the right to file a motion to challenge an
9   expert but, rather, that I would limit those challenges in the
10  first instance to six, three on each side.  Once the parties
11  have my ruling, we will then set a schedule for dispositive
12  motions and any additional challenges that the parties wish to
13  make at that time, hopefully educated by my earlier ruling and
14  for experts where a challenge is likely not to be
15  well-received, the parties may choose not to challenge that
16  expert or maybe, based on a ruling, the parties may agree that
17  an expert is subject to challenge or should be dropped
18  altogether.  But, I think the parties would benefit from an
19  initial ruling from me on a much smaller group of experts.
20          The last thing I will say is that in looking over your
21  description, which again I am quite appreciative that you did
22  that for me so quickly, there is different ways to characterize
23  the testimony that is contemplated but, broadly speaking, it
24  appears to me that the experts fall into a handful of
25  categories.  I think there is a very large category of experts

1    who are going to be sort of geopolitical or historical experts
2    talking about events in the region and other sort of historical
3    testimony including about Islam, about the region and politics,
4    about certain international relations.  That seems to me a very
5    large category of testimony.  It seems that there is another
6    category of testimony regarding financing, international money
7    laundering rules, accounting, banking practices, etc.  I think
8    that that is arguably another category.  And then there appears
9    to be another large category of sort of general 9/11 planning
10   and organizing or funding for the 9/11 attacks.  We have gone
11   through this list a couple of times now and I think you could
12   come up with various categories and you could come up with 28
13   categories, if you wanted to.  I am sure everybody has
14   something unique to add.  But it does seem that, broadly
15   speaking, the testimony does group and so my thinking is that
16   we should have a limited number of challenges in the first
17   instance and proceed as such.
18           So, those are my opening remarks.  I don't know who on
19   the plaintiffs side wants to take the lead here.
20           MR. HAEFELE:  Your Honor, it is Robert Haefele from
21   Motley Rice.
22           I haven't had, obviously, an opportunity to hear what
23   my other colleagues have to say about the proposal so I'm not
24   sure that I am speaking necessarily for everyone.  I understand
25   what your Honor is proposing and I think that, by and large,