EXHIBIT G

Page 1

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Case No. 03-MDL-1570 (GBD) (SN)

5    -----------------------------------x.

6    IN RE: TERRORIST ATTACKS ON

7    SEPTEMBER 11, 2001

8    -----------------------------------x

9                      April 12, 2021

10                     10:30 a.m.

11

                      Videotaped Deposition via Zoom
12    of BRIAN M. JENKINS, pursuant to Notice,

13    before Jineen Pavesi, a Registered

14    Professional Reporter, Registered Merit

15    Reporter, Certified Realtime Reporter and

16    Notary Public of the State of New York.

17

18

19

20

21

22

23

24

25

Page 15

```
 1                    JENKINS
 2   are your areas of expertise?
 3       A.      I would say broadly speaking,
 4   I've been working on terrorism and more
 5   broadly international conflict as an
 6   analyst over the past several decades
 7   actually.
 8               I began the Rand Corporation
 9   Research Program on this particular topic
10   on behalf of the Department of State and
11   Department of Defense in 1972.
12       Q.      Is it fair to say, then, that
13   you're a terrorism analyst and that's your
14   area of expertise for purposes of this
15   case?
16               MR. EUBANKS:  Object to form.
17       A.      I think that would be fair.
18       Q.      Are there any other areas of
19   expertise that you're using in connection
20   with this case besides terrorism analyst
21   skills?
22       A.      No, I don't believe so.
23       Q.      Are there other fields of
24   expertise that you possess but are not
25   using for this case?
```

```
 1                    JENKINS
 2   Pakistan and its lack of cooperation.
 3              The U.S. government instead,
 4   you know, made a decision, a practical
 5   decision, that Pakistan for other reasons,
 6   for a whole bunch of reasons, was a
 7   country that we could not afford to
 8   alienate.
 9              And I suspect on the other
10   side, again, I suspect, but we don't have
11   --  we don't know, I don't have an x-ray
12   vision and I don't know this is what bin
13   Ladin was thinking, this is always
14   indirect evidence as to what he says and
15   what Al Qaeda did, but I think this was an
16   issue of, all right, you know, Saudi
17   Arabia, we don't like the Saudi regime, we
18   don't like the Saudi king perhaps, but
19   there are also --  we do like the Wahhabi
20   ideology as part of our ideology, we have
21   sources in Saudi Arabia, more Saudis came
22   to probably join Al Qaeda than others, we
23   have recruiting networks, we have support
24   networks.
25              Does that act then as a
```

```
 1                JENKINS
 2  Pakistan and its lack of cooperation.
 3            The U.S. government instead,
 4  you know, made a decision, a practical
 5  decision, that Pakistan for other reasons,
 6  for a whole bunch of reasons, was a
 7  country that we could not afford to
 8  alienate.
 9            And I suspect on the other
10  side, again, I suspect, but we don't have
11  --  we don't know, I don't have an x-ray
12  vision and I don't know this is what bin
13  Ladin was thinking, this is always
14  indirect evidence as to what he says and
15  what Al Qaeda did, but I think this was an
16  issue of, all right, you know, Saudi
17  Arabia, we don't like the Saudi regime, we
18  don't like the Saudi king perhaps, but
19  there are also --  we do like the Wahhabi
20  ideology as part of our ideology, we have
21  sources in Saudi Arabia, more Saudis came
22  to probably join Al Qaeda than others, we
23  have recruiting networks, we have support
24  networks.
25            Does that act then as a
```

JENKINS

1

2      Q.        And in your report you rely on

3   the 9/11 Commission Report, is that right?

4      A.        I use it extensively because,

5   again, it is within the public domain that

6   I know about, it is the most comprehensive

7   and carefully researched public account of

8   these events and is recognized as such.

9             Now, since 9/11 there has been

10  additional material that has come out, but

11  it doesn't fundamentally change, there may

12  be a small correction here and there, but

13  it doesn't fundamentally change the

14  conclusions of the 9/11 Report.

15            So, yes, do we know more today

16  than the members of the Commission knew at

17  the time they were writing the report, the

18  answer is yes.

19            Has it fundamentally changed

20  the conclusions that they reached, no, we

21  know more, we don't know something, at

22  least to my knowledge, we don't know

23  something fundamentally different.

24     Q.        I am going to take you through

25  some of the 9/11 Commission Report and try

Page 76

```
 1              JENKINS
 2  formalization of the relationship.
 3      Q.      When you say this represents
 4  more of a formalization of the
 5  relationship, you mean when KSM began
 6  working more closely with Osama bin Ladin
 7  in 1998 or 1999?
 8      A.      Yes.
 9              MR. COTTREAU: If I could have
10  the assistant please turn to the next page
11  and highlight for me footnote 10 on the
12  next page.
13      Q.      Mr. Jenkins, I am going to have
14  you take a look at footnote 10 to Chapter
15  5 of the 9/11 Commission Report, which is
16  at FED PEC 0076073 of Exhibit 2026, and if
17  you could please read that aloud for me.
18      A.      "Intelligence report,
19  interrogation of KSM, January 9, 2004.  In
20  another interrogation report, however, KSM
21  downplays the significance of his
22  relationship to Yousef in enabling him to
23  meet with bin Ladin.  Specifically, KSM
24  notes that Yousef was not a member of Al
25  Qaeda and that Yousef never met bin Ladin.
```

```
 1                    JENKINS
 2   Intelligence report, interrogation of KSM,
 3   February 19th, 2004."
 4              MR. EUBANKS:  Objection, rule
 5   of completion or rule of completeness.
 6       Q.       Do you agree that Ramzi Yousef
 7   was not a member of Al Qaeda and that
 8   Ramzi Yousef never met Osama bin Ladin?
 9       A.       I don't know; again, I don't
10   know independently whether Yousef had met
11   bin Ladin.
12              Insofar as not being a member
13   of Al Qaeda, here you have to understand,
14   in my view, that when we talk about Al
15   Qaeda, we in the west want to impose
16   wiring diagrams and formal memberships on
17   what is really a network.
18              There was an Al Qaeda
19   constellation, Al Qaeda orbit, that
20   included individuals who were members, who
21   were affiliates, who were innocent
22   subcontractors, and there were individual
23   entrepreneurs, at times they collaborated
24   with Al Qaeda, so it was much of a
25   network.
```

1              JENKINS

2              So these things about whether

3    someone is a, quote, member of Al Qaeda

4    really refers to a narrow, a very narrow

5    thing, of Al Qaeda inner core, probably

6    including, but not always, a swearing of

7    an oath of loyalty which was to bin Ladin.

8              In fact, there was, as I say, a

9    larger constellation of relationships and

10   Al Qaeda itself was a source of funding

11   for a number of independent operations, it

12   was a little bit like a foundation that

13   itself funded deserving terrorist

14   operations.

15             And so this issue here in this

16   footnote of Khalid Sheikh Mohammed

17   downplaying the significance of his

18   relationship to Yousef and enabling him to

19   meet bin Ladin, I mean, we're getting into

20   also some ego things here, Khalid Sheikh

21   Mohammed has a tremendous ego himself, did

22   not want to necessarily be seen as, you

23   know, somebody else's lieutenant or

24   operative.

