EXHIBIT H

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 03-MDL-1570 (GBD) (SN)
 5   ---------------------------------------x.
 6   IN RE: TERRORIST ATTACKS ON
 7   SEPTEMBER 11, 2001
 8   ---------------------------------------x
 9                  July 7, 2021
10                  9:06 a.m.
11
              Videotaped Deposition via Zoom
12   of JIMMY GURULE, pursuant to Notice,
13   before Jineen Pavesi, a Registered
14   Professional Reporter, Registered Merit
15   Reporter, Certified Realtime Reporter and
16   Notary Public of the State of New York.
17
18
19
20
21
22
23
24
25
```

Page 83

1              GURULE
2   did not consider any underlying evidence
3   pertaining to any specific SDGT
4   designation made pursuant to Executive
5   Order 13224, is that correct?
6        A.     Yes.
7        Q.     In forming your opinions that
8   are offered in your expert opinion dated
9   February 1st, 2021, and marked as Exhibit
10  2032, you did not consider any underlying
11  evidence pertaining to any specific
12  designation made pursuant to U.N.
13  Resolution 1267, is that correct?
14       A.     Yes.
15       Q.     You have your report in front
16  of you.
17              MS. BEMBRY: We can take down
18  Exhibit 2033.
19       Q.     You note on page 6 of your
20  report that designation as an SDGT is an
21  administrative rather than a criminal
22  action, is that right?
23       A.     Yes.
24       Q.     And that means that it's not an
25  adjudication process of the guilt or

Page 84

1                    GURULE
2    innocence of any individual or entity, is
3    that right?
4         A.       Yes.
5         Q.       It's not a criminal or a civil
6    action?
7         A.       That's correct.
8         Q.       There is no requirement that
9    the government establish the existence of
10   evidence that an actual act of terrorism
11   was committed by any individual or entity
12   that is being considered for designation
13   pursuant to Executive Order 13224?
14        A.       Yes.
15        Q.       And there is no requirement
16   that the government have to demonstrate
17   that an individual that's being considered
18   for designation under Executive Order
19   13224 actually intended to support
20   terrorism in any way, is that correct?
21        A.       That's correct.
22                 I mean, the designation again
23   falls within the scope of Executive Order
24   13224.
25        Q.       And that's a fairly broad

```
                                              Page 85
 1                   GURULE
 2    order, is that right?
 3         A.        That's right, yes.
 4         Q.        And the idea of it, the
 5    ultimate goal, is one that is
 6    preventative, that is, to prevent the use
 7    of funds to fuel or further terrorist
 8    attacks, is that right?
 9         A.        Yes.
10         Q.        And it is to save lives?
11         A.        Yes.
12         Q.        And an individual can be
13    designated if there is reason to believe
14    that that entity poses a significant risk
15    for committing acts of terrorism, is that
16    right?
17         A.        That's one basis for
18    designation.
19         Q.        And there is no requirement of
20    evidence that the individual actually
21    committed an act of terrorism, right, it's
22    the posing a significant risk, do I have
23    that correct?
24         A.        Well, you can be designated if
25    you actually, if the individual has
```

Page 86

1  GURULE
2  actually committed an act of terrorism,
3  but the individual could also be
4  designated if he or she poses a threat of
5  committing acts of terrorism that threaten
6  national security.
7      Q.     You note in your report, and I
8  refer you to page 4 if you want to look at
9  it, at page 4 you note that, second full
10 paragraph, towards the end of that second
11 full paragraph, "Publicly designating
12 individuals and organizations for asset
13 freeze 'notifies the U.S. public and the
14 world that these parties are either
15 actively engaged in or supporting
16 terrorism or that they are being used by
17 terrorists and their organizations'."
18         Did I read that correctly?
19     A.     Yes.
20     Q.     What did you mean by being used
21 by terrorists and their organizations,
22 what did you mean by that?
23         MR. EUBANKS:  Objection to
24 form, mischaracterization.
25     A.     First of all, it is a quote, it

C E R T I F I C A T I O N

I, Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and a Notary Public, do hereby certify that the foregoing witness, JIMMY GURULE, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

*Jineen Pavesi, RPR, RMR*

JINEEN PAVESI, RPR, RMR, CRR