EXHIBIT N



EXHIBIT 946
J. Winer
7/14/2021
Debra A. Dibble, RDR, CRR, CRC

[Translator's note: italicized text is in handwriting in original]

*Item (2)*

The Kingdom of Saudi Arabia
International Islamic Relief Organization
Number: *100/1441/M/K*
Date: *30/12/1415 H* [corresponding to May 30, 1995]
Subject:

Your Excellency Mr. Fawzi Rushdi al-Athama, may God protect him,
Head of the Financial Department-Muslim World League

Peace and blessings of God be upon you,

In reference to your Excellency's letter number 19295, dated 2/12/1415 H [corresponding to May 2, 1995], to which was attached check number 104218, dated 12/11/1415 H [corresponding to April 12, 1995], for the amount of four hundred and fifty riyals as a donation from the generous Sister Badr Taj from America, by means of His Eminence Shaikh Mohammed al-Sabeel:

We inform you that the check was deposited in the Organization's account and that it will be disbursed for the purchase of medications or foodstuffs for the benefit of the Chechen refugees as the Organization has no jihad-supporting activities and only provides relief for the refugee women and children.

Therefore, we hope you will inform the donating sister of this, since if she does not want this, we can return the full amount to her. We thank and appreciate your concern. May God protect you and take care of you.

Secretary General
International Islamic Relief Organization
In the Kingdom of Saudi Arabia
[Signature]
Dr. Farid Yasin Qurashi


International Islamic Relief Organization
Head Office (1)

Address: P.O Box 14843 Jeddah 21434 – Tel: 6512333 -6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO-001276

Document W - 001

Muslim World League
Secretariat General
Makkah al-Mukarramah
Financial Department

Number: 20/16165          Date: 2-Dhul Hijjah 1415 H          Attachments: *Check*
Subject: Aid for the Muslim Chechen Mujahideen

Your Excellency the Respectable Secretariat General of the International Islamic Relief Organization
Jeddah

Peace and blessings of God be upon you,

We are attaching within, check number 104218 on 12/11/1415 [corresponding to April 12, 1995], for the amount of four hundred and fifty riyals, as a donation from Sister Badr Taj from America, for the benefit of the Muslim Chechen Mujahideen, by means of His Eminence Shaikh Mohammed bin Abdullah al-Sabeel. Kindly inform us of its receipt, in addition to providing us with information about the program implemented by the [International Islamic] Relief [Organization] for the aid of the Chechen Mujahideen, and how to deliver monetary and in-kind aid to them. We also hope you will inform His Eminence Shaikh al-Sabeel, the General President for the affairs of the Grand Mosque and the Prophet's Mosque of your receipt of the donation and how it is disbursed. We thank you for your kind cooperation. Please accept our utmost appreciation.

[*Signature*]
May Got protect you.

Head of the Financial department

[*Signature*] *1/12/1415* H

Fawzi Rushdi al-Athama

H/A
22-29/11

[Stamp]
International Islamic Relief Organization          General incoming [mail]     *B*
Incoming[mail] number: *13578*                    Date: *17/12/1415* H
Attachments: *1*
Concerned department: *The Secretary General*


*The mentioned check is recorded in the Check Program and was transferred to Donation Affairs.*
*[Signature]*
IIRO-001277

Document W - 002

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العربيّة السعوديّة
هيئة الاغاثة الإسلاميّة العالميّة

الرقم : ٨٨٨/١٤٤١/ك ال ك
التاريخ : ٣٠ / ١٢ / ١٤١٥ هـ

الموضوع : _____

سعادة الأستاذ / فوزي رشدى العظمة      حفظه الله
مدير الادارة المالية – رابطة العالم الاسلامى

السلام عليكم ورحمة الله وبركاته
بالاشارة الى خطاب سعادتكم رقم ١٩٢٩٥ وتاريخ ١٤١٥/١٢/٢هـ مرفق به شيك رقم ١٠٤٢١٨ تاريخ ١٤١٥/١١/١٢هـ بمبلغ اربعمائة وخمسين ريال لقاء تبرع الأخت الكريمة بدر تاج من امريكا بواسطة فضيلة الشيخ محمد السبيل نفيدكم انه تم ايداع الشيك فى حساب الهيئة وسوف يصرف فى شراء أدوية أو مواد غذائية لصالح اللاجئين الشيشان حيث ان الهيئة ليس لها أى نشاط لدعم الجهاد وانما اغاثة اللاجئين من النساء والاطفال .
لذا نأمل اشعار الأخت المتبرعة بذلك حيث انه فى حالة عدم رغبتها بهذا فيمكن اعادة المبلغ كاملاً لها شاكرين ومقدرين لكم أهتمامكم . والله يحفظكم ويرعاكم ،،

الأمين العام
هيئة الاغاثة الاسلامية العالمية
بالمملكة العربية السعودية



د . فريد ياسين قرشى

العنوان : ص.ب ١٤٨٤٣ جــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

Document W - 003

IIRO-001276

**Muslim World League**
Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

الإدارة المالية

| الرقم : ٢٠/ ٦١١٥ | التاريخ / ٢ ذوالحجة ١٤١٥/ هـ١٤ | المرفقات شـ ـلح |

الموضوع : مساعدة للمجاهدين المسلمين الشيشان

سعادة المشرف العام لهيئة الاغاثة الإسلامية العالمية        المحترم
جدة

السلام عليكم ورحمة الله وبركاته :-

نرفق لكم بطيه الشيك رقم ١٠٤٢١٨ في ١٤١٥/١١/١٢ بمبلغ اربعمائة وخمسين ريال لقاء تبرع الأخت بدر تاج من امريكا لصالح المجاهدين الشيشان المسلمين بواسطة فضيلة الشيخ محمد بن عبد الله السبيل نأمل موافاتنا بالاستلام مع موافاتنا معلومات عن البرنامج التي تقوم به الاغاثة لمساعدة المجاهدين الشيشان وكيفية ايصال المساعدات المالية والعينية لهم كما نأمل اشعار فضيلة الشيخ السبيل الرئيس العام لشئون المسجد الحرام والمسجد النبوي باستلامكم التبرع وكيفية صرفه شاكرين لكم حسن تعاونكم وتفضلوا بقبول فائق التقـدير .
والله يحفظكم ،،،

مدير الإدارة المالية

فوزي رشدي العظمة

ح/أ
١١/٢٩-٢٢

Document W - 004

IIRO-001277

## CERTIFICATE OF TRANSLATION

I, Aisha El-Awady, am fluent in the Arabic and English languages.  I have been translating documents for over 15 years and am competent to translate from Arabic to English.  My qualifications include a BS in Medicine and Surgery from Cairo University (1995), an MS in Parasitology from Cairo University (2004), and an MD/PhD in Parasitology from Cairo University (2007).  I was an ATA certified translator from 2015-2018.

I hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document titled:

IIRO-001276 & IIRO-001277

*Aisha El-Awady*

Aisha El-Awady
July 7, 2021

Document W - 005