EXHIBIT O

## JONATHAN MARKS:
## APPENDIX B: DOCUMENTS
## CONSIDERED

WAMYSA657201
WAMYSA658143
WAMYSA1224335-WAMYSA1224372
WAMYSA14701-14775
WAMYSA429154-WAMYSA429167
WAMYSA031761
WAMYSA031763
WAMYSA031764
WAMYSA031765
WAMYSA031796
WAMYSA037260 - WAMYSA037270
WAMYSA028014
WAMYSA028330
WAMYSA057621
WAMYSA062472
WAMYSA067089 - WAMYSA067132
WAMYSA066145-WAMYSA066188
WAMYSA029720
WAMYSA029902
WAMYSA029912
WAMYSA9685
WAMYSA9690
WAMYSA9691
WAMYSA9687
WAMYSA9688
WAMYSA9692
WAMYSA9686
WAMYSA9689
WAMYSA9693
WAMYSA9695
WAMYSA9694
WAMYSA9701
WAMYSA9697
WAMYSA9699
WAMYSA9698
WAMYSA9700
WAMYSA9702
WAMYSA9696
WAMYSA9703
WAMYSA9705
WAMYSA9704
WAMYSA9706
WAMYSA9710
WAMYSA9711
WAMYSA9712
WAMYSA9713
WAMYSA9708
WAMYSA9709
WAMYSA9707
WAMYSA9714

WAMYSA9715
WAMYSA9717
WAMYSA9716
WAMYSA9718
WAMYSA9721
WAMYSA9722
WAMYSA9719
WAMYSA9724
WAMYSA9725
WAMYSA9720
WAMYSA9723
WAMYSA9726
WAMYSA9727
WAMYSA9728
WAMYSA9729
WAMYSA9730
WAMYSA9733
WAMYSA9736
WAMYSA9732
WAMYSA9735
WAMYSA9734
WAMYSA9731
WAMYSA9737
WAMYSA9738
WAMYSA9742
WAMYSA9739
WAMYSA9744
WAMYSA9743
WAMYSA9741
WAMYSA9740
WAMYSA9745
WAMYSA9746
WAMYSA9747
WAMYSA9748
WAMYSA9752
WAMYSA9750
WAMYSA9754
WAMYSA9753
WAMYSA9749
WAMYSA9756
WAMYSA9751
WAMYSA9755
WAMYSA9758
WAMYSA9757
WAMYSA9759
WAMYSA9764
WAMYSA9760
WAMYSA9767
WAMYSA9761
WAMYSA9766
WAMYSA9762
WAMYSA9763
WAMYSA9765
WAMYSA9768
WAMYSA9770

WAMYSA9769
WAMYSA9773
WAMYSA9771
WAMYSA9774
WAMYSA9776
WAMYSA9775
WAMYSA9772
WAMYSA9777
WAMYSA9778
WAMYSA9779
WAMYSA9780
WAMYSA9782
WAMYSA9781
WAMYSA018575
WAMYSA057392
WAMYSA057391
WAMYSA057396
WAMYSA057394
WAMYSA057397
WAMYSA057395
WAMYSA057390
WAMYSA057393
WAMYSA057398
WAMYSA057401
WAMYSA057403
WAMYSA057405
WAMYSA057406
WAMYSA057399
WAMYSA057400
WAMYSA057404
WAMYSA057402
WAMYSA057407
WAMYSA057411
WAMYSA057415
WAMYSA057410
WAMYSA057408
WAMYSA057414
WAMYSA057409
WAMYSA057413
WAMYSA057412
WAMYSA057416
WAMYSA057422
WAMYSA057417
WAMYSA057418
WAMYSA057421
WAMYSA057419
WAMYSA057424
WAMYSA057420
WAMYSA057425
WAMYSA057426
WAMYSA057431
WAMYSA057428
WAMYSA057430
WAMYSA057427
WAMYSA057432

WAMYSA057429
WAMYSA057433
WAMYSA057441
WAMYSA057440
WAMYSA057438
WAMYSA057435
WAMYSA057434
WAMYSA057439
WAMYSA057437
WAMYSA057447
WAMYSA057444
WAMYSA057442
WAMYSA057448
WAMYSA057443
WAMYSA057449
WAMYSA057446
WAMYSA057445
WAMYSA057450
WAMYSA057451
WAMYSA057455
WAMYSA057454
WAMYSA057458
WAMYSA057459
WAMYSA057456
WAMYSA057453
WAMYSA057457
WAMYSA057452
WAMYSA057461
WAMYSA057460
WAMYSA057465
WAMYSA057467
WAMYSA057462
WAMYSA057466
WAMYSA057469
WAMYSA057464
WAMYSA057463
WAMYSA057468
WAMYSA057470
WAMYSA057473
WAMYSA057471
WAMYSA057472
WAMYSA558101 - WAMYSA558309
WAMYSA527908-WAMYSA527937
WAMYSA1070275
WAMYSA1070334
WAMYSA1070600
Financial Adjustments
WAMYSA1070973
WAMYSA1071626
WAMYSA810308
WAMYSA1080413
WAMYSA1080550
WAMYSA1080556
WAMYSA1080574
WAMYSA1080588

WAMYSA1109849
WAMYSA016204
WAMYSA614606
WAMYSA602877-WAMYSA603345
WAMYSA603954-WAMYSA604408
WAMYSA1089604
WAMYSA1127243
WAMYSA1127248
WAMYSA1127293
WAMYSA1127333
WAMYSA1133565
WAMY SA 1219-1901
WAMYSA170786-WAMYSA171235
WAMYSA239209-WAMYSA239283
WAMYSA037237 - WAMYSA037247
WAMYSA205048 - WAMYSA205102
WAMYSA205103-WAMYSA205284
WAMYSA205863-WAMYSA206284
WAMYSA27832-WAMYSA27854
WAMYSA027619
WAMYSA027620
WAMYSA027621
WAMYSA057629
WAMYSA057645
WAMYSA057605
WAMYSA057637
WAMYSA057613
WAMYSA057653
WAMYSA057606
WAMYSA057646
WAMYSA057599
WAMYSA057638
WAMYSA057630
WAMYSA057622
WAMYSA057654
WAMYSA057614
WAMYSA057607
WAMYSA057647
WAMYSA057639
WAMYSA057631
WAMYSA057623
WAMYSA057655
WAMYSA057615
WAMYSA057608
WAMYSA057648
WAMYSA057640
WAMYSA057601
WAMYSA057632
WAMYSA057624
WAMYSA057616
WAMYSA057656
WAMYSA057649
WAMYSA057609
WAMYSA057641
WAMYSA057633

WAMYSA057657
WAMYSA057650
WAMYSA057610
WAMYSA057642
WAMYSA057603
WAMYSA057626
WAMYSA057618
WAMYSA057634
WAMYSA057611
WAMYSA057651
WAMYSA057658
WAMYSA057643
WAMYSA057627
WAMYSA057604
WAMYSA057652
WAMYSA057612
WAMYSA057619
WAMYSA057635
WAMYSA057660
WAMYSA057628
WAMYSA057644
WAMYSA057620
WAMYSA057636
WAMYSA057661
WAMYSA057662
WAMYSA057663
WAMYSA061542 - WAMYSA061552
WAMYSA061478 - WAMYSA061488
WAMYSA061457 - WAMYSA061466
WAMYSA061467 - WAMYSA061477
WAMYSA061851-WAMYSA061861
WAMYSA061872-WAMYSA061882
WAMYSA061840-WAMYSA061850
WAMYSA061831-WAMYSA061839
WAMYSA061862-WAMYSA061871
WAMYSA061906-WAMYSA061906
WAMYSA061883-WAMYSA061893
WAMYSA061894-WAMYSA061905
WAMYSA061958-WAMYSA061968
WAMYSA061921-WAMYSA061946
WAMYSA061947-WAMYSA061957
WAMYSA061969-WAMYSA061995
WAMYSA062469
WAMYSA062485
WAMYSA062481
WAMYSA062473
WAMYSA062461-WAMYSA062462
WAMYSA062455-WAMYSA062456
WAMYSA062477
WAMYSA062489
WAMYSA062486
WAMYSA062474
WAMYSA062478
WAMYSA062470
WAMYSA062482

