EXHIBIT P

February 2, 2021, Rebuttal Report of Jonathan Winer
Reliance Materials and Materials Considered List

| |
|---|
| "Analysis on causes of flash flood in Jeddah city (Kingdom of Saudi Arabia) of 2009 and 2011 using multi-sensor remote sensing data and GIS," Geomatics, Natural Hazards and Risk, 7:3, 1018-1042, DOI: 10.1080/19475705.2015.1012750 |
| "Analysts: Saudi Arabia, Qatar, pushed al-Nusra Front to break with al-Qaeda," EFE.com, July 29, 2016, https://www.efe.com/efe/english/portada/analysts-saudi-arabia-qatar-pushed-al-nusra-front-to-break-with-qaeda/50000260-2999392 |
| "Enaam Arnaout, an American who had been imprisoned for supporting Islamic fighters, is stranded in Egypt," Chicago Tribune, October 9, 2012,  https://www.chicagotribune.com/news/ct-xpm-2012-10-09-ct-met-stranded-20121009-story.html |
| "Floods in Jeddah, Saudi Arabia: Unusual Phenomenon and Huge Losses, What Prognoses," E3S Web of Conferences, 3rd European Conference on Flood Risk Management (2016) https://www.researchgate.net/publication/309345158_Floods_in_Jeddah_Saudi_Arabia_Unusual_Pheno menon_and_Huge_Losses_What_Prognoses |
| "Foreign Terrorist Organizations," Bureau of Counterterrorism, U.S. Department of State, https://www.state.gov/foreign-terrorist-organizations/ |
| "Jihad in Saudi Arabia, Violence and Pan-Islamicism since 1979," Thomas Hegghammer, Cambridge University Press (2010) (Cambridge Middle East Studies). Cambridge: Cambridge University Press, introduction, doi:10.1017/CBO9780511809439 |
| "Muslims From Afar Joining 'Holy War' in Bosnia," New York Times, December 5, 1992. https://www.nytimes.com/1992/12/05/world/muslims-from-afar-joining-holy-war-in-bosnia.html |
| "The Rise of Muslim Foreign Fighters," Thomas Hegghammer, in "Islam and the Globalization of Jihad," International Security, Vol. 35, No. 3 (Winter 2010/11) |
| "Transcript of Attorney General John Ashcroft Regarding Guilty Plea by Enaam Arnaout," February 10, 2003 https://www.justice.gov/archive/ag/speeches/2003/021003agenaamaranouttranscripthtm.htm |
| "U.S. Treasury Designates Two Individuals with Ties to al Qaida, UBL Former BIF Leader and al-Qaida Associate Named Under E.O. 13224," December 21, 2004, https://www.treasury.gov/press-center/press-releases/Pages/js2164.aspx |
| 18 USC §1189 https://www.law.cornell.edu/uscode/text/8/1189 |
| Affirmation of Sean P. Carter Transmitting Supplemental Evidence in Opposition to the Motions to Dismiss of the Kingdom of Saudi Arabia, International Islamic Relief Organization, Rabita Trust, Wa'el Hamza Julaidan, Saudi High Commission, Al Haramain Islamic Foundation (Saudi Arabia), Prince Salman bin Abdul Aziz Al Saud, Prince Naif bin Abdul Aziz al Saud, and Mohammad Jamal Khalifa, Case 1:03-md-01570-GBD-SN, Document 516, Filed 11/01/04. |
| Business Tech, South Africa, January 11, 2016, https://businesstech.co.za/news/business/108555/how-far-the-rand-has-fallen-from-2000-to-2016/ |
| Declaration of Abdul Wahab Noorwali In support of Defendant World Assembly Muslim Youth, March 30, 2018 |
| Department of Defense, Id., see also Memorandum for Commander, United States Southern Command, 10 September 2004, Subject: Recommendation to Transfer to the Control of Another Country for Continued Detention (TRCD) for Guantanamo Detainee |
| Deposition Transcript of Abdelhadi Daguit, June 27. 2019 |
| Deposition Transcript of Abdul Wahab Noorwali, July 23 & July 24, 2019 |
| Deposition Transcript of Adna Basha, February 20-21, 2019 |

February 2, 2021, Rebuttal Report of Jonathan Winer
Reliance Materials and Materials Considered List

