EXHIBIT Q

JUL 13 '93 08:52AM LAJNAT ALBIRR JEDDAH 6730941

EXHIBIT
914
J. Winer
7/13/2021
Debra A. Dibble, RDR, CRR, CRC



بسم الله الرحمن الرحيم

ملف اللجنة

لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

## محضر الإجتماع السابع لمجلس مشرفي لجنة البر

عقد. في تمام الساعة الحادية عشر من صباح يوم الخميس ١٨ / ١ / ١٤١٤ هـ بتوفيق من الله الإجتماع السابع لمجلس مشرفي لجنة البر الإسلامية وقد حضر الإجتماع كل من السادة الأعضاء التالي أسمائهم

١ - د . سـالم بن حمـاد الجهني

٢ - د . محمد بن محمد عمر جمجوم

٣ - د . عويض بن حربي العامدي

٤ - د . عبدالوهاب نور ولي

٥ - د . حسن بن عبدالقادر باحفظ الله

وممن غاب عن الإجتماع كل من

١ - د . أحمد بن عبد القادر باحفظ الله

٢ - د . سليمان بن ناصر باسهل

٣ - أ . شاهر بن عبدالرؤوف بارجي

٤ - أ . يوسف الأخضر القيم

وحدد جدول أعمال الإجتماع بالتالي : -

* مناقشة الوضع الحالي للجنة

* مناقشة ميزانية اللجنة لعام ١٤١٤ هـ

* مناقشة مشروع أمين عام منظمة المؤتمر الإسلامي (المؤسسة الإسلامية للسلم الإجتماعية)

* مناقشة ملخص رحلة المدير التنفيذي ن . . . لباكستان

* مناقشة مبلغ ( ٣٠,٠٠٠ دولار ) الخاصة بالقرن الإفريقي

* مناقشة تقرير اللجنة المشكلة لدراسة لائحة اللجنة .

جدة ٠ ص . ب . ٩٠٧٢ جدة ٢١٤١٣ . المملكة العربية السعودية . هاتف : ٦٧٣٠٩٤١ فاكس : ٦٧١٦٨٣٩
الرياض . ص . ب . ٦٤٥ الرياض ١١٤٤٣ . المملكة العربية السعودية . هاتف : ٤٦٢٨٩٧٥ / ٤٦٢٨٩٨١ فاكس : ٤٦٤١٧١٠
المدينة المنورة . ص . ب . ٩ المدينة المنورة . المملكة العربية السعودية . هاتف : ٨٢٢٨٧٤٨ فاكس : ٨٢٢٩٠٢٠
الدمام . ص . ب . ٣١٤١٣ الدمام . المملكة العربية السعودية . هاتف : ٨٤٢٥١١٦ فاكس : ٨٤٢٥١٥٩
بيشاور . ص . ب . ١٠٥٥ . باكستان . هاتف / فاكس : ٨١١٩٠٧

CONFIDENTIAL
WAMYSA1235455



لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

* مناقشة إقتراح تشكيل لجنة تنسيق لجان الندوة العامة .

* مايستجد من أعمال .

أولاً

بدأ الإجتماع بحديث موجز من قبل المدير التنفيذي المكلف للجنة عن أوضاع اللجنة الحالية وذلك بناءاً على طلب سعادة رئيس المجلس . أوجز المدير التنفيذي تقريره بالحديث عن آخر تطورات عملية الإستلام من المدير السابق فذكر ان جميع الأعيان سلمت بمافي ذلك صكوك عمارتي الوقف التابعة للجنة ومسك, وقفيتهما مع ملاحظه ان الملكية وصلت الوقفية مازالا بإسم الأستاذ / عـــادل بترجي ، هذا وقد إتخذ المجتمعون قراراً بأستشارة الشــيخ / حمد . ن عبيدي ، بشــأن ته وير أسهــــا ـ ـــظار الوقف ، على ان تتم هذه الإ ـــ ـــتشارة بواـــطة الدكتور / عويش حريري, و الدكتور / حسن باحفظ الله وضرورة التنسيق في هذا الشـأن مع الأستاذ عادل بترجي.

