EXHIBIT R

EXHIBIT
915
J. Winer
7/13/2021
Debra A. Dibble, RDR, CRR, CRC



**World Assembly of Muslim Youth** — الندوة العالمية للشباب الإسلامي

بسم الله الرحمن الرحيم

اسم منظمة البر ...
لجنة البر ...

مكتب الأمين العام
Office of the Secretary General

الرقم ........ ٤٤٣١/١
التاريخ ...... ٢/٩/١٤١٣هـ

سعادة الأخ الفاضل الاستاذ / عادل بترجي             حفظه الله
رئيس منظمة لجنة البر الاسلامية العالمية

السلام عليكم ورحمة الله وبركاته ..

يسرني أن أحيط سعادتكم علما بأن الندوة قد علمت بتكوينكم منظمة تحمل اسم منظمة البر العالمية .. ولما كان التشابه واضحا فيما بين المنظمة ولجنة البر الاسلامية في الندوة سواء من ناحية الشعار الموحد لهما او دورهما ووظيفتهما هاشى ارجو من سعادتكم ان يؤخذ ذلك مستقبلا بعين الاعتبار حيث ان نتيجته قد تعود بالليس على المتعاملين والمتبرعين رغم عدم وجود رابطة بينهما من الناحية التنظيمية والادارية .

آمل التنبيه على المتعاونين مع منظمتكم بمراعاة ذلك اذا ظل شعار المنظمة على ما هو عليه واسمها كذلك حيث ان الندوة تعتبر غير مسئولة مع لجنة البر التابعة لها عما يصدر من المنظمة من نشاطات او اعلانات كما ارجو التأكيد على المتعاونين مع المنظمة في حالة جمع التبرعات داخل المملكة على عدم الخلط بين اللجنة والمنظمة نظرا لأهمية هذا الأمر .

شاكرين ومقدرين حسن تعاونكم واهتمامكم ..

والسلام عليكم ورحمة الله وبركاته ،،،،

الأمين العام
للندوة العالمية للشباب الاسلامي

د . مانع بن حماد الجهني

ب/م - ٢٢٥

P.O.Box 10845 · Riyadh 11443 · Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

FED-PEC0114420

In the name of Allah, the Merciful, the Gracious

**World Assembly of Muslim Youth**   [*logo of the Assembly*]   الندوة العالمية للشباب الإسلامي

| Office of the Secretary General | No.: 4431……………….…………….. <br> Date: 1/9/1413 (February 23, 1993) …… |
|---|---|

His Excellency the honorable brother Professor / Adel Batterjee
President of the International Islamic Benevolent Organization

It gives me pleasure to inform you that the Assembly has learned that you have formed an organization bearing the name of the Islamic International Benevolent Organization. Given the close similarity between the organization (MUNATHAMA) and the Islamic Benevolent Committee of the Assembly, whether in terms of their unified logo or their role and function, I hope that your Excellency will take this into consideration in the future, as it may confuse the clients and donors, despite the absence of any relationship between them from an organizational and administrative aspect.

It is my hope to alert those cooperating with your organization to take this into account if the organization's logo and name remain as they are, since the Assembly and the Benevolent Organization affiliated with it are considered not responsible for the activities or announcements issued by the organization. I wish to urge the cooperators not to confuse the Committee with the organization (MUNATHAMA) in the case of fundraising inside the Kingdom, due to the importance of this matter.

Thank you for your kind cooperation and interest.

Secretary General                                   [*round seal*]
World Assembly of Muslim Youth
Dr. Mana' bin Hammad Al-Juhani

P.O. Box 10845, Riyadh 11443. Prince Sultan Bin Abdul Aziz Str. Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - شارع الأمير سلطان بن عبد العزيز - العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٩ / ٤٦٤١٦٦٣ (٠١)، برقياً: اسلامية الرياض
تلكس ٤٠٥٢٢٠ / ٤٠٠٤١٣ اسلامي اس جس، فاكس ٤٦٤١٧١٠ / ٤٦٤١٦٧٦ (٠١)



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
Toll free: 888 250 2611
Fax: 914 219 0919
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)  §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Yasser Mansour is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following document from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**File: FED-PEC0114420**

Sworn to before me this

12 day of July of 2021

Translation Manager

Notary

LYVONNE C ELLIS
Notary Public - State of New York
NO. 01EL6238544
Qualified in Kings County
My Commission Expires Apr 11, 2023

ata MEMBER
American Translators Association

Translation   Interpretation   Transcription   DTP   Voice-over   Subtitling