UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

This document relates to:     All Cases

**NOTICE OF PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE AND/OR LIMIT PROPOSED TESTIMONY OF DEFENDANTS' PROPOSED EXPERTS, JONATHAN BENTHALL, CHARLES W. FREEMAN, JONATHAN MARKS, AND JOHN SIDEL**

Plaintiffs, by their counsel below, based on the accompanying Memorandum of Law, the Declaration Robert T. Haefele, Esq., and the Exhibits attached thereto, hereby move this Court for an Order, pursuant to Fed. R. Evid. 702, 401, 403 and the other authorities cited in plaintiffs' Memorandum of Law, to exclude and/or limit proposed testimony of defendants' proposed experts, Jonathan Benthall, Charles W. Freeman, Jonathan Marks, and John Sidel.

Dated:     November 15, 2021

        Respectfully,

| | |
|---|---|
| MOTLEY RICE LLC | COZEN O'CONNOR |
| By: /s/ Robert T. Haefele | By: /s/ Sean P. Carter |
| JODI WESTBROOK FLOWERS | SEAN P. CARTER |
| DONALD MIGLIORI | SCOTT TARBUTTON |
| ROBERT T. HAEFELE | COZEN O'CONNOR |
| MOTLEY RICE LLC | One Liberty Place |
| 28 Bridgeside Boulevard | 1650 Market Street, Suite 2800 |
| Mount Pleasant, SC 29465 | Philadelphia, Pennsylvania 19103 |
| Tel.: (843) 216-9184 | Tel.: (215) 665-2105 |
| Email: rhaefele@motleyrice.com | Email: scarter@cozen.com |
| For the Plaintiffs' Exec. Committees | For the Plaintiffs' Exec. Committees |

KREINDLER & KREINDLER LLP

By: /s/ Andrew J. Maloney
JAMES P. KREINDLER
ANDREW J. MALONEY, III
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: amaloney@kreindler.com
For the Plaintiffs' Exec. Committees