### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to: *All Actions*

---

### DECLARATION OF ROBERT T. HAEFELE TRANSMITTING EVIDENCE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE AND/OR LIMIT PROPOSED TESTIMONY OF DEFENDANTS' PROPOSED EXPERTS, JONATHAN BENTHALL, CHARLES W. FREEMAN, JONATHAN MARKS, AND JOHN SIDEL

---

I, Robert T. Haefele, pursuant to 28 U.S.C. §1746, declare, under penalty of perjury that the following statements are true and correct:

1.       I am an attorney admitted to practice in the above-captioned matter, a member of the Plaintiffs' Executive Committees in this MDL, and associated with the law firm Motley Rice LLC, counsel for plaintiffs in this MDL.

2.       I submit this Declaration to identify and transmit into evidence the exhibits referenced in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Daubert Motion to Exclude and/or Limit Proposed Testimony of Defendants Proposed Experts, Johnathan Benthall, Charles W. Freeman, Jonathan Marks, and John Sidel.

3.       Attached hereto are true and correct copies of the Exhibits identified below.

4.       Exhibit 1 is a copy of the Expert Report of Jonathan Benthall on behalf of Muslim World League, the International Islamic Relief Organization and Drs. Naseef, Al-Obaid, Al-Turki and Basha, dated August 3, 2020.

5.      Exhibit 2 is a copy of Expert Report of Jonathan Benthall on behalf of Yassin Abdullah Kadi, dated February 1, 2021.

6.      Exhibit 3 is a copy of Expert Report of Charles W. Freeman, Jr. on behalf of the World Assembly of Muslim Youth, dated August 5, 2020.

7.      Exhibit 4 is a copy of Expert Report of Jonathan T. Marks on behalf of World Assembly of Muslim Youth, dated August 7, 2020.

8.      Exhibit 5 is a copy of Expert Report of John T. Sidel on behalf of Muslim World League, the International Islamic Relief Organization and Drs. Naseef, Al-Obaid, Al-Turki and Basha, dated July 29, 2020.

9.      Exhibit 6 is a copy of Expert Report of Jonathan M. Winer on behalf the plaintiffs, dated March, 10, 2020.

10.     Exhibit 7 is excerpted pages from the Deposition of Jonathan Benthall, taken on July 20, 2021.

11.     Exhibit 8 is excerpted pages from the Deposition of Charles W. Freeman, Jr., taken on April 6, 2021.

12.     Exhibit 9 is a copy of Freeman Deposition Exhibit 559, including the Comment Posted to "Sic Semper Tyrannis" blog by "Tidewater" on May 18, 2020 at 02:01 AM, on pages 5-6.

13.     Exhibit 10 is excerpted pages from the Deposition of Jonathan T. Marks, taken on July 22, 2021.

14.     Exhibit 11 is excerpted pages from the Deposition of John T. Sidel, taken on April 27, 2021.

15.     Exhibit 12 is a copy of a document bearing Bates stamp markings WAMYSA 2296, produced by the World Assembly of Muslim Youth.

16.  Exhibit 13 is a copy of a document bearing Bates stamp markings WAMYSA 082520-21, produced by the World Assembly of Muslim Youth.

17.  Exhibit 14 is a copy of a document bearing Bates stamp markings WAMYSA 044850-51, produced by the World Assembly of Muslim Youth.

18.  Exhibit 15 is a copy of Exhibit 159, introduced at the Deposition of Adnan Basha on February 21, 2019, identified as a Press release dated August 3, 2006, titled "Treasury Designates Director, Branches of Charity Bankrolling Al-Qaida;" plaintiffs produced the document in this multidistrict litigation with bates stamp FED-PEC0202110 to -112.

19.  Exhibit 16 are excerpted pages from the Deposition of Saleh al Wohaibi, Ph.D., individually and as a Federal Rule of Civil Procedure 30(b)(6) designee for WAMY, taken on October 23, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Mount Pleasant, South Carolina, on November 15, 2021

/s/
Robert T. Haefele, Esq.