This Transcript Contains Confidential Material

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2
 3   IN RE: TERRORIST ATTACKS    )  03-MDL-1570 (GBD) (SN)
     ON SEPTEMBER 11, 2001       )
 4                               )
 5
 6
 7

                        — — —
 8
                 Tuesday, July 20, 2021
 9                      — — —
10           THIS TRANSCRIPT CONTAINS
               CONFIDENTIAL MATERIAL
11                      — — —
12
13        Remote video-recorded deposition of JONATHAN
     BENTHALL, held at the location of the witness,
14   commencing at 12:03 p.m., on the above date, before
     Debra A. Dibble, Certified Court Reporter,
15   Registered Diplomate Reporter, Certified Realtime
     Captioner, Certified Realtime Reporter and Notary
16   Public.
17
                        — — —
18
19
20
21
22
23
             GOLKOW LITIGATION SERVICES
24        877.370.DEPS | fax 917.591.5672
                  deps@golkow.com
25
```

This Transcript Contains Confidential Material

```
 1          A.      It was prepared by me for --

 2    originally for other purposes and reviewed

 3    and updated for this particular purpose.

 4          Q.      And I take it that everything

 5    in here is accurate; correct?

 6          A.      I hope so.  But barring typos

 7    and things like that, it was certainly

 8    compiled with the intention of being

 9    accurate.

10          Q.      So let's go through your formal

11    education, if we can, starting with your

12    undergraduate degree.

13                  You have a degree in English

14    literature?

15          A.      That's correct.  English

16    language and literature, it was called.

17          Q.      Okay.  And that was from the --

18    that's from King's College in Cambridge?

19          A.      Correct.

20          Q.      And you graduated in 1962; is

21    that correct?

22          A.      Correct.

23          Q.      Was that the end of your formal

24    education?

25          A.      That's correct.
```

This Transcript Contains Confidential Material

```
 1          Q.     And I'm not sure, because

 2     perhaps the British system is a little

 3     different, it says MA.

 4                 Does that denote a master's

 5     degree, or is that an undergraduate degree?

 6          A.     The MA, it's a rather

 7     old-fashioned system that you can upgrade to

 8     an MA just after a few years have passed.  I

 9     never took a master's degree.

10          Q.     So you would have what's the

11     equivalent of an undergraduate degree in

12     English literature; fair?

13          A.     That's correct.

14          Q.     And was that the end of your

15     formal education?

16          A.     It was the end of my formal

17     education, yes.

18          Q.     Okay.  And then you began

19     working 1964?

20          A.     Correct.

21          Q.     And I see here on the CV you

22     worked for International Teaching Machines

23     and also IBM United Kingdom; is that right?

24          A.     Correct.

25          Q.     Can you tell us what you did
```

This Transcript Contains Confidential Material

```
 1    for International Teaching Machines?

 2         A.     Well, this was right at the

 3    ground floor of the automated learning

 4    industry, which was at a very primitive

 5    stage.  It was based on microphone readers in

 6    which you would -- they had -- well, they had

 7    both linear programs where you just proceeded

 8    through a series of lessons, one by one, and

 9    then gave your answers.

10              Or there were branching

11    programs where you had a microphone where you

12    press buttons which jump the film from one

13    position to another.  Extremely primitive,

14    before the age of computers, but some of the

15    principles of which later led to computer

16    assisted learning were being explored at the

17    time.

18         Q.    The International Teaching

19    Machines, you've listed that as the Industry

20    of Finance.

21              Did you have some kind of

22    background in finance, or was your day-to-day

23    job dealing with financial matters while you

24    were at International Teaching Machines?

25         A.    That paragraph is perhaps
```

This Transcript Contains Confidential Material

```
 1    misleading.  I worked in industry and

 2    finance.  The financial aspect was as an

 3    investment analyst with Henderson

 4    Administration Limited, where International

 5    Teaching Machines and IBM were the industry

 6    part of that sentence.

 7               MR. MALONEY:  We're going to

 8          have to do something to fix the volume

 9          here, because I'm really having

10          trouble.  I mean, I have the realtime,

11          which is obviously of great

12          assistance, but is there something we

13          can do to fix -- it's just terrible on

14          my end.

15               MR. NASSAR:  Yeah, we have some

16          IT help, so if we can go off the

17          record for two minutes, I think we can

18          try to sort it out.

19               MR. MALONEY:  Yeah, let's go

20          off the record.

21               THE VIDEOGRAPHER:  Off the

22          record at 12:25 p.m.

23               (Recess taken, 12:25 p.m. to

24          12:28 p.m. BST)

25               THE VIDEOGRAPHER:  Back on the
```

This Transcript Contains Confidential Material

1        record at 12:28 p.m.

2        Q.    (BY MR. MALONEY)  Mr. Benthall,

3    before we went off the record, I was asking

4    you about the work you did for the five years

5    at International Teaching Machines and IBM.

6            My question is really this:

7    Did you do anything with regard to finances

8    or investment work as an investment analyst,

9    or were you more of a data entry-type of

10   person?

11       A.    There, I was in the case of IBM

12   United -- International Teaching Machines, I

13   was really concerned with what was then

14   called program learning and preparing

15   programs for teaching all sorts of different

16   subjects, like biology or how to be an air

17   hostess, and things like that.

18           With IBM, I did different

19   things.  I was working on the System360 and

20   trying to help one of their big customers,

21   which was ICI Paints division, get their

22   computer working on things like the share

23   register and other things.  But it was --

24   systems engineer was a rather absurdly grand

25   name for my actual tasks, but that was what

This Transcript Contains Confidential Material

```
 1    they called it.
 2              I think it was -- I also went
 3    through their sales school, because IBM at
 4    that time based their sales school on how --
 5    on who was selling, so I did a bit of sales.
 6    And then I moved to head office for a time
 7    and got to know a bit about how this big
 8    international, multinational company was
 9    structured with it organograms and its report
10    relationship between IBM United Kingdom and
11    IBM World Trade, which was a huge
12    bureaucracy, with some technical methodology.
13              Now, when I moved to Henderson
14    Administration Limited, that was quite
15    different.  Nothing to do with computers.
16    Henderson Administration was a major
17    investment trust manager, with some very big
18    investment trusts.  One was called the Wytan,
19    W-Y-T-A-N, Investment Trust, and I was doing
20    investment analysis and stock market analysis
21    and trying to read balance sheets and
22    determine how strong a company was, and on
23    occasion, visit a company to interview the
24    managers on behalf of the investment
25    managers.  So that's what I did during that
```

This Transcript Contains Confidential Material

```
 1    short period.

 2         Q.     Let me see if I can break that

 3    up.

 4              So at International Teaching

 5    Machines, you didn't have any work or

 6    involvement with finance; correct?

 7         A.     Correct.

 8         Q.     And at IBM, you didn't have any

 9    work with regard to finance or investment;

10    correct?

11         A.     I had -- that's correct, but I

12    did have work to do with root financial

13    reporting and relationships between national

14    branches, national companies set up by IBM

15    and World Trade Center in America, which was

16    coordinating all of these companies, all of

17    these national branches or affiliates of IBM.

18         Q.     So let me see if I understand

19    that.  You were involved with financial

20    reporting, reviewing that material for

21    worldwide branches of IBM?

22         A.     I was -- I find it a little

23    hard to remember now.  It was a fairly short

24    period, but I was one of the -- one of the

25    problems I was looking at was the
```

This Transcript Contains Confidential Material

```
 1    relationship between the -- between IBM

 2    United Kingdom and the wider structure that

 3    IBM and the particular problems that IBM had

 4    in maintaining its overall oversight of what

 5    was going on in each country.

 6              And you recall these were days

 7    when antitrust legislation was very

 8    important, because IBM had been the subject

 9    of some antitrust suits in the United States.

10    And the law of the United States on antitrust

11    extended to the United Kingdom, and so I was

12    engaged in a little bit of what was called

13    commercial analysis, which was looking at the

14    competitors of IBM and how they're different

15    and how IBM United Kingdom positioned itself

16    with regard to its British competitors.  So

17    there was a little bit of that as well.

18              So I learned something about

19    corporate organization, particularly with

20    regard to multinational companies.

21        Q.    And was it important to have

22    reporting -- was it important to have the

23    reporting requirements comply with the law?

24        A.    Absolutely.  Not just with

25    British law, but with American antitrust law.
```

This Transcript Contains Confidential Material

```
 1        Q.    And was it important to have
 2   full transparency for the authorities on the
 3   financial matters for IBM?
 4        A.    As far as I'm aware, I did
 5   again -- nobody accused IBM at any time of
 6   any transgressions, and they were extremely
 7   careful to comply with both domestic law and
 8   U.S. antitrust law.
 9        Q.    And so all their financial
10   transactions would be documented and be
11   readily available for anybody who was
12   authorized to look at them.  Fair?
13             MR. NASSAR:  Objection,
14        foundation.
15        A.    I was at a very junior level.
16   I was in my 20s, and I didn't have access to
17   very high institutional politics.  I was just
18   asked to analyze certain documents from time
19   to time.
20        Q.    (BY MR. MALONEY)  When you
21   say --
22        A.    I can't --
23        Q.    Sorry.
24        A.    I can't say that I was senior
25   enough in the company to have had any real
```

1    responsibility for transparent reporting or

2    anything of the kind.  I was doing the junior

3    analytical work, such as you would expect

4    somebody in their 20s with no particular

5    accounting qualifications to do.

6        Q.    I guess that's what I was

7    getting at.  What qualifications did you have

8    to do analytical work on any of the financial

9    matters?

10       A.    Well, they had a policy of

11   appointing people from all sorts of education

12   and putting them through tasks that they

13   might not have had a training.  But I think

14   it's pretty usual, for instance, with

15   McKinseys and companies like that, they pick

16   people with all sorts of educational

17   backgrounds.

18       Q.    How long did you stay at IBM in

19   that junior position?

20       A.    I think it must have been

21   about -- I think it must have been about two

22   or maybe three years.

23       Q.    So two or three of the

24   five-year period from 1964 to 1969; is that

25   fair?

This Transcript Contains Confidential Material

```
 1        A.      Yes.

 2        Q.      And then how long were you at

 3   Henderson Administration?

 4        A.      That was about two years.

 5        Q.      Okay.  So let's go back to the

 6   beginning, International Teaching Machines.

 7                Were you there a year or less

 8   than a year?

 9        A.      I think that was about one year

10   or a little more than two, two or three years

11   at IBM and two or three years at Henderson

12   Administration.  I can't recall the exact

13   dates I left --

14        Q.      And can you --

15                Sorry.

16        A.      Sorry, please complete the

17   question.

18        Q.      Yeah.  What were you doing as

19   an investment analyst at Henderson?

20        A.      I was given very swift basic

21   training in investment analysis and was put

22   to work on analyzing company reports and

23   balance sheets and stock market reports and

24   occasionally visiting companies to interview

25   the managers and join in recommendations to
```

This Transcript Contains Confidential Material

```
 1    managers as to whether they should either

 2    invest or sell their stocks, if they -- if

 3    the stock was not doing so well; if the

 4    company was not doing so well or its

 5    prospects did not seem very good.

 6         Q.     And in analyzing, I take it you

 7    reviewed various documents and materials

 8    about the investment or the company that

 9    investors were looking at; is that fair?

10         A.     Yes.

11         Q.     That would include balance

12    sheets, that would include profits, losses,

13    things like that?

14         A.     Yes.  I learned how to read a

15    balance sheet, which was, I found, very

16    useful in later life because I find that many

17    very high-powered academics that I worked

18    with later in my career were completely

19    unable to read a balance sheet.  They didn't

20    often want to admit it.

21                So I did find it useful to have

22    had this admittedly basic training in

23    financial matters that I learned in the City

24    of London.

25         Q.     By the way, those financial
```

```
 1    transactions were -- were they being done in

 2    cash or something else?

 3         A.    No.  This was all done through

 4    the stock market except perhaps occasionally

 5    with a starter, with a company that financed

 6    start-up companies.

 7         Q.    It's fair to say that there was

 8    a paper trail for everything; correct?

 9              MR. NASSAR:  Objection,

10         foundation.

11         A.    I would imagine.  The company

12    that I worked for was one of the leaders in

13    the field.  They were closely linked with

14    perhaps the most prestigious stockbroker at

15    the time, called Cazenove; and I had no

16    reason to think that they didn't behave

17    extremely ethically, and also very much

18    opposed to insider trading and taking steps

19    to avoid anything of that kind.

20         Q.    (BY MR. MALONEY)  And one of

21    the ways to do that is to have a

22    well-documented file for all the work that's

23    being performed at Henderson; correct?

24              MR. NASSAR:  Objection, form.

25         A.    I have no reason to believe
```

This Transcript Contains Confidential Material

```
 1    that there was anything inappropriate about

 2    their documentation.  And if there was any

 3    indication that a company was behaving badly,

 4    then this is a black mark.  In fact, I

 5    remember that Robert Maxwell was a prominent

 6    industrialist or commercial figure at that

 7    time, and he was very much given the cold

 8    shoulder because people thought he had cut

 9    too many corners.

10              He had gone bankrupt and then

11    resumed his activities, and this was thought

12    to be very bad behavior, and they wouldn't

13    invest -- they didn't invest in any of his

14    pensions.

15         Q.   (BY MR. MALONEY)  Mr. Benthall,

16    my question was a little bit more general.

17    The way to stay out of trouble is to comply

18    with the law and document everything you're

19    doing so that there's a paper trail, so that

20    there's transparency when it's needed.

21              Was that something that was

22    being practiced at Henderson when you were

23    there?

24              MR. NASSAR:  Objection, form;

25         objection, foundation.
```

```
 1          A.      To the very best of my

 2     knowledge, that was the case.

 3          Q.      (BY MR. MALONEY)  And was it

 4     also the case as an analyst looking at

 5     investments, that's something that you'd want

 6     to be assured of, that there was a full

 7     transparency and a paper trail concerning an

 8     investment that you were being asked to

 9     analyze.  Fair?

10               MR. NASSAR:  Same objections.

11          A.      At the time, I did what I was

12     told.  I was very junior.  I was picking up

13     as much knowledge as I could, and it's -- it

14     never occurred to me that my employer was

15     doing anything but observing the law.  They

16     were a highly regarded investment house.

17          Q.      (BY MR. MALONEY)  Again, my

18     question is slightly different than your

19     answer, and that is, you would want part of

20     your work to assure yourself that whatever

21     investment you were analyzing, that you could

22     read with full transparency any documentation

23     concerning financial matters for the

24     investment that you were analyzing; fair?

25          A.      Yes.
```

```
 1                   MR. NASSAR:  Objection, form.
 2          A.      That was my -- that was my
 3     belief at the time, that -- the integrity of
 4     the company and its compliance with the law
 5     was very important.
 6          Q.     (BY MR. MALONEY)  In other
 7     words, you wouldn't accept somebody just to
 8     tell you:  Everything's fine here, that guy
 9     is a friend of mine, let's invest with them.
10     You'd want to see the data.  You'd want to
11     see documentation.  You'd want to see
12     financial records; correct?
13                   MR. NASSAR:  Objection, form.
14          A.      Well, this was the City of
15     London.  This was an investment house that
16     was very much working at arm's length from
17     actual companies.  They were -- it wasn't a
18     company that was -- that was engaged in
19     commercial and industrial projects of its
20     own.  It was analyzing -- analyzing documents
21     and occasionally visiting the principals of
22     companies.  I don't quite see the bearing --
23     see quite what you're asking me.
24          Q.     (BY MR. MALONEY)  It's a simple
25     question in terms of what's the standard
```

```
 1    operating procedure that you employed as an

 2    investment analyst.  That's what I'm getting

 3    at.

 4         A.    Yes, sir, I was working in a

 5    major institution of the City of London,

 6    which, as far as I'm aware at -- or was aware

 7    at the time and am aware now, had very high

 8    standards of analyzing investments and making

 9    investments -- investment decisions as a

10    result of that analysis.

11         Q.    Okay.  And you did that for

12    some -- approximately two years, I think you

13    said --

14         A.    Yes.

15         Q.    -- as a junior --

16         A.    Yes.  Yes.

17         Q.    And your next job from 1970 to

18    1973 was a lectures program organizer and

19    secretary for the Institute of Contemporary

20    Arts in London; is that right?

21         A.    That's correct.

22         Q.    Can you just describe basically

23    what you did there?  Withdrawn.

24               How did you go from being an

25    investment analyst to a Contemporary Arts
```

This Transcript Contains Confidential Material

```
 1    Institute?

 2         A.    Well, that's a good question.

 3    I'll try to answer it.  While I was working

 4    for the Henderson Administration Limited, and

 5    I have to admit that I wasn't -- I didn't

 6    find that this is my true vocation working in

 7    the city.

 8              I did my job there, but I

 9    didn't find it was my true vocation.  I had

10    quite a lot of spare time.  And during that

11    spare time, I took an interest in something

12    that interested me particularly because of my

13    experience with International Teaching

14    Machines and IBM and matters to do with

15    modern technology, and I was also interested

16    in contemporary art; and putting those two

17    things together, I began to write a monthly

18    column for an art magazine called Studio

19    International.

20              And also in 1968, which was

21    where I was working for, I think by then, I

22    had made the switch to Henderson

23    Administrated Limited.  I visited New York

24    and had already written an article about a

25    celebrated American artist Roy Lichtenstein,
```

```
 1    and I was -- happened to go to the Hart Weiss

 2    Gallery in New York and was blown away by one

 3    particular sculptor there.  A

 4    Chinese-American sculptor called Tsai,

 5    Wen-Ying, and I wrote about his -- I was one

 6    of the first people to write about his art,

 7    which was called cybernetic sculpture, which

 8    was using strobe lights and vibrating rods to

 9    create certain sort of visual illusions.

10              And at the same time, in that

11    year, 1968, there was an exhibition at the

12    Institute of Contemporary Arts called

13    Cybernetic Serendipity which included a lot

14    of artists using modern technology,

15    particularly computers.

16              And I got to know a lot of

17    people who were working in this field, and as

18    a result, I started writing a monthly column

19    for Studio International, which was not a

20    job; it was just something that I did with

21    either no pay at all or very modest fee.

22              But I was -- the directors of

23    the Institute of Contemporary Arts were

24    attracted by my work and invited me to become

25    the first lectures program organizer, and
```

This Transcript Contains Confidential Material

```
 1    then the secretary; that is, the

 2    administrative secretary of the institute.

 3              And as it says in my CV, I was

 4    responsible for lectures, some of -- some

 5    lecture programs, also for some exhibitions,

 6    and mixed media program and in 1973, a French

 7    program for which I raised funds for the

 8    British government to celebrate the entry of

 9    Britain into the European common market,

10    which, unfortunately, from my point of view,

11    was -- didn't last as long as it should have.

12              But it was a cultural program

13    that I co-organized with the cultural attaché

14    for the French embassy in London and the

15    director of the French Institute in London,

16    and it was quite successful; and, in fact, I

17    was given a decoration by the French

18    government for my work on French and British

19    cultural relations.

20    Q.    Why did you leave in '73?

21    A.    Because the -- well, the --

22    while at the -- while at the Institute of

23    Contemporary Arts, the ICA, I was invited

24    to -- as I said, my main role started there

25    as a lectures program organizer, and I
```

```
 1    organized three series of lectures.  The

 2    first was called Ecology in Theory and

 3    Practice, which was about the environmental

 4    movement.

 5         Q.    Mr. Benthall, I'm sorry.  I'm

 6    sorry for interrupting you.  I -- we have a

 7    limited time, and my question is:  Why did

 8    you leave?  I'm not sure if you're answering

 9    that in a roundabout way.  I just want to

10    know why you left.

11         A.    You're asking presumably what

12    was the transition between working for the

13    Institute of Contemporary Arts, and I'm

14    trying to explain.

15         Q.    Yeah, I haven't asked that yet.

16    Sp try not to anticipate.

17              If your answer is you left the

18    Contemporary Arts Institute is because you

19    got another offer at the Royal

20    Anthropological Institute, that would be the

21    answer, but if there's some other reason you

22    left, that's all I'm asking.

23         A.    Well, that is, in short, the

24    answer, yes.  Could I just have a glass of

25    water?
```

```
 1          Q.     By the way, we can take a break

 2     any time you need to.

 3          A.     No, that's fine.  But I'm fine.

 4     Let's carry on.

 5          Q.     Okay.  I would try -- I would

 6     suggest to try to focus on my question and be

 7     as concise as you can.  I don't want to

 8     interrupt your answers.

 9          A.     I'll try.

10          Q.     But sometimes you may digress a

11     little bit, and that's normally okay, but not

12     for today.

13          A.     Okay.

14          Q.     Okay.  So you left the

15     Contemporary Arts Institute because you got

16     an offer to work at the Royal Anthropological

17     Institute of Great Britain; correct?

18          A.     To be more exact, my contract

19     with the Institute of Contemporary Art had

20     lapsed before then, and so when I -- I did

21     spend a year writing a book and freelancing

22     before I was appointed to the Royal

23     Anthropological Institute.

24          Q.     Okay.  So sorry, let me take a

25     step back, then.  You had a contract with at
```

1    the Contemporary Arts Institute.

2              Was it a three-year contract?

3         A.     No.  It was a shorter contract,

4    and there was a reorganization.  And at the

5    end of '72 and the beginning of '73, my

6    contract came to an end.  So I was

7    freelancing for a few months in '73 before I

8    actually took up the job as director of the

9    Royal Anthropological Institute.

10        Q.     And they decided not to renew

11   your contract; is that correct?

12        A.     Yes.  It was a reorganization,

13   yes.

14        Q.     Okay.  So essentially you were

15   let go.  They didn't renew your contract.

16   Then you began freelancing sometime in 1973?

17             MR. NASSAR:  Objection,

18        mischaracterizes his testimony.

19        A.     Unfortunately, I was let go.

20   It was my choice to work for them.  And by --

21   I didn't -- and I wanted some spare time to

22   work on a book.

23        Q.     (BY MR. MALONEY)  So it was

24   your choice to leave the Arts Institute

25   because you wanted to work on a book; is that

```
 1    right?

 2         A.     That's as far as I remember the

 3    case, yes.

 4         Q.     Okay.  And what book was that

 5    that you wanted to work on?

 6         A.     It was called The Body

 7    Electric:  Patterns of Industrial -- Patterns

 8    of Western Industrial Culture.

 9         Q.     And did you get that published

10    at some point?

11         A.     I did.

12         Q.     When was that published?

13         A.     It was published I think in

14    19 -- 1976.

15         Q.     Okay.

16         A.     In fact, I'm sure, 1976.

17         Q.     Okay.  So you spent sometime

18    between 1973 and 1974 doing freelance work

19    and working on that book; is that right?

20         A.     That's correct.

21         Q.     And then how was it that you

22    came to be the director of the Royal

23    Anthropological Institute of Great Britain

24    and Ireland in 1974?

25         A.     Well, the post became free at
```

```
 1    the end of -- I first applied for the job at

 2    the -- it was advertised at the end of 1972,

 3    and I was interviewed for the job, and I was

 4    the runner-up.  They appointed somebody else

 5    to be director of the Royal Anthropological

 6    Institute, but he turned out to be a disaster

 7    because he turned out to be an alcoholic and

 8    had to be fired after three months, I think.

 9              So they then said, are you --

10    would you be interested in taking this job?

11    And so I got in without a further interview

12    to start work on January 1974.

13         Q.    What background did you have in

14    anthropology?

15         A.    Well, this is why I was -- I

16    shouldn't have anticipated your question, but

17    I was -- I must refer to the lectures that I

18    organized at the Institute of Contemporary

19    Arts -- I'll try to be brief, but the first

20    one was on Ecology in Theory and Practice

21    about the environment and conservation in the

22    very broadest sense.

23              The second was called The

24    Limits of Human Nature, and the third was

25    called The Body as a Medium of Expression;
```

```
 1    as a consultant to give an expert opinion and

 2    report in this lawsuit, brought by 9/11

 3    victims.

 4              So, sir, I'm asking you why

 5    were you hired?  What is your expertise in

 6    connection with this case?^ is there an

 7    objection in here??

 8       A.    I rely on my extensive

 9    publication record of numerous books and

10    articles which have been peer-reviewed in

11    many countries, including the United States,

12    Switzerland, Britain, and other countries.

13    But many peer-reviewed articles, and I think

14    I'm accepted quite widely as one of the

15    leading experts in Islamic charities; and in

16    particular not just the academic aspects of

17    Islamic charities but more practical aspects

18    relating to questions like counterterrorism

19    and the like.

20       Q.    So I take it, then, you

21    consider yourself to be an expert in Islamic

22    charities; correct?

23       A.    Yes.

24       Q.    Do you consider yourself an

25    expert in money laundering?
```

This Transcript Contains Confidential Material

```
 1          A.     I consider myself an expert on
 2   aspects of money laundering as they pertain
 3   to Islamic charities.
 4          Q.     What kind of training and
 5   background do you have on money laundering
 6   and investigating money laundering?
 7          A.     I don't have any formal
 8   training on that.
 9          Q.     So how is it that you consider
10   yourself to be an expert in that area?
11                MR. NASSAR:  Objection,
12          mischaracterizes his testimony.  He
13          did not testify to that.
14          Q.     (BY MR. MALONEY)  Sir --
15          A.     I have been --
16          Q.     Sir, let me restate the
17   question.
18                Do you consider yourself to be
19   an expert in money laundering?
20                MR. NASSAR:  Objection, asked
21          and answered.
22          A.     I think I've answered that
23   question.  With regards to money laundering
24   aspects relating to Islamic charities, I
25   consider I have expertise.
```

This Transcript Contains Confidential Material

```
 1     of -- that were being published by the U.S.
 2     treasury at that time.
 3              Q.     (BY MR. MALONEY)  When you say
 4     you were engaged in collective discussion,
 5     what did you specifically do to fix or change
 6     any of the auditing procedures at any of the
 7     charities, you personally?
 8              A.     I didn't -- I certainly didn't
 9     succeed myself in altering any particular
10     charities procedures.
11              I was engaged --
12              Q.     Did you --
13              A.     Sorry.
14              Q.     Okay.  Earlier I asked you if
15     you considered yourself an expert in terror
16     financing, and you said with regard to
17     charities, you did consider yourself such an
18     expert.
19              Have you ever been disqualified
20     as an expert in any subject area by a court?
21              A.     I recall in the Arab Bank case,
22     that -- this was particular to do with
23     Palestinian cap committees.  From what I
24     recall, my expertise was partially accepted
25     and partly declined by the judge.
```

This Transcript Contains Confidential Material

```
 1          Q.     What was excluded?  What parts
 2    of your opinion or expertise was excluded,
 3    and why was it excluded?
 4          A.     I can't remember.  Could you
 5    show me the document that you're referring
 6    to?  This would help me to refresh my memory.
 7          Q.     I'm going to ask you your
 8    memory.  Did you consider that a big deal
 9    when a court said you were not qualified to
10    give an expert opinion in a subject area?  Is
11    that something you remember or not?
12                 MR. NASSAR:  Objection, form.
13          Those are two separate questions.  Are
14          you asking does he think it's a big
15          deal or whether he remembers it?
16                 MR. MALONEY:  I'm asking if he
17          remembers it.
18          A.     I remember quite vaguely that
19    there was -- there were a lot of developments
20    in that case, and I can't remember the
21    details of -- if you would show me the
22    document, I could refresh my memory about it,
23    but I can't remember exactly what the problem
24    was.
25          Q.     (BY MR. MALONEY)  Did the
```

```
 1          Q.    One reason might be because

 2     they wanted to hide what they were doing;

 3     correct?

 4          A.    It's a possible reason.

 5          Q.    If we could go to the next page

 6     of your report, page 2, you speak about

 7     Muwafaq operating in certain locations in the

 8     world where there was violence and war taking

 9     place, and you identified in Bosnia, the

10     Bosnian war of 1992 to 1995; correct?

11          A.    Yes.

12          Q.    Top of the page?

13          A.    Yes.

14          Q.    And you also identified Muwafaq

15     as operating in the Sudan in 1992 and

16     ninety -- through 1996; correct?

17          A.    Correct.

18          Q.    And you also talk about Muwafaq

19     operating in Pakistan; correct?

20          A.    Yes.

21          Q.    In each of those three places,

22     were you aware that al-Qaeda had a presence?

23               MR. NASSAR:  Objection.

24          A.    I'm not sure that al-Qaeda had

25     a presence in the Bosnian war in 1992 to
```

```
 1          A.      I'm not aware of such reports.

 2          Q.      Okay.  Did you study, research,

 3    and evaluate whether or not Muwafaq in Bosnia

 4    was supporting any of the al-Qaeda operatives

 5    or those that you describe as loosely

 6    affiliated with al-Qaeda?

 7          A.      I've looked at the evidence

 8    presented in this case, and I couldn't find

 9    any such evidence.

10          Q.      Okay.  You agree, however, that

11    Muwafaq was in Sudan during '92 to '96 when

12    al-Qaeda had a large presence in the Sudan

13    during that time frame; correct?

14          A.      Al-Qaeda -- just remind me of

15    the dates you're talking about.

16          Q.      1992 to 1996.

17          A.      1992 to 1996.  And so it's very

18    difficult working from memory, because it has

19    a -- it's a very complicated period then.

20    But I think you're -- I think it is true that

21    the -- that -- I think Bin Laden was there at

22    the time, yes.

23          Q.      Yes.  I think most every expert

24    has reported that Bin Laden was in Sudan from

25    at least 1992 to 1996, which is what I think
```

```
 1    you just said; correct?
 2         A.    I believe that's the case.
 3         Q.    And, sir, are you aware that he
 4    had a substantial number of al-Qaeda
 5    operatives with him in the Sudan during that
 6    same time period?
 7         A.    He had a circle of people
 8    around him at that time, yes.
 9         Q.    And were you aware that
10    Bin Laden, Osama Bin Laden had a close
11    relationship with the Sudanese government?
12         A.    They allowed him to stay there,
13    it's true.
14         Q.    Well, they did more than that.
15    They actually worked together on projects;
16    correct?
17         A.    Which projects are you
18    referring to?
19         Q.    Well, that's a good question.
20    Bin Laden actually had a construction
21    background and performed some construction in
22    the Sudan through the Saudi Binladin Group;
23    is that right?
24         A.    I believe that -- I believe
25    that that was the case, yes, but I don't -- I
```

```
 1    of the organizations that are habitually

 2    extremely critical of Islamic organization.

 3    When I said hostile, I didn't mean to

 4    attribute any kind of unworthy animus against

 5    the Muslim World League.  It's just that

 6    there are many people who are convinced that

 7    it was a not particularly applicable

 8    organization.  I was looking for a book or an

 9    article that sets out an analysis of the

10    Muslim World League with no kind of ax to

11    grind, either way, and I think I found it in

12    this German book.  Unfortunately, I don't

13    read German, but this --

14         Q.    (BY MR. MALONEY)  Sir, sir,

15    please, try to stay confined to my question.

16    You didn't answer my question.  You defaulted

17    to a defense of -- or at least a pushback on

18    the hostile or dismissive treatment.  I asked

19    you a simple question and that is whether or

20    not you considered the possible --

21    possibility of bias on the part of the Muslim

22    World League on material that they put out,

23    "yes" or "no."

24         A.    Yes.

25         Q.    Okay.  Was Mr. Kadi present in
```

This Transcript Contains Confidential Material

```
 1    the Sudan from -- in 1992 to '96?

 2         A.    I'm just going to look at my

 3    report to remind myself of the dates.

 4         Q.    Well, you stated in your report

 5    that Muwafaq was present.  I'm asking you

 6    specifically about Mr. Kadi himself.

 7         A.    I don't remember, I'm afraid.

 8         Q.    You can't remember.  You

 9    studied Mr. Kadi's conduct for your

10    consulting report and deposition testimony

11    today; correct?

12         A.    I can't remember whether he was

13    actually present in Sudan at the time.

14         Q.    Do you know if Mr. Kadi had

15    businesses in the Sudan during that time

16    period?

17         A.    Yes, he did.

18         Q.    Which businesses did he have in

19    Sudan in the years 1992 through '96 or later?

20         A.    I'm trying to remember exactly

21    what the businesses were, but I think they

22    were -- I think they were -- scrap metal is

23    one of them.  Sesame seeds, all sorts of

24    things.  He diversified into a large number

25    of enterprises, and I -- my focus has been on
```

1    the activity --

2         Q.    Sir, your voice is trailing

3    off.  I can't hear you.

4         A.    He had diversified interests of

5    many kinds, and I -- if I could just consult,

6    just to refresh my memory, to look at the...

7              Yes, he had -- yes, he

8    certainly had financial interests of many

9    kinds.  From what I remember, in sesame

10   seeds, possibly waste -- scrap metal

11   disposal, and he was a -- also in

12   agricultural products, though I haven't

13   studied his commercial activities

14   intensively.

15        Q.    Wouldn't that be important for

16   you to study if you're going to render an

17   opinion and provide testimony concerning

18   Mr. Kadi's conduct in this case, as it

19   relates to this case?

20        A.    But I wasn't asked to give a

21   narrative history of all of his commercial

22   activities, and I didn't provide it.

23        Q.    Did you ever read any reports

24   or obtain material that alleged that some of

25   the Kadi businesses employed al-Qaeda

1    operatives in the Sudan?

2         A.    There have been so many

3    documents I've looked at in this -- compiling

4    this report which was done over quite a short

5    period in January.  If you'd show me the

6    documents concerned, then I'd be very happy

7    to comment on them.

8         Q.    Well, sir, I'm asking you, did

9    you -- when you sat down to write a report on

10   Mr. Kadi and prepared for this deposition to

11   provide testimony about Mr. Kadi and

12   financing al-Qaeda terrorists, wouldn't that

13   be something you would want to take a deep

14   dive in to look at his businesses as well as

15   the Islamic charities?

16        A.    I was asked to provide

17   certain -- to answer certain questions by the

18   attorneys, and I answered those questions to

19   the best of my ability.

20        Q.    So earlier you considered

21   yourself an expert in Islamic charities.

22             Do you consider yourself an

23   expert in businesses that Mr. Kadi had?

24        A.    No, I don't consider myself an

25   expert in businesses that Mr. Kadi had.

This Transcript Contains Confidential Material

```
 1          Q.     Do you consider yourself an
 2    expert in the establishment of shell
 3    corporations?
 4          A.     Could you define what you mean
 5    by shell corporations?
 6          Q.     Yeah.  A corporation that
 7    doesn't do anything, and it's used to hide or
 8    mask the true activities or the flow of
 9    money.
10          A.     Well, I am aware of these shell
11    organizations, and if -- in my expert report,
12    I think I referred to the American Friends of
13    Afghanistan, which was a kind of shell
14    charity that was actually financed by the
15    American government but purported to be
16    another charity, such as a shell charity.
17                 And there are other examples I
18    can think of --
19          Q.     Are you an expert in shell
20    corporations, shell companies?
21          A.     No, I'm not.
22          Q.     Is it fair to say you did not
23    do an investigation of Mr. Kadi's companies
24    in the Sudan other than what you've already
25    told us?
```

```
 1          A.      I didn't do an investigation,

 2     but I was asked to do a rebuttal of

 3     Mr. Comras' report, which mentions some of

 4     the activities in the Sudan.

 5          Q.      Well, what did you do to

 6     investigate or to rebut Mr. Comras' opinions

 7     regarding Mr. Kadi's businesses in the Sudan?

 8          A.      My emphasis on -- my rebuttal

 9     to Mr. Comras' report was on his methodology,

10     I think almost exclusively on his

11     methodology, which he claimed social science

12     competency.  He actually talked about his own

13     social science research, but I don't see any

14     evidence in his report of any kind of respect

15     for social science norms and procedures.

16          Q.      So you -- so is it fair to say

17     that you did no investigation of Mr. Kadi's

18     companies in the Sudan or elsewhere as part

19     of your consulting work; correct?

20          A.      That's correct.

21          Q.      Are there any documents or

22     material that you asked the attorneys for

23     while doing your work on the Kadi matter that

24     you didn't receive?

25          A.      No, I thought there was an
```

```
 1          Q.     And was Mr. Kadi one of them?

 2          A.     That -- no, I don't think he

 3   was personally a shareholder.

 4          Q.     One of his entities?

 5          A.     I -- yes.

 6          Q.     Which one?

 7          A.     I've already said, Luxor was

 8   going -- I believe was wholly-owned by him;

 9   and the Muwafaq Foundation, of which he was a

10   trustee.

11          Q.     Okay.  And how about Mr. Kadi's

12   investments in Al Shamal Bank, what do you

13   know about that?

14          A.     I can't remember anything about

15   that, I'm afraid.

16          Q.     Do you know if Bin Laden was a

17   shareholder in Al Shamal Bank?

18          A.     I can't remember.

19          Q.     Do you consider yourself an

20   expert in al-Qaeda?

21          A.     No, I don't.

22          Q.     Have you ever studied al-Qaeda

23   and how they were -- how they raised funds?

24          A.     I have read a lot about the

25   history of al-Qaeda from various sources.  I
```

```
1    did a lot of research in the last few years.

2    I've read it with great interest, but I

3    wouldn't hold myself out as an expert on the

4    history of al-Qaeda, no.

5         Q.    Do you know how al-Qaeda was

6    funded and financed?

7         A.    No, I don't.  Do you?

8         Q.    I'm asking you, sir.

9         A.    I don't.

10        Q.    Do you know if they were funded

11   by Islamic charities?

12        A.    I don't.

13        Q.    Do you know if they were funded

14   by Mr. Kadi in part?

15        A.    I haven't seen any evidence to

16   that effect.

17        Q.    Let's turn to your report again

18   and go to the page on methodology, which I

19   think is page 8.

20        A.    This is the Kadi report we are

21   talking about, yes?

22        Q.    Yes, sir.

23        A.    I have it.

24        Q.    When I'm done, Mr. Carter may

25   have questions about the IIRO report.  I'm
```

```
 1    not certain.  But I'm going to be sticking

 2    just to the Kadi report.

 3              So page 8 is your page of your

 4    Kadi report that describes your methodology

 5    for rendering an opinion in this matter;

 6    correct?

 7         A.    Yes.

 8         Q.    And at the bottom of page 8,

 9    you've listed two categories with subparts on

10    your methodology.

11              Is that a fair description?

12         A.    Yes.

13         Q.    And in the first category, I

14    counted around eight different sources that

15    you used that you consider to be, first and

16    foremost, where you would first start your

17    investigation, and that's primary sources;

18    correct?

19         A.    Yes.

20         Q.    So the first one is:

21    Interviews with all relevant interlocutors,

22    such as charity workers and trustees, both

23    remunerated and unpaid, both active and

24    retired.

25              You wrote that, right, sir?
```

This Transcript Contains Confidential Material

```
 1          A.     Yes.

 2          Q.     And who did you interview for

 3     this report?

 4          A.     This is a general statement

 5     about methodology, not necessarily related to

 6     a specific report; but it's a kind of

 7     perspective of the process of doing research,

 8     which --

 9          Q.     So you've -- you're describing

10     in general --

11              MR. SALERNO:  Excuse me,

12          Mr. Maloney, please don't interrupt

13          the witness when he's still trying to

14          answer.

15              MR. MALONEY:  Okay.

16          Mr. Benthall, I'm going to ask you to

17          try to keep your answers as concise as

18          possible.  I know it's not easy.  I

19          know that your personality, and it's

20          not a knock on you, you tend to go on.

21          I would prefer you to be as concise as

22          possible because we have a time

23          constraint here.

24          A.     You've asked me some very

25     general questions about my earlier career.
```

This Transcript Contains Confidential Material

```
 1            Q.    (BY MR. MALONEY)  Okay.  My

 2    question was:  Did you interview anyone from

 3    the charities for this report?

 4            A.    No, I didn't.

 5            Q.    Okay.  The next item here, it

 6    says, for a primary source methodology is to

 7    consult with:  Government officials, both

 8    central and local, including representatives

 9    of regulatory authorities.

10            Did you interview or speak to

11    any government officials in connection with

12    this report?

13            A.    No, I didn't.  I would

14    reiterate what I was trying to say before,

15    that I'm referring to research methodology

16    and methodology in general, not specifically

17    this report.  Of course, this --

18            Q.    Okay.  I understand.  These are

19    general.  But I want to ask you what you did

20    exactly, so I want to go through each of

21    these items and essentially ask you with

22    regards specifically to this report what you

23    did or didn't do, and that's all I'm asking,

24    and we can go through it rather quickly or --

25            A.    Fair enough.  Fair enough.
```

This Transcript Contains Confidential Material

```
 1            Q.    So the third one is

 2    representatives of religious institutions;

 3    recipients of charity --

 4                  Did you -- sorry,

 5    representatives of religious institutions.

 6                  Did you interview or discuss

 7    this material for this report with religious

 8    institutions, "yes" or "no"?

 9            A.    No.

10            Q.    The next one is discussions or

11    interviews with recipients of the charity and

12    welfare support.

13                  Did you discuss or interview

14    anybody that was receiving any of the charity

15    from Muwafaq or Kadi in connection with this

16    report?

17            A.    No.

18            Q.    The next one is government

19    publications and websites.

20                  Did you review government

21    publications and websites in connection with

22    this report?

23            A.    Yes.

24            Q.    Okay.  I'm going to circle

25    that, and we'll come back to that.  Well,
```

1    actually, if you can concisely tell me what

2    it is that you consulted.

3         A.    Government publications and

4    websites.

5         Q.    And they're listed on your list

6    of materials considered?

7         A.    You asked me to be concise, and

8    you asked me a very general question.  But a

9    lot of reports from the United States

10   government in particular and United Nations

11   and et cetera.

12        Q.    Right.  And my follow-up to

13   that is they're all listed on anything you

14   considered.  Government publications and

15   websites are listed in the attachment to your

16   report or the supplement provided by

17   Mr. Salerno; correct?

18        A.    Yes.  Yes.  Yes.

19        Q.    The next one is personal

20   observations, especially through participant

21   observation.

22              What, if any, participant

23   observation or personal observation did you

24   make in connection with this report?

25        A.    It was not in connection with

```
 1    this report, but in the -- in connection with

 2    my wider expertise and publications.

 3         Q.     Are you referring to your

 4    general work on the history of Islamic

 5    charities?

 6         A.     On the history of Islamic

 7    charities and on the encounters they've had

 8    with regulatory authorities and legal systems

 9    in different countries.

10         Q.     Would you please try to keep

11    your voice up.

12         A.     The encounters with regulatory

13    authorities and legal systems in different

14    countries.

15         Q.     And that's general background,

16    not specific to Mr. Kadi; correct?

17         A.     Correct.

18         Q.     And I'll save Mr. Carter the

19    trouble of asking you the same question if I

20    were asking about IIRO and Muslim World

21    League, your report is not specific to them

22    in this regard, but your general background

23    and your publications on Islamic charities

24    and regulatory authorities; fair?

25                MR. NASSAR:  Objection, form.
```

This Transcript Contains Confidential Material

```
 1              MR. SALERNO:  Yeah, objection

 2       to form.

 3       A.    It's different, because in the

 4  case of IIRO and the MWL, I have had

 5  interviews and I've known personally some of

 6  the protagonists, have made many personal

 7  observations.  So it's different from the

 8  cases --

 9       Q.    (BY MR. MALONEY)  Okay.  And

10  you did touch on some of that earlier.  I'm

11  going to either come back or leave that for

12  Mr. Carter.

13              The next item on primary

14  sources to consult with would be written

15  materials such as letters, reports, business

16  records, in-house memoranda, photographs,

17  websites, and promotional and fundraising

18  material.

19              Did you specifically use that

20  methodology for this Kadi report?

21       A.    Yes.  Just to take photographs,

22  I used a picture of Mr. Kadi with

23  ex-President Jimmy Carter and Rosalynn at the

24  Al-Hekma -- Dar Al-Hekma women's college,

25  but -- I think it's inauguration.  That's
```

1    just one example of --

2         Q.     What year was that photo?

3    Sorry.

4         A.     The photograph of Mr. Kadi

5    posing with ex-president Jimmy Carter and

6    Rosalynn Carter at the ceremony to do with

7    the Dar Al-Hekma women's college, which he

8    co-sponsored and co-founded.

9         Q.     And my question was what year

10   was the photo?

11        A.     I'll have to look that up on

12   my -- I don't have that in mind, but I think

13   it was the 1990s.

14        Q.     Can I ask on this particular

15   primary source group of material, are all of

16   the items -- the material such as letters,

17   reports, business records, in-house memoranda

18   and photographs and websites -- listed on

19   your list of reliance materials in connection

20   with the report --

21        A.     Mr. Maloney, you've asked me a

22   question.  I've asked for a moment to just

23   find the date.  You asked the date of the

24   photograph.

25        Q.     I was hoping you would know it.

This Transcript Contains Confidential Material

```
 1    If you don't, if you need time to go off the
 2    record --
 3         A.     I do know.  I have it for you.
 4    I have it for you.
 5         Q.     Okay.  Go ahead.
 6         A.     Please, you should give me time
 7    to answer.  It was in the year 2000.
 8         Q.     Okay.  So with regard to -- any
 9    other written material such as letters,
10    reports, business records, in-house
11    memoranda, photos or websites that you can
12    think of that you utilized in connection with
13    the Kadi report?
14         A.     Do you want me to give
15    examples?
16         Q.     Yeah, but I guess really what I
17    would ask as a follow-on is, are they all
18    listed in your attachment to your report and
19    the supplement?
20         A.     I believe so.  One excellent
21    example is the memorandum that Mr. Carter
22    sent out requiring one of his -- requiring
23    the Muwafaq charity to distribute its aid
24    without any discrimination between religious
25    groups and so as not to give any assistance
```

```
 1    to noncompetents.  I thought that was a

 2    useful piece of evidence.

 3          Q.    So you consider that useful,

 4    but earlier today you agreed and admitted

 5    that source material like that might come

 6    with a bias; correct?

 7                MR. SALERNO:  Objection.

 8          A.    Of course, it could.  Any

 9    information can come with a bias, but on the

10    face of it, this was a bona fide attempt by

11    Mr. Kadi to ensure that his charities were

12    run according to principles of

13    nondiscrimination particularly.

14                From what I recall, religious

15    discrimination --

16                MR. SALERNO:  Let him finish,

17          please, Andrew.

18          A.    Particularly religious

19    discrimination, and particularly to avoid

20    giving any help to noncompetents -- sorry, to

21    competents.  To avoid giving any help to

22    competents.

23          Q.    (BY MR. MALONEY)  And you took

24    what Mr. Kadi said at face value; correct?

25          A.    I didn't say that.  I said that
```

This Transcript Contains Confidential Material

```
1    on the face of it, this was what he was

2    saying.  Of course, there's the possibility

3    that he was lying through his teeth.

4         Q.    Okay.

5         A.    I believe that if Mr. Kadi had

6    shown any inclinations towards jihadist

7    ideology, it would have seeped out in the

8    course of these proceedings.  And I see no

9    evidence at all that he had any sympathy with

10   jihadist ideology.  The fact that he -- the

11   fact that he supported a women's college and

12   on other occasions, he supported training for

13   women.  And so this is completely at odds

14   with al-Qaeda.

15        Q.    So are you saying that it's not

16   likely for a person that supports a charity

17   or good works to also simultaneously support

18   jihadists, including al-Qaeda?  Are they

19   mutually exclusive in your mind?

20             MR. SALERNO:  Objection, form.

21        A.    I didn't say that, Mr. Maloney.

22   I said that I believe that if any sympathy of

23   Mr. Kadi with jihadist extreme violentism

24   ideology were there, it would have seeped out

25   somewhere in this immense documentation.
```

```
 1    I've looked at masses of material.  I can't

 2    find any evidence that Mr. Kadi had any

 3    sympathies of this kind.  And there's

 4    evidence for his support of the women's

 5    college, which was before 9/11.

 6              So it couldn't be argued that

 7    it was done to sort of exculpate himself from

 8    any allegations of nefarious conduct.  But

 9    also there are other examples of him being

10    willing to give support to Christians, and

11    some countries that -- it just seems to me

12    there's no evidence presented so far -- of

13    course, there might be, that he had only kind

14    of sympathy in that direction.

15              Of course, you could argue that

16    he was an incredibly devious person who had

17    an enormous fore-trail in creating this front

18    for al-Qaeda, but I haven't seen any evidence

19    on it.

20         Q.    (BY MR. MALONEY)  The last item

21    on primary sources you listed here was court

22    documents.

23              Did you review court documents

24    in connection with your Kadi report?

25         A.    Yes, I read the -- among
```

```
 1    others, I read the United Nations court

 2    documents.  Which are -- yes.

 3         Q.    And it's listed in your list of

 4    materials that you relied on; right?

 5         A.    Yes.

 6         Q.    And any other court documents?

 7         A.    I'll have to go through the

 8    list to remind myself of this.

 9              [Document review.]

10              MR. MALONEY:  Why don't we go

11         off the record.  If you need some time

12         to review, let's go off the record.

13         A.    No, no.  It's the case of --

14    near the end of the documents, United States

15    District Court, District of Massachusetts.

16    This is the Muntasser case.

17              Maybe it's not the ones.  I

18    haven't looked at them exhaustively, but that

19    leaps to the eye.

20         Q.    And these were supplied to you

21    by Mr. Salerno?

22         A.    This particular one I supplied

23    myself.

24         Q.    Okay.  And why is it that you

25    sought that?
```

```
 1          A.     I'll have to reflect upon that.

 2          Q.     I'm sorry, I thought you knew

 3     because you said you went yourself to get

 4     this.  I thought you might know why you did

 5     it.

 6          A.     Well, I do know, but I'm trying

 7     to find the place in my expert report that I

 8     referred to it.  If you will give me a

 9     moment, I will find it.

10          Q.     Sir, if you need time, we're

11     going to go off the record, unless you --

12          A.     Well, if this is important, I

13     will -- it's just --

14          Q.     I don't know how important it

15     is.  It's up to you to determine.

16          A.     I'm not saying it's

17     unimportant, but I just can't remember the

18     exact place in this -- I would need just a

19     few minutes to scroll.

20          Q.     Okay.  Why don't we go off the

21     record, and you can take a look for it.

22          A.     Okay.

23                 THE VIDEOGRAPHER:  Off the

24          record at 4:02 p.m.

25                 (Recess taken, 4:02 p.m.  to
```

This Transcript Contains Confidential Material

```
 1          4:03 p.m. BST)

 2               THE VIDEOGRAPHER:  Back on the

 3          record at 4:03 p.m.

 4          Q.    (BY MR. MALONEY)  Mr. Benthall,

 5     we went off the record for a few minutes for

 6     you to look for something in your report.

 7          A.    Yes.

 8          Q.    Did you find it?

 9          A.    I found it.  Yes, I found it.

10     It's the top of -- it's the top of page 26.

11     Or actually footnote 53, continuation of

12     footnote 53, which goes from page 25 to 26.

13          Q.    I may come back to that and ask

14     you some questions, but I want to continue on

15     with the methodology you used or didn't use

16     in this case.

17               If we go back to page 8 of your

18     report.  We covered the first category of

19     your methodology, which was the primary

20     sources that you've listed.  I want to talk

21     briefly about the second category, which are

22     secondary sources you listed.

23          A.    Yes.

24          Q.    Such as open-source academic

25     articles and books.
```

```
 1                I saw on your list you have

 2      several academic articles and books listed

 3      there.  I assume that everything that you

 4      consulted with in connection with the Kadi

 5      report is on that list; correct?

 6           A.    I believe so.

 7           Q.    Okay.  Same for newspaper

 8      articles and websites, you've listed some of

 9      those on your reliance materials; correct?

10           A.    Yes.

11           Q.    And interviews with other

12      researchers.

13                Did you do that in this -- in

14      connection with the Kadi report?

15           A.    Not specially in connection

16      with this report, but, of course, I have in

17      my memory interviews with other researchers

18      and with journalists and diplomats that I

19      might have remembered when writing the

20      report.

21           Q.    Specific to Mr. Kadi or Muwafaq

22      or any of Kadi's companies or just background

23      on Islamic charities in general?

24           A.    Background and with one or two

25      researchers and journalists.
```

```
 1         Q.     I couldn't hear the end of

 2    that.  Background --

 3         A.     With one or two researchers and

 4    journalists.  Sometimes on a confidential

 5    basis, that I wouldn't be able to cite in the

 6    report, but this was not during the course of

 7    writing the report but from my body of

 8    experience of working on Islamic charities.

 9         Q.     Okay.  Sir, my question was

10    more specific.  Did you -- when we talked

11    about general background, that's general

12    background for Islamic charities, not

13    specific to Mr. Kadi or Muwafaq or any of

14    Mr. Kadi's businesses; correct?

15         A.     Correct.

16         Q.     You've listed here intelligence

17    reports when made available, other government

18    reports.

19              Did you utilize any of those in

20    connection with the Kadi report?

21         A.     Yes, I've seen some

22    intelligence reports and government reports.

23         Q.     And they're listed on your list

24    of materials relied upon; right?

25         A.     Yes.
```

```
 1          Q.     How does that differ from the
 2   government reports that you've listed as a
 3   primary source?
 4          A.     Well, some government reports
 5   are expressions of opinion, so are some
 6   intelligence reports, and they don't have
 7   quite the same cogency as a primary source.
 8          Q.     Well, when you talk about a
 9   government report being a primary source,
10   what specifically are you referring to?  What
11   does that mean to you?
12          A.     You're referring to the
13   paragraph before?
14          Q.     Yes.
15          A.     Let me just scroll up.  I've
16   got it in my -- yes.
17                 When it says here reports, it
18   doesn't actually say government reports, but
19   any report -- a factor report.  The
20   distinction I would make is between a report
21   which is factual and one which is an
22   expression of analysis and opinion.  But the
23   bold line between a primary source and a
24   secondary source is occasionally blurred.
25          Q.     What if it's a government
```

```
 1    report that's purporting to summarize the

 2    interview of a witness?  Is that an opinion

 3    or is that a factual report?

 4         A.    Well, a government report --

 5    while I would say that is -- I would class

 6    that as a secondary report, because it is

 7    recording one person's impression or analysis

 8    of a witness statement.

 9         Q.    So unless they took the

10    statement down verbatim or recorded it, it's

11    not factual.  It's a -- it's a summary of the

12    interviewer's impression, is that what you're

13    saying?

14         A.    I would say that, yes.

15         Q.    Okay.  The last item here you

16    write:  Statistical surveys, including mass

17    public opinion surveys.

18              What are you referring to

19    there?

20         A.    I don't think there were any

21    actually drawn on for this particular report.

22         Q.    Okay.  By the way, I assume

23    that in the first category on primary sources

24    where you listed letters, reports, and

25    business records, you would consider
```

```
 1    financial reports to fall into the category;
 2    correct?
 3         A.    Well, again, this is a little
 4    bit of a borderline case, because a financial
 5    report is -- what it is it's a primary
 6    source; but at the same time, one wants to
 7    know to what degree it's authenticated and to
 8    what extent it can be regarded as an
 9    objective statement of the facts.
10              So as I said, I think the
11    distinction between primary and secondary
12    source is a bit blurred at times for anybody,
13    but I wanted to make the distinction between
14    something that is actually factual and can't
15    be rebutted and secondary sources which
16    include an element of analysis and
17    interpretation.
18         Q.    Did you review financial
19    reports in connection with the Kadi report?
20         A.    I did indicate some of the
21    Pakistan offices, which are cited -- which I
22    think I mentioned in my report.
23         Q.    Any other financial reports?
24         A.    Not that I can recall.
25         Q.    Why did you review the Pakistan
```

1    financial report but not Sudan or any of the

2    other Muwafaq locations or any of the Kadi

3    businesses?

4        A.    There was limited time to

5    finish the -- to write the report, and I --

6        Q.    You didn't have enough time to

7    review the financial records --

8                MR. SALERNO:  Mr. Maloney,

9           please let the witness try to finish.

10               MR. MALONEY:  I thought he was

11          done.

12       A.    No, I -- all I can say is I --

13   I had these made available to me.  I think

14   they were cited -- I think it was because

15   they were cited by Mr. Comras.  I reviewed

16   all of Mr. Comras' footnotes and assumed that

17   the burden of the plaintiffs' case against

18   Mr. Kadi would be incorporated in Mr. Kadi's

19   expert report.

20               Sorry, Mr. Comras' expert

21   report.

22       Q.    (BY MR. MALONEY)  So the reason

23   you reviewed the Pakistan financials were

24   because they were mentioned by Mr. Comras;

25   correct?

```
 1        A.     Yes.

 2        Q.     He mentioned some other

 3   financial records.  You didn't review those,

 4   though, did you?

 5        A.     No, I didn't.  Not that I can

 6   recall.

 7        Q.     And one of the reasons I think

 8   you just said is you didn't have enough time;

 9   correct?

10        A.     Yes.

11        Q.     Would it be important to look

12   to the totality of the evidence that's

13   available for you to review to determine

14   whether or not Mr. Kadi's financial records

15   may have shown support for al-Qaeda?

16             MR. SALERNO:  Objection to

17        form.

18        A.     I couldn't do everything in

19   writing a short report of this kind.

20             MR. MALONEY:  Fair enough.

21             If you just bear with me for a

22        few minutes, I may be almost done with

23        my questions.

24        Q.     (BY MR. MALONEY)  Mr. Benthall,

25   are you familiar with the methodologies that
```

1    regulators and government investigators used

2    to determine whether or not a business or

3    charity is money laundering and/or financing

4    terrorism?

5        A.    I'm fairly familiar, because I

6    am -- ever since the Montreux Initiative

7    started, I have -- this was a very key issue

8    in the core group's discussions.  This is in

9    the very early days of FATF, F-A-T-F, when

10   they were having a go particularly at

11   nongovernmental organizations as being,

12   according to them, particularly risky,

13   presenting opportunities for bad behavior.

14             And since then, I have -- I

15   have had contact with a Charity and Security

16   Network, which was founded by Kay Guinane,

17   the New York-based -- sorry, Washington-based

18   lawyer who was a member of the core group of

19   the Montreux Initiative, and the Charities

20   and Security Network are -- contains an

21   extremely valuable set of information on its

22   website in all aspects to do with things like

23   material support and laundering and

24   counterterrorist finance.

25             Also, since 2016, I've been a

This Transcript Contains Confidential Material

1    body, but it had other audits.  It had

2    representation from counterterrorist

3    officials of the Swiss foreign office, and we

4    had meetings of various kinds on these

5    matters.

6              Just to give an example, I went

7    for a meeting in Geneva with the chairman of

8    the ^ he's killing me. It's Swiss Private

9    Bankers Association. Cap here? association of

10   Swiss private bankers, who explained that it

11   was virtually impossible for an Islamic

12   charity to be serviced by a Swiss bank at

13   that time.  He was not a representative of

14   the government, but it's obviously very close

15   to the policies of the Swiss government at

16   the time.

17        Q.    Just please try to keep your

18   voice up.

19              My question is, if you --

20   really, if you are familiar with or have

21   training or experience in what the government

22   regulators do to investigate money laundering

23   or terror financing.

24        A.    I don't --

25        Q.    Have you personally had

```
 1    training in that area of what the government

 2    regulators do to ferret that out?

 3         A.    I don't have such training, no.

 4         Q.    Do you know what protocols are

 5    in place by the Organization for Economic

 6    Cooperations, the OECD?

 7         A.    I've heard about this, but I'm

 8    more familiar with FATF, but I -- I would

 9    note that the FATF only gave its attention to

10    terrorist finance in October 2001.  Since

11    then, it is exclusively concerned with money

12    laundering.

13         Q.    So the -- when you say you're

14    familiar with the FATF, what is your

15    familiarity?  Do you understand what

16    methodologies they used to ferret out terror

17    financing?

18              MR. SALERNO:  Objection,

19         foundation.

20         A.    There's been a lot of -- that

21    came -- they were pretty public about their

22    investigations in the early 2000s, and

23    they've been in constant dialogue with the

24    Charity and Security Network about these

25    issues.  I must say I'm a little bit rusty
```

1    about this because until I was asked to

2    provide expertise on this case, I've been --

3    the last few years I've been more concerned

4    with other things.

5              But until -- during the

6    Montreux Initiative, which was 2005 to 2014,

7    I kept pretty up-to-date with these

8    questions, and I've kept -- I've kept a sort

9    of watchful eye on it ever since, but I

10   couldn't -- if you quiz me about the details,

11   I am -- wouldn't be able to give you an

12   answer now.

13             But I certainly know about the

14   thinking within FATF at the end of -- at the

15   beginning of the 21st Century.  I don't know

16   about the OECD.  I've thought about it, but I

17   don't have any special experience at that.

18        Q.   (BY MR. MALONEY)  I'm a little

19   confused about what you just said about the

20   FATF.

21             Do you know what methodology

22   they use when they're investigating terror

23   financing since 2001?

24        A.   I know what they used at the

25   early 21st Century.  I'm rather out of date

This Transcript Contains Confidential Material

```
 1    with what they are doing with -- how they

 2    regulate the charities and other

 3    organizations now.

 4         Q.    What they used after the 9/11

 5    attacks 2001, 2002; what methodology do they

 6    use?

 7         A.    They were particularly

 8    concerned with -- particularly with -- are

 9    you talking about nongovernmental

10    organizations in particular?

11         Q.    Yes.  Their primary role after

12    the September 11th attacks was to investigate

13    terror financing, was it not?

14         A.    As I said, they expanded their

15    role from money laundering to terrorist

16    finance after 9/11, and they began to look

17    particularly at the vulnerability of the

18    nonprofit sector for terrorist financing, and

19    there was a lot of memoranda exchanged at

20    that time, which I read and absorbed and

21    discussed with colleagues.

22               And since then, there's been a

23    pushback from the charities' security network

24    and indeed the whole United States nonprofit

25    sector, arguing that they went rather too far
```

```
 1   in making life difficult for NGOs by making

 2   too many assumptions about their culpability,

 3   which were not necessarily justified.

 4        Q.    Was their goal to prevent

 5   terror financing?

 6             MR. SALERNO:  Objection.

 7        A.    After 20 -- 2001, one of their

 8   principal goals was certainly to prevent and

 9   preempt terrorist financing, yes.

10        Q.    (BY MR. MALONEY)  And the goal

11   of the charities that you just mentioned as a

12   group was to be able to stay in, business

13   essentially, to continue to raise money to do

14   charitable good works, humanitarian

15   functions; correct?

16             MR. SALERNO:  Objection to form

17        and foundation.

18        A.    Could you be a bit more

19   specific, please, about your question -- with

20   your question?

21        Q.    (BY MR. MALONEY)  Well, you

22   mentioned in your last answer that there was

23   pushback from charities to the FATF.  And I

24   assume -- maybe I'm wrong to assume this, but

25   the pushback was the charity is saying we
```

This Transcript Contains Confidential Material

```
 1   need to continue doing our good works, we

 2   need to continue to raise money and use the

 3   money for humanitarian purposes.

 4              Is that the pushback you're

 5   talking about?

 6        A.    That's not at all what I meant.

 7   I'm talking about the charity sector in

 8   general.  There was a general -- what

 9   happened after 9/11 was that the broad sway

10   the Muslim charities had measures taken

11   against them, some of which may have been

12   completely justified but other ones probably

13   weren't.  And some of them were put in a very

14   difficult position.

15              And the mainstream,

16   particularly secular and Christian charities

17   in the United States, were quite slow to

18   react to this.  But afterwards, after a few

19   months or very few years, they came to

20   realize that coming down especially hard on

21   Muslim charities was -- had the side effect,

22   if you like, of affecting all charities

23   working in conflict zones.

24              So the Charity and Security

25   Network was set up with very broad, very
```

```
 1                    MR. SALERNO:  That's true.
 2                    MR. NASSAR:  I have the same
 3          objection.  You're harassing the
 4          witness.
 5                    MR. MALONEY:  Thank you.
 6                    MR. NASSAR:  You're welcome.
 7          Q.    (BY MR. MALONEY)  Can you
 8   answer that question, Mr. Benthall?
 9          A.     I'm afraid you'll have to
10   repeat the question.  I got a bit distracted.
11          Q.     Are you familiar with the
12   methodology used by the U.S. Treasury
13   Department's OFAC, Office of Foreign Asset
14   Control?
15          A.     I'm familiar with a number of
16   the designations that they publish.  As
17   regards to methodology, this is very -- this
18   is secret.  In fact, it's not --
19          Q.     So it's outside your area of
20   expertise; correct?
21                    MR. SALERNO:  Objection, that's
22          not what he said.
23          A.     I said that the methodology of
24   OFAC is secret and not in the public domain,
25   so how would I know about it?
```

```
 1    conclusion."

 2               He's quoting your report, and

 3    he said you cannot testify to that; correct?

 4         A.    That is what it says, yes.

 5         Q.    And then he goes on -- the

 6    Court goes on to say:  A close review of

 7    Mr. Benthall's report shows that Mr. Benthall

 8    has no expertise whatsoever in "financial

 9    irregularities," the provision of "banking

10    services" by "financial institutions," or

11    whether the charitable organizations at issue

12    here are or are not Hamas fronts.

13               Did the Court say that about

14    you, sir?

15         A.    I'm reading this as what --

16    what I see on the screen, and I assume it's

17    correct.

18         Q.    And the Court went on and said:

19    Moreover, he -- that's you, Mr. Jonathan

20    Benthall -- has no reliable basis or

21    methodology to reach the conclusions he

22    reached on these issues.  In addition, an

23    opinion as to the state of mind of an

24    organization is inadmissible.

25               Did the Court say that about
```

This Transcript Contains Confidential Material

```
 1   you, sir?

 2        A.     It suggests so, yes.

 3        Q.     And then the Court went on to

 4   exclude portions of your expert opinion;

 5   correct?

 6        A.     Yes.

 7             MR. MALONEY:  Thank you, sir.

 8        If we could take a break right now, I

 9        may be done, but I just want to check

10        my notes and confer with counsel.  And

11        Mr. Carter may have some questions for

12        you or Mr. Haefele.

13             THE VIDEOGRAPHER:  Off the

14        record at 4:46 p.m.

15             (Recess taken, 4:46 p.m. to

16        5:04 p.m. BST)

17             THE VIDEOGRAPHER:  Back on the

18        record at 5:04 a.m.

19             MR. MALONEY:  Mr. Benthall,

20        thank you very much.  That's all the

21        questions I have for you at the

22        moment.  I think my colleague, Sean

23        Carter, who is one of the plaintiffs'

24        co-counsel may have some questions for

25        you.
```

 1    dismissed in 1996.

 2             And the administration had got

 3    caught up with the expansion, and there were

 4    irregularities, which as far as I can see,

 5    Dr. Basha was trying to clamp down on.  And

 6    that's why I didn't actually see this as a --

 7    it's an admitted matter that these branches

 8    were designated.  I've expressed -- I

 9    expressed in my occasional paper a little bit

10    of concerns -- not concern, but doubt as to

11    why the whole of the IIRO wasn't designated

12    rather than these two branches, because Saudi

13    Arabia is well known as a pretty hierarchical

14    kind of society.

15        Q.    Mr. Benthall, you're not a

16    lawyer; correct?

17        A.    Correct.

18        Q.    And you're not offering a legal

19    opinion as to the circumstances under which

20    an organization may be charged with

21    responsibility for the conduct of its

22    employees; connect?

23        A.    Could you just repeat the

24    question?  It's a rather -- just repeat the

25    question, please.

```
 1          Q.     Sure.  You're not offering a

 2   legal opinion as to the circumstances under

 3   which an organization can be held responsible

 4   for the actions of its employees.

 5          A.     No, but I've had experience of

 6   the administration of large charitable

 7   organizations, particularly Save the Children

 8   fund, and then I was chair of the trustees of

 9   INTRAC, which was the consultancy, if I'm

10   giving advice and so forth to international

11   engineers.  And the question of

12   responsibility comes up.  And it's very well

13   known that it's -- it's extremely difficult

14   to run a big international organization

15   without surrendering a certain amount of

16   control, because a lot of discretion has to

17   be left to local country managers.  So I

18   don't think you need to be a lawyer to reach

19   an informed judgment on such matters.

20          Q.     And in your expert report, you

21   expressed your opinion as to whether or not

22   it is appropriate to conclude that the

23   leadership and apex at the IIRO were

24   ideologically aligned with al-Qaeda and had a

25   systemic intent to support the sponsorship of
```

1     the testimony of Dr. Basha concerning the

2     activities of Prince Turki bin Jalawi; is

3     that correct?

4          A.     Yes, I did.

5          Q.     And is it correct that

6     Dr. Basha testified that Prince Turki bin

7     Jalawi was sending money directly from the

8     Eastern Province office overseas in violation

9     of the IIRO's own procedures?

10               MR. NASSAR:  Objection to form.

11         A.     From what I recall, the Eastern

12    Province was acting irregularly, and Basha

13    was trying to call them to order.

14         Q.     (BY MR. CARTER)  And did

15    Dr. Basha also testify that Prince Turki bin

16    Jalawi refused to comply when Dr. Basha asked

17    him to stop engaging in his irregular

18    behaviors?

19         A.     I think I recall that, but that

20    doesn't detract from the fact that Basha was

21    trying to put things right, that he

22    disapproved of what was happening and was

23    trying to put it right.

24         Q.     So it was sufficient for, in

25    your view, for Basha to raise the issue, and

1    he bears no fault for the fact that the

2    behavior apparently continued after he

3    initially raised it.

4                MR. NASSAR:  Objection to form.

5        A.    I don't think that it's -- I

6    wouldn't defend Dr. Basha as being the most

7    brilliant administrator there ever was, but

8    on the face of it, he was doing his best if

9    we look at that memorandum sent out in 1999.

10               And if he didn't succeed, there

11   may have been other people who were -- who

12   had strings to pull and make it difficult for

13   him.

14       Q.    (BY MR. CARTER)  You've spoken

15   and corresponded with Dr. Basha?

16       A.    I've met Dr. Basha, a long time

17   ago, but I haven't corresponded with him, or

18   I haven't had dealings with him with regard

19   to this case.

20       Q.    And so you've never spoken to

21   him at all about the accusations that offices

22   of the IIRO were engaged in supporting

23   terrorist activity?

24       A.    I spoke to -- when I first met

25   him in Istanbul in either 1995 or '96 as a

```
 1    member of the core group of the Montreux

 2    Initiative, and he staunchly defended the

 3    record of the IIRO and said the allegations

 4    against it were false.

 5         Q.    And did you challenge him at

 6    that time with the information from any of

 7    the U.S. designations of the IIRO?

 8         A.    No, because it was common

 9    knowledge that the -- no, actually, looking

10    at the dates, I'm not sure that -- this is

11    2006.  This may well have been just before

12    the designation of the -- I can't remember if

13    it was 2005 or 2006.  I think 2005 before

14    these designations of the branches.

15         Q.    I believe you had testified

16    earlier that you may have communicated with

17    him by e-mail or otherwise as late as 2014 or

18    2015; is that correct?

19         A.    Yes, I did.

20         Q.    In the context of any of those

21    communications, did you raise the allegations

22    relating to IIRO's involvement in terrorist

23    activity?

24         A.    No, because I was purely

25    seeking information about IIRO.
```

This Transcript Contains Confidential Material

```
 1                    I do recall in other

 2      correspondence, or possibly in -- I met him

 3      for the second time in Doha.  This was in

 4      2006.  And I do remember saying to him that

 5      it was a pity that the annual reports were --

 6      they weren't annual reports, but the

 7      reporting by IIRO was so scanty, because it

 8      made it very difficult for them to defend

 9      themselves against allegations.  And shortly

10      afterwards, I did get a message from him

11      saying I believe you, you've been asking for

12      more information.  And here it is.

13                    And I received some packages by

14      post and then later e-mail communications as

15      well.  But I was basically

16      information-gathering rather than challenging

17      him on any particular points.

18           Q.    The reason I'm asking is

19      because a minute ago you testified about the

20      potential that there were people who had

21      strings to pull that were preventing

22      Dr. Basha from implementing the forms.

23                    Was that based on some specific

24      information that Dr. Basha provided to you,

25      or is that your speculation?
```

```
 1          A.     Counsel, I have to admit --

 2                 MR. NASSAR:  Objection, form,

 3          mischaracterizes his testimony.

 4          A.     I have to admit -- nothing like

 5    that came from Dr. Basha.  I have to admit

 6    that it's more speculation than concrete

 7    evidence.

 8          Q.     (BY MR. CARTER)  In your

 9    report, you cite to one of your own papers

10    called The Rise and Decline of Saudi Overseas

11    Humanitarian Charities.

12                 Do you recall that paper?

13          A.     I do, yes.

14          Q.     And that significantly

15    discusses the IIRO; correct?

16          A.     Correct.

17          Q.     And on page 2 of that report,

18    you indicate that the charge sheet against

19    IIROSA's branches during the 1980s and 1990s

20    is extensive.

21                 Do you recall that?

22          A.     Can you --

23                 MR. CARTER:  Yeah, why don't we

24          go ahead and mark as the next exhibit

25          The Rise and Decline of Saudi Overseas
```

```
 1    gave the date of the foundation of IIRO as

 2    1975.  It should have been 1979, which I

 3    would like to put on the record as an error.

 4    But otherwise, I gave some examples, and

 5    that's it.

 6         Q.    Do you believe that the

 7    involvement of multiple offices of a charity

 8    in supporting terrorist activity would be

 9    relevant in assessing whether or not the

10    leadership approved or encouraged that

11    activity?

12              MR. NASSAR:  Objection to form.

13         A.    If it were proved that -- we're

14    talking about activity by branches.  If it

15    were proved that branches had actually

16    behaved in a nefarious manner and that there

17    was a strong record of this; and if there was

18    no evidence that the leadership had taken

19    steps to try and control this, then I would

20    agree with you that the leaders would be

21    responsible.  But in this case, there's

22    evidence that Basha was trying to do things

23    right.

24         Q.    (BY MR. CARTER)  In the course

25    of your work, did you conduct any inquiry to
```

```
 1    determine what investigative efforts the IIRO

 2    took in response to the accusations of

 3    potential involvement in activity in al-Qaeda

 4    activities after the embassy bombings?

 5              MR. NASSAR:  Objection to form.

 6         Are we talking about his work in

 7         drafting this report --

 8              MR. CARTER:  Yes.

 9              MR. NASSAR:  -- or in this

10         article?

11              MR. CARTER:  No, in drafting

12         his report.

13         A.    No, I didn't.

14         Q.    (BY MR. CARTER)  You are aware

15    that there were accusations in the early

16    1990s that the head of the IIRO Philippine

17    branch, Mohammed Jamal Khalifa, was connected

18    to terrorist activity; correct?

19         A.    There were such allegations,

20    but what do you mean by connected?  It's

21    vague words used that have not been tested in

22    the courts, and I would ask a little bit more

23    of solid evidence.

24         Q.    Well, there were allegations

25    that he was involved in terrorist activity,
```

```
 1   completely, as far as I can see, ignore this

 2   aspect.

 3        Q.    Okay.  But it doesn't -- still,

 4   it doesn't have anything to do with whether

 5   or not the organizations in question provided

 6   support to al-Qaeda before 2001.

 7        A.    It's not -- that isn't the

 8   reason why I wrote this expert report,

 9   although I agreed to be retained by the -- by

10   these two defendants, but it is background

11   information, which I thought could be of use

12   to the Court if this went to trial.

13        Q.    Okay.

14             MR. CARTER:  Waleed, why don't

15        we take five minutes, and I'll consult

16        with my co-counsel to see if we have

17        anything further.

18             MR. NASSAR:  That works.  Thank

19        you.

20             THE VIDEOGRAPHER:  Off the

21        record at 6:33 p.m.

22             (Recess taken, 6:33 p.m. to

23        6:41 p.m. BST)

24             THE VIDEOGRAPHER:  Back on the

25        record at 6:41 p.m.
```

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2          I, DEBRA A. DIBBLE, Registered Diplomate
      Reporter, Certified Realtime Reporter, Certified
 3    Court Reporter and Notary Public, do hereby certify
      that prior to the commencement of the examination,
 4    JONATHAN BENTHALL was duly sworn by me to testify
      to the truth, the whole truth and nothing but the
 5    truth.
 6          I DO FURTHER CERTIFY that the foregoing
      is a verbatim transcript of the testimony as taken
 7    stenographically by and before me at the time,
      place and on the date hereinbefore set forth, to
 8    the best of my ability.
 9          I DO FURTHER CERTIFY that pursuant to
      FRCP Rule 30, signature of the witness was not
10    requested by the witness or other party before the
      conclusion of the deposition.
11

           I DO FURTHER CERTIFY that I am neither a
12    relative nor employee nor attorney nor counsel of
      any of the parties to this action, and that I am
13    neither a relative nor employee of such attorney or
      counsel, and that I am not financially interested
14    in the
      action.
15
16
17
18
19    _____
      DEBRA A. DIBBLE, RDR, CRR, CRC
20    NCRA Registered Diplomate Reporter
      NCRA Certified Realtime Reporter
21    Certified Court Reporter
22
      Dated: 8-6-2021
23
24
25
```