This Transcript Contains Confidential Material

1        UNITED STATES DISTRICT COURT

         SOUTHERN DISTRICT OF NEW YORK

2                  -   -   -

3

4    IN RE: TERRORIST ATTACKS    : 03-MDL-1570

     ON SEPTEMBER 11, 2001       : (GBD)(SN)

5

6

7

                        -   -   -

8              APRIL 6, 2021

          THIS TRANSCRIPT CONTAINS

9           CONFIDENTIAL MATERIAL

                        -   -   -

10

11

12            Remote Videotaped

13   Deposition, taken via Zoom, of CHAS W.

14   FREEMAN, JR., commencing at 9:08 a.m., on

15   the above date, before Amanda

16   Maslynsky-Miller, Certified Realtime

17   Reporter and Notary Public in and for the

18   Commonwealth of Pennsylvania.

19

20                  -   -   -

21        GOLKOW LITIGATION SERVICES

        877.370.3377 ph| 917.591.5672 fax

22           deps@golkow.com

23

24

This Transcript Contains Confidential Material

```
 1   today.

 2              How would you like for me to

 3   refer to you during the deposition?  I

 4   know -- is it Chas?  Mr. Freeman?  I

 5   understand you had a post as a U.S.

 6   Ambassador.  Is Ambassador Freeman

 7   something you would be more comfortable

 8   with me calling you?

 9        A.    Ambassador Freeman would be

10   fine.

11        Q.    Ambassador Freeman, all

12   right.

13              I understand you held a post

14   as a U.S. Ambassador to the Kingdom of

15   Saudi Arabia from 1989 to 1992, right?

16        A.    Correct.

17        Q.    And you have not held a post

18   as a U.S. Ambassador for about 29 years

19   or since 1992; is that right?

20              MR. HAEFELE:  I'm sorry, I

21        didn't hear the answer.

22              THE WITNESS:  Yes.

23   BY MR. HAEFELE:

24        Q.    But since you held that post
```

This Transcript Contains Confidential Material

```
1        A.    They are documents I read
2   after writing my report.
3        Q.    Okay.  If you had to
4   estimate the number of documents that you
5   read in preparation for your deposition,
6   what would that volume be?
7        A.    I really don't know.  I
8   mean, I don't count documents.  I'm not
9   testifying on the basis of documents.
10       Q.    Well, was it more than ten
11  or less than ten?
12            MR. GOETZ:  Objection.
13        Form.
14            MR. HAEFELE:  You can
15        answer.
16            THE WITNESS:  I really don't
17        know.
18  BY MR. HAEFELE:
19       Q.    So it could have been less
20  than ten?
21       A.    It could have been.
22       Q.    When counsel for WAMY sent
23  along the report that's attributed to
24  you, they also sent a document that was
```

This Transcript Contains Confidential Material

```
1    highest degree of formal education you've

2    obtained?

3           A.     Yes.

4           Q.     And at any time during your

5    formal education in Mexico, New Haven or

6    Cambridge, did you study Islamic

7    religion?

8           A.     No.

9           Q.     Did you study Islamic

10   charities?

11          A.     No.

12          Q.     Did you study charities at

13   all?

14          A.     No.

15          Q.     Did you study the Arabic

16   language in any of those places?

17          A.     No.

18          Q.     Did you study any Arabic

19   studies in Mexico, New Haven or

20   Cambridge?

21          A.     No.

22          Q.     Did you study any Saudi

23   Arabian studies?

24          A.     No.
```

This Transcript Contains Confidential Material

```
 1          Q.     When you were at those

 2   schools during your formal education, did

 3   you study any Saudi politics?

 4          A.     No.

 5          Q.     Any Middle East politics?

 6          A.     No.

 7          Q.     Any Saudi history at all?

 8          A.     No.

 9          Q.     Any Middle East history at

10   all?

11          A.     No.

12          Q.     What, if any, specific

13   formal education have you had related to

14   the Kingdom of Saudi Arabia?

15          A.     Language training at the

16   Foreign Service Institute, prior to

17   becoming Ambassador; areas studies at the

18   Foreign Service Institute, an academic

19   program focused on the very issues you

20   mentioned; and self-study every morning,

21   before I went to work in Saudi Arabia, an

22   hour of Arabic and related material.

23          Q.     And those were all related

24   to the time period before and during the
```

This Transcript Contains Confidential Material

1    time period you were -- held your post as

2    Saudi Ambassador --

3         A.    Yes.

4         Q.    -- or Ambassador to Saudi

5    Arabia from the U.S.?

6         A.    Yes.

7         Q.    Let me go back.

8              MR. HAEFELE:  Jon, can you

9         take away that marking on the

10        educational section?

11             And let's highlight the

12        middle section of the C.V., yeah,

13        the dates.  That's terrific.

14   BY MR. HAEFELE:

15        Q.    You took a post from 1989 --

16   from '89 to '92 as the U.S. Ambassador to

17   the Kingdom of Saudi Arabia, right?

18        A.    Yes.

19        Q.    And before you took that

20   post as Ambassador, you had no training

21   regarding Saudi Arabia, other than the

22   training for the post itself, correct?

23        A.    That's right.

24        Q.    I understand that you are

This Transcript Contains Confidential Material

1  Foreign Service, but I was seconded to

2  the Department of Defense.

3       Q.    All right.  So was your last

4  post in the Foreign Service in 1992?

5       A.    No.  I remained in the

6  Foreign Service while I was on active

7  duty at the Defense Department.

8       Q.    Okay.  So then -- so you --

9  what did you do between the 1992 period

10 and the time period that you, in '93,

11 when you became the assistant secretary

12 of defense in international security

13 affairs?

14      A.    I wrote two books on

15 diplomacy and state craft at the National

16 Strategic Study Center at Fort McNair in

17 Washington, D.C.

18      Q.    Okay.  And you ended your

19 post as the assistant secretary of

20 defense in 1994, correct?

21      A.    Yes.

22      Q.    All right.  So from 1966 to

23 1967, by far, during the years that you

24 were there, from '66 to '94, most of your

This Transcript Contains Confidential Material

1   postings related to East Asia, China,

2   Taiwan or Bangkok, right?

3          A.    Or India.

4          Q.    Or India.

5          A.    Actually, let me correct

6   that.  I was -- I think this probably --

7   yes.

8                I held two positions in the

9   now euthanized U.S. information agency;

10  once in the U.S. information service in

11  South India, '67 to '68, and again in

12  1978 at the headquarters in Washington,

13  D.C.

14               I also created the refugee

15  function for the United States, organized

16  it, and was the initial acting

17  coordinator for refugee affairs in 1979.

18         Q.    I'm missing how that

19  changes -- were most of your postings in

20  East Asia?

21         A.    Overseas, yes.

22         Q.    Where were you living or

23  where were you located during your

24  postings?

1    Q.    Did you interact with WAMY,

2  or any other Islamic charity, during your

3  Foreign Service career from '65 to '94?

4    A.    Yes.  As Ambassador to Saudi

5  Arabia, I did have a meeting with the

6  World Muslim League, which I believe was

7  reported in an earlier -- in the earlier

8  document referred to.

9    Q.    Which document was that?

10    A.    The document I wrote on

11  sovereign immunity.

12    Q.    So in the declaration that

13  you wrote earlier in this litigation, you

14  recall reporting the meeting that you had

15  with -- is it Muslim World League,

16  correct?

17    A.    World Muslim League, yes.

18    Q.    And your recollection is the

19  entity is World Muslim League?

20    A.    I'm sorry?

21    Q.    Your recollection is the

22  entity is World Muslim League?

23    A.    Yes.

24    Q.    All right.  I will try --

This Transcript Contains Confidential Material

1   business, which I still chair, which is a

2   global business development firm.

3         Q.    All right.  You mentioned

4   two books that you authored.

5               What are the two books?

6         A.    One is called Arts of Power;

7   State Craft and Diplomacy.

8         Q.    And the other?

9         A.    The other is called The

10  Diplomats' Dictionary.

11        Q.    And when did the Arts of

12  Power come out?  When was it published?

13        A.    I think it probably came out

14  around 1997.

15        Q.    All right.  And when did The

16  Diplomats' Dictionary get published?

17        A.    About the same time.  It was

18  originally the footnotes for the Arts of

19  Power.

20        Q.    And are those the only two

21  books that you've published?

22        A.    No.  I have written two

23  books on the American involvement in the

24  Middle East and one on the American

1   involvement with China.

2       Q.   When did the American

3   involvement in the Middle East book come

4   out?

5       A.   Well, the first one -- I

6   might have to go look.  Just a minute.

7   Let me -- I guess I can't really leave

8   the screen.

9            Sometime in the early --

10  early part of the century.  It was

11  followed in the -- in the second decade

12  of the century by a follow-on book.

13           The first book is called

14  America's Misadventures in the Middle

15  East.  The second book, not surprisingly,

16  was called America's Continuing

17  Misadventures in the Middle East.

18      Q.   Do any of -- do either of

19  those books cover the issue of Saudi

20  charities in the Middle East?

21      A.   Not specifically.

22      Q.   And I take it the book on

23  the American involvement in China does

24  not do that either, correct?

```
 1          A.    So those are the focuses.

 2          Q.    When you say "those are the

 3    focuses" -- I should add other than

 4    rebutting some of the testimony of some

 5    of the plaintiffs' experts, are there any

 6    other subject areas that you have been

 7    called upon to offer your own opinions

 8    about?

 9          A.    I've offered my own opinions

10    in the report, and they stand as they

11    are.

12          Q.    And that's what I'm asking

13    you.

14                At the outset of your

15    report, you have identified what WAMY has

16    asked you to opine about.

17                And that is in this

18    paragraph, correct?

19          A.    Yes.

20          Q.    And did you answer any

21    other -- or offer opinions in any other

22    areas other than what you were asked to

23    opine on by WAMY?

24          A.    Not really.
```

This Transcript Contains Confidential Material

1    The areas that you've outlined in your

2    report, correct?

3         A.    I -- yeah, sure.

4         Q.    Have you been asked to

5    testify to connections between WAMY

6    officials and individuals associated with

7    any terrorist entity, including Al Qaeda?

8         A.    No.

9         Q.    Have you been asked to

10   testify with regard to the functions,

11   regulations or internal structure of

12   WAMY?

13        A.    No.

14        Q.    How about of any Islamic

15   charity other than WAMY?

16        A.    No.

17        Q.    And so you haven't opined on

18   any of those issues, correct?

19        A.    That's correct.

20        Q.    Have you been asked to

21   testify as to whether any Saudi-sponsored

22   charity has been giving -- has given

23   material support to Al Qaeda or any

24   terrorist organization or any individual

This Transcript Contains Confidential Material

1    delegating responsibility to many people

2    for looking at many questions, including

3    these questions.

4              My personal involvement,

5    however, is as stated, a single meeting

6    with the World Muslim League.

7         Q.    Have you opined at all as to

8    whether any Saudi-sponsored charity has

9    given material support to Al Qaeda?

10             MR. NASSAR:  Objection to

11        form.

12             THE WITNESS:  Yes.  Yes, I

13        have offered opinions on that.

14   BY MR. HAEFELE:

15        Q.    In your report?

16        A.    Yes.

17        Q.    Where in your report is that

18   opinion?

19        A.    It is throughout the report.

20   It is the nature of Saudi charities

21   organized by the government, including

22   WAMY, about which I am speaking, to

23   represent the interest of the Kingdom of

24   Saudi Arabia in the religious sphere.

This Transcript Contains Confidential Material

1    They train young people in

2  Saudi Arabia and they train people

3  outside of Saudi Arabia.  They also

4  provide charitable relief to people

5  outside Saudi Arabia.

6    My involvement with such

7  organizations began long before I went to

8  Saudi Arabia.  As the chargé d'affaires

9  and the deputy chief commission at the

10  American embassy in Beijing, I had at my

11  disposal an annual amount of roughly $600

12  million to disburse for the purchase of

13  Chinese weaponry for the Mujahideen in

14  Afghanistan.

15    I was very familiar with the

16  U.S. cooperation with Saudi Arabia, with

17  China, with Pakistan, with Egypt and

18  other actors in resisting the Soviet

19  occupation and in providing relief to

20  refugees.

21    So, yes, I know a lot about

22  that.  I did not personally engage in --

23  with Saudi charities in Saudi Arabia as

24  Ambassador.

1         A.    I don't know the specific

2    date.  But it was in 1992, I believe.

3         Q.    Okay.  And that's based on

4    your experience and your expertise as

5    a -- somebody in that field?

6              MR. GOETZ:  Objection.

7         Form.

8    BY MR. HAEFELE:

9         Q.    Or is it based on some

10   documents that you've seen or --

11        A.    There is no -- I am not

12   testifying on the basis of documents.

13   The information on when Al Qaeda was

14   founded is readily available in the 9/11

15   Commission report.

16        Q.    Okay.  So is your testimony

17   that, you know, you recall it being in

18   the 1992 time period something that

19   you're basing on your having read the

20   9/11 Commission report?

21        A.    No.  I was hearing it at the

22   time.

23        Q.    You're recalling it --

24   you're recalling it based on your

1    prepare for the deposition?

2         A.    For today's event, yes.

3         Q.    Can you approximate the

4    volume for me?

5         A.    Pardon me?

6         Q.    Can you approximate the

7    volume, the number of documents?

8         A.    I don't know, a dozen,

9    maybe.

10        Q.    Can you tell me what they

11   are?

12        A.    A couple of intelligence

13   reports; a telegram that your -- you have

14   placed in evidence; the 9/11 report,

15   which I reread; a couple of reports on

16   the Saudi financial system.

17             Well, that isn't the dozen.

18   But that's pretty much what I remember.

19        Q.    Any documents that are

20   internal to any of the charities, WAMY,

21   Muslim World League, IIRO?

22        A.    No.  Some of the material

23   that you had produced, which was

24   basically invoices, that's all.

1   hours.  It was a lot of documents.  So --

2        Q.    Did -- go ahead.  I don't

3   mean to interrupt.

4        A.    No.  So to the extent that

5   those documents included internal papers

6   from various charities, I read them.

7        Q.    Well, did they include any

8   internal documents?

9              In the documents that you

10  listed that you read from the plaintiffs,

11  you didn't include any internal documents

12  of WAMY or Al-Haramain or IIRO.

13             And I'm asking you, did you

14  review any of those?

15       A.    I looked at everything that

16  was provided.  It was a long time ago.

17       Q.    Were any internal documents

18  on any of the charities, anything among

19  the documents that you reviewed and

20  relied upon for your opinions in the

21  case?

22       A.    Well, no.  I was very struck

23  by the total absence of specific

24  references, particularly to WAMY, in the

This Transcript Contains Confidential Material

1    documents.  General statements --

2            Q.    Well, did you --

3            A.    -- that were tied to WAMY,

4    but there is no causal connection and no

5    specific evidence provided.

6            Q.    Did you ask to review any of

7    those documents?

8            A.    I reviewed what I was given.

9            Q.    All right.  So if you

10   weren't provided it, you obviously

11   couldn't have reviewed it, correct?

12           A.    Obviously.

13           Q.    And did you ask for any more

14   information about any internal documents

15   related to WAMY?

16           A.    No.  I mean, I reviewed

17   everything that was provided.

18           Q.    Have you asked for anything

19   about any investigations into the

20   internal controls of WAMY?

21           A.    I am -- no, I have not.

22           Q.    All right.  And have you

23   asked for any information about how the

24   finances of WAMY were distributed within

```
 1   WAMY?
 2        A.    There are documents that
 3   refer to the mechanisms.  I am generally
 4   familiar with how government-operated --
 5   government-organized nongovernmental
 6   organizations work in Saudi Arabia.  Not
 7   specifically with WAMY.
 8        Q.    Did you review any documents
 9   regarding any of the auditing procedures
10   of WAMY?
11        A.    I believe some of the
12   documents that were provided by the
13   plaintiffs' counsel did include such
14   discussion.
15        Q.    And did you review anything
16   other than those --
17        A.    No.
18        Q.    -- on auditing?
19        A.    No.
20        Q.    Is that a no?
21              Did you ask for anything
22   about auditing other than what was
23   provided to you?
24        A.    No.
```

This Transcript Contains Confidential Material

1       Q.    Did you review any documents

2   about any auditing for any other charity

3   other than WAMY?

4       A.    No, I don't believe I did.

5       Q.    All right.  Just so we're

6   clear, did you get any documents from any

7   charity other than WAMY?

8       A.    Is the question for Fred?

9       Q.    Did you receive any internal

10  documents for any charity other than

11  WAMY?

12      A.    No.

13      Q.    So you've not seen any

14  documents whatsoever related to Muslim

15  World League, or World Muslim League, or

16  IIRO, or International Islamic Relief

17  Organization, right?

18      A.    I repeat.  My testimony is

19  not based on documents.

20      Q.    And you have not seen any

21  documents related to any charity other

22  than some documents that you received,

23  through WAMY's counsel, related to WAMY

24  that came from plaintiffs' counsel; is

```
 1   any Saudi entity.

 2        Q.    Have you ever worked --

 3   withdraw that.

 4              What is your knowledge of

 5   WAMY's structure?

 6        A.    General.

 7        Q.    Where did it come from?

 8        A.    I'm not able to distinguish

 9   WAMY from other GONGOs,

10   government-organized non-governmental

11   organizations.

12        Q.    And I assume the same would

13   be the case for any of the other

14   charities, correct?

15        A.    Yes.

16        Q.    What WAMY offices, if any,

17   have you visited?

18        A.    I have never visited a WAMY

19   office.

20        Q.    What WAMY officials, if any,

21   have you ever spoken to?

22        A.    I have never spoken to a

23   WAMY official.

24        Q.    Are you familiar with any of
```

1    to organizations like MS, which the

2    Saudis regarded as an enemy.

3          Q.    Do you have any knowledge of

4    any of the controls, audits and security

5    measures WAMY used during -- during the

6    time period since you were an Ambassador?

7          A.    No.

8          Q.    Do you have any knowledge

9    about the accounting systems or

10   methodology that WAMY has used?

11         A.    No.

12         Q.    Do you have any personal

13   knowledge of how WAMY identified projects

14   that were to be funded or activities that

15   were to be undertaken?

16         A.    No.

17         Q.    Have you been asked to offer

18   an expert opinion on funding received by

19   WAMY for the Kingdom -- or from the

20   Kingdom?

21         A.    Asked by whom?

22         Q.    The counsel for WAMY.

23         A.    No.

24         Q.    Have you been asked by the

1    counsel for WAMY to offer an expert

2    opinion about audits that may or may not

3    have been performed by WAMY throughout

4    WAMY's history?

5          A.    No.  No such question has

6    been put to me.

7          Q.    And have you been asked to

8    offer an expert opinion about specific

9    projects funded by WAMY?

10         A.    Not -- with the possible

11   exception of support for resistance to

12   genocide in Bosnia, no.

13         Q.    Have you been asked to offer

14   an expert opinion about terrorist

15   training camps purportedly funded by WAMY

16   or other Saudi charities?

17              MR. GOETZ:  Object to the

18         form of the question.

19              THE WITNESS:  I don't

20         believe there are any such

21         training centers.  And I have not

22         been asked about them.

23   BY MR. HAEFELE:

24         Q.    Have you been asked to offer

This Transcript Contains Confidential Material

1  of your government positions, let's say

2  in 1994 -- was it 1994?

3          When you left the government

4  in 1994, did you continue to have the

5  treasury attaché as one of your sources

6  of information?

7      A.    I used to see him initially

8  when I would return to the Kingdom.  But

9  I have always followed a rule that if you

10  leave a position of authority, you should

11  leave it and not look over your

12  successor's shoulder.  And so I did not

13  interfere with my successor.

14          But the treasury attaché in

15  question, who worked for me, was a very

16  competent individual.  And I benefitted

17  greatly from his counsel.

18      Q.    Well, my real question is,

19  the tremendous amount of resources you

20  had as the Ambassador, when you left your

21  position in the government, you also left

22  behind the sources of information such as

23  the Treasury, Defense Department,

24  political section of the embassy,

1  economic section of the embassy and the

2  CIA station; you no longer had those

3  resources available to you, correct?

4       A.    I spoke frequently with all

5  of those people in a private --

6       Q.    Were they giving -- I'm

7  sorry, I didn't --

8       A.    They were not under

9  obligation to me, if that's what you're

10 asking.

11      Q.    They had no obligation and

12 they were not providing you with the

13 information in the way they were

14 providing it to you while you were the

15 Ambassador, were they?

16      A.    No, they were not.

17      Q.    And when you left your

18 position in the United States government

19 in 1994, did you have any interactions

20 with any charitable entities from the

21 Kingdom of Saudi Arabia since then up

22 until you were asked to write the report

23 for WAMY?

24      A.    No.

1    Q.    And you had no familiarity

2  with any of the charities' ongoings,

3  their finances, their innerworkings at

4  all from that time period, correct?

5    A.    More or less correct.  I

6  mean, I was in a dialogue with people in

7  the American embassy who had the habit of

8  telling me a lot of things.

9          But I was not --

10   Q.    What kind of -- what kind of

11 "a lot of things" were they telling you?

12   A.    A lot of information about

13 what was happening in the Kingdom, what

14 was of concern to their agency in

15 Washington, what their differences were

16 with the judgements of Washington,

17 which --

18   Q.    Tell me specifically, out of

19 those discussions that you had, what

20 specifically related to Saudi charities?

21   A.    I had a discussion with John

22 Brennan, who was then the station chief,

23 later the director of CIA, which touched,

24 in part, on that.

This Transcript Contains Confidential Material

1    BY MR. MALONEY:

2        Q.    We left off just a second

3    ago about -- talking about the Binladin

4    family.

5            Have you ever met Osama bin

6    Laden?

7        A.    Never.

8        Q.    Before I get to your report,

9    I have some questions about it.  I just

10   want to clarify something.

11           Are you holding yourself out

12   to be an expert in terror financing?

13       A.    No.

14       Q.    And are you holding yourself

15   out to be -- I know you said you had some

16   general knowledge about Saudi charities,

17   we've covered some of that throughout the

18   day.

19           But do you consider yourself

20   an expert in Saudi charities?

21       A.    No, not per se.

22       Q.    And do you consider yourself

23   an expert in WAMY, the charity WAMY?

24       A.    No.

This Transcript Contains Confidential Material

1    Q.    And the methodology you used

2  here to render your expert report was

3  based primarily on your personal

4  experience and knowledge having been an

5  Ambassador in the Kingdom?

6    A.    My professional experience

7  dealing with this and related issues,

8  both in Saudi Arabia and in prior

9  incarnations, one of which I mentioned.

10   Q.    And to the extent that you

11  relied on any documents for your opinion,

12  they are listed in your report, I take

13  it; is that fair?

14   A.    I did not rely on documents.

15   Q.    Okay.  We talked about the

16  time when you were an Ambassador and some

17  issues came up with regard to the Muslim

18  World League, a Saudi charity.

19        And I think you met with Mr.

20  Naseef in Jeddah to discuss with him some

21  issues regarding the diversion of funds

22  to support a terror group that came out

23  of a mosque in Birmingham, something to

24  that effect.

This Transcript Contains Confidential Material

1   cited that article.  But I do remember

2   the event.

3           Q.    Just to be clear, Al Qaeda

4   is a Sunni terror organization, not Shia,

5   correct?

6           A.    Yes.

7           Q.    You mentioned in your

8   report, I think at the endnote on Page 12

9   and 13, about the origin of the majority

10  of the Saudi hijackers for 9/11.

11          A.    Yes.

12          Q.    And what information do you

13  have about the origin of those Saudi

14  hijackers that you're referring to in

15  your endnote?

16          A.    Well, this is not my

17  endnote.  This is a quotation from an

18  intelligence officer, retired.

19                And the fact is that the

20  region of Saudi Arabia from which the

21  majority of the hijackers came was

22  originally Zaydi, meaning another Shia

23  sect, that was conquered by the Saudi

24  monarchy in the 1930s.  And the monarchy,

This Transcript Contains Confidential Material

1      probably a long -- it's probably

2      near the end, I think.

3            Keep going.  Just scroll

4      down to the next page, please.

5      Next page, please.  Next page.

6            That's it.  Sorry.  If you

7      go back, you can see the bottom,

8      there is Tidewater?  Right there.

9            THE WITNESS:  Yeah, that's

10     the comment that I quoted.

11   BY MR. MALONEY:

12         Q.    So you quoted a blogger who

13   was commenting on Colonel Patrick Lang's

14   posting, correct?

15         A.    Yes.

16         Q.    And it looks like you lifted

17   this entire quote from Tidewater and put

18   it into your report; is that right?

19         A.    Yes.  Because it rang

20   absolutely true.

21         Q.    Do you know who Tidewater

22   is?

23         A.    No idea.

24         Q.    So you're relying on an

This Transcript Contains Confidential Material

1  number who came from this southwestern

2  region of the Kingdom.

3       Q.   Why didn't you cite that as

4  the reference to support your statement

5  rather than this anonymous blogger?

6       A.   This is a very detailed and,

7  in my view, accurate account of the

8  reality.

9            I didn't see any reason that

10 I had to rewrite something that someone

11 else had already done.

12      Q.   I'm just -- I'm just asking

13 you really more of a methodology, in your

14 training, background, education at Yale

15 and Harvard and your affiliation with

16 Brown on doing research and citing, for

17 support, statements that are reliable.

18           And an anonymous blogger

19 doesn't strike me as somebody that you

20 can rely on.

21           Are you saying that you're

22 perfectly willing to rely on an anonymous

23 blogger?

24      A.   If the information the

This Transcript Contains Confidential Material

1    blogger has written coincides with my own

2    personal knowledge, yes.

3         Q.    Okay.  Are you aware that

4    this blogger is also a conspiracy

5    theorist on the World Trade Center Number

6    7 theory?

7              Do you know what that is?

8         A.    No.  I know about that

9    conspiracy theory.  But I'm not aware of

10   a connection.

11        Q.    What is your -- what is your

12   knowledge about that conspiracy theory

13   just generally?

14        A.    That there is a theory that

15   on the one hand the two towers were

16   brought down with pre-planted charges,

17   and that this additional building

18   adjacent to them was brought down in the

19   same way.

20        Q.    And is that a theory that

21   you agree with or you espouse?

22        A.    No.

23              MR. MALONEY:  If I can ask

24        Jon to scroll down a little bit to

```
 1           the end of this blog.  If you can

 2           highlight, Jon, go above the blue

 3           where it says, Tidewater.  The

 4           last line of his blog, if you can

 5           highlight that, please.  It says,

 6           And who knows.

 7  BY MR. MALONEY:

 8       Q.    So the Tidewater blogger

 9  says, And who knows, maybe some new

10  information about the WTC will be

11  released.

12             A reference to that

13  conspiracy theory.

14             Do you see that?

15       A.    Yes.

16       Q.    So this blogger seems to be

17  implying that he believes in the

18  conspiracy -- the World Trade Center

19  Number 7 conspiracy theory.

20             Do you see that, sir?

21       A.    I think that is expressing a

22  suspicion that there might be something

23  to the theory.  I don't think it's

24  endorsing it.
```

This Transcript Contains Confidential Material

1    Q.    Ambassador Freeman, I just

2   have a few closing questions.  And Mr.

3   Maloney is done with you for the day.

4             You -- and I'll just remind

5   you you're still under oath.

6             You wrote your report and

7   then you sought information to confirm

8   what you wrote; is that the way you

9   approached how you wrote your report?

10   A.    Not exactly.  I wrote the

11  report and then I looked for references

12  that would corroborate what I knew.  That

13  is correct.

14   Q.    All right.  And did you even

15  consider any references to information

16  that didn't corroborate what you wrote?

17   A.    Of course.  In the course of

18  doing the research, looking for the

19  corroboration, I came across all sorts of

20  opinions.  I did not find any effectively

21  refuting my views.

22   Q.    You spoke about the event at

23  the Birmingham mosque.

24             Do you remember what year it

1   about the blogger Tidewater?

2        A.    Nothing.

3        Q.    Did you ever speak to

4   Tidewater?

5        A.    Nope.

6        Q.    And when you cite the

7   Tidewater in Footnote 7 of your report,

8   you say -- you describe Tidewater as a

9   former U.S. intelligence officer who

10  wishes to remain anonymous.

11            How do you know he was a

12  former U.S. intelligence officer?

13       A.    I think I asked the operator

14  of the blog, Sic Semper Tyrannis, retired

15  Colonel Lang, if he would identify the

16  person who wrote such a thorough and, in

17  my view, accurate description of the

18  origin of the hijackers and was told that

19  he wished to remain anonymous.

20       Q.    Well, how do you know he was

21  a former U.S. intelligence officer?

22       A.    Because I trust Colonel

23  Lang.

24       Q.    So you've never actually

1    spoken to Tidewater at all?

2         A.    No.

3         Q.    And you don't, in fact, know

4    that he's a former U.S. intelligence

5    officer, correct?

6         A.    I have the assurance of

7    somebody I trust that he is.

8         Q.    All right.  And the only way

9    that you know that he preferred to remain

10   anonymous is because this Mr. Lang -- is

11   it Colonel Lang -- told you that he was

12   U.S. intelligence or a former U.S.

13   intelligence officer who didn't want

14   anybody to know who he was?

15        A.    I asked Colonel Lang, as I

16   recall, whether I could identify him.

17   And that was the reply I got.

18        Q.    So you don't, in fact, know,

19   other than by secondhand information, who

20   he is; and you don't, in fact, know,

21   other than secondhand information, that

22   he wants to remain anonymous; is that a

23   fair characterization?

24        A.    I've accepted the assurance

This Transcript Contains Confidential Material

1    of someone on both points.  I have no

2    direct knowledge of that, no.

3          Q.    By taking information off of

4    the Internet from a source that you've

5    never spoken to, someone that you only

6    know who they are through secondhand

7    information, and taking secondhand

8    information and not being allowed to

9    speak to the source, based on a refusal

10   by the person that runs the blog, that's

11   what you're basing your information on to

12   be able to cite to him as a former U.S.

13   intelligence officer?

14              MR. GOETZ:  Objection.

15         Form.

16              THE WITNESS:  No.  The

17         reason this caught my eye was that

18         it coincided with everything that

19         I personally knew, on the basis of

20         looking at the names of the

21         hijackers, the description of

22         them, their whereabouts, and what

23         I knew about that particular

24         region of Saudi Arabia, which I

1    quick questions.

2             Do you know, who is Mohamed

3    Abu Zubaydah?

4         A.    Abu Zubaydah, yes, I think I

5    do.

6         Q.    Who is Abu Zubaydah?

7         A.    I believe he's an Al Qaeda

8    official.

9         Q.    All right.  And what do you

10   know about Abu Zubaydah?

11        A.    Nothing beyond that.

12        Q.    All right.  And who is

13   Sheikh Mohamed al Hawashi?

14        A.    I have no idea.

15        Q.    All right.

16             MR. HAEFELE:  And can we

17        pull up Exhibit-559, please?  And

18        scroll to Page 5, please.

19   BY MR. HAEFELE:

20        Q.    And in this quote from

21   Tidewater that you quoted in your report,

22   which you've attested to its accuracy,

23   Tidewater says that, Abu Zubaydah was an

24   al Farouq camp training -- he was at the

This Transcript Contains Confidential Material

1    al Farouq camp training newcomers.

2              It's toward the bottom, last

3    paragraph.

4         A.    Right.  Right.

5         Q.    All right.  If you didn't

6    know who Abu Zubaydah was, other than he

7    was in Al Qaeda, how were you able to

8    attest to the accuracy of that statement

9    in that quote?

10        A.    The important statement is

11   that this was essentially a con operation

12   in which people recruited to go to

13   Chechnya or Bosnia to resist genocide, or

14   the Philippines where there's been

15   several hundred years of conflict between

16   the government and Muslims, and they were

17   duped.  And they went --

18        Q.    So you don't actually

19   know -- you don't actually know the

20   details of this -- of what is in this

21   Tidewater post, correct?

22              You're not able to confirm

23   the details of what's in the post,

24   correct?

```
1        A.    I'm able to confirm -- I am

2   able to confirm that the statement that

3   people were recruited under false

4   pretenses is correct.

5        Q.    Isn't it more accurate to

6   say that the post is confirmatory of your

7   statements?

8             You cited to it because it

9   confirms what you said, right?

10       A.    Yes.

11       Q.    And Abu Zubaydah --

12  Tidewater says Abu Zubaydah was perhaps

13  Number 3 Al Qaeda.

14             Do you know that to be true?

15       A.    I don't know his position.

16       Q.    Do you know that he was Al

17  Qaeda?

18       A.    Yes.  I already testified

19  that I had that impression.

20       Q.    How do you -- how do you

21  know Abu Zubaydah was Al Qaeda?

22       A.    There's been extensive

23  reporting in the press.  But, again, I

24  did not cite this paragraph to talk about
```

This Transcript Contains Confidential Material

1    Abu Zubaydah.

2         Q.    Do you know who Frank

3    McCullough is?

4         A.    I don't think so.

5         Q.    No?  That name is not

6    familiar to you.

7              MR. HAEFELE:  I'm going to

8         end here. I think Mr. Maloney has

9         a few.

10                  -   -   -

11                 EXAMINATION

12                  -   -   -

13   BY MR. MALONEY:

14        Q.    Thank you.  I'll try to go

15   as quickly as I can.  Hopefully, just

16   five minutes.

17              Ambassador, you said when

18   you were leaving Saudi Arabia from your

19   embassy post, one of the last things you

20   did was to send a letter to the U.S.

21   government, I don't know who, but warning

22   them about the rise of anti-American

23   sentiment in Saudi Arabia based on the

24   fact that U.S. troops were still there

1       Q.    The U.S. intelligence

2   report?

3       A.    Yes.

4       Q.    And do you concur with its

5   findings and conclusions, to the best of

6   your knowledge?

7       A.    Yes, it seems to me to be

8   entirely reasonable.

9       Q.    And so accepting, you have

10  to essentially agree and believe that

11  Crown Prince Mohamed bin Salman lied to

12  the world when he said he didn't know

13  anything about the murder of Khashoggi,

14  true?

15      A.    Yes.

16            MR. MALONEY:  I have nothing

17        further.  Thank you.

18            MR. GOETZ:  All right.

19        That's it.

20            VIDEO TECHNICIAN:  This ends

21        today's deposition.  We are going

22        to go off the record at 8:42 p.m.

23                  -  -  -

24            (Whereupon, the deposition

This Transcript Contains Confidential Material

```
1              concluded at 8:42 p.m.)

2                    -   -   -

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

This Transcript Contains Confidential Material

1              CERTIFICATE

2

3

    I, Amanda Maslynsky-Miller, Certified Realtime
4   Reporter, do hereby certify that prior to the
    commencement of the examination, CHAS W.
5   FREEMAN, JR., was remotely sworn by me to
    testify to the truth, the whole truth and
6   nothing but the truth.

7

    I DO FURTHER CERTIFY that the foregoing is a
8   verbatim transcript of the testimony as taken
    stenographically by me at the time, place and
9   on the date hereinbefore set forth, to the best
    of my ability.

10

11  I DO FURTHER CERTIFY that I am neither a
    relative nor employee nor attorney nor counsel
12  of any of the parties to this action, and that
    I am neither a relative nor employee of such
13  attorney or counsel, and that I am not
    financially interested in the action.

14

15

16  _____

    Amanda Miller
17  Certified Realtime Reporter
    Dated: April 18, 2021

18

19

    (The foregoing certification of this transcript
20  does not apply to any reproduction of the same
    by any means, unless under the direct control
21  and/or supervision of the certifying reporter.)

22

23

24