1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK
2                     -   -   -
3
4     IN RE: TERRORIST ATTACKS    : 03-MDL-1570
      ON SEPTEMBER 11, 2001       : (GBD)(SN)
5
6
7
                            -   -   -
8                     JULY 22, 2021
             THIS TRANSCRIPT CONTAINS
9            CONFIDENTIAL MATERIAL
                            -   -   -
10
11
12            Remote Videotaped
13    Deposition, taken via Zoom, of JONATHAN
14    MARKS, commencing at 9:00 a.m., on the
15    above date, before Amanda
16    Maslynsky-Miller, Certified Realtime
17    Reporter and Notary Public in and for the
18    Commonwealth of Pennsylvania.
19
20                    -   -   -
21        GOLKOW LITIGATION SERVICES
          877.370.3377 ph| 917.591.5672 fax
22             deps@golkow.com
23
24

1          out later and move on.

2               MR. GOETZ:  We can.  And if

3          it turns out he's not bound by it,

4          but I would rather err for the

5          sake of the side of caution.

6     BY MR. CARTER:

7          Q.    Mr. Marks, have you ever

8     been involved as an expert in any

9     litigation involving terrorism issues?

10         A.    Not litigation, no.

11         Q.    Have you ever been involved,

12    in any professional capacity, in any

13    terrorism-related matters?

14         A.    Can you -- can you describe

15    "terrorism" for me, please?

16              Not that I'm trying to --

17    I'm not trying to be difficult, I just

18    want to be specific.  Are you talking

19    about terrorism financing or are you

20    talking about terrorism?

21         Q.    Well, I'm using the term

22    "terrorism" to encompass a broader

23    portfolio of issues that would include

24    terrorism financing.

1    A.    Well, if you're talking

2    about terrorism financing, the answer to

3    that would be yes.

4          If you're talking about a

5    terrorism expert, I'm not a terrorism

6    expert.

7    Q.    And with regard to terrorism

8    financing, what is your experience?

9    A.    My experience is through

10   anti-money laundering-type fraud

11   investigations of -- that were done on a

12   global basis.

13   Q.    Did any of those involve

14   investigations of possible involvement of

15   a party in financing terrorism?

16   A.    That was one of the

17   allegations, yes.

18   Q.    And who was the party

19   accused of that conduct in that case?

20   A.    That's confidential.

21   Q.    Well, what was the nature of

22   your work with regard to the terrorism

23   financing issue that was raised in that

24   matter?

1        A.    The nature of my work was to

2   analyze financial information and other

3   information, looking at various flows of

4   funds and other communications to

5   determine whether there was money

6   laundering and if the money laundering

7   led to some type of illegal acts, such as

8   terrorist financing.

9        Q.    Was there a specific

10  allegation that terrorist financing

11  activities had occurred, or was it just

12  within the broader set of potential

13  illegal acts you were asked to vet?

14        A.    Broader set of potential

15  illegal acts.

16        Q.    So the work that you're

17  describing there involved a forensic

18  investigation to determine if there had

19  been money laundering for any potential

20  crime, correct?

21        A.    That's right.

22        Q.    And it was not focused

23  specifically on money laundering for

24  purposes of delivering resources to a

This Transcript Contains Confidential Material

1   terrorist organization; is that correct?

2        A.    Repeat that one more time,

3   please.  I'm sorry.

4        Q.    It was not focused

5   specifically on money laundering for

6   purposes of delivering resources to a

7   terrorist organization?

8        A.    We didn't know.  There were

9   allegations.  So I don't -- I don't know

10  that your question -- I can answer your

11  question.

12       Q.    Well, you keep saying that

13  there are allegations.

14            Were there allegations that

15  resources were delivered to a particular

16  terrorist organization or party?

17       A.    No.

18       Q.    So there was no terrorist

19  party identified as a potential recipient

20  of funds or resources at any point in

21  that investigation?

22       A.    That's correct.

23       Q.    And so there weren't

24  actually allegations of terrorism

1  financing, were there?

2       A.    There were allegations of

3  illegal activity which might have

4  included terrorist financing.

5       Q.    Well, was there any reason

6  to believe that the illegal activity

7  actually involved terrorism financing,

8  given that there were no terrorist party

9  identified?

10            MR. GOETZ:  Objection.

11       Form.

12            THE WITNESS:  Repeat the

13       question for me, please.

14  BY MR. CARTER:

15       Q.    Was there any reason to

16  believe that the illegal activity you

17  were investigating actually involved

18  terrorism financing, given that there

19  were no terrorist parties identified?

20       A.    It's hard to tell until we

21  did the investigation.

22       Q.    Well, was the party you

23  investigated ever accused by any

24  government authority of involvement in

This Transcript Contains Confidential Material

1    terrorist financing?

2        A.    Not that I'm aware of, no.

3        Q.    And did your investigation

4    indicate any involvement, on the part of

5    that party, in any terrorist financing?

6        A.    I'm not sure I understand

7    what you're asking.  I'm not trying to be

8    difficult.

9        Q.    Well, did your investigation

10   reveal possible involvement in terrorist

11   financing?

12       A.    No.

13       Q.    So the terrorist financing

14   issue in that case was an entirely

15   theoretical possibility relating to

16   criminal activity you were investigating,

17   correct?

18           MR. GOETZ:  Objection to

19       form.

20           THE WITNESS:  I'm sorry, Mr.

21       Carter, can you repeat the

22       question?

23   BY MR. CARTER:

24       Q.    The terrorist financing link

1  in that case was an entirely theoretical

2  possibility, correct?

3         MR. GOETZ:  Same objection.

4         THE WITNESS:  Like all

5      investigations, Mr. Carter,

6      there's a lot of theory involved

7      and speculation.

8  BY MR. CARTER:

9      Q.   Well, I'm just trying to

10  assess whether or not you've ever

11  actually been involved, in a professional

12  capacity, in any investigation that

13  actually involved terrorist financing.

14         Have you been?

15      A.   I have never been involved

16  in an investigation that has led to

17  anything related to terrorist financing,

18  no, that's correct.

19      Q.   And have you ever worked on

20  any matter involving the possible funding

21  of al-Qaeda in particular, before this

22  litigation?

23      A.   Not to my knowledge.

24      Q.   And have you ever worked in

This Transcript Contains Confidential Material

1    any counterterrorism capacity for any

2    government?

3         A.    No.

4         Q.    And do you have any

5    expertise pertaining to the history of

6    al-Qaeda?

7         A.    I wouldn't say I'm an

8    expert.

9         Q.    And do you have any

10   expertise on any other designated

11   terrorist organizations?

12        A.    I wouldn't say I'm an

13   expert, no.

14        Q.    And do you have any

15   professional background, prior to this

16   case, studying the funding of al-Qaeda?

17        A.    No.

18        Q.    Have you ever worked on any

19   matter relating to activities conducted

20   in the Middle East?

21        A.    Yes.

22        Q.    And what countries were

23   implicated by that work?

24        A.    Saudi Arabia is one of them.

This Transcript contains Confidential Material

1          But I reviewed -- would you

2     like a list of them?

3          Q.    Yes.  Describe to me the

4     documents that you reviewed as best as

5     you can remember.

6          A.    Sure.  I reviewed the

7     financial audits and -- other financial

8     information, I believe, from the audits

9     from Saudi -- Saudi Arabia, Pakistan,

10    Australia, Indonesia, Sri Lanka, Somalia,

11    UK and Bangladesh.

12          I reviewed some of the

13    supporting documentation that went along

14    with those documents.

15          I would say that was the

16    majority of all of them.

17          Q.    And the documents you just

18    described as audits, are those the same

19    documents you reference as audits

20    beginning on Page 14 of your report and

21    running through Page 16?

22          A.    Hold on one second.

23          I apologize, but I believe

24    that I mention them on Page 7.  That's

This Transcript Contains Confidential Material

1    what I just wanted to make sure of.  And

2    then they are described later in my

3    report, yes.

4         Q.    And just to be more

5    specific, between Pages 14 and 16, you

6    identify a number of particular audits --

7         A.    Correct.

8         Q.    -- and the offices

9    referenced seemed to be the same offices

10   you just indicated were involved in your

11   review for the deposition; is that

12   correct?

13        A.    I think some of them are

14   mentioned, yes.

15        Q.    Did you review audits other

16   than those referenced on Pages 14 through

17   16?

18        A.    No, not to my recollection.

19             MR. CARTER:  If we can just

20        mark as the next exhibit a copy of

21        Mr. Marks' report.

22                  -   -   -

23             (Whereupon, Exhibit

24        Marks-961, No Bates, Expert Report

This Transcript Contains Confidential Material

1          A.    It does.

2          Q.    And were there other

3     individuals at Baker Tilly involved in

4     this project?

5          A.    Yes.

6          Q.    Do you recall approximately

7     how many other people were involved in

8     this project?

9          A.    I believe there was about 12

10    people on our team, yes.

11              MR. CARTER:  And if we could

12         mark collectively the invoices

13         that were produced that are

14         located at Tab 5 as the next

15         exhibit.

16                   -  -  -

17              (Whereupon, Exhibit

18         Marks-962, No Bates, Baker Tilly

19         Invoices, was marked for

20         identification.)

21                   -  -  -

22    BY MR. CARTER:

23         Q.    And, Mr. Marks, if you can,

24    can you just review those and let me know

This Transcript Contains Confidential Material

1          And there are a lot of

2   people that reviewed a lot of different

3   documents.  And the way the process

4   works, under my direct supervision, is,

5   you know, I lay out the methodology and,

6   you know, as we go through and -- as we

7   go through the matter, I'm involved in --

8   every step of the way.  And my team

9   reviews information and then brings it to

10  me, you know, I ask questions and they go

11  back and bring me more information.

12          But that's generally the way

13  it works.  So we work as a team.

14      Q.    So this is a list of

15  documents reviewed by your team, not by

16  you personally?

17      A.    I reviewed -- yes, that's

18  correct.

19      Q.    And so you relied on other

20  members of your team to review and

21  analyze the documents on this list,

22  correct?

23      A.    Yes.

24      Q.    And the total time reflected

This Transcript contains Confidential Material

1   in the invoices for you reviewing

2   documents was 14 hours, correct?

3            MR. GOETZ:  Objection.

4       Form.

5            THE WITNESS:  We went

6       through this.  Yes, that's what it

7       says on the time sheets.  Yes.

8   BY MR. CARTER:

9       Q.    Do you know how many

10  documents you personally actually

11  reviewed --

12      A.    I don't.

13      Q.    -- prior to the issuance of

14  your report?

15      A.    I don't.

16      Q.    Well, did you review tens of

17  thousands of documents or fewer?

18      A.    We reviewed -- we reviewed a

19  lot of documents.  I don't know the exact

20  amount.

21      Q.    I'm not asking whether we,

22  "we" meaning Baker Tilly, reviewed.

23            I'm asking whether you

24  reviewed tens of thousands of documents?

This Transcript Contains Confidential Material

1    A.    I wouldn't say I reviewed

2  tens of thousands of documents, no.  Like

3  I said, that's not the process that we

4  went through -- go ahead.

5    Q.    So you review -- you relied

6  on other people to review documents and

7  they provided their analysis to you; is

8  that correct?

9    A.    Yes.

10    Q.    And how did they provide

11  that analysis to you?

12    A.    We would have regular and

13  ongoing discussions.

14    Q.    And did they provide any

15  summaries to you relating to their

16  review, analysis or findings?

17    A.    I'm sure they summarized it

18  to me, otherwise -- yes.  Absolutely,

19  yes.  They summarized information for me.

20    Q.    And so you relied on those

21  summaries for purposes of developing your

22  opinions and writing your report,

23  correct?

24    A.    I relied on those summaries

1    to evaluate whether I believed that those

2    were complete and accurate.  And if I

3    thought that we needed more information,

4    I would -- I asked my staff to go back

5    and get me more details.

6             So placing reliance on them,

7    it all depended on many different

8    factors.

9        Q.    Well, you considered them in

10   the context of developing your opinions

11   and report in the case, correct?

12       A.    Yes.

13       Q.    And do you list any of those

14   summaries or any analyses provided by

15   your staff in the documents considered

16   section of your report?

17             MR. GOETZ:  Objection.

18       Form.

19             THE WITNESS:  I don't have

20       any written summaries.  So the

21       answer to that is no.

22   BY MR. CARTER:

23       Q.    Well, they didn't provide

24   you any information in writing relating

1   to their review of the documents?

2        A.    No.  It was all done through

3   meetings and discussions.

4        Q.    And you were able to assess

5   the competence and quality of the review,

6   by a dozen employees, of tens of

7   thousands of documents based on verbal

8   communications at meetings?

9        A.    Yes.

10       Q.    And you didn't feel the need

11  to have anyone put any of their analysis

12  down in writing so you could study it and

13  make sure you thought it was accurate?

14       A.    I'm just telling you how it

15  worked.  We had conversations about the

16  documents.  If I thought that they

17  were -- if I thought -- if I understood

18  what it was that they were trying to say,

19  that was fine.

20            If not, if I needed more

21  information or required more information,

22  or there was something that I wanted to

23  be looked into further, then that's what

24  we did.

1          But I do not have anything

2     written in the form of any analysis, no.

3          Q.    And individuals on your

4     staff also billed time for participating

5     in the drafting of the report, correct?

6          A.    They helped, yes, when I had

7     questions.  And that's why it says

8     drafting of the report.

9          I drafted the report.

10         Q.    Well, there are significant

11    time entries, Mr. Marks, for other

12    individuals described as related to the

13    drafting of the report.  They are not

14    incidental entries.

15         Can you explain that?

16         MR. GOETZ:  Objection.

17    Form.

18         THE WITNESS:  I can explain

19    the process, sure.

20         Would you like me to explain

21    the process?

22    BY MR. CARTER:

23         Q.    Well, no.

24         I'd like you to explain why,

This Transcript Contains Confidential Material

1    Q.    So did you request any
2  additional information from WAMY that you
3  thought was relevant to your analysis but
4  had not been provided?
5    A.    No.
6    Q.    Now, in your report, you
7  reserved your right to supplement and
8  prepare charts.
9         Have you done anything of
10  that nature?
11    A.    I haven't supplemented
12  anything to my report as of today.
13    Q.    And just going back and
14  turning to your report, briefly.
15         On Page 6 --
16    A.    Yes.
17    Q.    -- at the top, it says,
18  Based upon my review and analysis of the
19  tens of thousands of primary source
20  documents and other information produced
21  in connection with this matter, I have
22  not uncovered evidence to support a
23  finding of financial mismanagement or
24  misconduct indicative of terrorist

This Transcript Contains Confidential Material

1    financing activities on behalf of WAMY.

2              Do you see that?

3         A.    I do.

4         Q.    Do you agree with me, based

5    on your testimony earlier, that you did

6    not review tens of thousands of primary

7    source documents?

8         A.    Well --

9              MR. GOETZ:  Objection to

10        form.

11             THE WITNESS:  -- I think I

12        already -- I explained that "my"

13        means me and my team.

14   BY MR. CARTER:

15        Q.    Well, Mr. Marks, in

16   fairness, at the beginning of your

17   report, on Page 1, you specifically

18   indicate that the terms "I" and "my"

19   refer to you and that "we" and "us" refer

20   to Baker Tilly.

21             Do you see that?

22        A.    Yep.  I do see that.

23             I apologize.  So it probably

24   should read, Based on our review and

This Transcript Contains Confidential Material

1    analysis.

2         Q.    And there are various places

3    in your report where you use the

4    convention "I did something" and other

5    places where you say "we did something."

6              Am I correct in

7    understanding that where you use the term

8    "I," you intend to denote work that you

9    personally did and where you use the term

10   "we," you're describing work that was

11   done by your team?

12             MR. GOETZ:  Objection.

13        Form.

14             THE WITNESS:  I don't know

15        that to be fact, no.

16   BY MR. CARTER:

17        Q.    Well, at times in your

18   report, you refer to "our review."

19             That would refer to the

20   review of your team and not you

21   personally, right?

22        A.    Yes.  I would have to go

23   back and re-look, but, yes.

24        Q.    And then -- apologies.

This Transcript Contains Confidential Material

1    others under your supervision.

2              Do you see that?

3         A.    I do.

4         Q.    And those two statements

5    together, do they describe your

6    methodology for developing your opinions

7    and preparing your report in this matter?

8         A.    I don't think they describe

9    my methodology.  I think they outline my

10   qualifications and the documents that I

11   considered, not the complete methodology

12   for formulating my opinions and

13   conclusions.

14        Q.    So your report does not

15   describe in full your methodology for

16   developing your opinions and conclusions?

17        A.    There's not a methodology

18   section in here, no.  That's correct.

19        Q.    Just turning to the content

20   of your report and some general issues.

21              Do you agree that auditors

22   and forensic accountants should use terms

23   of art carefully and only where

24   appropriate?

This Transcript Contains Confidential Material

1        Q.    And am I correct that your

2    role and that of your firm did not

3    involve the performance of a forensic

4    audit of WAMY and its branch offices for

5    the years in question?

6        A.    We did not.

7        Q.    And your report is not

8    itself an audit, correct?

9        A.    It is not.

10       Q.    And you and your staff were

11   not tasked to conduct due diligence on

12   the audit work done by others reflected

13   in the documents you were provided, were

14   you?

15       A.    When you say "due

16   diligence," can you just describe what

17   you mean by that?

18       Q.    Well, you describe in your

19   report a number of audits you reviewed.

20            You didn't engage in an

21   effort to see if those auditors did

22   everything that you would have done under

23   the circumstances, did you?

24       A.    I was not engaged to do

This Transcript Contains Confidential Material

1    that, no.

2           Q.    Did your firm engage in any

3    effort to cross-reference invoices or

4    vouchers or similar supporting documents

5    against the payments reflected in the

6    documents you described as audits?

7           A.    We analyzed them, yes.

8           Q.    Did you engage in an effort

9    to, in fact, reconstruct the

10   distributions and expenses and payments

11   reflected in the audits?

12                MR. GOETZ:  Objection to

13          form.

14                THE WITNESS:  No.

15   BY MR. CARTER:

16          Q.    And were you asked to

17   perform a comprehensive review to

18   identify any and all potential red flags

19   relating to WAMY and any of its branch

20   offices during the period in question?

21                MR. GOETZ:  Objection.

22          Form.

23                THE WITNESS:  Can you just

24          repeat the question?  I apologize.

This Transcript contains Confidential Material

```
1   BY MR. CARTER:

2         Q.    Yes.

3               Were you asked to perform a

4   comprehensive review to identify any and

5   all red flags relating to WAMY and its

6   branch offices during the period in

7   question?

8         A.    We were asked to perform a

9   review.

10        Q.    And as part of that review,

11  were you asked to identify any things

12  that you saw as potential red flags?

13        A.    We were.

14        Q.    And did you develop a

15  comprehensive list of things that you saw

16  as red flags?

17        A.    That list would be small.

18        Q.    Okay.  But did you develop

19  one?

20        A.    Not a formal list, no.

21        Q.    On that same page of your

22  report, you say that the opposing experts

23  are not auditors, accountants, financial

24  experts, certified fraud examiners or
```

This Transcript Contains Confidential Material

1    financial regulatory matters, didn't you?

2            A.    No.    That's not what it

3    says, I don't believe.

4            Q.    So you don't know whether

5    this was an initiative that was intended

6    to centralize financial controls?

7            A.    I don't.

8            Q.    And to the extent this was

9    implemented and they began storing key

10   financial records in digital form, those

11   would not have been destroyed in a flood

12   in a warehouse in Jeddah, would they?

13               MR. GOETZ:  Object to form.

14               THE WITNESS:  Can you repeat

15           the question, please?

16   BY MR. CARTER:

17           Q.    To the extent that WAMY had,

18   in fact, undertaken a program to

19   centralize and digitize key financial

20   records, those would not have been

21   destroyed in the flood described in the

22   Noorwali declaration, would they?

23               MR. GOETZ:  Objection.

24           Form.

This Transcript Contains Confidential Material

1          THE WITNESS:  I don't know.

2     I wasn't there.

3 BY MR. CARTER:

4     Q.    Between the date of this

5 document in 1997 and January of 2000, are

6 you aware, based on your review, of any

7 other documents reflecting implementation

8 of new financial or fraud controls?

9     A.    Am I aware of any other

10 documents?

11     Q.    Yes.

12          Did you find any other

13 documents, between the date of this

14 document in 1997 and a document you later

15 referred to on January 1st of 2000, in

16 all of the materials WAMY provided, that

17 reflected implementation of any new

18 financial or auditing controls during

19 that three-year period?

20     A.    I don't think new controls

21 need to repose in a document, sir.

22     Q.    Well, did you see any

23 evidence of new controls being

24 implemented as part of what you describe

1    in your report as a process initiated in

2    1997?

3         A.    I see evidence of controls.

4    I see evidence of continued controls.  I

5    see evidence of transparency.  I see

6    evidence of project-based financing,

7    which is a control.  I see evidence of

8    actions taken against individuals for bad

9    or poor acts.

10            I see a lot of controls.

11   Not all --

12        Q.    I --

13        A.    Can I please finish?  I

14   apologize.

15        Q.    Sure.

16        A.    Not every company documents

17   every control enhancement that they have.

18   That's just not the way this works.

19        Q.    Well, but what I'm asking

20   you is, what's the basis for your opinion

21   in this matter that WAMY recognized --

22   that WAMY recognized the need for greater

23   controls in 1997 and began a process at

24   that time that continued, aside from this

This Transcript Contains Confidential Material

1  document?

2      A.    I'm sorry, you just cut out.

3  I didn't hear what you said.

4      Q.    Aside from this document,

5  what evidence do you have of

6  implementation of new processes and

7  controls?

8          MR. GOETZ:  Objection.

9      Form.

10          THE WITNESS:  The project

11      reports are new processes that

12      they put in place and continue to

13      enhance.

14  BY MR. CARTER:

15      Q.    Anything else?  Anything

16  from the management of the organization

17  discussing new financial and auditing

18  controls?

19      A.    I don't know what was

20  discussed with regards to new financial,

21  auditing or management controls.

22      Q.    Again, with regard to this

23  initiative to implement an IT control

24  system and whether it actually happened,

This Transcript contains Confidential Material

1    did you review any information WAMY

2    provided to the court about what its

3    document collection process involved in

4    this case?

5          A.    No.

6          Q.    And to the extent that WAMY

7    indicated that its document collection

8    involved the collection of physical hard

9    copy documents from the offices and

10   warehouses and did not involve searches

11   of computer-based systems, would that

12   lead you to believe that this IT project

13   didn't happen?

14              MR. GOETZ:  Objection.

15        Form.

16              THE WITNESS:  I don't know

17        that I can make that particular

18        assumption.

19   BY MR. CARTER:

20        Q.    So you don't know whether

21   this actually happened, do you?

22        A.    I don't.

23        Q.    And, yet, you cite it in

24   your report as evidence of WAMY

This Transcript Contains Confidential Material

1    implementing greater control systems,

2    correct?

3                 MR. GOETZ:  Objection.

4         Form.

5                 THE WITNESS:  Can I answer?

6                 MR. GOETZ:  Go ahead, you

7         can answer if you can.

8                 THE WITNESS:  I think the

9         fact that they talk about

10        continuously enhancing their

11        overall control environment is a

12        control all in itself.

13             Having a control

14        consciousness and a proper tone

15        from the top, whereby you have an

16        organization that is constantly

17        looking to maintain control, I

18        think that is very important.

19   BY MR. CARTER:

20        Q.   Okay.  But what you cite in

21   support of that is a single document

22   referring to a possible IT initiative

23   from 1997.

24        A.   Well, it's more than a

This Transcript contains Confidential Material

```
 1   single --
 2              MR. GOETZ:  Objection.
 3        Form.
 4              Go ahead and answer.
 5              THE WITNESS:  It's more than
 6        a single document.  It's the
 7        entire -- it's looking at the
 8        entire organization and what they
 9        were doing and how they were doing
10        it.
11   BY MR. CARTER:
12        Q.   But, again, your report
13   cites this as the -- as the beginning of
14   a process of implementing a more robust
15   centralized organizational accounting
16   system.
17              MR. GOETZ:  Objection.
18        Repetitive.
19   BY MR. CARTER:
20        Q.   Do you believe it would be
21   appropriate to cite this as the beginning
22   of a process that involved implementation
23   of greater controls if it didn't even
24   happen?
```

This Transcript Contains Confidential Material

1              MR. GOETZ:  Objection.

2         Repetitive.

3              THE WITNESS:  If it didn't

4         happen, if you have evidence to

5         show me that it didn't happen,

6         that's fine.  I didn't see any

7         evidence to the contrary.

8    BY MR. CARTER:

9         Q.    Well, did you see any

10   evidence that it did happen?

11        A.    I cited that in my report.

12   I -- what you referred to, what this

13   document is on the screen here right now,

14   that's what I saw.

15        Q.    On Page 9 of your report,

16   you referenced what you describe as some

17   statements from plaintiffs' expert

18   reports.

19             Do you see that in the first

20   paragraph?

21        A.    Yes.

22             Specifically which are you

23   referring to?

24        Q.    The first paragraph,

1  that supporting refugees and orphans does

2  not necessarily equate to terrorism.

3            But do you know whether

4  refugee and orphan support programs have

5  ever been used to disguise and conceal

6  funding for terrorism?

7            MR. GOETZ:  Objection to

8       form.

9            THE WITNESS:  Repeat the

10      question.  I'm sorry.

11 BY MR. CARTER:

12      Q.   Well, do you know whether

13 refugee and orphan support programs have

14 ever been used to disguise and conceal

15 funding for terrorism?

16            MR. GOETZ:  Object to the

17      form.  Scope.

18            THE WITNESS:  That was not

19      my charge here.

20 BY MR. CARTER:

21      Q.   So it's not something that's

22 within your area of expertise?

23      A.   No.  I think we established

24 that.

This Transcript Contains Confidential Material

1    Q.    Further down on Page 10,

2    there's another statement referring to

3    the 1997 issue that reads, By beginning

4    to institute more strict and centralized

5    controls in 1997, WAMY became a more

6    transparent and better recordkeeping

7    organization that is not in line with

8    organizations that supported al-Qaeda.

9         Do you see that?

10   A.    I do.

11   Q.    What organizations that

12   supported al-Qaeda have you studied that

13   provide the basis for that comparative

14   assessment?

15   A.    It's my general overall

16   understanding that organizations that do

17   not have controls and are not

18   transparent, those were the general

19   attributes and characteristics of the --

20   of their mode to fund terrorist

21   organizations in general, not

22   specifically al-Qaeda, but in general.

23   Q.    Well, what organizations can

24   you name that the United States

This Transcript Contains Confidential Material

1  government has identified as having

2  supported al-Qaeda?

3          MR. GOETZ:  Objection.

4      Scope.

5          THE WITNESS:  Repeat the

6      question one more time.

7  BY MR. CARTER:

8      Q.    What organizations can you

9  name that the United States government

10  has identified as having supported

11  al-Qaeda?

12      A.    Not WAMY.

13      Q.    Okay.  Well, can you name

14  any?

15      A.    I don't know of any other

16  specific organizations by name.

17      Q.    And, again, here you

18  indicate that the initiative referenced

19  in the 1997 memo would not be in line

20  with organizations that supported

21  al-Qaeda.

22          And we agree that the 1997

23  document relates to IT processes and

24  greater uses of computers?

This Transcript Contains Confidential Material

```
 1                MR. GOETZ:  Objection.
 2        Form.  Repetitive.
 3                THE WITNESS:  Sorry, Mr.
 4        Carter, can you read the question
 5        again?
 6   BY MR. CARTER:
 7        Q.    The 1997 document related to
 8   IT issues and greater use of computers,
 9   correct?
10        A.    Correct.
11                MR. GOETZ:  Objection to
12        form.
13   BY MR. CARTER:
14        Q.    Is the use of computers by a
15   humanitarian organization, in your view,
16   incompatible or inconsistent with support
17   of al-Qaeda?
18                MR. GOETZ:  Objection to
19        form.
20                THE WITNESS:  I don't know
21        if I can answer that question.
22   BY MR. CARTER:
23        Q.    Do you know whether
24   investigators in fact found a trove of
```

This Transcript Contains Confidential Material

1  documents about al-Qaeda's establishment

2  and development on computer files of a

3  charity?

4         MR. GOETZ:  Objection.

5    Form.

6         THE WITNESS:  I don't know.

7  BY MR. CARTER:

8    Q.    Now, again, the next

9  sentence goes on to say that this process

10  that began in 1997 strived to achieve for

11  best practices.

12    A.    Yes.

13         MR. GOETZ:  Objection.

14    Misstates the report.

15  BY MR. CARTER:

16    Q.    Sorry, let me reread the --

17  both sentences together, Mr. Marks.

18         By beginning to institute

19  more stringent and centralized controls

20  in 1997, WAMY became a more transparent

21  and better recordkeeping organization

22  that is not in line with organizations

23  that supported al-Qaeda.  WAMY strived to

24  achieve for best practices when it

1   demanded that its local offices report

2   and be held accountable for spending,

3   which is not typical for an organization

4   hiding something.

5            Do you see that?

6       A.    I do.

7       Q.    And, again, aside from the

8   1997 IT memo, are there any other

9   documents that you recall seeing between

10  1997 and 2000 that reflected

11  implementation of new financial controls?

12      A.    Yes.  There's project-based

13  financing.  There was a lot of different

14  things that we saw.

15      Q.    Well, again, Mr. Marks, I'm

16  trying to meet the language of your

17  report directly here.

18            And you're describing a

19  process that occurred within WAMY.  And

20  what I'm trying to understand is, did you

21  see documentation between 1997 and 2000

22  through which WAMY's senior management

23  implemented new financial controls across

24  the entire organization?

This Transcript Contains Confidential Material

```
 1              MR. GOETZ:  Objection.
 2      Form.
 3              THE WITNESS:  Should I
 4      answer?
 5              I saw a pattern of evidence,
 6      I saw evidence, we reviewed
 7      evidence, report through various
 8      things, that are indicative of an
 9      organization that strives to have
10      controls.
11              The structure and behavior
12      that WAMY put in place are
13      indicative of a control-based
14      group and not a group that ran
15      without control over its local
16      branches.
17              So, you know, it's not one
18      particular thing, Mr. Carter.
19      It's a variety of different things
20      that basically make up control.
21   BY MR. CARTER:
22      Q.   Okay.  But you say, WAMY
23   strived to achieve for best practices
24   when it demanded that its local offices
```

This Transcript contains Confidential Material

1    report and be accountable for spending,

2    in the sentence immediately after the

3    more strict and centralized controls in

4    1997.

5              What documents did you

6    review between 1997 and 2000 through

7    which WAMY issued directives to its

8    offices demanding that they report and be

9    held accountable for spending?

10             MR. GOETZ:  Objection.

11         Form.  Repetitive.

12             THE WITNESS:  I don't think

13         there's a -- one document.  But

14         the actions of the overall

15         organization, with regards to

16         their reporting in to WAMY Saudi

17         Arabia, are indicative of control,

18         are indicative of the fact that

19         that was something that was

20         demanded.

21             The actions that WAMY took

22         when that didn't happen were

23         severe.  If you did not provide

24         project-based -- if you did not

1          provide support for monies that

2          you needed in order to promote the

3          mission of WAMY, you did not get

4          funding. Full period, the end.

5    BY MR. CARTER:

6          Q.    Mr. Marks, we're discussing

7    two different things.  And we'll get to

8    it later.

9          But I'm asking you

10   specifically about what steps were

11   undertaken between 1997 and 2000 by

12   WAMY's management to implement new

13   financial controls across the

14   organization?

15         I'm not asking you about

16   what you divined from the controls that

17   were in place.  I'm just asking you what

18   documents you saw that referred to the

19   implementation of new controls, if any?

20         MR. GOETZ:  Objection.

21   Form.  Repetitive.

22         THE WITNESS:  There's not

23   one document that I saw that

24   clearly lays this out.

This Transcript contains Confidential Material

1          Form.

2                THE WITNESS:  I can't just

3          comment without having all the

4          facts, Mr. Carter, sorry.

5    BY MR. CARTER:

6          Q.    Beginning on Page 14 of your

7    report, and we've touched on this

8    earlier, you discuss in this section

9    several documents you described as

10   audits, correct?

11         A.    Right.  Yes.

12         Q.    And am I correct that the

13   documents you describe as audits in this

14   section and that you reference are among

15   the 57 you indicate earlier in your

16   report that you reviewed?

17         A.    Yes.

18         Q.    And do you have an actual

19   list of the 57 documents that you

20   identify as audits?

21         A.    I believe they were included

22   in Exhibit B.

23         Q.    Well, there's many hundreds

24   if not thousands of documents in Exhibit

This Transcript Contains Confidential Material

1       A.    I don't have a file, but I
2   know that they're in Exhibit B.
3       Q.    So I think we'd just ask
4   that -- that you provide some
5   identification of the -- as we understand
6   it now, 54 audit reports that are being
7   referenced on Page 7 of the report.
8             MR. GOETZ:  And, again,
9         Sean, my continuing objection to
10        the form.  There's audit reports
11        and then financial statements,
12        that's how it was reported.
13            MR. CARTER:  Okay.  If you
14        could just identify those when we
15        take a break.
16  BY MR. CARTER:
17      Q.    I'm going to get into some
18  specifics with regard to those documents
19  in a second, but I would first like to
20  discuss just some general considerations.
21            For purposes of undertaking
22  a review of the financial and accounting
23  controls of the organization as a whole,
24  is it customary to try to first get an

This Transcript contains Confidential Material

1  understanding of the organization, its

2  operations and footprint?

3              MR. GOETZ:  Objection.

4      Form.

5              THE WITNESS:  That's part of

6      it, yes.

7  BY MR. CARTER:

8      Q.    For purposes of offering

9  your opinions in this case, did you

10 determine how many physical offices WAMY

11 had, both in the Kingdom and abroad,

12 during the period from 1992 to 2002?

13     A.    No.

14     Q.    Sitting here today, do you

15 know how many offices WAMY was operating

16 during that time?

17     A.    The exact number, no.

18     Q.    Can you provide an

19 approximation?

20     A.    Between 30 and 40.

21     Q.    Did you or your team

22 undertake any effort to catalogue the

23 offices in years for which you did

24 receive audits or audited financial

This Transcript Contains Confidential Material

1   statements?

2           MR. GOETZ:  Object to the

3       form.

4           THE WITNESS:  I'm sorry, can

5       you repeat the question?

6   BY MR. CARTER:

7       Q.   Sure.

8           Did you or your team go

9   through a process of cataloguing the

10  offices and years for which you did

11  identify audits or audited financial

12  statements for the time period in

13  question?

14      A.   I don't know if we

15  catalogued them.  We know which ones we

16  looked at, yes.

17      Q.   Well, do you know which ones

18  you did not receive?

19          MR. GOETZ:  Objection.

20      Form.

21          THE WITNESS:  I don't know

22      which ones we did not receive.

23  BY MR. CARTER:

24      Q.   Do you know whether there

1    were offices that were operational during

2    this period for which you received no

3    audits or audited financial statements?

4           A.    I don't know.  I mean, you

5    asked me how many offices there are.  I

6    told you between 30 and 40.  I don't know

7    which ones were operational during what

8    period of time.

9                 There was nothing that I saw

10   or any evidence indicating, you know,

11   offices that went online or branches that

12   went online or offline.  I have no idea.

13          Q.    Well, one of the clients you

14   were retained to work for in this case

15   was WAMY USA, correct?

16          A.    Right.

17          Q.    Do you know whether WAMY USA

18   was an operational office during this

19   time period?

20          A.    I don't.

21          Q.    Do you -- do you recall

22   whether you received any audits or

23   audited financial statements for WAMY

24   USA?

This Transcript contains Confidential Material

1    A.    There are reports that were
2    submitted.  I don't recall whether there
3    were actual audits or not.
4        Q.    Do you recall whether you
5    received any audits or audited financial
6    statements pertaining to WAMY's office in
7    Sudan?
8        A.    Pardon me?  You cut out for
9    one second.  Can you just repeat that?
10       Q.    Do you recall seeing any
11   audits or audited financial statements
12   for WAMY's office in Sudan?
13       A.    I'm not sure.  I'd have to
14   go back and double check.
15       Q.    Do you recall whether you
16   received any audit reports or audited
17   financial statements pertaining to WAMY's
18   office in Russia?
19       A.    Same, I'd have to go back
20   and double check.
21       Q.    Do you recall whether you
22   received any audits or audited financial
23   statements for WAMY's office in the
24   Philippines?

This Transcript Contains Confidential Material

```
 1          A.     Not certain.

 2          Q.     Do you recall whether you

 3   received any audits or audited financial

 4   statements for WAMY's office in Austria?

 5          A.     Austria not Australia,

 6   right?

 7          Q.     Austria.

 8          A.     I don't remember seeing any.

 9          Q.     What about Kenya?

10          A.     I don't remember seeing any

11   from Kenya either.

12          Q.     What about Kosovo?

13          A.     I'm not sure.

14                 MR. MOHAMMEDI:  Objection.

15                 THE WITNESS:  Sorry.

16                 MR. GOETZ:  Object to the

17          form of these questions.  It's

18          assuming that there are offices in

19          all of these entities.  So with

20          that objection noted.

21                 MR. CARTER:  Relative to

22          that objection, I verified that

23          you described these as all -- as

24          existing offices in one of your
```

This Transcript contains Confidential Material

 1        filings to the court.

 2                MR. GOETZ:  Okay.  I'm just

 3        preserving the objection for the

 4        record in case that's not

 5        accurate.

 6   BY MR. CARTER:

 7        Q.    I'm sorry, what about WAMY's

 8   office in Nigeria?

 9        A.    I don't recall seeing

10   anything from Nigeria.

11        Q.    What about WAMY's office in

12   Yemen?

13        A.    I don't recall seeing

14   anything in Yemen.

15        Q.    What about WAMY's office in

16   Kyrgyzstan?

17        A.    I don't know.  I'd have to

18   check.  I'm not sure.

19        Q.    Is it fair to say that you

20   don't recall seeing any audits for a

21   number of WAMY offices I just listed?

22        A.    I don't know that I can

23   answer that question.

24                MR. GOETZ:  Objection to

This Transcript Contains Confidential Material

1        form.

2    BY MR. CARTER:

3        Q.    With regard to this issue,

4    on Page 29 of your report, there's a

5    statement that WAMY's assistant secretary

6    general stated that due to a 2008 flood

7    in Jeddah, Saudi Arabia, many financial

8    records stored in the basement were

9    apparently lost.

10            Do you see that?

11       A.    I do.  It's at the bottom of

12   Page 29.

13       Q.    Are you suggesting in that

14   statement that audits and audited

15   financial statements were among the

16   documents destroyed in that flood?

17       A.    I don't know what was

18   destroyed in that flood.

19       Q.    But you do indicate that

20   it's your understanding that financial

21   records were destroyed, correct?

22       A.    Yes.

23       Q.    And in support of that

24   statement, you cite to the 2019

This Transcript Contains Confidential Material

1    a little while to load up.

2            MR. CARTER:  That's fine.

3            THE WITNESS:  And you're at

4    the very bottom?

5            MR. CARTER:  Yes.

6  BY MR. CARTER:

7        Q.    You can just go to the

8  bottom and confirm to me that this is the

9  declaration you're citing in this section

10  of your report.

11        A.    Yes.

12        Q.    And turning back, we were

13  just on, I think, Page 7 of the

14  declaration.

15            And this is the section that

16  refers to the flood that you reference?

17        A.    Yes.

18        Q.    Now, you indicate in your

19  report that Dr. Noorwali's declaration

20  indicates that many financial records

21  were destroyed in the flood.

22            But Dr. Noorwali's

23  declaration doesn't actually say that,

24  does it?

This Transcript Contains Confidential Material

```
 1                    MR. GOETZ:  Objection.
 2          Misstates the report.  Form.
 3                    THE WITNESS:  It does not
 4          use the word "financial."
 5   BY MR. CARTER:
 6          Q.    So that's your addition?
 7          A.    That's my addition.
 8          Q.    And, in fact, Dr. Noorwali
 9   says he doesn't have any idea what types
10   of records were lost, correct?
11          A.    Correct.
12                    MR. GOETZ:  Objection.
13          Misstates the affidavit, the
14          declaration.
15   BY MR. CARTER:
16          Q.    Okay.  Well, let's quote it.
17                    Dr. Noorwali says, I do not
18   know exactly which records were lost,
19   correct?
20                    MR. GOETZ:  You have to look
21          at that in the context.  Form.
22          Objection.
23                    THE WITNESS:  Can you go up
24          to the paragraph above, Paragraph
```

This Transcript Contains Confidential Material

1          24?

2     BY MR. CARTER:

3          Q.    Sure.

4          A.    I just don't -- that's fine.

5     I wanted to make sure I had the same

6     thing.  Thank you.

7                You're focusing back on the

8     highlighted area, Sean?

9          Q.    I am.

10         A.    Okay.  And the question was?

11         Q.    The question is, Dr.

12    Noorwali's declaration doesn't indicate

13    what type of records were destroyed,

14    correct?

15         A.    Not specifically.  But in

16    the context of the operations of WAMY.

17         Q.    So based on the context of

18    the operations of WAMY, you are able to

19    divine that the destroyed records

20    included financial records?

21               MR. GOETZ:  Objection.

22         Form.

23    BY MR. CARTER:

24         Q.    Are you aware that WAMY

This Transcript contains Confidential Material

1    distributed religious materials?

2         A.    Yes.

3         Q.    How do you know that the

4    basement didn't house the religious

5    materials as opposed to financial

6    records?

7         A.    I don't.

8         Q.    So you don't have a basis to

9    say that the flood destroyed financial

10   records, do you?

11        A.    If they stored their records

12   in the basement, based on my

13   understanding and knowledge of the way

14   WAMY operated, I'm assuming that there

15   were financial records in there, and they

16   were lost, along with other records.

17        Q.    But WAMY had multiple

18   offices in the Kingdom.

19             And am I correct that the

20   paragraph immediately preceding this one

21   talks about audits being sent to Riyadh,

22   not Jeddah?

23             MR. GOETZ:   Objection to

24        form.   Misstates the document.

This Transcript contains Confidential Material

1          THE WITNESS:  Just because a

2      report is sent doesn't mean the

3      supporting documentation wasn't

4      destroyed.

5  BY MR. CARTER:

6      Q.    Correct.

7          And just because there was a

8  flood in Jeddah doesn't mean that that's

9  where the financial records were stored,

10 correct?

11     A.    Yeah.

12         MR. GOETZ:  Object to form.

13         THE WITNESS:  I guess it

14     goes both ways, then, doesn't it?

15 BY MR. CARTER:

16     Q.    Well, Mr. Marks, in this

17 case, I'm just trying to ascertain

18 whether you have a credible basis for the

19 affirmative assertion in your report that

20 many financial records stored in the

21 basement at the Jeddah warehouse were

22 lost.

23         I think you just

24 acknowledged to me that you don't.

This Transcript Contains Confidential Material

1   secretary general declared that WAMY

2   would be centralizing its IT systems.

3            MR. CARTER:  And if we can

4        put that exhibit back up.  It was

5        at 964.

6            THE WITNESS:  Yep.

7   BY MR. CARTER:

8        Q.    Where within this document

9   does it indicate that the WAMY secretary

10  general declared that WAMY would be

11  centralizing its IT systems?

12       A.    Well, part of it is -- give

13  me one second to review, please.

14       Q.    Sure.

15           MR. GOETZ:  Sean, I know

16       there's a question pending, but

17       can we take a break after this

18       question?

19           MR. CARTER:  Sure.

20           MR. GOETZ:  Just a

21       five-minute break.

22           THE WITNESS:  I don't

23       know -- I don't know that there's

24       direct language in here that says

This Transcript Contains Confidential Material

1          that, but it certainly implies it.

2   BY MR. CARTER:

3          Q.     How does it imply that there

4   was a directive issued by the secretary

5   general of WAMY?

6          A.     Well, it talks about

7   unifying the systems and linking them all

8   together, establishing a set of archive

9   and electronic documents at the center

10  level of the general secretary and at

11  each branch.

12             Mr. Carter, that's my

13  opinion based on my read of the document,

14  the context --

15         Q.     But it doesn't refer to the

16  general secretary issuing any directive,

17  correct?

18         A.     We had conversations about

19  this with my team.  I don't recall

20  exactly what we were talking about.

21             But I think customarily when

22  this is done in this way, it's considered

23  to be a directive.

24         Q.     But we discussed this

This Transcript Contains Confidential Material

1    trying to find it on the document, it

2    does say office of the assistant

3    secretary general.

4              And my conversations from --

5    you know, with my team in that region

6    told me that because it came from the

7    office of the assistant secretary

8    general, that this does act like a

9    directive.  So I just wanted to clarify

10   my response.

11        Q.    So it's your understanding,

12   from discussions with your team in Saudi

13   Arabia, that the assistant secretary

14   general for planning at the World

15   Assembly of Muslim Youth had the

16   authority to issue directives on behalf

17   of the secretary general?

18        A.    Yes.

19        Q.    Okay.  And in terms of

20   whether or not this is a directive, he

21   actually asked that the recipient of the

22   document provide suggestions on the

23   project and notes that it will be

24   discussed in the coordination meeting.

This Transcript contains Confidential Material

1           Do you see that?

2      A.    I do.

3      Q.    And so it wasn't in the form

4  of a directive, was it?

5           MR. GOETZ:  Objection.

6      Form.

7           THE WITNESS:  Well, my

8      understanding is, with regards to

9      this particular document, when a

10      directive is issued like this,

11      when it comes to internal control,

12      there's always an opportunity to

13      reply back.

14  BY MR. CARTER:

15      Q.    Mr. Marks, the sentence I

16  just read you of your report, Over the

17  course of centralizing recordkeeping,

18  WAMY gradually became aware of issues in

19  their internal controls and made a

20  conscientious effort to improve any

21  control issues, do you see that?

22      A.    I do.

23      Q.    There is no citation for

24  that statement.

1          What is the basis for that

2     statement?

3          A.    My basis for that statement

4     was reviewing the audit reports and audit

5     opinions and looking at those -- and the

6     financial information and other

7     information that highlighted certain

8     areas.  And we -- it looked like they

9     took corrective action.

10          So in my opinion, over the

11     course of this -- you know, over the

12     period, WAMY -- you know, WAMY, with

13     project-based accounting, issuing

14     policies and procedures, you know,

15     guidelines for recognizing revenue and

16     the like, that's an awareness.  That's

17     very common.

18          Q.    You say that this occurred

19     over the course of centralizing

20     recordkeeping.

21          A.    Okay.

22          Q.    What is the basis for

23     attributing this realization to the

24     centralization of recordkeeping?

This Transcript Contains Confidential Material

1      A.    You have better insight into

2   the documentation.

3      Q.    But what I'm asking you is,

4   you're representing here that there was a

5   process of centralizing the

6   recordkeeping.

7            Do you have any evidence

8   that there was actually a process in fact

9   undertaken during this time period to

10  centralize recordkeeping?

11     A.    My understanding was that

12  the implementation of the IT system, that

13  project in itself, was the impetus behind

14  this, yes.

15     Q.    And, again, what is the

16  basis in fact for your understanding that

17  there was an implementation of a

18  centralization of recordkeeping that did

19  in fact occur?

20     A.    There were -- if you flip to

21  the next page, Mr. Carter --

22     Q.    Yes.

23     A.    -- internal correspondence

24  from WAMY's head office reprimanded

1    managers for any employees not following

2    employment procedures; minutes for

3    meetings held with accountants from the

4    Saudi regional offices provide evidence

5    of changing accounting protocols in

6    Eastern Provinces to rectify issues that

7    were identified.

8            Q.    Mr. Marks, none of that

9    answers my question.  Those are steps you

10   say were taken as a result of WAMY

11   becoming aware of these issues.

12               My question remains, what

13   evidence do you have that a

14   centralization of recordkeeping was in

15   fact implemented during this time period?

16           A.    Well --

17               MR. GOETZ:  Objection to

18       form.

19               THE WITNESS:  Can I answer?

20               MR. GOETZ:  Go ahead.

21               THE WITNESS:  It's my

22       opinion that -- it's my opinion,

23       based on my experience with all of

24       this, that if they were not aware

This Transcript Contains Confidential Material

```
 1          of it, then why would they put in
 2          a new financial policy?  Why would
 3          they follow up the application of
 4          the accounting system in all
 5          offices with supervision and
 6          review of financial restrictions?
 7          Why would they compare final
 8          annual accounts in the symposium
 9          in the Eastern Region?  And why
10          would they ask for support for the
11          planning of budgets and new
12          offices?
13   BY MR. CARTER:
14          Q.    Again, Mr. Marks, I'm asking
15   you, what is the basis for your
16   attributing WAMY's awareness of the need
17   to do those things to a centralization of
18   recordkeeping?
19                MR. GOETZ:  Objection.
20          Form.  Repetitive.
21                THE WITNESS:  The basis for
22          this is my opinion, based on the
23          evidence that I reviewed in this
24          engagement.
```

This Transcript Contains Confidential Material

1    BY MR. CARTER:

2         Q.    Were you aware that WAMY has

3    submitted numerous declarations to the

4    court in these proceedings describing the

5    processes through which it searched for

6    and collected relevant documents?

7         A.    No.

8         Q.    Were you aware that those

9    affidavits and declarations refer

10   exclusively to people being dedicated to

11   finding hard documents in warehouses and

12   file rooms and that there is no

13   indication in those declarations of

14   electronic searches?

15        A.    Okay.  I'm not aware of

16   that.

17        Q.    If there were a

18   centralization of recordkeeping at the

19   time as a part of an IT process, again,

20   wouldn't WAMY's search for relevant

21   documents from the time period have

22   involved electronic searches of that

23   centralized system?

24        A.    That's a big -- go ahead.

This Transcript Contains Confidential Material

```
 1              MR. GOETZ:  Objection to
 2         form.
 3              THE WITNESS:  That's a big
 4         leap of faith.  I can tell you
 5         many examples where IT systems
 6         don't work or are not effective
 7         that way.
 8              So I don't know that you can
 9         equate one with the other.
10   BY MR. CARTER:
11         Q.    So it's your belief --
12         A.    Can I just finish my thought
13   here?  I'm sorry.
14              Just because somebody
15   implements an IT system doesn't mean that
16   it's completely and totally functional.
17   There's not one IT system -- and I've
18   done system implementation work before --
19   that when you turn it on and you get
20   going doesn't require modification.  And
21   not every IT system has all those skills
22   and capabilities.
23              So I don't think you can
24   make that leap of faith.
```

This Transcript Contains Confidential Material

1        Q.    Further down you say, A new

2   accounting and financial policy was

3   introduced and implemented with immediate

4   effect on January 1st, 2000.

5             Do you see that?

6        A.    I do.  Footnote 46, yes.

7        Q.    And then you describe the

8   principal points of the new policy,

9   correct?

10       A.    I do.

11       Q.    And am I correct that you

12  are of the opinion that the introduction

13  of that new policy was prompted by WAMY's

14  own internal recognition of control

15  issues from 1997 forward?

16       A.    I -- no.  I take exception

17  to that.  I think it's the overall

18  control consciousness of WAMY.  I --

19       Q.    When you say --

20       A.    -- think they always wanted

21  to -- any organization out there always

22  wants to improve their internal controls.

23            I don't -- you know, one

24  precipitating event, yes, might tip the

1    scales.  But, you know, the fact that

2    they had control, the fact that they did

3    project-based financing, the fact that

4    they were transparent, the fact that they

5    communicated, the fact that they were

6    very serious about control, the fact that

7    they acted accordingly when things were

8    going wrong, those are all control

9    things.

10        Q.    And, again, I'm just reading

11   your report.

12             You're referring to this

13   time period, and you say, WAMY gradually

14   became aware of issues in their internal

15   controls and the following actions were

16   taken.

17        A.    Yes.

18        Q.    So I'm correct, you're

19   attributing the action that was taken on

20   January 1st, 2000, to this awareness?

21        A.    I think it's part of it.

22        Q.    Did you consider whether any

23   external forces may have played a role in

24   this January 2000 initiative by WAMY?

This Transcript Contains Confidential Material

1        A.    Did I consider it?

2        Q.    Yes.

3        A.    I always consider what

4    happens from an outside third party and

5    whether they precipitate controls.  I

6    mean, you know, the Saudi government

7    could have had conversations with them --

8    and I'm just giving possibilities here,

9    I'm not making statements.

10             The Saudi government, they

11   could have had a review by an outside

12   third party related to something

13   completely different or an internal

14   control review.

15             I didn't see that, but that

16   is a possibility.

17        Q.    You are aware that the

18   January 2000 new protocol would have

19   issued less than a year and-a-half after

20   the bombings of the embassies in Kenya

21   and Tanzania?

22        A.    I didn't know about the

23   dates of the bombings of the embassies,

24   sorry.

This Transcript Contains Confidential Material

```
1        Q.    Were you aware that there

2   was an increased focus on the role of

3   charities in potentially supporting

4   al-Qaeda after those events?

5             MR. GOETZ:  Objection to

6        form.  Foundation.

7             THE WITNESS:  Can I answer?

8             No.

9   BY MR. CARTER:

10       Q.    Were you aware that the U.S.

11  government was particularly concerned

12  during this period about Saudi charities?

13            MR. GOETZ:  Object to the

14       form.

15            THE WITNESS:  Can you tell

16       me what a Saudi charity is,

17       please?

18  BY MR. CARTER:

19       Q.    Charity or Da'wah

20  organizations headquartered in the

21  Kingdom of Saudi Arabia.

22       A.    Oh, did you say Saudi or

23  Sadhi?

24       Q.    Saudi.
```

This Transcript Contains Confidential Material

```
 1           A.    Oh, Saudi.  I'm sorry.

 2           No is the answer.

 3           Q.    Were you aware that

 4    representatives of the U.S. government

 5    met with Saudi officials during this

 6    period to press for greater oversight and

 7    controls of Saudi-based charities?

 8           A.    I was not aware of that, no.

 9           Q.    Is it possible that the

10    initiatives WAMY was taking during this

11    period were prompted, at least in part,

12    by this increased focus on Saudi

13    charities?

14               MR. GOETZ:  Objection.

15         Form.  Foundation.

16               THE WITNESS:  Can I answer?

17               MR. GOETZ:  Yes.

18               THE WITNESS:  I think I

19         answered that question.  It's

20         possible.

21               But it's also commendable

22         that they actually did it, because

23         most charitable organizations in

24         my opinion, in my experience,
```

This Transcript Contains Confidential Material

1    Q.    Accounts with many large

2    round numbers or transactions that are

3    unusually large or small, is that, in and

4    of itself, indicative of fraud?

5    A.    No.

6    Q.    And as you said, I think

7    earlier at the beginning of your

8    testimony, you're not saying that there

9    were no red flags in your review of any

10   of the WAMY material, are you?

11   A.    No.

12   Q.    But did any of those rise to

13   the level where, in your opinion, there's

14   any evidence of fraud or financial

15   improprieties, money laundering, anything

16   like that?

17   A.    No.  Based on my review of

18   the financial information, which, if you

19   allow me one second here, which I

20   considered and our team considered the

21   audit reports, the bank statements, the

22   bank reports, the receipts, financial

23   reports, project reports, of which there

24   were over 800 of, operational reports,

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2
 3
     I, Amanda Maslynsky-Miller, Certified
 4   Realtime Reporter, do hereby certify that
     prior to the commencement of the examination,
 5   JONATHAN MARKS, was remotely sworn by me to
     testify to the truth, the whole truth and
 6   nothing but the truth.
 7
     I DO FURTHER CERTIFY that the foregoing is a
 8   verbatim transcript of the testimony as taken
     stenographically by me at the time, place and
 9   on the date hereinbefore set forth, to the
     best of my ability.
10
11   I DO FURTHER CERTIFY that I am neither a
     relative nor employee nor attorney nor
12   counsel of any of the parties to this action,
     and that I am neither a relative nor employee
13   of such attorney or counsel, and that I am
     not financially interested in the action.
14
15   [signature: Amanda Miller]
16   _____
     Amanda Miller
17   Certified Realtime Reporter
     Dated: August 2, 2021
18
19
     (The foregoing certification of this
20   transcript does not apply to any reproduction
     of the same by any means, unless under the
21   direct control and/or supervision of the
     certifying reporter.)
22
23
24
```