This Transcript Contains Confidential Material

1          UNITED STATES DISTRICT COURT

           SOUTHERN DISTRICT OF NEW YORK

2                    -   -   -

3

4    IN RE: TERRORIST ATTACKS     : 03-MDL-1570

     ON SEPTEMBER 11, 2001        : (GBD)(SN)

5

6

7

                     -   -   -

8              APRIL 27, 2021

         THIS TRANSCRIPT CONTAINS

9         CONFIDENTIAL MATERIAL

                     -   -   -

10

11

12          Remote Videotaped

13   Deposition, taken via Zoom, of JOHN

14   SIDEL, commencing at 7:02a.m., on the

15   above date, before Amanda

16   Maslynsky-Miller, Certified Realtime

17   Reporter and Notary Public in and for the

18   Commonwealth of Pennsylvania.

19

20                   -   -   -

21        GOLKOW LITIGATION SERVICES

        877.370.3377 ph| 917.591.5672 fax

22           deps@golkow.com

23

24

1    be awarded the degree.  But I wasn't

2    formally awarded the degree until January

3    1995.  So I was already in the post as of

4    September 1994.

5         Q.    And am I correct that you

6    remained at the University of London with

7    the School of Oriental and African

8    Studies from 1994 to 2004?

9         A.    Yes, correct.

10        Q.    And in 2004, you took a

11   position at the London School of

12   Economics and Politics, correct?

13        A.    Yes.

14        Q.    And you remain with the

15   London School of Economics as of today?

16        A.    Yes.

17        Q.    Within Section 3 of your

18   report, beginning on Page 4, you include

19   some narrative concerning your relevant

20   qualifications for this matter.

21             Do you see that section of

22   your report?

23        A.    Yes.

24        Q.    I'd just like to review a

This Transcript Contains Confidential Material

1    few of the data points that you discuss

2    in that section of your report.

3                First, in Paragraph 19, you

4    discuss research that you conducted in

5    the late 1980s and early to mid 1990s

6    focused on local politics, corruption,

7    criminality, conflict and violence in the

8    Philippines.

9                Do you see that section?

10   A.      Yes.

11   Q.      And am I correct that in

12   connection with that research, you spent

13   a good bit of time in the Philippines

14   doing fieldwork?

15   A.      Yes.

16   Q.      And I believe you estimate

17   that, in total, your fieldwork in the

18   Philippines during this period covered

19   probably a few years; is that correct?

20   A.      Yes, correct.

21   Q.      During that time period when

22   you were doing fieldwork in the 1980s and

23   early to mid 1990s, did you have occasion

24   to conduct interviews of any members of

This Transcript Contains Confidential Material

1    the Moro Islamic Liberation Front?

2         A.    Not at that time, no.

3         Q.    And during that time, did

4    you have occasion to interview any

5    members of the Abu Sayyaf Group?

6         A.    No, that would have been

7    very dangerous.  I did travel to Basilan

8    during that period a few times, perhaps,

9    in retrospect, ill-advisedly.  But I

10   never met with someone from the Abu

11   Sayyaf Group, as far as I know.

12        Q.    And have you ever

13   interviewed any member or former member

14   of the Abu Sayyaf Group?

15        A.    No.  Not to my knowledge,

16   no.

17        Q.    I've seen accounts in some

18   publications regarding interviews

19   conducted by researchers or journalists

20   of an Abu Sayyaf member named Noor Muog.

21             Are you familiar with that

22   individual?

23        A.    No, I am not.

24        Q.    And so I gather from that

This Transcript Contains Confidential Material

1   you have never had an opportunity to

2   interview Noor Muog?

3           A.    No.

4           Q.    And I gather from that you

5   have also not had an opportunity to

6   review any of the accounts of interviews

7   of Noor Muog; is that correct?

8           A.    That's correct.

9           Q.    And based on the timeline of

10  this period of fieldwork that you were

11  conducting, am I correct that you did not

12  interview any members of Jemaah Islamiyah

13  during this time period?

14          A.    That's true as well.  I was

15  in Indonesia later, but I did not

16  interview anyone affiliated with Jemaah

17  Islamiyah either, no.

18          Q.    Later in your report, in

19  Paragraph 21, you indicate that you have

20  taken additional trips to the Philippines

21  since 2012; is that correct?

22          A.    Yes.

23          Q.    And between the fieldwork

24  you did in the late 1980s into the early

This Transcript Contains Confidential Material

1    process in the Southern Philippines.

2           Q.    I think, Professor, that my

3    question may have been a bit confusing.

4                 Am I correct that the work

5    you did on behalf of The Asia Foundation

6    and the trips you just described were

7    conducted after 2012?

8           A.    Yeah.

9           Q.    My question was a bit

10   different, and I apologize for the

11   confusion.

12                Did you visit the

13   Philippines at all between the mid '90s,

14   when you completed your fieldwork in that

15   phase, and 2012 when you began your work

16   for The Asia Foundation?

17          A.    I'm sorry, I think the fault

18   is mine.  I didn't hear the question

19   properly.

20                The last time I was in the

21   Philippines before 2012 was in very early

22   2001.  So I missed a whole decade in the

23   Philippines between 2001 and 2012.

24          Q.    And how frequently were you

This Transcript Contains Confidential Material

1    in the Philippines between the completion

2    of your fieldwork for your Ph.D. in the

3    mid '90s and 2001?

4          A.    I was there probably a

5    couple times -- I want to say a couple

6    times each year.  But probably I was

7    there every year for a matter of weeks.

8                And when I lived in

9    Indonesia in 1997, 1998, the visa

10   restrictions on my stay in Indonesia

11   meant that I regularly exited Indonesia

12   and went back to the Philippines to, you

13   know, to visit.  I observed the elections

14   in May of 1998, for example.

15               So there were a couple of

16   visits then as well.  But otherwise it

17   was, you know, just brief visits once a

18   year, I believe.

19         Q.    And with regard to the

20   visits during that time period, did your

21   work continue to focus on local politics,

22   corruption, criminality, conflict and

23   violence in the Philippines?

24         A.    Yeah.  I guess I should also

1    Q.    In connection with the

2  research you've done in the Philippines

3  and Indonesia, have you come across

4  information pertaining to the work of the

5  Muslim World League in those countries?

6    A.    Very minimally.  There were

7  references and information and common

8  knowledge of the affiliation of a group

9  known as -- Islamia Indonesia, the Muslim

10  World League and a broader set of kind of

11  linkages that the Muslim World League

12  thus enabled and encouraged in Indonesia.

13    Q.    In Paragraph 53 of your

14  report, you make reference to the

15  involvement of the Muslim World League in

16  seeking to unite factions in the

17  Philippines as part of political

18  processes that were ongoing in 1987; is

19  that correct?

20    A.    Yes.  There's the so-called

21  Jeddah Accord in 1987, obviously signed

22  in Jeddah, between the Philippine

23  government and the Moro National

24  Liberation Front.  And I believe that

This Transcript Contains Confidential Material

1    the -- both the Muslim World League and

2    the organization of the Islamic

3    conference were involved in facilitating

4    the negotiations that led to the signing

5    of that agreement.

6            Q.    Is it your understanding

7    that the Muslim World League was

8    politically active within the

9    Philippines?

10           MR. NASSAR:  Objection.

11       Vague.

12           THE WITNESS:  I have no

13       other awareness of the Muslim

14       World League's involvement in the

15       Philippines whatsoever as such, in

16       terms of politics or otherwise in

17       the Philippines.

18           And, in fact, in terms of

19       the Jeddah Accord, what's usually

20       noted and kind of -- what's the

21       word -- prioritized, is the OIC

22       rather than the Muslim World

23       League, in terms of the very

24       general account of Saudi

This Transcript Contains Confidential Material

1        sponsorship of the negotiations.

2  BY MR. CARTER:

3        Q.    So your familiarity with the

4  Muslim World League's engagements in the

5  Philippines relating to the Moro National

6  Liberation Front and the MILF is

7  essentially limited to what you describe

8  in Paragraph 3 of your report?

9        A.    Yes.  And, I mean, I've been

10  shown documents.  There's nothing that

11  comes to mind that I recall of any

12  significance, in terms of the Muslim

13  World League's activities and presence in

14  the Philippines.

15        Q.    And before taking on a role

16  as an expert in this case, did you come

17  across any information relating to the

18  IIRO's alleged role in supporting Abu

19  Sayyaf Group in the Philippines?

20        A.    Well, yes, insofar as the

21  same story that has been recycled and

22  re -- sort of reiterated over the years,

23  many years ago, this idea that the IIRO

24  office, in the early 1990s, under the

This Transcript Contains Confidential Material

1   leadership of Mohamed Jamal Khalifa had

2   supposedly provided money to the early

3   version of the Abu Sayyaf.

4        Q.    And prior to your work as an

5   expert on this case, did you come across

6   information regarding the IIRO's alleged

7   role in providing support to Jemaah

8   Islamiyah?

9        A.    No, no.

10       Q.    And prior to your work on

11  this case, had you come across any

12  information relating to the IIRO's

13  alleged role in providing funding or

14  other support to the Moro Islamic

15  Liberation Front?

16       A.    I had never heard anything

17  like that, no.

18       Q.    Are you aware that the IIRO

19  branches in the Philippines and Indonesia

20  were designated by the United States

21  government, in 2006, based on

22  representations by the U.S. government

23  that they were involved in providing

24  support to Abu Sayyaf Group and the

This Transcript Contains Confidential Material

1    Moro Islamic -- I'm sorry, Abu Sayyaf

2    Group and Jemaah Islamiyah?

3           A.    Yes.

4           Q.    When is the first time you

5    became aware of those facts?

6           A.    If I was aware of those

7    facts prior to this case, it was, you

8    know, very subliminal, nothing that

9    stayed with me.

10          So when this was drawn to my

11   attention in the course of this --

12   preparations for this case, I -- it might

13   as well have been my first time.  It's

14   the first time I read the actual press

15   release, for example.  So it's not

16   something that I had paid any attention

17   to before.

18          It probably wasn't -- it

19   wasn't really something that would have,

20   you know, attracted my attention at the

21   time.

22          Q.    So in the work that you've

23   done prior to being an expert in this

24   case, you weren't significantly concerned

This Transcript Contains Confidential Material

1    with sources of external support for Abu

2    Sayyaf Group or Jemaah Islamiyah?

3              MR. NASSAR:  Objection.

4         Form.

5              THE WITNESS:  Does that

6         objection mean I --

7              MR. NASSAR:  You can answer.

8              THE WITNESS:  I can answer.

9              MR. NASSAR:  If you

10        understand the question.

11             THE WITNESS:  Yeah.

12             I was aware of allegations

13        of -- and -- of different kinds, I

14        think, of kind of, you know,

15        direct forms of support and

16        encouragement.  And I was

17        certainly aware, by this time, of

18        claims that the Abu Sayyaf Group,

19        the Jemaah Islamiyah Network, and

20        even the MILF, had been accused of

21        having some kinds of links and

22        receiving some kind of financial

23        support from al-Qaeda.

24             This kind of thing was very

This Transcript Contains Confidential Material

1      much in the press and in certain

2      kinds of more specialized

3      reportage on Southeast Asia and on

4      these organizations.  It was

5      there.

6          So in terms of al-Qaeda,

7      yes.

8    BY MR. CARTER:

9          Q.    And did you conduct any

10   independent research, prior to serving as

11   an expert in this case, concerning those

12   allegations?

13         A.    No.  No, I'm not sure how I

14   would have done so.

15         Q.    Professor Sidel, as I

16   understand the description of your

17   qualifications, you are an expert on

18   Southeast Asia and political conditions

19   and violence in the Philippines and

20   Indonesia; is that correct?

21         A.    Yes.

22         Q.    Do you consider yourself an

23   expert on al-Qaeda?

24         A.    No.

This Transcript Contains Confidential Material

1       Q.     Do you consider yourself an

2  expert on terrorist financing?

3       A.     No.

4       Q.     Do you consider yourself an

5  expert on the role of charitable

6  organizations in facilitating the funding

7  of terrorism?

8       A.     No.

9       Q.     Do you consider yourself an

10 expert on the operational requirements

11 for sophisticated terrorist attacks?

12      A.     No.

13      Q.     Do you consider yourself an

14 expert on al-Qaeda's global strategy?

15      A.     No.  I think, as with

16 al-Qaeda in general, I think I'm fairly

17 well versed in the secondary literature.

18 So I would qualify my earlier comment in

19 that regard.

20             But in terms of my own

21 expertise or my own empirical research or

22 analysis or interest, no.

23      Q.     In reviewing the listing of

24 materials you considered for purposes of

1    your expert opinions in this case, I did

2    not see any reference to the final report

3    of the 9/11 Commission.

4              Am I correct that that was

5    not among the materials that you

6    considered?

7         A.    Yes.

8         Q.    So you did not consider

9    the -- you did not consider the 9/11

10   report?

11        A.    I did not review it in

12   connection with the writing of my expert

13   report, no.

14        Q.    Have you ever read the final

15   report of the 9/11 Commission in full?

16        A.    I've read -- not in full.

17   I've read parts of it.

18        Q.    Professor Sidel, we

19   discussed a minute ago your period of

20   tenure at the School of Oriental and

21   African Studies at the University of

22   London.

23              Do you recall that?

24        A.    Yes.

1      Q.    Returning just for a moment

2  to the qualifications section of your

3  report, I think you mentioned that you

4  spent some time in Indonesia in 1997 and

5  1998?

6      A.    Yes.

7      Q.    And during that period, did

8  you have an opportunity to interview any

9  members of Jemaah Islamiyah?

10     A.    Not to my knowledge, no.

11     Q.    And have you ever had an

12  opportunity to interview any members of

13  Jemaah Islamiyah?

14     A.    Not to my knowledge, no.

15     Q.    In Paragraph 22 of your

16  report, you mention that you've conducted

17  interviews with a wide range of

18  individuals involved in the conflict in

19  the Philippines, including senior members

20  of the Moro Islamic Liberation Front.

21          Do you see that reference?

22     A.    Yes.

23     Q.    Who were those

24  representatives of the Moro Islamic

This Transcript Contains Confidential Material

1    Liberation Front?

2         A.    Well, the one whom I

3    remember best was a senior figure named

4    Hadj Murad, whom I had a lavish buffet

5    breakfast with at a fancy hotel in

6    Manila.  So he's the one who I remember.

7    I'm not sure -- I can't remember other

8    figures, although he was not alone at the

9    time.

10        Q.    During what period was that?

11        A.    That was during the period

12   when the ceasefire was in place and the

13   negotiations were ongoing.  But the -- it

14   was between 2013 and 2016, I think.

15        Q.    And do you know when he

16   became active in the Moro Islamic

17   Liberation Front?

18        A.    No, I don't have his

19   biographical details to hand or in my

20   memory.

21        Q.    Did you discuss with him at

22   all the activities of the Moro Islamic

23   Liberation Front in the period before

24   9/11?

1          A.     No.

2          Q.     Have you interviewed any

3    members of the Moro Islamic Liberation

4    Front concerning the organization's

5    activities in the period before 9/11?

6          A.     No.

7          Q.     Professor Sidel, we've been

8    talking about several organizations

9    referenced in your report, and I'd like

10   to just provide some context.

11              The first is the Abu Sayyaf

12   Group.  In your words, can you tell me

13   what Abu Sayyaf Group is?

14         A.     The Abu Sayyaf Group is a

15   term that refers to a small shadowy and

16   seemingly ill-defined set of individuals

17   based in the islands of Basilan and Sulu

18   Provinces in the Sulu archipelago in the

19   southern Philippines, individuals whose

20   numbers, as a group, are said to have

21   never exceeded a few hundred.

22              It's a group whose

23   leadership and organization appears to be

24   highly personalistic and ill-defined.

This Transcript Contains Confidential Material

1          memory or understanding on the

2          basis of which to make any kind of

3          informed answer to that question.

4   BY MR. CARTER:

5          Q.    Professor, turning to the

6   next paragraph, the 9/11 Commission

7   indicates that within the context of this

8   alliance building, bin Laden provided

9   equipment and training, assistance to the

10  Moro Islamic Liberation Front in the

11  Philippines and also to a newly forming

12  Philippine group that called itself the

13  Abu Sayyaf brigade, after one of the

14  major jihadist commanders.

15          Do you see that statement?

16          A.    Yes, uh-huh.

17          Q.    Do you agree with that

18  statement?

19          MR. NASSAR:  Objection.

20          Form.

21          THE WITNESS:  I don't agree

22          with -- I don't agree or disagree.

23          I have -- would like to see some

24          evidence and support of that,

This Transcript Contains Confidential Material

1      those sorts of claims.

2            And, also, I haven't seen

3      any credible evidence of

4      equipment -- equipment to the

5      MILF.  There appears to be a

6      history of MILF training in camps

7      in Afghanistan during the 1980s

8      and the 1990s.

9            And the support for the Abu

10     Sayyaf Group, I mean, I wonder

11     what that refers to in terms of

12     support.  So I would like to see

13     the footnote before I could -- you

14     know, these are the kinds of

15     claims that we see recycled in a

16     variety of different publications,

17     including ones by, you know, U.S.

18     government, the United Nations,

19     you know, Time Magazine.  These

20     are -- these things are recycled

21     and repeated.

22           But in terms of the

23     evidentiary basis, I always

24     wonder, you know, what it is.

This Transcript Contains Confidential Material

1    al-Qaeda's pattern of expansion through

2    building alliances.

3              Do you see that language?

4    A.    Yes.

5    Q.    Do you agree that during

6    this period, al-Qaeda was pursuing a

7    pattern of expansion through building

8    alliances?

9              MR. NASSAR:  Objection.

10        Scope.

11             THE WITNESS:  Yeah, I don't

12        really know.  You know, this --

13        I'm not sure about this

14        interpretation.  I'm not qualified

15        to really comment on it, I don't

16        think.

17   BY MR. CARTER:

18   Q.    I'd like to show you, as the

19   next exhibit, a document that begins at

20   FED-PEC237854.

21                   -   -   -

22             (Whereupon, Exhibit

23        Sidel-601, FED-PEC0237854-7873,

24        RAND Corporation Testimony, was

This Transcript Contains Confidential Material

1    credulous with regard to Philippine

2    government sources.

3              But I have huge respect for

4    what she has tried to do as a -- what

5    would you say, a media entrepreneur in

6    the Philippines due to the creation of

7    the Rappler website and its courageous

8    efforts to provide independent reportage

9    under very difficult conditions in the

10   Philippines.

11             I'm not a big believer in

12   her earlier reportage and her account.  I

13   don't see her as having the genuine local

14   expertise and/or, really, at that time,

15   the critical kind of questioning approach

16   that some other similar seasoned

17   investigative reporters in the

18   Philippines had that she did not have as

19   a matter of course.  She did not have the

20   experience that her more senior

21   colleagues did at the time.

22        Q.    In Footnote 47 of your

23   report, you describe the narrative in

24   Pages 18 through 44 of her book Seeds of

This Transcript Contains Confidential Material

1    Terror as the most detailed published

2    account of the Bojinka plot.

3              Is that your opinion?

4        A.    Yes.   It's the lengthiest

5    available written account of that episode

6    that I have come across.

7        Q.    And do you view it as

8    credible?

9        A.    In what it's reporting, I

10   think it is a credible account of what

11   she knows and what is generally known

12   about that from the outside.

13       Q.    I'd like to turn your

14   attention to portions of that section of

15   Maria Ressa's book beginning on Page 27.

16            MR. CARTER:  It's Number 28

17       in the folder.

18                 -  -  -

19            (Whereupon, Exhibit

20       Sidel-604, No Bates, Seeds of

21       Terror, Maria Ressa, was marked

22       for identification.)

23                 -  -  -

24            MR. NASSAR:  Professor

 1                 Do you view Maria Ressa's

 2     account of those facts to be credible?

 3          A.     They raise questions.  I

 4     don't recall reading this bit, and I'd

 5     love to see the footnotes.  If you gave

 6     me time, I could look at the footnotes.

 7                 But I think it seems kind of

 8     strange to me.

 9          Q.     Well --

10          A.     This is what I was referring

11     to earlier, in terms of my concern that

12     her -- this phase of her career and this

13     piece of work is overly sensationalist

14     and credulous with regard to available

15     sources.

16          Q.     Well, I'm asking you about

17     this section in particular because it's

18     squarely within Pages 18 through 44 that

19     you cited in your report as one of the

20     authorities upon which you were relying.

21                 So --

22          A.     On the Bojinka -- on the

23     Bojinka plot.

24          Q.     Yes.

This Transcript contains confidential material

1  sponsorship and support and involvement

2  that have nothing to do with this kind

3  of -- this kind of alleged affiliation.

4       Q.    But you don't have any

5  specific information that would lead you

6  to conclude that the account Maria Ressa

7  provides in her book is wrong?

8       A.    I have specific information

9  that would lead me to be suspicious of

10  this kind of -- of taking this kind of

11  account at face value, yes.

12            But I do not have any

13  specific information of what was going on

14  in Basilan in December of 1991.

15       Q.    In the next paragraph, Maria

16  Ressa indicates that, About a month

17  later, Khalifa met with Janjalani at the

18  Abu Sayyaf camp in Basilan.  Wali Shah

19  and Ramzi Yousef came with him, and,

20  again, money was delivered to the Abu

21  Sayyaf.

22            She goes on to say that

23  Khalifa gave a little over $6,000 for two

24  operations, to assassinate an Italian

This Transcript Contains Confidential Material

1    missionary and to plant a bomb at the

2    Basilan public market.

3              Again, do you have any

4    specific information indicating that this

5    account from the book you cite in your

6    report is inaccurate?

7         A.    No.

8         Q.    And was an assassination, in

9    fact, conducted of an Italian missionary

10   named Father Salvatore Carzedda during

11   this time period?

12        A.    I believe so.  That rings a

13   faint bell.  I think that's correct.

14        Q.    And was there a bombing at

15   the Basilan public market during this

16   time period?

17        A.    I don't recall, but that

18   stands to reason.

19        Q.    And going down to the next

20   paragraph, it describes another meeting

21   between Khalifa and Abu Sayyaf during

22   which he convinced them to create an

23   urban guerrilla squad.

24              Do you know whether Abu

This Transcript Contains Confidential Material

1  Sayyaf did, in fact, create an urban

2  guerrilla squad?

3       A.   No, I'm not sure that they

4  did.  I don't recall guerrilla squads in

5  Zamboanga City along those lines, armed

6  guerrilla groups in Zamboanga City, no.

7       Q.   Was there a bombing on

8  August 28th of that year involving a

9  grenade being thrown at Fort Pilar?

10      A.   There may have -- well have

11 been.  I assume that all of these things

12 are being cited by Maria Ressa after they

13 happened.

14      Q.   And then down in the next

15 paragraph, it said, Later, other al-Qaeda

16 operatives would help in the training of

17 Abu Sayyaf.

18           And it refers to training in

19 1995 at camps run by Abu Sayyaf.

20           Again, do you have any

21 information that would indicate to you

22 that no such training happened?

23      A.   I have no specific

24 information that contradicts this.

1    chapter of her book.

2              Turning for a moment,

3    there's a reference there to Ramzi Yousef

4    and Wali Khan Amin Shah.

5              Did you see that a moment

6    ago?

7         A.    Yes, I did.

8         Q.    And who is Ramzi Yousef?

9         A.    Ramzi Yousef was, what, the

10   nephew of Khalid Sheikh Mohamed, a man

11   crucially involved in the World Trade

12   Center bombing and so forth.

13        Q.    You're referring to the

14   World Trade Center bombing of 1993,

15   correct?

16        A.    Uh-huh.

17        Q.    And he was also a principal

18   planner of the so-called Bojinka plots?

19        A.    He was implicated in that,

20   yes.

21        Q.    And just so we're using the

22   same terminology, I've seen commentators

23   use the term "Bojinka" to refer to a

24   collection of plots that were being

This Transcript contains confidential material

1    developed by Yousef in the Philippines

2    during that period; that included a plot

3    to assassinate President Clinton, a plot

4    to assassinate the Pope and a plot to

5    detonate multiple aircraft in flight.

6    And I've elsewhere seen people refer to

7    Bojinka as just the plot to blow up

8    multiple planes in flight.

9            Which -- when you use the

10   term "Bojinka," which are you referring

11   to?

12        A.    I think I'm referring to the

13   eleven airplanes plot.  I think that's

14   what seems to be -- my impression, if I

15   remember, is that once the conspirators

16   were discovered, that on their laptops

17   and in interrogations these other plots

18   were revealed.

19            So they could all be lumped

20   together, as you're suggesting, or it

21   could be referring to the 11 -- blow up

22   the 11 airplanes plot more specifically.

23   I don't know.

24        Q.    Do you know whether Ramzi

This Transcript contains Confidential Material

1    Yousef had a personal relationship with

2    Abdurajak Janjalani?

3          A.    No.

4          Q.    You don't know, or he did

5    not?

6          A.    I don't know.

7          Q.    Maria Ressa indicates, on

8    Page 26 of her book, that Yousef was with

9    Janjalani in 1999 during the period that

10   Janjalani was forming Abu Sayyaf Group.

11              You don't have any

12   information concerning that issue, do

13   you?

14              MR. NASSAR:  Objection.

15          Sean, you said 1999?  Did you

16          mean --

17              MR. CARTER:  1991.

18              MR. NASSAR:  '91, sorry.

19              THE WITNESS:  What's the

20          question?  Do I have any

21          information on that?

22   BY MR. CARTER:

23          Q.    Yes.

24              Do you have any information

1  about the possibility that Yousef --

2  Ramzi Yousef was in Basilan in 1991 with

3  Abdurajak Janjalani?

4          A.    No.

5          Q.    And you don't know whether,

6  during the years that ensued, Yousef

7  maintained a relationship with Janjalani?

8          A.    No.

9          Q.    Maria Ressa says, in this

10  section of her book, that Yousef had been

11  training members of Abu Sayyaf from the

12  birth of the group.

13              Do you have any information

14  about whether Yousef had provided

15  training to members of Abu Sayyaf?

16          A.    No.

17          Q.    After the 1993 attack on the

18  World Trade Center, can we agree that

19  Yousef came to the Philippines?

20          A.    He was in the Philippines

21  when the Bojinka plot was discovered.

22          Q.    And he was there at least

23  during the period of 1994 to 1995,

24  correct?

This Transcript Contains Confidential Material

1       A.      I think, yeah, to early

2  1995, if I remember correctly.

3       Q.      And was he joined in the

4  Philippines by his uncle, Khalid Sheikh

5  Mohamed?

6       A.      I believe so, at some point,

7  yeah.

8       Q.      And do you know whether

9  Khalid Sheikh Mohamed was also involved

10 in the development of the Bojinka plot?

11      A.      I believe so.  That's what's

12 reported, if I remember correctly.

13      Q.      And do you know whether

14 Ramzi and Khalid Sheikh Mohamed were also

15 joined in those efforts by Wali Khan Amin

16 Shah?

17      A.      Wali Khan Amin Shah?  That

18 name is cited in these reports.  It

19 sounds like something that I dimly

20 remember.  But the details of these

21 things are not very firmly lodged in my

22 memory, I'm afraid.  But --

23      Q.      Do you know who Wali Khan

24 Amin Shah was?

This Transcript Contains Confidential Material

```
 1          A.    If memory serves, he was --
 2     he's been cited as a figure who set up a
 3     set of companies in Malaysia that were
 4     linked to Jemaah Islamiyah.
 5               Is that not the case?  Is
 6     that the same character, or am I thinking
 7     of someone else?
 8          Q.    Well, why don't we turn to
 9     Page 147 of the 9/11 Commission Report.
10                    -   -   -
11               (Whereupon, Exhibit
12          Sidel-605, No Bates, Excerpts 9/11
13          Commission Report, was marked for
14          identification.)
15                    -   -   -
16     BY MR. CARTER:
17          Q.    And you'll see a reference
18     near the bottom that KSM and Yousef
19     enlisted Wali Khan Amin Shah, also known
20     as Usama Asmurai, in the Manila air plot.
21               Do you see that?
22          A.    Yes.
23          Q.    And on Page 436 of the 9/11
24     Commission Report, there's a profile of
```

1   Wali Khan Amin Shah that says that he was

2   an associate of Osama bin Laden.

3            Does that refresh your

4   recollection?

5        A.   No.  Turkmen?  He's Turkmen?

6   He's from Turkmenistan?

7            I thought this was -- the

8   name that is in my memory is someone who

9   is based in Malaysia.  No?

10       Q.   So you don't recall --

11       A.   I'm clearly thinking of

12   somebody else.

13       Q.   You don't recall having come

14   across information in your studies of the

15   Bojinka plot that a bin Laden lieutenant,

16   an al-Qaeda named Wali Khan Amin Shah

17   worked with Ramzi Yousef and Khalid

18   Sheikh Mohamed on the development of

19   Bojinka?

20       A.   All I remember is that there

21   were names other than Ramzi Yousef and

22   Khalid Sheikh Mohamed, that there were a

23   few obscure individuals whose backgrounds

24   and affiliations were not something I

1   knew a great deal about.  They were not

2   Southeast Asians.  It was not connected

3   to the local organizations and groups and

4   individuals otherwise under, you know,

5   consideration here.

6              So I'm afraid that my

7   knowledge and, you know -- no

8   investigation of this guy's background.

9   I did not do my homework on who this guy

10  was.

11             MR. CARTER:  If we could

12        mark as the next exhibit the

13        excerpts from the Michael Scheuer

14        book that are at Folder 29.

15                  -  -  -

16             (Whereupon, Exhibit

17        Sidel-606, No Bates, Michael

18        Scheuer, Osama bin Laden Excerpts,

19        was marked for identification.)

20                  -  -  -

21  BY MR. CARTER:

22        Q.    Professor Sidel, do you know

23  who Michael Scheuer is?

24        A.    Wasn't Michael Scheuer a CIA

This Transcript Contains Confidential Material

1   build training camps.

2          Do you see that?

3      A.    Yes.

4      Q.    Do you recall having come

5   across information previously that Wali

6   Khan Amin Shah was an advance man for bin

7   Laden, who was sent to places where

8   al-Qaeda was considering attacks?

9      A.    A very, very dim

10   recollection of his name.

11      Q.    Given the information you've

12   seen about his participation in the

13   development of the Bojinka plot, would

14   you agree that al-Qaeda had a role in the

15   development of that plot?

16          MR. NASSAR:  Objection.

17          THE WITNESS:  In 1994, 1995

18       al-Qaeda's involved in -- it

19       sounds kind of strange to me,

20       considering the absence of

21       evidence that I've otherwise heard

22       of, that al-Qaeda is involved in

23       something like this prior to 1998.

24          MR. NASSAR:  Sean, I think

1    So I'm asking, based on the

2    stuff -- the information I've

3    shown him today, does he have a

4    view as to whether or not al-Qaeda

5    had a hand in the Bojinka plot or

6    not.

7    If the answer is no, that's

8    fine.

9    THE WITNESS:  I really don't

10   know.  I mean, there's -- my

11   understanding was that Khalid

12   Sheikh Mohamed was not a member of

13   al-Qaeda, or Ramzi Yousef for that

14   matter.  I'm not a specialist on

15   al-Qaeda and on the history,

16   clearly.  I only dimly remember

17   Wali Khan Amin Shah and had

18   mistaken him for a Malaysian --

19   someone with a similar name based

20   in Malaysia working for Jemaah

21   Islamiyah.

22   So I don't know what to say,

23   really.

24   It seems strange to me,

1          Do you see that?

2     A.     Yes.

3     Q.     And I am correct that you

4  continue to hold all of those opinions as

5  we sit here today?

6     A.     Yes.

7     Q.     I'd like to break down that

8  set of opinions in pieces and discuss it

9  a little bit.

10          Am I correct that you are

11  expressing the view that the decision of

12  Ramzi Yousef, Khalid Sheikh Mohamed and

13  Wali Shah to stage their operations from

14  the Philippines had nothing to do with

15  the presence of Abu Sayyaf Group, Mohamed

16  Jamal Khalifa, or any other potential

17  sources of support in the Philippines?

18     A.     From what I've read and

19  understood, the activities of these

20  conspirators in Manila is independent of

21  that broader context, yes.  They're not

22  reliant on a broader support network.

23     Q.     I think that partially

24  answers my question.

1     A.     1994, 1995, there are small

2   numbers of men associated with Abu Sayyaf

3   in parts of Basilan and maybe in the

4   Sulu -- in Sulu.  But I think in -- just

5   in Basilan, operating within a very

6   restricted band of the country, you know,

7   a far-flung -- a single island, part of

8   an island, and operating on what they

9   call pump boats between islands in that

10  part of the country.

11    Q.     And I think you testified

12  earlier that you're not an expert on

13  operational aspects of terrorist attacks.

14           So I'm correct that you

15  wouldn't have a view on the particular

16  kinds of support that would be necessary

17  to carry out a plot to assassinate the

18  president of the United States or the

19  Pope on foreign soil, do you?

20    A.     I'm not sure what kind of

21  expertise that would be.  You'd have -- I

22  assume you would have to be involved in

23  that kind of activity or in

24  counterterrorism, counterintelligence,

This Transcript Contains Confidential Material

1  counter -- you know, work for the Secret

2  Service, perhaps.

3              So it doesn't sound like

4  expertise that I -- I can claim.

5       Q.    Did you consider, in

6  developing your opinions, the possibility

7  that Ramzi Yousef chose the Philippines

8  because he had a relationship with

9  Abdurajak Janjalani and could draw on Abu

10 Sayyaf Group resources to support the

11 attacks he was planning to develop?

12      A.    I'm sorry, but that seems

13 highly implausible.

14              The Abu Sayyaf Group,

15 so-called, it is limited in its

16 experience, its access, its -- what's the

17 word -- it's protection -- it's capacity

18 for operation to a remote part of the

19 Philippines.

20              If members of this Abu

21 Sayyaf Group were to arrive in Manila,

22 they wouldn't speak the right language,

23 they wouldn't know how to get around,

24 they wouldn't -- they would stand out

This Transcript contains confidential material

1    like a sore thumb and would be the least

2    qualified, least capable people you could

3    imagine in trying to undertake something

4    in the urban context of metro Manila.

5              I have a hard time thinking

6    that they would be useful co-conspirators

7    in that context.  They would be

8    potentially helpful for undertaking a

9    hijacking of a fishing boat or, you know,

10   bombing a church, the things they had

11   experience doing.

12             But this kind of highly

13   sophisticated international ambitious

14   plot, it just seems like a non sequitur.

15        Q.    And do you agree that

16   Mohamed Jamal Khalifa was in the

17   Philippines during this time period as

18   well?

19             MR. NASSAR:  Objection.

20        What time period?

21             MR. CARTER:  1993 to 1995.

22             THE WITNESS:  I've been

23        shown a letter that showed that he

24        had resigned from his position as

This transcript contains confidential material

```
 1        of 1993.
 2   BY MR. CARTER:
 3        Q.    I was asking a slightly
 4   different question.
 5             Do you know whether he
 6   remained in the Philippines during this
 7   time period?
 8        A.    I don't.  I don't recall.
 9   It may have been something that I read
10   months ago in the course of preparing
11   this report.
12             But right at this moment, I
13   don't recall that.  And I -- I don't
14   recall that information.  I have not
15   reviewed the detail of his presence
16   during these months.
17        Q.    And even beyond his specific
18   role to IIRO, do you recall seeing
19   information that Khalifa had established
20   a broader collection of charities and
21   businesses in the Philippines to support
22   terrorist operations?
23        A.    I recall seeing a list of
24   IIRO coordinated activities, disparities
```

This Transcript Contains Confidential Material

1          And, you know, I don't know

2     in what way they learned from this,

3     directly, in ways that then moved on, you

4     know, and specifically inspired the modus

5     operandi of 9/11, which seems quite

6     distinct in a variety of terrible, tragic

7     ways.

8          Q.    And turning to the six-year

9     time gap you refer to between the

10    disruption of the Bojinka plot and 9/11,

11    when did Khalid Sheikh Mohamed first

12    propose the planes operation that would

13    become 9/11 to Osama bin Laden?

14          A.    If memory serves, it was

15    1998 or '99.

16          Q.    Let's turn to the 9/11

17    Commission, at Pages 148 to 149.

18          According to this, it says

19    that, Just as KSM, Khalid Sheikh Mohamed,

20    was reestablishing himself in Afghanistan

21    in mid 1996, bin Laden and his colleagues

22    were also completing their migration from

23    Sudan and that, through Mohamed Atef,

24    Khalid Sheikh Mohamed arranged a meeting

1   with bin Laden.

2            Do you see that?

3       A.   Yes.

4       Q.   And the 9/11 Commission

5   says, At that meeting KSM presented the

6   al-Qaeda leader with a menu of ideas for

7   terrorist operations?

8       A.   In '96?

9       Q.   Yes.

10           And now turning to the first

11  full paragraph of the next page, it says

12  that, KSM briefed bin Laden and Atef on

13  the first World Trade Center bombing, the

14  Manila air plot, the cargo carriers plane

15  and other activities pursued by KSM and

16  his colleagues in the Philippines.  KSM

17  also presented a proposal for an

18  operation that would involve training

19  pilots who would crash planes into

20  buildings in the United States.  This

21  proposal eventually would become the 9/11

22  operation.

23           Do you see that?

24      A.   Yes.

This Transcript Contains Confidential Material

1      Q.    So according to this account

2    from the 9/11 Commission, Khalid Sheikh

3    Mohamed presented the plan for the 9/11

4    operation to bin Laden in 1996, correct?

5      A.    Yes, which then raises

6    questions about the idea that it had

7    somehow been an al-Qaeda, you know,

8    conspiracy a few years earlier.

9            MR. NASSAR:  And I'm going

10           to object to that, Sean.  Rule of

11           completion.  I think you need to

12           show him the later sections on the

13           '98, '99 meetings.

14           MR. CARTER:  Okay.  Well, we

15           can get to those in due course.

16   BY MR. CARTER:

17     Q.    I'm focused, Professor, on

18   your particular statement that there's an

19   unexplained six-year gap between the two

20   operations.

21           And as we see here, the gap

22   between the disruption of the Manila

23   Bojinka plot and the presentation of 9/11

24   to bin Laden was a much shorter period.

1       conduct of the September 11th

2       attacks.

3           MR. NASSAR:  That's fine.

4           And, Professor Sidel, what I

5       would say, because I know this is

6       confusing with a document in your

7       face on Zoom, parts of it

8       highlighted, other parts

9       neglected.

10          And he's referring back to

11      your report.  So if you hear Mr.

12      Carter referring to your words in

13      your report, I would refer back

14      to -- I would refer back to your

15      report and make sure that you have

16      the proper location flagged so

17      that you can refer to it.

18          THE WITNESS:  Thank you.

19  BY MR. CARTER:

20      Q.   Okay.  So in terms of

21  whether or not Bojinka was in some way a

22  precursor to 9/11, the period of time

23  between the disruption of that and when

24  Khalid Sheikh Mohamed proposed the 9/11

This Transcript Contains Confidential Material

1  operation to bin Laden was something in

2  the range of a year, correct?

3      A.    From the sound of it, yes.

4      Q.    And --

5      A.    But it's a briefing.  So it

6  sounds like he -- from what we read here,

7  he tells him, this is what we were coming

8  up with, this is what we were thinking.

9      Q.    Well, I mean, Professor,

10 you're critical of the plaintiffs'

11 experts for calling Bojinka a

12 precursor --

13     A.    Directly.

14     Q.    -- and I belive -- okay.  A

15 direct precursor.

16         And I believe what they are

17 explaining is that the development of the

18 Bojinka plot led very directly to the set

19 of ideas that would become 9/11.

20         And do you agree that the

21 time period between disruption of Bojinka

22 and the presentation of the idea of 9/11

23 to bin Laden was a much shorter period

24 than six years?

This Transcript Contains Confidential Material

1    that.

2              MR. CARTER:  That's all I

3    have.  Thank you for your time,

4    Professor Sidel.  I appreciate it.

5              THE WITNESS:  Thank you.

6              MR. NASSAR:  Thanks,

7    Professor Sidel.

8              THE WITNESS:  Thank you.

9              VIDEO TECHNICIAN:  This ends

10   today's deposition.  We're going

11   to go off the record at 11:43 a.m.

12                   -  -  -

13             (Whereupon, the deposition

14   concluded at 11:43 a.m.)

15                   -  -  -

16

17

18

19

20

21

22

23

24

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2
 3
     I, Amanda Maslynsky-Miller, Certified
 4   Realtime Reporter, do hereby certify that
     prior to the commencement of the examination,
 5   JOHN SIDEL, was remotely sworn by me to
     testify to the truth, the whole truth and
 6   nothing but the truth.
 7
     I DO FURTHER CERTIFY that the foregoing is a
 8   verbatim transcript of the testimony as taken
     stenographically by me at the time, place and
 9   on the date hereinbefore set forth, to the
     best of my ability.
10
11   I DO FURTHER CERTIFY that I am neither a
     relative nor employee nor attorney nor
12   counsel of any of the parties to this action,
     and that I am neither a relative nor employee
13   of such attorney or counsel, and that I am
     not financially interested in the action.
14
15   [signature: Amanda Miller]
16   _____
     Amanda Miller
17   Certified Realtime Reporter
     Dated: May 12, 2021
18
19
     (The foregoing certification of this
20   transcript does not apply to any reproduction
     of the same by any means, unless under the
21   direct control and/or supervision of the
     certifying reporter.)
22
23
24
```