سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

**World Assembly of Muslim Youth**
Member of the UN NGO'S



الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : الرقم : ١/١٠٦-١-١-١٠
Date : التاريخ : ٨/١/١٤٢٢هـ

مكتب الأمين العام المساعد
The Assistant Secretary General Office

سعادة الأخ الفاضل / إبراهيم الزيات
مدير مكتب الندوة بأوروبا الغربية       حفظه الله

السلام عليكم ورحمة الله وبركاته وبعد ،،،،،
اسأل الله لكم الخير والتوفيق ..

نفيدكم بأننا قد حولنا باسمكم مبلغ 37.500 دولار ( سبعة وثلاثون ألفاً وخمسمائة دولار أمريكي ) بموجب حوالة مصرفية رقم 279/13635796 بتاريخ 2003/03/05 م على الحساب التالي : ـ

ACCOUNT NO  : 457239465
BANK        : POST BANK DORTMUND
BRANCH      : BLZ . 44010046

وهذا المبلغ قيمة الدفعة الأولى من الميزانية المقررة لمكتب أوروبا الغربية لعام 2003 م .
نرجو إفادتنا بالاستلام ، علماً بأن هذا المبلغ مسجل كعهدة عليكم لحين موافاتنا بتقرير شامل مدعماً بصور المستندات الثبوتية والفواتير التى تدل على صرف هذه المبالغ ، وبعد اعتماده من الإدارة يتم إسقاط العهدة من ذمتكم .
والله تعالى يحفظكم ويرعاكم .
والسلام عليكم ورحمة الله وبركاته ،،،

الأمين العام المساعد
للمكاتب والعلاقات الدولية



د. سالم بن إبراهيم بابعير

بليدي

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000   Fax:(+9661) 2050011
ص.ب: ١٠٨٤٥ـ الرياض ١١٤٤٣ـ المملكة العربية السعودية
مبنى رقم ١٠٧٩ ـ طريق الملك فهد ـ حي المحمدية
هاتف: ٢٠٥٠٠٠٠(٩٦٦١+)  فاكس:٢٠٥٠٠١١(٩٦٦١+)
www.wamy.org    e-mail: info@wamy.org

CONFIDENTIAL                                                       WAMY SA 2296