# الندوة العالمية للشباب الإسلامي
## World Assembly of Muslim Youth

مكتب الأمين العام المساعد (منطقة مكة المكرمة)
Office of the Assistant Secretary General (Makkah Region)

التاريخ : ................
الرقم : ................

## عقد اتفاق
### على تنفيذ مشروعات إغاثية للاجئين الشيشان
### في جمهورية جورجيا

أنه في يوم ١٤/٩/١٤٢١هـ الموافق ٢٠٠٠/١٢/١٠م تم الاتفاق بين كل من :

١- الندوة العالمية للشباب الإسلامي ، ويمثلها في التوقيع على هذا العقد الأمين العام المساعد : أ.د. عبد الوهاب بن عبد الرحمن نورولي ، ويسمى في هذا العقد **"الطرف الأول"** .

٢- وقف تركيا والشرق الأوسط للتنمية والإغاثة ، ويمثلها في التوقيع على هذا العقد مدير الوقف : أ. احمد بياتلي ، ويسمى في هذا العقد **"الطرف الثاني"** .

**باسم الله التقت إرادة الطرفين على مايلي :**

أولاً : يقدم الطرف الأول للطرف الثاني مبلغاً وقدره (٢٦,٢٠٠) ستة وعشرون ألفاً ومائتي دولار أمريكي فقط لاغير لتنفيذ مشروع كفالة أئمة مساجد ودعاة وفقاً لما يلي :

أ) كفالة خمسة من أئمة المساجد لمدة عام كامل بمبلغ وقدره (١٢,٠٠٠) إثناعشر ألف دولار أمريكي فقط لاغير .

ب) كفالة ثلاثة من الدعاة المتجولين لمدة عام كامل بمبلغ وقدره (٧٢٠٠) سبعة آلاف ومائتا دولار أمريكي فقط لاغير .

ج) كفالة دورات لخمسة أفراد في تحفيظ القرآن الكريم خلال عطلة صيفية واحدة بمبلغ وقدره (١٠٠٠) ألف دولار أمريكي فقط لاغير .

د) توزيع مصاحف وكتب إسلامية بمبلغ وقدره (٦٠٠٠) ستة آلاف دولار أمريكي فقط لاغير .

ثانياً : يقدم الطرف الأول للطرف الثاني مبلغاً وقدره (١٧,٤٣٠) سبعة عشر ألفاً وأربعمائة وثلاثون دولاراً أمريكياً فقط لاغير لتنفيذ مشروع إسالة مياه الشرب في قرية واحدة بكافة مستلزماته .

ثالثاً : يقدم الطرف الأول للطرف الثاني مبلغاً وقدره (٦٨,٤٠٠) ثمانية وستون ألفاً وأربعمائة دولار أمريكي فقط لاغير لتزويد خمسمائة عائلة بحاجتها من الحطب للتدفئة لمدة ثلاثة أشهر ، ويتضمن المبلغ المذكور أجر الإداري الذي سيتابع الشراء والتوزيع وقدره (٩٠٠) تسعمائة دولار أمريكي فقط لاغير .

المملكة العربية السعودية - جدة - هاتف - ٦٦٠١٨٧٨ / ٦٦٥٣٣٠٠ (٠٢) - فاكس - ٦٦٠٢٦٤٥ - ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
E-mail : wamy_jed@yahoo.com & wamyjed@ogertel.com

CONFIDENTIAL                                                                                                  WAMYSA044850



# الندوة العالمية للشباب الإسلامي
## World Assembly of Muslim Youth

مكتب الأمين العام المساعد (منطقة مكة المكرمة)
Office of the Assistant Secretary General (Makkah Region)

التاريخ : ................

الرقم : ................

**رابعاً** : يقدم الطرف الأول للطرف الثاني مبلغاً وقدره (20,380) عشرون ألفاً وثلاثمائة وثمانون دولاراً أمريكياً فقط لاغير لتنفيذ مشروع مدرسة ابتدائية واحدة بكافة مستلزماتها ، ويتضمن المبلغ المذكور مصروفات متابعة إنشاء المدرسة وهي (1500) ألف وخمسمائة دولار أمريكي فقط لاغير .

**خامساً** : يقدم الطرف الأول للطرف الثاني مبلغاً وقدره (19000) تسعة عشر ألف دولار أمريكي فقط لاغير لتنفيذ مشروع السلة الغذائية ل(1000) ألف عائلة ، ويتضمن المبلغ المذكور مصروفات النقل والتوزيع وهي (1000) ألف دولار أمريكي فقط لاغير .

**سادساً** : يقدم الطرف الأول للطرف الثاني مبلغاً وقدره (2000) ألفا دولار أمريكي فقط لاغير بشكل مقطوع كمصروفات تنقل ومتابعة للمشروعات التي سيقوم الطرف الأول بدعمها .

**سابعاً** : يجب على الطرف الثاني تزويد الطرف الأول بتقارير شهرية عن سير العمل في جميع المشروعات التي قام الطرف الأول بدعمها .

**ثامناً** : يقوم الطرف الأول بتسليم الطرف الثاني نصف المبالغ التي تعهد بتقديمها لدعم المشروعات المتضمنة في هذا العقد بمجرد التوقيع على هذا العقد ويتم الاتفاق فيما بعد على موعد وكيفية تسليم النصف المتبقى من المبالغ ، ولايسرى هذا البند على المبلغ المتضمن في البند (خامساً) من هذا العقد وقدره (19000) تسعة عشر ألف دولار أمريكي فقط لاغير حيث يقدم هذا المبلغ كاملاً من الطرف الأول إلى الطرف الثاني بمجرد التوقيع على العقد.

**تاسعاً** : تحدد مناطق تنفيذ المشروعات غير المحددة في هذا العقد خلال شهر واحد من تاريخ التوقيع على هذا العقد.

والله الموفق ،،

الطرف الأول

أ.د. عبد الوهاب بن عبد الرحمن نورولي
الندوة العالمية للشباب الإسلامي

جورجيا

الطرف الثاني

أ. أحمد بياتلى
وقف تركيا والشرق الأوسط للتنمية والإغاثة

---

المملكة العربية السعودية – جدة – هاتف : 6653300/6601878 (02) – فاكس : 6602645 – ص . ب 8856 جدة 21492
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
E-mail : wamy_jed@yahoo.com & wamyjed@ogertel.com

CONFIDENTIAL                                                                                       WAMYSA044851