This Transcript Contains Confidential Material

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3                           - - -

 4     IN RE: TERRORIST       :

 5     ATTACKS ON             :    03-MDL-1570

 6     SEPTEMBER 11, 2001     :    (GBD)(SN)

 7     -------------------------------------------

 8                           - - -

 9               Wednesday, October 23, 2019

10                           - - -

11                 THIS TRANSCRIPT CONTAINS

12                   CONFIDENTIAL MATERIAL

13                           - - -

14           Videotaped deposition of SALEH AL

15     WOHAIBI, Ph.D., Individually and as 30(b)(6)

16     designee for World Assembly of Muslim Youth,

17     taken pursuant to notice, was held at the NH

18     Collection Madrid Abascal Hotel, Calle de Jose'

19     Abascal, 47, 28003 Madrid, Spain, beginning at

20     9:37 a.m., on the above date, before Lisa V.

21     Feissner, RDR, CRR, Notary Public.

22

23              GOLKOW LITIGATION SERVICES
             877.370.3377 ph | 917.591.5672 fax
24                    deps@golkow.com
```

This Transcript Contains Confidential Material

```
 1            3:03.
 2     BY MR. CARTER:
 3            Q.   Welcome back, Dr. Al Wohaibi.
 4            A.   (In English.)  Thank you.
 5            Q.   Prior to today, did WAMY conduct an
 6     inquiry to determine the extent of funding it
 7     had received between 1992 and 2002 from members
 8     of the Saudi Royal Family?
 9            A.   No.
10            Q.   Do you have details on the amount
11     of funding provided by members of the Saudi
12     Royal Family to WAMY for any of those years
13     between 1992 through 2002?
14            A.   No.
15            Q.   Did WAMY conduct an inquiry, prior
16     to today, to determine the names of any members
17     of the Saudi Royal Family who had provided
18     contributions between 1992 and 2002?
19            A.   No.
20            Q.   We've spoken about some
21     contributions that were made by the King during
22     the time period I'm referring to.  Sitting here
23     today, do you know whether any other members of
24     the Royal Family made contributions to WAMY
```

This Transcript Contains Confidential Material

```
 1                C E R T I F I C A T E
 2            I, Lisa V. Feissner, RDR, CRR, CLR,
 3    Notary Public, certify that the foregoing is a
 4    true and accurate transcript of the deposition
 5    of said witness, who was first duly sworn by me
 6    pursuant to stipulation of counsel on the date
 7    and place hereinbefore set forth.
 8            I further certify that the foregoing
 9    transcript is a true and correct record of the
10    proceedings; that reading and signing was
11    requested; that I am neither attorney nor
12    counsel for, nor related to or employed by, any
13    of the parties to the action in which this
14    deposition was taken; and that I have no
15    interest, financial or otherwise, in this case.
16
17            IN WITNESS WHEREOF, I have hereunto set
18    my hand this 31st day of October, 2019.
19
20            _____
              Lisa V. Feissner, RDR, CRR, CLR
21
22            (The foregoing certification of this
      transcript does not apply to any reproduction
23    of the same by any means, unless under the
      direct control and/or supervision of the
24    certifying reporter.)
```