```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

```
------------------------------------------------------------X
```

**03-MD-1570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received the motion for partial default judgments at ECF No. 7329. It also understands that over the coming weeks, the plaintiffs expect to file further similar motions. To facilitate the efficient processing of these motions, the Court ORDERS the Plaintiffs' Executive Committees ("PECs") to file a letter by November 19, 2021 indicating to the Court any dates that are important to the resolution of these motions such as distributions from the U.S. Victims of State Sponsored Terrorism Fund.

**SO ORDERED.**

DATED:    New York, New York
             November 15, 2021

SARAH NETBURN
United States Magistrate Judge