```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received the Kingdom of Saudi Arabia's three motions requesting discovery to investigate the breach of the deposition protocol, ECF No. 7322, leave to file exhibits, ECF No. 7327, and discovery of Kreindler & Kreindler communications with attorney Elizabeth Crotty. ECF No. 7328. It has also received Kreindler & Kreindler's opposition to Saudi Arabia's request for discovery related to the deposition protocol breach, ECF No. 7330, and Saudi Arabia's reply, ECF No. 7336, as well as Kreindler & Kreindler's opposition to Saudi Arabia's request to file exhibits. ECF No. 7337.

    The parties' proposed findings of fact and conclusions of law on the breach investigation that triggered these filings are due on November 24, 2021. ECF No. 7317. If discovery is to be ordered, it will need to be done soon. Accordingly, Kreindler & Kreindler is to file any opposition to Saudi Arabia's motion at ECF No. 7328 by November 17, 2021, with any reply from Saudi Arabia due by November 18, 2021, at noon. The other PECs firms and John Fawcett may file any letter in relation to these motions by November 17, 2021. Additionally, by that date, Saudi Arabia may file any reply to Kreindler & Kreindler's opposition at ECF No. 7337.

**SO ORDERED.**

DATED:    New York, New York
               November 15, 2021

                                                    SARAH NETBURN
                                                    United States Magistrate Judge