# EXHIBIT A

**Ex. A**
Intentionally Omitted