# EXHIBIT B

**Ex. B-1**

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Alexander | Anthony | Centro | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 2. | John | | D'Allara | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Kevin | Christopher | Dowdell | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Dean | Phillip | Eberling | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Stephen | J. | Fiorelli | Sr. | | $2,000,000.00 | $2,000,000.00 |
| 6. | Thomas | | Gambino | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 7. | Steven | James | Genovese | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Vincent | Gerard | Halloran | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $16,000,000.00 **$16,000,000.00**

docs-100420003.1

**Ex. B-2**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Kathleen | Anne | Hunt-Casey | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Andrew | Brian | Jordan | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Charles | Henry | Karczewski | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Thomas | | Langone | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Peter | | Langone | | | $2,000,000.00 | $2,000,000.00 |
| 6. | Edward | Hobbs | Luckett | | | $2,000,000.00 | $2,000,000.00 |
| 7. | Terence | Augustine | McShane | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Vincent | Scott | Morello | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS**        $16,000,000.00     **$16,000,000.00**

**Ex. B-3**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Mary | Catherine | Boffa | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Dennis | Michael | Edwards | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Richard | S. | Morgan | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Luke | Girard | Nee | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Moises | Norberto | Rivas | | | $2,000,000.00 | $2,000,000.00 |
| 6. | Rafael | Humberto | Santos | | | $2,000,000.00 | $2,000,000.00 |
| 7. | Steven | Frank | Strobert | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Donnie | Brooks | Taylor | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Raymond | Robert | York | | | $2,000,000.00 | $2,000,000.00 |
| 10. | Kenneth | | Zelman | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS**                                         $20,000,000.00    **$20,000,000.00**

docs-100420010.1

**Ex. B-4**

Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | John | Paul | Bocchi | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Mark | Francis | Broderick | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Timothy | John | Coughlin | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Emerita | | De La Pena | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Judith | Berquis | Diaz-Sierra | | | $2,000,000.00 | $2,000,000.00 |
| 6. | Wendy | Ruth | Faulkner | | $3,967,999.00 | $2,000,000.00 | $5,967,999.00 |
| 7. | Timothy | Joseph | Finnerty | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Carl | Martin | Flickinger | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Paul | William | Innella | | $2,374,462.00 | $2,000,000.00 | $4,374,462.00 |
| | **TOTALS** | | | | $6,342,461.00 | $18,000,000.00 | **$24,342,461.00** |

**Ex. B-5**

Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Glenn | Davis | Kirwin | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Joseph | Ross | Marchbanks | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 3. | Timothy | Joseph | Maude | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Kathy | Nancy | Mazza | | | $2,000,000.00 | $2,000,000.00 |
| 5. | James | Francis | Murphy | IV | | $2,000,000.00 | $2,000,000.00 |
| 6. | Joseph | Michael | Navas | | | $2,000,000.00 | $2,000,000.00 |
| 7. | Maria | Isabel | Ramirez | | | $2,000,000.00 | $2,000,000.00 |
| 8. | David | Eliot | Retik | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Donald | Walter | Robertson | Jr. | | $2,000,000.00 | $2,000,000.00 |

| | | |
|---|---|---|
| **TOTALS** | $18,000,000.00 | **$18,000,000.00** |

docs-100420014.1

**Ex. B-6**

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Renee | | Barrett-Arjune | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Joseph | John | Hasson | III | | $2,000,000.00 | $2,000,000.00 |
| 3. | Matthew | Gerard | Leonard | | $5,619,820.00 | $2,000,000.00 | $7,619,820.00 |
| 4. | Keith | Kevin | O'Connor | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Robert | David | Peraza | | | $2,000,000.00 | $2,000,000.00 |
| 6. | Aida | | Rosario | | | $2,000,000.00 | $2,000,000.00 |
| 7. | Lonny | Jay | Stone | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Ivan | | Vale | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Scott | Jeffrey | Weingard | | | $2,000,000.00 | $2,000,000.00 |
| | **TOTALS** | | | | $5,619,820.00 | $18,000,000.00 | **$23,619,820.00** |

docs-100420017.1

**Ex. B-7**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | John | Joseph | Doherty | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Patrick | Thomas | Dwyer | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Michele | Ann | Nelson | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Patrick | John | O'Shea | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Courtney | Wainsworth | Walcott | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $10,000,000.00 **$10,000,000.00**

docs-100420018.1