# EXHIBIT B

**Ex. B-1**

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Alexander | Anthony | Centro | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 2. | John | | D'Allara | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Kevin | Christopher | Dowdell | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Dean | Phillip | Eberling | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Stephen | J. | Fiorelli | Sr. | | $2,000,000.00 | $2,000,000.00 |
| 6. | Thomas | | Gambino | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 7. | Steven | James | Genovese | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Vincent | Gerard | Halloran | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $16,000,000.00 **$16,000,000.00**

docs-100420003.1

**Ex. B-2**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Kathleen | Anne | Hunt-Casey |  |  | $2,000,000.00 | $2,000,000.00 |
| 2. | Andrew | Brian | Jordan |  |  | $2,000,000.00 | $2,000,000.00 |
| 3. | Charles | Henry | Karczewski |  |  | $2,000,000.00 | $2,000,000.00 |
| 4. | Thomas |  | Langone |  |  | $2,000,000.00 | $2,000,000.00 |
| 5. | Peter |  | Langone |  |  | $2,000,000.00 | $2,000,000.00 |
| 6. | Edward | Hobbs | Luckett |  |  | $2,000,000.00 | $2,000,000.00 |
| 7. | Terence | Augustine | McShane |  |  | $2,000,000.00 | $2,000,000.00 |
| 8. | Vincent | Scott | Morello |  |  | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** |  |  |  |  |  | $16,000,000.00 | **$16,000,000.00** |

**Ex. B-3**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|-----|---------------------|----------------------|---------------------|-------------|------------------------|----------------------------|---------------------|
| 1.  | Mary                | Catherine            | Boffa               |             |                        | $2,000,000.00              | $2,000,000.00       |
| 2.  | Dennis              | Michael              | Edwards             |             |                        | $2,000,000.00              | $2,000,000.00       |
| 3.  | Richard             | S.                   | Morgan              |             |                        | $2,000,000.00              | $2,000,000.00       |
| 4.  | Luke                | Girard               | Nee                 |             |                        | $2,000,000.00              | $2,000,000.00       |
| 5.  | Moises              | Norberto             | Rivas               |             |                        | $2,000,000.00              | $2,000,000.00       |
| 6.  | Rafael              | Humberto             | Santos              |             |                        | $2,000,000.00              | $2,000,000.00       |
| 7.  | Steven              | Frank                | Strobert            |             |                        | $2,000,000.00              | $2,000,000.00       |
| 8.  | Donnie              | Brooks               | Taylor              |             |                        | $2,000,000.00              | $2,000,000.00       |
| 9.  | Raymond             | Robert               | York                |             |                        | $2,000,000.00              | $2,000,000.00       |
| 10. | Kenneth             |                      | Zelman              |             |                        | $2,000,000.00              | $2,000,000.00       |
|     | **TOTALS**          |                      |                     |             |                        | $20,000,000.00             | **$20,000,000.00**  |

**Ex. B-4**

Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | John | Paul | Bocchi | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Mark | Francis | Broderick | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Timothy | John | Coughlin | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Emerita | | De La Pena | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Judith | Berquis | Diaz-Sierra | | | $2,000,000.00 | $2,000,000.00 |
| 6. | Wendy | Ruth | Faulkner | | $3,967,999.00 | $2,000,000.00 | $5,967,999.00 |
| 7. | Timothy | Joseph | Finnerty | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Carl | Martin | Flickinger | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Paul | William | Innella | | $2,374,462.00 | $2,000,000.00 | $4,374,462.00 |
| **TOTALS** | | | | | $6,342,461.00 | $18,000,000.00 | **$24,342,461.00** |

docs-100420013.1

**Ex. B-5**

Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Glenn | Davis | Kirwin | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Joseph | Ross | Marchbanks | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 3. | Timothy | Joseph | Maude | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Kathy | Nancy | Mazza | | | $2,000,000.00 | $2,000,000.00 |
| 5. | James | Francis | Murphy | IV | | $2,000,000.00 | $2,000,000.00 |
| 6. | Joseph | Michael | Navas | | | $2,000,000.00 | $2,000,000.00 |
| 7. | Maria | Isabel | Ramirez | | | $2,000,000.00 | $2,000,000.00 |
| 8. | David | Eliot | Retik | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Donald | Walter | Robertson | Jr. | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $18,000,000.00 **$18,000,000.00**

docs-100420014.1

**Ex. B-6**

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Renee               |                      | Barrett-Arjune     |             |                        | $2,000,000.00              | $2,000,000.00       |
| 2. | Joseph              | John                 | Hasson             | III         |                        | $2,000,000.00              | $2,000,000.00       |
| 3. | Matthew             | Gerard               | Leonard            |             | $5,619,820.00          | $2,000,000.00              | $7,619,820.00       |
| 4. | Keith               | Kevin                | O'Connor           |             |                        | $2,000,000.00              | $2,000,000.00       |
| 5. | Robert              | David                | Peraza             |             |                        | $2,000,000.00              | $2,000,000.00       |
| 6. | Aida                |                      | Rosario            |             |                        | $2,000,000.00              | $2,000,000.00       |
| 7. | Lonny               | Jay                  | Stone              |             |                        | $2,000,000.00              | $2,000,000.00       |
| 8. | Ivan                |                      | Vale               |             |                        | $2,000,000.00              | $2,000,000.00       |
| 9. | Scott               | Jeffrey              | Weingard           |             |                        | $2,000,000.00              | $2,000,000.00       |

**TOTALS**     $5,619,820.00     $18,000,000.00     **$23,619,820.00**

docs-100420017.1

**Ex. B-7**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | John | Joseph | Doherty | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Patrick | Thomas | Dwyer | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Michele | Ann | Nelson | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Patrick | John | O'Shea | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Courtney | Wainsworth | Walcott | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $10,000,000.00 **$10,000,000.00**

docs-100420018.1