# EXHIBIT C

**Ex. C**
Intentionally Omitted