# EXHIBIT B

**Ex. B-1**

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Alexander | Anthony | Centro | Jr. |  | $2,000,000.00 | $2,000,000.00 |
| 2. | John |  | D'Allara |  |  | $2,000,000.00 | $2,000,000.00 |
| 3. | Kevin | Christopher | Dowdell |  |  | $2,000,000.00 | $2,000,000.00 |
| 4. | Dean | Phillip | Eberling |  |  | $2,000,000.00 | $2,000,000.00 |
| 5. | Stephen | J. | Fiorelli | Sr. |  | $2,000,000.00 | $2,000,000.00 |
| 6. | Thomas |  | Gambino | Jr. |  | $2,000,000.00 | $2,000,000.00 |
| 7. | Steven | James | Genovese |  |  | $2,000,000.00 | $2,000,000.00 |
| 8. | Vincent | Gerard | Halloran |  |  | $2,000,000.00 | $2,000,000.00 |

**TOTALS**  $16,000,000.00  **$16,000,000.00**

docs-100420003.1

**Ex. B-2**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Kathleen | Anne | Hunt-Casey | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Andrew | Brian | Jordan | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Charles | Henry | Karczewski | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Thomas | | Langone | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Peter | | Langone | | | $2,000,000.00 | $2,000,000.00 |
| 6. | Edward | Hobbs | Luckett | | | $2,000,000.00 | $2,000,000.00 |
| 7. | Terence | Augustine | McShane | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Vincent | Scott | Morello | | | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** | | | | | | $16,000,000.00 | **$16,000,000.00** |

docs-100420004.1

**Ex. B-3**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Mary | Catherine | Boffa | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Dennis | Michael | Edwards | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Richard | S. | Morgan | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Luke | Girard | Nee | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Moises | Norberto | Rivas | | | $2,000,000.00 | $2,000,000.00 |
| 6. | Rafael | Humberto | Santos | | | $2,000,000.00 | $2,000,000.00 |
| 7. | Steven | Frank | Strobert | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Donnie | Brooks | Taylor | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Raymond | Robert | York | | | $2,000,000.00 | $2,000,000.00 |
| 10. | Kenneth | | Zelman | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $20,000,000.00 **$20,000,000.00**

**Ex. B-4**

Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | John | Paul | Bocchi | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Mark | Francis | Broderick | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Timothy | John | Coughlin | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Emerita | | De La Pena | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Judith | Berquis | Diaz-Sierra | | | $2,000,000.00 | $2,000,000.00 |
| 6. | Wendy | Ruth | Faulkner | | $3,967,999.00 | $2,000,000.00 | $5,967,999.00 |
| 7. | Timothy | Joseph | Finnerty | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Carl | Martin | Flickinger | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Paul | William | Innella | | $2,374,462.00 | $2,000,000.00 | $4,374,462.00 |
| | **TOTALS** | | | | $6,342,461.00 | $18,000,000.00 | **$24,342,461.00** |

docs-100420013.1

**Ex. B-5**

Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Glenn   | Davis   | Kirwin     |     | | $2,000,000.00 | $2,000,000.00 |
| 2. | Joseph  | Ross    | Marchbanks | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 3. | Timothy | Joseph  | Maude      |     | | $2,000,000.00 | $2,000,000.00 |
| 4. | Kathy   | Nancy   | Mazza      |     | | $2,000,000.00 | $2,000,000.00 |
| 5. | James   | Francis | Murphy     | IV  | | $2,000,000.00 | $2,000,000.00 |
| 6. | Joseph  | Michael | Navas      |     | | $2,000,000.00 | $2,000,000.00 |
| 7. | Maria   | Isabel  | Ramirez    |     | | $2,000,000.00 | $2,000,000.00 |
| 8. | David   | Eliot   | Retik      |     | | $2,000,000.00 | $2,000,000.00 |
| 9. | Donald  | Walter  | Robertson  | Jr. | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $18,000,000.00 **$18,000,000.00**

docs-100420014.1

**Ex. B-6**

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Renee |  | Barrett-Arjune |  |  | $2,000,000.00 | $2,000,000.00 |
| 2. | Joseph | John | Hasson | III |  | $2,000,000.00 | $2,000,000.00 |
| 3. | Matthew | Gerard | Leonard |  | $5,619,820.00 | $2,000,000.00 | $7,619,820.00 |
| 4. | Keith | Kevin | O'Connor |  |  | $2,000,000.00 | $2,000,000.00 |
| 5. | Robert | David | Peraza |  |  | $2,000,000.00 | $2,000,000.00 |
| 6. | Aida |  | Rosario |  |  | $2,000,000.00 | $2,000,000.00 |
| 7. | Lonny | Jay | Stone |  |  | $2,000,000.00 | $2,000,000.00 |
| 8. | Ivan |  | Vale |  |  | $2,000,000.00 | $2,000,000.00 |
| 9. | Scott | Jeffrey | Weingard |  |  | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $5,619,820.00   $18,000,000.00   **$23,619,820.00**

**Ex. B-7**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | John | Joseph | Doherty | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Patrick | Thomas | Dwyer | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Michele | Ann | Nelson | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Patrick | John | O'Shea | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Courtney | Wainsworth | Walcott | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $10,000,000.00 **$10,000,000.00**

docs-100420018.1