# MDL 1570 Plaintiffs' Executive Committee for Personal Injury and Death Claims

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| | |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>Motley Rice LLC<br>James P. Kreindler, *Co-Chair*<br>Kreindler & Kreindler LLP | Andrew J. Maloney III, *Co-Liaison Counsel*<br>Kreindler & Kreindler LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>Motley Rice LLC |

**VIA ECF**

November 19, 2021

Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    The Plaintiffs' Executive Committee for Personal Injury and Death Claims ("PEC") submits this letter in response to the Court's November 16, 2021 Order requesting "any dates that are important to the resolution of [motions for partial default judgments] such as distributions from the U.S. Victims of State Sponsored Terrorism Fund." *See* ECF No. 7352. As explained below, there is no current deadline, but we expect parties to continue to seek judgments on a rolling basis.

    The Special Master of the U.S. Victims of State Sponsored Terrorism ("USVSST") Fund is permitted by statute to authorize distributions to eligible claimants annually in January to the extent the USVSST Fund has sufficient funds available to justify such a distribution. The Special Master previously determined that no authorization for distributions would be made in January 2021, and, more recently, announced that no authorization for additional distributions will be made in January 2022. Therefore, the earliest possible authorization by the Special Master for additional distributions to eligible claimants (including new claimants) within the USVSST Fund under current law will be January 2023. Based on the USVSST Fund's past practice, the PEC anticipates that the next deadline for submission of new claims to the USVSST Fund would not be before September 2022 absent any change in law.

    Though there is currently no application deadline, the PEC firms expect to continue to seek judgments that can serve as the basis for such claims to the USVSST Fund and expect other non-PEC firms to do the same. This is necessary in light of potential changes to the statutory and regulatory landscape (such as in the past, when the 2019 USVSST Fund Clarification Act established a new deadline) and to protect the clients' rights. This will also facilitate the filing of USVSST Fund claims without waiting until a deadline is set.

The Honorable Sarah Netburn
November 19, 2021
Page 2

_____

If we become aware of any deadline, such as new dates set by Congressional, Executive Branch or USVSST Fund action, we will promptly notify the Court.

Respectfully submitted,

| MOTLEY RICE LLC | KREINDLER & KREINDLER LLP |
| --- | --- |
| By: /s/ Robert T. Haefele | By: /s/ Andrew J. Maloney |
| ROBERT T. HAEFELE | ANDREW J. MALONEY |
| MOTLEY RICE LLC | KREINDLER & KREINDLER LLP |
| 28 Bridgeside Boulevard | 750 Third Avenue |
| Mount Pleasant, SC 29465 | New York, New York 10017 |
| Tel.: (843) 216-9184 | Tel.: 212-687-8181 |
| Email: rhaefele@motleyrice.com | Email: amaloney@kreindler.com |
| For the Plaintiffs' Exec. Committee | For the Plaintiffs' Exec. Committee |

ANDERSON KILL P.C.

By: /s/ Jerry S. Goldman
JERRY S. GOLDMAN
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1569
Email: jgoldman@andersonkill.com
For the Plaintiffs' Exec. Committee

cc: The Honorable George B. Daniels, via ECF
All Counsel of Record via ECF