# EXHIBIT A

**Ex. A-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Sadie | I. | Ette | Edu | | Umana | | Sibling | $4,250,000.00 |
| 2. | Sadie | I. | Ette | Sunday | Itauma | Ette | | Parent (Deceased) | $8,500,000.00 |
| 3. | Francis | Jude | Feely | Stephen | Joseph | Feely | | Sibling | $4,250,000.00 |
| 4. | Francis | Jude | Feely | Alice | | Feely | | Sibling | $4,250,000.00 |
| 5. | Jennifer | Lynn | Howley | Matthew | Franklin | Dorsey | | Sibling | $4,250,000.00 |
| 6. | Maxima | | Jean-Pierre | Andy | Alberto | Jean-Pierre | | Child | $8,500,000.00 |
| 7. | Maxima | | Jean-Pierre | Rachel | | Jean-Pierre | | Child | $8,500,000.00 |
| 8. | Maxima | | Jean-Pierre | Anjunelly | | Jean-Pierre | | Child | $8,500,000.00 |
| 9. | Maxima | | Jean-Pierre | Ajax | | Jean-Pierre | Jr. | Child | $8,500,000.00 |

**TOTAL** $59,500,000.00

docs-100418600.1

**Ex. A-2**

Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Nancy | Yuen | Ngo | Ashley | | Ngo | | Child | $8,500,000.00 |
| 2. | Nancy | Yuen | Ngo | Lindsay | | Ngo | | Child | $8,500,000.00 |
| 3. | Chin | Sun | Pak Wells | Chin | Yong | Wells | | Sibling | $4,250,000.00 |
| 4. | Anthony | | Portillo | Zachary | | Portillo | | Sibling | $4,250,000.00 |
| 5. | Robert | D. | Pugliese | Josephine | | Pugliese | | Parent | $8,500,000.00 |
| 6. | Deborah | Ann | Ramsaur | Ernest | Louis | LaRoche | | Sibling | $4,250,000.00 |
| 7. | Susan | Ann | Ruggiero | William | | Grigonis | | Sibling | $4,250,000.00 |

**TOTAL**                                                                                                                    **$42,500,000.00**

docs-100418605.1

**Ex. A-3**

Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Patrick | Jude | Murphy | Casey | Akira | Murphy | | Child (Deceased) | $8,500,000.00 |

**TOTAL**          **$8,500,000.00**

**Ex. A-4**

Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Vernon | P. | Cherry | Ryan | | Cherry | | Child (Deceased) | $8,500,000.00 |
| 2. | Benjamin | K. | Clark | Benjamin | | Clark | | Parent (Deceased) | $8,500,000.00 |
| 3. | Michael | Sean | Curtin | Jennifer | | Sullivan | | Child | $8,500,000.00 |

**TOTAL**                                           **$25,500,000.00**

**Ex. A-5**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Catherine | K. | Fagan | Christopher | | Fagan | | Child | $8,500,000.00 |
| 2. | Sean | B. | Fegan | Margaret | Colette | Fegan | | Parent (Deceased) | $8,500,000.00 |
| 3. | John | Roger | Fisher | Anne | T. | Fisher | | Parent (Deceased) | $8,500,000.00 |
| 4. | Lawrence | Don | Kim | Soh | Ryang | Kim | | Parent (Deceased) | $8,500,000.00 |

**TOTAL**                                                                                           **$34,000,000.00**

docs-100418615.1

**Ex. A-6**

Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Lisa | Yvonne | Kearney-Griffin | Lorraine | | Kearney | | Parent (Deceased) | $8,500,000.00 |
| 2. | James | T. | Lynch | Patricia | | Singh | | Child | $8,500,000.00 |
| 3. | Wesley | | Mercer | Garland | | Mercer | | Sibling | $4,250,000.00 |

**TOTAL** $21,250,000.00

**Ex. A-7**

Maureen Moody-Theinert, et al. v. Islamic Republic of Iran, No. 1:18-cv-11876 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Zandra | Marie | Cooper Ploger | Zenaida | Frances | Flores | | Parent (Deceased) | $8,500,000.00 |
| 2. | Gerard | Patrick | Moran | Joyce | Athena | Moran | | Spouse (Deceased) | $12,500,000.00 |
| 3. | Gerard | Patrick | Moran | Dane | Michael | Moran | | Child (Deceased) | $8,500,000.00 |

| **TOTAL** | **$29,500,000.00** |
|---|---|

docs-100418623.1

**Ex. A-8**

Cheryl Rivelli, et al. v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Dianne | Theresa | Signer | James | Matthew | Signer | | Sibling | $4,250,000.00 |
| 2. | Bonnie | | Smithwick | Jeanne | Santamarie | Shihadeh | | Parent (Deceased) | $8,500,000.00 |
| 3. | Bonnie | | Smithwick | Theodore | D. | Shihadeh | | Parent (Deceased) | $8,500,000.00 |

**TOTAL**                                                                                                   **$21,250,000.00**

docs-100418626.1

**Ex. A-9**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Vivian | | Casalduc | Daniel | | Acevedo | | Sibling | $4,250,000.00 |
| 2. | Francis | Albert | DeMartini | Dominic | Francis | DeMartini | | Child | $8,500,000.00 |

**TOTAL**                                                     **$12,750,000.00**

**Ex. A-10**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Ronald | John | Hemenway | Sheri | Lynn | Berger | | Sibling | $4,250,000.00 |
| 2. | Lincoln | | Quappe | Clint | Lincoln | Quappe | | Child | $8,500,000.00 |
| 3. | Lincoln | | Quappe | Natalie | Jane | Quappe | | Child | $8,500,000.00 |
| 4. | Laura | Marie | Ragonese-Snik | John | W. | Snik | | Spouse (Deceased) | $12,500,000.00 |
| 5. | John | Frederick | Rhodes | Deborah | Ann | Malek | | Child | $8,500,000.00 |
| 6. | John | Frederick | Rhodes | Linda | Patricia | Rhodes | | Spouse | $12,500,000.00 |

**TOTAL**      **$54,750,000.00**

docs-100418630.1

**Ex. A-11**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Edwin | J. | Graf | Wesley | J. | Graf | | Child | $8,500,000.00 |
| 2. | Leonard | Anthony | White | Nelson | Oscar | White | Jr. | Sibling | $4,250,000.00 |
| 3. | Leonard | Anthony | White | Robert | Rawlston | White | | Sibling | $4,250,000.00 |

**TOTAL**          **$17,000,000.00**