# EXHIBIT B

**Ex. B-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Stephen             | N.                   | Hyland             |             | $1,717,572.00          |                            | $1,717,572.00       |
| **TOTALS** | | | | | **$1,717,572.00** | | **$1,717,572.00** |

docs-100419984.1

**Ex. B-2**

Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Felix |  | Calixte |  | $931,052.00 |  | $931,052.00 |
|  | TOTALS |  |  |  | $931,052.00 |  | **$931,052.00** |

**Ex. B-3**

Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Venesha |  | Richards |  | $3,096,981.00 |  | $3,096,981.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | $3,096,981.00 | | **$3,096,981.00** |

**Ex. B-4**

Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Gabriela            |                      | Waisman            |             | $1,969,027.00          |                            | $1,969,027.00       |
| 2. | Yuk                 | Ping                 | Wong               |             | $633,339.00            |                            | $633,339.00         |

**TOTALS**      $2,602,366.00      **$2,602,366.00**

docs-100419987.1

**Ex. B-5**

Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Carlos | A. | Montoya |  | $3,964,595.00 |  | $3,964,595.00 |
| TOTALS |  |  |  |  | $3,964,595.00 |  | **$3,964,595.00** |

docs-100420313.1

**Ex. B-6**

Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Angelene | C. | Carter |  | $1,248,607.00 | $2,000,000.00 | $3,248,607.00 |
| **TOTALS** |  |  |  |  | $1,248,607.00 | $2,000,000.00 | **$3,248,607.00** |

docs-100419988.1

**Ex. B-7**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Wanda | | Green | | $688,245.00 | | $688,245.00 |
| **TOTALS** | | | | | **$688,245.00** | | **$688,245.00** |

docs-100419991.1

**Ex. B-8**

Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Paul                | Hanlon               | Keating            |             | $1,487,799.00          |                            | $1,487,799.00       |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | $1,487,799.00 | | **$1,487,799.00** |

docs-100419994.1

**Ex. B-9**

Maureen Moody-Theinert, et al. v. Islamic Republic of Iran, No. 1:18-cv-11876 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|-----------------------|----------------------------|---------------------|
| 1. | Gerard              |                      | Moran              |             |                       | $2,000,000.00              | $2,000,000.00       |

**TOTALS** $2,000,000.00 **$2,000,000.00**

docs-100419995.1

**Ex. B-10**

Cheryl Rivelli, et al. v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Catherina | | Robinson | | $553,479.00 | | $553,479.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | $553,479.00 | | **$553,479.00** |

docs-100419997.1

**Ex. B-11**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Ronald | Philip | Kloepfer |  | $3,604,486.00 | $2,000,000.00 | $5,604,486.00 |
| 2. | Louis | N. | Mariani |  | $0.00 | $2,000,000.00 | $2,000,000.00 |
| 3. | John |  | Rhodes |  | $0.00 | $2,000,000.00 | $2,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | $3,604,486.00 | $6,000,000.00 | **$9,604,486.00** |

docs-100419999.1