# EXHIBIT C

**Ex. C-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Sadie | I. | Ette | Edu | | Umana | | Sibling | $4,250,000.00 |
| 2. | Sadie | I. | Ette | Sunday | Itauma | Ette | | Parent (Deceased) | $8,500,000.00 |
| 3. | Francis | Jude | Feely | Stephen | Joseph | Feely | | Sibling | $4,250,000.00 |
| 4. | Francis | Jude | Feely | Alice | | Feely | | Sibling | $4,250,000.00 |
| 5. | Jennifer | Lynn | Howley | Matthew | Franklin | Dorsey | | Sibling | $4,250,000.00 |
| 6. | Maxima | | Jean-Pierre | Andy | Alberto | Jean-Pierre | | Child | $8,500,000.00 |
| 7. | Maxima | | Jean-Pierre | Rachel | | Jean-Pierre | | Child | $8,500,000.00 |
| 8. | Maxima | | Jean-Pierre | Anjunelly | | Jean-Pierre | | Child | $8,500,000.00 |
| 9. | Maxima | | Jean-Pierre | Ajax | | Jean-Pierre | Jr. | Child | $8,500,000.00 |

**TOTAL** $59,500,000.00

docs-100419437.1

**Ex. C-2**
Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Chin | Sun | Pak Wells | Chin | Yong | Wells | | Sibling | $4,250,000.00 |
| 2. | Deborah | Ann | Ramsaur | Ernest | Louis | LaRoche | | Sibling | $4,250,000.00 |
| 3. | Susan | Ann | Ruggiero | William | | Grigonis | | Sibling | $4,250,000.00 |

**TOTAL** $12,750,000.00

docs-100419442.1

**Ex. C-3**

Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|----|----|----|----|----|----|----|----|----|----|
| 1. | Patrick | Jude | Murphy | Casey | Akira | Murphy | | Child (Deceased) | $8,500,000.00 |

**TOTAL** $8,500,000.00

**Ex. C-4**

Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Michael | Sean | Curtin | Jennifer | | Sullivan | | Child | $8,500,000.00 |

**TOTAL** $8,500,000.00

docs-100419444.1

**Ex. C-5**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Catherine | K. | Fagan | Christopher |  | Fagan |  | Child | $8,500,000.00 |

| | |
|---|---|
| **TOTAL** | **$8,500,000.00** |

docs-100419446.1

**Ex. C-6**

Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Wesley |  | Mercer | Garland |  | Mercer |  | Sibling | $4,250,000.00 |

| | |
|---|---|
| **TOTAL** | **$4,250,000.00** |

docs-100419447.1

**Ex. C-7**

Maureen Moody-Theinert, et al. v. Islamic Republic of Iran, No. 1:18-cv-11876 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Gerard | Patrick | Moran | Joyce | Athena | Moran |  | Spouse (Deceased) | $12,500,000.00 |
| 2. | Gerard | Patrick | Moran | Dane | Michael | Moran |  | Child (Deceased) | $8,500,000.00 |

**TOTAL** $21,000,000.00

docs-100419649.1

**Ex. C-8**

Cheryl Rivelli, et al. v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|----|---------------------|----------------------|--------------------|-----------------------|------------------------|---------------------|-------------------|-------------------------------|--------------------------|
| 1. | Dianne | Theresa | Signer | James | Matthew | Signer |  | Sibling | $4,250,000.00 |

| | | |
|---|---|---|
| **TOTAL** | | **$4,250,000.00** |

docs-100419651.1

**Ex. C-9**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Vivian |  | Casalduc | Daniel |  | Acevedo |  | Sibling | $4,250,000.00 |

| TOTAL | $4,250,000.00 |
|---|---|

**Ex. C-10**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Ronald | John | Hemenway | Sheri | Lynn | Berger | | Sibling | $4,250,000.00 |
| 2. | Laura | Marie | Ragonese-Snik | John | W. | Snik | | Spouse (Deceased) | $12,500,000.00 |
| 3. | John | Frederick | Rhodes | Deborah | Ann | Malek | | Child | $8,500,000.00 |
| 4. | John | Frederick | Rhodes | Linda | Patricia | Rhodes | | Spouse | $12,500,000.00 |

**TOTAL** $37,750,000.00

**Ex. C-11**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Leonard | Anthony | White | Nelson | Oscar | White | Jr. | Sibling | $4,250,000.00 |
| 2. | Leonard | Anthony | White | Robert | Rawlston | White |  | Sibling | $4,250,000.00 |

**TOTAL** $8,500,000.00

docs-100419655.1