# EXHIBIT B

**Ex. B-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Stephen | N. | Hyland | | $1,717,572.00 | | $1,717,572.00 |
| **TOTALS** | | | | | $1,717,572.00 | | **$1,717,572.00** |

docs-100419984.1

**Ex. B-2**

Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Felix |  | Calixte |  | $931,052.00 |  | $931,052.00 |
|  | TOTALS |  |  |  | $931,052.00 |  | **$931,052.00** |

docs-100420311.1

**Ex. B-3**

Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Venesha | | Richards | | $3,096,981.00 | | $3,096,981.00 |
| **TOTALS** | | | | | $3,096,981.00 | | **$3,096,981.00** |

docs-100419986.1

**Ex. B-4**

Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Gabriela            |                      | Waisman            |             | $1,969,027.00          |                            | $1,969,027.00       |
| 2. | Yuk                 | Ping                 | Wong               |             | $633,339.00            |                            | $633,339.00         |

**TOTALS** $2,602,366.00 **$2,602,366.00**

**Ex. B-5**

Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Carlos | A. | Montoya |  | $3,964,595.00 |  | $3,964,595.00 |
| TOTALS |  |  |  |  | $3,964,595.00 |  | **$3,964,595.00** |

**Ex. B-6**

Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Angelene | C. | Carter |  | $1,248,607.00 | $2,000,000.00 | $3,248,607.00 |
| **TOTALS** |  |  |  |  | $1,248,607.00 | $2,000,000.00 | **$3,248,607.00** |

**Ex. B-7**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Wanda |  | Green |  | $688,245.00 |  | $688,245.00 |
| **TOTALS** |  |  |  |  | **$688,245.00** |  | **$688,245.00** |

docs-100419991.1

**Ex. B-8**

Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Paul | Hanlon | Keating |  | $1,487,799.00 |  | $1,487,799.00 |
| **TOTALS** |  |  |  |  | $1,487,799.00 |  | **$1,487,799.00** |

**Ex. B-9**

Maureen Moody-Theinert, et al. v. Islamic Republic of Iran, No. 1:18-cv-11876 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Gerard |  | Moran |  |  | $2,000,000.00 | $2,000,000.00 |

| | | | | | TOTALS | $2,000,000.00 | **$2,000,000.00** |

docs-100419995.1

**Ex. B-10**

Cheryl Rivelli, et al. v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Catherina           |                      | Robinson           |             | $553,479.00            |                            | $553,479.00         |
| **TOTALS** | | | | | **$553,479.00** | | **$553,479.00** |

docs-100419997.1

**Ex. B-11**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Ronald | Philip | Kloepfer | | $3,604,486.00 | $2,000,000.00 | $5,604,486.00 |
| 2. | Louis | N. | Mariani | | $0.00 | $2,000,000.00 | $2,000,000.00 |
| 3. | John | | Rhodes | | $0.00 | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $3,604,486.00 $6,000,000.00 **$9,604,486.00**

docs-100419999.1