

**EMILY KIRSCH**
150 E. 58TH STREET 22ND FLOOR
NEW YORK, NY 10155
O (212) 832-0170
M (917) 744-2888
EMILY.KIRSCH@KIRSCHNIEHAUS.COM
KIRSCHNIEHAUS.COM

November 24, 2021

**VIA ECF**
The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

Attached please find the Declaration of Brian Weidener [ECF 7369], with paragraphs 6-8 redacted as directed by Your Honor's November 23, 2021 Order [ECF 7381].

Respectfully Submitted,

_____*/s/ Emily Kirsch* _____
Emily Bab Kirsch

1