**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
|---|---|

*This document relates to*:
All Actions

DECLARATION OF BRIAN WEIDNER

I, Brian Weidner, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

1. I am a retired Special Agent (SA) with the Federal Bureau of Investigation (FBI). I retired from the FBI after just short of 24 years with the bureau. For my first two years with the FBI, I worked primarily on white collar crime cases. For the next 22 years, I worked in Middle Eastern counterintelligence and counterterrorism. The six years before my retirement, from 2002-2008, I was a Supervisory Special Agent (SSA) of a counterintelligence and counterterrorism squad focusing on terrorist and intelligence threats originating from the Arabian Peninsula. I was also trained by the FBI as a hostage negotiator, a certification I obtained in 1996 and maintained through my retirement. Following my retirement, among other things, I have served as Course Chairman and as an instructor for threat country seminars with the Joint CounterIntelligence Training Academy (JCITA) with the Defense Intelligence Agency (DIA), an instructor with the FBI's CounterIntelligence Training Center, and as an instructor for the CounterIntelligence Center (CIC) (a private academy providing counterintelligence and counterterrorism instruction to various jurisdictions). Prior to joining the FBI, I was a Combat Arms Officer in the United States Army.



2. Following the 9/11 Terrorist Attacks, while I was an SSA with the FBI, I oversaw an investigation in which Musaed al-Jarrah, an official at the Kingdom of Saudi Arabia's Embassy in Washington, D.C., had come to our attention.

3. In November 2020, the 9/11 Families, through Kreindler & Kreindler, retained me as a consultant. At that time, I was provided with copies of two protective orders: the MDL protective order and the FBI protective order. I reviewed and understood both and signed the acknowledgment page for the FBI protective order, a copy of which is attached. The MDL protective order had no acknowledgment page.

4. In connection with my work for the 9/11 Families over the past year, I was requested traveled to New York City on or about June 18, 2021. At that time, I understood that expert reports were scheduled to be filed soon, and I had information that was relevant to them. I was advised that my presence would be helpful in connection with those reports and that it would be helpful to meet various members of the Kreindler & Kreindler team working on behalf of the 9/11 Families. While at the Kreindler & Kreindler offices that day, at certain points I entered a conference room where I saw portions of the Jarrah deposition, which Megan Benett, an attorney at Kreindler & Kreindler, was taking. I did not watch the deposition in its entirety, and I was not in the conference room at the beginning of it.

5. At one point that day, I walked from the conference room to the opposite end of the Kreindler & Kreindler offices, where Ms. Benett was conducting the deposition by herself in a small office. When Ms. Benett stepped out of that office, I approached her to share information regarding Jarrah's meeting with two FBI SAs concerning child pornography.

6. [REDACTED]





[redacted]

9. I believed this information was important to share with Ms. Benett. I provided this limited and redacted description of the public confrontation with Jarrah because, as noted above concerning the public exchange between the SAs and Jarrah, until confronted with evidence Jarrah generally lacked candor and failed to be forthright.

10. That was the first time that I met Ms. Benett in person and I believe was the first time we had ever even spoken with each other.

11. I never received a copy of the transcript of the Jarrah deposition.

12. When Kreindler & Kreindler provided me with the MDL and FBI protective orders, they emphasized the importance of maintaining strict confidentiality with any materials or information subject to those. I understood my obligations under the MDL and FBI protective orders, have abided by them since reviewing them and signing the FBI acknowledgment page over a year ago, would never have violated them or encouraged anyone else to do so and only learned from Kreindler & Kreindler in October of this year that John Fawcett provided a copy of the Jarrah deposition transcript to a reporter.

Dated: New York, New York

November 21, 2021

BEW 11/22/21

BRIAN WEIDNER

By:

Brian Weidner

485 Lexington Avenue

New York, New York 10017

Tel.: 212-687-8181

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re Terrorist Attacks of September 11, 2001, | : | 03 MDL 1570 (GBD) (SN) |

**ACKNOWLEDGEMENT**

I have read and I understand the Privacy Act Order and Protective Order for FBI Documents entered by the Court in the case *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570(GBD)(SN), and I agree to be bound by its terms.

Date: 11/13/2020

Name (printed): Brian G. Weidner

Signature: Brian G. Weidner