UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                           :

In re Terrorist Attacks on September 11, 2001      :      03-md-1570 (GBD) (SN)

------------------------------------------------------------ X

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN)


### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Lankler Siffert & Wohl LLP, 500 Fifth Avenue, New York, NY 10110, by Brice Jastrow, hereby enters a limited appearance in this case as counsel for non-party John Fawcett in connection with the hearing that took place November 1 and 2, 2021 pursuant to the October 4, 2021 and October 21, 2021 orders entered by Judge Netburn.

Dated: November 24, 2021
        New York, NY

                                LANKLER SIFFERT & WOHL LLP

                                By:    */s/ Brice Jastrow*
                                        Brice Jastrow
                                        500 Fifth Avenue
                                        New York, NY 10110
                                        (212) 921-8399
                                        bjastrow@lswlaw.com

                                        *Counsel for Non-Party John Fawcett*