# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

November 24, 2021

**BY ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:    In re Terrorist Attacks on September 11, 2001, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

    We represent non-party John Fawcett in connection with the hearing that occurred before the Court on November 1 and 2, 2021.  Following that hearing, the Court ordered the Kingdom of Saudi Arabia, Kreindler & Kreindler LLP, and Mr. Fawcett to file proposed findings of fact and conclusions of law under seal by November 24, 2021.  Mr. Fawcett filed his proposed findings of fact and conclusions of law under seal today in accordance with the Court's order.

    Respectfully submitted,

    */s/ Michael Gerber*
    Michael Gerber

    Lankler Siffert & Wohl LLP
    *Counsel to Non-Party John Fawcett*

cc: All counsel of record (via ECF)