



# EXHIBIT A

October 29, 2021 2:03 PM EDT Last Updated a month ago

# 'Just give us our money': Taliban push to unlock Afghan billions abroad

By John O'Donnell                                                                 4 minute read

    



1/3   Taliban members in charge of security patrol in Kabul, Afghanistan October 28, 2021. REUTERS/Jorge Silva

Read More

### Summary

**Afghanistan faces mass starvation, cash drought**

**Official tells Europe to unlock Afghan funds**

**'Freezing this money is unethical', finance ministry says**

**Taliban will not respect gay rights, ministry spokesman says**

FRANKFURT, Oct 29 (Reuters) - Afghanistan's Taliban government is pressing for the release of billions of dollars of central bank reserves as the drought-stricken nation faces a cash crunch, mass starvation and a new migration crisis.

Afghanistan parked billions of dollars in assets overseas with the U.S. Federal Reserve and other central banks in Europe, but that money has been frozen since the Islamist Taliban ousted the Western-backed government in August.

A spokesman for the finance ministry said the government would respect human rights, including the education of women, as he sought fresh funds on top of humanitarian aid

that he said offered only "small relief".

**Register now for FREE unlimited access to reuters.com**   Register

Under Taliban rule from 1996-2001, women were largely shut out of paid employment and education and normally had to cover their faces and be accompanied by a male relative when they left home.

"The money belongs to the Afghan nation. Just give us our own money," ministry spokesman Ahmad Wali Haqmal told Reuters. "Freezing this money is unethical and is against all international laws and values."

One top central bank official called on European countries including Germany to release their share of the reserves to avoid an economic collapse that could trigger mass migration towards Europe.

"The situation is desperate and the amount of cash is dwindling," Shah Mehrabi, a board member of the Afghan Central Bank, told Reuters. "There is enough right now ... to keep Afghanistan going until the end of the year.

"Europe is going to be affected most severely, if Afghanistan does not get access to this money," said Mehrabi.

"You will have a double whammy of not being able to find bread and not being able to afford it. People will be desperate. They are going to go to Europe," he said.

The call for assistance comes as Afghanistan faces a collapse of its fragile economy. The departure of U.S.-led forces and many international donors left the country without grants that financed three quarters of public spending.

The finance ministry said it had a daily tax take of roughly 400 million Afghanis ($4.4 million).

Although Western powers want to avert a humanitarian disaster in Afghanistan, they have refused to officially recognise the Taliban government.

Haqmal said Afghanistan would allow women an education, although not in the same classrooms as men.

Human rights, he said, would be respected but within the framework of Islamic law, which would not include gay rights.

"LGBT... That's against our Sharia law," he said.

Mehrabi hopes that while the United States has recently said it will not release its lion's share of roughly $9 billion of funds, European countries might.

He said Germany held half a billion dollars of Afghan money and that it and other European countries should release those funds.

Mehrabi said that Afghanistan needed $150 million each month to "prevent imminent crisis", keeping the local currency and prices stable, adding that any transfer could be monitored by an auditor.

"If reserves remain frozen, Afghan importers will not be able to pay for their shipments, banks will start to collapse, food will be become scarce, grocery stores will be empty," Mehrabi said.

He said that about $431 million of central bank reserves were held with German lender Commerzbank, as well as a further roughly $94 million with Germany's central bank, the Bundesbank.

The Bank for International Settlements, an umbrella group for global central banks in Switzerland, holds a further approximately $660 million. All three declined to comment.

The Taliban took back power in Afghanistan in August after the United States pulled out its troops, almost 20 years after the Islamists were ousted by U.S.-led forces following the Sept. 11, 2001, attacks on the United States.

Register now for FREE unlimited access to reuters.com   Register

Additional reporting by Karin Strohecker in London and James MacKenzie in Islamabad; writing by John O'Donnell; Editing by Nick Macfie

Our Standards: **The Thomson Reuters Trust Principles.**

---

## More from Reuters



Philippines aims to vaccinate 9 mln in three days

Five stories you need to know about today

Fruit galore: Thai monkey festival returns



## Sign up for our newsletter

Subscribe for our daily curated newsletter to receive the latest exclusive Reuters coverage delivered to your inbox.

Sign up

### Sponsored Content





7 Mistakes You'll...



Your Dream...



More Ways to...



We're "All In" on This...

You'll Make When Hiring a Financial Advisor
Sponsored by smartasset

Retirement May Be Closer Than You Think. Find Out For Free.
Sponsored by Personal Capital

Earn. Save Big on Everyday Purchases
Sponsored by Citi Rewards+®

One Stock.
Sponsored by The Motley Fool

## Sponsored Content



Get The 65 Tips You



For a limited



Wall Street Legend



Join the VCs that

You Need To Retire Smart In One Must-Read Guide.
Sponsored by Personal Capital

time, earn up to $1,500 cash with required activities.
Sponsored by Chase – no offer

Legend Says Buy This Now (Watch Video)
Sponsored by Empire Financial Research

invested in Lemonade — before the IPO.
Sponsored by the Motley Fool

## Sponsored Content



Explore a career with our team at the World's Best Private Bank*.
Sponsored by J.P. Morgan Private Bank



Revealed: The True Cost of a Financial Advisor
Sponsored by smartasset



7 Retirement Income Strategies Once Your Portfolio Reaches $500k
Sponsored by Fisher Investments



Refi rates at 2.02% APR. Do you qualify?
Sponsored by LendingTree

## Sponsored Content



Wall



11 Credit



Today's



0% Intro

### Wall Street legend warns: "A strange day is coming to America"
Sponsored by Stansberry Research

### 7 Cards You Should Not Ignore If You Have Excellent Credit
Sponsored by NerdWallet

### Today's Market Update From Schwab Specialists
Sponsored by Charles Schwab

### 0% APR on balance transfers for 21 months
Sponsored by Citi® Diamond Preferred® Card

---

Latest

**Home**

Media

 Videos
 Pictures
 Graphics

Browse

**World**

**Business**

**Legal**

**Markets**

**Breakingviews**

**Technology**

**Investigations**

**Lifestyle**

About Reuters

**About Reuters**

**Careers**

**Reuters News Agency**

**Brand Attribution Guidelines**

**Reuters Leadership**

**Reuters Fact Check**

**Reuters Diversity Report**

Stay Informed

**Download the App**

**Newsletters**

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

Thomson Reuters Products

**Westlaw**

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**

The industry leader for online information for tax, accounting and finance professionals.

Refinitiv Products

**Refinitiv Workspace**

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Refinitiv Data Catalogue**

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**Refinitiv World-Check**

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us**    **Advertising Guidelines**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies**   **Terms of Use**   **Privacy**   **Corrections**   **Site Feedback**

© 2021 Reuters. All rights reserved