

KREINDLER & KREINDLER LLP  | 485 Lexington Avenue | New York, NY 10017-2629

office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

December 1, 2021

<u>Via ECF/CM</u>

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
            (Ashton 02-cv-6977 only)

Dear Judge Netburn,

      We write to support the Government's request for an extension of time to file its Statement of Interest with regard to the *Havlish* Plaintiffs' writ of execution at the New York Federal Reserve Bank for several reasons. ECF 7390.

      First, the *Ashton* Plaintiffs obtained a default liability judgment against the Taliban in 2006 (ECF 1797), five years prior to the *Havlish* default judgment, and intend to shortly file applications for liquidated damage awards consistent with those damages judgments this Court has already found applies to each plaintiff on behalf of all estates and family members named in the complaint served on the Taliban that is the basis for that default judgment. ECF 465.

      Second, we intend to shortly move this Court to approve a process by which those Plaintiffs in the above-captioned suit who were not previously formally named or joined in the action against the Taliban can do so now, following consultation with counsel from other firms representing similarly-situated plaintiffs.

      Third, Congress and the Executive Branch are exploring sources for a potential payment to be made to the spouses and dependents of those killed in the September 11, 2001 Terrorist Attacks through the United States Victims of State Sponsored Terrorism Fund.  (Those spouses and dependents have only been eligible to participate in one modest round of payments to date.) According to recent reports, it is possible that the funds that are at issue in connection with the currently-stayed writs of execution could be a source for such payment.

      In order to allow the United States Government the opportunity to adequately consider its options regarding the Da Afghanistan Bank holdings and for all plaintiffs who have previously obtained default judgments against the Taliban or who will shortly move to do so to be treated equitably, we respectfully join in the Government's request for an extension of time until January 28, 2021 to submit any Statement of Interest.

December 1, 2021
Page 2

Respectfully submitted,

KREINDLER & KREINDLER

 */s/ Andrew J. Maloney, Esquire*
Andrew J. Maloney, Esquire
485 Lexington Avenue, 28th Floor
New York, NY 10017

Counsel for *Ashton* Plaintiffs