# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                              December 2, 2021

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN); *Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239

Dear Judge Netburn:

    Pursuant to Your Honor's Order dated October 28, 2019, docketed under the MDL as Docket Number 5234 ("October 28, 2019 Order"), we respectfully request that the above-referenced case filed December 1, 2021 be made part of the MDL.

    Per Your Honor's emergency individual rules and practices in light of COVID-19, available at https://www.nysd.uscourts.gov/hon-sarah-netburn, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement. Similarly, under Judge Daniels' individual rules and practices, available at https://www.nysd.uscourts.gov/hon-george-b-daniels, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement.

    We thank the Court for its attention to this matter.

                                                  Respectfully submitted,

                                                  */s/ Jerry Goldman*
                                                  Jerry S. Goldman, Esq.

                                                  *Attorney for the Plaintiffs*

Cc (via ECF): The Honorable George B. Daniels
                    All MDL Counsels of Record