UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re:

    TERROR ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-1570 (GBD)(SN)

**IRAN NOTICE**
**OF AMENDMENT**

------------------------------------------------------X

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)

    Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, ECF No. 3237, as permitted and approved by the Court's Order of July 10, 2018, ECF No. 4045. Upon the filing of this Notice of Amendment, the underlying Complaint is deemed amended to add the individual(s) listed below (the "New Plaintiff(s)") as plaintiff(s) raising claims against the Islamic Republic of Iran. The underlying Complaint is deemed amended to include the allegations, as indicated below, of (a) the <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237, or (b) the Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53. The amendment effected through this Notice of Amendment supplements by incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment relates solely to the Islamic Republic of Iran and does not apply to any other defendant.

    Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in

1

connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at Havlish v. Bin Laden, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; In re Terrorist Attacks on September 11, 2001, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against Iran, as set forth in the following complaint [**check only one complaint**]:

- ☑ Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

- ☐ Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

# IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

|   | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Brennan, John O. | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Brother | *Bauer* action[1] Paragraph 45 |
| 2 | Brennan, John V. | Florida | U.S. Citizen | Thomas M. Brennan, Sr. | Father | *Bauer* action Paragraph 45 |
| 3 | Brennan, Michael | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Brother | *Bauer* action Paragraph 45 |
| 4 | Brennan, Paul | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Brother | *Bauer* action Paragraph 45 |
| 5 | Brennan, Jr., Thomas M. | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Son | *Bauer* action Paragraph 45 |
| 6 | Brennan Waterhouse, Jennifer | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Wife | *Bauer* action Paragraph 45 |
| 7 | Bustillo, Alessandra | New York | U.S. Citizen | Milton Bustillo | Daughter | *Bauer* action Paragraph 29 |
| 8 | Bustillo, Dissa | New Jersey | U.S. Citizen | Milton Bustillo | Sister | *Bauer* action Paragraph 29 |
| 9 | Bustillo, Sr., Est. of Gilberto | Venezuela | Colombian Citizen | Milton Bustillo | Father | *Bauer* action Paragraph 29 |
| 10 | Bustillo, Jr. Gilberto | New Jersey | U.S. Citizen | Milton Bustillo | Brother | *Bauer* action Paragraph 29 |
| 11 | Bustillo, Henry | New Jersey | U.S. Citizen | Milton Bustillo | Brother | *Bauer* action Paragraph 29 |
| 12 | Bustillo, Mirna | Florida | U.S. Citizen | Milton Bustillo | Sister | *Bauer* action Paragraph 29 |

---

[1] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Butler, Sasha | New Jersey | U.S. Citizen | Michael Tanner | Daughter | *Bauer* action Paragraph 25 |
| 14 | Candela, Elizabeth | New Jersey | U.S. Citizen | John Anthony Candela | Wife | *Bauer* action Paragraph 9 |
| 15 | Candela, John Arthur | New Jersey | U.S. Citizen | John Anthony Candela | Son | *Bauer* action Paragraph 9 |
| 16 | Candela, Est. of John C. | New Jersey | U.S. Citizen | John Anthony Candela | Father | *Bauer* action Paragraph 9 |
| 17 | Candela, Joseph G. | New Jersey | U.S. Citizen | John Anthony Candela | Brother | *Bauer* action Paragraph 9 |
| 18 | Candela, Juliette | New Jersey | U.S. Citizen | John Anthony Candela | Daughter | *Bauer* action Paragraph 9 |
| 19 | Candela, Est. of Phyllis | New Jersey | U.S. Citizen | John Anthony Candela | Mother | *Bauer* action Paragraph 9 |
| 20 | Carlino, Est. Marie | New York | U.S. Citizen | Edward Carlino | Wife | *Bauer* action Paragraph 26 |
| 21 | Carlino, Mary | New York | U.S. Citizen | Edward Carlino | Mother | *Bauer* action Paragraph 26 |
| 22 | Carlino, Salvatore | New York | U.S. Citizen | Edward Carlino | Father | *Bauer* action Paragraph 26 |
| 23 | Cunningham, Andrew | United Kingdom | United Kingdom | Cunningham, Michael J. | Brother | *Bauer* action Paragraph 50 |
| 24 | Cunningham, Julieanne | United Kingdom | United Kingdom | Cunningham, Michael J. | Sister | *Bauer* action Paragraph 50 |

Dated: December 2, 2021

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com