

**EMILY KIRSCH**
150 E. 58TH STREET 22ND FLOOR
NEW YORK, NY 10155
O (212) 832-0170
M (917) 744-2888
EMILY.KIRSCH@KIRSCHNIEHAUS.COM
KIRSCHNIEHAUS.COM

December 3, 2021

**VIA ECF**
The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

Pursuant to this Court's Individual Practices in Civil Cases III.e, Kreindler & Kreindler files this letter motion for oral argument in connection with the Contempt Hearing held on November 1 and 2, 2021.

Post-Hearing briefing was initially submitted under seal on November 24, 2021. Kreindler & Kreindler requested oral argument on its brief, and is submitting courtesy copies of all parties' papers and exhibits to chambers.

Kreindler & Kreindler believes that oral argument would be of assistance to the Court and the parties, because all briefing was submitted concurrently, and the issues raised by the papers from the parties raise important and unique issues of law and fact, and the record is substantial and complex.

Respectfully Submitted,

_____*Emily Kirsch*_____
Emily Bab Kirsch