UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           )
                                                           )   No. 03 MDL 1570 (GBD/SN)
                                                           )
In re Terrorist Attacks on September 11, 2001              )   ECF Case
                                                           )
                                                           )   **ORAL ARGUMENT REQUESTED**
                                                           )
                                                           )
                                                           )
                                                           )
                                                           )
---------------------------------------------------------- x

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279

## DECLARATION OF STEVEN T. COTTREAU, ESQ.

I, Steven T. Cottreau, declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to these facts, all of which are true and accurate to the best of my knowledge and belief:

1. I am an attorney admitted in the above-captioned matter, and a partner in the law firm Jones Day, counsel to defendant Dubai Islamic Bank ("DIB"). I submit this declaration to transmit to the Court the following documents submitted in support of DIB's Motion for Summary Judgment and Renewed Motion for Dismissal (Limited to Personal Jurisdiction), filed in the above-captioned matter on December 3, 2021.

2. Exhibit 1 is a true and accurate copy of the Declaration of Mohamed Saeed Al Sharif, with accompanying Decl. Exhibits A and B.

3. Exhibit 2 is a true and accurate copy of a certified English translation of Arabic text in Exhibit A to Exhibit 1.

4. Exhibit 3 is a true and accurate copy of a certified English translation of Arabic text in Exhibit B Exhibit 1.

5. Exhibit 4 is a true and accurate copy of the Declaration of Haroun Dharsey.

6. Exhibit 5 is a true and accurate copy of excerpts of the transcript of the deposition of Dr. Hussein Hamid Hassan.

7. Exhibit 6 is a true and accurate copy of excerpts of the transcript of the deposition of Judge Alan Fine.

8. Exhibit 7 is a true and accurate copy of Deposition Exhibits 271 (excerpts), 272, and 276 from Exhibit 6.

9. Exhibit 8 is a true and accurate copy of the Declaration of Abdulrahman Mohamed Al Ansari, with accompanying Exhibits A, B, and C.

10. Exhibit 9 is a true and accurate copy of a certified English translation of Exhibit A to Exhibit 8.

11. Exhibit 10 is a true and accurate copy of a certified English translation of Exhibit B to Exhibit 8.

12. Exhibit 11 is a true and accurate copy of a certified English translation of Exhibit C to Exhibit 8.

13. Exhibit 12a is a true and accurate copy of the Declaration of Amr Abou El Maaty, with accompanying Exhibit A (part 1).

14. Exhibit 12b is a true and accurate copy of Exhibit A (part 2) to Exhibit 12a.

15. Exhibit 13 is a true and accurate copy of a certified English translation of Arabic text in Exhibit A at Exhibit 12a and Exhibit 12b.

16. Exhibit 14a is a true and accurate copy of the Declaration of Bader Ibrahim Abdullah Al Maazmi.

17. Exhibit 14b is a true and accurate copy of Exhibit A to Exhibit 14a (Declaration of Bader Ibrahim Abdullah Al Maazmi).

18. Exhibit 14c is a true and accurate copy of Exhibit B to Exhibit 14a (Declaration of Bader Ibrahim Abdullah Al Maazmi).

19. Exhibit 14d is a true and accurate copy of Exhibit C to Exhibit 14a (Declaration of Bader Ibrahim Abdullah Al Maazmi).

19. Exhibit 15 is a true and accurate copy of a certified English translation of Arabic text in Exhibit A to Exhibit 14a (Declaration of Bader Ibrahim Abdullah Al Maazmi).

20. Exhibit 16 is a true and accurate copy of a certified English translation of Arabic text in Exhibit B to Exhibit 14a (Declaration of Bader Ibrahim Abdullah Al Maazmi).

21. Exhibit 17 is a true and accurate copy of a certified English translation of Arabic text in Exhibit C to Exhibit 14a (Declaration of Bader Ibrahim Abdullah Al Maazmi).

22. Exhibit 18 is a true and accurate copy of a certified English translation of Arabic text of Fayez Rashid Ahmed Hassan Al-Qadi's account statements at DIB.

23. Exhibit 19 is a true and accurate copy of Plaintiffs' Responses and Objections to Defendant Dubai Islamic Bank's First Set of Requests for Admission (Mar. 23, 2020).

24. Exhibit 20 is a true and accurate copy of Plaintiffs' Supplemental Responses to Defendant Dubai Islamic Bank's Second Set of Requests for Admission (May 27, 2021) (excerpts).

25. Exhibit 21 is a true and accurate copy of Plaintiffs' Responses and Objections to Dubai Islamic Bank's Third Set of Requests for Admission (Aug. 5, 2021) (excerpts).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2021.

*/s/ Steven T. Cottreau*
Steven T. Cottreau, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Email: scottreau@jonesday.com