USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2021

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

<u>**VIA ECF**</u>

December 2, 2021

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

   RE: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

  The undersigned non-Kreindler members of the Plaintiffs' Executive Committees ("non-Kreindler PECs") write in response to the Court's order earlier this evening at ECF No. 7402, granting the government's extension requests at ECF Nos. 7390 and 7391. The PECs respectfully request that the Court also extend the deadline for the plaintiff's and the PECs' letters in response to the Court's Order at ECF No. 7354 to January 28, 2022.

  In the Court's Nov. 15, 2021 Order, ECF No. 7354, the Court directed the *Faulkner* plaintiffs and the PECs to file a letter tied to the Court's Dec. 10, 2021 deadline for the government to file its Statement of Interest. The undersigned believe the extension granted to the government will afford an opportunity for the PECs to engage with the government on the issues the court raised. To facilitate that dialogue, we request that the Court also grant a corresponding extension, to January 28, 2022, for the plaintiff's and the PECs' letters in response to the Court's Order at ECF No. 7354.

  We thank the Court in advance for its attention.

Respectfully submitted,

| | |
|---|---|
| COZEN O'CONNOR | MOTLEY RICE LLC |
| By: /s/ Sean P. Carter | By: /s/ Robert T. Haefele |
| SEAN P. CARTER | JODI WESTBROOK FLOWERS |
| SCOTT TARBUTTON | ROBERT T. HAEFELE |
| COZEN O'CONNOR | MOTLEY RICE LLC |

Honorable Sarah Netburn
December 2, 2021
Page 2

_____

| | |
|---|---|
| One Liberty Place | 28 Bridgeside Boulevard |
| 1650 Market Street, Suite 2800 | Mount Pleasant, SC 29465 |
| Philadelphia, Pennsylvania 19103 | Tel.: (843) 216-9184 |
| Tel.: (215) 665-2105 | Email: rhaefele@motleyrice.com |
| Email: scarter@cozen.com | For the Plaintiffs' Exec. Committees |
| For the Plaintiffs' Exec. Committees | |

cc:    The Honorable George B. Daniels (via ECF)
       All counsel of record via ECF

---

The Parties' request is GRANTED. The PECs shall file the letter directed by the Court's order at ECF No. 7354 by January 28, 2022. The Faulkner Plaintiffs may either join that letter or file their own by the same date. The Clerk of the Court is respectfully directed to file this endorsement on both the MDL docket, No. 03-md-1570, and the Faulkner docket, No. 09-cv-07055.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: December 3, 2021
       New York, New York