# EXHIBIT 3

# EXHIBIT B

SENT BY:UAE CENTRAL BANK AUH ;27- 9- 1 ;12:34PM ;   CHAIRMAN'S OFFICE   652504-   042940088;#

*Legal Department:*            [Same language in Arabic]
*Kindly take necessary action.*   **CENTRAL BANK OF THE U.A.E.**

Central Bank

Decision No. :  2/ 308/2001

*Butta*      Date      :   26 / 9 /2001
*9/27/2001*

To      :   All Banks, Moneychangers ,
            Investment Companies and
            other Financial Institutions
            Operating in the UAE
            (Including Insurance sector
            and Financial Markets)

After greetings,

Based on United Arab Emirates Decision in
Conjunction with the International efforts to
fight terrorism , you are required to search
for immediately and freeze any accounts ,
deposits, and investments in the names
of the following:

First:     Terrorist Organizations:-
1.      Al Qaida/Islamic Army
2.      Abu Sayyaf Group
3.      Armed Islamic Group
        (GIA)                                    [Same language in Arabic]
4.      Harakat ul-Mujahidin
        (HUM)
5.      Al-Jihad (Egyptian Islamic
        Jihad)
        OptionButton1
6.      Islamic Movement of
        Uzbekistan (IMU)
7.      Asbat al-Ansar
8.      Salafist Group for Call and
        Combat (GSPC)
9.      Libyan Islamic Fighting
        Group
10.     Al-Itihaad al-Islamiya
        (AIAI)
11.     Islamic Army of Aden

Second:    Terrorist Leaders:-
1.      Usama bin Laden
2.      Muhammad Atif/ Subhi
        Abu Sitta/ Abu Hafs al
        Masri

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003242t

- 2 -

3.   Sayf al-Adl
4.   Shaykh   Sai'id / Mustafa Muhammad Ahmad
5.   Abu Hafs the Mauritanian / Mahfouz Ould al-Walid/ Khalid al-Shanqiti
6.   Ibn al-Shaykh al-Libi
7.   Abu Zubaydah / Zayn al-Abidin Muhammad Husayn Tariq

8.   Ayman al-Zawahiri
9.   Thirwat Salah Shihata/ Muhammad Ali
10.  Tariq Anwar al-Sayyid Ahmad / Fathi/ Amr al-Fatih
11.  Muhammad Salah / Nasr Fahmi Nasr Hasanayn

Third:   **Terrorist NGO'S:-**
1.   Makhtab   Al-Khidamat/ Al Khifaf
2.   Wafa   Humanitarian Organization
3.   Al Rashid Trust

Forth:   **Terrorist Entity:-**
1.   Mamoun   Darkazanli Import-Export Company

[Same language in Arabic]

Your are also required not to transfer any funds to the persons /or entities mentioned above into any territory or country and in case you received funds from the persons /or entities mentioned or for their favour to freeze it immediately.

None compliance will lead to freezing of your assets in the USA and its financial institutions and other countries and would subject you to severe penalties in the UAE

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003243t

2ø7ł8 0l  SAT 05:05 FAX 00871 4 2952400     CHAIRMAN'S OFFICE
SENT BY:UAE CENTRAL BANK AUH  :27- 9- 1 ;12:34PM ;              652504→              042940083;# :

- 3 -

Please provide the Banking Supervision &
Examination Department with relevant
statements on the usual form.

In your communications, please use        [Same language in Arabic]
facsimile No. (02) 6674501.

Yours faithfully,

[Same language in Arabic]

Sultan Bin Nasser Al Suwaidi
Governor

805-2001 :

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003244t



Dubai Islamic Bank

Date: 10/15/2001                                                                                                Reference: F&AD 166/01

His Excellency Sultan bin Nasser El Suwaidi
Governor of the Central Bank
United Arab Emirates – Abu Dhabi

May the Peace, Mercy, and Blessings of God be upon you,

### Re: Central Bank Decision no. 2/308/2001 of 9/27/2001

**With regard to the above subject, we wish to inform you that the Dubai Islamic Bank has complied with the above decision according to the details stated below:**

1. A search was performed of the Bank's alphabetic name list which confirmed that none of the names in question (of individuals, companies, organizations, etc.) are listed among our clients. The exceptions were in cases where we could not verify the names that did not include the full pattern of four names or the family name. Therefore, we were unable to verify them or check against the complete name.
2. The names listed in your decision were put on the Bank's blacklist to ensure that no accounts are opened for them and no transactions are performed for them in the future.
3. Technical measures were taken to ensure that future outgoing and incoming transfers to the names listed in your decision are quickly stopped and frozen early on. Follow-up on this issue has been assigned to the Anti-Money Laundering and Suspicious Transactions Division.
4. A circular has been provided to all Bank branches ordering them not to open any accounts and not to accept or perform any bank transaction of any kind pertaining to the individuals listed in the decision of the Central Bank.

*Sincerely,*

Mohammed Saeed Al Sharif
Executive Director of the Financial and Administrative Affairs Division

Cc:
- His Excellency the Chairman of the Board of Directors
- The Director General

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM. Swift: DUIBAEAD
www.alislami.com

Same language in Arabic

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005606t

*Abdul Razzaq*
*Mr. Mazen*
*Please give Mr. [illegible] a copy of the Central*
*Bank list in order to [] freeze the appropriate*
*accounts*
*Butta 880/15*

Same language in Arabic

## CENTRAL BANK OF THE U.A.E

*Mr. Mohammed Al Sharif*
*For necessary action*

Notice No.: 1982/2001

Date         : 09/10/2001

To            : All Banks , Moneychangers,
Investment    Companies
and    other    Financial
Institutions    operating in
the    UAE    (including
Insurance    sector    and
Financial Markets)

Subject    : Central Bank Decision No.
2/308/2001 dated
27/9/2001

After Greetings,

Reference to the above subject, please
note that the list as per decision
concern; terrorists, their networks and
associates,    not    ordinary    people;
therefore if you find similar names,
please do not freeze their accounts,
rather contact us first with details and
we will clarify

Same language in Arabic

Please ... ... attached document,
document, issued by the "Office for
Foreign Assets Control – USA", which
we received with thanks from the
American Legal Company: "Patton
Boggs – Washington D.C"

Yours faithfully.

Same language in Arabic

Sultan Bin Nasser Al-Suwaidi
Governor

*Abdalraheem Sankees*
*6085485*

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



Same language in Arabic

Dubai Islamic BANK

Date: 10/30/2001                                                                                    Reference: F&AD 186/01

*His Excellency Sultan bin Nasser El Suwaidi*
*Governor of the Central Bank*
*United Arab Emirates – Abu Dhabi*

*May the Peace, Mercy, and Blessings of God be upon you,*

### Re: Central Bank Notification no. 1982/2001 of 10/09/2001 (Second Group)

   With regard to the above subject, we wish to inform you that the Dubai Islamic Bank has searched the alphabetic name list contained in the Bank's records and has found that none of the names (second group) listed in the explanatory document from the United States Office of Foreign Assets Control are contained in our customers' information. The exceptions were in cases where we could not verify the names that did not include the full pattern of four names or the family name.   Therefore, we were unable to verify them or check against the complete name.

*Sincerely,*

Mohammed Saeed Al Sharif
Executive Director of the Financial and Administrative Affairs Division

| Cc: |
| --- |
| ▪ His Excellency the Chairman of the Board of Directors<br>▪ The Director General |

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 2954111                    Same language in Arabic
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD
www.altislami.com

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005629t

NOV-07-01  12:58   FROM-CENTRAL BANK OF THE UAE     +0087128850813     T-870  P.01/06  F-135   @00

(Same language in Arabic)

## CENTRAL BANK OF THE U.A.E.

**Central Bank**
**Decision No. :** 2 / 350 / 01



**Date**        : 7 / 11 / 2001

(Same language in Arabic)

To : All Banks, Moneychangers , Investment
     Companies   and   other   Financial
     Institutions  Operating  in  the  UAE
     (Including   Insurance   sector   and
     Financial Markets)

After greetings,

Based on  United Arab Emirates decision in
conjunction with the International efforts to
fight  terrorism   ,   you  are  required  to
immediately  search for and freeze  any
accounts , deposits, and investments in the
names    of the following (names between
brackets are excluded) :

First     : Terrorist   Organizations   or
            Terrorist   Non   Government
            organizations or entities : -

1.   Al- Hamati Sweets Bakeries, Al-       (Same language in Arabic)
     Mukahllah, Hadramawt Governorate,
     Yemen.

2.   Al-Nur    Honey    (Same language in Arabic)
     Sanaa, Yemen.
     (a.k.a. Al-Nur Honey Center).

3.   Al-Shifa Honey Press for Industry and
     Commerce,   P.O.Box   8089,   Al-
     Hasabah,   Sanaa,  Taiz  &  Aden  –
     Yemen + a branch in Doha – Qatar .

4.   Jaish-I-Mohamed - Pakistan
     (a.k.a. Army of Mohammed, - Jaish –
     E – Mohammed – Jaish Mohammed
     JIM-JE    (Same language in Arabic)

5.   Jam'yah   Ta'awun   Al-Islamia-
     Qandahar City, Afghanistan.
     (a.k.a. Society of Islamic Cooperation-
     Jam'iyat Al Ta'aswun Al Islamiyya or
     JIT),

1

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003245t

6.  Rabita  Trust,  Education  Town,
    Lahore;  Pakistan;  Wares  Colony,
    Lahore, Pakistan.

**Second : Terrorists or persons with**
       **connection to terrorists**

7.  Haji Abdul Manan AGHA, Pakistan
    (a.k.a. SAIYID, Abd Al Man'am)          *5 names exist*

8.  Muhammad Al-Hamati, Yemen
    (a.k.a.   AL  AHDAL,  Mohammad
    Hamdi  Sadiq- AL- MAKKI, Abu
    Asim)

9.  Amin AL-HAQ - DOB: 1960, POB
    Nangahar Province, Afghanistan.      *Tens [of this name]*

    (a.k.a. AMIN, Muhammad- AHHAQ,
    Dr. Amin, UL-HAQ, Dr. Amin)

10. Saqar AL-JADAWI
    DOB:1965
                                  *(Same language in Arabic)*

11. Ahmed  Said  AL  KADR- DOB: 01
    March 1948, POB: Cairo, Egypt.
    (a.k.a  Al  KANADI, Abu Abd Al-
    Rahman)

12. Yasin AL-QADI- POB: Jeddah, Saudi
    Arabia
    (a.k.a    KADI,    Shaykh    Yassin
    Abdullah)
*(Sa'd Al-Sharif Qasim 4102312 – Sudanese, place of, year of birth not recorded in computer)*

13. Sa'd AL-SHARIF
    DOB: 1969 , POB : Saudi Arabia

14. Bilal Bin Marwan
    DOB:1947.

15. Ayadi  Chafiq Bin Muhammad- DOB:
    21 January 1963, POB Safais (Sfax),
    Tunisia.
    (a.k.a Ayadi Shafiq Ben Muhammed –
    AIADY  SHAFIK Ben Muhammed-
    Ayadi Ben Muhammad)

2



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003246t

10/11, 01   SAT 10:55 FAX 00971 4 2940089
FRUM:CENTRAL BANK OF THE U''

@001
03/06   F-135

16.   Mamoun      Darkazanli-DC
      1958 POB: Aleppo, Syria.
      Passport No: 1310636262 (G€

ماه
مع
جو                    .١٦ ◌

17.   Riad Hijazi
      DOB: 1968, POB: California, 1
      (a.k.a  Hijazi Raed M.- Al Haw
      Ahmed – Al  Maghribi  Ra
      Amriki Abu Ahmad- Al Shal
      Ahmed)

ں
ء
ال
)
يا
ا                    .١٧ ◌

18.   Mufti Rashid Ahmed Ladehyanc
      Karatchi – Pakistan
      (a.k.a  Ludhianvi Mufti Rashid A
      – Wadehyanoy  Rasheed  Ahr
      Mufti Rashid Ahmed).

                     .١٨ ◌

19.   Omar Mahmoud Uthman
      DOB:  30  December  1960  or
      December 1960 – London – Englar
      (a.k.a.  Al-Filistini  ,  Abu Qatac
      Takfiri, Abu Umar – Abu Umar ,
      Omar – Uthman, Al-Samman – U
      Abu Umar – Uthman, Umar – ∤
      Ismail).

(Same language in Arabic)

                     .١٩ ◌

20.   Tahir (or Takhir) Yuldashev
      Uzbekistan

21.   Mohammad   Zia   –   Peshawar
      Pakistan
      (a.k.a ZIA, Ahmad).

                     .٢٠ ◌

                     .٢١ ◌

22.   Abdullah Ahmed Abdul
      DOB: 1960 – Egypt.

*Tens [of this name] exist*

23.   Muhsin Musa Marwalli Atwah
      DOB: 19 June 1964 – Egypt.

٢٢ ◌

24.   Anas   Al   Liby   –   Libian   (In
      Afghanistan)
      DOB:  30  March  1964  or  14  May
      1964.

٢٣ ◌

أنس النيبي – ٢٧ ٢٧ ٢٢   .٢٤ ◌
من مواليد ٣٠ مارس ١٩٦٤ أو ١٤ مايو
١٩٦٤.

3

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003247t

NOV-01-01  12:58      FROM-CENTRAL BANK OF THE UAE          +00971 28530613      T-870  P.04/06  F-135

25.  Ahmad Khalfan Ghailani
     DOB: 1 August 1970, Zenzbar,
     Tanzania.

26.  Fazul Abdullah Mohamed
     DOB: 25 January 1974 - Kenya.

27.  Mustafa Mohamed Fadhil
     DOB: 23 June 1976 Cairo – Egypt (or
     may Kenya).

28.  Fahid Mohamed Ally Msalam
     (a.k.a. Usama Al Keeni), DOB: 19
     February 1976, Mumbassa - Kenya.

29.  Sheikh Ahmed Salim Swedan
     DOB: 9 April 1969 or 9 April 1960,
     Mumbassa - Kenya.

30.  Abdul Rahman Yasin                        (Same language in Arabic)
     DOB: 10 April 1960, Indiana, USA.

31.  Ahmad Ibrahim Al Mughassil
     POB: Saudi Arabia.
     (a.k.a Abu Omran).

32.  AbdulKarim Hussein Mohamed
     Al Nasser,
     POB: Saudi Arabia.

33.  Ibrahim Saleh Mohamed Al Yacoub,
     DOB: 16 October 1966, Saudi Arabia.

34.  Ali Atwa
     DOB: 1963, Lebanon.
     (a.k.a Abu Salim),

35.  Ali Saed Ali Elhoorie.

4

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003248t

10/11.01  SA3.10.55 FAA 00811 ♯ 2840088     FROM CENTRAL BANK OF THE UAE          Redacted          T-970  P.05/08  F-135 

36.  Hassan Izz Al-Dine .

37.  Ahmad Mohammed Hamed Ali.

38.  Khalid Shaikh Mohamed
     DOB : 1 March 1964 – Kuwait

39.  Imad Fayez Magniyah
     DOB : 7 December 1962 - Lebanon.

All names in between brackets are either
additional or incomplete, therefore please
verify these names and check with us , in
order to inform you of necessary action.

Your are also required not to transfer any
funds to the persons /or entities mentioned
above into any territory or country and in
case you received funds from the persons /or
entities mentioned or for their favour to
freeze it immediately.
Non compliance will lead to freezing of
your assets in the USA and its financial
institutions and other countries and would
subject you to severe penalties in the UAE

(Same language in Arabic)

Since these names were announced some
time ago, you are requested to respond
within (7) days .

Please provide the Banking Supervision &
Examination Department with relevant
details on the attached form .
In your communications, please use
facsimile No. (02) 6674501.

Yours faithfully,

(Same language in Arabic)

Sultan Bin Nasser Al Suwaidi
Governor

ARMS\ns\gm\ak\mn
1046-2001.aaa

(Same language in Arabic)

5

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



(Same language in Arabic)

DUBAI ISLAMIC BANK

**Date: 11/12/2001**                                    **Our reference: (F & AD 301/01)**

*His Excellency /  Sultan Bin Nasser El Suwaidi*
*Central Bank Governor*
*United Arab Emirates – Abu Dhabi*

*May Peace, mercy and blessings of God be upon you*

**Subject: Central Bank Decision No. 2/350/2001 dated 11/07/2001**

With reference to the above mentioned subject, I would like to inform you that Dubai Islamic Bank is compliant with the contents of the above mentioned decision as follows:

1. We have made a search in the alphabetical names list available in the Bank's records and confirmed that none of the mentioned names (individuals, institutions, organizations... etc.) are included among the data of our customers. An exception to that are some names that are not written in the full pattern of four names, we were unable to verify their accuracy as they are missing the fourth name or the family name.
2. The names included in your decision have been added to the Bank's black list in order to ensure that no accounts will be opened for them nor any transactions will be made with them in the future.
3. Technical procedures have been taken for the future incoming and outgoing transfers to any of the names included in your decision in order to stop such transfers, freeze them at an early stage and assign the follow up of this issue to the Anti-Money Laundering and Suspicious Transactions Unit.
4. A circular has been sent to all the Bank's branches in order not to open any accounts or accept or undertake any banking transaction of any type related to the persons mentioned in the Central Bank Decision.

*Please accept our best regards,*

Mohammed Saeed Al Sharif
Executive Director, Financial and Administrative Affairs Department

| Copy to: |
| --- |
| ▪ H.E. the Chairman |
| ▪ The General Manager |
| ▪ The Manager of the Central Accounts |
|   Department – Anti Money Laundering Unit |

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 2954111
Tlx: 48773/45889 ISLAMI EM, Swift: DUIBAEAD
www.alislami.com

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003250t

08-16-04   10:35   FROM-AML SCU                    +971 2 6674501     T-909   P.002/008   F-242

(Same language in Arabic)

**CENTRAL BANK OF THE U.A.E.**

Central Bank
Decision No. :  2 /355 / 01
Date         :  7/ 11 /2001

To :All Banks, Moneychangers , Investment
     Companies and other Financial Institutions
     Operating  in  the  UAE  (Including
     Insurance sector and Financial Markets)

After greetings,

Based  on United  Arab  Emirates  decision  in
conjunction  with  the  International efforts to
fight  terrorism   ,  you  are  required  to
immediately  search  for  and  freeze   any
accounts , deposits, and  investments in the
names      of the following (names between
brackets are excluded) :

First :Terrorist Organizations or Terrorist
       Non  Government  organizations  or
       entities : -                                          (Same language in Arabic)

1.   Aaran  Money  Wire  Service  Inc.,  ,
     Minneapolis, Minnesota – U.S.A.

2.   Al Baraka Exchange L.L.C.,
     Deira Dubai, U.A.E.

3.   Al Barakaat,
     Mogadishu, Somalia; Dubai, U.A.E.

4.   Al-Barakaat Bank,
     Mogadishu, Somalia.

5.   Al-Barakat Bank of Somalia (BSS)
     Mogadishu, Somalia; Bossaso, Somalia
     (a.k.a Barakat Bank of Somalia),.

6.   Al–Barakat Finance Group
     Dubai, U.A.E.; Mogadishu, Somalia

18/08 2004 MON 11:26  [TX/RX NO 5940] 002

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003251t

06-18-04    10:35    FROM-AML SCU                    +971 2 6574501       T-309   P.003/009   F-242

(2)

7.  Al-Barakat  Financial  Holding  Co.
    Dubai, UAE; Mogadishu, Somalia

8.  Al-Barakat Global Telecommunications
    Dubai , U.A.E. ; Mogadishu , Somalia;
    Hargeysa, Somalia.
    (a.k.a Barakaat Globetel Company),

9.  Al-Barakat   Group   of   Companies
    Somalia Limited
    Dubai , U.A.E; Mogadishu, Somalia.
    (a.k.a Al-Barakat Financial Company),

~~~~~~~~~~~~
    Minneapolis, Minnesota - USA                    (Same language in Arabic)

13. Al  Taqwa Trade, Property and Industry
    Company Limited - Liechtenstein.
    (a.k.a  Al  Taqwa Trade, Property and
    Industry – Al Taqwa Trade, Property
    and Industry Establishment – Himmat
    Establishment)

14. Asat Trust Reg.
    Liechtenstein.

15. Bank Al Taqwa Limited
    Nassau - Bahamas
    (a.k.a  Al  Taqwa  Bank  –  Bank  Al
    Taqwa).

16. Barakaat Construction Co.
    Dubai – UAE

16/08 2004 MON 11:26   [TX/RX NO 5940]   @003

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003252t

08-1B-04    10:35    FROM-AM.SCU                    +871 2 6674501        T-909  P.008/009  F-242

(2)

7.    Al-Barakat Financial Holding Co.
      Dubai, UAE; Mogadishu, Somalia

8.    Al-Barakat Global Telecommunications
      Dubai , U.A.E. ; Mogadishu , Somalia;
      Hargeysa, Somalia.
      (a.k.a Barakaat Globetel Company),

9.    Al-Barakat Group of Companies
      Somalia Limited
      Dubai , U.A.E; Mogadishu, Somalia.
      (a.k.a Al-Barakat Financial Company),

10.   Al-Baraket International
      , Dubai – U.A.E.
      (a.k.a Baraco Co.)

11.   Al-Barakat Investments,                        (Same language in Arabic)
      Deira, Dubai , U.A.E.

12.   Al-Barakaat Wiring Service,
      Minneapolis, Minnesota - USA

13.   Al  Taqwa Trade, Property and Industry
      Company Limited - Liechtenstein.
      (a.k.a Al Taqwa Trade, Property and
      Industry – Al Taqwa Trade, Property
      and Industry Establishment – Himmat
      Establishment)

14.   Asat Trust Reg.
      Liechtenstein.

15.   Bank Al Taqwa Limited
      Nassau - Bahamas
      (a.k.a Al Taqwa Bank – Bank Al
      Taqwa).

16.   Barakaat Construction Co.
      Dubai – UAE

16/08 2004 MON 11:26  [TX/RX NO 5940] @00:

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003253t

08-16-04'   10:95   FROM-AML SCU                          +871 2 6674501        T-309   P.004/009   F-242

(3)

17.  Barakaat Group of Companies,
     Dubai, U.A.E., Mogadishu, Somalia.

18.  Barakaat International,
     Sweden

19.  Barakaat  International  Foundation,
     Spanga, Stockholm, Sweden;

20.  Barakaat North America
     Ottawa, Ontario, Canada.

21.  Barakaat Red Sea Telecommunications,
     Somalia.

22.  Barakat  Telecommunications  Co.
     Somalia, Ltd.
     Dubai – U.A.E.

23.  Barakat  Banks  and  Remittances,          (Same language in Arabic)
     Mogadishu, Somalia; Dubai, U.A.E.

24.  Barakaat Boston,
     Dorchester, Massachussets – U.S.A

25.  Barakat Computer Consulting (BCC)
     Mogadishu, Somalia.

26.  Barakat  Consulting  Group  (BCG)
     Mogadishu, Somalia.

27.  Barakat Global Telephone Company,
     Magadishu, Somalia, Dubai – U.A.E.

28.  Barakat Enterprise,
     Columbus, OHIO - USA.

29.  Barakat  International  Companies
     (BICO)
     Mogadishu, Somalia; Dubai, U.A.E.

16/08 2004 MON 11:26  [TX/RX NO 5940] @004

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003254t

(4)

30.  Barakaat International, INC.
     Minneapolis, Minnesota – USA.

31.  Barakat   Post   Express   (BPE)
     Mogadishu, Somalia.

32.  Barakat   Refreshment   Company
     Mogadishu, Somalia; Dubai, U.A.E.

33.  Barakat  Telecommunications Company
     Limited
     Mogadishu, Somalia; The Netherlands.
     (a.k.a Betelco),

34.  Barakaat Wire Transfer Co.
     Seattle, Washington – USA.

35.  Barako Trading Company, LLC
     Dubai – U.A.E.

36.  Baraka Trading Co.                          (Same language in Arabic)
     Dubai – U.A.E.

37.  Global Service International
     Minneapolis, Minnesota - USA

38.  Heyatul Ulya,
     Mogadishu, Somalia.

39.  Nada Management Organization Sa
     Switzerland.
     (f.k.a   Al   Taqwa   Management
     Organization SA),

40.  Parka Trading Company
     Deira, Dubai, UAE.

41.  Red  Sea  Barakat  Company  Limited
     Mogadishu, Somalia; Dubai, U.A.E.

42.  Somali Internet Company,
     Mogadishu, Somalia

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003255t

(5)

43. Somali International Relief
    Organization,
    Minneapolis, Minnesota - USA.

44. Somali Network AB,
    Spanga, Sweden.

45. Youssef M. Nada
    Switzerland.

46. Youssef M. Nada & Co.
    Vienna, Austria.

**Second: Persons with Terrorists
Connections : -**

47. Hussein Mahamud Abdullkadir
    DOB 01 June 1968
    Florence, Italy.

48. Abdirisak Aden
    DOB : 1 June, 1968
    Spanga, Sweden.                              (Same language in Arabic)

49. Abbas Abdi Ali,
    Mogadishu, Somalia

50. Abdi AbdulAziz Ali ,
    DOB 01 January 1955
    Spanga – Sweden

51. Yusaf Ahmed Ali,
    DOB : 20 November 1974
    Spanga, Sweden

52. Dahir Ubeidullahi Aweys
    Rome , Italy.

53. Hassan Dahir Aweys
    DOB : 1935 - Citizen Somalia
    (a.k.a Ali, Sheikh Hassan Dahir Aweys
    – Awes, Shaykh Hassan Dahir).

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003256t

06-16-04    11:36    FROM-AML SCU                    +971 2 6674501        T-906   P.007/009   F-242

(6)

54.    Ali Ghaleb Himmat,
       DOB : 16 June 1938; POB Damascus,
       Syria,
       Switzerland & Tunisia.

55.    Albert Friedrich Armand Huber
       DOB : 1927
       Switzerland.
       (a.k.a Huber, Ahmed),

56.    Hussein, Liban,
       Ontario, Ottawa, Canada.

57.    Garad Juma
       DOB : 26 June 1974
       Minneapolis, Minnesota - USA
       (a.k.a Nor, Garad K. — Wasrsame,
       Fartune Ahmed),

                                                    (Same language in Arabic)

58.    Ahmed Nur Ali Jim'ale
       Dubai — U.A.E.
       (a.k.a Ahmed Ali Jimale — , Ahmad Nur
       Ali Jim'ale — Ahmed Nur Jumale —
       Ahmed Ali Jumali·)

59.    Abdullahi Hussein Kahie
       Mogadishu, Somalia

60.    Mohamed Mansour
       DOB : 1928, POB Egypt or U.A.E
       Zurich, Switzerland.
       (a.k.a Al-Mansour, Dr. Mohamed)

61.    Zeinab Mansour Fattouh,
       Zurich, Switzerland.

18/08 2004 MON 11:26   [TX/RX NO 5940] ⊠007

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003257t

08-16-04   10:36   FROM-AULSCU          +971 2 6674501     T-308  P.008/008  F-242

(7)

62.  Youssef Nada,
     DOB 17 May 1931 or 17 May, 1937
     POB   Alexandria, Egypt ; Citizen :
     Tunisia.
     (a.k.a  Nada, Youssef M. – Nada Youssef
     Mustafa)

All names in between brackets are either
additional or incomplete, therefore please
verify these names and check with us , in order
to inform you of necessary action.

Your are also required not to transfer any funds     (Same language in Arabic)
to the persons /or entities mentioned above into
any territory or country and in case you
received funds from the persons /or entities
mentioned or for their favour to freeze it
immediately.

Non compliance will lead to freezing of your
assets in the USA and its financial institutions
and other countries and would subject you to
severe penalties in the UAE

Please provide   the Special Unit, Central
Bank , Abu Dhabi, with relevant details on
the attached form .

In your communications, please use facsimile
No. (02) 6674501.

Yours faithfully,

                                     (Same language in Arabic)

                                                   (Same language in Arabic)
           Sultan Bin Nasser Al Suwaidi
                    Governor

ARMS/25/Min
1205-2001

16/08 2004 MON 11:26  [TX/RX NO 5940]  ⌧008

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003258t

08-16-04   10:36   FROM-AMLSCU   +871 2 6674601   T-308   P.008/008   F-242

## Response in regard to
### Central Bank Decision No. 2/355/01
#### Dated 7/11/2001               (Same language in Arabic)

From (Bank):

| First:  Identical Names (Frozen) | | (Same language in Arabic) |
|---|---|---|
| Name of account holder (Account Number) | (Same language in Arabic) Available Balance | (Same language in Arabic) |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Second:     Similar Names | | (Same language in Arabic) |
|---|---|---|
| Name of account holder (Account Number) | (Same language in Arabic) Available Balance | (Same language in Arabic) |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Authorized Signatures: | (Same language in Arabic) |
|---|---|
|  |  |

18/08 2004 MON 11:26  [TX/RX NO 5940]  @008

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003259t

/11 01  TUE 11:06 FAX



(Same language in Arabic)

DUBAI ISLAMIC BANK

Date: 11/13/2001                                    Our reference: (F & AD 305/01)

*His Excellency /*    **Sultan Bin Nasser El Suwaidi**
                     **Central Bank Governor**
                     **United Arab Emirates – Abu Dhabi**

*May Peace, mercy and blessings of God be upon you.*

**Reference: Central Bank Decision no. 2/355/2001 dated 11/07/2001**

**With reference to the above mentioned subject, we would like to inform you that Dubai Islamic Bank has complied with the contents of the above mentioned decision as follows:**

1.  We have searched the alphabetical names list available in the Bank's records, and confirmed that none of the mentioned names (individuals, institutions, organizations... etc.) are included among the data of our customers. An exception to that were in cases where we were unable to verify the names as they did not include the full four names or the family name.  Therefore, we were unable to verify them or check against the complete name except for the following names:

   - Al Baraka Exchange L.L.C .  Account no. 6267440 closed since 02/21/1998.
                                 Account no. 6267483 closed since 02/21/1998.

   - Al Barakaat Bank of Somalia Account number 7250339, current account opened on 11/03/2000 and the account balance is zero.

   - Current correspondence account on the name of Barakaat Bank of Somalia Ltd (B.B.S) is similar to what is included in item five – paragraph one of your decision "5- Barakaat Bank of Somalia Ltd (B.B.S) known also as Barakaat Somalia Bank" and the account balance with us is 1,147,207.62 dirhams,  **this account has been temporarily frozen awaiting your confirmation.**

   - **Ahmed Ali Jumale,** Somali national, P.O. Box /3313;
     **Current account no.** 6061192, account balance 81,054.74 dirhams.  **Account frozen.**
     **Visa card no.** 4568-3401-50063960                              **Card frozen.**

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 295411 |                    (Same language in Arabic)
Tlx: 48772/45889 ISLAMI EM, Swift: DUBADAD
www.alislami.com

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003260t

1/11 01  TUE 11:06 FAX



(Same language in Arabic)

DUBAI ISLAMIC BANK

2. The names included in your decision have been added to the Bank's black list in order to ensure that no accounts will be opened for them nor any transactions will be made with them in the future.

3. Technical procedures have been taken for any future incoming and outgoing transfers to any of the names included in your decision in order to stop such transfers, freeze them at an early stage and assign the follow up of this issue to the anti-money laundering and other suspicious operations section.

4. A circular has been sent to all the bank's branches instructing them not to open any accounts or accept or undertake any banking transactions of any type related to the persons mentioned in the Central Bank Decision.

*Please accept our best regards,*

Mohammed Saeed Al Sharif
**Executive Director of Financial and Administrative Affairs Department**

Copy to:
- H.E. the Chairman
- The General Manager
- The Manager of the Central Accounts
  Department – Anti Money Laundering Unit

– 2 –

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD
www.alislami.com

(Same language in Arabic)

249-1

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003261t



### *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** **DIB_003242 – DIB_003244**

**Source Language:** **Arabic**          **Translated to:** **English**

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                                  *March 27, 2019*

Consortra Translations
www.consortra.com

Your
legal
translation
partner



### *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** DIB_003245 – DIB_003250

**Source Language:** Arabic                **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                **Date:**

*Lucinda Wills*                             March 25, 2019

Consortra Translations
www.consortra.com

Your
legal
translation
partner



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document: DIB_003251 – DIB_003311**

**Source Language:  Arabic**          **Translated to: English**

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under
penalty of perjury that the translation of the foregoing document is true and accurate to
the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**          **Date:**

*Lucinda Wills*          *Sept. 4, 2019*

Consortra Translations
www.consortra.com

New York  |  Washington DC  |  Houston  |  San Francisco  |  Hong Kong  |  London



### CERTIFICATE OF TRANSLATION

**Title of Source Document:** DIB_005606

**Source Language:** Arabic          **Translated to:** English

**TRANSLATOR STATEMENT**

I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
10 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**          **Date:**

*Lucinda Wills*          Feb. 4, 2019

Consortra Translations
www.consortra.com

Your
legal
translation
partner



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** DIB_005607

**Source Language:** Arabic          **Translated to:** English

**TRANSLATOR STATEMENT**

I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**

10 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**          **Date:**

*Lucinda Wills*                Feb. 4, 2019

Consortra Translations
www.consortra.com

Your
legal
translation
partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** **DIB_005629**

**Source Language:** **Arabic**          **Translated to:** **English**

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
10 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**          **Date:**

*Lucinda Wills*          Feb. 4, 2019

Consortra Translations
www.consortra.com

Your
legal
translation
partner