# EXHIBIT 5

Page 1

1                  DR. HUSSEIN HAMID HASSAN

2

3              UNITED STATES DISTRICT COURT

4              DISTRICT OF NEW YORK

5                          03 MDL 1570 (GBD) ECF CASE

6    --------------------------------------------------

7    In re Terrorist Attacks on September 11, 2001

8    --------------------------------------------------

9

10

11

12

13   Videotaped Deposition of DR. HUSSEIN HAMID HASSAN, Volume 1,

14    taken by AILSA WILLIAMS, Certified Court Reporter, held at

15    the offices of Jones Day LLP, London, UK, on 1 August, 2017

16                         at 8:37 am

17

18

19

20

21

22

23

24

25   Job No. 127592

1            DR. HUSSEIN HAMID HASSAN

2                 A P P E A R A N C E S:

3      For the Plaintiff:

4              COZEN O'CONNOR

5              One Liberty Place

6              1650 Market Street

7              Philadelphia, PA 19103

8              BY: SEAN CARTER, ESQ.

9

10

11

12             MOTLEY RICE

13             28 Bridgeside Boulevard

14             Mount Pleasant, SC 29464

15             BY: ROBERT HAEFELE, ESQ.

16

17

18

19

20

21

22

23

24

25

1           DR. HUSSEIN HAMID HASSAN

2     Attorneys for the Defendants:

3           JONES DAY

4           51 Louisiana Avenue N.W.

5           Washington D.C. 20001

6           BY: STEVEN COTTREAU, ESQ. and RAYMOND JACKSON, ESQ.

7

8

9

10

11

12    ALSO PRESENT:

13    JUAN MORILLO :  QUINN EMANUEL

14    COURT REPORTER:  AILSA WILLIAMS

15    VIDEOGRAPHER:  MANU ROSSI

16

17

18

19

20

21

22

23

24

25

```
 1                DR. HUSSEIN HAMID HASSAN
 2                    I N D E X
 3    DR. HUSSEIN HAMID HASSAN
 4    EXAMINATION BY MR. CARTER:  Pg. 7
 5    EXAMINATION BY MR. COTTREAU:  Pg. 122
 6    EXAMINATION BY MR. CARTER:  Pg. 123
 7
 8                  INDEX OF EXHIBITS
 9
      Exhibit 1 Notice of Deposition  ... ... ... ... ... ..9
10
      Exhibit 2 Web pages, .. ... ... ... ... ... ... ... .18
11               www.hussein-hamid.com
12    Exhibit 3 Document in Arabic, . ... ... ... ... ... .20
                 FED-PEC0233087-90
13
      Exhibit 4 Document Re: Muslim . ... ... ... ... ... .20
14               World League Conference
15    Exhibit 5 Document titled "Dubai .. ... ... ... ... .55
                 Islamic Bank"
16
      Exhibit 6 Document in Arabic .. ... ... ... ... ... .72
17               DIB_002457-2699
18    Exhibit 7 Document in Arabic, . ... ... ... ... ... .76
                 DIB_002629-2638
19
      Exhibit 8 "Sharia Oversight ... ... ... ... ... ... .76
20               Section" and Translator's
                 Certificate
21
      Exhibit 9 Document in Arabic, . ... ... ... ... ... .88
22               DIB-002415-18
23    Exhibit 10 Document Re: Fatwa and . ... ... ... ... .88
                 Shariah Oversight Board and
24               Translator's Certificate
25    Exhibit 11 New York Times Article . ... ... ... ... .96
```

1              DR. HUSSEIN HAMID HASSAN

2    bank and I know something about how the bank

3    functions.  But of course the interior management,

4    administration, I am not familiar.  I am not

5    involved with in the management day-to-day care or

6    management of the bank.

7              Q.  To ask a somewhat obvious question,

8    is Dubai Islamic Bank organized as an Islamic

9    bank?

10             A.  Yes.

11             Q.  Given that structure, does Dubai

12   Islamic Bank have a requirement to comply with

13   shariah?

14             A.  Yes.

15             Q.  Is it the ultimate responsibility of

16   the Fatwa and Shariah Oversight Board to determine

17   if the bank is complying with shariah?

18             A.  The role of the -- I may explain it

19   like that.  Any transaction, any activities,

20   agreements, contracts, to be shariah compliant, it

21   should be consistent with Islamic law, and this is

22   the role of the Shariah Board.  Should be legally

23   valid and enforceable, the contract, and this is

24   the legal department of the bank.  Should be

25   commercially viable, which means profitable,

1          DR. HUSSEIN HAMID HASSAN

2     Article -- this is the Board of Shariah Board's

3     functions, duties.  Then I came through these

4     documents.

5              Q.  Just to clarify, you recall having

6     reviewed these documents around the time you

7     joined the Shariah Board in 1998 or so?

8              A.  I came to at that time, because this

9     maybe changed from time to time, changed from time

10    to time, but I am acquainted with the Articles of

11    Association and the Memorandum of Association at

12    1989.  After that, I was not following.

13             Q.  I think you may have just misstated

14    a date inadvertently, Dr. Hassan.  You just

15    mentioned that you were familiar with it as of

16    1989.  Did you mean to say 1998, when you joined

17    the Shariah Board?

18             A.  98, yes.  Yes.

19             Q.  Do you happen know when Dubai

20    Islamic Bank was established?

21             A.  1975.

22             Q.  And where is it headquartered today?

23             A.  Excuse me?

24             Q.  Where is it headquartered?

25             A.  In Dubai.

Page 140

1                    DR. HUSSEIN HAMID HASSAN

2

3                 UNITED STATES DISTRICT COURT

4                 DISTRICT OF NEW YORK

5                              03 MDL 1570 (GBD) ECF CASE

6        ----------------------------------------------------

7        In re Terrorist Attacks on September 11, 2001

8        ----------------------------------------------------

9

10

11

12

13      Videotaped Deposition of DR. HUSSEIN HAMID HASSAN, Volume 2,

14       taken by AILSA WILLIAMS, Certified Court Reporter, held at

15       the offices of Jones Day LLP, London, UK, on 2 August, 2017

16                          at 8:30 am

17

18

19

20

21

22

23

24      REPORTED BY: AILSA WILLIAMS

25      JOB NO: 127593

Page 141

```
 1                    DR. HUSSEIN HAMID HASSAN

 2                      A P P E A R A N C E S:

 3    For the Plaintiff:

 4               COZEN O'CONNOR

 5               One Liberty Place

 6               1650 Market Street

 7               Philadelphia, PA 19103

 8               BY: SEAN CARTER, ESQ.

 9

10

11

12               MOTLEY RICE

13               28 Bridgeside Boulevard

14               Mount Pleasant, SC 29464

15               BY: ROBERT HAEFELE, ESQ.

16

17

18

19

20

21

22

23

24

25
```

```
 1                  DR. HUSSEIN HAMID HASSAN

 2     Attorneys for the Defendants:

 3              JONES DAY

 4              51 Louisiana Avenue Northwest

 5              Washington DC 20001

 6              BY: STEVEN COTTREAU, ESQ.

 7                  RAYMOND JACKSON, ESQ.

 8

 9

10

11

12     ALSO PRESENT:

13     JUAN MORILLO:  QUINN EMANUEL

14     COURT REPORTER:  AILSA WILLIAMS

15     VIDEOGRAPHER:  MANU ROSSI

16

17

18

19

20

21

22

23

24

25
```

1                    DR. HUSSEIN HAMID HASSAN

2                          I N D E X

3    HUSSEIN HAMID HASSAN (Cont.)

4    EXAMINATION BY MR. COTTREAU:  Pg. 144

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    DR. HUSSEIN HAMID HASSAN

2     that he is a prophet, means a messenger of Allah

3     sent to human beings.  I mean his parents call him

4     Mohammed, this is his name after he was born, but

5     we say he is a messenger, after he was sent as

6     a messenger.

7                    Q.   In the Islamic religion, who sent

8     Mohammed as a messenger?

9                    A.   God.

10                    Q.   We have talked about your role as an

11     Islamic scholar a little bit.  Does Islamic mean

12     the same thing as shariah?

13                    A.   Islamic law means shariah, and

14     shariah means Islamic law.

15                    Q.   What is Islamic law?

16                    A.   Islamic law are the rules,

17     regulations governing the people's activities,

18     behaviors, revealed from Allah to his Prophet

19     Mohammed.  It means the source is from Allah, not

20     human source.

21                    Q.   Let me ask it this way.  As an

22     Islamic scholar, do you believe that there are

23     legal principles that come from the Islamic

24     religion?

25                    A.   Yes.

1                    DR. HUSSEIN HAMID HASSAN

2              Q.  I am sorry, if I could, just for the

3   court reporter's sake, if you can wait until

4   I finish the question.

5              Do you have an opinion on the terrorist attacks

6   of September 11, 2001?

7              A.  Yes.

8              MR. CARTER:  Objection, form.

9              MR. HAEFELE:  Objection.

10             Q.  Do you have a personal opinion about

11  whether it was a good thing that the terrorist

12  attacks of September 11, 2001 happened?

13             MR. HAEFELE:  Objection, form.

14             A.  It was the most criminal act

15  committed to innocent people.

16             Q.  You believe that the terrorist

17  attacks of September 11 was a criminal act?

18             A.  Criminal.  The most criminal act.

19             Q.  Most criminal act?

20             MR. CARTER:  Objection.

21             A.  I mean, if you have something more

22  than criminal act, it is crime against humanity,

23  against humanity.  It should not be like a simple

24  criminal case or criminal act.

25             Q.  Did anyone deserve to die as

1                    DR. HUSSEIN HAMID HASSAN

2                Q.   Have you ever tried to help Alqaeda

3    in any way?

4                A.   No.

5                Q.   From what you have read in the

6    media, do you believe that Alqaeda is a terrorist

7    group?

8                A.   Yes.

9                Q.   Why do you believe that?

10                A.   Because if the news, the media,

11    repeatedly, many times all over the world, then

12    this leads anyone to believe that this is true,

13    that Alqaeda is terrorist organization.  I have

14    reason to believe it.  I have reason to believe

15    it, because this is repeated many times, many

16    occasions.  Then, one should -- we are living in

17    the world, and one has good reason to believe that

18    Alqaeda is a terrorist organization.

19                Q.   From what you have read in the

20    media, what is your opinion about Alqaeda

21    committing terrorist attacks?

22                MR. CARTER:   Objection.

23                A.   They are criminals.   They are

24    criminals.

25                Q.   Some terrorists believe that

```
1                    DR. HUSSEIN HAMID HASSAN

2     clients in profits and losses and justice,

3     fairness and equality are not based on interest.

4     The Islamic bank is not giving interest to its

5     depositors.  It is not taking interest from its

6     clients who are seeking finance.  Just to give --

7              Q.  Dr. Hassan, if I could just ask

8     this.  Where is Dubai Islamic Bank based?

9              A.  In Dubai, in Emirate of Dubai.

10             Q.  Is Dubai in the United Arab

11    Emirates?

12             A.  Yes.

13             Q.  Do you hold a position with Dubai

14    Islamic Bank?

15             A.  Yes.

16             Q.  What is that position?

17             A.  Chairman of the Shariah Board of

18    Fatwa and Supervision.

19             Q.  Are you the Chairman of Dubai

20    Islamic Bank's Fatwa and Shariah Supervisory

21    Board?

22             MR. HAEFELE:  Object to the form.

23             A.  Yes.

24             Q.  I am going to refer to DIB's Fatwa

25    and Shariah Supervisory Board as "Shariah Board",
```

```
1                   DR. HUSSEIN HAMID HASSAN

2    okay?

3              A.   Yes.

4              Q.   When did you become the Chairman of

5    Dubai Islamic Bank's Fatwa and Shariah Supervisory

6    Board?

7              MR. HAEFELE:   Objection, form.

8              A.   In 1998.

9              MR. COTTREAU:   I am sorry, if I can hold

10   on one second.  You made a form objection.  What

11   was the form objection?

12             MR. HAEFELE:   It is leading.

13             MR. COTTREAU:   You believe the question

14   "when did you become the Chairman of Dubai Islamic

15   Bank's Fatwa and Shariah Supervisory Board" is

16   leading?

17             MR. HAEFELE:   Yes, because he testified

18   that he was the Chairman of the Supervisory Board

19   of Fatwa and Supervision.  You were feeding him

20   a portion of the answer to the question.

21             MR. COTTREAU:   There is nothing leading

22   about that question, Mr. Haefele.

23             MR. HAEFELE:   Okay.  All right, I would

24   say it mischaracterizes his testimony.

25             MR. COTTREAU:   That was not your
```

```
1                    DR. HUSSEIN HAMID HASSAN
2      objection and it is too late.
3                    MR. HAEFELE:  No, there is no other
4      question pending.
5                    MR. COTTREAU:  Have you served
6      continuously as the Chairman of DIB's Shariah
7      Board since 1998?
8                    A.  Yes.
9                    Q.  Prior to becoming Chairman of Dubai
10     Islamic Bank's Shariah Board, did you have any
11     other roles at Dubai Islamic Bank?
12                   A.  No.
13                   Q.  Prior to becoming Chairman of Dubai
14     Islamic Bank's Shariah Board, did you ever give
15     any training to Dubai Islamic Bank employees?
16                   A.  Yes.
17                   Q.  When did you provide training to
18     Dubai Islamic Bank employees?
19                   A.  I may recall.  Around 1976/77.
20                   Q.  Do you recall what you trained
21     employees about in 1976 or 1977?
22                   A.  Again?
23                   Q.  Do you recall the topics on which
24     you trained employees in 1976 or 1977?
25                   A.  It was how to train the new
```

1                    DR. HUSSEIN HAMID HASSAN

2                    MR. COTTREAU:  Dr. Hassan, what is

3    Islamic banking?

4                    A.  Islamic banking is banking, as we

5    know, commercial or conventional banking, except

6    that Islamic bankings is based on some principles.

7    The most important of these principles is that

8    instead of dealing with interest it is based on

9    participation in profit and loss, and justice,

10   fairness, equality, and such valuable principles.

11                   Q.  I want to take each of the

12   principles that you just mentioned that are

13   primary features of Islamic banking, one by one.

14   Is an Islamic bank allowed to charge its customers

15   interest?

16                   A.  No.

17                   Q.  How does it work then, if a customer

18   comes to a bank and would like to purchase, say,

19   a home?

20                   A.  When the bank receive depositors,

21   and they want to invest, to open investment

22   account or saving, saving account, the bank is not

23   giving them interest, but the bank invests their

24   deposits with the shareholders' capital, equity,

25   and then agree to distribute the profit, if any,

                    DR. HUSSEIN HAMID HASSAN

1   
2   and to share the loss if any.  This is from one
3   side.  When the bank utilize these deposits, the
4   bank finance its customers, not on the basis of
5   lending/borrowing, no.  No such contract of law.
6   No lending, no borrowing.  But on the same
7   principle of participation.  Let's say you have
8   a project, you carried a feasibility study, and
9   you want to establish this project but you don't
10  have funds.  You go to an Islamic bank.  The
11  Islamic bank will enter into participation with
12  you, will provide you with the capital of the
13  project, with the finance, on the condition that
14  if you get profit it will be distributed between
15  the bank and the customer.  If there is a loss,
16  the bank will lose its financing, its principal
17  capital, and the customer will lose only its
18  fault, its work.  It means, we used to say, that
19  Islamic banking is risk sharing and not risk
20  shifting, while if you go to a conventional bank,
21  just to make it clear, the conventional bank will
22  give you a loan with interest, and you should
23  return the loan with the interest.  Even if you
24  lose in your project, you bear the risk alone, the
25  loss' alone and the bank should get the profit in

1                    DR. HUSSEIN HAMID HASSAN

2    all cases.  This is Islamic banking in short, but

3    there are many other things.

4                    MR. HAEFELE:  Objection, non-responsive.

5    Move to strike.

6                    Q.  Is Islamic banking the same as

7    shariah banking?

8                    A.  Yes.

9                    Q.  And what is shariah?

10                   A.  Shariah means Islamic law, revealed

11   from God to his Prophet Mohammed, to convey it to

12   its followers.

13                   Q.  The prohibition of charging

14   customers interest in Islamic finance that you

15   mentioned, does that prohibition come from shariah

16   law?

17                   A.  Yes.

18                   Q.  You mentioned a couple of other

19   principles that were features of Islamic banking

20   one of which was fairness.  How does that

21   principle play in Islamic banking?

22                   A.  Yes, fairness, for example,

23   according to Islamic finance, you can't sell what

24   you don't own.  Before you sell any asset, you

25   should have title, you should have possession.

1              DR. HUSSEIN HAMID HASSAN

2     That means that short to say, for example, in the

3     conventional banking is not allowed under shariah,

4     because to get price or to sell something which

5     you don't own is not justice, is not fair.  If you

6     just buy something and pay price while the seller

7     is not able to deliver it to you, because he has

8     no possession of this thing, this is called

9     fairness and justice.  If you give price you

10    should get the subject of the sale.  If you lease

11    an asset, if there is a total loss of the asset,

12    rent should stop, because rent is for use.  Total

13    loss means that a contract terminates.  It

14    terminates.  No interest, no rent is to be paid.

15    Just I am giving examples.  But it is a set of

16    code of justice, ethics, should be done in Islamic

17    financing.

18              Q.  In Islamic banking, is an Islamic

19    bank allowed to overcharge customers?

20              A.  No.

21              Q.  Is overcharging customers prohibited

22    by Islamic law?

23              MR. CARTER:  Objection, form.

24              A.  Yes.

25              Q.  Under Islamic law, can an Islamic

1                    DR. HUSSEIN HAMID HASSAN

2     bank hide facts from its customers that are

3     relevant to transactions?

4              A.  Again, again?

5              Q.  Sure.  Under Islamic law, can an

6     Islamic bank hide facts from its customers?

7              A.  No.  It is deceit and it is

8     prohibited.

9              Q.  Besides the prohibition on interest

10    and the concepts that you have mentioned of

11    justice, fairness and equality, are there any

12    other primary features of Islamic banking?

13             A.  As I said, the most important

14    feature is, as I said, the risk sharing, and not

15    risk shifting, because this is the most important

16    principle.  We, in Islamic financing, consider it

17    injustice just for the human being's values if you

18    think and you have a project, and you want to

19    finance it, if you seek finance with interest,

20    means the whole cost and risk will be borne by

21    you, while you have ideas good to develop the

22    country, but you don't have money, but Islamic

23    banking considers your thinking, your idea, your

24    knowledge, your act is equal, humanly equal to any

25    capital.

 1                    DR. HUSSEIN HAMID HASSAN

 2                    MR. HAEFELE:  Objection, non-responsive.

 3     Move to strike.

 4              Q.   As I understand your testimony then,

 5     the most important features in your opinion of

 6     Islamic banking is that it prohibits interest,

 7     that it requires risk sharing and not risk

 8     shifting and that it has to promote justice,

 9     fairness and equality.  Is that accurate?

10                    MR. CARTER:  Objection, form.

11              A.   Yes.

12              Q.   What is the role of a Shariah Board

13     in Islamic finance?

14              A.   The role is to make sure that the

15     cases referred to it or submitted to it is decided

16     giving shariah opinions, which are consistent with

17     Islamic law.

18              Q.   Let's talk about Dubai Islamic Bank

19     Shariah Board for a few minutes.

20              A.   Yes.

21              Q.   During your tenure and your time at

22     Dubai Islamic Bank Shariah Board, did you and your

23     fellow Board members have to review all new

24     contracts that Dubai Islamic Bank was going to be

25     entering into with its customers?

Page 192

```
 1                  DR. HUSSEIN HAMID HASSAN
 2            A.  Again?
 3                 Q.  Sure.  During your time at Dubai
 4   Islamic Bank, did you have to look at all new
 5   contracts that the bank was going to be entering
 6   into with customers?
 7                 A.  No.
 8                 Q.  What contracts did you have to look
 9   at?
10                 A.  All kinds of financing contracts.
11   We approve a contract, not in specific names or
12   specific customers, but forms.  We approve forms,
13   specie contracts and then for the bank to apply.
14                 Q.  Does the bank have contracts with
15   its customers who have checking accounts?
16                 A.  Yes.
17                 Q.  Did you have to apply -- let me ask
18   it this way and start again.
19                 Did you have to approve the form of the
20   contract that Dubai Islamic Bank would have with
21   its checking account customers?
22                 A.  Yes.
23                 Q.  When you approve contracts that
24   Dubai Islamic Bank is going to enter into with
25   customers, do you issue a written opinion, as the
```

```
 1                   DR. HUSSEIN HAMID HASSAN
 2      Board?
 3               A.  Yes.
 4               Q.  Is there a name for the written
 5      opinion on whether the bank can issue a contract
 6      or not?
 7               A.  Again?
 8               Q.  Let me ask it this way.  What is
 9      a fatwa, as that term is used at Dubai Islamic
10      Bank?
11               A.  Islamic law opinion on a case
12      submitted to the Shariah Board.
13               Q.  Is the Islamic law opinion on cases
14      submitted to Dubai Islamic Bank Shariah Board in
15      writing?
16               A.  In writing?
17               Q.  Do you and your fellow Board members
18      collectively draft fatwas or Islamic law opinions
19      at Dubai Islamic Bank?
20               A.  Yes.
21               Q.  In reviewing contracts at Dubai
22      Islamic Bank, do you sometimes reject them as not
23      being fair to the customer?
24               A.  Yes.
25               Q.  Do you sometimes reject contracts
```

```
 1              DR. HUSSEIN HAMID HASSAN
 2    during your review at Dubai Islamic Bank because
 3    they are not transparent to the customer?
 4              MR. CARTER:  Objection, form.
 5              A.  Yes.
 6              Q.  Do you know whose idea it was to
 7    start Dubai Islamic Bank?
 8              A.  What?
 9              Q.  Do you know whose idea it was to
10    start Dubai Islamic Bank?
11              MR. CARTER:  Objection, foundation.
12              A.  Sheikh Sayeed Lootah.
13              Q.  Who is Sheikh Sayeed Lootah?
14              A.  He is a businessman, Emirati
15    national, and he is a learned man.
16              Q.  He is a real what?
17              A.  Learned man, a learned man.
18              Q.  Learned?
19              A.  Learned man.
20              Q.  Does that mean educated?
21              A.  It means that he is aware, involved
22    with Islamic financing, Islamic banking, that
23    interest is prohibited, so some alternative should
24    be done.  To think of that means he is not normal
25    businessman, he is someone who is learned.  I mean
```

1                    DR. HUSSEIN HAMID HASSAN

2              Q.  Has anyone ever told you at any time

3    in your career that Dubai Islamic Bank wanted to

4    promote terrorism?

5              A.  No.

6              Q.  Has anybody ever told you in all of

7    your career that Dubai Islamic Bank should help

8    terrorists?

9              A.  No.

10              Q.  When Dubai Islamic Bank was founded,

11    in approximately 1975, to your knowledge, was it

12    the only Islamic bank in the world?

13              MR. CARTER:  Objection, form,

14    foundation.

15              A.  Yes.

16              Q.  When you conducted training at Dubai

17    Islamic Bank, in approximately 1976 or 1977, was

18    Dubai Islamic Bank the only Islamic bank in the

19    world, to your knowledge?

20              A.  Yes, but before Dubai Islamic Bank

21    there was an attempt by an Egyptian person, banker

22    called Mohamed Al Nagar.  Mohamed Al Nagar studied

23    PhD in Germany, and he studied cooperative

24    banking, which is almost similar to Islamic

25    banking, operating not on interest basis but on