# EXHIBIT 6

This Transcript Contains Confidential Material

1              UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF NEW YORK

3                       -   -   -

4

5    IN RE: TERRORIST      :

6    ATTACKS ON            :      03-MDL-1570

7    SEPTEMBER 11, 2001    :    (GBD)(SN)

8    -------------------------------------------

9                       -   -   -

10              Friday, October 4, 2019

11                      -   -   -

12            THIS TRANSCRIPT CONTAINS

13            CONFIDENTIAL MATERIAL

14                      -   -   -

15        Videotaped deposition of JUDGE ALAN

16   FINE, taken pursuant to notice, was held at the

17   law offices of Jones Day, 600 Brickell Avenue,

18   Miami, Florida, beginning at 9:54 a.m., on the

19   above date, before Lisa V. Feissner, RDR, CRR,

20   Notary Public.

21

22                      -   -   -

23            GOLKOW LITIGATION SERVICES

        877.370.3377 ph | 917.591.5672 fax

24              deps@golkow.com

This Transcript Contains Confidential Material

```
 1   APPEARANCES:
 2      ANDERSON KILL
        BY: JERRY S. GOLDMAN, ESQUIRE
 3      1251 Avenue of the Americas
        New York, New York 10020
 4      (212) 278-1569
        jgoldman@andersonkill.com
 5          and
        COZEN O'CONNOR P.C.
 6      BY:  J. SCOTT TARBUTTON, ESQUIRE
        (via telephone)
 7      One Liberty Place
        1650 Market Street
 8      Suite 2800
        Philadelphia, Pennsylvania 19103
 9      (215) 665-2000
        starbutton@cozen.com
10      -- Representing the Plaintiffs'
           Executive Committee
11
12      JONES DAY
        BY: STEVEN T. COTTREAU, ESQUIRE
13      BY: GABRIELLE E. PRITSKER, ESQUIRE
        51 Louisiana Avenue, N.W.
14      Washington, D.C. 20001
        (202) 879-3939
15      scottreau@jonesday.com
        gpritsker@jonesday.com
16      -- Representing Dubai Islamic Bank
           and the Witness
17
18      LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
        BY:  AISHA E.R. BEMBRY, ESQUIRE
19      (via telephone)
        1101 New York Avenue, NW
20      Suite 1000
        Washington, D.C. 20005
21      (202) 833-8900
        aisha.bembry@lbkmlaw.com
22      -- Representing the Muslim World League and
           International Islamic Relief Organization
23
24
```

This Transcript Contains Confidential Material

```
 1    APPEARANCES:  (Continued)
 2       KELLOGG, HANSEN, TODD, FIGEL &
         FREDERICK, PLLC
 3       BY: MATTHEW M. DUFFY, ESQUIRE
         (via telephone)
 4       Sumner Square
         1615 M Street, N.W., Suite 400
 5       Washington, D.C. 20036
         (202) 326-7922
 6       mduffy@kellogghansen.com
         -- Representing the Kingdom of
 7          Saudi Arabia
 8

         THE LAW FIRM OF OMAR T. MOHAMMEDI, LLC
 9       BY: ALLY HACK, ESQUIRE
         (via telephone)
10       233 Broadway, Suite 820
         Woolworth Building
11       New York, New York 10279
         (212) 725-3846
12       info@otmlaw.com
         -- Representing the World Assembly
13          of Muslim Youth
14
15

      ALSO PRESENT:
16
         THOMAS K. FEISSNER, CLVS, Videographer
17
18
19
20
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1                        -   -   -
 2                     I N D E X
 3                        -   -   -
 4     Testimony of:
 5     JUDGE ALAN FINE                      PAGE
 6        By Mr. Goldman                 9, 131
          By Mr. Cottreau              76, 143
 7
 8                        -   -   -
 9                  E X H I B I T S
10                        -   -   -
       FINE
11     EXHIBIT NO.      DESCRIPTION          PAGE
12     269    Notice of Oral Deposition of     10
              Alan Fine
13
       270    LexisNexis printout of State     24
14            Department Briefing
              Briefer: James Foley
15            dated July 8, 1999
              PEC-DIB000803 - PEC-DIB000812
16
       271    Composite of documents           38
17            DIB_003159 - DIB_003177
              DIB_003187 - DIB_003219
18            DIB_005640
              DIB_003221 - DIB_003241
19
       272    Copy of faxed article            97
20            to Alan Fine, Esq.
              from Rob Ellison
21            dated 8th July, 1999
              DIB_003159 - DIB_003160
22
       273    Copy of billing records          98
23            DIB_003217 - DIB_003228
24
```

This Transcript Contains Confidential Material

1          A.    These are the second and the third

2    articles.

3          Q.    The first article?

4          A.    Was attached to a telefax that I

5    received the morning of July 12th.  It was from

6    Rob Ellison.  It was from a London paper.  I

7    think it -- at least an English paper.  I'm not

8    sure if it was a London paper.

9          Q.    You indicated a couple of minutes

10   ago that you had two assignments.  One was to

11   make inquiries with the U.S. government or

12   other government officials, and the second, to

13   explore a potential defamation claim.  Did I

14   state that correctly?

15         A.    Yes.  And in connection with the

16   defamation claim, to try to correct the

17   information which we believed to be false.

18         Q.    Let's deal with the first part of

19   your assignment, the inquiries with U.S.

20   government officials.  What steps did you take

21   with regard to inquiring as to the veracity of

22   the allegations contained?

23         A.    We -- I called the State

24   Department, attempting to reach Christopher

This Transcript Contains Confidential Material

1   Bush and Joe Reap.  I was able to get

2   Christopher Bush on the phone.

3          Q.    Could you spell the name of the

4   second person, if you could?

5          A.    I believe it's R-E-A-P.

6          Q.    Okay.

7          A.    And I was referred to a

8   Mr. Kashkett --

9          Q.    Could you spell that, if you could?

10         A.    K-A-S-H-K-E-T-T.

11               -- as the person who would have the

12  most knowledge regarding any facts that could

13  possibly substantiate the allegations that were

14  made in the press reports.

15         Q.    Why did you reach out to those

16  particular individuals -- the first two

17  particular individuals?

18         A.    The press conference that was given

19  was by the Department of State, I believe a

20  Mr. Foley, and so we reached out to the State

21  Department since that's who was the one making

22  the statements.  And Mr. Kashkett was a Middle

23  Eastern -- I think it was on the Middle Eastern

24  desk, and he was a counterterrorism expert,

This Transcript Contains Confidential Material

1          A.    Yes.

2          Q.    Was that by telephone or

3     electronically?

4          A.    Telephone.

5          Q.    And what, if anything, did that

6     individual tell you?

7          A.    He said that we wouldn't find

8     anything in the name of Osama bin Laden and

9     that it would not be in any international wire

10    transfers, that it was either in domestic wire

11    transfers or withdrawals from accounts, through

12    other names.

13         Q.    Did he give you the other names?

14         A.    He did not.

15         Q.    Did you ask him for the other

16    names?

17         A.    Yes.   That was the purpose for my

18    phone call.   The bank had already done a search

19    for any accounts, any transfers from, any

20    transfers to Osama bin Laden with negative

21    results, meaning there was nothing.   So we were

22    looking, what are the facts that support these

23    allegations?   And I was referred to the guy who

24    was supposed to know, and he either didn't know

This Transcript Contains Confidential Material

1    or declined to tell me.

2          Q.   Do you know which it was, that he

3    didn't know or whether he declined to tell you?

4          A.   I do not.

5          Q.   Did he tell you that, I can't give

6    you that information, or did he tell you that,

7    I don't know the information?

8          A.   He didn't say either one.  He just

9    didn't answer.

10         Q.   When did the bank look to see if

11   there were any accounts in the name of Osama

12   bin Laden?

13         A.   It was in two parts.  In connection

14   with the fraud and embezzlement, the bank had

15   done an initial search to see if any of the

16   monies had any connection to any Islamic

17   institutions and whether or not they had any

18   connection to Osama bin Laden.  The bank was

19   trying to figure out why this happened, how it

20   happened, where the money went.  And there were

21   negative results, meaning there was no contact

22   in any way, shape, or form with Osama bin Laden

23   then.  And either at that time or both at that

24   time and immediately after the article came

This Transcript Contains Confidential Material

1    out, Mr. Ellison conducted a search to see if

2    there were any accounts in the name of Osama

3    bin Laden, prior to my learning about it on

4    July 12th when I came into the office.

5         Q.    So that was prior to your learning

6    about it and obviously prior to your call with

7    the State Department?

8         A.    Yes.

9         Q.    Do you know, as part of the broader

10   search, the embezzlement search, what names the

11   bank used for its search?

12        A.    I do not, other than "Osama bin

13   Laden."

14        Q.    Who handled that search, the

15   broader -- I'll use the word "broader search"?

16        A.    Rob Ellison, who had direct access

17   with terminal access in his office to the

18   bank's records.

19        Q.    So it was Mr. Ellison who conducted

20   that search, or his subordinates?  Or do you

21   know?

22        A.    My understanding is that he did it.

23   Any assistance that he needed was provided.

24   That was my understanding at all times.

This Transcript Contains Confidential Material

1              Just a little context, at the time

2    he was hired, the bank had been, in effect,

3    intervened in, and the government was calling

4    the shots rather than a private owner.  So he

5    was hired with the mandate to find out what

6    happened, how it happened, the mechanics, and

7    then to try to get all the money back.

8         Q.    Can you please elaborate a little

9    bit more as to the allegations, the substance

10   of this alleged embezzlement?  You said it was

11   several hundred million dollars?

12        A.    Yeah, 242, 244 million dollars.

13        Q.    That's real money.

14        A.    It's a whole lot of money, and it

15   wiped out the equity of the people that owned

16   the bank, or a large portion of it.

17        Q.    So the government of the UAE

18   intervened in some manner as a result of that

19   episode?

20        A.    That's correct.

21        Q.    And when you say "intervened," do

22   you mean assumed management control?  Do you

23   mean ownership control?  Do you mean

24   supervision?  Or something else?

This Transcript Contains Confidential Material

1      A.    There was a change in ownership.

2   My understanding is, the government took a

3   minority ownership position.   But the

4   management was answerable directly to the

5   Central Bank and the Ruler or the Ruler's

6   office.

7      Q.    So during all times that you were

8   dealing with the bank and Mr. Ellison, the

9   control or supervision of the bank was the

10  government?

11     A.    That's my understanding, yes.

12     Q.    And when did this first take place?

13  When did the government take that position, to

14  the best of your knowledge?

15     A.    I believe it was early 1998.   The

16  Central Bank was auditing on a daily basis

17  during a period of time in '98, maybe even into

18  1999.

19     Q.    And throughout your relationship

20  with the bank with regard to this -- these two

21  matters, the bank was under the control and

22  supervision of the government of the UAE?

23     A.    Yes.

24     Q.    Let's get a bit deeper, if we can,

This Transcript Contains Confidential Material

1    into the allegations of this embezzlement.

2    What was the nature of the allegation, besides

3    240 million dollars missing?

4         A.    An individual from outside the

5    bank, who I'll call Sissoko -- he has a very

6    long name, but... Sissoko -- influenced the

7    president of the bank, who was the head of the

8    Dubai branch, to wire-transfer, at the

9    direction of Sissoko, over two hundred million

10   dollars.   Part of the total loss was the

11   covering of credit card charges, but it was

12   almost all wire transfers.

13        Q.    And do you have an approximate

14   spelling for the court reporter?

15        A.    S-I-S-S-O-K-O.

16        Q.    And did you ultimately determine

17   where that money went?

18        A.    We were able to determine with

19   precision the initial place where it was

20   transferred to, and a very large portion of our

21   job was tracing it after that, and yes, we were

22   able to find that it came to rest in the

23   ownership of various pieces of real estate, was

24   given away as gifts either in cash or in

This Transcript Contains Confidential Material

1    starting an airline.

2         Q.   Okay.   And where was he based?

3         A.   In Mali.

4         Q.   Okay.   Was action ever taken as a

5    result -- legal action, either civil or

6    criminal, with regard to these

7    misappropriations?

8         A.   Yes.

9         Q.   And where did that take place?

10        A.   We had a lawsuit in Miami.   There

11   was a lawsuit in -- there were multiple

12   lawsuits in New York.   There were attempts to

13   have him extradited that were unsuccessful.

14   Right now I can't remember if we initiated

15   litigation in other places.

16        Q.   And that's fair, sir.

17             You indicated there were inquiries

18   made if this had anything to do with any sort

19   of -- I'll use the word loosely -- Islamic

20   group?

21        A.   Mm-hmm.

22        Q.   Why were those inquiries made?

23        A.   The genesis of the relationship

24   between Sissoko and Mohammed Ayyoub, who was

This Transcript Contains Confidential Material

1          A.   Or -- it's possible that it was the

2    Emir of the UAE.  But I thought it was

3    referring to Dubai.

4          Q.   Looking at the next paragraph,

5    quote, As you know, we have been in regular

6    touch with U.S. Customs and with the Justice

7    Department and no mention has been made of any

8    of these issues, closed quote.

9               In what regard was there regular

10   communications with Justice and Customs?

11         A.   So Mr. Sissoko was charged, and I

12   believe he pled guilty, to the falsification of

13   export certificates on two helicopters that he

14   was trying to move from Miami to Africa, I

15   think Mali specifically, and so the Justice

16   Department prosecuted him but the investigation

17   was through Customs because that's who controls

18   the export certificates investigations.

19         Q.   And you were the point person on

20   those communications?

21         A.   I was involved.  I would believe

22   that Mr. Ellison had some direct communication

23   with them other than my direct communication

24   with them.

This Transcript Contains Confidential Material

1          Q.   Skipping down a couple of

2    paragraphs, referring to a KPMG investigation.

3          A.   Yeah.

4          Q.   What was that investigation, sir,

5    if you know?

6          A.   Yeah.   Once the fraud and

7    embezzlement were discovered, the bank not only

8    undertook to understand all of the facts of

9    where the money went in order to recover it,

10   but also to find out what at the bank needed to

11   be cleaned up in terms of internal controls so

12   that this type of thing couldn't happen in the

13   future.   There was also a look-back at the

14   firm's auditor during the period of time that

15   the transfers took place because it was never

16   flagged in any way or brought to the attention

17   of any management by the auditors.

18          Q.   Turning to the next page, 3160

19   Bates stamp.

20          A.   Yep.

21          Q.   Is that the first article that you

22   had referred to earlier in your testimony?

23          A.   Exactly.   Yes, it is.   This was

24   page 2 of the fax.   Page 1 was the letter we

This Transcript Contains Confidential Material

1          Q.    Who was there on behalf of DIB?

2                MR. COTTREAU:   Objection,

3          mischaracterizes prior testimony.

4          A.    I don't think there was anyone who

5     was there on behalf of DIB.

6          Q.    Okay.   But somebody relayed this

7     information --

8          A.    Yes.

9          Q.    -- to Mr. Ellison?

10         A.    So when he was hired, his coming

11    into the bank required approval from the

12    Ruler's court or the Ruler's office or the

13    Ruler himself.   I don't know specifically.   But

14    it was beyond the bank.   And he had worked for

15    banks in that part of the world previously, and

16    he had other contacts outside the bank.

17         Q.    Got you.   With regard -- you had

18    indicated that there was two accounts that were

19    then subsequently closed?

20         A.    Yes.

21         Q.    Can you elaborate a bit more on

22    that?

23         A.    I don't think so.

24         Q.    What do you know?

This Transcript Contains Confidential Material

1    behalf of the UAE or Dubai who may have been

2    involved?

3         A.    No.

4         MR. GOLDMAN:  Off the record.

5         (A discussion was held off the

6    record.)

7         MR. GOLDMAN:  Go back on the

8    record.

9         Steve?

10        MR. COTTREAU:  Thank you.

11                  EXAMINATION

12   BY MR. COTTREAU:

13        Q.    Judge Fine, where did you grow up?

14        A.    Fort Lauderdale, Florida.

15        Q.    And where did you attend high

16   school?

17        A.    Nova High School.

18        Q.    And where did you go to college?

19        A.    Princeton University.

20        Q.    Did you play any sports in college?

21        A.    I did.

22        Q.    And what did you do in college with

23   respect to athletic activity?

24        A.    I was on the swim team.

This Transcript Contains Confidential Material

1          Q.    Varsity swim team?

2          A.    Yes.

3          Q.    For how long?

4          A.    Four years.

5          Q.    Did you graduate from Princeton

6    University?

7          A.    Yes.

8          Q.    What year did you graduate in?

9          A.    1979.

10         Q.    Did you have a degree in connection

11   with your graduation?

12         A.    Yes.

13         Q.    What was the degree?

14         A.    AB.  And it's usually BA, but at

15   Princeton it's an AB.

16         Q.    And what was your major?

17         A.    Politics and American studies.

18         Q.    Did you receive any special honors

19   from Princeton University?

20         A.    Yes.

21         Q.    What did you receive?

22         A.    I graduated magna cum laude, and I

23   received the Willard Thorp -- I was a co-winner

24   of the Willard Thorp Thesis Prize for -- in

This Transcript Contains Confidential Material

1    American studies.

2         Q.    After you graduated from Princeton

3    University, did you go to law school or did you

4    work?

5         A.    Both, but I -- I worked for one

6    year after law school -- after college, and

7    then I went to law school.

8         Q.    And where did you work for one year

9    after you graduated from Princeton University?

10        A.    The Nuclear Regulatory Commission.

11        Q.    Is that part of the U.S.

12   government?

13        A.    Yes.

14        Q.    So you were a U.S. government

15   employee after graduating from Princeton

16   University?

17        A.    Yes.

18        Q.    Where did you go to law school?

19        A.    The University of Florida.

20        Q.    Did you graduate from University of

21   Florida law school?

22        A.    Yes.

23        Q.    And when did you graduate?

24        A.    1983.

This Transcript Contains Confidential Material

```
1          A.    Three.

2          Q.    Are you a Muslim?

3          A.    No.

4          Q.    What religion are you?

5          A.    I'm Jewish.

6          Q.    Do you belong to a synagogue?

7          A.    I do.

8          Q.    What synagogue do you belong to?

9          A.    Temple Beth Am.

10         Q.    How long have you been a member of

11   Temple Beth Am?

12         A.    About 25 years.

13         Q.    Have you ever held any positions at

14   the temple?

15         A.    Yes.

16         Q.    What positions are those?

17         A.    I was temple counsel, which in

18   effect is general counsel for the temple, from

19   2009 until December 2012.  And that position

20   made me a member of the executive board.  And

21   then I believe I was off the board -- I may

22   have been asked to stay on from December of '12

23   to May of '13, but I'm not sure.  And then in

24   May of '13, I came back on the board as a
```

This Transcript Contains Confidential Material

1  effort to make sure that money was as wisely

2  spent as possible.

3         Q.   Did you ever serve as the

4  externship director for child welfare at FIU?

5         A.   Yes, I did.

6         Q.   And what was that job?

7         A.   I was, in effect, a professor for a

8  seminar for law students on the topic of child

9  welfare.

10         Q.   And what is FIU?

11         A.   Florida International University.

12         Q.   Is that a local college here?

13         A.   And law school, yes, and med

14  school.

15         Q.   What is your current job?

16         A.   I'm a circuit court judge.

17         Q.   And what is a circuit court judge?

18         A.   I'm a trial-level judge.  Circuit

19  court is the court that has jurisdiction -- in

20  civil cases, there's a minimum threshold, and

21  then it's an unlimited amount in general

22  jurisdiction.  And the other divisions are the

23  juvenile division, where I served on the

24  dependency side for four years; criminal

This Transcript Contains Confidential Material

1        Q.    You mentioned earlier that -- in

2    response to a question by Mr. Goldman that you

3    I think served for 28 years as a commercial

4    litigator prior to becoming a judge?

5        A.    Yes.  My first year out of law

6    school, I clerked for a federal district court

7    judge, and then I joined a law firm, and then

8    from that point on I was in private practice

9    until February 1st of 2013.

10       Q.    And what does it mean to be a clerk

11   for a judge?

12       A.    I was clerking for a federal

13   district court judge, which is a trial-level

14   judge.  It's a full-time, paid position, doing

15   research and writing for the judge, assisting

16   in -- almost always on the civil cases.  Even

17   though the judge had a criminal docket, the law

18   clerks worked the vast majority of the time

19   helping review pleadings that had been filed

20   and doing research and draft orders.

21       Q.    And while you were a commercial

22   litigator before you became a judge, did there

23   come a time when you started your own law firm?

24       A.    Yes.

This Transcript Contains Confidential Material

```
 1          A.    Yes.
 2          Q.    What was your understanding of what
 3    an Islamic bank was?
 4          A.    My principal understanding of the
 5    difference between an Islamic bank and any
 6    other bank is that the bank was not allowed to
 7    charge interest under Islamic law.
 8          Q.    And did there ever come a time when
 9    you did legal work for Dubai Islamic Bank?
10          A.    Yes.
11          Q.    And when did you begin working for
12    DIB?
13          A.    1998.
14          Q.    And what were you initially hired
15    by DIB to do in 1998?
16          A.    Assist the bank in tracing money
17    that had been stolen from the bank, identifying
18    sources of recovery and then pursuing those
19    sources of recovery.
20          Q.    And how did you come to the
21    attention of Dubai Islamic Bank?
22          A.    My former law partner, William
23    Richey, was the one contacted by Rob Ellison,
24    who was working for the bank, and he brought me
```

This Transcript Contains Confidential Material

1    in and we co-counseled the representation.

2         Q.    And do you know how Bill Richey

3    came to the attention of Dubai Islamic Bank?

4         A.    My recollection is that there was a

5    lawyer in London with whom Bill had worked that

6    Mr. Ellison knew, and that that lawyer, whose

7    first name is Tony but I can't remember the

8    last name, that he referred Mr. Ellison to

9    Bill.

10         Q.    While you did legal work for Dubai

11    Islamic Bank, who was your primary point of

12    contact at Dubai Islamic Bank?

13         A.    Rob Ellison.

14         Q.    What was Rob Ellison's role at

15    Dubai Islamic Bank?

16         A.    He was hired to assist in the

17    internal -- to be in charge of the

18    investigation into what happened with this

19    fraud and embezzlement, how did it happen, why

20    did it happen, try to get the money back.  That

21    was my understanding of his initial role at the

22    bank.

23         Q.    Is the fraud and embezzlement that

24    you just referred to generally referred to as

This Transcript Contains Confidential Material

1   the Sissoko fraud?

2         A.   I call it the Sissoko fraud, but

3   yes.

4         Q.   Sissoko.   At any point in time, did

5   you ever learn any facts that the Sissoko fraud

6   had anything to do whatsoever with terrorism?

7         A.   No.   And to the contrary.

8         Q.   What's your understanding of

9   Mr. Ellison's background or expertise?

10         A.   That he had assisted numerous other

11   financial institutions in identifying problems

12   within the bank and pursuing -- in the event

13   that there were losses, assisting the bank in

14   putting together a legal team to go after the

15   money.

16         Q.   Did Rob Ellison have extensive

17   knowledge about banking?

18         A.   Yes.

19         Q.   Did he understand bank records, in

20   your experience?

21         A.   Yes.

22         Q.   Do you know when Rob Ellison began

23   working for Dubai Islamic Bank?

24         A.   Either late '97 or early '98 is my

This Transcript Contains Confidential Material

1          Q.    And with respect to investigating

2     the allegations in The New York Times and in

3     other publications about Dubai Islamic Bank and

4     a potential connection to Osama bin Laden, what

5     is your understanding of Rob Ellison's

6     authority to act for the bank?

7          A.    In terms of conducting an

8     investigation, unlimited.  With regard to

9     filing a lawsuit against The New York Times or

10    even sending a demand letter, he sought -- I

11    know he sought approval for those things.

12         Q.    With respect to your work for Dubai

13    Islamic Bank, did you receive all of your

14    approvals from Rob Ellison?

15         A.    Yes.

16         Q.    Besides communicating in person and

17    over the telephone, how else did you regularly

18    communicate with Rob Ellison?

19         A.    Telefax.

20         Q.    Facsimile?

21         A.    Yes.

22         Q.    And what is a facsimile?

23         A.    It's a form of telecommunications,

24    it travels over the telephone lines and it

This Transcript Contains Confidential Material

1       Q.    And what degree of confidence did

2   you have in the work of Rob Ellison?

3       A.    Complete confidence.

4       Q.    You mentioned in a prior answer

5   that Rob Ellison is now deceased?

6       A.    Yeah.

7       Q.    Do you recall approximately when he

8   passed away?

9       A.    In 2002.

10       Q.    Do you know what he died of, what

11   caused his death?

12       A.    No.   Other than to describe it as

13   natural causes.

14       Q.    After you were hired to look into

15   the Sissoko fraud and embezzlement, did there

16   ever come a time when your engagement with

17   Dubai Islamic Bank expanded?

18       A.    Yes.

19       Q.    When was that?

20       A.    In July 1999.

21       Q.    And how did your engagement expand?

22       A.    Mr. Ellison made me aware of a

23   newspaper article that made allegations

24   detrimental to the bank, and we started to

This Transcript Contains Confidential Material

1    investigate those allegations.

2              MR. COTTREAU:  Can we take a break?

3              VIDEO OPERATOR:  We are now going

4        off the video record.  The time is

5        12:06.

6              (Recess from 12:06 p.m. until

7        12:17 p.m.)

8              (Exhibit Fine-272 marked for

9        identification and attached to the

10       transcript.)

11             VIDEO OPERATOR:  We are now going

12       back on the video record.  The time is

13       12:17.

14   BY MR. COTTREAU:

15       Q.    Judge Fine, I'm going to show you

16   what's been marked as Exhibit 272.  It's a

17   two-page document Bates stamped DIB_003159 to

18   3160.  Ask you to take a look at this document

19   and if you could tell me whether you recognize

20   the document.

21       A.    Yes, I do.  It's the first two

22   pages of Exhibit 271.  But I also recognize it

23   from before that.

24       Q.    Do you recognize Exhibit 272 as a

This Transcript Contains Confidential Material

1    fax that you received from Rob Ellison on or

2    about July '11, 1999?

3         A.    Yes.

4         Q.    And did you have an understanding

5    as to whether this letter began the expansion

6    of your representation for Dubai Islamic Bank?

7         A.    Yes.

8         Q.    And what was that expansion?

9         A.    At the time of this fax,

10   Mr. Ellison was aware of an article from a

11   London paper that he attached as -- to the

12   cover page and asking us to assist in

13   investigating the allegations that were made in

14   the article and to advise the bank accordingly.

15        Q.    And did you accept that invitation

16   to expand your engagement for Dubai Islamic

17   Bank?

18        A.    Yes.

19             (Exhibit Fine-273 marked for

20        identification and attached to the

21        transcript.)

22   BY MR. COTTREAU:

23        Q.    Let me show you what's been marked

24   as Exhibit 273.  Ask you if you could take a

This Transcript Contains Confidential Material

1    connection to Osama bin Laden, did Bill Richey

2    work on those matters with you?

3         A.   Yes.

4         Q.   When you received the fax at

5    Exhibit 272 on July 12th, what do you recall

6    doing in response?

7         A.   The request in the telefax was that

8    Mr. Ellison would appreciate my thoughts on the

9    issue.  So I called him and we spoke about it.

10   And I reached out to lawyers that we were

11   working with in Washington, D.C.  We were

12   working with them on the Sissoko matter, and

13   because they were in D.C. and this information

14   appeared to originate in D.C., I wanted to get

15   their thoughts as well.

16        Q.   Okay.  Let me try to break that

17   down.  Do you recall -- what do you recall from

18   your conversation with Rob Ellison about

19   setting up a game plan on July 12th to

20   investigate?

21        A.   The main thing was to try to find

22   out if there were any facts to support the

23   allegations that had been made in the

24   newspaper, and to get information that would

This Transcript Contains Confidential Material

1    assist the bank in continuing its investigation

2    internally into those allegations.

3         Q.    Did Mr. Ellison tell you anything

4    about the facts on the ground as he understood

5    it in Dubai in terms of whether the allegations

6    were true or false?

7         A.    Yes.  He was adamant that they were

8    false, that the bank had no relationship with

9    Osama bin Laden, that the bank had

10   cross-referenced all of the transactions

11   involved in the Sissoko case with bin Laden's

12   name and he did not show up on that, that that

13   had been done maybe six months before I got

14   started working -- well, some months before I

15   got started working for the bank.  And then as

16   a result of this press release, done another

17   check for that name in whatever variation of

18   spellings it might be.

19        Q.    And when you say "that name," you

20   mean the name of Osama bin Laden?

21        A.    Exactly.

22        Q.    Did Rob Ellison tell you anything

23   about whether the bank was willing to cooperate

24   with the United States government when you

This Transcript Contains Confidential Material

1    spoke with him on July 12th?

2        A.   Yes.

3        Q.   What did he tell you?

4        A.   Not only that the bank was willing

5    to cooperate, but that I, on behalf of the

6    bank, should extend the offer of cooperation to

7    the government officials that I was going to

8    speak to because that was part of getting the

9    information from them, that we wanted to act on

10   it.  We took the allegation very seriously and

11   wanted to deal with it.

12       Q.   And I direct your attention to your

13   billing records at Exhibit 273 on the second

14   page.  The page is marked DIB_005640.  There's

15   a narrative in the middle of that page, a

16   paragraph that describes some things that were

17   done.  Were those things that are described on

18   page 5640 of Exhibit 273 actions taken by you?

19       A.   Yes.

20       Q.   And on what date did you take those

21   actions?

22       A.   Monday, July 12th.

23       Q.   And what is the first action that's

24   reflected in the entry on page 5640 of Exhibit

This Transcript Contains Confidential Material

1    273?

2          A.    That I reviewed the article that

3    Mr. Ellison sent.

4          Q.    Is that the article in the London

5    Times?

6          A.    Yes.  It's page 2 of the fax,

7    Exhibit 272.

8          Q.    What's the second task that you

9    took on Monday, July 12th, 1999 as reflected in

10   your billing records?

11         A.    I called Mr. Ellison.

12         Q.    And you recall that conversation?

13         A.    Yes.

14         Q.    And that's the one that you just

15   detailed?

16         A.    Yes.

17         Q.    And what's the third action that

18   you took on Monday, July 12th, as reflected in

19   your billing records on page 2 of Exhibit 273?

20         A.    The third action reflected in my

21   records is a telephone conference with

22   Christopher Bush at the United States

23   Department of State in the public affairs

24   office.

This Transcript Contains Confidential Material

1        Q.    And do you know how Christopher

2   Bush came to your attention?

3        A.    I believe Mr. Richey is the one who

4   suggested that I call him.

5        Q.    And I'd just note that there's no

6   conversation with Bill Richey on this billing

7   record of page 2 of 273.  Do you find that

8   unusual?

9        A.    I wish it was unique.  I wish it

10  was the only time I didn't put something in my

11  time records that I actually did.  But while I

12  make every effort to put everything in, I'm

13  sure that more than a few times over the course

14  of my career I did not include everything in my

15  time records.

16       Q.    Okay.  And what do you recall with

17  respect to your conversation with Christopher

18  Bush at the U.S. State Department?

19       A.    The only information that I got

20  from him -- he might have been the one to tell

21  me about the press conference and that there

22  had been a press release, and I'm pretty sure

23  he's the person that gave me the name of

24  Mr. Kashkett as the person who would have the

This Transcript Contains Confidential Material

1    information I was looking for, that the bank

2    was looking for.

3                    (Exhibit Fine-274 marked for

4              identification and attached to the

5              transcript.)

6    BY MR. COTTREAU:

7         Q.   I'm going to show you what's been

8    marked as Exhibit 274.  Are these handwritten

9    notes that relate -- well, let me ask you this

10   question.  Do you recognize this document?

11        A.   Yes.

12        Q.   And what is Exhibit 274?

13        A.   Those are my handwritten notes from

14   I believe July 12th, 1999.

15        Q.   And do you think these handwritten

16   notes reflect the discovery of Christopher Bush

17   as a person that you wanted to reach out to?

18        A.   Yes.

19                  (Exhibit Fine-275 marked for

20             identification and attached to the

21             transcript.)

22   BY MR. COTTREAU:

23        Q.   I show you what's been marked as

24   Exhibit 275.  Do you recognize Exhibit 275?

This Transcript Contains Confidential Material

1          A.      Yes.

2          Q.      What is Exhibit 275?

3          A.      A copy of my handwritten notes from

4    I believe July 15th, 1999.

5          Q.      If I could have you turn to page

6    DIB_003222 of Exhibit 273.

7          A.      Yes.

8          Q.      There's a record on the middle of

9    the page dated 7-15-99.  Is that a record that

10   relates to activities that you conducted on

11   July 15th, 1999?

12         A.      Yes.

13         Q.      And can you tell me what activity

14   is reflected on July 15, 1999 in your billing

15   records?

16         A.      Although misspelled, my telephone

17   conversation with Steve Kashkett.

18         Q.      And does it reflect that Steve

19   Kashkett is the Middle East chief of the State

20   Department counterterrorism section?

21         A.      That is what I was told in advance

22   and what he represented himself to be.

23         Q.      Why did you reach out to the U.S.

24   State Department?

This Transcript Contains Confidential Material

1           A.    Because the information in The New

2   York Times article appeared to have come from

3   the State Department.   The State Department was

4   the only agency going public through the press

5   conference that Mr. Foley had on -- I believe

6   it was July 8th.   So that's the agency that was

7   up front, out in public.   We called them.

8           Q.    And is the State Department part of

9   the United States federal government?

10          A.    Yes.

11          Q.    And what are the responsibilities

12  generally as you understand them to be of the

13  United States State Department?

14          A.    To manage our relations with other

15  countries.

16          Q.    Going back to your conversation on

17  July 12th, the first day that you received the

18  fax from Rob Ellison asking you to help with

19  respect to the allegations made in the press

20  concerning Dubai Islamic Bank and a possible

21  connection to Osama bin Laden, you had a

22  conversation with Christopher Bush.   What do

23  you recall about that conversation?

24          A.    I explained to him why I was

This Transcript Contains Confidential Material

1    calling, which was that the bank had been made

2    aware of this article and the bank had

3    conducted a search for anything in Osama bin

4    Laden's name.  We came up with nothing.  We

5    wanted to know if they had any information that

6    could help identify any facts related to the

7    allegations.

8         Q.   Did you express any opinion or

9    statement to Christopher Bush about whether the

10   bank was willing to cooperate with the United

11   States government?

12        A.   Yes.  Mr. Ellison asked me to --

13   well, instructed me to make sure that the

14   government knew that we wanted to do this in a

15   cooperative way, that we took the allegations

16   seriously, that we wanted to know what they

17   were talking about.  Because initially -- I

18   mean, at that time, we had no idea where this

19   was coming from.

20        Q.    And did Christopher Bush at the

21   U.S. State Department, during your conversation

22   with him on July 12th, 1999, tell you anything

23   about whether the allegations in the press were

24   true or not about Dubai Islamic Bank?

This Transcript Contains Confidential Material

1      A.    I don't think he had any

2   information, and he did not provide me with any

3   specific information.   If I'm not mistaken, he

4   is the person who referred me to Mr. Kashkett.

5      Q.    If I could direct your attention to

6   Exhibit 274 which are your handwritten notes

7   from July 12th, 1999, there's a notation at the

8   bottom of those notes.   Can you read that for

9   me, that starts with "public," I think?

10      A.    Public affairs - counterterrorism,

11   Joe Reap, 202-647-8682.

12      Q.    Do you recall whether you ever

13   spoke with Joe Reap?

14      A.    I know I tried to get in touch with

15   him.   I can't tell you today whether I actually

16   spoke to him or not.   It was either him or

17   Mr. Bush who gave me the information about

18   Mr. Kashkett.   But neither of them gave me any

19   substantive information about the allegations.

20      Q.    If I could direct your attention to

21   Exhibit 275 which are your handwritten notes of

22   your conversation with Steve Kashkett on July

23   15th, 1999.   What do those notes reflect?

24      A.    The highlights of my conversation

This Transcript Contains Confidential Material

1   with Mr. Kashkett.

2        Q.    And can you tell me everything that

3   you recall about the conversation with Steve

4   Kashkett at the U.S. State Department on July

5   15th, 1999?

6        A.    I identified myself, who I was

7   representing, why I was calling, told him that

8   the bank took the allegations seriously and

9   wanted to work with the government of the

10  United States to get this information, and if

11  there was information to be gotten, to deal

12  with it appropriately.   He indicated that we

13  would not likely find anything in the name of

14  Osama bin Laden, that transactions would be --

15  would have been done through a different

16  name -- that's the reference to a "through

17  cut" -- that we shouldn't be looking at

18  international wire transfers but that it would

19  be withdrawals, or possibly a wire transfer

20  within the United Arab Emirates.

21        Q.    And during the call, did you tell

22  him that you had already, along with Rob

23  Ellison, conducted some investigation into the

24  allegations?

This Transcript Contains Confidential Material

1          A.   Yes.

2          Q.   And what did you tell him in that

3    regard?

4          A.   That we -- "we," meaning Rob

5    Ellison, had informed me that he had -- or

6    conducted an investigation into whether or not

7    Osama bin Laden had an account at the bank or

8    was the sender or recipient of any wire

9    transfer.  I understood at that point any kind

10   of wire transfer, but it may have been

11   international wire transfers.

12         Q.   Did you ask Steve Kashkett, on July

13   15th, 1999, for any information regarding any

14   connection between Dubai Islamic Bank and Osama

15   bin Laden?

16         A.   Yes.  That was the main purpose of

17   the phone call was to find out if he knew or

18   was willing to give us any information to

19   assist in our investigation of those

20   allegations.

21         Q.   And what types of information might

22   have been helpful to you in connection with

23   investigating the allegations?

24         A.   A name of a person, a name of a

This Transcript Contains Confidential Material

1   company, an account number, a date, in-coming

2   wire, outgoing wire, the nature of the

3   transaction.  Really anything to get us

4   started.

5          Q.   And did Steve Kashkett, in response

6   to your inquiries on July 15th, 1999, give you

7   any information that the U.S. government

8   possessed that could have been helpful?

9          A.   No.  I mean, he didn't give me any

10  name, he didn't give me an account number, he

11  didn't give me a date.  The only information he

12  gave me was that it was more likely than not a

13  withdrawal from a bank account that they

14  were -- they had reason to believe that it was

15  a withdrawal from a bank account or a domestic

16  wire transfer, meaning within the UAE.

17         Q.   Did Steve Kashkett at the U.S.

18  State Department, on July 15th, 1999, tell you

19  any information about when the transactions

20  that might have been under investigation

21  occurred?

22         A.   Not at all.

23         Q.   And how did you leave it with

24  Mr. Kashkett at the end of the phone call on

This Transcript Contains Confidential Material

1    July 15th, 1999?

2          A.    Here I am, here's my number, here's

3    my telefax number.   If you learn of anything or

4    become willing to share anything, please call

5    me.

6          Q.    And at any time during your

7    engagement for Dubai Islamic Bank, did anyone

8    at the U.S. government ever call you with any

9    concerns about any accounts at Dubai Islamic

10   Bank related to Osama bin Laden or terrorism

11   generally?

12         A.    No.

13              (Exhibit Fine-276 marked for

14              identification and attached to the

15              transcript.)

16   BY MR. COTTREAU:

17         Q.    Let me show you what's been marked

18   as Exhibit 276.   Ask you to take a look at this

19   document and tell me whether you recognize it.

20         A.    I do.

21         Q.    What is Exhibit 276?

22         A.    It's a photocopy of a letter that I

23   co-authored on behalf of Dubai Islamic Bank to

24   The New York Times.

This Transcript Contains Confidential Material

1          Q.   Did you send this letter at Exhibit

2    276 to The New York Times?

3          A.   Yes.

4          Q.   Can you read the first sentence of

5    the second paragraph of your letter?

6          A.   DIB has never dealt directly with

7    Osama bin Laden, and has no knowledge or reason

8    to believe that anyone acting on bin Laden's

9    behalf had been laundering his money through

10   DIB.

11         Q.   When you wrote and sent that

12   statement to The New York Times, did you

13   believe it to be true?

14         A.   Yes.

15         Q.   At the end of Exhibit 276, you say,

16   Accordingly, we demand that you print a

17   retraction of the portions of the article

18   listed above.

19              Did The New York Times retract its

20   statements?

21         A.   No.

22         Q.   Do you think they took your request

23   for a retraction seriously?

24              MR. GOLDMAN:   Objection.

This Transcript Contains Confidential Material

1    what people would remember would be the name of

2    the bank and Osama bin Laden and terrorist

3    financing, even if the bank legally was able to

4    clear its name.

5         Q.   After the decision not to sue The

6    New York Times, did you ever have any other

7    discussion with Rob Ellison about the U.S.

8    government contacting Dubai Islamic Bank

9    seeking its cooperation?

10        A.   Yes.

11        Q.   What do you recall?

12        A.   Sometime in 2001, Rob passed along

13   that there had been information provided by the

14   United States government, either directly to

15   DIB or more likely through the Central Bank,

16   which led to the bank's closing of two

17   accounts.

18        Q.   Do you know what those accounts

19   were?

20        A.   No, I don't.

21        Q.   Do you know whether those accounts

22   related in any way to Osama bin Laden?

23        A.   No.

24        Q.   Did Rob Ellison ever tell you that

This Transcript Contains Confidential Material

1   the Dubai Islamic Bank was reluctant to

2   cooperate with the U.S. government?

3          A.   No.   To the contrary.

4          Q.   What did he tell you in that

5   regard?

6          A.   That the bank wanted to know if

7   there were any facts to support the allegations

8   that were made, starting with the newspaper

9   articles; that we opened lines of communication

10  through the U.S. lawyers, me, through the bank;

11  and that the message that they were giving to

12  the Central Bank and to the Ruler's office in

13  Dubai was, we want to cooperate.   If there's

14  any account that's open that shouldn't be open,

15  tell us about it, tell us how to find it.   If

16  you know what it is, tell us the account.   If

17  you have any information that could lead us to

18  helping find it, please give us that

19  information.

20         Q.   Other than the U.S. government

21  approaching either directly or indirectly Dubai

22  Islamic Bank to close two accounts, are you

23  aware of any other request by the U.S.

24  government to Dubai Islamic Bank?

This Transcript Contains Confidential Material

1      A.   No.

2           Q.   At any time during your

3    representation of Dubai Islamic Bank, did you

4    become aware of bank accounts in Osama bin

5    Laden's name or that were otherwise connected

6    to Osama bin Laden?

7           A.   No.

8                (Exhibit Fine-277 marked for

9           identification and attached to the

10          transcript.)

11   BY MR. COTTREAU:

12          Q.   Let me show you what's been marked

13   as Exhibit 277.  It's a document Bates stamped

14   DIB_003187 through 3189.  Ask you to take a

15   look at it and let me know whether you

16   recognize this document.

17               MR. GOLDMAN:  What number was this

18          again?

19               MR. COTTREAU:  277.

20          A.   I do.

21          Q.   What is Exhibit 277?

22          A.   It is a draft -- it's a photocopy

23   of a draft of a letter to Mr. Liptak, who was

24   the attorney who responded on behalf of the

This Transcript Contains Confidential Material

1       The New York Times thinks?

2               MR. COTTREAU:  I'm just going to

3       restate the question.

4           Q.   Do you think The New York Times was

5       being fair to Dubai Islamic Bank?

6               MR. GOLDMAN:  Objection.  What does

7       the word "fair" mean?

8           A.   I didn't think they were -- no, I

9       did not think they were being fair.

10          Q.   Why not?

11          A.   We knew that the language about the

12      bank having issues or having a need to be

13      cleaned up was the direct and exclusively, as

14      far as we knew, the result of the affair with

15      Sissoko and Ayyoub, and it had nothing to do

16      with Osama bin Laden.  And we wanted to make

17      that point to The New York Times because we

18      thought that the bank was being portrayed in a

19      false light based on the interweaving of

20      factually true information about the bank being

21      cleaned up, and then information which we

22      believed to be untrue about any connection with

23      Osama bin Laden.

24          Q.   If I could direct your attention to

This Transcript Contains Confidential Material

1    the fourth paragraph of Exhibit 277 on page

2    DIB_003187, it says in that draft, First, we

3    would like you to know unequivocally that in

4    the wake of the allegations appearing in your

5    newspaper --

6              Are those allegations the

7    allegations from July 1999?

8         A.   Yes.

9         Q.   Continuing, the draft letter says,

10   the banking authorities in Dubai have conducted

11   an exhaustive search of the records of Dubai

12   Islamic Bank and have found no indication that

13   Osama bin Laden was ever a customer of the

14   bank.

15             Do you see that?

16        A.   I do.

17        Q.   Did you believe that to be true in

18   November of 2001?

19        A.   Yes, I did.

20        Q.   It further says that the banking

21   authorities, have found no indication that

22   Osama bin Laden ... ever had a relationship

23   with the bank, much less one approved -- I'm

24   sorry -- arranged with the approval of the

This Transcript Contains Confidential Material

1    officials who control the bank.

2              Do you see that?

3         A.   Yes.

4         Q.   Did you believe that to be true in

5    November of 2001?

6         A.   Yes.

7         Q.   When it says "banking authorities"

8    in this draft letter, what does that mean to

9    you?

10        A.   The Central Bank.

11        Q.   The Central Bank of the UAE, United

12   Arab Emirates?

13        A.   Yes.  The regulator for Dubai

14   Islamic Bank.

15        Q.   Do you know how Ed Licitra learned

16   that the UAE Central Bank in Dubai conducted an

17   exhaustive search of the records of Dubai

18   Islamic Bank and never found any connection to

19   Osama bin Laden?

20        A.   Either through me or Rob Ellison.

21        Q.   Did you send the draft at Exhibit

22   277 to The New York Times?

23        A.   No.

24        Q.   Why not?

This Transcript Contains Confidential Material

1        Q.   As a man of Jewish religion, how

2    were you treated by Dubai Islamic Bank?

3             MR. GOLDMAN:  Objection.

4        A.   I don't think it was an issue in

5    any way.  I never felt treated unprofessionally

6    in any way by the bank.

7        Q.   Did you ever hear anybody at the

8    bank say anything anti-Semitic about you or

9    other people of the Jewish faith?

10       A.   No.

11       Q.   Did anyone at the bank, Dubai

12   Islamic Bank, ever try to convert you to Islam?

13       A.   Oh, no.  No.

14       Q.   Did anybody at the bank ever make

15   inappropriate comments about the Jewish faith?

16       A.   No.

17       Q.   How many years did you work with

18   Dubai Islamic Bank, approximately?

19       A.   Four.

20       Q.   And in those four years of working

21   with Dubai Islamic Bank, give or take some

22   time, did you ever have any reason to believe

23   that Dubai Islamic Bank supported terrorism of

24   any kind?

This Transcript Contains Confidential Material

1          A.     No.

2          Q.     In all of the years that you worked

3    with Dubai Islamic Bank, did you ever have any

4    reason to believe that Dubai Islamic Bank

5    supported violence of any kind?

6          A.     No.

7          Q.     And in all of your years of working

8    with Dubai Islamic Bank, did you ever have any

9    reason to believe that the bank wanted to

10   assist terrorists in any way?

11         A.     No.

12              MR. COTTREAU:   Thank you, Judge.

13              MR. GOLDMAN:   Give me two minutes

14        for a bathroom break.

15              VIDEO OPERATOR:   We are now going

16        off the video record.   The time is

17        12:56.

18              (Recess from 12:56 p.m. until

19        1:03 p.m.)

20              VIDEO OPERATOR:   We are now going

21        back on the video record.   The time is

22        1:03.

23                   EXAMINATION

24   BY MR. GOLDMAN: