# EXHIBIT 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 04-cv-07279

## DECLARATION OF ABDULRAHMAN MOHAMED AL ANSARI

I, Abdulrahman Mohamed Al Ansari, declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief:

**Background**

1. I am the Senior Vice President of General Banking Operations at Dubai Islamic Bank ("DIB" or "the Bank") in the United Arab Emirates ("UAE").

2. I began working at DIB in 1982 as a clerk in DIB's Main Branch. My responsibilities as a clerk involved reviewing transactions and helping open new accounts for customers. In 1982, I also spent several months in DIB's Clearance Section.

3. In 1985, I transferred to DIB's Al Ain branch in Abu Dhabi to continue working while studying at the UAE University in Al Ain. I earned a degree in law in 1990 from the UAE University in Al Ain.

4.  In approximately 1988, I was promoted to Assistant Head of Current Accounts of DIB's Al Ain branch.  As Assistant Head of Current Accounts of DIB's Al Ain branch, I ensured that all checks were paid to customers, approved payments over the teller limit, and reviewed account opening forms and materials.  I later became Head of Current Accounts at DIB's Al Ain branch, which included signatory authority to sign on behalf of DIB.

5.  In approximately 1991, I became Assistant Branch Manager and later Branch Manager of DIB's Al Ain branch.  As Branch Manager of DIB's Al Ain branch, I attended meetings with other branch managers, ensured instructions from DIB's Main Office were carried out at the Al Ain branch, checked the cash balance in the vault at the beginning of the day, trained employees in the branch, and made job recommendations for open positions.

6.  In 1995, I became Head of DIB's Administrative Affairs Department, which handled DIB's administrative and human resources tasks.  My duties also initially included occasionally working at other DIB branches when other branch managers became unavailable or were out of the office.

7.  In 2001, I became the Head of DIB's Ijarah Department, which specialized in a type of financing of lease contracts.  The Ijarah Department later became part of DIB's Retail Asset Operations Department. I became Vice President of DIB's Retail Asset Operations Department in 2004.

8.  I became the Vice President of the General Banking Operations Department in 2011 and was promoted to Senior Vice President in 2016.

**Dubai Islamic Bank**

9.  During my nearly four decades at DIB from 1982 to present, I have never become aware of any facts that suggested in any way that DIB supports or supported al Qaeda or any other



terrorist organization. From 1982 until present, I have never heard anyone at DIB express any support for al Qaeda or any other terrorist organization.

10. I have never been asked by anyone at DIB to support terrorism, and I would never support terrorism.

11. I have enjoyed my multiple visits to the United States of America. I lived in Houston, Texas for a year while my son received life-saving medical treatment. I would never work at a company that sought to harm the United States.

**Distribution of OFAC lists**

12. In the 1990s, DIB's Administrative Affairs Department distributed administrative decisions, UAE Central Bank directives, and any other notices or documents to relevant departments at DIB. Other DIB departments also used the Administration Department to distribute their notices or documents to other departments at the Bank.

13. In the 1990s, DIB's International Division relied on DIB's Administrative Affairs Department to distribute notices and materials received from DIB's international clients and correspondent banks to other relevant departments at the Bank.

14. As head of DIB's Administrative Affairs Department from 1995 to 2001, I ensured that any materials from the International Division, including notices or sanctions lists from the United States Government's Office of Foreign Assets Control ("OFAC"), were distributed throughout the Bank when requested.

15. On approximately October 21 and November 4 of 1999, I received two requests from DIB's International Division to circulate two OFAC notices that added names to its Specially Designated Nationals and Blocked Persons List ("SDN") on October 12, 1999 and October 22, 1999 ("two 1999 OFAC SDN Lists"). Upon receipt of these two 1999 OFAC SDN Lists, I ensured that DIB's Administrative Affairs Department distributed these lists to the heads of all departments, branches, and divisions of DIB. The two 1999 OFAC SDN Lists were distributed



to each section of DIB where accounts could be opened or transactions could be conducted to ensure that DIB did not conduct any business with any party named on these two 1999 OFAC SDN Lists.

16. At my request, my secretary prepared the signature form that accompanied the circulation of the two 1999 OFAC SDN Lists to all departments, branches, and divisions of DIB.

17. Attached as Exhibit A (DIB_005577-5582) and Exhibit B (DIB_005583-5587) are true and correct copies of the distribution in October and November of 1999 of two 1999 OFAC SDN Lists to all departments, branches, and divisions of DIB. My handwritten requests to my secretary to prepare the signature notice for the two 1999 OFAC SDN Lists distribution appear on the first page of each of these exhibits.

18. In 1999, most of DIB's departments, including the Administrative Affairs Department, and its main branch were located in DIB's headquarters in Dubai. For recipients located in DIB's headquarters, the two 1999 OFAC SDN Lists were hand delivered and a signature confirmation of receipt was recorded on the signature page located on the last page of Exhibits A and B.

19. The two 1999 OFAC SDN Lists were faxed to departments and branches located outside DIB's headquarters. The signature pages located on the last page of Exhibits A and B contain signed stamps from DIB's Administrative Affairs Department confirming the two 1999 OFAC SDN Lists were faxed to DIB's departments and branches located outside DIB's headquarters.

20. DIB took the distribution of the two 1999 OFAC SDN Lists very seriously. DIB employees were required to check the two 1999 OFAC SDN Lists when opening accounts and conducting transactions. DIB's branches kept copies of the two 1999 OFAC SDN Lists to refer



to them when opening accounts to ensure no accounts were opened for any individuals on the list.

21. Before September 11, 2001, I was unaware of any accountholder's having any alleged involvement with al Qaeda or any intention to participate in or aid any terrorist attack. I am unaware of information suggesting that DIB had any intention to participate in or aid any terrorist attack. I am not aware of any information suggesting that DIB ever knowingly provided financial services to a customer with links to al Qaeda.

22. In my experience at DIB since 1982, I believe that DIB then and now would promptly terminate any customer relationship and report the customer to the UAE government if DIB believed the customer was funding or otherwise involved in terrorist activity.

**DIB's Bank Structure**

23. Due to my lengthy work experience at DIB, I have personal knowledge of the general development of DIB's organizational structure and its change in management in the 1990s.

24. Prior to 1998, under the supervision of DIB's Board and Chairman, the bank was primarily run by the Assistant Managing Director with help of four committees: (1) Takaful Committee—Zakat and Good Loans Fund; (2) Human Resources Affairs Committee; (3) Investment and Finance Committee; and (4) Management by Objectives and Results Committee.

25. In the late 1990s, following a fraud against the Bank in 1998, the Dubai Government increased its investment in DIB and completely changed DIB's management, including installing a new Board of Directors and a new executive committee to oversee DIB's operations.

26. The Dubai Government's desire to further modernize DIB's operations led to an internal restructuring, which was officially approved in February 1999. The internal



restructuring is detailed in DIB's Administrative Decision No. 21 and related Organizational Chart, attached as Exhibit C (DIB_2399-2405).

**DIB's Fatwa & Sharia Supervisory Board**

27.  DIB's Fatwa & Sharia Supervisory Board has always been an independent entity within DIB's organizational structure.

28.  DIB's Fatwa & Sharia Supervisory Board has never been involved with DIB's daily operations, including at the branch level.

29.  I have never received instructions from DIB's Fatwa & Sharia Supervisory Board or its members related to opening accounts or processing transactions for specific customers.

30.  I have never heard that DIB's Fatwa & Sharia Supervisory Board or any of its members ever issued any instructions related to opening accounts or processing transactions for specific customers.

31.  I have never heard that DIB's Fatwa & Sharia Supervisory Board or any of its members encouraged or supported violence or terrorism in any way.

Pursuant to 28 U.S.C. §1746, I, ABDULRAHMAN MOHAMED AL ANSARI, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 8, 2021.

8 / 11 / 2021

- 6 -

# EXHIBIT A



# DUBAI ISLAMIC BANK

**Public Joint Stock Company**

( Incorporated in U.A.E. )

**Head Office**

بَنْكُ دُبَيِّ الإِسْلامي
شـــركـة مسـاهـمـة عـامـة
(تأسس في دولة الامارات العربية المتحدة)
المركز الرئيسي

IDM/183/99

20-Oct-99

## *INTERNAL MEMO*

| TO: | **Manager – Administration Division** |
|---|---|
| FROM: | **INTERNATIONAL DIVISION** |
| SUBJECT: | **OFAC Amendments to the List of Specially Designated National and Blocked Persons.** |

You are requested to circulate the enclosed list, which we received from Bankers Trust Co., to our Executive Managers as well as to all our Branches and Divisions.

Regards.

Adel Noori
Manager - International Division

ص.ب . ١٠٨٠ دبـي ، هاتف : ٢٩٥٣٠٠٠، فاكس : ٢٩٥٤١١١، تلكس : ٤٥٨٨٩/٤٨٧٧٢ ISLAMI EM ، سويفت: DUIBAEAD
P.O. Box: 1080 DUBAI,  Tel.: 2953000, Fax: 2954111, Tlx: 45889/48772  ISLAMI EM, SWIFT: DUIBAEAD

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005577

SUBJECT:   OFAC – Amendments to the List of Specially Designated Nationals and Blocked Persons

---

## INTRODUCTION

Attached are the amendments to the consolidated list of Specially Designated Nationals and Blocked Persons (the "List") compiled by the Department of the Treasury's Office of Foreign Assets Control ("OFAC"), published on October 12, 1999.  These amendments constitute a revised listing of Foreign Terrorist Organizations ("FTOs"), as published by the Secretary of State.

## DEFINITIONS

*"Specially Designated National"*

The term "Specially Designated National" ("SDN") signifies under the Foreign Assets Control Regulations, that the individual or entity has on or since the effective date of the restriction, acted for or on behalf of the Government or authorities exercising control over any designated foreign country, or any partnership, association, corporation or other organization which on or since the effective date of the restrictions has been owned or controlled by the Government or authorities exercising control over a designated foreign country or by any other designated national.

*"Foreign Terrorist Organizations"*

Foreign Terrorist Organizations ("FTOs") means an organization designated or redesignated as a foreign terrorist organization, or with respect to which the Secretary of State has notified Congress of the intention to designate as a foreign terrorist organization.

*"Specially Designated Terrorists"*

Specially Designated Terrorists ("SDTs") are persons designated by the Secretary of State, in coordination with the Secretary of Treasury and the Attorney General, who are found (a) to have committed or to pose a significant risk of disrupting the Middle East peach process, or (b) to assist in, sponsor or provide financial, material, or technological support for, or services in support of, such acts of violence.

## RESTRICTIONS AND PROHIBITIONS

*SDNs*

Doing business with an SDN is equivalent to doing business with the government of that country, which carries significant criminal and civil violations for corporations and individuals, plus prison terms up to 10 years for individuals and any officer, director or agent of a corporation who "knowingly participates" in a willful violation, and forfeiture of any property involved in the transaction.

q:\nycomp\mortiz\ofac\ofac64.doc

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005578

*FTOs*

It is a criminal offense for U.S. persons to knowingly provide material support or resources to FTOs and requires financial institutions to block all funds in which FTOs or their agents have an interest. Civil penalties may be assessed against financial institutions for failing to block or report the blocking of FTO funds in an amount equal to $50,000 per violation or twice the amount which ought to have been blocked or reported, whichever is greater.

*SDTs*

The prohibition extends to any transaction or dealing by a United States person or within the United States in property or interest in property of SDTs, including the making or receiving or any contribution of funds, goods, or services to or for the benefit of such persons.

Such above restrictions and prohibitions apply to all U.S. persons, including U.S. citizens and resident aliens, wherever in the world they are located.

## COURSE OF ACTION

It is incumbent upon us to take reasonable steps to ascertain whether individuals or entities with whom we enter into transactions or relationships are on the SDN list or are owned or controlled by any of the respective sanctioned countries[1], or are acting or purporting to act on their behalf. All accounts in which these individuals or entities have any direct or indirect interests are accounts in which there exists the interests of an SDN. Therefore, all accounts and transactions in all other property, and interests in property subject to jurisdiction of the U.S. of such persons must be blocked under advice to Compliance, and no transaction with such accounts, nor transactions in property, and interests in property subject to U.S. jurisdiction, nor any new relationships with these individual or entities are permitted, except as authorized by a license issued by OFAC.

OFAC's List may be expanded or amended at any time, as new information becomes available to OFAC.

Bank Operations has already been made aware of these changes. In addition, OFAC Access will be updated accordingly.

Please contact me if you have any questions.

As published October 12, 1999, the following names have been added to OFAC's listing of Specially Designated Nationals and Blocked Persons:

AL QAEDA (a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP
    FOR THE PRESERVATION OF THE HOLYSITES; a.k.a. THE ISLAMIC ARMY FOR THE
    LIBERATION OF THE HOLYPLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD
    AGAINST JEWS AND CRUSADERS; a.k.a. AL QA'IDA; a.k.a. "THE BASE"; a.k.a. USAMA BIN
    LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT][FTO]
FOREFRONT OF THE IDEA (a.k.a. REPRESSION OF TRAITORS; a.k.a. KACH; a.k.a. DIKUY
    BOGDIM; a.k.a. STATE OF JUDEA; a.k.a. DOV; a.k.a. SWORD OF DAVID; a.k.a. JUDEA
    POLICE; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. THE QOMEMIYUT
    MOVEMENT; a.k.a. THE YESHIVA OF THE JEWISH IDEA) [SDT][FTO]
GI (a.k.a. AL-GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. IG; a.k.a. EGYPTIAN AL-GAMA'AT AL-
    ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA) [SDT][FTO]
HARAKAT UL-MUJAHIDEEN (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT
    UL-ANSAR; a.k.a. HUA; a.k.a. HUM) [FTO]

---

[1] OFAC's list of sanctioned countries presently consists of Angola (UNITA), Burma (Myanmar), Cuba, Iran, Iraq,
Libya, North Korea, Sudan, Syria, Federal Republic of Yugoslavia (Serbia & Montenegro), the Republic of
Serbia, and the Republic of Montenegro, the Taliban controlled areas of Afghanistan.

o:\nvcorp\mort\121\ofac\ofac54.doc

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005579

HUM (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a.
    HARAKAT UL-MUJAHIDEEN; a.k.a. HUA) [FTO]
JUNE 78 (a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. EPANASTATIKOS LAIKOS
    AGONAS; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. REVOLUTIONARY
    PEOPLE'S STRUGGLE; a.k.a. ELA; a.k.a. ORGANIZATION OF REVOLUTIONARY
    INTERNATIONALIST SOLIDARITY; a.k.a. REVOLUTIONARY NUCLEI; a.k.a.
    REVOLUTIONARY CELLS; a.k.a. LIBERATION STRUGGLE) [FTO]
KOACH (a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KFAR TAPUAH FUND; a.k.a. THE
    JUDEAN LEGION; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH
    IDEA; a.k.a. JUDEAN VOICE) [SDT][FTO]
LIBERATION STRUGGLE (a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. EPANASTATIKOS
    LAIKOS AGONAS; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. REVOLUTIONARY
    PEOPLE'S STRUGGLE; a.k.a. JUNE 78; a.k.a. ORGANIZATION OF REVOLUTIONARY
    INTERNATIONALIST SOLIDARITY; a.k.a. REVOLUTIONARY NUCLEI; a.k.a.
    REVOLUTIONARY CELLS) [FTO]
NATIONAL COUNCIL OF RESISTANCE (NCR) (a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a.
    MKO; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF
    IRAN; a.k.a. PMOI; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN;
    a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. MEK; a.k.a. NATIONAL
    LIBERATION ARMY OF IRAN; a.k.a. NLA) [FTO]
NATIONAL LIBERATION ARMY OF IRAN (a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MKO;
    a.k.a. MUJAHEDIN-E KHALQ; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a.
    PMOI; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a.
    SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE
    (NCR); a.k.a. MEK; a.k.a. NLA) [FTO]
NLA (a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ; a.k.a.
    PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. ORGANIZATION OF
    THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E
    IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL LIBERATION
    ARMY OF IRAN; a.k.a. MEK) [FTO]
ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY (a.k.a. POPULAR
    REVOLUTIONARY STRUGGLE, a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a.
    REVOLUTIONARY POPULAR STRUGGLE; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE;
    a.k.a. JUNE 78; a.n.a. ELA; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY
    CELLS; a.k.a. LIBERATION STRUGGLE) [FTO]
PALESTINIAN ISLAMIC JIHAD (a.k.a. PIJ-SHAQAQI FACTION; a.k.a. PIJ; a.k.a. ISLAMIC JIHAD IN
    PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE, a.k.a. PALESTINE ISLAMIC JIHAD -
    SHAQAQI FACTION; a.k.a. PIJ-SHALLAH FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE
    HIZBALLAH BAYT AL-MAQDIS) [SDT][FTO]
PIJ-SHALLAH FACTION (a.k.a. PIJ-SHAQAQI FACTION; a.k.a. PIJ; a.k.a. ISLAMIC JIHAD IN
    PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD -
    SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS;
    a.k.a. PALESTINIAN ISLAMIC JIHAD) [SDT][FTO]
REVOLUTIONARY CELLS (a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. EPANASTATIKOS
    LAIKOS AGONAS; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. REVOLUTIONARY
    PEOPLE'S STRUGGLE; a.k.a. JUNE 78; a.k.a. ORGANIZATION OF REVOLUTIONARY
    INTERNATIONALIST SOLIDARITY; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. ELA; a.k.a.
    LIBERATION STRUGGLE) [FTO]
REVOLUTIONARY NUCLEI (a.k.a. POPULAR REVOLUTIONARY STRUGGLE, a.k.a.
    EPANASTATIKOS LAIKOS AGONAS; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a.
    REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. JUNE 78; a.k.a. ORGANIZATION OF
    REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. ELA; a.k.a. REVOLUTIONARY
    CELLS; a.k.a. LIBERATION STRUGGLE) [FTO]
"THE BASE" (a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP
    FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
    LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD
    AGAINST JEWS AND CRUSADERS; a.k.a. AL QAEDA; a.k.a. AL QA'IDA; a.k.a. USAMA BIN
    LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT][FTO]

q:\nycoms\mart12\ofac\ofac64.doc

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005580

THE JUDEAN LEGION (a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KFAR TAPUAH FUND; a.k.a. JUDEAN VOICE; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. KOACH) [SDT][FTO]

THE QOMEMIYUT MOVEMENT (a.k.a. REPRESSION OF TRAITORS; a.k.a. KACH; a.k.a. DIKUY BOGDIM; a.k.a. STATE OF JUDEA; a.k.a. DOV; a.k.a. SWORD OF DAVID; a.k.a. JUDEA POLICE, a.k.a. FOREFRONT OF THE IDEA; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. THE YESHIVA OF THE JEWISH IDEA) [SDT][FTO]

THE WAY OF THE TORAH (a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KFAR TAPUAH FUND; a.k.a. THE JUDEAN LEGION; a.k.a. JUDEAN VOICE, a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. KOACH) [SDT][FTO]

THE YESHIVA OF THE JEWISH IDEA (a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KFAR TAPUAH FUND; a.k.a. THE JUDEAN LEGION; a.k.a. THE WAY OF THE TORAH; a.k.a. JUDEAN VOICE; a.k.a. KOACH) [SDT][FTO]

THE YESHIVA OF THE JEWISH IDEA (a.k.a. REPRESSION OF TRAITORS; a.k.a. KACH; a.k.a. DIKUY BOGDIM; a.k.a. STATE OF JUDEA; a.k.a. DOV; a.k.a. SWORD OF DAVID; a.k.a. JUDEA POLICE, a.k.a. FOREFRONT OF THE IDEA; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS) [SDT][FTO]

USAMA BIN LADEN NETWORK (a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. AL QAEDA; a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT][FTO]

USAMA BIN LADEN ORGANIZATION (a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. AL QAEDA; a.k.a. "THE BASE"; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. AL QA'IDA) [SDT][FTO]

g:\sycomp\nort12\ofac\ofac64.doc

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005581



## ** المـــدراء التنفيــذيـــون

| | | | | |
|---|---|---|---|---|
| الاستثمار العقاري | ٢ | دائرة الشؤون المالية والإدارية | ١ |
| دائرة العمليات المصرفية | ٤ | دائرة الاستثمار | ٣ |

### ** الطابـــق الأرضـــي

| | | | | |
|---|---|---|---|---|
| الحسابات الجارية | ٦ | مدير الفرع الرئيسي | ٥ |
| السيـــدات | ٨ | الأجنبـــي | ٧ |

### ** طابـــق الميزانيين

| | | | | |
|---|---|---|---|---|
| تقنيـة المعلـومـات | ١٠ | الاعتمـــادات | ٩ |

### ** الطابـــق الأول

| | | | | |
|---|---|---|---|---|
| الموارد البشرية | ١٢ | الشؤون الإدارية | ١١ |
| المقاصة | ١٤ | المـراجعــة | ١٣ |

### ** الطابـــق الثانـــي

| | | | | |
|---|---|---|---|---|
| المتابعـة والتحصيـل | ١٦ | الشــؤون القانونيـة | ١٥ |
| التجـارة والتمويـل | ١٧ | | |

### ** الطابـــق الثالـــث

| | | | | |
|---|---|---|---|---|
| إدارة الفـروع | ١٩ | النظم والجودة | ١٨ |

### ** الطابـــق الرابـــع

| | | | | |
|---|---|---|---|---|
| الاستصناع والمباني | ٢١ | الإدارة المالية | ٢٠ |
| | | المشاريـع العقاريـة | ٢٢ |

### ** الطابـــق الخامـــس

| | | | | |
|---|---|---|---|---|
| الائتمـــان | ٢٤ | الإدارة الدولية | ٢٣ |
| الاستثمارات المباشرة | ٢٦ | الإعلام والعلاقات العامة | ٢٥ |

### ** ميشور هلال تؤتسـ...اد

| | | | | |
|---|---|---|---|---|
| التدقيق الداخلي | ٢٨ | الرقابة الشـرعيـة | ٢٧ |
| البطاقات المصرفية | | الخدمـات العقـاريـة | ٢٩ |
| | | الخدمات العقارية / الشارقة | ٣١ |

### ** الفـــروع

| | | | | |
|---|---|---|---|---|
| السـ...وق | | أبــوظبـــي | ١ |
| رأس الخيمـة | | العيـــن | ٣ |
| الشـارقــة | | الفجيـــرة | ٥ |
| عجمـــان | | بنـي يــاس | ٧ |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005582

# EXHIBIT B



**DUBAI ISLAMIC BANK**

Public Joint Stock Company

( Incorporated in U.A.E. )

**Head Office**

بَنْكُ دُبَيِّ الإسْلامِيِّ

شــركــة مســاهــمــة عــامــة

(تأسس في دولة الإمارات العربية المتحدة)

المركز الرئيسي

IDM/191/99                                                        2-Nov-99

## *INTERNAL MEMO*

| TO: | **Manager – Administration Division** |
|---|---|
| FROM: | **INTERNATIONAL DIVISION** |
| SUBJECT: | **OFAC Bulletin No. 65.** |

You are requested to circulate the enclosed Bulletin, which we received from Bankers Trust Co., to our Executive Managers as well as to all our Branches and Divisions.

Regards.

Adel Noori
Manager - International Division

١٩٩٩/١١/٤

ص.ب. ١٠٨٠ دبي، هاتف: ٢٩٥٣٠٠٠، فاكس: ٢٩٥٤١١١، تلكس: ٤٨٧٧٢/٤٥٨٨٩ ISLAMI EM، سويفت: DUIBAEAD

P.O. Box: 1080 DUBAI, Tel.: 2953000, Fax: 2954111, Tlx: 45889/48772 ISLAMI EM, SWIFT: DUIBAEAD

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005583

A Bankers Trust
Company

Nadim Zaman
Vice President

Tel. : (973) 229966
Fax : (973) 229991

A Bankers Trust
Architects of Value

November 1, 1999

*Mr. Adel Noori*
*For your information*
*2/11*

Mr. Rafatul Islam Usmani
Asst Head of Investment & Foreign Relations
Dubai Islamic Bank
P.O. Box 1080
Dubai
United Arab Emirates

Dear  Mr. Usmani,

Attached, please find an update from Office of Foreign Asset Control (OFAC) Compliance Bulletin No. 65.

Yours,

*Mr Hajeed*
*For Circulation*
*2/11*

Nadim Zaman

/Attach

السادة / مدراء، الفروع ومدراء الإدارات المعنيين
الرجاء الاطلاع على مضمون التعميم أعلاه ومرفقاته
واتخاذ الإجراءات اللازمة
وشكرا لتعاونكم
مدير إدارة الشؤون الإدارية

P.O. Box 5905, Manama Centre, Manama, Bahrain               (Bahrain Commercial Register No. 7863)

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005584

# URGENT!!! OFAC COMPLIANCE BULLETIN NO. 65

SUBJECT:   OFAC – Additional Names to the List of Specially Designated Nationals Under the Taliban Sanctions Program and Technical Changes to the List of Specially Designated Nationals

---

## INTRODUCTION

Attached are the amendments to the consolidated list of Specially Designated Nationals and Blocked Persons (the "List") compiled by the Department of the Treasury's Office of Foreign Assets Control ("OFAC"), as of October 22, 1999.

## DEFINITIONS

*"Specially Designated National"*

The term "Specially Designated National" ("SDN") signifies under the Foreign Assets Control Regulations, that the individual or entity has on or since the effective date of the restriction, acted for or on behalf of the Government or authorities exercising control over any designated foreign country, or any partnership, association, corporation or other organization which on or since the effective date of the restrictions has been owned or controlled by the Government or authorities exercising control over a designated foreign country or by any other designated national.

## RESTRICTIONS AND PROHIBITIONS

Doing business with a SDN is equivalent to doing business with the government of that country, which carries significant criminal and civil violations for corporations and individuals, plus prison terms up to 10 years for individuals and any officer, director or agent of a corporation who "knowingly participates" in a willful violation, and forfeiture of any property involved in the transaction.  These restrictions and prohibitions apply to all U.S. persons including U.S. citizens and resident aliens, wherever in the world they are located.

## COURSE OF ACTION

It is incumbent upon us to take reasonable steps to ascertain whether individuals or entities with whom we enter into transactions or relationships are on the SDN list or are owned or controlled by any of the respective sanctioned countries[1], or are acting or purporting to act on their behalf.  All accounts in which these individuals or entities have any direct or indirect interests are accounts in which there exist the interests of an SDN.  Therefore, all accounts and transactions in all other property, and interests in property subject to jurisdiction of the U.S. of such persons must be blocked under advice to Compliance, and no transaction with such accounts, nor transactions in property, and interests in property subject to U.S. jurisdiction, nor any new relationships with these individual or entities are permitted, except as authorized by a license issued by OFAC.

OFAC's List may be expanded or amended at any time, as new information becomes available to OFAC.

Bank Operations has already been made aware of these changes.  In addition, OFAC Access has been updated accordingly.

---

[1]  OFAC's list of sanctioned countries presently consists of Angola (UNITA), Burma (Myanmar), Cuba, Iran, Iraq, Libya, North Korea, Sudan, Syria, Federal Republic of Yugoslavia (Serbia & Montenegro), the Republic of Serbia, and the Republic of Montenegro, the Taliban controlled areas of Afghanistan.

n:\myoxmp\wcn1121\ofac\ofac63.doc

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

Please contact me if you have any questions.

**The following names have been added to OFAC's listing of Specially Designated Nationals and Blocked Persons:**

AFGHAN NATIONAL BANK (a.k.a. BANK E. MILLIE AFGHAN; a.k.a. BANKE MILLIE AFGHAN), Jada Ibn Sina, Kabul, Afghanistan [TALIBAN]

BANK E. MILLIE AFGHAN (a.k.a. AFGHAN NATIONAL BANK; a.k.a. BANKE MILLIE AFGHAN), Jada Ibn Sina, Kabul, Afghanistan [TALIBAN]

BANK OF AFGHANISTAN (a.k.a. CENTRAL BANK OF AFGHANISTAN; a.k.a. DA AFGHANISTAN BANK; a.k.a. THE AFGHAN STATE BANK), Ibni Sina Wat, Kabul, Afghanistan [TALIBAN]

BANKE MILLIE AFGHAN (a.k.a. AFGHAN NATIONAL BANK; a.k.a. BANK E. MILLIE AFGHAN), Jada Ibn Sina, Kabul, Afghanistan [TALIBAN]

CENTRAL BANK OF AFGHANISTAN (a.k.a. BANK OF AFGHANISTAN; a.k.a. DA AFGHANISTAN BANK; a.k.a. THE AFGHAN STATE BANK), Ibni Sina Wat, Kabul, Afghanistan [TALIBAN]

DA AFGHANISTAN BANK (a.k.a. BANK OF AFGHANISTAN; a.k.a. CENTRAL BANK OF AFGHANISTAN; a.k.a. THE AFGHAN STATE BANK), Ibni Sina Wat, Kabul, Afghanistan [TALIBAN]

THE AFGHAN STATE BANK (a.k.a. BANK OF AFGHANISTAN; a.k.a. CENTRAL BANK OF AFGHANISTAN; a.k.a. DA AFGHANISTAN BANK), Ibni Sina Wat, Kabul, Afghanistan [TALIBAN]

**The following technical changes have been made to entries on OFAC's list of Specially Designated National and Blocked Persons:**

CENTROPRODUCT S.A., c/Orense 85, Esc. IV, 4A, Madrid, Spain 28020 [FRYK] -to- CENTROPRODUCT S.A., c/o Orense 85, Esc. IV, 4A, Madrid, Spain 28020 [FRYK]

IVO LOLA RIBAR - Beograd, Belgrade, Serbia [FRYK] -to- IVO LOLA RIBAR - BEOGRAD, Belgrade, Serbia [FRYK]

IMT - INDUSTRIJA MOTORA I TRAKTORA (a.k.a. MACHINES AND TRACTORS INDUSTRY), Belgrade, Serbia [FRYK] -to- IMT - INDUSTRIJA MASINA I TRAKTORA (a.k.a. MACHINES AND TRACTORS INDUSTRY), Belgrade, Serbia [FRYK]

MACHINES AND TRACTORS INDUSTRY (a.k.a. IMT - INDUSTRIJA MOTORA I TRAKTORA), Belgrade, Serbia [FRYK] -to- MACHINES AND TRACTORS INDUSTRY (a.k.a. IMT - INDUSTRIJA MASINA I TRAKTORA), Belgrade, Serbia [FRYK]

n:\nvcomp\mortiz\ofac\ofac6b.doc

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005586

** المـــدراء التنفيــذيــون **

| | | | | | |
|---|---|---|---|---|---|
| الاستثمار العقاري | ٢ | | دائرة الشؤون المالية والإدارية | ١ | |
| دائرة العمليات المصرفية | ٤ | | دائـرة الاستثمــار | ٣ | |

** الطابـــق الأرضـــي **

| | | | | | |
|---|---|---|---|---|---|
| الحسابات الجارية | ٦ | | مدير الفرع الرئيسي | ٥ | |
| السيـــدات | ٨ | | الأجنبـــي | ٧ | |

** طابـــق الميزانيـــن **

| | | | | | |
|---|---|---|---|---|---|
| تقنيـــة المعلومات | ١٠ | | الاعتمـــادات | ٩ | |

** الطابـــق الأول **

| | | | | | |
|---|---|---|---|---|---|
| الموارد البشرية | ١٢ | | الشؤون الإدارية | ١١ | |
| المقاصـــة | ١٤ | | المراجعـــة | ٢ | |

** الطابـــق الثانـــي **

| | | | | | |
|---|---|---|---|---|---|
| المتابعـــة والتحصيل | ١٦ | | الشؤون القانونيـــة | ١٥ | |
| | | | التجارة والتمويـــل | ١٧ | |

** الطابـــق الثالـــث **

| | | | | | |
|---|---|---|---|---|---|
| إدارة الفـــروع | ١٩ | | النظم والجودة | ١٨ | |

** الطابـــق الرابـــع **

| | | | | | |
|---|---|---|---|---|---|
| الاستصناع والمبانـــي | ٢١ | | الإدارة المالية | ٢٠ | |
| | | | المشاريـــع العقاريـــة | ٢٢ | |

** الطابـــق الخامس **

| | | | | | |
|---|---|---|---|---|---|
| الائتمـــان | ٢٤ | | الإدارة الدولية | ٢٣ | |
| الاستثمارات المباشرة | ٢٦ | | الإعلام والعلاقات العامة | ٢٥ | |

** مبنى ملاك الإسلامي **

| | | | | | |
|---|---|---|---|---|---|
| التدقيق الداخلي | | | الرقابـــة الشرعيـــة | ٢٧ | |
| البطاقات المصرفية | | | الخدمـــات العقاريـــة | ٢٩ | |
| | | | الخدمات العقارية / الشارقة | ٣١ | |

** الفـــروع **

| | | | | | |
|---|---|---|---|---|---|
| السـوق | | | أبوظبـــي | ١ | |
| راس الخيمة | | | العيـــن | ٣ | |
| الشارقـــة | | | الفجيـــرة | ٥ | |
| عجمـــان | | | بنـــي يـــاس | ٧ | |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005587

# EXHIBIT C

**DUBAI ISLAMIC BANK**
Public Joint Stock Company
( Incorporated in U.A.E. )

Head Office



بَنْـكُ دُبَيِّ الإِسْـلامِي
شـركة مساهمة عامة
(تأسس في دولة الامارات العربية المتحدة)
المركز الرئيسي

قــرار إداري رقم ( ٢١ )
صـادر بتـاريخ ٢٢/٢ /١٩٩٩

- بعد الاطلاع على النظام الاساسي المعدل باجتماع الجمعية العمومية غير العـاديـة بتاريخ ١٩٩٨/١١/٢٩ .
- وإشارة الى الحجم الكبير والنمو المضطرد لاعمال البنك .
- وإحكامـا لإجراءات الضبط الاداري والتنظيم الرقـابي وتحديد المسؤوليات والاختصاصات .
- وبعد دراسة شـاملة لأنشطة البنك داخليا وخارجيا .
- ومن أجل الارتقاء بمستويات الـدوائـر والادارات والاقسام لمواكبة النظم الاداريـة الحديثـة والمتطورة ،
  ونظـرا لمـا تقتضيـه مصلحة العمل .

– تقرر ما يلي :-

أولا : إعتمـاد الهيكل التنظيمي الجديد للبنك حسب المرفق .

ثانيا : استحداث بعض الادارات والاقسام الجديدة وتحويل تبعيـة البعض الاخر حسب ما هو مبين
بالدليل التنظيمي المرفق بالهيكل التنظيمي والنشرة التعريفية المرفقة.

ثالثا : تحديد المسؤوليات الخاصة بدوائر وإدارات وأقسام ولجان البنك حسب ما هو موضح بالدليل
التنظيمي المرفق بالهيكل التنظيمي الجديد .

رابعا : سوف يتم تبـاعا إصـدار القـرارات والتعـاميـم الخاصـة بمسميات الادارات الجديدة وتحديد
مدراء الدوائر والادارات والصلاحيات المناطة بهم وتنقلات الموظفين بما يتوافق مع الهيكل
التنظيمي الجديد .

خامسا : تلغى جميع القرارات والتعاميم المخالفة لهـذا القرار .

سادسا : يعمل بهذا القـرار اعتبـارا من تاريخه وعلى جميع الفـروع والادارات والأقسام تنفيذه فيمـا
يتوافق مع الهيكل التنظيمي الجديد .

والله ولي التوفيـق ...

محمد علي بن زايد

رئيس اللجنة التنفيذيـة

ص.ب: ١٠٨٠ دبي ، هاتف: ٢١٤٨٨٨ ، فاكس: ٢٣٧٢٤٣ ، تلكس: ٤٨٧٧٢/٤٥٨٨٩ ISLAMI EM ، سويفت: DUIBAEAD
P.O. Box: 1080 DUBAI Tel: 214888   Fax: 237243, Tlx: 45889/46772 ISLAMI EM, SWIFT: DUIBAEAD

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002399

# النشرة التعريفية

١ –   تم فصل الإدارة العامة عن الفرع الرئيسي، بحيث يعامل الفرع الرئيسي كأي فرع آخر
له مدير مستقل وصلاحيات محددة، إن هذا من شأنه إعطاء الوقت الكافي للإدارة العامة
للاهتمام بالتخطيط وتطوير أعمال البنك ووضع الاستراتيجيات وتمثيل البنك في الداخل
والخارج بالإضافة إلى الرقابة الفعالة على نشاطات الفروع – ومن الناحية الإدارية
سوف يتبع هذا الفصل عدة تغيرات أهمها:

- فصل مهام وصلاحيات مدير الفرع الرئيسي عن مهام المدير العام.
- فصل الحسابات المركزية (الإدارة المالية) عن قسم حسابات الفرع الرئيسي.
- تغيير تبعية عدد من الأقسام بحيث تكون إما جزءاً من الإدارة العامة أو تكون جزءاً
من الفرع حسب ما هو موضح بالهيكل التنظيمي، حيث سيكون الفرع مكوناً من
أربعة أقسام وهي الحسابات الجارية، التحويلات الأجنبية، التجارة والتمويل
والحسابات العامة بالإضافة إلى القيام بأعمال المتابعة والتحصيل. وسوف يتم تحويل
قسم الاعتمادات المستندية إلى إدارة مركزية في المركز الرئيسي، وستقوم هذه
الإدارة بكافة الأعمال المتعلقة بالاعتمادات المستندية بالتنسيق مع قسم التحويلات
الأجنبية في الفروع.

٢ –   تم تقسيم العمل الإشرافي على مستوى الإدارة العامة إلى أربع دوائر  وتضم كل دائرة
مجموعة من الإدارات وسوف يتولى مسؤولية كل دائرة مدير تنفيذي. إن هذا النوع من
التقسيم من شأنه أن يحقق مستوى اتصال جيد وسريع، حيث أن المدير التنفيذي له
صلاحيات تخوله البت في كثير من المواضيع مباشرة. ومن  جهة أخرى سوف يوفر
هذا التقسيم نوعاً من التخصص بحيث يؤدي إلى رفع مستوى الأداء، ولتحقيق الانسجام
بين هذه الإدارات وبينها وبين المدير العام، سوف تشكل اللجان للنظر في الأمور الهامة
والحيوية مثل لجنة التسهيلات والاستثمار، شؤون الموظفين... إلخ، كما يعقد هؤلاء
المدراء اجتماعات دورية لمناقشة أنشطة البنك المختلفة ومتابعة تطورها.

٣ –   سوف نتبع بعض الإدارات المركزية للمدير  العام مباشرة مثل إدارة تقنية المعلومات
وإدارة النظم والجودة وهي إدارة جديدة سوف تضطلع بدراسة الخدمات التي يقدمها
البنك والعمل على تطويرها بالتنسيق مع الإدارات والفروع المعنية، كما سيتم إنشاء
إدارة الإعلام والعلاقات العامة حيث ستكون مسؤولة عن تعريف الجمهور بأنشطة
وخدمات البنك لجذب المتعاملين وترويج أفكار التعامل المصرفي الإسلامي.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002400

وفيما يلي ملخص لأهم نشاطات كل دائرة:

١-   **دائرة العمليات المصرفية:** سوف تتولى هذه الدائرة كل أعمال الفروع وتكون المرجع لها، وتكون من مسؤوليتها التحقق من أداء الفروع، كفاية العمالة فيها والموقع المناسب لها... إلخ مما يمكن الفرع المعني من تقديم الخدمات المطلوبة بكفاءة عالية، كما يشرف أيضاً على إدارتي الاعتمادات المستندية والبطاقات المصرفية، بالإضافة إلى ذلك سيتم إنشاء إدارة جديدة (إدارة الفروع) لمتابعة أداء الفروع ووضع خطط العمل لها والقيام بأعمال تأسيس الفروع الجديدة.

٢-   دائرة الاستثمار: تم تجميع الإدارات ذات العلاقة باستثمارات البنك في هذه الإدارة، وتتكون من:

●  إدارة الائتمان: وسوف تقوم إدارة الائتمان وبالإضافة إلى أعمالها الحالية بالتعامل مع المتعاملين من خلال الفروع وذلك عن طريق تعيين مسؤولي ائتمان في الفروع تابعين لإدارة الائتمان في المركز الرئيسي. كما ستقوم الإدارة بأعمال المتابعة والتحصيل المركزية وذلك بالتنسيق مع وحدات المتابعة والتحصيل في الفروع. وأخيراً سوف يستحدث قسم مخاطر الائتمان في إدارة الائتمان للتأكد من تنفيذ العمليات حسب قرارات لجنة التسهيلات والائتمان وحفظ المستندات القانونية والضمانات بالإضافة إلى إعداد التقارير المختلفة عن نشاطات الدائرة.

●  الإدارة الدولية: ستقوم الإدارة الدولية بأعمال قسم الاستثمار والعلاقات الخارجية وهي الإشراف على استثمار الأموال السائلة المتوفرة لدى البنك في مجال المراجحات الدولية وغيرها من أدوات الاستثمار، والإشراف على العلاقات مع المراسلين بالإضافة إلى عمليات بيع وشراء العملات الأجنبية والقيام بتغطية حساب البنك مع المراسلين وذلك عن طريق غرفة العمليات التي سوف يتم استحداثها.

●  إدارة الاستثمارات المباشرة: وهي إدارة جديدة سيتم إنشاؤها بدلاً من قسم المشاريع الصناعية حيث ستقوم بدراسة فرص الاستثمار المباشر الجديدة للبنك والإشراف على المساهمات المباشرة ومشاريع البنك ورفع التقارير الدورية للإدارة العليا بشأنها.

٣-   دائرة الشؤون المالية والإدارية: وسوف تشرف هذه الدائرة على ثلاث إدارات وهي:

●  الإدارة المالية: سيتم استحداث الإدارة بدلاً عن قسم الحسابات العامة في المركز الرئيسي حيث سيتم فصل حسابات الفرع وسيناط بالإدارة المالية أعمال الحسابات المركزية وإجراء التسويات المالية بين المركز الرئيسي والفروع وإعداد الميزانية التقديرية والحسابات الختامية للبنك بالإضافة إلى دراسة المنهاج المحاسبي للبنك وتطويره.

●  إدارة الشؤون الإدارية: سوف يتم تنظيم مسؤوليات قسم الشؤون الإدارية الحالي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

على إدارتين وهما: إدارة الشؤون الإدارية وإدارة الموارد البشرية، وسوف ينـاط بإدارة الشؤون الإدارية كافة الخدمات الإدارية المساعدة مثل المشتريات والتخزيـن والمطبوعات والإشراف على أجهزة الأمن ونظم السلامة بالإضافة إلى متابعة عقود الصيانة والإيجار.

• إدارة الموارد البشرية: هي إدارة جديدة سيتم تكوينها إيماناً بأهميـة المـوارد البشـرية في البنك وحرصاً على التخطيط السليم لها وتنميتها، وسوف تضم الإدارة الجديدة مركز التدريب حيث ستعمل الإدارة على دراسة وتطوير سياسات شـؤون الموظفين وتوفير التدريب اللازم لهم بالإضافة إلى كافة الأعمال المتعلقة بشؤون الأفراد مثل الاحتفاظ بملفات الموظفين وجوازاتهم وإعداد الكشوف الشهرية للرواتب... إلخ.

٤ – الدائرة العقارية: وهي دائرة تتولى تنفيذ عمليات التمويل العقاري والإشراف على إدارة وصيانة وتأجير العقارات وتضم ثلاث إدارات مركزية: (إدارة المشاريع العقارية، إدارة الاستصناع والمباني، إدارة الخدمات العقارية).

والجدير بالذكر أن التغييرات فـي مسؤوليات ونظم عمـل بعـض الأقسـام والإدارات سوف تتحول بطريقة جذرية مما يتطلب بعض الوقت لتنفيذها، وعلى هذا فسوف تمنح الأقسام والإدارات المعنية مهلة كافية لتنفيذ التغييرات المطلوبة منها.

كما يتم العمل حالياً على دراسة الصلاحيات المالية وصلاحيات الموافقة علـى معـاملات التمويل لكافة العاملين في البنك وسوف يتم إخطارهم بعد اعتمادها، حيـث سيتم توجيه رسائل إلـى مدراء الفروع والإدارات المعنية تتضمن كافة صلاحياتهم وصلاحيات لجان التسهيلات في الفروع.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002402



الدليل التنظيمي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002403



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002404



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002405