# EXHIBIT 9

# EXHIBIT A

# DUBAI ISLĀMIC BANK

**Public Joint Stock Company**
( Incorporated in U.A.E. )
**Head Office**



(Same language in Arabic)

IDM/183/99

## *INTERNAL  MEMO*

| | |
|---|---|
| **TO:** | **Manager – Administration Division** |
| **FROM:** | **INTERNATIONAL DIVISION** |
| **SUBJECT:** | **OFAC Amendments to the List of Specially Designated National and Blocked Persons.** |

You are requested to circulate the enclosed list, which we received from Bankers Trust Co., to our Executive Managers as well as to all our Branches and Divisions.

Regards.

Adel Noori
Manager - International Division

*Mr. Hamdi*
*For circulation to all departments,*
*branches and divisions*

*Date: 10/21/1999*

Form 249

(Same language in Arabic)
P.O. Box: 1080 DUBAI, Tel.: 2953000, Fax: 2954111, Tlx: 45889/46772 ISLAMI EM, SWIFT: DUIBAEAD

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005577t

**CEOs**

| 1 | Financial and administrative department | | 2 | Real estate investment | |
|---|---|---|---|---|---|
| 3 | Investment department | | 4 | Banking transactions department | |

**Ground floor**

| 5 | Main office manager | | 6 | Current accounts | |
|---|---|---|---|---|---|
| 7 | Foreign department | | 8 | Ladies | |

**Mezzanine floor**

| 9 | Letters of Credit | | 10 | Information Technology | |
|---|---|---|---|---|---|

**First floor**

| 11 | Administrative affairs | | 12 | Human Resources | |
|---|---|---|---|---|---|
| 13 | Review | | 14 | Clearing house | |

**Second floor**

| 15 | Legal affairs | | 16 | Monitoring and collection | |
|---|---|---|---|---|---|
| 17 | Trade and financing | | | | |

**Third floor**

| 18 | Systems and quality | | 19 | Management of Branches | |
|---|---|---|---|---|---|

**Fourth floor**

| 20 | Financial department | | 21 | Al-Istisna and buildings | |
|---|---|---|---|---|---|
| 22 | Real estate projects | | | | |

**Fifth floor**

| 23 | International department | | 24 | Credit | |
|---|---|---|---|---|---|
| 25 | Media and public relations | | 26 | Direct investments | |

**Hilal Lootah Building**

| 27 | Sharia Supervision | | 28 | Internal auditing | |
|---|---|---|---|---|---|
| 29 | Real estate services | | 30 | Banking cards | |
| 31 | Real estate services/Sharjah | | 32 | | |

Dubai Islamic Bank
Administrative Affairs
Department
(fax)
SENT
[signature]

**Branches**

| 1 | Abu Dhabi | | 2 | Al Souq | |
|---|---|---|---|---|---|
| 3 | Al Ain | | 4 | Ras Al Khaimah | |
| 5 | Al Fujairah | | 6 | Al Sharjah | |
| 7 | Bani Yas | | 8 | Ajman | |

Dubai Islamic Bank
Administrative Affairs
Department
(fax)
SENT
[signature]

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005582t



## CERTIFICATE OF TRANSLATION

**Title of Source Document:** DIB_005577 – DIB_005582

**Source Language:** Arabic

**Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
10 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**

*Lucinda Wills*

**Date:**

Feb. 4, 2019

Consortra Translations
www.consortra.com

Your
legal
translation
partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong