# EXHIBIT 10

# EXHIBIT B

# DUBAI ISLAMIC BANK

Public Joint Stock Company

( Incorporated in U.A.E. )

Head Office



(Same language in Arabic)

IDM/191/99

## *INTERNAL MEMO*

| TO: | **Manager – Administration Division** |
|---|---|
| FROM: | **INTERNATIONAL DIVISION** |
| SUBJECT: | **OFAC Bulletin No. 65.** |

You are requested to circulate the enclosed Bulletin, which we received from Bankers Trust Co., to our Executive Managers as well as to all our Branches and Divisions.

Regards.

Adel Noori
Manager - International Division

*Received on 11/04/1999*

*Mr. Hamdi*
*For circulation*

*Date: 11/04/1999*

Form 249

(Same language in Arabic)

P.O. Box: 1080 DUBAI, Tel.: 2953000, Fax: 2954111, Tlx: 45889/48772 ISLAMI EM, SWIFT: DUIBAEAD

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005583t

Å Bankers Trust
Company

Nadim Zaman
Vice President

Tel. : (973) 229966
Fax : (973) 229991

**Å Bankers Trust**
*Architects of Value*

November 1, 1999

*Mr. Adel Noori*
*For your information*
*2/11*

Mr. Rafatul Islam Usmani
Asst Head of Investment & Foreign Relations
Dubai Islamic Bank
P.O. Box 1080
Dubai
United Arab Emirates

Dear Mr. Usmani,

Attached, please find an update from Office of Foreign Asset Control (OFAC) Compliance Bulletin
No. 65.

Yours,

*Mr. Wajeed*
*For circulation*
*2/11*

Nadim Zaman

/Attach

To all Branch Managers and Department Managers
You are kindly requested to review the content of the
above circular and its attachments and take the
necessary procedures.
                    Thanks for your cooperation.

Administration Manager

P.O. Box 5905, Manama Centre, Manama, Bahrain        (Bahrain Commercial Register No. 7863)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

**\*\*CEOs**

| 1 | Financial and administrative department | *11/7/99* | 2 | Real estate investment | |
|---|---|---|---|---|---|
| 3 | Investment department | | 4 | Banking transactions department | |

**\*\*Ground floor**

| 5 | Main office manager | | 6 | Current accounts | |
|---|---|---|---|---|---|
| 7 | Foreign department | *11/7/99* | 8 | Ladies | |

**\*\*Mezzanine floor**

| 9 | Letter of Credits | *11/7/99* | 10 | Information Technology | *11/7/99* |
|---|---|---|---|---|---|

**\*\*First floor**

| 11 | Administrative affairs | | 12 | Human Resources | *11/7/99* |
|---|---|---|---|---|---|
| 13 | Review | | 14 | Clearing house | |

**\*\*Second floor**

| 15 | Legal affairs | | 16 | Monitoring and collection | |
|---|---|---|---|---|---|
| 17 | Trade and financing | | | | |

**\*\*Third floor**

| 18 | Systems and quality | | 19 | Management of Branches | |
|---|---|---|---|---|---|

**\*\*Fourth floor**

| 20 | Financial department | | 21 | Al-Istisna and buildings | |
|---|---|---|---|---|---|
| 22 | Real estate projects | | | | |

**\*\*Fifth floor**

| 23 | International department | | 24 | Credit | |
|---|---|---|---|---|---|
| 25 | Media and public relations | | 26 | Direct investments | |

**\*\*Hilal Lootah building**

| 27 | Sharia Supervision | Dubai Islamic Bank Administrative Affairs Department (fax) SENT [signature] | 28 | Internal auditing | |
|---|---|---|---|---|---|
| 29 | Real estate services | | 30 | Banking cards | |
| 31 | Real estate services/Sharjah | | 32 | | |

**\*\*Branches**

| 1 | Abu Dhabi | Dubai Islamic Bank Administrative Affairs Departmen (fax) SENT [signature] | 2 | Al Souq | |
|---|---|---|---|---|---|
| 3 | Al Ain | | 4 | Ras Al Khaimah | |
| 5 | Al Fujairah | | 6 | Al Sharjah | |
| 7 | Bani Yas | | 8 | Ajman | |

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005587t



## CERTIFICATE OF TRANSLATION

**Title of Source Document:** DIB_005583 – DIB_005587

**Source Language:** Arabic          **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
10 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                                  Feb. 4, 2019

Consortra Translations
www.consortra.com

Your
legal
translation
partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong