# EXHIBIT 12a

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                         )
                                         )
                                         )
                                         )   03 MDL 1570 (GBD) (SN)
In re Terrorist Attacks on September 11, 2001   )   ECF Case
                                         )
                                         )
                                         )
```

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 04-cv-07279

## DECLARATION OF AMR ABOU EL MAATY

I, Amr Abou el Maaty, declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief:

**Background**

1.      I am employed by Dubai Islamic Bank ("DIB") as an Assistant Vice President and Head of Branches Support.

2.      I graduated from Cairo University in Egypt in May 1990 where I received a Bachelor of Science degree in Accounting. I also took a one-year course in Modern Accounting at American University in Cairo, Egypt in approximately 1991.

3.      I worked at KPMG in Egypt from approximately 1991 until March 1997. I then worked at KPMG in Dubai from March 1997 until March 1999.

1

4.      I joined DIB's Internal Audit Department in June 1999 as an auditor. I was responsible for conducting audits of DIB's branch offices and departments.

5.      In 2003, I became the manager of the Branch Operations Department at DIB. In approximately 2007 I became the Assistant Vice President of DIB's Branch Operations Department. The Branches Operations Department's name changed to Business Operation and Control and later to Branches Support.

**Internal Audit Department**

6.      DIB's Internal Audit Department in the 1990s and prior to September 11, 2001 was responsible for internal audits of branches and departments of DIB. DIB's Internal Audit Department evaluated DIB's control systems, procedures, documents, forms, and records.

7.      DIB's Internal Audit Department selected specific branches and departments for audit each year based on a variety of factors.

8.      DIB conducted audits of its branches and departments by following audit programs. An audit team created the audit program, which was then approved by the Head of Internal Audit.

9.      DIB's audit programs also incorporated guidance from UAE Central Bank circulars. For example, DIB's audit program tested whether the relevant parts of the Bank were following the UAE Central Bank's Anti-Money Laundering Circular 24/2000 after the circular was issued.

10.     DIB's internal audits included compliance and substance tests. Compliance tests within the audit program determined whether DIB's branches and departments followed their policies and procedures. Substance tests within DIB's audit program reviewed a sample of documents and records. For example, audits of DIB's branches included review of a sampling of account opening documents to ensure the branches obtained all required documentation.

11.     DIB's Internal Audit Department sent audit teams to each branch and department that was being audited to apply the designed audit program.

12.     Once an internal audit was completed, the audit team discussed its report with the branch or department manager.  DIB's audit teams also created action plans for the relevant branches or departments that provided recommendations to improve any issues detected in the audit.

13.     Once DIB's audit reports were complete, DIB's management received copies of those reports.

**Account Opening at DIB**

14.     As part of my audit responsibilities, I audited DIB's account opening procedures beginning in 1999.

15.     Before a prospective individual customer could open an account at DIB, DIB required that the prospective customer fill out a signature card and account opening form and provide an original passport to verify the person's identity.  In the case of a company, DIB also required proof of its commercial license to open an account.

16.     To open an account, a DIB branch employee met with a new prospective customer, checked the customer's original passport and any other required documentation, copied the pages of the passport that verified the customer's identification and residence, and generally stamped or initialed the copy to confirm the DIB branch employee had reviewed the original document.

17.     As part of account opening, a potential customer filled out a DIB account opening form and signed a signature card.  A potential customer signed both the account opening form and the signature card in the presence of the DIB branch employee, and the branch employee stamped or initialed the signature card as well.

18.     Once a potential customer completed DIB's account opening application, a DIB branch employee checked the potential customer's name against (1) the UAE Central Bank's List of Current Account Restricted Persons ("UAE Central Bank Black List"); (2) DIB's internal black list; (3) any other sanctions or black lists distributed to DIB's branches (including any notices or sanctions lists from the United States Government's Office of Foreign Assets Control ("OFAC")); and (4) the list of accountholders who were already customers at DIB.

19.     An account could not be opened for any person who was on the UAE Central Bank's Black List, other sanctions list distributed to DIB's branches, or DIB's own internal black list.

20.     Each of DIB's branches had at least one computer terminal that was connected directly to the UAE Central Bank that permitted searches of the UAE Central Bank Black List. A DIB branch employee searched a potential customer's name in the UAE Central Bank terminal, and if the potential customer's name hit on the UAE Central Bank Black List, the branch employee could not open an account for that customer.

21.     As part of account opening, a DIB branch employee also searched a potential customer's name in DIB's computerized banking system, Tandem.  If a Tandem search indicated that the potential customer was already an account holder with DIB, then the branch employee assigned the customer's existing customer information file ("CIF") number in DIB's system to the new account and no new CIF number would be given to the customer.

22.     Completed opening account applications and supporting documents were submitted to DIB's branch officials, also known as Branch Managers or Assistant Branch Managers.  DIB's Branch Manager or Assistant Branch Manager reviewed account opening applications and supporting files to ensure they contained all required information before final approval and activation of an account.  Upon completion of the review and approval of the account, the new account was considered opened.

23.     Each branch at DIB had a Current Accounts Department that was responsible for keeping account opening records, including account opening forms and copies of original documents, in special files in a secured location at the branch. DIB's Branch Managers were responsible for verifying that these account opening documents were safely and securely stored.

24.     When DIB created the Central Operations Department in 2003, all of the account opening files at each of the branches was sent to the Central Operations Department for management and storage.

25.     Attached as Exhibit A (DIB_002457-2699) is a true and correct copy of DIB's policies and procedures manual entitled *Duties and Responsibilities of Departments at Dubai Islamic Bank*. DIB's account opening policies and procedures are largely reflected in Exhibit A at DIB_002468 and DIB_002472.

26.     DIB would not have opened an account for a potential customer if that potential customer had appeared on the UAE Central Bank Black List or any other sanctions or black list then known to DIB.

27.     Before September 11, 2001, I was unaware of any accountholder's having any alleged involvement with al Qaeda or any intention to participate in or aid any terrorist attack. I am unaware of information suggesting that DIB had any intention to participate in or aid any terrorist attack. I am not aware of any information suggesting that DIB ever knowingly provided financial services to a customer with links to al Qaeda.

28.     In my experience since joining DIB in 1999, I believe that DIB then and now would promptly terminate any customer relationship and report the customer to the UAE Central Bank if DIB believed the customer was funding or otherwise involved in terrorist activity.

29.     In my experience, DIB always used its best efforts to comply with the instructions of the Central Bank, including instructions to freeze or close accounts.

**September 11, 2001 Terrorist Attacks**

30.     At no point during my four years in DIB's Internal Audit Department from 1999 until 2003 did I ever find or become aware of any evidence of terrorist financing at DIB.

31.     I have never been asked by anyone at DIB to support terrorism, and I would never support terrorism.

32.     I have never heard anyone at DIB express any support for al Qaeda or any terrorist organization.  I have never learned any facts suggesting in any way that DIB supports or supported al Qaeda or any other terrorist organization.


Pursuant to 28 U.S.C. § 1746, I, AMR ABOU EL MAATY, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 9, 2021.

# EXHIBIT A



بنك دبــي الإســلامي

# أعمال ومستويات الأقسام

# في بنك دبي الإسلامي

مركز التدريـــب والتطويـــر

قسم البحوث

ابريـــــل ١٩٩٧م

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002457

# المحتويات

| | رقم الصفحة |
|---|---|
| تقـديم | ١ |
| المقدمة | ٣ |
| الحسابات التجارية | ٧ |
| القسم الأجنبي | ٣٤ |
| المقاصة | ٤٣ |
| الاعتمادات المستندية | ٤٦ |
| التجارة والتمويل | ٥٥ |
| الاستثمار والعلاقات الخارجية | ٧٣ |
| الائتمان | ٧٦ |
| المشاريع العقارية | ١٠٤ |
| استخدامات العقارية | ١١٠ |
| المتابعة والتحصيل | ١١٨ |
| الشؤون القانونية | ١٣٥ |
| بطاقات الفيزا | ١٥٣ |
| الحسابات العامة | ١٥٩ |
| الحاسب الآلي | ١٨٤ |
| الرقابة الشرعية | ١٩٨ |
| التدقيق الداخلي | ٢١٢ |
| الشؤون الإدارية | ٢١٤ |
| المشاريع الصناعية | ٢١٨ |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002458

بسم الله الرحمن الرحيم

" وقل اعملوا فسيرى الله عملكم ورسوله والمؤمنون وستردون الى عالم الغيب والشهادة فينبئكم بما كنتم تعملون "

صدق الله العظيم

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

تقـديم :

" الرحمن ، علم القرآن ، خلق الانسان علمه البيان " فله الحمد على جليل نعمه ، والصلاة
والسلام على أشرف خلقه ، سيدنا محمد صلى الله عليه وسلم وعلى آله وأصحابه ومن والاه٠

فمن نعم الله على المجتمع الاسلامي ان وفقت بانشـاء بنك دبي الاسلامي كمؤسسة مالية
مصرفية اسلامية تهدف الى تطبيق أحكام الشريعة الاسلامية في المعـاملات المصرفية ، وتنمية
الأموال بالطرق الحلال٠

والكتاب الذي بين يديك عزيزي القارئ ( أعمال ومسئوليات الاقسام في بنك دبي الاسلامي)
حرى كل الاعمال المصرفية التي يمارسها البنك من خلال أقسامه المختلفة بشكل تفصيلي ،
وباسلوب سهل ، بعيد عن المبالغة والتعقيد يفيد المتخصص ويستوعبه القارئ العادي ، طمعا في
تجسيد الواقع العملي الذي يمارسه البنك في معاملاته المختلفة وأملا بأن يفي بالغرض المنشود
بما توافرت به من خصائص منها على سبيل المثال عرض أعمال ومسؤوليات أقسام البنك بهدف
توفير المعرفة للعاملين بأعمال أقسامهم ، بالاضافة الى أعمال الاقسام الأخرى ليكون الموظف
بالبنك نموذجا يحتذى به للعاملين بالبنوك الاسلامية الاخرى ، من حيث المامه بشتى الاعمال
المصرفية الاسلامية ؛ والرد على أية استفسارات خاصة بأعمال البنك فضلا عن أهمية توفير
مثل هذا! الكتاب قد يعزز من دور البنك في تنمية العمل المصرفـي الاسـلامي ، والاسهام بتوفير
المراجع العلمية والعملية ، بما يساعد الباحثين والمهتمين بقضايا البنوك الاسلامية بالاطلاع علـى
أعمال ومسـؤوليات بنك دبي الاسلامي كتجربة نموذجية رائدة يمكن مناقشتها والاستفادة منهـا فـي
تطوير أعمال ومسـؤوليات البنوك الاخرى٠

كما أن هذا الكتاب يساعد على أيضاح أعمال ومسؤونيات الاقسام بما يفيد في الاستعانة في اعداد
التوصيف الوظيفي مستقبلا٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002460

- ٢ -

فلهذه الخصائص التي يمتاز بها هذا الكتاب رأينا أنه يصلح لأن يكون أحد المراجع العلمية والعملية لبنك دبي الاسلامي والعلماء والباحثين .

ربما هذا الجهد الا مساهمة متواضعة وبداية لمشوار طويل يجب أن نسير فيه جميعا على خير وجه متكاتفين من أجل الارتقاء بهذه المؤسسة الاسلامية الرائدة الى الدرجة المرجوة لها .

سعيد بن أحمد آل لوتاه

رئيس مجلس الادارة والعضو المنتدب

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002461

- ٣ -

المقــدمـة :

بنك دبي الاسلامي مؤسسة مالية مصرفية اسلامية يعمل في مجال المال والاعمال يسعى الى الالتزام بالحلال وتجنب الحرام في المعاملات المالية والمصرفية دون أن يتعامل بالربا أخذا وعطاءا بوصفه تعاملا محرما شرعا • وعليه فما كان من أعمال البنوك الاخرى حلالا لا شبهة فيه تام بها البنك الاسلامي دون حرج ، وما كان فيها من ربا تجنب البنك التعامل بها مع ايجاده للبدائل المقبولة شرعا حتى لا يحرم المتعامل مع البنك من ميزه مصرفية يتمتع بها غيره لدى البنوك الاخرى •

وقد كان لطبيعة الدور الاسلامي والخصائص المميزة للبنك أن يعمل على رسم استراتيجية خاصة به من ملامحيا الاساسية تلك السياسة الائتمانية التوسعية والخدمات المصرفية المتطورة ، والمعاملات التجارية بالمرابحة ، والمضاربات ، والاستصناع والخدمات الاجتماعية والانسانية التي يقوم بتنفيذها البنك من خلال الاقسام المختلفة وكل بحسب دوره واختصاصاته التي يتعملها:

فقسم الحسابات التجارية يعد الواجهة الاساسية للبنك ويمارس دوره من خلال اتصاله المباشر بالجمهور والمتعاملين ويعمل على انهاء معاملاتيم واجراءاتهم الشخصية أو تلك المرتبطة باعمال الاقسام الاخرى• كما أن هذا القسم يمارس دوره بالقيام بتجميع السيولة النقدية من خلال الودائع بأنواعيا بما يساهم في زيادة الموارد المالية للبنك والاستثمار في المجالين المحلي والدولي•

أما القسم الاجنبي فانه يعمل على توفير خدمات متعددة ومتجددة بشكل يلبي كافة احتياجات المتعاملين ، ومن خدماته الحوالات الاجنبية بالبريد أو التلكس أو بالتليفون أو بالفاكس والقيام بدفعيا للمستفيد في أي مكان بالعالم وبالعملة التي يحددها المتعامل ومنها الشيكات المصرفية الصادرة لأي مستفيد في أي بلد وبأي عملة يحددها طالب الشيك•

وعن قسم المقاصة فانه يقوم بتلقي الشيكات المستحقة السداد الفوري والشيكات المحررة بتواريخ آجله بالعملة المحلية من المتعاملين وجميع أقسام البنك للتحصيل عن طريق الفروع والبنوك المراسلة وقد تصنف الشيكات المستحقة الدفع الفوري الى شيكات مسحوبة على بنك دبي الاسلامي وشيكات مسحوبة على بنوك أخرى داخل الدولة•

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٤ -

كما يقوم قسم الاعتمادات المستندية باصدار خطابات الضمان بنـاءا على طلب المتعاملين
ممه حيث يتعهد البنك فيها بدفع مبلغ نقدي معين عند طلب المستفيد خـلال فتـرة زمنية محـددة.
كما يقوم القسم بفتح الاعتمادات المستندية النقدية وفي هـذا النـوع من الاعتمادات يحصـل البنـك
على عمولة مقابل فتح الاعتماد النقدي المذكور ، أما فـي حالـة الاعتماد بطريـق المرابحة فـان
المتعامل يتقدم بطلب فتح الاعتماد المذكور لشراء بضاعة ما وتأجيل الثمن فان البنك يقوم بشـراء
البضائع من المصدر بالخارج باسم البنك ولحسابه وبعد وصول البضائع أو المستندات حسب
اتفاق البنك مع متعامليه يتم تسليمها له.

أما قسم المرابحه فأنه يعمل على تنفيذ رغبة المتعاملين مع بنك دبـي الاسـلامي بـالحصول
على كافة احتياجاتهم حيث يستطيع المتعامل مـن أن يحصـل بطريقـة المرابحـة على السـيارات
والمعدات والآليات والناقلات وما شابه ذلك ، والاثاث والسـلع المختلفة ومستلزمات الانتاج والسلع
الوسيطة. والعقارات ، والمباني والأراضي ، والمزارع ؛ والمصانع.

كما يقوم قسم الاستثمار والعلاقات الخارجية باستثمار أمـوال البنك فـي المرابحات الدولية
وتمويل عمليات التجارة الخارجية ، ويساهم فـي المضاربات والمشاركات وفقا للنواحي الفنيـة
والمصرفية والقانونية والشرعية..

وقد يعمل قسم الائتمان على اقتراح وتنفيذ السياسات المتعلقة بالتسهيلات الائتمانية ، ودراسة
الجوانب المالية والضمانات المقدمة للمشروع بالتعاون مع الاقسام الاخرى بـالبنك ، والمؤسسات
المالية والاستثمارية خارج البنك. اضـافة الى تقديم بيانـات وتقارير دوريـة الـى لجنـة التسـهيلات
المصرفية عن أوضاع المتعاملين مستندة على تحليـل مراكزهـم الماليـة وميزانياتهم ، وأوضـاع
الضمانات المقدمة من قبلهم للبنك.

أما قسم المشاريع العقاريه فأنه يقوم بتقييم العقارات التي سيتم شـراءها بتمويـل مـن البنك ،
والعقارات لأغراض الرهن والاستصناع ، وكذلك الاشـراف علـى مراحـل تنفيذ عمليـات
الاستصناع وبمقتضاه وطلب المتعامل من البنك أن يصنع له شيئا محـددا كبنـاء عقار مثـلا حيث
يقوم القسم باعداد الدراسة الفنية للمشروع موضوع عقد الاستصناع أو تقييم العقـار المـراد رهنـه
لغرض الضمانات ويقوم البنك بعد ذلك بالتنفيذ طبقـا لنمواصفات المنصـوص عليهـا فـي عقد
الاستصناع عن طريق أحد المقاولين أو بنفسه.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002463

- ٥ -

وشن قسم الخدمات العقارية فانه يقوم باستلام المباني والاعداد للتأجير بعد استكمال
المستندات ، وادارة المرافق والمجمعات والعقارات التي يملكها البنك أو يتولى ادارتها نيابة عن
الأخرين مع ضمان تأجيرها وصيانتها ، وتحرير العقود الإيجارية الخاصة بالوحدات السكنية ،
أو المرافق الاخرى ، واتخاذ الاجراءات التنفيذية اللازمة لتحسين ظروف السكن في للوحدات
السكنية التي يمتلكها البنك أو يديرها بما في ذلك التنسيق مع الشركات والدوائر الحكومية
والمحلية لتوصيل الخدمات ،

كما يمارس قسم المتابعة والتحصيل دوره من خلال عملية المتابعة المستمرة للشيكات
المرتدة من المتعاملين مع البنك فى، عمليات الاستصناع وبيع وشراء العقارات والسيارات
والاعتمادات ،

وعن أعمال ومسؤوليات قسم الشؤون القانونية بالبنك فانه يقوم بالاستشارات القانونية ،
واعداد العقود والارشادات القانونية وأن مهام وواجبات قسم الشؤون القانونية تشمل كل الانشطة
التي يقوم بها البنك وتنطوي على اجراءات يجب أن تراعى فيها الضوابط والمبادئ القانونية
المختلفة التي تتطلبها مجموعة القوانين التجارية والمدنية ذات الصلة بالعمل المصرفي ،

أما قسم بطاقات الفيزا فانه يقوم باصدار بطاقة الفيزا العالمية والتي يمكن الاعتماد عليها في
تغطية قيمة مشتريات أو قيمة خدمات سواء داخل الدولة أو خارجها بأسرع الطرق وأيسرها،
وتصدر هذه البطاقة عن بنك دبي الاسلامي بالتعاون مع مؤسسة فيزا العالمية ،

أما قسم الحسابات العامه فانه يعتبر الجهة الرقابية على جميع الحسابات بالبنك كما يعتبر
جهة تنفيذية لبعض الاعمال التي تسند اليه من الادارة العليا ويعمل على القيام بمراجعة الحركة
اليومية للاشعارات ، ومراجعة الحركة اليومية للمصارف الآلي ، ومراجعة الارصدة اليومية
للاستاذ المساعد ومطابقتها مع الاستاذ العام ، والتسويات ، والمصروفات ، واعداد حافظة
المستندات العامة ، ومراقبة الحركة النقدية ونسب السيولة ، والتسويات الجردية للحسابات
الختامية في نهاية العام ،

وعن قسم الحاسب الآلي فقد حرص البنك منذ نشأته الأولى على أداء خدماته للمتعاملين
بسهولة ويسر ، ومن أجل ذلك تم ربط جميع أعمال البنك بخدمات الحاسب الآلي ليكون عونا
على الدقة والاتقان وسرعة الاداء وسهولة تقديم كافة خدمات البنك فيما يتعلق بعمليات الايداع

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٦ -

والسحب ، اضافة الى دوره بتوفير البيانات والمعلومات الخاصة بالادارة العليا والاقسام والفروع بأسرع وقت ممكن ٠

وعن الرقابة الشرعية فانها هيئة يعينها مجلس ادارة البنك عملا بنص الباب السابع من النظام الاساسي للبنك بموافقة المصرف المركزي مهمتها الافتاء بقضايا العمل المصرفي والتحقق بأن أعمال البنك تسير وفقا لتعاليم الشريعة الاسلامية ٠

وعن قسم التدقيق فانه يقوم بمراجعة جميع أقسام البنك المختلفة وفقا لبرامج تدقيق وأوراق عمل لكل مهمة في أقسام البنك المختلفة ٠

وأيضـا فـان قسم الشـؤون الادارية يمـارس دوره من خـلال الاجـراءات التنظيميةالمتعلقـة باصدار التعاميم والقرارات الادارية على جميع أقسام وفروع البنك ٠ كمـا يقـوم باعداد ملفـات الموظفين وعروض العمل ، واصدار شـهادات لمن يهمـه الامـر والاحتفـاظ بجـوازات سـفر الموظفين والقيام باجراءات اصدار التأشيرات والا قامات للموظفين ٠ بالاضافة الى متابعة تنفيذ الخطط الموضوعة بشأن الاحتياجات من الايدي العاملة ، ومراقبة دوام الموظفين ٠

والله ولي التوفيـق ٠٠٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002465

⑦



قسم الحسابات الجارية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002466

# قسم الحسابات الجارية

## دور قسم الحسابات الجارية والاجراءات :

يعتبر قسم الحسابات الجارية الواجهة الأساسية للبنك بصفة عامة وذلك بسبب اتصاله المباشر بالجمهور والمتعاملين وانهاء اجراءات معاملاتهم الشخصية , أو المتصلة بالاقسام الاخرى.

يقوم قسم الحسابات الجارية بالأعمال التالية:

### أولا : الحسابات الجارية

التعريف:

هو قرض تحت الطلب شرعا وقانونا ولا يستحق المتعامل بمقتضاه أية أرباح, ولايتحمل أية خسائر ويلتزم البنك بدفع جميع المبالغ بالحساب لصاحبها وقت الطلب.

السند الشرعي:

الحساب الجاري هو قرض تحت الطلب يجري عليه مما يجري على القرض من الضمان ورد المثل ... وقد جاء بفتاوي المؤتمر الثاني لمجمع البحوث الاسلامية بالقاهرة عام ١٩٦٥ بأن أعمال البنوك من الحسابات الجارية , وصرف الشيكات وخطابات الضمان والاعتمادات والكمبيالات الداخلية التي يقوم عليها العمل بين التجار والبنوك , كل هذا من المعاملات المصرفية الجائزة , وما يؤخذ في نظير هذه الأعمال ليس من الربا.

لمن تفتح الحسابات الجارية ؟

تفتح الحسابات الجارية للشخصيات الطبيعية مثل:
- حسابات الأفراد الشخصية - الحسابات المشتركة - حسابات القصر بولاية الأب والمحكمة

وتفتح أيضا للشخصيات الاعتبارية مثل:
- حسابات النوادي والجمعيات والمدارس.
- حسابات المؤسسات والشركات
- الحسابات الحكومية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002467

- ٤ -

بإجراءات فتح الحساب التجاري المطلوب للمتعامل المقيم بعد تقديمـــه الأوراق الثبوتية
ستجدات المطلوبة لكل نوع كما هي موضحة بالبيان التالي:

البيــانـات والمستنــدات المطـلوبة

ع الحسـاب

خ ـــــــــــــي    جواز السفر الأصلي – العنوان الكامل وصندوق البريد – أرقام الهواتف

ترك    جواز السفر الأصلي – العنوان الكامل وصندوق البريد – أرقام الهواتف
-- إقرار بتحديد المسؤولية أمام البنك •

حسابات القصـر    جواز السفر الأصلي أو شهادة الميلاد للقاصر – جواز السفر الأصلي
الولي أو الوصي – قرار المحكمة الشرعية بتعيين الوصي الشرعي في
حالة غياب الولي – العنوان الكامل وصندوق البريد – أرقام الهواتف •

المؤسسات والشركات    الرخصة التجارية – شهادة قيد بالسجل التجاري – شهادة تسجيل في
شرفة التجارة والصناعة – عقد الشراكة أو وكيل الخدمات مصدق
حسب الاصول – خطاب بتحديد المخولين بالتوقيع أو بتوكلاه عن
طريق المحكمة – جوازات سفر المخولين وأصحاب الترخيص
والشركاء – العنوان الكامل وصندوق البريد – أرقام الهواتف •

الجمعيات والنـوادي    قرار الوزارة المختصة بالاشهار – قرار الجمعية العمومية الذي يحـدد
المخولين بالتوقيع – جوازات سفر المخولين بالتوقيع – رخصة البلدية
بالنسبة للمدارس – العنوان الكامل وصندوق البريد – أرقام الهواتف •

الحسـابات الحكــومية    باسم الحكـــــومة •

هذا ويجب معاينة أصـــل الأوراق الثبوتية والمستندات من قبل الموظف المختص والاحتفـاظ
بصورة طبق الأصل مع ملف انحساب ، مع مراعاة سريان مدة الإقامة بالنسبة للوافدين •

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002468

‑ ٢٠ ‑

## شروط الحساب الجاري:

‑ هي حسابات دائنة تكون مبيدة للسحب والإيداع بلا قيد أو شرط يسمح فيها باستعمال الشيكات وغيرها من وسائل السحب المعتمدة لدى البنك بحدود الرصيد الدائن.

‑ تكون الأموال المودعة فيها أموالا مفوضة للاستعمال والرد عند الطلب ولا تشارك بأية نسبة في أرباح الاستثمار ولا تتحمل مخاطرة.

٣ ‑ كشوف الحسابات التي يصدرها البنك تكون صحيحة وموافقا عليها نهائيا إذا لم يستلم البنك أي اعتراض على صحته خلال خمسة عشر يوما من تاريخ وصول الكشف لصاحب الحساب.

٤ ‑ يكون البنك مخولا بأن يقيد على الحساب أية قيود تتعلق بالنفقات ، والمصاريف وأية معاملة من المعاملات المصرفية المتعلقة بصاحب الحساب.

٥ ‑ لا يجوز للشخصية الطبيعية ، أو الاعتبارية الواحدة أن تحتفظ بأكثر من حساب جاري واحد في نفس الفرع ويمكن تعداد الحساب في الفروع الأخرى تحت نفس الرقم الأساسي للمتعامل.

٦ ‑ حساب المتعامل سري ولا يجوز لغيره بالاطلاع عليه الا بتفويض خطي منه أو بأمره ، أو بحكم قضائي.

## ثانيا : حسابات الادخار والاستثماري:

التعريف: هي حسابات مخصصة للادخار مع التفويض بالاستثمار على أساس المضاربة المطلقة ، وفيها يفوض المتعامل معه البنك في استثمار هذه الأموال ، ويبذل البنك قصارى جهده لتحقيق المصلحة المشتركة بينه وبين المتعاملين معه.

السند الشرعي: المعاملة بين السوق والمصرف تأخذ حكم المضاربة كما جاء بقرارات المؤتمر الأول للمصرف الإسلامي بدبي ١٣٩٩هـ/١٩٧٩م.

الشروط العامة لحسابات الادخار الاستثماري:

أ ‑ تبدأ مشاركة المبلغ المودعة بالحساب في الاستثمار اعتبارا من أنف درهم.

ب ‑ تبدأ مشاركة المبالغ المدخرة في الاستثمار اعتبارا من بداية الشهر الافرنجي التالي لشهر الإيداع عدا المبالغ المودعة في اليوم الأول من الشهر فتشاركي في الاستثمار اعتبارا من نفس اليوم.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٤ -

د - يستثمر البنك نسبة ٥,٠٪ من قيمة المبالغ المدخرة بغرض الاستثمار ويودع صافي
الأرباح بنسبة ٩٧ ٪ للمستثمر و ٢,٥ ٪ للمضارب وفي حالة الخسارة لا قدر
الله - يتحمليا المدخر ملم يثبت أن البنك المضارب قصر أو تعدى أو خالف شروط
المضاربة.

ه - يجب الا يقل رصيد الحساب عن مائة درهم.

و - لا يجوز للمدخر أن يسحب من حسابه سوى واحدة فقط خلال الشهر الواحد ولايشارك
المبلغ المسحوب في الاستثمار خلال شهر السحب.

ز - تفتح هذه الحسابات للأشخاص الطبيعيين فقط الراغبين في الاستثمار بذواتيم أو بصفاتيم
أو بواسطة من ينوبون عنهم بصفة رسمية , وكما هو الحال بالنسبة للحسابات الجارية
للشخصيات الطبيعية تتم إجراءات فتح الحساب للتعامل للمقيم أو غير المقيم بعد تقديمه
الأوراق الثبوتية والبيانات والمستندات المطلوبة كما هي ببيان الحسابات الشخصية
الطبيعية الجارية وحسب الشروط الموضحة في طلب فتح الحساب الادخاري.

**ثالثا : الودائع الاستثمارية :**

التعريف: هي الأموال التي تودع لدى البنك لمدة معينة يفرض أصحابيا البنك باستثمارها
على أساس المضاربة المطلقة.

السند الشرعي: المعاملة بين المودع والمصرف تأخذ حكم المضاربة. كما جاء بفتوى الهيئة
العليا للرقابة الشرعية في اجتماعيا الأول ١٩٨٣/٤/١٣م وتنص على أن
الودائع الاستثمارية بالبنك هي عقد مضاربة شرعي ينطبق عليه جميع
أحكام المضاربة التي يرد تفصيليا بكتب الفقه الاسلامي. والمضاربة ثابتة
بالكتاب والسنة والاجماع وتوزع الأرباح بين البنك "المضارب" والمودعين
"أصحاب الأموال" حسب العقد المبرم بينيما.

الشروط العامة لحسابات الودائع الاستثمارية:

أ - تفتح حسابات الودائع الاستثمارية للشخصيات الطبيعية والاعتبارية حسب النوع الذي
يقدمه البنك من حيث المدة وهي اما سنة واحدة , او تسعة شهور , او ستة شهور ,
أوثلاثة شهور أو من حيث نوع العملة المستثمرة , اما بالعملة المحلية "درهم الامارات"
أو العملة الأجنبية"دولار أمريكي".

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002470

- ١٢ -

يتم اجراءات فتح الحساب للمتعامل المقيم , أو غير المقيم بعد تقديم الأوراق الثبوتية
والبيانات والمستندات المطلوبة كما هي ببيان الحسابات الجارية , وحسب الشروط
الموضحة في طلب فتح حساب الوديعة الاستثمارية .

- يستثمر البنك نسبة ٨٠ % لمدة سنة , و ٧٠% لمدة تسعة شهور , و ٦٠ % لمدة ستة شهور
و ٥٠ % لمدة ثلاثة شهور من قيمة الوديعة الاستثمارية ويوزع صافي الأرباح بنسبة
٩٧,٥% للمستثمر و ٢,٥% للبنك المضارب , وفي حالة الخسارة لاقدر الله - يتحملها
المستثمر مالم يثبت أن البنك المضارب قصر, أو تعدى أو خالف شروط المضاربة .

ج - الحد الأدنى للوديعة الاستثمارية ١٠٠٠٠ درهم , ١٠,٠٠٠ دولار , أو ما تقـرره ادارة
البنك .

د - يفوض المستثمر البنك في استثمار أمواله على أساس المضاربة المطلقة وللبنك حرية
التصرف في كل ما يراه مناسبا لتحقيق مصلحة الطرفين .

هـ - تبدأ مشاركة الوديعة في الاستثمار اعتبارا من اليوم الأول والعاشر والعشرين من كل
شهر أفرنجي حسب تاريخ الايداع .

و - لا يجوز للمودع أو المستفيد أو من له حق السحب أن يقوم بسحب وديعته الاستثمارية
أوجزء منها قبل تاريخ انتهاء مدتها .

ز - يتجدد استثمار الوديعة تلقائيا بعد انتهاء مدتها وبنفس الشروط مالم يخطر أحد الطرفين
(المودع والبنك) الآخر خطيا قبل شهر من تاريخ انتهاء الوديعة .

يتجدر الاشارة الى أن الوديعة الاستثمارية نوعان:

( أ ) وديعة استثمارية مطلقة:
بمقتضاها يفوض المتعامل البنك في استثمار الوديعة على أساس المضاربة المطلقة ,
ويتخذ البنك كل ما يراه مناسبا لتحقيق مصلحة الطرفين , ويوزع الأرباح حسب النظام
المذكور أعلاه .

( ب) وديعة استثمارية محددة "مقيدة":
يفوض فيها المتعامل البنك في استثمار أمواله في مشروع محدد ويتم في هذه الحالة توزيع
عائد المشروع حسب نصوص العقد المبرم بين البنك وصاحب الوديعة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٢ -

خطوات العملية لفتح الحسابات التجارية:

ح الحسابات:

- يتقدم الدتعامل الى الموظف المختص لفتح الحساب المطلوب بأوراقه الثبوتية الأصلية.

- يتم تحديد نوع الحساب المطلوب فتحه (جاري/ادخار/استثمار) , فردي , مشترك , قاصر مؤسسة, هيئة , , شركة , نادي , جمعية .

٢ – يملأ المتعامل طلب فتح الحساب بمعرفة الموظف المختص ويتم التوقيع عليه بحضوره.

٤ – يوقع المتعامل على طلب فتح الحساب وكذلك بطاقات التوقيع وفي حالة التوقيع بالبصمة يختم على الطلب وكذلك بطاقة التوقيعات بختم ( بصم أماني وتحقق من شخصيته ) .

٥ – يقوم الموظف المختص بالبحث عن اسم المتعامل في قائمة المحظور التعامل معهم التابعة للبنك وكذلك المصرف المركزي.

٦ – يقوم الموظف المختص بادخال اسم المتعامل وكافة البيانات في الحاسب الآلي , حيث يقوم الحاسب الآلي بالبحث عن الاسم آليا وفي حال وجود نفس الاسم في الحاسب الآلي يعطى اشارة بوجود الاسم , ويتحقق الموظف من المتعامل وفي حالة مطابقة التوقيع والبيانات يتم استخدام نفس الرقم السابق للحساب الجديد المطلوب فتحه , ولا يعطى رقما جديدا يخصه.

٧ – يقوم المتعامل بايداع رصيده الافتتاحي في حسابه الجديد لدى الصندوق.

٨ – يمنح المتعامل من البنك المستند الخاص بحسابه حسب نوع كل حساب اما دفتر شيكات للجاري , أو شهادة وديعة استثمارية.

٩ – يقوم الموظف المختص بمطابقة البيانات المدرجة في الحاسب الآلي مع بيانات الطلب.

١٠ – يقوم المسؤول عن فتح الحسابات بمراجعة الطلبات من حيث سلامتها وصحة ادخاليا في الحاسب الآلي ويعتمدها.

١١ – يحصل القسم من قسم الحاسب الآلي على تقارير يومية خاصة بالحسابات الجديدة , يتم مراجعتها من قبل رئيس القسم أو مساعده.

١٢ – ترسل بطاقات التوقيعات الى قسم الحاسب الآلي لادخاليا في الأجهزة الخاصةبتوقيحات. ثم تعاد الى القسم وتحفظ في ملفات خاصة.

١٣ – بعد ذلك يتم حفظ طلب فتح الحساب والمرفقات في الملف الخاص في مكان آمن .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002472

١. دفاتر الشيكات: تصدر دفاتر الشيكات بعد أن يوقع عليه الموظف المختص.

- يتقدم المتعامل بالطلب المعد لاصدار دفاتر الشيكات , ومن مدى امكانية اعطائه دفتر شيكات من واقع

- يتأكد الموظف من صحة ترقيع المتعامل , ومن مدى امكانية اعطائه دفتر شيكات من واقع

حركة حسابه ومركزه المالي.

- يوقع المسؤول على الطلب لاصدار الشيكات بالموافقة.

- تتم طباعة الشيكات وتسجل في السجل الخاص بها وتسلم للمتعامل بعد توقيعه بالاستلام أمام

الموظف المختص.

- تكون الشيكات غير المطبوعة محفوظة في الخزينة الرئيسية , ويتم استخراج هذه الشيكات

بواسطة رئيس القسم مع التسجيل في السجل الخاص بالشيكات.

- اصدار دفاتر الادخار الاستثماري:

١ - يقدم موظف فتح الحسابات باصدار دفتر الادخار الاستثماري فور فتح الحساب.

٢ - يسجل الدفتر في سجل خاص ويرقع المتعامل بالاستلام.

٣ - يرسل الدفتر الى الصندوق لتسجيل الحركة المالية فيه بعد الايداع.

٤ - يرسل الدفتر لرئيس القسم للختم والتوقيع.

٥ - تثبت صورة شخصية للمتعامل في دفتر الادخار الاستثماري اذا كان الترقيع بالبصمة.

- اصدار شهادات الودائع الاستثمارية:

١ - تتم طباعة شهادة الاستثمار بعد فتح الحساب ودفع المبلغ بموجب ايصال الدفع.

٢ - يستبدل ايصال الدفع بالشهادة ويرفق مع صورة الشهادة.

٣ - توقع الشهادة من قبل اثنين من المسؤولين المخولين بالتوقيع ( A , B ) رتختم بختم البنك

المعتمد.

٤ - تسجل الشهادة بسجل خاص وتسلم للمتعامل بعد توقيعه بذلك.

٥ - ترقيم مبلغ الشهادة بواسطة جهاز خاص يمنع التزوير.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002473

- ١٠ -

إدارة البطاقات النقدية:

- يرسل المتعامل الطلب الخاص بإصدار البطاقة النقدية ويوقّع عليه ثم يصادق الموظف المختص على صحة توقيعه .

- يتم خصم الرسوم من حساب المتعامل في حالة عدم تحويل الراتب أو عدم وجود وديعة استثمارية .

٣ - تسجل الطلبات وترسل لقسم الحاسب الآلي لإصدارها .

٤ - بعد اصدار البطاقات مع أرقامها السرية تسلم للمختصين في قسم الحسابات الجارية .

٥ - يتم الاتصال بالمتعاملين لاستلام بطاقاتهم .

٦ - يوقع المتعامل على استلامه البطاقة والرقم السري بعد التأكد من شخصيته .

٧ - يتم اتلاف البطاقات غير المستلمة من قبل المتعاملين بعد ثلاثة أشهر من اصدارها .

٨ - يمكن اصدار البطاقات النقدية للحسابات الجارية أو حسابات الادخار الاستثماري أو الاثنين معا .

٩ - في حالة ابلاغ المتعامل البنك عن فقدانه بطاقته النقدية ، يتم استيفاء نموذج معد لذلك ويرفع عليه المتعامل ويرسل الى قسم الحاسب الآلي  بعد الاتصال الهاتفي ومصادقة الموظف المختص على صحة التوقيع .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002474

- يقوم الموظف المختص بإستلام الشيكات غير المستحقة ويعد لها الحافظة يدويا ويقوم
  بالمراجعة ويرقع بما يفيد الاستلام ويسلم المتعامل نسخة من حافظة الإيداع.

- تسجل الشيكات غير المستحقة في سجل خاص بها وترسل لقسم المقاصة ويوقع على
  استلامها لاتمام حفظها.

- يستلم الموظف المختص الشيكات المسحوبة على بنك دبي الاسلامي والمستحقة ويسلمها
  لموظف المقاصة الداخلية لاتمام اجراءات قيدها.

ثانيا: شيكات المقاصة الداخلية (الشيكات المسحوبة على بنك دبي الإسلامي):

هي خاصة بالشيكات المسحوبة على بنك دبي الاسلامي والمودعة بحسابات المتعاملين قبل
تاريخ استحقاقها والتي سترحل آليا بعد أن تستحق وتجري بشأنها الخطوات التالية:

١ - يعد قسم الحاسب الآلي تقريرا بالشيكات التي ستستحل في اليوم التالي يشمل بيانات هذه
    الشيكات والمستفيدين منها.

٢ - يرسل قسم المقاصة هذه الشيكات مع تقرير الحاسب الآلي الى قسم الحسابات التجارية
    لتراجع من الناحية الفنية، وليصادق على صحة التوقيعات.

٣ - يقوم أحد موظفي قسم الحسابات العامة بمراجعة تقرير الحاسب الآلي مع الشيكات والحوافظ
    وتعاد الى قسم الحسابات التجارية.

٤ - يعد قسم الحاسب الآلي تقريرا بالشيكات التي تم تحصيلها في يوم الاستحقاق وآخر بالشيكات
    غير المحصلة والمعلقة لليوم التالي.

٥ - في اليوم التالي يعد قسم الحاسب الآلي تقريرا بالشيكات المحصلة من الشيكات المعلقة،
    وآخر بالشيكات المرتجعة، وتعد حوافظ الشيكات المرتجعة آليا أيضا.

٦ - ترسل الشيكات والحوافظ والتقارير لقسم الحسابات العامة لتحفظ وتعاد الشيكات المرتجعة
    لقسم المقاصة لاعادتها لمتعامليها.

تصديق الشيكات:

١ - يملأ المتعامل طلب تعد لبنك ويقدمه مع الشيك المراد تصديقه.

٢ - يقوم الموظف المختص بمراجعة صحة التوقيع وصحة البيانات وصحة المقاصة بالشيك.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ۱۸ -

- نتأكد من عجز غطاء كامل ۱۰۰٪ للشيك المصدق •
- تجرى القيود المحاسبية اللازمة (الخصم والاضافة + الرسوم) لتصديق الشيك وتقيد في الحاسب الآلي •
- يتم ترقيم مبلغ الشيك بواسطة جهاز الترقيم الخاص بمنع التزوير •
- يختم الشيك بعبارة التصديق الخاصة ويوقع من قبل المخولين بذلك •
٧ - يؤخذ توقيع المتعامل على استلام الشيك المصدق •

**اصدار شيكات المدير:**

١ - يملأ المتعامل الطلب المعد لذلك •
٢ - يقوم الموظف المختص بمصادقة صحة التوقيع •
٣ - تجرى القيود المحاسبية اللازمة لاصدار شيك المدير وتقيد بالحاسب الآلي •
٤ - تتم طباعة بيانات الشيك بواسطة جهاز الحاسب الآلي ويوقع عليها المخولين بذلك •
٥ - يؤخذ توقيع المتعامل باستلام الشيك •
٦ - يحفظ صورة من الشيك والمستندات في سجل خاص للتسوية •
٧ - يتم ترقيم مبلغ الشيك بواسطة جهاز الترقيم الخاص بمنع التزوير •

**وقد تصدر شيكات المدير في الحالات التالية:**

أ - اعادة الرواتب المرفوضة •
ب - التحويلات المستديمة الخارجية أو داخل الدولة •
ج - بدلا عن شيكات المتعاملين في المقاصة الخاصة •
د - تحويل أرصدة بعض الحسابات للحكم حسب الطلب •

تجدر الاشارة الى أن هناك برنامج خاص لاصدار شيكات المدير تم العمل به في فرع السوق اعتبارا من نوفمبر ۱۹۹۳ باستخدام النماذج الآلية الجديدة لشيكات المدير •

**ومن مزايا هذا البرنامج الآتي:**

أ - اجراء القيد على الحسابات الدائنة والمدينة بصورة آلية وبدون اشعارات •
ب - يتم طباعة الشيك بصورة آلية •
ج - في حالة الدفع النقدي لاصدار شيك المدير لايمكن طباعة الشيك الا بعد ادخال تاريخ ورقم الحركة ورقم الشاشة ، ويقوم الحاسب الآلي بعد ذلك بمقارنة المبلغ المطلوب طباعته بحيث لا يقوم بطباعة الشيك في حال عدم تطابق المبلغين •

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002476

- ١٥ -

- يتم قيد رقم الشيك بعد الطباعة بصورة آلية في حساب الأوراق التجارية.
- عدم ظهور رقم الشيك في كشف الحساب يعني عدم طباعة الشيك ويستفاد من هذه العملية للتسوية.
- الاحتفاظ بصورة من الشيك المطبوع آليا في الملف وفي الحاسب الآلي أيضا كمرجع.

ما سبق يتضح لنا مدى دقة وسهولة وسرعة انجاز عملية اصدار شيك المدير وتوفير كثير من الجهد والوقت.

(١)

ايقاف الشيكات:
١ - يملأ المتعامل الطلب المعد لذلك ويوقع عليه.
٢ - يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة البيانات.
٣ - تدخل بيانات الايقاف في الحاسب الآلي.
٤ - تراجع البيانات المدخلة بواسطة المسؤول ويوقع عليها للحفظ.

المقاصة الداخلية:
تشمل القيود التي ينفذها موظفي القسم بكافة أنواعيا , اضافة الى الشيكات المسحوبة على بنك دبي الاسلامي وتجري بشأنها الخطوات التالية:
١ - يقوم الموظف المختص بمطابقة التوقيعات بالمصادقة على صحة توقيع الشيكات ومراجعتيا من الناحية الفنية.
٢ - بعد اعداد القيود من الموظفين المختصين تراجع وتوقع من قبل مسؤولي القسم.
٣ - ترحل الشيكات والقيود على جهاز الحاسب الآلي بإجراء الخصم والاضافة حسب أنواعيا ويؤشر على هذه القيود بما يفيد ادخاليا.
٤ - ترفع القيود للحسابات العامة لاجراء المراجعة والحفظ.

_____

(١) لا يتم ايقاف الشيكات الا المفقودة منيا أو في حالة تلاس حامليا وذلك حسب قانون المعاملات التجارية لدولة الامارات العربية المتحدة مادة ٦٢ فقرة ٢ و ٣

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002477

- ٢٤ -

- التحويلات الداخلية طلبات معدة لذلك يقوم المتعامل بكتابتها والتوقيع عليها ثم يقوم الموظف المختص بمصادقة صحة التوقيع والبيانات وتجرى القيود المحاسبية اللازمة وتقيد في الحاسب الآلي وتجري بشأنها نفس الخطوات السابقة.

التعليمات المستديمة الداخلية:

هي تعليمات يصدرها المتعامل للبنك لخصم مبلغ معين من حسابه وتحويله الى حساب آخر وذلك بصفة دورية (يومي ، اسبوعي ، شهري أو أكثر ، سنوي أو أكثر) ، ويتم ذلك على النحو التالي:

١ - يملأ المتعامل الطلب الخاص بذلك ويوقع عليه.

٢ - يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة البيانات.

٣ - تدخل البيانات في الحاسب الآلي بواسطة المختص وتتم المراجعة الأولية من قبله.

٤ - يقوم المسؤول بمراجعة ادخال البيانات ويوقع عليها لاتمام الحفظ.

لايقاف التعليمات:

أ - يتم ذلك حسب طلب المتعامل بنموذج معد لذلك.

ب- مرور ستة أشهر دون تنفيذ التعليمات وذلك لعدم كفاية الرصيد.

التعليمات الخارجية:

يتم اتخاذ الخطوات كما في التعليمات المستديمة الداخلية بالاضافة الى خطوات أخرى مثل:

١ - يتم اضافة المبلغ الى حساب شيكات مستحقة الدفع ١/٢/١/٧٠٠ .

٢ - في تاريخ الاستحقاق يزود قسم الحسابات الجارية بواسطة الحاسب الآلي بتقرير مفصل مبينا فيه المبلغ المخصوم مع الرسوم من المتعامل والمضاف الى حساب البنك.

٣ - يتم اصدار شيك مدير بالمبلغ لصالح المستفيد الخارجي ويرسل له بالبريد.

٤ - يحتفظ بصورة من الشيك لحسابات التسوية.

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

تعليمات الخاصة:

هي تعليمات يتم ادخالها في الحاسب الآلي بموجب طلب من المتعامل أو من البنك حسب الآتي:

١ - يملأ المتعامل الطلب المعد لذلك أو بخطاب موقع من المتعامل مرسل بالبريد .

٢ - يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة صحة البيانات .

٣ - يتم ادخال البيانات في الحاسب الآلي من قبل المختص .

٤ - تتم مراجعة البيانات بواسطة المسؤول ويوقع عليها للحفظ .

علما بأن التعليمات الخاصة تشمل تخويل المتعامل لغيره في القيام بـ :

أ - الاطلاع على الرصيد .

ب - طلب كشف حساب .

جـ - استلام الشيكات المرتجعة أو المؤجلة .

د - استلام دفاتر الشيكات .

تفويض البنك باجراء الخصم والتغطية:

١ - يملأ المتعامل الطلب المعد لذلك ويوقع عليه .

٢ - يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة البيانات .

٣ - في حالة طلب المتعامل تغطية حسابه الجاري من الادخاري يقوم الموظف المختص بادخال البيانات على جهاز الحاسب الآلي , وبعدها يقوم المسؤول بمراجعة ادخال البيانات والتأشير عليها للحفظ مع ملف المتعامل .

٤ - في حالة طلب المتعامل تغطية حسابه الجاري من أي حساب آخر يقوم الموظف المختص باجراء تعليمات خاصة على ملف الحسابات في الحاسب الآلي وبعدها يقوم المسؤول بمراجعة ادخال البيانات والتأشير عليها للحفظ مع ملف المتعامل .

٥ - في حالة طلب المتعامل تفويض البنك بتسديد فواتير الائتمان يصادق على صحة توقيعه على الطلب الوارد راعاية نسخه من هذا الطلب لنتيجة الفرنسة . ويقوم الموظف بادخال تعليمات خاصة على ملف الحساب في الحاسب الآلي وبعدها يقوم المسؤول بمراجعة ادخال البيانات والتأشير على الطلب للحفظ مع ملف المتعامل .

٦ - عند ورود اشعار الخصم المباشر (الفاتورة) الخاصة بالمتعامل يقوم الموظف المختص باجراء القيود المحاسبية اللازمة لاصدار شيك سداد بقيمة "الفاتورة" الواردة ويوقع عليها من قبل المساعلين .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002479

- ٢٢ -

التوكيـــــــــــلات:

يمكن لأي متعامل مع البنك أن يمنح توكيلا خاصا على حسابته أو بعضها لأي شخص يختاره
يمكن لأي متعامل مع البنك أن يمنح توكيلا خاصا على حسابته أو بعضها لأي شخص يختاره
و لعدة أشخاص مجتمعين أو منفردين ، وفي هذه الحالة يجب حضور كلا من الموكل والوكيل
إلى البنك للتوقيع على النموذج المعد لذلك بحضور الموظف المختص:

١ – يقدم الوكيل ما يثبت شخصيته وينشأ له رقم خاص به ان لم يكن يحتفظ بحساب لدى البنك
٢ – يقوم الموظف المختص بادخال بيانات الوكيل على حساب الموكل في الحاسب الآلي٠
٣ – يقوم المسؤول بمراجعة التوكيلات من حيث سلامتها وصحة ادخاليا في الحاسب الآلي٠
٤ – يتم حفظ طلبات التوكيل مع الملف الأساسي للمتعامل ويضاف ترقيع الوكيل الى توقيع
المتعامل على الحاسب الآلي٠
٥ – يمكن للمتعامل أن يقوم بعزل وكيله في أي وقت دون الرجوع اليه ويتم ذلك بترقيمـه
على الطلب المعد لذلك ، واعتماد صحة توقيته والتأشير عليه من قبل المسؤول في القسم
ومن ثم يلغى ترقيع الوكيل من جهاز الترقيعات ويحفظ الطلب مع الملف الأصلي للمتعامل
ويتم اعتماد العزل في اليوم التالي من تقديم الطلب ٠
٦ – يمكن للمتعامل أن يوكل أي شخص عنه بموجب توكيل صادر من المحكمة ويعتمد الأصل
في كل مرة٠

اجراء الحجوزات:

١ – يؤخذ اقرار المتعامل بالموافقة على اجراء الحجز على حسابه على نموذج خاص بالأقسام
المختلفة ويصادق على صحة توقيعه وتؤخذ موافقة الإدارة على هذا القرار٠
٢ – تجرى الحجوزات على حسابات المتعاملين بموجب الطلبات الواردة من أقسام البنك
المختلفة بواسطة الموظف المختص٠
٣ – لايتم رفع الحجز القائم على أي حساب الا بموجب طلب من القسم الآمر بالحجز وموافقة
الإدارة عليه ٠
٤ – تتم مراجعة ادخال بيانات الحجوزات والغاءها بواسطة المسؤول ويوقع عليب لتحفظ٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002480

- ٣٣ -

**إصدار شهادات الرواتب:**

١ - بناءً على رغبة المتعامل يمنح البنك شهادة تفيد بعدم الممانعة من تحويل راتبه على حسابه الجاري لدى البنك.
٢ - يقوم المسؤول بالتوقيع على الشهادة وختمها بختم البنك بعد التأكد من صحة البيانات واجراء اللازم في الحاسب الآلي.
٣ - تسلم الشهادة للمتعامل وتحفظ نسخة منها في ملف البنك.

**الرواتـــــب**

ترد الرواتب الشهرية من معظم الجهات الحكومية والشركات الخاصة للبنك ليقوم باضافتها لحسابات المتعاملين حسب الخطوات التالية:

١ - يستلم الموظف المختص كشوف الرواتب مع ما يقابل قيمتها (شيك للتحصيل ، اشعار تحويل عن طريق المصرف المركزي) من الجهة المرسلة ويقوم بايداع الشيك للتحصيل.
٢ - يقوم الموظف المختص بعمل القيود المحاسبية اللازمة.
٣ - تقيد كشوف وقيود الرواتب على جهاز الحاسب الآلي كحركة المقاصة الداخلية وتتبع بقية خطوات المقاصة الداخلية بشأنها.
٤ - تقيد كشوف الرواتب الآلية غير الناتجة الواردة من قسم الحاسب الآلي بنفس الطريقـــة أعلاه.
٥ - في حال طلب الجهة المرسلة ايقاف صرف أي راتب يتم خصم الراتب المضاف آليا ويعاد بشيك مصرفي بقيمته لأمر الجهة المرسلة ان لم يرد ما يفيد تصحيح ذلك.
٦ - في حالة ورود رقم حساب المتعامل في الكشف مختلفا مع اسمه لدى البنك يقيد الراتب في حساب خاص لدى البنك تمهيدا لاعادته للجهة المرسلة ان لم يرد ما يفيد تصحيح ذلك.
٧ - تحفظ صورة من كشوف الرواتب في ملف خاص للمراجعة والمتابعة.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٣٤ -

من يهمه الأمر – بيان بترصيد :

لمن يهمه الأمر – بيان بترصيد :
١ – يملأ المتعامل الطلب المعد لذلك ويوقع عليه .
٢ – يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة البيانات .
٣ – تجرى القيود المحاسبية اللازمة بخصوص الرسوم .
٤ – يستخرج الموقف الشامل للمتعامل من الحاسب الآلي .
٥ – في حالة طلب المتعامل رصيده بالعملة الاجنبية يحسب رصيده بالدرهم بما يعادل العملة المطلوبة .
٦ – يقوم الموظف المختص بطباعة الشهادة .
٧ – يقوم المسؤول بالمراجعة والتوقيع عليها .
٨ – يستلم المتعامل أصل الشهادة وتحفظ صورة عنها في ملف المتعامل .

تعديل البيانات :
١ – يملأ المتعامل الطلب المعد لذلك ويوقع عليه .
٢ – يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة البيانات .
٣ – يقوم الموظف المختص لإجراء التعديل المطلوب على ملف المتعامل في جهاز الحاسب الآلي .
٤ – يقوم المسؤول بمراجعة الطلب مع تقرير التعديل والتأشير عليه للحفظ في ملف المتعامل .

---

* تجدر الاشارة الى أن تعديل البيانات تكون بالنسبة للعنوان خاليا وبعض البيانات الأخرى ، ولا يتم تعديل اسم المتعامل بأي حال من الأحوال ، وفي حالة طلب تعديل الاسم يتم اغلاق الحساب ويفتح نعتعامل حساب جديد برقم جديد .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002482

- ٣٥ -

الخزينة :

أ - الإيداعات :

١ - تملأ قسيمة الإيداع وتوقع بواسطة المتعامل .

٢ - يسلم المتعامل المبلغ المودع مع قسيمة الإيداع لأمين الصندوق .

٣ - يقيد أمين الصندوق المبلغ المودع لحساب المتعامل وذلك بعد التأكد من المبلغ ورقم الحساب والاسم ، ومن ثم يعطى المتعامل ايصالا بذلك يحمل ختم وتوقيع أمين الصندوق .

٤ - أيضا يتم الإيداع النقدي بواسطة اشعارات غير الإيداعات النقدية مثل الاشعار الخاص ببيع العملات الأجنبية وعمل الحوالات .

ب - المسحوبات :

١ - يتقدم المتعامل بالشيك أو بايصال السحب النقدي لأمين الصندوق مع ما يثبت شخصيته .

٢ - يقوم أمين الصندوق بمضاهاة توقيع الساحب والتأكد من سلامة الشيك من الناحية الفنية وكذلك سلامة التظهير ان وجد .

٣ - يدون أمين الصندوق بيانات المستفيد الشخصية من واقع مستند رسمي وذلك خلف الشيك .

٤ - يقيد المبلغ على حساب الساحب ويدفع المبلغ للمستفيد .

٥ - أيضا يتم السحب النقدي من الحساب بواسطة اشعارات سحب أخرى مثل اذون الصرف والاشعارات المعدة بواسطة القسم الأجنبي لشراء العملات الأجنبية . ويتم في نهاية اليوم ضبط الخزينة من قبل أمين الصندوق وطباعة تقرير الحاسب الآلي .

الصراف الآلي :

يستطيع كل متعامل لديه بطاقة نقدية القيام بالخدمات المصرفية التي يقدمها جهاز الصراف الآلي على مدار الأربع والعشرين ساعة وهي :

١ - السحب النقدي الفوري في حدود ٧٠٠٠ درهم يوميا .

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.
DIB_002483

- ٤٧ -

إغلاق الحسابات :

يغلق الحساب بناء على طلب المتعامل , أو ادارة البنك أو بأمر السلطات المختصة , أو عند علم البنك ببدء اجراءة المتعامل .

١ - في حالة طلب المتعامل اغلاق حسابه يراعى ما يلي اذا كان عليه .

٢ - يقوم الموظف المختص بمصادقة صحة توقيعه ومراجعة حالة الحساب فيما اذا كان عليه التزامات مالية للبنك أم لا , ومراجعة حالة الحساب اذا كان حساب أرباح أم لا أو له أرباح مترقبة , ويطلب من المتعامل ارجاع دفتر الشيكات .

٣ - بعد المراجعة يقوم المختص باغلاق الحساب ويقوم المسؤول بمراجعة الطلب والتأشير عليه وتفصل طلبات الحسابات المغلقة من القائمة ويؤشر عليها بما يفيد الاغلاق وتحفظ في ملفات خاصة .

٤ - في حالة طلب ادارة البنك أو أي سلطة مختصة اغلاق أي حساب يقوم الموظف المختص بالاتصال بالمتعامل لسحب رصيده وارجاع دفتر الشيكات ان كان يحتفظ به وبعدها تجرى الخطوات السابقة لاتمام الاغلاق .

تأجير الخزائن الحديدية :

١ - توجد لدى البنك خزائن حديدية للحفظ بأحجام مختلفة ويمكن استئجارها من قبل المتعاملين , وذلك بالتوقيع على عقد تأجير خزائن للحفظ , وطلب الاستئجار ودفع الرسوم المقررة .

٢ - يقوم الموظف المختص باعداد سجلات خاصة بأرقام الخزائن وحفظ طلبات المتعاملين .

٣ - لكل خزينة حفظ مفتاحين يحتفظ البنك بالمفتاح العام لجميع الخزائن , ويعطى كل متعامل المفتاح الخاص بخزينته .

٤ - يقوم المسؤول عن خزائن الحفظ بفتح الخزينة للمتعامل عند طلبه وذلك اثناء الدوام الرسمي , ويؤخذ توقيع المتعامل في السجل الخاص بذلك .

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002484

- ٣٨ -

نماذج البنك ( طلبات - سجلات - اشعارات - أختام )

١ - الطلبــــات:

| الطلب | النموذج |
|---|---|
| - طلب دفتر الشيكات | ( نموذج رقم ٢٩ ) |
| - طلب تعديل بيانات العميل | ( نموذج رقم ٢١ ) |
| - طلب اضافة/حذف تعليمات خاصة على حساب العميل الجاري | ( نموذج رقم ٧١/٢ ) |
| - طلب اصدار شهادة بعدم ممانعة من تحويل الراتب على حسابه | ( نموذج رقم ٧٨/٢ ) |
| - طلب اغلاق حساب | ( نموذج رقم ٩٢ ) |
| - طلب اصدار شيكات لمن يهمه الأمر | ( نموذج رقم ١٠٠ ) |
| - طلب اصدار شيك مدير | ( نموذج رقم ١٠١ ) |
| - طلب ايقاف/حذف/اعادة تشغيل البطاقة النقدية | ( نموذج رقم ١٠٢ ) |
| - طلب تحويل ( لمرة واحدة ) | ( نموذج رقم ١٠٣ ) |
| - طلب تغيير نموذج التوقيع | ( نموذج رقم ١٠٤ ) |
| - طلب تصديق شيكات | ( نموذج رقم ١١٢ ) |
| - طلب ايقاف تعليمات مستديمة | ( نموذج رقم ١١٦ ) |
| - طلب عزل وكيل | ( نموذج رقم ١١٨ ) |
| - طلب استفسار العميل عن حساب الجاري | ( نموذج رقم ١٤٦ ) |
| - طلب تعديل بطاقة نقدية | ( نموذج رقم ١٧٥/٣ ) |
| - طلب فتح حساب جاري - نماذج مختلفة | ( نماذج رقم بدون ) |
| - طلب توكيل العميل لشخص آخر لادارة حسابه الجاري | ( نموذج رقم بدون ) |
| - طلب حجز/الغاء حجز على حساب العميل الجاري | ( نموذج رقم بدون ) |
| - طلب ايقاف/ الغاء ايقاف صرف شيكات من حساب العميل الجاري | ( نموذج رقم بدون ) |
| - طلب تحويل بتغطية حساب العميل الجاري من حساب آخر يخصه بالبنك | ( نموذج رقم بدون ) |
| - طلب الغاء التحويل بتغطية حساب العميل الجاري | ( نموذج رقم بدون ) |
| - طلب تعليمات مستديمة | ( نموذج رقم بدون ) |
| - طلب اصدار بطاقة نقدية | ( نموذج رقم بدون ) |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002485

- ٣٥ -

الملحقات:
ملف لحفظ طلبات فتح حساب جاري حيث يحفظ مع استمارة فتح الحساب

أ - طلبات تغيير نموذج التوقيع

ب - طلبات منح توكيل للغير لإدارة الحساب

ج - طلبات عزل الوكيل

د - طلبات تعديل بيانات العميل

هـ - طلبات عدم ممانعة بتحويل الراتب على حسابه

- ملف لحفظ بطاقات نموذج التوقيع

- ملف لحفظ طلبات اصدار دفاتر الشيكات

- ملف لحفظ طلبات حجز على حساب العميل الجاري

- ملف لحفظ طلبات الغاء حجز على حساب العميل الجاري

- ملف لحفظ طلبات اضافة تعليمات خاصة على حساب العميل الجاري

- ملف لحفظ طلبات حذف تعليمات خاصة من حساب العميل الجاري

- ملف لحفظ طلبات ايقاف صرف شيكات من حساب العميل الجاري

- ملف لحفظ طلبات الغاء ايقاف صرف شيكات

- ملف لحفظ طلبات تعليمات مستديمة من حساب العميل الجاري

- ملف لحفظ طلبات الغاء التعليمات المستديمة

- ملف لحفظ طلبات تصديق شيكات العميل

- ملف لحفظ طلبات اصدار شيكات مدير خصما من حساب العميل الجاري

- ملف لحفظ طلبات تخويل العميل للبنك بتغطية حسابه الجاري من حساب جاري آخر له بنفس

الفرع أو بفرع آخر

- ملف لحفظ طلبات الغاء التخويل بتغطية حسابه الجاري

- ملف لحفظ طلبات تخويل العميل للبنك بتسديد فواتير بطاقات الائتمان من حسابه الجاري

- ملف لحفظ طلبات تخويل اصدار بطاقات الصراف الآلي

- ملف لحفظ طلبات ايقاف/اعادة تسطير/الغاء بطاقات الصراف الآلي

- ملف لحفظ طلبات تعديل بطاقات الصراف الآلي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002486

- ٣٩ -

ملف لحفظ طلبات اصدار شهادة لمن يتبعه الأمر
ملف لحفظ كشوف الرواتب المحولة على حسابات العملاء الجارية
ملف لحفظ خطابات العملاء والرد عليها
ملفات لحفظ تقارير الحاسب الآلي والرد عليها

ج - السجـــــلات:
- سجل تسليم دفاتر الشيكات
- سجل تغيير نموذج التوقيع
- سجل شيكات معتمدة
- سجل شيكات المدير
- سجل شيكات تحت التحصيل
- سجل الرواتب الموقوفه
- سجل حساب معلق تحت التسوية
- سجل تسليم الشيكات المرتجعة للعملاء
- سجل تسليم بطاقات الصرف الآلي والرقم السري للعملاء
- سجل تسليم بطاقات الصرف الآلي المحجوزة للعملاء
- سجل تسليم بطاقات الصرف الآلي المحجوزة للفروع الاخرى التي تخصها
- سجل تسليم بطاقات الصرف الآلي التي ادخل عليها التحديث
- سجل تسليم بطاقات الصرف الآلي النافذة لقسم الحاسب الآلي
- سجل عهدة الاختـام
- سجل البريد الصادر ( تسليم باليد )
- سجل البريد الصادر من قسم الحسابات الجارية
- سجل البريد الوارد الى قسم الحسابات الجارية

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‑ ٣٤ ‑

الأختـــــــــــــام:
ختم ( حساب جديد New A/C ) يختم على حافظة الإيداع النقدي/شيك، ويستخدم عند

إيداع العميل لرصيد الافتتاحي لحسابه الجديد، و

ختم ( صورة طبق الأصل ) ذو تاريخ ومكان لتوقيع الموظف المختص يختم على صور

المستندات بعد الاطلاع على الأصــل.

ويستخدم عند طلب البنك من العميل تقديم بعض المستندات لاتمام فتح الحساب أو التوكيل.

ختم ( التوقيع منفرد ) وآخر ( التوقيع مشترك ) يختم على إستمارة فتح الحساب ونموذج

التوقيع.

ويستخدم في حالة الحسابات ( المشتركة – الشركات – الجمعيات والنوادي ) ليبين صلاحية

إدارة الحساب من قبل الموقعين.

- ختم ( بصم أمامي وتحققت من شخصيته ) مع مكان لتوقيع الموظف المختص يختم على

إيصالات السحب النقدي – الطلبات والتعليمات المقدمة من العميل.

ويستخدم لاثبات أن العميل قد تواجد بنفسه أمام الموظف المختص حيث لا توجد وسيلة لدى

البنك لمضاهاة البصمة.

- ختم ( امضاء مطابق ) مع توقيع الموظف المختص على الختم ، يختم على كافة وسائل

الصرف من الحساب وكذلك طلبات وتعليمات ومكاتبات العميل التي يتسلمها البنك.

ويستخدم للتأكد من أن هذه التعليمات صادرة من العميل نفسه وذلك بمضاهاة التوقيع بنموذج

توقيع العميل المحفوظ لدى البنك.

- ختم ( امضاء مطابق كما هو بسجلاتنا بدون أدنى مسئولية أو التزام من جانبنا )

signature verified as per our records without any responsibility or

guarantee on our par

يختم على أوامر الصرف – تعليمات كتابية أو خطابات العملاء

ويستخدم للمصادقة على صحة توقيع العميل على تلك المستندات المرسلة لجهة

خارج البلاد.

- ختم ( الحساب مغلق A/C closed ) يختم على إستمارة فتح الحساب ونموذج التوقيع.

ويستخدم في حالة اغلاق الحساب.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002488

ـ ٢٥ ـ

ـ يختم على الشيكات البيضاء الغير مستعملة .
ختم ( ملغى Cancelled ) ذو تاريخ ـ
ويستخدم عند تسليم العميل لهذه الشيكات للبنك في حالة اغلاق حسابه الجاري . كما يستخدم
لي حالة الغاء أي مستند ·

ـ ختم ( الدفع نقدا Pay cash ) ذو تاريخ ، يختم على الشيكات ـ ايصالات السحب النقدي ـ
اذونات الصرف ـ أوامر الصرف .
ويستخدم من قبل رئيس القسم أو مساعده لاعطاء أمر للصراف بالدفع عندما تزيد قيمة مستند
الصرف عن حدود الصلاحية الممنوحة للصراف .

ـ ختم ( شيك مرتجع Returned Cheque ) ذو تاريخ ، يختم على حوافظ ايداع شيكات
التحصيل .
ويستخدم في حالة ارتجاع شيكات التحصيل بدون دفع ( لأسباب مختلفة ) من قبل البنوك
السحوبة عليها وذلك لتمييزها عن حوافظ الشيكات المحصلة .

ـ ختم ( مقبول الدفع اذا قدم عن طريق مقاصة اليوم ) .
Good for payment if presented through today's clearing
مع التوقيع عليه من قبل أصحاب التوقيعات المعتمدة بالبنك يختم على حافظة الشيك المقدم
من البنك طالب المقاصة الخاصة .
ويستخدم كرد من بنك دبي الاسلامي على البنك مقدم الشيك بأن رضه مقبول الدفع في
حالة تقديمه بمقاصة اليوم العادية .

ـ ختم ( يقدم عن طريق المقاصة العادية )
Please present through normal clearing
مع التوقيع عليه من قبل أصحاب التوقيعات المعتمدة بالبنك يختم على حافظة الشيك المقدم
من البنك طالب المقاصة الخاصة .
ويستخدم كرد من بنك دبي الاسلامي على البنك مقدم الشيك في حالة كون رصيد العميل لا
يسمح بالدفع ولكن من المنتظر تحصين ايداعات لحسابه في ذات اليوم ولا يرغب بنك دبي
الاسلامي أن يكون الرد سلبيا وتقتصر هذه الاستخدمة على العملاء ذو السمعة الحسنة والذين
لهم تحصيلات مستمرة .

ـ ختم ( رقم حساب شيكات مقبولة الدفع ) ، يختم على الشيك المصرفي ( المنزل الدفع ) .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٣٤ -

تصديق شيك العميل حيث يطلب رقم حساب العميل  ويختم مكتبه هذا الختم

ينك شخصي الى مصرفي .
الدفع ( Good for payment ) .  مع التوقيع عليه من قبل التوقيعات المعتمدة

، خلف الشيك المطلوب تصديقه من البنك .
حالة طلب العميل تصديق شيك من قبل البنك حيث تخصم قيمة الشيك من

بل وتضاف لحساب شيكات مقبولة الدفع .

، الدفع اذا قدم في تاريخـه )
Good for payment if presented on due date.

عليه من قبل أصحاب التوقيعات المعتمدة بالبنك ، يختم خلف الشيك المطلوب

ن البنك .
في حالة طلب العميل تصديق شيك من قبل البنك ورغبتـه في دفعه للمستفيد في

ين .
بصـة داخلية ) .  يختم على الشركات واشعارات الخصم والاضافة .

م عند التحويل من حساب الى آخر داخل نفس الفرع أو البنك .
م اصدار شيك مدير رقم (٠٠٠٠) ذو تاريخ . يختم على طلب اصدار شيك مدير .
.م للدلالة على اصدار شيك المدير بناء على الطلب المقدم .
استلمت شيك المدير / مصدق رقم (٠٠٠٠٠٠) ذو تاريخ ومكان لتوقيع المستلم .
على طلب اصدار شيك مدير / تصديق شيك .
تدم كشيفات باستلام العميل للشيك من الموظف المختص .
استلمت البطاقة النقدية طلب رقم (٠٠٠٠٠) ذو تاريخ ومكان لتوقيع المستلم .
على طلب اصدار البطاقة النقدية .
م تقدم من قبل رئيس القسم أو مساعده عند ترجيعه المعاملة للموظف المختص لانجازها .
( البند /٠٠٠٠٠٠٠ لاجراء اللازم ) ذو تاريخ ومكان لتوقيع . يختم على الطلبات
طلبات وخلافه المقدمه من العملاء .
شتقدم من قبل رئيس القسم أو ساعده عند ترجيعه المعاملة للموظف المختص لانجازها .
م ( تم اجراء اللازم ) ذو تاريخ ومكان لتوقيع ، يختم على المعاملة التي تم انجازها .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002490

يستخدد
يتحول
ختم ( ت
البنك ،
ويستخد
حساب
ختم ( ١

مع الث
تصديق
وينت
تاريخية
- ختم ١
وينت
- ختم
ويب
- ختم
يخة
وت
- خت
يخة
ترة
- خ
ر
-
- خ

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002491

ويستخدم من قبل الموظف المختص عند انجازه للمعاملة المحولة اليه من رئيس القسم

أو مساعده أو مساعده .

ختم ( للحفظ ) ذو تاريخ ومكان للتوقيع ، يختم على المستندات والخطابات وخلافه .

ويستخدم عند توجيهه المعاملة من رئيس القسم أو مساعده للموظف المختص بأرشيف القسم

لحفظها في الملف الخاص بها .

- ختم ( يعفى من الرسوم ) مع مكان لتوقيع مدير الفرع ، يختم على طلبات العملاء التي

يحصل عنها رسوم .

ويستخدم عند اعفاء مدير الفرع للعميل عن دفع الرسوم .

- ختم ( specimen ) ، يختم على نماذج البنك ( طلبات - استمارات - اشعارات ۰۰۰ ) .

ويستخدم عند طلب بنوك أو جامعات أو هيئات نسخه من النماذج المستخدمة في البنك .

- ختم ( شاشه رقم ۰۰۰۰ قيد ۰۰۰۰ ) ، يختم به على كافة الاشعارات والمستندات .

ويستخدم من قبل مشغل الوحدة الطرفية ( الشاشه ) بالقسم لندلالة على تمرير المستند

بالحاسب الآلي بحركة اليوم لسهولة معرفة رقم الحركة للرجوع اليها في عمليات المراجعة

أو تصحيح الاخطاء .

هـ - القيـود والاشـــعارات:

- ايـداع نقـــدي
- ايـداع شـــيكات
- قيد دائن ( اشعار اضافة )
- قيد مدين ( اشعار خصم )
- ايصال سحب نقدي
- قيد مدين/دائن ( اشعار اضافة وخصم )
- اشعار خصم شيك مرتجع للعميل
- اذن مصرف نقدي

( نموذج رقم ۱/۱ )
( نموذج رقم ۲/۲ )
( نموذج رقم ۳/۹ )
( نموذج رقم ۳/۱۰ ) .
( نموذج رقم ۱۱ )
( نموذج رقم ۱۵/٤ ، ۱۵/٥ )
( نموذج رقم ۹٤/۲ )
( نموذج رقم بـدون )

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002492



القِــــــسم الأجـــــنبي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002493

- ٣٤ -

(١)

## القسم الأجنبي

أعمال القسم الأجنبي:

١ - الكمبيالات تحت التحصيل:

يقوم القسم الأجنبي بإصدار الكمبيالات بناء على طلب المتعامل ، حيث يقوم المتعامل بتعبئة نماذج مميزة لهذا الغرض يوضح فيها اسم المستفيد ورقم الحساب واسم البنك اذا وجد ، والعملة التي يتم اصدار الكمبيالة بها. بعد ذلك يقوم المتعامل بايداع المبلغ المعادل لقيمة الكمبيالة بالدرهم بسعر الصرف السائد لدى البنك اما نقدا أو بتفويض البنك بالخصم من الحساب في حالة وجود حساب للمتعامل لدى البنك. واذا ما تم اصدار الكمبيالة بالخصم من الحساب يقوم الموظف المختص بعد التحقق من توقيع المتعامل بالحصول على توقيع المتعامل على سند القيد كدليل على موافقة المتعامل باصدار الكمبيالة.

بعد ادخال الحاسب الآلي على نظام اصدار الكمبيالات يقوم القسم الأجنبي بطباعة الكمبيالات بواسطة الحاسب الآلي والخصم من حساب المتعامل. وقد يشترط أن تحمل الكمبيالات توقيعين طبقا للتوقيعات المخولة بدفتر التوقيعات.

وقد يتم تسليم أصل الكمبيالة للمتعامل ويحتفظ القسم بنسخة مطابقة للاصل ، ويحتفظ القسم بسجل خاص للكمبيالات التي يقوم باصدارها يوميا يوضح فيه مبلغ الكمبيالة بالعملة الاجنبية وما يعادلها بالعملة المحلية واسم الشخص الذي قام بالتحويل واسم المستفيد واسم البنك المسحوب عليه.

٢ - الغاء/رد مبالغ الكمبيالات:

في حال فقدان كمبيالة ما يقوم المتعامل باخطار البنك مباشرة وبعدها يقوم القسم الأجنبي باتخاذ الاجراءات اللازمة باخطار البنك المسحوب عليه بكمبيالة لايقاف صرف الحوالة.

_____

(١) الأصل بالانكليزية.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002494

Case 1:03-md-01570-GBD-SN   Document 7424-12   Filed 12/06/21   Page 47 of 126

وعند استلام تأكيد من البنك المسحوب عليه بإيقاف الحواله ، اما أن يقوم البنك برد
وعند استلام تأكيد من البنك المسحوب عليه ، وعند اصدار كمبيالة نسخة طبق
المبلغ ، أو باصدار كمبيالة أخرى حسب رغبة المتعامل. وعند اصدار كمبيالة نسخة طبق
الأصل ، جرت العادة كتابة العبارة التالية على الكمبيالة " نسخة طبق الاصل صادرة بدلا
من الكمبيالة الاجنبية رقم ٠٠٠٠٠ ' وذلك كمرجع للبنك المسحوب عليه وذلك لتجنب دفع
قيمة الكمبياله مرتين ، وفي حالة الغاء الكمبيالة ، يخصم مبلغ ٥ دراهم عبارة عن اجرة
البريد ، وفي حالة الالغاء بالتلكس يخصم من المتعامل رسوم التلكس .
وطبقا لتوجيهات البنك يقوم القسم برد كامل المبلغ للمتعامل في حالة عدم تغير سعر صرف
العملة ، اما في حالة تغير سعر الصرف ، يقوم البنك بشراء الكمبيالة بسعر الشراء السائد
رقميا ، ثم القيام بايداع المبالغ التي تغطي مبلغ الكمبيالة لدى البنك المراسل في نفس اليوم
الذي جرى فيه اصدار الكمبيالة .

٣ - الحوالات البريدية :

تتبع نفس الخطوات الخاصة بالكمبيالات تحت الطلب فيما يتعلق بالدفع نقدا والخصم
على حساب المتعامل حيث يقوم الموظف باعداد سند القيد وتقديمه للموظف المختص
بالتدقيق وارسال أصل الحوالة البريدية مباشرة للبنك المسحوب عليه الكمبيالة بالبريد
المسجل ليتم السداد للمستفيد . ويتم احتساب مبلغ ١٠ دراهم لكل حوالة بريدية لتغطية
أجرة البريد . وفي حالة الالغاء ، يتم اتباع نفس الطريقة الخاصة بالكمبيالات حيث يتم رد
قيمة الحوالة للمحول .

٤ - الحوالات البرقية :

في حال رغبة المتعامل بتحويل مبالغ مستعجلة يقوم القسم الاجنبي بالتحويل برقيا بعد
التحقق من صحة وقبول الحوالات البرقية الصادرة من القسم لدفعها للمستفيدين وتعامل
الحوالة البرقية على انها طلب دفع عاجل تحول للمستفيد بعد التحقق من صحة البيانات ،
المتعلقة بالبنك وعنوان المستفيد ورقم حسابه . وفي حالة عدم وجود حساب للمستفيد ،
يقوم المستفيد بتزويد القسم الاجنبي بعنوانه بحيث يتم الدفع للمستفيد بعد التحقق ، ويشمل
الشخص صاحب التحويل تكييف التلكس ، وقد يحتفظ القسم الاجنبي بسجل منفصل
للتحويلات البرقية يوضح فيه رقم الحوالة البرقية والمبلغ بالعملة الاجنبية والمحلية واسم
الشخص الذي قام بالتحويل واسم المستفيد والبنك المسحوب عليه .

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002495

- ٣٦ -

• - مبيعات الشيكات السياحية:

يقوم القسم ببيع الشيكات السياحية ل سيتي كورب وباركليز بنك للمتعاملين اما عن
طريق الخصم من حساب المتعاملين اذا ما كان المتعامل حساب وخول البنك بالخصم أو
عن طريق الدفع نقدا بالقيمة المقابلة بالدرهم ، ويحتفظ القسم الاجنبي بسجل منفصل لكل
من شيكات سيتي كورب السياحية بالدولار الامريكي ، وشيكات باركليز بنك السياحية
بالدولار الامريكي وشيكات باركليز بنك السياحية بالجنيه الاسترليني، ويتم تسجيل الشيكات
المسلمة للمتعاملين بالسجل الخاص ، ويتم حفظ الشيكات السياحية بالخزينة بعد استلامها
من بنوك الاصدار حيث يتم اصدار سند باستلام هذه الشيكات، وفي حال بيع الشيكات
السياحية يقوم المتعامل بالتوقيع على الاتفاقية المعدة ، من قبل بنوك الاصدار ، والتي
يوضح فيها رقم الشيك السياحي ، والفئة والمبلغ والكمية ، وتحتسب عمولة بواقع ١٪
يسددها المتعامل مقابل اصدار الشيكات السياحية ، ويتم اصدار كمبيالة تحت الطلب بقيمة
بيع الشيكات في نفس اليوم الذي تم فيه البيع لصالح بنوك الاصدار وارسالها في نفس اليوم
عن طريق البريد المسجل مرفقة باتفاقية الشراء الموقعة من قبل المتعامل •

٢ - بيع وشراء العملات الاجنبية:

يقوم القسم الاجنبي بشراء وبيع الدولار الامريكي ، الجنيه الاسترليني والريال العماني
والدينار الكويتي والريال السعودي ، والريال القطري بالاسعار السائدة ، حيث يقوم
الموظفون المختصون باعداد سندات القيد وتقديمها للمسئول المختص لمراجعتها والتصديق
عليها، ويتم دفع قيمة المشتريات ، أو المبيعات من النقد الاجنبي اما نقدا ، أو بالاضافة
الى الحساب حسب رغبة المتعامل •

ويحتفظ القسم الاجنبي ببطاقات يعمل بها عند اجراء عمليات بيع أو شراء العملات ،
ويتم الاحتفاظ بالعملات المذكورة لدى الخزينة ، كما يتم تسليم العملات المشتراه من
المتعاملين تدريجيا وبالمقابل يتم استلام العملات التي يحتاج القسم اليها في معاملات
البيع من الخزينة •

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٣٧ -

- الحوالات الأجنبية للتحصيل:

يقوم المتعاملين بإيداع شيكات بالعملات الاجنبية بغرض تحصيل قيمتها وذلك بعد
تعبئة قسيمة ايداع يذكر فيها رقم الشيك وتاريخه والبنك المسحوب عليه ورقم الحساب واسم
صاحب الحساب . وتعطى النسخة الثانية من القسيمة للمتعامل بعد أن يختم عليها العبارة
التالية: يتم اضافة المبلغ المحصل عند تحويل قيمة الشيك الى النقد وبهذا الاجراء فان
التزام البنك تجاه المتعامل يقتصر على الدفع في حالة تحصيل قيمة الشيك ويتم قيد الشيك
بسجل الشيكات الاجنبية تحت التحصيل بعد وضع ختم حوالة أجنبية تحت التحصيل على
غير الشيك . ويقوم القسم بارسال الشيكات الى مراسلنا للتحصيل , وفي حالة تحصيل
الشيكات فاننا نطلب منهم اضافة القيمة الى حساب البنك معهم مع اشعارنا . أما اذا كانت
الشيكات مسحوبة على بنوك أخرى في نفس المدينة , أو الدولة التي يوجد بها مراسلونا ,
فاننا نطلب منهم تحصيل الشيكات واضافة قيمتها الى حسابنا طرفهم مع اشعارنا , وعند
استلام اشعار الاضافة من مراسلينا , نقوم باضافة القيمة التي تقابلها بالدرهم بسعر الشراء
الى حساب المتعامل بعد خصم ١٠ دراهم عبارة عن مصاريف، بريد :

٨ - السندات الأجنبية المشتراه:

يقوم القسم الاجنبي بشراء الشيكات السياحية بعملات مختلفة من المتعاملين بعد
الحصول على المستندات اللازمة مثل اتفاقية الشراء , صورة من جواز السفر والتوقيع ,
وعادة ما تكون الشيكات السياحية بالدولار الامريكي والجنيه الاسترلينى . وقد يتم قيد
الشيكات السياحية بسجل السندات الاجنبية المشتراه مع اعطاءها رقم مسلسل وذكر
التاريخ . كما يوضع ختم سندات أجنبية مشتراه على ظهر كل شيك مع ذكر رقمه . ويتم
ارسال الشيكات السياحية بالدولار الامريكى الى سيتى بنك دبى أما الشيكات السياحية
بالجنيه الاسترلينى فاننا ترسل اما الى سيتى بنك - لندن , أو الى ناشيونال ويست منستر
بنك - لندن لتحصيل مع الاحتفاظ بنسخة من السند بسجلاتنا . وعند استلام اشعار الاضافة
من مراسلينا . يقوم الموظف المختص باضافة المبلغ لحساب السندات الاجنبية المشتراه مع
الخصم من رصيد الحساب المراسل مع البنوك الاجنبية.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

١ - <u>الكمبيالات المسحوبة على البنك ( التحويلات من الخارج )</u> :

يستلم القسم الاجنبي يوميا التحويلات الخارجية من مراسلينا بجميع أنحاء العالم في شكل حوالات برقية ، حوالات بريدية ، وكمبيالات تحت الطلب ، وكمبيالات مسحوبة على البنك • ويتم التحقق من صحة توقيعات الحوالات البريدية والكمبيالات تحت الطلب بالرجوع الى دفتر التوقيعات وبعد اتمام عملية التحقق من صحة التلكس والتوقيع لكل من الحوالات البريدية والكمبيالة عند الطلب ، يقوم موظف القسم بتسجيل ذلك في سجل " الكمبيالات المسحوبة على البنك " ، واعطاء كل معاملة رقما مسلسلا • وفي حالة وجود حساب للمستفيد لدى البنك نقوم باضافة قيمة الحوالة لحسابه مباشرة بدون خصم • أما اذا كان للمتعامل حساب لدى بنك آخر ، يقوم القسم بارسال شيك مدير الى البنك المعني اذا كان المبلغ صغيرا • أما اذا كان المبلغ كبيرا فنقوم بالدفع من خلال مصرف الامارات المركزي • وتحتسب رسوم تلكس بمقدار ١٠ دراهم بالنسبة لـ دبي ، أما بالنسبة للشارقة فتحتسب رسوم بمقدار ١٥ درهم وتشمل ٥ دراهم تلكس لمصرف الامارات المركزي • وبالنسبة للامارات الاخرى ، فتحتسب رسوم بمقدار ٣٠ درهم وتشمل مبلغ ٢٠ درهم عبارة عن رسوم تلكس لمصرف الامارات المركزي•

وفي حالة عدم وجود حساب للمتعامل بأي بنك أو في حالة عدم اعطاء أية تعليمات بالدفع عن طريق بنك معين ، ففي هذه الحالة يقوم القسم الاجنبي باعداد شيك مدير يوقع من قبل توقيعين مخولين والاتصال بالمستفيد هاتفيا ، وعند حضور المستفيد شخصيا يجري التحقق من هويته وبعد ذلك يسلم الشيك حيث يقوم بصرف الشيك من الصندوق • كما يستلم القسم أحيانا حوالات بالعملة الاجنبية لايداعها لحساب المتعاملين لدى بنوك أخرى • وفي مثل هذه الحالات ، يجري الاتصال بالبنك المتعامل للاستفسار حول سداد قيمة التحويل فيما اذا كانت عملة محلية أو أجنبية ، فاذا ما كانوا يرغبون في استلام القيمة بالعملة المحلية ، يقوم القسم باصدار شيك مدير بعد خصم رسوم بمقدار ١٠ دراهم لكل عملية تحويل • أما اذا كانوا يرغبون في استلام قيمة التحويل بالعملات الاجنبية ، فيطلب منهم موافاة البنك باسم البنك المراسل ورقم الحساب لتحويل المبلغ • وتبعا لذلك يقوم القسم الاجنبي بتحويل المبلغ بعد خصم رسوم التلكس وبعد ذلك يرسل خطاب خطي لتبليغهم من

- ٣٩ -

تنفيذ عملية الدفع للمستفيد . أيضا تحول لمتعاملينا مبالغ بالعملات الاجنبية من خلال بنوك
محلية أخرى . وفي مثل هذه الحالات واذا ما كان المبلغ كبيرا نطلب من البنك المحلي
تحويل المبالغ بالتلكس لحسابنا مع مراسلنا وذلك لتجنب أية خسارة في سعر صرف العملة .
وعند استلام خطاب التأكيد الموقع حسب الأصول نقوم بتنفيذ عملية الدفع لمتعامل البنك
بالخصم من حساب المراسل ذي الصلة . أما اذا كان المبلغ صغيرا فنطلب منهم ارسال
قيمة الحوالة بالدرهم بالسعر المتفق عليه لاضافته لحساب المتعامل .

*١ - المبالغ المودعة بحساب البنك لدى المراسلين لتغطية المسحوبات :*

يحتفظ البنك في حساباته لدى مراسليه بعملات مختلفة لتغطية سحوبات البنك التي تتم
بشكل خطابات ضمان , أو اعتمادات , حوالات بريدية , كمبيالات أجنبية تحت الطلب ,
حوالات برقية ..... الخ .

وقد يقوم البنك بتوفير أموال كافية بحسابته مع مراسليه لتغطية السحوبات وتجنب
السحب على المكشوف , حيث لا تجيز التشريعة الاسلامية التعامل بتنفيذه . وفي حالة
وجود أية سحوبات بموجب اعتماد مستندي من أحد فروعنا , يقوم الفرع المذكور باشعار
الفرع الرئيسي حتى يتمكن من توفير المبالغ الكافية . وفي حالة نقص الاموال في حسابنا
لدى مراسلينا , يقوم البنك بشراء العملة الاجنبية المطلوبة , حيث نقوم بموافاة مراسلينا
بالتلكس بخصوص سد النقص بحساباتنا مع ذكر التواريخ والقيمة وعند شرائنا للعملات
الاجنبية من السوق المحلية – نقوم عادة بالشراء مقابل الدرهم حيث نقوم بالسداد من خلال
مصرف الامارات المركزي . أما في حالة الشراء عن طريق بنك مراسل فاننا نقوم
بالشراء مقابل الدولار الامريكي حيث تسدد المبالغ عن طريق مراسلنا في نيويورك في
تاريخ استحقاق الدفع المتفق عليه .

كما يقوم البنك ببيع الدرهم مقابل الدولار الامريكي لمراسلينا عند اتصالهم بالبنك
يعلنون رغبتهم في شراء الدرهم بالسعر المتفق عنيه . وفي هذه الحالة يقوم القسم بايداع
المبلغ بالدرهم بحسابهم لدى البنك حسب طلبهم .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002499

- ٤١ -

كما يتم استلام رسائل تلكس مشفرة تتعلق بما ذكر سابقا حيث يتم التحقق منها من قبل
مسئول القسم الاجنبي . وفي بعض الاحوال ترد الينا رسائل من البنوك بسحبها للتحقق من
رسائل التلكس الواردة لها عن طريق نظام الشفرة حيث يقوم الموظف المختص بتوثيق
التلكس عن طريق مراسلينا فاذا كانت الرسالة صحيحة نقوم بابلاغ البنك المحلي بذلك
وبدون أية مسئولية . كما يستلم القسم رسائل من بنوك أخرى بخلاف مراسلينا فنقوم
بارسالها الى البنوك المحلية للتوثيق عن طريق الشفرة كما يقوم القسم الاجنبي بتزويد رقم
الشفرة للفروع التي ليس لديها نظام للشفرة مع مراسلينا .

٤ - *الحاسب الآلي لـ سيتي بنك:*

يقوم القسم الاجنبي بارسال واستلام كافة المراسلات من مراسل البنك " سيتي بنك " من
خلال شبكة الاتصال العالمية لـ سيتي بنك , وقد تتم جميع تحويلات الدولار الامريكي
واستثمارات البنك في أمريكا مباشرة عن طريق " سيتي كاش مانيجار سيستم " " CCM " .
وفي هذه الحالة فانه يسمح فقط للمسئولين المخولين بتشغيل النظام للقيام بجميع التحويلات .
ويقوم الحاسب الآلي بالتدقق من صحة المعاملة فاذا ما كان هناك أي خطأ , فان الحاسب
الآلي يكتشفه مباشرة .

٥ - *الشيكات بالدولارات الأمريكية المسحوبة على الولايات المتحدة الأمريكية:*

هناك ترتيب خاص مع سيتي بنك - دبي فيما يختص بالتعامل مع الشيكات بالدولار
الامريكي المسحوبة على الولايات المتحدة الامريكية بدون تحمل أية اتعاب . حيث يتم
ارسال هذه الشيكات الى سيتي بنك - دبي بدلا من ارسالها الى الولايات المتحدة الامريكية
, ويقوم البنك المذكور بتقديم الشيك الى مكتبه في نيويورك بواسطة نقل المراسلات "
كورريـر " ويقوم سيتي بنك - دبي باضافة المبلغ الى حسابنا بالدولار الامريكي لديهم بعد ٥
أيام , الا أن هذه الاضافة بحسابنا يمكن الرجوع عنها في حالة اعادة أي شيك بدون سداد .
ومن ثم نقوم باضافة المبلغ الى حساب متعاملنا بعد ٢٠ يوما على الاقل من تاريخ
تحصيل قيمة الشيك , وهذه الفترة الزمنية تتيح لبنك الفرصة الكافية
في حالة ارتداد الشيكات . وقد تساعد هذه الخدمة في تقنين رسوم التحصيل التي تفرضها
البنوك الامريكية .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

# نظام السويفت [1]
# (SWIFT)

## مقدمة:

(سويفت) كلمة تجمع أوائل الحروف من: (SOCIETY for WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATIONS) (الجمعية العالمية للاتصالات المالية بين المصارف) وهي جمعية تعاونية يملكها أعضاؤها تهدف إلى الفائدة المشتركة لأعضائها وإلى إيجاد واستخدام وتشغيل الوسائل الضرورية لإرسال الرسائل المالية عبر طريق سري وخاص.

السويفت نظام يعمل بالحاسب الآلي لإرسال واستقبال الرسائل بين المصارف وهو وسيلة آمنة وسريعة للتحويلات المالية مقبولة من قبل المصارف الأعضاء في كافة أنحاء العالم.

## التركيب:

يتم تشغيل نظام السويفت من قبل القسم الأجنبي في الفرع الرئيسي ويتولى قسم الحاسب الآلي مسؤولية تركيب المعدات وصيانة البرامج (الإضافة و الحذف والتحديث كلما دعت الحاجة).

تستخدم أنواع مختلفة من المعدات والبرامج يختارها المستخدم حسب ما يناسبه والأكثر شيوعاً وسهولة في الاستخدام هي: BTOS و B25 BURROUGHS، كما تتوفر برامج مختلفة مثل: ST200 وST400 و IBM MARWA و LOGIC FAST WIRE .. إلخ. وقد اختار مصرفنا العمل على برنامج ST200 (النسخة المحدثة 4.15) وهو الأسهل استخداماً ويتألف من قسمين: المركز (NUCLEUS) و(IBU) (وحدة الدعم المدمجة).

يقوم المركز (NUCLEUS) بالعمل الرئيسي وتقوم وحدة الدعم المدمجة (IBU) بعمل نسخة احتياطية فورية يتم استعادتها عندما تتعرض الذاكرة للضرر.

---

[1] الأصل باللغة الإنكليزية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

التشغيل:

يتم التشغيل بعد إدخال كلمة السر الرئيسة التي يحتفظ بها القسم الرئيسي للسويفت على قسمين. حيث يحتفظ مدير المصرف بالقسم الأول بينما يحتفظ رئيس القسم الأجنبي بالقسم الثاني.

بعد إدخال قسمي كلمة السر الرئيسة تظهر لوحة الخيارات ترخّص للمستخدم القيام بالعمل، كما أن ذلك ضروري ليقوم كل مشغل / مشرف بوضع كلمة سر خاصة به يستطيع تغييرها حسب الحاجة للحفاظ على السرية والمسؤولية.

كما أن هناك حاجة لإدخال كلمة سر التشغيل التي يحتفظ بها القسم الرئيسي للسويفت لتحديث البرامج (الحذف والإضافة).

لقد قمنا مؤخراً بتركيب حاسب شخصي (.P.C) في فرعنا في أبوظبي (مرتبط مع شبكة السويفت) لإرسال واستقبال الرسائل مباشرة. وقد تمت هذه الخطوة نظراً لحجم الرسائل المرسلة من قبلهم، ولا يقوم فرع أبوظبي بتشغيل الربط العالمي (.S.L.S) أو التبادل المشترك للمفتاح (BKE) بما أنه مرتبط مع الفرع الرئيسي الذي يقوم بالتصديق على رسائله. ويحكم الحاسب الشخصي المركب في فرع أبوظبي كلمة سر رئيسة (لكل الأعمال) يقوم الفرع الرئيسي للسويفت بإدخالها وهي لدى إدارة الفرع (على قسمين حصراً). وسيتم ربط الفروع الأخرى أيضاً عندما يدعو حجم العمل إلى ذلك.

تنقسم كافة أعمال السويفت إلى منطقتين: ضمن الخط (ON LINE) وخارج الخط (OFF LINE).

يتم تشغيل المركز (NUCLEUS) أولاً في السويفت ثم وحدة الدعم المدمجة (IBU) ويتم الارتباط مع الشبكة العالمية عندما تظهر كلمة (ON LINE) ويتم ذلك الآن عن طريق استخدام بطاقات الدائرة المدمجة (INTGRATED CIRCUIT CARDS) والتي تسمى أيضاً بالبطاقات الذكية (SMART CARDS). وقد تم ترتيب ذلك بحيث ينفذ بشكل مشترك من قبل مدير الفرع ورئيس القسم الأجنبي.

وتدعى عملية الربط العالمي هذه SLS (المنطق والاختيار الآمن – SECURED LOGIC + SELECT) وفقاً لعملية آلية جديدة مما يمكن من طباعة الرسائل على طابعة تم تركيبها لا يزال الرسائل القادمة (التي تحتفظ بها الذاكرة عندما يكون النظام مغلقاً). يمكن استعادة وطباعة أية رسالة ضاعت نتيجة لعطل في الطابعة أو لسبب آخر بعد نقل البيانات إلى قرص من حيث تتوفر الأوامر الضرورية لذلك. ويتم التحقق من الرسائل الواردة وسن ثم تُرسل إلى القسم المعني بينما تُسجل ويحتفظ بنسخة منها كمرجع.

– ٢ –

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002502

يتم الإحتفاظ بالرسائل الواردة والتي تعاني من مشكلة في مسألة التحقق من هوية المرسل في ملف إعادة التحقق ثم تحرر من قبل الشخص المسؤول بعد التأكد من الأمر.

يقوم المشغل بإعداد الرسائل الصادرة بينما لايستطيع المشغل تغيير أو التأكد أو إرسال أية رسالة. إن الموظف الذي يدقق ويرسل الرسائل لايستطيع إعدادها أو تبديلها. وقد تم ترتيب هذا الأمر لضمان الأمان ابتداءاً إلى لائحة الإذن لكل شخص مخول القيام بعمل معين. ويحتاج إعداد لائحة الإذن إلى معرفة كلمة السر الرئيسة التي تنقسم إلى قسمين ويتحكم بها بشكل مشترك مدير الفرع ورئيس القسم الأجنبي.  ويتضمن إعداد لائحة الإذن إضافة أو تعديل اسم المشغل أو المدقق أو المخول .. إلخ.

يتم التحقق من الرسائل عن طريق المفتاح الخاص بذلك ويستطيع المصرف إعداد مفتاح كهذا وإرساله إلى المصرف المعني حسب الطلب.  يتم تخزين مفاتيح كهذه ضمن النظام الذي يقوم آلياً بالتحقق من الرسائل عند الطلب.

يتولى مدير الفرع ورئيس القسم الأجنبي التحقق من الرسائل نظراً إلى سرية وحساسية الأمر. وقد تمت أتمتة هذه العملية الآن ولم يعد هناك داع للعمل اليدوي وتسمى BKE (التبادل المشترك للمفتاح BILATERAL KEY EXCHANGE).

## عمل آخر اليوم:

يتم تسجيل عمل كامل اليوم على قرص مرن (DISKETT) كمرجع يتم استعادته إذا دعت الحاجة.  ثم يقوم المشغل بطباعة تقرير الحركة بعد انتهاء يوم العمل وهو يتألف من بيانات مختلفة يقدم المسؤول عن السويفت بتدقيقها بعد ذلك.

يتم عمل آخر اليوم قبل إغلاق الجهاز بحسب طلب النظام.  كما يتم طباعة تقرير آخر يدعى (JOURNAL) يحتوي على الوقت والتاريخ والأوامر المستخدمة واسم الشخص المستخدم لأوامر معينة حسب الترخيص في لائحة الإذن.

## الفوائـــد:

* خدمة ٢٤ ساعة.
* استخدام اللغة العادية.
* نظام آني متكامل.
* أخطاء أقل نتيجة الخطأ.
* نفقات تشغيل أقل.

- ٣ -

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002503

- إنتاجية أعلى.
- إرسال سريع.
- آمن (بشكل آلي).
- عدم وجود التحقق يمكن يدوي (أتوماتيكي).
- توفر الصيانة الدائمة.
- فاعلية متزايدة في تشكيل الرسائل.
- القدرة على الحفاظ على معلومات إدارية أشمل.

## خـاتمـة:

لقد تم اختبار وتجريب نظام السويفت وهو مقبول ومستخدم من قبل عدد كبير من المؤسسات المالية (الشركات والمصارف) في كافة أنحاء العالم. (أكثر من ستة آلاف مصرف في ١٥٠ بلداً) والعدد يتضاعف بمرور الوقت. كما أن هناك سعي دائم للتطوير لما فيه فائدة الأعضاء ويتم تقديم تقرير تحليلي يتضمن معلومات عن الأداء السابق وتقديم تفاصيل عن أداء الأعضاء في الماضي والحاضر. وهناك استعلام دائم عن أية اقتراحات لتطوير العمل.

سويفت هو النظام الرائد في نقل الرسائل كافة والتي تم تصنيفيها ضمن فئات للتحقق ولإقامة العلاقة مع المنطقة المعنية.

أخيراً ، نظام سويفت هو أكثر وسائل الإتصال المكتشفة حتى الآن أمناً وضماناً وسرعة.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002504

- ٤٣ -

## قسـم المقاصـــة

أعمال قسم المقاصـة:

يقـى قسم المقاصة الشيكات المستحقة السداد الفـوري ، والشيكات المحـررة بتواريخ آجلـه بالعملة المحلية من المتعاملين وجميع أقسام البنك للتحصيل عن طريق الفروع والبنـوك المراسلة ، وتصنف الشيكات المستحقة الدفع الفوري الى شيكات مسحوبة على بنك دبي الأسلامي وشيكات مسحوبة على بنـك أخرى داخل الدولة ٠

وتبدأ خطوات العمل بقسم المقاصة بالآتي:

١ - يقوم موظفو قسم المقاصة باستلام الشيكات وفحصها قبل ادخال بياناتيا في الحاسب الآلـي وذلك بالعمل على فحص أركان الشيك من حيث التاريخ والمبلغ ، واسم المستفيد ، التوقيـع والتظهير ، والاخـتام ، وكذلك التحوير ، وقـد رتم الفحص للشيك بعد القـم ٠

٢ - قيام الموظف المختص بادخال بيانات الشيكات في الحاسب الآلي وذلك بعد الفحص للشيك ، وقـد يوجد بالقسم طابعة خاصة لطباعة حافظة الشيك آليـا وطباعـة وتحديد وقـت الايداع وعنـوان وصاحب الحساب على الحافظة ، وغالبا ما يتم أخذ توقيع واسم مودع الشيك على الحافظة ، ثم يقوم موظف القسم بختم الحافظة والتوقيع عليها للاصل ، والمصورة وتسليم صـررة منها للمودع ٠ وقد يقوم الحاسب الآلي بنهاية اليوم بتجميع مبالغ الشيكات المودعة ويقيد المبلغ بصورة آلية ،

٣ - يقوم قسم المقاصة باستلام الشيكات المؤجلة وفرزها حسب البنوك المسحوب عليها الشيكات ، ثم حسب الامارة أو المنطقة ، ثم حسب التاريخ ليتم بعد ذلك حفظ الشيكات في خزائن ضـد الحريق وبشكل يسهل استخراج الشيكات بصورة منتظمة حسب تاريخ اليوم والشهـر ٠ وقـد تحفظ الشيكات المسحوبة على بنك دبي الاسلامي في خزائن خاصة وبحتفظ القسم بالشيكات المذكورة بصفة مستمرة بعد التأكد منيا ، كما يتم أيضـا استخراج تقرير من الحاسب الآلي يشمل على كافة البيانات المطلوبة عن الشيكات المحفوظـة ومطابقته مـع قائمة الشيكات لـدى قـم المقاصة ٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002505

- ٤٤ -

٤ - يقوم قسم المقاصة باستخراج الشيكات من الخزائن وإرسالها للتحصيل . وفيما يتعلق بالشيكات
التي تكون مستحقة في يوم الاستلام يتم ادخال بياناتها في الحاسب الآلي وترسل بنفس اليوم
للتحصيل عن طريق المصرف المركزي ، مع الموظف المكلف بالذهاب الى غرفة المقاصة
بالمصرف المركزي . وذلك بعد فرز مجموع الشيكات لكل بنك على حدة مرفق باشعار مع
مطابقة اجمالي مبالغ الشيكات مع التقرير ، ليتم بعد ذلك وفي غرفة المقاصة عملية تبادل
الشيكات بين مندوبي البنوك المختلفة ، حيث يقوم مندوب البنك بتسليم الشيكات لمندوبي
البنوك المختلفة مقابل استلام الشيكات المسحوبة على بنك دبي الاسلامي . وهذه العملية تتم
بصورة يومية .

٥ - يقوم قسم المقاصة بترحيل الشيكات المسحوبة على البنك وخصم قيمتها من حساب المتعاملين
لتضاف الى حساب المصرف المركزي وهناك شيكات مرتجعة يتم فيها عكس القيد بمبلغ
الشيكات المرتجعة وتتم جميع عمليات القيد بقسم الحسابات العامة بصورة آلية وبدون
اشعارات . أما الشيكات المرتجعة يعمل لها اشعارات يوضح فيها سبب الرجوع وتطبع ايضا
بواسطة الحاسب الآلي . أما عن القيود النظامية لهذه الشيكات فانها تتم بصورة آلية وذلك
بخصم راضافة مجموع الشيكات وبدون اشعارات . وفي اليوم التالي يذهب مندوب المقاصة
الى غرفة المقاصة بالمصرف المركزي لحضور الجلسة الاولى ومعه الشيكات المسحوبة على
بنك دبي الاسلامي ، والمرتجعة مرفق بكل شيك سبب الرجوع ليسلمها لمندوبي البنوك
المختلفة . كما يعود مندوب البنك ومعه الشيكات التي لم تحصل ورجعت لاسباب مختلفة
مرفقة بسبب الرجوع ليتم الرجوع بعدها الاتصال بالمتعاملين أصحاب الشيكات المرتجعة لابلاغهم
برجوع الشيكات حتى يقوموا باستلامها . وفي حالة عدم الحضور لاستلام الشيكات خلال
اسبوعين يتم ارسال الشيكات بالبريد .

أما عن الشيكات الاخرى المسحوبة على بنوك خارج امارة البنك يقوم قسم المقاصة باعداد
تقرير يشمل جميع بيانات الشيكات حسب التاريخ ، اليوم ، حيث تستخرج الشيكات من الخزائن
وترفق مع التقرير المذكور وترسل الى فروع البنك المختلفة للتحصيل . وبالمقابل فان قسم
المقاصة يحتفظ بنسخ من الشيكات المرسلة الى الفروع .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002506

- ٤٥ -

وعن الشيكات المسحوبة خارج الدولة فان البنك يقوم بتحصيلها عن طريق القسم الاجنبي وعند
التحصيل يقوم القسم الاجنبي باضافة مبالغها الى حسابات المتعاملين .

٢ - يقوم قسم المقاصة باعداد جدول شيري بالشيكات المؤجلة التي يحتفظ بها القسم والمقارنة مع
تقرير الكمبيوتر الخاص بالشيكات المؤجلة .

وعن اتعاب التحصيل للشيكات يتقاضى البنك مبلغ ٥ دراهم لتحصيل الشيكات بمناطق الدولة
وعن اتعاب التحصيل للشيكات فروع بها وبعض المتعاملين يتم استثناءهم من الاتعاب طبقا لقرار
المختلفة التي لا يكون للبنك فروع بها وبعض المتعاملين يتم استثناءهم من الاتعاب طبقا لقرار
الإدارة.

كما يقوم البنك باصدار شيك مدير في حالات مطالبة البنوك بمبلغ أقل من قيمة الشيك
المسحوب ، أو في حالة مطالبة البنك بمبالغ زائدة عن قيمة الشيكات المسحوبة حيث تتم
التسوية باصدار شيك المدير بالفرق .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002507

Dubai Islamic Bank
Public Joint Stock Company
(Incorporated in U.A.E.)

المحترم

**الموضوع/ إجراءات العمل بقسم المقاصة.**

بالإشارة الى خطابكم المؤرخ في ١٩٩٦/٢/١١ والمذكرة المرفقة بخصوص إجراءات العمل بقسم المقاصة، فقد إطلعنا على المذكرة ووجدناها وافية. ونشير في هذا الصدد الى التقرير المرفوع لسيادتكم سابقاً حيث نشير الى أنه منذ ذلك التاريخ فقد طرأت بعض التغيرات على طبيعة الاعمال التي يقوم بها القسم حيث أن مصرف الإمارات المركزي أدخل مؤخراً نظام المقاصة الآلية للشيكات وقد أدى ذلك الى تضاعف العمل بالقسم حيث كانت هذه العملية تتم يدوياً في السابق أما الآن فاننا نقوم بنوعين من المقاصة: المقاصة اليدوية والمقاصة الآلية. وقد تعرضتم سيادتكم الى وصف النوع اليدوي. أما النوع الآلي فيتم كالتالي: بعد إستكمال المقاصة يدوياً يتم إستخدام جهاز ترميز شيكات المقاصة وإدراج مبالغ الشيكات التي سيتم إجراء المقاصة لها. بعد ذلك يتم إعداد قسائم مرمزة بعدد الشيكات لكل مجموعة من الشيكات حيث يتم إدراج عدد الشيكات بكل قسيمة والمبالغ وذلك بشكل منفصل. وللتأكد أرصدة الشيكات بالنظامين اليدوي والآلي يتم جمع مبالغ الشيكات التي ستجرى عليها المقاصة. فإذا ما كانت الأرصدة متساوية عليه يتم إرسال الشيكات الى المصرف المركزي للمقاصة. بالنسبة للإجراءات بالمصرف المركزي وبعد إستكمال المقاصة اليدوية يتم إجراء المقاصة الآلية حيث يتم إدخال جميع الشيكات المرسلة لجهاز المقاصة الآلية الخاص بالمصرف المركزي حيث يتم الحصول بواسطة هذا الجهاز على جميع البيانات الخاصة بالشيكات مثل المبلغ، إسم البنك مقدم الشيك، إجمالي الشيكات المسحوبة من مصرف معين وإجمالي مبالغ الشيكات المسحوبة في نفس تاريخ المقاصة، وغيرها العديد من المزايا الأخرى لهذا النظام الآلي التي يستفيد منها المصرف المركزي والمصارف الأخرى. وهذا ما حدا بنا الى إدخال جهاز الترميز بالقسم، وسوف نقوم بإدخال الشيكات المرتجعة أيضاً بجهاز المقاصة الآلية. هذا ما وجه المصرف المركزي بذلك.

والله ولي التوفيق،،

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

قسم الاعتمادات المستندية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002509

بسم الله الرحمن الرحيم

الأعمال المناطة بقسم الاعتمادات المستندية

١ - الإعتمادات الواردة : (IMPORT L/C)

تشمل الإجراءات التي تنفذ بخصوص اعتمادات الاستيراد والخاصة باستيراد البضائع من
خارج الدولة خ اجراءات المراجعة، او داخل الدولة (اعتمادات عملية).

٢ - اعتمادات التصدير : EXPORT L/C

وتشمل الاجراءات التي تتم بخصوص اعتمادات التصدير والخاصة بتصدير البضائع إلى خارج الدولة أو داخلها .

٣ - مستندات التحصيل الواردة : INWARD BILL FOR COLLECTION (I.B.C)

وتشمل الاجراءات التي تتم بخصوص تلك المستندات والخاصة ببضائع ترد الى الدولة دون اعتماد مستندي .

٤ - مستندات التحصيل الصادرة : OUTWARD BILL FOR COLLECTION (O.B.C.)

وتشمل الاجراءات التي تتم بخصوص تلك المستندات والخاصة ببضائع تصدر الى الخارج دون اعتماد مستندي .

٥ - خطابات الضمان : LETTER OF GUARANTEE

وتشمل الاجراءات التي تتم لاصدار خطابات الضمان ومتابعتها والعمل على استرجاعها عند الانتهاء منها.

٦ - التسهيلات الائتمانية لقسم الإعتمادات : CREDIT FACILITIES FOR L/C

وتشمل تلبية طلبات العملاء الجدد او العملاء لزيادة سقف التسهيلات الممنوحة وعمل تقارير لقسم الائتمان
برفعة التسهيلات بهذا الخصوص .

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002510

2

رابعاً: الاعتمادات الواردة:-

تعريفها:

هي عبارة عن تعهد مكتوب موقع من مصرف (المصرف الفاتح) يعطى للبائع (المستفيد) بناء على طلب، ورهناً لتعليمات المشتري (طالب فتح الاعتماد)، بأن يقوم بالدفع بالطريقة المتفق عليها لغاية مبلغ معين من المال ضمن مهلة زمنية محددة مقابل المستندات المفصلة في الاعتماد.

وبعبارة بسيطة ... هو تعهد مصرفي بالدفع المشروط.

أطرافها:
المستورد / البنك / المصدر / المصرف الوسيط / الدافع.

أصنافها:
أ. حسب درجة الأمان
١. قابلة للنكول      REVOCABLE
٢. غير قابلة للنكول      IRREVOCABLE
٣. غير معززة      UNCONFIRMED
٤. معززة      CONFIRMED

ب. حسب وقت الدفع:
١. اعتمادات بالإطلاع      SIGHT
٢. اعتمادات بالقبول      ACCEPTANCE \ USANCE
٣. مرحلة الدفع      DEFERRED PAYMENT

ت. أخرى
١. الدوار أو المتجددة      REVOLVING L/C
٢. القابل للتحويل      TRANSFERABLE L/C
٣. المقابل      BACK TO BACK L/C
٤. الاحتياطي      STANDBY L/C
٥. المتاح بالتقسيط      L/C AVAILABLE BY INSTALMENTS (PARTIAL SHIPMENT)

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002511

3

مراعيا من حيث التسليم والشحن:

| | |
|---|---|
| EX-WORKS (FACTORY) | ١. التسليم في المصنع |
| FREE CARRIER (FCA) | ٢. التسليم لدى الناقل |
| FOR / FOT | ٣. تسليم ظهر الشاحنة/ القطار |
| FOB AIRPORT | ٤. تسليم مطار المغادرة |
| FAS | ٥. التسليم بجانب الباخرة في ميناء الشحن (فاس) |
| FOB | ٦. التسليم على ظهر السفينة (فوب) |
| C&F | ٧. التسليم (الثمن + أجرة الشحن) |
| CIF | ٨. التسليم (الثمن + أجرة الشحن + التأمين) |
| EX SHIP | ٩. تسليم السفينة |
| DDP | ١٠. التسليم خالص الرسوم |

خطوات إصدار الاعتمادات المستندية:

١. تقديم الطلب:
يتسلم القسم طلب فتح الاعتماد من الأفراد والهيئات كالتالي:
أ. في حالة عدم وجود سقف أو وجود تجاوز بالسقف يحول الطلب للإدارة أو اللجنة لاتخاذ القرار النهائي.
ب. إذا كان للعميل سقف تسهيلات أو اللجنة أو الإدارة تقرر الاعتماد بنفس الوقت وان يكون ضمن السقف المصرح.
ت. في حالة التجاوز عن السقف يحول الطلب للجنة أو الإدارة بحيث يتوافق الطلب مع نظام العمل بالبنك من حيث أخذ الضمانات المختلفة من العميل التي تتضمن حق البنك ، ومن الناحية الشرعية لنظام المرابحة أو نوعية البضاعة ، ومن الناحية الفنية لشروط الاعتمادات.

٢. طرق إرسال الاعتماد:
يتم إرساله بعدة طرق مختلفة بعد إعطائه رقما مسلسلا:
١. بالطباعة على النموذج المخصص للاعتماد من قبل البنك سواء عن طريق الكمبيوتر أو الآلة الكاتبة.
٢. بواسطة نظام السويفت.
٣. بواسطة التلكس المختصر / أو التلكس الشامل ، حسب رغبة العميل.

٣. مراجعة الاعتماد:
تتم بعد إصدار نسخة المراجعة إذا كان بالسويفت أو التلكس أو التشكس لخلال الأخطاء وإذا كان على نموذج البنك تتم المراجعة على نفس النموذج قبل الإرسال.

ت

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٤

الإرسال النهائي للاعتماد:

ويتم بعد أخذ الموافقة النهائية على الاعتماد ومراجعته واعتماده من قبل الموظفين ذو صلاحية التوقيع بالبنك.

القيود النظامية:

خلال فترة صلاحية الاعتماد تحرر القيود النظامية إضافة للمعدلات المختلفة على حوافظ الخصم والإضافة.

تعديل الاعتمادات بعد فتحها وتشمل:

أ. تمديد فترة الشحن وصلاحية التداول.

ب. زيادة قيمة الاعتماد: ويقرر إذا كان ضمن السقف المصدق للمتعامل ، أو يتم أخذ موافقة الإدارة أو اللجنة.

ث. تخفيض قيمة الاعتماد.

ث. مواصفات البضاعة.

ج. طريقة الشحن – إما كلي أو مجزأ.

إلى غير ذلك من التعديلات التي تتطلب موافقة الإدارة أو اللجنة.

وبعد أخذ الموافقة على التعديلات تحرر القيود الخاصة بالنظامية والخصم والإضافة ويتم تحصيل المصاريف والعمولات الخاصة بذلك وغيرها.

تداول المستندات: (خلال فترة صلاحية الاعتماد):

يتسلم قسم الاعتمادات مستندات الشحن من المراسلين بعد تداولها ودفع قيمتها للبائع أن حالة الدفع عند الإطلاع أو تبولها أن حالة الدفع المؤجل المعزز بالقبول ، ويقوم الموظف المختص أن القسم بالتدقيق عليها ومطابقتها مع شروط الاعتماد والتأكد من أن المراسل لم يخطئ أن تداولها ويعد ذكر مخالفة أو تخالفات ومطابقتها مع شروط الاعتماد والتأكد من أن هذه المخالفات يخطر البنك المراسل والمشتري ويطلب من المراسل بإعادة قيد الاعتماد إلى حين تصحيح هذه المخالفة أو الحصول على موافقة المتعامل على تلك المخالفات خاصة إذا كانت هناك إمكانية تتحملها من ناحيته.

وأن حالة المستندات السليمة يقوم القسم بإعداد المرابحة وحوافظ الخصم والإضافة ويخطر المتعامل لتقديم شيكات الأقساط المتوخاة ، وذلك بعد الخصم علينا من قبل المراسل وإضافة القيمة للمستفيد. وبعد اكتمال هذه الإجراءات يتم البنك بتسليم المستندات للمشتري بعد تظهيرها إليه مقابل استلام الشيكات وعتود المرابحة مرقمة من المتعامل.

أما أن حالة وصول البضاعة قبل المستندات ، يصدر للعميل كفالة شحن بحري أو تسليم جوي على أن تتم الإجراءات الأخرى بعد وصول المستندات كما هو أعلاه.

٤

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002513

٥

أما أن حالة الإعتمادات التندية المستديمة يتم الخصم بالكامل على المتعامل وأحد كافة المصاريف والعمولات الأخرى، ويتم تسليمه المستندات أو كفالة الشحن البحري أو الجوي.

٦.   جدولة المراجعة:

ويتم عن طريق إدخال البيانات أن ملف المراجعة بجهاز الكمبيوتر وتحرير القيود المختلفة عن نظامية / خصم وإضافة/ سير لات عنصلة ، إضافة لجدولة الشيكات المستحقة على العميل ، ومن ثم متابعة التحصيل.

٧.   مكافأة السداد المبكر للمراجعة:

ويتم ذلك بعد موافقة الإدارة أو اللجنة.

٥

٥

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002514

٥

ثانيا – اعتمادات الصادر أو التصدير EXPORT LETTER OF CREDIT

تعريفها :

هي اعتمادات تمنح لصالح تجار في داخل البلد وذلك لتصدير بضائع النترنت أو داخلها وهنا يكون دورنا
كدور البنك المراسل في اعتمادات الاستيراد . حيث نقوم بإخطار المستفيد " المصدر " ونتداول مستندات الشحن
ونحصل قيمة الاعتماد وندفعه إلى المستفيد بعد حصص العمولات .

إجراءات اعتمادات الصادر أو التصدير :

يستلم القسم الاعتماد الوارد إليه من بنك آخر سواء محلي أو خارجي " في اغلب الأحيان " وذلك إما بالبريد أو
التلكس أو السويفت.

الاعتماد الوارد عن طريق البريد :

١ . نقوم في المرحلة الأولى بمطابقة تراقيع الأشخاص المرقعين على الاعتماد حيث نرصد نماذج عن تواقيع المسئولين في البنك
المراسل لدينا وفي حالة عدم وجودها نرسل نسخة من الاعتماد إلى مراسل البنك فاتح الاعتماد في داخل الدولة لمطابقة
التواقيع .

٢ . أما الاعتمادات الواردة بالتلكس فان القسم يتأكد من الشفرة هل هي صحيحة أم لا وفي حالة عدم توفر ذلك رمز الشفرة
لدينا تلك عن طريق المراسل المحلي لهم .

٣ . أو عن طريق السويفت حيث تتم عملية ترود الاعتماد وفك الشفرة أوتوماتيكيا عن طريق النظام نفسه .

• بعد ذلك يقوم الموظف باتأكد من شروط الاعتماد وخلوها من أية شروط غير مقبولة لدينا كبنك متداول للاعتماد أو أن
تكون فيها شروط منافية للشريعة الإسلامية مثل ذكر كلمة " فائدة " ففي هذه الحالة يطالب البنك فاتح الاعتماد بتعديل
تلك الشروط .

• في حالة وجود طلب من البنك المراسل بتعزيز الاعتماد فإننا نقوم بأخذ موافقة الإدارة على ذلك لأن التعزيز يعني ضمان من
قبلنا للاعتماد حيث نتعهد مع بالتقديم في حالة تقديم المستندات السليمة إلينا دون النظر إلى وضع البنك المراسل "فاتح
الاعتماد " وهذه خدمة متبادلة تقدم من قبلنا إلى مراسلنا فقط .

• بعد ذلك يخطر المستفيد بورود الاعتماد براسطة البريد وذلك بعد طبع نماذج خاصة بهذا الإخطار ومرقمة من قبل المخولين
في البنك .

• يقوم المستفيد بتوفير مستندات الشحن المطوبة حسب الاعتماد وذلك بعد شحن البضائع وتقديمها إلينا.

• يقوم الموظف المختص بتداول هذه المستندات والتأكد من سلامتها .

٦

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002515

الخصم على حساب البنك ناتج الاعتماد والدفع إلى المستفيد بعد خصم العمولات والمصاريف إذا كانت على المستفيد حسب شروط الاعتماد وإنما كانت على ناتج الاعتماد فإن العمولات والمصاريف تضاف إلى قيمة الفاتورة المقدمة من المستفيد "قيمة الاعتماد" ويخصم من البنك ناتج الاعتماد.

اخطار البنك ناتج الاعتماد بهذا الخصم .

ه الطلب من البنك ناتج الاعتماد بالدفع عن طريق مراسلة إن حالة عدم وجود حساب مشترك معهم .

ملاحظة : خطورة الاعتمادات الصادرة هي :

١ . التأكد من الاعتماد قبل تبليغه وتعزيزه إلى المستفيد حيث احتمال الغش والتدليس وارد وذلك بالتأكد من التواقيع والشفرات بالأسلوب الصحيح .

٢ . تداول المستندات بشكل دقيق حيث انه إن حالة تقاضي الموظف عن طريق الخطأ لشرط من شروط الاعتماد الواردة، وعدم الانتباه إليه يعرض البنك بعد الدفع والخصم بالمطالبة بقيمة المبلغ المدفوع نتيجة لذلك الخطأ .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002516

8

## ثالثاً : مستندات تحت التحصيل الواردة :(.I.B.C) INWARD BILLS FOR COLLECTION

تعريف :
مستندات تحت التحصيل هي مستندات بضائع تشحن من خارج الدولة لصالح التاجر في الإمارات دون وجود اعتماد مستندي حيث يقوم المصدر بالشحن وإرسال المستندات الأصلية إلى البنك وذلك من أجل ضمان الدفع له، ويلجأ المصدر إلى ذلك نتيجة لوجود اتفاق مسبق مع المستورد ونتيجة للثقة بين الطرفين .

أنواعها :
• مستندات تحت التحصيل تدفع عند الإطلاع أي أن المستورد يجب عليه دفع قيمة البضاعة قبل تسلمه للمستندات والحصول على البضاعة .
• مستندات تحت التحصيل مقابل القبول أي أن المستورد يتعهد بالدفع ويوقع على الكمبيالة المرفقة بالمستندات في تاريخ محدد وانفق عليه المصدر وذلك بذكره في المستندات  مثل :
بعد ٦٠ يوم من تاريخ بوليصة الشحن
بعد ٧٠ يوم من تاريخ الشراء " تبرل المستفيد "  ويمكننا .........

• في هذه الحالة لا يكون إلتزام على البنك في حالة عدم الدفع من قبل المستورد في التاريخ المحدد .

خطوات استلام المستندات تحت التحصيل :
• يقوم البنك باستلام المستندات والإطلاع عليها وإحضار المستفيد بصرفها .
• يقوم البنك بتسليم المستندات إلى المستورد وتحرير البوليصة لصالحه وذلك بعد تحصيل مبلغ المستندات + المصاريف أو تعهد المستفيد الكتابي بالدفع في التاريخ المحدد في حالة مستندات القبول.
• الدفع إلى المستفيد من البنك المصدر حسب تعليمات البنك المراسل للمستندات .
• متابعة مستندات التحصيل غير المدفوعة وإرسال إخطارات كتابية إلى المستورد أو إرجاعها إلى البنك المرسل وذلك في حالة عدم الدفع .
• متابعة مستندات المقبولة بالدفع في تواريخ محددة وإرسال إخطارات بها مطالبين المستورد بالدفع في حالة المماطلة وعدم الدفع نرسل الكمبيالة المرتدة من قبل المستورد إلى المصدر وذلك لإجلاء مسئولية البنك منها .

ملاحظة :
قد ترد مستندات التحصيل باسم البنك في بعضها وهنا قد يطلب التعامل بالحاصل على تسهيلات ائتمانية لما حصول عليها عن طريق المرتجعة رهنا بعرض الأمر على الإدارة لأخذ الموافقة .
في حالة نقل نفقة يرفع التعامل على عتود ترجمة ويتقدم بشكات المرتجعة رسن ثم يمكنه استلام المستندات والبضائع ويتحول للمماسة إلى مرفقة بفتح أجنبية .

٨

٤

## رابعا : مستندات التحصيل الصادرة (.O.B.C) OUTWARD BILLS COLLECTION

وعنا يقوم البنك بدور البنك المرسل لمستندات التحصيل حيث يقوم المتعامل بتصدير البضائع وتقديم المستندات ، وتقوم بدورنا بإرسالها إلى بنك المستورد في البلد الآخر وذلك لتحصيل قيمتها .

وعند تحصيل قيمة نقدم للمصدر بعد اخذ العمولة والمصاريف الخاصة بالبنك .

## خامسا : الكفالات المصرفية

**تعريف:** هي تعهد مطلق أو مشروط بدفع مبلغ معين ، صادر عن البنك خلال مدة محددة لأمر جهة معينة بالنيابة عن المتعامل مع البنك ، ويأتي دور البنك هنا كوكيل.

**خطوات إصدار الكفالة المصرفية:**

١. يتقدم العميل بالطلب مذكورا به القيمة / اسم المستفيد / المدة / سبب طلب الخطاب/ الترقيم المعتمد.

٢. ينظر للطلب من الناحية الشرعية والقانونية بحيث لا يتعارض مع الشرع ، بأن تكون الكفالة مثلا :

- صادرة لصالح بنك ربوي مقابل مبلغ مالي أو تسهيلات مصرفية
- أن لا تكون مقابل استيراد بضائع محرمة مثل الخمور / اللحوم المحرمة / وغيرها
- كما ينظر من الناحية القانونية بحيث لا يكون صادر لنشاط ا قانونية مشبه بها قد تؤثر على "سمعة البنك

٣. في حالة وجود حساب بالبنك يطابق الموظف توقيع العميل.

٤. إذا كان للعميل سقف تسهيلات وكان الطلب ضمن السقف يتم الموظف باقي الإجراءات بعد اعتماد من رئيس القسم للمدير.

٥. في حالة عدم وجود سقف أو وجود تجاوز بالسقف يحول الطلب للإدارة أو الدائمة لاتخاذ قرار نهائي.

٦. بعد الموافقة يقوم الموظف بتحرير القيود النظامية الخاصة بالخطاب وحواشف الخصم والإضافة للعميلة أو المخصص النشائي أن وجد ، سواء بالخصم على الحساب أو الدفع النقدي.

٧. بناء على ما تقدم يتم بإصدار الخطاب إما بالتنكس أو السويفت. ومن ثم يقوم الموظف بطباعة الخطاب سواء عن طريق الكمبيوتر أو الآلة الكاتبة .

٨. يتم إدخال بيانات الخطاب بالكمبيوتر والسجل الخاص.

٩. بعد الطباعة يراجع الخطاب مراجعة نهائية ويتم اعتماده من قبل الموظفين المختصين.

١٠. يتم تسليم الأصل للمتعامل تسليمه للمستفيد ← نسخة للمتعامل ، (أن) يتم إرسال الخطاب بالتنكس أو السويفت عن طريق البنك المراسل أو الفرع المعني.

١١. يحضر المتعامل بإعادة الخطاب بعد انتهاء مدته أو التعرض منه إذا لم يطالب تجديده نشرة أخرى.

١٢. يتم إلغاء الخطاب من السجل زالكمبيوتر وذلك بعد عكس القيد النظامي الخاص به حتى لا يبقى التزاما على البنك زالعميل.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

10

<u>أنواع الكفالات</u>

١. كفالات الدخول في المطاءات أو المناقصـات (الابتـدائية)،
٢. كفالات حسن التنفيذ (الخاصة بالمشاريع)،
٣. كفالات الدفعة المقدمة (مشاولات البناء / البيع والشراء / .. الخ )،
٤. كفالة الصيانة (خاصة بمشاريع المقاولات)،
٥. كفالات الجمارك (لضمان إدخال البضائع أو إخراجها خارج الدولة خلال نحرة ٦ شهور ، وتصـدر لوزارة المالية أو الجمارك)،
٦. كفالات نادي السيارات ، وكفالات وزارة العمل بخصوص هرب المستخدمين،
٧. الكفالات المعززة والمقابلة الصادرة بأمر من البنوك المراسلة من خارج الدولـة أو داخلها لصـالح المسـتفيد

سيقوم البنك نيابة عنها بإصدار هذه الكفالات مع خصم العمولات والمصاريف الخاصة به،

## سادسا : التسهيلات الائتمانية  CREDIT FACILITIES

يقوم موظف مختص باستلام طلبات التسهيلات الجديدة أو طلبات المتعاملين الحاليين لزيادة التسهيلات ويكون من سهام عمله:

• استكمال البيانات الجدد وتعريفهم بنظام البنك والخدمات التي يمكن أن يقدمه لهم قسم الاعتمادات
• اعتماد مذكرات القسم إلى لجنة الائتمان .
• توضيح موقف المتعامل وتعامله في حالة طلب المتعامل لزيادة التسهيلات وترصية القسم حيال  طلبه.
• استلام قرار لجنة التسهيلات الائتمانية ومتابعة التنفيذ داخل القسم .
• حفظ ملفات التسهيلات الخاصة بالمتعاملين .
• متابعة طلبات المتعاملين ودراسة أي مشاكل تواجههم ورفتنديم تقرير بها إلى الإدارة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002519

١١

## يمكن تناول الأعمال التي يقوم بها قسم الاعتمادات المستندية من الجوانب الآتية:

ب- الشرعي:

إن قسم الاعتمادات المستندية تغطي أحد الأركان الأساسية في المعاملات الإسلامية إلا وهي بيع المرابحة، حيث يتم تنفيذ عمليات الاستيراد والتصدير والتوريد والتنفيذ باستخدام الاعتماد المستندي كوسيلة من وسائل تنفيذ البيع والشراء وفقا لما تفتضيه شريعة الإسلامية، ويشتري القسم كل شروط المرابحة خلال عملية فتح الاعتماد وتسليم المستندات والبضائع وفقا لما تقتضيه شريعة الإسلامية، ويشترط في الاعتماد وفقا لرغبته تتم بموجب الشروط التي يتطلبها الشرع في عملية المرابحة: بأن يرغب في فتح الاعتماد وفقا لرغبته تتم بموجب الشروط التي يتطلبها الشرع في عملية المرابحة: التي يرغب في فتح الاعتماد بأن عملية تمويل الاعتماد وتتم لرغبته تتم بموجب الشروط التي يتطلبها الشرع في عملية المرابحة؛ يحمل المصرف محله في عملية الشراء من المصدر الخارجي أو المحلي ويشتري ويخطر المتعامل ثم الشراء ثم يتصرف رباحه ثمن الشراء ويصبح ذلك ثمن البيع للمتعامل، ويكون المصرف مسؤولا عن تسليم البضائع موضوع الاعتماد وفقا لهذا الالتزام، ويراعي للمصرف أن تكون كل مستندات الشحن باسم تأكيدا رتابتا لأنه تمت اشترى، ويقوم بتظهير هذه المستندات للمتعامل ليمكن من تسلم البضائع موضوع الاعتماد.

ولا يقتصر دور المصرف من الناحية الشرعية على الاعتمادات فقط بل يشمل كذلك مستندات التحصيل أو القبول حيث يقوم البائع بشحن البضائع للمشتري المحلي دون فتح اعتماد مستندي أو تسلم القيمة من المشتري مسبقا، ويشترط للمصرف الإسلامي من الناحية الشرعية أن تكون مستندات الشحن الواردة للتحصيل أو القبول باسمه أيضا ، وذلك إثباتا لاعتباره مشتريا فعليا وبعد المرابحة كما هو الحال في الاعتماد للمستندي ويمكنه من شرعيتها في كل عصرتها بنفعة صن بإصداد مستندات الشحن وتسلم البضائع وتسديد أقساط المرابحة.

كما يشمل دور المصرف من الناحية الشرعية في قسم الاعتمادات المستندية بإصدار الكفالات المصرفية والتي يراعى عند إصدارها سلامتها من الناحية الشرعية؛ فلا بد أن تكون المسألة الشرعية بمبنة كل البعد عن المعاملات الربوية كما ينبغي على المصرف عند إصدار الكفالات التي تطلب منه إصدارها المصارف الخارجية – المراسلين – الموحدة بالخارج مراعاة الناحية الشرعية فيها.

ففي حالات كثيرة ترد كلمة "الفائدة" في انكتالات المراد بإصدارها ويرفض قسم الاعتمادات المستندية إصدارها إلا بعد تصحيحها برحذف هذه الكلمة وكل انكتسات الدالة على الربا.

١١

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002520

12

الجانب الثانوي:

يلتزم قسم الاعتمادات المستندية بمراعاة سلامة الاشتراطات ومستندات التحصيل والكمبيالات، من الناحية القانونية، وهذا بصرف النظر عن اختيارها عندما تنشب بين أطرافها المتعددة، فالاعتماد المستندي قبل منحه يتسلم المصرف طلبا من المتعامل لسبب جوهري هو اختيارها عندما تنشب بين أطرافها المتعددة، فالاعتماد المستندي قبل منحه يتسلم المصرف طلبا من المتعامل يبدي نيته رغبته في استيراد بضائع أو تقديم خدمات أو غير ذلك، ويكون الطلب مرتبما من الشخص الذي يملك صلاحية إصدارها وتوقيعه، فإذا تخلف واحد أو بعض هذه العناصر يكون الطلب ناقصا من الناحية القانونية: ولا تترتب عليه آثار ملزمة للمصرف. ولكن في حالة اكتمال الطلب وقبول المصرف له فينعقد العقد بين المصرف والمتعامل وتترتب عليه التزامات وحقوق لطرفيه؛ فالمصرف يلتزم باستيراد البضائع موضوع الاعتماد المستندي بعد دفع قيمتها للبائع الأجنبي عن طريق المراسلين بالخارج ريتقدم تسهيلات المرابحة، ويكون للمصرف في هذه الحالة حقه في تسلم العمولات والمصاريف مقابل هذه الخدمات مضافا إلى ذلك حقه في الأرباح التي تنتج من الفرق بين سعر الشراء وسعر البيع والتي عادة يتم سدادها ضمن أقساط المرابحة.

ويحسب انعقاد العقد على التعامل بين المصرفين اللذين يتولين فتح الاعتماد وإخطاره وإختباره للمستفيد وتداول مستنداته، كلاهما ملزم بما يترتب عليه من التزامات فلا بد أن يقوم المصرف فاتح الاعتماد بإصدارها بإمضائه فور تسلمه رثسلم العمولة المقررة لفتحه. كما ينبغي على المصرف الذي سوف يقوم بإخطار المستفيد فور قيامه بإختبار الاعتماد أن يقوم بإخطار المستفيد فور تسلمه رتداول مستنداته خلال النشرة القانونية رثسلم عمولة التداول؛ أو تعزيزه في حالة التعزيز رقبض عمولة التعزيز المقررة لذلك.

وتتمثل التزامات العقد بين البائع والمشتري أو المورد في اعتمادات المرابحة إلى المصرف فاتح الاعتماد والبائع الأجنبي. فالبائع الأجنبي عليه أن يقوم بفحص البضاعة والتأمين عليها إذا اقتضت شروط الاعتماد ذلك، وهذا بركة انعقاد الأكثر من عقد قبل وعند شحن البضائع موضوع الاعتماد. فالبائع أو المصرف يطلب من شركات التعبئة والتغليف والشحن والتأمين القيام بواجبها كل حسب اختصاصه وكليها تمثل عقودا بين كل منها والبائع أو المصدر وتترتب بموجبها التزامات وحقوق لكل من طرفيها.

وينبغي على المصرف فاتح الاعتماد أن يتأكد من أن الاعتماد المستندي يشتمل على نقرة تنيد بأنه يخضع لنواتج والأعراف المرحدة للاعتمادات المستندية (غرفة التجارة الدولية) الإصدار رقم ٥٠٠ لعام ١٩٩٣، كما ينبغي على البائع والمصدر والبنك الذي يقوم بتداول المستندات مراعاة وجود هذه النقرة في الاعتماد المستندي. رأهمية هذه النقرة تنبع من ضرررة التعرف على القوانين الدولية التي يجب تطبيقها في حالة الخلافات التي تطرأ بين أطرافه المتعددة.

ويتولى قسم الاعتمادات المستندية بجانب ذلك مهمة مراعاة مستندات التحصيل أو القبول والكمبيالات من الناحية القانونية ـ ففي حالة مستندات التحصيل أو القبول يلتزم البنك بعدم تسليم مستندات الشحن إلا مقابل دفع قيمتها أو ترقيع المشتري على سند القبول المرجل. رمشامل ذلك يتقاضى المصرف العمولات المقررة كما يقوم بصرف بشروطه إذا كانت المستندات باسم أجنبية في المصرف المشتري الأول فهذه البضائع. ريتقاضى المصرف الأرباح متى اشترطه. وينبغي على المصرف عدم تسليم مستندات الشحن لشخص أو جهة غير التي حددها المصرف الذي قام بإرسال هذه المستندات وذلك تجنبا لأي التزام رالتصرف المستندين بين المصارف في هذا الصدد.

١٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002521

١٥

اخي المصرف تطبيق التراجم الثانوية عند إصدار الكفالات المصرفية – فلا بد من التأكد من صحة وسلامة طلب إصدار الكفالة حيث يجب أن تكون صادرة من الجهة التي تريد إصدارها والا تكون مشروطة وإذا اقتضت الحالة إضافة شروط أو شروط معينة ، يجب التأكد من جنس الاستجابة في الشرط أو الشروط لامتناع دفعها مقابلا ، الشيء الذي ينفي الغرض الذي من أجله تم نشرت .

## الجانب الفني والمصرفي:

يلتزم قسم الاعتمادات المستندية بمراعاة الجانب الفني والمصرفي عند إصدار الاعتمادات المستندية أو تسلم مستندات التحصيل أو التمويل أو الكفالات المصرفية .

وللتأكد من الجانب المصرفي والفني في الاعتمادات المستندية لا بد للعاملين في قسم الاعتمادات المستندية من التأكد من تعبئة طلب الاعتماد بصورة صحيحة ومكتملة ، لان الاعتماد المرسل يعتمد بياناته من استمارة الطلب التي يعدها المتعامل (المشتري) أو المستورد . فإذا لم تكن هذه البيانات صحيحة ومكتملة فان الاعتماد سوف يكون ناقصا مما يؤدي إلى تعطيل شحن البضائع أو إرسالها بصورة غير التي يريدها المشتري ، كما أن شروط الدفع وغيرها قد ترد غير واضحة في الطلب ويؤدي ذلك إلى نتائج لا يرغب فيها المشتري أو الباعي .

ومن أهم الخطوات التي تم اتخاذها إحرازا لمثل هذه الأخطاء في إعداد طلب فتح الاعتماد وجود قائمة بالأشياء التي يجب أن يتأكد فيها موظفو الاعتمادات قبل قبول الطلب وموافقة الإدارة عليه – هذه القائمة توضح للموظف الخطوات التي يجب إتباعها نبدأ بمعرفة تاريخ إصدار الطلب حتى يعلم ما إذا كان الطلب قد تأخر عنده التعامل أم في البنك ، ثم يتصل إلى نوع الاعتماد لمعرفة ما إذا كان قابلا أو غير قابل للإلغاء ، وربما إذا كان معززا أو غير معزز ، وما إذا كان سوف يرسل بالبريد أو بالتلكس التقصير ام بالكامل ، وما إذا كان الشحن بالجر أو بالبحر ، وللمستندات التي يرغب المشتري في تسلمها، مثل ذلك شهادة المنشأ والقائمة وغيرها – كما يتبنى على الموظف الشخص أن يتأكد من الشحن الجزئي والشحن الكلي وذلك بالتأشير في الطلب على أي منهما ، وترخيص تواريخ الشحن والميناء، والرصف الواضح للبضائع المطلوبة وكميتها ورسم الوسطة.

وعند تسلم مستندات الشحن يتم على عاتق قسم الاعتمادات المستندية وجب مطابقة لمستندات مع الاعتماد والتأكد من أن الباعي قد استوفى شروط الاعتماد ولا توجد أية مخالفات ظاهرة في المستندات، وفي حالة وجود هذه المخالفات يجب على الباعي إحضار المراسل الذي قام بتداولها لإعادة المبالغ التي قام بدفعها للباعي وبإعادة المستندات إليه في حالة عدم الاستجابة هذا المصرف الطالب.

كما يجب أن يراعي المصرف الجوانب الفنية في حالة تسلم مستندات التحصيل أو ( بدون ذلك بالإطلاع على، تحسبا أن المرفقة مع المستندات، والتأكد من الخطوات التي عندها المصرف نراسل تسليم هذه المستندات لان كان تسليمها بالتمويل يجب أن يتم التمويل بواسطة المشتري على كسبانة ترضى عادة مع مستندات الشحن، وان كان تسليمها بالدفع يتم الالتزام بذلك قبل تسليمها.

١٦

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002522

١٤

كما يبني على المصرف مراعاة الجوانب الفنية في حالة إصدار الكفالات المصرفية وذلك بمراعاة إصدارها ومؤشر عليها عدم
قابليتها للتظهير لأن هذا يضمن عدم «ممارسها عن الغرض الأساسي الذي صدرت من أجله ألا وهو ضمان تنفيذ معاملة معينة.

الخاتمة :

كانت تلك نبذة مختصرة عن الأعمال المناطة بقسم الاعتمادات المستندية من اعتمادات واردة وأخرى صادرة وخطابات ضمان
ومستندات تبول صادرة وواردة وتسهيلات ائتمانية.

ونرجو من الله التقدير أن نكون قد وفقنا في توضيح مهام قسم الاعتمادات المستندية .

ووفقنا الله لما فيه خير للمسلمين وخير هذه المؤسسة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002523

قسم التجارة والتمويل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002524

الخطوات التنفيذية

لإجراء معاملات قسم التجارة والتمويل

تنقسم الخطوات التنفيذية لإجراء كافة المعاملات إلى ثلاث مراحل أساسية على النحو الآتي:

• مرحلة مقابلة المتعامل وتعبئة النماذج المتعلقة بالمعاملة المطلوبة.
• مرحلة تجهيز الطلب للعرض على الإدارة[22].
• مرحلة تنفيذ المعاملة وإدخال البيانات في الحاسب الآلي.

أولا: مرحلة مقابلة المتعامل وتعبئة النماذج المتعلقة بالمعاملة المطلوبة:

١. إستقبال المتعامل والإستماع إلى طلبه بإهتمام.
٢. تقديم شرح وافي عن كيفية وشروط تنفيذ المعاملة[23].
٣. تعبئة نموذج "الطلب" الخاص بالمعاملة المطلوبة وتوقيع المتعامل عليه.
٤. استيفاء المستندات والوثائق[24] المطلوبة من المتعامل.

ثانيا: مرحلة تجهيز الطلب للعرض على الإدارة:

١. التأكد من عدم وجود اسم المتعامل على قائمة المحظور التعامل معهم[25] (برنامج رقم <٣٩> في نظام المراجحة).

٢. التأكد من وجود تعامل سابق للمتعامل مع البنك من عدمه (برنامج رقم <١٧> في نظام المراجحة).

٣. إذا كان هناك تعامل سابق ، فإن ذلك يعني وجود رقم للمتعامل ، وبواسطة هذا الرقم يتم طباعة الموقف الشامل لمعرفة حساباته ومعاملاته إن وجدت (برنامج رقم <١٥> في نظام المراجحة).

---

[22] أينما وُجدت كلمة "الإدارة" في هذا الدليل فإنها تعني الجهة المخولة بالموافقة على تنفيذ طلبات المتعاملين مثل رئيس القسم ، مساعد رئيس القسم ، المدير ، مدير الفرع ، لجنة الاستثمار والتمويل ، وذلك كل حسب الصلاحيات المحددة.
[23] يجب أن يحتفظ موظف قسم التجارة والتمويل بملف خاص يحتوي على كافة القرارات والتعميمات السارية التي توضح شروط تنفيذ المعاملات ونسب الأرباح.
[24] تنظر يلب الملاحق في كتيب "تعريف العام".
[25] إذا كان اسم المتعامل موجودا على قائمة المحظور التعامل معهم ، يجب إبلاغ الإدارة بذلك قبل استكمال باقي الإجراءات.

١٣

٤. طباعة بيانات المرابحات والمعاملات السابقة إن وجدت *(برنامج رقم <٨> في نظام المرابحة)* وطباعة كشوف الاقساط *(برنامج رقم <١٠> في نظام المرابحة)* للاطلاع على مستوى التسديد السابق.

٥. إعداد ملخص – في المكان المخصص على نموذج "الطلب" – عن ارصدة المعاملات القائمة ، وعن مستوى تسديد اقساط المعاملات القائمة والسابقة ، وعن حسابات المتعامل الدائنة إن وجدت.

٦. إعداد حسبة الأرباح والأقساط المبدئية.

٧. عرض الطلب على الادارة *(وفي حالة معاملات الاستصناع يحال الطلب الى قسم الائتمان ، وفي حالة مرابحات العقارات يتم ارسال طلب خاص الى قسم المشاريع العقارية للحصول على "تقييم للعقار" قبل عرض الطلب على الادارة).*

## ثالثاً: مرحلة تنفيذ المعاملة وادخال البيانات في الحاسب الآلي:

١ – معاملات الاستصناع:

● اعداد الحسبة وجدول الاقساط وارسال نسخة منها مع نسخة كاملة من الملف الى قسم للشؤون القانونية لاعداد عقود الاستصناع والمقاولة والاشراف واجراء الرهن.

● استلام العربون وشيكات الاقساط وتدقيقها من قبل مراجع القسم (يلاحظ ان شيكات الاقساط تكون غير مؤرخة في الحالات التي يكون بدء العمل من تاريخ استلام علائم البلدية ، وذلك لان هذا التاريخ لايكون معلوما عند توقيع العقود واستلام الشيكات)

● استكمال الملفات الرئيسية بالحاسب الآلي:

صيانة ملف اصصناع مباني

,,    ,,    الضمانات

,,    ,,    المقاول

,,    ,,    الاستشاري (ان وجد)

● اجراء قيد سداد العربون:

أ– سداد العربون نقدا:

من حـ/ الخزينة

الى حـ/ معاملات استصناع المباني    (١/١/٥/١٣٠)

أو

الى حـ/ امانات استصناع المباني    (١/٢٤/١/٦٢٠)

---

° –في بعض الاحيان يتم سداد العربون على عدة اجزاء بناء على موافقة الادارة ، فيتم ايداع اجزاء العربون في حساب الامانات حتى يكتمل ومن ثم يحول الى حساب الاستصناع.

١٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002526

ب- سداد العربون بشيك:
من حـ/ البنك *
إلى حـ/ معاملات استصناع المباني      (١/١/٥/١٣٠)
أو
إلى حـ/ امانات استصناع المباني      (١/٢٤/١/٦٢٠) **

• استلام نسخة من العقود من قسم الشؤون القانونية بالاضافة الى ما يثبت اتمام لاجراء الرهنة المطلوب.

• لاصدار القيد الرئيسي للمعاملة على النحو التالي:
من حـ/ معاملات استصناع المباني (١/١/٥/١٣٠)
الى منكورين:
حـ/ مقاولوا مباني تحت التسوية (١/١/٢/٦٠٠)
حـ/ استشاريوا مباني تحت التسوية (١/١/٣/٦٠٠)
حـ/ ايرادات استصناع مباني العام (١/٧/٢/٨٠٠)
حـ/ ايرادات استصناع مباني تحت التسوية لـسنة...

.....................
.....................

*ملاحظة: حيث ان احتساب الارباح في معاملات الاستصناع يتم بطريقة تنازلية ،*
*يجب على الموظف المختص تحديد ربح كل قسط يدويا (أو باستخدام*
*الحاسب الشخصي) اذا توفر) تمهيدا لتوزيع الارباح على سنوات التسديد*
*مع مراعاة تداخل السنوات.*

• استلام مستخلصات الدفعات الدورية المعتمدة من قسم المشاريع العقارية ، واصدار الشيكات المستحقة لصالح المقاول والاستشاري أو إضافة القيمة الى حساباتهم لدى البنك إذا طلبوا ذلك ، ويتم لاجراء القيد المحاسبية من خلال برنامج "حركة دفعات المقاول/الاستشاري" على النحو التالي:

_____

* – إذا كان الشيك سحبربا على بنك نبي الاسلامي يتم تحصيله من خلال برنامج "الدفل أو عكس الدفعة المقدمة"
– إذا كان الشيك مسحوبا على بنك اخر يتم ارساله الى قسم المقاصة لتحصيله .
– يمكن خصم العربون من الحساب التجاري / للتوفير لتستعمل اذا رقم تفريضا بنكد.
** – في بعض الاحيان يتم سداد العربون على عدة اجزاء بناء على موافقة الادارة ، فيتم ايداع اجزاء العربون في حساب الامانات حتى يكتمل وسن ثم يحول الى حساب الاستصناع.

١٥

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

من ح/ مقاولوا مباني تحت التسوية (١/١/٢/٦٠٠)
الى ح/ شيكات مستحقة الدفع (١/٤/١/٧٠٠)
أو
الى ح/ جاري المقاول

من ح/ استشاريوا مباني تحت التسوية (١/١/٣/٦٠٠)
الى ح/ شيكات مستحقة الدفع (١/٤/١/٧٠٠)
أو
الى ح/ جاري الاستشاري

• في معظم معاملات الاستصناع يكون تاريخ بدء العمل هو نفس تاريخ استلام علائم البلدية ،
وعند استلام رسالة العلائم يتم تحديد موعد تسليم المبنى الى المتعامل ، وكذلك تحديد تواريخ
شيكات الاقساط ، واذا كانت الشيكات مسحوبة على بنك دبي الاسلامي ترسل الى المقاصة
الداخلية ، واذا كانت مسحوبة على بنوك اخرى ترسل الى قسم المقاصة مرفقة بحوافظ
التحصيل.

• يتم تحصيل الاقساط آليا في تواريخ الاستحقاق ، حيث يصدر تقرير يومي يبين الاقساط
المحصلة وغير المحصلة.

٢ - مرابحات العقارات:
• استلام ملفات الطلبات التي تمت الموافقة عليها وابلاغ المتعامل بشروط التنفيذ.
• اعداد الحسبة واصدار رقم المعاملة باستخدام برنامج "صيانة ملف المرابحة".
• استيفاء الوعد بالشراء والموافقة على الحسبة من قبل المتعامل.
• استلام العربون واجراء القيد اللازم على النحو التالي:
أ- سداد العربون نقدا:
من ح/ الخزينة
الى ح/ مرابحات مباني شراء وبيع    (١/١/٦/١٣٠)
أو
الى ح/ امانات مرابحات مباني    (١/٢١/١/٦٢٠) **

---

** في بعض الاحيان يتم سداد العربون على عدة اجزاء بناء على موافقة الادارة ، فيتم ايداع اجزاء العربون في
حساب الامانات حتى يكتمل زمن ثم يحرك الى حساب الاستصناع.

١٦

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002528

• مراجعة ملف المعاملة بالكامل واستكمال التوقيعات المعتمدة.

• إرسال صورة من الملف مع شيكي المستفيد ورسوم التسجيل والرهن الى قسم الشؤون القانونية للتنفيذ.

• إرسال صورة من الملف مع شيكات وعقود الايجار الى قسم الخدمات العقارية اذا اشترطت الادارة قيام البنك بادارة العقار.

٣ — مرابحات السيارات والبضائع:

• ادخال حسبة المعاملة بالحاسب الآلي واصدار رقم المعاملة.

• استلام العربون واجراء القيد اللازم على النحو التالي:

أ— سداد العربون نقدا:

من حـ/ الخزينة

الى حـ/ مرابحات السيارات (أوالبضائع)

أو

الى حـ/ امانات مرابحات للسيارات (أو البضائع) **

ب— سداد العربون بشيك:

من حـ/ البنك *

الى حـ/ مرابحات السيارات (او البضائع)

أو

الى حـ/ امانات مرابحات السيارات (او البضائع) **

• استلام شيكات الاقساط على النحو التالي:

أ— اذا كان المتعامل لديه حساب قسمي للبنك يتم طباعة الشيكات آليا باستخدام برنامج *

طباعة شيكات اقساط المرابحة

_____

** في بعض الاحيان يتم سداد العربون على عدة اجزاء بناء على موافقة الادارة ، فيتم ايداع اجزاء العربون في حساب الامانات حتى يكتمل، ومن ثم يحول الى حساب الاستثمار.

* اذا كان الشيك سحبا على بنك دبي الاسلامي يتم تحصيله من خلال برنامج "ادخال أو عكس الدفعة المستردة"

- اذا كان الشيك سحبا على بنك آخر يتم ارساله الى قسم المقاصة لتحصيله .

- يمكن خصم العربون من الحساب الجاري / التوفير للمتعامل اذا وقع تفويضا بذلك.

١٠٨

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002529

حوالة الدين :

في بعض الاحيان يطلب المتعامل تحويل الاقساط إلى متعامل آخر بالنسبة لمرابحات
السيارات وتسجيل ملكية السيارة باسم المتعامل الجديد وتتم عملية التحويل بالشروط التالية .

١ . عدم وجود أقساط مستحقة على السيارة .
٢ . عدم وجود المتعامل الجديد في قائمة المحظور التعامل معهم .
٣ . تحول الاقساط بنفس القيمة ونفس المواعيد .
٤ . تقدم الضمانات كما كانت في حالة المتعامل الاول .


الاجراءات :

١ . طباعة سجل الاقساط لمعرفة رصيد المرابحة والتأكد من عدم وجود أية أقساط
مستحقة ، وفي حالة وجود أية أقساط مستحقة يطلب من المتعامل سدادها نقدا قبل
إجراء عملية التحويل .

٢ . التأكد من عدم وجود اسم المتعامل الجديد في قائمة المحظور التعامل معهم بإستخدم
برنامج الاستفسار عن ملف المحظور التعامل معهم والتوقيع على النموذج المعد لذلك .

٣ . طباعة سجل مرابحات المتعامل (الجديد) السابقة إن وجدت بإستخدام برنامج
الاستفسار عن مرابحات المتعامل .

٤ . طباعة الموقف الشامل للمتعامل الجديد .

٥ . تحرير نموذج حوالة الدين والحصول على توقيع المتعامل الاول (المتنازل) وتوقيع
المتعامل الجديد (المتنازل الية) أمام الموظف المختص .

٦ . تحرير اتفاقية بيع سيارة بين المتعامل الاول (بائع) والمتعامل الجديد (مشتري)
والحصول على توقيعهما أمام الموظف المختص .
ثم إرفاق جميع المستندات السابقة مع ملف المرابحة .

٧ . الحصول على موافقة رئيس القسم على حوالة الدين ، أو مدير الفرع المختص .

٨ . تحرير شيكات الاقساط بنفس قيم وتواريخ الاقساط السابقة (في حالة المتعامل الاول
)

٩ . إرسال الملف مرفقا به حوالة الدين الى مراجع القسم لاجراء عملية المراجعة على
عملية التحويل والتأكد من إستيفاء المتعامل لكل الشروط والمستندات المطلوبة وكذلك
مراجعة الشيكات وختم الملف بمايفيد إجراء المراجعة .

١٠ . تحرير رسالة الى شركة التأمين التي قامت بعملية التأمين لتعمل على السيارة
لتحويل التأمين الى المتعامل الجديد والحصول على صورة من التأمين وإرفاقها
بالملف .

٢٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002530

١١. تحرير رسالة إلى الإدارة العامة للمرور لتسجيل السيارة باسم المتعامل الجديد مع إبقاء إشارة الرهن عليها.

١٢. الحصول على التوقيعات المعتمدة على رسالة شركة التأمين وإدارة المرور وميرهما بختم البنك .

١٣. تسليم أوراق التسجيل في المرور إلى المتعامل الجديد ليقوم بتسجيل السيارة في إدارة المرور المختصة وتسليمه السيارة .

١٤. إرسال الملف إلى الحسابات لإجراء عملية التحويل في الحاسب الآلي كالتالي :
استخدام برنامج تحويل مرابحة إلى متعامل آخر، وبعد التأكد من صحة البيانات التي تم إدخالها وخاصة إجمالي مبلغ الإقساط ومقارنته مع مبلغ حوالة الدين ويكتب رقم المتعامل الجديد واسمه على مجلد المغلف من الخارج .
يقوم موظف المقاصة الداخلية بإستلام الشيكات والتوقيع على الملف بمايفيد إستلامه الشيكات ثم تسليم الملف إلى موظف غرفة الملفات .
يقوم موظف المقاصة الداخلية بإدخال بيانات الشيكات في الحاسب الآلي كما في مرابحات السيارات العادية بالضبط .
عند احضار ملكية السيارة الأصلية يقوم الموظف المختص بأخذ صورة منها والتوقيع عليها بأنها نسخة طبق الأصل وحفظ الصورة في الملف بعد إدخال رقم السيارة في برنامج صيانة ملف السيارة .
التأكد من سحب شيكات المتعامل الأول من المقاصة (الداخلية أو الرئيسية) وتسليمها إليه.

٢١

ملحق توضيحي

بخطوات إدخال البيانات في الحاسب الآلي وإجراءات

تحصيل العربون (المقدم) وإصدار القيد الرئيسي لجميع المرابحات

أولاً : الإجراءات الأولية :

* إستخدام الحاسب الآلي للتأكد من عدم وجود اسم المتعامل في قائمة المحظور التعامل معهم بواسطة برنامج الاستفسار عن المتعاملين المحظورين رقم (٣٩) في نظام المرابحة.

* الاستفسار من المتعامل عن تعاملات سابقة بغرض الحصول على رقم المتعامل وإذا لم يتمكن ذلك يتم الاستفسار في الحاسب الآلي باستخدام برنامج الاستفسار بالاسم برنامج رقم (١٧) في نظام المرابحة للحصول على رقم المتعامل.

* بواسطة رقم المتعامل يتم الحصول على الموقف الشامل لحسابات المتعامل باستخدام برنامج الاستفسار عن حسابات المتعامل رقم (١٥) في نظام المرابحة.

* عن طريق رقم المتعامل يتم الحصول على بيانات المرابحات السابقة للمتعامل إن وجدت باستخدام برنامج الاستفسار عن مرابحات المتعامل رقم (٨) في نظام المرابحة.

* باستخدام برنامج الاستفسار عن أقساط المرابحات رقم (١٠) في نظام المرابحة يتم التأكد من طريقة سداد المتعامل في المعاملات السابقة .

إدخال البيانات الأولية في الحاسب الآلي بعد الحصول على موافقة رئيس القسم أو مدير الفرع المختص والمراجعة .

أ) في حالة وجود رقم متعامل :

نفتح برنامج صيانة ملف المرابحة رقم (٤٠) في نظام المرابحة في الحاسب الآلي ثم نختار (إضافة ) ونكتب (رقم حساب المتعامل) ثم نضغط على مفتاح F12

ونقوم بإدخال البيانات التالية :

– نوع المرابحة          (٠١)   للسيارات

– حالة المرابحة          (٠١)   جديدة

– تاريخ عقد الوعد

– تاريخ عقد البيع النهائي

– قيمة السيارة

– قيمة التأمين

– قيمة العربون

٢٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002532

– عدد الاقساط

– طريقة السداد (شهري– ربع سنوي – ثلث سنوي – نصف سنوي – كل ٩ شهور – سنوي)

– طريقة إحتساب الارباح (ثابت – أقساط متناقصة مع أرباح متناقصة – قسط ثابت مع أرباح متناقصة – موظف بدون أرباح) .

– قيمة القسط الاول .

– تاريخ القسط الاول .

● ثم بالضغط على مفتاح F12 تتم إضافة البيانات بصورة مبدئية وبعد التأكد من صحتها يتم الضغط مرة أخرى على مفتاح F12 – أما في حالة وجود خطأ يستدعي التصحيح فيتم الضغط على مفتاح F11 حتى يتم عمل للتصحيح المطلوب ثم الضغط على مفتاح F12 لإضافة البيانات بصورة نهائية ومن ثم يظهر لنا رقم المرابحة المسلسل ويبأخذ الشكل التالي على سبيل المثال:

9601XXXX

الذي يعني...

| 96 | 01 | XXXX |
|----|----|------|
| السنة | نوع المرابحة | رقم مسلسل |

ثم نقوم بكتابة هذا الرقم على مجلد الملف من الخارج

ب) في حالة عدم وجود رقم للمتعامل :

بعد التأكد من عدم وجود رقم سابق للمتعامل يتم فتح حساب جديد للمتعامل بإستخدام برنامج إصدار رقم متعامل للمتعاملين الجدد رقم (١) في نظام المرابحة .

ثم نقوم بكتابة البيانات التالية :

– الاسم الكامل                – سنة الميلاد

– عنوان المراسلة            – الديانة (مسلم – غير مسلم)

– الاسم بالانجليزية          – الجنس (ذكر – انثى)

– رقم الهاتف                 – الاقامة (مقيم غير مقيم)

– رقم الفاكس / التلكس       – رقم جواز السفر

– لغة المراسلة              – الفرع

– الجنسية                   – الكود الاقتصادي

– الشكل القانوني            – رقم الرخصة التجارية في حالة الشركات

٦٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

– تاريخ الانتهاء                          – تاريخ الاصدار

– جهة صدور الرخصة

• ثم بالضغط على مفتاح التنفيذ F12 تتم إضافة البيانات ويظهر لنا رقم المتعامل الجديد
الذي نقوم بكتابته على مغلف الملف من الخارج وفي حالة الشركات يسمح لنا البرنامج
بإضافة بيانات الشركاء ثم نقوم بالضغط على مفتاح التنفيذ F12 لاضافة هذه البيانات .

– نقوم بإدخال البيانات في ملف المرابحة الرئيسي رقم (٤٠) في نظام المرابحة"**".

تحصيل العربون من المتعامل

في حالة العربون النقدي :

يتم تحرير إشعار سداد نقدي ويتم كتابة البيانات به :

– التاريخ

– رقم ح/ المرابحة (الاستاذ العام)

– رقم المتعامل

– رقم الملف المتسلسل

– المبلغ بالارقام

– المبلغ بالحروف

– اسم المتعامل

– التأشير على نوع الدفعة (مقدم– قسط كلي – جزئي)

– التأشير على المودع (المتعامل – الكفيل – أخرى) .

• ويقوم المتعامل بسداد المبلغ نقداً في الخزينة الفرعية بالقسم ويحتفظ الصراف بالنسخة
الاصلية للاشعار ويقدم صورة للمتعامل وصورة يتم الاحتفاظ بها في الملف .

• بقوم الصراف بتسليم الاشعارات الاصلية للمحاسب فيقوم بإدخالها في الحاسب الآلي
بإستخدام برنامج إدخال/عكس الدفعة المقدمة رقم (٥) في نظام المرابحة كالتالي .

– كتابة رقم المتعامل

– كتابة رقم الملف

– نوع الدفعة (مقدم "عربون"– دفع كلي – جزئي – عدة دفعات)

– طريقة السداد (نقداً – شيك على بنك دبي الاسلامي – شيك على بنك آخر – خصماً
على الحساب)

– السداد بواسطة (المتعامل – الكفيل – المحكمة – أخرى)

ثم الضغط على مفتاح F12

---

"**"– انظر ص (١) لإدخال البيانات الاولية في الحاسب الآلي .

٢٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002534

ثم نقوم بكتابة البيانات التالية :

– المبلغ (يظهر أوتوماتيكياً)

– رقم الاشعار (إيصال السداد)

الضغط على مفتاح F12 لاضافة الحركة

يظهر لنا على الشاشة ( مبلغ الحركة – رقم الحركة – رصيد المرابحة) ثم نقوم بختم الإيصال بما يفيد قيد الحركة ورقم الشاشة ورقم الحركة ويرسل الايصال الى الحسابات العامة .

في حالة عربون يشيك على بنك دبي الاسلامي :

– يتم إستلام الشيك من المتعامل ويتم إرساله الى وحدة مطابقة التواقيع لمطابقة توقيع المتعامل.

– تحرير حافظة لإيداع شيكات وكتابة البيانات التالية :

• التاريخ

• رقم حساب المرابحة (الاستاذ للعام)

• إسم الحساب (مرابحات السيارات)

• المبلغ بالأرقام

• رقم الحساب المسحوب عليه الشيك

• رقم الشيك

• تاريخ الشيك

• اسم البنك والفرع

• المبلغ بالحروف،

• رقم المتعامل

• رقم الملف

يتم تحصيل الشيك في الحاسب الآلي باستخدام برنامج إدخال/عكس الدفعة المقدمة رقم ٥ في نظام المرابحة .

وذلك كالتالي

كتابة رقم المتعامل

كتابة رقم الملف

نوع الدفعة (مقدم "عربون" – دفع كلي – جزئي – عدة دفعات)

طريقة السداد (نقداً – شيك على بنك دبي الاسلامي – شيك على بنك آخر – خصما على الحساب)

السداد بواسطة (المتعامل – الكفيل – المحكمة – أخرى)

ثم الضغط على مفتاح F12

٢٥

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002535

ثم نقوم بكتابة البيانات التالية :

• المبلغ (يظهر أوتوماتيكياً)

• رقم الاشعار (حافظة الايداع)

• رقم حساب المتعامل أو الحساب المسحوب عليه الشيك)

انضغط على مفتاح F12 لاضافة الحركة

يظهر لنا على الشاشة ( مبلغ الحركة – رقم الحركة – رصيد المرابحة) ثم نقوم بختم الإشعار بما يفيد قيد الحركة ورقم الشاشة ورقم الحركة ويرسل الشيك مع أصل الحافظة الى الحسابات العامة وصورة توضع في ملف المرابحة وصورة الى المتعامل .

٢٦

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002536

ج - في حالة عربون بشيك على بنك آخر :

- يتم إستلام الشيك من المتعامل وتحرير حافظة إيداع شيكات يتم كتابة البيانات التالية[27] فيها.

إرسال الشيك مع الحافظة الى قسم المقاصة لارساله للتحصيل والتوقيع على الحافظة بما يفيد الاستلام وإعادة صورتي الحافظة الى الموظف المختص .

- يقوم الموظف بالاحتفاظ في الملف بصورة الحافظة وإعطاء صورة الى المتعامل.

- عند تحصيل الشيك وورود إشعار التحصيل من الحسابات العامة يقوم المحاسب بإدخال حركة تحصيل العربون في الحاسب الآلي باستخدام برنامج إدخال / عكس الدفعة المقدمة رقم ٥ في نظام المرابحة كالتالي[28] .

د- في حالة عربون خصماً على الحساب الجاري أو التوفير :

- يقوم المتعامل بتحرير نموذج خصم على الحساب يخول فيه البنك بخصم المبلغ من حسابه الجاري أو حساب التوفير ثم يرسل النموذج الى وحدة مطابقة التواقيع لمطابقة توقيع المتعامل .

- يرسل النموذج الى حسابات القسم لتحرير اشعار خصم على حساب المتعامل وإضافة الى حـ/ المرابحة وتكتب البيانات التالية في الاشعار

- التاريخ
- رقم حـ/ المتعامل الجاري أو التوفير
- اسم المتعامل
- رقم حـ/ المرابحة (الاستاذ العام)
- اسم حـ/ المرابحة
- المبلغ بالارقام
- البيان
- المبلغ بالحروف

- ويكتب رقم حـ/المتعامل ورقم للملف أعلى الاشعار .

- ثم يرسل الاشعار مع النموذج الى مراجع القسم بغرض إجراء المراجعة ومن ثم ختم الاشعار بمايفيد مراجعته ومن ثم إستيفاء التوقيعات المطلوبة لاعتماد الاشعار .

---

[27] انظر ص(٤) كتابة بيانات حافظة إيداع شيك سمحرب على بنك دبي الاسلامي .
[28] انظر ص(٤) تحصيل الشيك في الحاسب الآلي باستخدام برنامج إدخال / عكس الدفعة المقدمة رقم ٥ في نظام المرابحة

٢٧

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

بعد إستيفاء إنترويعات على الاشعار يرسل الاشعار الى المحاسب لتحصيل العربون في الحاسب الآلي بإستخدام برنامج إدخال / عكس الدفعة المقدمة رقم ٥ في نظام المرابحة .

كالتالي<sup>٢٤</sup>

شبكات الاقساط

أ) في حالة وجود حساب جاري للمتعامل بالبنك

يقوم الموظف بطباعة شبكات الاقساط بإستخدام برنامج طباعة شبكات أقساط المرابحة رقم ٤١ في نظام المرابحة .

وتكتب به البيانات التالية

رقم المتعامل

رقم الملف المسلسل

رقم الحساب الجاري المسحوب عليه الاقساط ثم الضغط على مفتاح F12

وبالضغط على مفتاح F12 مره أخرى تبدأ طباعة الشيكات وتتقدم الى المتعامل الذي يقوم بالتوقيع عليها وبعد مطابقة توقيع المتعامل ترفق الشيكات مع الملف .

ب) في حالة تقديم المتعامل شيكات على بنوك أخرى/ يقوم المتعامل بكتابة الشيكات والتوقيع عليها أمام الموظف المختص الذي يقوم بإستلامها وإرفاقيا بالملف .

- إصدار طلب الشراء المحلي L.P.O

- يقوم الموظف المختص بإصدار طلب الشراء المحلي وطباعة بياناته طبقا لعرض الاسعار المقدم وتكتب البيانات التالية بطلب الشراء :

• التاريخ .

• المرجع.

• اسم الجهة المقدم اليها طلب الشراء .

• اسم مندوب البنك المخول بالاستلام .

• المبلغ .

• تفاصيل السيارة / البضاعه المطلوب إستلامها .

- طلب إحضار التأمين للشامل على السيارة (في حالة السيارات ) من المتعامل لصالح البنك وإرفاق صورة منه داخل الملف.

ويلاحظ أنه في حالة التأمين لدى شركات أخرى غير الشركة الاسلامية العربية للتأمين يطلب من المتعامل إيصال مايفيد سداد قيمة قسط التأمين وإرفاق صورة من الايصال داخل الملف .

_____

<sup>٢٤</sup> انظر ص ( ٤) تحصيل العربون في الحاسب الآلي بإستخدام برنامج إدخال /عكس الدفعة المقدمة رقم ٥ في نظام المرابحة .

٢٨

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002538

. . إدخال باقي بيانات الملف في الحاسب الآلي وهي كالتالي :

أ) برنامج صيانة ملف السيارة / البضاعه

ويتم الدخول الى البرنامج عن طريق برنامج إدخال ملف المرابحة بالكامل رقم ٤٠ في نظام المرابحة.

اكتب رقم حد/ المتعامل ورقم الملف واختار (١) للاضافة واضغط على مفتاح F2 يظهر لك برنامج صيانة ملف السيارة .

ويستلزم كتابة البيانات التالية:

‏– نوع السيارة / البضاعه.                        – اللون.

– سنة الصنع.                                    – رقم المحرك.

– عدد الاسطوانات.                             – رقم الشاسي (الهيكل) .

– خصوصي / عمومي.                         – جهة التسجيل .

– رقم السيارة .

– تاريخ التسجيل .

– الاسم الذي سجلت به السيارة .

– تاريخ الاستلام من الوكيل .

– تاريخ التسليم الى المتعامل .

– حالة السيارة.

– تاريخ الرهن.

وبالضغط على مفتاح F12 تتم إضافة البيانات ثم اضغط على مفتاح F2 يظهر لك :

ب) برنامج صيانة ملف الوكيل

وتكتب البيانات التالية :

– كود الوكيل.

– رقم عرض الاسعار .                         – تاريخ عرض الاسعار .

– رقم أمر الشراء.                             – تاريخ أمر الشراء.

– رقم فاتورة البيع.                            – تاريخ فاتورة البيع.

– قيمة الفاتورة.

– رقم الشيك .                                   – تاريخ إصدار الشيك.

– مبلغ الشيك .

– تاريخ الترحيل الى الاستاذ العام.

وبالضغط على مفتاح F12 تتم إضافة البيانات ؛ وبالضغط ثانية على مفتاح F2 يظهر لك :

ج) برنامج صيانة ملف التأمين  (فى حالة السيارات ) وتكتب البيانات التالية :

– كود شركة التأمين .

٣٥

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002539

- كود تم التأمين بواسطة.
- رقم وثيقة التأمين .
- نوع التأمين .
- مدة التأمين.
- المبلغ المدفوع.
- رقم حـ/ شركة التأمين الاسلامية العربية للتأمين في حالة تم التأمين بواسطتها .

وبالضغط على مفتاح F12 تتم إضافة هذه البيانات ثم اضغط مفتاح F2 يظهر لك :

د) برنامج صيانة ملف الضمانات وتكتب به البيانات التالية :

- نوع الضمان
- مبلغ الضمان
- رقم حـ/الكفيل (١) إن وجد، وتاريخ الموافقة .
- رقم حـ/الكفيل (٢) إن وجد، وتاريخ الموافقة.
- رقم حـ/الكفيل (٣) إن وجد، وتاريخ الموافقة.
- رقم حـ/الكفيل (٤) إن وجد، وتاريخ الموافقة.
- رقم حـ/ المتعامل في البنك.
- رقم حـ/ الكفيل في البنك.
- رقم حـ/المتعامل في بنك آخر .
- كود البنك الآخر.
- كود الفرع .
- رقم حـ/الكفيل في بنك آخر.
- كود البنك .
- كود الفرع .
- كود الحساب المعتمد للأقساط.
- ضمانات أخرى.
- وبالضغط على مفتاح F12 تتم إضافة البيانات .

إصدار القيد الرئيسي:

يتم إصدار القيد الرئيسي للمرابحة بإستخدام برنامج إدخال/عكس القيد الرئيسي رقم (٤) في نظام المرابحة.

- اكتب الاختيار المطلوب (Entry or Rev) وفي حالة الاضافه نختار ENTRY
- اكتب رقم حـ/المتعامل.
- اكتب رقم الملف .

٣٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002540

٠، ثم اضغط مفتاح F12 ثم اضغط مفتاح F12 ثم مراجعة هذه المفردات، اضغط مرة أخرى على
تظهر مفردات القيد الرئيسي على الشاشة وبعد مراجعة هذه المفردات، اضغط مرة أخرى على
مفتاح التنفيذ F12 تتم إضافة بيانات القيد الرئيسي وبالإضغط على مفتاح F8 فيتم طباعة القيد
الرئيسي.

يرفق القيد الرئيس وشيك المستفيد مع الملف ويتم إرسال الملف الى مراجع القسم بغرض
المراجعة النهائية.

– بعد المراجعة يتم إرسال الملف مع القيد الرئيسي مع شيك المستفيد للحصول على التوقيع
المعتمد على القيد الرئيسي وشيك المستفيد .

– يتم إرسال النسخة الأصلية من القيد الرئيسي الى الحسابات العامة ويحتفظ بصورة في الملف.

– يحفظ الشيك لدى الموظف المختص لحين حضور مندوب الوكيل لاستلام الشيك.

– يتم إرسال الملف مع الشيكات الى موظف المقاصة الداخلية المختص الذي يقوم بالتوقيع على
الملف بإستلام الشيكات .

يقوم موظف المقاصة الداخلية بإدخال بيانات الشيكات في الحاسب الآلي حسب الآتي:

أ) شيكات مسحوبة على بنك دبي الاسلامي :

يتم إدخال بيانات الشيكات في الحاسب الآلي بإستخدام برنامج إدخال أقساط المرابحات
الجديدة رقم (٩) في نظام المرابحة فيتم كتابة  رقم حس/ المتعامل ، رقم الملف ، رقم أول
شيك وباستخدام مفتاح التنفيذ F12 يظهر سجل الشيكات أوتوماتيكيا موضحاً :

– رقم القسط (الشيك).

– تاريخ القسط (الشيك).

– مبلغ القسط ( الشيك).

– رقم الشيك .

وبعد استعراض السجل بالكامل والتأكد من صحته وتغيير مايلزم في حالة عدم تسلسل أرقام
الشيكات يستخدم مفتاح F12 لاضافة بيانات الشيكات في الحاسب الآلي .

ثم يقوم موظف المقاصة بحفظ الشيكات في خزانة الشيكات المخصصة لذلك طبقا لتواريخ
استحقاق الشيكات .

(ب) شيكات مسحوبة على بنوك أخرى :

يتم إدخال بيانات الشيكات بنفس الطريقة المتبعة في حالة شيكات مسحوبة على بنك دبي
الاسلامي ولكن لايحتفظ بها موظف المقاصة الداخلية وانما يقوم بعمل التالي :

١. إستخدام برنامج الاستفسار عن أقساط المرابحات، برنامج الاستفسار التفصيلي عن
الاقساط رقم (١٠) في نظام المرابحة بكتابة رقم الحساب ورقم انمف وبإستخدام مفتاح
F12 يظهر السجل التفصيلي للأقساط ويقوم الموظف بإستخدام مفتاح F2 لطباعة
حوافظ الشيكات .

٣١

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002541

٢. ثم يقوم بإرفاق الشيكات مع الحوافظ بعد أخذ صورة من الحوافظ وإرفاقها بالملف؛ وختم حوافظ الشيكات الاصلية بختم قيد بما يفيد إضافتها في الحاسب الآلي الذي يضيفها أوتوماتيكيا الى ملفات قسم المقاصة ثم ترفق الشيكات مع الحوافظ مع تقرير الحاسب الآلي اليومي ، وترسل الى قسم المقاصة لاستلام الشيكات وحفظها لديهم.

٣. يقوم موظف المقاصة بتسليم الملف بعد ذلك الى مسؤول غرفة الملفات لحفظ الملف في خزانة الملفات المعدة لذلك طبقا لنظام معين ( حسب أرقام الملفات ).

وفى حالة السيارات فأنه عند إحضار ملكية السيارة الاصلية يقوم الموظف المختص بأخذ صورة منها والتوقيع عليها بأنها نسخة طبق الاصل وتحفظ الصورة في الملف بعد إدخال رقم السيارة في برنامج صيانة ملف السيارة، وأخذ توقيع المراجع على الملف.

٣٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002542

قسم الاستثمار والعلاقات الخارجية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002543

- ٧٣ -

## اعمال قسم الاستثمار والعلاقات الخارجية

يقوم قسم الاستثمار والعلاقات الخارجية باستثمار اموال البنك والمودعين في المرابحات الدولية وتمويل التجارة الدولية ، ويساهم ايضا في المضاربات والمشاركات اضافة الى اعمال اخرى وفقا للنواحى المصرفية والقانونية والشرعية .

ا. المرابحات الدولية :

يتم من خلال هذا النوع من الاستثمار تطبيق عملية المرابحة على السلع المعروضة في الأسواق الدولية بصفة عامة ماعدا المحرمة منها ، ويقوم بهذه العمليات وكلاء نيابة عن البنك . ويتم تعيين هؤلاء الوكلاء بناء على معايير السمعة الدولية والامكانيات المالية الكافية والاستقرار في الربحية والتعامل . وتحكم علاقة البنك مع الوكلاء اتفاقيات تشرح التزامات الطرفين والاجراءات التى ينبغى اتباعها لاتمام عملية المرابحة الدولية على الوجه الاسلامى المطلوب ، وتحدد ادارة البنك العليا سقفا للتعامل مع الوكيل المذكور .

ووفقا لاتفاقية الوكالة وبعد موافقة الادارة يتم اخطار الوكيل برغبة البنك في استثمار مبلغ معين في المرابحة الدولية . ويتلقى البنك ردا بالايجاب من الوكيل يشتمل على السلعة المراد شراؤها وسعرها والمدة اللازمة للتمويل -- عادة تكون في حدود ثلاثين يوما -- والعائد المتوقع لعملية التمويل وذلك وفقا لاسعار تمويل السلع في لندن . وقبل تحويل المبلغ بعد الوكيل الضمان المطلوب ويتم ارساله للبنك ويتم تحويل المبلغ بعد ذلك ، كما يتسلم البنك المستندات الدالة على ان هناك عملية بيع وشراء قد تمت فعلا .

ويقوم القسم باجراء القيود المحاسبية بعكس العملية المعدة لذلك باضافة المبلغ المستثمر الى حساب المراسل الذي يقوم بتحويله للبائع وخصمه من حسابات المرابحات الدولية ، وعند انتهاء الاجل يتسلم البنك المبلغ زائدا الارباح التى تم الاتفاق عليها وتعكس القيود السابقة بالخصم من البنك المراسل وبالاضافة الى حساب المرابحات الدولية وحساب الارباح .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‫ـ ٧٣ ـ‬

‫٢/ تمويل التجارة الدولية :‬

‫يقوم قسم الاستثمار والعلاقات الخارجية بالاشراف على تمويل التجارة الدولية بتلقي العروض‬
‫من الجهات الاجنبية المختلفة طلبا في تمويل تصدير سلع معينة من بلد الى أخر . وفي هذه‬
‫الحالة يكون العرض من شركة أو مؤسسة محلية أو اجنبية ويشمل على السلعة المراد تمويلها‬
‫، والبائع ، والربح المتوقع ، ويقوم القسم بدراسة العرض والتحقق من الجهة المراد تمويلها‬
‫والضمانات المقدمة والعائد المتوقع وعرض الامر على الادارة العليا للبنك للموافقة . وبعد‬
‫الحصول على الموافقة يتم اعداد عقد يشتمل على كل البيانات اعلاه والتزامات وحقوق طرفيه‬
‫وبعد التوقيع عليه من الجهة طالبة التمويل والبنك تتم القيود الخاصة بالتمويل وفي نهاية مدة‬
‫التمويل تعاد القيود على غرار ما ذكر في (١) اعلاه .‬

‫٣/ المضاربات والمشاركات :‬

‫يساهم البنك مع المؤسسات المصرفية والمالية الاسلامية الدولية في تمويل المشاريع وشراء‬
‫البضائع والمعدات لبعض الدول . وفي هذه الحالة تكون مساهمة البنك بغرض الاستثمار عن‬
‫طريق المضاربة أو المشاركة . ففي حالة المضاربة يقوم البنك بتوقيع اتفاقية مضاربة مع‬
‫المصرف او المؤسسة المالية التي ترغب في القيام بالمضاربة تكون بذلك المضاربة ويكون‬
‫البنك صاحب او رب المال ، ويتقاضى المضارب عمولة مضاربة ينص عليها في اتفاقية‬
‫المضاربة وليست عليه مسؤولية بالنسبة لرأس المال في حالة الخسارة . اما في حالة‬
‫المشاركة فيقوم المصرف المدير لعملية التمويل بجمع المساهمات من المساهمين بشروط‬
‫يحددها وتشمل المساهمة المتوقعة من كل مساهم والعائد المتوقع ومدة التمويل والضمانات .‬

‫ويتولى المصرف المضارب عملية ادارة التمويل وقد يسمح لعدد من المساهمين في المضاربة‬
‫بالادارة معه ويخصص لهم نصيبا من مصاريف الادارة بجانب الربح المحدد للاستثمار . وقد‬
‫يكون استغلال المضاربة عن طريق الاعتمادات المستندية او التمويلات العادية والتي يشرف‬
‫عليها المضارب في هذه الحالة .‬

‫٤/ الايجارات :‬

‫وقد يكون الاستثمار في شكل ايجارات متنوعة يقدمها المصرف الاسلامي لمتعامليه . وفي‬
‫هذه الحالة يقوم قسم الاستثمار بفحص العروض المقدمة من المصارف والمؤسسات التي‬
‫يطلبون فيها تمويل عمليات عن طريق الايجار . وتشمل هذه ايجار الطائرات والسفن‬

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‐ ٧٤ ‐

والمعدات المختلفة مثل عربات السكك الحديدية وخزائنها ومعدات الزراعة ، والبناء ،

والطرق ، والهاتف ، والكمبيوتر وغيرها ...

ويقوم القسم بدراسة العرض وفي حالة التوصية بقبوله يجب التأكد من الجهة التي قدمته
والضمانات والعائد وأوجه استخدامه . وبعد أن توافق الإدارة على العرض يدخل مرحلة
التنفيذ بأن يقوم البنك بشراء الأشياء موضوع الإيجار وتسليمها لطالب التمويل بالشروط
المتفق عليها . وقد يكون الاتفاق ببيع هذه الأشياء عن تسديد قيمتها يقوم المصرف بتمليكها
للمؤجر أن بيعها وفقا لشروط كل عقد إيجار .

ه) أعمال أخرى :

يقوم قسم الاستثمار والعلاقات الخارجية باعداد السقوف اللازمة لكل مصرف ومؤسسة يتعامل
معها البنك في المرابحات والمضاربات والإيجارات والتمويل . وتحدد هذه السقوف بناء على
احتياج البنك للاستثمار وتبنى على مستوى المصرف أو المؤسسة وفقا لامكانيتها والضمانات
التي تقدمها – وقبل تقديم مقترحات البنك بخصوص هذه السقوف يقوم القسم باستخدام جهاز
رويتر المعد لهذا الغرض بالقسم بالاضافة الى دليل المصارف العالمية والنشرات الدورية التي
تقوم بتقييم المصارف والمؤسسات وترتيبها بصورة تحدد مستواها وامكانيتها وربحيتها .
ويستعين القسم لهذا الغرض أيضا بالمصادر المعروفة بصحة أخبارها عن مثل هذه المصارف
والمؤسسات مثل الفايننشيال تايمز ومجلة المصارف البريطانية وغيرها من المصادر الدورية
ويقوم القسم باعداد المذكرات الخاصة بالاستثمار لتقديمها الى لجنة الاستثمار بالبنك للتصديق
عليها أو رفعها الى مجلس الإدارة اذا اقتضى الامر ذلك . كما يقوم باعداد الاحصائيات
الدورية التي تعكس جملة استثمارات البنك وتفاصيلها – كما يقوم باعداد حوافظ الخصم
والاضافة وكل الاعمال المحاسبية للاستثمارات .

٦) أعمال العلاقات الخارجية :

يتولى قسم الاستثمار مهمة ربط البنك بالمصارف والمؤسسات المالية الاسلامية الخارجية
وذلك باستقبال الوفود القادمة من الخارج أو الداخل في بعض الحالات بغرض زيارة البنك
والتعرف على أعماله أو لتوطيد العلاقة معه أو للتشاور بصدد بعض المشروعات والاعمال
التي يمكن التعاون من خلالها . ويتم تبادل الرسائل والفاكس والتلكس لتحديد الزيارات

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002546

- ٧٥ -

وترتيبها والأشخاص المتوقع حضورهم للبنك ، ويحدد القسم الموعد والتاريخ وفقا للوقت المناسب بناء على جدول الزيارات التي تمت الموافقة عليها في تاريخ سابق .

**تولي القانونية :**

يتطلع القسم اعماله المتعلقة بالاستثمارات والعلاقات الخارجية ويضع في المقام الأول قانونية يتأكد القسم من سلامة العقود التي يبرمها مع المحافظة على أموال البنك ، وللمحافظة على أموال البنك يتأكد القسم من سلامة العقود كل هذه الأعمال . وللمحافظة على التعامل معيا في مجال الاستثمار . ويطبق ذلك على العقود المصارف والمؤسسات عند التعامل معيا على العقود التي يحررها البنك ، المقترحة من جانب هذه المصارف أو المؤسسات ، كما يطبق على الصفة القانونية المطلوبة في وفي هذه الحالة يستعين قسم الاستثمار بالقسم القانوني لتحقيق الصفة القانونية المطلوبة في لعقود والمستندات المرتبطة بها . كما يقوم قسم الاستثمار بشرح هذا الأمر للوفود والمصارف والمؤسسات المالية عند التفاوض بخصوص الاستثمارات وإجراءاتها ، ويحتفظ القسم بالمستندات الأصلية الخاصة بالاستثمارات مثل العقود وشهادات الاستثمار والكفالات بعد مراجعتها والتأكد من سلامتها من الناحية القانونية .

**تولي الشرعية :**

يقوم قسم الاستثمار بالبنك يقوم قسم الاستثمار باعداد معاملات الاستثمار وفقا بالتنسيق مع قسم الرقابة الشرعية بالبنك يقوم قسم الاستثمار بإعداد القسم بمراجعة لمتطلبات الشريعة الاسلامية . ففي حالة المراجحات في السلع الدولية يقوم القسم بمراجعة العرض المقدم من الوكلاء العراملين للتأكد من عملية البيع المتوقع ابرامها في مقابل دفع المبلغ المراد استثماره . وعند اكتمال العملية يتسلم القسم المستندات الدالة على أن هناك عملية شراء وبيع قد تمت نيابة عن البنك لسلعة اتفق عليها ضمن العرض المقدم من الوكيل المراسل وفي حالة عقود الايجار يقوم القسم بفحص العرض للتأكد من أن الاجراءات تشمل تملك البنك للمعدات أو الأشياء المراد ايجارها ، لأن البنك لايستطيع تأجير شئ قبل تملكه . ويطبق القسم نفس القاعدة في حالة تمويل التجارة الدولية بصفة عامة والمضاربات والمشاركات ، فيتأكد من أن السلعة موضوع الاستثمار من السلع المصرح التعامل معيا . وبالنسبة للمضاربات والمشاركات يفحص القسم العقود والمستندات الخاصة بيا للتأكد من أن المضارب أو المشارك الذي يتولى الاستثمار سرف يتوخى الدقة في تطبيق الشريعة الاسلامية عند اتمام هذه العمليات .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002547

قسم المتابعة والتحصيل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002548

قسم المتابعة والتحصيل

واجبات قسم المتابعة والتحصيل :

يهتم قسم المتابعة والتحصيل بتحصيل الشيكات المرتده من بعض المتعاملين ، ويمارس
وظائفه من خلال الخطوات التالية :

١ ــ استلام الشيكات المرتده من قسم التجارة والتمويل والاعتمادات بالمركز
الرئيسي لمراجعات الشمنية والاجنبية ، ( سيارات ــ بضائع ــ عقارات ) ومعاملات
الاستصناع .

٢ ــ تسجيل الشيكات بدفتر اليومية على أن يقوم محاسب القسم باضافتها الى الرصيد
السابق .

٣ ــ يقوم محاسب القسم بتوزيع الشيكات المرتده على موظفي القسم حسب توزيع العمل .

٤ ــ يوقع الموظف باستلامه الشيكات المرتده وبعدها يتم مطالبة المتعامل وفقا لاحد وسائل
الاتصال المعروفه والاستفسار عن سبب رجوع الشيك وعدم التزامه بالسداد . حيث يقوم
الموظف بنقل رسالة الى المتعامل يطلب منه القيام بسداد قيمة الشيك المرتد بأسرع وقت
ممكن ٠٠٠٠

كيفية مطالبة المتعامل :

أ ــ      المطالبات الودية .

١ ــ بواسطة الهاتف .

٢ ــ بواسطة الفاكس .

٣ ــ بواسطة البريد المسجل .

٤ ــ بواسطة الانذارات الكتابية الودية .

٥ ــ إدراج اسم الممتنع عن السداد في قائمة المحظور
التعامل معهم .

٦ ــ الزيارات الميدانية والمقابلات الشخصية .

٧ ــ الضغوط عن طريق الاتصال بالهاتف من قبل أفراد
الشرطة .

ب ــ      المطالبات القضائية :

١ ــ الانذارات الكتابية عن طريق الكاتب العدل .

٢ ــ فتح بلاغ رسمي مؤقت ضد موقع الشيكات .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002549

٣ ــ تحويل البلاغ المؤقت الى بلاغ جنائي بعد منح
المشتكي ضده مهله للسداد أوالتسوية من قبل الشرطة .

٤ ــ استصدار قرار من المحكمة بالحجز على السيارة بعد دفع
الرسوم المقررة ومتابعة الحجز مع رجال الشرطة .

٥ ــ إدراج أسماء المطلوبين والممتنعين عن السداد واصحاب
السوابق القضائية في القائمة السوداء لحظر التعامل
معهم ويتم ذلك من خلال الرسائل الواردة من الفروع
أو تعاميم المصرف المركزي أو المطلوبين للبنوك من
خلال متابعة القسم للصحف اليومية ( الاتحاد ــ
البيان ــ الخليج ) بالحاسب الآلي .

٦ ــ مراجعة الادارة العليا لاتخاذ الاجراء المناسب عن
حالات بعض المتعاملين .

٧ ــ رفع طلبات المتعاملين المتوقفين عن السداد الى الادارة
لاتخاذ القرار المناسب بعد التوصية المرفوعة من القسم
مع ذكر سبب الامتناع والتوقف عن السداد .

٨ ــ رفع تقارير شهرية للادارة عن التحصيلات .

٩ ــ البحث والتحري عن مكان عمل أوأقامة المتعامل الممتنع
عن السداد وكذا مكان تواجد السيارة لمساعدة الشرطة
و القبض على المشتكي ضده أو الحجز على السيارة .

١٠ ــ المستندات المطلوبه لقيد بلاغ ضد الشيكات المسترده :

١ ــ طلب فتح بلاغ ضد موقع الشيكات مذكورا فيه عدد
الشيكات واسم المشتكي و المشتكي ضده

٢ ــ صورة عن التفويض الممنوح للموظف من البنك
المشتكي .

٣ ــ أصل الشيكات المرتده .

٤ ــ أصل اشعار رجوع الشيك موضحا عليه سبب الرجوع .

٥ ــ عنوان المتعامل بالتفصيل مع ارفاق صورة عن جواز
سفره أو أية هوية اخرى تثبت شخصيته .

١١ ــ وفيما يلي بعض من نماذج الانذارات و البلاغات و
الحجوزات التي يتم بمعرفة القسم :

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002550

ublic Shareholding Company

(Incorporated in U.A.E.)

بنك دبي الإسلامي

شركة مساهمة عامة

(دولة الإمارات العربية المتحدة)

A093004*

التاريخ : 94/04/25

إشعار بالأقساط

السيد :

العنوان :

السلام عليكم ورحمة الله وبركاته المدرسة الدائبة قد استحقت بمقتضى الإحاطة علماً بين الأقساط المدرسة الدائبة قد استحقت نرجى التكرم بالسداد في المواعيد المحددة لها بسي المبادرة بالسداد مما يمكنكم من السي مبلغ تجاه البنك تفادياً لوقوع من تاريخه تكبد لحسن إستجابة العلاقات الطيبة بيننا

رقم حساب السماحية :

سيارات

نوع التمويل بجسه : 86340.00

إجمالي قيمة النسبة : 75300.00

ما تم دفعه حتى الآن : 11040.00

المبلغ المتبقي في VI قسط ...مة غيرة :

| المبلغ | رقم الدين | تاريخ القسط | رقم القسط | سلسل |
|---|---|---|---|---|
| 1040.00 | 1137933 | 1994/04/02 | 31 | 1 |
| 1,840.00 | | | | |

لو عدد الأقساط : 1  إجمالي القيمة المستحقة للأقساط :

شاكرين لكم حسن تجاوبكم .

قسم المتابعة والتحصيل

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

شركة مساهمة عامة
في دولة الإمارات العربية المتحدة

(Incorporated in U.A.E.)

*A09B012*

التاريخ : 94/05/24                         إشعار بالتفصيل

السيد :

العنوان :

السلام عليكم ورحمة الله وبركاته
الموضوع : كفالتكم للسيد /                    مقابل مراجعة / سيارات
المبلغ : 103523.00                          01   130
مراجعة رقم :

نود إحاطتكم علماً بأن سيفوتكم المذكور لم
يسدد الأقساط المستحقة عليه وترجو سيادتكم بها هذا الإشعار
وهبت لكم كفائتهم في دفع تلك الأقساط رابحين الانتباه بسداد الأقساط الشهرية
الدقة في مواعيدها المحددة

| مسلسل | رقم القسط | تاريخ القسط | رقم الشيك | المبلغ |
|---|---|---|---|---|
| 1 | 24 | 1994/05/06 | 255374 | 1810.00 |

1.810.00

إجمالي القيمة المستحقة لقساط : 1   إجمالي الأقساط :

شاكرين لكم حسن تعاونكم .

قسم المتابعة والتحصيل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002552



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

بنك الإمارات العربية المتحدة)

DUBAI ISLAMIC BANK

YOUR REF: ـــــــــ  مرجعكم :

OUR REF: ـــــــــ  مرجعنا :

- ٢٦١ -

DATE: ـــــــــ

الحترم

السيد / مدير مركز شرطـــة المرقبات

السلام عليكم ورحمة الله وبركاته ٠٠ وبعد :

نعلمكم انه بتاريخ    /    / ١٩٩ قد حضر الى مقر بنك دبي الاسلامـــــي

الجنسية :

المدعو /

هاتـــف :

ومقيم فسي :

ويعمل /

عن طريق الاقساط الشهريــــــة

وقام

بقيمة ( ) درهم وحرر مقابل ذلك عدد من الشيكات مسحوبة على بنك

/ شيــــــك

وعند عرض هذه الشيكات على البنك المسحوبة عليه ارتد منها الى الآن عدد /

بقيمة اجمالية ( ) درهم وذلك لعدم وجود رصيد لها ، ولدى مراجعته امتنع عن السداد ٠

لذلك نلتمس من سيادتكم اتخاذ اجـــراءاتكم القانونيه ضده واتهامه بجريمة اعطاء شيك بدون

رصيد وبموجب نية ٠

وتفضلوا بقبول فائق الاحترام٠٠٠٠

رئيس قسم

المتابعــــــة والتحصيـــــل

ص.ب : ١٠٨٠ دبي ، هاتف : ٢١٤٨٨٨ ، فاكس : ٢٣٧٢٤٣ ، تلكس : ٤٨٧٧٢/٤٨٨٩ اسلامي اي ام ، برقيا : (اسلامي)
P.O. Box : 1080 Dubai. Tel : 214888

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002554

ـ ١٢٥ ـ

السيد/ مدير مركز شرطة المرقبات      المحترم

السلام عليكم ورحمة الله وبركاته

تحية طيبة وبعـــــد :

الموضوع : تنازل عن بلاغ رقم

نحيطكم علما بأن السيد/ الجنسيـــــة   قد .

لذلك نرجو التكرم باعتباره متنازلين من جانبنا عن الحق الشخصي في الشكوى المقدمة منا تجاه المذكور

اعلاه .

ونشكر لكم صادق تعاونكم معنا

وتفضلوا بقبول فائق الاحترام

رئيس قسم المتابعة والتحصيل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002555

‎- ١٣٠ -

‎١٩٩٤/٠٦

‎**أخطار بسداد قيمة شيك**

‎د/   المحتــرم

‎سلام عليكم ورحمة الله وبركاته

‎يـة طيبـة وبعـــد :

‎تم اخطاركم أكثر من مرة لسداد قيمة الشيك المرتد بتاريخ  برقم  بمبلغ=/ درهم ، مسحوب على
‎ت ، وحتى الآن لم تقوموا بسداد قيمة الشيك المذكور ، وبناء عليه نقدم لكم اشعارا نهائيا بأنـه مـالم
‎دفع المبلغ المذكورخلال من تاريخه فسوف نضطر آسفين لاتخاذ الاجراءات القانونية لحفظ
‎ـوق البنك ، وكلنا أمل وثقة في قيامكم بدفع المبلغ المطلوب خلال الفترة المحدد ممـا يجنبكم
‎ساحب التي تنتجم عن المقاضاة والاجراءات القانونية المتعلقة بهذالشأن .

‎وتفضلوا بقبول فائق الاحتـــرام ،،،،

‎رئيس قسم المتابعة والتحصيل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‫ـ  ١٣١  ـ‬

‫١٩٩٤‬

‫المحترم‬

‫عليكم ورحمة الله وبركاته‬

‫لية وبعد :‬

‫م بإخطاركم أكثر من مرة لسداد مديونية المعاملة رقم،بمبلغ وقدره=/ حيث مازال معلقا على حسابكم المذكور‬

‫.‬

‫أء عليه نقدم لكم إشعار انهائيا بانه ما لم يتم تسديدالمبلغ المستحق خلال أيام من تاريخه ، سوف نضطر آسفين‬

‫نفاذ الإجراءات القانونية لحفظ حقوق البنك وكلنا أمل وثقة في قيامكم بدفع المبلغ المطلوب خلال الفترة المحددة‬

‫بجنيكم المتاعب التي قد تنجم عن المقاضاه و الإجراءات القانونية المعلقة بهذا الشأن .‬

‫وتفضلوا بقبول فائق الاحترام‬

‫رئيس قسم المتابعة والتحصيل‬

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002557

- ١٣٢ -

١٩٩٤/.٠

السادة / شركائنا

/ن   المحترم

لام عليكم ورحمة الله وبركاته

سة طيبـة وبعـــد :

ـقد تم اخطاركم عدة مرات لسداد المتأخرات عن المعاملة رقم /بمبلغ =/ حيث مازال معلقا على حسابكم المذكور
ـلاه وما حملنا ذلك على تقديم هذا الانذار النهائي اليكم ما لم يتم تسديد المبلغ المستحق خلال من تاريخه ، نسـرف
نظر آسفين الى اتخاذ الاجراءات القانونية تجاهكم لحفظ حقوق البنك وكلنا أمل رئئة في قيامكم بسـداد المبلغ
المطرب خلال الفترة المحددة اعلاه وذلك لتجنيبكم المتاعب التي قد تنجم عن المقاضـاه والاجراءات القانونية المتعلقة
بهنا الشأن .

ولكم جزيـل الشـــكـر،،،،

رئيس قسم المتابعة والتحصيل

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.
DIB_002558

- ١٣٣ -

١٩٩٤/٠٦/١/

إنذار عدلي

بوكالة/

المنـــذر  :  بنك دبي الاسلامي

المنذر اليه  :

السلام عليكم ورحمة الله وبركاته

تحيـــة طيبـــة وبعـــد :

تم اخطاركم عدة مرات لسداد مديونية المعاملة رقم بمبلغ=/ درهم ( فقط ) حيث مازال مـعلقـا على حسابكم المذكور أعلاه مما  حملنا ذلك على تقديم هذا الانذار النهائي اليكم مـالم يـتم تسديد المبلغ المستحق خلال سبعة ايام من تاريخه ، فسوف نضطر آسفين الى اتخاذ الاجـراء ات القانـونـية تجاهكم لنحفظ حقوق البنك بمافي ذلك ملاحقتكم جزائيا وحقوقيا.

وكلنا امل وثقة في قيامكم بسداد المبلغ المطلوب خلال الفترة المحددة اعـــلاه مما يجنبكم  المتاعب التي قد تنجم عن المقاضاه والاجراءات القانونية المتعلقة بهذا الشأن .

ولكـــم جــزيـــل الشـــكــر،،،،

رئيس قسم المتابعة والتـ

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002559

(الإمارات العربية المتحدة)

Your Ref.
سريحكم .......................

Our Ref.
مرجعنا .......................

ـ ١٣٤ ـ

Date
.......................

لدى محكمـــة .......................

طلب رفع حجــز تحفظى

يرجى رفع الحجز التحفظى رقم .......................من السيارة

رقم ....................... الخاصـة بالمستدعى ضده /

حيث قام المذكور بعمل تسوية مع المستدعى.

وتفضلوا بقبول خالص التقدير والاحترام.

المدعى :

بنك دبى الاسلامى

القــــرار :

أقررنا اجابه الطلب وفك الحجز عن

السيــارة المذكورة.

القاضـــى

التاريخ :

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002560

قسم الشؤون القانونية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002561

- ١٣٦ -

ويجب أن تكون الاستشارة مبنية على المبادىء القانونية المستمدة من القوانين السارية والاعراف التجارية المصرفية الثابتة بالاحكام القضائية والممارسة المصرفية • وهذه المبادىء سوف نتناولها في موقعها من المذكرة •

٢ - يقوم القسم أيضا باعداد ومراجعة العقود بمختلف أنواعها ، وذلك وفقا للنظام الاساسي للبنك ، والضوابط الشرعية والقانونية ، واقتراح التعديلات الضرورية عليها • وتشمل هذه العقود الاستصناع وبقية العقود المتفرعة عنه ، وهي عليها ، وتشمل هذه العقود الاستصناع وبقية العقود المتفرعة عنه ، وهي المقاولة والاشراف بالاضافة الى صيغ التمويل الاسلامية الأخرى ، كالمشاركة بانواعها والايجار وكل هذه تتطلب الاطلاع والمتابعة الدائمة للتطورات في القوانين وقرارات المحاكم واللوائح الصادرة من الجهات الحكومية ذات الاختصاص •

٣ - ومن أهم الأعمال الأساسية لقسم الشؤون القانونية ابرام وتسجيل وتنفيذ عقود وضمانات الائتمان العينية ( الرهن العقاري ) •

ويكتسب عقد الرهن بالنسبة لأي بنك الأهمية ، من حقيقة أن القانون جعله الضمانة الأولى والأقوى للتسهيلات الائتمانية ، بل ان تعميم المصرف المركزي الخاص بالتسهيلات الائتمانية استوجب أن يكون منح الائتمان الذي يتجاوز مبالغا معينة مرتكزا على ضمان عقاري ، وطى أن يكون العقار محل العقد عقارا تجاريا جائز الحجز والتنفيذ عليه ، أي لا يكون خارجا من دائرة الأموال التي يجوز الحجز عليها وبيعها ، كالعقار السكني للموظفين أو العقار المسئول عن طريق المنحة أو العطاء ( الا اذا كان مسموح التصرف فيه بالبيع بواسطة الجهات المختصة) •

وقد خصص قانون المعاملات المدنية الاتحادية رقم ٥ لسنة ١٩٨٥ الكتاب الرابع منه للتأمينات العينية والتي قسميا انى بابين ، الباب الأول : خاص بالرهن التأميني (وهذا يقع على العقارات) والثاني : الرهن الحيازي ، وهذا يقع على المنقولات والعقارات •

ويلاحظ أن تعميم المصرف المركزي ركز على الرهن التأميني وجعله هو الاساس ، أما الرهن الحيازي وضمانات الائتمان الشخصية الأخرى فلم يتناولها

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

لذلك يجب أن يضع الاخرة في قسم الائتمان هذا الأمر في الاعتبار عند فحص
مستندات الضمانات العقارية قبل التوصية بقبول طلب منح التسهيلات الائتمانية
بأنواعها المختلفة ، ويجب أن يلاحظ (صاحب السمو حاكم دبي قد أصدر
توجيهات حديثة منع فيها باتا تداول الاراضي الممنوحة بواسطة سموه .

جـ ـ *امارة الشارقة* : الأمر كذلك بالنسبة للأراضي المنحة فلا يجوز رهنها
أو التصرف فيها اطلاقا الا بعد صيرورتها ملكاً وفقا لشروط القانون المحلي
بالشارقة ، وهو قانون وضع العقارات تأمينا للدين القانون المحلي رقم ١١
لسنة ١٩٧٣ ، ومن أهم معالم هذا القانون ، أي من الاشياء التي يمتاز بها عن
القوانين المحلية الاخرى ، أنه يعطي دائرة الاراضي صلاحية بيع العقار
المرهون وذلك بموجب المادة ٣٣ منه مباشرة وقبل اللجوء الى المحاكم ، حيث
تقوم الدائرة بطلب التنفيذ على العقار بالحجز وبيعه بالمزاد العلني مع ارفاق
مستند التأمين وسند الملكية ، وبعض المستندات التي تثبت الاخلال بالسداد .
وميزة هذا الاجراء تتمثل في أن القانون ترك عنء اللجوء الى المحاكم على
المدين فاذا احتج المدين بأنه قام بسداد الدين ولم يقدم مستندا رسميا يثبت ذلك
عليه اللجوء للمحكمة لاثبات السداد وانقضاء الرهن بحكم قضائي وفي هذه
الحالة تقوم المحكمة بايقاف اجراءات البيع وقتا مؤقتا لحين الفصل في الدعوى

دـ ـ *الامارات الاخرى* : فلا يختلف كثيرا عما هو عليه الحال في امارة دبي
ويجب الرجوع في كل حالة خاصة بتلك الامارات الى دائرة الأراضي
المختصة قبل قبول مستندات الضمان .


٤ ـ قبل صدور قانون تنظيم مهنة المحاماة كان باسكان محامي البنك (القسم القانوني)
الترافع أمام المحاكم ومباشرة كافة القضايا المرفوعة من البنك ، وبالاضافة
الى القضايا المرفوعة ضد البنك .
وقد نص قانون المحاماة المذكور في أحد مواده على عدم جواز الترافع أمام
المحاكم للمحامين غير المتفرغين ، وانما يقتصر ذلك على أن يكون المحامي

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002563

مسجلا في جدول المشتغلين بهذه المهنة ، ومرخص لمزاولتها في اطار الأصول

التي وضعها القانون .

وبذلك أصبحنا أمام عدة أوجه بالنسبة لقضايا البنك ، وأغلبها مديونيات ناتجة

عن معاملات البنك المختلفة .

*الحالة الأولى:*

تم تعيين محامي خارجي للقيام بمباشرة قضايا البنك والترافع أمام المحاكم ،

ويكون ذلك بالاشراف الكامل من قبل قسم الشؤون القانونية .   كما يتم تجهيز

ملف القضية بالكامل وذلك من مستندات وأوراق تدعم القضية ، هذا بالاضافة

الى تبادل المشورة وتقديم رأي القسم حول القضايا المرفوعة وخط سيرها .

<sup>ثلاثة في المكتب</sup> نيبها *التنبلا الحديثة*

*الحالة الثانية:*

ناتج القضايا المرفوعة بواسطة القسم القانوني وذلك منذ سنوات وحتى صدور

قانون مهنة المحاماة في عام ١٩٩١ ، وهذه عبر يبدأ بالتنفيذ والتي صدر فيها

أحكام لصالح البنك .   فهذه الملفات يتم التعامل معها بعناية ومتابعة دقيقة ،

ويكون ذلك بدراسة الملف والوقوف على الجدوى من اتخاذ الاجراءات

القانونية . ونعني بها وسائل الضغط لاجبار المدين على السداد .

ويكون ذلك كل حسب حالته ، فاما أن يكون المدين يعمل لدى جهة حكومية

تستجيب المحكمة لطلب البنك بايقاع الحجز على مرتبه وتحويل جزء منه

للمحكمة ليكون سدادا للدين ، أو ايقاع الحجز على مستحقاته نهاية الخدمة .

وأما اذا كان العميل تاجرا يحاول المماطلة ، يتم تقديم طلب للمحكمة لمخاطبة

الجهات المختصة بالاملاك كدائرة الأراضي أو البنوك ، والحجز على أملاكه ،

وان كان هناك رهنا يتم التنفيذ على الرهن لاستيفاء حق البنك ، وكذلك نلجأ في

أضيق الحدود الى طلب حبس المدين عن طريق المحكمة كوسيلة ضغط

واجبار لسداد الدين . وحين رأينا أنه لا فائدة من الاجراءات القانونية كهروب

العميل مثلا ، أو ضآلة مبلغ المطالبة ، أو عدم معرفة العنوان مما يصعب

التنفيذ عنه ، فيتم رفع الأمر لادارة البنك .

<sup>مكرومة أولئك أصحابي</sup>

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٤٠ -

<u>الحالة الثالثة:</u>

بالنسبة لقضايا الايجارات ، فأمام سياسة البنك للاستثمار العقاري والتركيز على
هذا النوع من الاستثمار ~~الجونيد سرايست مشيتة~~ ولتسعيف مجال الخطورة فيه ، بدأ
البنك في الآونة الأخيرة يشترط أن تكون ادارة العقار الخاص بالمتعامل للبنك
كنوع من الضمانات الضرورية للمحافظة على أموال البنك ، وأمام هذا
الازدياد المضطرد كثرت مشاكل المستأجرين ، وذلك يتمثل في التخلف عن
سداد الايجار .

ويكمن دور قسم الشؤون القانونية لاستلام هذه الملفات التي ترد الينا من قسم
الخدمات العقارية ، بالاضافة الى بعض الفروع ، وتجهيز المستندات اللازمة
لرفع الدعوى وسداد الرسوم وحضور الجلسات أمام لجان الايجارات ومتابعة
القضايا أولا بأول حتى صدور القرار فيها وبعد ذلك يتم تنفيذ هذه القرارات
أمام المحاكم بعد سداد الرسوم المقررة لذلك .

والجدير بالذكر أن لجان الايجارات ليها الطابع القضائي وقراراتها بمثابة
الحكم القطعي .

وقد اتجهت سياسة جميع الامارات الى اصدار مراسيم بتشكيل لجان الايجارات
على غرار لجنة الايجارات بدبي ، حيث أنها السابقة في هذا المجال لكثرة
النزاعات بين الملاك والمستأجرين .

وتجدر الاشارة هنا أنه بقدر الوسائل المتاحة يقوم القسم القانوني بتغطية كافة
قضايا الايجارات على مستوى الامارات من : حضور ، وتنفيذ ، واخلاءات ،
وبيع بالمزاد العلني للمحجوزات في الشقق . ولا يقتصر ذلك على فترة الدوام
الرسمي وانما لابد من حضور جلسات المحاكم مساء خصوصا أمام لجنة
ايجارات دبي .

أما بالنسبة للبلاغات الجنائية الخاصة بالشيكات المرتدة ، فلا يزال الأمر يجري
على أن يقوم قسم الشؤون القانونية باعداد الشيكات وتسجيليا ومتابعتها لدى
الشرطة والنيابة وذلك الى مرحلة احالتها للمحكمة ، فاذا لم يتوصل القسم الى

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002565

— ١٤١ —

تسوية ودية للبلاغ مع المدين أحيل الملف للمحامي الخارجي للاستمرار في
الدعوى أمام المحكمة بغرض تحصيل حقوق البنك .

وفي هذا الصدد لا يفوتنا أن ننوه الى أنه وفي أغلب البلاغات لم تتمكن الشرطة
من القاء القبض على المدين أو ملاحقته لعدم وجود عنوان ظاهر ومعروف ،
لذلك يرجى من الاخوة عند قبول طلبات المرابحات أو المعاملات المختلفة أخذ
عناوين العملاء والكفلاء بالتفصيل ويجب أن لا يكتفى بصندوق البريد أوالهاتف
أو جهة العمل فقط ، خاصة في المعاملات غير المضمونة بضمان عيني
عقاري ، والا كان الموظف في هذه الحالة مسئولا قانونا عن ضمان الاضرار
المادية التي تنتج عن هذا الاهمال وعدم الحيطة والحذر ، الذي يعرض حقوق
البنك والمودعين للضياع .

وعموما فان قسم الشؤون القانونية بأي بنك هو الذي يجب أن يعتبر صمام
الأمان بالنسبة لأعمال البنك بجميع جوانبها ، حيث أن عدم مراقبة تطبيق
القانون واللوائح ونظم البنك المستمدة من نظامه الاساسي ، هو الذي يؤدي الى
الكوارث المالية والأدبية التي تلحق بالبنوك عامة .

لذلك ننتهز هذه الفرصة لنرفع صوتنا طالبين دعم قسم الشؤون القانونية من
جميع النواحي البشرية والمادية ، حتى يتمكن من القيام بواجباته بكفاءة ،
والهدف من ذلك في النهاية الارتقاء بالعمل وجعله نموذجا يحتذى به بواسطة
جميع البنوك الاسلامية .

<u>الجزء الثاني :   بعض المبادئ الاجرائية والقانونية التي يجب وضعها في الاعتبار
عند ابداء النصيح والمشورة</u>

<u>أولا :   صلاحية الشخص لابرام المعاملات وتوقيع الوثائق اللازمة لها :</u>
ان التعامل الذي يقوم باجراء المعاملات مع البنك اما ان يكون فردا يجري
المعاملة باسمه شخصيا ، أو شركة تجري المعاملة بواسطة مديرها ، أو وكيل
البنك في حالة المؤسسة المسلوكة ملكية فردية ، وفي حالة عن الحالات يجب

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002566

- ١٤٢ -

أن تتوفر شروط الأهلية القانونية لاجراء التصرفات عامة ، وفي هذه المذكرة
سوف نتناول الوضع في كل حالة باختصاص وبصورة توضح الناحية العملية
دون الخوض في التعريفات القانونية والجدل الفقهي ، لأن المقصود هنا أن
يتمكن الاخوة موظفو البنك في الأقسام الأخرى من غير القانونيين من استيعاب
هذه القواعد وتطبيقها مباشرة في معاملاتهم٠

صلاحية الشخص في التوقيع من حيث التفويض والسن القانونية:
اذا كان من يريد توقيع الطلب أو العقد أو أية وثيقة ذات علاقة تصبح بالمعاملة
أصالة نيذا الوضع لا يوجد صعوبة ، كل الذي يجب عمله هو اتخاذ
الاجراءات الكافية لاثبات الشخصية ، ثم التأكد من بلوغه السن القانونية لابرام
التصرفات واستيفائه لشروط القانون وهنا يجب ايضاح نقطتين:

أثبات الشخصية
عموما أن اثبات الشخصية يمكن أن يكون بفحص أي مستند رسمي صادر من
جهة حكومية مختصة ، كرخصة القيادة ، أو جواز السفر ؛ أو بطاقة العمل٠
الا أنه في المعاملات المصرفية وعلى وجه الخصوص عند ابرام عقد الحساب
الجاري أو الاستثماري ، اشترط تعميم المصرف المركزي ضرورة الاطلاع
على جواز السفر الأصلي للعميل ثم أخذ صورة عنه يثبت فيها أنها طبق
الأصل (بواسطة موظف البنك) والغرض من ذلك التحقق من الشخصية ،
والتحقق من السن القانونية للمتعامل٠

السن القانونية:
القاعدة العامة والتي نص عليها قانون المعاملات المدنية في المادة ١٥٧ هي أن
كل شخص أهل للتعاقد مالم تسلب أهليته أو يحد منها بحكم القانون ، وهذه
الأهلية تنتفي بالعته أو الجنون أو الحجر القضائي ولا يتمتع بها الصغير الا في
حدود ضيقة كما سوف نرى أدناه٠
والشخص البالغ الرشيد هو الشخص الذي له ابرام التصرفات ، وسن الرشد في
دولة الامارات العربية المتحدة هي أحدى وعشرون سنة (٢١)٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002567

‏ابرم

‏أما القاصر الذي لم يبلغ السن القانونية فـلا يجوز لـه التصرف علـى جميع
‏التصرفات الا اذا كان مأذونا في ذلك وفقا لشروط القانون (م ١٦١ معاملات) .

‏القاصر الذي لم يبلغ الثامنة عشر :
‏من لم يبلغ الثامنة عشر لا يجوز له اطلاقا توقيع العقود أو الطلبات سواء أكانت
‏متعلقة بحسابات بنكية أو بعقود بيع وشراء (مرابحات) أو ضمانات أو خلافه .
‏فاذا كانت هناك ضرورة لاجراء معاملة باسمه ولحسابه ، يجريها نيابة عنه
‏ويحكم القانون وليه الشرعي (والـده) أو جده الصحيح أو الوصي الشرعي
‏المعين بواسطة المحكمة الشرعية ، اذا كان الولي الشرعي متوفيا ، والولاية لا
‏تكون الا للأب أو الجد الصحيح وان علا ، أما الوصاية فتثبت قضاء لمن
‏يستحقيا من غير هؤلاء (كالأم وغيرها) .

‏القاصر الذي بلغ الثامنة عشر :
‏القاصر الذي بلغ سن الثامنة عشر ولم يبلغ الحادية والعشرين لا يجوز لـه
‏مباشرة العقود التجارية (ويدخل ضمنيا معاملات البنك) الا اذا اذن له القاضي
‏بذلك . أي الا اذا أحضر حكما قضائيا بذلك (من المحكمة الشرعية المختصة)
‏وفي غير هذه الحالة لا يجوز اطلاقا السماح لـه بتوقيع عقود المرابحات
‏والضمانات وكافة الوثائق .

‏استثناء اداري :
‏ان التعميم الصادر من المصرف المركزي مؤخرا استثنى حالة واحدة من الفئتين
‏أعلاه وهي حالى فتح الحساب الجاري ، فأجاز للقاصر الذي بلغ سن الثامنة
‏عشر فتح حساب جار والحصول على دفتر شيكات . وفي رأينا أن هذا وضع
‏غريب فالقرارات الادارية لا تؤثر أو نعدل القانون أو التشريع لذلك كان أحرى
‏بالمصرف المركزي أن يطلب من الجهات التشريعية المختصة تعديل القانون ،
‏وادخال ذلك الاستثناء في صلب القانون أو تخفيض أسن القانونية الى الثامنة
‏عشر لينطابق القانون مع الواقع وهو أن هناك موظفين مدنيين وعسكريين
‏بالدولة ينضمرا للخدمة قبل بلوغ سن الحادية والعشرين ، كما نعلم هناك فئة

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002568

- ١٤٤ -

كبيرة من مواطني الدولة يعملون بالقوات المسلحة والجهات النظامية الأخرى
ويتلقون رتبا مختلفة ومعاشات متفاوته وبالضرورة يمنحون رخص قيادة
سيارات ويتبع ذلك شراؤهم للسيارات لاستخدامها في مهام عملهم وشؤونهم
الخاصة ، فهل يعقل أن يحرم مثل هذا الشخص من امتلاك سيارة لسبب عدم
بلوغه سن الرشد (٢١) المنصوص عليها في القانون .

في رأينا أن الحل يكمن في نص المادة ١٦ من قانون المعاملات المدنية فقد
أجاز للولي أن يأذن للقاصر الذي أتم الثامنة عشر سنة هجرية تسلم أمواله كليا
أو بعضها لادارتيا .

وعلى ضوء ذلك يمكننا السماح له باجراء معاملة المرابحة الخاصة بالسيارات
فقد بعد حصوله على الاذن المكتوب من وليه الشرعي ، أو بعد توقيعه معه
على العقد ، (كاذن فقط) ويمكن في هذه الحالة أن يكون المشتري في العقد هو
القاصر مباشرة .

ولا يجوز أخذ هذا الاذن من الوصي المعين بواسطة المحكمة ، فان الحق في
منح الاذن للولي الشرعي فقط ( الوالد أو الجد ) أو ولي الوصي .

<u>ملاحظة هامة في هذا الصدد</u>

لا يجوز للقاصر (الذي لم يبلغ سن ٢١ سنة) وفي جميع الأحوال توقيع العقود
واجراء المعاملات نيابة عن غيره ، سواء أكان مأذونا أم غير مأذون .

<u>النيابة عن الغير في توقيع العقود والوثائق</u>

أ - <u>بالنسبة للأفراد</u>

على ضوء ما ذكر أعلاه فان كل بالغ رشيد له حق اجراء المعاملات نيابة عن
غيره . فيما عدا حالة القاصر لا ينوب عنه غير الولي أو الوصي الشرعي
المعين بواسطة المحكمة الشرعية .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

_ ١٤٥ _

ويجب ملاحظة أن الوكالة يجب أن تشمل وبوجه صريح وواضح كل الأعمال
المراد أجراءها وخاصة التصرفات في الملكية كـالبيع والرهن وتقديم الأموال
كضمان عيني أو شخصي كل ذلك لا يجوز فيه استعمال الألفاظ العامة •

ب – *بالنسبة للشركات والمؤسسات*

١) اذا كانت المؤسسة مملوكة ملكية فردية فان الوكيل يجوز له اجـراء المعاملـة
بموجب الوكالة العامة التي يحررها التاجر أو غيره وتشمل التصرف فـي
جميع ممتلكاته سواء أكانت عينية أو غيرها، ولا يشترط أن تذكر المؤسسة
بالاسم وعلى وجه التحديد فهي من ضمن الممتلكات التي يجـري التصـرف
فيها بموجب الوكالة • واذا كـانت الوكالة خاصة بالمؤسسة علـى وجـه
التحديد فيذا أفضـل •

٢) بالنسبة للشركات يجب أن نفرق بين أنواع الشركات المختلفة:

١ – الشركة ذات المسئولية المحدودة:

أن شركة المسـؤولية المحدودة تكتسـب الشخصية القانونيـة كالشـخص الطبيعـي
بمجرد اكمال تسجيلها بموجب قانون الشركات • ومديرها يعين بموجب عقـد
التأسيس أو بموجب عقد منفصل ومعتمد من الدائرة الاقتصـادية أو الجهـة
المختصة وفق قانون الشركات •

فيذا المدير له صلاحية أبرام العقود والمعاملات وتوقيع الوثائق الخاصة بهـا،
دون الحاجة الى توكيل خاص من الشركاء (المساهمين ) فأن طلب التركيل في
هذه الحالة مخالف لقانون الشركات •

كل الذي يجب عمله هو فحص عقد التأسيس وكشف المديرين المرفق معـه
بعناية ودقة نتـأكد مـن أن الشـخص المتقدم للتوقيع مخول بواسطة قـانون
الشركات الاتحادي • ويجب أن يلاحظ أن المدير المفوض على النحـو الـوارد
أعلاه لا يجوز الاعتراض على تصرفاته بواسطة الشركاء مباشرة فـلا يجـوز
انفاذه الا عن طريق انقضاء أو بواسطة قرار من الجمعيـة العمومية ، أو مـن
مجلس الادارة اذا كان المدير معينا بواسطته •

٢ – الشركة التضامنية:

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

في هذه الحالة يجب أن يكون هناك تفويض موقع بواسطة جميع الشركاء واذا
كان المدير المفوض شريكا يجب أن يحصل على تفويض موقع بواسطة
شريكه الا اذا كان عقد انشاء الشركة المصدق قانونيا يسمح لأي من الشركاء
التصرف منفردا .

٣ - شركة الترصية البسيطة

في هذا النوع من الشركات حق التوقيع في معاملات البنك يكون للشرك
المواطن فقط أو من يوكله بتوكيل مصدق قانونيا ولا يجوز أن يقوم الشريك
المواطن بتوكيل الشريك الموصي .

٤ - شركة الأعمال (أو الشركات المهنية):

مثال لذلك " شركات الأطباء والحرفيون وخلافه ، ولا يدخل ضمنيا المقاولات"
في هذه الحالة يجوز لكل شريك أن يوكل غيره من الشركاء وللشريك أن يوقع
اذا كان العقد يعطيه حق التوقيع المنفرد ، وتتكرر أنه في جميع أنواع هذه
الشركات يجب فحص جميع الوثائق جيدا وهي على سبيل المثال:

- عقد التأسيس .
- كشف المديرين في حالة شركة المسؤولية المحدودة .
- الرخصة التجارية .
- الوكالات في الحالات التي تتطلب ذلك .
- جوازات السفر لاثبات شخصية الوكيل .

ثانيا : القوانين والمراجع التي يجب الاطلاع عليها عند ابداء النصح القانوني

- فيما يتعلق بالعقود المدنية

( الاستمتاع والمقاولة والمشاركات والاهلية القانونية للأشخاص ) يجب
الاطلاع على قانون المعاملات المدنية لسنة ١٩٨٥ والاحكام القضائية المفسرة
له ، سواء أكانت صادرة من المحكمة الاتحادية العليا أو من محكمة التمييز .

- بالنسبة للعقود التجارية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002571

مثل بيع البضائع والسيارات ( المرابحات ) سواء كان ذلك في المرابحات الدولية أو المحلية وفيما يتعلق بالرأي القانوني في الحسابات الجارية والاستثمارية وجميع الأعمال المصرفية المعتادة ، يجب على المستشارين القانونيين بالقسم الاطلاع على قانون المعاملات التجارية الاتحادية رقم ١٨ لسنة ١٩٩٣ والأحكام القضائية وكتب الفقه الشارحة للأحكام القانونية والمبادئ المشابهة لما ورد بهذا القانون.

وأكرر ضرورة الرجوع لكل من هذه المراجع والقوانين وملفات الاستشارات السابقة قبل ابداء الرأي القانوني تفاديا للوقوع في تضارب وتناقض الآراء الذي قد يؤدي الى وقوع أضرار لا يمكن تفاديها. مع ملاحظة أنه لا يجوز تفسير النصوص الواردة في قانون المعاملات التجارية بمعزل عن القوانين الأخرى وخاصة قانون المعاملات المدنية فالتفسير يجب أن يكون وفقا لما استقر عليه الفقه والقضاء. ويجدر بنا الاشارة هنا الى أن بعض الاخوة في الأقسام المختلفة درج على الرجوع الى النصوص القانونية مباشرة واجراء المعاملات أو ابداء الرأي وفق التفسير الحرفي لما بدى أمامهم من معاني للنصوص القانونية ، فهذه أشياء يجب أن تترك للقانوني ، فيس المعني المختص والذي قد ينظر اليها بمنظور مختلف يعطي معان قانونية مختلفة ، وذلك تفاديا لوقوع أي ضرر لا يمكن تداركه.

وتشير في نهاية هذه النقطة ولأهمية قانون المعاملات التجارية وخاصة معاملات البنوك في مذكرة منفصلة سوف تلحق بهذه المذكرة فيما بعد.

الجزء الثالث :  ضمانات الائتمان المصرفي وضرورة فحصها قانونا

كما ذكرنا أن أو ما يتبادر الى ذهن المصرفي الحريص على أموال مصرفه هو ما الذي يضمن أن التسهيلات المصرفية الممنوحة أو الاعتماد سوف يسدد عندما يحين أجله ؟

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‫ـ ١٤٨ ـ‬

‫وللإجابة على ذلك يجب اللجـوء لضوابـط الائتمـان المختلفـة والتي تنقسـم الـى‬
‫قسمين أو مرحلتين:‬

‫*المرحلة الأولـى:*‬
‫دراسـة العميـل نفسـه مـن حيـث الملاءة والسمعة التجاريـة والتأكد مـن خلـو‬
‫صحيفتـه القضائيـة بالإضافـة الى دراسـة الجدوى الاقتصاديـة للمشروع.‬
‫ودراسـة ملاءة العميل هذه وجوبيـة أي اشـترطهـا المصـرف المركزي بالتعميم‬
‫رقم ٩٣/١٦ الصادر بتاريـخ ١٩٩٣/١٠/١٤ ، ومخالفتـه قـد تـؤدي الـى توقيـع‬
‫عقوبات اداريـة على البنك بموجب قانون الرقابـة على المصارف.‬
‫فإذا نجح العميل في ذلك ننتقـل بـه الى المرحلة الثانيـة.‬

‫*المرحلـة الثانيـة:*‬
‫النظر في الضمانـات القانونيـة المناسـبة التي يجـب أن يقدمهـا العميل ونضمن  بهـا‬
‫سـداد المبالغ الممنوحة بأي صورة من صور التمويلات المختلفـة للبنك.‬
‫وهذه الضمانـات تنقسـم الى قسـمين:‬

‫أ ـ *ضمانات شخصية*‬
‫١ ـ كفيل شخصي ملىء ( يكفل كفالة شخصية أو عينية عقاريـة ).‬
‫٢ ـ ضمـانة بنكية.‬
‫٣ ـ حوالة حق ـ   التنازل عن حقه لدى الغير.‬

‫ب ـ *ضمانات عينيـة*‬
‫١ ـ رهـن عقاري.‬
‫٢ ـ رهن المحل التجاري.‬
‫٣ ـ رهن أوراق ماليـة أو تجاريـة أو شهادات استثماريـة‬
‫وسـوف نتنـاول مـا يجب مراعاتـه عند قبول أي نوع من هذه الضمانـات. وقبل‬
‫الخوض في ذلك يجب ملاحظة أن البنك وبموجب قانون المصـرف المركزي‬
‫ـ باب الرقابـة على المصـارف ـ وبالتعميم رقم ٩٣/١٦ يلتزم بوضـع سياسـة‬
‫ائتمانيـة عامة مع الأخذ في الاعتبار بمخـاطر التسـهيلات المصرفيـة المختلفـة.‬

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‫ـ ١٤٩ ـ‬

‫على أن تتضمن السياسة معايير دقيقة ومحددة للتحليل العميق لملاءة كل عميل‬
‫على حدة.‬

‫وقد لاحظنا وجود بعض المعاملات التي لم تراع فيها هذه الضوابط الائتمانية‬
‫بدقة لذلك نرجو الرجوع لقسم الشؤون القانونية قبل التوصية النهائية بقبول‬
‫الضمانات ليتم التأكد من مطابقتها للقانون وضوابط المصرف المركزي وذلك‬
‫لتفادي قبول الضمانات الوهمية (الورقية) وبعد هذه الملاحظة يجدر بنا ابداء‬
‫بعض الملاحظات القانونية حول هذه الضمانات.‬

‫ـ .الضمانات الشخصية‬
‫ان الضمانات الضعيفة التي كانت تقبل لمنح التسهيلات المصرفية قد تسببت في‬
‫هزات اقتصادية عنيفة لكثير من البنوك أدت الى افلاس بعضها وتصفيتها ،‬
‫وتجربة بنك الاعتماد والتجارة الدولي ليست ببعيدة فقد كانت ضماناته في‬
‫اغلبها ضمانات شخصية وهمية بل كانت معاملاته وهمية أيضا فقد كانت‬
‫الضمانات الشخصية في كثير من الاحيان مخالفة للضوابط الائتمانية‬
‫المصرفية ، فكانت في صورة توصية أو تزكية من شخصية ذات نفوذ ، الأمر‬
‫الذي أدى الى تظهير طائفة أو فئة من الحاصلين على أموال البنوك كانت‬
‫خطتهم الثراء السريع عن طريق التنشيط والمشاريع غير المدروسة دون توافر‬
‫الخبرات الكافية‬

‫لذلك نحن في بنك دبي الاسلامي وحتى لا تتعرض تجربتنا الاسلامية الفريدة‬
‫للخطر ، يجب أن نتفادى المحظورات التي وقعت فيها البنوك التجارية والتي‬
‫بطبيعتها محظورات مخالفة لنظامنا الاسلامي الذي يحصن ضمانات وجوده في‬
‫داخله ، على شرط أن تراع الضوابط الشرعية العديدة التي يحويها ذلك‬
‫النظام.‬

‫وما ذكرنا أعلاه يقودنا الى البضائية بضرورة التقليل من الارتكاز على‬
‫الضمانات الشخصية في التسهيلات الائتمانية ذات النسبة الكبيرة ، واذا كان‬

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.