# EXHIBIT 14b

# EXHIBIT A

AUG-25-02  MON 08:57 FAX 00971 4 2840059                                    @001
AUG-25-02  14:45    FROM-CENTRAL BANK OF THE U A E        +00971266SO70B     T-673  P.01/03  F-254

مصرف الإمارات العربية المتحدة المركزي
## CENTRAL BANK OF THE U.A.E.

| | | | |
|---|---|---|---|
| Central Bank Decision No.: | 2/361/2002 | قرار المصرف المركزي رقم : | ٢٠٠٢/٣٦١/٢ |
| Date | : 25/08/2002 | التاريخ : | ٢٠٠٢/٠٨/٢٥ |

To : **All Banks, Moneychangers, Investment Companies, other Financial Institutions Operating in the UAE (including Insurance sector and Financial Markets)**

إلــــــى : كــافة البنــــوك والصرافــــات وشـركات الاستثمـار والمنشــآت المالية الأخرى العاملة في دولــة الإمارات (يشمل قطــاع التــأمين والأسواق المالية).

After Greetings,,

بعد التحية،،

Based on United Arab Emirates Decision in conjunction with the International efforts to fight terrorism, you are required to search for immediately and freeze any accounts, deposits, investments or remittances in the names of the following ( whether existing now or existed in the past):

بناءً على قرار دولــة الإمارات العربية المتحدة بالتضامن مع الجهود الدولية لمكافحة الإرهـــاب، يطلب منكم فوراً البحث عن وتجميد أية حسابات أو ودائــع أو استثمارات أو تحويلات ماليــة بالأســماء التالية (سواءً موجــودة حاليــاً أو وجـدت فــي الماضي):

**Natural Persons:**

الأشخاص الطبيعيون:

1-  Mr. Ali Abdul Aziz Ali (also known as Isam Mansur; Isam Mansour; Isam Mansar), DOB 29/08/1977, POB Kuwait, holder of Pakistani passport No. E 911562 issued in Karachi – Pakistan on 03/01/1998 and expires on 02/01/2003.

٧١٢٨٣٦٥

١- السيد/ علي عبد العزيز علي (المعروف أيضاً باسم عصام منصــور؛ عصام منصــور؛ عصام منصر)، تاريخ الميلاد ١٩٧٧/٠٨/٢٩، مكان الميلاد الكويت، يحمل جواز سفر باكستاني رقم ٩١١٥٦٢ إي، صــادر فــي كراتشي – باكستان بتاريخ ١٩٩٨/٠١/٠٣ وينتهي في ٢٠٠٣/٠١/٠٢.

2-  Mr. Mustafa Akmed Adam Al-Hawsawi (also known as Mustafa Ahmed; Hashim Abdulrahman), DOB 05/08/1968, POB Jeddah – Kingdom of Saudi Arabia, holder of Saudi passport No. B 686512, issued in Jeddah –Kingdom of Saudi Arabia on 24/02/1999 and expires on 31/12/2003.

٢- السيد/ مصطفى أحمد آدم الهوساوي (المعروف أيضاً باسم مصطفى أحمد؛ هاشــم عبد الرحمن)، تاريخ الميـلاد ١٩٦٨/٠٨/٠٥، مكان الميلاد جدة – المملكة العربية السعودية، يحمل جواز سفر سعودي رقم ٦٨٦٥١٢ بـي، صادر في جدة – المملكة العربية السعودية بتـــاريخ ١٩٩٩/٠٢/٢٤ وينتهــي فـــي ٢٠٠٣/١٢/٣١.

3-  Mr. Yasser Badi Barak Al-Otaibi (also known as Yasser B.B. Al-Otaibi), DOB 17/04/1980, POB Riyadh, Kingdom of Saudi Arabia, holder of Saudi passport No. C 251615, issued in Riyadh, Kingdom of Saudi Arabia on 09/07/2000 and expires on 15/05/2005.

٣- السيد/ ياسر بادي برك العتيبي (المعروف أيضاً باسم ياسر بي.بي. العتيبي)، تاريخ الميـلاد ١٩٨٠/٠٤/١٧، مكان الميـــلاد الرياض – المملكة العربية السعودية، يحمل جواز سفر سعودي رقم ٢٥١٦١٥ سي، صادر في الرياض – المملكة العربيـــة الســعودية بتــــاريخ ٢٠٠٠/٠٧/٠٩ وينتهــي فـــي ٢٠٠٥/٠٥/١٥.

Cont'd /2

يتبع ٢ /

## CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in 03 MDL 157O (GBD), United States District Court for the Southern District of New York

DIB_O03414

U_-25-02' 14:45    FROM-CENTRAL BANK OF THE U A E         +0097126650708      T-873  P.02/09  F-254

- 2 -                                        - ٢ -

Central Bank Decision No.: 2/361/2002          قرار المصرف المركزي رقم: ٢/٣٦١/٢٠٠٢

4-  Mr. Sameer Mohamed Mahmood Abu
    Onq (also known as Sameer Mohamed
    Mahmood; Sameer M.M. Abu Ong),
    DOB  18/06/1965, POB Kingdom of
    Saudi Arabia, holder of Saudi passport
    No.  C 669314, issued on 23/07/2001 and
    expires on 29/05/2006.

السيد/ سمير محمد محمود أبوعنق ٤- 
(المعروف أيضاً بسمير محمد محمود، سمير 
أم.أم. أبـو عنـق)، تـاريخ الميـلاد 
١٩٦٥/٠٦/١٨، مكان الميلاد المملكة العربية 
السعودية، يحمل جواز سفر سعودي رقم 
٦٦٩٣١٤ سي، صادر بتاريخ ٢٠٠١/٠٧/٢٣ 
وينتهي في ٢٠٠٦/٠٥/٢٩.

5-  Mr.  Abdulrahman  Abdullah
    Abdulrahman  Al-Fak'asi  Al-Ghamdi,
    also  known  as Abdulrahman A. A. Al
    Ghamdi,  DOB   24/09/1968,  POB
    Kingdom  of  Saudi Arabia, holder of
    Saudi passport No. C 174152, issued in
    Abha, Kingdom of Saudi Arabia on
    17/05/2000 and expires on 23/04/2005.

السيد/ عبدالرحمن عبدالله عبدالرحمن الفقاسي ٥- 
الغامدي (المعروف أيضاً باسم عبدالرحمن 
أي.أي. الغـامدي)، تـاريخ الميــلاد 
١٩٦٨/٠٩/٢٤، مكان الميلاد المملكة العربية 
السعودية، يحمل جواز سفر سعودي رقم 
١٧٤١٥٢ سي، صادر في أبهـا – المملكة 
العربية السعودية بتاريخ ٢٠٠٠/٠٥/١٧ 
وينتهي في ٢٠٠٥/٠٤/٢٣.

6-  Mr. Haji Wazir                          السيد/ حاجي وزير ٦- 

7-  Mr. Dilbar Khan or Dildar Khan          السيد/ دلبر خان أو دلدار خان ٧- 

8-  Mr. Ehsan Ul haque Bhatti               السيد/ إحسان الحق بهاتي ٨- 

9-  Mr. Haji Ali Khan Bin Haji Momen        السيد/ حاجي علي خان بن حاجي مؤمن ٩- 

10-  Mr. Abdul Wahid son of Haji Ali Khan
     Bin Haji Momen

السيد/ عبد الواحد بن حاجي علي خان بـن ١٠- 
حاجي مؤمن

11-  Mr. Mohammed Abdul Zahir               السيد/ محمد عبد الظاهر ١١- 

12-  Mr. Pacha Wazir                        السيد/ باشا وزير ١٢- 

Companies:                                  الشركات:

1-  Turham Company – Exchange House         شركة ترهام – محل صرافة ١- 

2-  Zahir Oil Industry                      ظاهر للصناعة النفطية ٢- 

3-  Abdul Zahir and Co.                     عبد الظاهر وشركاه ٣- 

4-  Torkham Trading                         شركة تورخام للتجارة ٤- 

Con't. / 3                                   ٣ / يتبع

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03415

AUG-27-02  14:46   FROM-CENTRAL BANK OF THE U A E   +0097128850708   T-873  P.03/03  F-254

- 3 -

‑ ٣ ‑

Central Bank Decision No.: 2/361/2002

قرار المصرف المركزي رقم: ٢/٣٦١/٢٠٠٢

You are also required not to transfer any funds to the persons/entities mentioned above into any territory or country and in case you received funds from the persons/entities mentioned or for their favour to freeze it immediately.

يطلب منكم أيضاً عــدم تحويـــل أيـة أمـوال إلــى الأشخاص/الجهات المذكورة أعلاه في أية منطقــة أو دولة وفي حالة استلام أموال من الأشخاص/الجهــات المذكورة أو لصالحها القيام بتجميدها فوراً.

None compliance will lead to freezing of your assets in the USA and its financial institutions and other countries and would subject you to severe penalties in the UAE.

إن عدم الالتزام سيؤدي إلى تجميـــد أموالكم فــي الولايات المتحدة الأمريكية ومنشـــآتها الماليـة ودول أخرى وسيعرضكم إلى عقوبات صارمة ضمن دولـة الإمارات.

Please provide the Anti Money Laundering and Suspicious Cases Unit– Central Bank– Abu Dhabi, (fax no. 02-6674501) with the following original documents:

يرجى موافاة وحــدة مواجهة غســل الأمـوال والحالات المشبوهة – بالمصرف المركزي – أبوظبي (فاكس رقم ٦٦٧٤٥٠١–٠٢) بالوثـق الأصليـة التالية:

1. Application of account/s opening documents and any other revenant documents or information.
2. Statements of account/s
3. Name of the person/s who opened the account/s and who deposited funds into the account/s.
4. Slips of transfer/receipt of funds to/from that the above-mentioned account/s.

١.طلب فتح الحساب/الحسابات وأية وثـائق أو معلومات تتعلق به.
٢.كشوفات الحساب/الحسابات.
٣.سم الشخص/الأشخاص الذي/الذين قام/قامــوا بفتح الحساب/الحسابات والأشخـاص والجهات التي أودعت الأموال به/بها.
٤.نماذج التحويلات من/إلى الحســـاب/الحسابات المذكورة.

Yours faithfully,

وتفضلوا بقبول فائق الاحترام ،



Governor

كبير المحافظـة

From: Bank or Moneychanger or Investment Company or Financial Institution.

سن: بنك أو صرافة أو شركة إستثمار أو منشأة مالية

| | |
|---|---|
| □ There are no accounts or deposits or investments or remittances in the names mentioned above. | □ لا توجد حسابات أو ودائع أو اســتثمارات أو تحويلات مالية بالأسمـاء المذكورة اعلاه. |
| □ There are accounts or deposits or investments, and find attached account/s opening documents and statements and remittances list. | □ توجد حسابات أو ودائـــع أو اســتثمارات ، ونجـدون مرفقـة وثـائق فتـح الحسـاب/ الحسابات والكشوفات وقائمة للتحويلات. |
| Auth. Sig.  المخول بالتوقيع | Auth. Sig.  المخول بالتوقيع |

1516-02

ج / خ / ٤ / ٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03416



شعار مصرف دبي الإسلامي
DUBAI ISLAMIC BANK

التاريخ 2002/09/03

السيد / عبد الرحيم محمد العوضي المحترم.

مدير أول / دائرة الرقابة و التفتيش على المصارف

المصرف المركزي

فاكس : 6674501-02

سلام عليكم و رحمة الله و بركاته .. وبعد

الموضوع : إشعار رقم 2002/361/2 بتاريخ 2002/08/25

1. يوجد طرفنا حساب جاري راكد باسم : علي عبد العزيز علي .. رقم الحساب
: 01-7128363-520-01 . وبرصيد قدره 17 درهم . وتاريخ آخر حركة
2001/10/06 .. وتم إجراء الحجز اللازم عليه .. ونرفق لكم الوثائق المطلوبة و
الخاصة بالحساب ..

مع الاعتذار لوجود رقم حساب خطأ (01-7581793-520-01) في رسالتنا المؤرخة في
2002/08/31 ( خطأ غير مقصود).

2. يرجى تزويدنا بمزيد من التفاصيل ( صورة جواز السفر .. ) للمذكورين أدناه
حتى نتمكن من تحديد الأشخاص المعنيين بصورة نهائية .

• السيد / حاجي وزير.

• السيد / دلبار خان أو دندار خان.

• محمد عبد الظاهر.

شاكرين لكم تعاونكم الدائم.



محمد عبد الرحمن الهبري
مدير إدارة العمليات المركزية

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003417

## DUBAI ISLAMIC BANK

بَنْكُ دُبَيِّ الإِسْلامِي

طلب فتح حساب جاري

### Current Account Opening Form

Date _____ التاريخ ٢٠٠٠/٨/٨

| Acc. No. ٧١٨٢٦٣ | رقم الحساب |

To.
The Manager, DUBAI ISLAMIC BANK,

السيد / مديرينك دبي الاسلامي

Branch _____ فرع ١ بر دبي

Dear-Sirs,

تحية طيبة وبعد :

ارجو فتح حساب جاري في دفاتركم وفقا للبيانات الموضحة ادناه :

You are kindly requested to open in your books a Current Account, as per the following particulars:-

| Name in full | جلال عبد العزيز جلك | الاسم بالكامل |
| Nationality | باكستاني | الجنسية |
| Profession | بزنس مان كميديتي | المهنة |
| Address | ص. ب : ٦٥٨ تلفون : ٦٧٤٥٦٥١-٠٥٠ دبي | العنوان |
| Introduced By | حامد راشد جمعه رقم حـ ب ٣٣٦-٧٠٠٠-٨٠٠ | المزكي |

Statement of account to be dispatched

ترسل كشوفات الحساب :

I, hereby, undertake to comply with the Bank's rules for the conduct of such account, and it is understood and mutually agreed upon that no overdraft will be allowed without prior consent of the Bank.

اتعهد بالتقيد بالقواعد التي يضعها البنك لتنظيم هذا الحساب ،
ومن المفهوم والمتفق عليه انه سوف لا يسمح لي بأي سحب
على المكشوف دون سابق موافقة من البنك .

Signature

التوقيع

See over leaf

نوقيع المختص

انظر خلفه

197

# CONFIDENTIAL

This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003418

الشروط الخاصة بالحسابات الجارية :

وهى الحسابات الدائنة التى تكون مهيأة للسحب والايداع بلا قيد ولا شرط و يسمح فيها باستعمال الشيكات وغيرها من وسائل السحب والتصرف بالحساب وذلك حسب الشروط التالية : ـــ

١ ـــ تكون الاموال المودعة فى الحساب الجارى اموالا مفوضة للاستعمال والرد عند الطلب وهى لا تشارك باية نسبة فى أرباح الاستثمار ولا تتحمل مخاطره .

٢ ـــ يكون صاحب الحساب الجارى مقيدا بالسحب فى حدود مقدار الرصيد الجاهز والمهيأ للاداء ولا يحق له ان يسحب ما يزيد عن رصيده الجاهز . ولوكان لديه شيكات مودعة لم يتم تحصيل قيمتها حسب طريقة المقاصة المتبعة .

٣ ـــ يصدر البنك لاصحاب الحسابات الجارية كشوفات دورية تبين حركة الحساب فى الدائن والمدين ويكون الحساب صحيحا وموافقا عليه نهائيا اذا لم يتسلم البنك اى اعتراض على صحته خلال خمسة عشر يوما من تاريخ وصول الكشف لصاحب الحساب .

٤ ـــ يكون البنك مخولا بان يقيد على الحساب الجارى للعميل اية قيود تتعلق بالنفقات والمصاريف واية معامله من المعاملات المصرفية التعلقة بصاحب الحساب .

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003419

THIS PASSPORT
CONTAINS 36 PAGES
CE PASSEPORT
CONTIENT 36 PAGES

باسپورٹ
جواز السفر
PASSPORT
PASSEPORT
پاکستان PAKISTAN

40598/2

یہ پاسپورٹ ۳۶ صفحات پر مشتمل ہے
یحتوی هذا الجواز على
۳۶ صفحة

پاسپورٹ نمبر، رقم جوازالسفر
NO. OF PASSPORT
NO. DU PASSEPORT

E911562

حامل کانام، اسم حامل الجواز
NAME OF BEARER
NOM DU TITULAIRE

Mr. Ala

والد/شوہرکانام، اسم الوالد/الزوج
NAME OF FATHER/HUSBAND
NOM DU PERE/DU MARI

Mr. Abdul Aziz
Ali

حامل کا پیشہ، مهنة حامل الجواز
PROFESSION OF BEARER
PROFESSION

Private Service

جائے پیدائش، مکان و تاریخ الولادة
PLACE AND DATE OF BIRTH
LIEU ET DATE DE NAISSANCE

Karachi
29.8.1977

مذہب - الديانة
RELIGION / RELIGION

Muslim

شناختی کارڈ نمبر
IDENTITY CARD NO.
NUMERO DE CARTE D'IDENTITE

507-77-286504

شہری پاکستانی، مواطن، پاکستانی، الحالة الاجتماعية
CITIZEN OF PAKISTAN
NATIONALITE, PAKISTANAISE

قومی حیثیت
NATIONAL STATUS
NATIONALITE



GADDAR
KARACHI

to request and require in the
Name of the President of Pakistan all
those whom it may concern to allow the
bearer to pass freely without let or
hindrance and to afford him/her every
assistance and protection of which he/she
may stand in need

Given at

the 3rd day of Jan 199

By order of the
President of Pakistan

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003420



حامل کی تصویر - الصورة الشمسية
PHOTOGRAPH OF BEARER
PHOTOGRAPHIE DU TITULAIRE

پاکستان میں مستقل پتہ - العنوان الدائم فى باكستان
PERMANENT ADDRESS IN PAKISTAN
L'ADRESSE PERMANENTE EN PAKISTAN

A - 30/5   Mohd Hasan

Ac. Rd. Ojri.

Carachi

موجوده پتہ - العنوان الحالي
PRESENT ADDRESS
L'ADRESSE PRESENTE

بچے - الاطفال-الاطفال الرضع
CHILDREN—ENFANTS

| نام - الاسم | تاریخ پیدائش- تاريخ الولادة | صنف - الجنس |
|---|---|---|
| NAME | DATE OF BIRTH | SEX |
| NOM | DATE DE NAISSANCE | SEXE |

یہ جواز صالح نہ - مدة خمس سنوات
VALIDITY OF THIS PASSPORT EXPIRES ON :
LE RENOUVELLEMENT DE PASSEPORT EXPIRE LE :

2nd Jan. 2003

③   E911562

E911562   ②

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



E911562                    E911562

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_O03422



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003423

*A778000*

رقم الحساب : 520 7128363 1

الإسم الكامل : جاسم، محمد العزيز بن علي
الإسم الحر الصناعية : عباس، محمد العزيز، علي
عنوان الحر العامة : ص.ب 16958 دبي

رقم الهاتف نسكن : 0506745651
ناحية / نداء : 048819192
الحساب كاستدان : 32
مستخدم : 1
مقدمستدم : 1
حسابات شخصية : 111
رسوم تحصيل الشيك : Y
تاريخ رخصة التجارية :
تاريخ بدء الاشتراك :
مستخدم من :

عنوان المراسلة : ابراهيم احمد علي
مشاه حل ملتهم سين :
فرع بن ثاني بدء براءة الخدمة : 00
لغة الحر السلسلة : 1 عسي بي
مبادئ التحديدات : 77
التخديم : ك
رقم حوان القسمن : 911562
المشكل الغائب نى تى : 1
عمولة شيبان من تحى :
تاريخ بدء الاعتداء : Y

كشف الحساب : سي سلي
كود اللي بدء : 08/08/00
كود التعطية :
تاريخ بدء أخر حركة :  09/08/ 0

مشترك : 0
لا : لا
كود أو تكميل / مشترك :
المبلغ : 5000.00
المحجوز : 5000.00

المبلغ الأدنى لسي : 5000.00

*** خروجا لخ SF4 ي لخلا ء التشا المستمرة F12 = لاا مستمر ساب
تم عرض كل المبيعات ثابت بنجاح

شاشة : 0520

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03424



E911562                    E911562

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003425

حامل کی تصویر۔ الصورة الشخصیة
OF BEARER
PHOTOGRAPH OF BEARER
PHOTOGRAPHIE DU TITULAIRE



هذا الجواز صالح لمدة خمس سنوات
VALIDITY OF THIS PASSPORT EXPIRES ON
RENOUVELLEMENT CE PASSEPORT EXPIRE LE

2nd Jan. 2003

E911562

پاکستان میں مستقل پتہ۔ العنوان الدائم فی پاکستان
PERMANENT ADDRESS IN PAKISTAN
L'ADRESSE PERMANENTE EN PAKISTAN

A-3045 Mord Hasan
Hu. Rd. Liqri
Karachi

موجودہ پتہ۔ العنوان الحالی
PRESENT ADDRESS
L'ADRESSE PRESENTE

بچے ۔ الاطفال۔لا طفال الرضع
CHILDREN—ENFANTS

| نام۔ الاسم<br>NAME<br>NOM | تاریخ پیدائش۔ تاریخ الولادة<br>DATE OF BIRTH<br>DATE DE NAISSANCE | جنس۔ الجنس<br>SEX<br>SEXE |
| --- | --- | --- |
| | | |
| | | |

E911562

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03426

THIS PASSPORT
CONTAINS 36 PAGES
CE PASSEPORT
CONTIENT 36 PAGES
پاسپورٹ
جواز السفر

PASSPORT
PASSEPORT

يحتوى هذا الجواز على
٣٦ صفحة

PAKISTAN   پاكستان

40596/2

E911562

NO. OF PASSPORT
NO. DU PASSEPORT

پاسپورٹ نمبر. رقم جواز السفر

Mr. Ali

NAME OF BEARER
NOM DU TITULAIRE

حامل كا نام. اسم حامل الجواز

Mr. Abdul Aziz Ali.

NAME OF FATHER/HUSBAND
NOM DU PERE/DU MARI

والد ا شوہر كا نام. اسم الوالد/الزوج

Private Service

PROFESSION OF BEARER
PROFESSION

حامل کا پیشه. مهنة حامل الجواز

Kuwait
29.8.1977

PLACE AND DATE OF BIRTH
LIEU ET DATE DE NAISSANCE

جائے پیدائش و تاریخ الولادة

Muslim

RELIGION / RELIGION

مذهب - الديانة

IDENTITY CARD NO.
NUMERO DE CARTE D'IDENTITE

شناختی کارڈ نمبر. رقم بطاقة الهوية

507 - 77 - 280504

CITIZEN OF PAKISTAN
NATIONALITE PAKISTANAISE

NATIONAL STATUS
NATIONALITE

پاکستانی شہری مواطن باكستاني
الحالة الاجتماعية



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03427

طلب اصدار الرقم السري للبنك الهاتفي
Application for Issue of PIN. NO. of Telebanking System

Branch ................ الفرع

Name ................ الاسم

Customer No. رقم المتعامل ................

السيد / مدير الفرع
الرجاء اصدار الرقم السري الخاص بي لاستخدامه في نظام البنك الهاتفي ، واقر بانني
اطلعت ووافقت على كافة الشروط والبنود المتعلقة باستخدامه والمبينة في هذا الطلب.

To Branch Manager
Please issue me the PIN. NO. for the Telebanking System. I do hereby
____ m that I have read and agreed to bind by the terms and conditions
of the use of it which are at this application.

Applicant's signature توقيع مقدم الطلب ................

Date ................ التاريخ

I received the PIN. No. of استلمت الرقم السري للبنك الهاتفي

Telebanking system on ................ بتاريخ

Signature ................ التوقيع

الشـــروط

١ - حيث ان صاحب الحساب هو الوحيد الذي له استخدام خدمة البنك الهاتفي
فانه يترتب على ذلك التزام بالمحافظة على الرقم السري وعدم تمكين أي شخص غير
مصرح له بواسطته استخدامه مع تحمله المسئولية القانونية والعددية كاملة في حالة
اهماله في الحفاظ على الرقم السري.

٢ - في حالة قيام البنك بارسال المعلومات للعميل عن طريق الفاكس، فان البنك سيخصم بمجمم
النفقات بواقع ٢ درهم عن كل مرة من أي حساب للعميل لدى البنك ويبقى العميل مسئولاً
عن وجود رصيد مناسب في حسابه بهمل هذه النفقات.

٣ - اصدار الرقم السري يتم مجاناً في المرة الأولى. وفي حالة رغبة العميل
باستصدار رقم جديد (بدل تالف) يستوفى رسم وقدره ١٠ دراهم

TERMS & CONDITIONS

1. Whereas the account holder is the sole person who is entitled to use telebanking system, consequently he will be under an obligation to maintain the secrecy of his PIN number and not to allow any person who is not authorised by him to use the same with the customer bearing full legal and contractual responsibility in case of negligence in maintaining such secrecy.

2. If the bank sends information to a customer via fax, then it shall deduct Dhs.2/= (each time) from any account held by the customer with the bank. The customer shall remain liable for maintaining sufficient balance in his account to cover such expenses.

3. Issue of the PIN maker (PIN No.) is done free of charge for the first time. A fee of Dhs. 10/= will be charged for any next issue.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003428

**DUBAI ISLAMIC BANK**  بنــك دبي الإسلامي

طلب فتح حساب جاري

**Current Account Opening Form**

Date _____     التاريخ _____ ٨/٨/٢٠٠٠

Acc. No. _____ ٦١٨٢٨٦٣ _____ رقم الحساب

To,
The Manager, DUBAI ISLAMIC BANK,     السيد / مديربنك دبي الاسلامي

Branch _____     فرع _____

Dear Sirs,     تحية طيبة وبعد ،
ارجو فتح حساب جاري في دفاتركم وفقا للبيانات الموضحة ادناه :

You are kindly requested to open in your books a Current Account, as per the following
particulars:-

Name in full _____     الاسم بالكامل

Nationality _____     الجنسية

Profession _____     المهنة

Address ___ ٠٥٠-٦١٧٤٥٥١ ___ تليفون : _____     العنوان

Introduced By __ ٨٠٠-٧٠٠٠-٣٣٢ ____     المزكى

Statement of account to be dispatched     ترسل كشوفات الحساب :

I, hereby, undertake to comply with the Bank's     اتعهد بالتقيد بالقواعد التي يضعها البنك لتنظيم هذا الحساب ،
rules for the conduct of such account, and it is     ومن المفهوم والمتفق عليه انه سوف لا يسمح لي بأي سحب
understood and mutually agreed upon that no     على المكشوف دون سابق موافقة من البنك .
overdraft will be allowed without prior consent
of the Bank.

Signature     التوقيع

توقيع المختص

See over leaf     انظر خلفه

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003429

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_OO3430

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03431



ستشف حـــاب جـاري
**STATEMENT OF CURRENT ACCOU**

بنك دبي الإسلامي
ᗝUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية ا
lic Shareholding Company Incorporated in U.A.E.

| PAGE NO. | الصفحة ١ |

علي عبد العزيز عني
ص ب 16958 دبي

| ACCOUNT NO. رقم الحساب | BRANCH فرع |
| ٠١ ٥٢٠ ٧١٢٨٣٦٣ ٠١ | الس ديبيدي |

| From: ٢٠٠٠/٠١/٠١ : من | CURRENCY العملة |
| To: ٢٠٠٠/١٢/٣١ : الي | درهم الإمارات |

| BALANCE الرصيد | DEPOSITS الإيداعات | WITHDRAWALS السحوبات | PARTICULARS البيان | DATE التاريخ |
|---|---|---|---|---|
| ٠٠٠٠ | | | رصيد مانقول | ٢٠٠٠/٠٨/ |
| ٠٥٠٠٠٠٠٠ | ٠٥٠٠٠٠٠٠ | | 421022 | ٢٠٠٠/١١/ |
| ٢٥٠٠٠٠٠٠ | ٢٠٠٠٠٠٠٠ | | 008743 | ٢٠٠٠/١١/ |
| ٢٨٠٠٠٠٠٠ | ٣٠٠٠٠٠٠ | | 754400 | ٢٠٠٠/١١/ |
| ٢٧٩٩٧٥٠٠٠ | | ٢٥٠٠ | رسوم بطاقة استدي ابلام | ٢٠٠٠/١١/ |
| ٢٧٩٩٧٥٠٠٠ | ٢٨٠٠٠٠٠٠ | ٢٥٠٠ | الرصيد النهائي | |

Unless we receive a claim from you within ... the statement will be considered correct.
(-) DENOTES DEBIT BALANCE
PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
E.& O.E.

Head Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 46772 (ISLAMI EM, P.O. Box : 1080 Dubai)

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003432



كـشـف حـسـاب جـاري
STATEMENT OF CURRENT ACCOU

بنك دبي الإسلامي
DUBAI ISLAMIC BANK

PAGE NO. الصفحة
١

علي عبد العزيز علي
ص ب 16958 دبي

| BALANCE الرصيد | DEPOSIT دائن | WITHDRAWAL مدين | PARTICULARS البيان | DATE التاريخ |
|---|---|---|---|---|
| ٢٢٥٣٩٧٥٠٠ | | | رصيد مستقول | |
| ٢٩٥٤٧٥٠٢٩ | ١٥٠٠٠٠ | | 111B705 | ٢٠٠١/٦/ |
| ٢٥٤٧٥٠٤٣ | | ٢٥٣٠٠٠٠ | 104B02 | ٢٠٠١/٩/ |
| ٤٥٣٠٠٠٠ | ١٥٠٠٠ | | 986637 | ٢٠٠١/٩/ |
| ١٥٩٨٠٠٠ | | ٣٥٠٢٠٠٠ | سحب الصراف الا لي | ٢٠٠١/٩/ |
| ٩٦٠٠ | | ١٥٠٢٠٠ | سحب الصراف ا لي | ٢٠٠١/٩/ |
| ٩٣٠٠ | | ٣٠٠ | رسوم سويتشي | ٢٠٠١/١٠/ |
| ٧٨٠٠ | | ١٥٠٠ | Electron CA - ATM | ٢٠٠١/١٠/ |
| ١٧٤٩ | | ٦٠٥١ | 1102/KH11 SLICO | ٢٠٠١/١٠/ |
| ٤٩ ١٧ | ١٦٢٥٠٠٠ | ٥٧٥٠٨٢٠٩ | الرصيد النهائي | |

Unless we receive a claim from your side within 15 days this statement will be considered correct.
# DENOTES DEBIT BALANCE.
PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.

Head Office : Tel. : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003433



شف حـــــاب جـاري
STATEMENT OF CURRENT ACCO[...]

بنــك دبــي الإسلامــي
DUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
[...]blic Shareholding Company incorporated in U.A.E.

| PAGE NO. | صفحة | ١ |

عني عبد العزيز بن علي

م ب د ١٦٩٥٨ دبي

| ACCOUNT NO. | رقم الحساب | BRANCH | [...] |
| ٠١ ٥٢٠ ٧١٢٨٣٦٣ .١ | | | |

From: ٢٠٠٧/٠١/٠١  من
To: ٢٠٠٧/٥/٣٠  إلى

CURRENCY  [...]
[...] درهم الإمارات

| BALANCE الرصيد | DEPOSIT الإيداع | WITHDRAWAL السحب | PARTICULARS البيان | DATE التاريخ |
|---|---|---|---|---|
| ١٧٬٤٩ | | | رصيد منقول | |
| ١٧٬٤٩ | | | الرصيد المنتهي كما | |

Unless we receive a claim from you within 15 days this statement will be considered correct.
[...]DEBITS / CREDIT BALANCE
PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
E & O E

Head Office : Tel. : 2953000, Fax : 2954111, Tlx : 45889 / 46772 ISLAMI EM, P.O. Box : 1080 Dubai

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003434

SEP-04-02  09:43    FROM-CENTRAL BANK OF THE UAE          +971-2-6651744        T-286  P.01/04  F-981

مصرف الإمارات العربية المتحدة المركزي

# CENTRAL BANK OF THE U.A.E.

| | | | |
|---|---|---|---|
| Notice No. : | 1879/2002 | : إشعار رقـم | ٢٠٠٢/١٨٧٩ |
| Date | : 4/9/2002 | : التاريــخ | ٢٠٠٢/٩/٤ |
| To | : All Banks, Moneychangers, Investment Companies, other Financial Institutions Operating in the UAE (including Insurance sector and Financial Markets) | : إلــــى | كافة البنوك والصرافات وشـركات الإستثمار والمنشـآت الماليــة الأخرى العاملة في دولة الإمـارات (يشمل قطاع التـأمين والأسـواق المالية). |

After Greetings,

بعد التحية،،

You are required immediately to search for any documents regarding the following:

بطلب منكــم فـــوراً البحث عن أية وثائق بشـــأن ما يلي:

**First:  Inward  and  Outward  remittances during  the  period  from  1/1/2000  till 30/9/2001 in the following names:**

أولاً: التحويلات المالية الواردة والصادرة خلال الفترة من ١/١/٢٠٠٠ حتى ٢٠٠١/٩/٣٠ بالأسـماء التالية:

1-  Mr. Ali Abdul Aziz Ali (also known as Isam Mansur; Isam Mansour; Isam Mansar), DOB 29/08/1977, POB Kuwait, holder of Pakistani passport No. E 911562 issued in Karachi – Pakistan on 03/01/1998 and expires on 02/01/2003.

(١) – السيد/ علي عبد العزيز علي (المعروف أيضاً باسم عصام منصور (مكرر)، عصام منصر)، تاريخ الميلاد ١٩٧٧/٠٨/٢٩، مكـان الميـلاد الكويت، يحمل جواز سـفر باكسـتاني رقـم ٩١١٥٦٢ إي، صادر في كراتشي – باكسـتان بتـاريخ ١٩٩٨/٠١/٠٣ وينتـهي فـــي ٢٠٠٣/٠١/٠٢.

71283
Ref. 13
Blocked

2-  Mr. Mustafa Ahmed Adam Al-Hawsawi (also known as Mustafa Ahmed; Hashim Abdulrahman),  DOB 05/08/1968, POB Jeddah – Kingdom of Saudi Arabia, holder of Saudi passport No. B 686512, issued in Jeddah –Kingdom of Saudi Arabia on 24/02/1999 and expires on 31/12/2003.

السيد/مصطفى أحمد آدم الهوساوي (المعروف أيضاً باسم مصطفى أحمد، هاشم عبدالرحمن)، تاريخ الميلاد ١٩٦٨/٠٨/٠٥، مكان الميـلاد – جدة – المملكة العربية السـعودية، يحمل جـواز سفر سـعودي رقم ٦٨٦٥١٢ بي، صادر في جدة – المملكة العربيـة السـعودية بتـاريخ ١٩٩٩/٠٢/٢٤ وينتهي في ٢٠٠٣/١٢/٣١.

2/261/1
d+5
27.80

3-  Mr. Yasser Badi Barak Al-Otaibi (also known as Yasser B.B. Al-Otaibi), DOB 17/04/1980,  POB Riyadh, Kingdom of Saudi Arabia, holder of Saudi passport No. C 251615, issued in Riyadh, Kingdom of Saudi Arabia on 09/07/2000 and expires on 15/05/2005.

٣– السيد/ ياسر بادي برك العتيبي (المعروف أيضاً باسم ياسر بي.بي. العتيبي)، تاريخ الميـلاد ١٩٨٠/٠٤/١٧، مكـان الميـــلاد الريـاض، المملكة العربية السعودية، يحمل جـواز سـفر سعودي رقم ٢٥١٦١٥ سي، صادر في الرياض – المملكة العربيـة السـعودية بتـاريخ ٢٠٠٠/٠٧/٠٩ وينتهي في ١٥/٠٥/٢٠٠٥.

Cont'd /2

يتبع ٢/

# CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 15 70 (GBD). United States District Court for the Southern District of New York

DIB_003435

☑002

SEP-04-02  09:43    FROM-CENTRAL BANK OF THE UAE         +971-2-6651744      T-286  P.02/04  F-881

- 2 -                                                           — ٢ —

Central Bank Notice No.: 1879/2002          إشعار المصرف المركزي رقم: ٢٠٠٢/١٨٧٩

4- Mr. Sameer Mohamed Mahmood Abu Onq (also known as Sameer Mohamed Mahmood; Sameer M.M. Abu Ong), DOB 18/06/1965, POB Kingdom of Saudi Arabia, holder of Saudi passport No. C 669314, issued on 23/07/2001 and expires on 29/05/2006.

٤- السيد/ سمير محمد محمود أبوعنق (المعروف أيضاً بإسم سمير محمد محمود، سمير أم.أم. أبو عنق)، تاريخ الميلاد ١٩٦٥/٠٦/١٨، مكان الميلاد، المملكة العربية السعودية، يحمل جواز سفر سعودي رقم ٦٦٩٣١٤ سي، صادر بتاريخ ٢٠٠١/٠٧/٢٣ وينتهي في ٢٠٠٦/٠٥/٢٩.

5- Mr. Abdulrahman Abdullah Abdulrahman Al-Fak'asi Al-Ghamdi (also known as Khalid Sheikh Mohamed, Abdulrahman A. A. Al Ghamdi), DOB 24/09/1968, POB Kingdom of Saudi Arabia, holder of Saudi passport No. C 174152, issued in Abha, Kingdom of Saudi Arabia on 17/05/2000 and expires on 23/04/2005;

٥- عبدالرحمن عبدالله عبدالرحمن الفقاسي الغامدي (المعروف أيضاً بإسم خالد شيخ محمد، عبدالرحمن أي.أي. الغامدي)، تاريخ الميلاد ١٩٦٨/٠٩/٢٤، مكان الميلاد، المملكة العربية السعودية، يحمل جواز سفر سعودي رقم ١٧٤١٥٢سي، صادر في أبها – المملكة العربية السعودية بتاريخ ٢٠٠٠/٠٥/١٧ وينتهي في ٢٠٠٥/٠٤/٢٣.

6- Ramzi Mohammed Abdullh Binalshibh (also known as Ramzi M. Al-Sheibah; Ramzi Mohamed Abdulla Omar; Ahad Abdollahi Sabet), DOB 1/5/1972; or 16/9/1973, POB Yemen, holder of Yemeni passport No. 00595250, Yemeni passport No. 00085243 in the name of Ramzi M. Al Sheibah, and United States passport No. Z7567858 in the name of Ahad Abdolluhi Sabet.

٦- رمزي محمد عبدالله بن الشيبه (المعروف أيضاً بإسم رمزي أم. الشيبة، رمزي محمد عبدالله عمر، أحد عبدالهي سبت)، تاريخ الميلاد ١٩٧٢/٥/١ أو ١٩٧٣/٩/١٦، مكان الميلاد اليمن، يحمل جواز سفر يمني رقم ٠٠٥٩٥٢٥٠، وجواز سفر يمني رقم ٠٠٠٨٥٢٤٣ بإسم رمزي إم. الشيبة، وجواز سفر أمريكي رقم ٧٥٦٧٨٥٨ زد بإسم أحد عبدالهي سبت.

7- Zakariya Essabar, DOB 3/4/1974 or 3/4/1977, POB Marrakech, Morocco; Essaouira, Morocco, holder of passport No. KO348486;

٧- زكريا إسبار، تاريخ الميلاد ١٩٧٤/٤/٣ أو ١٩٧٧/٤/٣، مكان الميلاد مراكش، المغرب، إيساويرا، المغرب، يحمل جواز سفر رقم ٣٤٨٤٨٦ كا.

8- Said Bahaji, DOB 15/7/1975, POB Haseluenne, Germany (Naturalized Moroccan), holder of Moroccan passport No. H954242.

٨- سعيد باهاجي، تاريخ الميلاد ١٩٧٥/٧/١٥، مكان الميلاد هسيليون، ألمانيا (مهاجر مغربي) يحمل جواز سفر مغربي رقم ٩٥٤٢٤٢ إتش.

9- Jamal Ibrahim

٩- جمال إبراهيم.

Con'L / 3                                يتبع / ٣

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003436

SEP-04-02  09:43      FROM-CENTRAL BANK OF THE UAE      +971-2-6851744      T-286   P.03/04   F-881

- 3 -

**Central Bank Notice No.: 1879/2002**

إشعار المصرف المركزي رقم: ١٨٧٩/ ٢٠٠٣

— ٣ —

**Second:  Sales  or  purchases  of  Travellers' cheques in the following names :**

ثانياً: بيع أو شراء الشيكات السياحية بالأسماء التالية:

1- Satam Al Suqami, during the period from 15/4/2001 to 23/4/2001.

١- سطام السوقيمي، خلال الفترة من ٢٠٠١/٤/١٥ إلى ٢٠٠١/٤/٢٣.

2- Waleed Al Shehri, during the period from 15/4/2001 to 23/4/2001.

٢- وليد الشهري، خلال الفترة من ٢٠٠١/٤/١٥ إلى ٢٠٠١/٤/٢٣.

3- Majed M'Shaan Ghanem Moqed, during the period from 25/4/2001 to 2/5/2001.

٣- ماجد امشان غانم موقد، خلال الفترة من ٢٠٠١/٤/٢٥ إلى ٢٠٠١/٥/٢.

4- Ahmed Al-Koshy Al Ghamdi, during the period from 25/4/2001 to 2/5/2001.

٤- أحمد الكوشي الغامدي، خلال الفترة من ٢٠٠١/٤/٢٥ إلى ٢٠٠١/٥/٢.

5- Mohanad Al Shehri, during the period from 21/5/2001 to 28/5/2001.

٥- مهند الشهري، خلال الفترة من ٢٠٠١/٥/٢١ إلى ٢٠٠١/٥/٢٨.

6- Ahmed Ibrahim Al-Haznawi, during the period from 1/6/2001 to 8/6/2001.

٦- أحمد إبراهيم الحزناوي، خلال الفترة من ٢٠٠١/٦/١ إلى ٢٠٠١/٦/٨.

7- Fayez Rashid Ahmed Hassan Al-Qadi Bani Hammad, during the period from 20/6/2001 to 27/6/2001.

٧- فايز راشد أحمد حسن القاضي بني حماد، خلال الفترة من ٢٠٠١/٦/٢٠ إلى ٢٠٠١/٦/٢٧.

8- Saeed Al Ghamdi, during the period from 20/6/2001 to 27/6/2001.

٨- سعيد الغامدي، خلال الفترة من ٢٠٠١/٦/٢٠ إلى ٢٠٠١/٦/٢٧.

9- Abdulaziz Al-Omari, during the period from 22/6/2001 to 29/6/2001.

٩- عبدالعزيز العمري، خلال الفترة من ٢٠٠١/٦/٢٢ إلى ٢٠٠١/٦/٢٩.

10- Salem Mohamed Salem Al-Hazmi, during the period from 22/6/2001 to 29/6/2001.

١٠- سالم محمد سالم الحازمي، خلال الفترة من ٢٠٠١/٦/٢٢ إلى ٢٠٠١/٦/٢٩.

11- Khalid Al Mihdhar, during the period from 4/6/2001 to 8/6/2001.

١١- خالد المحضار، خلال الفترة من ٢٠٠١/٦/٤ إلى ٢٠٠١/٦/٨.

12- Mohammad Al Kahtani (also known as Mohammad Al-Qatani), during the period from 27/7/2001 to 4/8/2001.

١٢- محمد القحطاني (المعروف أيضاً باسم محمد القطاني)، خلال الفترة من ٢٠٠١/٧/٢٧ إلى ٢٠٠١/٨/٤.

You are also required not to transfer any funds to the persons mentioned in "first" & "second" above into any territory or country and in case you received funds from the said persons or for their favour to freeze such funds immediately.

يطلب منكم أيضاً عدم تحويل أية أموال إلى الأشخاص في "أولاً" و"ثانياً" أعلاه في أية منطقة أو دولة رفي حالة استلام أموال من الأشخاص المذكورين أو لصالحهم القيام بتجميدها فوراً.

Con'r. / 4

يتبع / ٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003437

SEP-04-02  09:44     FROM-CENTRAL BANK OF THE UAE          +971-2-8651744      T-286  P.04/04  F-881

~ 4 ~                                                         ‐ ٤ ‐

Central Bank Notice No.: 1879/2002          إشعار المصرف المركزي رقم: ٢٠٠٢/١٨٧٩

Please provide the Anti Money Laundering and     يرجى موافاة وحدة مواجهة غسل الأموال والحالات
Suspicious Cases Unit- Central Bank– Abu         المشبوهة – بالمصرف المركزي – أبوظبـي (فـاكس
Dhabi, (fax no. 02-6674501) with the original    رقــم ٦٦٧٤٥٠١-٠٢) بالوثائق الأصلية.
documents.

Yours faithfully,                                 وتفضلوا بقبول فائق الاحترام ،

                          سلطـان بن ناصـر السويـدي
                                  المحافظـة
                         Sultan Bin Nasser Al Suwaidi
                                   Governor

From: Bank or Moneychanger or Investment     من: بنك أو صرافة أو شركة استثمار أو نشاط مالية:
Company or Financial Institution.

| | | |
|---|---|---|
| ☐ There are no remittances purchased or sold travellers cheques in the names mentioned above. | ☐ لا توجد تحويلات مالية أو شـيكات سـياحية مشتراة / مباعة بالأسماء المذكورة أعلاه. | |
| ☐ There are remittances and travellers cheques and find attached documents and statements and related documents. | ☐ توجد تحويلات مالية وشيكات سياحية، وتجدون مرفقة الوثائق والكشوفات ذات الصلة. | |

| Auth. Sig. | المخول بالتوقيع | Auth. Sig. | المخول بالتوقيع |
|---|---|---|---|
| | | | |

1606-2002                                                         ٢٠٠٢/٦/٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 157O (GBD), United States District Court for the Southern District of New York

DIB_O03438

CONFIDENTIAL
This document is Subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003439

# DUBAI ISLAMIC BANK

No. 008743 /11

تاريخ Date: 1-11-00

بنك دبي الإسلامي

رقم الحساب / A/C No.: 01 520 7128363 01

CASH DEPOSIT

الاسم / Name: شكري احمد العزيز

| DENOMINATIONS | | AMOUNT | |
|---|---|---|---|
| | | Dhs. | Fils |
| المبلغ | العدد | | |
| × 1000 | 11 | 11,000 | |
| × 500 | 18 | 9,000 | |
| × 200 | 20 | | |
| × 100 | 10 | | |
| × 50 | 5 | | |
| × 20 | 2 | | |
| × 10 | 1 | | |
| × 5 | 5 | | |
| Coins | | | |
| المجموع | | 20,000 | |

ختم وتوقيع الصراف
CASHIER STAMP & SIGN.

DUBAI ISLAMIC BANK
SCREEN 595
2000 NOV 01   A 11:55
DUBAI BRANCH

اسم المودع / Depositor's Name
توقيع المودع / Depositor's Sign.

ONLY   Twenty thousand   only

TRANS. NO.

checked by   فحص بواسطة

سيتم رقم 1/2



كشف حـــــاب جــاري
**STATEMENT OF CURRENT ACCOU**

بــنـك دبــي الإسلامـيـن
DUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
ublic Shareholding Company Incorporated in U.A.E.

| | PAGE NO. الصفحة ١ |

عاسي عبد العزيز عاسي
ص ب 1695B دبي

| ACCOUNT NO. رقم الحساب ٠١ ٥٢٠ ٧١٢٨٣٦٣ ٠١ | BRANCH رع الرشيدية |
| From: ٢٠٠٠/٠١/٠١ من | CURRENCY العملة |
| To: ٢٠٠٠/١٢/٣١ الى | درهمي الإمـارات |

| BALANCE الرصيد | DEPOSIT ايـداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| ٠٠٠٠ | | | رصيد منقول | |
| ٥٠٠٠٠٠٠ | ٥٠٠٠٠٠٠ | | 421022 | ٢٠٠٠/٠٨/ |
| ٢٥٠٠٠٠٠٠ | ٢٠٠٠٠٠٠٠ | | 008743 | ٢٠٠٠/١١/ |
| ٢٨٠٠٠٠٠٠ | ٣٠٠٠٠٠٠ | | 754400 | ٢٠٠٠/١١/ |
| ٢٧,٩٧٥٠٠٠ | | ٢٥٠٠ | رسوم بطاقة شقادية | ٢٠٠٠/١١/ |
| ٢٧,٩٧٥٠,٨٢ | ٢٨٠٠٠٠٠٠ | ٢٥٠٠ | الرصيد المنتهاى فكى | |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* -ve DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O.E.

Head Office: Tel.: 2953000, Fax: 2954111, Tlx.: 45989 / 48772 ISLAMI EM, P.O. Box: 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 157O (GBD), United States District Court for the Southern District of New York

DIB_003440

‏كشف حـــــاب جــاري
**STATEMENT OF CURRENT ACCOU**

**DUBAI ISLAMIC BANK**
‏بنك دبي الإسلامي
‏شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company Incorporated in U.A.E.

| | PAGE NO. ‏صفحة | ١ |
|---|---|---|

‏علي عبد العزيز علي
‏ص ب 16958 دبي

| ACCOUNT NO. ‏رقم الحساب | ٠١٠ ٥٢٠ ٧١٢٨٣٦٣ .١ | BRANCH ‏فرع | ‏ام ش بيدي |
|---|---|---|---|

| From ‏من : ٢٠٠١/١/١ | CURRENCY ‏العملة | ‏درهم الإمارات |
|---|---|---|
| To ‏إلى : ٢٠٠١/١٢/٣١ | | |

| BALANCE ‏الرصيد | DEPOSIT ‏إيداع | WITHDRAWAL ‏سحب | PARTICULARS ‏التفاصيل | DATE ‏ت |
|---|---|---|---|---|
| ٢٧,٩٧٥٠,٠٠ | | | ‏رصيد منقول | |
| ٢٩,٤٧٥٠,٠٠ | ١,٥٠٠٠,٠٠ | | 1118705 | ٢٠٠١/١/٣. |
| ٤,٤٧٥٠,٠٠ | | ٢٥٤,٠٠٠٠,٠٠ | 104802 | ٢٠٠١/٩/٧. |
| ٤,٤٦٠٠,٠٠ | ١٢٥,٠٠ | | 986637 | ٢٠٠١/٩/٧. |
| ١,٥٩٨,٠٠ | | ٣٠,٢٠,٠٠ | ‏بسحب الصراف الآلي | ٢٠٠١/٩/٧. |
| ٩٦,٠٠ | | ١,٥٠,٢,٠٠ | ‏بسحب الصراف الآلي | ٢٠٠١/٩/٧. |
| ٩٣,٠٠ | | ٣,٠٠ | ‏قسم رسوم مطبوعات | ٢٠٠١/١٠. |
| ٧٨,٠٠ | | ١٥,٠٠ | Electron CA – ATM | ٢٠٠١/١٠. |
| ١٧,٤٩ | | ٦٠,٥١ | 1102/KHI1 SLICO | ٢٠٠١/١٠. |
| ٤٩٣,٧١ | ١,٧٥٠,٠٠ | ١٥,٥٨,٢٧٥,٥١ | ‏الرصيد الختامي | |

* Unless we receive a claim from your side within 15 days it's a statement will be considered correct.
* (-) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

‏مالم نستلم اعتراض خلال ١٥ يوما يعتبر هذا الكشف صحيحا
‏العبرة الرصيد عليكم
‏الرجاء اخبارنا كتابة في حالة تغيير عنوانكم

Head Office : Tel.: 2953000, Fax.: 2954111, Tlx: 45889 / 46772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03441

SEP-12-02   11:47   FROM-BSED                    +971 2 6858915        T-468   P.001/002   F-461

كشف حــــاب جــاري
**STATEMENT OF CURRENT ACCOUNT**

بنك دبي الإسلامي
ЗАІ ISLAMIC BANK
شركة مساهمة عامة مؤسسة في دولة الإمارات ال
Shareholding Company Incorporated in U.A.E.

| | PAGE NO. | رقم الصفحة ١ |

عاصي عبد العزيز علي
ص ب ١٦٩٥٨ دبي

| ACCOUNT NO. رقم الحساب | BRANCH فرع |
| ٠١٠٥٢٠٧١٢٨٣٦٣٠١ | الس عليوحي |

| From: ٢٠٠١/٠١/٠١ من | CURRENCY العملة |
| To: ٢٠٠١/١٢/٣١ الى | درهم الإمارات ت |

| BALANCE الرصيد | DEPOSIT ايداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| | | | Tra-No    Thn  Pr | |
| | | | 140    27  1 | |
| ٥٠٠٠٠٠٠ | ٥٠٠٠٠٠٠ | | 58  595 1  421022 | ٢٠٠١/٠٨ |
| ٢٥٠٠٠٠٠ | ٢٠٠٠٠٠٠ | | 70    27  1  008743 | ٢٠٠١/١١ |
| ٢٨٠٠٠٠٠ | ٣٠٠٠٠٠٠ | ٢٥٠٠٠ | 754400 | ٢٠٠١/١١ |
| ٢٧٥٩٧٥٠٠ | | ٢٥٠٠٠ | رسوم بطاقة تسليفية | ٢٠٠١/١١ |
| | | | | |
| ٢٧٥٩٧٥٠٠ | ٢٨٠٠٠٠٠ | ٢٥٠٠٠ | الرصيد   الانتهائي | |

We will receive at our desk your side within 15 days this statement will be considered correct
DENOTES DEBIT BALANCE
ASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS

Office : Tel.: 2953000, Fax : 2954111, Tix : 45589 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003442



كـــشـــف حـــســـاب جـــاري
**STATEMENT OF CURRENT ACCOUNT**

بنك دبي الإسلام
AI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية
shareholding Company incorporated in U.A.E.

| | | | | | |
|---|---|---|---|---|---|
| PAGE NO. رقم الصفحة | ١ | | | | |

علي عبد العزيز علي
ص ب 16958 دبي

| ACCOUNT NO. رقم الحساب | | BRANCH الفرع |
|---|---|---|
| ٠١ ٥٢٠ ٧١٢٨٣٦٣ .١ | | الرئيسي |

| From ٢٠٠٠/٠١/٠١ من : | CURRENCY العملة |
|---|---|
| To : ٢٠٠٠/١٢/٣١ إلى : | درهم الإمارات |

| BALANCE الرصيد | DEPOSIT إيداع | WITHDRAWAL سحب | PARTICULARS البيان | الشيك | DATE التاريخ |
|---|---|---|---|---|---|
| ٠٠٠٠ | | | رصيد منقول | | |
| ٥٠٠٠٠٠٠ | ٥٠٠٠٠٠٠ | | | 421022 | ٢٠٠٠/٠٨/٠٨ |
| ٢٥٠٠٠٠٠٠ | ٢٠٠٠٠٠٠٠ | | | 008743 | ٢٠٠٠/١١/٠١ |
| ٢٨٠٠٠٠٠٠ | ٣٠٠٠٠٠٠ | | | 754400 | ٢٠٠٠/١١/٢٢ |
| ٢٧٩٧٥٠٠٠ | | ٢٥٠٠ | رسوم بطاقة نقدية | | ٢٠٠٠/١١/٢٢ |
| ٢٧٩٧٥٠٢٧ | ٢٨٠٠٠٠٠٠ | ٢٥٠٠ | الرصيد النهائي : | | |

If we do not receive a claim from your side within 15 days this statement will be considered correct.
PLEASE NOTIFY IF THERE IS ANY CHANGE IN YOUR ADDRESS.

Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM,  P.O. Box : 1080 Dubai   الرئيسي : هاتف : ٢٩٥٣٠٠٠، فاكس : ٢٩٥٤١١١، تلكس : ٤٥٨٨٩ / ٤٨٧٧٢ إسلامي أي إم، ص ب : ١٠٨٠ ـ دبي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003443

PAGE 01/03

# CENTRAL BANK OF THE U.A.E.



مصرف الإمارات العربية المتحدة المركزي

Ref. : 13-7/351/2005

Date : 22/03/2005

الإشارة : ١٣-٧/٣٥١/٢٠٠٥

التاريخ : ٢٠٠٥/٠٣/٢٢

Mr. Butti Khalifa Bin Darwish Al Falasi
Chief Executive
Dubai Islamic Bank
P. O. Box : 1080
Dubai

السيد/ بطي خليفة بن درويش الفلاسي   المحترم
الرئيس التنفيذي
لبنك دبي الإسلامي
ص.ب : ١٠٨٠
دبي

After greetings,,

السلام عليكم ورحمة الله وبركاته،،

Sub.:   Certification of Business Records

الموضوع:   شهادة لسجلات الأعمال

Please be advised that an official from the American Embassy in Abu Dhabi accompanied by one of Central Bank's staff will visit your bank to request your authorized staff to fill-in a Certification of Business Records in Arabic and English (copy enclosed) on documents relating to one of your clients and/or transactions conducted via your bank on behalf of one of your clients previously provided to us (your concerned staff would have a chance to verify these records at the proposed visit).

نرجو إعلامكم بأن مسؤولاً من السفارة الأمريكية في أبوظبي يرافقه موظفاً من المصرف المركزي سيقومان بزيارة بنككم للطلب من موظفيكم المخولين بملء شهادة لسجلات الأعمال باللغة العربية والإنجليزية (مرفق نسخة)، بشأن وثائق تتعلق بأحد عملائكم و/أو تعاملات تمت من خلال بنككم لصالح أحد عملائكم تمت موافاتنا بها في السابق (سيتمكن موظفيكم المعنيين من التحقق من هذه السجلات بمعرفتهم عند الزيارة المقترحة).

For your information, the above certification will be used by the concerned US authorities in an upcoming trail in the Eastern District of Virginia – United States of America.

لمعلوماتكم، فإن الشهادة أعلاه سيتم استخدامها من قبل السلطات المعنية في الولايات المتحدة في محاكمة قادمة في المقاطعة الشرقية من فيرجينيا – الولايات المتحدة الأمريكية.

Yours faithfully,

وتفضلوا بقبول فائق الاحترام،

سلطان بن ناصر السويدي
المحافظ

Sultan Bin Nasser Al Suwaidi
Governor

26/4-05

أبوظبي - ص.ب ٨٥٤ - تلفون : ٦٦٥٢٢٢٠ - فاكس : ٦٦٥٢٥٠٤ - تلكس : Management /Banking Operations 22396 / 22577, Treasury: 22330 / 2331؛
~BU  DHABI: P.O. BOX: 854-Telephone: 6652220-Fax: (02) 6652504 - Tlx.: Management /Banking Operations 22396 / 22577, Treasury: 22330 / 2331؛
Branches Telephones:Dubai: 3839777, SHJ: 5592592, RAK: 2284444, AL Ain: 7856656, FUJ: 2224040

25/04  2005  MON  09:00

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 157O (GBD), United States District Court for the Southern District of New York

DIB_O03444

## CERTIFICATION OF BUSINESS RECORDS

I, the undersigned _____, with

_____*(Name)*

the understanding that I am subject to criminal penalty under the laws of the United Arab

Emirates for an intentionally false declaration, declare that I am employed by/associated with:

_____

_____*(Name of business from which documents are sought)*

in the position of: _____

_____*(Business position or title)*

and by reason of my position am authorized and qualified to make this declaration.

Each of the records attached hereto is a record in the custody of the above-named business that:

1.  was made at or near the time of the occurrence of the matters set forth therein by (or from information transmitted by) a person with knowledge of those matters;

2.  was kept in the course of regularly conducted business activity;

3.  was made by the business as a regular practice; and

4.  if not an original record, is a duplicate of the original.

Date of execution: _____

Place of execution: _____

Signature: _____

25/04 2005 MON 09:00  [TX/RX NO 6414]  Ø002

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003445

<div dir="rtl">

## شهادة لسجلات الأعمال

أنا الموقع أسفله _____ , وأنا على
(الاسم بالكامل)

علم بأن شهادة الزور المتعمدة تعرض صاحبها لعقوبة جنائية طبقا لقوانين دولة الإمارات العربية المتحدة.

أعلن أنني موظف لدى _____ أو على علاقة معهم.
(اذكر اسم العمل الذي أصدر السجلات المشار إليها)

بمنصب: _____
(المنصب أو اللقب)

وبموجب منصبي هذا فأنا مفوض ومؤهل لتقديم هذا الإقرار.

كل من السجلات المرفقة هنا هو من سجلات العمل الآنف الذكر.  وكذلك:

1.   فإن التاريخ المذكور في السجل هو بالفعل التاريخ الذي وقع فيه الحدث أو أنه قريب منه, وإن الشخص الذي أعد هذا السجل على علم به, أو أن شخصاً مطلعاً على هذا الأمر هو الذي أعلمه به.

2.   الاحتفاظ بهذه السجلات أمر متبع عادة في هذا العمل.

3.   إعداد هذه السجلات إجراء عادي في هذا العمل.

4.   هذه السجلات هي إما سجلات أصلية أو أنها نسخة مطابقة للأصل.


تاريخ التوقيع: _____

مكان التوقيع: _____

التوقيع: _____

</div>

25/04 2005 MON 09:00  [TX/RX NO 6414] 🏢003

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003446

مصرف الإمارات العربية المتحدة المركزي
## CENTRAL BANK OF THE U.A.E.

| | | |
|---|---|---|
| Central Bank | | قرار المصرف |
| Decision No. : | 2436 1/2002 | رقم القرار المركزي : |
| Date : | 26/08/2002 | التاريخ : |
| To : | All Banks, Moneychangers, Investment Companies, other Financial Institutions Operating in the UAE (including Insurance sector and Financial Markets). | المحترمين : كافة البنوك وشركات الصرافة وشركات الاستثمار والمؤسسات المالية الأخرى العاملة في دولة الإمارات (يشمل قطاع التأمين والأسواق المالية). |

After Greetings:

بعد التحية ،

Based on United Arab Emirates Decision in conjunction with the International efforts to fight terrorism, you are required to search for immediately and freeze any accounts, deposits, investments or remittances in the names of the following ( whether existing now or existed in the past):

بناءً على قرار دولة الإمارات العربية المتحدة بالتنسيق مع الجهود الدولية لمكافحة الإرهاب، يطلب منكم فوراً البحث عن وتجميد أية حسابات أو ودائع أو استثمارات أو تحويلات نسبة بالأسماء التالية (سواء موجودة حالياً أو وجدت سابقاً):

Natural Persons:

الأشخاص الطبيعيين:

1.  Mr. Ali Abdul Aziz Ali (also known as Isam Mansour, Isam Mansour (Isam Mansur), DOB 29/08/1977 POB Kuwait, holder of Pakistan passport No. B 9 1562 issued in Karachi, Pakistan on 20/01/1998 and expires on 02/01/2003

2.  Mr. Mustafa Ahmed Adam al-Hawsawi (also known as Mustafa Ahmed Hashim al-Hawsawi), DOB 05/08/1968, POB Jeddah – Kingdom of Saudi Arabia, holder of Saudi passport No. B 686512, issued in Jeddah – Kingdom of Saudi Arabia on 24/03/1999 and expires on 31/12/2003.

3.  Mr. Yasser Hadi Barak Al-Otaibi (also known as Yasser B.B. Al-Otaibi), DOB 17/04/1980, POB Riyadh, Kingdom of Saudi Arabia, holder of Saudi passport No. C 281515, issued in Riyadh, Kingdom of Saudi Arabia on 09/07/2000 and expires on 15/05/2005.

Continue 2

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 15 70 (GBD), United States District Court for the Southern District of New York

DIB_003447



بنــك دبـي الإسلامـي
DUBAI ISLAMIC BANK

التاريخ 2002/09/03

السيد / عبد الرحيم محمد العوضي المحترم.

مدير أول / دائرة الرقابة و التفتيش على المصارف

المصرف المركزي

فاكس : 6674501—02

السلام عليكم و رحمة الله و بركاته .. وبعد

الموضوع : إشعار رقم 2002/361/2 بتاريخ 2002/08/25

١.   يوجد طرفنا حساب جاري راكد باسم : علي عبد العزيز علي .. رقم الحساب
      : 01—7128363—520—01 .. وبرصيد قدره 17 درهـــم .. وتـاريخ آخــر حركـة
      2001/10/06 .. وتم إجراء الحجز اللازم عليه .. ونرفق لكم الوثـــــائق المطلوبـة و
      الخاصة بالحساب..

      مع الاعتذار لوجود رقم حساب خطأ (01—7581793—520—01) في رســــالتنا المؤرخــة في
      2002/08/31 ( خطأ غير مقصود).

٢.   يرجى تزويدنا بمزيد من التفاصيل ( صورة جواز السفر .. ) للمذكوريـــن أدنــاه
      حتى نتمكن من تحديد الأشخاص المعنيين بصورة نهائية .

      • السيد / حاجي وزير.

      • السيد / دلبار خان او دلدار خان.

      • محمد عبد الظاهر.

      شاكرين لكم تعاونكم الدائم.



ش/ محمد عبد الرحمن الكبري
مدير  إدارة العمليات المركزية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 157O (GBD). United States District Court for the Southern District of New York

DIB_003448

# DUBAI ISLAMIC BANK



بَنْكُ دُبَيِّ الإِسْلامِي

طلب فتح حساب جاري

## Current Account Opening Form

Date _____     التاريخ ٨/١/٠٠٠

| Acc. No. | V١٨٨٢٦٣ | رقم الحساب |

To,
The Manager, DUBAI ISLAMIC BANK,     السيد / مدير بنك دبي الاسلامي
Branch _____     فرع المكتب ١

Dear Sirs,     تحية طيبة وبعد ،

ارجو فتح حساب جاري في دفاتركم وفقا للبيانات الموضحة ادناه :

You are kindly requested to open in your books a Current Account, as per the following particulars:-

| | | |
|---|---|---|
| Name in full | حجان عبد العزيز خان | الاسم بالكامل |
| Nationality | باكستاني | الجنسية |
| Profession | بزنس من كمبيوتر | المهنة |
| Address | دبي . ص . ب : ١٦٥٥٨ تليفون : ٠٥٠-٦٧٤٥٦٥١ | العنوان |
| Introduced By | علاء الدين جميل (رقم حساب ٨٠٠-٧٠٠٠-٣٣٤) | المزكي |

Statement of account to be dispatched     ترسل كشوفات الحساب :

I, hereby, undertake to comply with the Bank's rules for the conduct of such account, and it is understood and mutually agreed upon that no overdraft will be allowed without prior consent of the Bank.

اتعهد بالتقيد بالقواعد التي يضعها البنك لتنظيم هذا الحساب ، ومن المفهوم والمتفق عليه انه سوف لا يسمح لي بأي سحب على المكشوف دون سابق موافقة من البنك .

Signature     التوقيع

نوقيع اغتمص

See over leaf     انظر خلفه

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003449

الشروط الخاصة بالحسابات الجارية :

وهي الحسابات الدائنة التي تكون مهيأة للسحب والايداع بلا قيد ولا شرط و يسمح فيها باستعمال الشيكات وغيرها من وسائل السحب والتصرف بالحساب وذلك حسب الشروط التالية : ـ

١ ـ تكون الاموال المودعة في الحساب الجاري اموالا مفوضة للاستعمال وائرد عند الطلب وهي لا تشارك باية نسبة في أرباح الاستثمار ولا تتحمل مخاطره .

٢ ـ يكون صاحب الحساب الجاري مقيدا بالسحب في حدود مقدار الرصيد الجاهز والمهيأ للاداء ولا يحق له ان يسحب ما يزيد عن رصيده الجاهز . ولو كان لديه شيكات مودعة لم يتم تحصيل قيمتها حسب طريقة المقاصة المتبعة .

٣ ـ يصدر البنك لاصحاب الحسابات الجاريه به كشوفات دورية تبين حركة الحساب في الدائن والمدين و يكون الحساب صحيحا وموافقا عليه نهائيا اذا لم يتسلم البنك اى اعتراض على صحته خلال خمسة عشر يوما من تاريخ وصول الكشف لصاحب الحساب . .......

٤ ـ يكون البنك مخولا بان يقيد على الحساب الجاري للعميل اية قيود تتعلق بالنفقات والمصاريف واية معامله من المعاملات المصرفية المتعلقة بصاحب الحساب .



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 157O (GBD), United States District Court for the Southern District of New York

THIS PASSPORT
CONTAINS 36 PAGES
CE PASSPORT
CONTIENT 36 PAGES

پاسپورٹ
جوازالسفر
PASSPORT
PASSEPORT

یہ پاسپورٹ ٣٦ صفحات پر مشتمل ہے
یحتوی هذا الجواز علی ٣٦ صفحة

PAKISTAN
پاکستان

40590/2

پاسپورٹ نمبر – رقم جواز السفر
NO OF PASSPORT
NO DU PASSPORT

E911562

حامل کا نام – اسم حامل الجواز
NAME OF BEARER
NOM DU TITULAIRE

Mr Ali

والد / شوہر کا نام – اسم الوالد / الزوج
NAME OF FATHER/HUSBAND
NOM DU PERE/DU MARI

S/o: Abdul Aziz
Ali

حامل کا پیشہ – مهنة حامل الجواز
PROFESSION OF BEARER
PROFESSION

Private Service

جائے پیدائش و تاریخ پیدائش مکان و تاریخ الولادة
PLACE AND DATE OF BIRTH
LIEU ET DATE DE NAISSANCE

Kuwait
29·8·1977

مذہب – الدیانة
RELIGION / RELIGION

Muslim

شناختی کارڈ نمبر رقم بطاقة اثبوتیة
IDENTITY CARD NO
NUMERO DE CARTE D'IDENTITE

507-77-286504

پاکستان کے باشندے مواطن باکستانی
CITIZEN OF PAKISTAN
NATIONALITE PAKISTANAISE

حالة الجنسیة
NATIONAL STATUS
NATIONALITE



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

مائل کی تصویر - الصورة الشمسية لحامل
PHOTOGRAPH OF BEARER
PHOTOGRAPHIE DU TITULAIRE

هذا الجواز صالح لمدة خمس سنوات
VALIDITY OF THIS PASSPORT EXPIRES ON :
LE RENOUVELLEMENT CE PASSEPORT EXPIRE LE

2nd Jun. 2003

E911562

پاکستان ميں مستقل پتہ - العنوان الدائم في باكستان
PERMANENT ADDRESS IN PAKISTAN
L'ADRESSE PERMANENTE EN PAKISTAN

A-3015 Mohd Hasan
Ho. Rd. Jim.
Karachi

موجوده پتہ - العنوان الحالي
PRESENT ADDRESS
L'ADRESSE PRESENTE

بچّے - الاطفال-الاطفال لمرضع
CHILDREN—ENFANTS

| نام - الاسم | تاريخ پيدائش - تاريخ الولادة | جنس - الجنس |
|---|---|---|
| NAME NOM | DATE OF BIRTH DATE DE NAISSANCE | SEX SEXE |

E911562

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003452



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03453

*A77R000*                    إستفسار عن حساب                         08/08/00

                                              رقم الحساب : 1  1  520 7128363
الإسم الكامل   :   علي عبد العزيز بن علي
إسم المراسلة   :   علي عبد العزيز بن علي
عنوان المراسلة :   ص.ب 16958 دبي

عنوان خطأ        :
متعامل متميز      :
فرع و تاريخ براءة اندمة :               00                رقم الهاتف : 0506745651
لغة المراسلة :   عربي                   فاكس / نداء : 048819192
سنة الميلاد :   77                      الجنسية : 32 الباكستان
الجنس :   1  ذكر                         الديانة : 1  مسلم
رقم جواز السفر : 911562                  الإقامة : 1  مقيم
الشكل القانوني : 1  فرد                  كود إقتصادي : 111 حسابات شخصية  Y
عمولة شيك مرتجع : Y                      رسوم تحصيل شيك : Y
تاريخ الاصدار :                          رقم رخصة تجارية :
صدرت من :                                تاريخ الانتهاء :
كشف الحساب :   سري  سنوي               حالة الحساب : 0  متحرك
كود الربح : لفتح : 08/08/00            تحويل الرواتب : Y  لا
الإنتاج : ........       الأشو :        كود الوكيل / مشترك :
الارصدة 5000.00         الحالي : 5000.00   المحجوز :
تاريخ آخر حركة : 08/08/0
**************************************************
F1 = للخروج    SF4 = لخلاء الشاشة    F12 = للإستعراض
تم عرض البيانات بنجاح                          شاشة : 0520

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003454

بنك دبي الإسلامي   رقم الشاشة : 520                 التاريخ : 1/09/03
السوفت : العامل تعامل / العكامل                     الوقت : 13:19

رقم المتعامل : 7129343   علي عبد العزيز غبن
نوع الاقتصادي : 111   حالة المتعامل : قائم

نوع الحساب : رقم الحساب : 

| | | 17.49 | ٪/ | ١ | 0.00 | 0.00 |
| | | 17.43 | ٪/ | ١ | 999999,999.00 | 0.00 |

| | | 17.49 | | | 0.00 | 0.00 |

مبلوغات الفائدة :                      تاريخ الإصدار : 0000/00/00   السعر : 00

**CONFIDENTIAL**

This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003456

كشف حـساب جـاري
## STATEMENT OF CURRENT ACCOUN

بنك دبـي الإسلامـي
JBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الامارات العربية
Shareholding Company Incorporated in U.A.E.

عاصي عبد الكريم عاصي
ص ب 16958 دبي

| | | | | |
|---|---|---|---|---|
| PAGE NO. رقم الصفحة | | | | ١ |

| ACCOUNT NO. رقم الحساب | BRANCH الفرع |
|---|---|
| ٠١ ٥٢٠ ٧١٢٨٣٦٣ ٠١ | السريكيبردي |

| From: ٢٠٠٠/٠١/٠١ من: | CURRENCY العملة |
|---|---|
| To: ٢٠٠٠/١٢/٣١ الى: | درهم الإمارات |

| BALANCE الرصيد | DEPOSIT ايداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| ٠٠٠٠ | | | رصيد منقول | |
| ٥٠٠٠٠٠٠ | ٥٠٠٠٠٠٠ | | 421022 | ٢٠٠٠/٠٨/٠٠ |
| ٢٥٠٠٠٠٠٠ | ٢٠٠٠٠٠٠٠ | | 008743 | ٢٠٠٠/١١/٠١ |
| ٢٨٠٠٠٠٠٠ | ٣٠٠٠٠٠٠ | | 754400 | ٢٠٠٠/١١/٢١ |
| ٢٧٩٧٥٠٠٠ | | ٢٥٠٠ | رسوم بطاقة نقدية | ٢٠٠٠/١١/٢١ |
| ٢٧٩٧٥٠٧٤ | ٢٨٥٠٠٠٠ | ٢٥٠٠ | السي عديد النهايني | |

ss we receive a claim from your side within 15 days this statement will be considered correct.
DENOT ES DEBIT BALANCE
ASE IN FORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
O. E

Office : Tel.: 2953000, Fax : 2954111, Tlx : 45899 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_O03457

كــشف حـــساب جــاري
## STATEMENT OF CURRENT ACCOUNT

بنــك دبــي الإسلامي
JBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية
Shareholding Company Incorporated in U.A.E.

| PAGE NO. | رقم الصفحة |
|---|---|
| | ١ |

عاني عبد العزيز عاني
ص ب ١٦٩٥٨ دبي

| ACCOUNT NO. رقم الحساب |
|---|
| ٠١٠٥٢٠٧١٢٨٣٦٣٠١ |

| BRANCH الفرع |
|---|
| السريديسي |

| From: ٢٠٠١/٠١/٠١ من: |
|---|
| To: ٢٠٠١/١٢/٣١ إلى: |

| CURRENCY العملة |
|---|
| درهم الإمارات |

| BALANCE الرصيد | DEPOSIT إيداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| ٢٧٬٩٧٥٠٬٠٠ | | | رصيد مستقول | |
| ٢٩٬٤٧٥٠٬٠٠ | ١٥٠٬٠٠٠٠ | | ١١١٨٧٠٥ | ٢٠٠١/٣/١٧ |
| ٤٬٣٤٧٥٠٬٠٠ | | ٢٥٠٬٠٠٠٠ | ١٠٤٨٠٢ | ٢٠٠١/٩/١٠ |
| ٤٦٧٠٬٠٠٠ | ١٧٥٠٬٠٠ | | ٩٨٦٦٣٧ | ٢٠٠١/٩/١٠ |
| ١٬٥٦٩٨٠٬٠٠ | | ٣٠٠٬٠٠٠٠ | مكتب الصرافة ١ ابي | ٢٠٠١/٩/١٠ |
| ٩٦٠٬٠٠ | | ١٥٠٬٧٥٠٠ | مكتب الصرافة ١ ابي | ٢٠٠١/٩/١٠ |
| ٩٣٠٬٠٠ | | ٣٠٬٠٠ | منقوم بنوبنتقي | ٢٠٠١/١٠/٠١ |
| ٧٨٠٬٠٠ | | ١٥٠٬٠٠ | Electron CA - ATM | ٢٠٠١/١٠/٠٦ |
| ١٧٬٥٩ | | ٦٠٬٥١ | 1102/KHI1 SLICO | ٢٠٠١/١٠/٠٦ |
| ١٧٬٥٩ | ١٬٥٧٥٠٬٠٠ | ٢٩٬٥٨٢٠٬٥١ | الرصيد الشباكي : | |

ss we receive a claim from your side within 15 days this statement will be considered correct.
ENOTES DEBIT BALANCE
SE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
O. E.

ما لم يصلنا أي اعتراض خطي من قبلكم خلال ١٥ يوماً يعتبر هذا الكشف صحيحاً :
( — ) تعني الرصيد عليكم
الرجاء ابلاغنا خطياً في حالة تغيير عنوانكم
ماعدا السهو والغلط

Tice : Ter.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

## CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003458

كـــشف حـــــــــاب جـــاري
STATEMENT OF CURRENT ACCOUN

بنـك دبــي الإسلامي
JBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية
Shareholding Company Incorporated in U.A.E.

| | |
|---|---|
| PAGE NO. | قم الصفحة ١ |

عامى عبد المعزين عامى
ص ب ١٦٩٥٨ دبـى

| ACCOUNT NO.   رقم الحساب | BRANCH   فرع |
|---|---|
| ٠١٠ ٥٢٠ ٧١٢٨٣٦٣ ٠١ | الــرشيدية |

| From  ٢٠٠٢/٠١/٠١   :من | CURRENCY   عملة |
|---|---|
| To  ٢٠٠٢/٠٤/٣٠  :إلى | درهم الإمارات  |

| BALANCE الرصيد | DEPOSIT إيداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| ١٧٫٤٩ | | | رصيد  مستقول | |
| ١٧٫٤٩ | | | الرصيد  النهائي : | |
| | | | | |

less we receive a claim from your side within 15 days this statement will be considered correct.
DENOTES DEBIT BALANCE
EASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
& O.E.

ما لم يصلنا أي اعتراض خطي من قبلكم خلال ١٥ يوماً يعتبر هذا الكشف صحيحاً .
( — ) تعني الرصيد عليكم
الرجاء الإعلام خطياً في حالة تغيير عناوينكم .
ساهـ السهو والخطأ .

Office : Tel : 2953000, Fax : 2954111, Tlx : 45899 / 46772 ISLAMI EM, P.O. Box : 1060 Dubai

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 15 70 (GBD), United States District Court for the Southern District of New York

DIB_O03459

كشف حـــــساب جــاري
## STATEMENT OF CURRENT ACCOU

بنك دبــي الإسلامي
DUBAI ISLAMIC BANK

شركة مساهمة عامة مسجلة في دولة الامارات العربية
Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. | صفحة |

| ACCOUNT NO. | رقم الحساب | | BRANCH | ع |

| From : | من : |
| To : | الى : |

| CURRENCY | لة |

| BALANCE الرصيد | DEPOSIT إيداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE خ |
|---|---|---|---|---|
| | | | | |

* Unless we receive a claim from your side with in 15 days this statement will be considered correct.
* (–) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

Head Office : Tel : 2963000, Fax : 2954111, Tlx : 46569 / 46772 ISLAMI EM, P.C. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003460

كشف حـــساب جــاري
**STATEMENT OF CURRENT ACCOU**

بنك دبي الإسلامي
DUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
 blic Shareholding Company incorporated in U.A.E.

| PAGE NO. | الصفحة |

| ACCOUNT NO. | رقم الحساب | | BRANCH | فرع |

| From : | من |
| To : | الى |

| CURRENCY | عملة |

| BALANCE الرصيد | DEPOSIT ايداع | WITHDRAWAL مسحب | PARTICULARS التفاصيل | DATE خ |
|---|---|---|---|---|
| | | | | |

- Unless we receive a claim from your side within 15 days this statement will be considered correct.
- (−) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
- E. & O. E.

Head Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 45772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

كشف حــــساب جــاري
**STATEMENT OF CURRENT ACCOU**

بنـك دبــي الإسلامي
ĐUBAI ISLAMIC BANK
شركة مساهمة عامة تستند في دولة الإمارات العربية المتحـ
ublic Shareholding Company incorporated in U.A.E.

| | PAGE NO. | الصفحة |
|---|---|---|

| | ACCOUNT NO. | رقم الحساب | | BRANCH | ع |
|---|---|---|---|---|---|

| | From : | من : | | CURRENCY | لة |
|---|---|---|---|---|---|
| | To : | الى : | | | |

| BALANCE | الرصيد | DEPOSIT | ايـداع | WITHDRAWAL | سحـب | PARTICULARS | التفاصيل | DATE | يخ |
|---|---|---|---|---|---|---|---|---|---|

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (−) DE NOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

Head Office : Tel.: 2953000 , Fax : 2954111 , Tlx : 45889 / 48772 ISLAMI EM , P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03462

كشف حـــــــــساب جــاري
**STATEMENT OF CURRENT ACCOU**

بنــك دبـــي الإسلامي
DUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company incorporated in U.A.E.

| | PAGE NO. | الصفحة |

| ACCOUNT NO. | رقم الحساب | | BRANCH | ع |

| From | : من | | CURRENCY | لة |
| To | : الى | | | |

| BALANCE الرصيد | DEPOSIT إيداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE يخ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (-) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

Head Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003463



بنـك دبـي الإسـلامـي
DUBAI ISLAMIC BANK

التاريخ : 2005/04/26

السيد / عبد الرحيم محمد العوضى المحترم.

مساعد مدير تنفيذي – دائرة الرقابة و التفتيش على المصارف

المصرف المركزي

فاكس : 02-6669427

السلام عليكم و رحمة الله و بركاته  .. وبعد

الموضوع : الاشارة رقم 2005/351/7–13 بتاريخ 2005/03/22

نــرفق لكم "شهادة لسجلات الاعمال" و الخاصة بالحساب رقم 01–7128363–520–01

باسم : علي عبدالعزيز علي ، علما بان رصيد الحساب المذكور هو : 17.49 درهم (فقط

سبعة عشر درهم و تسع و اربعون فلسا لاغير).

موقعة حسب الاصول.

شاكرين لكم تعاونكم الدائم،،،

زهير سعيد الربيعي

رئيس قسم مكافحة غسل الاموال

04-2112140

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2951000 Fax: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD   DUIBAEAD
www.alislami.co.ae

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03464

<u>CERTIFICATION OF BUSINESS RECORDS</u>

I, the undersigned *Zohair Said Al-Rabii*, with
<div align="center">*(Name)*</div>

the understanding that I am subject to criminal penalty under the laws of the United Arab

Emirates for an intentionally false declaration, declare that I am employed by/associated with:

<div align="center">*Dubai Islamic Bank*</div>
<div align="center">*(Name of business from which documents are sought)*</div>

in the position of: *Anti-Money Laundering Section Head*
<div align="center">*(Business position or title)*</div>

and by reason of my position am authorized and qualified to make this declaration.

Each of the records attached hereto is a record in the custody of the above-named business that:

1. was made at or near the time of the occurrence of the matters set forth therein by (or from information transmitted by) a person with knowledge of those matters;

2. was kept in the course of regularly conducted business activity;

3. was made by the business as a regular practice; and

4. if not an original record, is a duplicate of the original.

Date of execution: *26. 4. 2005*

Place of execution: *Dubai - UAE*

Signature:

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_O03465

<u>شهادة لسجلات الأعمال</u>

أنا الموقع أسفله ___ *زهير سعيد الربيع* ___, وأنا على
<div align="center">(الإسم بالكامل)</div>

علم بأن شهادة الزور المتعمدة تعرض صاحبها لعقوبة جنائية طبقا لقوانين دولة الإمارات العربية المتحدة.

أعلن أنني موظف لدى: ___ *بنك دبي الإسلامي* ___ أو على علاقة معهم.
<div align="center">(أذكر إسم العمل الذي أصدر السجلات المشار إليها)</div>

بمنصب: ___ *رئيس قسم حافظة - عنيل الأموال* ___
<div align="center">(المنصب أو اللقب)</div>

وبموجب منصبي هذا فأنا مفوض ومؤهل لتقديم هذا الإقرار.

كل من السجلات المرفقة هنا هو من سجلات العمل الآنف الذكر. وكذلك:

1. فإن التاريخ المذكور في السجل هو بالفعل التاريخ الذي وقع فيه الحدث أو أنه قريب منه، وإن الشخص الذي أعد هذا السجل على علم به، أو أن شخصا مطلعا على هذا الأمر هو الذي أعلمه به.

2. الاحتفاظ بهذه السجلات أمر متبع عادة في هذا العمل.

3. إعداد هذه السجلات إجراء عادي في هذا العمل.

4. هذه السجلات هي إما سجلات أصلية أو أنها نسخة مطابقة للأصل.

تاريخ التوقيع: ___ *2005/4/26* ___

مكان التوقيع: ___ *دبي - الإمارات العربية المتحدة* ___

التوقيع: ___

DUBAI ISLAMIC BANK

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003466



CENTRAL BANK OF THE U.A.E.

مصرف الإمارات العربية المتحدة المركزي

Ref. :

Date :

Mr. Butti Khalifa Bin Darwish Al Falasi
Chief Executive Officer
Dubai Islamic Bank
P.O. Box : 1080
Dubai

After greetings..

Please immediately provide the Anti-Money Laundering and Suspicious Cases Unit- Central Bank- Abu Dhabi. (fax no. 02-6674501) regarding the following accounts:
1) No. 015207128363.
2) No. 5807600332.
with the below mentioned documents.

1) Accounts opening applications and their related documentations.

2) Statements of accounts from 1/4/2000 till date.

**You are requested not to inform the concerned party/ parties of this inquiry in accordance with Article (12) of the Federal law No. (4) of 2002, regarding criminalization of Money Laundering.**

Yours faithfully,

سلطان بن ناصر السويدي
المحافظ
Sultan Bin Nasser Al Suwaidi
Governor

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

كـشف حـــــاب جـاري
## STATEMENT OF CURRENT ACCOUNT

بنك دبي الإسلامي
Public Shareholding Company incorporated - U.A.E.

| | | |
|---|---|---|
| PAGE NO   رقم الصحة   ١ | | |

علي عبد العزيز عاني
ص ب 16958 دبي

| ACCOUNT NO   رقم الحساب   ٠١٠٥٢٠٧١٢٨٣٦٣٠١ | BRANCH   الفرع   الرئيسي |
|---|---|
| From ٢٠٠٠/١/١   من<br>To ٢٠٠٠/١٢/٣١   إلى | CURRENCY   العملة   درهم الإمارات |

| BALANCE   الرصيد | DEPOSIT   إيداع | WITHDRAWAL   سحب | PARTICULARS   التفاصيل | DATE   التاريخ |
|---|---|---|---|---|
| ٠٠٠٠ | | | رصيد مستلل | |
| ٥٠٠٠٠٠٠ | ٥٠٠٠٠٠٠ | | 421022 | ٢٠٠٠/٨/٠٨ |
| ٢٥٠٠٠٠٠٠ | ٢٠٠٠٠٠٠٠ | | 008743 | ٢٠٠٠/١١/٠١ |
| ٢٨٠٠٠٠٠٠ | ٣٠٠٠٠٠٠ | | 754400 | ٢٠٠٠/١١/٢٢ |
| ٢٧٩٧٥٠٠ | | ٢٥٠٠ | رسوم بطاقة نقدية | ٢٠٠٠/١١/٢٢ |
| ٢٧٩٧٥٠٠ | ٢٨٠٠٠٠٠٠ | ٢٥٠٠ | الرصيد  النهائي : | |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (−) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
* E. & O.E.

* ما لم يصلنا أي اعتراض خطي من قبلكم خلال ١٥ يوماً يعتبر هذا الكشف صحيحاً
* (−) تعني الرصيد عليكم
* الرجاء إبلاغنا خطياً في حالة تغيير عناوينكم
* ماعدا السهو والخطأ

Head Office : Tel : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai    المركز الرئيسي : هاتف ٢٩٥٣٠٠٠، فاكس ٢٩٥٤١١١، تلكس ٤٨٧٧٢ / ٤٥٨٨٩ إسلامي أي أم ص.ب ١٠٨٠ - دبي

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

كشف حساب جاري
STATEMENT OF CURRENT ACCOUNT

بنك دبي الإسلامي
DUBAI ISLAMIC BANK

| PAGE NO | رقم الصفحة | ١ |

علي عبد الكريم عابي
ص ب 1695B دبي

| ACCOUNT NO | رقم الحساب | ١، ٥٢، ٧١٢٨٣٦٣، ١ |
| BRANCH | الفرع | أبي تشيمي |
| From ٢٠٠١/٠١/٠١ | To ٢٠٠١/١٢/٣١ | من / إلى |
| CURRENCY | العملة | درهم الإمارات |

| BALANCE الرصيد | DEPOSIT إيداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| ٢٧،٩٧٥،٠٠ | | | رصيد منقول | |
| ٢٩،٤٧٥،٠٠ | ١،٥٠٠،٠٠٠ | | 1118705 | ٢٠٠١/٤/١٧ |
| ٤،٤٧٥،٠٠ | | ٢٥،٠٠٠،٠٠٠ | 104802 | ٢٠٠١/٩/١٠ |
| ٤،٦٠٠،٠٠ | ١٢٥،٠٠ | | 9B6637 | ٢٠٠١/٩/١٠ |
| ١،٥٩٨،٠٠ | | ٣،٠٠٢،٠٠ | سحب الصراف الآلي | ٢٠٠١/٩/١٠ |
| ٩٦،٠٠ | | ١،٥٠٢،٠٠ | سحب الصراف الآلي | ٢٠٠١/٩/١٠ |
| ٩٣،٠٠ | | ٣،٠٠ | رسوم سويتش | ٢٠٠١/١٠/١ |
| ٧٨،٠٠ | | ١٥،٠٠ | Electron CA – ATM | ٢٠٠١/١٠/٦ |
| ١٧،٤٩ | | ٦،٥١ | 1102/KHI1 SLICO | ٢٠٠١/١٠/٦ |
| ١٧،٤٩ | ١،٦٢٥،٠٠ | ٢٩،٥٨٢،٥١ | الرصيد النهائي : | |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (–) DENOTES DEBIT BALANCE.
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

Head Office : Tel. 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_00552

كـــشف حــــساب جــاري
## STATEMENT OF CURRENT ACCOUNT

بنك دبي الإسلامي
AL INSAMIR BANK

Public Shareholding Company Incorporated in U.A.E.

علي عبد الكريم عامي

ص ب 16958 دبي

| | | | رقم الصفحة | PAGE NO. | 1 |

| ACCOUNT NO. رقم الحساب ٠١ ٥٢٠ ٧١٢٨٣٦٣ ٠١ | | BRANCH الفرع الرشيدي |

| From ٢٠٠٧/٠١/٠١ من To ٢٠٠٧/١٢/٣١ الى | | CURRENCY العملة درهم الإمارات |

| BALANCE الرصيد | DEPOSIT إيداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| ١٧٠٤٩ | | | رصيد منقول | |
| ١٧٠٤٩ | ر | ، | الرصيد النهائي | |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (−) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

* ما لم يصلنا أي اعتراض خطي من قبلكم خلال ١٥ يوماً يعتبر هذا الكشف صحيحاً
* ( − ) تعني الرصيد عليكم
* الرجاء إبلاغنا خطياً في حالة تغيير عناوينكم
* ماعدا السهو والخطأ

Head ... ce : Tel. 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai    المركز الرئيسي: هاتف: ٢٩٥٣٠٠٠، فاكس: ٢٩٥٤١١١، تلكس: ٤٨٧٧٢ / ٤٥٨٨٩ إسلامي إي إم، ص. ب: ١٠٨٠ دبي

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005529

كشف حـــساب جــاري
## STATEMENT OF CURRENT ACCOUNT

بنك دبي الإسلامي
AL ISLAMIC BANK
Public Shareholding Company incorporated in U.A.E.

| | | |
|---|---|---|
| PAGE NO رقم الصفحة | ١ | |

علي عبد العزيز علي

| ACCOUNT NO رقم الحساب | ٠١٠٥٢٠٧١٢٨٣٦٣٠١ | BRANCH الفرع | الرقيبي |
|---|---|---|---|

ص ب ١٦٩٥٨ د ب

| From ٢٠٠٣/٠١/٠١ من | CURRENCY العملة | درهم الإمارات |
|---|---|---|
| To ٢٠٠٣/٠٤/٣٠ إلى | | |

| BALANCE الرصيد | DEPOSIT ايداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| ١٧,٤٩ | | | رصيد منقول | |
| ١٧,٤٩ | ر | ر | الرصيد النهائي : | |

---

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (-) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O.E.

* ما لم يصلنا أي اعتراض خطي من قبلكم خلال ١٥ يوماً يعتبر هذا الكشف صحيحاً
* ( - ) تعني الرصيد عليكم
* الرجاء اعلامنا خطياً في حالة تغيير عناوينكم
* ماعدا السهو والخطأ

Head Office: Tel. 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai المركز الرئيسي هاتف: ٢٩٥٣٠٠٠، فاكس ٢٩٥٤١١١، تلكس ٤٨٨٩٩ / ٤٨٧٧٢ إسلامي إي إم، ص ب: ١٠٨٠ دبي

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

بنك دبـــــي الاسلامي  رقم الساعـة  520  عقـمد  :  1      التاريخ : 29/06/03
*A77S018*                     الموظف الشامل للعمـل / للكفـل              الوقت :  10:25

رقم العميل : 7128363   علي عبد العزيز علي
الباكستان              كود الاقتصادي :  111   حالـة المعامل :  قابض
بوع الحسابـات  رقم الحسـاب  د.ائتمـــــن   مدـــــــبن  المتأخرات
ادنها/ استثمار

| | | | | |
|---|---|---|---|---|
| 0.00 | 0.00 | 17.49 | 1/ | 1 |
| 0.00 | 999999,999.00 | 0.00 | 1/ | 1 |

الاجمـــــالـــــى      0.00      0.00      17.49
الاجمالى (لاضعاف الحجوزات, الغيرا, الكفاله, الشيكات المبردة/ الموطة ,مقاول/ استثماري
رصد المستثمرأخر, متأخرات ج.ع.)

* مراءة الدعـمـــة :     تاريخ الاعذار : 0000/00/00    الفرع :  00

معلومات اضافـيــــة :

** ***************************************************************************************

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005531

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

**DUBAI ISLAMIC BANK**

بنك دبي الإسلامي

طلب فتح حساب جاري

**Current Account Opening Form**

Date _____                                    التاريخ ٨/٨/....

Acc No  V۱C۸۳٦٦                    رقم الحساب

The Manager  DUBAI ISLAMIC BANK                 السيد / مدير بنك دبي الاسلامي

Branch _____                           فرع _____

Dear Sirs,                                        تحية طيبة وبعد ،

                                    ارجو فتح حساب جاري في دفاتركم وفقا للبيانات الموضحة ادناه

You are kindly requested to open in your books a Current Account, as per the following particulars:

Name in full _____              الاسم بالكامل _____

Nationality _____              الجنسية _____

Profession _____               المهنة _____

Address _____  ۰۵۰-۱۷٤٥۳۱۵۱  ص . ب  ۸ _____   العنوان _____

Introduced By  ۸۰۰-۱۰۰۰-۳۳ _____              المعرف _____

Statement of account to be dispatched           يرسل كشوفات حساب _____

I, hereby, undertake to comply with the Bank's rules for the conduct of such account, and it is understood and mutually agreed upon that no overdraft will be allowed without prior consent of the Bank.

أتعهد بالتقيد بالقواعد التي يضعها البنك لتنظيم هذا الحساب ، وبن العموم والمفهوم والمتفق عليه انه سوف لا يسمح لي بأي سحب على المكشوف دون سابق موافقة من البنك .

Signature                                        التوقيع

See over leaf                                     توقيع المخص

                                                 انظر خلفه

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005534



E911562                    E911562

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005535



PERMANENT ADDRESS IN PAKISTAN
L'ADRESSE PERMANENTE AU PAKISTAN

A - 36/5   Mohd Hasan
Ac. Rd. Gjri Korah

PRESENT ADDRESS
L'ADRESSE PRESENTE

CHILDREN / ENFANTS

| NAME NOM | DATE OF BIRTH DATE DE NAISSANCE | SEX SEXE |
|---|---|---|

DURATION OF THIS PASSPORT EXPIRES ON
LA DUREE DE VALIDITE DE CE PASSPORT EXPIRE LE

2 nd Jan. 2003

E911562                    E911562

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York




CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

VICARY

TERMS & CONDITIONS

Applicant's signature

Date

Telebanking system on

Signature

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005538



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005539



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005540

SEP- 6-2002  12:35    FROM-FINANCIAL DEPT DIB DXB          +971 4 2955396        T-765  P.004/004  F-987

قسيمة إيداع
**Deposit Slip**

بنك دبي الإسلامي
DUBAI ISLAMIC BANK

No. **1118705**

Cash Deposit ☒  بدون يدفع
Cheque Deposit ☐  بإيداع الشيكات

Date 17- 4-2002  تاريخ
Branch _____  فرع

A/C No. | 0 | 1 | 5 | 2 | 0 | 7 | 1 | 2 | 8 | 3 | 6 | 3 | 0 |   رقم الحساب

| Cheques Details تفاصيل الشيكات | | | | Amount المبلغ | | |
|---|---|---|---|---|---|---|
| Bank & Branch Drawn On البنك والفرع المسحوب عليه | Due Date تاريخ الاستحقاق | Cheque No. رقم الشيك | Drawer A/C No. رقم حساب الساحب | Denominations (Cash) الفئات (النقد) | AED | Fils فلس |
| | | | | 1000 x 1 | 1000 | |
| | | | | 500 x 1 | 500 | |
| | | | | 200 x | | |
| | | | | 100 x | | |
| | | | | 50 x | | |
| | | | | 20 x | | |
| | | | | 10 x | | |
| | | | | 5 x | | |
| | | | | Coins عملات معدنية | | |
| | | | رقم الحوالة | Total المجموع | 1,500 | |

Total (in words): المجموع (بالحروف)  _____

Checked by _____  بواسطة / بوسطة
Signature _____  التوقيع

Deposited by اسم المودع  _____
Signature التوقيع  _____

Please read conditions printed overleaf.   يرجى قراءة الشروط المطبوعة خلفه

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005541



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005542



RECEIVED CASH FROM DUBAI ISLAMIC BANK

CUSTOMER'S SIGNATURE

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005543



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_00554



كشف حساب جاري
STATEMENT OF CURRENT ACCOUNT

DUBAI ISLAMIC BANK

| BALANCE | DEPOSIT | WITHDRAWAL | PARTICULARS | DATE |
|---|---|---|---|---|
| | | | | |

• Unless we receive a claim from your side within 15 days this statement will be considered correct
• (−) DENOTES DEBIT BALANCE
• PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
• E & O. E

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



كشف حساب جاري
STATEMENT OF CURRENT ACCOUN

Dubai Islamic Bank

| BALANCE | DEPOSIT | WITHDRAWAL | PARTICULARS | DATE |
|---|---|---|---|---|
| | | | 1110705 | |
| | | | 104802 | |
| | | | 786637 | |
| | | | Electron CA - ATM | |
| | | | 1102/KHII BLICB | |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

كـــــشـــــف حـــــســـــاب جـــاري
**STATEMENT OF CURRENT ACCOUNT**

| | PAGE NO | صفحة رقم |
| --- | --- | --- |
| | | ١ |

بنك دبي الإسلامي
DUBAI ISLAMIC BANK

علي عبد السهيري علي

ص ب 1695B

| ACCOUNT NO | رقم الحساب |
| --- | --- |
| ٠١ ٠٥٢٠ ٧٢٣٨٣٦٢ ٠١ | |

| From ٢٠٠٢/٠١/٠١ من | | BRANCH | الفرع |
| --- | --- | --- | --- |
| To ٢٠٠٢/٠٤/٢٣ الى | | | |

| | CURRENCY | العملة |
| --- | --- | --- |

| BALANCE الرصيد | DEPOSIT ايداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
| --- | --- | --- | --- | --- |
| ١٧٠٤٩٣ | | | رصيد منقول | |
| ١٧٠٤٩٣ | | ل | العربة السياحي | |

• Unless we receive a claim from your side within 15 days this statement will be considered correct
• (-) DENOTES DEBIT BALANCE
• PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
• E & O.E

Office Tel 2953000 Fax 2954111, Tlx 45889 / 46772 ISLAMI EM, P.O. Box 1080 Dubai

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005547

بسم الله الرحمن الرحيم

**DUBAI ISLAMIC BANK**   بنـك دبي الاسـلامي

Date | التاريخ ١٦/٢ ١٠٠

طلب فتح حساب ادخار استثماري

A c No ٠٤ ٥٨٠ ٧٠٠٠٢٢٤ ١   رقم الحساب

To the Manager
DUBAI ISLAMIC BANK
Dear Sir.

السيد/مدير بنك دبي الاسلامي
السلام عليكم ورحمة الله وبركاته

بعد اطلاعي/اطلاعنا على شروط فتح الحساب أرجو/نرجو الموافقة على فتح حساب لدنكم وفقا للبيانات الموضحة أدناه.

After examining the terms & conditions of opening the account, I/We request you to approve the opening of an account with your bank as per the particulars shown hereinafter.

| | |
|---|---|
| Name in full | الاسم بالكامل |
| Address | العنوان |
| Tel | هاتف |
| Nationality | الجنسية | Correspondence Language ARABIC/ENGLISH | لغة المراسلة عربي/انكليزي |
| Religion Muslim/other | الديانة مسلم/أخرى | Year of Birth | سنة الميلاد |
| Resident/Non-Resident | مقيد/غير مقيد | Male/Female/N A | ذكر/أنثى/معنوي |
| Profession | المهنة | Passport No | رقم جواز السفر |
| Opening Balance | الرصيد الافتتاحي |
| Currency Code | كود العملة | Economic Code | الكود الاقتصادي |

The above information is true to my knowledge   أقر بصحة البيانات الموضحة أعلاه
Signature   إمضاء

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005549



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005550



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

بنك دبـــــــــي الاسلامي رقم الشاشة  520  صفحة : 1           التاريخ : 29/06/03
الموقف الشامل للعميل / التكميل   *A77S018*           الوقت : 10:20

الأردن                    رقم العميل : 7000332  عطاء راكب جميل خلف
                          كود الاقتصادي : 111   حالة المتعامل : كانم

نوع الحساب     رقم الحساب   د اتـــــــس   مديـــــــس   المبا'خرات
                                                       اشياء استمار

| 1 | /2 | 0.00 | 0.00 | 0.00 | حــــــاري |
| 1 | /2 | 1,262.50 | 0.00 | 0.00 | إدخار إستثماري |

الاجمــالـي          1,262.50          0.00          0.00
الاجمالي (لاضفاء الحجوزات الفرعا، الكفاله الشكات المويدة، الموظفه،مقاول/استشاري)
رصد المستشارض، مبا'شرات ج.ع.ع)
=========================================================================
* براءة الذمــــــــه :       تاريخ الاصدار : 0000/00/00   الفرع :  00

معلومات اضافيـــــــه :
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

بنك ..... الاسلا.........

| كشف الحسابات | صفحة رقم : 1 |
| من : 0000/00/00 | حتى : 0000/00/00 | مسجل : | سابقه : | 520 |

29/06/2003

فرع الرئيسي
رقم الحساب : 2 580 7000332 1
الاسم الكامل : عطاء راتب شمیل خلف

العمله :       درهم الإمارات :

| الرصيد | الايداعات | المسحوبات | البيان المحسمة | التاريخ |
|---|---|---|---|---|
| 50,679.50 | 169.00 | | ارباح السوفيز | 12/01/2002 |
| 38,000.50 | | 12,679.00 | 221434 | 02/02/2002 |
| 36,700.50 | | 1,300.00 | سحب الصراف الي | 03/02/2002 |
| 36,600.50 | | 100.00 | سحب الصراف الي | 04/02/2002 |
| 36,500.50 | | 100.00 | سحب الصراف الي | 11/02/2002 |
| 35,500.50 | | 1,000.00 | سحب الصراف الي | 14/02/2002 |
| 31,300.50 | | 4,200.00 | سحب الصراف الي | 17/02/2002 |
| 1,300.50 | | 30,000.00 | 215214 | 19/02/2002 |
| 1,200.50 | | 100.00 | سحب الصراف الي | 23/02/2002 |
| 100.50 | | 1,100.00 | سحب الصراف الي | 11/03/2002 |
| 2,000.50 | 1,900.00 | | 1468099 | 07/04/2002 |
| 3,000.50 | 1,000.00 | | 2896104 | 24/04/2002 |
| .50 | | 3,000.00 | 216693 | 04/05/2002 |
| 5,600.50 | 5,600.00 | | 1464541 | 07/05/2002 |
| 8,600.50 | 3,000.00 | | 1461103 | 19/05/2002 |
| 9,350.50 | 750.00 | | 1462098 | 27/05/2002 |
| 31,350.50 | 22,000.00 | | رقم السنك 196722 | 29/05/2002 |
| 1,350.50 | | 30,000.00 | 217246 | 17/06/2002 |
| 2,100.50 | 750.00 | | 1472088 | 29/06/2002 |
| 3,200.50 | 1,100.00 | | 1472896 | 03/07/2002 |
| 2,200.50 | | 1,000.00 | سحب الصراف الي | 04/07/2002 |
| 3,200.50 | 1,000.00 | | 1473762 | 09/07/2002 |
| 2,700.50 | | 500.00 | سحب الصراف الي | 13/07/2002 |
| 2,600.50 | | 100.00 | سحب الصراف الي | 22/07/2002 |
| 2,500.50 | | 100.00 | سحب الصراف الي | 28/07/2002 |
| 2,000.50 | | 500.00 | سحب الصراف الي | 04/08/2002 |
| 1,900.50 | | 100.00 | سحب الصراف الي | 08/08/2002 |
| 1,700.50 | | 200.00 | سحب الصراف الي | 10/08/2002 |
| 1,400.50 | | 300.00 | سحب الصراف الي | 10/08/2002 |
| 900.50 | | 500.00 | سحب الصراف الي | 12/08/2002 |
| .50 | | 900.00 | 218950 | 07/09/2002 |
| 3,500.50 | 3,500.00 | | 2949204 | 11/09/2002 |
| 3,700.50 | 200.00 | | 2946568 | 17/09/2002 |
| 4,600.50 | 900.00 | | 2951672 | 26/09/2002 |
| 3,500.50 | | 1,100.00 | سحب الصراف الي | 01/10/2002 |
| 2,400.50 | | 1,100.00 | سحب الصراف الي | 06/10/2002 |
| 4,300.50 | 1,900.00 | | 2975555 | 13/10/2002 |
| 6,500.50 | 2,200.00 | | 2974010 | 16/10/2002 |
| 5,500.50 | | 1,000.00 | سحب الصراف الي | 21/10/2002 |
| 2,500.50 | | 3,000.00 | سحب الصراف الي | 22/10/2002 |
| .50 | | 2,500.00 | 222150 | 29/10/2002 |
| .50 | | | رصيد مرحل | |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

بنك دبي الإسلامي

كشف الحسابات

29/06/2003

صفحة رقم : 2    مسلسل :   520    من 0000/00/00 حتى 0000/00/00

فرع الرئيسي

رقم الحسابات : 2 580 7000332 1

الاسم الكامل : عطا, رائد جميل خلف    العملة : درهم الإمارات

| الرصيد | الإيداعات | المسحوبات | البيان | التاريخ |
|---|---|---|---|---|
| .50 | | | رصيد مستقول | |
| 101.50 | 101.00 | | أرباح التوفير | 22/01/2003 |
| 632.50 | 531.00 | | أرباح 2002 44424 | 22/01/2003 |
| 1,482.50 | 850.00 | | رقم الشك 137256 | 03/02/2003 |
| 732.50 | | 750.00 | 224251 | 03/02/2003 |
| 632.50 | | 100.00 | 222980 | 18/02/2003 |
| 1,182.50 | 550.00 | | 4090932 | 03/03/2003 |
| 31,182.50 | 30,000.00 | | 251958 | 18/03/2003 |
| 23,182.50 | | 8,000.00 | 224501 | 18/03/2003 |
| 21,932.50 | | 1,250.00 | 224852 | 26/03/2003 |
| 18,832.50 | | 3,100.00 | 224616 | 12/04/2003 |
| 18,132.50 | | 700.00 | 224684 | 16/04/2003 |
| 132.50 | | 18,000.00 | 578909 | 07/05/2003 |
| 1,562.50 | 1,430.00 | | ش.أ.ن 663739 | 12/06/2003 |
| 62.50 | | 1,500.00 | ش.أ.ن 579910 | 15/06/2003 |
| 1,262.50 | 1,200.00 | | ش.أ.ن 290 | 28/06/2003 |
| 1,262.50 | 80,631.00 | 129,879.00 | رصيد نهائي : | |
| 1,262.50 | | | الرصيد المتاح : | |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005554



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005555

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_00555?