# EXHIBIT 14c

# EXHIBIT B

```
ay 14 03 02:08p
MAY-14-03  14:13    FROM-CENTRAL BANK OF THE U A E     +0097126651988    T-628  P.01/01  F-627    p.1
```

## مصرف الإمارات العربية المتحدة المركزي
## CENTRAL BANK OF THE U.A.E.

| | |
|---|---|
| Notice No.: 1347/2003 | إشعار رقم : ١٣٤٧/٢٠٠٣ |
| Date : 14/05/2003 | التاريخ : ١٤/٠٥/٢٠٠٣ |

To : Head Offices of National Banks and Main Branches of Foreign Banks Operating in the UAE.

إلى : المقار الرئيسية للبنوك الوطنية والفروع الرئيسية للبنوك الأجنبية العاملة في دولة الإمارات.

After Greetings,

بعد التحية ،،،

Please immediately search for any accounts or deposits or investments in the name of:

يرجى منكم فوراً البحث عن أية حسابات أو ودائع أو استثمارات باسم:

Ali Saleh Al Marri - Qatari national, holder of passport No. 00496370

علي صالح المري – قطري الجنسية، يحمل جواز سفر رقم ٠٠٤٩٦٣٧٠

d provide the Anti-Money Laundering and suspicious Cases Unit – Central Bank-Abu Dhabi, (fax no. 02-6674501) with details.

وموافاة وحدة مواجهة غسل الأموال والحالات المشبوهة- بالمصرف المركزي- أبوظبي (فاكس رقم ٠٢-٦٦٧٤٥٠١) بالتفاصيل.

You are requested not to inform the concerned party/parties of this inquiry in accordance with Article (12) of Federal Law No. (4) of 2002, regarding criminalization of Money Laundering.

يطلب منكم عدم إبلاغ الطرف /الأطراف ذات الصلة بهذا الاستعلام وذلك عملاً بالمادة (١٢) من القانون الاتحادي رقم (٤) لسنة ٢٠٠٢ بشأن تجريم غسل الأموال .

Yours faithfully,

وتفضلوا بقبول فائق الاحترام ،

سلطان بن ناصر السويدي
المحافظ

Sultan Bin Nasser Al Suwaidi
Governor

From: Bank:         من: بنك:

| | | | |
|---|---|---|---|
| ☐ | There are no accounts or deposits or investments in the name mentioned above. | ☐ | لا توجد حسابات أو ودائع أو استثمارات بالاسم المذكور أعلاه. |
| ☐ | There are accounts or deposits or investments and find attached account/ accounts opening documents and statements. | ☐ | توجد حسابات أو ودائع أو استثمارات وتجدون مرفقة وثائق فتح الحساب/الحسابات والكشوفات. |
| Auth. Sig.  المخول بالتوقيع | | Auth. Sig.  المخول بالتوقيع | |

727-03

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003393



**DUBAI ISLAMIC BANK**

التاريخ : 2002/05/15

السيد / عبد الرحيم محمد العوضي المحترم.

مساعد مدير تنفيذي/ دائرة الرقابة و التفتيش على المصارف

المصرف المركزي

فاكس : 6669427-02

السلام عليكم و رحمة الله و بركاته .. وبعد

الموضوع : إشعار رقم 2003/1347 بتاريخ 2003/05/14

يوجد طرفنا :

1. علي صالح حمد درعه المري .. قطري الجنسية .. رقم جواز سفر 404674 .. رقم حساب 7160666.

2. علي صالح محمد كحلة المري .. قطري الجنسية .. رقم جواز سفر 96686 .. رقم حساب 7580819.

يرجى الإفادة عن أيهما المقصود بالإشعار اعلاه.

شاكرين لكم تعاونكم الدائم.

زهير سعيد الربيعي
رئيس قسم أول بإدارة العمليات المركزية

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD
www.alislami.co.ae

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003394

```
IL-06-03  14:16   FROM-BSED                    +971 2 6658915      T-920  P.001/001  F-184
```

# CENTRAL BANK OF THE U.A.E.



مصرف الإمارات العربية المتحدة المركزي

Ref. : 13-7/962/2003
Date : 06/07/2003

الإشارة: ١٣-٧/٩٦٢/٢٠٠٣
التاريخ: ٢٠٠٣/٠٧/٠٦

Mr. Butti Khalifa Bin Darwish Al Falasi
Chief Executive Officer
Dubai Islamic Bank
P.O. Box : 1080
Dubai

السيد/ بطي خليفة بن درويش الفلاسي       المحترم
الرئيـــس التنفيذي
بنك دبي الإسلامـــي
ص.ب : ١٠٨٠
دبي

After greetings,,

السلام عليكم ورحمة الله وبركاته،،

Sub.: Account No. 7580819 in the name of Ali Mohamed Kahleh Al Marri - Qatari national, holder of passport No. 96686

الموضوع:   الحساب رقم ٧٥٨٠٨١٩ باسم علـــي محمد كحلة المري – قطري الجنسية، يحمل جواز سفر رقم ٩٦٦٨٦

Please provide the Anti-Money Laundering and Suspicious Cases Unit– Central Bank– Abu Dhabi, (fax no. 02-6674501) with copies of the above account's opening application, related documentation and statements.

You are requested not to inform the concerned party/ parties of this inquiry in accordance with Article (12) of the Federal Law No. (4) of 2002, regarding criminalization of Money Laundering.

Yours faithfully,

Mohammed Ali Bin Zayed Al Falasi
Deputy Governor

1010-2003

```
U DHABI- P.O. BOX: 854-Telephone: 6652220-Fax: (02) 6652504 - Tlx.: Management 
Bank Operations 22396 / 22577, Treasury: 22330 / 23316
Branches Telephones: Dubai: 3939777, SHJ: 5592592, RAK: 2284444, AL Ain: 7656656, FUJ: 2224040
```

```
06/07 2003 SUN 14:32   [TX/RX NO 5309]  @001
```

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003395



بنك دبي الإسلامي
DUBAI ISLAMIC BANK

التاريخ : 2002/07/07

السيد / عبد الرحيم محمد العوضي المحترم.

مساعد مدير تنفيذي/ دائرة الرقابة و التفتيش على المصارف

المصرف المركزي

فاكس : 02-6674501

السلام عليكم و رحمة الله و بركاته .. وبعد

الموضوع : الإشارة رقم 13-7/962/2003 بتاريخ 2003/07/06

نرفق لكم كافة مستندات الحساب رقم 7580819 باسم : محمد كحلة المرى.

شاكرين لكم تعاونكم الدائم.

محمد عبد الرحمن أميري
نائب رئيس
إدارة العمليات المركزية

عدد الصفحات : \10 صفحات

P.O.Box 1080, Dubai, United Arab Emirates — ص.ب.: ١٠٨٠، دبي، دولة الإمارات العربية المتحدة
Bank Cards Division, Tel: 2954314/2955322 Fax: 2955105 — قسم البطاقات المصرفية، هاتف: ٢٩٥٤٣١٤/٢٩٥٥٣٢٢ فاكس: ٢٩٥٥١٠٥
Tlx: 45889/48772 ISLAMI EM, Swift: DUIBAEAD — تلكس: ٤٨٧٧٢/٤٥٨٨٩ ISLAMI EM، سويفت: DUIBAEAD
Toll Free : 800-4833 — الهاتف المجاني : ٨٠٠-٤٨٣٣
www.alislami.co.ae



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003396

# STATEMENT OF CURRENT ACCOUNT

**AI ISLAMIC BANK**
Shareholding Company Incorporated in U.A.E.

| | |
|---|---|
| ACCOUNT NO. | 07 580 7580819 01 |
| From: 2001/08/18 | |
| To: 2001/12/31 | |

| PAGE NO. | 1 |
|---|---|
| BRANCH | Sharjah |
| CURRENCY | UAE Dirhams |

Customer: على صالح محمد كتانة السري
قطر - الدوحة ص ب 40543

| BALANCE | DEPOSIT | WITHDRAWAL | PARTICULARS | DATE |
|---|---|---|---|---|
| 0.00 | | | رصيد منقول | |
| 5,000.00 | 5,000.00 | | الرصيد الإفتتاحي | 18/08/2001 |
| 47.45 | | 4,952.55 | سحب الصراف الآلي | 20/10/2001 |
| 43.45 | | 4.00 | رسوم سويفت | 01/11/2001 |
| 41.45 | | 2.00 | رسوم سويفت | 01/12/2001 |
| 41.45 | 5,000.00 | 4,958.00 | الرصيد النهائي | |

Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003397

# AI ISLAMIC BANK
بنك دبي الإسلامي

Shareholding Company Incorporated in U.A.E.

كشف حساب جاري
**STATEMENT OF CURRENT ACCOUNT**

| | |
|---|---|
| علي صالح محمد كتلة العمري<br>قطر الدوحة ص ب 40543 | ACCOUNT NO. رقم الحساب<br>07 580 7580819 01 |
| | From : ٢٠٠٢/٠١/٠١<br>To : ٢٠٠٢/١٢/٣١ |

PAGE NO. رقم الصفحة
1

BRANCH الفرع
الشارقة

CURRENCY العملة
درهم الإمارات

| BALANCE | DEPOSIT | WITHDRAWAL | PARTICULARS | DATE |
|---|---|---|---|---|
| 41.45 | | | رصيد منقول | |
| 54.45 | 13.00 | | ارباح التوفير | 12/01/2002 |
| 54.45 | 13.00 | | الرصيد النهائي | |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003398

# STATEMENT OF CURRENT ACCOUNT

**AI ISLAMIC BANK**
Shareholding Company Incorporated in U.A.E.

| PAGE NO. | 1 |
|---|---|

| ACCOUNT NO. | 07 580 7580819 01 |
|---|---|
| From | ٢٠٠٣/٠١/٠١ |
| To | ٢٠٠٣/٧/٢١ |

| BRANCH | الشارقة |
|---|---|
| CURRENCY | درهم الإمارات |

| BALANCE | DEPOSIT | WITHDRAWAL | PARTICULARS | DATE |
|---|---|---|---|---|
| 054.50 | | | رصيد منقول | |
| 054.50 | | | الرصيد النهائي : | |



Tel.: 2953000, Fax: 2954111, Tlx: 45889 / 48772 ISLAMI EM, P.O. Box: 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003399

```
التاريخ : 07/07/03        بنك دبــــــــي الإسلامي   رقم الشاشة 520   صفحه :
الوقت :   10:10           الموقف الشامل للعميل / للكشيل              *A77S018

رقم العميل : 7580819   علي صالح محمد كحله المري              قطر
كود الاقتصادي :   111    حالة المتعامل : قائم

نوع الحساب        رقم الحساب      د اثـــــــــن       مدي ـــــــــن       المتأخرات
                                                                         انتهاء  استثمار
-------------------------------------------------------------------------------
إدخار إستثماري    1      /7       54.45             0.00              0.00
-------------------------------------------------------------------------------
الاجمــــــــالي                    54.45             0.00              0.00
الاجمالي (لاتضاف الحجوزات, الفيزا, الكفالة, الشيكات المرتدة / النموذجة , مقاول/ استشاري
          رصيد المستثمر , متأخرات خ.ع)
===============================================================================
* براءة الذمــــــة :      تاريخ الاصدار : 00/00/0000    الفرع :  00

معلومات اضافيــــــــة :
*******************************************************************************
```

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003400

بنك دبـــي الإسلامــي

| | | | | 07/07/2003 |
|---|---|---|---|---|
| صفحه رقم : | مشغل : شاشة : 520 | كشف الحساب | من 0000/00/00 حتى 0000/00/00 | |

فــرع الرئيسي
رقم الحســاب : 1 '7580819  580  7
الاسم الكامل : علي صالح محمد كحله العمري
العملة : درهم الامارات

| الرصيد | الايداعات | المسحوبات | البند | التاريخ |
|---|---|---|---|---|
| 54.45 | 13.00 | | ارباح التوفير | 12/01/2002 |
| 54.45 | 13.00 | | رصيد نهائي : | |
| 54.45 | | | الرصيد المتاح : | |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003401



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003402

# DUBAI ISLAMIC BANK

بنك دبي الإسلامي

Date.

التاريخ ١٨/٨/٢٠٠١

طلب فتح حساب ادخار استثماري

A/c No. ٧ | ٥٨٢ | ٨١٥.٠٥٨ | ١

رقم الحساب

To the Manager,
DUBAI ISLAMIC BANK
Dear Sir,

السيد/مدير بنك دبي الإسلامي
السلام عليكم ورحمة الله وبركاته

After examining the terms & conditions of opening the account, I/We request you to approve the opening of an account with your bank as per the particulars shown hereinafter.

بعد اطلاعي/اطلاعنا على شروط فتح الحساب أرجو/نرجو الموافقة على فتح حساب لديكم وفقا للبيانات الموضحة أدناه:

| Name in full | | الاسم بالكامل |
|---|---|---|
| Address | ص ب ٢٠٥٢ الدوحة - قطر | العنوان |
| Tel. | ٥٢٧٥٦٢ | هاتف |
| Nationality | مصري | الجنسية | Correspondence Language ARABIC/ENGLISH | عربي | لغة المراسلة عربي/أنجليزي |
| Religion Muslim/other | مسلم | الديانة مسلم/أخرى | Year of Birth | ١٩٦٥/٩/٢٤ | سنة الميلاد |
| Resident/Non-Resident | غير مقيم | مقيم/غير مقيم | Male/Female/N.A. | ذكر | ذكر/أنثى/معنوي |
| Profession | موظف | المهنة | Passport No. | ٢٩٣٦٨٦ | رقم جواز السفر |
| Opening Balance | ٥٠٠ درهم | | | | الرصيد الافتتاحي |
| Currency Code | | كود العملة | Economic Code | | الكود الاقتصادي |

The above information is true to my knowledge.
Signature

أقر بصحة البيانات الموضحة أعلاه
إمضاء

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003403



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003404



**STATE OF QATAR**

دولة قطر
جواز سفر
PASSPORT

No. of Passport **396686**   رقم الجواز ٣٩٦٦٨٦

اسم حامل الجواز

Name of Bearer: ALi Saleh M. K. AL-Marri

Name of Wife/Husband:

National Status: Qatar   قطري

This Passport contains 48 pages   يحتوي هذا الجواز على ٤٨ صفحة

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003405



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003406



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003407



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003408