# EXHIBIT 14d

# EXHIBIT C



بنــك دبـــي الإســلامــي
DUBAI ISLAMIC BANK

التاريخ : 2004/08/16

السيد / عبد الرحيم محمد العوضى المحترم.

مساعد مدير تنفيذي

مسؤول وحدة مواجهة غسل الأموال و الحالات المشبوهة

المصرف المركزي

فاكس : 6669427-02

السلام عليكم و رحمة الله و بركاته .. وبعد

الموضوع : إشعار المصرف المركزي رقم 01/355/2 بتاريخ 2001/11/07

نفيد باستمرار تجميد الحسابات التالية طرفنا :

1. بنك البركات الصومالى ، رقم الحساب 7250339 ، الرصيد = صفر .
2. احمد على جمعالى ، رقم الحساب 6061192 ، الرصيد 80,269 درهم.

شاكرين لكم تعاونكم الدائم ،،،

زهير سعيد الريمي

رئيس قسم أول مكافحة غسل الأموال

P.O.Box 1080, Dubai, United Arab Emirates   ص.ب 1080، دبي، دولة الإمارات العربية المتحدة
Tel: (971 4) 2953000 Fax: (971 4) 2954111   هاتف: (971 4) 2953000 فاكس: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD   DUIBAEAD سويفت: ISLAMI EM 48772/45889
www.alislami.co.ae

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003262

الحسابات (المشبوهة) التي تم طلب تجميدها من قبل

وحدة مواجهة غسل الأموال و الحالات المشبوهة بالمصرف المركزي

| إشعار المصرف المركزي رقم ... بتاريخ ... | الرصيد | الاسم | رقم الحساب |
|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted |
| Redacted | Redacted | Redacted | Redacted |
| Redacted | Redacted | Redacted | Redacted |
| ٢/٣٥٠/١ بتاريخ ٢٠٠١/١١/٧ تجميد | ١٠١٤٧،٢٠٧ | بنك البركات الصومالي | ٠١-٠٢٠-٠٢٠١٥٠١-٠١٥ حساب استاذ عام |
| Redacted | Redacted | Redacted | Redacted |
| Redacted | Redacted | Redacted | Redacted |
| Redacted | Redacted | Redacted | Redacted |
| Redacted | Redacted | Redacted | Redacted |
| ٢/٣٦١/٢ بتاريخ ٢٠٠٢/٠٨/٢٥ | ١٧ | علي عبد العزيز علي | ٠١-٠٢٠-٧١٢٨٣٦٣-٠١ |
| ٢/٣٥٠/٢ بتاريخ ٢٠٠١/١١/٧ | ٨٠٠٢٦٩ | احمد علي جمعالي | ٠١-٠٢٠-٦٠٦١١٩٢-٠١ |
| ٢/٣٥٠/٢ بتاريخ ٢٠٠١/١١/٧ | صفر | بنك البركات الصومالي | ٠١-٠٢٠-٧٢٥٠٣٣٩-٠١ |
| Redacted | Redacted | Redacted | Redacted |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003263



بنـك دبـي الإسلامـي
DUBAI ISLAMIC BANK

P.O.Box 1080, Dubai, United Arab Emirates   ص.ب: ١٠٨٠، دبي، دولة الإمارات العربية المتحدة
Tel: (971 4) 2953000 Fax: (971 4) 2954111   هاتف: ٢٩٥٣٠٠٠ (٤ ٩٧١) فاكس: ٢٩٥٤١١١ (٤ ٩٧١)
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD   تلكس: ٤٨٧٧٢/٤٥٨٨٩ ISLAMI EM، سويفت: DUIBAEAD
www.alislami.co.ae

249-1

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003264

22/08 2004 08:28 FAX 042866610        C.O.D. Dipt.                     @001
۷٤٥-۲۲

# Dubai Islamic Bank



بنك دبي الإسلامي

طلب فتح حساب جاري

## Current Account Opening Form

Date _____        التاريخ ٢٠١١/١٢

| Acc. No. | ١٠٥٥٠-۷٤٥-۲۲۵ | رقم الحساب |

To,
The Manager, DUBAI ISLAMIC BANK        السيد / مدير بنك دبي الاسلامي

Branch _____        فرع _____

Dear Sirs,                                           تحية طيبة وبعد ،

أرجو فتح حساب جاري في دفاتركم وفقا للبيانات الموضحة أدناه :

You are kindly requested to open in your books a Current Account, as per the following
particulars:-

Name in full _____        الاسم بالكامل

Nationality _____        الجنسية

Profession _____        المهنة

Address _____ : تليفون : _____ ص . ب : _____        العنوان

Introduced By _____        المزكى

Statement of account to be dispatched        ترسل كشوفات الحساب :

I, hereby, undertake to comply with the Bank's        أتعهد بالتقيد بالقواعد التي يضعها البنك لتنظيم هذا الحساب ،
rules for the conduct of such account, and it is        ومن المفهوم والمتفق عليه انه سوف لا يسمح لي بأي سحب
understood and mutually agreed upon that no
overdraft will be allowed without prior consent        على المكشوف دون سابق موافقة من البنك .
of the Bank.

Signature                                           التوقيع

See over leaf        توقيع المختص        انظر خلفه

22/08 2004 SUN 09:34  [TX/RX NO 5943] @001

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003265

```
*A03R002*                كشف حساب استاذ عام                  /22/08
        :الإنتهاء  0101 2  :  1  13  520 2  1  :  حـسـاب

1  صفحة

الاسم الكامل: بنك بركات الصومالي المحدود

لتاريخ  فرع  البنـــــد        المسـحـوبـات       الايـداعـات       الاجـمـالـي
                                          AVAILABLE BALANCE   00000
                                1,147,207.62
```

```
*****************************************************************
   F12 – للاستمرار       F2 – الطابعة المحلية        – طباعة الشاشة
   F1 – للخروج       F11 – صفحه تاليه       – استعادة الشاشه
                              يوجد حركـات هذه الفترة
```

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003266

22/08 2004 08:00 FAX 042800010          C.O.D.  DIB.                           ☎001/001

٦٠٦١١٩

# Dubai Islamic Bank



بنــك دبــي الاسلامــى

طلب فتح حساب جاري

## Current Account Opening Form

Date _____                    التاريخ ٨٧\٦\٠٢

Acc. No. ١٥٠٠٦٠٦١١٩٠      رقم الحساب

To,                                              السيد / مدير بنك دبي الاسلامى
The Manager, DUBAI ISLAMIC BANK,
Branch _____                  فرع _____

Dear Sirs,                                       تحية طيبة وبعد ،
                                                 ارجو فتح حساب جاري في دفاتركم وفقا للبيانات الموضحة ادناه :
     You are kindly requested to open in your books a Current Account, as per the following
particulars:-

Name in full     AHMED ALi JUMALE            الاسم بالكامل
Nationality      SOMALI                      الجنسية
Profession       ACCOUNTANT                  المهنة
Address          P.O. BOX 3313 : تليفون  DUBAI    ص . ب
Introduced By    _____   المزكى
Statement of account to be dispatched    _____  ترسل كشوفات الحساب :

I, hereby, undertake to comply with the Bank's        اتعهد بالتقيد بالقواعد التي يضعها البنك لتنظيم هذا الحساب ،
rules for the conduct of such account, and it is      ومن المفهوم والمتفق عليه انه سوف لا يسمح لي بأي سحب
understood and mutually agreed upon that no           على المكشوف دون سابق موافقة من البنك .
overdraft will be allowed without prior consent
of the Bank.

Signature                                             التوقيع

See over leaf                    توقيع المختص                انظر خلفه

22/08 2004 SUN 09:39  [TX/RX NO 5945]  ☑001

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003267



22/08 2004 SUN 09:39 [TX/RX NO 5946] ☑001

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003268



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003269

22/08 2004 08.38 FAX 042850815          C.O.D.  DIB.                              ☑003



22/08 2004 SUN 09:39  [TX/RX NO 5946]  ☑003

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003270

22/08 2004 09:37 FAX 042950815          C.O.D.   DIB.                    ☒004



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003271

22/08 2004 09:38 FAX 042950815



التاريخ : ٩١م / ٧ / ٢٢

السيد / مدير بنك دبي الاسلامي                        المحترم ،

فـــرع الشارقـــه

السلام عليكم ورحمة الله وبركاته

نـــود أن نفيدكم بأننا قـد خولنا السيد / نور علم شاه علم

فـــي الامـــور التاليـــه :ــ

١ ــ استلام الشيكـات الراجعــه .
٢ ــ طلب واستلام كشف الحســاب .
٣ ــ الاستفسار عـــن الرصيـــد .
٤ ــ استلام الشيكات المؤجلـــه .

وذلك بصفته دائمــه ولحيـــن اشعـــار آخـــر ودون أدنــى مسئوليـه علـــى البنـك
فيمـــا يتعلـــق بهـــذا التخويـــل .

ولشكـر لكم حسن تعاونكم معنـــا ،،،،،

**Applicant** | AHMED ALI JUMALE | مقدم الطلب
---|---|---

**A/C No.** | 01 | 520 | 6061192 | 01 | حساب رقم

Signature | | إمضاء

للاستعمال الرسمي

السيد /                        لاجراء اللازم .

رئيس قسم الحسابات الجارية والادخار والاستثمار

تم لاجراء اللازم
24 JUL 1997

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003272



22/08 2004 SUN 09:39 [TJ/RX NO 5946] @008

٦٠-٦١١٩

# Dubai Islamic Bank
## VISA CARDS SECTION

**VISA**

ـك دُبَي الإسـلامي

م بطاقات الفيزا

التاريخ : ٢٤/٦/١٩٧

المرجع : _____

( طلب حجن (الكفالحجين )

السيد/ رئيس قسم الحسابات الجارية      المحترم،

السلام عليكم ورحمة الله وبركاته ،،،

الرجاء التكرم بإجراء حجن / بفكرم حجن على الحساب التالي :-

رقم الحساب : ٦٠٦١١٩C.٢      ٠٠. ٢٥

اسم العميل : أحمد عال جميلي

تاريخ الابتداء : ٢٤/٦/١٩٧

تاريخ الإنهاء : إلى إشعار آخر سم حن بطاقة الفيزا

المبلغ : محدود لغن نقطل

السبب : إصدار بطاقة فرا

الإدارة          ٩٧٥٨٠١١٩          توقيع العميل

توقيع رئيس القسم

Islami EM ٦٨٨٩٠ / ٤٨٧٧٢ : تلكس / ٢٣٧٢٤ : فاكس / ٢٢٤٥٠٢٢ / ٢٧٢٤٢ : هاتف - المتحدة العربية الإمارات ، ١٠٨٠ : ب.ص
P.O.Box: 1080 Dubai United Arab Emi...

1/08 2004 09:39 FAX 042960816          C.O.D. DIB...

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003273





P.O.Box 1080, Dubai, United Arab Emirates   ص.ب: ١٠٨٠، دبي، دولة الإمارات العربية المتحدة
Tel: (971 4) 2953000 Fax: (971 4) 2954111   هاتف: ٢٩٥٣٠٠٠ (٩٧١٤) فاكس: ٢٩٥٤١١١ (٩٧١٤)
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD · DUIBAEAD تلكس: ١٨٧٧٢/٤٥٨٨٩ ISLAMI EM، سويفت:
www.alislami.co.ae

249-1

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003274



شف حـــــاب جــاري
**STATEMENT OF CURRENT ACC**

بنك دبي الإسلامي
DUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company Incorporated in U.A.E.

| | | |
|---|---|---|
| احمد علي جمعاني | ACCOUNT NO. رقم الحساب ٠١ ٥٢٠ ٦٠٦١١٩٢ ٠١ | PAGE NO. صفحة ١ |
| دبي ص 3313 | From: ١٩٩٧/٠٦/٢٣ من: | BRANCH رئيسي |
| | To: ١٩٩٧/١٢/٣١ الى: | CURRENCY هم الإمارات |



| BALANCE | DEPOSIT | WITHDRAWAL | PARTICULARS | DATE |
|---|---|---|---|---|
| ٠٠٠٠ | | | رصيد منقول | |
| ٣٠,٥٠٠٠٠٠ | ٣٠,٥٠٠٠٠٠ | | الرصيد الافتتاحي | ١٩٩٧/٠٦ |
| ٣٥٠٠٠٠٠ | ٤٥٠٠٠٠٠ | | ايداع ٤٤ شيك | ١٩٩٧/٠٧ |
| ٤٠٥٠٠٠٠٠ | ٦٥٠٠٠٠٠ | | ايداع ٤٤ شيك | ١٩٩٧/٠٧ |
| ٣٣٥٠٥٩,١٨ | | ٦٤,٩٤٠,٨٢ 6396 | مدين قايض١ | ١٩٩٧/٠٧ |
| ٣٢٨٥٨٥٩,١٨ | | 6404 | مدين قايض١ | ١٩٩٧/٠٧ |
| ٣٥٠٨٥٩,١٨ | | | ايداع ٤٤ شيك | ١٩٩٧/٠٨ |
| ٣٨٨٥٩,١٨ | | 559438 | | ١٩٩٧/٠٨ |
| ٤٢٥٥٠,٦٨ | | 1 | | ١٩٩٧/٠٨ |
| ٣٨٥٨٥٩,١٨ | | 000001-01 ,م ابو | ١٩٩٧/٠٨ |
| ٤٣٥٨٥٩,١٨ | | 10 ابو | ١٩٩٧/٠٨ |
| ٤٣٥٨٥٩,١٨ | | 283188 ابو | ١٩٩٧/٠٨ |
| ٤٨٥٨٥٩,١٨ | | 505751 ابو | ١٩٩٧/٠٨ |
| ٥١٥٨٥٩,١٨ | | 430000 ابو | ١٩٩٧/٠٨ |
| ٠٠٥٦,٩,١٨ | | 90778 ابو | ١٩٩٧/٠٨ |
| ٥٣٥٩٦,١٢ | | 6404 | مدين قايض١ | ١٩٩٧/٠٨ |
| ٥٧٥٠٩٦,١٣ | | 9597209 | مدين | ١٩٩٧/٠٨ |
| ٦١٥٠٩٦,١٣ | | 9977208 | مدين | ١٩٩٧/٠٩ |
| ٦٤٥٧٢,٣٧ | | ايداع | ١٩٩٧/٠٩ |
| ٥٥٥٧٢,٣٨ | | 6396 | مدين | ١٩٩٧/٠٩ |
| ٥٥٦٧٣,٧٧ | | 6404 | مدين | ١٩٩٧/٠٩ |
| ٥٦٦٧٣,٧٧ | | ايداع ٤٤ شيك | ١٩٩٧/٠٩ |
| ٥٣٦٧٣,٧٧ | | عكس شيك | ١٩٩٧/٠٩ |
| ٥٦٦٧٣,٧٧ | | | ١٩٩٧/١٠ |
| ٥٢٥١٧٣,٩٧ | | 6396 | مدين | ١٩٩٧/١٢ |
| ٥٥٥١٧٣,٩٧ | | 559437 | | ١٩٩٧/١٢ |
| ٥٨٥٧٣,٩٧ | | 283187 | | ١٩٩٧/١٢ |
| ٧١٥٧٣,٩٧ | | 505752 | | ١٩٩٧/١٢ |
| ٧٥٥٤٢٣,٩٧ | | 90776 | | ١٩٩٧/١٢ |
| ٧٢٥٤٢٣,٩٧ | | 6940512 | | ١٩٩٧/١٢ |
| ٧٥٥٤٢٣,٩٧ | ٩٨٥٨٠٠٠٠٠ | ٣١,٣٧٦,٠٣ | رصيد مرحل | |



d Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003275



# DUBAI ISLAMIC BANK

بنــك دبــي الإســـلامــي

شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company incorporated in U.A.E.

كشف حـســاب جـاري
## STATEMENT OF CURRENT ACCO

PAGE NO. صفحة ٢

احمد علي جمعالي

دبى ص ب. 3313

| ACCOUNT NO. رقم الحساب | BRANCH |
|---|---|
| ٠١ ٥٢٠ ٦٠٦١١٩٢ ٠١ | دبي بي |

| From : من ١٩٩٧/٠٦/٢٣ | CURRENCY درهم الإمارات |
| To : الى ١٩٩٧/١٢/٣١ | |

| BALANCE الرصيد | DEPOSIT المودع | WITHDRAWAL المسحوب | PARTICULARS البيان | CHEQUE NO. رقم الشيك | DATE التاريخ |
|---|---|---|---|---|---|
| ٦٧ ٦٢٧٣، ٩٧ | ٩٨ ٨٠٠٠٠٠ | ٣١ ٣٧٦، ٣ | رصيد منقول | | ١٩٩٧/١٢ |
| ٧٠ ٦٢٧٣، ٩٧ | ٣٠٠٠٠٠٠ | | 559439 | ا ف | ١٩٩٧/١٢ |
| ٦٨ ٧٩٩، ٩٩ | | ١ ٢٢٣، ٩٨ | مد بن فايـز ا | 6404 | ١٩٩٧/١٢ |
| ٧٢ ٦٢٤٩، ٩٩ | ٣ ٢٥٠٠ | | ايدا ع ةيك | | ١٩٩٧/١٢ |
| ٧٥ ٦٢٤٩، ٩٩ | ٣ | | ايدا ع ةيك | | ١٩٩٧/١٢ |
| ٧٨ ٦٢٤٩، ٩٩ | ٣ | | | 9438227 | ١٩٩٧/١٢ |
| ٨١ ٦٢٤٩، ٩٩ | | | | 6940516 | ١٩٩٧/١٢ |
| ٨١ ٦٢٤٩، ٩٩ | | | الرصيد | | |

Head Office : Tel. : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai — دبي - ١٠٨٠ إسلامي أي أم، ص.ب : ٤٨٧٧٢ / ٤٥٨٨٩ : تلكس، ٢٩٥٤١١١ : فاكس، ٢٩٥٣٠٠٠ : هاتف : المكتب الرئيسي

# CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003276



شف حـــــاب جـــاري
**STATEMENT OF CURRENT ACC**

**DUBAI ISLAMIC BANK**
بنـك دبـي الإسلامــي
PJSC
Public Shareholding Company incorporated in U.A.E.
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة

| | |
|---|---|
| PAGE NO. صحة | ١ |

اعمد علي جمعا لي

دبي ص ب. 3313

| ACCOUNT NO. رقم الحساب | BRANCH |
|---|---|
| ٠١ ٥٢٠٦٠٦١١١٩٢ ٠١ | ـكـيبسي |

| From : ١٩٩٨/٠١/٠١ من : | CURRENCY |
|---|---|
| To : ١٩٩٨/١٢/٣١ الى : | هـم الإمـا ر ا ت |



| BALANCE الرصيد | DEPOSIT الإيداع | WITHDRAWAL السحب | PARTICULARS البيان | التاريخ |
|---|---|---|---|---|
| ٨١٥٩٤٩٬٩٩ | | | رصيد منقــول | |
| ٨٥٥٠٩٩٬٩٩ | ٣٥٦٥٠٬٠٠٠ | | 6940520 | ١٩٩٨/٠١ |
| ٨٦٥٩٧٤٬٩٩ | ١٥٣٧٥٬٠٠ | | 6940519 | ١٩٩٨/٠١ |
| ٩٠٥٤٧٤٬٩٩ | ٣٥٠٠٬٠٠ | 429999 | 6940528 | ١٩٩٨/٠١ |
| ٩٥٥٥٣١٬٠٩ | ٥٥٥٠٠٬٠٠ | | 6396 | ١٩٩٨/٠١ |
| ٩٢٥٧٥٥٬٨٥ | | | 6404 | ١٩٩٨/٠١ |
| ٩٤٥٧٥٥٬٨٥ | | 11149 | | ١٩٩٨/٠٢ |
| ٩٦٥١٣٠٬٨٥ | ١٣٧٥٬٠٠ | 868204 | | ١٩٩٨/٠٢ |
| ٩٤٥٧٥٥٬٨٥ | | 868204 | | ١٩٩٨/٠٢ |
| ٩١٥٩٤١٬٧٥ | | | 6404 | ١٩٩٨/٠٣ |
| ١٠٩٥٢٥٩٬٧٥ | | | | ١٩٩٨/٠٣ |
| ١١١٥٢٥٩٬٧٥ | | 187003 | | ١٩٩٨/٠٣ |
| ١٠٩٥٢٥٩٬٧٥ | | 187003-10 | | ١٩٩٨/٠٣ |
| ١١٢٥٢٥٩٬٧٥ | | 555640 | | ١٩٩٨/٠٣ |
| ١١٠٥٢٥٩٬٧٥ | | 535541 | | ١٩٩٨/٠٣ |
| ١١٤٥٣١٢٬٢٨ | | | 6404 | ١٩٩٨/٠٤ |
| ١١٣٥٣١٨٬٢٨ | | | 6396 | ١٩٩٨/٠٥ |
| ١١١٥٦١٨٬٢٨ | | | 6404 | ١٩٩٨/٠٥ |
| ١١١٥٦٣٠٬٨٣ | | | 6396 | ١٩٩٨/٠٦ |
| ١٠٨٥٨٧٦٬٨٩ | | | 6404 | ١٩٩٨/٠٦ |
| ١٠٨٥٣٤٧٦٬٨٩ | | | 6396 | ١٩٩٨/٠٧ |
| ١٠٦٥١٦٥٬١١ | | | 6404 | ١٩٩٨/٠٧ |
| ١٠٦٥١٦٥٬١١ | ٤٢٥٧١٨٥٠٠ | ١٨٥٥٠٢٨٨ | البيانات في | الرصيد |



Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM., P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003277

كشف حـــــــاب جـاري
**STATEMENT OF CURRENT ACC**

**DUBAI ISLAMIC BANK**
بنـك دبـي الإسلامـي
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company incorporated in U.A.E.

| | |
|---|---|
| PAGE NO. ١ | صحة |

| | |
|---|---|
| احمد علي جمعاني | ACCOUNT NO. رقم الحساب |
| دبيى ص ب ٣٣١٣ | ٠١ ٥٢٠ ٦٠٦١١٩٢ ٠١ |

| BRANCH | نقيبسي |
|---|---|

From : ١٩٩٩/٠١/٠١ من :
To : ١٩٩٩/١٢/٣١ الى :

| CURRENCY | درهم الإمارات ت |
|---|---|



| BALANCE رصيد | DEPOSIT | WITHDRAWL | PARTICULARS | DATE تاريخ |
|---|---|---|---|---|
| ١٠٦٥١٦٥,١١ | | | رصيد منقول | |
| ١٠٢٥٣١٣,٠٢ | | ٣٥٨٥٢,٠٩ | ١ جيزيد مدين | ١٩٩٩/٠٦ |
| ١٠٢٥٣١٣,٠٢ | 6396 | | ١ جيزيد مدين | ١٩٩٩/٠٧ |
| ٩٦٥١٦,٤٨ | 6396 | | ١ جيزيد مدين | ١٩٩٩/١٠ |
| ٩٥٥٢٨٥,٢٦ | 6396 | ٨٧٥٠,٢٢ | ١ جيزيد مدين | ١٩٩٩/١١ |
| ٩٥٥٢٨٥,٥٦ | | ٧٥٨٧٩,٥٥ | الرصيد | |

المركز الرئيسي : هاتف : ٢٩٥٣٠٠٠ . فاكس : ٢٩٥٤١١١ . تلكس : ٤٥٨٨٩ / ٤٨٧٧٢ إسلامي إم ، ص.ب : ١٠٨٠ دبي
Office : Tel.: 2953000, Fax : 2954111, Tix : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003278



# DUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الامارات العربية المتحدة
Public Shareholding Company Incorporated in U.A.E.

كشف حــــــساب جــاري
## STATEMENT OF CURRENT ACC

| | | |
|---|---|---|
| PAGE NO. ١ | | |

احمد علي جمعالي

دبي ص ب 3313

| ACCOUNT NO. رقم الحساب | BRANCH |
|---|---|
| ٠١ ٥٢٠ ٦.٦١١٩٢ .١ | ديبيبي |

| From: ٢٠٠٠/.١/.١ | CURRENCY |
|---|---|
| To: ٢٠٠٠/١٢/٣١ | هم الايمــار ات |

| BALANCE الرصيد | DEPOSIT دائن | WITHDRAWAL مدين | PARTICULAR البيان | DATE التاريخ |
|---|---|---|---|---|
| ٩٥ـ٢٨٥،٢٦ | | | رصيد منقول | |
| ٩٤ـ٥.٢،١٦ | | ٧٨٣.١. | VISA DEBIT | ٢٠٠٠/١٢ |
| ٩٤ـ٥.٢،١٦ | | ٧٨٣.١. | الرصيد النهائي | |

ice : Tel.: 2953000, Fax : 2954111, Tix : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai   المركز الرئيسي : هاتف : ٠٠٠٢٩٥٣، فاكس : ٢٩٥٤١١١، تلكس : ٤٨٨٩٦ / ٤٨٧٧٢ إسلامي أبو ظبي - ص ب ١٠٨٠ - دبي

# CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003279



سف حـــــاب جـاري
## STATEMENT OF CURRENT AC

بنـك دبـي الإسـلامـي
### DUBAI ISLAMIC BANK
شركة مساهمة عامة مؤسسة في دولة الإمارات العربية المتحدة
Public Shareholding Company Incorporated in U.A.E.

| | |
|---|---|
| PAGE NO. صفحة | ١ |

احمـد علـي جمعـالـي
دبـي ص. ب. 3313

| ACCOUNT NO. رقم الحساب | BRANCH | |
|---|---|---|
| ٠١ ٥٢٠.٦.٦١١٩٢.١ | BRANCH ديبي | |

From: من ٢٠٠١/٠١/٠١
To: الى ٢٠٠١/١٢/٣١

CURRENCY العملة الإمارات

| BALANCE الرصيد | DEPOSIT دائن | WITHDRAWAL مدين | PARTICULARS البيان | DATE التاريخ |
|---|---|---|---|---|
| ٩٤٥٠٢٠١٦ | | | رصيد منقول | |
| ٩٤٥٠١٦٧٠ | | ٤٨٠٬٤٦ | VISA DEBIT | ٢٠٠١/١ |
| ٩٣٥٠٥٣١٬٢٤ | | ٤٨٥٬٤٦ | VISA DEBIT | ٢٠٠١/٢ |
| ٩٣٥٠٤٥١٨٤ | | ٤٨٠٬٤٦ | VISA DEBIT | ٢٠٠١/٣ |
| ٩٢٥٠٦٢١٠٣٣ | | ٤٨٠٬٤٦ | VISA DEBIT | ٢٠٠١/٤ |
| ٩٢٥٠٧٥٠١٠٤ | | ٤٨٠٬٤٦ | VISA DEBIT | ٢٠٠١/٥ |
| ٨٧٥٠٨٣٩٠٥٨ | | ٤٢٧٧٠ | VISA DEBIT | ٢٠٠١/٦ |
| ٨٣٥٠٣٨٦٬١٢ | | ٤٨٥٬٤٦ | VISA DEBIT | ٢٠٠١/٧ |
| ٨٢٥٠٩٠١١٦٦ | | ٤٨٥٬٤٦ | VISA DEBIT | ٢٠٠١/٨ |
| ٨١٥٠٣٥٤٬١٨ | | ٤٨٥٬٤٦ | VISA DEBIT | ٢٠٠١/٩ |
| ٨١٥٠٥٤٠٣٤ | | ٤٨٥٬٤٦ | VISA DEBIT | ٢٠٠١/١٠ |
| ٨٠٥٢٧٦٢٠٢٨ | | ٦٧٠٩٤ | 456834.0150063960 | ٢٠٠١/١٢ |
| ٨٠٥٢٧٦٩٢٨ | | | الرصيد | |

المركز الرئيسي : هاتف ٢٩٥٣٠٠٠ ، فاكس: ٢٩٥٤١١١ ، تلكس: ٤٨٨٩١/ ٤٨٧٧٢ إسلامي أبو حسب: ١٠٨٠ – دبي
e : Tel.: 2953000, Fax : 2954111, Tix : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

## CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003280



كشف حـسـاب جـاري
**STATEMENT OF CURRENT AC**

بنك دبي الإسلامي
**DUBAI ISLAMIC BANK**
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. | رقم | ١ |
|---|---|---|

احمد على جعفى
دبى ى .ب 3313

| ACCOUNT NO. | رقم الحساب | ٠١ ٥٧٠ ٦٠٦١١٩٢ ٠١ |
|---|---|---|
| From : ٢٠٠٢/٠١/٠١ : من |  | BRANCH | |
| To : ٢٠٠٢/١٢/٣١ : الى |  | CURRENCY   العملة   الإمارات درهم |

| BALANCE | DEPOSIT | WITHDRAWL | PARTICULARS | DATE |
|---|---|---|---|---|
| ٨٠٠٢٦٩٫٢٨ |  |  | رصيد منقول | |
| ٨٠٠٢٦٩٫٢٨ |  |  | الرصيد النهائي | |

ice : Tel.: 2953000, Fax : 2954111, Tix : 45889 / 46772 ISLAMI EM,   P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003281



## STATEMENT OF CURRENT ACC

**DUBAI ISLAMIC BANK**
بنــك دبـي الإسلامــي
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company incorporated in U.A.E.

احمد علي جمعاني
دبي ص. ب. 3313

| PAGE NO. | ١ |
|---|---|

| ACCOUNT NO. رقم الحساب | ٠١ ٥٢٠ ٦٠٦١١٩٢ ٠١ |
|---|---|

| BRANCH | الرئيسي |
|---|---|

| From : ٢٠٠٣/٠١/٠١ من : |
| To : ٢٠٠٣/١٢/٣١ الى : |

| CURRENCY | الإمارات |
|---|---|

| BALANCE | CREDIT | WITHDRAWAL | PARTICULARS | |
|---|---|---|---|---|
| ٨٠٠٥٢٦٩٫٢٨ | | | رصيد منقول | |
| ٨٠٠٥٢٦٩٫٢٨ | | | الرصيد النهائي | |

ice : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai    المركز الرئيسي : هاتف : ٢٩٥٣٠٠٠، فاكس : ٢٩٥٤١١١، تلكس : ٤٥٨٨٩ / ٤٨٧٧٢ إسلامي أي أم ص.ب : ١٠٨٠ – دبي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003282



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003283



## مجـمـوعـة شـوكـات بـرـكـات
## Barakaat Group of Companies (BGC)
### PROMPT AND DELIGANCE IS OUR GOAL



**Barakaat Telecom**
**Somalia LTD.**
**(BTelCo)**
Tel/Fax and
Courier Services



**Barakaat Bank of**
**Somalia Ltd. (BBSL)**
Banking Services &
Global Money Transfer



**Barakaat International Co.**
**(BICO)**
Trading & Contracting



**Barakaat Computer**
**Consulting (BCC)**
Training, Sales & Services



**Barakaat Consulting**
**Co. (BCG)**
Economist, Engineers,
Environmentalist, Planners,
and Managerial Services.

التاريخ: ١٨ ربيع الثاني ١٤١٧هـ الموافق ٢ سبتمبر ١٩٩٦م

الى فضيلة الشيخ الحاج/ سعيد أحمد لوﻛﺎﻩ          حفظه الله ورعاه

إن الحمد لله نحمده ونستعينه ونستغفره ونستهديه ونتوكل عليه له الشكر والإمتنان وصلى الله على نبينا محمد وآله وصحبه وسلم

الحمد لله الذي جعل للأمة الإسلامية علماء ومفكرين ومولين الذين بذلوا جهودا جبارة ليس لإنقاذ ابنائهم من التبعية الفكرية للشرق والغرب فحسب وإنما إنقاذا للعالم أجمع . وبمأأن قضية الإقتصاد بإعتبارها جانبا بارزا ملموسا في خارطة بناء كيان الأمة الإسلامية كانت موضع الإهتمام والعناية الرائدة حيث كانت في بداية السبعينات أكثر الأسئلة إفحاما ضد الصحوة الإسلامية تلك التي يوجهها أعداء الإسلام وأذيالهم : ماذا أنتم فاعلون بنظام الإقتصادي ؟؟ . وكان هناك بعض الإجابات منها المبهم ومنها الواضح ، ولكن الواضح منها لايعدو أن يكون نظريا . و لله الحمد والمنة فقد جاء الفرج والفتح على يدكم الكريمة بتأسيس أول بنك إسلامي في ٢٩ صفر عام ١٣٥٩هـ الموافق ١٢ مارس ١٩٧٥م ممافتح المجال أمام سيل من البنوك والمؤسسات المالية والإقتصادية والإستثمارية الإسلامية حتى صل عددها اليوم مايربو على ١٨٢ مصرف إسلامي يغطي جميع المعاملات المصرفية المعاصرة في أرجاء العالم .

لايفوتنا في هذا المقام أن نذكر ايضا جهودكم المباركة ومحاولاتكم الجادة المبذولة لإعادة بناء نظام تعليمي بما يتفق ومجتمعاتنا الإسلامية وقيمها لكي تؤدي الى تعميق أواصر الترابط بين الأحفاد والأجداد في الأسر الإسلامية لتنتقل الخبرة من الأجداد الى الأحفاد . نسأل الله أن يجعل بمجتمعاتنا الإسلامية شعوبا وحكاما منه الذين يستمعون القول فيتبعون أحسنه .

---

HEAD OFFICE: DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-652-600 FAX: 252-1-652-530
UAE OFFICE : P.O. BOX 3313, DUBAI, UAE, TEL: (9714) 250 800 FAX : (9714) 250 369

مركز رئيسي: بناية دارالسلام، سوق بكارو، مقديشو، الصومال، تليفون : ٦٥٢٦٠٠ (٢٥٢١)، فاكس : ٦٥٢٥٣٠ (٢٥٢١)،
مكتب دبي: ص.ب: ٣٣١٣، دبي - إ.ع.م، تليفون: ٢٥٠٨٠٠ (٩٧١٤)، فاكس: ٢٥٠٣٦٩ (٩٧١٤)،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

ونحن بمجموعة شركات بركات في الصومال على صدد فتح أول بنك إسلامي تحت اسم (بنك بركات الصومالي المحدود) ونقول للذين سبقونا في هذا المجال من أمثالكم ومهدوا لنا الطريق وذللوا لنا الصعوبا ت كقول الله سبحانه ﴿والذين جاءوا من بعدهم يقولون ربنا اغفر لنا ولإخواننا الذين سبقونا بالإيمان ولا تجعل في قلوبنا غلا للذين ءامنو ربنا إنك رؤوف رحيم﴾

ويعتبر بنك بركات الصومالي أول بنك  يدخل الخدمة  منذ سقوط الحكومة الصومالية حيث أن الحروب الأهلية دمرت جميع الخدمات والمرافق العامة من مصرفية وغيرها ,,,,

ولقد كان بمقدورنا قبل الآن بسنوات عدة فتح هذا البنك ولكننا أجلنا ذلك ريثما تتم تشكيل حكومة صومالية لكن وللأسف لاتظهر دولة صومالية مركزية في الأفق بعد مرور ست سنوات من الإنتظار والتريث . إن أياد أجنبية متضاربة المصالح تعبث في مسرح العمليات في الصومال وتقوم بعملية سد أي خلل في ميزان القوة العسكرية بين الفئات المتناحرة على الزعامة في الصومال .

لذا عزمنا على فتح هذا البنك الإسلامي  تحت تلك الظروف الراهنة في الصومال مما يتيح فرصة ملأ الفراغ التي تركته البنوك الربوية العاملة في الصومال سابقاوالتي تتربص دخول المجال عنداستقرار الأوضاع وتشكيل حكومة في الصومال . ومودة منا في التعامل مع البنوك الاسلامية فضلنا كم على غيركم ورغبنا في التعامل معكم بما يخدم الحركة التجارية والمصرفية بين الصومال ودولة الامارات . اذ نتقدم الي فضيلتكم بطلبنا هذا آملين منكم الموافقة على فتح حساب جار باسم بنك بركات الصومالي المحدود  لدى بنك دبي الاسلامي .

نسأل الله العلي العظيم أن يحفظنا واياكم لخدمة الاسلام والمسلمين .


اخوكم / أحمد علي جمعـــــالي
رئيس مجلس الإدارة لمجموعة شركات بركات وبنك بركات الصومالي المحدود

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003285



بنك الإمارات الدولية
Emirates Bank International
م.ع.ش

DATE: 20AUG96

| | |
|---|---|
| Branch : | BANDER TALEB BRANCH |
| Tel. No. : | 265013  هاتف  Fax: 253263 |
| Account No. : | 0066-033213-010 |
| Account Type : | CURRENT ACCOUNT |
| Currency : | US DOLLARS |

BARAKO TRADING COMPANY L L C
P O BOX 3313
DUBAI
TEL 250800
FAX 250369

T R A N S A C T I O N    A D V I C E

THE FOLLOWING TRANSACTION WAS APPLIED TO YOUR ACCOUNT TODAY

| TYPE | PARTICULARS | AMOUNT | VALUE DATE |
|---|---|---|---|
| TRANSFER | 0066.033213.001 | 1,000,000.00DR | 20AUG96 |

THIS TRANSACTION ADVICE BEARS NO SIGNATURE

المكتب الرئيسي : ص.ب. ٢٩٢٣، دبي، الامارات العربية المتحدة، هاتف : ٢٥٦٢٥٦، تلكس : ٤٦٤٢٥ ابيدبي أي أم – فاكس : ٢٦٨٠٠٥
Head Office : P.O.Box : 2923, Dubai, United Arab Emirates, Tel. : 256256, Tlx. : 46425, EBIDB EM, Fax : 268005
Internet : http://www.ebil.co.ae/ : انترنيت



بنك الإمارات الدولية
Emirates Bank International
م.ع.ش

DATE: 20AUG96

| | |
|---|---|
| Branch : | BANDER TALEB BRANCH |
| Tel. No. : | 265013  هاتف  Fax: 253263 |
| Account No. : | 0066-033213-001 |
| Account Type : | CURRENT ACCOUNT |
| Currency : | U.A.E.DIRHAM |

BARAKO TRADING COMPANY L L C
P O BOX 3313
DUBAI
EL 250800
FAX 250369

T R A N S A C T I O N    A D V I C E

THE FOLLOWING TRANSACTION WAS APPLIED TO YOUR ACCOUNT TODAY

| TYPE | PARTICULARS | AMOUNT | VALUE DATE |
|---|---|---|---|
| TRANSFER | 0066.033213.010 | 3,672,000.00CR | 20AUG96 |

THIS TRANSACTION ADVICE BEARS NO SIGNATURE

المكتب الرئيسي : ص.ب. ٢٩٢٣، دبي، الامارات العربية المتحدة، هاتف : ٢٥٦٢٥٦، تلكس : ٤٦٤٢٥ ابيدبي أي أم – فاكس : ٢٦٨٠٠٥
Head Office : P.O.Box : 2923, Dubai, United Arab Emirates, Tel. : 256256, Tlx. : 46425, EBIDB EM, Fax : 268005
Internet : http://www.ebil.co.ae/ : انترنيت

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003286



SEP 14 '96 13:21     DUBAI ISLAMIC BANK H O
009714-258369       BANNKA DUBAI

534 P01
672 M01/01 SEP 14 '96  13:21

الأخ / عطاء فتّاح

بنك الإمارات الدولي
Emirates Bank International

DATE : 12SEP96          التاريخ :

Branch :      DANDER TALEB BRANCH          فرع :

BARAKO TRADING COMPANY L L C          Tel. No. :   265013    هاتف :   Fax :   253263    فاكس :
P O BOX 3313
DUBAI          Account No. :   0066-033213-001          رقم الحساب :
TEL 250800
FAX 250369          Account Type : CURRENT ACCOUNT          نوع الحساب :

                     Currency :   U.A.E.DIRHAM          العملة :

T R A N S A C T I O N   A D V I C E

THE FOLLOWING TRANSACTION WAS APPLIED TO YOUR ACCOUNT TODAY

| TYPE | PARTICULARS | AMOUNT | VALUE DATE |
|------|-------------|--------|------------|
| TRANSFER | 0066-033213-010 | 5,508,000.00CR | 12SEP96 |

THIS TRANSACTION ADVICE BEARS NO SIGNATURE

المكتب الرئيسي : ص.ب : ٢٩٢٣ ، دبي ، الإمارات العربية المتحدة ، هاتف : ٢٥٨٢٥٦ ، تلكس : ٤٦٤٢٦ ، EBIDB EM ، فاكس : ٢٦٨٠٠٥
Head Office : P.O.Box : 2923, Dubai, United Arab Emirates, Tel. : 258256, Tlx. : 46426, EBIDB EM, Fax : 268005
Internet : http://www.ebil.co.ae/     انترنت :

بنك الإمارات الدولي
Emirates Bank International

DATE :   12SEP96          التاريخ :

Branch :      DANDER TALEB BRANCH          فرع :

BARAKO TRADING COMPANY L L C          Tel. No. :   265013    هاتف :   Fax :   253263    فاكس :
P O BOX 3313
DUBAI          Account No. :   0066-033213-010          رقم الحساب :
TEL 250800
FAX 250369          Account Type : CURRENT ACCOUNT          نوع الحساب :

                     Currency :   US DOLLARS          العملة :

T R A N S A C T I O N   A D V I C E

THE FOLLOWING TRANSACTION WAS APPLIED TO YOUR ACCOUNT TODAY

| TYPE | PARTICULARS | AMOUNT | VALUE DATE |
|------|-------------|--------|------------|
| TRANSFER | 0066.033213.001 | 1,500,000.00DR | 12SEP96 |

THIS TRANSACTION ADVICE BEARS NO SIGNATURE

المكتب الرئيسي : ص.ب : ٢٩٢٣ ، دبي ، الإمارات العربية المتحدة ، هاتف : ٢٥٨٢٥٦ ، تلكس : ٤٦٤٢٦ ، EBIDB EM ، فاكس : ٢٦٨٠٠٥
Head Office : P.O.Box : 2923, Dubai, United Arab Emirates, Tel. : 258256, Tlx. : 46426, EBIDB EM, Fax : 268005
Internet : http://www.ebil.co.ae/     انترنت :

بنك دبي الإسلامي
قسم الشؤون الإدارية
( فاكس )
تمّ الإستلام
رقم : ٧٠٥

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003287

# المحاكم الاسلامية ومجالس المصالحة

للعائلة الجديدة التي بدأت تفرض نفسها في الواقع السياسي [illegible] في المحاكم الاسلامية التي بدأت تحقق تواجداً فعالاً برغم عمرها القصير لا يتجاوز ثلاثة اعوام.

ويؤكد الشيخ شريف محيي الدين رئيس المحاكم الشرعية الصومالية [illegible] مشروع المحاكم هو الوحيد الذي يمكن ان يقود الصومال الى بر الامان [illegible] فشلت كل الاتفاقات مشيراً الى أن الشريعة الاسلامية هي الشيء الوحيد لا يختلف الصوماليون حوله.

ويضيف الشيخ شريف ان ما انجزته هذه المحاكم برغم عمرها [illegible] يدل على تقبل الشعب الصومالي المسلم لها [illegible] الاسلامية التي بدأت في مقديشو اتسعت رقعتها شيئاً فشيئاً حتى شملت [illegible] من المحافظات والاقاليم وخاصة الجنوبية والوسطى، وكذلك اقاليم [illegible] الشمال الشرقي.

[illegible]

وهو في سعيه الآن الى تضميد جروحه واستعادة استق[illegible] مستقيماً يطبق الشريعة الاسلامية التي حرموا منها في [illegible] سياد بري الذي اشبعهم شيوعية وهو امر سيجدون [illegible] مهدي الذي وعدهم بتطبيق الشريعة الاسلامية فور [illegible] الامور في البلاد.

الواقع المعاش في منطقة الشمال التي يحكمها علي [illegible] فيها الحدود الشرعية افضل من الجنوب المتوتر، وهذا يسجلها الكثيرون لعلي مهدي. ومسألة تطبيق الشريعة هي نقطة مهمة لدى الشعب الصومالي كما اسلفت [illegible] تأثيرها على الشارع الصومالي حتى أخذ هو كذلك [illegible] وجود اية بوادر لذلك في تصرفاته وقراراته [illegible] الجديدة المكونة من 31 وزيراً، والتي كان علي مهدي [illegible] مثلها فيما لو فعل عيديد ذلك، الا انه لم يفعل [illegible] عيديد حكومته ■

[illegible]

# النشاط الخيري الاسلامي وعودة الحياة

[illegible]

بكر الاكاديمي الصومالي ونائب المجلس الصومالي للمصالحة.

اما التجارة التي بدأت مظاهرها في العودة رغم ما يعتري بعض التجار من الخوف فانها تشهد تطورا مذهلا خاصة بعد افتتاح شركة بركة للتجارة على يد رجل الاعمال الصومالي احمد جمعالي. وقد قامت هذه الشركة بادخال قمر للاتصالات، اضافة الى اعمال الصرافة والبريد، والتجارة العامة. ولعل اطرف ما قامت به هذه الشركة هو توزيعها للهاتف الجوال الذي دخل الخدمة في الصومال قبل عدد من الاقطار العربية الاخرى! وتبلغ تكلفة امتلاك هذا الهاتف الخليوي 400 دولار امريكي فقط اضافة الى ذلك وبفضل مؤسسة الصرافة التابعة لهذه الشركة فقد بدأت الحوالات تتدفق الى الصوماليين من اقاربهم في الخارج، وكذلك الرسائل البريدية.

## الزعيمان في الشارع الصومالي

يتمتع كل من الزعيمين محمد فارح عيديد، وعلي مهدي محمد بسمعة واسعة في الشارع الصومالي، ورغم ان الاخير في نظر بعض المحايدين كان يتمتع بشرعية في بادئ الامر عندما اجتمع له الأمر في مؤتمر جيبوتي عام 1991، الا ان عيديد كذلك الى جانب الكره الذي يتمتع به بين مناهضيه كونه زعيم الحرب الاول في الصومال الا انه في الوقت نفسه يتمتع باعجاب عدد غير قليل من الصوماليين كونه اول مناهض ومحارب للقوة الامريكية التي ارادت «احتلال» الصومال في خامس محاولة احتلال تتعرض لها البلاد عبر 500 عام «كما يرى هؤلاء» وهو امر يجعل كل صومالي يقف ويعاضد اي زعيم يقف في وجه ما يعبرون عنه بالاحتلال، وهذه هي احدى اهم النقاط التي استغلها عيديد اثناء تواجد القوات الدولية في مقديشو التي تكره مجيء الاجانب لخير كان او لشر. فهو إذاً احق بالرئاسة - عندهم - من علي مهدي المتساهل في التعامل مع الغرب، اذ يرى هؤلاء انه ما ان يتم له الامر حتى يبيعهم الى النظام العالمي الجديد الذي تتزعمه امريكا، لبتصرف فيهم من جديد، وهو امر لا اعرف مدى صحته من عدمه الا انني اسجله هنا كما سمعته من هؤلاء. ولكن لا ننسى ان الشعب الصومالي شعب عربي مسلم،

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003288





CONFIDENTIAL

This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003289



CONFIDENTIAL

This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003290



# BARAKAAT TELECOMMUNICATIONS COMPANY(BTELCO)

## BARAKAAT CALLING, EXCHANGE & MONEY TRANSFER CENTERS IN MOGADISHU

| NO. | BRANCH NAME | TELEFON & FAX | LOCATION |
|-----|-------------|---------------|----------|
| 1. | Axmed Cadde Branch | 252-1-550456 | Suuq Bacaad |
| 2. | Baar Ubax Branch | 252-1-540972/653330Fax | Baar Ubax Masjidka Xareed Agtiisa |
| 3. | Bakaaro Main Branch | 252-1-657950/657600Fax | Daru Salam . Bakaaraha |
| 4. | Beexaani Branch | 252-1-555013/555020/555007 | Ajibka Beexaani |
| 5. | BlackSea Branch | 252-1-542122 | Black Sea |
| 6. | Buulo Xuubey Branch | 252-1-555018/555016 | Suuqa Buulo Xuubey |
| | C/Ilahi Siidow Branch | 252-1-543219 | Suuqa Bakaaraha |
| 8. | Cali Caliyow Branch | 252-1-555037/555038 | Isgoyska Howl wadaag |
| 9. | Cassapopolaare Branch | 252-1-555015/555017 | Masjidka Sh.Cali  Suufi |
| 10. | Dayax Branch | 252-1-549925 | U dhow Hotel Qaahira |
| 11. | Dulqaad Branch | 252-1-555029/555030 | Ka soo Horjeedka Baar Caasho |
| 12. | Gubta Branch | 252-1-555033/555034 | Ka soo horjeedka Suuqa Xoolaha lagu qalo |
| 13. | Hotel Lafweyn Branch | 252-1-558825/533211 | Hotel Lafweyn |
| 14. | Hotel Salama Branch | 252-1-542131/542165 | Wadada Sodonka (H/wadaag) |
| 15. | Huriwaa Branch | 252-1-555005/555006 | U dhow Ex-Control |
| 16. | Igaarsiinta Gobolada | 252-1-652400/652330/652070 | Dhismaha Daaru Salaam |
| 17. | Imaamu Shaafici Branch | 252-1-552434/552432 | U dhow Dugsiga Sare ee Banaadir |
| 18. | ITTC Branch | 252-1-542828/542829 | Isgoyska Sanca |
| 19. | Kaaraan Branch | 252-1-555001/555214/552333Fax | U dhow Shaneemo Liibaan |
| 20. | Laba dhagax Branch | 252-1-555035/555036 | Ku dhegan Isbitaalka Shifo |
| 21. | Madiina Branch | 252-1-555003/555004 | U dhow kaalinta Shidaalka |
| 22. | Manapolyo Branch | 252-1-555008/555025 | SuuqaManopolyo |
| 23. | NBC Branch | 252-1-555031/555032 | Ka soo horjeedka dhismaha NBC |
| 24. | Old Brakaat Building | 252-1-523311/653000 | Bakaaraha Cabdala Shideeye |
| 25. | Suuq Bacaad Branch | 252-1-551233/551234 | Suuq Bacaad Market |
| | Taleex Branch | 252-1-555026/555027 | U dhow Masaajidka C/rashiid |
| | Towxiid Branch(1) | 252-1-540268/548855/653400Fax | Bakaaraha Suuqa Daawada |
| 28. | Towxiid Branch(2) | 252-1-548833/653070 | Bakaaraha Suuqa Daawada |
| 29. | Tre Piano Branch | 252-1-547777 | Wadada Maka-Mukaramah |
| 30. | Wadajir Branch | 252-1-555022/555023 | U dhow Shaneemo Muqdisho |
| 31. | Wardhiigley Branch | 252-1-552148/653130 | Geedka Jacaylka Hotel Damey |
| 32. | Xamar weyne Branch | 252-1-546878/546879 | WadadaVia Roma Bar Roma |
| 33. | Xariiryaale Branch | 252-1-552121 | Suuqa Xararyaale |
| 34. | Xawalada(BICO) | 252-1-657500/653870 | Dhismaha Daaru Salaam |

HEAD OFFICE: DARU SALAM BUILDING, BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-657950 FAX: (2521)657600.

UAE OFFICE: P.O.BOX 3313, DUBAI, TEL:(9714)250800 FAX:(9714)250369

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003291

# BARAKAAT TELECOMMUNICATIONS COMPANY
## SOMALIA LTD(BTELCO)

### REGIONS/DISTRICTS CALLING, EXCHANGE & MONEY TRANSFER CENTERS

| NO. | CITY | TELEFON | BRANCH MANAGER |
|---|---|---|---|
| 1. | AFGOYE | 252-1-552831/552833 | C/KARIIM & CAYNANSHE |
| 2. | AFMADOW | 252-1-652070/653800 | C/KARIM DAAUUD |
| 3. | BALAD XAAWO | 252-1-652330/652270 | C/CASIIS XUSEEN |
| 4. | BANADIR(BAKAARA) | 252-1-552254/653990 | CABAAS CABDI CALI |
| 5. | BANADIR(KAARAAN) | 252-1-555001/555123 | CABAAS & AXMADEY |
| 6. | BARAWE & SABLAALE | 252-1-652070/653800 | C/LAAHI ABSHIR |
| 7. | BAYDHABO | 252-1-652330/652270 | XASSAN MEYLOW |
| 8. | BELED WEYNE | 252-1-652330/652270 | C/RISAAQ AADAN |
| 9. | BIYO-CADDE | 252-1-652070/653800 | CABDULLAHI OKEY |
| 10. | BOOSAASO) | 252-523-4565 | MAX'ED ISMAACIIL |
| 11. | BURTINLE | 252-1-652470/652400 | SICIID CALI DHEEG |
| 12. | BUUHOODLE | 252-1-652270/652400 | C/CASIIS SOOFE & GOROD |
| 13. | BUULO BURTE | 252-1-652330/652270 | MAX'ED C/HI CUMAR |
| 14. | BUUR HAKABA | 252-1-652330/652270 | IBRAHIM CALI YAROW |
| 15. | BUUR WEYN | 252-1-652330/652270 | AXMED C/LAHI CUMAR/MUUDE |
| 16. | CABUD WAAQ | 252-1-652330/652270 | SAHAL XARAARE XIRSI |
| 17. | CEEL GARAS | 252-1-652330/652270 | C/LLAAHI CALI AXMED(TUULO) |
| 18. | CEEL-DHEER | 252-1-652330/652270 | DAAHIR WEHELIYE JEYTE |
| 19. | CEERIGAABO | 252-1-652470/652400 | XUSEEN AW NUUX (SOOYAAN) |
| 20. | DHOOLBEY.XAGARDHER | 252-1-652070/653800 | C/XAKIM SHAFAT YUUSUF |
| 21. | DIINSOOR | 252-1-652330/652270 | C/DI XAFIID MACALIN |
| 22. | DIINSOOR | 252-1-652270/652330 | CABDI WAAXID |
| 23. | GAALKACYO | 252-1-652470/652400 | BURHAN MAX'UD XIRSI |
| 24. | GALDOGOB | 252-1-652470/652400 | DAAHIR M'ED X.(DAHIR DHEERE) |
| 25. | GAROOWE | 252-1-652470/652400 | AADAN XIRSI (DARWIISH) |
| 26. | HARGAISA | 252-2-134688 | MAX'ED AXMED YUUSUF |
| 27. | JAWHAR | 252-1-652330/652270 | AL XUSEEN XASSAN |
| 28. | KAMSUMA,JILIB | 252-1-652070/653800 | MUKHTAR SH. XAMUD & A'UUD |
|  | & JAMAME | 252-1-652070/653800 | MUKHTAR SH. XAMUD & AAUUD |
| 29. | KISMAYO | 252-1-650070/653800 | CALI CABDI SHIDE |
| 30. | LAASCAANOOD | 252-1-652470/652400 | CALI CABDI XAASHI(C/DHEERE |
| 31. | MARKA | 252-1-549364/549365 | MACALIM BASHIIR/C/KARIIM |
| 32. | MESAGA-WAAY | 252-1-652070/653800 | C/RAXMAAN JIMCAALE XAYLE |
| 33. | ODWEYNE | 252-1-652470/652400 | MUQTAAR |
| 34. | QARDHO | 252-1-652470/652400 | FU'AAD MAXAMUUD XAAJI |
| 35. | QORYOOLEY | 252-1-549368/652270 | MAX'ED ABUUKAR |
| 36. | XARAR DHEERE | 252-1-652070/653800 | MAX'ED SH. AXMED MAX'UD |
| 37. | YIROOWE | 252-1-52470/652400 | XUSEEN KARATEE |

HEAD OFFICE: DARU SALAM BUILDING, BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-657950 FAX: (2521)657600.

UAE OFFICE: P.O.BOX 3313, DUBAI, TEL:(9714)250800 FAX:(9714)250369

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003292

# BARAKAAT BANK OF SOMALIA LTD(BBSL)

# BARAKAAT GOLOBAL MONEY TRANSFER CENTERS

| NO. | COUNTRY/ CITY | TELEFOON & FAX | MANAGER NAME |
|---|---|---|---|
| 1. | AUSTRALIA(MELBOURE) | TFX-61-3-94552412 | ALI ADEN M/UD (SALAX) |
| 2. | CANADA(OTOWA ) | TLF 613-2335444  FAX 613- 2302061 | SHARIF SHEILILAH |
| 3. | CANADA(TORONTO) | TFX 416-5384371 FAX 5381822 | C/LAHI AFRAH (ASPRO) |
| 4. | CANADA(VANCUOVER) | TFX 604-5908529  FAX 8733614 | C/RAXMAN A/ED(CAWKE) |
| 5. | DENMARK( VIBROG) | TFX 45-86651432 | CALI C/LLAHI MAXAMUD |
| 6. | DENMARK(COPENHAGEN) | Tlf 45  43531499 | C/RISAAQ SACIID X. ADEN |
| 7. | DJABUTI | TFX 253- 352807/341937 GURI | XASAN DUALE |
| 8. | ETHIOBIA(DIRI-DAWE) | TFX 251-5-110563,Off 5-110384 | HASAN MAH'ED FARAH |
| 9. | ETHIOPIA(ADIS-ABABA) | TEL 251-1- 186888 /TFX-251-1- 611368 | BASHIR ALI JIMCALE/ MAXED A/ED JIMALE |
| 10. | ETHIOPIA(JIG-JIGA) | TFX 251-5-11575 OR VIA D/DHABA | C/XAKIIM ADEN NUUR |
| 11. | ETHIOPIA(NAAZREET) | TFX-251-2-110735 | C/SLAN  DAHIR &C/HI X. |
| 12. | FRANCE(NIORT) | TLF 33-49734143 | AADAN CADIR MAX'ED |
| 13. | GERMANY(BENSHEIM) | 49-6251-610513TFX 610190 | C/CASIIS CAYNAB CABDULLE |
| 14. | HOLLAND(ROTERDAM) | TFX 31-180413111 FAX 180417841 MOB 31-653262571 | PROF. A/KRM ALI DIRIE |
| 15. | HOLLAND(TILBURG) | TLF 31-135433857 TFX 135-441492 | C/RISAQ SIDE & BASHIIR |
| 16. | ITALIA(BOLONYO) | TFT 39-542-640185 | XUSEN X. C/HI FIIQOW |
| 17. | ITALIA(BRESCIA) | TLF 39-30-3772996 | C/QADIR SHARIF XAMSA |
| 18. | ITALIA(FIRENZA) | TLF 39-55-7301791 FAX 55-7301793 | MOH'UD C/QADIR |
| 19. | ITALIA(MILANO) | TLF 39-2-35377273/ TFX 39-2-89402109 MOB. | XASAN ADEN GEEDI |
| | ITALIA(MILANO) | 393356000582 | XASAN ADEN GEEDI |
| 20. | ITALIA(NAPOLI) | TFX-39-81-5431454 | HASEEN NUNOW |
| 21. | ITALIA(ROMA) | TFX 39-3386054782 MOB. 6-272481 | C/LLA DAHIR AWEYS |
| 22. | ITALIA(TORINO) | TFX 39-11-4331348 FAX 4472601 MOB 39 - 3472201358 | ENG. MAH'UD ABDULAHI |
| 23. | KENYA(GARISA) | TLF 254-131-3233 TFX 1312122 | XASAN MACALIN |
| 24. | KENYA(MANDERA) | TLF 254-192-2194 FAX 0192-2376 | C/RIZAQ / MAXAMED |
| 25. | KENYA(MOMBASA) | TLF 254-11-492467 FAX 492073 | MAH'UD JUMALLE |
| 26. | KENYA(NAIROBI) | TLF 254-2-766511, 254-2-763015 FAX  02-764085 | NUURADIN / HASAN  CALI |
| 27. | KUWAIT | TLF 965-2522264 FAX 2418517,  2451800 | C/LLE CAWAD SALAX |
| | NORWAY(OSLO) | TFX 47-22173069 OFF,Tel: 47-22254608 GURI | AXMED CALI KEDIYE MAX'ED Y. AHMED |
| | QATAR(DOHA) | TLF 974- 361074 | DR.C/LLAHI MAXAMUD NUUR |
| 30. | SAUDI- ARABIA(JEDDAH) | TEL 9662-6442856 FAX 6427614 | C/SIIS ALI  & MOH C/LE/C/LAHI CALI JIMCALE |
| 31. | SUDAN(KHARTOUM) | TXF-249-11-445079 | C/RAXMAN C/LLE /C/QADIR XASHI |
| 32. | SWEDEN(GOTHENBURG) | TFX 46-31-137366 MOB 46707354842 | MAH'ED YASIN & C/RISAAQ |
| 33. | SWEDEN(MALMO) | TFX 46-40-921810/ 40-9251615 | OSMAN CAMUUD ALI |
| 34. | SWEDEN(NORKOPING) | TFX 46- 11- 237931 | AXMED DAHIR |
| 35. | SWEDEN(STOCKHOLM) | TLF 46-8- 367738  TFX 46-8-369341 | AXMED CALI GALOOL |
| 36. | SWITZERLAND(BERNA) | TLF 41-32-932908 FAX 41-32-936927 | MAX'ED AXMED XUSSEN |
| 37. | SWITZERLAND(GENEVA) | TFX 41-22-7932658 | CALI CADOW(C. JARMAL) |
| 38. | U S A (WASHINGTON(VIRGINIA) | TFX 703- 9412994 | C/RAXMAN SHEIKH CALI |
| 39. | U.A.E (ABU-DUBAI) | 971-2-742893 GURI | MAX'ED BILE YUUSUF |
| 40. | U.A.E (DUBAI) | TEL- 9714-250800 FAX- 250369,TFX 9714- 250122 | C/CASIIS YUUSUF DIINI |
| 41. | U.S.A (MINNEAPOLIS) | TLF 612-3730769, TFX.3599413 | NURADIN/MOHD SHUKE |
| 42. | U.S.A (SANDIEGO) | TFX 1-619-2644979 | NUR CALI DHINBIL(DEEQ) |
| 43. | Uk(LONDON) | TLF 171-2474225 FAX  171-2474662 | YAZID MURSHID/M.SHIRE |
| 44. | UK(MANCHESTER) | TFX 44-161-2738698 | MAX'ED AXMED CALI |
| 45. | UK(WEMBLEY) | TLF 44-181-3851894 FAX 1813850970 MOB 0956990824 | MAHAD C/LLE JUMALE/DAHIR ABDI |
| 46. | YEMEN(CADAN) | TFX 967-2-343516 | SHARIF XASAN MAKJ |
| 47. | YEMEN(SANCA) | TLF 967-1-203418-OFF  01-203736 FAX | SHARIF HUSEEN |

HEAD OFFICE: DARU SALAM BUILDING, BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-657950 FAX: (2521)657600.

UAE OFFICE: P.O.BOX 3313, DUBAI, TEL:(9714)250800 FAX:(9714)250369



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003293

**Dubai Islamic Bank**
· Public Joint Stock Company
( Incorporated in U.A.E. )



بَنْكُ دُبَيِّ الإسلامي
شــركــة مـساهمة عـامـة
(تأسس في دولة الامارات العربية المتحدة)

IFR/S/6228/96  18-Sep-96

السيد/ أحمد علي جمعالي      " المحترم "
رئيس مجلس ادارة مجموعة شركات بركات
مقديشو – الصومال
فاكس : 002521652530
فاكس: 04250369

السلام عليكم ورحمة الله وبركاته

الموضوع : فتح حساب باسم بنك بركات الاسلامي .

ردا على رسالتكم الموجهة الى الحاج سعيد لوتاه – رئيس مجلس ادارة بنك دبـي الاسلامي
في 96/9/2 بخصوص الموضوع المشار اليه ، بداية نهنئكم بهذا الانجاز المبارك ونتمنى
لكم كل التوفيق .  كما نرجو التكرم بارسال صور من المستندات التالية :

عقد التأسيس
الرخصة التجارية
نماذج التوقيعات المعتمدة  الخاصة بالبنك .

وذلك لاتمام الاجراءات والموافقات اللازمة لفتح الحساب المطلوب ومن ثـم نمدكم بالنمـاذج
الخاصة بذلك في أقرب فرصة ممكنة.

نشكراكم ثقتكم الغالية ،  ونأمل أن يكون هناك تعاون دائم فيما بيننا .

وتفضلوا بقبول فائق التحية والتقدير ،،،

عثمان مختار
رئيس الاستثمار والعلاقات الخارجية

استلمت الأصل
22/9/96

ص.ب : ۱۰۸۰ دبي : هاتف : ۲۱٤۸۸۸ ، فاكس: ۲۳۷۲٤۳ ، تلكس : ٤٨۷۷۲/٤٥۸۸۹ اسلامي اي ام ، برقيًا : (إسلامي)
P.O. Box : 1080 Dubai. Tel. : 214888, Fax : 237243., Telex : 45889/48772 ISLAMI EM, Cable : (ISLAMI)

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003294

# BARAKAAT BANK OF SOMALIA LTD. (BBS)



بنك بركات الصومالي المحدود
(بي.بي.ايس.)

التاريخ    :    ٢٤/١٢/٩٦م
الموافق   :    ١٤١٧/٧/١٣هـ

السيد/ عثمان مختار                                حفظه اللــه
رئيس الإستثمار والعلاقات الخارجية
بنك دبي الإسلامي
السلام عليكم ورحمة الله وبركاته        وبعد ,,,,,,,,

تعقيبا على خطابكم رقم IFR\S\6228\96 تاريخ 18-SEP-96 وإلحاقا بخطابنا المؤرخ بـ 3سبتمبر ٩٦م
والموجه إلى الحاج سعيد لوتاه – رئيس مجلس إدارة بنك دبي الإسلامي – نرفق لكم بطيه صور
المستندات المطلوبة من قبلكم :-
–  عقد التأسيس
–  الرخصة التجارية
–  نماذج التوقيعات المعتمدة الخاصة ببنك بركات الصومالي المحدود

نأمل إتمام الإجراءات اللازمة لفتح الحساب المذكور أعلاه في أسرع وقت ممكن لننجز تطلعاتنا ورغبتنا
في التعامل مع البنوك الإسلامية عامة وبنك دبي الإسلامي بصفة خاصة .

وختاما نشكركم ونعتز بتهنئتكم الغالية  ونتمنى لكم المزيد من الخير والعطاء

,,,,,,, جعلنا الله وإياكم ذخرا للإسلام والمسلمين ,,,,,



أخوكم / أحمد علي جمعالي
رئيس مجلس إدارة مجموعة شركات بركات وبنك بركات الصومالي المحدود

---

HEAD OFFICE: DAR-USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS : P.O. BOX 3313, DUBAI, UAE, TEL: (9714) 250 800 FAX : (9714) 250 369

مركز رئيسي: بناية دارالسلام، سوق بكارا، مقديشو، الصومال، تليفون: ٦٥٣٩٩٠ – ٢٥٢١)، تاكس: ٦٥٢٩٩٠ – ٢٥٢١)،
اتصال أخر : ص.ب ٣٣١٣، دبي، ا.ع.م، تليفون: ٢٥٠٨٠٠ (٩٧١٤)، فاكس: ٢٥٠٣٦٩ (٩٧١٤)،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003295



## Jamhuriyadda Soomaaliya
### Qunsuliyadda GUUD

CONSULATE GENERAL OF THE SOMALI REPUBLIC
DUBAI

القنصلية العامة لجمهورية الصومال

دبــــي

التاريـــخ: ١٩٩٦/١١/٥م

الرقـــــم: ق ص د/ ش ص ج/١١/٠١٠٢٢/٩٦

### رخصـــة مصرفيــة (مؤقتـــه)

رقم الرخصة ١٩٤٥

تاريخ الاصدار ١٩٩٦/١١/٥م

تاريخ الانتهاء ١٩٩٧/١١/٤م



نظرا للاوضاع الراهنة في الصومال فإن القنصلية العامة للجمهورية الصومالية بدبي، نيابة
عن الجهات المختصة فى الصومال تمنح بنك بركات الصومالى المحدود هذا الترخيص
لمزاولــة جميع الانشطــة المصرفيه في الصومال وخارجها.

وتشهد القنصلية بأن بنك بركات الصومالي المحدود ومقره في العاصمة الصومالية
مقديشو هو البنك الوحيد العامل حاليا في الصومال ويلعب دورا هاما في تبادل التجاري
بين الصومال ودولة الامارات.

نرجوا من جميع الجهات المختصة في مضمار عملهم بالتعامل مع بنك بركات الصومالي
المحدود بما يتفق والقوانين المتبعة في دولة الامارات العربية المتحدة.



القنصلية العامة لجمهورية الصومال
دبــي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003296



# BARAKAAT BANK OF SOMALIA LTD.
## (BBS)

بتك بركات الصومالي المحدود

(بي.بي.ايس.)

٢٥/١١/١٩٥٦

الســـــــادة:  بنك دبي الاسـلامي

السلام عليكم ورحمة الله وبركاته وبعد،

الموضوع: سلطة التواقيع نيابة عن بنك بركات الصومالي المحدود

بالإشارة إلى الموضوع أعلاه يسرنا أن نرفق لكم طي هذا قائمة بأسماء ونماذج التوقيعات المعتمدة للموظفين المخول لهم التوقيع في كافة المستندات والتعهدات الرسمية التي تصدر من البنك.

أولا: التوقيعات المنفردة :

أ. يوقع العضو المنتدب بصفته المدير العام منفردا عن البنك.

ب. يوقع نائب المدير العام منفردا عن البنك.

ثانيا: باستثناء ما ورد من (أولا)أعلاه لابد أن يحمل أي  مستند ملزم للبنك توقيعين معتمدين يكون أحدهما علي الأقل من الفئة(أ).



رئيس مجلس إدارة بنك بركات الصومالي المحدود

احمد علي جعمالي

HEAD OFFICE: DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS : P.O. BOX 3313, DUBAI, UAE, TEL: (9714) 250 800 FAX ; (9714) 250 369

مركز رئيسي: بناية دارالسلام، سوق بكارا، مقديشو، الصومال، تليفون : ٦٥٣٩٩٠ - ١ - ٢٥٢)، فاكس : ٦٥٢٩٩٠ - ١ - ٢٥٢)،

اتصال آخر: ص.ب:٣٣١٣، دبي –ا.ع.م، تليفون:٢٥٠٨٠٠ -(٩٧١٤)، فاكس:٢٥٠٣٦٩ -(٩٧١٤)،

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003297

# BARAKAAT BANK OF SOMALIA LTD.
## (BBS)



بنك بركات الصومالي المحدود
(بي. بي. ايس.)

نماذج التوقيعات للموظفين المخول لهم التوقيع منفردا

## SINGLY AUTHORIZED SPECIMEN SIGNATURES

---

AHMED ALI JUMALI

GENERAL MANAGER

احمد علي جمعالي

المدير العام

SIGNATURE

التوقيع

---

ABBAS ABDI ALI

DEPUTY GENERAL MANAGER

عباس عبده علي

نائب المدير العام

SIGNATURE

التوقيع

---

**HEAD OFFICE:** DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
**OTHER CONTACTS :** P.O. BOX 3313, DUBAI, UAB, TEL: (9714) 250 800 FAX : (9714) 250 369

مركز رئيسي: بناية دارالسلام، سوق بكارة، مقديشو، الصومال، تليفون: ١٥٣٩٩٠ (٢٥٢١) – ٦٥٢٩٩٠، فاكس : ١٥٢٩٩٠ (٢٥٢١)،
اتصالات أخرى: ٣٣١٣، ٠٥٠٨٠٠ (٩٧١٤)، فاكس : ٢٥٠٣٦٩ (٩٧١٤)،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003298

# BARAKAAT BANK OF SOMALIA LTD.
### (BBS)



بنك بركات الصومالي المحدود

(بي.بي.ايس.)

∴نماذج التوقيعات للموظفين المخول لهم التوقيع (أ)

### AUTHORIZED SPECIMEN SIGNATURES(A)

---

YUSUF SAID JUMALI

SIGNATURE  

يوسف سعيد جمعالي

التوقيع

---

ABDUL AZIZ YUSUF DIINI

SIGNATURE  

عبد العزيز يوسف ديني

التوقيع

---

NASIR ADAM NUR

SIGNATURE  

ناصر آدم نور

التوقيع

---

ABDUL RASHIID ALI JUMALI

SIGNATURE  

عبد الرشيد علي جمعالي

التوقيع

---

HEAD OFFICE: DAR'USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS : P.O. BOX 3313, DUBAI, UAE2 TEL: (9714) 250 800 FAX : (9714) 250 369

مركز رئيسي: بناية دارالسلام، سوق بكاره، مقديشو-الصومال، تليفون : (٢٥٢١) - ٦٥٣٩٩٠، فاكس : (٢٥٢١) - ٦٥٢٩٩٠،
اتصالاتنا الأخرى : ص.ب.: ٣٣١٣،دبي-إ.ع.م.،تليفون:٢٥٠٨٠٠-(٩٧١٤)، فاكس:٢٥٠٣٦٩-(٩٧١٤)

## CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003299

# BARAKAAT BANK OF SOMALIA LTD. (BBS)

بنك بركات الصومالي المحدود
(بي. بي. ايس.)

نماذج التوقيعات للموظفين المخول لهم التوقيع  (ب)

## AUTHORIZED SPECIMEN SIGNATURES (B)

| | | |
|---|---|---|
| NUR HUSSEN MOHAMMED | | نور حسين محمد |
| SIGNATURE | N. H. Moll   N. H. Moll | التوقيع |

| | | |
|---|---|---|
| ABDLLAH HUSSEN KAHEYE | | عبد الله حسين كاهي |
| SIGNATURE | | التوقيع |

| | | |
|---|---|---|
| SHARIF WARSAME HASSAN | | شريف ورسم حسن |
| SIGNATURE | | التوقيع |

| | | |
|---|---|---|
| ALI DIREYE WARSAME | | علي ديره ورسم |
| SIGNATURE | | التوقيع |

HEAD OFFICE : DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS : P.O. BOX 3313, DUBAI, UAE. TEL: (9714) 250 800 FAX : (9714) 250 369

مركز رئيسي: بناية دار السلام، سوق بكارا، مقديشو، الصومال، تليفون : ٦٥٣٩٩٠ - ١-٢٥٢) ، فاكس : ٦٥٢٩٩٠ - (٢٥٢١)،
جهات أخرى للاتصال: ص.ب ٣٣١٣٠ - ت ، تليفون : ٢٥٠٨٠٠ (٩٧١٤)، فاكس : ٢٥٠٣٦٩ (٩٧١٤)،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003300



BARAKAAT BANK OF SOMALIA LTD          بنك بركاته الصومالي المحدود

بنك بركات الصومالي المحدود

شركة مساهمة مقفلة

عقــد التأســس والنظام الداخلي



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

BARAKAAT BANK OF SOMALIA LTD.

بنك بركات الصومالي المحدود

بسم الله الرحمن الرحيم

عقـد التأسيــس

لشركة بنك بركات الصومالي المحدود

المساهمة المقفلة

ان الموقعين أدناه – وبناء علي صدور قانون بنك بركات الصومالي المحدود رقم ١١٨ لسنة ١٩٩٦ م قد اتفقوا بموجب هذا العقد على تأسيس شركة مساهمة مقفلة محـدودة حسب البيانات والشروط التالية:

١)– اسم الشركـة:–

شركة بنك بركات الصومالي المحدود .

٢ – مركز الشركـة الرئيسي:–

يكون المركز الرئيسي للشركة في مدينة مقديشو، ويجـوز لهـا أن تنشـئ الفـروع والوكالات والمكاتب في داخل الصومال وخارجها.

٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

BARAKAAT BANK OF SOMALIA LTD                         بنك بركات الصومالي المحدود

٣ – غايات الشركة وأعمالها :-

أولا : تهدف الشركة إلى تغطية الاحتياجات الاقتصادية والاجتماعية في ميدان الخدمات المصرفية وأعمال التمويل والاستثمار المنظمة على أساس غير الربا وذلك حسب الاختصاصات الواردة في القانون الذي تأسست الشركة بموجبه، وتشمل هذه الغايات على وجه الخصوص ما يلي :-

أ – توسيع نطاق التعامل مع القطاع المصرفي عن طريق تقديم الخدمات غير الربوية مع الاهتمام بإدخال الخدمات الهادفة لاحياء صور التكافل الاجتماعي المنظم على أساس المنفعة المشتركة .

ب – تطوير وسائل اجتذاب الأموال والمدخرات وتوجيهها نحو المشاركة في الاستثمار بالأسلوب المصرفي غير الربوي.

ج – توفير التمويل اللازم لسد احتياجات القطاعات المختلفة ولا سيما تلك القطاعات البعيدة عن إمكان الإفادة من التسهيلات المصرفية المرتبطة بالفائدة.

ثانيا : تقوم الشركة – في سبيل تحقيق غاياتها – بالأعمال التي تمكنها من تحقيق تلك الغايات وذلك عن طريق العمل في المجالات التالية:

أ – الأعمال المصرفية غير الربوية :

تمارس الشركة – سواء لحسابها أو لحساب الغير في داخل الصومال وخارجها – جميع اوجه النشاط المصرفي المعروفة أو المستحدثة مما يمكن للشركة أن تقوم به في نطاق التزامها المقرر ، يدخل في نطاق هذا النشاط ما يلي:

٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003303

BARAKAAT BANK OF SOMALIA LTD.                    بنك بركناته السومالي المحدود

١ – قبول الودائع النقدية وفتح الحسابات الجارية وحسابات الإيداع المختلفة وتأدية قيمة الشيكات المسحوبة وتقاضيها ، وتحصيل الأوراق التجارية، وتحويل الأموال في الداخل والخارج وفتح الاعتمادات المستندية وتبليغها ، وإصدار الكفالات المصرفية وخطابات الضمان وكتب الاعتماد الشخصي وبطاقات الائتمان وغير ذلك من الخدمات المصرفية .

٢ – التعامل بالعملات الأجنبية في البيع والشراء على أساس السعر الحاضر دون السعر الآجل ، ويدخل في نطاق التعامل المسموح لها به حالات الإقراض المتبادل – بدون فائدة – للعملات المختلفة الجنس حسب الحاجة.

٣ – تقديم التسليف المحدد الأجل باعتباره خدمة مجردة عن الفائدة، إما بطريق خصم الكمبيالات التجارية قصيرة الأجل أو بطريق الإقراض المقسط ويمتنع على الشركة – في جميع الأحوال – أن تقدم هـذه الخدمة بطريق التسليف على أساس الحساب الجاري مدين.

٤ – إدارة الممتلكات وغير ذلك من الموجودات القابلة للإدارة المصرفية على أساس الوكالة بالأجر .

٥ – القيام بدور الوصي المختار لادارة التركات وتنفيذ الوصايا وفقا للأحكـام الشرعية والقوانين المرعية وبالتعاون المشـترك مـع الجهـة الدينيـة ذات الاختصاص.

٦ – القيـام بالدراسـات الخاصـة لحسـاب المتعاملين مـع الشـركة وتقديـم المعلومات والاستشارات المختلفة.

٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

BARAKAAT BANK OF SOMALIA LTD

بنك بركات الصومالي المحدود

ب – الخدمات الاجتماعية :

تقوم الشركة بدور الوكيل الأمين في مجال تنظيم الخدمات الاجتماعية الهادفة
إلى توثيق أواصر الترابط والتراحم بين مختلف الجماعات والأفراد وذلك عن
طريق الاهتمام بالنواحي التالية :–

١ – تقديم القرض الحسن للغايات الإنتاجية في مختلف المجالات المساعدة على
تمكين المستفيد من القرض لبدء حياته المستقلة أو تحسين مستوى دخله
ومعيشته .

٢ – إنشاء إدارة الصناديق المخصصة لمختلف الغايات الاجتماعية المعتبرة .

٣ – أية أعمال أخرى مما يدخل في عموم الغايات المستهدفة .

ج – أعمـال التمويـل والاستثمـار :

تقوم الشركة بجميع أعمال التمويل والاستثمار على غـير أساس الربا وذلك
من خلال الوسائل التالية :–

١ – تقديم التمويل اللازم – كليا أو جزئيا – في مختلف الأحوال والعمليات
القابلة للتصفية الذاتيـة ، ويشمل ذلـك أشكال التمويـل بالمضاربـة
والمشاركة المتناقصة ،وبيع المرابحة للآمر بالشراء وغـير ذلـك مـن صـور
مماثلة .

٢ – توظيف الأموال التي يرغب أصحابها في استثمارها المشترك مـع سـائر
الموارد المتاحة لدى الشركة وذلك وفق نظام المضاربة المشتركة، ويجـوز
للشركة في حالات معينـة أن تقـوم بـالتوظيف المحدد حسـب الاتفـاق
الخاص بذلك .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003305

BARAKAAT BANK OF SOMALIA LTD                    بنك بركات الصومالي المحدود

٣ – يجوز للشركة أن تقوم مباشرة باستثمار الأموال في مختلف المشاريع
وذلك شريطة أن لا يتعدى مجموع استثمارات الشركة الدائمة نسبة
سبعين بالمائة من مجموع رأس المال المدفوع والاحتياطي الإجباري :

٤ – ادارة الشركة :

تدار الشركة وفقا للنظام المفصل بالمادة ١٧ من النظام
الداخلي ، ويكون رئيس مجلس الإدارة السيد/ احمد علي جمعالي  وله
كل الصلاحيات التنفيذية ، وقد عينه المساهمون عضوا منتدبا .

٥ – مـدة الشركة : غير محددة .

٦ – رأس مال الشركـة :

يتألف رأس مال الشركة من ثلاثة  ملايين دولار أمريكي   مقسـمة إلى
ثلاثين  ألف  سهم قيمة  كل سهم منها مائة دولار أمريكي .

٧ – مسئولية المساهمـين :

أن مسئولية المساهمين محدودة بقيمـة الأسهـم الـتي يمتلكهـا المسـاهم في
رأس مال الشركة .

وقد التزم الموقعون  على هذا العقد بأحكام النظام الداخلي لشركة بنك
بركات الصومالي المحدود بحسب نصه المرفق .

وا لله الموفق ،،،

أسمـاء المؤسسين

(حسب ما هو مدرج في الصفحات التالية)

٦

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003306

<u>BARAKAAT BANK OF SOMALIA LTD</u>     <u>بنك بركات الصومالي المحدود</u>

| التوقيع | عدد الاسهم | الجنسية | اسم المؤسس | الرقم |
|---|---|---|---|---|
|  | ٢٧٨٤٠ | صومالي | احمد علي جمعالي واولاده | (١) |
|  | ٢٥٠ | " " | عباس عبد علي | (٢) |
|  | ١٥٠ | " " | عبد الرشيد علي جمعالي | (٣) |
|  | ١٠٠ | " " | عبد الرحمن احمد علي | (٤) |
|  | ١٤٠ | " " | يوسف سعيد جمعالي | (٥) |
|  | ١١٠ | " " | محمد عبدالله جمعالي | (٦) |
|  | ١٣٠ | " " | ناصر آدم نور | (٧) |
|  | ١٣٠ | " " | احمد شيخ علي سمز | (٨) |
|  | ٩٠ | " " | عبد الله احمد علي | (٩) |
|  | ١٢٠ | " " | عبد العزيز يوسف ديبي | (١٠) |
|  | ١٠٠ | " " | عبد الله علي جمعالي | (١١) |
|  | ١٠٠ | " " | محمد عبد الله عبده | (١٢) |



NOTARY PUBLIC

CON. GEN. OF SOMALI REPUBLIC — DUBAI

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003307

BARAKAAT BANK OF SOMALIA LTD                بنك بركات الصومالي المحدود

| التوقيع | عدد الاسهم | الجنسية | اسم المؤسس | الرقم |
|---|---|---|---|---|
| | ۱۱۰ | "    " | عبد العزيز علي جمعالي | (۱۳ |
| | ۱۰۰ | "    " | محمد احمد علي | (۱٤ |
| | ۸۰ | صومالية | عنب راجي صبري | (۱٥ |
| Bashir | ۱۲۰ | صومالي | بشير علي جمعالي | (۱٦ |
| N.H. Mall | ۱۲۰ | "    " | نور حسين محمد | (۱۷ |
| Abdurr | ۱۱۰ | "    " | عبد الله حسين كاهي | (۱۸ |
| | ۱۰۰ | "    " | عبد الرحمن عبدالله عبده | (۱۹ |

بمجموعة الاسهم المكتتب بها فقط ثلاثون ألف سهم بقيمة ثلاثة ملايين دولار امريكي

المذكورون أعلاه

۱۹۹٦/۸/۲۰

تصادق القنصلية العامة لجمهورية الصومال
في دبي على صحة البيانات والتوقيع
طبقا لما هو موضح في الطلب

التاريخ
رقم

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

بنك بركــــات الصـــــومالي المحـــــدود

---

أعضـــاء مجلـــس الادارة والادارة التنفيذية

---

| | |
|---|---|
| رئيس مجلس الادارة | ١−الشيخ / احمد علي جمعــــالي |
| والعضو المنتدب | |
| نائب رئيس مجلس الادارة | ٢− السيد / عباس عبــده علــــي |
| عضــــــــــو | ٣− السيد / يوسف سعيد جمـعـالي |
| عضــــــــــو | ٤ − السيد / ناصــــر آدم نـــــور |
| عضــــــــــو | ٥− السيد/ عبدالرشيـد علي جمعـالي |
| عضــــــــــو | ٦− السيد / احمد الشيخ علي سمـر |
| عضــــــــــو | ٧− السيد / عبد العزيز يوسف ديني |
| عضــــــــــو | ٨−السيد / نور حسين محمــــــد |
| عضــــــــــو | ٩−السيد/ محمد عبدالله جمـعالي، |

---

هيئة الفتـــوى والرقـــابة الشـــرعية

---

١− الشيخ/ الشريف عبده نــــور

٢− الشيخ/ محمد نـــور قـوي

٣− الشيخ/ محمد معـلم حســـن

---

المراقـب الشـرعي : الشيخ / عبد الســـلام الشيخ ابراهيم

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

A/c No: 725 00339

Dirham Account

*New file*

**Dubai Islamic Bank**        بَنْكُ دُبَيِ الإسْلامي

مذكرة داخلية

**INTERNAL MEMO**

DATE : ............................................ التاريخ : ١٩٩٧/١/١٨

FROM : ...... قسم الاستثمار والعلاقات الخارجية ...... :من

TO : ......... قسم الحسابات العامة ......... :إلى

SUB. : ...... بنك بركات الصومال ـ عقد بشو ...... :الموضوع

السيد / رئيس قسم الحسابات العامة    المحترم ،

السلام عليكم ورحمة الله وبركاته

نزودكم بنسخة الرسالة الواردة الينا من بنك بركات الصومالي
ومرفقاتها التالية وذلك للنظر في فتح حساب جاري للبنك
لدينا .. والمرفقات هي :

— عقد التأسيس والنظام الداخلي .

— صورة الرخصة التجارية .

— نماذج التوقيعات المعتمدة للبنك .

يرجى التكرم بالاطلاع واخبارنا بالاجراء المتخذ

ولكم جزيل الشكر والتقدير ،،

عثمان بن حنا

رئيس قسم الاستثمار والعلاقات الخارجية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003310



بنك دبي الإسلامي
DUBAI ISLAMIC BANK

*A03R002*                                                                          31/08/04

كشف حساب أستاذ عام

حـــــساب : 1 2 520 13 1 : تاريخ الابتداء : 4 0101 : الانتهاء :

1 صفحه

الاسم الكامل : بنك بركات الصومالي المحدود

التاريخ   فرع البند         المسحوبات         الايداعات       الاجمالي

AVAILABLE BALANCE   000000                              1,147,207.62

************************************                  ****************************
SI - طباعة الشاشه                                    F12 - للاستمرار
SI - استعادة الشاشه                                 F1 - للخروج
يوجد حركات هذه الشاشه

المركز الرئيسي : ص.ب : ١٠٨٠، دبي - إ.ع.م، هاتف : ٢٩٥٣٠٠٠، فاكس : ٢٩٥٤١١١
Head Office : P.O. Box : 1080 Dubai -U.A.E. Tel.: 2953000, Fax : 2954111

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003311