# EXHIBIT 15

# EXHIBIT A

207/08-02  MON 06:01 FAX 00071 4 2840080
400-23-02  14:45   FROM-CENTRAL BANK OF THE U A E          +00971266850708          T-673  P.01/09  F-254          001

(Same language in Arabic)

## CENTRAL BANK OF THE U.A.E.

Central Bank
Decision No.:    2/361/2002

Date            :    25/08/2002

To              :    All Banks, Moneychangers,
                     Investment      Companies,
                     other Financial Institutions
                     Operating    in    the    UAE
                     (including  Insurance sector
                     and Financial Markets)

After Greetings,

(Same language in Arabic)

Based on United Arab Emirates Decision in
conjunction with the International efforts to
fight terrorism, you are required to search for
immediately   and   freeze   any   accounts,
deposits, investments or remittances in the
names of the following ( whether existing
now or existed in the past):

Natural Persons:

1-    Mr. Ali Abdul Aziz Ali (also known as       (Same language
      Isam  Mansur;  Isam  Mansour;  Isam          in Arabic)
      Mansar), DOB 29/08/1977, POB Kuwait,
      holder  of  Pakistani  passport  No. E       7128363
      911562 issued in Karachi – Pakistan on
      03/01/1998 and expires on 02/01/2003.

2-    Mr. Mustafa Ahmed Adam Al-Hawsawi            (Same language
      (also  known as Mustafa Ahmed; Hashim         in Arabic)
      Abdulrahman),   DOB  05/08/1968,  POB
      Jeddah – Kingdom  of  Saudi  Arabia,
      holder of Saudi passport No. B 686512,
      issued  in  Jeddah –Kingdom of Saudi
      Arabia on  24/02/1999 and expires on
      31/12/2003.

      (Same language in Arabic)

3-    Mr. Yasser Badi Barak Al-Otaibi (also        (Same language
      known as Yasser B.B. Al-Otaibi), DOB          in Arabic)
      17/04/1980,  POB Riyadh, Kingdom of
      Saudi Arabia, holder of Saudi passport
      No.  C  251615,  issued  in  Riyadh,
      Kingdom of Saudi Arabia on 09/07/2000
      and expires on 15/05/2005.

                 Cont'd /2

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003414t

U.-25-02 14:45   FROM-CENTRAL BANK OF THE U A E          +00971286650708      T-873   P.02/03   F-284

- 2 -

### Central Bank Decision No.: 2/361/2002

4-  Mr. Sameer Mohamed Mahmood Abu Onq (also known as Sameer Mohamed Mahmood; Sameer M.M. Abu Ong), DOB 18/06/1965, POB Kingdom of Saudi Arabia, holder of Saudi passport No. C 669314, issued on 23/07/2001 and expires on 29/05/2006.

5-  Mr. Abdulrahman Abdullah Abdulrahman Al-Fak'asi Al-Ghamdi, also known as Abdulrahman A. A. Al Ghamdi, DOB 24/09/1968, POB Kingdom of Saudi Arabia, holder of Saudi passport No. C 174152, issued in Abha, Kingdom of Saudi Arabia on 17/05/2000 and expires on 23/04/2005.

6-  Mr. Haji Wazir

7-  Mr. Dilbar Khan or Dildar Khan

8-  Mr. Ehsan Ul haque Bhatti          (Same language in Arabic)

9-  Mr. Haji Ali Khan Bin Haji Momen

10-  Mr. Abdul Wahid son of Haji Ali Khan Bin Haji Momen

11-  Mr. Mohammed Abdul Zahir

12-  Mr. Pacha Wazir

### Companies:

1-  Turham Company – Exchange House

2-  Zahir Oil Industry

3-  Abdul Zahir and Co.

4-  Torkham Trading

Con't. /3

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003415t

AUG-2E-02  14:46     FROM-CENTRAL BANK OF THE U A E          +00971286507Q8     T-873  P.03/03  F-254

– 3 –

· Central Bank Decision No.: 2/361/2002

You are also required not to transfer any funds to
the persons/entities mentioned above into any
territory or country and in case you received funds
from the persons/entities mentioned or for their
favour to freeze it immediately.

None compliance will lead to freezing of your
assets in the USA and its financial institutions and
other countries and would subject you to severe
penalties in the UAE.

Please provide the Anti Money Laundering and                    (Same language in Arabic)
Suspicious Cases Unit- Central Bank– Abu Dhabi,
(fax no. 02-6674501) with the following original
documents:

1. Application of account/s opening documents
   and any other revenant documents or
   information.
2. Statements of account/s
3. Name of the person/s who opened the
   account/s and who deposited funds into the
   account/s.
4. Slips of transfer/receipt of funds to/from that
   the above-mentioned account/s.


Yours faithfully,

                    Governor          (Same language in Arabic)

From: Bank or Moneychanger or Investment            (Same language in Arabic)
Company or Financial Institution.

| | |
|---|---|
| ☐ There are no accounts or deposits or investments or remittances in the names mentioned above. | (Same language in Arabic)  ☐ |
| ☐ There are accounts or deposits or investments, and find attached account/s opening documents and statements and remittances list. | (Same language in Arabic)  ☐ |
| Auth. Sig.          (Same language in Arabic) | Auth. Sig.          (Same language in Arabic) |

1516-02                                                   (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003416t



Same language in Arabic

DUBAI ISLAMIC BANK

Date 09/03/2002

Mr. Abdul Raheem Mohammed Al-Awadi

Senior Manager/Department of Bank Surveillance and Inspection

Central Bank

Fax: 02-6674501

May Peace, mercy and blessings of God be upon you...

Subject: Notification no. 2/361/2002 dated 08/25/2002

1.  There is an inactive current account for: Ali Abdul-Aziz Ali, Account No. 01-520-7128363-01, with a balance amounting to 17 UAE Dirham.  Its last transaction was on 10/06/2001.  It is subject to the regular legal attachment.  The required documents related to the account are herein attached.

We apologize for an error in the account number (01-520-7581793-01) in our previous message dated 08/31/2002 (an unintentional error)

2.  Please provide us with more details (passport copy) to the below mentioned persons in order to be able to specify the concerned parties definitively.

•  Mr. Haji Wazir

•  Mr. Delbar Khan or Deldar Khan

•  Mohamed Abdel Zaher

Thanks for your constant cooperation.

For/Mohammed Abdul Rahman Ameery

Manager of Central Operations Department

[illegible]

**CONFIDENTIAL**

This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

# DUBAI ISLAMIC BANK



(Same language in Arabic)

(Same language in Arabic)

**Current Account Opening Form**

Date _8/8/2000_ _____ (Same language in Arabic)

Acc. No. _7128363_    (Same language in Arabic)

To:
The Manager, DUBAI ISLAMIC BANK.    _____ (Same language in Arabic)
Branch _Main_    _____ (Same language in Arabic)

Dear Sirs,

(Same language in Arabic)

You are kindly requested to open in your books a Current Account, as per the following particulars:-

| | | |
|---|---|---|
| Name in full | _Ali Abdul Aziz Ali_ | (Same language in Arabic) |
| Nationality | _Pakistani_ | (Same language in Arabic) |
| Profession | _Computer Engineer_ | (Same language in Arabic) |

Address _Dubai_ P.O. Box _16958_ Tel. _050-6745651_ (Same language in Arabic)

Introduced By _Ata Rateb Jameel account No. 800-7000-332_ (Same language in Arabic)

Statement of account to be dispatched    (Same language in Arabic)

I, hereby, undertake to comply with the Bank's rules for the conduct of such account, and it is understood and mutually agreed upon that no overdraft will be allowed without prior consent of the Bank.    (Same language in Arabic)

Signature    (Same language in Arabic)

Dubai Islamic Bank
Main Branch
Dubai

signature of official in charge

See over leaf    (Same language in Arabic)

Form No. 197

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003418t

**Terms of Current Accounts:**

Current Accounts are credit accounts with the ability to withdraw or deposit with no restrictions. Checks and other withdrawal means are permitted as per the following terms:

1- Deposited funds in current accounts shall be authorized to be used and returned upon request. Such funds neither benefit from any investments nor bring about any risk.

2- Owner of current account shall be limited to withdraw within the available and payable balance. She/he may not withdraw amounts more than the available balance even if there are checks deposited that are not collected yet as per the offsetting transaction followed.

3- DIB issues periodical statements to the current account holders showing credit and debit account transactions. The account shall finally be termed correct and approved if the DIB does not receive any claims within 15 days from receiving the statement by the owner.

4- DIB shall be authorized to impose any restrictions on the customer's current account concerning the costs, expenses or any bank transactions related to the account owner.



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003420t



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003421t



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003422t

```
08/08                    Inquiry on an account                    *A77R000*
              Acc. No.   520 7128363 1 1
Name in full             :    Ali Abdul Aziz Ali
Correspondence name      :    Ali Abdul Aziz Ali
Correspondence address   :    P.O. Box 16958, Dubai
                                        Wrong address              :
                                        Distinguished customer     :
Phone No.                :    0506745651        Branch and date of clearance :    00
Fax                      :    048819192         Correspondence language    :    1 Arabic
Nationality              :    32 Pakistan       Year of birth              :    77
Religion                 :    1 Muslim          Sex                        :    1 Male
Residence                :    1 resident        Passport No.               :    911562
Economic code            :    111 personal accounts  Legal status          :    1 Individual
Check collection fees    :    Y                 Returned check commission  :    Y
No. of commercial license :                     Date of issue              :
 Date of expiry          :                      Issued from                :
Account status           :    0 active          Account Statement          :    A Annual
Salary transfer          :    No   No           Profit code                :    Opening: 08/08/00
Agent code/ joint        :    Nil               Coverage code              :
Current balance          :    5000.00           Available balance          :    5000.00
Attached                 :                      Date of last transaction   :    08/08/0
**********************************************************************************
F1 = exit             SF4= screen clearance              F12 = to continue
Data has been successfully displayed            Screen: 0520
```



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003423t

08/08/0                                 Inquiry on an account                          *A77R000*
                        Acc. No.  520 7128363 1 1
Name in full                  :     Ali Abdul Aziz Ali
Correspondence name           :     Ali Abdul Aziz Ali
Correspondence address        :     P.O. Box 16958, Dubai
                                                      Wrong address             :
                                                      Distinguished customer    :
Phone No.                     :     0506745651         Branch and date of clearance :   00
Fax                           :     048819192          Correspondence language   :      Arabic
Nationality                   :     32 Pakistan        Year of birth             :      77
Religion                      :     1 Muslim           Sex                       :      1 Male
Residence                     :     1 resident         Passport No.              :      911562
Economic code                 :     111 personal accounts   Legal status         :      1 Individual
Check collection fees         :     Y                  Returned check commission :      Y
No. of commercial license     :                        Date of issue             :
Date of expiry                :                        Issued from               :
Account status                :     0 active           Account Statement         :      A Annual
Salary transfer               :     No                 Profit code               :      Opening: 08/08/00
Agent code/ joint             :     Nil                Coverage code             :
Current balance               :     5000.00            Available balance         :      5000.00
Attached                      :                        Date of last transaction  :      08/08/0
************************************************************************************************
F1 = exit                 SF4= screen clearance                    F12 = to continue
Data has been successfully displayed                               Screen: 0520





**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003424t



Same language in Arabic

VISAS

[Illegible]

[Illegible]

[Illegible]

[Illegible]

RESIDENCE (Same language in Arabic) L1262616

U.A.E. 201/98/7026202

(Same language in Arabic)

Computer engineer

Name of bearer: Ali Abdul Aziz Ali
Sponsor's name: Jebel Ali Freezone Authority
Passport No. E 911562
Place and date
of issue: 08/25/1998
Valid until: 08/24/2001

Signature:

Fees are paid

E911562    E911562

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003425t



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003426t



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003427t

(Same language in Arabic)

Application for Issue of PIN. NO. of Telebanking System.

**Main**

Branch : _____ (Same language in Arabic)

Name : *Ali Abdul Aziz Ali*

Customer No. | 7 | 1 | 2 | 8 | 3 | 6 | 3 |   (Same language in Arabic)

(Same language in Arabic)

To Branch Manager :

Please issue me the PIN. NO. for the Telebanking System. I do hereby c____ m that I have read and agreed to bind by the terms and conditions of the use of it which are at this application.

Applicant's signature _____   (Same language in Arabic)

Date _____   (Same language in Arabic)

I received the PIN. No. of   (Same language in Arabic)

Telebanking system on _____   (Same language in Arabic)

Signature : _____   (Same language in Arabic)

(Same language in Arabic)

## TERMS & CONDITIONS

1. Whereas the account holder is the sole person who is entitled to use telebanking system, consequently, he will be under an obligation to maintain the secrecy of his PIN number and not to allow any person who is not authorised by him to use the same with the customer bearing full legal and contractual responsibility in case of negligence in maintaining such secrecy.

2. If the bank sends information to a customer via fax, then it shall deduct Dhs.2/= (each time) from any account held by the customer with the bank. The customer shall remain liable for maintaining sufficient balance in his account to cover such expenses.

3. Issue of the PIN mailer (PIN No.) is done free of charge for the first time. A fee of Dhs. 10/= will be charged for any next issue.

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_0034281

**DUBAI ISLAMIC BANK**



(Same language in Arabic)

(Same language in Arabic)
**Current Account Opening Form**

Date ___8/8/2000___ _____ (Same language in Arabic)

| Acc. No. *7128363*   (Same language in Arabic) |
| --- |

To:
The Manager, DUBAI ISLAMIC BANK.            _____ (Same language in Arabic)
Branch   *Main*                                                      _____ (Same language in Arabic)

Dear Sirs,
                                                              (Same language in Arabic)
        You are kindly requested to open in your books a Current Account, as per the following particulars:-

Name in full   *Ali Abdul Aziz Ali*                                      (Same language in Arabic)

Nationality   *Pakistani*                                                  (Same language in Arabic)

Profession   *Computer Engineer*                                    (Same language in Arabic)

Address   *Dubai*   P.O. Box   *16958*   Tel.   *050-6745651*   (Same language in Arabic)

Introduced By   *Ata Rateb Jameel account No. 800-7000-332*   (Same language in Arabic)

Statement of account to be dispatched                         (Same language in Arabic)

I, hereby, undertake to comply with the Bank's
rules for the conduct of such account, and it is
understood and mutually agreed upon that no         (Same language in Arabic)
overdraft will be allowed without prior consent
of the Bank.

Signature                              (Same language in Arabic)

| Dubai Islamic Bank |
| --- |
| Main Branch |
| Dubai |

signature of official in charge

Form No. 197

See over leaf                                    (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003429t

[illegible]

| | | | | | |
|---|---|---|---|---|---|
| Current | 1 / | 1 | 17.49 | 0.00 | 0.00 |
| Current withholding | 1 / | 1 | 17.49 | 999999,999.00 | 0.00 |
| Total | | | 17.49 | 0.00 | 0.00 |

The total does not include withholdings, visa, bank guarantees, bounced and deferred checks, contractor/ consultant, tenant balance, private and public arrears.

* Disclaimer:                    issuance date: 00/00/0000        branch: 00

Additional information:
*********************************************************************************

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003430t

[illegible]

| | | | | | |
|---|---|---|---|---|---|
| Residence | : | 1 resident | Passport No. | : | 911562 |
| Economic code | : | 111 personal accounts | Legal status | : | 1 Individual |
| Check collection fees | : | Y | Returned check commission | : | Y |
| No. of commercial license | : | | Date of issue | : | |
| Date of expiry | : | | Issued from | : | |
| Account status | : | 8 inactive | Account Statement | : | A Annual |
| Salary transfer | : | No   No | Profit code | : | Opening: 08/08/00 |
| Agent code/ joint | : | Nil | Coverage code | : | |
| Current balance | : | 17.49 | Available balance | : | 17.49 |
| Attached | : | 999999999999.00 | Date of last transaction | : | 06/10/ 1 |

**********************************************************************************

F1 = exit          SF4= screen clearance          F12 = to continue
Data has been successfully displayed          Screen: 520

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003431t

(Same language in Arabic)

## STATEMENT OF CURRENT ACCOU



(Same language in Arabic)

**DUBAI ISLAMIC BANK**
(Same language in Arabic)
Jlic Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| BRANCH | (Same language in Arabic) | | ACCOUNT NO. | (Same language in Arabic) |
|---|---|---|---|---|
| Main | | | 01 520 7128363 01 | |

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

From: 01/01/2000    (Same language in Arabic)
To: 12/31/2000

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 00.00 |
| 08/[illegible]/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/[illegible]/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/[illegible]/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/[illegible]/2000 | A  M card fees | 25.00 | | 27,975.00 |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |

Unless we receive a claim from your side within 15 days this statement will be considered correct
(D) DENOTES DEBIT BALANCE
PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
E.& O.E.
(Same language in Arabic)

Head Office : Tel.: 2963000, Fax : 2954111, Tlx : 45889 / 46772 ISLAMI EM, P.O. Box : 1080 Dubai
(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003432t

(Same language in Arabic)
**STATEMENT OF CURRENT ACCOU**



(Same language in Arabic)
DUBAI ISLAMIC BANK
(Same language in Arabic)
blic Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) |
|---|---|
| Main | 01 520 7128363 01 |

| CURRENCY (Same language in Arabic) | From: 01/01/2001 (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | To: 12/31/2001 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 27,975.00 |
| 04/[illegible]/2001 | 1118705 | | 1,500.00 | 29,475.00 |
| 09/[illegible]/2001 | 104802 | 25,000.00 | | 4,475.00 |
| 09/[illegible]/2001 | 986637 | | 125.00 | 4,600.00 |
| 09/[illegible]/2001 | Withdrawal / ATM | 3,002.00 | | 1,598.00 |
| 09/[illegible]/2001 | Withdrawal / ATM | 1,502.00 | | 96.00 |
| 10/[illegible]/2001 | Switch fees | 3.00 | | 93.00 |
| 10/[illegible]/2001 | Electron CA – ATM | 15.00 | | 78.00 |
| 10/[illegible]/2001 | 1102/KHI1 SLICO | 60.51 | | 17.49 |
| | Final Balance | 29,582.51 | 1,625.00 | 17.49 |

Unless we receive a claim from your side within 15 days this statement will be considered correct.
D DENOTES DEBIT BALANCE
PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
E.&.O.E.

(Same language in Arabic)

ead Office : Tel.: 2963000, Fax : 2954111, Tlx : 45689 / 48772 ISLAMI EM, P.O. Box : 1080 Duba

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003433t

(Same language in Arabic)
**STATEMENT OF CURRENT ACCOU**



(Same language in Arabic)
DUBAI ISLAMIC BANK
(Same language in Arabic)
Jelic Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2002 (Same language in Arabic) |
|---|
| To: 12/31/2002 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final Balance | | | 17.49 |

Unless we receive a claim from you in due within 15 days this statement will be considered correct.
'CR' DENOTES DEBIT BALANCE
PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
E.& O.E.

(Same language in Arabic)

Head Office : Tel.: 2963000, Fax : 2954111, Tlx : 45689 / 46772 ISLAMI EM, P.O. Box : 1080 Duba

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003434t

SEP-04-02  09:43   FROM-CENTRAL BANK OF THE UAE           +871-2-8851744      T-285  P.01/04  F-991

(Same language in Arabic)

## CENTRAL BANK OF THE U.A.E.

Notice No. :   1879/2002

Date        :   4/9/2002

To          :   All Banks, Moneychangers,
                Investment Companies, other
                Financial           Institutions
                Operating    in    the    UAE
                (including  Insurance  sector
                and Financial Markets)

After Greetings,

You are required immediately to search for any
documents regarding the following:-

First:  Inward   and   Outward  remittances
        during  the  period  from  1/1/2000  till
        30/9/2001 in the following names:

1-   Mr. Ali Abdul Aziz Ali (also known as
     Isam Mansur; Isam Mansour; Isam
     Mansar), DOB 29/08/1977, POB Kuwait,
     holder of Pakistani passport No. E
     911562 issued in Karachi – Pakistan on
     03/01/1998 and expires on 02/01/2003.

2-   Mr. Mustafa Ahmed Adam Al-Hawsawi
     (also known as Mustafa Ahmed; Hashim
     Abdulrahman),  DOB  05/08/1968,  POB
     Jeddah – Kingdom of Saudi Arabia,
     holder of Saudi passport No. B 686512,
     issued in Jeddah –Kingdom of Saudi
     Arabia on 24/02/1999 and expires on
     31/12/2003.

3-   Mr. Yasser Badi Barak Al-Otaibi (also
     known as Yasser B.B. Al-Otaibi), DOB
     17/04/1980, POB Riyadh, Kingdom of
     Saudi Arabia, holder of Saudi passport
     No. C 251615, issued in Riyadh,
     Kingdom of Saudi Arabia on 09/07/2000
     and expires on 15/05/2005.

(Same language in Arabic)

(Same language in Arabic)

(Same language in Arabic)

(Same language
in Arabic)

Cont'd /2

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003435t

☑002

SEP-04-02  09:43    FROM-CENTRAL BANK OF THE UAE          +971-2-8851744       T-288  P.02/04  F-881

- 2 -

Central Bank Notice No.: 1879/2002

4-   Mr. Sameer Mohamed Mahmood Abu
     Onq (also known as Sameer Mohamed
     Mahmood; Sameer M.M. Abu Ong),
     DOB  18/06/1965, POB Kingdom of
     Saudi Arabia, holder of Saudi passport
     No.  C 669314, issued on 23/07/2001 and
     expires on 29/05/2006.

5-   Mr.    Abdulrahman    Abdullah
     Abdulrahman  Al-Fak'asi Al-Ghamdi
     (also known as Khalid Sheikh Mohamed,
     Abdulrahman A. A. Al Ghamdi), DOB
     24/09/1968, POB Kingdom of Saudi
     Arabia, holder of Saudi passport No. C
     174152, issued in Abha, Kingdom of
     Saudi Arabia on 17/05/2000 and expires
     on 23/04/2005;

6-   Ramzi Mohammed Abdullh Binalshibh
     (also known as Ramzi M. Al- Sheibah;
     Ramzi Mohamed Abdulla Omar; Ahad
     Abdollahi Sabet), DOB 1/5/1972; or
     16/9/1973, POB Yemen, holder of
     Yemeni passport No. 00595250, Yemeni
     passport No. 00085243 in the name of
     Ramzi M. Al Sheibah, and United States
     passport No. Z7567858 in the name of
     Ahad Abdolluhi Sabet.

7-   Zakariya Essabar, DOB 3/4/1974 or
     3/4/1977, POB Marrakech, Morocco;
     Essaouira, Morocco, holder of passport
     No. KO348486;

8-   Said Bahaji, DOB 15/7/1975, POB
     Haseluenne, Germany (Naturalized
     Moroccan), holder of Moroccan passport
     No. H954242.

9-   Jamal Ibrahim

(Same language in Arabic)

Con't / 3

(Same language
in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003436t

SEP-04-02  09:43     FROM-CENTRAL BANK OF THE UAE          +971-2-6651744       T-286   P.03/04   F-881

- 3 -

Central Bank Notice No.: 1879/2002

<u>Second: Sales or purchases of Travellers'
cheques in the following names :</u>

1-   Satam Al Suqami, during the period from
     15/4/2001 to 23/4/2001.

2-   Waleed Al Shehri, during the period from
     15/4/2001 to 23/4/2001.

3-   Majed M'Shaan Ghanem Moqed, during
     the period from 25/4/2001 to 2/5/2001.

4-   Ahmed Al-Koshy Al Ghamdi, during the
     period from 25/4/2001 to 2/5/2001.

5-   Mohanad Al Shehri, during the period
     from 21/5/2001 to 28/5/2001.

6-   Ahmed Ibrahim Al-Haznawi, during the
     period from 1/6/2001 to 8/6/2001.

7-   Fayez Rashid Ahmed Hassan Al-Qadi
     Bani Hammad, during the period from
     20/6/2001 to 27/6/2001.

8-   Saeed Al Ghamdi, during the period
     from 20/6/2001 to 27/6/2001.

9-   Abdulaziz Al-Omari, during the period
     from 22/6/2001 to 29/6/2001.

10-  Salem Mohamed Salem Al-Hazmi,
     during the period from 22/6/2001 to
     29/6/2001.

11-  Khalid Al Mihdhar, during the period
     from 4/6/2001 to 8/6/2001.

12-  Mohammad Al Kahtani (also known as
     Mohammad Al-Qatani), during the
     period from 27/7/2001 to 4/8/2001.

(Same language in Arabic)

You are also required not to transfer any funds to
the persons mentioned in "first" & "second"
above into any territory or country and in case
you received funds from the said persons or for
their favour to freeze such funds immediately.

Con't. / 4

(Same language
in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003437t

SEP-04-02  09:44   FROM-CENTRAL BANK OF THE UAE                    +971-2-6651744      T-286   P.04/04   F-881

- 4 -

Central Bank Notice No.: 1879/2002

Please provide the Anti Money Laundering and                    (Same language in Arabic)
Suspicious Cases Unit- Central Bank- Abu
Dhabi, (fax no. 02-6674501) with the original
documents.

Yours faithfully,

(Same language in Arabic)

Sultan Bin Nasser Al Suwaidi
Governor

From: Bank or Moneychanger or Investment          (Same language in Arabic)
Company or Financial Institution.                  *Dubai Islamic*

| | There are no remittances purchased or sold travellers cheques in the names mentioned above. | (Same language in Arabic) |
|---|---|---|
| □ | There are remittances and travellers cheques and find attached documents and statements and related documents. | (Same language in Arabic) |
| Auth. Sig.  (Same language in Arabic) | Auth. Sig.  (Same language in Arabic) | |

                                                                    (Same language in Arabic)

1606-2002

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003438t



**DUBAI ISLAMIC BANK** (Same language in Arabic)

No. 008743 /11 (Same language in Arabic)

**CASH DEPOSIT** (Same language in Arabic)

Date 11-1-00 (Same language in Arabic)

A/C No. 01 | 520 | 7128363 | 01 (Same language in Arabic)

Name: Ali Abdul Aziz Ali (Same language in Arabic)

| CASHIER STAMP & SIGN. (Same language in Arabic) | DENOMINATIONS (Same language in Arabic) | | AMOUNT (Same language in Arabic) Dhs. (Same language in Arabic) | Fils (Same language in Arabic) |
|---|---|---|---|---|
| DUBAI ISLAMIC BANK SCREEN 595 2000 NOV -1 A 11:55 DUBAI BRANCH | 11 × 1000 | (Same language in Arabic) | 11,000 | |
| | 18 × 500 | (Same language in Arabic) | 9,000 | |
| | × 200 | (Same language in Arabic) | | |
| | × 100 | (Same language in Arabic) | | |
| | × 50 | (Same language in Arabic) | | |
| | × 20 | (Same language in Arabic) | | |
| | × 10 | (Same language in Arabic) | | |
| | × 5 | (Same language in Arabic) | | |
| | Coins | (Same language in Arabic) | | |
| ONLY Twenty thousand only | | (Same language in Arabic) | 20,000 | |
| TRANS. NO. 58 (Same language in Arabic) | Depositor's Name ____ (Same language in Arabic)<br>Depositor's Sign. ____ (Same language in Arabic) | | checked by (Same language in Arabic) | |

Form No. 1/2 (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003439t

(Same language in Arabic)

**STATEMENT OF CURRENT ACCOU**

(Same language in Arabic)

**DUBAI ISLAMIC BANK**

(Same language in Arabic)

ublic Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main Branch |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2000 (Same |
|---|
| To: 12/31/2000  language in Arabic) |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 00.00 |
| 08/[illegible]/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/[illegible]/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/[illegible]/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/[illegible]/2000 | A  M card fees | 25.00 | | 27,975.00 |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |

Unless we receive a claim from your side within 15 days this statement will be considered correct.
"-" DENOTES DEBIT BALANCE
PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
E. & O. E.

(Same language in Arabic)

Head Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 46772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003440t

(Same language in Arabic)
**STATEMENT OF CURRENT ACCOU**

(Same language in Arabic)
**DUBAI ISLAMIC BANK** PJSC

(Same language in Arabic)
Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
| 1 |

| BRANCH (Same language in Arabic) |
| Main Branch |

| ACCOUNT NO. (Same language in Arabic) |
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY (Same language in Arabic) |
| U.A.E. Dirham |

| From: 01/01/2001 To: 12/31/2001 (Same language in Arabic) |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 27,975.00 |
| 04/[illegible]/2001 | 1118705 | | 1,500.00 | 29,475.00 |
| 09/[illegible]/2001 | 104802 | 25,000.00 | | 4,475.00 |
| 09/[illegible]/2001 | 986637 | | 125.00 | 4,600.00 |
| 09/[illegible]/2001 | Withdrawal / ATM | 3,002.00 | | 1,598.00 |
| 09/[illegible]/2001 | Withdrawal / ATM | 1,502.00 | | 96.00 |
| 10/[illegible]/2001 | Switch fees | 3.00 | | 93.00 |
| 10/[illegible]/2001 | Electron CA – ATM | 15.00 | | 78.00 |
| 10/[illegible]/2001 | 1102/KHI1 SLICO | 60.51 | | 17.49 |
| | Final Balance | 29,582.51 | 1,625.00 | 17.49 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* "D" DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

Head Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 46772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003441t

SEP-12-02  11:47  FROM-BSED                                    +971 2 6658915   T-469  P.001/002  F-451

(Same language in Arabic)

## STATEMENT OF CURRENT ACCOU



(Same language in Arabic)

BAI ISLAMIC BANK
(Same language in Arabic)
arabhicking Company incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main Branch |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2000 | (Same language in Arabic) |
| To: 12/31/2000 | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 00.00 |
| 08/[illegible]/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/[illegible]/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/[illegible]/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/[illegible]/2000 | A  M card fees | 25.00 | | 27,975.00 |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |

Office : Tel.: 2953000, Fax : 2954111, Tix : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai          (Same language in Arabic)

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003442t

SEP-12-02  11:47  FROM-BSED                          +971 2 6658915      T-469  P.001/002  F-451

(Same language in Arabic)

**STATEMENT OF CURRENT ACCOUNT**



(Same language in Arabic)

ЗAI ISLAMIC BANK

(Same language in Arabic)
arehalding Company incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
| --- |
| 1 |

| BRANCH (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) |
| --- | --- |
| Main Branch | 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY (Same language in Arabic) | From: 01/01/2000 (Same language in Arabic) |
| --- | --- |
| U.A.E. Dirham | To: 12/31/2000 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
| --- | --- | --- | --- | --- |
| | Transferred balance | | | 00.00 |
| 08/08/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/01/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/22/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/22/2000 | A  M card fees | 25.00 | | 27,975.00 |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |

(Same language in Arabic)

Office : Tel.: 2953000, Fax : 2954111, Tix : 45889 / 48772 ISLAMI EM,  P.O. Box : 1080 Dubai

(Same language in Arabic)

**CONFIDENTIAL**

This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003443t

PAGE  01/03

# CENTRAL BANK OF THE U.A.E.

Ref. : 13-7/351/2005

Date : 22/03/2005



(Same language in Arabic)

Mr. Butti Khalifa Bin Darwish Al Falasi
Chief Executive
Dubai Islamic Bank
P. O. Box : 1080
Dubai

(Same language in Arabic)

After greetings,,

Sub.:   Certification  of Business Records

Please be advised that an official from the
American Embassy in Abu Dhabi accompanied
by one of Central Bank's staff will visit your
bank to request your authorized staff to fill-in a
Certification of Business Records in Arabic and
English (copy enclosed) on documents relating
to one of your clients and/or transactions
conducted via your bank on behalf of one of your
clients  previously  provided  to us  (your
concerned staff would have a chance to verify
these records at the proposed visit).

(Same language in Arabic)

For your information, the above certification will
be used by the concerned US authorities in an
upcoming trail in the Eastern District of Virginia
– United States of America.

Yours faithfully,

Same language in Arabic

Sultan Bin Nasser Al Suwaidi
Governor

261-05

Same language in Arabic

ABU DHABI- P.O. BOX: 854-Telephone: 6652220-Fax: (02) 6652504 - Tlx.: Management /Banking Operations 22396 / 22577, Treasury: 22330 / 2331x

Branches Telephones:Dubai: 3639777, SHJ: 5592592, RAK: 2284444, AL Ain: 7656656, FUJ: 2224040        Same language in Arabic

25/04  2005  MON  09:00

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003444t

## CERTIFICATION OF BUSINESS RECORDS

I, the undersigned _____, with

(Name)

the understanding that I am subject to criminal penalty under the laws of the United Arab

Emirates for an intentionally false declaration, declare that I am employed by/associated with:

_____

(Name of business from which documents are sought)

in the position of:_____

(Business position or title)

and by reason of my position am authorized and qualified to make this declaration.

Each of the records attached hereto is a record in the custody of the above-named business that:

1. was made at or near the time of the occurrence of the matters set forth therein by (or from information transmitted by) a person with knowledge of those matters;

2. was kept in the course of regularly conducted business activity;

3. was made by the business as a regular practice; and

4. if not an original record, is a duplicate of the original.

Date of execution: _____

Place of execution: _____

Signature: _____

25/04 2005 MON 09:00  [TX/RX NO 8414]  ☐009

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003445t

[Same language in Arabic as previous page]

25/04 2005 MON 09:00  [TX/RX NO 6414]  ✉003

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003446t



Same language in Arabic

# CENTRAL BANK OF THE U.A.E.

Central Bank
Decision No. :   2/361/2002

Date          :   25/08/2002

To            :   All Banks, Moneychangers,
                  Investment Companies,
                  other Financial Institutions
                  Operating in the UAE
                  (including Insurance sector
                  and Financial Markets)

After Greetings,                           (Same language in Arabic)

Based on United Arab Emirates Decision in
conjunction with the International efforts to
fight terrorism, you are required to search for
immediately and freeze any accounts,
deposits, investments or remittances in the
names of the following ( whether existing
now or existed in the past):

Natural Persons:

1-  Mr. Ali Abdul Aziz Ali (also known as
    Isam Mansur, Isam Mansour, Isam
    Mansar), DOB 29/08/1977, POB Kuwait,
    holder of Pakastani passport No. E
    9..1562 issued in Karachi - Pakistan on
    03/01/1998 and expires on 02/01/2003

2-  Mr. Mustafa Ahmed Adam Al-Hawsawi
    (also known as Mustafa Ahmed; Hashim
    Al-Hawsawi), DOB 05/08/1968, POB
    Jeddah – Kingdom of Saudi Arabia,
    holder of Saudi passport No. B 686512,
    issued in Jeddah –Kingdom of Saudi
    Arabia on  24/02/1999 and expires on
    31/12/2003.                          (Same language in Arabic)

3-  Mr. Yasser Hadi Barak Al-Otaibi (also
    known as Yasser B.B. Al-Otaibi), DOB
    17/04/1980, POB Riyadh, Kingdom of
    Saudi Arabia, holder of Saudi passport
    No. C 251515, issued in Riyadh,
    Kingdom of Saudi Arabia on 09/07/2000
    and expires on 15/05/2005.

Cont'd-2

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003447t



Same language in Arabic

DUBAI ISLAMIC BANK

Date 09/03/2002
Mr. Abdul Raheem Mohammed Al-Awadi
Senior Manager/Department of Bank Surveillance and Inspection
Central Bank
Fax: 02-6674501
May Peace, mercy and blessings of God be upon you...
Subject: Notification no. 2/361/2002 dated 08/25/2002

1.  There is an inactive current account for: Ali Abdul-Aziz Ali, Account No. 01-520-7128363-01, with a balance amounting to 17 UAE Dirham.  Its last transaction was on 10/06/2001.  It is subject to the regular legal attachment.  The required documents are herein attached.

We apologize for an error in the account number (01-520-7581793-01) in our previous message dated 08/31/2002 (an unintentional error)

2.  Please provide us with more details (passport copy) to the below mentioned persons in order to be able to specify the concerned parties definitively.

•  Mr. Haji Wazir
•  Mr. Delbar Khan or Deldar Khan
•  Mohamed Abdel Zaher

Thanks for your constant cooperation.

For/Mohammed Abdul Rahman Ameery
Manager of Central Operations Department

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

# DUBAI ISLAMIC BANK



(Same language in Arabic)

(Same language in Arabic)

**Current Account Opening Form**

Date _8/8/2000_ _____ (Same language in Arabic)

Acc. No. _7128363_    (Same language in Arabic)

To:
The Manager, DUBAI ISLAMIC BANK.    _____ (Same language in Arabic)
Branch _Main_ _____    _____ (Same language in Arabic)

Dear Sirs,

(Same language in Arabic)

You are kindly requested to open in your books a Current Account, as per the following particulars:-

| | | |
|---|---|---|
| Name in full | _Ali Abdul Aziz Ali_ | (Same language in Arabic) |
| Nationality | _Pakistani_ | (Same language in Arabic) |
| Profession | _Computer Engineer_ | (Same language in Arabic) |
| Address | _Dubai_    P.O. Box _16958_    Tel. _050-6745651_ | (Same language in Arabic) |
| Introduced By | _Ata Rateb Jameel account No. 800-7000-332_ | (Same language in Arabic) |

Statement of account to be dispatched    (Same language in Arabic)

I, hereby, undertake to comply with the Bank's
rules for the conduct of such account, and it is
understood and mutually agreed upon that no    (Same language in Arabic)
overdraft will be allowed without prior consent
of the Bank.

Signature

```
Dubai Islamic Bank
Main Branch
Dubai
```
(Same language in Arabic)

بنك دبي الإسلامي
توكيل الرئيسي كرة

signature of official in charge

Form No. 197

See over leaf    (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003449t

**Terms of Current Accounts:**

Current Accounts are credit accounts with the ability to withdraw or deposit with no restrictions. Checks and other withdrawal means are permitted as per the following terms:

1- Deposited funds in current accounts shall be authorized to be used and returned upon request. Such funds neither benefit from any investments nor bring about any risk.

2- Owner of current account shall be limited to withdraw within the available and payable balance. She/he may not withdraw amounts more than the available balance even if there are checks deposited that are not collected yet as per the followed offsetting transaction.

3- DIB issues periodical statements to the current account holders showing credit and debit account transactions. The account shall finally be termed correct and approved if the bank does not receive any claims within 15 days from receiving the statement by the owner.

4- DIB shall be authorized to impose any restrictions on the customer's current account concerning the costs, expenses or any bank transactions related to the account owner.



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York







**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003452t



Same language in Arabic

VISAS

[Illegible]

[Illegible]

[Illegible]

[Illegible]

RESIDENCE (Same language in Arabic) 11262616
U.A.E. 201/98/7026202
(Same language in Arabic)

Computer engineer

| | |
|---|---|
| Name of bearer: | Ali Abdul Aziz Ali |
| Sponsor's name: | Jebel Ali Freezone Authority |
| Passport No. | [illegible] |
| Place and date of issue: | 08/25/1998 |
| Valid until: | 08/24/2001 |

Signature:

Fees are paid

E911562

E911562

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003453t

| 08/08/00 | | Inquiry on an account | | *A77R000* |
|---|---|---|---|---|

Acct. No. 520 7128363 1 1

| Name in full | : | Ali Abdul Aziz Ali | | |
|---|---|---|---|---|
| Correspondence name | : | Ali Abdul Aziz Ali | | |
| Correspondence address | : | P.O. Box 16958, Dubai | | |
| | | | Wrong address | : |
| | | | Distinguished customer | : |
| Phone No. | : | 0506745651 | Branch and date of clearance | : | 00 |
| Fax | : | 048819192 | Correspondence language | : | 1 Arabic |
| Nationality | : | 32 Pakistan | Year of birth | : | 77 |
| Religion | : | 1 Muslim | Sex | : | 1 Male |
| Residence | : | 1 resident | Passport No. | : | 911562 |
| Economic code | : | 111 personal accounts | Legal status | : | 1 Individual |
| Check collection fees | : | Y | Returned check commission | : | Y |
| No. of commercial license | : | | Date of issue | : |
| Date of expiry | : | | Issued from | : |
| Account status | : | 0 active | Account Statement | : | A Annual |
| Salary transfer | : | No  No | Profit code | : | Opening: 08/08/00 |
| Agent code/ joint | : | Nil | Coverage code | : |
| Current balance | : | 5000.00 | Available balance | : | 5000.00 |
| Attached | : | | Date of last transaction | : | 08/08/0 |

*********************************************************************************************

| F1 = exit | SF4= screen clearance | | F12 = to continue | |
|---|---|---|---|---|

Data has been successfully displayed                    Screen: 0520





**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003454t

Date: 09/01/02    Dubai Islamic Bank   Screen No.: 520       Page:
Time: 13:19       Comprehensive Situation of the Sponsor/Customer      *[illegible]77S018*

Customer No.: 7128363 Ali Abdul Aziz Ali                      Pakistan
Economic Code: 111 / customer status: current

| Account type | Account No. | | Credit | Debit | Arrears Investment end |
|---|---|---|---|---|---|
| Current | 1 | 1/ | 17.49 | 0.00 | 0.00 |
| Current  withholding | 1 | 1/ | 17.49 | 999999,999.00 | 0.00 |
| Total | | | 17.49 | 0.00 | 0.00 |

The total does not include withholdings, visa, bank guarantees, bounced/deferred checks, contractor/ consultant, tenant balance, private and public arrears.

* Disclaimer:              Issuance date: 00/00/0000      Branch: 00

Additional information:
*******************************************************************************************   **

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003455t

```
09/01/[illegible]          Inquiry on an account              *A77R000*
                  Acct. No. 520 7128363 1 1
Name in full            :    Ali Abdul Aziz Ali
Correspondence name     :    Ali Abdul Aziz Ali
Correspondence address  :    P.O. Box 16958, Dubai
                                          Wrong address            :
                                          Distinguished customer   :
Phone No.               :    0506745651    Branch and date of clearance :   00
Fax                     :    048819192     Correspondence language  :   Arabic
Nationality             :    32 Pakistan   Year of birth            :   77
Religion                :    1 Muslim      Sex                      :   1 Male
Residence               :    1 resident    Passport No.             :   911562
Economic code           :    111 personal accounts   Legal status  :   1 Individual
Check collection fees   :    Y             Returned check commission :   Y
No. of commercial license :                Date of issue            :
Date of expiry          :                  Issued from              :
Account status          :    8 inactive    Account Statement        :   A Annual
Salary transfer         :    No  No        Profit code              :   Opening: 08/08/00
Agent code/ joint       :    Nil           Coverage code            :
Current balance         :    17.49         Available balance        :   17.49
Attached                :    999999999999.00   Date of last transaction :   10/01/06
*************************************************************************************
F1 = exit            SF4= screen clearance              F12 = to continue
Data has been successfully displayed                    Screen: 0520
```

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_0034561

(Same language in Arabic)

## STATEMENT OF CURRENT ACCOUNT

(Same language in Arabic)
DUBAI ISLAMIC BANK

(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| BRANCH | (Same language in Arabic) |
|---|---|
| Main | |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

| From: 01/01/2000 | (Same language in Arabic) |
|---|---|
| To: 12/31/2000 | |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 0.00 |
| 08/08/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/01/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/22/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/22/2000 | ATM card fees | 25.00 | | 27,975.00 |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |

...ss we receive a claim from your side within 15 days this statement will be considered correct.
DENOTES DEBIT BALANCE
...ASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
O. E.

(Same language in Arabic)

...ffice : Tel. : 2953000, Fax : 2954111, Tlx : 45689 / 46772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003457t

(Same language in Arabic)

## STATEMENT OF CURRENT ACCOUNT

(Same language in Arabic)
UBAI ISLAMIC BANK
(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2001 (Same language in Arabic) |
|---|
| To: 12/31/2001 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 27,975.00 |
| | | | | |
| 04/17/2001 | 1118705 | | 1,500.00 | 29,475.00 |
| 09/10/2001 | 104802 | 25,000.00 | | 4,475.00 |
| 09/10/2001 | 986637 | | 125.00 | 4,600.00 |
| 09/10/2001 | ATM withdrawal | 3,002.00 | | 1,598.00 |
| 09/10/2001 | ATM withdrawal | 1,502.00 | | 96.00 |
| 10/01/2001 | Switch fees | 3.00 | | 93.00 |
| 10/06/2001 | Electron CA -ATM | 15.00 | | 78.00 |
| 10/06/2001 | 1102/KHI1 SLICO | 60.51 | | 17.49 |
| | | | | |
| | Final balance | 29,582.51 | 1,625.00 | 17.49 |

ss we receive a claim from your side within 15 days this statement will be considered correct.
DENOTES DEBIT BALANCE
ASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
O. E.
(Same language in Arabic)
ffice : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 46772 ISLAMI EM, P.O. Box : 1080 Dubai
(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003458t

(Same language in Arabic)

**STATEMENT OF CURRENT ACCOUNT**

(Same language in Arabic)

**DUBAI ISLAMIC BANK**

(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2002 | (Same language in Arabic) |
|---|---|
| To: 04/30/2002 | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final balance | | | 17.49 |

less we receive a claim from your side within 15 days this statement will be considered correct.

DENOTES DEBIT BALANCE

EASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.

& O. E.

(Same language in Arabic)

Office : Tel : 2953000, Fax : 2954111, Tlx : 45889 / 46772 ISLAMI EM,  P.O. Box : 1080 Dubai

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003459t

(Same language in Arabic)

**STATEMENT OF CURRENT ACCOUNT**



(Same language in Arabic)

DUBAI ISLAMIC BANK

(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) | |
|---|---|
| 1 | |

| BRANCH (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) |
|---|---|
| Main | 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY (Same language in Arabic) | From: [illegible] | (Same language in Arabic) |
|---|---|---|
| U.A.E. Dirham | To: [illegible] | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | [Illegible] |
| 08/[illegible]/2000 | 421002 | | [Illegible] | [Illegible] |
| 11/[illegible]/2000 | 008743 | | [Illegible] | [Illegible] |
| 11/[illegible]/2000 | 754400 | | [Illegible] | [Illegible] |
| 11/[illegible]/2000 | ATM Card Fees | 25.00 | | [Illegible] |
| | Final balance | 25.00 | [Illegible] | [Illegible] |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (−) DENOTES DEBIT BALANCE.
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

Head Office : Tel.: 2963000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM,  P.O. Box : 1080 Dubai          (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003460t

(Same language in Arabic)

## STATEMENT OF CURRENT ACCOUNT



( (Same language in Arabic)

DUBAI ISLAMIC BANK

(Same language in Arabic)

Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| BRANCH | (Same language in Arabic) |
|---|---|
| Main | |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

| From: 01/01/2002 | (Same language in Arabic) |
|---|---|
| To: 12/31/2002 | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final balance | | | 17.49 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (–) DENOTES DEBIT BALANCE.
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

Head Office : Tel. : 2963000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM,  P.O. Box : 1080 Dubai          (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_0034611

(Same language in Arabic)

**STATEMENT OF CURRENT ACCOUNT**



(Same language in Arabic)

**DUBAI ISLAMIC BANK**

(Same language in Arabic)

Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| BRANCH | (Same language in Arabic) |
|---|---|
| Main | |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

| From: 01/01/2003 | (Same language in Arabic) |
|---|---|
| To: 12/31/2003 | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final balance | | | 17.49 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (−) DENOTES DEBIT BALANCE.
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

Head Office : Tel. : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai      (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_0034621

(Same language in Arabic)

## STATEMENT OF CURRENT ACCOUNT



(Same language in Arabic)

### DUBAI ISLAMIC BANK
(Same language in Arabic)
Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2004 (Same language in Arabic) |
|---|
| To: 04/24/2004 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final balance | | | 17.49 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (—) DENOTES DEBIT BALANCE.
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

Head Office : Tel. : 2963000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai    (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_0034631



(Same language in Arabic)

### DUBAI ISLAMIC BANK

Date: 04/26/2005
Mr. Abdul Raheem Mohammed Al-Awadi
Assistant Executive Director – Department of Bank Surveillance and Inspection
Central Bank
Fax: 02 – 6669427

Peace and mercy of God be upon you

Subject: Reference No. 13-7/351/2005 on 03/22/2005

Herein attached is a "Certificate of Business Records" of Account No. 01-520-7128363-01 for Mr. Ali Abdul Aziz Ali;
Note that the balance of the said account is: 17.49 U.A.E Dirham (Only seventeen U.A.E Dirham and forty-nine cents [fils]).
Thanks for your constant cooperation.

Zohair Said Al-Rabii
Anti-Money Laundering Section Head
04-2112140

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM. Swift: DUIBAEAD
www.alislami.co.ae

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003464t

CERTIFICATION OF BUSINESS RECORDS

I, the undersigned _Zohair  Said  Al-Rabii_ , with
*(Name)*

the understanding that I am subject to criminal penalty under the laws of the United Arab

Emirates for an intentionally false declaration, declare that I am employed by/associated with:

_Dubai Islamic Bank_

*(Name of business from which documents are sought)*

in the position of: _Anti – Money Laundering  Section Head_
*(Business position or title)*

and by reason of my position am authorized and qualified to make this declaration.

Each of the records attached hereto is a record in the custody of the above-named business that:

1. was made at or near the time of the occurrence of the matters set forth therein by (or from information transmitted by) a person with knowledge of those matters;

2. was kept in the course of regularly conducted business activity;

3. was made by the business as a regular practice; and

4. if not an original record, is a duplicate of the original.

Date of execution: _26. 4. 2005_

Place of execution: _Dubai – UAE_

Signature: 

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

[Same language in Arabic as previous page]

DUBAI ISLAMIC BANK

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003466t



CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005526t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUNT



(Same language in Arabic)

D    AI ISLAMIC BANK

(Same language in Arabic)
Public Shareholding Company Incorporated in U.A.E

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) |
|---|---|
| Main Branch | 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY (Same language in Arabic) | From: 01/01/2000 (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | To: 12/31/2000 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 00.00 |
| 08/08/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/01/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/22/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/22/2000 | A  M card fees | 25.00 | | 27,975.00 |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (–) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

He    e : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005527t

(Same language in Arabic)

## STATEMENT OF CURRENT ACCOUNT

(Same language in Arabic)

D   AI ISLAMIC BANK
(Same language in Arabic)
Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 1 |

| BRANCH | (Same language in Arabic) |
|---|---|
| Main Branch | |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

| From: 01/01/2001 | (Same language in Arabic) |
|---|---|
| To: 12/31/2001 | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 27,975.00 |
| 04/17/2001 | 1118705 | | 1,500.00 | 29,475.00 |
| 09/10/2001 | 104802 | 25,000.00 | | 4,475.00 |
| 09/10/2001 | 986637 | | 125.00 | 4,600.00 |
| 09/10/2001 | Withdrawal / ATM | 3,002.00 | | 1,598.00 |
| 09/10/2001 | Withdrawal / ATM | 1,502.00 | | 96.00 |
| 10/01/2001 | Switch fees | 3.00 | | 93.00 |
| 10/06/2001 | Electron CA – ATM | 15.00 | | 78.00 |
| 10/06/2001 | 1102/KHI1 SLICO | 60.51 | | 17.49 |
| | Final Balance | 29,582.51 | 1,625.00 | 17.49 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (–) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

He    e : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005528t

(Same language in Arabic)

## STATEMENT OF CURRENT ACCOUNT

(Same language in Arabic)

DUBAI ISLAMIC BANK

(Same language in Arabic)

Public Shareholding Company Incorporated in U.A.E

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| BRANCH | (Same language in Arabic) |
|---|---|
| Main Branch | |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

| From: 01/01/2002 | (Same language in Arabic) |
|---|---|
| To: 12/31/2002 | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final Balance | | | 17.49 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (–) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

Head Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005529t

(Same language in Arabic)

**STATEMENT OF CURRENT ACCOUNT**

(Same language in Arabic)

D    AI ISLAMIC BANK

(Same language in Arabic)
Public Shareholding Company Incorporated in U.A.E

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| BRANCH | (Same language in Arabic) |
|---|---|
| Main Branch | |

ACCOUNT NO. (Same language in Arabic)
01 520 7128363 01

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

From: 01/01/2003
To: 04/30/2003 (Same language in Arabic)

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final Balance | | | 17.49 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (--) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

He     ce : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005530t

Date: 06/29/03       Dubai Islamic Bank   screen No.: 520       p. 1
Time: 10:25             Comprehensive Situation of the sponsor/ customer        *A77S018*

Customer No.: 7128363 Ali Abdul Aziz Ali                          Pakistan
Economic Code: 111 / customer status: active

| Account type | Account No. | | Credit | Debit | Arrears |
|---|---|---|---|---|---|
| Investment end | | | | | |
| Current | 1 | 1 / | 17.49 | 0.00 | 0.00 |
| Current withholding | 1 | 1 / | 0.00 | 999999,999.00 | 0.00 |
| Total | | | 17.49 | 0.00 | 0.00 |

The total does not include withholdings, visa, bank guarantees, bounced and deferred checks, contractor/
consultant, tenant balance, private and public arrears.

* Disclaimer:                        issuance date: 00/00/0000      branch: 00

Additional information:
********************************************************************************   **



CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005531t

[illegible]



CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005532t

# DUBAI ISLAMIC BANK



(Same language in Arabic)

*To the Main Branch Manager*

*Dear Sir,*

*Kindly provide us with the original copy of the Form as per the request of the Central Bank.*
*Mohammed Abdul Rahman Ameery*
*Head of Central Operations Department*

(Same language in Arabic)

**Current Account Opening Form**

Date   _8/8/2000_ _____   _____ (Same language in Arabic)

| Acc. No. *7128363*   (Same language in Arabic) |
|---|

To:
Manager, DUBAI ISLAMIC BANK.   _____ (Same language in Arabic)
Branch   _Main_ _____   _____ (Same language in Arabic)

Dear Sirs,

(Same language in Arabic)

You are kindly requested to open in your books a Current Account, as per the following particulars:-

| | | |
|---|---|---|
| Name in full | *Ali Abdul Aziz Ali* | 9/1/2002 [SIGNATURE] Zohair Al Rabii (Same language in Arabic) |
| Nationality | *Pakistani* | (Same language in Arabic) |
| Profession | *Computer Engineer* | (Same language in Arabic) |
| Address | *Dubai*   P.O. Box   _16958_   Tel.   _050 6745651_ | (Same language in Arabic) |
| Introduced By | *Ata Rateb Jameel account No. 800-7000-332* | (Same language in Arabic) |

Statement of account to be dispatched   (Same language in Arabic)

I, hereby, undertake to comply with the Bank's rules for the conduct of such account, and it is understood and mutually agreed upon that no overdraft will be allowed without prior consent of the Bank.

(Same language in Arabic)

Signature

| Dubai Islamic Bank Main Branch Dubai |
|---|

(Same language in Arabic)

signature of official in charge   (Same language in Arabic)

Form No.

See over leaf   (Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005533t

| 08/08/00 | | Inquiry on an account | | *A77R000* |
|---|---|---|---|---|

| | | Acc. No. 520 7128363 1 1 | | | |
|---|---|---|---|---|---|
| Name in full | : | Ali Abdul Aziz Ali | | | |
| Correspondence name | : | Ali Abdul Aziz Ali | | | |
| Correspondence address | : | P.O. Box 16958, Dubai | | | |
| | | | Wrong address | : | |
| | | | Distinguished customer | : | |
| Phone No. | : | 0506745651 | Branch and date of clearance | : | 00 |
| Fax | : | 048819192 | Correspondence language | : | Arabic |
| Nationality | : | 32 Pakistan | Year of birth | : | 77 |
| Religion | : | 1 Muslim | Sex | : | 1 Male |
| Residence | : | 1 resident | Passport No. | : | 911562 |
| Economic code | : | 111 personal accounts | Legal status | : | 1 Individual |
| Check collection fees | : | Y | Returned check commission | : | Y |
| No. of commercial license | : | | Date of issue | : | |
| Date of expiry | : | | Issued from | : | |
| Account status | : | 0 active | Account Statement | : | A Annual |
| Salary transfer | : | No   No | Profit code | : | Opening: 08/08/00 |
| Agent code/ joint | : | Nil | Coverage code | : | |
| Current balance | : | 5000.00 | Available balance | : | 5000.00 |
| Attached | : | | Date of last transaction | : | 08/08/0 |

*********************************************************************************

| F1 = exit | SF4= screen clearance | F12 = to continue |
|---|---|---|
| Screen: [illegible]0 | | Data has been successfully displayed |

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005534t



Same language in Arabic

VISAS

[Illegible]

[Illegible]

[Illegible]

[Illegible]

RESIDENCE (Same language in Arabic) L1262616
U.A.E. 201/98/7026202
(Same language in Arabic)

Computer engineer

| | |
|---|---|
| Name of bearer: | Ali Abdul Aziz Ali |
| Sponsor's name: | Jebel Ali Freezone Authority |
| Passport No. | [illegible] |
| Place and date of issue: | 08/25/1998 |
| Valid until: | 08/24/2001 |

Signature:

Fees are paid

E911562

E911562

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005535t



CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005536t







CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005537t



(Same language in Arabic)

Application for issue of PIN NO. of Telebanking System

*Main*

Branch

Name    *Ali Abdul Aziz Ali*    (Same language in Arabic)

Customer No.    | 7 | 1 | 2 | 8 | 3 | 6 | 3 |

(Same language in Arabic)

To Branch Manager
Please issue me the PIN NO. for the Telebanking System. I do hereby ... that I have read and agreed to abide by the terms and conditions of the use of it which end at this application.

Applicant's signature

Date    (Same language in Arabic)

I received the PIN No. of

Telebanking system on    (Same language in Arabic)

Signature

(Same language in Arabic)

### TERMS & CONDITIONS

1. Whereas the account holder is the sole person who is entitled to use telebanking system consequently he will be under an obligation to maintain the secrecy of his PIN number and not to allow any person who is not authorised by him to use the same with the customer bearing full legal and contractual responsibility in case of negligence in maintaining such secrecy.

2. If the bank sends information to a customer via fax, then it shall deduct Dhs.2/= (each time) from any account held by the customer with the bank. The customer shall remain liable for maintaining sufficient balance in his account to cover such expenses.

3. Issue of the PIN mailer (PIN No.) is done free of charge for the first time. A fee of Dhs. 10/= will be charged for any next issue.

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005538t

SEP-16-2002 12:34   FROM:FINANCIAL DEPT DIB DXB      +67) 4 2955396      T-765  P.002/004  F-667

## DUBAI ISLAMIC BANK

621022   Ser.   **CASH DEPOSIT**   (Same language in Arabic)

(Same language in Arabic)

Date   08/08/2000   (Same language in Arabic)

A/C No.   | 01 | 520 | 7128363 | 01 |   (Same language in Arabic)

Name   Ali Abdul Aziz Ali   (Same language in Arabic)

| | DENOMINATIONS   (Same language in Arabic) | | AMOUNT Dhs. (Same language in Arabic) | |
|---|---|---|---|---|
| | | × 1000   (Same language in Arabic) | | |
| | 9 | × 500   (Same language in Arabic) | | |
| | 2 | × 200   (Same language in Arabic) | | |
| | 1 | × 100   (Same language in Arabic) | | |
| | | × 50   (Same language in Arabic) | | |
| | | × 20   (Same language in Arabic) | | |
| | | × 10   (Same language in Arabic) | | |
| | | × 5   (Same language in Arabic) | | |
| | | Coins   (Same language in Arabic) | | |
| | ONLY FIVE THOUSAND Dirhams. | | 5000 | |

Dubai Islamic Bank
Main branch

| NO. | Transaction No. | Depositor's Name   Ali A. Aziz   (Same language in Arabic) | checked by   (Same language in Arabic) |
|---|---|---|---|
| | | Depositor's Sign. | |

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005539t



SEP-16-2002 12:34 FROM-FINANCIAL DEPT DIB DXB +971 4 2955396 T-765 P.003/004 F-987

UBAI ISLAMIC BA (Same language in Arabic)

754400 Ser.

Date 11/22/2000 (Same language in Arabic)

**CASH DEPOSIT** (Same language in Arabic)

A/C No. 01 | 520 | 7128363 | 01 (Same language in Arabic)

Name Ali Abdul Aziz Ali (Same language in Arabic)

| (Same language in Arabic) CASHIER STAMP & SIGN. | DENOMINATIONS (Same language in Arabic) | | AMOUNT (Same language in Arabic) Dhs. (Same language in Arabic) | Fils (Same language in Arabic) |
|---|---|---|---|---|
| Dubai Islamic Bank Main branch 22 NOV 2000 | 3 | x 1000 (Same language in Arabic) | | |
| | | x 500 (Same language in Arabic) | | |
| | | x 200 (Same language in Arabic) | | |
| | | x 100 (Same language in Arabic) | | |
| | | x 50 (Same language in Arabic) | | |
| | | x 20 (Same language in Arabic) | | |
| Cash / authentic signature Transaction No./ Screen No. 27 | | x 10 (Same language in Arabic) | | |
| | | x 5 (Same language in Arabic) | | |
| | | Coins (Same language in Arabic) | | |
| | ONLY THREE THOUSAND Dirhams. | | 3000 | |

NO Transaction No.

Depositor's Name Ali (Same language in Arabic)

Depositor's Sign.

Checked by (Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



SEP-16-2002 12:35   FROM FINANCIAL DEPT DIB DXB         +971 4 2955396   T-765   P.004/004   F-997

(Same language in Arabic)

**Deposit Slip**                                           DUBAI ISLAMIC BANK

No. | 1118705 | Cash Deposit ☒ | (Same language in Arabic) | Date | 4-17-2001 | (Same language in Arabic)
Cheque Deposit ☐ | | Branch | Central |

A/C No. 0 1 5 2 0 7 1 2 8 3 6 3   Current 01   (Same language in Arabic)

Name: Ali Abdul Aziz Ali   (Same language in Arabic)

| Cheques Detail (Same language in Arabic) | | | | Amount (Same language in Arabic) | | | |
|---|---|---|---|---|---|---|---|
| Bank & Branch Drawn On (Same language in Arabic) | Due Date | Cheque No. (Same language in Arabic) | Drawer A/C No. | Denominations (Cash) (Same language in Arabic) | | AED | (Same language in Arabic) Fils |
| | | | | 1000 | x | 1000 | |
| | | | | 500 | x | 500 | |
| | | | | 200 | x | | |
| | | | | 100 | x | | |
| | | | | 50 | x | | |
| | | | | 20 | x | | |
| | | | | 10 | x | | |
| | | | | 5 | x | | |
| | | | | Coins (Same language in Arabic) | | | |
| | | Movement No. | | Total (Same language in Arabic) | | 1,500 | |

Total (in words):   ONLY ONE THOUSAND AND FIVE HUNDRED Dirhams.   (Same language in Arabic)

Checked by:   (Same language in Arabic)   Deposited by: Ali Abdul Aziz Ali   (Same language in Arabic)

Signature:   (Same language in Arabic)   Signature:   (Same language in Arabic)

Please read conditions printed overleaf.   (Same language in Arabic)

Form No. [illegible]

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005541t



DIB_005542t

**DUBAI ISLAMIC BANK**

No   G/ 104802

(Same language in Arabic)

**CASH WITHDRAWAL SLIP**   (Same language in Arabic)

A/C No   01   520   7128363   01

Name   Ali Abdul Aziz Ali

Date   9-10-2001   (Same language in Arabic)

(Same language in Arabic)

PLEASE DEBIT MY ACCOUNT AND PAY CASH

AMOUNT IN WORDS   ONLY twenty-five thousand Dirhams.

(Same language in Arabic)

Dhs.

Amount   Dhs   25,000   (Same language in Arabic)

CUSTOMER'S SIGNATURE   (Same language in Arabic)

CASHIER STAMP & SIGN   (Same language in Arabic)

OFFICER'S INITIALS

ENCASHABLE AT COUNTER BY THE ACCOUNT HOLDER ONLY.   (Same language in Arabic)

Form No. 11

Dubai Islamic Bank
Main branch

Cash / authentic signature
Transaction No./ Screen No.
[illegible]

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



*Passport of*
*Ali Abdul Aziz Ali*
*No. E911562*

| DENOMINATIONS | | (Same language in Arabic) |
|---|---|---|
| 25 | x 1000 | (Same language in Arabic) |
| | x 500 | (Same language in Arabic) |
| | x 200 | (Same language in Arabic) |
| | x 100 | (Same language in Arabic) |
| | x 50 | (Same language in Arabic) |
| | x 20 | (Same language in Arabic) |
| | x 10 | (Same language in Arabic) |
| | x 5 | (Same language in Arabic) |
| | Coins | (Same language in Arabic) |
| Total | | (Same language in Arabic) |

RECEIVED CASH FROM DUBAI ISLAMIC BANK (Same language in Arabic)

CUSTOMER'S SIGNATURE (Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



(Same language in Arabic)
## Deposit Slip

(Same language in Arabic)
DUBAI ISLAMIC BANK

No. 986637

Cash Deposit [X] (Same language in Arabic)
Cheque Deposit [ ]

Date: 9-10-2001 (Same language in Arabic)
Branch: Central

A/C No.: 01 520 7128363 01 (Same language in Arabic)

Name: Ali Abdul Aziz Ali (Same language in Arabic)

| Cheques Details (Same language in Arabic) | | | | Amount (Same language in Arabic) | | |
|---|---|---|---|---|---|---|
| Bank & Branch Drawn On (Same language in Arabic) | Due Date (Same language in Arabic) | Cheque No. (Same language in Arabic) | Drawer A/C No. (Same language in Arabic) | Denominations (Cash) (Same language in Arabic) | AED (Same language in Arabic) | Fils (Same language in Arabic) |
| | | | | 1000 x | 125 | |
| | | | | 500 x | | |
| | | | | 200 x | | |
| | | | | 100 x 1 | | |
| | | | | 50 x | | |
| | | | | 20 x 1 | | |
| | | | | 10 x | | |
| | | | | 5 x 1 | | |
| | | | | Coins (Same language in Arabic) | | |
| | | | Movement No. | Total (Same language in Arabic) | 125 | |

Total (in words): ONLY ONE HUNDRED AND TWENTY-FIVE Dirhams. (Same language in Arabic)

| Checked by: (Same language in Arabic) | Deposited by: (Same language in Arabic) |
|---|---|
| Signature: (Same language in Arabic) | Signature: (Same language in Arabic) |

Please read conditions printed overleaf. (Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

(Same language in Arabic)

## STATEMENT OF CURRENT ACCOUNT

(Same language in Arabic)

DUBAI ISLAMIC BANK

(Same language in Arabic)

(abic Shareholding Company Incorporated in the U.A.E.)

| PAGE NO. (Same language in Arabic) | |
|---|---|
| 1 | |

| BRANCH (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) |
|---|---|
| Main | 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY (Same language in Arabic) | From: 01/01/2000 (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | To: 12/31/2000 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 00.00 |
| 08/[illegible]/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/[illegible]/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/[illegible]/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/[illegible]/2000 | A  M card fees | 25.00 | | 27,975.00 |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (–) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

(Same language in Arabic)

ld Office : Tel : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005545t

(Same language in Arabic)

**STATEMENT OF CURRENT ACCOUNT**

(Same language in Arabic)

DUBAI ISLAMIC BANK

(Same language in Arabic)

(Same language in Arabic)

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) |
|---|---|
| Main | 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY (Same language in Arabic) | From: 01/01/2001 (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | To: 12/31/2001 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 27,975.00 |
| | | | 1,500.00 | |
| 04/[illegible]/2001 | 1118705 | 25,000.00 | | 29,475.00 |
| 09/[illegible]/2001 | 104802 | | 125.00 | 4,475.00 |
| 09/[illegible]/2001 | 986637 | 3,002.00 | | 4,600.00 |
| 09/[illegible]/2001 | Withdrawal / ATM | 1,502.00 | | 1,598.00 |
| 09/[illegible]/2001 | Withdrawal / ATM | 3.00 | | 96.00 |
| 10/[illegible]/2001 | Switch fees | 15.00 | | 93.00 |
| 10/[illegible]/2001 | Electron CA – ATM | 60.51 | | 78.00 |
| 10/[illegible]/2001 | 1102/KHI1 SLICO | | | 17.49 |
| | Final Balance | 29,582.51 | 1,625.00 | 17.49 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (–) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

(Same language in Arabic)

Head Office : Tel. : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005546t

(Same language in Arabic)

## STATEMENT OF CURRENT ACCOUNT

(Same language in Arabic)

BAI ISLAMIC BANK
Shareholding Company Incorporated in U.A.E.

(Same language in Arabic)

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2002 | (Same language in Arabic) |
|---|---|
| To: 12/31/2002 | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final Balance | | | 17.49 |

(Same language in Arabic)

- Unless we receive a claim from your side within 15 days this statement will be considered correct.
- (–) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
- E. & O. E.

Id Office : Tel. : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005547t

بسم الله الرحمن الرحيم

## DUBAI ISLAMIC BANK

(Same language in Arabic)

Date _____          *04/20/2001*          (Same language in Arabic)

### CASH WITHDRAWAL SLIP

A/c No. | *02* | *580* | *7000332* | *1* | (Same language in Arabic)

To the Manager
DUBAI ISLAMIC BANK
Dear Sir,                                             (Same language in Arabic)

(Same language in Arabic)

After examining the terms & conditions of opening the account, I/We request you to approve the opening of an account with your bank as per the particulars shown hereinafter.

Name in full   *Ata Rateb Jameel Khlaif*                          (Same language in Arabic)

Address   *P.O. Box 31862 Dubai*                          (Same language in Arabic)

Tel.   *04 2282091 - 3936036*

| Nationality *Jordanian* | (Same language in Arabic) | Correspondance Language *ARABIC/ENGLISH* | (Same language in Arabic) |
|---|---|---|---|
| Religion Muslim/other | (Same language in Arabic) | Year of Birth *1971* | (Same language in Arabic) |
| Resident/Non-Resident | (Same language in Arabic) | Male/Female/N.A. | (Same language in Arabic) |
| Profession | (Same language in Arabic) | Passport No *446010* | (Same language in Arabic) |
| Opening Balance *1000 (only one thousand Dirhams.)* | | | (Same language in Arabic) |
| Currency Code | (Same language in Arabic) | Economic Code *III* | (Same language in Arabic) |

The above information is true to my knowledge                    (Same language in Arabic)
Signature
                                                              (Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005548t



2

THE HASHEMITE KINGDOM
OF JORDAN
MINISTRY OF INTERIOR

PASSPORT

BY HIS MAJESTY THE KING
TO ALL WHOM IT MAY
CONCERN GREETING

GOVERNMENT OFFICIALS OF THE HASHEMITE KINGDOM OF JORDAN, REPRESENTATIVES ABROAD AND ALL THOSE WHOM IT MAY CONCERN ARE REQUIRED AND REQUESTED TO ALLOW BEARER TO PASS FREELY WITHOUT LET OR HINDRANCE AND TO AFFORD ............ EVERY ASSISTANCE AND PROTECTION OF WHICH ............ MAY STAND IN NEED.

DIRECTOR GENERAL CIVIL STATUS
AND PASSPORT DEPARTMENT

(Same language in Arabic)

(Same language in Arabic)

PASSPORT

THE HASHEMITE KINGDOM OF JORDAN (Same language in Arabic)

| | | |
|---|---|---|
| SEX (Same language in Arabic) Male | NATIONAL NO. 9711048119 | (Same language in Arabic) |
| | | (Same language in Arabic) |
| FULL NAME ATA' RATEB JAMEEL KHLAIF | | |
| PLACE OF BIRTH KUWAIT | | (Same language in Arabic) |
| DATE OF BIRTH 24.9.1971 | | (Same language in Arabic) |
| MOTHER'S NAME SARA | | (Same language in Arabic) |
| DATE OF ISSUE 1.9.1999 | (Same language in Arabic) | Issued from: Amman |
| DATE OF EXPIRY 31.8.2004 | (Same language in Arabic) | ISSUED AT AMM |

446010 Z

Duplicate copy
2 0 APR 2000
Signature

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005549t

UNITED ARAB EMIRATES

RESIDENCE
new

Residence
File: 20//2000/20/7213
Name: Ata Rateb Jameel Khlaif
Passport No.: 446010
Profession: computer technician
Sponsor : Fourth Dimension Computers
Date of residence issue: 04/09/2000

Issuance authority: Dubai

Number of Companions:

Expiry date: 04/08/2003

(Same language in Arabic)

Signature

(Same language in Arabic)

Fees paid in full

Residence Permit becomes invalid if bearer resides out of the U.A.E. for more than six months.

VISAS

(Same language in Arabic)

(Same language in Arabic)

Duplicate copy

2 0 APR 2000

Signature

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005550t

[illegible]



CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005551t

Date: 06/29/03      Dubai Islamic Bank   Screen No.: 520       p. 1
Time: 10:20      Comprehensive Situation of the sponsor/ customer      *A77S018*

Customer No.: 7000332 Ata Rateb Jameel Khlaif                          Jordan
Economic Code: 111 / customer status: active

| Account type | Account No. | | Credit | Debit | Arrears |
|---|---|---|---|---|---|
| Investment end | | | | | |
| Current | 1 | 2 / | 0.00 | 0.00 | 0.00 |
| Current withholdings | 1 | 2 / | 1,262.50 | 0.00 | 0.00 |
| Total | | | 1,262.50 | 0.00 | 0.00 |

The total does not include withholdings, visa, bank guarantees, bounced and deferred checks, contractor/
consultant, tenant balance, private and public arrears.

* Disclaimer:                     issuance date: 00/00/0000      branch: 00

Additional information:
*********************************************************************************************



CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005552t

Dubai Islamic Bank

06/29/2003                 Statement of the Account                     Page: 1
From 00/00/0000 to 00/00/0000           Operator:           Screen No.: 520

Main branch
Account No.: 2 580 7000332 1                        Currency: UAE Dirham
Name in full: Ata Rateb Jameel Khlaif

| Date | Item | Withdrawal | Deposits | Balance |
|------|------|-----------|----------|---------|
| 01/12/2002 | Saving profits | | 169.00 | 50,679.50 |
| 02/02/2002 | 221434 | 12,679.00 | | 38,000.50 |
| 02/03/2002 | ATM | 1,300.00 | | 36,700.50 |
| 02/04/2002 | ATM | 100.00 | | 36,600.50 |
| 02/11/2002 | ATM | 100.00 | | 36,500.50 |
| 02/14/2002 | ATM | 1,000.00 | | 35,500.50 |
| 02/17/2002 | ATM | 4,200.00 | | 31,300.50 |
| 02/19/2002 | 215214 | 30,000.00 | | 1,300.50 |
| 02/23/2002 | ATM | 100.00 | | 1,200.00 |
| 03/11/2002 | ATM | 1,100.00 | | 100.50 |
| 04/07/2002 | 1468099 | | 1,900.00 | 2,000.50 |
| 04/24/2002 | 2896104 | | 1,000.00 | 3,000.50 |
| 05/04/2002 | 216693 | 3,000.00 | | .50 |
| 05/07/2002 | 1464541 | | 5,600.00 | 5,600.50 |
| 05/19/2002 | 1461103 | | 3,000.00 | 8,600.50 |
| 05/27/2002 | 1462098 | | 750.00 | 9,350.50 |
| 05/29/2002 | Check No. 196722 | | 22,000.00 | 31,350.50 |
| 06/17/2002 | 217246 | 30,000.00 | | 1,350.50 |
| 06/29/2002 | 1472088 | | 750.00 | 2,100.50 |
| 07/03/2002 | 1472896 | | 1,100.00 | 3,200.50 |
| 07/04/2002 | ATM | 1,000.00 | | 2,200.50 |
| 07/09/2002 | 1473762 | | 1,000.00 | 3,200.50 |
| 07/13/2002 | ATM | 500.00 | | 2,700.50 |
| 07/22/2002 | ATM | 100.00 | | 2,600.50 |
| 07/28/2002 | ATM | 100.00 | | 2,500.50 |
| 08/04/2002 | ATM | 500.00 | | 2,000.50 |
| 08/08/2002 | ATM | 100.00 | | 1,900.50 |
| 08/10/2002 | ATM | 200.00 | | 1,700.50 |
| 08/10/2002 | ATM | 300.00 | | 1,400.50 |
| 08/12/2002 | ATM | 500.00 | | 900.50 |
| 09/07/2002 | 218950 | 900.00 | | .50 |
| 09/11/2002 | 2949204 | | 3,500.00 | 3,500.50 |
| 09/17/2002 | 2946568 | | 200.00 | 3,700.50 |
| 09/26/2002 | 2951672 | | | 4,600.50 |
| 10/01/2002 | ATM | | | 3,500.50 |
| 10/06/2002 | ATM | | | 2,400.50 |
| 10/13/2002 | 2975555 | | | 4,300.50 |
| 10/16/2002 | 2974020 | | | 6,500.50 |
| 10/21/2002 | ATM | | | 5,500.50 |
| 10/22/2002 | ATM | | | 2,500.50 |
| 10/29/2002 | 222150 | | | .50 |
| | Transferred balance | | | .50 |

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005553t

Dubai Islamic Bank

06/29/2003             Statement of the Account            Page: 2

From 00/00/0000 to 00/00/0000        Operator:        Screen No.: 520

Main branch

Account No.: 2 580 7000332 1             Currency: UAE Dirham

Name in full: Ata Rateb Jameel Khlaif

| Date | Item | Withdrawal | Deposits | Balance |
|------|------|-----------|----------|---------|
| | Transferred balance | | | .50 |
| 01/22/2003 | Saving profits | | 101.00 | 101.50 |
| 02/22/2003 | Profits 2002/ 44424 | | 531.00 | 632.50 |
| 02/03/2003 | Check No. 137256 | | 850.00 | 1,482.50 |
| 02/03/2003 | 224251 | 750.00 | | 732.50 |
| 02/18/2003 | 222980 | 100.00 | | 632.50 |
| 03/03/2003 | 4090932 | | 550.00 | 1,182.50 |
| 03/18/2003 | 251958 | | 30,000.00 | 31,182.50 |
| 03/18/2003 | 224501 | 8,000.00 | | 23,182.50 |
| 03/26/2003 | 224852 | 1,250.00 | | 21,932.00 |
| 04/12/2003 | 224616 | 3,100.00 | | 18,832.50 |
| 04/16/2003 | 224684 | 700.00 | | 18,132.50 |
| 05/07/2003 | 578909 | 18,000.00 | | 132.50 |
| 06/12/2003 | C. D. 663739 | | 1,430.00 | 1,562.50 |
| 06/15/2003 | 579910 | 1,500.00 | | 62.50 |
| 06/28/2003 | C.D 290 | | 1,200.00 | 1,262.50 |
| | Final balance | 129,879.00 | 80,631.00 | 1,262.50 |
| | Available balance | | | 1,262.50 |

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005554t

Date: 06/29/03      Dubai Islamic Bank              Screen No.: 520        p. 1
Time: 10:20      Comprehensive Situation of the sponsor/ customer      *A77S018*

Customer No.: 7000332 Ata Rateb Jameel Khlaif                    Jordan
Economic Code: 111 / customer status: active

| Account type | Account No. | | Credit | Debit | Arrears |
|---|---|---|---|---|---|
| Investment end | | | | | |
| Current | 1 | 2 / | 0.00 | 0.00 | 0.00 |
| Retains current | 1 | 2 / | 1,262.50 | 0.00 | 0.00 |
| Total | | | 1,262.50 | 0.00 | 0.00 |

The total does not include withholdings, visa, bank guarantees, bounced and deferred checks, contractor/
consultant, tenant balance, private and public arrears.

* Disclaimer:              issuance date: 00/00/0000      branch: 00

Additional information:
********************************************************************************************



CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005555t

Dubai Islamic Bank

| 06/29/2003 | Statement of the Account | | | Page: 2 |
| From 00/00/0000 to 00/00/0000 | Operator: | | Screen No.: 520 | |

Main branch
Account No.: 2 580 7000332 1                                      Currency: UAE Dirham
Name in full: Ata Rateb Jameel Khlaif

| Date | Item | Withdrawal | Deposits | Balance |
|------|------|-----------|----------|---------|
| | Transferred balance | | | .50 |
| 01/22/2003 | Saving profits | | 101.00 | 101.50 |
| 02/22/2003 | Profits 2002/ 44424 | | 531.00 | 632.50 |
| 02/03/2003 | Check No. 137256 | | 850.00 | 1,482.50 |
| 02/03/2003 | 224251 | 750.00 | | 732.50 |
| 02/18/2003 | 222980 | 100.00 | | 632.50 |
| 03/03/2003 | 4090932 | | 550.00 | 1,182.50 |
| 03/18/2003 | 251958 | | 30,000.00 | 31,182.50 |
| 03/18/2003 | 224501 | 8,000.00 | | 32,182.50 |
| 03/26/2003 | 224852 | 1,250.00 | | 21,932.00 |
| 04/12/2003 | 224616 | 3,100.00 | | 18,832.50 |
| 04/16/2003 | 224684 | 700.00 | | 18,132,50 |
| 05/07/2003 | 578909 | 18,000.00 | | -132.50 |
| 06/12/2003 | C. D. 663739 | | 1,430.00 | 1,562.50 |
| 06/15/2003 | 579910 | 1,500.00 | | 62.50 |
| 06/28/2003 | C.D. 290 | | 1,200.00 | 1,262.50 |
| | Final balance | 129,879.00 | 80,631.00 | 1,262.50 |
| | Available balance | | | 1,262.50 |

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005556t

Dubai Islamic Bank

06/29/2003        Statement of the Account        Page: 1
From 00/00/0000 to 00/00/0000        Operator:        Screen No.: 520

Main branch
Account No.: 2 580 7000332 1
Name in full: Ata Rateb Jameel Khlaif        Currency: UAE Dirham

| Date | Item | Withdrawal | Deposits | Balance |
|------|------|-----------|----------|---------|
| 01/12/2002 | Savings dividends | | 169.00 | 50,679.50 |
| 02/02/2002 | 221434 | 12,679.00 | | 38,000.50 |
| 02/03/2002 | ATM | 1,300.00 | | 36,700.50 |
| 02/04/2002 | ATM | 100.00 | | 36,600.50 |
| 02/11/2002 | ATM | 100.00 | | 36,500.50 |
| 02/14/2002 | ATM | 1,000.00 | | 35,500.50 |
| 02/17/2002 | ATM | 4,200.00 | | 31,300.50 |
| 02/19/2002 | 215214 | 30,000.00 | | 1,300.50 |
| 02/23/2002 | ATM | 100.00 | | 1,200.50 |
| 03/11/2002 | ATM | 1,100.00 | | 100.50 |
| 04/07/2002 | 1468099 | | 1,900.00 | 2,000.50 |
| 04/24/2002 | 2896104 | | 1,000.00 | 3,000.50 |
| 05/04/2002 | 216693 | 3,000.00 | | .50 |
| 05/07/2002 | 1464541 | | 5,600.00 | 5,600.50 |
| 05/19/2002 | 1461103 | | 3,000.00 | 8,600.50 |
| 05/27/2002 | 1462098 | | 750.00 | 9,350.50 |
| 05/29/2002 | Check No. 196722 | | 22,000.00 | 31,350.50 |
| 06/17/2002 | 217246 | 30,000.00 | | 1,350.50 |
| 06/29/2002 | 1472088 | | 750.00 | 2,100.50 |
| 07/03/2002 | 1472896 | | 1,100.00 | 3,200.50 |
| 07/04/2002 | ATM | 1,000.00 | | 2,200.50 |
| 07/09/2002 | 1473762 | | 1,000.00 | 3,200.50 |
| 07/13/2002 | ATM | 500.00 | | 2,700.50 |
| 07/22/2002 | ATM | 100.00 | | 2,600.50 |
| 07/28/2002 | ATM | 100.00 | | 2,500.50 |
| 08/04/2002 | ATM | 500.00 | | 2,000.50 |
| 08/08/2002 | ATM | 100.00 | | 1,900.50 |
| 08/10/2002 | ATM | 200.00 | | 1,700.50 |
| 08/10/2002 | ATM | 300.00 | | 1,400.50 |
| 08/12/2002 | ATM | 500.00 | | 900.50 |
| 09/07/2002 | 218950 | 900.00 | | .50 |
| 09/11/2002 | 2949204 | | 3,500.00 | 3,500.50 |
| 09/17/2002 | 2946568 | | 200.00 | 3,700.50 |
| 09/26/2002 | 2951672 | | 900.00 | 4,600.50 |
| 10/01/2002 | ATM | 1,100.00 | | 3,500.50 |
| 10/06/2002 | ATM | 1,100.00 | | 2,400.50 |
| 10/13/2002 | 2975555 | | 1,900.00 | 4,300.50 |
| 10/16/2002 | 2974010 | | 2,200.00 | 6,500.50 |
| 10/21/2002 | ATM | 1,000.00 | | 5,500.50 |
| 10/22/2002 | ATM | 3,000.00 | | 2,500.50 |
| 10/29/2002 | 222150 | 2,500.00 | | .50 |
| | Transferred balance | | | .50 |

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005557t



### *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** [DIB_003414 - DIB_003434]

**Source Language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under
penalty of perjury that the translation of the foregoing document is true and accurate to
the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Diploma in Translation, Chartered Institute of Linguists Educational Trust (UK)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                                  Nov. 16, 2018

Consortra Translations
www.consortra.com

Your
legal
translation
partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** [DIB_003435 - DIB_003443]

**Source Language:** Arabic          **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Diploma in Translation, Chartered Institute of Linguists Educational Trust (UK)
Associate Member of American Translators Association

**Signature of Translator:**                **Date:**

*Lucinda Wills*                     *Nov. 16, 2018*

Consortra Translations
www.consortra.com

Your
legal
translation
partner

New York, NY  |  Washington, DC  |  Houston, TX  |  San Francisco, CA
Hong Kong



### *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** [DIB_003444 - DIB_003466]

**Source Language:** Arabic        **Translated to:** English

**TRANSLATOR STATEMENT**

I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**

20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Diploma in Translation, Chartered Institute of Linguists Educational Trust (UK)
Associate Member of American Translators Association

**Signature of Translator:**            **Date:**

*Lucinda Wills*           Nov. 16, 2018

Consortra Translations
www.consortra.com

Your
legal
translation
partner



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** [DIB_005526 - DIB_005557]

**Source Language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Diploma in Translation, Chartered Institute of Linguists Educational Trust (UK)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                                  Nov. 16, 2018

Consortra Translations
www.consortra.com

Your
legal
translation
partner

New York, NY  |  Washington, DC  |  Houston, TX  |  San Francisco, CA
Hong Kong