# EXHIBIT 16

# EXHIBIT B

```
ay 14. 03 02:08p
MAY-14-03  14:13    FROM-CENTRAL BANK OF THE U A E    +0097126651988    T-628  P.01/01  F-627    p-1
```

(Same language in Arabic)

## CENTRAL BANK OF THE U.A.E.

Notice No.: 1347/2003

Date : 14/05/2003            (Same language in Arabic)

To : Head Offices of National Banks and Main Branches of Foreign Banks Operating in the UAE.

(Same language in Arabic)

(Same language in Arabic)

After Greetings,

Please immediately search for any accounts or deposits or investments in the name of:

Ali Saleh Al Marri - Qatari national, holder of passport No. 00496370

...d provide the Anti-Money Laundering and ...uspicious Cases Unit – Central Bank-Abu Dhabi, (fax no. 02-6674501) with details.

You are requested not to inform the concerned party/parties of this inquiry in accordance with Article (12) of Federal Law No. (4) of 2002, regarding criminalization of Money Laundering.

Yours faithfully,

(Same language in Arabic)

(Same language in Arabic)

Sultan Bin Nasser Al Suwaidi
Governor

(Same language in Arabic)

From: Bank:

| | | |
|---|---|---|
| ☐ | There are no accounts or deposits or investments in the name mentioned above. | (Same language in Arabic) |
| ☐ | There are accounts or deposits or investments and find attached account/ accounts opening documents and statements. | (Same language in Arabic) |
| Auth. Sig. | (Same language in Arabic) | Auth. Sig.   (Same language in Arabic) |

727-03

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003393t



(Same language in Arabic)

**DUBAI ISLAMIC BANK**

Date: 05/15/2002

**Dear Mr. Abdul Raheem Mohammed Al-Awadi**

**Assistant Executive Manager/ Senior Manager for Bank Surveillance and Inspection**

The Central Bank

Fax: 02-6669427

Peace be upon you

Subject: Notice No. 1347/2003 dated 05/14/2003

We have the following:

1. Ali Saah Hamad Dar'ah Al-Marri…. Nationality: Qatari…. Passport No. 404674…. Account No. **7160666.**
2. Ali Saleh Mohammad Kahla Al-Marri….. Nationality: Qatari…. Passport No. 96686… Account No. **7580819.**
   Kindly inform us which one of them is intended by the above notice.

Thank you for your constant cooperation.

**Zohair Saeed Al Rabii**
**Head of Central Operations Department**

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD
www.alislami.co.ae

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003394t

IL-06-03  14:16  FROM-BSED                       +971 2 6658915      T-820  P.001/001  F-184

# CENTRAL BANK OF THE U.A.E. 

(Same language in Arabic)

(Same language in Arabic)

Ref. : 13-7/962/2003
Date : 06/07/2003

Mr. Butti Khalifa Bin Darwish Al Falasi
Chief Executive Officer
Dubai Islamic Bank
P.O. Box : 1080
Dubai

After greetings,,

Sub.: Account No. 7580819 in the name of Ali Mohamed Kahleh Al Marri - Qatari national, holder of passport No. 96686

(Same language in Arabic)

Please provide the Anti-Money Laundering and Suspicious Cases Unit- Central Bank- Abu Dhabi, (fax no. 02-6674501) with copies of the above account's opening application, related documentation and statements.

You are requested not to inform the concerned party/ parties of this inquiry in accordance with Article (12) of the Federal Law No. (4) of 2002, regarding criminalization of Money Laundering.

Yours faithfully,

[SIGNATURE]

07/580/7580819/0

(Same language in Arabic)

[handwriting]
**Number of pages 4**
[SIGNATURE]
*7/23/2003*

[handwritten date] *8/18/2001*

Mohammed Ali Bin Zayed Al Falasi
Deputy Governor

18.8.2001

1010-2003

(Same language in Arabic)

J DHABI- P.O. BOX: 854-Telephone: 6652220-Fax: (02) 6652504 - Tlx.: Manageme... Operations 22396 / 22577, Treasury: 22330 / 23316
iches Telephones:Dubai: 3939777, SHJ: 5592592, RAK: 2284444, AL Ain: 7656656, FUJ: 2224040

(Same language in Arabic)

06/07 2003 SUN 14:32  [TX/RX NO 5309]  @001

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003395t



(Same language in Arabic)

## DUBAI ISLAMIC BANK

Date: 07/07/2002

To: Mr. Abdul Raheem Mohammed Al-Awadi

Assistant Executive Manager/ Department of Bank Control and Inspection

Central Bank

Fax: 02-6674501

Dear Sirs,

<u>Subject: Reference No. 7-13/962/2003 dated 07/06/2003</u>

We attach herewith all documents related to account number **7580819** under the name: Mohammad Kahla Al-Marri.

Thank you for your continuing cooperation with us.

+

[SIGNATURE]

Mohammed Abdul Rahman Ameery

Vice President

Central Operations Department

[handwritten] Number of pages: 10 pages

P.O.Box 1080, Dubai, United Arab Emirates
Bank Cards Division. Tel: 2954314/2955322 Fax: 2955105
Tlx: 45889/48772 ISLAMI EM, Swift: DUIBAEAD
Toll Free : 800-4833
www.alislami.co.ae

(Same language in Arabic.)    [SIGNATURE]

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003396t

(Same language in Arabic)
**STATEMENT OF CURRENT ACCOUNT**


AI ISLAMIC BANK
(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 1 |

| BRANCH | (Same language in Arabic) |
|---|---|
| | Sharjah |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 7580819 580 07 |

Ali Saleh Mohammad Kahla Al-Marri

Qatar- Doha- P.O. Box 40543

| CURRENCY | (Same language in Arabic) |
|---|---|
| | A.E.D Dirham |

| From: | 08/18/2001 | (Same language in Arabic) |
|---|---|---|
| To: | 12/31/2001 | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | [illegible] |
| 08/18/2001 | Opening balance | | 5,000.00 | 5,000.00 |
| 10/20/2001 | ATM withdrawal | 4,952.55 | | 47.45 |
| 11/01/2001 | Switch fees | 4.00 | | 43.45 |
| 12/01/2001 | Switch fees | 2.00 | | 41.45 |
| | Final balance | 4,958.00 | 5,000.00 | 41.45 |

[illegible]
(Same language in Arabic)

...ce ; Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003397t

(Same language in Arabic)

**STATEMENT OF CURRENT ACCOUNT**



ai ISLAMIC BANK
(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 1 |

| BRANCH | (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) | | Ali Saleh Mohammad Kahla Al-Marri |
|---|---|---|---|---|
| | Sharjah | 01 7580819 580 07 | | |
| CURRENCY | (Same language in Arabic) | From: 01/01/2002 | (Same language in Arabic) | Qatar- Doha- P.O. Box 40543 |
| | A.E.D Dirham | To: 12/31/2002 | | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 41.45 |
| 01/12/2002 | Savings dividends | | 13.00 | 54.45 |
| | Final balance | | 13.00 | 54.45 |

[illegible]

(Same language in Arabic)

ce : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003398t

(Same language in Arabic)

**STATEMENT OF CURRENT ACCOUNT**



AI ISLAMIC BANK
(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 1 |

| BRANCH | (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) |
|---|---|---|
| | Sharjah | 01 7580819 580 07 |

| CURRENCY | (Same language in Arabic) | From: 01/01/2003 | (Same language in Arabic) |
|---|---|---|---|
| | A.E.D Dirham | To: 07/31/2003 | |

Ali Saleh Mohammad Kahla Al-Marri

Qatar- Doha- P.O. Box 40543

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 54.45 |
| | Final balance | | | 54.45 |

[illegible]

(Same language in Arabic)

Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003399t

| Date: 07/07/03 | Dubai Islamic Bank | Screen No.: 520 | Pg. No. : |
| Time: 10:10 | Comprehensive Situation of the Customer / Sponsor | | *A77S018 |

Customer No.: 7580819 Ali Saleh Mohammad Kahla Al-Marri   Qatar
Economic Code: 111 / customer status: active

| Account type | Account No. | | Credit | Debit | Arrears Investment end |
|---|---|---|---|---|---|
| Investment savings | 1 | 7/ | 54.45 | 0.00 | 0.00 |
| Total | | | 54.45 | 0.00 | 0.00 |

The total does not include withholdings, visa, bank guarantees, bounced and deferred checks, contractor/ consultant, tenant balance, private and public arrears.

* Disclaimer:          issuance date: 00/00/0000     branch: 00

Additional information:
**********************************************************************************

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003400t

Dubai Islamic Bank

07/07/2003  Account Statement  Page No.:

From  00/00/0000  To  00/00/0000  Operator:  Screen: 520

Main Branch

Account No.    :    1  7580819  580  7  Currency: U.A.E. Dirham

Full Name:    :    Ali Saleh Mohammad Kahla Al-Marri

| Date | Item | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 01/12/2002 | Savings dividends | | 13.00 | 54.45 |
| | Final balance: | | 13.00 | 54.45 |
| | Available balance: | | | 54.45 |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003401t



Form No. (6)

Name: _____ *Ali Saleh Mohammad Kahla Al-Marri* _____

| Certificate number | *savings* | Acc. No. | 0 | 7 | 5 | 8 | 0 | 7 | 5 | 8 | 0 | 8 | 1 | 9 |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003402t



**DUBAI ISLAMIC BANK**  (Same language in Arabic)

| Date | 8/18/2001 | | (Same language in Arabic) |

(Same language in Arabic)
**Investment Savings Account Opening Form**

A/c No | 07 | 580 | 7580819 | 01 | (Same language in Arabic)

To the Manager,
DUBAI ISLAMIC BANK.   (Same language in Arabic)
Dear Sirs,   (Same language in Arabic)

(Same language in Arabic)

After examining the terms & conditions of opening the account, I/we request you to approve the opening of an account with your bank as per the particulars shown hereinafter.

| Name in full | Ali Saleh Mohammad Kahla Al-Marri | | | (Same language in Arabic) |
|---|---|---|---|---|
| Address | P.O. Box 40543, Doha, Qatar | | | (Same language in Arabic) |
| Tel. | 5370562 | | | (Same language in Arabic) |
| Nationality | Qatari | (Same language in Arabic) | Correspondence Language ARABIC/ENGLISH    Arabic | (Same language in Arabic) (Same language in Arabic) |
| Religion Muslim/other | Muslim | (Same language in Arabic) | Year of Birth    9/24/1965 | (Same language in Arabic) |
| Resident/ Non-Resident | Non-Resident | (Same language in Arabic) | Male/Female/N.A.    Male | (Same language in Arabic) |
| Profession | Employee | | Passport No.    396686 | (Same language in Arabic) |
| Opening Balance | 50,000 Dirhams | | | (Same language in Arabic) |
| Currency Code | | (Same language in Arabic) | Economic Code | (Same language in Arabic) |

The above information is true to my knowledge.   (Same language in Arabic)

Signature   [signature]   (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003403t



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003404t



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003405t



(Same language in Arabic)
COUNTRIES FOR WHICH THIS PASSPORT IS VALID

(Same language in Arabic)
PHOTOGRAPH OF WIFE

(Same language in Arabic)
ALL COUNTRIES

(Same language in Arabic)
Wife

(Same language in Arabic)
THE VALIDITY OF THIS PASSPORT EXPIRES

(Same language in Arabic)

3/15/2004

was renewed
ed at Doha

(Same language in Arabic)

(Same language in Arabic)

3/16/1999

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003406t



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003407t

| | | | | | |
|---|---|---|---|---|---|
| 08/18/01 | | Account update | | [illegible] 7R009* | |
| | Acc. No. | 580 7580819 1 | | | |
| Name in full | : | Ali Saleh Mohammad Kahla Al-Marri | | | |
| Correspondence name | : | Ali Saleh Mohammad Kahla Al-Marri | | | |
| Correspondence address | : | Qatar- Doha- P.O. Box 40543 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Phone No. | : | 0 | Branch and date of clearance | : | 00   000000 |
| Fax | : | Qatar 5370562 | Correspondence language | : | 1 Arabic |
| Nationality | : | 2 Qatari | Year of birth | : | 1965 |
| Religion | : | 1 Muslim | Sex | : | 1 Male |
| Residence | : | 1 resident | Passport No. | : | 96686 |
| Economic code | : | 111 personal accounts | Legal status | : | 1 Individual |
| Check collection fees | : | Y | Returned check commission | : | Y |
| No. of commercial license | : | | Date of issue | : | 000000 |
| Date of expiry | : | 000000 | Issued by : | 00 | |
| Account status | : | 0 | Opening date | : | 08/18/01 |

Agent code/ joint account 0

: 0 ) N/A: 1, agent: 2, joint account: 3, agent and joint account (
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SF8= Print screen              SF4= Clear screen              F12= Apply
SF9= Restore screen                                           F1= Exit
000

Screen No.: 34

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003408t



# CERTIFICATE OF TRANSLATION

**Title of Source Document:** DIB_003393 – DIB_003394

**Source Language:** Arabic        **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
10 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**        **Date:**

*Lucinda Wills*        Feb. 4, 2019

Consortra Translations
www.consortra.com

Your legal translation partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong



## CERTIFICATE OF TRANSLATION

Title of Source Document: DIB_003395 – DIB_003408

Source Language: Arabic

Translated to: English

TRANSLATOR STATEMENT

I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

Translator Qualifications:

20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

Signature of Translator:

*Lucinda Wills*

Date:

Feb. 25, 2019

Consortra Translations
www.consortra.com

Your legal translation partner

New York, NY  |  Washington, DC  |  Houston, TX  |  San Francisco, CA
Hong Kong