# EXHIBIT 17

# EXHIBIT C



(Same language in Arabic)

### DUBAI ISLAMIC BANK

Date: 08/16/2004

**Mr. Abdul Raheem Mohammed Al-Awadi**

**Assistant Executive Director**

**Officer in Charge of Anti-Money Laundering and Suspicious Transactions Unit**

**Central Bank**

**Fax: 02-6669427**

May Peace, mercy and blessings of God be upon you.

Reference: Central Bank Notification no. 2/355/01 dated 11/07/2001

We would like to inform you of the ongoing process of freezing the following accounts:

1. Barakaat Bank of Somalia, account number 7250339, balance = zero
2. Ahmed Ali Jumale, account no. 6061192, balance 80,269 dirhams.

Thanks for your cooperation,

**Zohair Saeed Al Rabii**

**Head of Anti-Money Laundering Unit**

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2955000 Fax: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD
www.alislami.co.at

(Same language in Arabic)

[illegible]

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003262t

*Suspicious accounts requested to be frozen by the*
*Anti-Money Laundering and Suspicious Transactions Unit at the Central Bank.*

| Account number | Name | Balance | Central Bank notification no.... [illegible] |
|---|---|---|---|
| Redacted | Redacted | Redacte | Redacted |
| Redacted | Redacted | Redac | Redacted |
| Redacted | Redacted | Reda | Redacted |
| 01-0201501-520-015 General ledger account | Barakaat Bank of Somalia | 1,147,207 | 01/355/2 dated 11/07/2001 |
| Redacted | Redacted | Redact | Redacted |
| Redacted | Redacted | Redac | Redacted |
| Redacted | Redacted | Redacte | Redacted |
| Redacted | Redacted | Redact | Redacted |
| 01-520-7128363-01 | Ali Abdul Aziz Ali | 17 | 2/361/2002 dated 08/25/2002 |
| 01-520-6061192-01 | Ahmed Ali Jumale | 80,269 | 2/355/2001 dated 11/07/2001 |
| 01-520-7250339 -01 | Barakaat Bank of Somalia | Zero | 2/355/2001 dated 11/07/2001 |
| Redacted | Redacted | Redac | Redacted |
| | | | |

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003263t



(Same language in Arabic)

DUBAI ISLAMIC BANK

# To: Mr. Ahmad Al Qamizi, Central Bank
# From: Zohair Al Rabii, Dubai Islamic Bank
# Attachments: No. of pages 10

8/22/2004

fax 02/6655958

P.O.Box 1080, Dubai, United Arab Emirates.
Tel: (971 4) 2953000 Fax: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD
www.alislami.co.ae

(Same language in Arabic)

249-1

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003264t



*725033*

# Dubai Islamic Bank

(Same language in Arabic)

(Same language in Arabic)

## Current Account Opening Form

Date _11/13/2000_                                    (Same language in Arabic)

Acc. No.   _01 520-7250339-01_        (Same language in Arabic)

To.

The Manager, DUBAI ISLAMIC BANK,                    (Same language in Arabic)

Branch _Main office_                                  (Same language in Arabic)

Dear Sirs.                                            (Same language in Arabic)

You are kindly requested to open in your books a Current Account, as per the following particulars:-

Name in full _____ *Barakaat Bank of Somalia* _____

Nationality _____

Profession _____                  (Same language in Arabic)

Address _Somalia_____     PO Box: _____  Telephone: _____

Introduced By _____

Statement of account to be dispatched                (Same language in Arabic)

I, hereby, undertake to comply with the Bank's rules for the conduct of such account, and it is understood and mutually agreed upon that no overdraft will be allowed without prior consent of the Bank.                                  (Same language in Arabic)

Signature

Signature of
competent
officer                                             (Same language in Arabic)

See over leaf

22/08 2004 SUN 09:34  [TX/RX NO 5943] 001

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003265t

08/22/                              General Ledger Statement of Account                    *A03R002*
Account No. 1 13 520 2 1        Account date: 0101 2          Expiry date:

Page 1

Full Name: Barakaat Bank of Somalia Ltd.

| Date | Branch | Item | Withdrawals | Deposits | Total |
|------|--------|------|-------------|----------|-------|
| 00000 | AVAILABLE BALANCE | | | | 1,147,207.62 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

- Print Screen                    F2 - Local Printer                        F12 - to Continue
- Screen Recovery                               F11 - Next Page            F1 – Exit
Transactions occurred during this period.

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003266t

C.O.D. DIB.

*606119*

# Dubai Islamic Bank

(Same language in Arabic)

(Same language in Arabic)

## Current Account Opening Form

Date _06/23/97_ (Same language in Arabic)

Acc. No. _015206061192_ (Same language in Arabic)

To.
The Manager, DUBAI ISLAMIC BANK, (Same language in Arabic)
Branch _Main Branch_

Dear Sirs, (Same language in Arabic)

You are kindly requested to open in your books a Current Account, as per the following particulars:-

Name in full _AHMED ALI JUMALE_

Nationality _SOMALI_

Profession _ACCOUNTANT_ (Same language in Arabic)

Address _P.O. BOX 3313_ P.O. Box: _DUBAI_ Address

Introduced By _Esam Al (Illegible) Head of Legal Affairs Department_

Statement of account to be dispatched _The above address_ (Same language in Arabic)

I, hereby, undertake to comply with the Bank's rules for the conduct of such account, and it is understood and mutually agreed upon that no overdraft will be allowed without prior consent of the Bank. (Same language in Arabic)

Signature (Same language in Arabic)

Signature of competent officer

See over leaf (Same language in Arabic)

22/08 2004 SUN 09:39 [TX/RX NO 5945] @001

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003267t



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003268t



C.U.D. DIB. 002

3

(Same language in Somali)
(Same language in Arabic)

DESCRIPTION OF HOLDER (Same language in Arabic)

(Same language in Somali) ACCOUNTANT (Same language in Arabic)
Occupation

(Same language in Somali) ALI JUMALE
Father's name

(Same language in Somali) AWAB RAGHE
Mother's name

(Same language in Somali) EIL BUR
Place of birth

(Same language in Somali) 1954
Date of birth

(Same language in Somali) U.A.E.
Domiciled at

(Same language in Somali) DUBAI
District of

(Same language in Somali) 1.85 CM (Same language in Arabic)
Height

(Same language in Somali) NORMAL
Build

(Same language in Somali) BLACK
Eyes

(Same language in Somali) BLACK
Complexion

(Same language in Somali) NIL
Significant marks

4

(Same language in Somali)
(Same language in Arabic)

PERSONS AUTHORIZED TO TRAVEL WITH THE HOLDER
(Same language in Somali)
(Same language in Arabic)
Wife and Children

| (Same language in Somali) (Same language in Arabic) Name | (Same language in Somali) (Same language in Arabic) Date of birth | Sex |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(Same language in Somali)
(Same language in Arabic)

Only names of children upto 14 years of age can be entered.

06/23/97

22/08 2004 SUN 09:39 [TX/RX NO 5946] 002

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003270t

22/08 2004 09:37 FAX 042950815          C.O.D. DIB.                    @004



22/08 2004 SUN 09:39 [TX/RX N0 5946] @004

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003271t

22/08 2004 08:38 FAX 042880815         C.U.D.  DIB.

*606116*

Date: 07/23/1997

Director of Dubai Islamic Bank

    Sharjah Branch

    Peace, mercy and blessings of God be upon you


    We would like to inform you that we have authorized Mr. Nour Alam Shah Alam in the following matters:

1 - Receipt of returned back Cheques.

2 - Request and receipt of account statement.

3 - Inquire about the balance.

4 – Receipt of deferred Cheques.

On a permanent basis and until further notice, without any liability for the Bank in connection with this authorization.

    Thank you for your cooperation with us.


Applicant  AHMED ALI JUMALE          (Same language in Arabic)

A/C No.  01  520  606 1192 04  01     (Same language in Arabic)

Signature                             (Same language in Arabic)

Stamp of Dubai Islamic Bank, Sharjah branch, identical signature stamp
Stamp of Dubai Islamic Bank, Main branch, identical signature stamp

For Official Use

To be referred to Mr. _____ to take necessary action.

Proper Procedures Completed

Head of Current, Saving and Investment Accounts

*In Sharjah 07/23/97*

22/08 2004 SUN 08:39  [TX/RX NO 5946] Ø00

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003272t

900 @.[9⊅6 ON XH/XL] 6£:60 NNS ⊅00Z 80/ZZ

*606119*

**Dubai Islamic Bank**
VISA CARDS SECTION



(Same language in Arabic)

Date: 06/24/1997                                    Reference: _____

(Attachment Order)  ~~Cancellation of Attachment~~

To: Head of Current Accounts

**Peace, mercy and blessings of God be upon you**

Kindly implement attachment/cancel attachment on the current account:

| | | |
|---|---|---|
| Account Number | : | *01 520 6061192 01* |
| Customer Name | : | *Ahmed Ali Jumale* |
| Account Opening Date | : | *06/24/1997* |
| Date of Cancellation | : | *Until further notice from Visa Cards Section* |
| Amount | : | *Twenty thousand only* |
| Reason | : | *Issuance of a visa card* |

[illegible]
9717119

Client Signature                                    Management

Signature of the Head of Section

P.O. Box: 1080, Dubai, United Arab Emirates - Tel. 274314/ 275322, Fax. 237243, Tlx. 48772/45889 ISLAMI EM

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003273t



(Same language in Arabic)

DUBAI ISLAMIC BANK

*To: Mr. Ahmed Al Qamizi*

*Central Bank*

*No. of pages: 10*

*From: Zohair Al Rabii/Zohair Saeed Al Rabii*

*Best regards*

8/23/2004

P.O.Box 3080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD
www.alislami.co.ae

(Same language in Arabic)

249-1

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003274t

(Same language in Arabic)

**STATEMENT OF CURRENT ACC**



(Same language in Arabic)

**DUBAI ISLAMIC BANK**

(Same language in Arabic)

Public Shareholding Company incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main Branch |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 6061192 01 |

Ahmed Ali Jumale

P.O. Box: 3313 Dubai

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 06/23/1997 (Same language in Arabic) |
|---|
| To: 12/31/1997 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Balance carried forward | | | |
| 06/1997 | Opening balance | | 30,000.00 | 30,000.00 |
| 07/1997 | 9597204 | | 4,000.00 | 34,000.00 |
| 07/1997 | Cheque deposit | | 6,000.00 | 40,000.00 |
| 07/1997 | Visa debit            6396 | 6,940.82 | | 33,059.18 |
| 07/1997 | Visa debit            6404 | 200.00 | | 32,859.18 |
| 08/1997 | Cheque deposit | | 3,000.00 | 35,859.18 |
| 08/1997 | A. Sh.      559430 | | 3,000.00 | 38,859.18 |
| 08/1997 | A. Sh.          1 | | 3,650.00 | 42,509.18 |
| 08/1997 | Sh. M.      000001-01 | 3,650.00 | | 38,859.18 |
| 08/1997 | A. Sh.      10 | | 3,000.00 | 41,859.18 |
| 08/ /1997 | A. Sh.      283189 | | 3,500.00 | 45,359.18 |
| 08/ /1997 | A. Sh.      506751 | | 3,000.00 | 48,359.18 |
| 08/ /1997 | A. Sh.      430000 | | 3,500.00 | 51,859.18 |
| 08/ /1997 | A. Sh.      90776 | | 3,750.00 | 55,609.18 |
| 08/ /1997 | Visa debit            6404 | 2,013.05 | | 53,596.13 |
| 08/ /1997 | 9597209 | | 4,000.00 | 57,596.13 |
| 08/ /1997 | 9597208 | | 3,500.00 | 61,096.13 |
| 09/ /1997 | Cheque deposit | | 3,650.00 | 64,746.13 |
| 09/ /1997 | Visa debit            6396 | 9,073.75 | | 55,672.38 |
| 09/ /1997 | Visa debit            6404 | 1,998.61 | | 53,673.77 |
| 09/ /1997 | Cheque deposit | | 3,000.00 | 56,673.77 |
| 09/ /1997 | Deposit reversal | 3,000.00 | | 53,673.77 |
| 09/ /1997 | Cheque deposit | | 3,000.00 | 56,673.77 |
| 10/ /1997 | Visa debit            6396 | 4,499.80 | | 52,173.97 |
| 12/ /1997 | A. Sh.      559437 | | 3,000.00 | 55,173.97 |
| 12/ /1997 | A. Sh.      283189 | | 3,500.00 | 58,673.97 |
| 12/0 /1997 | A. Sh.      50675 | | 3,000.00 | 61,673.97 |
| 12/0 /1997 | A. Sh.      90776 | | 3,750.00 | 65,423.97 |
| 12/0 /1997 | 6940512 | | 2,000.00 | 67,423.97 |
| | End balance | 31,376.03 | 98,800.00 | 67,423.97 |

(Same language in Arabic)

d Office : Tel.: 2953000, Fax : 2964111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai     (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003275t

(Same language in Arabic)

**STATEMENT OF CURRENT ACC**



(Same language in Arabic)

**DUBAI ISLAMIC BANK**

(Same language in Arabic)

Public Shareholding Company Incorporated In U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 2 |

| BRANCH (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) |
|---|---|
| Main Branch | 01 520 6061192 01 |

Ahmed Ali Jumale

P.O. Box: 3313 Dubai

| CURRENCY (Same language in Arabic) | From: 06/23/1997 (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | To: 12/31/1997 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|---|
| | Balance carried forward | | 31,376.03 | 98,800.00 | 67,423.97 |
| 12/1997 | A. Sh. | 559439 | 1,623.98 | 3,000.00 | 70,423.97 |
| 12/1997 | Visa debit | 6404 | | | 68,799.99 |
| 12/1997 | Cheque deposit | | | 3,650.00 | 72,449.99 |
| 12/1997 | Cheque deposit | | | 3,000.00 | 75,449.99 |
| 12/1997 | 9438227 | | | 3,000.00 | 78,449.99 |
| 12/1997 | 6940516 | | | 3,500.00 | 81,949.99 |
| | End balance | | 33,000.01 | 114,950.00 | 81,949.99 |

(Same language in Arabic)

d Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM,  P.O. Box : 1080 Dubai        (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003276t

(Same language in Arabic)

**STATEMENT OF CURRENT ACC**



(Same language in Arabic)

**DUBAI ISLAMIC BANK**
(Same language in Arabic)
Public Shareholding Company incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) |
|---|---|
| Main Branch | 01 520 6061192 01 |

Ahmed Ali Jumale

P.O. Box: 3313 Dubai

| CURRENCY (Same language in Arabic) | From: 01/01/1998 (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | To: 12/31/1998 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 81,949.99 |
| 01/ 1998 | 6940520 | | 3,650.00 | 85,599.99 |
| 01/ 1998 | 6940519 | | 1,375.00 | 86,974.99 |
| 01/ 1998 | A. Sh. 42999 | | 3,500.00 | 90,474.99 |
| 01/ 1998 | 6940528 | | 5,500.00 | 95,974.99 |
| 01/ 1998 | Visa debit 6396 | 443.90 | | 95,531.09 |
| 01/ /1998 | Visa debit 6404 | 2,775.24 | | 92,755.85 |
| 02/ /1998 | A. Sh. 11148 | | 3,000.00 | 94,755.85 |
| 02/ /1998 | A. Sh. 868204 | | 1,375.00 | 96,130.85 |
| 02/ /1998 | Sh. M. 01-868204 | 1,375.00 | | 94,755.85 |
| 03/ /1998 | Visa debit 6404 | | | 91,941.75 |
| 04/ /1998 | Cheque deposit | 2,814.10 | | 91,941.75 |
| 04/ /1998 | A. Sh. 187003 | | 11,318.00 | 109,259.75 |
| 04/ /1998 | Sh. M. 10-187003 | | 2,000.00 | 111,259.75 |
| 04/ /1998 | A. Sh. 559440 | 2,000.00 | | 109,259.75 |
| 04/ /1998 | A. Sh. 535241 | | 3,000.00 | 112,259.75 |
| 04/ /1998 | Visa debit | | 3,000.00 | 115,259.75 |
| 05/ /1998 | Visa debit 6396 | 947.47 | | 114,312.28 |
| 05/1[illegible]/1998 | Visa debit 6404 | 993.80 | | 113,318.48 |
| 06/1[illegible]/1998 | Visa debit 6396 | 2,700.00 | | 110,618.48 |
| 06/1[illegible]/1998 | Visa debit 6404 | 15.00 | | 110,603.48 |
| 07/2[illegible]/1998 | Visa debit 6396 | 1,826.59 | | 108,776.89 |
| 07/2[illegible]/1998 | Visa debit 6404 | 300.00 | | 108,476.89 |
| | | 2,311.78 | | 106,165.11 |
| | Final balance | 18,502.88 | 42,718.00 | 106,165.11 |

(Same language in Arabic)

d Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai    (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003277t

(Same language in Arabic)

**STATEMENT OF CURRENT ACC**



(Same language in Arabic)

**DUBAI ISLAMIC BANK**

(Same language in Arabic)

Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) |
|---|---|
| Main Branch | 01 520 6061192 01 |

Ahmed Ali Jumale

P.O. Box: 3313 Dubai

| CURRENCY (Same language in Arabic) | From: 01/01/1999 (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | To: 12/31/1999 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|---|
| | Transferred balance | | | | 106,165.11 |
| 06/ 1999 | Visa debit | 6396 | 3,852.09 | | 102,313.02 |
| 07/ 1999 | Visa debit | 6396 | 300.00 | | 102,013.02 |
| 10/ 1999 | Visa debit | 6396 | 5,852.54 | | 96,160.48 |
| 11/ 1999 | Visa debit | 6396 | 875.22 | | 95,285.26 |
| | Final balance | | 10,879.85 | | 95,285.26 |

(Same language in Arabic)

d Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM,  P.O. Box : 1080 Dubai          (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003278t

(Same language in Arabic)

**STATEMENT OF CURRENT ACC**



(Same language in Arabic)

**DUBAI ISLAMIC BANK**

(Same language in Arabic)

Public Shareholding Company incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main Branch |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 6061192 01 |

Ahmed Ali Jumale

P.O. Box: 3313 Dubai

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2000 (Same language in Arabic) |
|---|
| To: 12/31/2000 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 95,285.26 |
| 12/[illegible]2000 | VISA DEBIT | 783.10 | | 94,502.16 |
| | Final balance | 783.10 | | 94,502.16 |

(Same language in Arabic)

d Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM,  P.O. Box : 1080 Dubai     (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003279t

(Same language in Arabic)

**STATEMENT OF CURRENT ACC**



(Same language in Arabic)

**DUBAI ISLAMIC BANK**

(Same language in Arabic)

Public Shareholding Company incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main Branch |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 6061192 01 |

Ahmed Ali Jumale

P.O. Box: 3313 Dubai

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2001 (Same language in Arabic) |
|---|
| To: 12/31/2001 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 94,502.16 |
| 01/ 2001 | VISA DEBIT | 485.46 | | 94,016.70 |
| 02/ 2001 | VISA DEBIT | 485.46 | | 93,531.24 |
| 03/ 2001 | VISA DEBIT | 485.40 | | 93,045.84 |
| 04/ 2001 | VISA DEBIT | 485.40 | | 92,560.44 |
| 05/ 2001 | VISA DEBIT | 485.40 | | 92,075.04 |
| 06/ /2001 | VISA DEBIT | 4,235.46 | | 87,839.58 |
| 07/ /2001 | VISA DEBIT | 4,453.46 | | 83,386.12 |
| 08/ /2001 | VISA DEBIT | 485.46 | | 82,900.66 |
| 09/ /2001 | VISA DEBIT | 1,360.46 | | 81,540.20 |
| 10/ /2001 | VISA DEBIT | 485.46 | | 81,054.74 |
| 12/ /2001 | 4568340150063960 | 785.46 | | 80,269.28 |
| | Final balance | 14,232.88 | | 80,269.28 |

(Same language in Arabic)

d Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003280t

(Same language in Arabic)

**STATEMENT OF CURRENT ACC**



(Same language in Arabic)

DUBAI ISLAMIC BANK
(Same language in Arabic)
Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) |
|---|---|
| Main Branch | 01 520 6061192 01 |

Ahmed Ali Jumale

P.O. Box: 3313 Dubai

| CURRENCY (Same language in Arabic) | From: 01/01/2002 (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | To: 12/31/2002 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 80,269.28 |
| | Final balance | | | 80,269.28 |

(Same language in Arabic)

d Office : Tel. : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM,  P.O. Box : 1080 Dubai     (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003281t

(Same language in Arabic)

**STATEMENT OF CURRENT ACC**



(Same language in Arabic)

DUBAI ISLAMIC BANK

(Same language in Arabic)

Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) |
|---|---|
| Main Branch | 01 520 6061192 01 |

Ahmed Ali Jumale

P.O. Box: 3313 Dubai

| CURRENCY (Same language in Arabic) | From: 01/01/2003 (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | To: 12/31/2003 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 80,269.28 |
| | Final balance | | | 80,269.28 |

(Same language in Arabic)

d Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai (Same language in Arabic)

**CONFIDENTIAL**

This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003282t

(Same language in Arabic)

**STATEMENT OF CURRENT ACC**



(Same language in Arabic)

**DUBAI ISLAMIC BANK**

(Same language in Arabic)

Public Shareholding Company Incorporated in U.A.E.

| PAGE NO.   (Same language in Arabic) |
|---|
| 1 |

| BRANCH   (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) |
|---|---|
| Main Branch | 01 520 6061192 01 |

Ahmed Ali Jumale

P.O. Box: 3313 Dubai

| CURRENCY   (Same language in Arabic) | From: 01/01/2004   (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | To: 12/31/2004 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 80,269.28 |
| | Final balance | | | 80,269.28 |

(Same language in Arabic)

d Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM,  P.O. Box : 1080 Dubai      (Same language in Arabic)

**CONFIDENTIAL**

This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003283t

(Same language in Arabic)

## *Barakaat Group of Companies (BGC)*

### PROMPT AND DELIGANCE IS OUR GOAL



Barakaat Telecom
Somalia LTD.
(BTelCo)
Tel./Fax. and
Courier Services



Barakaat Bank of
Somalia Ltd. (BBSL)
Banking Services &
Global Money Transfer



Barakaat International Co.
(BICO)
Trading & Contracting



Barakaat Computer
Consulting (BCC)
Training, Sales & Services



Barakaat Consulting
Co. (BCC)
Economist, Engineers,
Environmentalist, Planners,
and Managerial Services.

*Brother/ Osman Mukhtar [illegible] 9/25, Jamal*
*Documents required [illegible]*
*[Illegible] for opening an account*
*06/15/1996*

Date: 18 Rabea' al-Thani 1417 AH, corresponding to September 2nd, 1996

To: H.E. Saeed Ahmed Lootah, may God protect him

Praise be to God, whom we seek His help, forgiveness, and guidance. We trust in Him, and to Him is our thanks and gratitude. May God send peace and blessings on our Prophet Muhammad, his family and companions.

Praise be to God who has provided the Islamic nation with scientists, intellectuals and financiers who exerted great efforts, not only to save their children from the intellectual dependency on East and West, but also to save the whole world.

Since the issue of the economy is a prominent and tangible part of the map to build the Islamic nation, it held a position of high priority in attention and care in response to the most confuting question directed by the enemies of Islam in the early seventies against Islamic awakening, which was: What do you intend to do about the economic system? There were some answers, some vague and some clear. But the clear answers were merely theories. All praise and gratitude be to God that the initiative came from you when you founded the first Islamic bank on 29th of Safar 1359 AH corresponding to March 12, 1975, thus opening the way for a flood of Islamic banks and financial, economic and investment institutions, reaching more than 182 Islamic banks today covering all contemporary banking transactions around the world.

In this regard, we cannot fail to mention and praise your blessed efforts and serious endeavors to rebuild the education system in line with our Islamic societies and values to result in deepening the ties of interdependence between grandchildren and grandparents in Muslim families and to transfer expertise from grandparents to grandchildren. We ask God to make our Islamic societies as nations and rulers among those who listen to the good speech and follow the best of it.

HEAD OFFICE: DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-652-600 FAX: 252-1-652-530
UAE OFFICE : P.O. BOX 3313, DUBAI, UAE, TEL: (9714) 250 800 FAX : (9714) 250 369

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003284t

We, the Barakaat Group of Companies in Somalia are in the process of opening the first Islamic bank under the name of (Barakaat Bank of Somalia Ltd) and say to those who have gone before us in this area like you and paved the way and difficulties for us, according to the words of God Almighty (And those who came after them say: "Our Lord! Forgive us and our brethren who have preceded us in Faith and put not in our hearts any hatred against those who have believed. Our Lord! You are indeed full of kindness, Most Merciful).

The Barakaat Bank of Somalia is considered the first bank to enter service since the fall of the Somali government, where civil wars have destroyed all the public services and banking facilities…etc.

We had the opportunity to open this bank several years ago, , but we delayed it until the formation of a Somali government.  Unfortunately after waiting six years, no central Somali government is appearing on the horizon. Some foreign hands with conflicting interests are tampering with the theater of operations in Somalia and filling any defect in the balance of military power between the conflicting groups in Somalia.

So our intention is to open this Islamic Bank under these current circumstances in Somalia, which provides an opportunity to fill the gap left by the former usurious banks operating in Somalia, which are waiting to enter the market upon stability of the situation and the formation of a government in Somalia. As we are desirous to deal with Islamic banks, we preferred you over others and wish to do business with you in order to serve the commercial and banking movement between Somalia and the United Arab Emirates. We hereby apply to your imminence and hoping that you will approve our application to open a current account on behalf of the Barakaat Bank of Somalia Ltd at Dubai Islamic Bank.

We ask God Almighty to keep us and you for the service of Islam and Muslims

Your brother / Ahmed Ali Jumale

Chairman of the Barakaat Group of Companies and Barakaat Bank of Somalia Ltd

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003285t



(Same language in Arabic)

**Emirates Bank International**

DATE:   20AUG96

| | |
|---|---|
| Branch : | BANDER TALEB BRANCH |
| Tel. No. : | 265013 ... Fax: 253263 |
| Account No. : | 0066-033213-010 |
| Account Type : | CURRENT ACCOUNT |
| Currency : | US DOLLARS |

BABAKO TRADING COMPANY L L C
P O BOX 3313
DUBAI
TEL 250800
FAX 250369

(Same language in Arabic)

T R A N S A C T I O N   A D V I C E

THE FOLLOWING TRANSACTION WAS APPLIED TO YOUR ACCOUNT TODAY

| TYPE | PARTICULARS | AMOUNT | VALUE DATE |
|---|---|---|---|
| TRANSFER | 0066.033213.001 | 1,000,000.00DR | 20AUG96 |

THIS TRANSACTION ADVICE BEARS NO SIGNATURE

(Same language in Arabic)
Head Office : P.O.Box : 2923, Dubai, United Arab Emirates, Tel. : 256256, Tlx. : 46425, EBIDB EM, Fax : 268005
Internet : - http://www.ebil.co.ae/ .  (Same language in Arabic)

(Same language in Arabic)

**Emirates Bank International**

DATE:   20AUG96

| | |
|---|---|
| Branch : | BANDER TALEB BRANCH |
| Tel. No. : | 265013 ... Fax: 253263 |
| Account No. : | 0066-033213-001 |
| Account Type : | CURRENT ACCOUNT |
| Currency : | U.A.E.DIRHAM |

BABAKO TRADING COMPANY L L C
P O BOX 3313
DUBAI
TEL 250800
FAX 250369

(Same language in Arabic)

T R A N S A C T I O N   A D V I C E

E FOLLOWING TRANSACTION WAS APPLIED TO YOUR ACCOUNT TODAY

| TYPE | PARTICULARS | AMOUNT | VALUE DATE |
|---|---|---|---|
| TRANSFER | 0066.033213.010 | 3,672,000.00CR | 20AUG96 |

IS TRANSACTION ADVICE BEARS NO SIGNATURE

(Same language in Arabic)
Head Office : P.O.Box : 2923, Dubai, United Arab Emirates, Tel. : 256256, Tlx. : 46425, EBIDB EM, Fax : 268005
Internet : - http://www.ebil.co.ae/ .  (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003286t

SEP 14 '96 13:21   DUBAI ISLAMIC BANK H O   534 P01
009714-250369   BANKA DUBAI   672 P01/01 SEP 14 '96 13:21

*Mr. Osman Mokhtar*

(Same language in Arabic)

**Emirates Bank International**

DATE: 12SEP96

Branch: DANDER TALEB BRANCH

BARAKO TRADING COMPANY L L C
P O BOX 3313
DUBAI
TEL 250800
FAX 250369

Tel. No.: 265013   (Same language in Arabic)   Fax: 253263

Account No.: 0066-033213-001

Account Type: CURRENT ACCOUNT

Currency: U.A.E.DIRHAM

(Same language in Arabic)

T R A N S A C T I O N   A D V I C E

THE FOLLOWING TRANSACTION WAS APPLIED TO YOUR ACCOUNT TODAY

| TYPE | PARTICULARS | AMOUNT | VALUE DATE |
|------|-------------|--------|------------|
| TRANSFER | 0066.033213.010 | 5,500,000.00CR | 12SEP96 |

THIS TRANSACTION ADVICE BEARS NO SIGNATURE
(Same language in Arabic)
Head Office : P.O.Box : 2923, Dubai, United Arab Emirates. Tel. : 256356. Tlx. : 46425, EBIDB EM, Fax : 268005
Internet : - http://www.ebil.co.ae/ (Same language in Arabic)

(Same language in Arabic)

**Emirates Bank International**

DATE: 12SEP96

Branch: DANDER TALEB BRANCH

BARAKO TRADING COMPANY L L C
P O BOX 3313
DUBAI
TEL 250800
FAX 250369

Tel. No.: 265013   (Same language in Arabic)   Fax: 253263

Account No.: 0066-033213-010

Account Type: CURRENT ACCOUNT

Currency: US DOLLARS

(Same language in Arabic)

T R A N S A C T I O N   A D V I C E

THE FOLLOWING TRANSACTION WAS APPLIED TO YOUR ACCOUNT TODAY

| TYPE | PARTICULARS | AMOUNT | VALUE DATE |
|------|-------------|--------|------------|
| TRANSFER | 0066.033213.001 | 1,500,000.00DR | 12SEP96 |

THIS TRANSACTION ADVICE BEARS NO SIGNATURE
(Same language in Arabic)
Head Office : P.O.Box : 2923, Dubai, United Arab Emirates. Tel. : 256356. Tlx. : 46425, EBIDB EM, Fax : 268005
Internet : - http://www.ebil.co.ae/ (Same language in Arabic)

Dubai Islamic Bank
Administrative Affairs
Dept.
(FAX)
Received
No. _705_

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003287t

## Islamic charitable activity and the return of life

Since international forces led by the United Nations departed, many Somalis wonder about the new source of livelihood or the new source of relief. Although many expected all organizations to leave Somalia, Islamic activity, despite these difficult circumstances, remained defying all circumstances. In Mogadishu alone, now there are over ten Islamic bodies providing various types of relief work.

The International Islamic Relief Organization is one of the most important and most prominent of these bodies. Sheikh Abdul Rahman Al-Qaidi, who comes to Somalia from time to time, confirms that Islamic Relief has been and continues to exist in Somalia before and after the crisis. As he confirms, it also plays an important role in providing relief to Somalis, whether in the field of healthcare or education. He added that Islamic Relief is now in the process of reopening and restoring a number of facilities which were destroyed by war, especially schools and hospitals. Thanks go to Islamic Relief for opening the only high school in Somalia. In addition to Islamic Relief's activities, there are other bodies that still operate in the relief and humanitarian field like Ibrahim Al-Barahim Charity, the Africa Muslims Committee, the Islamic Heritage Society and the Society of Reform.

**Bakar, the Somali academic and the Deputy of the Somali Reconciliation Council**

In spite of some merchants fears, manifestations of trade began to revive and especially witnessed amazing progress after Ahmed Jumale, the Somali businessman, opened Al Baraka Trading. This company introduced a communications satellite in addition to money exchange, postal service, and general trading. Perhaps the most amusing thing this company did is to distribute mobile phones, whose service was set up in Somalia even before a number of other Arab countries. The cost of owning this mobile phone was only $400. In addition to that and thanks to the Money Exchange Foundation, which is a subsidiary of this company, mobile phones began to pour in to the Somalis from their relatives abroad, as well as letters by post.

**The two leaders in the Somali street**

Each of the two leaders, Mohamed Farrah Aidid and Ali Mahdi Mohamed enjoy a broad repute with the Somali public. The latter, in the opinion of some unaligned individuals, enjoyed legitimacy in the beginning when he led the Djibouti conference in 1991, but Aidid, despite being hated by his opposition for being the first warlord in Somalia, still enjoys the admiration of many Somalis for opposing and fighting the American forces, which wanted to "occupy" Somalia, the fifth such attempt the country endured over the span of 500 years in their opinion. This matter makes all Somalis support any leader who stands in the face of what is considered occupation, and is one of the most important points exploited by Aided during the presence of international troops in Mogadishu. As they hate the incoming of foreigners for good or bad, they see him more deserving of the presidency instead of Ali Mahdi, who is lenient in dealing with the West. They believe that if he took office he will sell them to the New World Order led by America, which will in turn act against them. It is something that I do not know the extent of being true or not, but I register it here as I heard it from them. And we should not forget that the Somali people are Arab Muslim people.

## Islamic courts and reconciliation councils

The new equation that began to impose itself in the political reality of Somalia is the Islamic courts, which started to have an effective presence despite its short life that did not exceed three years.

Sheikh Sharif Mohyi-Din, Chairman of the Sharia Courts in Somalia asserts that the courts project is the only one which can lead Somalia to safety after all the agreements failed. He pointed out that Islamic Sharia is the only thing Somalis do not disagree about.



Sheikh Sharif adds that the achievements of these courts, despite their short life, indicate that the Muslim Somalis accept them. It is worth mentioning that the Islamic courts, which started in Mogadishu, began to expand slowly until they included the provinces and regions, especially the South and Central regions and north-east ones.

While a number of Muslim scholars have some reservations about the idea of the Sharia courts due to the rules they apply that can only be enforced [illegible], which is [illegible] Somalia by virtue of its circumstances, but the Somalis object to it [illegible] as these courts were established at the hands of influential people [illegible]. Also, the people [illegible] if it did not exist, there would be no security and the [illegible] could not continue their work [illegible]. As for the Somali reconciliation councils, which played a major role on the Somali level, still impose their presence by way of their various activities in Somalia, namely two reconciliation councils, the first Somali [illegible] Council created by Somali academics, notably Dr. Abdul Rahman [illegible] who holds Canadian citizenship and his deputy Dr. Ali al-Sheikh Ahmed Abu Bakr [illegible] Saud (formerly) in Saudi Arabia.

These two men have been able to attract a number of academic competencies in addition to a number of Somali dignitaries and scientists. [illegible] achieved [illegible] among the people enormous victories. Numbers of the Somali people were convinced that they should renounce violence and tribalism, [illegible] conciliation meetings between many of the parties to the conflict. Happily [illegible], a war was stopped between two tribes, where one of them kidnapped the child of a tribal sultan, which almost sparked a war between them.

The Council seeks, as said by Dr. Abdul Rahman, its chairman [illegible] gradual reconciliation, wherein, as he described, starting from the base of [illegible] within a short period of time the Council would achieve comprehensive reconciliation between the various tribal affiliations.

The second category, which seeks reconciliation, is the category of dignitaries and [illegible] which assists the said Reconciliation Council. The latter category [illegible] lawyers from the tribe of Habar Gidir to which General Aidid belongs. It achieved great progress and sought to reconcile with the main [great] [illegible] of the war, Ali Mahdi and Aidid. Its leader, Dr. [illegible], affirmed [illegible] at least an initial approval from Ali Mahdi to accept the solution [illegible] dignitaries of Somalia. However, General Aidid is still [illegible] their efforts. In this regard, Dr. [illegible] affirms that not accepting [illegible] within the next three months [the solution] that would [illegible] the rug from under him by way of Council agreement and [illegible] Aidid as soon as their efforts [failed]. As he said, [illegible] and not a general over the army, since it is the tribe that raises him up and [illegible] and will be evident.

In its quest to heal its wounds and restore [illegible] upright, Islamic Sharia principles are being applied, which they were deprived of in [illegible], Siad Barre, who overwhelmed them with communism, which they will find [illegible] Mahdi, who promised to apply Islamic Sharia principles as soon as matters [illegible] in the country.

The reality is that living in the north region, which is governed [illegible] the Sharia rules is better than the tense south, the matter [illegible] is recorded by many to Ali Mahdi's credit. The issue of Sharia application is an important point for the Somali people, as I previously said [illegible] impact on the Somali street [illegible]. He even took it [illegible] the existence of any signs of this in his actions and decisions [illegible] of new [illegible] consisting of 31 ministers, in which Ali Mahdi [illegible] whereas if Aidid had done so, except that [he] did nothing [illegible] Aidid [and] his government.



30

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003288t



A pasta restaurant in Mogadishu

A view of life in Mogadishu. The gas stations appear to be new.

[illegible] Somali, to catch its breath after the five-year war which destroyed it. [illegible] created much pessimism and anger among the Somalis, including those who support him. Although the General (illegible) that some states, including, in particular, the Sudan, Iraq, Ethiopia, and Eritrea [illegible] his government which is a matter he bet on, a number of Somalis mock [illegible] these statements under the condition of fragility and retreat witnessed by (illegible), especially after the recently made alliance between Osman Atto and the leader Ali Mahdi.

[illegible] with respect to the General's Government which he desires to impose, most of the experts [illegible] inside and outside Somalia bet on its failure. As [illegible] Othman Adam, a member of Somalia National Alliance, finds it impossible for such Government to succeed [illegible] up to 10% of the people. Moreover, the form of this Government is far from the required form of government that the Somalis dream of.

Businessman Ahmed Jumale shows his mobile phone

It is a real mockery to find Aidid taking a number of destroyed Governmental [illegible] as administrative offices of his Government without any preparation, except for [illegible] which used by his soldiers who walk proudly beside the wreckage. No one can ever be able to [illegible] the General except after crossing a number of channels as any State president in [illegible]. No journalist could exercise his job duties in the west bank which is dominated by the General except after obtaining permission valued at US $20 to fulfill his assignment. Any person acting to the contrary will face the same destiny of Journalist Mosa Ahmed (BBC Reporter) who was jailed for an accusation of [illegible] the State!

[illegible] the budget of this Government started to flow after seizing the harvest of [illegible] which is the largest source relied on by the General to finance the arms carrying tax. This tax is imposed on the authorities and corporations that use weapons to guard their [illegible]. The General imposed US $20 per month for each [Kalash]nikov gun. This is in addition to his attempt to take control over the port in order to impose tax on export and import operations. This tax will be profitable, especially if imposed on imports such as fuel and khat and exports such as banana. The most stirring matter is the development promises given by the General, including the opening of schools, hospitals and electricity utilities, which are nearly impossible to happen.

While General Aidid created an exciting atmosphere around him, life began to return to Mogadishu. People started to care for their interests, especially the young people who mostly tend to search for their living far from the muzzles of machine rifles, such as agriculture or shepherding.

If a visitor takes a tour outside the city of Mogadishu, he would find a number of young people walking behind their cows and camels. The visitor to Mogadishu may also notice that the most significant aspects of the return of life to the city are restaurants and groceries. The price of one dish of pasta with fish filets equals US $1.

One of the nicest aspects of the return of life to Mogadishu is the cinemas and theaters where many young people spend much of their time. Cinema and theater shows are advertised by loudspeakers on cars moving through the capital. This is in addition to the khat and domino gatherings that are widely spread in a number of Mogadishu streets. It is worth noting that at least 20 small planes carrying khat come weekly from Kenya and Ethiopia to the borders of Somalia. The daily consumption rate of khat only in Mogadishu is appraised at one million dollars, which is a real and unexaggerated figure, as confirmed by Dr. Ali Sheikh Abu...

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003289t



Cellular Phone Priced at US $400 and Fuel Barrel at US $50

## Somalia: The First Private Sector State in the World

Mogadishu: Omar Al Ansari

## 20 Qat Planes Arrive in Mogadishu Weekly with Daily Consumption of One Million Dollars

Mohamed Farrah Aidid



What did General Aidid intend in his recent invasion of Baidoa especially after claiming he is inevitably the President and forming a dummy government comprised of 65 ministers and deputy ministers, and why did he choose this time to invade Baidoa?

Regardless of the agricultural crop which is one of the most significant targets for which Aidid invaded Baidoa, the Aididi action was taken at the time when he declared the budget of his government to be 35 million dollars. No doubt, Baidoa has all the mouthwatering temptations to attract the "esteemed General". Baidoa has his opponents on whom he will take revenge, including, in particular, Colonel Hasan Mohamed Nur and Abdullah Abdi who are considered his archenemies. Baidoa further includes Abdi Musa Mebo, Head of the Somali Democratic Movement, and one of the most significant cards that he played right, i.e., the foreigners with whom the General will definitely make barter bargains. The letters received by Aidid from a number of associations, which give support and call him "the Somali President", show that Aidid, no doubt, receives financial aids in the name of the Somali people. This finance, which is mainly provided by the American H.C.M organization, could definitely cover his war implements. H.C.M sends him containers valued at millions of United States dollars under the umbrella of supporting

the education, health and other sectors. These finances, of course, are not used by Aidid, even a weight of an atom, for supporting these sectors. Somalis rely on some efforts exerted by a number of Islamic associations that are strongly blackmailed by Aidid. They tend to provide him with financial support in his alleged capacity as President of Somalis.

As for the claims raised by some persons that the invasion of Baidoa is a start of a final military solution, as threatened by Aidid from time to time, these claims are far from reality for reasons including, in particular, the shrinkage of the military force of Aidid. This shrinkage is due to the fact that many Somali young people abstained from fighting. Moreover, the financial capacity of the General's dream war was reduced massively after Aidid was abandoned by his main financier Osman Atto whose premises is only 300 meters away from Aidid's. Some Somalis say that if Aidid has a real power, he could have controlled the premises of Atto which is very near. However, it appears that the General has only been satisfied with launching into tirades through some private mass media.

**Military Situation**

At the time when some people warn that the invasion of Baidoa would actually be the start of the military solution, Aidid's step represents

28

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003290t

# *BARAKAAT TELECOMMUNICATIONS COMPANY(BTELCO)*

## BARAKAAT CALLING, EXCHANGE & MONEY TRANSFER CENTERS IN MOGADISHU

| NO. | BRANCH NAME | TELEFON & FAX | LOCATION |
|---|---|---|---|
| 1. | Axmed Cadde Branch | 252-1-550456 | Suuq Bacaad |
| 2. | Baar Ubax Branch | 252-1-540972/653330Fax | Baar Ubax Masjidka Xareed Agtiisa |
| 3. | Bakaaro Main Branch | 252-1-657950/657600Fax | Daru Salam. Bakaaraha |
| 4. | Beexaaza Branch | 252-1-555013/555020/555007 | Ajihka Beexaani |
| 5. | BlackSea Branch | 252-1-542122 | Black Sea |
| 6. | Buulo Xuubey Branch | 252-1-555018/555016 | Suuqa Buulo Xuubey |
| | C/Ilahi Siidow Branch | 252-1-543219 | Suuqa Bakaaraha |
| 8. | Cali Caliyow Branch | 252-1-555037/555038 | Isgoyska Howl wadaag |
| 9. | Cassapopolaare Branch | 252-1-555015/555017 | Masjidka Sh.Cali Suufi |
| 10. | Dayax Branch | 252-1-549925 | U dhow Hotel Qashira |
| 11. | Dulqaad Branch | 252-1-555029/555030 | Ka soo Horjeedka Baar Caasho |
| 12. | Gubta Branch | 252-1-555033/555034 | Ka soo horjeedka Suuqa Xoolaha lagu qalo |
| 13. | Hotel Lafweyn Branch | 252-1-558825/533211 | Hotel Lafweyn |
| 14. | Hotel Salama Branch | 252-1-542131/542165 | Wadada Sodonka (H/wadaag) |
| 15. | Huriwaa Branch | 252-1-555005/555006 | U dhow Ex-Control |
| 16. | Igarsiinta Gobolada | 252-1-652400/652330/652070 | Dhismaha Daaru Salaam |
| 17. | Imaamu Shaafici Branch | 252-1-552434/552432 | U dhow Dugsiga Sare ee Banaadir |
| 18. | ITTC Branch | 252-1-542828/542829 | Isgoyska Sanca |
| 19. | Kaaraan Branch | 252-1-555001/555214/552333Pax | U dhow Shaneemo Liibaan |
| 20. | Laba dhagax Branch | 252-1-555035/555036 | Ku dhegan Isbitaalka Shifo |
| 21. | Madiina Branch | 252-1-555003/555004 | U dhow kaalinta Shidaalka |
| 22. | Manopolyo Branch | 252-1-555008/555025 | SuuqaManopolyo |
| 23. | NBC Branch | 252-1-555031/555032 | Ka soo horjeedka dhismaha NBC |
| 24. | Old Brakaat Building | 252-1-523311/653000 | Bakaaraha Cabdala Shideeye |
| 25. | Suuq Bacaad Branch | 252-1-551239/551234 | Suuq Bacaad Market |
| | Taleex Branch | 252-1-555026/555027 | U dhow Massajidka C/raahiid |
| | Towxiid Branch(1) | 252-1-540268/548855/653400Fax | Bakaaraha Suuqa Daawada |
| 28. | Towxiid Branch(2) | 252-1-548833/653070 | Bakaaraha Suuqa Daawada |
| 29. | Tre Piano Branch | 252-1-547777 | Wadada Maka Mukaramah |
| 30. | Wadajir Branch | 252-1-555022/555023 | U dhow Shaneemo Muqdisho |
| 31. | Wardhigley Branch | 252-1-552148/653130 | Geedka Jacaylka Hotel Damey |
| 32. | Xamar weyne Branch | 252-1-546878/546879 | WadadaVia Roma Bar Roma |
| 33. | Xariryaale Branch | 252-1-552121 | Suuqa Xararyaale |
| 34. | Xawalada(BICO) | 252-1-657500/653870 | Dhismaha Daaru Salaam |

HEAD OFFICE: DARU SALAM BUILDING, BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-657950 FAX: (2521)657600.
UAE OFFICE: P.O.BOX 3313, DUBAI, TEL:(9714)250800 FAX:(9714)250369

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003291t

# BARAKAAT TELECOMMUNICATIONS COMPANY SOMALIA LTD(BTELCO)

## REGIONS/DISTRICTS CALLING, EXCHANGE & MONEY TRANSFER CENTERS

| NO. | CITY | TELEFON | BRANCH MANAGER |
|---|---|---|---|
| 1. | AFGOYE | 252-1-552831/552833 | C/KARIIM & CAYNANSHE |
| 2. | AFMADOW | 252-1-652070/653800 | C/KARIM DAAUUD |
| 3. | BALAD XAAWO | 252-1-652330/652270 | C/CASIIS XUSEEN |
| 4. | BANADIR(BAKAARA) | 252-1-552254/653990 | CABAAS CABDI CALI |
| 5. | BANADIR(KAARAAN) | 252-1-555001/555123 | CABAAS & AXMADEY |
| 6. | BARAWE & SABLAALE | 252-1-652070/653800 | C/LAAHI ABSHIR |
| 7. | BAYDHABO | 252-1-652330/652270 | XASSAN MEYLOW |
| 8. | BELED WEYNE | 252-1-652330/652270 | C/RISAAQ AADAN |
| 9. | BIYO-CADDE | 252-1-652070/653800 | CABDULLAHI OKEY |
| 10. | BOOSAASO | 252-523-4565 | MAX'ED ISMAACIIL |
| 11. | BURTINLE | 252-1-652470/652400 | SICIID CALI DHEEG |
| 12. | BUUHOODLE | 252-1-652270/652400 | C/CASIIS SOOFE & GOROD |
| 13. | BUULO BURTE | 252-1-652330/652270 | MAX'ED C/HI CUMAR |
| 14. | BUUR HAKABA | 252-1-652330/652270 | IBRAHIM CALI YAROW |
| 15. | BUUR WEYN | 252-1-652330/652270 | AXMED C/LAHI CUMAR/MUUDE |
| 16. | CABUD WAAQ | 252-1-652330/652270 | SAHAL XARAARE XIRSI |
| 17. | CEEL GARAS | 252-1-652330/652270 | C/LLAAHI CALI AXMED(TUULO) |
| 18. | CEEL-DHEER | 252-1-652330/652270 | DAAHIR WEHSLIYE FEYTE |
| 19. | CEERIGAABO | 252-1-652470/652400 | XUSEEN AW NUUX (SOOYAAN) |
| 20. | DHOOLBEY.XAGARDHER | 252-1-652070/653800 | C/XAKIM SHAFAT YUUSUF |
| 21. | DIINSOOR | 252-1-652270/652330 | C/DI XAFIID MACALIN |
| 22. | DIINSOOR | 252-1-652270/652330 | CABDI WAAXID |
| 23. | GAALKACYO | 252-1-652470/652400 | BURHAN MAX'UD XIRSI |
| 24. | GALDOGOB | 252-1-652470/652400 | DAAHIR M'ED X.(DAHIR DHEEBE) |
| 25. | GAROOWE | 252-1-652470/652400 | AADAN XIRSI (DARWIISH) |
| 26. | HARGAISA | 252-2-134688 | MAX'ED AXMED YUUSUF |
| 27. | JAWHAR | 252-1-652330/652270 | AL XUSEEN XASSAN |
| 28. | KAMSUMA,JILIB | 252-1-652070/653800 | MUKHTAR SH. XAMUD & A'UUD |
|  | & JAMAME | 252-1-652070/653800 | MUKHTAR SH. XAMUD & AAUUD |
| 29. | KISMAYO | 252-1-650070/653800 | CALI CABDI SHIDE |
| 30. | LAASCAANOOD | 252-1-652470/652400 | CALI CABDI XAASHI(C/DHEERE |
| 31. | MARKA | 252-1-549564/549565 | MACALIM BASHIIR/C/KARIM |
| 32. | MESAGA-WAAY | 252-1-652070/653800 | C/RAXMAAN JIMCAALE XAYLE |
| 33. | ODWEYNE | 252-1-652470/652400 | MUQTAAR |
| 34. | QARDHO | 252-1-652470/652400 | FU'AAD MAXAMUUD XAAJI |
| 35. | QORYOOLEY | 252-1-549368/652270 | MAX'ED ABUUKAR |
| 36. | XARAR DHEERE | 252-1-652070/653800 | MAX'ED SH. AXMED MAX'UD |
| 37. | YIROOWE | 252-1-52470/652400 | XUSSEEN KARATEE |

HEAD OFFICE: DARU SALAM BUILDING, BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-657950 FAX: (252I)657600.

UAE OFFICE: P.O.BOX 3313, DUBAI, TEL:(9714)250800 FAX:(9714)250369

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

# BARAKAAT BANK OF SOMALIA LTD(BBSL)

## BARAKAAT GOLOBAL MONEY TRANSFER CENTERS

| NO. | COUNTRY/ CITY | TELEFOON & FAX | MANAGER NAME |
|---|---|---|---|
| 1. | AUSTRALIA(MELBOURE) | TFX-61-3-94552412 | ALI ADEN M/UD (SALAX) |
| 2. | CANADA(OTOWA ) | TLP 613-2335444  FAX 613- 2302061 | SHARIF SHEEILLAH |
| 3. | CANADA(TORONTO) | TFX 416-5584371 FAX 5581822 | C/LAHI APRAH (ASPRO) |
| 4. | CANADA(VANCUOVER) | TFX 604-5908529  FAX 8733614 | C/RAXMAN A/ED(CAWKE) |
| 5. | DENMARK( VIBROG) | TFX 45-86651432 | CALI C/LLAHI MAXAMUD |
| 6. | DENMARK(COPENHAGEN) | Tlf 45  43531499 | C/RISAAQ SACIID X. ADEN |
| 7. | DJIBUTI | TFX 253- 352807/341937 GURJ | XASAN DUALE |
| 8. | ETHIOBIA(DIRI-DAWE) | TFX 251-5-110563,Off 5-110384 | HASAN MAH`ED FARAH |
| 9. | ETHIOPIA(ADIS-ABABA) | TEL 251-1- 186888 /TFX-251-1- 611368 | BASHIR ALI JIMCALE/ MAXED A/ED JIMALE |
| 10. | ETHIOPIA(JIG-JIGA) | TFX 251-5-11575 OR VIA D/DHABA | C/XAKIIM ADEN VIA |
| 11. | ETHIOPIA(NAAZREET) | TFX-251-2-110735 | C/SLAN  DAHIR &C/JII X. |
| 12. | FRANCE(NIORT) | TLP 33-49734143 | AADAN CABDI MAX`ED |
| 13. | GERMANY(BENSHEIM) | 49-6251-601013TFX 610190 | C/CASIIS CAYNAB CABDULLE |
| 14. | HOLLAND(ROTERDAM) | TFX 31-180413111 FAX 180417841 MOB 31-653262571 | PROF. A/KRIM ALI DIRIE |
| 15. | HOLLAND(TILBURG) | TLP 31-135433857 TFX 135-441492 | C/RISAQ SIDE & BASHIIR |
| 16. | ITALIA(BOLONYO) | TPT 39-542-640185 | XUSEN X. C/HI FIIQOW |
| 17. | ITALIA(BRESCIA) | TLP 39-30-3772996 | C/QADIR SHARIF XAMSA |
| 18. | ITALIA(FIRENZA) | TLF 39-55-7301791 PAX 55-7301793 | MOH`UD C/QADIR |
| 19. | ITALIA(MILANO) | TLF 39-2-55377273/ TFX 39-2-89402109 MOB. 393356000582 | XASAN ADEN GEEDI |
|  | ITALIA(MILANO) |  | XASAN ADEN GEEDI |
| 20. | ITALIA(NAPOLI) | TFX-39-81-5431454 | HASSEIN NUNOW |
| 21. | ITALIA(ROMA) | TFX 39-3386054782 MOB. 6-272481 | C/LLA DAHIR AWEYS |
| 22. | ITALIA(TORINO) | TFX 39-11-4331348 FAX 4472601 MOB 39 - 3472201358 | ENG. MAH`UD ABDULAHI |
| 23. | KBNYA(GARISA) | TLP 254-131-3233 TFX 1312122 | XASAN MACALIN |
| 24. | KENYA(MANDERA) | TLP 254-192-2194 FAX 0192-2376 | C/RIZAQ / MAXAMED |
| 25. | KENYA(MOMBASA) | TLP 254-11-492467 FAX 492073 | MAH`UD JUMALLE |
| 26. | KENYA(NAIROBI) | TLP 254-2-766511, 254-2-763015 FAX  02-764085 | NUURADIIN / HASAN  CALI |
| 27. | KUWAIT | TLF 965-2522364 FAX 2418517,  2451800 | C/LLE CAWAD SALAX |
|  | NORWAY(OSLO) | TFX 47-22173069 OFF,Tel: 47-22254608 GURI | AXMED CALI KEDIYE MAX`ED Y. AHMED |
|  | QATAR(DOHA) | TLP 974- 361074 | DR.C/LLAHI MAXAMUD NUUR |
| 30. | SAUDI- ARABIA(JEDDAH) | TEL 9662-6442856 FAX 6427614 | C/SIIS ALI  & MOH C/LE/C/LAHI CALI JIMCALE |
| 31. | SUDAN(KHARTOUM) | TXF-249-11-445079 | C/RAXMAN C/LLE /C/QADIR XASHI |
| 32. | SWEDEN(GOTHENBURG) | TFX 46-31-157366 MOB 46707354842 | MAH`ED YASIN & C/RISAAQ |
| 33. | SWEDEN(MALMO) | TFX 46-40-921810/ 40-9251615 | OSMAN CAMUUDI ALI |
| 34. | SWEDEN(NORKOPING) | TFX 46- 11- 237931 | AXMED DAHIR |
| 35. | SWEDEN(STOCKHOLM) | TLF 46-8- 367738  TFX 46-8-369341 | AXMED CALI GALOOL |
| 36. | SWITZERLAND(BERNA) | TLP 41-32-932908 PAX 41-32-936927 | MAX`ED AXMED XUSSEN |
| 37. | SWITZERLAND(GENEVA) | TFX 41-22-7932658 | CALI CADOW(C. JARMAL) |
| 38. | U S A (WASHINGTON(VIRGINIA) | TFX  703- 9412964 | C/RAXMAN SHEIGH CALI |
| 39. | U.A.E (ABU-DUBAI) | 971-2-742893 GURI | MAX`ED BILE YUUSUF |
| 40. | U.A.E (DUBAI) | TBL- 9714-250800 FAX- 250369,TFX 9714- 250122 | C/CASIIS YUUSUF DIINI |
| 41. | U.S.A (MINNEAPOLIS) | TLF 612-3730769, TFX-3599433 | NURADIN/MOHD SHUKE |
| 42. | U.S.A (SANDIEGO) | TFX 1-619-2644579 | NUR CALI DHINBIL(DEBQ) |
| 43. | Uk(LONDON) | TLP 171-2474225 FAX  171-2474662 | YAZID MURSHID/M.SHIRE |
| 44. | UK(MANCHESTER) | TFX 44-161-2738698 | MAX`ED AXMED CALI |
| 45. | UK(WEMBLEY) | TLF 44-181-3851894 FAX 1813850970 MOB 0956990824 | MAHAD C/LLE JUMALLE/DAHIR ABDI |
| 46. | YEMAN(CADAN) | TFX 967-2-343516 | SHARIF XASAN MAKI |
| 47. | YEMAN(SANCA) | TLF 967-1-203418-OFF 01-203736 FAX | SHARIF HUSEEN |

HEAD OFFICE: DARU SALAM BUILDING, BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-657950 FAX: (2521)657600.

UAE OFFICE: P.O.BOX 3313, DUBAI, TEL:(9714)250800 FAX:(9714)250369



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003293t

 

(Same language in Arabic)

IFR/S/6228/96  18-Sep-96

Mr. Ahmed Ali Jumale (Esq.)
Chairman of Barakaat Group of Companies
Mogadishu Somalia
Fax: 002521652530
Fax: 04250369

Peace be upon you

Subject: Opening an Account in the Name of Barakaat Islamic Bank

In response to your letter sent to Hajj Saeed Lootah- Chairman of Dubai Islamic Bank on 9/2/96, regarding the above-mentioned subject, we would like first to extend our sincere congratulations for the auspicious achievement and do wish you all the best. We also request that you kindly send us copies of the following documents:

Articles of Incorporation
Commercial License
Schedule of signatures duly approved by the Bank

This is to complete the procedures and approvals required for opening the requested account. We shall, accordingly, provide you with the related forms as soon as possible.

Thank you for your valuable trust. We do hope for permanent cooperation between us.

Best regards

Othman Mukhtar
Head of Investment and Foreign Relations Department

*Original Received*

9/22/96

(Same language in Arabic)

P.O. Box : 1080 Dubai, Tel. : 214888, Fax : 237243, Telex : 45889/46772 ISLAMI EM, Cable : (ISLAMI)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003294t

# BARAKAAT BANK OF SOMALIA LTD. (BBS)



(Same language in Arabic)

---

Date           :      11/24/96
Corresponding to   :      7/13/1417 A.H

Mr. Othman Mukhtar           12/28      *Jumale*
Head of Investment and Foreign Relations Department
***Dubai Islamic Bank***
Peace be upon you,

Further to your Letter No. IFR/S/6228/96, dated Sep 18, 1996 and our letter dated September 3, 1996, sent to the Chairman of the Board of Directors of Dubai Islamic Bank, please find attached herewith copies of the documents requested by you:-
- Articles of Incorporation
- Commercial License
- Schedule of signatures approved by Barakaat Bank of Somalia Ltd.

We hope that the procedures required for opening the account referred to herein above be completed as soon as possible in order to achieve our hopes and aspirations and to satisfy our desire to deal with Islamic banks in general and Dubai Islamic Bank in particular.

Finally, we would like to express our thanks and gratitude for your valuable congratulations and do wish you all the best.

.....May God make you and us a strong support for Islam and Muslims.....

Your Brother/Ahmed Ali Jumale
Chairman of Barakaat Group and Barakaat Bank of Somalia Ltd



---

HEAD OFFICE: DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS : P.O. BOX 3313, DUBAI, UAE, TEL: (9714) 250 800 FAX : (9714) 250 369

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003295t



In the name of God, the All-Merciful,
the Ever-Merciful



Jamhuriyadda Soomaaliya

Qunsuliyadda GUUD

CONSULATE GENERAL OF THE SOMALI REPUBLIC
DUBAI

(Same language in Arabic)

Date: 11/5/1996

No.: C S D/SH S/11/01022/96

### Banking License (temporary)

License No.: 1945

Issuance Date: 11/5/1996

Expiry Date: 11/4/1997



(Same language in Arabic)

1+67346/98
For the Somali Consulate

Considering the current circumstances in Somalia, the Consulate General of Somali Republic in Dubai hereby grants, on behalf of the competent authorities in Somalia, Barakaat Bank of Somalia Ltd the present License for exercising all banking activities inside and outside the territories of Somalia.

The Consulate hereby certifies that Barakaat Bank of Somalia Ltd, with its Head Office in the Somali Capital, Mogadishu, is the sole bank that is currently operating in Somalia and performing a significant role in the trade and/or business between Somalia and the U.A.E.

We hereby request all the competent authorities to deal, within the scope of their business, with Barakaat Bank of Somalia Ltd in accordance with the laws applicable in the United Arab Emirates.

Consulate General of the Somali Republic
Dubai

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003296t



**BARAKAAT BANK OF SOMALIA LTD.** (BBS)

(Same language in Arabic)

*11/25/1996*

Messrs. Dubai Islamic Bank

Peace be upon you

**Subject: Authorized Signatures on behalf of Barakaat Bank of Somalia Ltd.**

With reference to the above subject, it is our pleasure to enclose herewith a list of names and approved signatures of the officials that have the authority to sign all the official documents and undertakings that are issued by the Bank.

**First: Individual Signatures:**

A.  The Managing Director signs in his capacity as the Sole General Manager of the Bank.

B.  Deputy General Manager solely signs on behalf of the Bank.

**Second:** With the exception of authorities set out in Item (First) herein above, any document binding on the Bank shall bear two authorized signatures, at least one of which shall be a signature from Class (A).



HEAD OFFICE: DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS : P.O. BOX 3313, DUBAI, UAE, TEL: (9714) 250 800 FAX : (9714) 250 369

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003297t

# BARAKAAT BANK OF SOMALIA LTD. (BBS)



(Same language in Arabic)

(Same language in Arabic)

## SINGLY AUTHORIZED SPECIMEN SIGNATURES

AHMED ALI JUMALI

GENERAL MANAGER

(Same language in Arabic)

SIGNATURE

ABBAS ABDI ALI

DEPUTY GENERAL MANAGER

(Same language in Arabic)

SIGNATURE

HEAD OFFICE: DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS : P.O. BOX 3313, DUBAI, UAB, TEL: (9714) 250 800 FAX : (9714) 250 369

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003298t

# BARAKAAT BANK OF SOMALIA LTD. (BBS)

(Same language in Arabic)

(Same language in Arabic)

## AUTHORIZED SPECIMEN SIGNATURES (A)

YUSUF SAID JUMALI                    (Same language in Arabic)

SIGNATURE                                                        (Same language in Arabic)

ABDUL AZIZ YUSUF DIINI               (Same language in Arabic)

SIGNATURE                                                        (Same language in Arabic)

NASIR ADAM NUR                       (Same language in Arabic)

SIGNATURE                                                        (Same language in Arabic)

ABDUL RASHIID ALI JUMALI             (Same language in Arabic)

SIGNATURE                                                        (Same language in Arabic)

HEAD OFFICE: DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS : P.O. BOX 3313, DUBAI, UAE2 TEL: (9714) 250 800 FAX: (9714) 250 369

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003299t

# BARAKAAT BANK OF SOMALIA LTD. (BBS)



(Same language in Arabic)

(Same language in Arabic)

## AUTHORIZED SPECIMEN SIGNATURES (B)

NUR HUSSEN MOHAMMED                    (Same language in Arabic)

SIGNATURE                                                              (Same language in Arabic)

ABDLLAH HUSSEN KAHEYE              (Same language in Arabic)

SIGNATURE                                                              (Same language in Arabic)

SHARIF WARSAME HASSAN              (Same language in Arabic)

SIGNATURE                                                              (Same language in Arabic)

ALI DIREYE WARSAME                    (Same language in Arabic)

SIGNATURE                                                              (Same language in Arabic)

HEAD OFFICE: DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS : P.O. BOX 3313, DUBAI, UAE. TEL: (9714) 250 800 FAX : (9714) 250 369

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003300t



BARAKAAT BANK OF SOMALIA LTD

(Same language in Arabic)

Barakaat Bank of Somalia Ltd

Closed-End Joint Stock Company

Articles of Incorporation and Statutes

1

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003301t

BARAKAAT BANK OF SOMALIA LTD

(Same language in Arabic)

**In the name of God, the All-Merciful, the Ever-Merciful**

**Articles of Incorporation
of
Barakaat Bank of Somalia Ltd
Closed-End Joint Stock Company)**

Under Barakaat Bank of Somalia Ltd Law No. 118 of 1996 A.C., the undersigned hereby agree to incorporate a closed-end joint stock limited company as per the following data and conditions:

**1) - Company's Name:**

Barakaat Bank of Somalia Ltd. (the "Company")

**2) - Head Office:**

The head office of the Company shall be in the City of Mogadishu. The Company may establish branches, agencies and offices either inside or outside the territories of Somalia.

2

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003302t

BARAKAAT BANK OF SOMALIA LTD                    (Same language in Arabic)

**3) - Company's Objectives and Activities**

First:    The Company aims to meet the economic and social requirements in the field of banking services and finance and investment activities that are performed in a non-usury basis, in accordance with the specifications set forth in the Law whereby the Company was established. The Company's objectives include, in particular, the following:

a -    To expand the scope of dealing with the banking sector by providing non-usury services, with due focus on introducing services aiming to revive the principle of social solidarity that is organized based on common interest.

b -    To develop means to attract the funds and savings to be directed towards contributing to investment in a non-usury banking manner.

c -    To provide the finance required for meeting the needs of the various sectors, especially the sectors that are far from the possible benefit of the interest-related banking facilities.

Second: The Company, for the purpose of achieving its objectives, performs activities in the following fields of action:

**A - Non-Usury Banking Activities**

The Company performs, for its own interest or for the interest of third parties either inside or outside the territories of Somalia, all types of well-known and most up to date banking activities within the scope of its duly adopted commitments. The banking activities performed by the Company include the *following:*

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003303t

BARAKAAT BANK OF SOMALIA LTD.     (Same language in Arabic)

1 -  To accept cash deposits, open a variety of current and deposit accounts, pay for and clear the drawn Cheques, collect commercial papers, transfer funds internally and externally, open and report on documentary credits, issue banking collaterals and letters of guarantee, draw up personal credits and credit cards and perform any other banking services.

2 -  To deal in foreign currencies in the course of sale and purchase at current, not future prices. Permitted dealings further include the cases of reciprocal lending (without interest) in the various transactions, as required.

3 -  To provide specified-term, interest-free advances either by means of deduction of short-term commercial bills of exchange or by lending with installments. In all cases, the Company shall not render these services through advances based on current account (debit).

4 -  To manage the properties and all other assets which are bank-manageable on the basis of remunerated agency.

5 -  To act as elected guardian for the purpose of estates management and wills implementation in accordance with the Sharia Law provisions and the other applicable laws, in mutual cooperation with the competent religious entity.

6 -  To conduct studies for the interest of the Company's dealers and provide the various information and consultation services.

4

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003304t

BARAKAAT BANK OF SOMALIA LTD.                    (Same language in Arabic)

**B - Social Services:**

The Company acts as a trustee agent in the field of organizing the social services that aim to strengthen the bonds of coherence and mercifulness between the various groups and individuals by focusing on the following aspects:

1 - To provide goodwill loans (interest-free loans) for the purpose of production in the various fields of action which assist the loan beneficiaries to be able to start independent life or improve their income and living.

2 - To establish and manage funds which are earmarked for supporting the various social objectives.

3 - To perform any works which are generally involved in the targeted objectives.

**C - Finance and Investment Activities:**

The Company performs all non-usury finance and investment activities through the following methods:

1 - To provide the required finance, either totally or partially, in the various types of self-liquidated transactions and operations, including the finance of speculations and tenders, the Murabaha sale (under purchase orders), and any other similar forms of transactions.

2 - To employ the funds which are desired to be invested by their owners jointly with the other resources available to the Company under the joint speculation system. The Company may, in certain cases, perform limited fund employment (placement) under an agreement specified for this purpose.

5

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003305t

BARAKAAT BANK OF SOMALIA LTD.                    (Same language in Arabic)

3 -   The Company may conduct direct investment of funds in a variety of projects, provided that the total permanent investments shall not exceed 70% of the total paid capital and mandatory reserve.

4 -   **Company Management:**

The Company is managed under the system detailed in Article (17) of the Statutes. The Company's Chairman shall be Mr. Ahmed Ali Jumale. The Chairman shall have all the executive authorities. He has been appointed by the shareholders as a Managing Director.

5 -   **Company's Duration:** Unspecified Period of Time

6 -   **Company's Capital:**

The Company's capital is comprised of three million United States Dollars, divided into thirty thousand shares valued at USD 100 each.

7 -   **Shareholders' Responsibility:**

The shareholders' responsibility is limited to the value of the shares owned by each shareholder in the Company's capital.

The signatories of the Company's articles of incorporation hereby abide  by  the internal regulations of Barakaat Bank of Somalia Ltd. hereto attached.

**Founders' Names**

(As set forth in the following pages)

6

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003306t

BARAKAAT BANK OF SOMALIA LTD                    (Same language in Arabic)

| No. | Name of Founder | Nationality | Number of Shares | Signature |
|---|---|---|---|---|
| 1) | Ahmed Ali Jumale and Sons | Somali | 27840 | |
| 2) | Abbas Eid Ali | " " | 250 | |
| 3) | Abdul Rashid Ali Jumale | " " | 150 | |
| 4) | Abdul Rahman Ahmed Ali | " " | 100 | |
| 5) | Yusuf Saeed Jumale | " " | 140 | |
| 6) | Mohamed Abdullah Jumale | " " | 110 | |
| 7) | Naser Adam Noor | " " | 130 | |
| 8) | Ahmed Sheikh Ali Semtar | " " | 130 | |
| 9) | Abdullah Ahmed Ali | " " | 90 | |
| 10) | AbdelAziz Yusuf Deny | " " | 120 | |
| 11) | Abdullah Ali Jumale | " " | 100 | |
| 12) | Mohamed Abdullah Abdo | " " | 100 | |



(Same language in Arabic)

NOTARY PUBLIC

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003307t

BARAKAAT BANK OF SOMALIA LTD.                              (Same language in Arabic)

| No. | Name of Founder | Nationality | Number of Shares | Signature |
|---|---|---|---|---|
| 13) | Abdel Aziz Ali Jumale | Somali | 110 | |
| 14) | Mohamed Ahmed Ali | Somali | 100 | |
| 15) | Enab Raji Sabry | Somali | 80 | |
| 16) | Bashir Ali Jumale | Somali | 120 | |
| 17) | Noor Hussein Mohamed | Somali | 120 | |
| 18) | Abdullah Hussein Kahi | Somali | 110 | |
| 19) | Abdul Rahman Abdullah Abdo | Somali | 100 | |

The total shares subscribed for is Thirty Thousand shares valued at Three Million United States Dollars.



(Same language in Arabic)

47341, 11/21/1996, Somali case

The above mentioned
08/20/1996

Consulate General of Somali Republic
[illegible] of data & signature
According to what is shown in the
application
Date: 11/06/1996
Registry No. Q[illegible]/210/96

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003308t

BARAKAAT BANK OF SOMALIA LTD

| Board Members and Executive Management |
|---|

| | |
|---|---|
| 1- Sheikh/ Ahmed Ali Jumale | Chairman and Managing Director |
| 2- Mr. Abbas Abdu Ali | Vice Chairman |
| 3- Mr. Yusuf Saeed Jumale | Board Member |
| 4- Mr. Naser Adam Noor | Board Member |
| 5- Mr. Abdul Rashid Ali Jumale | Board Member |
| 6- Mr. Ahmed Al-Sheikh Ali Semtar | Board Member |
| 7- Mr. Abdel Aziz Yusuf Deny | Board Member |
| 8- Mr. Noor Hussein Mohamed | Board Member |
| 9- Mr. Mohamed Abdulla Jumale | Board Member |

| Fatwa and Sharia Control Authority |
|---|

1- Sheikh/ Sherif Abdu Noor
2- Sheikh/ Mohamed Noor Qawi
3- Sheikh/ Mohamed Moalem Hassan

| Sharia Supervisor: Sheikh/ Abdul Salam Al-Sheikh Ibrahim |
|---|

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003309t

A/c No. 72500339

New file

Dubai Islamic Bank

(Same language in Arabic)

(Same language in Arabic)

**INTERNAL MEMO**

| | | |
|---|---|---|
| DATE: | *01/18/1997* | (Same language in Arabic) |
| FROM: | *Investment and Foreign Relations Department* | (Same language in Arabic) |
| TO: | *General Accounts Department* | (Same language in Arabic) |
| SUB.: | *Barakaat Bank of Somalia Ltd- Mogadishu* | (Same language in Arabic) |

*Head of General Accounts Department*

*Dear Sir,*

*Please find attached herewith a message received from Barakaat Bank of Somalia and the enclosures thereof for your kind review of the matter of opening a DIB current account for Barakaat Bank of Somalia Ltd.*

*Enclosures:*

*- Articles of Incorporation and Statutes.*
*- Copy of the commercial license.*
*- Schedule of signatures duly approved by Barakaat Bank of Somalia Ltd.*

*Kindly review the above and inform us of the procedures undertaken to this effect. Best regards,*

*Othman Mokhtar*
*Head of Investment and Foreign Relations Department*

*I received the original text Illegible*

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003310t



(Same language in Arabic)

### DUBAI ISLAMIC BANK

08/31/04                              General Account Statement                    *A03R002*
Account: 1 13 520 2 1          Starting Date:    0101 4         Expiry Date:

Page 1

Full Name: Barakaat Bank of Somalia Ltd.

| Date | Branch | Item | Withdrawals | Deposits | Total |
|------|--------|------|-------------|----------|-------|
| 000000 | AVAILABLE BALANCE | | | | 1,147,207.62 |



*********************************************************************************************

SI - Print Screen                        [Illegible]                    F12 - to continue
SI - Screen Recovery                                                     F1 - to exit

(Same language in Arabic)

Head Office : P.O. Box : 1080 Dubai -U.A.E.  Tel.: 2953000, Fax : 2954111

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003311t



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document: DIB_003251 – DIB_003311**

**Source Language:  Arabic**          **Translated to: English**

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**          **Date:**

*Lucinda Wills*          *Sept. 4, 2019*

Consortra Translations
www.consortra.com

New York  |  Washington DC  |  Houston  |  San Francisco  |  Hong Kong  |  London