25             One of the concerns that he --

1                    JENKINS

2    that was there, and perhaps this is

3    surmise, he didn't want to lose the

4    personal credit, did not want to be seen

5    as entirely dependent on others.

6              Now, this is in contradiction

7    to the fact that at the same time,

8    according to the same 9/11 Commission

9    Report, he realized, Khalid Sheikh

10   Mohammed realized, that the only way that

11   he could get the resources necessary,

12   human resources, financial resources,

13   organizational support, to carry out a

14   large scale operation that he had in mind

15   was through Al Qaeda.

16              So on the one hand he doesn't

17   want to give up the credit, he wants top

18   billing, to use a Hollywood term, and on

19   the other hand, you know, Al Qaeda is the

20   producer, Osama bin Ladin is the producer

21   that's going to enable him to pursue his

22   project.

23       Q.      Let me try to ask a more direct

24   question.

25              Are you aware of any evidence

Page 80

```
 1                    JENKINS
 2   that shows that Ramzi Yousef met with
 3   Osama bin Ladin?
 4       A.        I cannot recall at the moment,
 5   I'd have to go back and look that up.
 6       Q.        Sitting here today, you
 7   couldn't name any evidence that would
 8   dispute this statement in footnote 10 to
 9   Chapter 5 of the 9/11 Commission Report,
10   which is at page FED PEC 0075754 of
11   Exhibit 2026, that Yousef never met bin
12   Ladin?
13                 MR. EUBANKS:  Object to form,
14   misrepresentation of the exhibit.
15       A.        This footnote does not say that
16   Yousef never met bin Ladin, this footnote
17   says that KSM notes that Yousef had never
18   met bin Ladin.
19                 So the footnote as it applies
20   to Khalid Sheikh Mohammed's statement is
21   correct in the sense that that's what
22   Khalid Sheikh Mohammed said to his
23   interrogators.
24                 Separately, it does not say
25   that --  as I say, the footnote says what
```

1                    JENKINS

2    KSM said.

3        Q.        And you're not aware of --

4        A.        I would have to look it up.

5        Q.        Do you have any facts or

6    evidence that suggests that Ramzi Yousef

7    was not a member of Al Qaeda?

8                  MR. EUBANKS:  Object to form.

9        Q.        Let me ask this again and

10   restate it.

11                 Do you have any evidence or

12   facts that you can point me to that would

13   suggest that Ramzi Yousef was a member of

14   Al Qaeda?

15       A.        I seem to be answering the same

16   question again and again even though you

17   state it differently.

18                 I have to go back now and look

19   at it and to see what other information

20   there is.

21                 I honestly at this moment

22   cannot recall whether Yousef --  whether

23   there is any reporting that Yousef met bin

24   Ladin, I would have to -- you know, look,

25   I am an analyst, but I am not an

```
 1              JENKINS
 2   encyclopedia in terms of I have to
 3   regularly return to sources to go back to
 4   --  that's why I've got books with pages
 5   cornered and underlines, just like you're
 6   underlining things, so that I can look
 7   them up.
 8              I don't want to give you an
 9   answer without doing that.
10       Q.       Mr. Jenkins, I just want you to
11   use your best recollection today and if
12   you tell me --  hold on if you could --  I
13   just want your best recollection sitting
14   here today as a deponent and that's all I
15   can do.
16              You can only tell me what's in
17   your head and I only can ask you what's in
18   your head, and so that's the kinds of
19   questions I'm going to be asking you
20   today.
21              I'm trying to evaluate your
22   report and things that relate to your
23   report and so I'm going to ask you
24   questions like, well, what is the
25   evidence, and then if you tell me what the
```

```
 1                    JENKINS
 2   evidence is, then I will ask you other
 3   questions, like, how will you weigh the
 4   evidence and how do you determine what's
 5   credible and not credible in weighing the
 6   evidence.
 7                But my first job is to identify
 8   what is that body of evidence and so I
 9   have you today to ask those questions to,
10   so I appreciate your patience as I ask you
11   about them.
12       A.       No, I understand that and, you
13   know, one of the things you learn in terms
14   of intelligence analysis is you don't go
15   with your recollections.
16       Q.       Sadly in law that's all I have
17   today, is your recollection.
18       A.       I know.
19       Q.       So I'm going to go with it.
20       A.       Again, I am hard-nosed about
21   evidence and if I'm answering a question,
22   particularly a question under oath,
23   particularly in a very important case like
24   this, in a deposition, well I seem to
25   recall, I thought that, but I am not
```

Page 84

```
 1                    JENKINS
 2  entirely sure, I would be doing you a
 3  disservice and the attorneys that I'm
 4  working with on the case to do that.
 5              So I'm going to be hard-nosed
 6  about this, and if I have high confidence
 7  or I can come up with a footnote that I
 8  can highlight, just like you're doing
 9  here, that's what I want to do.
10              I'm not going to go with a
11  recollection where I don't have a
12  recollection.
13      Q.     And all I want to know is if
14  you have a recollection.
15              So if you say, when I ask you
16  questions, if you have evidence, just say,
17  you know, there may be evidence of that,
18  but I can't recall any of it right now,
19  okay; if that's you're answer --  or if
20  you think there might not be or you don't
21  know, say I don't know, that's okay.
22      A.     I don't know.
23      Q.     Okay.
24              Can I ask this question; are
25  you aware of any financial transactions
```

Page 85

```
 1                    JENKINS
 2   between Ramzi Yousef and Al Qaeda?
 3              MR. EUBANKS:  Objection to
 4   form, outside the scope.
 5      A.        I'm trying to recollect and
 6   there is something vague, but the answer
 7   is for now I'm going to say no, I don't
 8   know.
 9              I'm saying I don't know.
10      Q.        You can't name any financial
11   transactions sitting here today between Al
12   Qaeda and Ramzi Yousef?
13              MR. EUBANKS:  Objection to
14   form, outside the scope.
15      A.        You know, again, we're not
16   dueling here, but I'm staying with,
17   without double-checking, I don't know.
18      Q.        Okay, thank you.
19              I am going to show you in a
20   second what's going to be marked as 2027.
21              MR. COTTREAU:  This is,
22   Michael, document E.
23              Actually, Michael, I made a
24   mistake and I hope you can help me with
25   it.
```

Page 93

1                    JENKINS
2   familiarize myself with the page of where
3   we are in this.
4        Q.      Please take the time that you
5   need.
6                (Witness perusing document.)
7        A.      Okay.
8        Q.      Do you recall in 2011, as part
9   of your testimony, at Exhibit 2028,
10  numbered page 3, second-to-the-last
11  paragraph, stating that, "Before that, in
12  1995, a small group of terrorists, then
13  still outside of Al Qaeda's orbit, plotted
14  to bring down 12 airliners flying across
15  the Pacific."
16       A.      Yes, that was my testimony.
17       Q.      Does that sentence that I just
18  read refer to the Bojinka plot?
19       A.      Yes.
20       Q.      And do you still believe that,
21  as you've stated in Exhibit 2028,
22  second-to-the-last paragraph of numbered
23  page 3, "Before that, in 1995, a small
24  group of terrorists, then still outside of
25  Al Qaeda's orbit, plotted to bring down 12

```
 1                    JENKINS
 2   airliners flying across the Pacific"?
 3        A.        Yes, but I would add to that
 4   again, we've had this discussion before,
 5   you know, as I say, it was not  -- Bojinka
 6   was not an Al Qaeda operation, it was
 7   carried out by individuals who were part
 8   of this broader constellation and who had
 9   previously, in some case, had previously
10   had connections with Al Qaeda or
11   subsequently had connections with Al
12   Qaeda.
13             But the specific operation was
14   not an Al Qaeda operation.
15             So, yes, I agree with this
16   statement, but with that additional
17   statement.
18        Q.        Thank you.
19             MR. COTTREAU:  Michael, you can
20   take the exhibit down.
21        Q.        Mr. Jenkins, do you believe
22   that Islam is a religion of peace?
23             MR. EUBANKS:  Object to form,
24   outside the scope.
25        A.        You know, do I believe --
```

Page 97

1                     JENKINS

2     of aggression, of violence; I reject that,

3     I do reject that.

4              Is, is the faith utilized as

5     other faiths are, to support acts of

6     violence, murder, large scale slaughter,

7     the answer is, unfortunately,

8     historically, yes.

9       Q.       Do you believe that Al Qaeda

10    distorted Islam to commit terrorist

11    attacks?

12              MR. EUBANKS:   Objection to

13    form, outside the scope.

14      A.       It is outside what I've written

15    about, I am not a theologian.

16              However, clearly what Al Qaeda

17    did in its ideology was to elevate the

18    concept of Jihad, which can mean either a

19    spiritual struggle or making war, it

20    elevated it to in a sense the primary, the

21    paramount issue, which was to not the

22    spiritual quest, but to make war, to be

23    intolerant, to define religion very, very

24    --  Islam -- very, very narrowly so that

25    others could be identified, even fellow

Page 98

1                    JENKINS
2    Muslims, as apostates and therefore be
3    legitimate targets of violence.
4              That actually comes out of Al
5    Qaeda's ideology, Al Qaeda's ideology is
6    related to less tolerant, in fact
7    intolerant and more aggressive expressions
8    of a religious belief.
9              So, yes, when Al Qaeda uses in
10   the name of god the justification for
11   atrocities, for acts of violence, not only
12   against other religions, but even against
13   members of their own religion, I suppose I
14   would see that, I would see that, as a
15   distortion.
16             But that puts me into the realm
17   of theological debate with Zawahiri and
18   bin Ladin and a bunch of Wahhabians in
19   Saudi Arabia.
20             And I'm not nationally
21   recognized in the field of theology to get
22   in that kind of an argument.
23             So I've given you a personal
24   view that I think belief in god and indeed
25   passages of the Quran, as I have read

```
 1                   JENKINS
 2   them, were violated, were distorted, by Al
 3   Qaeda.
 4        Q.        Do you know an Islam scholar
 5   named Aisha Musa, M-U-S-A?
 6        A.        No.
 7        Q.        Do you know an expert in this
 8   case by the name of Connie Fenchel?
 9        A.        No.
10        Q.        When I say know, I mean know
11   them personally or know of them.
12        A.        Yeah, I mean, again, I've read
13   a number of things about these and, you
14   know, it's entirely possible that they
15   appeared in some chapter, some article,
16   that I have in fact read, but I just don't
17   recall the name of the author.
18        Q.        Again, I am just asking you for
19   your best recollections today.
20        A.        Yes.
21        Q.        And you're going to use your
22   best efforts to give me your best
23   recollections, right?
24        A.        I am.
25        Q.        Did you read any expert reports
```

```
 1                    JENKINS
 2   the lunch break, if we could.
 3               You testified earlier your area
 4   of expertise for purpose of this case is
 5   as a terrorist analyst.
 6               Is it fair to say that in
 7   evaluating the work of a terrorist
 8   analyst, one of the things that you're
 9   trying to make sure is that that work is
10   methodologically sound?
11       A.     Yes.
12       Q.     Does the criteria for being
13   methodologically sound in the area of a
14   terrorism analyst include whether the
15   arguments are valid, whether you have
16   factual accuracy, the appropriateness of
17   methods, whether there is objectivity,
18   thoroughness and soundness of logic, you
19   agree with that, don't you?
20               MR. EUBANKS:  Object to form.
21       A.     I would say yes, you would want
22   something that is fair based upon facts as
23   they are available.
24       Q.     One of the things that people
25   would use to judge the quality of your
```

```
 1                    JENKINS
 2  work would be whether the evidence you
 3  present supports your conclusions, right?
 4      A.       Yes.
 5      Q.       And one of the things that
 6  would be fair to judge the quality of your
 7  expert work is whether you include all of
 8  the evidence available or do you ignore
 9  evidence contrary to your conclusions,
10  correct?
11                MR. EUBANKS:  Object to form.
12      A.       You would not ignore evidence
13  at all, and what I am about to say has
14  nothing to do with deliberately ignoring
15  evidence that is contrary.
16                However, however, there is a
17  reality, I mean, you quoted, for example,
18  from my Congressional testimony that was
19  before a House Committee.
20                Do you know that in oral
21  presentation testimony before a House
22  Committee, that you are given five minutes
23  to make the presentation and that in terms
24  of what goes into a Congressional record
25  as a written testimony is in the area of
```

Page 126

1
2           A F T E R N O O N   S E S S I O N
3                    2:50 p.m.
4              THE VIDEO TECHNICIAN: We are on
5     the record, the time is 2:50 p.m.
6              Please continue.
7     B R I A N   M.   J E N K I N S, resumed.
8     EXAMINATION CONTINUED
9     BY MR. COTTREAU:
10        Q.      Mr. Jenkins, you understand
11    that you are still under oath?
12        A.      I understand.
13        Q.      Have you ever interviewed any
14    Al Qaeda members?
15        A.      No.
16        Q.      How do you determine what Al
17    Qaeda's point of view is, is that based on
18    all members, some members, how do you
19    determine that?
20        A.      In terms of trying to
21    understand Al Qaeda's word view, mind set,
22    belief system, you know, you go with
23    what's available, at least what's
24    available in the unclassified area, I
25    can't get into the classified area.

```
 1                  JENKINS
 2              But, No. 1, what do they say;
 3    now, when bin Ladin was alive, he
 4    regularly communicated at length in terms
 5    of various speeches and communications, so
 6    did Zawahiri, so did some of the others in
 7    the group, so that's No. 1.
 8              No. 2, this goes back primarily
 9    before, but in some cases immediately
10    after 9/11, bin Ladin and Zawahiri gave
11    interviews to the press and so you have
12    what they said in those.
13              There is also material that Al
14    Qaeda strategists, et cetera, have written
15    about their view, so you have what they
16    said, what they wrote, what they said in
17    interviews, and moreover, then you have
18    their actions, what were their, you know,
19    what they did as evidence of how they
20    viewed things and how they did things and
21    intentions.
22              Does that reflect the entire
23    membership of Al Qaeda, no, because you
24    have individuals, and this is especially
25    in the post 9/11 environment, who claim to
```

```
 1                    JENKINS
 2    be part of Al Qaeda and were involved in
 3    various terrorist plots and were
 4    apprehended and so you have what it says
 5    in the criminal complaints and in
 6    transcripts of trials and things of this
 7    sort, so you have some of that.
 8              And I forgot one other thing,
 9    although it's limited, and to me far more
10    limited than it need be, you have what
11    statements Al Qaeda detainees have made
12    that have been released into the public
13    domain; not a lot of that, it's a very
14    limited --  there is some of it, Khalid
15    Mohammed, some of it, but there isn't a
16    lot of that.
17              We don't have transcripts of
18    the interrogation, many of them were done
19    under so-called enhanced interrogation
20    techniques and so on.
21              The actual videos of those have
22    been destroyed, so, you know, we're going
23    with a very limited slice, but in some
24    cases it's a bit revealing.
25              And so you put all that
```

```
                                        Page 129
 1                    JENKINS
 2    together and that's essentially what
 3    you've got.
 4              Not as much as any analyst
 5    would like to have.
 6       Q.      I tried to find your
 7    methodology in your report and I don't
 8    think I found it, but did I miss it
 9    somewhere, is your methodology in your
10    report?
11       A.      No, the methodology was really
12    pretty straightforward here.
13              I mean, my own view was to talk
14    about, again, the origins of the idea, the
15    planning and the development of 9/11 and
16    so I looked at what material was available
17    that directly addressed that question or
18    certain areas that were defined as beyond
19    the scope of my inquiry and quite frankly
20    beyond the scope of my expertise, for
21    example, issues relating to financing and
22    so on.
23              And so within the parameters of
24    my objective was to look at, bring
25    together the material, to examine that
```

1                      JENKINS

2     things that came out, how can I describe

3     this, material that I looked at, that I

4     was familiar with, or in some cases not

5     familiar with, looked at and said, okay,

6     that is very --  that's interesting to me.

7                  Not every single, not every

8     single thing I looked at is in the

9     footnotes, but this would be pretty

10    straightforward academic kind of research

11    and that is what material is available.

12                  And obviously there is some

13    selection process, some selection process

14    in that.

15       Q.       Did you do anything to find

16    evidence that the 9/11 Commission was

17    wrong on particular points during the

18    course of preparing your report?

19       A.         Not, not really, that the 9/11

20    Commission got something wrong.

21                  I wasn't aware -- in terms of

22    just following this over the years and

23    being part of it, as I say, there were

24    some minor --  there were some corrections

25    to it to be sure.

This Transcript Contains Confidential Material

```
 1    charities wind up in turn supporting smaller
 2    charities, and those smaller charities over the
 3    course of a series of a conflicts, Afghanistan,
 4    Bosnia, Chechnya, for example, but it also included
 5    Kashmir and Dagestan and Sudan, began bit by bit to
 6    provide a foundation for al-Qaeda.  And that's what
 7    I believe happened.
 8            It wasn't necessarily, by any means, this
 9    global jihad.  The intent at the front end, the
10    intent at the front end was an effort to reduce the
11    threat to the Saudi government from a variety of
12    forces.  And in 2017, 2018, '19, and '20, when I was
13    back at the State Department, I saw this still
14    playing out in the Middle East and North Africa,
15    with the problems between Shia and Sunni, and with
16    the Islamic state, the al-Qaeda and the Maghreb and
17    elsewhere, still playing out in this battle between
18    what are we going to have, nation-states?  Or
19    political Islam?  Or dictators or al-Qaeda or
20    pan-Arabism.  Or even Ottomanism, which also
21    continues to play a role in the region.
22            So that's the backdrop to paragraph 51.
23    Q.    Can you point me to one single paragraph
24    in the 9/11 Commission where it's listed WAMY,
25    Muslim World League, that they had created -- that
```

This Transcript Contains Confidential Material

```
 1    had create the global infrastructure of al-Qaeda?

 2    And when I mean that, I mean list the name.

 3    Anywhere in the report.  Right?

 4         A.    Sure.  I would be --

 5         Q.    -- Muslim groups in the part of the world

 6    as a common extremist cause.  But I'd like you to

 7    show me in the report that WAMY was referred to this

 8    way, and also was remotely was referring to this

 9    this way.

10              MR. HAEFELE:  Object to the form.

11         A.    I would be grateful to the opportunity to

12    have on the screen page 170 and 171 and then we can

13    discuss precisely that issue.

14              MR. MOHAMMEDI:  Okay.  Can we go off the

15    record a minute?  Just a minute, please.

16              THE VIDEOGRAPHER:  We are off the

17       record at 1:19 p.m.

18              (Recess taken, 1:19 p.m. to

19              1:21 p.m. EDT)

20              THE VIDEOGRAPHER:  Back on the record

21       at 1:21 p.m.

22         Q.    (BY MR. MOHAMMEDI)  So if you can just

23    put our Exhibit 13 on the screen, which we sent you.

24    That will be --

25              TRIAL TECHNICIAN:  It will be 907.
```

```
                                          Page 145
 1                    JENKINS
 2      Q.        Is that different than an
 3   historical methodology?
 4      A.        I don't know what you have in
 5   your head when you say methodology.
 6                The fact that you can call
 7   upon, that you can refer to an analogous
 8   event to illustrate a point certainly is
 9   part of a methodology.
10                Historians do it all the time.
11      Q.        And I am just trying to figure
12   out what your methodology was for purposes
13   of the report, and if I understand it,
14   your methodology, and the only methodology
15   for purposes of this report, was an
16   historical methodology, including looking
17   at historical comparisons, is that right?
18      A.        That is right.
19      Q.        Thank you.
20                Do you cite within the body of
21   your report only sources that you believe
22   were reliable on the points for which you
23   cited them?
24      A.        Please repeat that, I want to
25   make sure I get it right.
```

Page 157

1                    JENKINS

2    from, here's the case.

3              One should probably footnote

4    every single one, but --

5        Q.     Let me ask this way,

6    Mr. Jenkins.

7              Is there any way in looking at

8    your report that I can tell where you got

9    the information on pages 16 to 17 of your

10   report under the section "The first

11   meeting between Khalid Sheikh Mohammed and

12   Osama bin Ladin"?

13       A.     No, a footnote is not in here.

14       Q.     And just reading the section

15   itself, can I tell where you got any of

16   the information in this section that

17   starts on page 16 and carries over to page

18   17 of your report?

19       A.     I think you can take a

20   reasonable guess that it's the 9/11

21   Report, probably supplemented by some

22   other published works, one of them I

23   referred to earlier in terms of Ali

24   Soufan's book.

25              But there would be some other

```
 1                    JENKINS
 2    not quite what I'm talking about, it's not
 3    quite relevant to me, it's a bit
 4    different.
 5              So the sources that are
 6    included in the footnotes of my report
 7    were both relevant and I believe reliable
 8    sources.
 9     Q.        With respect to the historical
10    methodology that you applied in connection
11    with your report, are there any learned
12    treatises or authorities in the field that
13    set forth the rules of how to apply an
14    historical methodology?
15     A.        I'm sure that when I went
16    through my oral exams I was tutored up,
17    yes.
18              But is there a single document
19    or document that I know of that says these
20    are the rules for an historian; no, I
21    don't know of a rule book or a code or
22    regulations.
23              I mean, the issues are, you
24    know, to try to assemble the documents,
25    the relevant material, to try as much as
```

Page 158

```
 1                   JENKINS
 2   published sources on the strategic debates
 3   and how bin Ladin saw it and I could
 4   provide those.
 5       Q.      Looking at your report itself
 6   on pages 16 to 17, there is no way for me
 7   to tell where you got any one of those
 8   points or what authority you used or where
 9   in that authority to find any of these
10   points, is that right?
11       A.      No, I would have to go back and
12   footnote every --  certainly every
13   paragraph.
14             But I can do so.
15       Q.      Is there a reason why you
16   didn't do so in the first instance?
17       A.      No, no.
18       Q.      If you take --
19       A.      You know, I should have listed
20   every single citation.
21             Having said it, I have no doubt
22   that I am on solid ground and can back it
23   up.
24       Q.      Okay.
25             On page 23 of your report,
```

Page 160

```
 1              JENKINS
 2   in 2003, those are statements of fact and
 3   I didn't footnote, you know, a citation
 4   for each one.
 5              In terms of a very specific
 6   reference, which may be more obscure to
 7   the readers, I explain who Hubal is; now,
 8   that relates back to discussions indeed
 9   that, you know, that we had, my
10   colleagues, myself, other analysts.
11              And in terms of bin Ladin's use
12   of the term Hubal, not a readily
13   recognized term in the United States, but
14   what was he referring to historically,
15   and, you know, that satisfies who Hubal
16   is.
17              Insofar as an operational
18   reason for choosing the World Trade
19   Center, that is my surprise, that because
20   they rose far above the skyline and on a
21   clear day visible from many miles away,
22   for particularly two inexperienced pilots,
23   they would be easier targets.
24              Now, what we do know, and it is
25   from the 9/11 Report, is that bin Ladin
```

This Transcript Contains Confidential Material

```
 1    closed charities at that time, showing that they put
 2    controls in place, that kind of thing.
 3        Q.   So, Mr. Winer, I'm going -- I'm trying my
 4    best to stop you, but I don't think you are
 5    answering my questions.  My question is not what the
 6    Saudi government did based on your knowledge.  What
 7    my question is that did you consider this material
 8    when you rendered your opinion?  That's the only
 9    question I have for you.
10            MR. HAEFELE:  Objection to the form
11        of the question, except for the part were you
12        said you're trying your best to stop him.
13            MR. MOHAMMEDI:  I said trying my best
14        not to stop you.
15        A.   Well, I looked at material which
16    described this incident and this moment in time.  I
17    did not read this document, but I was aware of the
18    gist of its contents.
19        Q.   (BY MR. MOHAMMEDI)  And you were not sure
20    if this was in your reliance material of the Harmony
21    database in general?
22        A.   I don't know whether it was listed or
23    not.  As I told you, I looked at it, but I didn't
24    spend a lot of time with it.  And it wasn't
25    something that I particularly relied on, because I
```

```
 1                    JENKINS
 2   in which I say "see discussion of these
 3   issues in Chapter 1, Chapter 5 and Chapter
 4   7," and I cite those, those would cover a
 5   number of them, that doesn't get into this
 6   area.
 7               Now, look, again, and I realize
 8   --  I don't mean to be chubbing back and
 9   forth and I don't see this as an
10   adversarial proceeding, or it is, but the
11   fact is that, yes, there are a lot of
12   things in my head and they refer to a
13   lifetime of previous research and in some
14   cases, as to men are willing to die and
15   common supply, but never before had a
16   terrorist organization mobilized so many
17   suicide operatives to work together in a
18   single operation.
19               I can actually demonstrate that
20   historically, but it is one of those
21   things that quite frankly is inside my
22   head.
23               In fact, one of the -- I am not
24   going to get into, this was another
25   analytical debate, we can see one or two
```

```
 1                    JENKINS
 2   suicide attackers at one time, we're not
 3   going to get groups of suicide attackers,
 4   that was --  some of the psychologists
 5   said that.
 6            Okay, normally they were using
 7   one and twos; we had never seen 19, we had
 8   never seen ten.
 9            The point is, in the paragraph
10   that begins "The 9/11 attackers were not
11   cannon fodder," this is not somebody you
12   could load them with a vest and send them
13   down the street to blow up something.
14            I say things there that I think
15   are self-evident, I don't have to cite
16   that they had to go abroad for an extended
17   period of time, they had to go abroad for
18   some extended period of time.
19            At least some of them had to be
20   able to speak or learn English, they had
21   to do these other things which we know
22   they did.
23            Now, do I have to footnote
24   that, you might say yes; in my mind I did
25   not have to.
```

Page 165

```
 1                    JENKINS
 2            Did they have to observe
 3    security measures, learn to fly large
 4    commercial jet aircraft, self-evident.
 5       Q.      Are there facts --
 6       A.      That is not a surprising
 7    conclusion, they flew four commercial
 8    jets, three of them into their targets and
 9    another one crashing, they had to learn to
10    fly large commercial jet aircraft, what
11    footnote should there be.
12       Q.      Okay.
13            On page 28 of your report there
14    is a section called "pilot selection."
15            Again, I can't find any
16    citations within that section.
17            Is there any way for me looking
18    at the report to be able to tell where you
19    got the information in the pilot selection
20    section of your report?
21       A.      There isn't a footnote here.
22            However, again, 9/11 Report and
23    other reports, we know that Khalid al
24    Mihdar and Nawaf al Hazmi were sent, we
25    know that they had previous time in
```

```
 1                    JENKINS
 2    interrogation reports and that's the best
 3    we got.
 4                Should I, could I have done,
 5    which I decided not to, in each case go
 6    back and put Op. cit, Op. cit., Op. cit.,
 7    Op. cit., Op. cit., for 9/11 Commission,
 8    no, I did not do that.
 9                But I think somebody using this
10    could, on the basis of the footnotes that
11    are there, fairly quickly figure out these
12    things.
13                Now, this, in this pilot
14    selection in the final sequence, in the
15    final sequence, is in a sense, it is
16    somewhat --  it is history, but this is
17    the part where I believe that I already
18    have established that this was a large,
19    sophisticated, careful, planning
20    organization with ample resources, which
21    was my mission.
22                Now we're talking about kind of
23    a straight narrative run of how it worked,
24    which I have obviously over-assumed the
25    readers' knowledge, that much of this was
```

```
 1                  JENKINS
 2   not particularly new.
 3               These statements about, for
 4   example, the pilot selection, are not
 5   Brian Jenkins did independent research
 6   that told him that they went into a safe
 7   house in Karachi, Pakistan.
 8        Q.      And I am just asking, I guess,
 9   as a person who has to review your work
10   using the historical methodology that
11   you've described, how I figure out what
12   the basis is for each one of your factual
13   statements in your report.
14               And your report sometimes will
15   footnote things, but most times does not.
16               How do I figure out where you
17   got that information if it's not footnoted
18   in your report?
19               MR. EUBANKS:  Objection, asked
20   and answered.
21        A.      I think I answered it, and, you
22   know, in terms of people that read it,
23   including your witnesses, they didn't seem
24   to have any trouble, any trouble finding
25   that or reading that and in fact in one
```

1               JENKINS

2       Q.        Mr. Jenkins, I think you're

3    getting far a field and not answering my

4    questions, and so I am going to have to

5    just ask you to make an effort to really

6    focus, okay, I just asked you a very

7    simple question.

8                 Did you read any of the

9    reports, whether you considered them to be

10   affirmative reports, rebuttal reports, or

11   reports offered simply by their own

12   volition for whatever reason, did you read

13   any of the reports submitted by any expert

14   retained by a defendant in the 9/11 case?

15      A.        I read Mark Sageman's report.

16      Q.        Did you read any other reports

17   submitted by any other expert who was

18   retained by a defendant in the 9/11 case

19   besides the report of Mark Sageman?

20      A.        I did not.

21      Q.        Did you receive any reports

22   submitted by any expert who was retained

23   by defendants in the 9/11 case besides the

24   report of Mark Sageman --

25      A.        I did not.

1                    JENKINS

2                    I'm sorry, I answered before

3         you completed your sentence and the answer

4         is I did not.

5                    Mark Sageman is the only report

6         that I had, that was made available to me,

7         and that I read.

8              Q.        And I just want to be able to

9         give the court a clear picture of what

10        you're saying with respect to your

11        methodology for facts in your report.

12                   I understand you to have said

13        the following; if you didn't provide a

14        citation, a good guess would be that it

15        comes from the 9/11 Commission Report, but

16        you'd have to figure that out on a

17        case-by-case basis?

18             A.        You would have to figure that

19        out on a case-by-case basis.

20                   I think it would be easily

21        done, but the answer is yes, you would

22        have to say the primary source for this is

23        the 9/11 Commission Report.

24                   Additional things are footnoted

25        where they're not 9/11, probably should

```
 1                     JENKINS
 2   have included more Op. cits. for the 9/11
 3   Report.
 4                 Some of them are not
 5   footnotable or I didn't think were
 6   footnotable or needed to be footnoted
 7   because I think they were obvious
 8   statements of fact that are known to the
 9   audience.
10       Q.      I notice that you didn't site
11   any of the documents that were produced by
12   any defendants in this case.
13                 Is there a reason for that?
14       A.      Did I cite any of the documents
15   that were provided by the defense; I want
16   to make sure that we're talking about the
17   same thing here.
18                 Are we talking about those that
19   are listed in the Exhibit B?
20       Q.      I just mean within the body of
21   your report you didn't cite any documents
22   that were produced by any defendants in
23   connection with this case.
24                 Is that right?
25       A.      You know, in terms of produced
```

```
                                      Page 178
 1                JENKINS
 2   your report, which is at Exhibit 2025.
 3                You start a section "Al Qaeda's
 4   terrorist campaign" and the first three
 5   words are "up to then."
 6                What did you mean by "up to
 7   then," at the Al Qaeda terrorist campaign
 8   section on page 21 of your report?
 9       A.       1996 roughly.
10       Q.       If you take a look at the third
11   full paragraph on page 21 of your report,
12   the third sentence there says, "Khalid
13   Sheikh Mohammed pitched his proposals,"
14   which proposals did he pitch?
15       A.       We know there were, again, my
16   understanding meaning the 9/11 Report,
17   that these were variations of air attacks,
18   bombers boarded airliners, planes crashing
19   into targets, and multi-wave attacks,
20   different configurations of basically
21   airplane targets, not airplane targets,
22   but I believe of either airliners being
23   the target of the attack or being a vector
24   to be used in attack and/or variations of
25   those.
```

```
 1                    JENKINS

 2      Q.        Later in the third full

 3   paragraph of 21 of your report you write

 4   "but bin Ladin remained cautious."

 5               How do you know he was

 6   cautious?

 7      A.        We only have that again from

 8   the report, from the 9/11 Report, that he

 9   did not endorse or necessarily agree to

10   any of Khalid Sheikh Mohammed's proposals

11   at that time.

12               Again, my understanding of this

13   period is that a lot --  bin Ladin was

14   listening to a number of proposals from

15   various kinds of operations and he was not

16   ready yet, as judged by the fact that he

17   put it off, I think there is some language

18   in the 9/11 Report, that on the one hand

19   he didn't like --  he thought one idea,

20   this idea of a plane crashing into CIA

21   headquarters, that was not big enough,

22   that he had in mind spectacular attacks,

23   and I'm looking at my report as I'm saying

24   this, but that was --  that would be a

25   very complex operation, as I say, there
```

Page 214

```
 1                    JENKINS
 2              (Recess taken.)
 3              THE VIDEO TECHNICIAN: We are on
 4   the record, the time is 5:21 p.m.
 5              Please continue.
 6   BY MR. COTTREAU:
 7      Q.      Mr. Jenkins, just some clean-up
 8   questions so I can make sure I understand
 9   your report.
10              If you could take a look at the
11   section beginning on page 7 of your
12   report, let me know when you're there.
13              Are you on page 7?
14      A.      Yes, I am, sorry, I thought you
15   heard me.
16      Q.      Pages 7 through 9 of your
17   report, you have a section titled
18   "Terrorists Make Commercial Aviation Part
19   of the Battlefield."
20              Do any of the attacks in that
21   section involve Al Qaeda?
22              MR. EUBANKS:  Take your time
23   reading through the section.
24              (Witness perusing document.)
25      A.      No.
```

```
 1                 JENKINS
 2     Q.      If you could turn to page 9 of
 3  your report and let me know when you're
 4  there.
 5              (Witness complying.)
 6     Q.      From pages 9 to 11 of your
 7  report, you have a section titled "A
 8  Coordinated Multi-Part Attack."
 9              Do any of the plans or plots in
10  that section involve Al Qaeda, besides
11  9/11?
12              (Witness perusing document.)
13     A.      I'm just going through them.
14              (Witness perusing document.)
15     A.      No.
16     Q.      If you could turn to page 11 of
17  your report, you have a section entitled
18  "The Plot to Bring Down 12 Jumbo Jets."
19              Is that the so-called Bojinka
20  plot?
21     A.      Yes.
22     Q.      You say at the first sentence
23  of the section entitled "The Plot to Bring
24  Down 12 Jumbo Jets" on page 11 of your
25  report, that "Ramzi Yousef had become an
```

1              JENKINS

2   down 12 jumbo jets" on page 11 of your

3   report, "nascent Al Qaeda group," do you

4   mean Al Qaeda or do you mean something

5   other than Al Qaeda when you use that

6   phrase?

7        A.      I should say really here, if I

8   would revise it, I would say Al Qaeda

9   network, Al Qaeda constellation,

10  constellation group surrounding Al Qaeda,

11  coalescing groups, groups coalescing under

12  Al Qaeda, rather than group; group implies

13  something that, while there wasn't Al

14  Qaeda group dating from '88, in

15  Afghanistan in the early 1990s, this was

16  still, again, these relationships are

17  tenuous and murky, but they're there,

18  they're nonetheless there.

19              So I would not use the word

20  group.

21       Q.      So as I understand it, on page

22  11 of your report, instead of "nascent Al

23  Qaeda group," you would prefer if it said

24  "groups coalescing around Al Qaeda"?

25       A.      I would be comfortable with

1                    JENKINS

2    that, yes.

3        Q.        I'll just make a list of it and

4    we can go through each one, but can you

5    give me each and every piece of evidence

6    that you think supports the conclusion

7    that Ramzi Yousef had become an

8    international recruiter for groups

9    coalescing around Al Qaeda?

10       A.        I would go with, again, I would

11   check back, I think part of it comes out

12   of the background of Ramzi Yousef in the

13   9/11 Report and I'd want to double-check

14   and see exactly what the quote there was.

15                 There was some other documents

16   and, again, I would want to double-check

17   on this, that were the result of the

18   investigation of the 1993 World Trade

19   Center bombing and Ramzi Yousef coming and

20   meeting with the so-called blind sheik and

21   putting together a group for that

22   operation.

23       Q.        Other than the 9/11 Commission

24   Report section on the background of Ramzi

25   Yousef and documents concerning the 1993

Page 220

1                    JENKINS
2    World Trade Center bombing, are there any
3    other documents that you would use to
4    support the conclusion that Ramzi Yousef
5    had become an international recruiter for
6    groups coalescing around Al Qaeda?
7         A.       No.
8                  But that phrase international
9    recruiter comes from somewhere, it is not
10   a phrase that I invented in my head.
11                 So there is a source for that,
12   there is a concrete source for that.
13        Q.       Is there a way of telling by
14   looking at your report what that concrete
15   source is?
16        A.       Again, I'd have to --  I would
17   have to double-check some things, which I
18   certainly can do, but we would have to --
19   if you want to pause for six or seven
20   minutes, we can do that, or if you want to
21   just put a question mark on it and we move
22   on, I leave it to you.
23        Q.       I am happy to pause and go off
24   the record.
25        A.       All right.

Page 221

1                    JENKINS

2                  THE VIDEO TECHNICIAN: Time is

3     5:32 p.m., we're off the record.

4                  (Recess taken.)

5                  THE VIDEO TECHNICIAN: We are on

6     the record, the time is 5:47 p.m.

7                  Please continue.

8     BY MR. COTTREAU:

9         Q.       Mr. Jenkins, we just took a

10    15-minute break for you to try to find the

11    support for the sentence on page 11 of

12    your report under the first paragraph of

13    the section titled "The Plot to Bring Down

14    12 Jumbo Jets," to find support for the

15    notion that Ramzi Yousef "had become an

16    international recruiter for" and then as

17    we have amended, "groups coalescing around

18    Al Qaeda."

19                 Were you able to find the

20    support for that sentence?

21        A.       There is one reference in

22    Encyclopedia Britannica, but honestly,

23    that's not the one I was using.

24        Q.       An Encyclopedia Britannica is

25    not a source you relied on in connection

Page 222

```
1                    JENKINS
2   with your expert work in this case, is it?
3        A.       No, no.
4        Q.       So you also during the break
5   consulted sources that you didn't even
6   rely on in connection with your expert
7   report to try to find support for this, is
8   that right?
9        A.       That's an inappropriate way of
10  expressing it.
11                 I was trying a streamlined way
12  to get back to the origins of the quote
13  and I'm saying I found one reference, you
14  know, when you do a quick Google search
15  there are hundreds of references.
16                 But, no, I did not use the
17  Encyclopedia Britannica, but the
18  Encyclopedia Britannica got that statement
19  from somewhere and I got it from somewhere
20  and there is a source pre-Britannica
21  publication for that and that's the one I
22  cannot locate right now.
23                 The fact is, to go back to the
24  issue, certainly Ramzi Yousef was trained
25  in his bomb-making in Afghanistan,
```

```
                                      Page 224
 1                  JENKINS
 2   that Ramzi Yousef had become an
 3   international recruiter as used on page 11
 4   of your report?
 5       A.       I cannot give it to you today,
 6   but I'm comfortable with the statement
 7   that I could give it to you, but there is
 8   no point in delaying it today.
 9       Q.       But you can't even tell me
10   right now what the evidence is for your
11   comfort that Ramzi Yousef had become an
12   international recruiter as stated on page
13   11 of your report?
14              MR. EUBANKS:  Object to form,
15   asked and answered.
16       A.       You know, I didn't make it up.
17       Q.       Mr. Jenkins, there are
18   historians who make mistakes, right?
19       A.       Absolutely.
20       Q.       And there are historians who,
21   in retrospect, they made a judgment about
22   what evidence to credit and what evidence
23   not to credit but later in life they
24   decide they're going to change their mind,
25   right?
```

```
                                        Page 226
 1                    JENKINS
 2   and I will reask my question.
 3       A.        Got it, got it, got it.
 4       Q.        The last sentence of the second
 5   full paragraph on page 11 of your report
 6   reads, "The operation was reportedly
 7   financed in part by bin Ladin and other
 8   Islamist extremists."
 9                 What does "the operation" mean?
10       A.        It would refer to Bojinka.
11       Q.        Can you make a list for me of
12   each and every piece of evidence that
13   supports the conclusion that the Bojinka
14   plot was reportedly financed in part by
15   bin Ladin.
16       A.        Again, that would take time to
17   do, but I could.
18                 I don't want to have us spend
19   time and if you want me to submit
20   something or my lawyers agree for me to
21   submit something following to do that, but
22   I don't have all of my material here.
23                 I have deliberately not had
24   anything on my desk here to refer to and
25   so it will take some time to do it.
```

```
 1              JENKINS
 2  are you referring to notes that have not
 3  been admitted into evidence and I said,
 4  no, these are just some personal comments
 5  to myself, and he asked that that be shown
 6  to the court and the judge, a former
 7  Supreme Court Justice of the United
 8  States, who then asked me to hand it to
 9  him, I did, and he read it a loud and I
10  was mortified --
11      Q.      I think we're getting a little
12  far afield, if we could focus back on your
13  historical --
14      A.      No.
15              I have learned in a deposition,
16  on a court stand, not to have anything in
17  front of me --
18      Q.      Well, Mr. Jenkins, I think
19  that's poor advice, but I am going to move
20  on, okay?
21      A.      Okay.
22      Q.      If we can go back on the
23  sentence, "The operation was reportedly
24  financed in part by bin Ladin and other
25  Islamic extremists," page 11 of your
```

1                JENKINS

2    report, I'm curious why you used the

3    phrase "reportedly."

4                Does that mean that you're not

5    endorsing the view that the Bojinka plot

6    was financed in part by bin Ladin and

7    you're just reporting what other people

8    have said or does it mean something else?

9        A.        No, the "reportedly" means, it

10   means that there is a report indicating

11   that, but I don't have other independent

12   confirmations of that report, so I am

13   citing it as a reportedly, but not making

14   a personal judgment on it.

15       Q.        Do you have an opinion one way

16   or another as to whether bin Ladin or Al

17   Qaeda financed the Bojinka operation?

18       A.        I do not, I was not asked to

19   investigate that and I haven't.

20       Q.        If we could move on then and if

21   you could take a look at page 12 of your

22   expert report, let me know when you're

23   there.

24       A.        Hang on.

25                (Pause.)

```
 1                    JENKINS
 2    link, but I think the fellow who was
 3    involved in the reconnaissance of the
 4    Citibank in midtown Manhattan was
 5    connected, but I'm not going to say that
 6    with any degree of confidence.
 7              But U.S. Bank Tower in Los
 8    Angeles definitely, and Brooklyn Bridge
 9    definitely, that was an operation that
10    involved --  I think that involved Iman
11    Farris, if I'm not mistaken, so the answer
12    is, yes, some of them.
13       Q.      Have you listed all the ones
14    that you believe involved Al Qaeda?
15       A.      No.
16              Also the plot, there was a plot
17    to attack the CIA, that was part of
18    Bojinka, but that never got beyond a plot.
19              There was also an attack at the
20    headquarters, outside the headquarters of
21    CIA, that got to the point of an attack.
22       Q.      Any others?
23       A.      The Pentagon clearly was
24    attacked on 9/11 and World Trade Center.
25              So we have World Trade Center,
```

```
                                        Page 232
 1                JENKINS
 2   Pentagon, plot for the CIA, plot for the
 3   Brooklyn Bridge, plot for U.S. Bank Tower
 4   in Los Angeles.
 5       Q.      I just want to clarify one
 6   thing with you because I understood you to
 7   say something different.
 8               With respect to the Bojinka
 9   idea, that it was an idea that was never
10   accepted by Osama bin Ladin in 1996 and
11   that was the consideration of Bojinka as
12   far as Al Qaeda was concerned, do I have
13   that wrong or do I have that right?
14       A.      No, the initial plot to crash a
15   plane into CIA headquarters was part of
16   Bojinka.
17       Q.      The only question I have for
18   you, Mr. Jenkins, is, is there any
19   evidence, maybe I'll make another list of
20   the evidence, but is there any evidence
21   that Al Qaeda was involved in the Bojinka
22   plot?
23       A.      As I said, the reported
24   financing, and with the operative word
25   being reported, and the answer beyond
```

Page 233

1                    JENKINS
2   that, not that I know of or that I have
3   included in this report.
4        Q.        Could I have you take a look at
5   page 14 of your report, the first full
6   paragraph there begins "immediately upon
7   arrival."
8                 (Witness perusing document.)
9        A.        Yes.
10        Q.        On page 14 of your expert
11   report, first full paragraph, at the end
12   of that paragraph you use the phrase "a
13   group of local volunteers who would
14   participate in the plot to bomb the World
15   Trade Center," in 1993; my question is, do
16   you have any evidence that suggests that
17   that group of local volunteers were
18   members of Al Qaeda or affiliated with Al
19   Qaeda?
20        A.        No.
21        Q.        If I could have you turn to
22   page 15 of your report.
23        A.        Okay.
24        Q.        Very last sentence on page 15
25   of your report relates to the failed World

```
 1                   JENKINS
 2    Trade Center bombing plot in 1993 and I
 3    think you write there, "What he needed was
 4    the support of a larger organization."
 5                   Is that to suggest that in 1993
 6    Ramzi Yousef lacked the support of Al
 7    Qaeda in connection with the 1993 World
 8    Trade Center bombing?
 9        A.      No, I don't --  that's an
10    inference, but that's not what I'm
11    implying here.
12        Q.      Is it a fair inference?
13        A.      Is it a fair inference, it's a
14    fair inference.
15        Q.      If I could have you turn to
16    page 16 of your expert report, at the end
17    of the first full paragraph you make a
18    reference in a sentence that says, "In
19    1996 he traveled to Afghanistan to meet
20    with Osama bin Ladin."
21                   Is the he in that sentence
22    Khalid Sheikh Mohammed?
23        A.      Yes.
24        Q.      Do you know what month in 1996
25    Khalid Sheikh Mohammed traveled to
```

Page 268

```
 1                  JENKINS
 2              Mr. Jenkins, you testified
 3    earlier that in your view, Al Qaeda's
 4    ideology could be described as Wahhabi.
 5              What's your basis for believing
 6    Al Qaeda was Wahhabi?
 7      A.         In terms of expressing an
 8    extremely intolerant view of Islam, in
 9    terms of expressing a view of, in a sense,
10    a perception of not only a very strict
11    view of who gets to come as a genuine
12    Muslim, but also in terms of seeing, in a
13    sense as an aggressive form of
14    proselytization, of pushing very, very
15    hard.
16              I don't want to go too far in
17    this, because, again, this is beyond my
18    report and it's going to take me down a
19    path of theological discussions and I'm
20    going to run through the end of my rope
21    there very quickly.
22      Q.         I will not be quizzing you on
23    Quranic passages, so don't worry about
24    that.
25      A.         Thank you.
```

```
 1                    JENKINS
 2      Q.       Moving along, page 19 of your
 3  report, you state that OBL, Osama bin
 4  Ladin, I'm sorry, reversed the sequence;
 5  "The United States, 'the far enemy,' was
 6  not the final objective after 'the near
 7  enemies' had been routed.  It was the
 8  first objective."
 9              I didn't see any footnotes for
10  that proposition; how did you come to that
11  conclusion?
12      A.       I would come to that conclusion
13  on the basis of --  here I would have to
14  go back myself, but I am not going to do
15  it now, in part his own statements about
16  this, about who he saw as the primary
17  enemy.
18              The notion of the far enemy is
19  not an invention of Brian Jenkins, it's a
20  phrase that comes out of bin Ladin and the
21  Jihadists.
22      Q.       So you look to I guess what bin
23  Ladin and the Jihadists are saying.
24              I'm wondering, are you aware,
25  sir, of the statements that came out of
```

```
                                      Page 271
 1                    JENKINS
 2   an interesting read and I don't think this
 3   is outside the scope, John, or
 4   Mr. Jenkins, in the sense that I asked you
 5   what's your support for this I guess
 6   reversing of the sequence and you said you
 7   look to some of what bin Ladin and Al
 8   Qaeda members were stating.
 9              So I'm asking you, in this
10   period, where 21 communicaes were issued
11   blasting the royal family and the king of
12   Saudi Arabia, whether that factored into
13   your conclusion in any way?
14       A.      Probably in a general sense,
15   but what I'm actually wanting --  what I
16   cannot give you right now is tell you this
17   specific document or this specific
18   document.
19       Q.      So you're not aware of maybe
20   the labeling, but you are aware of general
21   kind of screeds that he gave during this
22   time period against the kingdom, is that
23   fair?
24       A.      I am aware of his feelings
25   about the kingdom and comments he made
```

```
 1                    JENKINS
 2   and other matters I don't, but certainly
 3   from a standpoint of respect.
 4        Q.       Thank you.
 5                 Are you an expert in religion?
 6        A.       No.
 7        Q.       Are you an expert in Islam?
 8        A.       No.
 9        Q.       Do you have expertise on the
10   history of Islam?
11        A.       No.
12        Q.       Do you have expertise on
13   history of Salafis?
14        A.       Not more than what is generally
15   available in terms of reading material
16   that I have read.
17                 And this is a problem with the
18   word expert, but I probably have a better
19   understanding of it than the average
20   person, but would never use the word
21   expert for myself.
22        Q.       Thank you.
23                 Are you an expert on history of
24   Wahhabist?
25        A.       Again, not an expert.
```

Page 293

1

2        C E R T I F I C A T I O N

3

4

5

6      I, Jineen Pavesi, a Registered

7    Professional Reporter, Registered Merit

8    Reporter, Certified Realtime Reporter and

9    a Notary Public, do hereby certify that

10    the foregoing witness, BRIAN M. JENKINS,

11    was duly sworn on the date indicated, and

12    that the foregoing is a true and accurate

13    transcription of my stenographic notes.

14      I further certify that I am not employed

15    by nor related to any party to this

16    action.

17

18

19

20

21

22

23

24        JINEEN PAVESI, RPR, RMR, CRR

25