WAMYSA062457-WAMYSA062458
WAMYSA062479
WAMYSA062490
WAMYSA062465-WAMYSA062466
WAMYSA062471
WAMYSA062487
WAMYSA062459-WAMYSA062460
WAMYSA062491
WAMYSA062480
WAMYSA062483
WAMYSA062467-WAMYSA062468
WAMYSA062488
WAMYSA062484
WAMYSA062492
WAMYSA062493
WAMYSA062497
WAMYSA062498
WAMYSA062495
WAMYSA062496
WAMYSA066688-WAMYSA066699
WAMYSA066558-WAMYSA066687
WAMYSA9988-9989
WAMYSA352540-WAMYSA352934
WAMYSA1099087
WAMYSA819355
WAMYSA1088841
WAMYSA1088875
WAMYSA1089218
WAMYSA1101854
WAMYSA1101956
WAMYSA1168928
WAMYSA116846
WAMYSA1169847
WAMYSA1169848
WAMYSA1169866
WAMYSA1169881
WAMYSA057598
WAMYSA057600
WAMYSA057602
WAMYSA057625
WAMYSA057617
WAMYSA057659
WAMYSA062475
WAMYSA062476
WAMYSA062494
PEC-WAMY031431
PEC-WAMY030838
WAMYSA057562
WAMYSA057563
WAMYSA057564
WAMYSA057565
WAMYSA057566
WAMYSA057567
WAMYSA057561
WAMYSA066803 - WAMYSA066917

WAMYSA524858
WAMYSA647249
WAMYSA647688
WAMYSA648917
WAMYSA653256
WAMYSA653757
WAMYSA658583
Audited Accounts
WAMYSA663768; WAMYSA664727
WAMYSA663923; WAMYSA665751
FED-PEC0049258
FED-PEC0143202
FED-PEC0161612
FED-PEC0274228
BUR-PEC-017591
BUR-PEC-077872
BUR-PEC-077655
BUR-PEC-077860
BUR-PEC-077866
WAMYSA414339-WAMYSA414388
WAMYSA429045-WAMYSA429148
WAMYSA429168-WAMYSA429404
WAMYSA458761-WAMYSA458772
WAMY INTL E001792
WAMY INTL E01793-WAMY INTL
E01804
WAMY INTL E000763-WAMY INTL
E000764
WAMYSA082564
WAMYSA082520
WAMYSA082521
WAMYSA082522
WAMYSA082563
WAMYSA036445
WAMYSA061446 - WAMYSA061456
WAMYSA061716 - WAMYSA061726
WAMYSA066752 - WAMYSA066802
WAMYSA066717 - WAMYSA066751
WAMYSA066972 - WAMYSA067030
WAMYSA067482 - WAMYSA067515
WAMYSA067542 - WAMYSA067657
WAMYSA067516 - WAMYSA067533
WAMYSA067658
WAMYSA066241-WAMYSA066248
WAMYSA066224-WAMYSA066240
WAMYSA066189-WAMYSA066223
WAMYSA066424-WAMYSA066441
WAMYSA066373-WAMYSA066423
WAMYSA066249-WAMYSA066307
WAMYSA066442-WAMYSA066557
WAMYSA918004
WAMYSA920706
WAMYSA1079443
WAMYSA1081505
WAMYSA1082771

WAMY SA 4524
WAMY SA 4367
WAMY SA 4481
WAMYSA015816
WAMYSA925275
WAMYSA820859
WAMYSA1232680
WAMYSA9964-9965
WAMYSA1103183
WAMYSA1100049
WAMY SA2579 - WAMY SA2583
WAMY SA2683
WAMY SA3299 - WAMY SA3303
WAMYSA614080-WAMYSA614276
WAMYSA1162763
WAMYSA1102367
WAMYSA1105123
WAMY INTL E005070
WAMYSA030947
WAMYSA036331 - WAMYSA036332
WAMYSA032620
WAMYSA060897
WAMY SA 2282
WAMY SA 2286
WAMY SA 2167
WAMY SA 2315
WAMY SA 2253-WAMY SA 2256
WAMY SA 2296
WAMY SA 2257
WAMY SA 2179
WAMYSA 2100-WAMYSA-2102
WAMY SA 2244
WAMY SA 2429
WAMY SA 2407
WAMYSA046305 - WAMYSA046312
WAMYSA1111272
WAMY SA 1985
WAMY SA 1902 - WAMYSA 1981
WAMY SA3601
WAMYSA690177
WAMYSA929785
WAMYSA828368
WAMYSA1177303
WAMYSA1177417
WAMYSA1162984
WAMYSA1163073
WAMYSA1163151
WAMYSA1163175
WAMYSA1163306
WAMYSA1163343
WAMYSA1163446
WAMYSA1140154
WAMY INTL E012668
WAMY INTL E012510-WAMY INTL
E012566

WAMYSA031627
WAMYSA031628
WAMYSA031629
WAMYSA520699-WAMYSA520700
WAMYSA040609
WAMYSA040618-WAMYSA040619
WAMYSA040610
WAMYSA040620
WAMYSA040611
WAMYSA040612
WAMYSA040613
WAMYSA040614
WAMYSA040615
WAMYSA040616
WAMYSA040617
WAMYSA045616 - WAMYSA045617
WAMYSA045607
WAMYSA045608
WAMYSA045609
WAMYSA045610
WAMYSA045611
WAMYSA045612
WAMYSA045613
WAMYSA045614
WAMYSA045615
WAMYSA922184
WAMYSA1008073
WAMYSA1010540
WAMYSA1015214
WAMYSA1119704
WAMYSA1100190
WAMYSA1100225
WAMYSA1205939
WAMYSA1206137
WAMY SA 3175- WAMY SA 3189
WAMYSA607030
WAMYSA710313
WAMYSA959074
WAMYSA1017836
WAMYSA972631
WAMYSA961940
WAMYSA821924
WAMYSA1162700
WAMYSA1162788
WAMYSA1177705
WAMYSA1053829
WAMYSA1087668
WAMYSA1054053
WAMYSA1089817
WAMYSA1090296
WAMYSA1102806
WAMYSA1104116
WAMYSA1104568
WAMYSA581999-WAMYSA582181

WAMY INTL E009739-WAMY INTL
E009743
WAMY INTL E006640- WAMY INTL
E006644
WAMY INTL E006675-WAMY INTL
E006686
WAMY INTL E010561-WAMY INTL
E010565
WAMYSA038430
WAMYSA038441
WAMYSA038419
WAMYSA038431
WAMYSA038420
WAMYSA038432
WAMYSA038421
WAMYSA038433
WAMYSA038422
WAMYSA038434
WAMYSA038423
WAMYSA038424
WAMYSA038425
WAMYSA038426
WAMYSA038438
WAMYSA038427
WAMYSA038439
WAMYSA038428 - WAMYSA038429
WAMYSA038440
WAMYSA038656
WAMYSA047799 - WAMYSA047816
WAMYSA018778
WAMYSA563566 - WAMYSA563748
WAMYSA1052633
WAMYSA1005906
WAMYSA1039032
WAMYSA1008381
WAMYSA1083347
WAMYSA1015347
WAMYSA1132802
WAMYSA1222993
WAMYSA1223122
WAMY SA2846
WAMY SA2522
WAMY SA 3916
WAMY SA 3922
WAMYSA606974
WAMYSA960751
WAMYSA972079
WAMYSA972298
WAMYSA1018580
WAMYSA1018600
WAMYSA1018623
WAMYSA1018783
WAMYSA1020033
WAMYSA961891
WAMYSA929167

WAMYSA929738
WAMYSA821672
WAMYSA1102311
WAMYSA1104946
WAMYSA1140559
WAMYSA1178571
WAMYSA1179091
WAMYSA1180413
WAMYSA1180442
WAMY INTL E009744
WAMYSA028284
WAMYSA061423
WAMYSA10062
WAMYSA10061
WAMYSA10063-66
WAMYSA528100-WAMYSA528399
WAMYSA1084982
WAMY INTL E011967-WAMY INTL
E012155
WAMYSA650700-WAMYSA650709
WAMYSA650710-WAMYSA650719
WAMYSA650720-WAMYSA650729
WAMYSA652619-WAMYSA653249
WAMYSA736527
WAMYSA970828
WAMYSA959535
WAMYSA647275
WAMYSA647276
WAMYSA648612-WAMYSA648613
WAMYSA648661-WAMYSA648662
WAMYSA657777-WAMYSA657778
WAMYSA658035
WAMYSA658208
WAMYSA658209-WAMYSA658211
WAMYSA658240
WAMYSA663697
WAMYSA1102592
WAMYSA1104638
WAMYSA1104758
WAMYSA1104925
WAMYSA1106446
WAMYSA590072
WAMYSA590694
BUR-PEC-018499
WAMYSA647102-WAMYSA647248
WAMYSA654645-WAMYSA654728
WAMYSA654729-WAMYSA654773
WAMY SA2596 - WAMY SA2599
WAMYSA1017592
WAMYSA1144159
WAMY INTL E007423- WAMY INTL
E00730
WAMY INTL E005751-WAMY INTL
E005752
WAMY INTL E009314

WAMY INTL E005869-70
WAMYSA571245
WAMYSA571244
WAMYSA519470-WAMYSA519476
WAMYSA519668-WAMYSA519672
WAMYSA519544-WAMYSA519553
WAMYSA519730-WAMYSA519754
WAMYSA519678-WAMYSA519708
WAMYSA519623-WAMYSA519656
WAMYSA519673-WAMYSA519677
WAMYSA519578-WAMYSA519582
WAMYSA519554-WAMYSA519565
WAMYSA519755-WAMYSA519761
WAMYSA519603-WAMYSA519622
WAMYSA519657-WAMYSA519667
WAMYSA519477-WAMYSA519543
WAMYSA519709-WAMYSA519729
WAMYSA519762-WAMYSA519772
WAMYSA519896-WAMYSA519902
WAMYSA519903-WAMYSA519908
WAMYSA519909-WAMYSA519913
WAMYSA519975-WAMYSA519980
WAMYSA519914-WAMYSA519927
WAMYSA519981-WAMYSA519988
WAMYSA520035-WAMYSA520038
WAMYSA520039-WAMYSA520045
WAMYSA520046-WAMYSA520071
WAMYSA520072-WAMYSA520074
WAMYSA520118-WAMYSA520127
WAMYSA520153-WAMYSA520156
WAMYSA520147-WAMYSA520152
WAMYSA520140-WAMYSA520146
WAMYSA520128-WAMYSA520139
WAMYSA520168-WAMYSA520173
WAMYSA520166-WAMYSA520167
WAMYSA520179-WAMYSA520187
WAMYSA520188-WAMYSA520192
WAMYSA520193-WAMYSA520199
WAMYSA520206-WAMYSA520211
WAMYSA520238-WAMYSA520245
WAMYSA520227-WAMYSA520237
WAMYSA520212-WAMYSA520218
WAMYSA520200-WAMYSA520205
WAMYSA520260-WAMYSA520265
WAMYSA520255-WAMYSA520259
WAMYSA520271-WAMYSA520278
WAMYSA520279-WAMYSA520285
WAMYSA520286-WAMYSA520296
WAMYSA520323-WAMYSA520344
WAMYSA520297-WAMYSA520322
WAMYSA520398-WAMYSA520429
WAMYSA520353-WAMYSA520397
WAMYSA520438-WAMYSA520449
WAMYSA520453-WAMYSA520476
WAMYSA520555-WAMYSA520559

WAMYSA520578-WAMYSA520585
WAMYSA520586-WAMYSA520589
WAMYSA520571-WAMYSA520577
WAMYSA520560-WAMYSA520570
WAMYSA520590-WAMYSA520595
WAMYSA520596-WAMYSA520600
WAMYSA520712-WAMYSA520714
WAMYSA520626-WAMYSA520634
WAMYSA520657-WAMYSA520659
WAMYSA520614
WAMYSA520678-WAMYSA520679
WAMYSA520701-WAMYSA520702
WAMYSA520605-WAMYSA520606
WAMYSA520635-WAMYSA520639
WAMYSA520615-WAMYSA520618
WAMYSA520660-WAMYSA520667
WAMYSA520715-WAMYSA520727
WAMYSA520680-WAMYSA520691
WAMYSA520761-WAMYSA520772
WAMYSA520640-WAMYSA520648
WAMYSA520607
WAMYSA520692-WAMYSA520693
WAMYSA520728-WAMYSA520735
WAMYSA520619-WAMYSA520621
WAMYSA520668-WAMYSA520671
WAMYSA520773
WAMYSA520705-WAMYSA520708
WAMYSA520608-WAMYSA520611
WAMYSA520736-WAMYSA520739
WAMYSA520694-WAMYSA520695
WAMYSA520672-WAMYSA520674
WAMYSA520622
WAMYSA520774-WAMYSA520815
WAMYSA520612-WAMYSA520613
WAMYSA520740-WAMYSA520743
WAMYSA520623-WAMYSA520625
WAMYSA520816-WAMYSA520817
WAMYSA520818-WAMYSA520820
WAMYSA520821-WAMYSA520831
WAMYSA520832-WAMYSA520838
WAMYSA520839-WAMYSA520844
WAMYSA520928-WAMYSA520932
WAMYSA520845-WAMYSA520864
WAMYSA521031-WAMYSA521057
WAMYSA521008-WAMYSA521030
WAMYSA520865-WAMYSA520914
WAMYSA521058-WAMYSA521137
WAMYSA520933-WAMYSA521007
WAMYSA521391-WAMYSA521416
WAMYSA521348-WAMYSA521390
WAMYSA521138-WAMYSA521347
WAMYSA521811-WAMYSA521815
WAMYSA521822-WAMYSA521827
WAMYSA521797-WAMYSA521802
WAMYSA521570-WAMYSA521576

WAMYSA521608-WAMYSA521620
WAMYSA521534-WAMYSA521557
WAMYSA521816-WAMYSA521821
WAMYSA521803-WAMYSA521810
WAMYSA521529-WAMYSA521533
WAMYSA521828-WAMYSA521837
WAMYSA521621-WAMYSA521648
WAMYSA521773-WAMYSA521796
WAMYSA521838-WAMYSA521845
WAMYSA521846-WAMYSA521849
WAMYSA529176-WAMYSA529250
WAMYSA528986-WAMYSA529175
WAMYSA529364-WAMYSA529488
WAMYSA529489-WAMYSA529622
WAMYSA523729-WAMYSA523733
WAMYSA521893-WAMYSA521897
WAMYSA523764-WAMYSA523766
WAMYSA523784-WAMYSA523786
WAMYSA523803-WAMYSA523804
WAMYSA521850-WAMYSA521877
WAMYSA521898-WAMYSA521914
WAMYSA523787-WAMYSA523791
WAMYSA523805-WAMYSA523806
WAMYSA523734-WAMYSA523753
WAMYSA521878-WAMYSA521880
WAMYSA523767-WAMYSA523770
WAMYSA521915-WAMYSA521917
WAMYSA523792-WAMYSA523794
WAMYSA523754-WAMYSA523757
WAMYSA523807-WAMYSA523808
WAMYSA523771-WAMYSA523773
WAMYSA523712-WAMYSA523713
WAMYSA521918-WAMYSA521928
WAMYSA523795-WAMYSA523797
WAMYSA523758-WAMYSA523759
WAMYSA523774-WAMYSA523779
WAMYSA523809-WAMYSA523814
WAMYSA521884-WAMYSA521888
WAMYSA522320-WAMYSA522531
WAMYSA523714-WAMYSA523725
WAMYSA521929-WAMYSA521933
WAMYSA523798-WAMYSA523802
WAMYSA523815-WAMYSA523823
WAMYSA521889-WAMYSA521892
WAMYSA523780-WAMYSA523783
WAMYSA523760-WAMYSA523763
WAMYSA522532-WAMYSA522548
WAMYSA523726-WAMYSA523728
WAMYSA523824-WAMYSA523834
WAMYSA523891-WAMYSA523901
WAMYSA523835-WAMYSA523854
WAMYSA523855-WAMYSA523864
WAMYSA523865-WAMYSA523887
WAMYSA523888-WAMYSA523890
WAMYSA523908-WAMYSA523912

WAMYSA524851-WAMYSA524857
WAMYSA524838-WAMYSA524842
WAMYSA525110-WAMYSA525111
WAMYSA525104-WAMYSA525106
WAMYSA525110-WAMYSA525115
WAMYSA525107-WAMYSA525109
WAMYSA524869-WAMYSA524882
WAMYSA525213-WAMYSA525219
WAMYSA525211-WAMYSA525212
WAMYSA525191-WAMYSA525210
WAMYSA525181-WAMYSA525190
WAMYSA525159-WAMYSA525167
WAMYSA525239-WAMYSA525242
WAMYSA525226-WAMYSA525230
WAMYSA525243-WAMYSA525252
WAMYSA525253-WAMYSA525258
WAMYSA525376-WAMYSA525380
WAMYSA525312-WAMYSA525315
WAMYSA525295-WAMYSA525301
WAMYSA525362-WAMYSA525364
WAMYSA525273-WAMYSA525284
WAMYSA525285-WAMYSA525290
WAMYSA525302-WAMYSA525307
WAMYSA525381-WAMYSA525391
WAMYSA525291-WAMYSA525294
WAMYSA525267-WAMYSA525272
WAMYSA525308-WAMYSA525311
WAMYSA525322-WAMYSA525325
WAMYSA525413-WAMYSA525420
WAMYSA525408-WAMYSA525412
WAMYSA525421-WAMYSA525422
WAMYSA525452-WAMYSA525454
WAMYSA525434-WAMYSA525442
WAMYSA525432-WAMYSA525433
WAMYSA525470-WAMYSA525478
WAMYSA525455-WAMYSA525469
WAMYSA525479-WAMYSA525521
WAMYSA525552-WAMYSA525554
WAMYSA525522-WAMYSA525525
WAMYSA525526-WAMYSA525551
WAMYSA525555-WAMYSA525558
WAMYSA525559-WAMYSA525562
WAMYSA525563-WAMYSA525566
WAMYSA525567-WAMYSA525568
WAMYSA525569-WAMYSA525585
WAMYSA525887-WAMYSA525892
WAMYSA525718-WAMYSA525721
WAMYSA525868-WAMYSA525882
WAMYSA525731-WAMYSA525758
WAMYSA525586-WAMYSA525619
WAMYSA525893-WAMYSA525894
WAMYSA525707-WAMYSA525717
WAMYSA525856-WAMYSA525867
WAMYSA525883-WAMYSA525886
WAMYSA525679-WAMYSA525701

WAMYSA525759-WAMYSA525852
WAMYSA525900-WAMYSA525905
WAMYSA525915-WAMYSA525922
WAMYSA525923-WAMYSA525927
WAMYSA525959-WAMYSA525967
WAMYSA525948-WAMYSA525958
WAMYSA525928-WAMYSA525947
WAMYSA525968-WAMYSA525975
WAMYSA526018-WAMYSA526022
WAMYSA525990-WAMYSA525996
WAMYSA525976-WAMYSA525983
WAMYSA526129-WAMYSA526132
WAMYSA525984-WAMYSA525989
WAMYSA526023-WAMYSA526028
WAMYSA525997-WAMYSA526002
WAMYSA526011-WAMYSA526017
WAMYSA526037-WAMYSA526045
WAMYSA526051-WAMYSA526128
WAMYSA526201-WAMYSA526208
WAMYSA526214-WAMYSA526219
WAMYSA526302-WAMYSA526316
WAMYSA526227-WAMYSA526270
WAMYSA526209-WAMYSA526213
WAMYSA526220-WAMYSA526226
WAMYSA526271-WAMYSA526301
WAMYSA526317-WAMYSA526319
WAMYSA526338-WAMYSA526342
WAMYSA526407-WAMYSA526432
WAMYSA526517-WAMYSA526526
WAMYSA526446-WAMYSA526465
WAMYSA526743-WAMYSA526765
WAMYSA526576-WAMYSA526634
WAMYSA526881-WAMYSA526923
WAMYSA526793-WAMYSA526867
WAMYSA526433-WAMYSA526445
WAMYSA526527-WAMYSA526575
WAMYSA526466-WAMYSA526516
WAMYSA526924-WAMYSA527003
WAMYSA527004-WAMYSA527213
WAMYSA527857-WAMYSA527886
WAMYSA527214-WAMYSA527379
WAMYSA527887-WAMYSA527890
WAMYSA527938-WAMYSA527942
WAMYSA527951-WAMYSA527958
WAMYSA527943-WAMYSA527950
WAMYSA527891-WAMYSA527907
WAMYSA527986-WAMYSA527995
WAMYSA527978-WAMYSA527985
WAMYSA527996-WAMYSA527999
WAMYSA528000-WAMYSA528024
WAMYSA1166446-WAMYSA1166606
WAMYSA1166607-WAMYSA1166776
WAMYSA1165741-WAMYSA1165976
WAMYSA1170581-WAMYSA1170604
WAMYSA1172483-WAMYSA1172484

WAMYSA1172752-WAMYSA1172780
WAMYSA1172603-WAMYSA1172644
WAMYSA1173155-WAMYSA1173277
WAMYSA1173012-WAMYSA1173057
WAMYSA1129279-WAMYSA1129518
WAMYSA1129070-WAMYSA1129278
WAMYSA1157484 - WAMYSA1157485
WAMYSA1157406 - WAMYSA1157483
WAMYSA1157575 - WAMYSA1157579
WAMYSA1157733 - WAMYSA1157734
WAMYSA1158071 - WAMYSA1158095
WAMYSA1158057 - WAMYSA1158070
WAMYSA1166982-WAMYSA1166985
WAMYSA1167044-WAMYSA1167045
WAMYSA1166990-WAMYSA1166994
WAMYSA1166986-WAMYSA1166989
WAMYSA1166937-WAMYSA1166945
WAMYSA1129738-WAMYSA1129742
WAMYSA1129734-WAMYSA1129737
WAMYSA1130701-WAMYSA1130729
WAMYSA1130730-WAMYSA1130812
WAMYSA038667 - WAMYSA038675
WAMYSA040590
WAMYSA040637
WAMYSA040655
WAMYSA040628
WAMYSA040673
WAMYSA040646
WAMYSA040664
WAMYSA040638
WAMYSA040665
WAMYSA040629
WAMYSA040674
WAMYSA040656
WAMYSA040647
WAMYSA040639
WAMYSA040666
WAMYSA040630
WAMYSA040675
WAMYSA040657
WAMYSA040648
WAMYSA040631
WAMYSA040658
WAMYSA040667
WAMYSA040676
WAMYSA040640
WAMYSA040649
WAMYSA040632
WAMYSA040659
WAMYSA040650
WAMYSA040668
WAMYSA040641
WAMYSA040677
WAMYSA040660
WAMYSA040633

WAMYSA040651
WAMYSA040642
WAMYSA040669
WAMYSA040678
WAMYSA040661
WAMYSA040643
WAMYSA040670
WAMYSA040634
WAMYSA040652
WAMYSA040679
WAMYSA040653
WAMYSA040635
WAMYSA040662
WAMYSA040644
WAMYSA040671
WAMYSA040680
WAMYSA040636
WAMYSA040654
WAMYSA040663
WAMYSA040645
WAMYSA040681
WAMYSA040672
WAMYSA040627
WAMYSA040682
WAMYSA040683
WAMYSA040684
WAMYSA040685
WAMYSA040686
WAMYSA040687
WAMYSA040688
WAMYSA040968
WAMYSA040843 - WAMYSA040844
WAMYSA040890 - WAMYSA040891
WAMYSA040878
WAMYSA040866
WAMYSA040915
WAMYSA040879 - WAMYSA040882
WAMYSA040873
WAMYSA040867
WAMYSA040916 - WAMYSA040918
WAMYSA040845
WAMYSA040892 - WAMYSA040893
WAMYSA040933 - WAMYSA040940
WAMYSA040883 - WAMYSA040888
WAMYSA040874 - WAMYSA040875
WAMYSA040919 - WAMYSA040923
WAMYSA040846
WAMYSA040889
WAMYSA040876 - WAMYSA040877
WAMYSA040869
WAMYSA040847 - WAMYSA040865
WAMYSA040718 - WAMYSA040723
WAMYSA040708 - WAMYSA040710
WAMYSA040711 - WAMYSA040713
WAMYSA040714 - WAMYSA040717

WAMYSA040368 - WAMYSA040372
WAMYSA040392 - WAMYSA040402
WAMYSA040338
WAMYSA040407 - WAMYSA040421
WAMYSA040344 - WAMYSA040348
WAMYSA040362 - WAMYSA040367
WAMYSA040510
WAMYSA040728 - WAMYSA040729
WAMYSA040802 - WAMYSA040819
WAMYSA040774 - WAMYSA040801
WAMYSA041347 - WAMYSA041364
WAMYSA043936 - WAMYSA043939
WAMYSA043959 - WAMYSA043965
WAMYSA043719 - WAMYSA043726
WAMYSA043845 - WAMYSA043848
WAMYSA043852 - WAMYSA043855
WAMYSA043733 - WAMYSA043753
WAMYSA043881 - WAMYSA043889
WAMYSA043664 - WAMYSA043667
WAMYSA043668 - WAMYSA043673
WAMYSA043679 - WAMYSA043681
WAMYSA043916 - WAMYSA043918
WAMYSA044305 - WAMYSA044311
WAMYSA043923 - WAMYSA043926
WAMYSA044312 - WAMYSA044314
WAMYSA043927 - WAMYSA043931
WAMYSA043691 - WAMYSA043698
WAMYSA043932 - WAMYSA043935
WAMYSA042557-WAMYSA042559
WAMYSA042524-WAMYSA042525
WAMYSA042514-WAMYSA042516
WAMYSA042560-WAMYSA042563
WAMYSA042550-WAMYSA042552
WAMYSA042251 - WAMYSA042255
WAMYSA042354 - WAMYSA042357
WAMYSA042256 - WAMYSA042261
WAMYSA042449 - WAMYSA042452
WAMYSA042399 - WAMYSA042401
WAMYSA042149 - WAMYSA042152
WAMYSA042358 - WAMYSA042361
WAMYSA042453 - WAMYSA042456
WAMYSA042215 - WAMYSA042222
WAMYSA042402 - WAMYSA042404
WAMYSA042457 - WAMYSA042460
WAMYSA042266 - WAMYSA042270
WAMYSA042161 - WAMYSA042181
WAMYSA042271 - WAMYSA042274
WAMYSA042461 - WAMYSA042464
WAMYSA042226 - WAMYSA042229
WAMYSA042408 - WAMYSA042410
WAMYSA042182 - WAMYSA042185
WAMYSA042465 - WAMYSA042468
WAMYSA042275 - WAMYSA042293
WAMYSA042411 - WAMYSA042421
WAMYSA042186 - WAMYSA042189

WAMYSA042469 - WAMYSA042472
WAMYSA042371 - WAMYSA042375
WAMYSA042422 - WAMYSA042428
WAMYSA042190 - WAMYSA042194
WAMYSA042102 - WAMYSA042105
WAMYSA042294 - WAMYSA042334
WAMYSA042195 - WAMYSA042199
WAMYSA042473 - WAMYSA042476
WAMYSA042429 - WAMYSA042432
WAMYSA042200 - WAMYSA042202
WAMYSA042433 - WAMYSA042436
WAMYSA042477 - WAMYSA042480
WAMYSA042339 - WAMYSA042342
WAMYSA042437 - WAMYSA042440
WAMYSA042481 - WAMYSA042484
WAMYSA042346 - WAMYSA042349
WAMYSA042245 - WAMYSA042250
WAMYSA042441 - WAMYSA042444
WAMYSA042998 - WAMYSA043003
WAMYSA042621 - WAMYSA042624
WAMYSA042655 - WAMYSA042657
WAMYSA042658 - WAMYSA042660
WAMYSA042661 - WAMYSA042663
WAMYSA042647 - WAMYSA042649
WAMYSA043220 - WAMYSA043224
WAMYSA043289 - WAMYSA043292
WAMYSA043225 - WAMYSA043229
WAMYSA043238 - WAMYSA043240
WAMYSA043214 - WAMYSA043216
WAMYSA043249 - WAMYSA043285
WAMYSA043309 - WAMYSA043312
WAMYSA043286 -WAMYSA043288
WAMYSA043442 - WAMYSA043446
WAMYSA043541 - WAMYSA043544
WAMYSA043342 - WAMYSA043345
WAMYSA043435 - WAMYSA043437
WAMYSA043549 - WAMYSA043553
WAMYSA041981-WAMYSA041982
WAMYSA041991-WAMYSA041994
WAMYSA044943 - WAMYSA044946
WAMYSA044856 - WAMYSA044860
WAMYSA045022 - WAMYSA045025
WAMYSA044947 - WAMYSA044951
WAMYSA045026 - WAMYSA045029
WAMYSA044902 - WAMYSA044904
WAMYSA044952 - WAMYSA044955
WAMYSA044926 - WAMYSA044929
WAMYSA044970 - WAMYSA044973
WAMYSA044905 - WAMYSA044908
WAMYSA044974 - WAMYSA044977
WAMYSA044867 - WAMYSA044871
WAMYSA044891 - WAMYSA044894
WAMYSA044956 - WAMYSA044959
WAMYSA044909 - WAMYSA044912
WAMYSA044960 - WAMYSA044963

WAMYSA045045 - WAMYSA045053
WAMYSA045093 - WAMYSA045096
WAMYSA045054 - WAMYSA045064
WAMYSA045065 - WAMYSA045069
WAMYSA045070 - WAMYSA045076
WAMYSA045077 - WAMYSA045081
WAMYSA044850 - WAMYSA044851
WAMYSA044586 - WAMYSA044593
WAMYSA045464 -WAMYSA045468
WAMYSA045472 - WAMYSA045483
WAMYSA045503 - WAMYSA045517
WAMYSA045440 - WAMYSA045444
WAMYSA045458 - WAMYSA045463
WAMYSA045606
WAMYSA045735 - WAMYSA045737
WAMYSA045743
WAMYSA045731
WAMYSA045755 - WAMYSA045756
WAMYSA045738
WAMYSA045744 - WAMYSA045747
WAMYSA045757 - WAMYSA045758
WAMYSA045732
WAMYSA045710
WAMYSA045748 - WAMYSA045753
WAMYSA045739 - WAMYSA045740
WAMYSA045711
WAMYSA045754
WAMYSA045734
WAMYSA045741 - WAMYSA045742
WAMYSA045832 - WAMYSA045835
WAMYSA045858 - WAMYSA045860
WAMYSA045879 - WAMYSA045881
WAMYSA045861 - WAMYSA045878
WAMYSA045838 - WAMYSA045857
WAMYSA045882 - WAMYSA045909
WAMYSA045910 - WAMYSA045927
WAMYSA045937 - WAMYSA045940
WAMYSA045928 - WAMYSA045936
WAMYSA045941 - WAMYSA045943
WAMYSA045944 - WAMYSA045950
WAMYSA046475 - WAMYSA046476
WAMYSA046481 - WAMYSA046482
WAMYSA046479 - WAMYSA046480
WAMYSA046473 - WAMYSA046474
WAMYSA046477 - WAMYSA046478
WAMYSA046500 - WAMYSA046505
WAMYSA046490 - WAMYSA046492
WAMYSA046493 - WAMYSA046495
WAMYSA046496 - WAMYSA046499
WAMYSA046263 - WAMYSA046270
WAMYSA046194
WAMYSA046320 - WAMYSA046333
WAMYSA046313 - WAMYSA046319
WAMYSA045687
WAMYSA046808 - WAMYSA046811

WAMYSA046506 - WAMYSA046509
WAMYSA046510 - WAMYSA046516
WAMYSA046517 - WAMYSA046521
WAMYSA046905 - WAMYSA046909
WAMYSA046752 - WAMYSA046754
WAMYSA046522 - WAMYSA046524
WAMYSA046910 - WAMYSA046913
WAMYSA046525 - WAMYSA046527
WAMYSA046528 - WAMYSA046529
WAMYSA046837 - WAMYSA046846
WAMYSA046530 - WAMYSA046533
WAMYSA047067 - WAMYSA047070
WAMYSA046847 - WAMYSA046853
WAMYSA046854 - WAMYSA046858
WAMYSA046537 - WAMYSA046539
WAMYSA046785 - WAMYSA046788
WAMYSA046709 - WAMYSA046712
WAMYSA046546 - WAMYSA046549
WAMYSA046550 - WAMYSA046552
WAMYSA047100 - WAMYSA047123
WAMYSA046886 - WAMYSA046888
WAMYSA038676
WAMYSA641783-WAMYSA641798
WAMYSA641820-WAMYSA641827
WAMYSA641828-WAMYSA641831
WAMYSA641832-38
WAMYSA642396-2412
WAMYSA642421-2708
WAMYSA643840-4158
WAMYSA644159-4418
WAMYSA644695-5164
WAMYSA647093-97
WAMYSA647097-WAMYSA647097
WAMYSA647283-86
WAMYSA647313-7347
WAMYSA647367-69
WAMYSA647370-72
WAMYSA647972-75
WAMYSA647977-84
WAMYSA647990
WAMYSA648045-46
WAMYSA648113-21
WAMYSA648217-38
WAMYSA648499-500
WAMYSA648504
WAMYSA648581
WAMYSA648618
WAMYSA648669
WAMYSA648714
WAMYSA648732
WAMYSA648738
WAMYSA648889
WAMYSA648892
WAMYSA648895
WAMYSA648898

WAMYSA648901
WAMYSA648908
WAMYSA649024
WAMYSA649050
WAMYSA649137
WAMYSA649206
WAMYSA649210
WAMYSA649280
WAMYSA649522
WAMYSA649526
WAMYSA649565
WAMYSA649571
WAMYSA649662
WAMYSA649770
WAMYSA650004
WAMYSA650113
WAMYSA650310
WAMYSA650536-0656
WAMYSA650668-70
WAMYSA650677-84
WAMYSA650691-93
WAMYSA650733-37
WAMYSA650737-39
WAMYSA650740-41
WAMYSA650742-44
WAMYSA650745-47
WAMYSA650756-57
WAMYSA650758-16
WAMYSA650766-71
WAMYSA650772-74
WAMYSA650775-79
WAMYSA650780-82
WAMYSA651018-242
WAMYSA651457-61
WAMYSA651465-67
WAMYSA651468-71
WAMYSA651472-88
WAMYSA651489-537
WAMYSA651680-873
WAMYSA651875-085
WAMYSA652087-618
WAMYSA653271-75
WAMYSA653283-96
WAMYSA653298-313
WAMYSA653314-392
WAMYSA653393-487
WAMYSA653496-509
WAMYSA653614-751
WAMYSA654335-42
WAMYSA654345-644
WAMYSA654963-228
WAMYSA655229-34
WAMYSA656395-7181
WAMYSA657521-25
WAMYSA657540-776

WAMYSA657831-33
WAMYSA657834-42
WAMYSA657857-68
WAMYSA657878-927
WAMYSA657931-87
WAMYSA657992-94
WAMYSA658040-42
WAMYSA658050-69
WAMYSA658070-72
WAMYSA658117-24
WAMYSA658132-36
WAMYSA6582113
WAMYSA658214-15
WAMYSA658218-21
WAMYSA658418-21
WAMYSA658464-66
WAMYSA65857-78
Financial Reports 1
WAMYSA663715-21
Financial Reports 31
Financial Reports 60
WAMYSA663788
WAMYSA663709;WAMYSA663793
WAMYSA663800-01
WAMYSA663713;WAMYSA663816
WAMYSA663714;WAMYSA663822
WAMYSA663830-37
WAMYSA663716;WAMYSA663837
WAMYSA663717;WAMYSA663844
WAMYSA663718;WAMYSA663871
WAMYSA663719;WAMSA663883
WAMYSA663720;WAMYSA663885
WAMYSA663721; WAMYSA663894
WAMYSA663903-10
WAMYSA663910
WAMYSA663724; WAMYSA663913
WAMYSA663726; WAMYSA664161
WAMYSA663727;WAMYSA664164
WAMYSA663728;WAMYSA664177
WAMYSA664196-203
WAMYSA663730;WAMYSA664204
WAMYSA663731;WAMYSA664214
WAMYSA663732;WAMYSA664221
WAMYSA663733;WAMYSA664234
WAMYSA663734;WAMYSA664238
WAMYSA663735;WAMYSA664254
WAMYSA663736;WAMYSA664264
WAMYSA663738;WAMYSA664330
WAMYSA663739;WAMYSA66433
WAMYSA663740;WAMYSA664338
WAMYSA663741;WAMYSA664343
WAMYSA663742;WAMYSA664362
WAMYSA663743;WAMYSA664373
WAMYSA663744;WAMYSA664380
WAMYSA663745;WAMYSA664416

WAMYSA663746;WAMYSA664433
WAMYSA664473
WAMYSA663749;WAMYSA664477
WAMYSA663750;WAMYSA664500
WAMYSA664538;WAMYSA663752
WAMYSA663753;WAMYSA664546
WAMYSA663754;WAMYSA664549
WAMYSA663755;WAMYSA664557
WAMYSA663756;WAMYSA664563
WAMYSA664667
WAMYSA663761;WAMYSA664676
WAMYSA663762;WAMYSA664679
WAMYSA663770;WAMYSA664746
WAMYSA663779;WAMYSA664815
WAMYSA663780;WAMYSA664820
WAMYSA663781;WAMYSA664830
WAMYSA663787;WAMYSA664864
WMAYSA663792;WAMYSA664887
WAMYSA663798;WAMYSA664924
WAMYSA663811;WAMYSA664969
WAMYSA663812;WAMYSA664970
WAMYSA663824;WAMYSA665037
WAMYSA663826;WAMYSA665051
WAMYSA663828; WAMYSA665060
WAMYSA663833;WAMYSA665105
WAMYSA663835;WAMYSA665117
WAMYSA663841;WAMYSA665133
WAMYSA663844;WAMYSA665149
WAMYSA663845;WAMYSA665155
WAMYSA663848;WAMYSA665170
WAMYSA663849;WAMYSA665225
WAMYSA663851;WAMYSA665239
WAMYSA663855;WAMYSA665249
WAMYSA663856;WAMYSA665254
WAMYSA663858;WAMYSA665263
WAMYSA663859;WAMYSA665264
WAMYSA663861;WAMYSA665274
WAMYSA663862;WAMYSA665301
WAMYSA663863;WAMYSA665304
WAMYSA663868;WAMYSA665338
WAMYSA663870;WAMYSA665344
WAMYSA663875;WAMYSA665380
WAMYSA663878;WAMYSA665399
WAMYSA663880;WAMYSA665421
WAMYSA663884;WAMYSA665452
WAMYSA663887;WAMYSA665488
WAMYSA663889;WAMYSA665492
WAMYSA663890;WAMYSA665500
WAMYSA663899;WAMYSA665653
WAMYSA663900;WAMYSA665655
WAMYSA663902;WAMYSA665665
WAMYSA663912;WAMYSA665704
WAMYSA663919;WAMYSA665727
WAMYSA707519
WAMYSA.712075

WAMYSA707724
WAMYSA712584
WAMYSA708028
WAMYSA712785
WAMYSA708512
WAMY SA2757
WAMY SA2576 - WAMY SA2577
WAMY SA2534 - WAMY SA2542
WAMY SA 4460-WAMY SA 4463
WAMYSA663930;WAMYSA666225
WAMYSA1163903
WAMYSA1163982
WAMYSA1164171
WAMYSA1164198
WAMYSA1164227
WAMYSA11643448
WAMYSA1164476
WAMYSA1164534
WAMYSA1164619
WAMYSA1164642
WAMYSA1164702
WAMYSA1088923
WAMYSA1090310
WAMYSA1148738
WAMYSA608278
WAMYSA034889
WAMYSA035294
WAMYSA035295
WAMYSA035254
WAMYSA036914
WAMYSA036781 - WAMYSA036786
WAMYSA036872 - WAMYSA036873
WAMYSA036926
WAMYSA036908 - WAMYSA036909
WAMYSA036911 - WAMYSA036912
WAMYSA036913
WAMYSA037101 - WAMYSA037105
WAMYSA037106 - WAMYSA037107
WAMYSA037139
WAMYSA037108
WAMYSA037140
WAMYSA028010
WAMYSA065185
WAMYSA065181
WAMYSA065184
WAMYSA065183
WAMYSA065182
WAMYSA074876-WAMYSA074877
WAMYSA075721 - WAMYSA075723
WAMYSA029582
WAMYSA9888
WAMYSA9936
WAMYSA9936
WAMYSA9907
WAMYSA019026

WAMYSA019144
WAMYSA020894
WAMYSA571218-WAMYSA571220
WAMYSA042004-WAMYSA042008
WAMYSA045005 - WAMYSA045009
WAMYSA642330-32
WAMYSA642333-WAMYSA642334
WAMYSA642335-WAMYSA642337
WAMYSA642338-WAMYSA642339
WAMYSA642340-WAMYSA642341
WAMYSA642342-WAMYSA642344
WAMYSA642345-WAMYSA642347
WAMYSA642348-WAMYSA642349
WAMYSA642350-WAMYSA642351
WAMYSA642352-WAMYSA642353
WAMYSA642354-WAMYSA642355
WAMYSA642356-WAMYSA642357
WAMYSA642358-WAMYSA642360
WAMYSA642361-WAMYSA642362
WAMYSA642363-WAMYSA642364
WAMYSA642365-WAMYSA642366
WAMYSA642367-WAMYSA642368
WAMYSA642372-WAMYSA642374
WAMYSA642375-WAMYSA642376
WAMYSA642377-WAMYSA642378
WAMYSA642379-WAMYSA642380
WAMYSA642381-WAMYSA642382
WAMYSA642385-WAMYSA642386
WAMYSA642387-WAMYSA642388
WAMYSA642389-WAMYSA642390
WAMYSA642391-WAMYSA642392
WAMYSA642393-WAMYSA642395
WAMYSA642413-WAMYSA642414
WAMYSA642415-WAMYSA642416
WAMYSA642417-WAMYSA642418
WAMYSA642419-WAMYSA642420
WAMYSA642709-WAMYSA642710
WAMYSA642711-WAMYSA642712
WAMYSA642715-WAMYSA642787
WAMYSA642788-WAMYSA642789
WAMYSA642790-WAMYSA643045
WAMYSA643046-WAMYSA643047
WAMYSA643048-WAMYSA643049
WAMYSA643050-WAMYSA643051
WAMYSA643052-WAMYSA643056
WAMYSA643057-WAMYSA643058
WAMYSA643059-WAMYSA643295
WAMYSA643553-WAMYSA643839
WAMYSA644419-WAMYSA644694
WAMYSA645165-WAMYSA645661
WAMYSA645662-WAMYSA647092
WAMYSA654069-WAMYSA654323
WAMYSA655495-WAMYSA655532
WAMYSA656331-WAMYSA656394
WAMYSA707409

WAMYSA707688
WAMYSA708107
WAMYSA.712785
WAMYSA727424
WAMYSA1065586
WAMYSA1066054
WAMYSA1066500
WAMY SA 15677
WAMYSA598031-WAMYSA598492
WAMYSA602877-WAMYSA603345
PEC-WAMY041353-PEC-
WAMY041771
WAMYSA036344 - WAMYSA036347
WAMYSA571147-WAMYSA571176
WAMYSA642203-WAMYSA642287
WAMYSA642288-WAMYSA642329
WAMYSA655235-WAMYSA655479
WAMYSA1138996
PEC-WAMY033500-033517
PEC-WAMY033518-033531
PEC-WAMY041790-PEC-
WAMY041792
WAMYSA030790
WAMYSA032005
WAMY SA 2233
WAMY SA 2300
WAMY SA 2104-WAMY SA 2121

WAMY SA 2127
WAMYSA663737;WAMYSA664427
WAMYSA706710-WAMYSA706779
WAMYSA1204564-WAMYSA1204579
WAMYSA609016-WAMYSA609019
WAMYSA608340
WAMYSA178403-WAMYSA1784425
WAMYSA061037 - WAMYSA061117
WAMYSA063241 - WAMYSA063246
WAMYSA063556-WAMYSA063574
WAMYSA065390 - WAMYSA065409
WAMYSA9846
WAMYSA9849
WAMYSA1125568-WAMYSA1125569
WAMYSA526137-WAMYSA526193
WAMYSA428093-WAMYSA428108
WAMYSA571187-WAMYSA571194
WAMYSA1109234-WAMYSA1109721
WAMYSA1129899-WAMYSA1129899
WAMYSA044168 - WAMYSA044174
WAMYSA043561 - WAMYSA043574
WAMYSA043940 - WAMYSA043943
WAMYSA044175 - WAMYSA044182
WAMYSA043944 - WAMYSA043948
WAMYSA044183 - WAMYSA044188
WAMYSA043949 - WAMYSA043954
WAMYSA043708 - WAMYSA043714

WAMYSA043955 - WAMYSA043958
WAMYSA043715 - WAMYSA043718
WAMYSA044359 - WAMYSA044366
WAMYSA043601 - WAMYSA043622
WAMYSA044509 - WAMYSA044512
WAMYSA043729 - WAMYSA043732
WAMYSA044100 - WAMYSA044103
WAMYSA043975 - WAMYSA043982
WAMYSA043866 - WAMYSA043870
WAMYSA044529 - WAMYSA044532
WAMYSA043768 - WAMYSA043771
WAMYSA043992 - WAMYSA043996
WAMYSA043890 - WAMYSA043896
WAMYSA043997 - WAMYSA044000
WAMYSA044283 - WAMYSA044286
WAMYSA044001 - WAMYSA044004
WAMYSA044543 - WAMYSA044547
WAMYSA044005 - WAMYSA044008
WAMYSA043782 - WAMYSA043802
WAMYSA044009 - WAMYSA044013
WAMYSA044014 - WAMYSA044023
WAMYSA043919 - WAMYSA043922
WAMYSA044024 - WAMYSA044029
WAMYSA044469 - WAMYSA044472
WAMYSA044030 - WAMYSA044048
WAMYSA044473 - WAMYSA044476
WAMYSA044156 - WAMYSA044162
WAMYSA044315 - WAMYSA044318
WAMYSA044477 - WAMYSA044480
WAMYSA044163 - WAMYSA044167
WAMYSA044481 - WAMYSA044484
WAMYSA044573 - WAMYSA044576
WAMYSA042209 - WAMYSA042211
WAMYSA042212 - WAMYSA042214
WAMYSA042262 - WAMYSA042265
WAMYSA042362 - WAMYSA042364
WAMYSA042223 - WAMYSA042225
WAMYSA042365 - WAMYSA042367
WAMYSA042368 - WAMYSA042370
WAMYSA042230 - WAMYSA042232
WAMYSA042233 - WAMYSA042234
WAMYSA042235 - WAMYSA042237
WAMYSA042335 - WAMYSA042338
WAMYSA042238 - WAMYSA042240
WAMYSA042386 - WAMYSA042388
WAMYSA042116 - WAMYSA042118
WAMYSA042203 - WAMYSA042205
WAMYSA042206 - WAMYSA042208
WAMYSA042485 - WAMYSA042487
WAMYSA042854 - WAMYSA042862
WAMYSA042722 - WAMYSA042732
WAMYSA042863 - WAMYSA042907
WAMYSA042825 - WAMYSA042827
WAMYSA042908 - WAMYSA042973
WAMYSA042828 - WAMYSA042848

WAMYSA042974 - WAMYSA042988
WAMYSA042849 - WAMYSA042853
WAMYSA042989 - WAMYSA042997
WAMYSA043098 - WAMYSA043106
WAMYSA043057 - WAMYSA043065
WAMYSA043244 - WAMYSA043248
WAMYSA043299 - WAMYSA043301
WAMYSA043293 - WAMYSA043295
WAMYSA043321 -WAMYSA043323
WAMYSA043296 - WAMYSA043298
WAMYSA043324 - WAMYSA043327
WAMYSA043333 - WAMYSA043339
WAMYSA043330 - WAMYSA043332
WAMYSA043537 - WAMYSA043540
WAMYSA043438 - WAMYSA043441
WAMYSA043455 - WAMYSA043459
WAMYSA043414 - WAMYSA043416
WAMYSA043447 - WAMYSA043450
WAMYSA043533 - WAMYSA043536
WAMYSA043545 - WAMYSA043548
WAMYSA042012-WAMYSA042014
WAMYSA046600 - WAMYSA046603
WAMYSA665064-WAMYSA665064
WAMY SA3235
WAMYSA1199746-WAMYSA1199747
WAMYSA609134
WAMYSA609139
WAMY SA 4441-WAMY SA -4443
WAMYSA1139294-WAMYSA1139297
WAMYSA1139340
WAMYSA1139524
WAMYSA1139531-WAMYSA1139533
WAMYSA031881
WAMYSA031883
WAMYSA031884
WAMYSA031885
WAMYSA031886
WAMYSA061324
WAMYSA061325
WAMYSA061326
WAMYSA062010
WAMYSA062055
WAMYSA062011
WAMYSA028355
WAMYSA034941
WAMYSA057674
WAMYSA030783
WAMY INTL E003326
WAMY INTL E003367
WAMY INTL E003755
WAMYSA030740
WAMYSA027862
WAMYSA061338
WAMYSA061339
WAMYSA061342

WAMYSA061393
WAMYSA061425
WAMYSA061427
WAMYSA029763
WAMY INTL E007127
WAMYSA9874-9875
WAMYSA609302
PEC-WAMY029445-029463
PEC-WAMY039477-PEC-
WAMY039487
WAMYSA058447 - WAMYSA058448
WAMYSA061163
WAMYSA030110
WAMY SA 2305
WAMYSA648554-WAMYSA648556
WAMY SA2804
WAMY SA3500
WAMY SA3252
WAMY SA3253

PEC-WAMY029464-029480
WAMY INTL E007145
WAMYSA030854
WAMYSA036695 - WAMYSA036696
WAMYSA036916 - WAMYSA036923
WAMYSA036903
WAMYSA036697 - WAMYSA036698
WAMYSA036924
WAMYSA036906 - WAMYSA036907
WAMYSA036882
WAMYSA036884
WAMYSA036867 - WAMYSA036868
WAMYSA062321 - WAMYSA062331
WAMYSA028190-WAMYSA028192
WAMY SA 2192-WAMY SA 2193
WAMY SA 2416

WAMYSA9884
WAMYSA9903
WAMYSA9905
WAMYSA663712;WAMYSA663806
WAMY SA3000
WAMY SA 15684
WAMYSA609209
PEC-WAMY029481-029500
PEC-WAMY029501-029520
PEC-WAMY033641-033643
WAMY INTL E007014
WAMY INTL E007022
WAMYSA061767
WAMY SA 2082
WAMYSA1219604
WAMYSA609239
PEC-WAMY039489-PEC-
WAMY039556

WAMY INTL E007137
WAMY INTL E005461
WAMY INTL E005751
WAMY INTL E012460
WAMYSA032933
WAMYSA034675
WAMYSA037086 - WAMYSA037100
WAMYSA037186
WAMYSA061119
WAMYSA061816
WAMYSA057507
WAMYSA057508
WAMYSA029485-WAMYSA029491
WAMY SA 2094
WAMYSA1219519
WAMYSA1219575
WAMYSA1219674
PEC-WAMY029579-029579
PEC-WAMY029364-029389
PEC-WAMY029588-029597
PEC-WAMY029418-029444
PEC-WAMY039774-PEC-
WAMY039777
PEC-WAMY041273-PEC-
WAMY041274
PEC-WAMY041772-PEC-
WAMY041776
BUR-PEC-078583
BUR-PEC-000019
WAMY INTL E012510
WAMY INTL E011967
WAMYSA082510
WAMYSA082511
WAMYSA082512
WAMYSA037189
WAMYSA037190 - WAMYSA037197
WAMYSA060992
WAMYSA060911
WAMYSA10063-10066
WAMYSA10061
WAMYSA10062
WAMYSA10057-10060
WAMYSA10055
WAMYSA020956
PEC-WAMY029048-029106
PEC-WAMY029194-029195
PEC-WAMY029268-029286
PEC-WAMY039871-PEC-
WAMY039872
PEC-WAMY041785-PEC-
WAMY041789
PEC-WAMY041793-PEC-
WAMY042857
BUR-PEC-078307
BUR-PEC-078442

BUR-PEC-028806
BUR-PEC-028875
BUR-PEC-028943
BUR-PEC-029012
BUR-PEC-015289
BUR-PEC-007816
WAMY INTL E007024
WAMYSA031859
WAMYSA066122
WAMYSA019629
WAMYSA020753
WAMYSA570880 - WAMYSA570910
WAMYSA570965-WAMYSA571070
PEC-WAMY029521-029522
PEC-WAMY033575-033592
PEC-WAMY039488-PEC-
WAMY039488
PEC-WAMY041777-PEC-
WAMY041777
WAMYSA 28438 - 28485
WAMYSA057953-WAMYSA057955
WAMYSA057959
WAMYSA057958
WAMYSA057956-WAMYSA057957
WAMYSA065703
WAMYSA706780-WAMYSA706793