| |
|---|
| Deposition Transcript of Fahd Mohamed Sanad Alharbi, March 26-27, 2019 |
| Expert Report of Chas Freeman |
| Expert Report of J.T. Sidel |
| Expert Report of Jacob Vahid Brown |
| Expert Report of John Barron |
| Expert Report of Jonathan Benthall |
| Expert Report of Jonathan Marks |
| Expert Report of Khaled Blankinship |
| Expert Report of Marc Sageman |
| Expert Report of Oliver Roy |
| Expert Report of Sherman Jackson |
| FED-PEC0141770 - 86 |
| FED-PEC0218834 - 36 |
| Government Evidentiary Proffer Supporting the Admissibility of Co-Conspirator Statements," U.S. v. Aranout, NDIL, Case No 02 CS 892, 7 January 2003 |
| IIRO02469-IIRO02491 |
| IIRO026468 - 490 |
| IIRO026471 |
| IIRO026474 |
| IIRO026475 |
| International Standard On Auditing 230, Audit Documentation https://www.ifac.org/system/files/downloads/a011-2010-iaasb-handbook-isa-230.pdf |
| Juan Zarate, Treasury's War (Public Affairs, 2013) |
| pursuant to resolution 1267 (1999) concerning Al-Qaida and the Taliban and associated individuals and entities addressed to the President of the Security Council, p. 15. https://undocs.org/pdf?symbol=en/S/2003/1070 |
| resolutions 1267 (1999) and 1989 (2011) concerning Al-Qaida and associated individuals and entities addressed to the President of the Security Councilhttps://www.securitycouncilreport.org/atf/cf/%7B65BFCF9B-6D27-4E9C-8CD3-CF6E4FF96FF9%7D/s_2014_815.pdf |
| Letter from MDL 1570 Plaintiffs' Executive Committee In Re Terrorist Attacks on September 11, 2001 (S.D.N.Y.) to Omar T. Mohammedi, Esq. and Frederick J. Goetz, Esq, March 30, 2018, summarizing statements made in meet-and-confer of March 19, 2018. |
| National Commission on Terrorist Attacks Upon the United States, Monograph on Terrorist Financing, Staff Report to the Commission,  available at https://govinfo.library.unt.edu/911/staff_statements/911_TerrFin_Monograph.pdf |
| PEC-KSA 002737 |
| PEC-WAMY014928-43 |
| Plaintiff's Reply Memorandum of Law in Support of the Motion to Compel Defendants World Assembly of Muslim Youth-Saudi Arabia and World Assembly of Muslim Youth-International to Produce Responsive Documents Pursuant to Federal Rule of Civil Procedure 37(a), April 13, 2018, pp 2, 5, 6, Case 1:03-md-01570-GBD-SN Document 3962. |

February 2, 2021, Rebuttal Report of Jonathan Winer
Reliance Materials and Materials Considered List

| |
|---|
| RAND National Defense Research Institute, "The Mujahedin-e Khalq in Iraq, A Policy Conundrum," https://www.rand.org/content/dam/rand/pubs/monographs/2009/RAND_MG871.pdf. See Chart C-1, pp 80-89. |
| Richard Clarke, "Against All Enemies," Free Press (2004) |
| The 9/11 Commission Report, July 22, 2004, https://govinfo.library.unt.edu/911/report/911Report.pdf |
| THE SAUDI CONNECTION: Wahhabism and Global Jihad, Carol E. B. Choksy and Jamsheed K. Choksy |
| The U.S.-Saudi Arabia counterterrorism relationship," Testimony, Daniel L. Byman, House Committee on Foreign Affairs' Subcommittee on Terrorism, Nonproliferation, and Trade,  May 24, 2016, https://www.brookings.edu/testimonies/the-u-s-saudi-arabia-counterterrorism-relationship/#four |
| U.S. v. Arnaout, N.D. Illinois, Eastern Division, No 02 CR 892 (SBC), Memorandum Opinion and Order, February 3, 3003. |
| Vice President Biden Delivered Remarks on Foreign Policy, Institute of Politics, Harvard University, October 2, 2014, see in particular Biden's statements from 53:24 to 59:12 minutes https://www.youtube.com/watch?v=dcKVCtg5dxM. |
| WAMYSA 018575 - 018755 |
| WAMYSA 066224 - 066240 |
| WAMYSA 066424 - 066441 |
| WAMYSA 066717 - 066751 |
| WAMYSA 066752 - 066802 |
| WAMYSA 066972 - 067030 |
| WAMYSA 067482 - 067515 |
| WAMYSA 067542 - 067657 |
| WAMYSA 1070344 - 1070599 |
| WAMYSA 1080588 - 1080745 |
| WAMYSA 9690-9738 |
| WAMYSA018579 |
| WAMYSA018593 |
| WAMYSA018603-WAMYSA018755 |
| WAMYSA018624 |
| WAMYSA018635 |
| WAMYSA0186609-83 |
| WAMYSA0188605 |
| WAMYSA0195478-79 |
| WAMYSA031289 - 91 |
| WAMYSA031292 |
| WAMYSA031302 - 04 |
| WAMYSA066424-WAMYSA066441 |
| WAMYSA066717-WAMYSA006751 |
| WAMYSA066752-WAMYSA066802 |
| WAMYSA066972-WAMYSA067030 |
| WAMYSA066982 |
| WAMYSA067482-WAMYSA067515 |

February 2, 2021, Rebuttal Report of Jonathan Winer
Reliance Materials and Materials Considered List

| |
|---|
| WAMYSA067542-WAMYSA067657 |
| WAMYSA067638 |
| WAMYSA067649 |
| WAMYSA082520-WAMYSA082521 |
| WAMYSA107344-WAMYSA1070599 |
| WAMYSA1080588-WAMYSA1080745 |