كذلك تحدث المدير التنفيذي عن اللقاء ، الذي تم مع بعض الشيوخ والإخوة الأفاضل بخصوص العلاقة مع الأستاذ / عادل بترجي وسمحاولة تلطيف التوتر الداخل في هذه العلاقة وقد لخص المدير نتيجة هذا اللقاء , بأنه كان هناك وعد من هؤلاء الشيوخ بالتدخل المباشر والسريع لإزالة هذا التوتر .

عقب ذلك تحدث المدير التنفيذي عن الوضع المالي للجنة وماتم من نشــاط إستثماري خلال الفترة الماضية والمتمثل في شراء فــيـلا جنوب شرق مدارس المنارات للبنين إضافة الى المسـاهمة في شراء أرض بواسطة الدكتور/ عبدالوهاب نور ولي ، هذا وقد صرف على شراء الفيلا مبلغ وقدره ( 1,525,000 ريال ) وعلى المساهمـة مبلغ ( خمسة ملايين ريال ) وقد أتفق على ان تسجل الفيلا بإسم الندوة العالمية للشباب الإسلامي – لجنة البر الإسلامية .

أقر المجتمعون مبدأ وضع مالدى اللجنة من أموال سائلة في محافظ إستثمارية لدى شركة الراجحي الى حين توفر فرص إستثمارية أفضل على ان تكون هذه المحافظ من النوع قصير الأجل .

ناقش المجتمعون بعد ذلك وضع الميزانية المقترحة للعام المالي الجاري . وقد قرر المجتمعون إستمرار الصرف, على أساس ميزانية العام المنصرم الى ان تتضح أوضاع اللجنة في القريب العاجل إن شاء الله وهذا يعني

CONFIDENTIAL
WAMYSA1235456

لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

عدم إقرار أي مشاريع جديدة أو التوسع في المشاريع القائمة ، على أن يستثنى من ذلك مشروعين فقط لأهميتهما وهما

١ – معهد البر الصنعاعي
٢ – مشروع الدواجــــــــن .

ناقش المجتمعون أيضاً إمكانية ضم بعض الدارسين من غير الأفغان إلى معهد الإمام أبي حنيفة وأقروا مجتمعين ضم بعض الأعداد البسيطة من الإخوة الطاجيك والكشميريين على أن يترك الإختبار والعدد لإدارة المعهد

ثانياً :

طلب ســـعادة رئيس المجلس من المدير التنفيذي وضع ميزانية العام الحالي مفصلة وإرسالها إلى جميع الأعضاء . قبل موعد الإجتماع القادم له جاس مع تقديم صورة تفصيلية للوضع المالي للجنة بأرقام الحسابات وأرصدتها وإقتراح وجود المسؤول المالي في اللجنة الإجتماع القادم لمناقشته في بنود الميزانية

ثالثــــــاً :

إنتقل المجتمعون بعد ذلك إلى البند الثالث من جدول الأعمال والذي يحتوي على الطلب المقدم من معالي أمين عام منظمة المؤتمر الإسلامي والمتمثل في طلبه دعم مشروع إنشاء مجمع إسلامي في دولة النيجر هذا وقد أقر المجلس دعم هذا الطلب بأن يتم الإلتزام بإنشاء المسجد المقترح في المشروع بالتكلفة المقترحة له في الدراسة المقدمة للمشروع .

رابعــــاً :

عرض المدير التنفيذي ملخصاً لرحلته إلى مكتب اللجنة في بيشاور وبعض مشاريع اللجنة بداخل أفغانستان وقد تأجل نقاش نتيجة هذه الزيارة إلى الإجتماع القادم لإعطاء الأعضاء فرصة للإطلاع على التقرير وقرائته ..

خامســـاً :

عرض المدير التنفيذي بعض القضايا المالية المعلقة بين المدير التنفيذي السابـــق وبعض الجهات والأفراد ومنها

CONFIDENTIAL                                                    WAMYSA1235457



قضية المبلغ الخاص بمؤسسة هـــــارا ( القرن الإفريقي ) وقضية المسجد المتبرع به من بعض المتبرعين من المنطقة الشرقية ، إضافة الى قضية عدم تسديد كفالات الأيتام بأفغانستان الربع الأخير من العام ١٤١٢ وقد طلب سعادة رئيس المجلس من المدير التنفيذي المكلف ان يكتب لسعادة المدير التنفيذي السابق خطاباً بكل هذه القضايا رجاء تسديد المترتب عليه من إلتزامات مالية إيفاءاً بوعده للجنة الإستلام والتسليم بأن يقوم بتسديد أي إلتزامات مستقبلاً وأن يعد لهذه القضايا وما يشابهه مما قد يرد مستقبلاً ملفاً خاصاً بها يحتفظ به في اللجنة كنوع من التوثيق .

سادساً

طلب سعادة د / محمد محمد عمر جمجوم عضو اللجنة المشكلة لدراسة لائحة اللجنة تأجيل النظر في اللائحة للإجتماع القادم لإعطاء اللجنة فرصة أفضل لإعداد هذه الدراسة ، وقد وافق المجتمعون على هذا الإقتراح

سابعاً

طلب المدير التنفيذي المكلف تأجيل مناقشة هذا البند لعدم تمكنه من إعداد الدراسة المقترحة لظروف سفره وأقر المجتمعون ذلك أيضاً

أخيراً ناقش المجتمعون في بند مايستجد من أعمال وفي غياب المدير التنفيذي الموضوعين التاليين :

١ - تمديد فترة تكليف المدير التنفيذي الحالي للفترة أخرى نظراً لقرب إنتهاء فترته الأولى .

٢ - تاريخ بدأ صرف مكافئة المدير التنفيذي والتي قررت في الإجتماع السادس .

وقد إتخذ المجتمعون بصدد الموضوعين القرارين التاليين :

١ - تمدد فترة تكليف الدكتور / حسن باحفظ الله لمدة ستة شهور أخرى إبتداءاً من ١ / ٢ / ١٤١٤ هـ وحتى تاريخ ٣٠ / ٧ / ١٤١٤ هـ .

٢ - تصرف للدكتور / حسن باحفظ الله المكافئة المحددة في الفقرة ( أ ) من البند سابعاً من محضر إجتماع مجلس المشرفين السادس وذلك إبتداءاً من ١ / ١١ / ١٤١٣ هـ مع ضرورة تفرغ الدكتور لأعمال اللجنة وإعطاء اللجنة فترة عمل في حدود ست ساعات يومياً .

CONFIDENTIAL

WAMYSA1235458



# لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

هذا وقد إنتهى الإجتماع في حوالي الساعة الواحدة والنصف من بعد ظهر يوم الخميس ١٨ / ١ / ١٤١٤هـ بكلمة شكر للحضور من قبل سعادة رئيس المجلس وأخر دعوانا ان الحمدلله رب العالمين ..

د. محمد بن محمد عمر جمجوم     د. عبدالوهاب نور ولي     د. عويش بن حربي الغامدي

د. حسن بن عبدالقادر باحفظ الله     د. مسامع بن حماد الجهني

CONFIDENTIAL                                                                                          WAMYSA1235459

In the name of Allah, the Merciful, the Gracious

**Islamic Benevolence Committee**  [*logo of the Committee*]

World Assembly of Muslim Youth

### Minutes of the Seventh Meeting of the Benevolence Committee's Supervisory Council

At 11 p.m. on Thursday 18/1/1414 (July 8, 1993) [*illegible*], the Islamic Benevolence Committee's Supervisory Council's 7th meeting was held. The meeting was attended by the following members:

1- Dr. Mane' bin Hammad Al-Jahni
2- Dr. Mohammed bin Mohammed Omar Jamjoom
3- Dr. Oweish bin Harbi Al-Ghamedi
4- Dr. Abdel Wahab Noor Wali
5- Dr. Hasan bin Abd al-Qadir Bahifz Allah

Whereas the following have [*illegible*] the meeting:

1- Dr. Ahmed bin [*illegible*] Bahifz Allah
2- Dr. Suleiman bin Nasser Basahel
3- Mr. Shaher bin Abd El-Ra'ouf Batargy
4- Mr. Yousif El-Aghdar El-Kayem

The meeting's agenda included the following:

- Discussing the Committee's current situation
- Discussing the Committee's 1414 (1993) budget
- Discussing the project of the Organization of Islamic Conference[1]'s (An Islamic social organization for peace) Secretary General
- Discussing the summary of the Executive Director's trip [*illegible*] to Pakistan
- Discussing the amount of 30,000 dollars of the Horn of Africa
- Discussing the report of the Committee constituted to study the Committee's Statutes.

---

Jeddah [*illegible*] 9072 Jeddah 21413  Saudi Arabia  [*illegible*]  6730941  Fax: 6716839  Riyadh [*illegible*] 845  Riyadh Saudi Arabia  [*illegible*] 4628981/ 4628975 Fax: 4641710  [*illegible*] 5059 Al Madinah Al Munawwarah Saudi Arabia Telephone: 8228748  Fax: 8229020  [*illegible*] 9104 Al-Dammam  31463. Saudi Arabia. Al-Dammam 31413. Telephone: 8425116 Fax: 8425159 [*illegible*] P.O. Box 1055. Pakistan. Telephone/Fax: 811907

---

[1] Former name of the Organization of Islamic Cooperation (OIC).

In the name of Allah, the Merciful, the Gracious

**Islamic Benevolence Committee**  [*logo of the Committee*]

World Assembly of Muslim Youth

- Discussing the proposal of constituting a coordination committee of the Assembly's general committees
- Miscellaneous

**First:**

The meeting was opened with a brief speech by the Executive Director in charge of the Committee's current situation, as requested by his Excellency the Chairman of the Council. The Executive Director briefly spoke in his report of the latest updates regarding the handover from the former Director. He stated that all [*illegible*] were handed over, including [*illegible*] Sukuk-Waqf of the Committee, noting that the ownership and Sukuk-Waqf are still held by Mr. Adel Batterjee. The attendees decided to consult Sheikh [*illegible*] about [*illegible*] the names of Waqf managers. These consultations are to be made through Dr. Oweish Harbi and Dr. Hassan Bahifz Allah, in liaison with Mr. Adel Batterjee in that regard.

The Executive Director spoke also of meeting with some Sheikhs and respected brothers about relations with Mr. Adel Batterjee, in an attempt to ease the tension. The Director summarized the results of this meeting, stating that a promise was made by the sheikhs to quickly and directly intervene to ease such tension.

Afterwards, the Executive Director addressed the financial situation of the Committee, and the investment activity made during the previous period, as represented in purchasing a villa South-East of the Al-Manarat Schools for boys and contributing to a purchase of a piece of land by Dr. Abdel Wahab Noor Wali. An amount of 1.525.000 Saudi Riyal was spent on purchasing the villa, and an amount of 5 million Saudi Riyal for the contribution. There was an agreement to register the villa under the name of the World Assembly of Muslim Youth – Islamic Benevolence Committee.

The attendees approved the principle of putting all the Committee's fluid capital in the Al Rajhi Investment Fund Company's investment portfolio, until a better investment opportunity is provided, making this procedure preferable as a short-term investment portfolio.

Afterwards, the attendees discussed setting the proposed budget of the current fiscal year. They have decided to keep the expenditure the same as last year's budget, until the Committee's situation is, hopefully, clearer in the near future. This indicates that no approval for new projects shall be granted and no expansion of ongoing projects shall be made, apart from only two significant projects, which are as follows:

1- The Industrial Benevolence Institute
2- Poultry Project

The attendees also discussed the possibility of enrolling some of the non-Afghan scholars in Imam Abu Hanifa Institute. They approved enrolling a few numbers of Tajiks and Kashmiris, leaving it to the Institute's administration to decide upon the [*illegible*] and number.

In the name of Allah, the Merciful, the Gracious

**Islamic Benevolence Committee**  [*logo of the Committee*]

World Assembly of Muslim Youth

**Second:**

The Chairman of the Council requested the Executive Director to set a detailed budget for that year to be communicated to all members before the next Council meeting, providing in detail a view of the Committee's current financial situation through bank account numbers and account balances and suggesting the presence of the financial officer in the Committee's next meeting to discuss the budget items.

**Third:**

The attendees moved to the third item of the agenda, which includes a request by his Excellency the Organization of Islamic Conference Secretary General. It suggests his request to support establishing an Islamic complex in the Republic of Niger. The Council approved supporting this request, adhering to the proposed costs of the suggested mosque in the project's study.

**Fourth:**

The Executive Director presented a summary of his trip to the Committee's Office in Peshawar and some of the Committee's projects in Afghanistan. Discussion of the visits' results was postponed to the next meeting, to give the members an opportunity to look into and read the reports.

**Fifth**:

The Executive Director presented some of the outstanding financial matters with the former Executive Director, as well as some entities and individuals. Among these matters are the amount of money of the Hara Organization (Horn of Africa), the donated mosque by the donors of the Eastern side and failure to pay the guarantees of the orphans in Afghanistan during the last quarter of 1412 (1992). The Chairman of the Council requested the mandated Executive Director to write a letter to the former Executive Director, stating all these matters and requesting him to kindly pay these financial obligations in order to fulfill his promises to the Reception and Handover Committee. He must pay any future obligations and prepare a file of this matter and similar future matters for the Committee's record [*illegible*].

**Sixth:**

Dr. Mohamed Mohamed Omar Jamjoom, a member of the Committee appointed to study the Committee's Statutes, requested to postpone reviewing the Statutes to the next meeting, in order to give the Committee's members a better chance to prepare for such a study. The attendees approved this proposal.

In the name of Allah, the Merciful, the Gracious

**Islamic Benevolence Committee**  [*logo of the Committee*]

World Assembly of Muslim Youth

**Seventh:**

The mandated Executive Director requested to postpone the discussion of that item for his inability to prepare the suggested study, due to his travels. The attendees also approved this.

Finally, the attendees discussed, in the absence of the Executive Director, the two following matters of miscellaneous items:

1- Extending the current Executive Director's mandate to another term, due to the approaching end of his first term.
2- The date of the Executive Director's bonus release, which was approved in the sixth meeting.

In respect of these two matters, the attendees approved the following:

1- Extending the mandate of Dr. Hassan Bahifz Allah for an additional 6 months, as of 1/2/1414 (August 1, 1993) until 30/7/1414 (December 21, 1993).
2- The approved bonus in Para. (A) Seventh item of the minutes of the Supervisory Council's sixth meeting shall be released to Dr. Hassan Bahifz Allah as of 1/11/1413 (April 23, 1993), on the condition the Doctor works full-time on the Committee's operations for around six working hours per day.

The meeting was concluded at around half past one in the afternoon. on Thursday 18/1/1414 (July 8, 1993) with a word of thanks to the attendees by the Chairman of the Council. And finally, we offer a prayer in praise of our Lord.

| | | |
|---|---|---|
| Dr. Mohammed bin Mohammed Omar Jamjoom | Dr. Abdel Wahab Noor Wali | Dr. Oweish bin Harbi Al-Ghamedi |
| Dr. Hasan Bin Abd al-Qadir Bahifz Allah | | Dr. Mane' bin Hammad Al-Jahni |



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
Toll free: 888 250 2611
Fax: 914 219 0919
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Yasser Mansour is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**File: WAMYSA1235455-59-LBI 7th Meeting Minutes**

Sworn to before me this

12 day of July of 2021

_V. Vaile_
Translation Manager

_[signature]_
Notary

LYVONNE C ELLIS
Notary Public - State of New York
NO. 01EL6238544
Qualified in Kings County
My Commission Expires Apr 11, 2023

ata MEMBER
American Translators Association

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling